# Exhibit C

**Executive Summary**

We propose the launch of **The Wilberforce Academy of Knoxville**, a K–8 school dedicated to providing families with an exceptional educational option that unites high-quality academics with a strong biblical foundation. The Wilberforce Academy will restore the proven principles that shaped America's earliest and most successful schools: teacher-led, direct instruction; a culture of disciplined learning; and high expectations for every student. Above all, Christ will serve as the cornerstone of our mission, guiding the formation of students who are academically prepared, spiritually grounded, and equipped to lead lives of purpose. The school will have the following key characteristics:

- **Key Characteristic 1 - A Biblical Foundation**: Inspired by The New England Primer, the primary textbook of the American colonies, students will develop early biblical literacy in grades K-2, primarily walking through The Biggest Story bible and curriculum. Building on that early foundation, students will continue in grades 3, 4 and 5 with another key element found in The New England Primer, catechisms. Students will walk through The New City Catechism, memorizing key biblical truths. Each morning, all grades will begin their day with a morning assembly where students will hear Scripture read, participate in prayers, recite creeds and confessions and sing.
- **Key Characteristic 2 - Civics Education:** The Wilberforce Academy of Knoxville is named in honor of William Wilberforce, the Christian leader and slavery abolitionist whose faith inspired his commitment to public service. Following his example, the Academy emphasizes strong civic engagement and social responsibility. Civics will be a defining element of the Wilberforce experience, highlighted by the pursuit of the Governor's Civic Seal. Students will participate in Tennessee Blue Book lessons, mock elections, project-based assessments, and real-world learning experiences. In addition, the Academy will host a school-wide monthly Town Hall featuring celebrations, speakers, and community-building activities.
- **Key Characteristic 3 – Entrepreneurial Program**
  The Wilberforce Academy of Knoxville will inspire the next generation of thoughtful, purpose-driven innovators through a dynamic, hands-on entrepreneurial program. Grounded in Christian values such as integrity, stewardship, and service, students will explore early financial literacy, gain awareness of meaningful career pathways, and develop an entrepreneurial mindset shaped by character and responsibility. By middle school, learners won't just *study* business—they'll *build* it. Through engaging instruction in key entrepreneurial concepts, students will design, launch, and operate their own in-school, student-led ventures. Along the way, they will practice sound decision-making, responsible resource management, and leadership that puts

people first. This experience empowers students to create value, contribute positively to their communities, and pursue their future callings with confidence and purpose.

**Geographic and population considerations.**
The Wilberforce Academy of Knoxville will be strategically located in the Cedar Bluff community, a central and highly accessible area that sits at the crossroads of major interstate corridors. This placement ensures that families from every corner of Knox County can conveniently reach the school, making it an ideal hub for a county-wide public charter institution. As the first Christian charter school in the region, The Wilberforce Academy of Knoxville is designed not merely to serve the surrounding neighborhood, but to welcome students from diverse communities across the entire county.

By adopting a county-wide recruitment strategy, the school seeks to open its doors to families who desire a high-quality public Christian education, an option currently unavailable through Knox County Schools. Its location in Cedar Bluff supports this mission by offering proximity to a broad and growing population base. Many of Knox County's most rapidly expanding residential areas lie just minutes from the school's proposed site, positioning Wilberforce Academy to meet the needs of families who are seeking both academic excellence and a values-driven environment.

Population growth intensifies those needs. The Tennessee State Data Center projects an influx of more than 75,000 new residents by 2040, a surge that will place increasing strain on an already stretched public school system. Many schools in the county are operating near, at, or above capacity, and demographic trends indicate that this pressure will continue to rise in the years ahead. The Wilberforce Academy of Knoxville will play an important role in addressing this challenge by offering families an additional, high-quality educational choice while helping to alleviate overcrowding in existing district schools.

In this way, the school's location, mission, and timing converge to meet a real and growing need within Knox County. By providing accessible transportation routes, intentionally broad recruitment, and a meaningful alternative to traditional public schools, The Wilberforce Academy of Knoxville will serve as both a solution for families seeking a public Christian education and a valuable partner in supporting the county's long-term educational capacity.

**Challenges.**

The Wilberforce Academy of Knoxville recognizes the profound responsibility involved in launching and sustaining a high-quality, high-performing, Christ-centered charter school. A comprehensive strategic analysis has highlighted several key challenges that must be thoughtfully addressed to ensure a successful launch and long-term excellence. These include:

- **Faculty & Staff Recruitment and Hiring**
  Delivering a public Christian education with meaningful biblical integration requires educators who are deeply aligned with the school's mission and vision. The leadership team is committed to recruiting and hiring mission-driven faculty who affirm the school's foundational alignment with the Apostles' Creed, believe in the inerrancy and infallibility of Scripture and are prepared to integrate faith and learning with excellence.
- **Student Recruitment**
  As a public charter school, The Wilberforce Academy of Knoxville will welcome all students, regardless of religious background. Recruitment and marketing efforts will clearly communicate that, while Wilberforce is a Christian charter school, enrollment is open to every student eligible for public education. Ensuring clarity and transparency in messaging will be essential to attracting a diverse and engaged student body.
- **Curriculum Development and Selection**
  High-Quality Instructional Materials are indispensable to strong academic outcomes. The Wilberforce Academy of Knoxville will adopt curricula that are both academically rigorous and thoughtfully aligned with the school's faith-based mission. Ensuring this dual alignment, academic excellence and faith integration, will be a central focus in curriculum planning and implementation.

**Capacity to successfully open and operate a high-quality school.**
With a school design and leadership team that brings deep experience and a proven record of success in operating faith-based schools, The Wilberforce Academy of Knoxville enters its founding phase with a strong and capable foundation. This leadership strength is matched by an exceptionally committed board of directors whose collective expertise spans education, governance, business, and community leadership. The board includes a former chair of the Knox County Board of Education, an experienced community charter school board member, and respected business and civic leaders, each bringing valuable insight into effective oversight, strategic planning, and long-term organizational stewardship.

Just as important as their credentials is the board's shared conviction in the school's mission. Every board member is fully aligned with the faith-based vision of The Wilberforce Academy of Knoxville and united in their commitment to establishing a Christ-centered charter school that exemplifies academic excellence and biblical integration. Their wholehearted investment in the mission ensures that governance decisions will consistently support the school's foundational values, strengthen its culture, and uphold its distinctive purpose.

Together, this combination of experienced leadership, strong governance, and mission-aligned commitment positions The Wilberforce Academy of Knoxville for lasting success.