# Exhibit D

 Gmail

Zach Wishart <zachwishart@gmail.com>

## Wilberforce Academy Letter of Intent

Chartering Authority <charteringauthority@knoxschools.org>  Tue, Dec 2, 2025 at 8:00 AM
To: Zach Wishart <zachwishart@gmail.com>, "charterschool.applications@tn.gov" <charterschool.applications@tn.gov>
Cc: "Gary Dupler [Knox County]" <gary.dupler@knoxcounty.org>

# KCS | KNOX COUNTY SCHOOLS

Dear Charter Sponsor:

On November 25, 2025, Knox County Schools received your *Letter of Intent to Apply to Open a Tennessee Public Charter School* in accordance with **T.C.A. §49-13-107(a)**. Based on the **application provided by the Tennessee State Board**, there are two items on the *Letter of Intent Form* (page 4) to which each sponsor is asked to respond, indicating Sponsor Eligibility (**T.C.A. §49-13-104(16)**). You indicated your 501(c)(3) status but left the other box (related to **T.C.A. §49-6-3001(c)(3)(A)**) unchecked. Therefore, at this time, your Letter of Intent is considered incomplete.

If you would like to update your Letter of Intent to indicate eligibility as a sponsor, we can accept a completed letter until December 3, 2025, at 11:59 PM CST (**based on T.C.A. §49-13-107(a)**). Please let us know if you have any questions.

School: *The Wilberforce Academy of Knoxville*

From: Zach Wishart <zachwishart@gmail.com>
Date: Tuesday, November 25, 2025 at 9:43 AM
To: Chartering Authority <charteringauthority@knoxschools.org>, charterschool.applications@tn.gov <charterschool.applications@tn.gov>
Subject: Wilberforce Academy Letter of Intent

**CAUTION:** External Email. This message originated from outside of the KCS e-mail system.

[Quoted text hidden]

📎 img-d9e76be6-d884-4ac6-b52d-9d772a343afd
49K