UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION (KNOXVILLE)

| | |
|---|---|
| THE WILBERFORCE ACADEMY OF KNOXVILLE,<br>*Plaintiff*,<br>v.<br>KNOX COUNTY BOARD OF EDUCATION and JOHN BUTLER, ANNE TEMPLETON, PATRICIA FONTENOT-RIDLEY, KATHERINE BIKE, LAUREN MORGAN, BETSY HENDERSON, STEVE TRIPLETT, TRAVIS WRIGHT, and KRISTI KRISTY, all in their official capacities as members of the Knox County Board of Education,<br>*Defendants*. | Case No. 3:25-cv-584-CEA-DCP<br><br>District Judge Charles E. Atchley<br><br>Magistrate Judge Debra C. Poplin |

## DECLARATION OF ZACHARY WISHART

I, Zachary Wishart, declare as follows:

1. This declaration is based on my own personal knowledge and belief. I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2. I am the Executive Director of the Wilberforce Academy of Knoxville, the plaintiff here.

3. At present, I work as the principal of River's Edge Christian Academy for grades 6-12. River's Edge is a private Christian school in Knox County. I would resign this position to lead Wilberforce Academy, were it allowed to operate as a charter school.

4. Based on public reporting, most of the public funding for Tennessee's Education Freedom Scholarship Program goes to private religious schools. *See* M. Brown, *Tennessee House Speaker Cameron Sexton Wants to Double Private School Voucher Program*, Chalkbeat (Oct. 9, 2025), perma.cc/S597-5HRK (attached as Exhibit 1 to this declaration). That figure matches my experience. In the 2025-2026 school year, about 300 of River's Edge's approximately 675 students received tuition assistance through Tennessee's Education Freedom Scholarship Program.

1

5. Wilberforce is a private, Christian nonprofit organization whose mission is to provide Christian educational services and establish a Christian charter school. Wilberforce's founding documents affirm the truth of the Apostles' Creed and the inerrancy and infallibility of the Holy Bible. See, for example, Wilberforce's Charter of Incorporation at ¶8(a)-(b).

6. Wilberforce's board members include a former chair of the Knox County Board of Education; a board member of an existing charter school in Knox County; and business and civic leaders.

7. Wilberforce seeks to improve school choice in Knox County, Tennessee, by opening a Christian charter school. If allowed to do so, the school's curriculum will incorporate Bible and catechism lessons, and group prayer and Scripture readings will be central to the school's activities. The school will also place a particular emphasis on civics education and on providing students with hands-on entrepreneurial experience.

8. Wilberforce is currently preparing an application to open a charter school for the 2027-2028 school year.

9. Wilberforce has engaged the services of an outside consulting group to assist in the preparation of its charter-school application. The consulting group is contractually obligated to ensure that Wilberforce can submit a complete application by the deadline of February 1, 2026. We are ahead of schedule. If the law allowed it, Wilberforce can and would submit a completed application as soon as possible.

10. To date, Wilberforce has paid the consulting group $70,000. Wilberforce will pay the consulting group another $70,000 after February 1, 2026. I alone have spent at least 40 hours working on the application.

11. Wilberforce cannot, however, comply with the state and county bans on religious charter schools and religious charter-school sponsors. Christianity lies at the center of Wilberforce's

2

mission, and Wilberforce intends to open a Christian school dedicated to providing Christian religious instruction.

12. If a court held that Wilberforce has a federal constitutional right to apply for and operate a charter school and entered adequate relief, Wilberforce would submit a complete and compliant charter-school application to the Knox County Board of Education by the deadline of February 1, 2026. If a court grants that relief after February 1, Wilberforce would submit a complete and compliant application (including a letter of intent) by the next immediate deadline. Under either scenario, Wilberforce would work with Knox County to ensure it filled out all forms, submitted all documents, met all requirements, resolved any concerns, and took any other steps needed to timely open a charter school.

13. I reaffirm that the allegations in the Verified Amended Complaint, Doc.10, were true at the time I verified them and remain true today.

14. Exhibit A to the Verified Amended Complaint, Doc.10-1, is a true and correct copy of the Wilberforce Academy of Knoxville's corporate charter.

15. Exhibit B to the Verified Amended Complaint, Doc.10-2, is a true and correct copy of the letter of intent Wilberforce submitted to the Knox County Board of Education on November 25, 2025.

16. Exhibit C to the Verified Amended Complaint, Doc.10-3, is a true and correct copy of the executive summary that Wilberforce submitted with its letter of intent to the Knox County Board of Education on November 25, 2025.

17. Exhibit D to the Verified Amended Complaint, Doc.10-4, is a true and correct copy of an email I received from the Knox County Board of Education on December 2, 2025.

18. Exhibit 2 to this declaration is a true and correct copy of an email I received from the Knox County Board of Education on December 5, 2025.

Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 1, 2026.   ███████████████████