# Exhibit 1



COMMUNITIES   JOBS BOARD   EVENTS   ABOUT US

# CHALKBEAT TENNESSEE
### Essential education reporting in Tennessee

COMMUNITIES   JOBS BOARD   EVENTS   ABOUT US

Become a Chalkbeat sponsor

# Tennessee House Speaker Cameron Sexton wants to double private school voucher program

By Melissa Brown | October 9, 2025, 7:50pm EDT

       REPUBLISH

**CHALKBEAT TENNESSEE**   COMMUNITIES    JOBS BOARD    EVENTS    ABOUT US



Gov. Bill Lee is surrounded by students and state lawmakers as he speaks about school choice before signing the Education Freedom Scholarship Act into law on Wednesday, February 12, at the Tennessee State Capitol. | (Marta W. Aldrich / Chalkbeat)

Sign up for Chalkbeat Tennessee's free newsletter to keep up with statewide education policy and Memphis-Shelby County Schools.

Tennessee House Speaker Cameron Sexton wants to add at least 20,000 new seats to the state's new voucher program when lawmakers return to the state Capitol next year, expanding the program to at least 40,000 students.

Sexton's proposal would mark a dramatic expansion of the taxpayer-funded school choice initiative that cost the state $144 million in its first year. Democrats, long critical of sending public dollars to private schools, decried proposals to expand the program as "fiscally reckless" on Thursday.

The speaker's statement to Chalkbeat Tennessee also aligns with comments from Gov. Bill Lee's office on Thursday that the program should grow to "meet demand that

Case 3:25-cv-00584-CEA-DCP    Document 14-2    Filed 01/02/26    Page 3 of 9
                                    PageID #: 173

CHALKBEAT TENNESSEE    COMMUNITIES        JOBS BOARD    EVENTS    ABOUT US

available seats this fall.

When the Republican supermajority passed the Education Freedom Scholarships program at a January special session, it included an expansion mechanism that would allow the legislature to add 5,000 seats if applications amount to at least 75% of the total scholarships available in the previous year. At the time, some lawmakers pointed to this expansion cap as a safeguard measure against budget woes that plagued rapidly expanding voucher programs in other states like Arizona.

But Sexton and Lee have both pointed to the more than 42,000 applications Tennessee received for the program this year, which quickly blew past the 75% threshold in the law.

'The public's response to EFS was overwhelming," said Connor Grady, Sexton's communications director. "The Speaker is committed to at least doubling the EFA scholarships to meet the demand from this year's application process. Our goal is to ensure parents are in control of their child's education by having additional opportunities and access to a quality education-no matter their zip code or family income."

While Lee's office was more circumspect in its comments, a spokesperson cited the application response as evidence that "Tennessee parents want choices when it comes to their child's education."

"Gov. Lee intends to work in partnership with legislative leadership to ensure the Education Freedom Scholarship program can meet demand that already exists, so that every child will have an opportunity to thrive in the learning environment that best fits their needs," Elizabeth Johnson, Lee's spokesperson, said.

**CHALKBEAT TENNESSEE**  COMMUNITIES  JOBS BOARD  EVENTS  ABOUT US

number of seats the governor would like to add to the program.

Become a Chalkbeat sponsor

The governor has lauded the Education Freedom Scholarships program as a significant achievement of his term, having sought for years to expand private school choice in the state. Lee tried and failed to pass the program in 2024 before calling a special session in early 2025 to address the issue.

## We're here to help.

Every day, Chalkbeat Tennessee is working to answer your questions, follow the money, and dig into what's happening in local schools. Keep up with our free newsletter, delivered every Wednesday and Friday morning.

Email (required)

SIGN ME UP

*By signing up, you agree to our Privacy Notice and European users agree to the data transfer policy. You may also receive occasional messages from sponsors.*

Sen. London Lamar, a Democrat from Memphis and chair of the Senate Democratic Caucus, said Democrats will oppose expansion "because our focus should be on strengthening the schools that serve every child — not diverting more taxpayer money into private schools that can reject any student they want."

Case 3:25-cv-00584-CEA-DCP    Document 14-2    Filed 01/02/26    Page 5 of 9
                                       PageID #: 175

educators and families. We don't even have results from the first year of this program, and now Republicans want to double it? That's irresponsible," Lamar said.

Lamar estimated doubling the program would add at least $600 million to state costs in the first five years. The initial Education Freedom Act was expected to cost taxpayers at least $1.1 billion during its first five years, per a state analysis that projected out costs based on the 5,000-seat expansion mechanism.

Despite Sexton's eagerness to quickly expand the program, the effort will likely brush up again budgetary concerns.

Lt. Gov. Randy McNally, a Republican from Oak Ridge, indicated Thursday night 2026 budget conversations will in part drive expansion plans.

"While there is clearly an appetite to expand, until we start examining the overall budget and revenue numbers it would be premature to commit to any specific scope," McNally said.

Though the state has significant financial reserves, Tennessee revenues have fallen in recent years. Finance and Administration Commissioner Jim Bryson told The Tennessean the state's budget will be "tighter" next year.

"The voucher program is one of the most expensive and unpopular Republican welfare programs in recent history," said Rep. John Ray Clemmons, a Nashville Democrat and chairman of the House Democratic Caucus. "Our state cannot afford the current voucher scam, much less doubling the size of it. Bill Lee's legacy will be destroying public education and bankrupting our state."

In late September, Tennessee Department of Education released preliminary data on the voucher program after months of refusing to release details about who was benefiting from the program. The state is not explicitly tracking how many vouchers

**CHALKBEAT TENNESSEE**  COMMUNITIES  JOBS BOARD  EVENTS  ABOUT US

many students with disabilities are enrolled in the program.

Become a Chalkbeat sponsor

Data that was released by the department showed that while private school vouchers were awarded to students in 86 of the state's 95 counties, the majority flowed to urban and suburban areas, which largely aligns with the locations of the 220 private schools where students enrolled. The majority of private schools receiving voucher funds have religious affiliations.

## Voucher recipients in Tennessee mostly live in urban, suburban areas

This map is based on counts of voucher recipients as provided by the state, and enrolled student population from the 5-year American Community Survey data.



0.1%   10%+

Map: Cherry Salazar • Source: Tennessee Department of Education, Census Reporter

*Melissa Brown is the bureau chief for Chalkbeat Tennessee. Contact Melissa at mbrown@chalkbeat.org.*

**CHALKBEAT TENNESSEE**  COMMUNITIES   JOBS BOARD   EVENTS   ABOUT US



### Mamdani names Kamar Samuels as NYC schools chancellor, reverses course on ending mayoral control

Mayor-elect Zohran Mamdani says he wants to reform mayoral control rather than end it.

By Amy Zimmer | December 31, 2025



### Kamar Samuels to be NYC schools chancellor, putting integration front and center

Samuels led on school integration and a previous effort to scale back gifted programs, initiatives Mamdani wants to revive.

By Alex Zimmerman and Amy Zimmer | December 30, 2025



### Engaging students while looking for space: How smaller class sizes are reshaping NYC classrooms

More student engagement but less space. Here's a look inside how the class size mandate is changing NYC schools.

By Jessica Shuran Yu | December 23, 2025



### Chicago schools will get about $200 million more from City Council TIF surplus

The extra money comes from special taxing districts for development.

By Becky Vevea and Reema Amin | December 23, 2025



### Judge rules against Michigan school districts in funding dispute, but appeal underway

Michigan Judge Sima Patel rejected the plaintiffs' claims that state budget language regarding school safety and mental health funding is overly vague.

By Lori Higgins | December 23, 2025

Case 3:25-cv-00584-CEA-DCP   Document 14-2   Filed 01/02/26   Page 8 of 9
PageID #: 178

	COMMUNITIES	JOBS BOARD	EVENTS	ABOUT US

schools takeover plan

A Tennessee House Republican plan to install a new board overseeing Memphis-Shelby County schools governance will move forward in 2026.

By Melissa Brown | December 23, 2025

| Who We Are | Policies | Contact |
|---|---|---|
| About Us | Republishing | Contact Us |
| Code of Ethics | Privacy Policy | Become a Sponsor |
| Our Staff | Terms of Service | How to Be a Source |
| Careers at Chalkbeat | | Newsletters |
| Awards | | |
| Our Supporters | | |

Newsrooms

Chalkbeat

Votebeat

Healthbeat

      CHALKBEAT IS A CIVIC NEWS COMPANY NEWSROOM ©2026

Case 3:25-cv-00584-CEA-DCP     Document 14-2     Filed 01/02/26     Page 9 of 9
                                         PageID #: 179