# Exhibit 2

                                                            Ryan Proctor <ryan@consovoymccarthy.com>

# Fwd: Wilberforce Academy Letter of Intent
1 message

**Zachary Wishart** <zachwishart@gmail.com>                                          Fri, Dec 5, 2025 at 3:45 PM
To: Cam <cam@consovoymccarthy.com>, Ryan Proctor <ryan@consovoymccarthy.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Chartering Authority <charteringauthority@knoxschools.org>
> **Date:** December 5, 2025 at 3:35:06 PM EST
> **To:** Zach Wishart <zachwishart@gmail.com>, charterschool.applications@tn.gov
> **Cc:** "Gary Dupler [Knox County]" <gary.dupler@knoxcounty.org>
> **Subject: Re: Wilberforce Academy Letter of Intent**



Dear Charter Sponsor:

On November 25, 2025, Knox County Schools received your *Letter of Intent to Apply to Open a Tennessee Public Charter School* in accordance with T.C.A. §49-13-107(a). We indicated in an email response sent on Tuesday, December 2, 2025, that the Sponsor Eligibility section (based on the Letter of Intent form) was incomplete. A charter sponsor should comply with T.C.A. §49-13-104(16) and T.C.A. §49-6-3001(c)(3)(A). Knox County Schools stated that you would have the opportunity to correct this error, and a submission would be accepted through the state deadline of December 3, 2025, at 11:59 PM CST. Knox County Schools did not receive a completed Letter of Intent indicating your eligibility as a sponsor.

Since you have not submitted a revised letter, we recognize that you are proceeding with the process in accordance with T.C.A. §49-13-107 based upon your original Letter of Intent submitted on November 25, 2025. All resources related to the application process can be found on the State Board of Education's website. Additional information can be found on the KCS website. With a per-pupil funding estimate of $12,000, the funding in Knox County is near the state average. Please let us know if you have any questions.

School: *The Wilberforce Academy of Knoxville*

---

**From:** Chartering Authority <charteringauthority@knoxschools.org>
**Date:** Tuesday, December 2, 2025 at 8:00 AM
**To:** Zach Wishart <zachwishart@gmail.com>, charterschool.applications@tn.gov <charterschool.applications@tn.gov>

**Cc:** Gary Dupler [Knox County] <gary.dupler@knoxcounty.org>
**Subject:** Re: Wilberforce Academy Letter of Intent



Dear Charter Sponsor:

On November 25, 2025, Knox County Schools received your *Letter of Intent to Apply to Open a Tennessee Public Charter School* in accordance with T.C.A. §49-13-107(a). Based on the application provided by the Tennessee State Board, there are two items on the *Letter of Intent Form* (page 4) to which each sponsor is asked to respond, indicating Sponsor Eligibility (T.C.A. §49-13-104(16)). You indicated your 501(c)(3) status but left the other box (related to T.C.A. §49-6-3001(c)(3)(A)) unchecked. Therefore, at this time, your Letter of Intent is considered incomplete.

If you would like to update your Letter of Intent to indicate eligibility as a sponsor, we can accept a completed letter until December 3, 2025, at 11:59 PM CST (based on T.C.A. §49-13-107(a)). Please let us know if you have any questions.

School: *The Wilberforce Academy of Knoxville*

---

**From:** Zach Wishart <zachwishart@gmail.com>
**Date:** Tuesday, November 25, 2025 at 9:43 AM
**To:** Chartering Authority <charteringauthority@knoxschools.org>, charterschool.applications@tn.gov <charterschool.applications@tn.gov>
**Subject:** Wilberforce Academy Letter of Intent

> **CAUTION:** External Email. This message originated from outside of the KCS e-mail system.

Knox County Schools & Tennessee Charter Commission,

Below is an attached Letter of Intent and Executive Summary for The Wilberforce Academy of Knoxville.

Thank you!

Zach Wishart
865-257-6105

---

**2 attachments**

📄 **img-d9e76be6-d884-4ac6-b52d-9d772a348afd**
49K

📄 **img-a2c43efa-8f02-424c-a645-f2b57c6b238e**
49K