UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| THE WILBERFORCE ACADEMY OF KNOXVILLE, | ) ) ) | | |
| *Plaintiff*, | ) ) | Case No. 3:25-cv-584 | |
| v. | ) ) ) | Judge Atchley | |
| | ) | Magistrate Judge Poplin | |
| KNOX COUNTY BOARD OF EDUCATION, *et al.*, | ) ) ) | | |
| *Defendants*. | ) | | |

## ORDER

This matter is before the Court *sua sponte* for case management purposes. Considering Intervenor-Defendants Amanda Collins, Rev. Dr. Richard Coble, Kerry Dooley, Elizabeth Porter, and Rev. Dr. Katina Sharp's inclusion in this matter, the Court finds that appropriate response deadlines are warranted. First, because Intervenor-Defendants did not attach a proposed pleading to their motion to intervene in accordance with Federal Rule of Civil Procedure 24(c), they are **ORDERED** to file a responsive pleading to Plaintiff's Amended Complaint [Doc. 10] on or before **February 12, 2026**. Second, in accordance with Local Rule 7.1(a), Intervenor-Defendants are further **ORDERED** to file a response to Plaintiff's Motion for Summary Judgment [Doc. 14] on or before **February 20, 2026**. If Plaintiff desires, Plaintiff may file a reply brief within **7 days** following the service of Intervenor-Defendants brief.

SO ORDERED.

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**