UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| THE WILBERFORCE ACADEMY OF KNOXVILLE, <br><br> Plaintiff, <br><br> v. <br><br> KNOX COUNTY BOARD OF EDUCATION AND JOHN BUTLER, ANNE TEMPLETON, PATRICIA FONTENOT-RIDLEY, KATHERINE BIKE, LAUREN MORGAN, BETSY HENDERSON, STEVE TRIPLETT, TRAVIS WRIGHT AND KRISTI KRISTY, in their official capacities as Members of the Knox County Board of Education, <br><br> Defendants. | No. 3:25-cv-584-CEA-CCP |

## DECLARATION OF THERESA NIXON

I, THERESA NIXON, pursuant to 28 U.S.C.A. § 1746, after first being duly sworn according to law, declare under penalty of perjury that the following statements are true and correct:

1. I am over eighteen years of age, I am competent to testify in this matter, and I have personal knowledge of the facts contained herein.

2. Knox County Schools is the public school system for Knox County, Tennessee. It is managed and controlled by the Knox County Board of Education, the Defendant in this case.

3. I am the Executive Director for Academic Supports at Knox County Schools. One of my duties in this job is to manage the Charter School program for Knox County Schools, including chairing the Knox County Schools Charter School Application Review Committee.



4. I serve as the main point of contact for the school system and I answer questions for the organizations attempting to sponsor or establish a Charter School.

5. The application for Charter Schools for the current cycle was due from prospective Sponsors on February 2, 2026.

6. Knox County Schools did not receive an application from Wilberforce Academy of Knoxville by the deadline established by state law.

AND DECLARANT FURTHER SAITH NAUGHT.

Executed on the 9th day of February, 2026.

*Theresa Nixon*
THERESA NIXON