# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| THE WILBERFORCE ACADEMY OF KNOXVILLE, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 3:25-cv-584-CEA-DCP<br>) |
| KNOX COUNTY BOARD OF EDUCATION, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

## STATE OF TENNESSEE'S NOTICE OF INTENT NOT TO INTERVENE

Plaintiff, The Wilberforce Academy of Knoxville, has filed a notice in accordance with Fed. R. Civ. P. 5.1(a) of its challenge to the constitutionality of Tenn. Code Ann. § 49-13-104(16)(B) and Tenn. Code Ann. § 49-13-111(a)(2) and has served that notice on the Tennessee Attorney General. (DE 20, Notice of Constitutional Question, PageID# 215; *see* DE 10, Am. Compl., ¶¶ 53, 54, PageID# 108.) The State of Tennessee hereby respectfully provides notice of its intent not to intervene in this matter under Rule 5.1(c) and 28 U.S.C. § 2403(b).

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter


*/s/ Joseph F. Whalen*
JOSEPH F. WHALEN # 019919
Associate Solicitor General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-3499
joe.whalen@ag.tn.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of February, 2026, a true and exact copy of this filing has been served through the Court's CM/ECF system upon the following:

**Cameron T. Norris**
**Ryan M. Proctor**
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
*Attorneys for Plaintiff*

**David M. Sanders**
Senior Deputy Law Director
Knox County Law Director's Office
400 Main Street, Suite 612
Knoxville, TN 37902
*Attorney for Defendants*

**Lucas Cameron-Vaughn**
American Civil Liberties Union Foundation
of Tennessee
P.O. Box 120160
Nashville, TN 37212
**Adam J. Hunt**
Morrison Foerster LLP
250 West 55th Street
New York, NY 10019-9601
*Attorneys for Intervenor-Defendants*

                                            */s/ Joseph F. Whalen*
                                            JOSEPH F. WHALEN
                                            Associate Solicitor General