## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION (KNOXVILLE)

--------------------------------------------------------

THE WILBERFORCE ACADEMY OF
KNOXVILLE

                       *Plaintiff*,

    v.

KNOX COUNTY BOARD OF
EDUCATION and JOHN BUTLER, ANNE
TEMPLETON, PATRICIA FONTENOT-
RIDLEY, KATHERINE BIKE, LAUREN
MORGAN, BETSY HENDERSON, STEVE
TRIPLETT, TRAVIS WRIGHT, and KRISTI
KRISTY, all in their official capacities as
Members of the Knox County Board of
Education,

                       *Defendants*,

--------------------------------------------------------

REV. DR. RICHARD COBLE, AMANDA
COLLINS, KERRY DOOLEY, ELIZABETH
PORTER, and REV. DR. KATINA SHARP,

                       *Intervenors*.

--------------------------------------------------------

Case No. 3:25-cv-00584 (CEA) (DCP)

---

## MOTION TO INTERVENE BY ADRIENNE CARROLL, CIARA CRUTCHER, TIFFANY NASH, EVELYN HENDERSON, SHAKEITHIA RICE, AND HOLLY SLATER

---

Pursuant to Rules 24(a) and (b) of the Federal Rules of Civil Procedure, Proposed Intervenor Defendants Adrienne Carroll, Ciara Crutcher, Tiffany Nash, Evelyn Henderson, Shakeithia Rice, and Holly Slater ("Tennessee Families") respectfully move for leave to intervene in the above-captioned civil action. In support of this motion, Tennessee Families rely upon and incorporate by reference their contemporaneously filed memorandum of law, as well as supporting

declarations from each individual proposed intervenor. Tennessee Families have filed this motion in a timely manner, and they possess substantial legal interests that are not adequately represented by any of the current parties and that would be impaired by Tennessee Families' absence in this litigation. Alternatively, Tennessee Families have alleged defenses that present common questions of law or fact with this litigation.

Additionally, Tennessee Families are aware that this Court has scheduled a telephonic scheduling conference for February 18, 2026. Counsel for Tennessee Families are available at that time and ready to participate in this conference. Alternatively, their counsel are prepared to make every conceivable effort to comply with any scheduling order put down in this matter prior to an order on this motion so as to not disrupt the proceedings.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

*s/ Thomas H. Jarvis*
David D. Ayliffe (BPR #024297)
Thomas H. Jarvis (BPR #036835)
Erika L. Hughes (BPR #035755)
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
(865) 549-7000
dayliffe@bakerdonelson.com
tjarvis@bakerdonelson.com
ehughes@bakerdonelson.com
*Attorneys for Adrienne Carroll, Ciara Crutcher, Tiffany Nash, Evelyn Henderson, Shakeithia Rice, and Holly Slater*

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically through the Court's ECF system on the date shown in the document's ECF footer. Notice of this filing will be sent by operation of the Court's ECF system to all parties as indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

_s/ Thomas H. Jarvis_
Thomas H. Jarvis