**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**NORTHERN DIVISION (KNOXVILLE)**

------------------------------------------------------ X

THE WILBERFORCE ACADEMY OF
KNOXVILLE,

          Plaintiff,

      -against-

KNOX COUNTY BOARD OF
EDUCATION and JOHN BUTLER, ANNE
TEMPLETON, PATRICIA FONTENOT-
RIDLEY, KATHERINE BIKE, LAUREN
MORGAN, BETSY HENDERSON, STEVE
TRIPLETT, TRAVIS WRIGHT, and KRISTI
KRISTY, all in their official capacities as
members of the Knox County Board of
Education,

          Defendants,

------------------------------------------------------

REV. DR. RICHARD COBLE, AMANDA
COLLINS, KERRY DOOLEY, ELIZABETH
PORTER, and REV. DR. KATINA SHARP,

          Intervenor-Defendants.

------------------------------------------------------ X

Case No. 3:25-cv-584 (CEA) (DCP)

## INTERVENOR-DEFENDANTS' NON-OPPOSITION TO MOTION TO INTERVENE

Intervenor-Defendants Rev. Dr. Richard Coble, Amanda Collins, Kerry Dooley,

Elizabeth Porter, and Rev. Dr. Katina Sharp (collectively, "Intervenor-Defendants") respectfully

file this notice of non-opposition to the Motion to Intervene [Doc. 60] filed by Adrienne Carroll,

Ciara Crutcher, Tiffany Nash, Evelyn Henderson, Shakeithia Rice, and Holly Slater (collectively,

"Tennessee Families"). Intervenor-Defendants do not oppose granting the Tennessee Families'

motion to intervene as defendants in this action.

Dated: February 24, 2026

Respectfully submitted,

MORRISON & FOERSTER LLP

By: /s/ *Adam J. Hunt*

Adam J. Hunt*
Morrison Foerster LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: 212.468.8000
Facsimile: 212.468.7900
Email: adamhunt@mofo.com

Mitchell E. Feldman*
Morrison Foerster LLP
200 Clarendon Street, Floor 21
Boston, MA 02116
Telephone: 617.648.4759
Facsimile: 617.830.0142
Email: mfeldman@mofo.com

Lucas Cameron-Vaughn (BPR# 036284)
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Telephone: 615.645.5067
Email: lucas@aclu-tn.org

Alex J. Luchenitser*
Luke Anderson*
Americans United for Separation of
Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Telephone: 202.466.3234
Facsimile: 202.217.3783
Email: luchenitser@au.org
Email: anderson@au.org

Daniel Mach*
American Civil Liberties Union
Foundation
915 15th Street NW
Washington, DC 20005
Telephone: 202.675.2330
Facsimile: 202.546.0738
Email: dmach@aclu.org

Sophia Mire Hill (BPR# 040755)*
Sam Boyd*
Neil Ranu*
Lauren Winkler*
Michael Tafelski*
Southern Poverty Law Center
150 E. Ponce de Leon, Suite 340
Decatur, GA 30030
Telephone: 504.457.1553
Email: sophia.mire@splcenter.org
Email: sam.boyd@splcenter.org
Email: neil.ranu@splcenter.org
Email: lauren.winkler@splcenter.org
Email: michael.tafelski@splcenter.org

Jessica Levin*
Wendy Lecker*
Patrick Cremin*
Katrina Reichert*
Education Law Center
60 Park Place, Suite 300
Newark, NJ 07102
Telephone: 973.624.1815
Facsimile: 973.624.7339
Email: jlevin@edlawcenter.org
Email: wlecker@edlawcenter.org
Email: pcremin@edlawcenter.org
Email: kreichert@edlawcenter.org

Samuel T. Grover*
Kyle J. Steinberg*
Freedom from Religion Foundation, Inc.
10 N. Henry St.
Madison, WI 53703
Telephone: 608.256.8900
Email: sam@ffrf.org
Email: steinbergk@ffrf.org

* Admitted *pro hac vice.*

*Attorneys for Intervenor-Defendants
Rev. Dr. Richard Coble, Amanda
Collins, Kerry Dooley, Elizabeth Porter,
and Rev. Dr. Katina Sharp*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically through the Court's CM/ECF system on the date shown in the document's ECF footer. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties as indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system.

/s/ *Adam J. Hunt*
Adam J. Hunt