**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**NORTHERN DIVISION (KNOXVILLE)**

| | |
|---|---|
| THE WILBERFORCE ACADEMY OF KNOXVILLE,<br>*Plaintiff*,<br>v.<br><br>KNOX COUNTY BOARD OF EDUCATION,<br>*Defendant*,<br><br>RICHARD COBLE, et al.,<br>*Intervenor-Defendants*,<br><br>ADRIENNE CARROLL, et al.,<br>*Intervenor-Defendants*. | Case No. 3:25-cv-584-CEA-DCP<br><br>District Judge Charles E. Atchley<br><br>Magistrate Judge Debra C. Poplin |

**DECLARATION OF CAMERON T. NORRIS**

I, Cameron T. Norris, declare as follows:

1. I am over the age of 18, of sound mind, and otherwise competent to sign this declaration. I am attorney in this case for the plaintiff, Wilberforce Academy of Knoxville. I have personal knowledge of the facts below and, if called to do so, could competently testify to them.

2. Exhibit 1 is the declaration of Zachary Wishart in support of Wilberforce's post-discovery motion for summary judgment. This exhibit can be found in the appendix to Wilberforce's post-discovery motion for summary judgment at App.1-18.

3. Exhibit 2 is the declaration of Douglas Harris in support of Wilberforce's post-discovery motion for summary judgment. This exhibit can be found at App.19-25.

4. Exhibit 3 is the declaration of David Colquitt in support of Wilberforce's post-discovery motion for summary judgment. This exhibit can be found at App.26-33.

5. Exhibit 4 is excerpts from the combined deposition of Zachary Wishart in his individual capacity and as the Rule 30(b)(6) representative of Wilberforce taken on June 4, 2026, in person in Knoxville, Tennessee. This exhibit can be found at App.34-74.

6. Exhibit 5 is excerpts from the deposition of Douglas Harris taken on June 16, 2026, remotely via videoconferencing. This exhibit can be found at App.75-90.

7. Exhibit 6 is excerpts from the deposition of David Colquitt taken on June 24, 2026, remotely via videoconferencing. This exhibit can be found at App.91-108.

8. Exhibit 7 is a true and correct copy of a document bearing bates number WILB-ACAD-859 that was produced by Wilberforce in this litigation. This exhibit can be found at App.109-10.

9. Exhibit 8 is a true and correct copy of a document bearing bates number WILB-ACAD-1 that was produced by Wilberforce in this litigation. This exhibit can be found at App.111-390.

10. Exhibit 9 is a true and correct copy of a document bearing bates number WILB-ACAD-465 that was produced by Wilberforce in this litigation. This exhibit can be found at App.391-97.

11. Exhibit 10 is a true and correct copy of a document bearing bates number WILB-ACAD-344 that was produced by Wilberforce in this litigation. This exhibit can be found at App.398-400.

12. Exhibit 11 is a true and correct copy of a document that was filed by Wilberforce in this litigation at Doc.10-4. This exhibit can be found at App.401-02.

13. Exhibit 12 is a true and correct copy of a document that was filed by Wilberforce in this litigation at Doc.14-3. This exhibit can be found at App.403-05.

14. Exhibit 13 is a true and correct copy of a document bearing bates number WILB-ACAD-865 that was produced by Wilberforce in this litigation. This exhibit can be found at App.406-08.

15. Exhibit 14 is a true and correct copy of a document that was filed by Wilberforce in this litigation at Doc.83-1. This exhibit can be found at App.409-12.

16. Exhibit 15 is a true and correct copy of a document bearing bates number WILB-ACAD-899 that was produced by Wilberforce in this litigation. This exhibit can be found at App.413-20. The Court can take judicial notice of a public official's statements to the press. *Platt v. Bd. of Comm'rs on Grievances & Discipline*, 894 F.3d 235, 245 (6th Cir. 2018)

17. Exhibit 16 is a true and correct copy of a document bearing bates number WILB-ACAD-911 that was produced by Wilberforce in this litigation. This exhibit can be found at App.421-33. This Court can take judicial notice of an organization's statements on its own website. *Goplin v. WeConnect, Inc.*, 893 F.3d 488, 491 (7th Cir. 2018) (Barrett, J.); *see* also Doc.10 ¶49; Doc.28 ¶49.

18. Exhibit 17 is a true and correct copy of a document bearing bates number WILB-ACAD-879 that was produced by Wilberforce in this litigation. This exhibit can be found at App.434-36.

19. Exhibit 18 is a true and correct copy of a document bearing bates number WILB-ACAD-2849 that was produced by Wilberforce in this litigation. This exhibit can be found at App.437-39.

20. Exhibit 19 is a true and correct copy of a document bearing bates number WILB-ACAD-2286 that was produced by Wilberforce in this litigation. This exhibit can be found at App.440-42.

21. Exhibit 20 is excerpts from the deposition of David Denton taken on July 6, 2026, remotely via videoconferencing in response to a third-party subpoena in this litigation. This exhibit can be found at App.443-49.

22. Exhibit 21 is a true and correct copy of a document bearing bates number ARCADIA398 that was produced by Arcadia Education Group in response to a third-party subpoena in this litigation. This exhibit can be found at App.450-51.

23. Exhibit 22 is a true and correct copy of a document bearing bates number ARCADIA4 that was produced by Arcadia Education Group in response to a third-party subpoena in this litigation. This exhibit can be found at App.452-53.

24. Exhibit 23 is a true and correct copy of a document bearing bates number ARCADIA403 that was produced by Arcadia Education Group in response to a third-party subpoena in this litigation. This exhibit can be found at App.454-56.

25. Exhibit 24 is the Knox County Board of Education's amended responses and objections to Wilberforce's requests for production, dated April 10, 2026, and produced on May 8, 2026. This exhibit can be found at App.457-61.

26. Exhibit 25 is KCBOE's amended responses and objections to Wilberforce's requests for admission, dated June 29, 2026. This exhibit can be found at App.462-72.

27. Exhibit 26 is KCBOE's amended responses and objections to Wilberforce's second interrogatories, dated July 6, 2026. This exhibit can be found at App.473-78.

28. Exhibit 27 is a true and correct copy of a document bearing bates number KCBOE10688 that was produced by KCBOE in this litigation. This exhibit can be found at App.479-85.

29. Exhibit 28 is a true and correct copy of a document bearing bates number KCBOE3000 that was produced by KCBOE in this litigation. This exhibit can be found at App.486-90.

30. Exhibit 29 is a true and correct copy of a document bearing bates number KCBOE3913 that was produced by KCBOE in this litigation. This exhibit can be found at App.491-94.

31. Exhibit 30 is a true and correct copy of a document bearing bates number KCBOE2973 that was produced by KCBOE in this litigation. This exhibit can be found at App.495-97.

32. Exhibit 31 is a true and correct copy of a document bearing bates number KCBOE9614 that was produced by KCBOE in this litigation. This exhibit can be found at App.498-788.

33. Exhibit 32 is a true and correct copy of a document bearing bates number KCBOE10009 that was produced by KCBOE in this litigation. This exhibit can be found at App.789-1445.

34. Exhibit 33 is a true and correct copy of a document bearing bates number KCBOE5970 that was produced by KCBOE in this litigation. This exhibit can be found at App.1446-62.

35. Exhibit 34 is a true and correct copy of Emerald Academy's 2025 renewal charter agreement, available at perma.cc/4C25-TAZX (archived Aug. 1, 2026). This exhibit can be found at App.1463-80. This Court can take judicial notice of a public record on a government website. *Kentucky v. Biden*, 23 F.4th 585, 599 n.8 (6th Cir. 2022); *see also* Ex.3 ¶25.

36. Exhibit 35 is a true and correct copy of the minutes of KCBOE's June 5, 2025 meeting, available at perma.cc/ST5X-8TL9 (archived Aug. 1, 2026). This exhibit can be found at App.1481-89. This Court can take judicial notice of a public record on a government website. *Kentucky*, 23 F.4th at 599 n.8.

37. Exhibit 36 is a true and correct copy of Knoxville Preparatory School's 2025 charter agreement, available at perma.cc/L3BW-EEY4 (archived Aug. 1, 2026). This exhibit can be found at App.1490-506. This Court can take judicial notice of a public record on a government website. *Kentucky*, 23 F.4th at 599 n.8; *see also* Ex.1 ¶50.

38. Exhibit 37 is a true and correct copy of a document bearing bates number KCBOE4762 that was produced by KCBOE in this litigation. This exhibit can be found at App.1507-11.

39. Exhibit 38 is a true and correct copy of a video file with the name "2026 KCS Technical Assistance Workshop-20260116_143224-Meeting Recording.mp4" that was produced by KCBOE in this litigation. A cover sheet for this exhibit can be found at App.1512-13.

40. Exhibit 39 is a true and correct copy of a document bearing bates number KCBOE3812 that was produced by KCBOE in this litigation. This exhibit can be found at App.1514-42.

41. Exhibit 40 is a true and correct copy of a document bearing bates number KCBOE10690 that was produced by KCBOE in this litigation. This exhibit can be found at App.1543-50.

42. Exhibit 41 is a true and correct copy of KCBOE's Policy I-450, available at perma.cc/ESJ9-H6QQ (archived Aug. 1, 2026). This exhibit can be found at App.1551-53.

43. Exhibit 42 is a true and correct copy of a document bearing bates number KCBOE3867 that was produced by KCBOE in this litigation. This exhibit can be found at App.1554-79.

44. Exhibit 43 is true and correct copy of a document bearing bates number KCBOE3840 that was produced by KCBOE in this litigation. This exhibit can be found at App.1580-607.

45. Exhibit 44 is true and correct copy of a document bearing bates number KCBOE3160 that was produced by KCBOE in this litigation. This exhibit can be found at App.1608-75.

46. Exhibit 45 is the video file "2_5_26 KCS BOE Called Meeting.mp4", which is a true and correct copy of the video of the called meeting of KCBOE on February 2, 2026, available at www.youtube.com/watch?v=lqLgLLJPwCs [perma.cc/Q7AG-AKT6]. A cover sheet for this exhibit can be found at App.1676-77. This Court can take judicial notice of a public record on a government agency's YouTube channel. *Kentucky*, 23 F.4th at 599 n.8.

47. Exhibit 46 is true and correct copy of a document bearing bates number KCBOE10700 that was produced by KCBOE in this litigation. This exhibit can be found at App.1678-82.

48. Exhibit 47 is a true and correct copy of the State of Tennessee's required charter school application form, available at perma.cc/7UFD-G3CV (archived Aug. 1, 2026). This exhibit can be found at App.1683-727. This Court can take judicial notice of a public record on a government website. *Kentucky*, 23 F.4th at 599 n.8.

49. Exhibit 48 is a true and correct copy of the Tennessee Public Charter School Commissions' pre-opening checklist, available at perma.cc/XN9X-R5HC (archived Aug. 1, 2026). This exhibit can be found at App.1728-53. This Court can take judicial notice of a public record on a government website. *Kentucky*, 23 F.4th at 599 n.8.

50. Exhibit 49 is a true and correct copy of the page *EFS FAQs* on the Tennessee Department of Education's website, available at archive.is/xRU4T (archived Aug. 1, 2026). This exhibit can be found at App.1754-73. This Court can take judicial notice of a public record on a government website. *Kentucky*, 23 F.4th at 599 n.8.

51. Exhibit 50 is a true and correct copy of the page *Tennessee Education Freedom Scholarship Program* on the Tennessee Department of Education's website, available at archive.is/FrvK0 (archived

Aug. 1, 2026). This exhibit can be found at App.1774-76. This Court can take judicial notice of a public record on a government website. *Kentucky*, 23 F.4th at 599 n.8.

52. Exhibit 51 is a true and correct copy of the charter agreement of Wooddale Middle School, available at perma.cc/8VTU-JARF (archived Aug. 1, 2026). This exhibit can be found at App.1777-800. This Court can take judicial notice of a public record on a government website. *Kentucky*, 23 F.4th at 599 n.8.

53. Exhibit 52 is true and correct excerpts of Wooddale Middle School's approved charter application to open in the 2025-2026 school year, available at perma.cc/36NC-6HWJ (archived Aug. 2, 2026). This exhibit can be found at App.1801-21. This Court can take judicial notice of a public record on a government website. *Kentucky*, 23 F.4th at 599 n.8.

54. Exhibit 53 is a true and correct copy of the 2025 charter agreement of LEAD Neely's Bend, available at perma.cc/644S-U8DJ (archived Aug. 1, 2026). This exhibit can be found at App.1822-45. This Court can take judicial notice of a public record on a government website. *Kentucky*, 23 F.4th at 599 n.8.

55. Exhibit 54 is excerpts of LEAD Neely Bend's approved charter application to open in the 2023-2024 school year, available at perma.cc/4RBG-GYHU (archived Aug. 1, 2026). This exhibit can be found at App.1846-55. This Court can take judicial notice of a public record on a government website. *Kentucky*, 23 F.4th at 599 n.8.

56. Exhibit 55 is a true and correct copy of the Tennessee Public Charter School Commission's Policy 4804—Religion in the Curriculum, available at perma.cc/3ZQ9-JUFC (archived Aug. 1, 2026). This exhibit can be found at App.1856-57.

57. Exhibit 56 is a true and correct copy of the Tennessee Public Charter School Commission's Charter School Performance Framework, available at perma.cc/JR8J-XC65 (archived Aug.

1, 2026). This exhibit can be found at App.1858-909. This Court can take judicial notice of a public record on a government website. *Kentucky*, 23 F.4th at 599 n.8.

58. Exhibit 57 is a true and correct copy of the amended and restated charter of ACLU of Tennessee Inc., available at perma.cc/YR4S-97CC (archived Aug. 1, 2026). This exhibit can be found at App.1910-15. This Court can take judicial notice of a party's own records posted on its own website. *See Goplin*, 893 F.3d at 491.

59. Exhibit 58 is excerpts of the Carroll intervenors' supplemental responses and objections to Wilberforce's first interrogatories, dated June 16, 2026. This exhibit can be found at App.1916-30.

60. Exhibit 59 is excerpts from the combined fact and expert deposition of Holly Slater, taken on June 18, 2026, remotely via videoconferencing. This exhibit can be found at App.1931-45.

61. Exhibit 60 is excerpts from the deposition of Richard Coble, taken on May 18, 2026, in person in Knoxville, Tennessee. This exhibit can be found at App.1946-54.

62. Exhibit 61 is excerpts from the deposition of Kerry Dooley, taken on May 18, 2026, in person in Knoxville, Tennessee. This exhibit can be found at App.1955-62.

63. Exhibit 62 is excerpts from the deposition of Amanda Collins, taken on May 18, 2026, in person in Knoxville, Tennessee. This exhibit can be found at App.1963-71.

64. Exhibit 63 is excerpts from the deposition of Elizabeth Porter, taken on May 18, 2026, in person in Knoxville, Tennessee. This exhibit can be found at App.1972-82.

65. Exhibit 64 is excerpts from the deposition of Katina Sharp, taken on May 18, 2026, in person in Knoxville, Tennessee. This exhibit can be found at App.1983-91.

66. Exhibit 65 is excerpts from the Coble intervenors' amended responses and objections to Wilberforce's first requests for admission, dated June 17, 2026. This exhibit can be found at App.1992-2009.

67. In discovery in this lawsuit, Wilberforce Academy responded to 117 written discovery requests. *See* Coble Intervenors' Requests for Production (Mar. 13, 2026) (50 requests); Coble Intervenors' Interrogatories (Mar. 13, 2026) (13 requests); Coble Intervenors' Requests for Admission (Mar. 13, 2026) (34 requests); Carroll Intervenors' Requests for Production (May 21, 2026) (12 requests); Carroll Intervenors' Interrogatories (May 21, 2026) (8 requests).

68. In discovery in this lawsuit, Wilberforce's witnesses gave 23 hours of live testimony in four depositions. *See* Ex.4 at 6, 373 (dual individual and corporate deposition) (10 hours, 55 minutes); Ex.5 at 2, 262 (6 hours, 2 minutes); Ex.6 at 5, 174 (6 hours, 10 minutes).

69. In discovery in this lawsuit, Wilberforce produced nearly 3,000 pages of documents. *See* WILB-ACAD-1-2851; WILB-ACAD-780 (74-page Word document); WILB-ACAD-826 (18-page Word document); WILB-ACAD-832 (34-page Word document).

Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 2, 2026. *<u>/s/ Cameron T. Norris</u>*