**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**NORTHERN DIVISION (KNOXVILLE)**

| | |
|---|---|
| THE WILBERFORCE ACADEMY OF KNOXVILLE,<br>*Plaintiff*,<br>v.<br><br>KNOX COUNTY BOARD OF EDUCATION,<br>*Defendant*,<br><br>RICHARD COBLE, et al.,<br>*Intervenor-Defendants*,<br><br>ADRIENNE CARROLL, et al.,<br>*Intervenor-Defendants*. | Case No. 3:25-cv-584-CEA-DCP<br><br>District Judge Charles E. Atchley<br><br>Magistrate Judge Debra C. Poplin |

**APPENDIX TO PLAINTIFF'S POST-DISCOVERY MOTION FOR SUMMARY JUDGMENT, VOLUME 2 (APP.498-1445)**

**TABLE OF CONTENTS**

Exhibit 1: Declaration of Zachary Wishart ..... App.1

Exhibit 2: Declaration of Douglas Harris ..... App.19

Exhibit 3: Declaration of David Colquitt ..... App.26

Exhibit 4: Deposition of Zachary Wishart ..... App.34

Exhibit 5: Deposition of Douglas Harris ..... App.75

Exhibit 6: Deposition of David Colquitt ..... App.91

Exhibit 7: Email from Zachary Wishart (Jan. 29, 2026) ..... App.109

Exhibit 8: Wilberforce Charter Application ..... App.111

Exhibit 9: Wilberforce Budget ..... App.391

Exhibit 10: Wilberforce Actions of Directors ..... App.398

Exhibit 11: Email from KCBOE (Dec. 2, 2025) ..... App.401

Exhibit 12: Email from KCBOE (Dec. 5, 2025) ..... App.403

Exhibit 13: Email from KCBOE (Feb. 4, 2026) ..... App.406

Exhibit 14: Wilberforce 501(c)(3) Letter ..... App.409

Exhibit 15: *Christian Group Sues KCBOE* ..... App.413

Exhibit 16: ACLU Oklahoma Press Release ..... App.421

Exhibit 17: Wilberforce Board Meeting Minutes (Apr. 3, 2026) ..... App.434

Exhibit 18: Wilberforce Board Meeting Minutes (June 23, 2026) ..... App.437

Exhibit 19: Wilberforce Board Ratification Resolution ..... App.440

Exhibit 20: Deposition of David Denton ..... App.443

Exhibit 21: Email from Joy Lambrecht (Jan. 29, 2026, 5:20 p.m.) ..... App.450

Exhibit 22: Email from Ben Lindquist (Jan. 30, 2026) ..... App.452

Exhibit 23: Email from Joy Lambrecht (Jan. 29, 2026, 1:50 p.m.) ..... App.454

Exhibit 24: KCBOE's Amended R&Os to Wilberforce's RFPs ..... App.457

Exhibit 25: KCBOE's Amended R&Os to Wilberforce's RFAs ..... App.462

Exhibit 26: KCBOE's Amended R&Os to Wilberforce's Second Interrogatories....................App.473

Exhibit 27: Wilberforce Letter of Intent....................App.479

Exhibit 28: Wilberforce Letter of Intent Executive Summary....................App.486

Exhibit 29: KCBOE Charter Application Guidance....................App.491

Exhibit 30: Email from Kristi Kristy (Dec. 2, 2025)....................App.495

Exhibit 31: Emerald Application....................App.498

Exhibit 32: Knoxville Prep Application....................App.789

Exhibit 33: Emerald Original Charter Agreement....................App.1446

Exhibit 34: Emerald Renewal Charter Agreement....................App.1463

Exhibit 35: KCBOE Board Meeting Minutes (June 5, 2025)....................App.1481

Exhibit 36: Knoxville Prep Charter Agreement....................App.1490

Exhibit 37: Memorandum from Jon Rysewyk (May 29, 2014)....................App.1507

Exhibit 38: KCBOE Technical Assistance Workshop Video....................App.1512

Exhibit 39: KCBOE Technical Assistance Workshop Slides....................App.1514

Exhibit 40: KCBOE Board Meeting Minutes (Apr. 9, 2026)....................App.1543

Exhibit 41: KCBOE Policy I-450....................App.1551

Exhibit 42: KCBOE Charter School Handbook....................App.1554

Exhibit 43: KCBOE Charter Performance Framework....................App.1580

Exhibit 44: KCBOE Annual Authorizer Report (2024-25)....................App.1608

Exhibit 45: KCBOE Called Board Meeting Video (Feb. 5, 2026)....................App.1676

Exhibit 46: KCBOE Called Board Meeting Minutes (Feb. 5, 2026)....................App.1678

Exhibit 47: Tennessee Charter Application Form....................App.1683

Exhibit 48: Tennessee Charter School Pre-Opening Checklist....................App.1728

Exhibit 49: *Education Freedom Scholarship FAQs*....................App.1754

Exhibit 50: *Tennessee Education Freedom Scholarship Program*....................App.1774

Exhibit 51: Wooddale Middle School Charter Agreement ........................................................App.1777

Exhibit 52: Wooddale Middle School Charter Application .......................................................App.1801

Exhibit 53: LEAD Neely's Bend Charter Agreement ...............................................................App.1822

Exhibit 54: LEAD Neely's Bend Charter Application ..............................................................App.1846

Exhibit 55: Tennessee Public Charter School Commission Policy 4804..................................App.1856

Exhibit 56: Tennessee Public Charter School Commission Charter Performance Framework....App.1858

Exhibit 57: ACLU of Tennessee Amended and Restated Charter ............................................App.1910

Exhibit 58: Carroll Intervenors' Amended R&Os to Wilberforce's First Interrogatories .......App.1916

Exhibit 59: Deposition of Holly Slater.......................................................................................App.1931

Exhibit 60: Deposition of Richard Coble ..................................................................................App.1946

Exhibit 61: Deposition of Kerry Dooley ....................................................................................App.1955

Exhibit 62: Deposition of Amanda Collins ................................................................................App.1963

Exhibit 63: Deposition of Elizabeth Porter ................................................................................App.1972

Exhibit 64: Deposition of Katina Sharp .....................................................................................App.1983

Exhibit 65: Coble Intervenors' Amended R&Os to Wilberforce's RFAs ................................App.1992

# EXHIBIT 31

# Assurances

As the authorized representative of the sponsor, I hereby certify that the information submitted in this application for a charter for Emerald Academy is true to the best of my knowledge and belief; and if awarded a charter, the school:

1. will operate as a public, nonsectarian, non-religious public school, with control of instruction vested in the governing body of the school under the general supervision of the chartering authority and in compliance with the charter agreement and the Charter School Act;

2. will follow all federal, state and local laws and regulations that pertain to the operation of a public school, unless waived according to T.C.A. § 49-13-105;

3. will provide special education services for students as provided in Tennessee Code Annotated Title 49, Chapter 10, Part B of the Individuals with Disabilities Education Act; Title II of the Americans with Disabilities Act of 1990, and Section 504 of the Rehabilitation Act of 1973;

4. will adhere to all provisions of federal law relating to students who are limited English proficient (LEP), including Title VI of the Civil Rights Act of 1964 and the Equal Educational Opportunities Act of 1974, that are applicable to it;

5. will follow all federal and state laws and constitutional provisions prohibiting discrimination on the basis of disability, race, creed, color, national origin, religion, ancestry, or need for special education services;

6. will comply with all provisions of the Charter Schools Act, including, but not limited to
   a. employing individuals to teach who hold a license to teach in a public school in Tennessee;
   b. complying with Open Meetings and Open Records laws (T.C.A. §§ 8-44-101 et seq.; 10-7-503, 504) (guidance is available from the Office of Open Records Counsel);
   c. not charging tuition, except for students transferring from another district to the school pursuant to the local board's out-of-district enrollment policy and T.C.A.§ 49-6-3003;
   d. following state financial (budgeting and audit) procedures and reporting requirements according to T.C.A. § 49-13-111, 120 and 127;
   e. requiring any member of the governing body, employee, officer or other authorized person who receives funds, has access to funds, or has authority to make expenditures from funds, to give a surety bond in the form prescribed by T.C.A.§ 8-19-101; and

7. will, at all times, maintain all necessary and appropriate insurance coverage.

[signature]
**Signature**

Steve Diggs
**Name of Authorized Signer**

President, Emerald Charter Schools
**Title of Authorized Signer**

# Emerald Academy

## A Charter School Application Submitted to Knox County Schools

1718 N Central St, Knoxville, TN 37917

## Table of Contents


**Academic Plan Design and Capacity** 1
- Mission and Goals 1
- School Development 13
- Academic Focus and Plan 16
- Special Populations and At-Risk Students 38
- Performance Standards/Assessments/School Culture 49
  - Academic Performance 49
  - Assessments 55
  - School Culture 61
- Marketing, Recruitment and Enrollment 72
- Community Involvement and Parent Engagement 76

**Operations Plan and Capacity** 85
- Governance 85
- Personnel/Human Capital 94
- Professional Development 105
- Operations Capacity 112

**Financial Plan and Capacity** 114
- Charter School Financing 114
- Public Charter School Budget Workbook Attachment 9
- Budget Narrative Attachment 10

**Attachments**
- Attachment 1: Start-Up Plan
- Attachment 2: Organizational Chart
- Attachment 3: Governing Body Documents
- Attachment 4: School Calendar and Schedule
- Attachment 5: Student Discipline Policy
- Attachment 6: Facilities Plan
- Attachment 7: Transportation Plan (if applicable)
- Attachment 8: Food Service Plan
- Attachment 9: Public Charter School Budget Workbook
- Attachment 10: Budget Narrative
- Attachment 11: Insurance
- Attachment 12: Waivers
- Attachment 13: Community Partnerships
- Attachment 14: Letters of Support
- Attachment 15: Enrollment Policy
- Attachment 16: Employee Handbook

## Academic Plan Design and Capacity

### Mission and Goals

Describe the mission and goals of the proposed school. Include a rationale for the grades served, grades upon opening and an enrollment growth plan. If you choose to, explain how the mission and vision of this school addresses any priorities set by the chartering authority.

**Mission:** Emerald Academy will provide Knoxville's urban students with the academic foundation, skills, habits, and character traits that they need to succeed in high school, college, and in life. Through our rigorous educational program and our relational culture, we will create a transformative experience for our scholars that prepares them to become self-sufficient, reflective, and resilient leaders in their communities.

**Vision:** Our vision is to dramatically increase the number of Knoxville students who graduate eighth grade well-prepared for high school and the college of their choice. To achieve this goal, we will create a replicable, model kindergarten through eighth grade school that closes the achievement gap and alters the trajectory for our urban youth. Emerald Academy will prepare our scholars for success through our four pillars: academic excellence, effective teaching, a highly relational culture grounded in high expectations, and robust parent and community engagement.

**Goals:** Emerald Academy is committed to closing the achievement gap and ensuring that all scholars, including all subgroups, achieve at the highest levels possible. Accordingly, we have set an ambitious long-term academic goal that will drive our efforts over the course of the 10-year charter contract.

**Academic goal:** By the end of the first charter period (10-year charter contract), Emerald Academy will be a reward school, as measured by Tennessee's revised accountability system. As a reward school, Emerald Academy's achievement will be in the top five percent for state assessments with no significant gaps in achievement. See the *Academic Performance* section for detailed academic and operational goals and metrics.

- Identify the targeted student population and the demographics of the community to be served.

Knox County's urban elementary and middle schools are struggling to meet the needs of our students. As shown in the following charts, in 2013, the percentage of Knoxville's urban elementary and middle school students scoring proficient or advanced on the Tennessee Comprehensive Assessment Program (TCAP) ranged from a high of approximately 44 percent in third grade mathematics to a low of 18 percent in eighth grade mathematics. In reading/ language arts, the range is a high of approximately 38 percent in sixth grade to a low of 29 percent in eighth grade. We believe that a change is needed to accelerate the pace of student readiness for secondary and post-secondary education.







Note: The urban Knoxville average includes Beaumont, Belle Morris, Christenberry, Dogwood, Green, Lonsdale, Maynard, Sarah Moore Greene, South Knoxville, and Spring Hill elementary schools and South-Doyle, Vine, and Whittle Springs middle schools.

As a result, we aim to serve scholars and families who reside in Knoxville's urban neighborhoods. We anticipate that our scholar population will mirror those of the urban Knoxville schools included in the above charts, which have the following demographic characteristics:

- 87% qualify for free or reduced-price (FRP) lunch
- 16% special education
- 10% English language learner (ELL) scholars
- 59% minorities

- Identify specific barriers and/or school needs that may impact student achievement. Explain how your school will help students overcome those specific barriers.

In his 2013 report, *Overcoming the Poverty Challenge to Enable College and Career Readiness for All*, Robert Balfanz identifies significant challenges related to poverty that negatively impact academic achievement, including:

- Lack of basic human needs, such as housing and food
- Lack of access to healthcare
- Exposure to violence
- Living under constant stress
- Single-parent households

In addition, Balfanz states, "Students living in poverty, on average, start their educational experience significantly behind their peers in terms of the precursor reading and mathematics skills and knowledge they bring to school." (p. 10)[1]

At Emerald Academy, we address these obstacles in a comprehensive and targeted manner. Our proposed school provides a much-needed solution in a number of critical areas:

- **Creating a highly relational environment.** Scholars at Emerald Academy will be cared for and nurtured in a kindergarten through eighth grade school environment that includes a low scholar-teacher ratio, small grade levels, additional staff members in classrooms, and life coaches who will follow scholars throughout their entire academic career (kindergarten

[1] http://new.every1graduates.org/overcoming-poverty-challenge/

through college). Emerald Academy will be a place where every child is known by name and where every child has deep and personal relationships with adults in the building. The relationships formed at Emerald Academy will last for years after scholars leave our school. As described in the *School Culture* section, research indicates that a positive and supportive relationship with an adult can protect against the negative outcomes often associated with low-income students (Murray & Malmgren, 2005). This is further confirmed by a study conducted by Public/Private Ventures for Big Brothers Big Sisters regarding the positive impact of adult-to-scholar mentoring (see page 69 of this application).

- **Employing a school social worker:** Emerald Academy will employ a social worker who will be directly responsible for meeting the non-academic needs of scholars in at-risk situations. In addition to providing direct support to scholars, the social worker will develop and manage relationships with local nonprofit, health care, and social service agencies to coordinate external services for scholars and their families.
- **Providing extended time on learning:** All scholars will participate in an extended school day and an extended school year. Additionally, we will create efficiencies within the school day through our systems and structures that will provide more time on task for scholars.
- **Offering dedicated intervention and enrichment for every scholar:** The Emerald Academy daily schedule includes a 90-minute intervention/enrichment period four days per week, in which scholars will receive small group, targeted instruction in mathematics and English language arts (ELA). This dedicated time will provide scholars with the individualized supports they need to close the achievement gap.

Our Board has a strong track record of success working with at-risk students during the school day and through after-school programs. Emerald Academy will build upon their experience to provide an outstanding educational experience to Knoxville's urban youth.

- Articulate clear guiding purposes and priorities and how the school will know it is achieving them.

**Guiding Purposes and Priorities**

Emerald Academy's guiding purpose is to prepare our scholars for success in high school, college, and in life. To this end, Emerald Academy has four pillars for success:

- **Academic excellence.** Our academic program: implements a standards-based academic curriculum; provides differentiated instruction to personalize education for every scholar; utilizes data to drive all decisions; and provides extended time on learning.
- **Effective teaching.** Our success and that of our scholars depends on high quality and effective instruction. To this end, we will: hire committed and driven teachers; provide extensive and embedded professional development; establish professional learning communities; and conduct frequent informal observations and provide immediate feedback.
- **A highly relational culture grounded in high expectations.** At Emerald Academy, we will establish a culture that is grounded in high expectations – one that demands and expects the best from all stakeholders. We will do this by: holding high expectations for all; creating a highly structured school environment; and creating a highly relational environment.
- **Robust parent and community engagement.** At Emerald Academy, we believe that parent and community engagement is a key factor in the success of our scholars and our school. To this end, we will partner with families and develop strong community partnerships.

We have set measurable academic and organizational goals that will help us know we are meeting the mission of our school. For specific ways by which we will measure success, see the *Academic Performance* section.

## Enrollment Summary

Emerald Academy will open with 60 scholars each in kindergarten and first grade, for a total Year One enrollment of 120**.** In our second year, we will add a second and fifth grade. We will then add two grades per year for each of the next two years and one grade in FY20. At capacity, we will serve 540 scholars in grades kindergarten through eighth grade. We have elected to operate a kindergarten through eighth grade school to enable us to realize our vision and to dramatically increase the number of Knoxville students who graduate eighth grade well-prepared for high school and the college of their choice.

| **Grade Level** | **Number of Scholars** | | | | | |
|---|---|---|---|---|---|---|
| | **Year 1 2015-2016** | **Year 2 2016-2017** | **Year 3 2017-2018** | **Year 4 2018-2019** | **Year 5 2019-2020** | **At capacity 2019-2020** |
| **K** | 60 | 60 | 60 | 60 | 60 | 60 |
| **1** | 60 | 60 | 60 | 60 | 60 | 60 |
| **2** | | 60 | 60 | 60 | 60 | 60 |
| **3** | | | 60 | 60 | 60 | 60 |
| **4** | | | | 60 | 60 | 60 |
| **5** | | 60 | 60 | 60 | 60 | 60 |
| **6** | | | 60 | 60 | 60 | 60 |
| **7** | | | | 60 | 60 | 60 |
| **8** | | | | | 60 | 60 |
| **9** | | | | | | |
| **10** | | | | | | |
| **11** | | | | | | |
| **12** | | | | | | |

## District Priorities

1. New and/or conversion schools with an innovative and/or proven approach to address the following imperatives as identified in the KCS Strategic Plan:

Emerald Academy will implement a proven school model that has demonstrated tremendous success with a similar scholar population to the one we intend to serve, the Breakthrough Schools' Prep Schools model. Breakthrough Schools is the highest rated network of charter schools in Ohio. After conducting extensive research into the highest performing charter schools across the country, we chose to model our proposed school after the Breakthrough Schools' Prep Schools for their:

- Close alignment to our mission and vision
- Demonstrated success in changing the trajectory of students in an urban, high needs, high poverty environment
- Outstanding academic performance outcomes both in attainment and growth
- Commitment to college preparation

Breakthrough Schools' Prep Schools have partnered with Emerald Academy in the development of our school design and will continue to support us through the launch and operations of the proposed charter school.

a. Increasing student academic achievement and growth, particularly in high poverty and high needs schools/populations where achievement outcomes are in the lowest quintile of the school system.

Breakthrough Schools' Prep Schools, located in Cleveland, Ohio, have a scholar population that is 97 percent minority and 85 percent low income. Despite the challenges faced by an inner city,

low income, and minority scholar population, and by enrolling scholars who are performing one or more grade levels below their actual grade level, Breakthrough Schools' Prep Schools have dramatically increased scholar achievement and growth.

Following are data presenting the two E Prep middle schools' 2012-13 percent proficiency, compared to the Cleveland School District. As evidenced by the charts below, both of the E Prep middle schools significantly outperformed the district average.




Note that E Prep Cliffs opened in 2006 and E Prep Woodland Hills opened in 2011. E Prep Woodland Hills did not have eighth grade data for the 2012-13 school year. It is also important to note that, in general, scholars' scores increase dramatically between sixth and eighth grade, showing that the longer scholars attend one of the E Prep schools, the better they perform. Note that the elementary school data are limited, as the Cliffs Village Prep School opened in 2009 and the Village Prep Woodland Hills School opened in 2011. However, the d ata that we have for Village Prep Cliffs demonstrates that Village Prep Cliffs' students are not only outperforming Cleveland, but also outperforming the state of Ohio. For the 2012-13 school year, Village Prep Cliffs' third grade students had the following results

| | **ELA Percent Proficient** | **Mathematics Percent Proficient** |
|---|---|---|
| Village Prep | 89% | 89% |
| Cleveland School District | 59% | 55% |
| Ohio | 81% | 69% |

In addition, Breakthrough Schools' Prep Schools are among Ohio's top ranked schools for scholar growth. In 2013, both of the Breakthrough Schools' Prep Schools earned an A rating for scholar growth. They posted the state's first and eighth highest value-added gain scores and were ranked 16th and 39th out of 815 schools on Ohio's value-added ranking.

b. Enhancing student academic success by focusing on the learning needs and styles of each individual student and providing access to high quality, rigorous, differentiated instruction and high expectations in every classroom, every day.

At Emerald Academy, we are committed to meeting each child's individual learning needs and styles and helping him/her to maximize his/her potential. In order to ensure that each scholar's academic needs are being met, Emerald Academy will provide high quality, rigorous differentiated instruction to all scholars, including scholars with special needs, ELL scholars , scholars performing below grade level, and intellectually gifted scholars. Teachers will utilize flexible ability groupings to provide targeted instruction to scholars. To further individualize instruction, we will use additional staff and volunteers to provide targeted and small group instruction, as well as staff to push-in and pull-out scholars as necessary. We will also utilize computer-based programs such as Lexia and ST Math to provide targeted instruction on specific skills. For more information on Emerald Academy's approach to meeting each child's academic needs, see the *Academic Focus and Plan* section of this application.

Emerald Academy scholars will also benefit from low scholar -to-teacher ratios, allowing for greater individualized attention. Each classroom in kindergarten through grade 4 will have two certified teachers and 30 scholars. In fifth through eighth grades, each class will have 20 scholars and one certified teacher. For more information regarding our staffing plan, see the *Personnel/Human Capital* section.

In addition, the school schedule includes a double block (90 minutes) intervention/enrichment period four days per week, called the Focus Period. During Focus Period, scholars will receive targeted assistance in ELA and mathematics from core subject teachers, interventionists, special education teachers, tutors, and volunteers. The intervention/enrichment period will incorporate a blended learning, lab rotation model in which the scholars will rotate between small, teacher-led groups and independent work using digital content. This will enable us to use technology to further personalize and differentiate instruction. For more information on the Focus Period, see the *Special Populations and At-Risk Students* section of this application.

At Emerald Academy, we will utilize data to drive all decisions at the school, ranging from personnel, to programming, to interventions, to instruction. Emerald Academy will administer a range of assessments in order to accurately determine what scholars know and what gaps exist relative to the Common Core State Standards (CCSS). All scholars in the appropriate grades will participate in the state-required Partnership for Assessment of Readiness for College and Career (PARCC) assessment. In addition, Emerald Academy will administer the Northwest Evaluation Association's Common Core Measures of Academic Progress (Common Core MAP) assessment, the Fountas & Pinnell Benchmark Assessment System (BAS), as well as other school-developed assessments. The data will be consistently analyzed and used to drive improvements in the school. At Emerald Academy, all adults in the building will understand and know how to analyze data to best meet the needs of every scholar. For more information on Emerald Academy's emphasis on using data to drive all decisions at the school, see the *Assessment* section of this application.

At Emerald Academy, we believe that all scholars are capable of learning and achieving at high levels. All of our scholars will be college bound. To achieve this ambitious goal, all scholars, families, and staff must be accountable to each other for maintaining high expectations. All members of the school community will be expected to sign a contract of commitment – a pledge to do all in their power and whatever is necessary to achieve academic success. Our staff will believe in the potential of EVERY child and will work tirelessly to ensure that all scholars are prepared for college. They will raise the bar by developing lessons that reflect passion for, and knowledge of, their subject; assign work that is challenging and engaging; and assess scholar

progress thoughtfully, fairly, and regularly. In addition to high academic expectations, we will have clear, high expectations for both staff and scholar conduct. For additional information about our culture of high expectations, see the *School Culture* section of this application.

c. Closing achievement gaps defined by income, race, language, disability, and/or other student characteristics.

Emerald Academy has selected the Breakthrough Schools' Prep Schools model expressly for its demonstrated success in closing the achievement gap. Breakthrough Schools' Prep Schools serve a scholar body that is 97 percent minority and 85 percent low income. However, by eighth grade, Breakthrough Schools' Prep School scholars are achieving on par with the top suburban districts in the Cleveland area. Breakthrough Schools' Prep Schools attribute scholar success in closing the achievement gap to:

- Low scholar-to-teacher ratios
- A culture of high expectations
- An achievement-oriented school culture
- A highly disciplined school environment
- A college preparatory focus
- An extended school day and school year
- Teacher excellence through ongoing coaching and development

Emerald Academy has integrated these key elements into the design of our school. As we prepare for our school launch, we will continue to work closely with Breakthrough Schools' Prep Schools to ensure fidelity to their model.

d. Ensuring that the school is staffed with a cadre of highly effective educators who are continually working collaboratively to improve upon their instructional craft.

Research indicates that the most important factor for scholar learning is the quality of classroom instruction.[2] To this end, we will ensure that we have a highly effective cadre of educators through our strong hiring practices, extensive professional development, and feedback processes.

- **Hiring committed and driven teachers**: Emerald Academy will implement an extensive recruitment and hiring process to ensure that only those who are willing to be 100 percent committed to the success of our scholars and our mission will be hired. We will ensure that our teachers never give up on scholars and are willing to do all that is needed to help scholars be successful. See the *Personnel/Human Capital* section for additional information related to our recruitment and hiring processes.
- **Providing extensive and embedded professional development:** Emerald Academy will provide teachers and staff members with significant professional development (PD) in order to continuously provide high quality instruction. We will be a school that continuously grows and seeks excellence from all staff members regardless of tenure and experience. Teachers will receive embedded and sustained PD on a regular basis throughout the school year.
- **Conducting frequent informal observations and providing immediate feedback:** At Emerald Academy, we will expect our teachers to be continuous learners. Essential to this is receiving coaching from an instructional expert. As such, at Emerald Academy, teachers will receive frequent informal observations and coaching from school leaders.

At Emerald Academy, we believe that teacher collaboration is a key component of continually improving instruction and thus, a successful school. To this end, we have created a schedule that

[2] Hattie, John. (2009). Visible Learning: A Synthesis of over 800 Meta-Analyses Relating to Achievement. New York: Routledge.

provides teachers with time to plan collaboratively with their peers, analyze data, and discuss scholar needs, in addition to other topics. Through professional learning communities (PLCs), teachers will work with their colleagues to build their own knowledge and continue to develop professionally. For additional information regarding PLCs, see the *Professional Development* section.

e. Engaging students' families and the school community meaningfully in the educational process.

Extensive research has demonstrated the positive impact of parent and community engagement on academic success. Emerald Academy will actively involve and empower families and build broad-based community partnerships for our school by:

- **Partnering with families:** At Emerald Academy, we believe that parents are critical partners in the work that we do and that their involvement in scholars' education leads to higher levels of academic and personal achievement. To this end, we will adopt the PTA's National Standards for Family School Partnerships and actively:
  - Welcome all families into the school community
  - Communicate regularly and effectively with families about scholar learning
  - Collaborate with families to support scholar success
  - Empower families to be advocates for their and other's children
  - Share power with families through a parent representative on the Board of Directors as well as an active and meaningful Parent and Community Advisory Committee
- **Developing strong community partnerships:** Emerald Academy will establish the school as a pillar in the community and will work in the community to approach education in a collaborative and holistic manner. Our vision is to create meaningful partnerships that expand learning opportunities for scholars and provide critical after-school programs. In addition, we will work with local nonprofit, health care, and social service agencies to provide scholars and their families with services as needed. In partnership with the community, we will address many of the barriers to learning faced by Knoxville's urban students. We will help our scholars develop a strong sense of civic engagement and will prepare them to become future leaders in the community.

The dean of scholars and the manager of family and community engagement will focus on working with families and community members to maximize their involvement in, and partnerships with, Emerald Academy. For additional information about our parent and community engagement activities and strategies, see the *Community Involvement and Parent Engagement* section.

Note that Emerald Academy has already implemented a robust community engagement process as described below. We intend to continue our community engagement process through the school launch and operations.

f. Developing an operational infrastructure that enables, facilitates, and supports student learning and success.

Emerald Academy will have a robust operational infrastructure to support scholar learning and success. The principal will be the strategic, academic, financial, and operational leader of Emerald Academy and will be supported by a robust leadership team, as well as external financial and operations support. In addition to the principal, the leadership team will include:

- **Dean of Scholars:** The dean of scholars will be hired in year one and will be responsible for assisting the principal with building and maintaining a strong school culture. (S)he will manage and monitor scholars' behavior and discipline and serve as the point person for all family-related matters.

- **Director of Curriculum and Instruction:** The director of curriculum and instruction will be hired in the school's third year of operation. (S)he will provide ongoing coaching, observation, and professional development for teachers. In the first two years of operation, while the faculty is relatively small, the principal will be responsible for and prioritize these duties.
- **Director of Specialized Services:** The director of specialized services will be hired in year one and will oversee the special education, ELL, and Response To Instruction and Intervention (RTI[2]) programs. (S)he will be responsible for all case management, development and monitoring of scholars' individualized education program (IEP) and Section 504 plans, and coordination of clinical services.

The external financial and operations support will be provided by Emerald Youth Foundation (EYF). EYF has a long history and outstanding reputation for its sound financial and administrative operations. To enhance its current financial management and administrative capacity, EYF will create a Service Bureau that will include a chief financial and administrative officer, a director of operations, a director of finance, and a staff accountant. This team will have the capacity to provide both EYF and Emerald Academy with the high quality financial and back office support that they need.

See the *Operations Capacity* section of this application for additional detail related to the school leadership team and the EYF Service Bureau.

2. New and/or conversion schools that show a deep commitment to effectively educating every single child enrolled, and that embrace diversity in all its forms.

Emerald Academy embraces diversity and is fully committed to serving all of urban Knoxville's scholars regardless of race, ethnicity, ancestry, language spoken, religion, gender, sexual orientation, academic ability or disability. We will actively recruit scholars of all backgrounds, including scholars with disabilities, ELL scholars, and scholars in temporary living situations. We anticipate that our scholar population will mirror that of Knoxville's urban elementary schools with the following characteristics:

- 87% qualify for free or reduced-price lunch
- 16% are special education
- 10% are English language learners
- 59% are minorities

3. New and/or conversion schools that can successfully extend the school day, school week, and/or school year to provide more abundant (but universally high quality) learning opportunities for students to achieve and succeed.

Emerald Academy will have an extended school day and school year to provide our scholars with the additional time in core subject areas that they will need to close the achievement gap. Our school day is 8:00 a.m. to 4:00 p.m. for four days per week and 8:00 a.m. to 2:30 p.m. on Wednesdays. This additional time beyond the traditional school day will allow us to provide scholars with double periods (i.e., 90 minutes) of high-quality instruction in both ELA and mathematics on a daily basis, as well as a 90-minute intervention/enrichment period four days per week. In addition to a longer school day, we will implement an extended school year that includes 190 instructional days.

4. Conversion schools that demonstrate the capacity to radically change both the culture and the results of a low performing school (lowest achievement quintile in the school system), and that operate with a knowledge of and an emphasis on turnaround strategies.

Not applicable.

5. New and/or conversion schools that employ innovative and/or proven approaches to providing a high quality and effective education to students while operating within a resource-constrained fiscal environment

Emerald Academy will operate in a financially sound and sustainable manner. We have developed a budget that fully aligns with our mission, vision, and high-quality, effective educational program, as described throughout this application. This budget includes reasonable revenue and expense assumptions and demonstrates that by our fifth year of operations, we will operate solely on recurring public funding.

6. Additional priorities include new or conversion schools that:

a. Present evidence that demonstrates outreach to and engagement with the community in which the applicant intends to locate.

At Emerald Academy, we recognize the importance of working hand-in-hand with the community to create and operate a successful school. To this end, we have launched an intensive community engagement campaign that addressed the components identified in the Knox County Schools' RFP through a three phased process:

1. Inform stakeholders of our intent to file an application and let them know that they will have opportunities to provide input
2. Hold focus group and individual meetings to solicit input on our key design elements
3. Report back to the community on how their feedback was incorporated into the application

Through our efforts, we found that there is a strong interest in, and demand for, our school and that our mission and vision have resonated with the community. Several components of our design have been especially appealing to community stakeholders:

- Commitment to personalized learning through differentiated instruction
- Plan to increase instructional time through an extended school day and extended school year
- Highly structured culture coupled with our highly relational school environment
- Focus on closing the achievement gap
- Intention to require school uniforms
- Low scholar-to-teacher ratio
- High degree of parent and community engagement

To date, we have met with more than 250 stakeholders, facilitated 20 small group meetings, collected 290 petitions, and received 32 letters of support. We have been inspired by the support we have received and have found community members to be enthusiastic and excited about our proposed school.

b. Present evidence of the sponsoring organization having established itself as a 501(c)(3) non-profit as required by state law.

Emerald Charter Schools, the sponsoring organization, has incorporated as a Tennessee nonprofit corporation and has filed its application for 501(c)(3) status; see Attachment 3.

c. Have developed a strong instructional technology plan to support excellent classroom instruction.

Emerald Academy will implement a robust instructional technology plan that focuses on ensuring that all scholars have the 21st century skills necessary for high school and college success. Technology will be embedded into teacher lessons and will be used throughout the school day. Scholars will receive instruction in, and use, word processing, spreadsheet, and presentation software regularly in their classes and learn how to conduct research on the Internet. Each kindergarten through fourth grade classroom will be equipped with 10 desktop computers, a 3:1

scholar-to-computer ratio. Each fifth through eighth grade classroom will have 10 Chrome Books and a 2:1 scholar-to-computer ratio. In addition, technology will play a central role in the Focus Period. During Focus Period, scholars will rotate between technology-based and teacher-based instruction, using Lexia and ST Math as targeted interventions. These computer-based programs will enhance our ability to provide scholars with differentiated, personalized instruction.

d. Have conducted detailed facilities research leading to the likelihood of minimal challenges in identifying and securing an appropriate facility that will support the mission of the school.

Emerald Academy has conducted extensive facilities research and has identified two potential permanent facilities: the Sears Building, located at 1000 North Central Avenue, and the Moses Teen Center, located at 220 Carrick Street. Each of the buildings could be secured and renovated in time for a fall 2015 opening date, but we also have an interim solution if the process of securing and renovating the permanent locations takes longer than anticipated. Both of the facilities are large enough to accommodate our intended program and are located in our target neighborhood. The facility options are described in detail in the *Facilities Attachment* (Attachment 6).

e. Have identified an outstanding potential school leader, or have a specific plan as to how to do so within 90 days of the charter being approved.

Emerald Academy is actively searching for a school leader and will have the principal identified within 90 days of the charter being approved. We will recruit our principal through both national and local searches, building on the extensive experience of our Board of Directors and design team members in sourcing, selecting, and hiring organizational and academic leaders.

- Board member, Ed Hedgepeth, is retired from Knox County Schools where he served as Executive Director of Secondary Instruction. In this capacity, he assisted in the selection and development of school administrators. In addition, Ed is currently the TNLEAD Principal-in-Residence at the University of Tennessee, in the College of Education, Health, and Human Sciences, Department of Educational Leadership.
- Board President, Steve Diggs, is the founder and executive director of Emerald Youth Foundation, which provides both in-school and after-school academic support to Knoxville's at-risk youth. His staff includes two educational leaders who have demonstrated success in raising scholar achievement.
- Design team member, Betty Sue Sparks, is currently the Co-Director of the University of Tennessee's Center for Educational Leadership where she mentors and trains new, aspiring, and seasoned school leaders. In addition, Betty Sue has extensive experience as an elementary school principal and district leader.

Collectively, we will rely on our vast networks, existing school leaders, principal preparation programs, and job postings to identify and hire a highly qualified principal for Emerald Academy. The ideal principal candidate will have the following characteristics:

- A belief that all children must receive a rigorous college-preparatory education and are able to reach high levels of academic achievement
- An administrator license issued by the Tennessee Department of Education
- A track record of success working with a similar student population and demonstrated evidence of having led dramatic increases in student achievement
- Outstanding organizational and people leadership skills
- Alignment with Emerald Academy's mission, vision, and core values
- Demonstrated success in building a school culture that is both highly relational and grounded in high expectations
- The ability to provide teachers with the tools, supports, and professional development that they need to continuously improve the quality of classroom instruction

- Strong critical thinking and problem solving skills
- A commitment to, and history of, utilizing data to drive all decisions at the school from personnel, to programming, to interventions, to instruction
- Strong financial and operational management skills

## School Development

Provide an overview of the design and development of your proposed school.

- Describe how the concept of your proposed school emerged and detail the process/steps taken to develop your plan from abstract idea to concrete proposal. [Optional: Include the timeframe for each task (i.e., research, drafting, etc.)].

Emerald Youth Foundation received a grant in 2012 to map out the network of organizations that serve youth and young adults in urban Knoxville. The goal of the mapping effort was to develop a comprehensive picture of youth development in urban Knoxville, including aspects of development for which there are gaps or overlaps. In reviewing the data from this study, Emerald Youth Foundation found that the after-school activities, on the whole, were not having a significant impact on student achievement. Further, Emerald Youth Foundation recognized that the achievement gap for Knoxville's inner city youth was very pronounced, resulting in Emerald developing a sense of urgency to find strategies that would have a more significant impact in a shorter timeframe. The organization determined that, as a community, Knoxville needed to refine its approaches to youth development and accelerate the pace of that work. This led to the decision to launch a charter school. As Emerald Youth Foundation is a faith-based organization, the decision was made to create a new, nonsectarian organization, Emerald Charter Schools, to design, launch, and operate Emerald Academy.

Over the past nine months, Emerald Youth has conducted extensive research into the highest performing charter schools across the country. The design team considered more than 25 different school models before choosing the Breakthrough Schools' Prep Schools model. In November 2013, members of the design team visited Breakthrough Schools' Prep Schools for the first time to further gauge its alignment with the Emerald Academy mission and vision and develop the partnership. In December 2013, the partnership was formalized. The Emerald Youth Foundation Board of Directors voted to establish Emerald Charter Schools – a new and separate Tennessee nonprofit corporation, so that it could submit a charter application.

From December 2013 through April 2014, the design team has been working diligently to adapt the Breakthrough Schools' Prep Schools model to the Knoxville and Tennessee contexts.

- Detail who participated on the design team and explain the specific roles, responsibilities and contributions of each design team member.

Steve Diggs, President of the Board of Directors of Emerald Charter Schools, assembled a robust and well-rounded design team over the last six months. The following table details the design team, as well as their primary areas of contribution.

| Name | Organization | Title | Roles and Responsibilities | Area(s) of Contribution |
|---|---|---|---|---|
| *Steve Diggs | Emerald Youth Foundation | Executive Director | Board President | School design plan |
| *Edwin Hedgepeth | University of Tennessee | TNLEAD Principal-in-Residence | Board Member | Education plan and leadership development |
| *Tim McLemore | Gentry, Tipton and McLemore | Partner | Board Member | Legal and governance |
| *Randall Gibson | Lawler – Wood | Chief Operating Officer and General Counsel | Board Member | Facilities, construction and financing |

| Name | Organization | Title | Roles and Responsibilities | Area(s) of Contribution |
|---|---|---|---|---|
| *Danielle South | Knoxville Chamber | Director of Public Policy and Education | Board Member | Organizational development |
| *Sherra Robinson | Western Heights Dental Community Outreach Inc. | Outreach Director and Volunteer Coordinator | Board Member | Community engagement and participation in the Parent and Community Advisory Committee |
| *Alvin Nance | Knoxville's Community Development Corporation | President and CEO | Board Member | Organizational development |
| *Guille Cruze | | Self-employed | Board Member | Organizational development |
| *Renda Burkhart | Founder and President | Burkhart & Company, P.C. | Board Member | Finance and organizational development |
| John Zitzner | Breakthrough Schools and Friends of Breakthrough Schools | Co-Founder of Breakthrough Schools and President of Friends of Breakthrough Schools | Advisor | Implementing the Breakthrough Schools' Prep Schools' model |
| Chris O'Brien | Breakthrough Schools, E Prep Woodland Hills | Head of School | Advisor | Implementing the Breakthrough Schools' Prep Schools' model |
| Fran Trujillo | Breakthrough Schools, Village Prep Woodland Hills | Head of School | Advisor | Implementing the Breakthrough Schools' Prep Schools' model |
| Betty Sue Sparks | University of Tennessee's Center for Educational Leadership | Co-Director | Lead Academic Advisor | Education plan and leadership development |
| Chris Reynolds | LEAD Public Schools | Chief Executive Officer | Advisor | General model design |
| Justin Testerman | Tennessee Charter School Center | Chief Operating Officer | Advisor | General model design |

| Name | Organization | Title | Roles and Responsibilities | Area(s) of Contribution |
|---|---|---|---|---|
| Greg Thompson | Tennessee Charter School Center | Chief Executive Officer | Advisor | General model design |
| Scot Braun | Gray Shadow Financial Services, LLC | Managing Principal | Advisor and Service Bureau CFO | Financial plan |
| John Crooks | Emerald Youth Foundation | Communications Director | Advisor | Community engagement and communications |
| Kevin DuBose | Emerald Youth Foundation | Community Development Director | Advisor | Community engagement |
| George Ewart | George Armour Ewart Architect | Principal in Charge | Advisor | Architecture and facilities |
| Barry Brooke | Lawler-Wood | Executive Vice President and Director of Developmental Services | Advisor | Facilities |
| Chrisi Bollinger | Bollinger Consulting Services | Owner | Advisor | General model design |

* Denotes an Emerald Charter Schools Board Member

In addition, two consultants provided support and guidance to the design team:

- Matthew Shaw, MDS Advisors
- Sarah Rapa, SchoolWorks, LLC

- If an existing school or organization, provide a summary of how teachers, staff, administrators, parents and where applicable, students, participated in the development of the school plan.

Not applicable.

## Academic Focus and Plan

Describe the academic focus of the school. Tennessee law describes an academic focus as "a distinctive, thematic program such as math, science, arts, general academics, or an instructional program such as Montessori or Paideia." T.C.A. § 49-13-104.

Outline the school's academic plan, defined by the law as "a platform that supports the academic focus of the charter school and will include instructional goals and methods for the school, which, at a minimum, shall include teaching and classroom instruction methods, materials and curriculum that will be used to provide students with knowledge, proficiency and skills needed to reach the goals of the school." T.C.A. § 49-13-104. In your outline,

Emerald Academy will seek to provide every scholar with a high quality educational experience. In order to do this, we will implement an academic focus and plan based upon research and success with similar student populations. We will design and implement a curriculum that ensures scholars have sufficient time to master the standards. Finally, we will implement proven instructional strategies that will ensure scholars receive varied instruction and are able to master the content.

This section contains a detailed description of Emerald Academy's academic focus and plan. Included in this section are:

- A description of the key features supporting our pillar of Academic Excellence;
- Research supporting the key features;
- A description of the curriculum and the curriculum development process that Emerald Academy intends to implement, as well as a description of the curricular resources that will be available to teachers; and
- A thorough discussion of the various instructional strategies and methods Emerald Academy will utilize to fulfill its mission and ensure that scholars master essential content and skills.

- Articulate how the academic focus supports the school's mission.

Emerald Academy's academic focus will be college preparedness and career readiness. Our program will focus on providing instruction in the core subjects of English language arts (ELA), mathematics, science, and social studies so that scholars are prepared for a rigorous and demanding high school experience and, ultimately, college. Scholars will also benefit from intervention and enrichment instruction during the Focus Period of the day, as well as physical education, art, and music during specials. Technology will be woven into the school day in order to ensure that scholars have the necessary technological skills to excel in today's 21st century world. Additionally, scholars will receive explicit character education during the Morning Meeting (for scholars in kindergarten through fourth grade) or Advisory period (for scholars in fifth through eighth grade). We believe that in order to function in today's world, scholars must have mastered essential content, acquired skills and habits that lead to success, and developed strong personal character that will help them persevere and exhibit courage as they face life's inevitable challenges. Our academic focus fully supports our mission of providing scholars with the academic foundation, skills, habits, and character traits they need for success in high school, college, and in life.

As described in *Mission and Goals*, Emerald Academy's academic focus and program is aligned with the district priorities of increasing academic achievement and growth, providing personalized learning experiences, and closing the achievement gap, in addition to others. Further, the *Mission and Goals* section briefly describes the guiding principles of Emerald Academy. In this section, a more detailed description of Emerald Academy's first key guiding principle – Academic Excellence – will be presented, followed by the research supporting the key features.

At Emerald Academy, we will seek to provide every scholar with a personalized educational program that ensures each scholar is prepared for rigorous high school and college programs. In order to do this, we will implement a standards-based curriculum, differentiate instruction, utilize data to drive all decisions, and provide extended time on learning.

**Implement a standards-based academic curriculum.** Emerald Academy will provide a rigorous curriculum aligned with the Tennessee State Standards and the Common Core State Standards (CCSS). To do this, teachers will be trained in and supported to backwards design their own curriculum utilizing these standards. The curriculum development process at Emerald Academy will serve as one of the most important steps on the path to ensuring that every scholar who walks through our doors receives an excellent education. The development of this standards-based curriculum will start during our three-week Summer Institute (four for new teachers), in which teachers will be taught a seven-step curriculum development process and will begin work on completing their own rigorously-developed curriculum (for more information about the Summer Institute, see the *Professional Development* section). This curriculum development process is currently employed at Breakthrough Schools' Prep Schools and is similar to the curriculum development process used at Roxbury Preparatory Charter School and Excel Academy – two of the highest performing urban middle schools in Massachusetts. For a thorough description of Emerald Academy's curriculum development process, see the curriculum section below.

**Differentiate instruction.** In order to ensure that each scholar's academic needs are being met, Emerald Academy will provide differentiated instruction to all scholars, including scholars with special needs, English language learner (ELL) scholars, scholars performing below grade level, and intellectually gifted scholars. To individualize instruction, we will implement a co-teaching model in kindergarten through grade four. Breakthrough Schools' Prep Schools (kindergarten through fourth grade) currently implement a co-teaching model and attribute their high levels of success to this model. Each teacher is fully certified and actively participates in the planning and instruction of lessons. In the middle school grades (fifth through eighth), we will employ a 20:1 scholar-teacher ratio in order to ensure that teachers are able to provide small group and differentiated instruction to scholars and, ultimately, ensure that the needs of each scholar are met. This aspect is of utmost importance to the community, as well. Emerald Academy conducted focus groups in an effort to engage the community and allow members to provide input on the school's design elements. During the focus groups, members of the community cited personalized/differentiated instruction as the number one strength of the proposal. Members of the community also cited low scholar-teacher ratios as an additional strength of the proposal.

Key to the success of our scholars will be an intense focus on providing intervention and enrichment to scholars, in addition to instruction in the core content areas. Emerald Academy has created a double block Focus Period that will last 90 minutes four times per week. The Focus Period will allow teachers to provide more targeted and small group instruction to scholars at their instructional level. Emerald Academy will implement a Response To Instruction and Intervention ($RTI^2$) model that ensures scholars are assessed frequently and, as a result, receive the required instruction and intervention to reach mastery. The majority of the interventions will be provided during the Focus Period, which will contain the following elements:

- **Rotations.** Focus Period will be a 90-minute period. During this period, scholars will have the opportunity to rotate between teachers and computer-based programs. This will allow each scholar to receive necessary, individualized support. At the elementary school level, the rotations will last for 30 minutes each and scholars will rotate between the two teachers (two stations) and the computers (one station). At the middle school level, there will be a 20:1 scholar-to-teacher ratio; scholars will rotate between the teacher and the computer-based programs. Scholars will work at each station for 45 minutes. Middle school teachers may choose to use a third station, during which time scholars work cooperatively or complete independent practice.

- **Flexible ability groupings**. Teachers will be expected to utilize flexible ability groupings to provide targeted instruction to scholars. Teachers will identify and group scholars based upon assessment results and scholars' $RTI^2$ tiers. Scholars will work with their teachers on identified areas in order to ensure they have sufficient time to master content.
- **Computer-based programs**. Emerald Academy will also use computer-based programs developed by ST Math and Lexia to provide targeted and differentiated instruction on specific skills. While teachers will likely use these programs throughout the ELA and mathematics blocks in order to differentiate instruction, the explicit use of these computer-based programs will be implemented during every Focus Period.

**Utilize data to drive all decisions.** As indicated in the *Mission and Goals* section and described in detail in the *Assessments* section, Emerald Academy intends to administer and use a wide range of assessments in order to assess each scholar's learning and progress. The administration of assessments, however, will just be the starting point. Emerald Academy will analyze the data on a regular basis to identify scholar needs, teacher needs, and school needs. The results from the data analysis will inform Emerald Academy's decisions. Key to this will be making decisions about instruction and intervention. Emerald Academy teachers will monitor scholar progress and move scholars seamlessly through our $RTI^2$ program, as needed. For more information about $RTI^2$, see *Special Populations and At-Risk Students.*

**Provide extended time on learning.** Essential to Emerald Academy's ability to provide a school of academic excellence will be allowing scholars more time to learn. Accordingly, Emerald Academy has designed its daily and yearly schedule to ensure that scholars have sufficient time to learn and master the skills and concepts required for their grade level. During focus groups in which the community provided input on Emerald Academy's design elements, extended time on learning was one of the most frequently-cited reasons that community members were enthusiastic about the school, noting that they believe their students do not have sufficient time to learn all that is required of them.

In addition to providing an extended school day and year, Emerald Academy will also create efficiencies within the school day through our classroom procedures that will provide more time on task for scholars. For more information about this, see the response below that describes Emerald Academy's Instructional Methods.

- Describe research supporting the academic plan.

There is a wide body of research that supports our academic focus and plan. As articulated in the *Mission and Vision* section, Breakthrough Schools' Prep Schools have experienced high levels of success with their academic model. Their success is not surprising, however, as the elements of their program are founded on research and evidence of success with similar student populations. Following is a discussion of the research supporting the main components of our academic plan.

**Standards-based curriculum.** In the groundbreaking work, *No Excuses: Closing the Racial Gap in Learning* published in 2003, researchers found that successful urban public schools had a rigorous, standards-based, college preparatory curriculum, in addition to other characteristics. This research is supported by Robert Marzano's meta-analysis, *What Works in Schools: Translating Research into Action*, which indicates that scholars benefit when schools build their academic program on a strong standards-based curriculum (one that is aligned and provides sufficient time to master the content). Marzano further argues that teachers "…regardless of the direction provided by the school (or district), […] still need to make decisions regarding curricular design at the classroom level given the unique characteristics of their students" (pg. 106-107). He reports, "…one of the major findings from the Third International Mathematics and Science Study (TIMSS) was that teachers in the United States exhibit an overreliance on textbooks for decisions about content and pacing" (pg. 107).

Carol Ann Tomlinson and Marcia B. Imbeau, in *Leading and Managing A Differentiated Classroom,* argue "…a list of standards is not a curriculum. A textbook is not a curriculum. These are ingredients – resources necessary for developing a curriculum […a curriculum] includes a clear delineation of the essential knowledge and skills students should have and the skills they should possess as the result of the particular segment of learning (e.g., a year, a unit of study)" (pg. 20). To this end, Emerald Academy teachers will create their own standards-based curriculum and will use textbooks as resources and tools to implement the created curriculum. This will ensure that scholars master the CCSS and Tennessee State Standards; it will also ensure that scholars receive the necessary instruction to perform favorably on the PARCC and TCAP assessments. For more information about our curriculum, reference the response below.

**Differentiated instruction**. Emerald Academy will provide differentiated instruction to all of our scholars. Low scholar-to-teacher ratios and the use of technology will help Emerald Academy accomplish this. In Tomlinson and Imbeau's book*,* the authors cite the work of the National Association for the Education of Young Children:

> All children have their own strengths, needs, and interests. Given the enormous variation among children of the same chronological age, a child's age is only a crude index of developmental abilities and interests. For children who have special learning needs or abilities, additional efforts and resources may be necessary to optimize their development and learning. The same is true when children's prior experiences do not give them the knowledge and skills they need to thrive in a specific learning environment. Given this normal range of variation, decisions about curriculum, teaching, and interactions with children should be as individualized as possible. Rigid expectations of group norms do not reflect what is known about real differences in development and learning. At the same time, having high expectations for all children is essential, as is using the strategies and providing the resources necessary to help them meet these expectations. (National Association for the Education of Young Children, 2009)

In the article, *Differentiated instruction: A research basis*, the author cites research that demonstrates the need to address differences. Subban writes, "It is necessary to take into account the vast differences among students in a classroom, acknowledging each student's strengths while accommodating their limitations (Guild, 2001; Mulroy and Eddinger, 2003; Tomlinson, 2001c, 2002). Contemporary classrooms should accept and build on the basis that learners are all essentially different (Brighton, 2002; Fischer and Rose, 2001; Griggs, 1991; Guild, 2001; Tomlinson, 2002)." [3] Other research described in the same article by Subban … reported significant improvement in the test scores of low-scoring students in the Rockwood School District (Missouri), following the use of differentiated instruction (McAdamis, 2001).

Emerald Academy fully supports the research on providing differentiated instruction to all scholars and will seek to provide such instruction through its co-teaching model in the elementary school and low scholar-to-teacher ratios at the middle school. Emerald Academy will also employ special education teachers, an ELL coordinator, and interventionists who will provide services to scholars in the general education classroom to the greatest extent possible. Finally, Emerald Academy will intentionally utilize technology to target specific skills and concepts for individual scholars.

**Utilizing data to drive all decisions.** Emerald Academy will seek to be a school that actively utilizes data to inform instruction, improvement efforts, and overall school priorities. There is an array of research that speaks to the positive benefits and outcomes of having a data-driven culture. Paul Bambrick-Santoyo in his book, *Driven By Data: A Practical Guide to Improve Instruction*, provides numerous examples and case studies of schools that have implemented data-driven cultures and have had great success. One school, Morrell Park Elementary/Middle

[3] http://files.eric.ed.gov/fulltext/EJ854351.pdf

School, had only 41 percent of students proficient on the Maryland State Assessment in reading and 26 percent of students proficient on the Maryland State Assessment in mathematics in 2005-06. After implementing common interim assessments, providing time for teachers to analyze "…the results to determine which skills needed whole-class instruction, small group re-teaching or individual support" as a grade-level team, posting assessment information in the main office so that teachers and students could see it, starting faculty meetings with "celebrations and some sort of data about students," and providing differentiated homework for students, Morrell Park "results skyrocketed in 2007-08 and 2008-09. A school that had once had fewer than one in five students proficient had tripled its performance and achievement" (pg. 5). In 2008-09, 84 percent of students were proficient on the Maryland State Assessment in reading and 86 percent of students were proficient on the Maryland State Assessment in mathematics. We know that using data to drive our decisions will yield positive outcomes and will work actively and intentionally to create a culture that embraces and understands data. For more information, see the *Assessments* section.

**Extended time on learning.** Research also indicates that providing extended time on learning is essential for scholar success. According to the 1994 landmark report, *Prisoners of Time*, the 180 six-hour school day model is no longer sufficient to provide a high quality and effective education to all scholars. The report also identifies time as a key factor in increasing scholar academic achievement. We recognize that in order to ensure scholars master the CCSS and Tennessee State Standards and perform well on the PARCC and TCAP assessments, scholars must have ample opportunity to access the content and practice the skills.

*No Excuses* and many other studies also found that having a longer school day and school year were characteristics of inner city schools that were beating the statistical odds and producing academic results comparable to those in successful suburban districts.[4] Emerald Academy will offer 190 days of instruction to our scholars each year in an effort to provide extended time on learning. We will also create efficiencies within the school day to provide even more time (see below for more information).

- Detail the proposed instructional goals and methods.

Our instructional goal is to provide high quality instruction to each and every scholar by creating a rigorous curriculum and utilizing a variety of instructional strategies and methods to ensure that teachers consistently meet the needs of our scholars. In order to ensure that we are able to meet our goal of providing high quality instruction to each and every scholar, we must ensure that we have a high quality curriculum as the starting point. Teachers need to know what to teach and when to teach it. Accordingly, following is a discussion of the curriculum design process that Emerald Academy will employ; a high level overview of the curriculum at Emerald Academy, including the curricular tools and resources Emerald Academy will use; and the instructional strategies and methods Emerald Academy will employ to ensure scholars learn at high levels.

### Curriculum

*Curriculum Design Process.* As noted above, Emerald Academy teachers will create and develop their own standards-based curriculum in order to ensure that scholars are able to achieve at high levels and master the CCSS and Tennessee State Standards. Emerald Academy will follow the Breakthrough Schools' Prep Schools' curriculum design process. Following is a brief overview of the process, followed by a detailed description of each of the seven steps**.** Each step in the seven-part process is linked so that daily instruction is tied directly to internal and external assessments.

---

[4] Abigail and Stephan Thernstrom. Simon & Schuster (October 2003.) See also *Charter High Schools: Closing the Achievement Gap*. U.S. Department of Education, Office of Innovation and Improvement, 2006 available at http://www2.ed.gov/admins/comm/choice/charterhs/index.html?exp=0; Whitman, D. *Sweating the Small Stuff: Inner City Schools and the New Paternalism*, June 2008; Matthews. C, *Work Hard, Be Nice*, 2009; Merseth, Katherine, *Inside Urban Charter Schools: Promising Practices and Strategies in Five High-Performing Schools,* January 2009.

During the Summer Institute, various steps of this process will be completed, while others will be completed on an ongoing basis throughout the school year:

- Step 1: Test alignment
- Step 2: Standards and benchmarks
- Step 3: Unit sequence calendar
- Step 4: Internal interim assessments
- Step 5: Class/course description
- Step 6: Unit plans
- Step 7: Lesson plan/packet

**Step 1 – Test alignment.** Emerald Academy teachers will ensure that our curriculum is aligned to the new Partnership for Assessment of Readiness for College and Careers (PARCC) and Tennessee Comprehensive Assessment Program (TCAP) assessments our scholars will have to take in grades three through eight. Alignment means that our scholars have the prerequisite content knowledge and test-taking skills to score competitively on these assessments. In order to ensure alignment, teachers will do the following:

- Access sample PARCC questions, categorize the questions by their corresponding CCSS, and insert these sample items into Emerald Academy's CCSS Analysis Document.
- Compare the released TCAP items and the sample PARCC questions in order to determine differences in question type, level of rigor, and expectations for mastery of concepts. Analyze the PARCC items to ensure that Emerald Academy scholars will be well-prepared for these new assessments.

**Step 2 – Standards and benchmarks.** While recent legislative activity may impact the timing of the implementation of the CCSS, Emerald Academy will still use the CCSS for ELA and mathematics and the Tennessee State Standards for science and social studies in order to prepare scholars for the PARCC and TCAP assessments. The second step in the curriculum development process involves diving deeply into the CCSS and the Tennessee State Standards (for science and social studies) that will be used to drive the Emerald Academy curriculum. Every unit of study, lesson plan, and assessment throughout the year will reflect these standards. In order to become familiar with the CCSS and the Tennessee State Standards, and begin to develop an understanding of the learning outcomes scholars will be expected to meet, teachers will:

- Read the CCSS for their content area and grade level, and the Tennessee State Standards in social studies and science (if applicable).
- Break down the standards by identifying the topics in each standard, as well as the skills and applications needed for scholars to demonstrate mastery of each standard.
- Complete the CCSS Analysis Document from Step 1.

**Step 3 – Unit sequence calendar.** The purpose of the unit sequence calendar is to create a scope and sequence for the year that will allow teachers to make sure that all standards are given enough time and to ensure instructional focus throughout the course of the year. This document will serve as the pacing guide for the major units of study, as well as a springboard for future curriculum development related to the CCSS and Tennessee State Standards.

- Based on the standards, teachers will decide on the number of units and the topics for their units for the year. Then they will determine if all units will be of equal duration or if certain units will require more time. Some units may be as short as two weeks or as long as six-to-eight weeks.

- Using the unit sequence calendar, teachers will set the beginning and ending date of each unit. They will start from their end point to ensure that all standards are met and the timing of units is adequate. They will then identify where they need to be by the time the TCAP/PARCC is administered so that scholars are fully prepared.
- Teachers will then break down units by weeks/days into specific topics and skills that will be taught and will insert these into the unit sequence calendar. They will re-adjust the schedule of units and number of weeks as necessary. Before each internal interim assessment, they will embed flex days for re-teaching/review.
- The unit sequence calendar will be a working document. Teachers will check in with the pacing of their curriculum and will re-adjust when necessary. Unexpected missed classes, days off, and the reality that some topics may take more instructional time than others will inevitably affect pacing.

**Step 4 – Internal interim assessments.** Internal interim assessments will assess all the material that has been covered during a six-week period, as well as standards that have been re-taught within those past six weeks. Internal interim assessments will serve as a formal assessment mechanism to help teachers determine areas of mastery, as well as areas that need to be re-taught. Scholar achievement on internal interim assessments will be tracked so that overall trends can be analyzed to inform instructional decisions. Teachers will be responsible for creating internal interim assessments in addition to other classroom assessments.

The internal interim assessments will be closely aligned to the PARCC, matching the format and rigor of the PARCC assessments. Teachers will submit their internal interim assessments to the principal and the director of curriculum and instruction (once hired in year three); they will review the assessments for content and rigor, and provide feedback as necessary.

The following are key features in the preparation, design, and administration of internal interim assessments:

- **Alignment with standards:** Internal interim assessments will measure scholars' progress toward competency in the standards established for each course. Therefore, each internal interim assessment question/essay will be linked to specific standards for data analysis purposes.
- **Extensive preparation:** Scholars will be provided with detailed explanations of the internal interim assessments, study guides (in the middle school grades), and opportunities for teacher-facilitated review in class.
- **Access to models:** In preparing for, and reflecting upon, internal interim assessments, scholars will be exposed to models of exemplary, average, and deficient work and will analyze the strengths and weaknesses of each.
- **Alignment with the PARCC format:** To ensure scholar familiarity with PARCC, internal interim assessments will include questions and/or essays modeled on the PARCC sample items, with special attention being paid to the ratio of multiple choice and constructed response items on the PARCC test. The rubrics used to score internal interim assessments will be similar to those used to score the PARCC test.
- **Remediation/intervention:** Scholars who score below 70 percent on any internal interim assessment will be tracked and monitored through our $RTI^2$ program.

**Step 5 – Class/course description.** Each teacher will be responsible for a class/course description that describes the highlights of the class/course, its learning standards, and the sequence of units for the year, as well as other teacher- and class/course-related information. This will be in the form of a one-page summary that outlines what scholars will learn over the class/course of the year, focusing on the main topics and key ideas. Class/course descriptions

will be shared with scholars and families, and will be sent home on the first day of school. If any substantive changes occur to courses during the school year, teachers will be expected to update course descriptions and distribute the new version to scholars and families.

**Step 6 – Unit plans.** The backwards design of unit planning is the most appropriate method when we consider our educational purpose – true understanding. Only by having specified the desired results/understandings can we focus on the content, methods, and activities. Too often, teachers focus on the teaching and not the learning. At Emerald Academy, we will not design units based around a book or an activity. Instead, Emerald Academy teachers will ask questions such as:

- What should scholars be able to understand, regardless of materials?
- What is the evidence of scholar understanding?
- What texts, activities, and methods will enable such a result?

To this end, Emerald Academy teachers will employ the following three-stage process and ask the following questions when designing unit plans:

*Stage 1: Identify Desired Results*

- What should scholars know, understand, and be able to do by the end of the unit?
- Consider the goals, content standards, and expectations.
- Prioritize the most important goals and understandings.

*Stage 2: Determine Acceptable Evidence*

- How will we know if the scholars have achieved the desired results?
- How does our evidence validate the understandings and not simply the content covered?

*Stage 3: Plan Learning Experiences and Instruction*

- What enabling knowledge and skills will scholars need in order to perform effectively and achieve desired results?
- What activities will equip the scholars with the required knowledge and skills?
- What materials and resources are best suited to accomplish our goals?

Like Breakthrough Schools' Prep Schools, Emerald Academy will utilize a modified version of the backwards planning unit template developed by Jay McTighe and Carol Ann Tomlinson in the book, *Integrating Differentiated Instruction + Understanding by Design*.[5] This modified unit plan template will be provided to teachers during the Summer Institute. The unit plan will: help teachers establish goals, understandings, and essential questions; identify appropriate assessment evidence to meet these criteria; and determine an outline of the skills and vocabulary that will be covered during the unit. The unit plan concludes with the creation of the daily objectives that will make up the unit.

**Step 7 – Lesson plan/packet.** Teachers will create daily lesson plans based on the objectives created in their Unit Plan. Daily lesson plans will include explicit daily teaching activities and will have all elements of the Gradual Release format of "I Do, We Do, You Do" (for more information about the gradual release model, reference the section below that describes the instructional methods Emerald Academy will use). The purpose of the daily lesson plan is to provide an explicit guide for teachers and scholars during the lesson.

At Emerald Academy, teachers will create gradual release packets for each lesson. The packets will serve as teachers' daily lesson plans; as such, additional lesson plans will not need to be created to accompany the packet. However, it will be mandatory for teachers to create an annotated key for each of their packets. The key should be complete, with all questions in the packet answered, including the homework section.

[5] McTighe, Jay and Carol Ann Tomlinson. *Integrating Differentiated Instruction + Understanding by Design*. Association for Supervision and Curriculum Development. Alexandria, Virginia, 2006.

The gradual release packet will be designed around the objective(s) of the day. The packet has been an essential component to Breakthrough Schools' Prep Schools making significant academic gains. The packet system has encouraged teachers to be extremely thoughtful as to the desired scholar outcome each day, holds scholars 100 percent accountable, and serves as an effective tool to check for scholar understanding. We believe that, using this method, Emerald Academy will experience similar success. Each packet will provide the necessary information and related practice for the gradual release of responsibility from the teacher to the scholars. Further, each packet will also contain an embedded assessment (exit ticket) so that teachers can immediately assess scholar mastery.

Packets will generally be designed in sections with the following headings: Do Now, Objective(s), Class Notes, Guided Practice, Independent Practice, Exit Ticket, and Homework. The objective will typically be listed at the top of the class notes. Class Notes and Guided Practice will sometimes be combined into one section often entitled, "Guided Notes." Scholars will then use class packets as resources to complete their nightly homework. Ultimately, packets are used as study tools for quizzes, tests, and internal interim assessments.

*Curriculum Overview by Subject*

**English Language Arts**

Strong literacy will be the overall goal of Emerald Academy's English language arts (ELA) program. Our graduating eighth grade scholars must be prepared to read and write as strong high school scholars. Their abilities and skills will reflect intensive elementary and middle school ELA study and training. Such ability is dependent on a strong ELA curriculum that ensures reading fluency, comprehension of fiction and nonfiction texts, and strong writing ability in a variety of genres. Scholars will practice their fluency through guided group and individual reading of a variety of texts and genres. Further, our ELA curriculum will ensure that scholars build stamina and skill so that they are able to read challenging, grade-appropriate complex literature and informational text. Scholars will learn to discuss text- and evidence-based questions; they will acquire the appropriate academic vocabulary to confidently and succinctly explain their thoughts. Scholars will receive explicit instruction in grammatical foundations, steps of the writing process, writing essays in a variety of genres, and all elements of the research and writing process. The ELA curriculum will ensure that scholars are able to research and write while employing detailed descriptions, providing ample evidence from the text, research, and group-related information.

While Emerald Academy teachers will create their own standards-based curriculum, Emerald Academy intends to provide teachers with curricular tools and resources upon which to draw. In ELA, teachers will have access to *The Continuum of Literacy Learning* (K -8), published by Heinemann and written and developed by Fountas & Pinnell, in addition to having their own leveled classroom libraries of fiction and nonfiction texts. *The Continuum of Literacy Learning* is fully aligned to the CCSS.[6] Further, Emerald Academy intends to administer Fountas & Pinnell's Benchmark Assessment System, which will ensure that the assessments are aligned to the developed curriculum. *The Continuum of Literacy Learning* focuses on the following continua:

[6] https://www.heinemann.com/fountasandpinnell/supportingMaterials/CommonCoreStandards_Intro.pdf

- Interactive read aloud and literature discussion
- Shared and performance reading
- Writing about reading
- Writing
- Oral, visual, and technological communication
- Phonics, spelling, and word study
- Guided reading

*The Continuum of Literacy Learning* "…addresses broad goals but presents finely detailed and specific statements of behaviors and understandings that literate scholars should demonstrate (and that the teacher should teach) at each grade level and at each level of a gradient of text difficulty (A to Z)." The text gradient graphic presents the relationship between grade level and expected level of text that scholars should be able to read at that level. Emerald Academy will also utilize Lexia for intervention and enrichment, as well as Fountas & Pinnell's Leveled Literacy Intervention program for intervention (further described in the Special Populations and At-Risk Students section).




**Mathematics**

Graduating eighth grade scholars will have achieved and demonstrated mastery of algebra in their last year at Emerald Academy. In order to reach this goal, scholars must have access to a rigorous and challenging mathematics curriculum beginning in kindergarten that first addresses key skills and concepts, and then establishes the foundational numeracy skills on which more advanced mathematics is based. As dictated by the CCSS, Emerald Academy will focus on fewer topics with greater depth. Scholars will learn strategies for learning facts, working computation problems, and solving problems. There will also be an emphasis on application and problem solving. By the end of eighth grade, scholars will understand and analyze proportional relationships; solve real-world and mathematical problems; apply and extend previous understandings of operations with fractions to add, subtract, multiply, and divide rational numbers; and they will be able to solve linear equations.

As described previously, Emerald Academy teachers will design their own curriculum; however, they will have access to *Everyday Mathematics* as a resource as they build their curriculum. This textbook is aligned to the CCSS and will be aligned to our teacher-developed curriculum. *Everyday Mathematics* offers a number of features that will lead to high levels of success:

- Real-life problem solving
- Balanced instruction
- Multiple methods for basic skills practice
- Emphasis on communication
- Enhanced home/school partnerships

The instructional design of *Everyday Mathematics* develops concepts and skills over time and in a wide variety of contexts. *Everyday Mathematics* was developed by the University of Chicago

School Mathematics Project – an education research and curricular development group whose mission is to raise the level of expectation, quality, and comprehensiveness of mathematics instruction for elementary and secondary education by research, innovation, and input from educators.

*Everyday Mathematics* students have been shown to perform as well as, or better than, students at similar stages in mathematics development. On traditional topics, such as fact knowledge and paper-and-pencil computation, *Everyday Mathematics* students perform as well as students in more traditional basal programs, but *Everyday Mathematics* students use a greater variety of computation methods and are especially strong on mental computation. In content areas like geometry, measurement, algebra, problem solving, reasoning, and communication (topics that have traditionally been underrepresented in elementary mathematics classrooms), *Everyday Mathematics* students score substantially higher than students in more traditional programs. Reference their website for additional information regarding the success of this program.[7] Emerald Academy will also utilize ST Math for intervention and enrichment.

**Science**

Our science instruction will develop mastery of core vocabulary and conceptual knowledge, supplemented with the application of scientific principles in laboratory settings. As outlined in Tennessee State Standards, scholars at each grade level will study life science, earth and space science, and physical science.

Along with a standards-driven science curriculum developed under the leadership of our principal and director of curriculum and i nstruction, we will also draw strategically from the Full Option Science System (FOSS) program. Research has shown that "…the best way for students to appreciate the scientific enterprise, learn important scientific concepts, and develop the ability to think critically is to actively construct ideas through their own inquiries, investigations, and analyses."[8] The FOSS program engages scholars in these processes as they explore the natural world; it has had tremendous results with scholars in diverse and underserved communities.[9] It guides scholars through intensive reading and hands-on interaction with scientific ideas and concepts.

**Social Studies**

The social studies content standards provided by the Tennessee Department of Education present a set of clear and rigorous expectations for all scholars. As noted on the Tennessee Department of Education's website, the state's social studies standards have changed and will be implemented during the 2014-15 school year. Accordingly, Emerald Academy will use the new standards to design its curriculum. The standards clearly define a balanced program of knowledge and skills necessary for active citizenship. The standards include the areas of culture, economics, geography, government and civics, history, the land and people before European exploration (beginning in fourth grade), the age of exploration, and settling the colonies to the 1700s, among many other standards.

Emerald Academy will approach this area of study through the lens of E.D. Hirsch's Core Knowledge Sequence, which clearly outlines what a child should know by the end of each grade. Core Knowledge has set itself apart as a challenging and comprehensive curriculum that reaches these goals by providing scholars with unified access to important historical and social topics via a grade-specific curriculum. Our teachers will supplement lesson planning by going into greater detail when they want to further engage their scholars in analytical studies and comparisons.

---

[7] http://everydaymath.uchicago.edu/about/research-results/student-achievement/

[8] Shamansky, J.A., Hedges, L., Woodworth, G., (1990), "A Reassessment of the Effects of Inquiry-Based Science Curricula of the 60's on Student Performance," *Journal of Research on Science Teaching*, 27(2): 127-144.

[9] Klentschy, M., Garrison, L., and Amaral, O., "Four-Year Comparison of Student Achievement Data 1995-1999," Valle Imperial Project in Science (VIPS): National Science Foundation Grant #ESI-9731274.

## Focus Period

Emerald Academy anticipates that many of our scholars will enter the school below grade level in the core academic areas. Emerald Academy has designed its academic schedule to ensure that scholars receive significant portions of time devoted to ELA and mathematics. Further, Emerald Academy has created a Focus Period that will last for 90 minutes four days per week. During this time, scholars will receive intervention or enrichment from their classroom teachers. Additionally, scholars who require special education or ELL services may receive push-in or pull-out support during this time. Emerald Academy will use *Lexia and ST Math* and Fountas & Pinnell's Leveled Literacy Intervention program for intervention and enrichment. See the *Special Populations and At-Risk Students* section for an in-depth description of the Focus Period.

## Physical Education

Emerald Academy's physical education program will be designed to keep scholars active, fit, and healthy. It will also be used as a time to reinforce the school's culture. Scholars will be encouraged to participate in group activities, try new sports, and challenge themselves. Emerald Academy's standards will be aligned with the National Standards and Grade-Level Outcomes for K-12 Physical Education and the Tennessee Health, P.E., and Wellness standards.

To ensure that scholars have the opportunity to participate in physical education, music, and art, Emerald Academy will use A and B days for physical education and specials. All scholars will participate in physical education for the entire school year. A and B schedules will rotate each other week. For example, scholars following the A schedule will participate in three 45-minute periods of physical education for one week and two periods of physical education for the second week; they will continue to alternate throughout the school year. Scholars following the B schedule will participate in two 45-minute periods of physical education the first week and three 45-minute periods the second week. This will ensure that all scholars receive the same instruction at the end of a two-week period (i.e., five periods of physical education every two weeks).

## Specials

Scholars at Emerald Academy will have the opportunity to participate in a semester of art and music each year. Scholars who are on the A schedule, for example, will receive instruction in art the first semester while scholars on the B schedule will participate in music the first semester. At the end of the semester, scholars will switch so that they are able to participate in the other special. Emerald Academy is committed to providing enriching and meaningful experiences in the arts to all scholars. Emerald Academy teachers will use the Tennessee State Standards for visual arts and music in order to develop the curriculum. Through these specials, scholars will have the opportunity to express themselves and display artistic talents that may otherwise not be discovered.

## Technology

While Emerald Academy will not have a specific class devoted to technology, scholars will learn the technological skills needed for the 21st century throughout the regular school day. Given that the PARCC and NWEA MAP assessment are computer-based, scholars must learn how to operate a computer, mouse, and various applications and programs, in addition to other technology. Teachers will determine what skills and concepts scholars need to master in order to effectively use the various assessments, programs, and applications on the computer and will provide instruction in that regard. In addition, scholars will receive explicit instruction in word processing software, spreadsheet software, and presentation software. Scholars will learn how to prepare professional word documents, spreadsheet documents, and presentations. They will also receive instruction on how to utilize technology to conduct sound research using the Internet and how to verify the accuracy of the sources and evidence.

In order to ensure that scholars have adequate time to practice and learn how to use technology and the computer, kindergarten through fourth grade classrooms will each have 10 desktop computers; in grades five through eight, there will be 10 Chrome Books per class. Teachers will create lessons that require the use of technology and will work to ensure that scholars are able to navigate a computer system and effectively use the various programs and applications available. Technology will be used as an instructional strategy at Emerald Academy, which is further described in the response below.

### Character Education

Scholars at Emerald Academy will also receive explicit instruction tied to the school's values of respect, courage, responsibility, self-discipline, and perseverance. Four days per week (Monday, Tuesday, Thursday, Friday), scholars in grades K through four will participate in Morning Meeting, and scholars in grade five through eight will participate in Advisory. During this time, teachers will focus on one of the key values in an effort to ensure that scholars receive ongoing instruction and guidance regarding how to develop strong character traits. Teachers will create their own curriculum aligned to the key values. For a detailed description of the values, see the *School Culture* section.

### Instructional Strategies and Methods

Emerald Academy teachers will implement various instructional strategies and methods in order to ensure success for each and every scholar. More specifically, Emerald Academy teachers will use the following instructional strategies and methods:

- I/We/You Lesson Format
- Robert Marzano's Nine Instructional Strategies for Effective Teaching and Learning
- Small group instruction
- Data-driven instruction
- Technology
- Other effective instructional strategies
- Classroom procedures

These instructional strategies will allow Emerald Academy to engage scholars in the learning process and ensure that learning time is maximized. They are currently implemented at Breakthrough Schools' Prep Schools and have contributed to their high levels of academic achievement.

*I/We/You lesson format.* Emerald Academy teachers will craft lessons that effectively move scholars toward mastery for each standard taught. Effective teaching involves the teacher overseeing the strategic, incremental transfer of responsibility for thinking, writing, organizing, solving, and analyzing from herself to her scholars. Accordingly, Emerald Academy teachers will rely on the "I/We/You" progression in lesson planning (gradual release model). They will prepare scholars to succeed by modeling a given task and then walking scholars through the process, first by asking for their help as the teacher does the task and then by allowing the scholars to complete the task while the teacher helps. Finally, they will allow scholars to practice on their own. Put another way, the recipe is: 1) I explain; 2) I do, you help; 3) You do, I help; 4) You practice; 5) And practice and practice and practice.

The following outlines specific steps in utilizing the Effective "I," the Effective "We," and the Effective "You." When possible, the Effective "I" will begin with a hook to engage scholars and excite them about learning. A hook can take any of several forms: an engaging story relating to the material; a challenge to scholars to inspire them to success; or a quick riddle or intriguing problem they will later be able to solve. It will start things off energetically and positively and excite scholars' curiosity.

- ***I Do.*** The Effective "I" features *Name the Steps* in which teachers break down a complex task into specific steps with names that are "sticky" and accessible for scholars. This will provide a visual for scholars to access and use during independent work. For example, in teaching first grade scholars about the water cycle, teachers may teach a song about the water cycle to the tune of "She'll Be Coming Round the Mountain" with hand motions: "Water travels in a cycle, yes it does. Water travels in a cycle, yes it does. It goes up as evaporation, forms clouds as condensation, then falls down as precipitation, yes it does." During independent work, the teacher may use the hand signals from the song to remind scholars of each phase of the cycle, hence making them sticky and accessible for scholars. The Effective "I" will also include:
  - Modeling (showing how to do something) and explanation (telling how to do something)
  - Scholar interaction, even though it is teacher-driven
  - Predicting and anticipating misunderstandings (see below)
  - Time codes in lesson plans to limit excessive teacher talk and establish strong pacing
- ***We Do.*** Following direct instruction, teachers will engage in guided practice (We Do), which will allow the entire class to practice new skills under the direct supervision of the teacher(s). Outstanding teachers will informally assess scholar responses to make sure that new material has been adequately presented during direct instruction. Teachers will provide corrective feedback to reinforce key concepts and ensure the accuracy of new skills and information. Best Practice for the Guided Practice (We Do) is as follows:
  - **Ratio**:[10] The goal of the "we" is to push more and more of the cognitive work out to scholars so that they do more and more of the thinking and working. Teachers will do this by:
    - o *Unbundling* questions by asking questions in smaller parts in order to parcel out the work to more scholars (see below).
    - o *Feigning ignorance* by saying to scholars: "Did I get that right, scholars?" or "Wait a minute, I can't remember what's next!" and making deliberate errors, which scholars are then asked to spot and correct.
    - o Constantly asking *Why and How* questions that push scholars to stretch their answers by explaining the why and how behind them (e.g., How does water turn into a gas? Why did the pioneers travel west?).
  - **Check for Understanding**:[11] Teachers will do this to determine when and whether scholars are ready for more responsibility and when and whether they need ideas re-taught (see below).
  - **Break It Down:**[12] One of the best ways to re-teach material is to respond to a lack of clear scholar understanding by breaking a problematic idea down into smaller parts. When the "I" includes clear steps to follow, breaking it down is clear for both scholars and teachers, because there is a sequential process to follow. This will allow teachers to give both process and knowledge questions.
  - **Modeling**: While the effective teacher will model character expectations and work ethic at all times, guided practice will provide an opportunity to explicitly model these for the class during the problem-solving process. Outstanding teachers will patiently and comprehensively model the techniques that scholars will be expected to master by breaking down problems into a number of carefully sequenced process steps. An effective method of modeling that teachers will employ is thinking aloud, in which the teacher will narrate the thinking process for a particular problem. Scholars will then follow the same

[10] Lemov, D. (2010). *Teach Like a Champion.* San Francisco: Jossey-Bass. Pg. 92
[11] Lemov, D. (2010). *Teach Like a Champion.* San Francisco: Jossey-Bass. Pg. 97
[12] Lemov, D. (2010). *Teach Like a Champion.* San Francisco: Jossey-Bass. Pg. 88

thinking process in solving a problem on their own. For example, a teacher who wants scholars to calculate the surface area of an object might say, "If I were trying to find the surface area of an object, I would first want to know how many sides it has. Then I would want to know if they were regular. Finally, I would want to know the length and width dimensions of all the sides." Scholars will then use the same method for solving a problem on their own.

Teachers will also differentiate instruction during guided practice, as scholars will learn at different rates. Teachers will divide scholars into groups and scholars will rotate between the teachers, computer (as appropriate), and group or independent work. During guided practice, teachers will use a number of techniques to ensure that all scholar needs are met, including:

- *Differentiating for those who have mastered the material. Teachers will:*
  - Have a bonus or challenge problem on the board for scholars who have demonstrated mastery of grade-level expectations.
  - Select outstanding scholars to serve as peer tutors or editors. Those scholars can circulate the room to help other scholars with the problem-solving process.
  - Provide board space for outstanding scholars to model their problem steps.
  - Provide tiered assignments that begin with basic skills and then allow those who have mastered these to progress to more high-level case studies or real-life applications of material.
  - Allow scholars time for independent study or journal.
- *Differentiating for those who have not mastered the material. Teachers will:*
  - Provide scaffolded opportunities for scholars to practice fundamental skills in preparation for more challenging academic tasks.
  - Provide notes or graphic organizers to scholars who need additional support.
  - Create one-on-one help with a teacher or peer tutor.

- ***You Do.*** After direct and guided instruction, it will be important for scholars to be given opportunities to practice new skills on their own. Teachers will ensure understanding of the daily objective before moving on to the Independent Practice. While scholars are often hesitant to try on their own, Emerald Academy teachers will encourage scholars to take risks, as errors provide teachable moments.

  Independent Practice will be a time for explicitly practicing the desired outcome, but it will also be a way for scholars to apply the newly acquired information in a variety of situations. Independent Practice will be designed so that early problems closely mimic the class notes/ guided practice but increase in rigor toward application and synthesis to new situations and problems.

  For optimal scholar engagement, Independent Practice will be structured in the following way:

  - 30 percent of questions will practice the basic skill.
  - 40-to-60 percent of questions will challenge the majority of the class, which will require scholars to perform the basic skill using higher cognitive processes – analyzing information, synthesizing information, and evaluating information.
  - 10-to-30 percent of questions will challenge the higher-performing scholars, but they will still be attainable within the timeframe.

  Before having scholars begin independent work, teachers will give specific instructions so that scholars are aware of the expectations for them. Teachers will also thoroughly review behavioral expectations before independent work begins.

  During independent work, teachers will circulate throughout the room to ensure that scholars are on task, quiet, and are producing high-quality work. Scholars should be periodically

reminded of expected progress. Emerald Academy teachers will require that 100 percent of scholars are on task 100 percent of the time. If a scholar completes the independent practice early, (s)he will know what to do if (s)he finishes ahead of others. (This will generally involve working on more challenging problems, but this might also involve independent reading.)

The Effective "You" will utilize *At Bats*[13], which include the following key points:

- *Go until they can do it on their own.* By the end of independent practice, scholars should be able to solve problems to the standard for which they will be accountable, and entirely on their own.
- *Use Multiple Variations and Formats*. Scholars should be able to solve questions in multiple formats and a significant number of plausible variations and variables.
- *Grab opportunities for enrichment and differentiation*. As some scholar s demonstrate mastery faster than others, bonus problems will be ready for them, to push them to the next level.

The I/We/You Lesson Format is a proven practice used by many of the nation's top-performing urban schools that transfers cognitive lifting from the teacher to the scholars in every lesson.

**Robert Marzano's Nine Instructional Strategies for Effective Teaching and Learning**

Robert Marzano, a leading researcher in education, identified nine instructional strategies for effective teaching and learning that are featured in *What Works in Schools* (2003).[14] Emerald Academy teachers will implement these proven, research-based strategies in an effort to provide various opportunities for scholars to engage with and master content. Following is a brief description of each of the strategies:

- *Identifying similarities and differences:* Teachers will assign in-class and homework tasks that involve comparison, classification, metaphors, and analogies.
- *Summarizing and note taking:* Teachers will ask scholars to generate verbal and written summaries, take notes, and revise notes (correcting errors and adding information).
- *Reinforcing effort and providing recognition:* Teachers will recognize and celebrate scholar progress toward learning goals; they will recognize and reinforce the importance of effort.
- *Homework and practice:* Teachers will provide specific feedback on all assigned homework, which will be assigned for the purpose of scholars practicing skills and procedures that were the focus of instruction.
- *Nonlinguistic representations:* Teachers will ask scholar s to generate mental images representing content, draw pictures or pictographs, construct graphic organizers, act out content, make physical models of content, and make revisions in their mental images.
- *Cooperative learning:* Teachers will organize scholars into cooperative work groups and allow them a chance to collaborate with their peers. Teachers will also organize scholars in ability groups (described below) when appropriate.
- *Setting objectives and providing feedback:* Teachers will set specific learning goals, ask scholars to set their own learning goals, provide feedback on learning goals, have scholars track progress on their learning goals, providing summative feedback at the end of a unit, and ask scholars to asses themselves at the end of a unit.
- *Generating and testing hypotheses:* Teachers will engage scholars in projects that involve generating and testing hypotheses through problem solving, decision making, investigation, experimental inquiry, systems analysis, and invention tasks.

[13] Lemov, D. (2010). *Teach Like a Champion.* San Francisco: Jossey-Bass.Technique. pgs.104-105.
[14] Marzano, R. J. (2003). *What Works in Schools.* Alexandria: ASCD.

- *Questions, cues, and advance organizers:* Prior to presenting new content, teachers will ask scholars questions that may help them recall what they already know; they will provide scholars with direct links to material they have studied previously; and they will provide ways for scholars to organize or think about the content.

**Small Group Instruction**

As noted above, small group instruction will be an essential instructional strategy to achieve our mission and achieve high levels of academic success. Teachers will divide scholars into groups to pre-teach, re-teach, and provide specific interventions and enrichment activities. In doing so, Emerald Academy will be able to provide a personalized learning environment for each and every scholar. In *Leading and Managing a Differentiated Classroom*, Tomlinson and Imbeau contend, "A nonnegotiable aspect of effective differentiation is that teachers plan a consistent flow of varied student groupings within a unit of study based on the nature of the work and the individual needs of students. This allows students to see themselves and one another in a variety of learning contexts, and it provides the teacher with regular opportunities to observe each student in multiple contexts" (pg. 90).

In order to provide effective small group instruction, Emerald Academy has designed a staffing model that will ensure scholars have opportunities to receive explicit instruction in a small group setting:

***Co-teaching in the elementary school grades*****.** While there are many models for co-teaching, Emerald Academy will employ two fully certified teachers per classroom in kindergarten through grade four. We believe this is absolutely essential to ensuring that scholars receive the necessary instruction and supports to master the CCSS. By having two fully certified teachers, all scholars will receive high quality instruction. Emerald Academy teachers will employ any of the following six approaches to co-teaching during the instructional process. N ote that the six approaches include small group instruction, in addition to other approaches that may be used to meet the needs of scholars:

- *One Teach, One Observe:* By implementing this approach, co-teachers can determine specific observation information to gather during instruction. After, the teachers can analyze the information together. Teachers may use this approach during the direct instruction portion of the lesson (I Do).
- *One Teach, One Assist:* In this approach, one teacher keeps primary responsibility for teaching, while the other is circulating the room, providing assistance to scholars as needed. Teachers may use this approach during the direct instruction portion of the lesson (I Do).
- *Parallel Teaching:* With parallel teaching, the teachers cover the same material, but divide the class into two groups and teach simultaneously. Teachers may use this approach during the direct instruction portion of the lesson (I Do) or during the guided practice portion of the lesson (We Do).
- *Station Teaching:* Teachers divide content and scholars. Scholars rotate between the stations and receive different instruction from each teacher. This will be used during the Focus Period during which scholars will also receive computer-based instruction.
- *Alternative Teaching:* With this approach, one teacher would take responsibility for a large portion of the class, while the other teacher takes a small group of scholars to target specific skills and concepts. This would likely occur during the guided practice portion of the lesson.
- *Team Teaching:* With team teaching, teachers work together to deliver the instruction at the same time. This is more difficult to manage and will likely not be implemented with consistency at Emerald Academy.

***Small scholar-to-teacher ratio in the middle school grades.*** In grades five through eight, Emerald Academy will enroll 60 scholars per grade level, and scholars will be organized into homerooms of 20 scholars each. Emerald Academy will have three classes of 20 scholars per grade in the middle school grades. Emerald Academy believes that providing a small scholar-to-teacher ratio at the middle school level will lead to high levels of success. Middle school teachers will be expected to organize scholars into small groups and provide targeted and differentiated instruction during both the Focus Period and during their core instruction blocks. Scholars will then rotate between the teacher and computers. Teachers will use technology in an effort to lower the scholar-to-teacher ratio and provide instruction on specific skills and concepts.

### Data-Driven Instruction

Emerald Academy will implement a data-driven culture in order to ensure that scholar growth and progress is consistently measured and that scholars constantly improve. Data-driven instruction, therefore, will be a key instructional strategy for teachers at Emerald Academy. In Paul Bambrick-Santoyo's book, *Driven by Data: A Practical Guide to Improve Instruction,* Bambrick-Santoyo defines data-driven instruction as "…the philosophy that schools should constantly focus on one simple question: are our students learning?" (pg. xxv). He argues that there are four principles that are fundamental to effective data-driven instruction:[15]

- *Assessment:* Create rigorous interim assessments that provide meaningful data. Emerald Academy will create its own internal interim assessments that will be administered to scholars every six weeks. These assessments will be aligned to the CCSS and will be matched in rigor and design to the PARCC assessment. A thorough description of the internal interim assessments is included in the *Assessments* section.
- *Analysis:* Examine the results of assessments to identify the causes of both strengths and shortcomings. Every six weeks, Emerald Academy teachers will administer an internal interim assessment that was written and designed by teachers. Following the assessment, teachers will participate in a data day, during which time scholars will not be in attendance. Teachers will meet with their grade level or subject teams and, using the results from the internal interim assessment that was just administered, will conduct data analysis.
- *Action:* Teach effectively what scholars most need to learn. According to Bambrick-Santoyo, "Immediately following analysis, teachers should draw up *action plans* that describe how they will apply the insights they have gained. Although they vary greatly, effective action plans all share a fundamental principle: they are explicitly tied to conclusions from analysis and are designed to put such conclusions into practice" (pg. 72). Teachers at Emerald Academy will create action plans in order to ensure that scholars who did not master the concepts and skills have additional opportunities to interact with the content. Action plans will be directly informed by what scholars learned and still need to learn.
- *Culture:* Create an environment in which data-driven instruction can survive and thrive. Emerald Academy will work to create a data-driven culture on an ongoing basis. It will begin with hiring staff members who believe that the analysis of data can vastly improve scholar outcomes. It will include providing significant training and development (e.g., Summer Institute, professional development meetings, data days, and professional learning communities) on how to use data to drive instruction. We will work to create buy-in and ensure that teachers see and understand the importance of using data to inform their teaching.

### Technology

In alignment with Knox County Schools' priorities, Emerald Academy will use technology as a key instructional strategy. Technology has the ability to provide direct, targeted instruction to a scholar

[15] Pg. xxvi

at his/her instructional level. Technology will be used as an instructional strategy and resource throughout the school day in the core content classes. Scholars will use technology as they do rotations and move through the learning process.

Scholars will also use technology during every Focus Period; the Focus Period is specifically designed to provide intervention and enrichment to our scholars. While Emerald Academy will not implement a true blended learning model for all core content areas, our Focus Period will be blended and will include the use of technology and teachers for instruction. We believe that this will accomplish two aims:

1. It will provide scholars with differentiated and targeted instruction, thus ensuring scholars receive instruction in a personalized learning environment.
2. It will ensure that scholars have an opportunity to interact with technology and enhance their skills and familiarity with a computer and technology in general. It will also ensure that scholars know how to navigate computer-adaptive assessments on a computer; this is important, since the PARCC assessment will be computer-based.

**Other Effective Instructional Strategies**

Emerald Academy will implement a number of additional strategies that will ensure scholar engagement. These strategies are adapted from Doug Lemov's *Teach Like a Champion* and are implemented at Breakthrough Schools' Prep Schools with great success. They are:

- *No Opt Out*[16]*:* Once a scholar is called upon, teachers will not allow the scholar to defer responsibility by pleading ignorance. While the scholar may not provide the correct answer right away, the sequence should end with the scholar answering correctly. This strategy, called No Opt Out, will help build a culture of individual accountability and give every scholar tangible experiences with success.
- *Cold Call*[17]*:* This technique effectively works to ensure that scholars are attentive during class and is a simple check for understanding that teachers can use throughout the lesson. The cold call teacher will create suspense and heightened awareness by randomly and unpredictably asking a question and then asking a single scholar to answer the question asked. While the scholar that is being called is unpredictable, the practice and use of the technique in a classroom should be predictable. This will encourage scholars to remain engaged throughout the lesson. Cold calling will also increase the speed and pacing of the lesson (no longer will teachers be waiting for hands to be raised) and demonstrate that the teacher wants to hear from scholars and wants them to be a part of the discussion.
- *Stretch It*[18]*:* When scholars answer a question correctly, many teachers often respond with praise, affirmation, or repetition of the correct answer. However, learning should not stop when the correct answer is given: pushing on scholar responses is an important way of engaging high scholars, setting a tone of high expectations, and checking for replicable understanding. The Stretch It strategy is an important tool for giving verbal feedback on scholar work.
    - Ask how and why: How did you get that?
    - Ask for another way to answer: Great – is there a simpler way than adding three times?
    - Ask for a better word: Can you answer with a better word than cold, one that shows how cold it was?
    - Ask for evidence: Okay, so read me two sentences from the story that shows this character has the traits you describe.
    - Integrate a related skill: Now that you've given me a sentence showing you understand the definition of stride, can you add an adjective to modify street?

[16] Lemov, D. (2010). *Teach Like a Champion.* San Francisco: Jossey-Bass. Pg. 28
[17] Lemov, D. (2010). *Teach Like a Champion.* San Francisco: Jossey-Bass. Pg. 111
[18] Lemov, D. (2010). *Teach Like a Champion.* San Francisco: Jossey-Bass. Pg. 41

- Ask scholars to apply the same skill in a new setting: Looks like you know the definition of setting – I'll name a story we've just read and see if you can describe the setting.

- *Wait time*[19]*:* How a question is asked is extremely important. Our teachers will employ a number of tactics to ensure that they use proper wait time to allow all scholars to think before calling for an answer. Wait time is especially helpful for second language learners who take time to translate, scholars with learning disabilities, and scholars who are shy or reluctant to participate. Our teachers will determine the proper length of time to wait for each question and extend the amount of time provided for scholars to construct answers to higher -order questions.
- *Feedback on written work:* Just as it is important to set a tone of high expectations with verbal questioning in class, it is equally important to set this tone with detailed examination of scholar work. Scholars will receive graded assignments promptly, with comments that show attention to mechanics, vocabulary, and content.
- *Think/Pair/Shares*[20]*:* Emerald Academy teachers will implement think/pair/shares in order to actively involve and engage scholars in their questioning. After asking a question, they will provide scholars with a quick silent time to think or write about their answer. Teachers will then ask scholars to pair up with another scholar to discuss their answers. Finally, scholars will be invited (by hands or cold calling) to share out their answers with the whole class.
- *Take a Stand*[21]*:* Emerald Academy teachers' goal will be to actively engage their scholars in the ideas around them. An excellent way to do this is by asking them to make judgments about the answers their peers provide. This will likely increase the number of scholars who participate in and/or process a particular part of a lesson. Take-a-stand techniques can be whole class (Stand up if you agree with Alexis.) or directed to an individual (She said that oil and water don't combine. That's not right, is it, Valeria?). They can be evaluative (How many people think Dashawn is right?) or analytical (How could she check her work to see if she's right, Alaina?). Finally, they can be verbal, signaled through a gesture (Show me on your hands which answer choice you think is correct.) or written.
- *Scholar Presentations:* Our teachers will understand the importance of scholars practicing the oral and presentation skills that will help to make them successful in high school, college, and beyond. For this reason, our teachers will ask scholars to present information to other individual scholars and then to the class so that these skills become engrained at a very early age. Scholars will be taught:
  - To take a section of a unit or a topic to research and put together a presentation on that unit or topic for their peers.
  - Oral presentation skills such as tone, eye contact, pace, gestures, and poise, as well as how to present information in an interesting format.
  - How to use visual props (e.g., maps, diagrams, photographs) when presenting.

**Classroom Procedures**

In addition to using these methods, Emerald Academy will also use procedures in an effort to increase efficiencies and ultimately maximize instructional time. These procedures are currently implemented at Breakthrough Schools' Prep Schools and have yielded positive outcomes and a structured school environment, thus providing additional time on learning. Following is a brief description of some of the various procedures that will be used school-wide for every classroom:

[19] Lemov, D. (2010). *Teach Like a Champion.* San Francisco: Jossey-Bass. Pg. 134
[20] Lyman, F. T. (1981). *The responsive classroom discussion: The inclusion of all scholars*. In A. Anderson (Ed.), Mainstreaming Digest (pp. 109-113). College Park: University of Maryland Press.
[21] Lemov, D. (2010). *Teach Like a Champion.* San Francisco: Jossey-Bass. Pg. 106

- *SLANT[22]:* Scholars will SLANT (**s**it up, **l**isten, **a**nswer questions, **n**od in understanding, and **t**rack the speaker) during class. Scholars will track the speaker with their eyes at all times. Teachers will remind scholars of this by saying, "Track the speaker." Any scholars who are not already tracking the teacher (or other speakers) should start tracking.
- *Pencils:* When a pencil needs sharpened, the scholar will hold up that writing utensil, and the teacher will replace it. A scholar must have a pencil to trade in to get the new sharpened pencil. This process should be completed silently without disrupting the lesson.
- *Getting scholars' attention:* During class, teachers will undoubtedly transition between holding class attention and facilitating independent or group work. A signal to refocus scholar attention will be needed. Teachers will use the attention clap to gain attention. Teachers will clap twice. Scholars will clap once then raise their right hand in the air with the index finger pointed up. All scholars should have their hands raised, be seated, be silent, and be tracking the teacher.
- *Asking and answering questions:* Scholars will be expected to raise their hand and wait to be called on to answer or ask questions. When answering, scholars will be made to restate the question. If a teacher wants a whole class response or does not want hands to be raised before answering, (s)he will make this clear with verbal explanation or signal.
- *Finishing early:* Scholars who finish an assignment early will be expected to read silently from their DEAR (drop everything and read) books. Scholars will not be expected to do work from other classes. While silent reading is the default expectation, teachers can set additional or alternative expectations for times when scholars finish early, including additional work or extension activities.
- List specific requirements for implementing the particular approach used, such as co-teaching or aides, technology needs, physical space, etc.

As noted above, Emerald Academy – in order to implement our particular approach – will employ a co-teaching model in kindergarten through fourth grade and small scholar-teacher ratios in fifth through eighth grades.

With respect to technology, to implement our model, we will need one computer for every three scholars in kindergarten through fourth grade and one Chrome Book for every two scholars in fifth through eighth grades.

Finally, as detailed in our facility plan (see Attachment 6), we will require a 60,000 square foot building with 850-to-900 square foot classrooms and additional spaces that are traditionally found in elementary and middle schools (e.g., administrative offices, counseling/special education spaces, a cafeteria, gymnasium, and a teacher work room).

- Explain why the instructional strategies are well-suited for the targeted student population.
- As noted throughout, the instructional strategies described above are currently being implemented at Breakthrough Schools' Prep Schools with great success. Many of the strategies are found in Doug Lemov's book, *Teach Like a Champion*. These strategies are being used by numerous high-performing urban schools throughout the country, such as Uncommon Schools (a network of free, public charter schools in Boston, Newark, Brooklyn, New York, and Troy), among many others.
- Additionally, Breakthrough Schools' Prep Schools serve a scholar population that is similar to our targeted scholar population. Emerald Academy is confident that given the high levels of achievement at the Breakthrough Schools' Prep Schools, we will be able to produce similar high levels of academic achievement for all scholars by implementing the same curriculum development process and instructional strategies/methods.

[22] Lemov, D. (2010). *Teach Like a Champion.* San Francisco: Jossey-Bass. Pg. 158

- Explain how the plan will meet the needs of students with disabilities.

We believe that a standards-based curriculum, differentiated instruction, use of data, and extended time on learning will directly benefit our scholars with disabilities. These components of our plan have proven effective with all types of student populations and will serve our scholars with disabilities well. See *Special Populations and At-Risk Students* for a detailed description of how Emerald Academy's academic plan will meet the needs of scholars with disabilities.

- Explain how the plan will meet the needs of English language learners.

Similar to the response above, Emerald Academy believes that our academic program will provide further support to English language learner (ELL) scholars. See *Special Populations and At-Risk Students* for a detailed description of how Emerald Academy's academic plan will meet the needs of ELL scholars.

- Explain how the academic program aligns with Common Core Standards and Tennessee State Performance Indicators.

Emerald Academy's curriculum will be based on the Common Core State Standards and Tennessee State Standards; accordingly, our academic program will be directly aligned to these standards.

- Describe the proposed class size and structure for the plan.

Emerald Academy will serve 60 scholars per grade level. In kindergarten through fourth grade, there will be 30 scholars per class with two fully certified teachers. In grades five through eight, there will be 20 scholars per class with one fully certified teacher.

## Special Populations and At-Risk Students

Pursuant to state and federal law, charter schools are required to serve the needs of special student populations, including hiring licensed and endorsed special educators and licensed ESL instructors. School personnel shall participate in developing and implementing the Individualized Education Programs (IEPs); identify and refer students for assessment of special needs; maintain records; and hire appropriate personnel as may be required in an IEP (ex. Speech/language pathologist, occupational therapist, physical therapist, etc.).

- Detail a comprehensive plan to serve students with special needs including but not limited to those students with federally recognized disabilities; students with Section 504 Plans; English Language Learners; students identified as intellectually gifted; and students at risk of dropping out.

As described in detail below, Emerald Academy will serve scholars with special needs, including those with federally recognized disabilities, scholars with Section 504 Plans, English language learner (ELL) scholars, scholars identified as intellectually gifted, and scholars at risk of dropping out. Emerald Academy will not discriminate in admission and enrollment practices against any such scholars. See the responses below for Emerald Academy's comprehensive plans to serve our special population scholars.

- Identify the special populations the school plans to serve, whether through data related to a specifically targeted school or neighborhood or more generalized analysis of the population to be served.

Emerald Academy anticipates serving a scholar population that includes approximately 16 percent of scholars with special needs, 10 percent ELL scholars, and 87 percent of scholars who qualify for the national free and reduced-priced lunch (FRL) program. Accordingly, we anticipate that approximately 90 percent of our scholars will be considered at risk. These percentages are consistent with those for Knoxville's urban public schools.

- Discuss how the course scope and sequence, daily schedule, staffing plans and support strategies will meet or be adjusted for the diverse needs of the students.

As indicated in the *Academic Focus and Plan* section, Emerald Academy intends to employ a co-teaching model in the kindergarten through fourth grade and low scholar-to-teacher ratios in all grades in order to best meet the needs of our scholars.

***Course scope and sequence.*** We recognize that the course scope and sequence may need to be adjusted to meet the diverse needs of our scholars. Accordingly, teachers will work collaboratively with each other, the director of specialized services, special education teachers, and the ELL coordinator to determine areas in the scope and sequence that need changes. General education teachers will share their lesson plans with special educators and the ELL coordinator in an effort to gather feedback regarding the lesson and ensure that teachers are providing the appropriate supports in their classrooms. As appropriate, special educators and the ELL coordinator will attend grade-level or subject meetings to provide additional support to teachers and increase opportunities for collaboration.

***Daily schedule.*** Emerald Academy has been very intentional about the design of our daily schedule. Because we anticipate serving a scholar population in which 87 percent of the population qualify for the national FRL program, 16 percent are scholars with special needs, and 10 percent are ELL scholars, we have built our schedule to provide significant time during the regular school day for ELA, mathematics, and intervention/enrichment. Our ultimate goal is to meet the diverse needs of each and every child who walks through our doors. In order to do this, scholars will receive double blocks of instruction in ELA and mathematics every day. In addition, scholars will participate in double blocks of an intervention/enrichment period (called the Focus

Period) four days per week. On Wednesdays, scholars will be released early and the Focus Period will not occur. During the ELA and mathematics blocks, teachers will work with small groups of scholars during the "We Do" portion of each lesson to provide intense and differentiated instruction. Further, special educators, the interventionists, and the ELL coordinator will push into classrooms, as appropriate. In addition, during the Focus Period, scholars will have the opportunity to work in small groups with teachers, receive push-in or pull-out services from the special educators, the interventionists, or ELL coordinator, and use computer-based intervention/enrichment programs that have a track record of success with similar students (see below).

***Staffing plans.*** In order to meet the needs of our special population and at-risk scholars, Emerald Academy will hire the following positions, in addition to general education classroom teachers:

- Emerald Academy will employ one director of specialized services (beginning in year one). This individual will provide direct services to scholars during the first year until the school has a larger scholar population and additional special educators are hired. The director of specialized services will be responsible for maintaining scholar records and ensuring confidentiality; overseeing the specialized services staff members (described below); and ensuring that the needs of all scholars requiring specialized services are met.
- Emerald Academy will employ three special education teachers with appropriate certification and credentials**.** One special education teacher will be hired in year two; two will be employed in year three; and three will be employed in year four and beyond.
- Emerald Academy will employ one part-time ELL coordinator beginning in year one. (This position will expand, as necessary, based on enrolled scholar population.)
- Emerald Academy will employ two interventionists/Title I teachers. One will begin in year one; the second will begin in year three.
- Emerald Academy will employ one counselor/social worker beginning in year three.

Emerald Academy will have a robust staffing plan in order to meet the needs of each scholar. For more information about Emerald Academy's staffing plans, see *Personnel and Human Capital*.

***Support strategies.*** Emerald Academy intends to offer significant support and employ various strategies in order to meet the diverse needs of our scholars. For information about how Emerald Academy intends to meet the needs of our scholars, see the following sections.

- Explain specifically how you will identify and meet the needs of students with mild, moderate or severe disabilities in the least restrictive environment possible. Specify the research based programs, strategies and supports you will provide, including the following:
  - Methods for identifying students with special needs (and avoiding misidentification).
  - Specific instructional programs, practices, and strategies the school will employ to provide a continuum of services; ensure students' access to the general education curriculum; and ensure academic success for special needs students.
  - Plans for monitoring and evaluating the progress and success of special education students, including coordination with the LEA's monitoring and evaluation.
  - Plans to have qualified staffing adequate for the anticipated special needs population including budgetary assumptions

Fundamental to our school design is the belief that all scholars, regardless of ability, can achieve academically. As such, Emerald Academy will provide all scholars with disabilities a Free and Appropriate Public Education (FAPE). Emerald Academy will comply with all state and federal statutes, including Title II of the Americans with Disabilities Act (ADA), the Individuals with Disabilities Education Act (IDEA), and Section 504 of the Rehabilitation Act of 1973. At Emerald Academy, all scholars with disabilities will be educated in the Least Restrictive Environment (LRE) and with their non-disabled peers to the extent appropriate and allowed by each scholar's

Individualized Education Plan (IEP). Emerald Academy will not discriminate in admission and enrollment practices against scholars having, or suspected of having, disabilities. Additionally, Emerald Academy will incorporate appropriate discipline strategies for scholars with disabilities that protect due process and ensure Free and Appropriate Public Education for all scholars. See Attachment 5 for a description of the discipline policy for scholars with special needs.

***Identification.*** Emerald Academy will comply with the federal Child Find requirements (34 CFR §300.125), which requires all schools to have a process for identifying, locating, and evaluating scholars who are in need of special education and related services. In order to identify scholars with special needs, Emerald Academy will create and utilize a Scholar Support Team (SST). The SST will include the principal, dean of curriculum and instruction (once hired in year three), director of specialized services, special education teachers, and general education teachers. Scholars will be identified through the following two mechanisms:

*Existing Individualized Education Program.* It is likely that scholars with disabilities will come to Emerald Academy with an existing IEP. In order to identify such scholars, families will be asked to complete questionnaires to identify if their child has received special education services or has been diagnosed as having a disability upon enrollment. If the family indicates that either has occurred, the director of specialized services will request the IEP from the scholar's previous school. Emerald Academy will implement the existing IEP and provide scholars with an appropriate education in the Least Restrictive Environment. As appropriate, the SST will meet with families to rewrite IEPs. Also, Emerald Academy will provide transportation to scholars as required by their IEPs.

*Referrals.* Scholars can be referred for evaluation either by the parent or through school personnel. If the parent requests an evaluation, the scholar will immediately be evaluated. If school personnel suspect a disability, they will implement the following process to identify scholars:

1. *Progress monitoring of all scholars and d ocument pre-referral strategies*. The academic progress of all scholars will be regularly monitored. Scholars who are not showing academic progress will receive additional supports through our three-tier Response To Instruction and Intervention ($RTI^2$) model, described in greater detail below. Through the $RTI^2$ process, teachers will implement pre-referral strategies to assist the scholar.
2. *Recommend evaluation*. If the scholar does not show improvement, the school will recommend the scholar to Knox County Schools for an evaluation. With parental consent, Knox County Schools, as the LEA, will be responsible for conducting an evaluation with an appropriately licensed professional. Evaluations may include individual tests, classroom observations, interviews, and a review of records.
3. *Create an IEP*. When an evaluation indicates evidence of a disability and that special education services are appropriate, an IEP team including the parent(s), the director of specialized services, the general education teacher, and the scholar (if age-appropriate) will develop an IEP for the scholar; agreed-upon special education services will be provided.

**Instructional programs, practices, and strategies.** At Emerald Academy, inclusion will be the priority and preferred method of educating all scholars. Special education scholars will be integrated into mainstream classrooms to the greatest extent possible. Emerald Academy will provide special education services through credentialed individuals and professional agencies as appropriate, including speech and language, physical therapy, and occupational therapy.[23] Special education teachers will collaborate and/or co-teach with the general education classroom teachers.

[23] Representatives from Emerald Academy met with the Executive Director of Student Support Services on Monday, March 10, 2014 to discuss the possibility of Emerald Academy contracting with the District to provide clinical services. If staffing levels at the District are sufficient, the District may be willing to provide such services.

Given that Emerald Academy will provide services following the principle of LRE, scholars with disabilities will receive services in a manner that allows them equal access to the general curriculum and instructional strategies.

Some scholars' IEPs may require pull-out services. These services will be provided to scholars during the Focus Period of the day to the greatest extent possible; they will also be provided in compliance with the scholar's IEP.

Since scholars with disabilities will receive their instruction in the LRE, our practices and strategies for meeting the needs of such scholars will largely consist of implementing the accommodations and modifications noted in the scholar's IEP within the general education classroom and pulling scholars out only as appropriate. A scholar's IEP will list the accommodations and modifications that need to be made in the general education classroom that all teachers must, by law, implement on a daily basis.

Accommodations do not alter the substance of the curriculum; instead, they include adjustments to structures and delivery methods (e.g., seating arrangements, using graphic organizers) that assist the scholar to engage in the curriculum. Accommodations provide an alternative way of accessing the same curriculum. Modifications, on the other hand, are changes made to the curriculum itself (such as when a scholar is assigned a different book or learning task ). Modifications will be made as necessary to meet the needs of our scholars.

**Monitoring and evaluating.** The process to monitor scholars with disabilities will involve formal and informal assessments measured against the goals identified in the scholars' IEPs. Further, all scholars with disabilities will participate in the state assessments unless the scholar's IEP indicates that the scholar cannot participate in these assessments. In the event the scholar is unable to take the PARCC assessment, we will administer the TCAP Assessments for Students with Disabilities.

IEPs will be evaluated annually and revised, as needed, by the IEP team. All scholars receiving special education services will be re-evaluated at least once every three years.

**Staffing.** We anticipate serving a scholar population in which approximately 16 percent of scholars have special needs. Accordingly, we will employ one director of specialized services (beginning in year one), three special educators (one beginning in year two and increasing to three in year four), and a counselor/social worker (beginning in year three) to meet the needs of our scholars with special needs. In addition, we will hire clinicians, as needed, on an hourly basis. Emerald Academy will ensure that all special education staff hired or contracted by the school are qualified pursuant to federal education regulations, as well as meet all legal requirements. We have allocated significant budget resources for special education staffing and related services growing from $52,900 in year one to $285,825 in year five.

*Training for Staff Members.* Emerald Academy special educators will receive professional development regarding scholars with special needs. Should the charter be approved, Emerald Academy will seek to contract with the district for such training. The district offers robust professional development opportunities for teachers serving scholars with special needs and has expressed a willingness to provide this service to our teachers for an appropriate fee.

- Explain how the school will meet the needs of ELL scholars, including the following:
  - Methods for identifying ELL scholars
  - Specific instructional programs, practices and strategies the school will employ to ensure academic success and equitable access to the core academic program for these students
  - Plans for monitoring and evaluating the progress and success of ELL scholars, including exiting students from ELL services
  - Means for providing qualified staff for ELL scholars, including budget assumptions.

Emerald Academy will comply with federal, state, and district mandates regarding ELL education and re-designation of ELL scholars.

**Identification.** In order to identify scholars with limited English proficiency, Emerald Academy will require all incoming families to complete a home language survey upon enrollment. The home language survey will include the following questions:

- What is the first language this child learned to speak?
- What language does this child speak most often at school?
- What language do people usually speak in the child's home?

If a scholar has an answer other than English on the home language survey, Emerald Academy will conduct research to determine if the scholar has been administered the Tennessee English Language Development Assessment (ELDA). If a scholar has not taken the ELDA, Emerald Academy will administer the Tennessee English Language Placement Assessment (TELPA) within 30 days if the survey is received before school begins and within 14 days if school has already begun. Scholars will receive instruction and services based on TELPA or ELDA scores:

- If a scholar scores a 1 on the TELPA, or if the scholar scored a 1 or 2 composite on the previous year's ELDA, the scholar will receive a minimum of one hour of ESL services daily.
- If a scholar scores a 2 on the TELPA, or if the scholar scored 3 composite on the previous year's ELDA, the scholar will receive services as needed. According to the State website, this may be one hour per day for many scholars.[24]
- If a scholar scores a 3 on the TELPA, the scholar does not qualify for ESL services and is, instead, coded as Non English Language Background in the education information system.
- Once a scholar scores a composite 4 or 5 on the ELDA, (s)he will be exited from services.

**Instructional programs, practices, and strategies.** Emerald Academy will adopt a program of structured English immersion for all ELL scholars. Through a structured English immersion program, ELL scholars will receive the same academic content as those scholars who are native speakers of English. All classroom instruction will take place in English. However, the level of English used for written and spoken instruction will be modified appropriately for ELL scholars with the stated purpose of holding every scholar to high academic standards. The purpose of this program will be to achieve English proficiency for all scholars as quickly as possible, while holding the utmost respect for the language and culture of every scholar.

The ELL program at Emerald Academy will be designed exclusively to meet the school's mission. If scholars are to leave Emerald Academy and enter, excel in, and graduate from the strongest colleges and universities, they must read, write, and speak English fluently. Effective delivery of this mission requires that the school teach scholars English as efficiently as possible. At a minimum, Emerald Academy – using procedures approved by the Tennessee Department of Education – will assess scholars' progress in learning English on an annual basis.

Scholars will not be excluded from any curricular or extracurricular activities based on their level of English proficiency.

The academic program at Emerald Academy will be well-prepared for high performance for ELL scholars. Most prominently, scholars will receive 90 minutes of literacy instruction each day, including extensive instruction in phonemic awareness and phonics. In addition, scholars will have 90 minutes of intervention/enrichment through the Focus Period each day, during which time scholars will receive ELL services.

*Research Supporting Structured English Immersion.* Two studies, particularly, confirm the effectiveness of an immersion program:

[24] http://www.tn.gov/education/fedprog/fpeslresources.shtml -- Document entitled: Overview Title III Program"

- John Hood, President of the John Locke Foundation, a North Carolina-based think tank, writes, "A review of 300 studies of bilingual education by federal researchers found only 72 that were methodologically sound. Of those studies, 83 percent comparing bilingual education to immersion found that kids learned to read better through immersion. Not a single study found the reverse."[25]
- Cara Morlan of the Independence Institute, a nonprofit, nonpartisan Colorado think tank, writes, "In California, children enter school speaking one of 140 different languages, yet only Spanish-speaking scholars are put into traditional bilingual education programs. These scholars are then the immigrant group that does the worst in school, has the highest dropout rate, the lowest test scores and the lowest college admissions." Ms. Morlan finds that only 5 percent of these scholars were gaining proficiency in English each year.[26]

*In-class modifications:* All teachers of ELL scholars will be familiar with instructional strategies aimed at assisting ELL scholars. Throughout the school year, Emerald Academy teachers will be trained on specific techniques to shelter content (i.e. teach content in a way that is most accessible to ELL scholars). In addition, the following strategies will be used when teaching ELL scholars.

**Maximize the accessibility of lessons**

- Teachers will constantly build context for new terms and ideas. They will strive to hear their lesson the way their scholars hear it and modify their instruction so that someone learning English can understand the concepts being discussed. Emerald Academy teachers will simplify concepts, expand on new ideas, and provide scholars with clear definitions and comparisons to make it easier for scholars with limited English proficiency to understand what they are teaching.
- Teachers will use strategies to maximize scholars' comprehension. Specific strategies include:
    - *Clarification checks:* Checking for understanding is important for all scholars, including ELL scholars. Some scholars may be shy or wary of letting teachers know if they are lost.
    - *Pacing:* Varying both the speed and speech of the voice, recognizing that for ELL scholars, comprehension can increase if speech is slower.
    - *Modifying one's speech:* This strategy includes speaking slowly, enunciating clearly, allowing wait time before soliciting answers to questions, breaking complex sentences down into simple sentences, and avoiding the use of idioms.
    - *Using visual aides to clarify key concepts:* Graphic organizers, pictures, graphs, objects, and maps may be a better way to introduce new knowledge or skills to ELL scholars; these tools are less language-dependent.
- Teachers may record the lessons and make the recordings available to the scholars.
- Teachers will use demonstrations or role-plays to show and act out new ideas.

**Respectfully and strategically encourage ELL scholars**

- Teachers will encourage scholars to speak, but will not force them. Scholars with limited English proficiency are often self-conscious about their English speaking skills. Moreover, some research indicates that language learners learn more quickly if they have a period of quiet listening time to become familiar with the sounds of the language.
- Teachers will correct speaking errors indirectly or by modeling appropriate language. Emerald Academy believes it is important to correct scholars' errors so that they can continue to improve. Teachers will also consistently model the appropriate language in the response.

[25] "Immersion v. Bilingual Education", The Business Journal of Raleigh/Durham, December 26, 1997.
[26] "Structured Immersion, An Alternative to Traditional Bilingual Education" Independence Institute, Issues Backgrounders 2000-4, July 26, 2000.

- Teachers will use appropriate assessments that reflect the scholars' mastery of the material being covered and not only English skills.

**Proactively value and embrace scholars' language and culture in the classroom**

- Emerald Academy teachers will show ELL scholars that their native language is valued.
- Teachers will use rich and varied resources from the scholars' cultures.

**Monitoring and evaluating.** All ELL scholars will have an Education Plan for English Learners. The plan will include objectives/goals, strategies, assessments, outcomes, and comments. The process to monitor ELL scholars will involve formal and informal assessments as measured by the objectives/goals contained in the plan.

**Staffing.** We anticipate serving a scholar population that includes approximately 10 percent ELL scholars. Accordingly, Emerald Academy will hire a director of specialized services (beginning in year one) and a part-time ELL coordinator (beginning in year one) to meet the needs of our ELL scholars. Emerald Academy will ensure that our ELL coordinator is certified to teach English as a second language (ESL). We have allocated $63,375 for these positions (note that this includes 25 percent of the director of specialized services' salary and benefits).

- Explain how the proposed school will identify and meet the learning needs of students who are performing below grade level and monitor their progress. Specify the programs, strategies and supports that will be provided.

As noted above, Emerald Academy will implement Tennessee's Response To Intervention and Instruction ($RTI^2$) model in order to identify and meet the learning needs of scholars who are performing below grade level. *The $RTI^2$ Framework 2013* publication states "$RTI^2$ is a process focused on **prevention** and **early intervention** that uses assessment data for instruction, intervention, and transitions between tiers" (pg. 11).[27] We believe that identifying struggling scholars as quickly as possible is essential to the future success of each scholar and will implement the $RTI^2$ model to ensure that scholars receive the necessary supports to be successful. The state's *$RTI^2$ Framework 2013* publication describes the tiers as follows:

- **Tier I:** "All students receive research-based, high quality, general education instruction using Common Core Standards in a positive behavior environment that incorporates ongoing universal screening and ongoing assessment to inform instruction."
- **Tier II:** "In addition to Tier I, interventions are provided to students that fall below the 25th percentile on universal screening and are struggling academically and/or behaviorally. Research-based interventions will be provided to students within their specific area(s) of deficit. These students are progress monitored using a tool that is sensitive to change in area of deficit and that provides a Rate of Improvement (ROI) specific to the individual deficit.
- **Tier III:** "In addition to Tier I, interventions are provided to students who have not made significant progress in Tier II, are 1.5-2.0 grade levels behind or are below the 10th percentile. Tier III interventions are more explicit and more intensive than Tier II interventions. Research-based interventions will be provided to students within their specific area(s) of deficit. These students, who are struggling academically and/or behaviorally are progress monitored using a tool that is sensitive to change in area of deficit and that provides a Rate of Improvement (ROI) specific to the individual deficit" (pg. 14).

Emerald Academy will use the Northwest Evaluation Association's Measures of Academic Progress (NWEA MAP) and the Fountas & Pinnell Benchmark Assessment Series (BAS) as the universal screeners for scholars. Scholars will be assessed at the beginning of the year; teachers

[27] http://www.tncore.org/sites/www/Uploads/TNCORE/RTI_Manual.pdf.pdf

will use the data to determine a scholar's instructional needs. As noted above, all scholars will receive research-based high quality instruction in Tier I. In the event that the Tier I instruction is not effective, scholars will move into Tier II and Tier III interventions, as needed.

*Tier II.* When instructional strategies and modifications in the general education classroom do not produce the desired results that would put the scholar on track to perform at grade level, the scholar will be recommended to participate in Tier II interventions. Tier II interventions will be provided in addition to the core instructional program that is provided in Tier I and described above. Tier II interventions will consist of small group (three-to-five scholars) supplemental instruction. Scholars will participate in 20-to-30 minutes of supplemental interventions three-to-four days per week. These interventions will be focused on the areas of need identified through the assessments. Accordingly, scholars will likely be grouped with other scholars who have similar areas of scholar need or weakness.

These Tier II interventions will likely take place in the general education classroom during the Focus Period; however, scholars may receive these interventions in a location outside of the general education classroom. It will be Emerald Academy's goal to provide all interventions in the general education classroom. Tier II interventions will consist of general education instruction in addition to specialized interventions. Emerald Academy will continue using the core curricular resources (*Continuum of Literacy Learning* and *Everyday Mathematics*), as well as Fountas & Pinnell's Leveled Literacy Intervention (LLI) and computer-adaptive programs (described below).

Tier II scholars will be progress-monitored once every week or every other week. Emerald Academy will use the built-in assessments in the intervention programs, as well as design-specific assessments, to determine the rate of improvement specific to the identified deficit. Scholars will remain in Tier II interventions for a six-week period. Using the data from the progress monitoring and internal interim assessments (administered every six weeks), teachers will determine whether scholars have made necessary growth to exit Tier II interventions. If sufficient progress is not made, the scholar will advance to Tier III interventions.

*Tier III.* Tier III interventions will be provided in smaller groups of one-to-two scholars and will be designed to provide more intensive instruction than that provided in Tier II interventions. Similar to Tier II interventions, Tier III interventions will consist of general education instruction in addition to specialized interventions. As with Tier II interventions, Emerald Academy will seek to provide all interventions in the general education classroom. Accordingly, scholars will participate in Tier III interventions during the Focus Period. If scholar needs are not being met through small group instruction or push-in services provided by the interventionists, scholars may be pulled out and receive intervention during the Focus Period. As with Tier II interventions, Emerald Academy will continue using the core curricular resources (*Continuum of Literacy Learning* and *Everyday Mathematics*), as well as Fountas & Pinnell's LLI and computer-adaptive programs.

Scholars in Tier III interventions will participate in 40-to-60 minutes of intervention at a minimum of four days per week. Tier III scholars will be progress-monitored at least weekly to determine the success of the intervention. Emerald Academy will use the built-in assessments in the intervention programs, as well as design-specific assessments, to determine the rate of improvement specific to the identified deficit. If assessment results indicate that scholars have made necessary growth, they will exit Tier III interventions. If Tier III interventions are not successful, a scholar will be considered for an evaluation for specialized services.

**Programs.** Emerald Academy will use computer-based programs, as well as text materials, to provide targeted intervention to struggling scholars. In doing so, Emerald Academy will provide various opportunities and activities to engage the scholar and ensure mastery of the content and skills. Additionally, teachers may create and design lessons for small groups of scholars based on specific content and skills that need attention.

For ELA, Emerald Academy will use Lexia Reading CORE5, Lexia Strategies, and Fountas & Pinnell's LLI. For mathematics, Emerald Academy will utilize ST Math®: K-5 and ST Math®: Secondary Intervention featuring touch.

- **Lexia Reading CORE5** is a research-based, Common Core-aligned, online reading curriculum that provides personalized learning on foundational reading skills for scholars in kindergarten through fifth grade with a focus on the six areas of reading instruction:
    - Phonological awareness
    - Phonics
    - Structural analysis
    - Automaticity and fluency
    - Vocabulary
    - Comprehension

  Lexia Reading CORE5 assesses scholars and places them at the proper level to work independently on reading skills. The program provides scholars with immediate corrective feedback and scaffolding and advances them as they demonstrate proficiency. Lexia is aligned with NWEA MAP and provides teachers with meaningful, timely, and actionable data they can use to drive instruction. Several studies have demonstrated that this program accelerates the development of foundational literacy skills, supports ELL scholars, and assists schools in closing the achievement gap. Lexia has also demonstrated success with student populations similar to the target population for Emerald Academy.
- **Lexia Strategies** will be used for scholars in grades 6 and above who are in need of Tier II or Tier III interventions**.** According to their website, "The program focuses on foundational reading skills, starting at first grade skill levels, with a more mature, age-appropriate interface and a range of content that covers basic phonological awareness through advanced decoding skills, vocabulary development, and comprehension activities. Lexia Strategies will help identify the remedial needs of each student and differentiate the instructional intensity needed to accelerate reading skills development."[28]

  Their website also provides research demonstrating the effectiveness of Lexia beyond the elementary level. It states, "This study tracked the performance of sixth- and seventh-grade remedial reading students in a Utah school district, where Lexia Strategies supplemented intense phonics-based reading instruction. Students in the Lexia group made significant gains relative to a control group on the Word Attack subtest, from the Woodcock-Johnson® III Tests of Achievement.[29]
- **Fountas & Pinnell's Leveled Literacy Intervention (LLI)** is a "small-group, supplementary literacy intervention designed to help teachers provide powerful, daily, small-group instruction for the lowest achieving students at their grade level. Through systematically designed lessons and original, engaging leveled books, LLI supports learning in both reading and writing, helps students expand their knowledge of language and words and how they work. The goal of LLI is to bring students to grade level achievement in reading."[30] LLI provides lessons from Level A (beginning reading in kindergarten) through level Z (competencies at the middle and secondary school level) on the F&P Text Level Gradient™. The program is designed to be used with small groups of students who need intensive support to achieve grade-level competency. According to their website, "Each Level of LLI provides:
    - Combination of reading, writing, and phonics/word study
    - Emphasis on teaching for comprehending strategies

[28] http://lexialearning.com/lexia-strategies
[29] [Macaruso, P., & Rodman, A. (2009). Benefits of computer-assisted instruction for struggling readers in middle school. European Journal of Special Needs Education, 24, 103–113.]
[30] http://www.heinemann.com/fountasandpinnell/lli_overview.aspx

- Explicit attention to genre and to the features of nonfiction and fiction texts
- Special attention to disciplinary reading, literature inquiry, and writing about reading
- Specific work on sounds, letters, and words in activities designed to help students notice the details of written language and learn how words "work"
- Close reading to deepen and expand comprehension.
- Explicit teaching of effective and efficient strategies for expanding vocabulary
- Explicit teaching for fluent and phrased reading
- Use of writing about reading for the purpose of communicating and learning how to express ideas for a particular purpose and audience using a variety of writing strategies
- Built-in level-by-level descriptions and competencies from The Continuum of Literacy Learning, PreK-8 (2011) to monitor student progress and guide teaching
- Communication tools for informing parents about what children are learning and how they can support them at home
- Technology support for assessment, record keeping, lesson instruction, and home and classroom connections
- Detailed analysis of the characteristics of text difficulty for each book."

Emerald Academy will use Fountas & Pinnell's LLI and their BAS; this will ensure a seamless alignment between the core instruction, intervention period, and assessment program.

- **ST Math®: K-5** is a game-based instructional software program for kindergarten through fifth grade scholars that uses a visual approach to teaching mathematics. ST Math® is a research-based program that is used in more than 1,700 schools across 30 states. With ST Math®, scholars progress at their own pace and advance to the next level through demonstrated mastery. ST Math® provides scholars with immediate, instructive feedback and provides teachers with the data that they need to both drive and differentiate their instruction. ST Math® has demonstrated tremendous success in advancing mathematics proficiency across the country and has been used by Chicago Public Schools (CPS) with tremendous success. A study conducted by the MIND Research Institute (the creator of ST Math) compared 14 low-performing CPS schools that implemented ST Math® to 150 low-performing schools that did not implement ST Math® and found that the schools that implemented ST Math® saw a one-year, 13 percent increase in students meeting/exceeding the Illinois Standard Achievement Test (ISAT) standards; the comparison group had a 6.7 percent increase in students meeting/exceeding ISAT standards.
- **ST Math®: Secondary Intervention Featuring Touch** is an instructional software program designed as a Tier II intervention for scholars at the middle or high school level who are performing below grade level. It is self-paced and language-independent; as such, the Secondary Intervention software provides instruction on mathematics standards that are prerequisites to mastering middle school math and algebra. Using this program, Emerald Academy scholars' mathematics readiness will be first identified by a built-in diagnostic assessment that prescribes an individualized sequence of content for each scholar. Each learning objective will contain pre- and post-assessments that will allow Emerald Academy teachers to monitor progress along the way. According to their website, "In addition to accessing the software on desktop or laptop computers, teachers and students can access ST Math® on supported tablets, enabling anywhere, anytime learning. With touch functionality, ST Math®: Secondary Intervention further immerses students in a richly interactive, hands-on and gesture-based learning experience."[31]

**Strategies and supports.** As noted throughout the application, Emerald Academy will implement strategies through the use of significant supports in order to ensure that scholars receive the

[31] http://www.mindresearch.net/programs/si/

support they require. Scholars will participate in a double block (90 minutes) of intervention four days per week during the Focus Period. This will ensure that scholars in need of Tier II or Tier III intervention receive the same core instruction as all scholars in their grade level. We believe that this period will be essential to the academic success of our scholars. During this period, scholars in kindergarten through fourth grade will rotate between the two classroom teachers and the computers. Scholars in fifth through eighth grades will receive small group instruction from one teacher, as well as computer-based instruction.

In addition to providing a Focus Period for intervention, Emerald Academy will also provide supports through specific staff members. More specifically, Emerald Academy will employ a director of specialized services who will oversee the $RTI^2$ program (in addition to other duties). Emerald Academy will also employ one interventionist during years one and two, and two interventionists during years three and beyond. The interventionists will be certified and qualified to provide intervention instruction to struggling scholars.

- Explain how the school will identify and meet the needs of intellectually gifted students, including the following:
  - Specific research-based instructional programs, practices, strategies and opportunities the school will employ or provide to enhance their abilities
  - Plans for monitoring and evaluating the progress and success of intellectually gifted students
  - Plans for hiring qualified staff for intellectually gifted students, including budget assumptions.

Emerald Academy understands that some scholars, by virtue of intellectual gifts or advanced preparation, will need additional academic challenges. The design of Emerald Academy's curriculum will be especially well suited to serve these scholars.

**Instructional programs, practices, and strategies.** Emerald Academy will set an extremely high bar for academic performance, including reading of literature in all grades, a challenging mathematics curriculum, and writing across all subjects. As a result, it is likely that scholars will experience some academic challenge from the standard curriculum. However, just as individualized instruction can be used for scholars who are struggling, individualized instruction will support those scholars who need acceleration beyond the curriculum.

Flexible Ability Groupings will also support the learning needs of Emerald Academy's gifted scholars. Scholars who are reading above grade level may work from a higher level text during literacy instruction. Scholars who excel in mathematics and science may receive special projects in place of subject material that has already been mastered. Enrichment through the Focus Period will also provide intellectually gifted scholars with opportunities to master additional content.

Emerald Academy is committed to the best education for every child. If it proves necessary to accelerate a scholar into the next grade or provide other accommodations, the school will do whatever is necessary to meet the learning needs of the child.

**Monitoring and evaluating.** As with special needs and ELL scholars, the progress of scholars will be monitored on a regular basis through formal and informal assessments. Assessment results for each scholar will be tracked and monitored regularly to ensure that the individual needs of each child are met.

**Staffing.** We anticipate that a small population of our scholars will be classified as intellectually gifted scholars. Accordingly, Emerald Academy general education classroom teachers will provide instruction to intellectually gifted scholars.

### Performance Standards/Assessments/School Culture

Chartering authorities review schools' progress through ongoing and annual reports and audits. Some authorizers may develop and incorporate performance frameworks in the charter agreements that govern those reviews. Though charter agreements are for 10 years, authorizers also conduct an interim review at the end of the fifth year of operations.

However, charter schools should have their own plans for evaluating their school's performance, especially regarding the academic performance of students.

### Academic Performance

Responses to the following items regarding student performance standards must be consistent with the Tennessee Curriculum Standards and Common Core State Standards. Please review the State's plans for full implementation of the Common Core Standards.

- Describe the proposed charter school's annual and long-term academic achievement goals, in measurable terms.

Like all public schools in the state of Tennessee, Emerald Academy will be subject to Tennessee's new accountability system. Emerald Academy embraces the shift from a focus on proficiency to a focus on growth and improvement. Given that a significant portion of Emerald Academy's scholars are expected to enter the school below grade level, the focus on individual scholar growth will ensure that Emerald Academy scholars rapidly increase achievement and ultimately score at levels 4 or 5 on the Partnership for Assessment of Readiness for College and Careers (PARCC).

Following is the long-term academic goal that Emerald Academy will work actively to attain, followed by annual academic and operational goals that will allow Emerald Academy to meet the long-term goal set forth in this application. Emerald Academy believes that by setting both annual academic and operational goals, we will be able to achieve our long-term academic goal. Having strong operations is absolutely essential to providing a high quality education for our scholars. Accordingly, we have included both annual academic and operational goals in this section.

*Long-term academic goal.* Emerald Academy is committed to closing the achievement gap and ensuring that all scholars, including all sub groups, achieve at the highest levels possible. Accordingly, we have set an ambitious long-term academic goal that will drive our efforts over the course of the 10-year charter contract.

**Academic goal:** By the end of the first charter period (10-year charter contract), Emerald Academy will be a reward school, as measured by Tennessee's revised accountability system. As a reward school, Emerald Academy's achievement will be in the top five percent for state assessments with no significant gaps in achievement.

*Annual academic and operational goals.* In order to meet our long-term academic goal, Emerald Academy must rapidly and incrementally increase scholar achievement. Emerald Academy has set the following annual academic and operational goals in an effort to ensure that the school is on track to becoming a reward school by 2025 and is also a financially sound organization.

**ACADEMIC GOALS**

**Goal 1: Emerald Academy will be a high performing charter school as measured by the Tennessee Accountability System.**

**Measure:** On an annual basis, Emerald Academy will be categorized as a Level 4 or 5 school (composite score of 4 or 5) as measured by the Tennessee Value-Added Assessment System (TVAAS), indicating that the school is significantly outperforming the growth median for the State of Tennessee.

**Goal 2: All scholars will demonstrate mastery in English language arts (ELA).**

**Measures:**

1. 70 percent of all scholars in grades three through eight enrolled at Emerald Academy for three or more consecutive years will score at Level 4 or 5 on the PARCC ELA/literacy assessment; each year, the percentage of scholars enrolled at Emerald Academy for three or more years and scoring at Level 4 or 5 will increase by five percentage points, up to 95 percent.
2. For scholars enrolled at Emerald Academy for three or more consecutive years, there will be a 10 percent or less achievement gap on the PARCC ELA/literacy assessment between scholar subgroups, as determined by race, economic status, disability, and English proficiency.
3. 75 percent of kindergarten through eighth grade scholars at Emerald Academy will meet or exceed their target growth goals as measured by the NWEA MAP assessment in reading and language arts; each year, the percentage of scholars meeting or exceeding their growth target will increase by five percentage points, up to 90 percent.
4. By the end of eighth grade, all scholars will score at the 75th percentile (indicating college readiness) or higher on the NWEA MAP assessment in reading and language arts.
5. 75 percent of all scholars will demonstrate mastery of ELA on internal interim assessments.

**Goal 3: All scholars will demonstrate mastery in mathematics.**

**Measures:**

1. 70 percent of all scholars in grades three through eight enrolled at Emerald Academy for three or more consecutive years will score at Level 4 or 5 on the PARCC mathematics assessment; each year, the percentage of scholars enrolled at Emerald Academy for three or more years and scoring at Level 4 or 5 and will increase by five percentage points, up to 95 percent
2. For scholars enrolled at Emerald Academy for three or more years, there will be a 10 percent or less achievement gap on the PARCC mathematics assessment between scholar subgroups, as determined by race, economic status, disability, and English proficiency.
3. 75 percent of kindergarten through eighth grade scholars at Emerald Academy will meet or exceed their target growth goals as measured by the NWEA MAP assessment in mathematics; each year, the percentage of scholars meeting and exceeding their growth target will increase by five percentage points up to 90 percent.
4. By the end of eighth grade, all scholars will score at the 75th percentile (indicating college readiness) or higher on the NWEA MAP assessment in mathematics.
5. 75 percent of all scholars will demonstrate mastery of mathematics on internal interim assessments.

**Goal 4: All scholars will demonstrate mastery in social studies.**

**Measures:**

1. 70 percent of all scholars in grades three through eight enrolled at Emerald Academy for three or more consecutive years will be proficient or advanced on the TCAP social studies assessment; each year, the percentage of scholars enrolled at Emerald Academy for three or more years and who are proficient and/or advanced on the TCAP social studies assessment will increase by five percentage points, up to 95 percent.
2. 75 percent of all of kindergarten through eighth grade scholars will demonstrate mastery of social studies on internal interim assessments.

**Goal 5: All scholars will demonstrate mastery in science.**

**Measures:**

1. 70 percent of all scholars in grades three through eight enrolled at Emerald Academy for three or more consecutive years will be proficient or advanced on the TCAP science assessment; each year, the percentage of scholars enrolled at Emerald Academy for three or more years and who are proficient and/or advanced will increase by five percentage points, up to 95 percent.
2. 75 percent of all scholars will demonstrate mastery of science on internal interim assessments.

**Goal 6: All scholars will demonstrate mastery in writing.**

**Measure:** 70 percent of all scholars in grades five and eight enrolled at Emerald Academy for three or more consecutive years will be proficient or advanced on the TCAP writing assessment; each year, the percentage of scholars enrolled at Emerald Academy for three or more years and who are proficient and/or advanced will increase by five percentage points, up to 95 percent.

**Goal 7: All graduates will be prepared for success in high school, college, and beyond.**

**Measures:**

1. 100 percent of scholars enrolled at Emerald Academy for three or more consecutive years will graduate from high school.
2. 95 percent of scholars enrolled at Emerald Academy for three or more consecutive years will enroll in and attend college.
3. All eighth grade scholars will complete a scholar capstone that will demonstrate the skills, habits, and character traits necessary for success in high school, college, and beyond. These include:
   - Self-sufficient individuals who have the academic and technological knowledge and skills necessary to be successful in today's world
   - Reflective learners and thinkers who are constantly seeking to improve their knowledge
   - Resilient leaders who embrace change and seek to improve their communities
   - Respectful, courageous, responsible, and self-disciplined individuals who persevere through challenges and have a growth mindset

## OPERATIONAL GOALS

**Goal 1: Emerald Academy will operate in a financially sound and responsible manner.**

**Measures:**

1. The monthly and annual budget variance will not exceed +/- 10 percent.
2. The annual audit will have an unqualified opinion and will find no material weakness in controls.
3. All fundraising targets will be met on an annual basis.

**Goal 2: Emerald Academy will have high rates of scholar attendance and retention.**

**Measures:**

1. Average daily attendance at Emerald Academy will exceed 95 percent every year.
2. No more than 25 percent of scholars will withdraw from Emerald Academy in the first year of operations. Each year, this will decrease by five percent to a maximum 10 percent of scholars each school year.

**Goal 3: Teachers at Emerald Academy will evidence high levels of job satisfaction.**

**Measures:**

1. On an annual survey of job satisfaction, 80 percent or more of teachers will express that they are satisfied or highly satisfied with their jobs.
2. Emerald Academy will retain a minimum of 75 percent of teachers from one school year to the next.

**Goal 4: Emerald Academy will be fully enrolled and maintain high levels of parent satisfaction.**

**Measures:**

1. Emerald Academy will have a minimum of 1.5 applicants for every open seat.
2. Emerald Academy will meet 100 percent of its enrollment targets.
3. On an annual survey, 80 percent or more of parents will express satisfaction with Emerald Academy in all areas of the school's educational program and operations.

- Explain how students will matriculate through the school (i.e., promotion/retention policies and graduation requirements). Tell how parents will be informed and educated about these standards.

Emerald Academy will work to ensure that every scholar achieves high levels of success and is able to be promoted to the next grade level. As described in the *Academic Focus and Plan* and *Special Populations and At-Risk Students* sections, Emerald Academy will put in place supports and structures to ensure that scholars receive the individualized instruction they need to be successful and master their grade-level academic content standards. More specifically, scholars in kindergarten through fourth grade will be instructed by two certified teachers; scholars in fifth through eighth grades will have a 20:1 scholar-teacher ratio; all scholars in kindergarten through eighth grade will have a double block of ELA and mathematics five times per week; and all scholars in kindergarten through eighth grade will receive a double block of intervention/enrichment through the Focus Period four times per week. We believe that these systems and supports will lead to the success of every scholar. In the event, however, that scholars do not demonstrate mastery of the content standards despite significant interventions by the school, Emerald Academy will retain scholars. Emerald Academy believes that promoting scholars to the next grade level because of their age, not their readiness to do the work, is not beneficial to scholars. To build a culture of learning and achievement, and to ensure scholars demonstrate readiness for the next grade level, we will use the policy described below.

It is important to note that retention and/or placement decisions will be made only after the school has notified and conferred with parents throughout the year (progress reports, report cards, and parent conferences) as to the scholar's progress or lack thereof. Promotion of a scholar from one grade to the next shall be based solely on that individual having met applicable promotion criteria. However, the final decision to promote a scholar shall rest solely with the principal, with appropriate input from the leadership team, the scholar's teachers, and the professional staff.

Emerald Academy will implement a standards-based scholar report card in the elementary grades (kindergarten through fourth grade). Each standard in each subject on the scholar's individual report card will be assigned a numeric grade to indicate how well the scholar performed. Scholars will receive a 4, 3, 2, or 1 for each area. These numbers can be interpreted as follows:

- 4 – Exceeds Expectations
- 3 – Meets Expectations
- 2 – Progressing but Needs Additional Work
- 1 – Not Yet Meeting Expectations

Scholars must receive no less than a 2 passing rate on standards in reading and mathematics in order to be promoted.

In the middle school grades, the promotion policy will differ; Emerald Academy will implement a grade-based report card. In order to be promoted to the next grade level, scholars must earn a 70 percent or higher in their core academic courses.

*Important Considerations*

- **Attendance and punctuality:** The scholar's attendance pattern (excused and unexcused absences, tardies, and early dismissals) and its effect on progress will be taken into account. Specifically, scholars who miss 15 or more days of school throughout the year, whether excused or unexcused, are at risk for retention.
- **Homework completion and quality:** Scholars are expected to complete all assigned homework with quality, accompanied with a parent signature. Although promotion and retention will not be based solely on completing homework, homework quality and completion helps to ensure that scholars will perform well on in-class assignments and assessments.

*Scholars with Disabilities.* Promotion and retention of previously-identified disabled scholars may be subject to the factors and policy above, but Emerald Academy shall also consider the contents of the scholar's IEP.

**Informing and educating parents about the promotion policy.** Prior to the start of each academic year, Emerald Academy will hold mandatory scholar and family orientation sessions. During this time, Emerald Academy will discuss the promotion policy and the high expectations of the school. Parents will also receive a copy of the promotion policy in the Emerald Academy Scholar and Family Handbook. They will be required to indicate (with a signature) that they have read and agree to abide by the policies in the handbook. Additionally, parents will be reminded of the promotion policy during parent-teacher conferences held multiple times throughout the school year.

- Provide the school's exit standards for students. These should clearly set forth what students in the last grade served will know and be able to do.

In order to graduate from Emerald Academy, scholars must meet the promotion requirements noted above, in addition to demonstrating mastery of eighth-grade-specific academic content and skills. Our goal is to produce scholars who are fully prepared for the rigors of high school and, ultimately, college. Accordingly, holding our scholars to high academic standards is an important component of their preparation. Since Emerald Academy will be implementing the CCSS, our academic exit standards will essentially be those articulated in the CCSS for ELA and mathematics. Emerald Academy will use the Tennessee State Standards for social studies and science. At a high level, however, graduates of Emerald Academy will know and be able to do the following in each of the core academic subjects:

**English Language Arts**

- Read complex texts (both informational and literary) at or above grade level
- Use text/evidence-based examples in order to explain their thinking
- Express their perspectives, thoughts, and ideas through writing across the modes (argumentative, informative/explanatory, and narrative)
- Effectively analyze texts and sources

**Mathematics**

- Articulate the connections between proportional relationships, lines, and linear equations
- Define, evaluate, and compare functions
- Analyze and solve linear equations and pairs of simultaneous linear equations
- Use functions to model relationships between quantities

**Social Studies**

- Understand the social, political, and economic reasons for the movement of people from Europe to the Americas, and describe the impact of colonization by Europeans on American Indians and on the development of the land that eventually became the United States of America
- Understand the major events preceding the founding of the nation and relate their significance to the development of the American Republic
- Analyze the political principles underlying the Constitution, compare the enumerated and implied powers of the federal government, and understand the foundation of the American political system and the ways in which citizens participate
- Analyze: the aspirations and ideals of the people of the new nation; United States foreign policy in the early Republic; the growth of slavery and the resulting controversies; the multiple causes, key events, and complex consequences of the Civil War; the character and lasting consequences of Reconstruction; and the social, political, and economic transformations of America as a result of westward expansion

**Science**

- Understand scientific inquiry and how conducting inquiry is essential for living in the 21st century
- Understand the benefits of engineers applying scientific discoveries to design materials and processes that develop into enabling technologies
- Have a thorough understanding of life science, including knowledge of cells, interdependence, flow and matter, heredity, and biodiversity and change
- Demonstrate knowledge of earth and space science, including the universe, the earth, and the atmosphere
- Understand concepts regarding physical science, including matter, energy, motion, and forces in nature

In addition to having demonstrated mastery of the above (which are further articulated in the 8th grade CCSS and Tennessee State Standards), Emerald Academy graduates must be able to demonstrate key components of our mission statement, as well as our Keys to Scholar Success. More specifically, graduates will be:

- Self-sufficient individuals who have the academic and technological knowledge and skills necessary to be successful in today's world
- Reflective learners and thinkers who are constantly seeking to improve their knowledge
- Resilient leaders who embrace change and seek to improve their communities
- Respectful, courageous, responsible, and self-disciplined individuals who persevere through challenges and have a growth mindset

In order to demonstrate that scholars have acquired the character traits described above, all eighth grade scholars will be required to complete an eighth grade capstone project. The eighth grade capstone will include an essay in which scholars describe how they have attained the character traits and habits needed for success in high school, college, and beyond. Scholars will also be asked to submit evidence that provides examples of their self-sufficiency, resilience, or perseverance. This may include scholar work samples from other grades, Keys to Scholar Success, or awards.

In addition, the eighth grade capstone project will require scholars to complete 30 hours of community service. We believe that scholars must demonstrate their ability to lead in the community by serving the community. The capstone project will ask scholars to submit evidence of their community service, as well as an essay in which they describe how the community service

has impacted their lives in relation to the school's mission and values. The dean of scholars will be responsible for managing the community service requirement and will work with the community to identify opportunities for scholars to serve the community. The capstone projects will be submitted to the advisory teacher; the advisory teacher will provide scholars with opportunities to complete their project during the advisory period.

### Assessments

Charter school students must take the same State mandated assessments (e.g., TCAP and End of Course) as students in other public schools. In this section, sponsors should:

- Identify the primary interim assessments the school will use to assess student learning needs and progress throughout the year. Explain how these interim assessments align with the school's chosen curriculum, performance goals and state standards.

At Emerald Academy, we will use data to drive all decisions at the school – personnel, programming, interventions, and instruction. Emerald Academy will administer a range of assessments in order to accurately determine what scholars know and what gaps exist relative to the CCSS. All scholars in the appropriate grades will participate in the state-required PARCC assessment. In addition, Emerald Academy will administer the Northwest Evaluation Association's Common Core Measures of Academic Progress (Common Core MAP) assessment, the Fountas & Pinnell BAS, as well as other school-developed assessments (described below). The data will be consistently analyzed and used to drive improvements in the school. Emerald Academy will expect that all adults in the building understand and know how to analyze data to best meet the needs of every scholar.

**Interim assessments.** For the school to achieve excellent academic results, scholars' academic progress must be measured and analyzed frequently; action plans must then be efficiently and effectively put into place. Emerald Academy will annually administer the PARCC state-mandated assessment and will use those results to inform the school's development over time. In addition to the PARCC, Emerald Academy will implement a number of interim assessments to assess scholars' learning needs and progress throughout the year.

All of these assessments will align with both our curriculum and the state standards; the curriculum will be teacher-created and based on the CCSS. For more information about the curriculum design process, see the *Academic Focus and Plan* section. The assessments are also directly aligned with our performance goals; Emerald Academy has created goals based on the majority of the following assessments. Following is a description of the assessments Emerald Academy intends to administer:

- **Northwest Evaluation Association's Common Core Measures of Academic Progress (Common Core MAP):** All scholars at Emerald Academy will be assessed in reading, mathematics, and language usage three times per year (fall, winter, and spring) using the Common Core MAP – a computer adaptive interim assessment. The NWEA MAP will be used as one of Emerald Academy's universal screeners for RTI[2] purposes. Additionally, according to NWEA, "the underlying data driving the assessment ensures remarkable accuracy, based on over 24 million assessments given over our 30+ years."[32] The Common Core MAP measures growth of scholars as well as achievement. Individual growth goals are created for each scholar based on the fall administration of the assessment. Emerald Academy will share the growth goals with scholars, which will encourage scholars to take ownership for their own learning. As denoted in the title, the Common Core MAP is aligned to the CCSS and will provide valuable information to help Emerald Academy increase scholar achievement. As noted above, since Emerald Academy teachers will create their own curriculum using the

[32] http://www.nwea.org/products-services/computer-based-adaptive-assessments

CCSS (for more information, see the *Academic Focus and Plan* section), this assessment will also be aligned to the curriculum that is implemented at the school. Scholars in kindergarten through second grade will be assessed by using the MAP for primary grades; scholars in grades three through eight will be assessed by using the MAP.

*Research and Evidence of Effectiveness:* According to NWEA, it "administers tests to more than 5,500 educational organizations worldwide, with new partners enrolling every day. The longitudinal data in the GRD™ [Growth Research Database] contains records dating back to 2002—as of 2012, the database contained 11,384,822 unique students."[33] NWEA's website includes case studies that demonstrate the effectiveness of the assessment. One case study, conducted in Greenwood, Mississippi, where 2,800 students are served with at least 90 percent qualifying for free or reduced-price lunch describes how "…A Mississippi district uses MAP® data to transform 'at-risk' to 'successful' in just three years."[34] The study states, "In 2008, Greenwood was at risk for being categorized a 'failing' district. Using Measures of Academic Progress (MAP) from NWEA, the district increased student growth so dramatically in just three years that it rose to number four in the state." More case studies regarding the effectiveness of NWEA's MAP are available on their website: http://www.nwea.org/why-choose-nwea/CaseStudies.

- **Fountas & Pinnell Benchmark Assessment System (BAS):** In order to measure scholars' current reading levels, Emerald Academy will administer the BAS three times per year. The BAS will be used as one of Emerald Academy's universal screeners for RTI[2] purposes. According to Fountas & Pinnell, BAS "is a series of texts that can be used to identify a student's current reading level and progress along a gradient of text levels over time."[35] The BAS captures accuracy, fluency, and comprehension. As also noted on the website, the BAS will help teachers:
  - "Determine students' independent and instructional reading levels
  - Determine reading placement levels and group students for reading instruction
  - Select texts that will be productive for student's instruction
  - Assess the outcomes of teaching
  - Assess a new student's reading level for independent reading and instruction
  - Identify students who need intervention
  - Document student progress across a school year and across grade levels
  - Inform parent conferences"

  Additionally, since Emerald Academy will use Fountas & Pinnell's curricular tools (as discussed in the *Academic Focus and Plan* section of this application), the assessment will align specifically to our curriculum and CCSS.

  *Research and Evidence of Effectiveness:* According to a report describing the formative evaluation of the BAS, "after two and a half years of editorial development, field testing, and independent data analysis, the *Fountas & Pinnell Benchmark Assessment System* texts were determined to be both reliable and valid measures for assessing students' reading levels."[36]

- **Internal interim assessments:** As described in the *Academic Focus and Plan* section, Emerald Academy will also create and administer its own internal interim assessments every six weeks, all of which will be aligned to the CCSS and modeled after the PARCC assessment. Teachers at Emerald Academy will use a backwards design process to create our curriculum. Key to this will be determining what we want scholars to know and be able to do, and working

[33] http://www.kingsburycenter.org/our-data/grd-data
[34] http://www.nwea.org/sites/www.nwea.org/files/Greenwood_Case_Study_May12.pdf
[35] https://www.heinemann.com/fountasandpinnell/faqs_bas.aspx
[36] https://www.heinemann.com/fountasandpinnell/research/BASExecSummary.pdf For the full report, see http://www.heinemann.com/fountasandpinnell/research/basfieldstudyfullreport.pdf

from that point to design unit and lesson plans. Accordingly, we will write and implement common, internal interim assessments for each grade level. Each scholar in first grade, for example, will be assessed using the same internal interim assessment. This will ensure consistency across the grade level regardless of the teacher. Additionally, the principal and director of curriculum and instruction will review the assessments to monitor the validity and reliability of the internal interim assessments.

As noted above, the internal interim assessments will be modeled after the PARCC assessment's sample test questions in an effort to introduce scholars to the type and format of assessment questions they will likely encounter on the PARCC. [37] The internal interim assessments will allow teachers to examine content mastery by the majority of scholars, which will guide general instruction. Teachers will also use the assessments to determine individual scholar content mastery and, as a result, provide specific, individualized or small group instruction for scholars struggling with a specific concept or skill. Teachers will re-teach standards that were not met by a majority of scholars, using different instructional methods to ensure greater mastery. Further, teachers will analyze which standards were taught most effectively, for the purpose of improving their instructional practice.

*Research and Evidence of Effectiveness:* Paul Bambrick-Santoyo, in his book, *Driven by Data*, states, "Quality interim assessments have the power to fundamentally improve every aspect of academic performance" (2010, p. 11).[38] Kim Marshall, author of the *Marshall Memo*, a weekly e-newsletter that summarizes useful research, published an article entitled, *Interim Assessments: A User's Guide*. In this article, Marshall writes, "What happens when teachers don't use interim assessment data? The achievement gap widens. As Grant Wiggins put it, 'The more you teach without finding out who understands the information and who doesn't, the greater the likelihood that only already-proficient students will succeed.'"[39]

When created and implemented appropriately, interim assessments have the ability to drastically improve scholar achievement. In *Driven by Data*, Bambrick-Santoyo features many schools that have implemented rigorous interim assessments and data-driven instruction. One school, North Star Elementary in Newark, New Jersey, had great success with interim assessments. Bambrick-Santoyo describes how rigorous interim math assessments were designed for kindergarten students. The assessments covered kindergarten material but also half the standards from the first grade. He notes, "They built a comprehensive assessment calendar, trained all teachers in the principles of data-driven instruction, and posted class results in the teachers' rooms after each round of interim assessments. Kindergarten teachers collaboratively planned lessons and consistently targeted deficient standards and struggling students throughout the year" (p. 25). The results were astounding. At the beginning of the year, only three of the seventy-eight kindergartners were reading. By the end of the year, all but three were reading on the first-grade level. The median national percentile scores on the TerraNova placed North Star students in the upper 10 percent of all students nationwide" (p. 25). Many other schools that implement data-driven instruction and rigorous interim assessments are featured in his book, demonstrating the power of a data-driven culture.

- **Formative assessments:** During day-to-day instruction, Emerald Academy teachers will use a wide range of formative assessments in order to gauge scholar learning and progress – exit tickets, three-minute papers, a one-sentence summary, conferencing, and anecdotal records, in addition to others. Exit tickets, for example, will be part of each teacher's lesson plan; results will provide a snapshot about each scholar's comprehension of the day's lesson.

[37] For sample test items, see the following website: http://practice.parcc.testnav.com/#

[38] Bambrick-Santoyo, P. (2010). *Driven by Data: A Practical Guide to Improve Instruction.* San Francisco: Jossey-Bass.

[39] http://www.marshallmemo.com/members/articles/Interim%20Assessments.pdf

*Research and Evidence of Effectiveness:* In *Formative Assessment and Standards-Based Grading*, Robert Marzano presents the theory and research regarding the effectiveness of formative assessments. To begin, Marzano adopts Susan Brookhart's definition of formative assessment, which states, "Formative assessment means information gathered and reported for use in the development of knowledge and skills" (2010, pg. 8). Marzano presents research from Paul Black and Dylan Wiliam's (1998) research, which summarized the findings from more than 250 studies on formative assessments. The researchers note, "The research reported here shows conclusively that formative assessment does improve learning. The gains in achievement appear to be quite considerable, and as noted earlier, among the largest ever reported for educational interventions" (pg. 61).

- Explain how the organization will measure and evaluate academic progress – of individual students, student cohorts, sub-groups, and the entire school – throughout the school year, at the end of the academic year, and for the term of the charter agreement.

Using the assessments described above, Emerald Academy, on a regular basis, will measure and evaluate the academic progress of individual scholars, scholar cohorts, subgroups, and the entire school.

*Individual scholars.* Individual scholar data will be tracked using an assessment tracker via Microsoft Excel. At the conclusion of each major assessment (e.g., NWEA MAP, BAS, and internal interim assessments), scholar scores will be uploaded and teachers will use the results to meet the needs of each scholar. Should assessment results indicate that a child needs additional assistance, the scholar will receive additional supports and interventions during regular instruction and during the Focus Period. If results indicate that a child is progressing more rapidly than anticipated, the scholar will receive enrichment during the Focus Period. Assessment results will consistently be shared with scholars so they are aware of their areas of strength and areas for growth. Scholars will create their own growth goals and will measure their progress against those goals.

*Scholar cohorts.* Emerald Academy will use the data from the assessments described above to determine the effectiveness of instruction across classrooms and grade levels. Should assessment data indicate that all scholars in a class or grade level struggled with a particular concept, action plans will be created and teachers will re-teach in order to ensure that all scholars master the content and skills. Scholar cohort data will also be used to adjust the long-term and unit plans for a particular grade. The results may indicate that additional or less time is needed on a particular concept or skill.

*Subgroups.* Emerald Academy is committed to closing the achievement gap and ensuring that all scholars realize their potential. Therefore, school leadership will collect and use data for sub-groups in order to ensure that ALL scholars are progressing appropriately. It is important to note that one of the primary reasons that Emerald Academy selected Breakthrough Schools' Prep Schools academic model was due to the impressive results in closing the achievement gap. For more information about Breakthrough Schools' Prep Schools' results, see the *Mission and Goals* section.

*Entire school.* Assessment results will be used school-wide to determine the overall effectiveness of the educational program. These results may suggest areas in which the staff need additional training. School leadership will use the results to make school-wide changes that will ultimately produce increased scholar achievement.

*Throughout the school year, at the end of academic year, and over the term of the charter contract.* Assessment results from the aforementioned groups will be analyzed throughout the school year to make immediate adjustments to teaching, professional development, and coaching; at the end of the academic year to adjust the long-term plans, unit plans, curricular

resources, and school-wide teaching practices; and over the term of the charter contract to ensure that the school is fulfilling its mission and meeting the academic goals specified in this application. If assessments results indicate that progress is not being achieved as rapidly as needed to meet our academic goals, school leadership will create a corrective action plan that will be submitted to its Board of Directors. The principal will give regular updates to the Board regarding the school's progress against its corrective action plan.

- Explain how the school will collect and analyze student academic data, use data to inform and improve instruction, and report that data to the school community. Identify the person/persons or positions that will be responsible for the collection and analysis of assessment data.

*Collecting and analyzing scholar academic data.* Emerald Academy will collect and analyze data on a regular basis. More specifically, Emerald Academy will implement a rigorous data review cycle in order to regularly measure and evaluate the progress of scholars. The data cycle will occur every six weeks following the administration of an internal interim assessment. Scholars will not be in attendance and teachers will participate in a data day. Additionally, teachers will analyze the results from the NWEA MAP and BAS assessments on the data day immediately following the most recent administration of these assessments. The assessment results from the internal interim assessments, NWEA MAP, and BAS will be analyzed to measure academic progress of individual scholars, cohorts, subgroups, and the entire school. In order to collect and store the data, Emerald Academy will use a student information system (SIS), such as PowerSchool, as well as an assessment tracker via Microsoft Excel. The SIS will allow the school to capture data and create a variety of reports and analyses regarding scholar achievement, including disaggregating data for scholar subgroups, grade levels, classrooms, and school-wide. The assessment tracker will allow teachers to color code scholar assessment results and track each assessment for each scholar.

As noted above, teachers will be provided with one full day of professional development every six weeks to complete the analysis of the internal interim assessments (and the NWEA MAP and BAS following their administration) with their grade level/subject teams. They will use a data analysis process developed by Paul Bambrick-Santoyo and described in his book, *Driven By Data: A Practical Guide to Improve Instruction*, to lead them through analysis of the assessment results. The results from all major assessments will be reported to the principal and the director of curriculum and instruction.

*Using data to inform and improve instruction.* Using the data collected following the data cycle, teachers will identify standards that need to be re-taught to the whole group, small groups of scholars, and individual scholars. Action plans to re-teach will be created and implemented over the course of the next unit. Additionally, teachers will use individual scholar data to assign scholars to interventions, measure the success of previously-implemented interventions and, ultimately, ensure that the academic needs of each child are met.

All assessment results will be reported to school leadership. School leadership, in turn, will conduct their own data analysis to examine the achievement of subgroups and the entire school. At the conclusion of each data cycle, leadership will identify trends in scholar performance data. Those trends may indicate that changes are needed in the academic program, resource allocation, professional development offerings, instructional coaching for teachers, or curriculum and staffing. Analysis of data will be an integral part of our school; the principal will use it to evaluate the overall academic program, as well as specific components, such as a particular curricular tool, teacher assignment, or instructional method.

*Reporting data to the school community.* Emerald Academy will report scholar achievement results to the school community on a regular basis through the following mechanisms.

- **Progress reports and report cards:** Parents will receive progress reports and/or report cards eight times each year. These reports will contain the scholar's grades, as well as narrative descriptions of areas of strength and struggle. Families will be required to attend parent conferences to receive the report card at the end of every quarter.
- **Teacher data walls**: Each teacher will track the percentage of scholars who pass the internal interim assessments. This percentage will be displayed publicly in classrooms. Each teacher will also track the percentage of scholars who would make the cut score for the PARCC and be deemed proficient or above, NWEA results, and BAS results.
- **Board meetings**: Following the conclusion of the assessments described above, the principal will report the assessment results to the Board during a Board meeting. The Board meetings, as described in the *Governance* section, will be open to the public and community members will be encouraged to attend.

*Responsible party.* Teachers will have the primary responsibility for administering and scoring their own assessments. They will also be responsible for entering their assessment results into the SIS and assessment tracker. We will train our teachers so that they can effectively analyze their classroom and individual scholar assessment results. Additionally, the principal will be responsible for analyzing school-wide results and identifying trends across classrooms. The principal will analyze the data to drive school-wide decisions.

- Describe the process for collecting data, interpreting it for classroom teachers, and leading or coordinating professional development to improve student achievement.

As noted above, Emerald Academy will use PowerSchool (or a similar SIS) to track scholar assessment results. Following the conclusion of each major assessment, teachers will upload the assessment results into the system as well as the assessment tracker. The principal and the director of curriculum and instruction will assist teachers with interpreting the results through participation in grade level meetings. However, Emerald Academy intends to provide intensive training in assessment analysis during the Summer Institute, prior to the start of the school year, so that teachers are prepared to interpret their classroom data from the onset. Emerald Academy also intends to provide professional development throughout the school year to enhance teachers' abilities to analyze and interpret data and, ultimately, to use it to improve instruction and increase scholar achievement. The next bulleted item provides additional information about the training teachers will receive.

- Explain the training and support that school leadership and teachers will receive in analyzing, interpreting, and using performance data.

Emerald Academy staff will participate in professional development (PD) activities in order to enhance their ability to analyze, interpret, and use performance data. Prior to the start of the school year, teachers will participate in the Summer Institute, during which time they will receive extensive training on writing assessments, analyzing assessments, and utilizing assessments to inform instruction. Additionally, as described further in the *Professional Development* section, teachers will receive ongoing and embedded PD on data analysis at regularly scheduled intervals throughout the school year. Data-driven instruction will be an essential instructional strategy, which will contribute to the success of our school. Accordingly, we expect that all teachers will be capable of using data to inform instruction and increase scholar achievement.

- Describe the school's approach to help remediate students' academic underperformance. Detail the interventions and remediation to be implemented and how they will be chosen. Cite the research/rationale for the chosen methods.

Since Emerald Academy will utilize an RTI[2] process, scholars who are academically underperforming will receive the necessary supports during the regular school day to rapidly

increase scholar achievement. See the *Special Populations and At-Risk Students* section for an in-depth description of the interventions that will be used at Emerald Academy.

Emerald Academy anticipates that many of its scholars will enter school below grade level and in need of intense intervention and remediation. Our staffing plan, low scholar-teacher ratios, and daily schedule were all created to support such sch olars and rapidly increase scholar achievement. By having two teachers in each classroom and double blocks of literacy and mathematics each day, scholars will be able to receive consistent small group and individualized instruction throughout the regular school day. In addition, we will implement a double block Focus Period four days per week that will be devoted to interventions and enrichment. For those scholars needing additional interventions, they will receive the supports dictated by their $RTI^2$ tier. As noted previously, Emerald Academy will also implement a blended-learning model during the intervention period in an effort to target each scholar's instructional needs. Emerald Academy will utilize Lexia and ST Math, computer-based programs to provide interventions to scholars. The research and rationale for Emerald Academy's chosen $RTI^2$ methods are further described in *Special Populations and At-Risk Students*.

### *High School Graduation and Postsecondary Readiness (high schools only)*

- Explain how the school will meet graduation requirements. Describe how students will earn credits, how grade-point averages will be calculated, what information will be on transcripts, and what elective courses will be offered. If graduation requirements will exceed those required by the State, explain the additional requirements.
- Describe how graduation requirements will ensure readiness for college or other postsecondary opportunities (i.e., technical centers, community colleges, military, or workforce).
- Outline systems or structures the school will use to assist students at risk of dropping out and/or not meeting graduation requirements throughout the term of the charter.

Not applicable.

## School Culture

- Describe the desired school culture or ethos of the proposed school and how it will promote a positive academic environment and reinforce the charter school's mission, goals and objectives.

At Emerald Academy, we will establish a culture that is grounded in high expectations – one that demands and expects the best from all stakeholders. In doing so, our culture will support our mission of preparing scholars with the academic foundation, skills, habits, and character traits that they need to succeed in high school, college, and in life. Our culture of high expectations will support our achievement goals and objectives as we challenge each and every child to work hard, persevere through challenges, and develop the necessary character traits to be successful in life. Our culture will ensure that scholars are learning at high levels and that Emerald Academy is able to achieve the academic goals we establish for success. As described in *Academic Focus and Plan*, Emerald Academy is adopting the Breakthrough Schools' Prep Schools' four guiding principles as the foundation for our school. These guiding principles impact our beliefs about learning and culture; they greatly impact the decisions we make and the culture we will establish:

1. We put children's needs first, in every single decision we make
2. We hold everyone to the highest expectations, from our kindergarten scholars to our Board members
3. We share a never give up attitude, no matter what it takes
4. We believe in our scholars, and know that every child can learn and excel

In order to best describe the culture or ethos we desire to create at Emerald Academy, following is a brief vignette describing what a morning will look like for a typical scholar at Emerald Academy. It captures the culture of high expectations we will create, how a structured and disciplined learning environment leads to scholar success and increased time on learning, how important the development of a growth mindset and strong personal character is, and how a highly relational environment ensures that each scholar feels cared for and loved. We believe that all four of these components are essential to creating the culture we desire and will work intentionally to build such a culture.

*Jonathan arrived at school that day excited to learn but anxious about the day ahead of him. He had struggled with his homework last night, and he did not want to disappoint his teachers. As Jonathan walked into the building, he saw his principal standing there – waving and greeting the scholars. As always, his principal was smiling from ear to ear. Jonathan walked over to his principal and said, "Good morning, Mr. Smith." Mr. Smith took one look at him and could tell that he was in need of a hug. He got down on Jonathan's level, said good morning, and gave Jonathan a great big hug. "How are you today, Jonathan?" "I'm okay," Jonathan responded, "I had trouble with my homework last night." Mr. Smith, aware of the struggles of first graders, smiled at him and said, "It's okay Jonathan; we all struggle at times. It's how we persevere through those hard times that make all the difference. Just let your teachers know. They'll be sure to provide you some extra support so you can master that content!" This made Jonathan feel so much better! He said goodbye and walked into the cafeteria to eat breakfast with his classmates.*

*After breakfast, Jonathan and his classmates got ready to transition to their classroom. Their teachers were waiting for them at the front of the cafeteria. They both had smiles on their faces, as usual. Jonathan felt lucky to have two teachers who seemed to care so much about him. He remembered how excited he was to meet them and how they seemed even more excited to meet him! The scholars stood up quietly, got in line, and their teachers led them silently down the hall to the classroom. The teachers, Ms. Johnson and Ms. Baxter, stood at the doorway and greeted each scholar individually. "Welcome! Good to see you today, Jonathan!" After being greeted, Jonathan silently went to his cubby and put away his coat and his backpack. He quickly and silently took his seat and got "on your mark," a procedure for getting ready for a lesson that his teachers had taught the class at the beginning of the year. He quietly placed his pencil, his homework assignments, and all other materials on the metal rack underneath his desk. He then got out his book and began silently reading. Reading at Emerald Academy was really important, so his teachers gave him plenty of time to practice and learn how to be a great reader throughout the day. Ms. Johnson said, "Okay friends, we are going to silently read our DEAR books for 10 minutes; then we will transition to the carpet where we'll have our Morning Meeting and read a story where a child has to exhibit great courage—one of our key values."*

*After silently reading, Ms. Johnson and Ms. Baxter called the scholars to the carpet. Each scholar got up quietly and transitioned to the rug, sat in criss-cross applesauce position, folded his hands in his lap, and looked up at the teacher. They were in the learning position! As Jonathan did this, he realized he didn't even have to think about these routines anymore. He knew exactly what to do because his teachers had spent so much time teaching the routines at the beginning of the year and then reinforcing them. His teachers usually picked a scholar to praise – today, he was hoping it would be him! Today was his lucky day. "Jonathan is sitting up in learning position, his hands are folded, and his eyes are on the speaker. You just earned a merit for posture. Let's give him a rapid clap on three!" Jonathan beamed as his classmates clapped for him. He was feeling better minute-by-minute.*

*Ms. Baxter informed the class that they were going to read a book called* There's a Monster Under My Bed. *After reading the story, they were going to talk about courage. "Who remembers what our definition of courage is?" A few hands shot up immediately, but Ms. Baxter waited patiently – "I'm going to let you think about it for a few seconds. Raise your hand once you remember." Slowly the hands began to go up and eventually a scholar was called on to share the definition. The story was really interesting and Jonathan learned a lot about courage. He felt courageous and ready to face the day.*

*After the lesson on courage, Jonathan's teachers informed them that they would begin their ELA lesson. "Please return to your seats and take out your pencils and notebooks. We are going to begin our Do Now. You will have three minutes to complete the activity." Jonathan returned to his desk and got himself ready to start his lesson. The teacher handed out the Do Now and Jonathan began working on the assignment. After three minutes, the teacher asked scholars to stop and pass their Do Nows forward. They quickly and efficiently passed them to the front of the room. One scholar stood up and silently collected each pile from the front desks. He then walked to the teachers' desk and set the Do Nows down.*

*"Next, we will describe the Aim, go over the agenda and homework, and then instruction will begin. Our aim for today is that scholars will be able to ask and answer key questions about key details in a text. Today we will begin by having a group lesson on key details in a text. After our group lesson, we'll practice finding key details together. Then we will break into small groups; some of you will work with Ms. Baxter, some of you will work with me, and some of you will work in pairs on a learning activity. You will rotate between these three stations. After that, we will do independent work where you can practice on your own and see if you learned how to find key details in your story."*

*"Your homework for tonight will be directly linked to our aim today. You will select a story of your choosing that is appropriate for you. Your homework will be to read the story and identify key details through the use of a 'story mountain' graphic organizer – Remember, we used this last week in our lesson. This graphic organizer will allow you to write down key details in the beginning, middle, and end of a story. Using the key details, you will then generate one rigorous, detail-focused question, such as 'Why was the elephant so sad at the beginning of the story?' We will discuss your detail-focused question tomorrow! Do any of my friends have questions?"*

*Jonathan listened to his teachers give a lesson on key details and then they worked together on finding key details. He felt like he understood the idea, but he was excited to work in a smaller group so he could ask more specific questions. After the group lesson and guided practice, the teachers divided the scholars into the groups; he was going to work with Ms. Baxter first. He loved being able to work in small groups. He felt a lot more comfortable asking questions in front of fewer scholars. And he loved the personalized attention he got from his teacher during small group activities!*

*Jonathan and his classmates rotated between the stations, all having a chance to work with each teacher and work in pairs. He felt like he had a pretty good handle on key details by the end, but he was excited to practice on his own. Ms. Baxter said, "Friends, thank you for working so hard today! Now, let's move to independent practice." The independent practice was challenging, but Jonathan worked really hard and stretched his brain. He knew he might not have identified every key detail, but he was getting the hang of it! This was exciting! "Okay, friends, now we will complete an exit ticket so that Ms. Johnson and I can assess your learning for today. After the exit tickets, we are going to transition to our math lesson!"*

*Ms. Baxter and Ms. Johnson handed out the exit tickets and the scholars began to work. Jonathan looked around and saw that all of his classmates were working. He felt proud of his class – they all worked so hard and tried to live up to the high expectations their teachers set for them. He felt pretty lucky to be at this school.*

In order to create the culture described above, Emerald Academy will embrace the following four beliefs:

1. All scholars have the ability to achieve academic excellence.
2. All scholars thrive in a highly disciplined school environment.
3. All scholars benefit from the nurturing of a growth mindset and strong personal character.
4. All scholars excel in a highly relational environment where adults care deeply for them.

Through the emphasis on these four beliefs, we will ensure that we create a culture in which each child reaches his/her potential and feels cared for and valued.

**All scholars have the ability to achieve academic excellence.** Emerald Academy anticipates that a large percentage of our scholar population will enter school below grade level, particularly in the middle school grades. As such, we believe it is our responsibility to create an environment that has *high expectations*, *structures*, and *supports* that will allow each scholar to efficiently and effectively strengthen any academic weaknesses and advance forward. Essential to this is the belief that all scholars are capable of learning and achieving at high levels. All stakeholders at Emerald Academy will believe that every child is college-bound. This belief will impact nearly every decision we make at Emerald Academy – from the expectations the school has for scholar academic and behavioral success to how teachers plan lessons to engage and challenge scholars.

- The *high expectations* we will provide: all scholars are college-bound – everyone. We expect scholars to behave well and work hard. We expect scholars, families, and staff to be accountable to each other for maintaining high expectations. All members of the school community will sign a contract of commitment – a pledge to do all in their power and whatever is necessary to achieve academic success. (See the following for more information on the contract of commitment.) We expect families to attend annual scholar and family orientations and participate in parent conferences throughout the year. We expect scholars to arrive at school on time, attend classes prepared to work and learn, and complete homework assignments thoughtfully, carefully, and on time. We expect teachers to raise the bar by developing lessons that reflect passion for and knowledge of their subject, assign work that is challenging and engaging, and assess scholar progress thoughtfully, fairly, and regularly.
- The *structures* we will provide: all scholar s will participate in a highly disciplined school environment based on respect and accountability for one's actions (described in detail below); all scholars will participate in an extended school day and an extended school year; and all scholars will complete challenging homework every night.
- The *supports* we provide (described in greater detail in the *Academic Focus and Plan* section): Emerald Academy will have low scholar -teacher ratios and scholars will receive double periods of literacy and double periods of mathematics instruction, as well as a double period for intervention and/or enrichment (called the Focus Period). We will ensure that scholar s receive the necessary support within the regular school day to achieve success.

**All scholars thrive in a highly disciplined school environment.** Not only will Emerald Academy have high expectations for academic success, Emerald Academy will also have high expectations for scholar behavior. Emerald Academy believes that a highly disciplined environment will allow scholars to learn and teachers to teach. Accordingly, we view it as our responsibility to implement a culture of discipline, respect, and hard work every minute of every day. The school culture will make it cool to do well and to help others. Emerald Academy will have clear, high expectations for scholar conduct and a strict discipline policy. Through clear rules and constant positive reinforcement, all scholars will learn to take responsibility for themselves, their school, and their community. Emerald Academy will enforce a scholar code of conduct and a dress code in order to create an environment conducive to learning. Emerald Academy will also reward positive scholar behaviors through a merit tracker.

*Scholar Code of Conduct.* As described above and noted in the Academic Focus and Plan section, Emerald Academy teachers and leaders will implement a number of instructional practices and routines to increase learning and maximize time on task. The instructional practices and routines are effective only when all scholar s behave accordingly and embrace the culture of high expectations. In order to ensure learning can occur, Emerald Academy will enforce a strict code of conduct, which is a description of the eighteen primary rules that govern scholar behavior. Emerald Academy scholars will abide by this code of conduct based on the philosophy that classroom respect and order are essential for academic progress, that scholars benefit from the explicit teaching of acceptable behavior, and that having immediate and clear consequences for seemingly minor infractions guarantees that major infractions will not take place. The following beliefs inform our code of conduct:

- *Safety:* The code of conduct is designed first and foremost to ensure that Emerald Academy is safe for every scholar at all times.
- *Respect:* Respectful behavior is a hallmark of effective character development and facilitates strong community.
- *Self-discipline:* By learning to behave professionally, scholars learn skills useful beyond the walls of Emerald Academy. Scholars who behave well in school, speak well in public, and are helpful to others will develop strong self-advocacy skills that will serve them well throughout their lives.
- *Making a big deal out of little problems:* The leaders of Emerald Academy believe that there are no little problems, but that every seemingly small problem can quickly contribute to more serious problems. By making a big deal out of little problems, the school can make sure that big problems happen infrequently.
- *Clear consequences:* Many disciplinary problems can be avoided by having clear, well-articulated consequences. The scholars of Emerald Academy will know exactly what behavior is expected and what consequences will result if the expectations are not met. The school will always promptly communicate with parents about any disciplinary consequence.
- *Uninterrupted learning.* The purpose of this code of conduct is to remove distractions from the classroom so that scholars can commit 100 percent of their attention to academic learning.

All parents/guardians and scholars will review the code of conduct at the mandatory scholar and parent orientation. During the orientation, parents and scholars will be asked to read and sign the Family & School Contract that will be described in detail at the orientation. By signing the Family & School Contract, each parent/guardian and scholar indicates that each has read, understands, and agrees to abide by the code of conduct. The code of conduct is:

1. All scholars treat fellow scholars, staff, and school property with respect.
2. Scholars must arrive at school in the Emerald Academy uniform every day.
3. Attend school every day. Absences are excused only for illness, religious observance, or family emergency, and must be verified in writing by a parent/guardian.
4. Always arrive on time for the school day.
5. Do not disrupt class, Morning Meeting/Advisory (described below), or Community Circle (described below) by talking out of turn.
6. Do not chew gum, eat, or drink anything during class.
7. Keep any personal electronic devices (cell phones, iPods, etc.) off and in a backpack for the entire school day (7:30-4:00). The school assumes no responsibility for these devices.
8. Always be prepared for class.
9. Do not behave in any way that is disruptive to your learning or the learning of another.
10. Do not plagiarize, cheat, or copy another's work, falsify information (i.e., forge a signature), or lie to a staff member.

11. No play-fighting or touching another scholar. Keep your hands to yourself.
12. No intimidating or threatening behavior or language.
13. No defacement of school property.
14. No profane or otherwise inappropriate language.
15. No gang activity or evidence of affiliation.
16. No fighting, violence, or behavior threatening violence.
17. No possession or sale of any drugs, alcohol, tobacco, or illegal substance.
18. No possession of weapons (even toys).

*Dress Code.* In addition to enforcing a scholar code of conduct to support the culture we desire, Emerald Academy will enforce a dress code policy. The purpose of the dress code is to create a professional, safe, and respectful community in which scholars can place their sole focus on learning. The dress code will be in effect from the start of the school day until the end of the school day. Scholars will be required to wear the uniform Monday through Friday, unless otherwise noted. The uniform includes:

- Black (not navy blue) dress slacks or skirts that fall at or below the knee; girls must wear shorts under skirts on days designated for physical activity
- White or black socks or tights with no patterns
- White, short or long-sleeved button down, collared dress shirt that must be tucked in
- Black dress shoes

Community members also cited the intention to require school uniforms as another favorable aspect of the school design.

*Merit Tracker.* Scholars at Emerald Academy will be awarded merits, demerits, and detentions (detention will be in the middle school grades only) based on their adherence to the scholar code of conduct. In each class, teachers will award merits and demerits on a daily basis; the merits and demerits will be tallied at the end of the day. As homerooms move from class to specials in the elementary grades or from subject to subject in the middle school grades, the merit tracker will travel with the scholars. A trusted and responsible scholar will be assigned the task of carrying the merit tracker clipboard. By having the merit tracker travel with homerooms, teachers will be able to easily identify scholars who are struggling throughout the day and can be ready to proactively address the scholar.

Scholars will receive merits for exemplary organization, improvement due to effort, SLANT (described in the *Academic Focus and Plan* section), volunteering, displaying leadership, academic excellence, courtesy to another, and other exemplary behavior. They will receive demerits for being off task, not following a teacher's directions, disrupting class, and disrespect. Scholars will be able to redeem their merits for raffles, purchases at the school store, field trips, and special passes (such as lunch with the teacher).

Emerald Academy firmly believes that rewarding positive behavior is a deterrent to negative behavior. Our teachers and staff will intentionally make the awarding of merits public and a big deal. As described in the vignette above, teachers will praise scholars for their positive behavior and/or adherence to the rules. The scholar being praised will feel proud of his behavior and his classmates will likely emulate him in an effort to earn their own merits and receive positive recognition from the teacher. As often as possible, teachers will seek to recognize the positive behaviors as opposed to recognizing the negative behaviors. There will be instances in which negative behavior will need to be addressed. Emerald Academy teachers will do so with consistency so that all scholars understand the implications and consequences of their actions.

**All scholars benefit from the nurturing of a growth mindset and strong personal character.**

We believe that in order to fulfill our mission and prepare scholars to become self-sufficient, reflective, and resilient leaders in their communities, we must operate using a growth mindset and need to provide intentional instruction regarding character.

First and foremost, Emerald Academy will embrace the work of Carol Dweck regarding *growth mindset*. We firmly believe that cultivating a growth mindset in our scholars is crucial to their future success. In her book, *Mindset*, Dweck states, "Growth mindset is based on the belief that your basic qualities are things you can cultivate through your efforts. Although people may differ in every which way – in their initial talents and aptitudes, interests, or temperaments – everyone can change and grow through application and experience" (2006, p. 7).[40] Dweck contrasts the growth mindset with a fixed mindset, which is "…believing that your qualities are carved in stone" (p. 6). Dweck believes that having a growth mindset allows "people to love what they're doing – and to continue to love it in the face of difficulties…The growth mindset allows people to value what they're doing *regardless of the outcome*" (p. 48). We expect that our scholars will encounter challenges in their lives – be it academic or personal. We will work to instill a growth mindset in our scholars so that they believe they can continue to grow and develop as learners.

Paul Tough in his book, *How Children Succeed,* supports the importance of a growth mindset, especially in regard to one's character traits. Tough states that research shows "…What matters most in a child's development…is not how much information we can stuff in her brain in the first few years. What matters, instead, is whether we are able to help her develop a very different set of qualities, a list that includes persistence, self-control, curiosity, conscientiousness, grit, and self-confidence" (2012, p. xv).[41] Tough believes that these qualities and one's personal character are malleable. He describes various definitions of character and finds that Seligman and Peterson's definition of character (found in *Character Strengths and Virtues)* is a more appropriate definition of character: "a set of abilities or strengths that are very changeable – entirely malleable, in fact. They are skills you can learn; they are skills you can practice; and they are skills you can teach" (p. 59). To this end, Tough argues that teaching students specific character traits is essential to their future success.

We believe that the ideas presented by Dweck and Tough will lead to increased scholar outcomes. Accordingly, we will work to instill a growth mindset in our scholars and we will help them develop important personal character traits—our Keys to Scholar Success. Following is a description of each of the keys:

| Keys to Scholar Success | |
|---|---|
| **Respect** | To demonstrate an understanding and value for oneself, education as a means to a great life, and all other persons. Teachers and staff will help scholars learn what it means to care for oneself, their academics, and all other human life. In all grades, emphasis will be placed on the following:<br>• No tolerance for violence of any kind<br>• No tolerance for vulgar or obscene language<br>• Cordiality when speaking to adults and fellow scholars (e.g., thank you; yes ma'am, no sir)<br>• Personal hygiene<br>• Valuing school materials, supplies, and meals<br>Showing respect helps to support healthy relationships and obedience to the right authorities. When everyone demonstrates respect for themselves and others, a safe, clean, and disciplined environment is the result. This definition of respect is fully in line with the mission of Emerald Academy. |
| **Courage** | To demonstrate braveness and honor when there is risk involved; to understand that making the right decision is sometimes not easy. Teachers |

[40] Carol S. Dweck, P. (2006) Mindset: The New Psychology of Success. New York: Ballantine Books.
[41] Tough, P. (2012). How Children Succeed. Boston: Houghton Mifflin Harcourt.

| | |
|---|---|
| | and faculty, through daily interaction, will emphasize the importance of making the right choices and believing in themselves. For example, it takes a lot of courage to simply tell the truth. Moreover, it takes courage to accept the responsibilities for inappropriate behavior. |
| **Responsibility** | To take ownership of one's decisions and learn to comprehend the consequences of those actions. Personal accountability is central to responsibility. In teaching responsibility, teachers and staff at Emerald Academy will emphasize the importance of studying as a means of achieving educational goals, staying attentive in class, walking quietly in the halls, raising hands as opposed to yelling at adults for attention, and thinking about lifelong goals. |
| **Self-Discipline** | To master patience, understanding, and effective prioritizing when it comes to actions, decisions, and responsibilities. Teachers and staff will cultivate patience and understanding as a part of self-discipline. Scholars must understand how to prioritize effectively in order to be successful in school. Through daily interaction, teachers and staff will help scholars realize that there is a time for work and a time for recreation. |
| **Perseverance** | To demonstrate understanding when it comes to overcoming barriers in school, at home, and in society at large. Hard work and consistency will be emphasized, and special attention will be paid to those scholars who demonstrate the ability to study hard and overcome deficits or deficiencies in learning. As Emerald Academy scholars get older, they will develop the judgment to decide when to apply perseverance in other areas in life. |

These values will be explicitly taught and reinforced by all teachers and staff members on a daily basis. More specifically, Morning Meeting/Advisory and Community Circle will be an opportunity to explicitly teach the Keys to Scholar Success. Following is a brief description of Morning Meeting/Advisory and Community Circle:

- **Morning meeting/advisory:** In kindergarten through fourth grade, scholars will participate in a morning meeting Monday through Thursday. During this time, scholars will read their DEAR (Drop Everything and Read) books and participate in a character development lesson connected to the Keys to Scholar Success. In fifth through eighth grades, scholars will participate in Advisory four days per week, which will provide scholars with an opportunity to discuss the Keys to Scholar Success, conference with their teachers, and begin preparing for high school and college. (For more information about Morning Meeting and Advisory, see *Academic Focus and Plan*.)
- **Community Circle:** Every Friday, all scholars will gather in the gymnasium during Morning Meeting/Advisory for Community Circle. During this time, we will focus on a particular Key to Scholar Success. It will also be a time devoted to praising and awarding scholars for their display of the Keys to Scholar Success (captured and recommended by their teachers) and academic achievements, as well as personal achievements and milestones (birthdays, etc.). Celebrating our scholars will contribute to creating a highly relational culture where scholars feel celebrated, cared for, and valued.

**All scholars excel in a highly relational environment where adults care deeply for them.**

While Emerald Academy will stress high expectations and implement a highly disciplined learning environment, we will also emphasize the importance of having deep personal relationships with our scholars. Research indicates that positive teacher-scholar relationships enable scholars to feel safe and secure in their learning environments and provide scaffolding for important social

and academic skills (Baker et al., 2008; O'Connor, Dearing, & Collins, 2011; Silver, Measelle, Armstrong, & Essex, 2005). Our goal is to create an environment where each scholar feels cared for and important. This environment is important to the community as well; members of the community cited a highly structured culture, coupled with our highly relational school environment, as a key strength of the proposal.

We anticipate serving a population in which approximately 87 percent of scholars qualify for the national FRP lunch program. Research indicates that there are several factors that can protect against the negative outcomes often associated with low-income students, one of which is a positive and supportive relationship with an adult, most often a teacher (Murray & Malmgren, 2005). Low-income scholars who have strong teacher-scholar relationships have higher academic achievement and have more positive social-emotional adjustment than their peers who do not have a positive relationship with a teacher (Murray & Malmgren, 2005). To this end, we will work actively and intentionally to form positive relationships with our scholars.

We will form these positive relationships through our low scholar -teacher ratio (15:1 at the kindergarten through fourth grade level and 20:1 at the fifth through eighth grade level), small grade levels (60 scholar s per grade level), and two teachers per classroom in kindergarten through fourth grade. Teachers will get to know each scholar and will understand his/her emotional needs in addition to his/her academic needs. This will allow teachers to ensure that each child receives the instruction and assistance needed for success.

In addition, Emerald Academy will implement a life coaching program. Each staff member at Emerald Academy will be assigned 10-to-15 scholars who are not their own scholars. Teachers in the middle school grades, for example, will be assigned elementary scholars; elementary teachers will be assigned middle school grades scholars. Life coaching will be a part of every staff member's job description. As part of this program, the life coaches will be expected to meet with their scholars during a life coaching session that will occur at the end of the day every Wednesday. (Scholars will not participate in morning meeting/advisory that day and will, instead, meet with their life coaches that afternoon.) The life coaching session will be specifically devoted to talking with scholars and getting to know them on a personal level. It will be an opportunity for another adult in the building to form a positive and lasting relationship with the scholar. The goal will be for scholars to remain with their life coach as long as possible. Once scholars matriculate from our school, our manager of family and community engagement will be responsible for ensuring that the life coaching program continues. Life coaches for high school and college scholars may be staffed by some employees of the school, but it will also be staffed by volunteers who are passionate about mentoring urban scholars. These volunteers may be retired educators, business professionals, or parents.

There is a large body of research to support the positive impact of adult-to-scholar mentoring. Public/Private Ventures conducted one such study for Big Brothers Big Sisters. According to the study, after "18 months of spending time with their Bigs, the Little Brothers and Little Sisters, compared to those children not in our program, were:

- 46% less likely to begin using illegal drugs
- 27% less likely to begin using alcohol
- 52% less likely to skip school
- 37% less likely to skip a class
- 33% less likely to hit someone

They also found that the Littles were more confident of their performance in schoolwork and getting along better with their families."[42]

[42] http://www.bbbs.org/site/c.9iILI3NGKhK6F/b.5961035/k.A153/Big_impact8212proven_results.htm

While we will be implementing our own mentoring/life coaching program, these statistics are extremely relevant and provide confidence that having life coaches mentor scholar s to and through college will be a valuable program for our scholars and school. Ultimately, we believe that through our staffing plan and life coaching program, scholars will have deep relationships with multiple adults in the building. Every Emerald Academy scholar will be known by name, and the relationships formed at Emerald Academy will last for years after scholars leave our building.

- Explain how you will create, implement and sustain this culture for students, teachers, administrators and parents starting from the first day of school. Describe the plan for acculturating students who enter mid-year.

In order to create, implement, and sustain our desired school culture, we will be intentional about providing training so that all stakeholders are fully informed about the school culture and our expectation for stakeholder behavior.

*Teachers and Administrators.* School leadership will play a foundational role in developing our desired school culture and ultimately ensuring that the culture is one in which scholars thrive both academically and personally. School leadership will be responsible for providing training on school culture, as well as creating a sense of community and cooperation among the staff members. As articulated in the *Personnel/Human Capital* section, Emerald Academy leadership will be responsible for creating a strong instructional culture that embraces high expectations, collaboration, and data-driven instruction. School leadership will ensure that teachers work together collaboratively and collegially.

Ensuring alignment among the staff to the mission and desired culture will be fundamental to the successful creation of our culture. In order to create our desired culture from day one, Emerald Academy will invest a significant amount of time on school culture, routines, school rules, and expectations during the Summer Institute. Through this training, teachers will fully understand how to enforce the code of conduct and uniform policy, use the merit tracker, and explicitly teach the Keys to Scholar Success. Essential to our behavior management plan is consistency in implementation; teachers will understand the importance of remaining consistent in an effort to provide a safe and disciplined learning environment for all scholar s. As the school year progresses, we will revisit culture during various PD offerings to ensure that all staff members continue to promote the culture we desire at Emerald Academy.

Additionally, Emerald Academy will employ a dean of scholars beginning in year one. The dean of scholars will be primarily responsible for supporting the principal in creating, implementing, and ensuring that the school culture is sustained. The d ean of scholars will be a member of the leadership team and will work with the principal to provide PD to staff in areas such as culture, discipline, and expectations. The dean of scholars will also visit classrooms to observe teachers' implementation of the culture and behavior management system; (s)he will provide feedback and coaching to teachers as necessary. The dean of scholars will also work with scholars to resolve discipline matters.

During our hiring process, we will clearly describe the culture we expect at Emerald Academy and will only hire candidates who are fully committed to our mission and vision. Finally, we will create and distribute a Culture Manual for our staff. The Culture Manual will provide teachers with information about how to intentionally build the school culture in their classrooms. By creating the manual, distributing it to all teachers and staff members, providing training on the manual, and giving feedback on culture implementation, we will be able to ensure consistency of implementation across the school.

*Scholars and Parents.* Prior to the start of the school year, Emerald Academy will hold a mandatory orientation for new scholars and parents. During this time, scholars and parents will be introduced to the culture of high expectations. They will receive information about the code of

conduct that will be enforced in a structured school environment; and they will learn that each and every staff member cares deeply for their personal and academic success. The orientation will inform scholars and parents about what they can expect at Emerald Academy from the first day of school. We will discuss the code of conduct, Emerald Academy Scholar and Family Handbook, school rules, discipline policy, retention policy, and much more.

We will also ask that scholars and parents sign the family and school commitment – a contract that clearly lays out the commitments that the school, families, and scholar s will make. For example, the school will commit to have a 'whatever it takes' mentality with our staff, scholars, and families; families will commit to "check our child's homework every night;" and scholars will commit to "always work, think, and behave in the best way I know how and do whatever it takes for me and my fellow scholars to learn" (see Attachment 5 for a copy of the family and school commitment). The ultimate goal is that scholars and parents will understand that we have high expectations for how scholars behave, in addition to how hard they work to achieve excellence.

Additionally, during the first month of school, our scholars will receive intensive instruction regarding the expectations, procedures, systems, and routines at Emerald Academy. We recognize that culture does not happen accidentally and that we will need to work actively to create the culture of high expectations and academic excellence that we desire.

Should scholars enter mid-year, the scholar and his/her parents will be required to meet with school leadership to participate in an individualized orientation. We believe that having this orientation with scholars and parents is essential to the scholar's success at our school; we will have extremely high expectations for both scholars and parents. In addition, we will use the morning meeting/advisory period described above to acculturate new scholars to the culture at Emerald Academy. As new scholars enroll, homeroom teachers and fellow scholars will spend time with the scholars to ensure that the (s)he is fully aware of the expectations, school culture, and procedures, systems, and routines. New scholars will also be assigned a buddy who will assist the new scholar with acclimating to the culture of Emerald Academy.

- Explain how the school culture will embrace students with special needs, including students with disabilities, English language learners and students at risk of academic failure.

Emerald Academy will be invested in the success of ALL children who enter our doors. Our school culture will be one that is inclusive, as well as one that embraces all scholars, including those with special needs, scholars with disabilities, English language learner scholars, and scholars at risk of academic failure. Such scholars will be welcomed in our school; they will be given every necessary and legally-required support. As noted above, Emerald Academy will have high expectations for all scholars, including scholars with special needs. We will encourage each and every child to work hard to achieve excellence. We believe that every scholar is capable of achieving high levels of academic success.

Additionally, all scholars with special needs will be integrated into the general education classrooms as much as possible; they will also be involved in all aspects of building the school culture. Should a scholar's IEP or ELL plan require pull-out services, they will be provided.

## Marketing, Recruitment and Enrollment

Like all public schools, public charter schools are open to any child, regardless of a child's specific needs. Though any student may now attend a charter school in that child's district, the law still requires authorizers to give preference to applications that demonstrate the capacity of a charter school to meet the needs of at-risk students. T.C.A. § 49-13-106.

T.C.A. § 49-13-113, further explained in State Board Rule 0520- 14-01-.04(3) requires each charter school to "conduct an initial student application period of at least thirty (30) days." If, after that period, a school has more applicants than places, the school must conduct an enrollment "lottery within seven (7) calendar days of the close of the initial student application period." If spaces become available after the lottery is conducted, or if applicants do not exceed places after the initial period, enrollment may occur on a first come, first served basis.

Charter schools may give preference in admissions to students enrolled in the previous year in "[a]nother charter school that has an articulation agreement with the enrolling public charter school; provided, that the articulation agreement has been approved by the chartering authority; or [a] pre-K program operated by the charter school sponsor." For example, if a chartering authority approves the arrangement, students attending a charter elementary school may be given preference in admission to a charter middle school over students who did not attend the charter elementary school in the prior year. It is important to note that this arrangement must be approved by the chartering authority (the LEA or the ASD), and that such arrangements may make charter schools with such an arrangement ineligible for certain federal grants.

Describe the marketing, recruitment and enrollment practices of the proposed school.

- Describe how parents and other members of the community will be informed about the school and how students will be given an equal opportunity to attend the school. Specifically describe any plans for outreach to: families in poverty, academically low-achieving students, students with disabilities, English Language learners, and other students at risk of academic failure. If your school has a specific area of focus, describe the plan to market that focus.

Emerald Academy is dedicated to recruiting a scholar population that mirrors Knoxville's urban demographics. This includes: families in poverty, academically low-achieving scholars, scholars with disabilities, English language learner scholars, and other scholars at risk of academic failure. As stated in the *Mission and Goals* section of the application, the elementary and middle schools that currently serve urban Knoxville have the following demographics:

- 47% African American
- 41% Caucasian
- 12% Latino
- 16% Scholars with disabilities
- 10% English Language Learners
- 87% Qualify for free or reduced-price lunch

As described in the *Community Involvement and Parent Engagement* section of this application, we have been actively engaged in informing the community about the school and reaching potential applicants through a wide variety of activities:

- Meetings with individual stakeholders
- Community meetings
- Focus groups
- Creation of a Parent and Community Advisory Council

To date, we have already secured petitions of support signed by more than 290 people. As we prepare to open our school over the course of the next 18 months, we will continue our marketing and recruitment efforts through the following activities.

**Community meetings.** To date, we have held 20 community meetings with the support of local non-profit and faith-based organizations. We plan to continue holding at least one community meeting every other month, as well as a monthly Parent and Community Advisory Committee to keep the community abreast of our progress, share information about our school, and recruit new families to Emerald Academy.

**Social service providers.** We will work directly with local social service providers to disseminate Emerald Academy marketing and application materials. We have already developed partnerships with local organizations, such as Big Brothers Big Sisters and Boys and Girls Clubs who have committed their support in assisting us to develop a strong presence in the community. Because of their work with at-risk students, the relationships that we develop with local social service providers will also play a key role in helping us target and recruit families in poverty, scholars with disabilities, English language learners, academically low-achieving scholars, and other scholars at risk of academic failure.

**Faith-based organizations.** Faith-based organizations play an important role in the fabric of our targeted community. Through our relationship with Emerald Youth Foundation, we already have strong ties to this key community stakeholder. We will work closely with these organizations to reach out to congregations to provide information about Emerald Academy and support us in our recruitment efforts.

**Early childhood education providers.** Early childhood education providers will serve as a key source of applicants for incoming kindergarteners. We have already reached out to the following providers: Garden of Discovery Learning Center, Sam E. Hill Family and Community Center, Washington Pike United Methodist Church–Parents Day Out, Church Street United Methodist Church–Preschool, Learn and Play Childcare Center, and Lady Bugs Learning Center. We will continue to build this network over the upcoming months. During our application period, we will hold monthly events for early childhood education providers to learn more about Emerald Academy and make presentations to the families that they serve. We will also encourage early childhood providers to refer at-risk scholars.

**Direct mail.** If we have fewer than 1.5 applicants per available seat by the middle of the application period, we will engage in a direct mail marketing campaign to inform residents about the new school and upcoming community meetings and events.

**Media.** In the two months since we announced our intention to open Emerald Academy, there have been more than 20 stories about the school in local media including television, radio and newspapers. We will continue to partner with local media outlets to disseminate information about the school, the application timeline, and upcoming events. This publicity plays an important role in informing the broader community about the school and keeping them abreast of our progress.

All of our recruitment efforts and marketing materials will be targeted to reach families in poverty, academically low-achieving scholars, scholars with disabilities, English language learners, and other scholars at risk of academic failure. In addition, as a college preparatory school, all of our marketing materials and efforts will emphasize the expectation that all Emerald Academy scholars will attend college and will be well-prepared for post-secondary success.

In accordance with Tennessee state law, application to, and enrollment in, Emerald Academy will be open to all scholars residing within the jurisdiction of Knox County Schools. Emerald Academy embraces diversity and has been established with the belief that all scholars have the ability to succeed, regardless of ethnicity, socio-economic status, disability, or academic skill. Emerald Academy does not discriminate on the basis of: disability, race, creed, color, gender, national origin, religion, ancestry, home language, housing status, or need for special education services. All applicants will have an equal opportunity to attend Emerald Academy, with the exception of

siblings of scholars who are already enrolled and children of a teacher, charter sponsoring organization, or member of the Board of Directors who will receive preference in the Emerald Academy lottery.

- Provide as an attachment the school Enrollment Policy, which should include the following:
  - Tentative dates for the application period and enrollment deadlines and procedures, including an explanation of how the school intends to receive and process application forms.
  - Any proposed articulation plans or agreements, pursuant to T.C.A. § 49-13-113.
  - A timeline and plan for student recruitment/engagement and enrollment.
  - An explanation of the purpose of any pre-admission activities for students or parents; and
  - Policies and procedures for student waitlists, withdrawals, re-enrollment and transfers.

See Attachment 15.

- Provide the Student Handbook and/or forms that will be provided to or required of students and families, including any "contracts" with students and parents.

See Attachment 5.

- What school zones within the LEA will the school target? Consider schools both at your tier level and in the tier level below. Why were these schools selected?

Our target area is Knoxville's Empowerment Zone. This includes both of our urban high schools, Fulton and Austin-East, and the following elementary and middle schools – many of which feed to our urban high schools:

Beaumont Elementary
Belle Morris Elementary
Chilhowee Intermediate
Christenberry Elementary
Dogwood Elementary
Green Elementary
Holston Middle
Lonsdale Elementary
Maynard Elementary
Northwest Middle
Sarah Moore Greene Elementary
South Knoxville Elementary
South-Doyle Middle
Spring Hill Elementary
Vine Middle
West View Elementary
Whittle Springs Middle

We have focused on this area because of its large number of at-risk students and the community's need for additional strategies to help close the academic achievement gap and accelerate the pace of student readiness for secondary and post-secondary education. As discussed in the *Mission and Goals* section of the application, less than half of Knoxville's urban third through eighth grade students are proficient in reading and mathematics; by the time they complete eighth grade, less than one-third are proficient in these core subjects.

- Where are the families located you are trying to reach? What outside groups would you target for marketing and recruitment? Consider pre-schools, civic groups, camps, summer programs, faith-based institutions, etc.

As stated above, the families that we are primarily trying to reach are located within Knoxville's 16-square-mile Empowerment Zone. It radiates from downtown Knoxville to encompass many of the neighborhoods included in the Fulton and Austin-East High School feeder patterns, such as Beaumont, Burlington, Five Points, Mechanicsville, Morningside, New Hope, Oakwood – Lincoln Park, and Parkridge. The Empowerment Zone includes additional neighborhoods, such as Lonsdale, Marble City, and Vestal, among others.

As described above, we have already reached out to dozens of outside groups for marketing and recruitment. Over the upcoming months, we will continue to build on this network and further develop our role as a pillar in the community.

## Community Involvement and Parent Engagement

- Describe how parents and community members were engaged and contributed to the development of the proposed school.

The Emerald Academy design team has extensive experience in Knoxville's urban community and has developed strong relationships with a diverse set of community stakeholders: parents, elected officials, faith-based organizations, community groups, nonprofit organizations, business leaders, and other civic leaders. In mid- January, we activated this network and launched an intensive community engagement effort to inform the community of our intention to open a new charter school, gauge their interest in our school, and solicit feedback on our model. We approached this through a three phased strategy, as specified in the Knox County Schools RFP:

1. Inform stakeholders of our intent to file an application and let them know that they will have opportunities to provide input;
2. Hold focus group and individual meetings to solicit input on our key design elements;
3. Report back to the community on how their feedback was incorporated into the application.

Through our community engagement efforts, we have:

- Met with more than 250 stakeholders
- Facilitated 20 small group or focus group meetings across Knoxville's urban community
- Met or spoken with more than 30 inner-city pastors and nonprofit leaders
- Engaged with more than 30 civic leaders
- Secured more than 290 petition signatures
- Received 32 letters of support.

We have targeted residents from across Knoxville's urban neighborhoods, including:

| | |
|---|---|
| Oakwood-Lincoln Park | Old North Knoxville |
| Mechanicsville | Beaumont |
| Lonsdale | Spring Hill |
| Norwood | South Knoxville |
| Inskip | Park City |
| Holston | Parkridge |
| Washington Heights | Fourth and Gill |

In addition, we have received widespread media attention with more than 20 stories about Emerald Academy produced by media outlets including broadcast, print, and digital. We have been encouraged by the overwhelming support we have received across the diverse set of stakeholders with whom we have spoken.

In phase one of this process, we held our first round of meetings to inform the community about our intent to open a charter school. During this period, we met with dozens of stakeholders and held four community meetings. In addition, we assembled our Parent and Community Advisory Committee and facilitated their initial meetings.

During phase two of this process, Emerald Academy held five, 90-minute community focus group sessions in an effort to secure meaningful and actionable feedback regarding the design of our school and to provide the community with a mechanism for contributing to its development. Approximately 57 individuals attended focus group sessions. Participants at these sessions provided us with insight into areas of our application that resonated with them and aspects of our school design that required a more detailed explanation or modification that we have since incorporated into this application. The phase three report back to stakeholders regarding our use

of this feedback in the proposal was conducted at the end of March. The most frequently cited Emerald Academy design strengths were our:

- Commitment to personalized learning through differentiated instruction
- Plan to increase instructional time through an extended school day and extended school year
- Highly structured culture coupled with our highly relational school environment
- Focus on closing the achievement gap
- Intention to require school uniforms
- Low scholar-to-teacher ratio
- High degree of parent and community engagement

There are several areas where the focus group feedback was used to adapt areas of our proposal and school design. Specifically, feedback was given in the following areas:

**Technology.** Focus group participants expressed concern over whether we would have sufficient technology in the school to provide scholars with the resources that they would need to succeed. In addition, participants questioned what we would do to prepare our staff to effectively use technology as a key instructional tool.

Our response was to increase the technology portion of the school budget (see the *Budget and Budget Narrative Attachments*) to ensure that it includes a minimum of one desktop computer for every three scholars in the elementary school grades and one Chrome Book for every two scholars in the middle school grades. In addition, we have added technology skills training as one of the core components of our Summer Institute (see the *Professional Development* section) to ensure that all teachers start the school year with the computer skills they need to effectively embed technology into all aspects of the instructional day.

**Differentiated instruction.** Focus group participants were excited about the idea of differentiated instruction but had limited understanding of what it would look like in practice. They requested that we include a more robust description of differentiated instruction in the application and provide a more concrete explanation of how we will differentiate instruction. In addition, they asked several questions about the Focus Period.

Our response was to bolster the application sections related to differentiated instruction (see the *Academic Focus and Plan* section), and to expand our explanation of how we meet each individual scholars' needs. In addition, we used this feedback to further develop the plans for the Focus Period as detailed in the *Special Populations and At-Risk Students* section of this application.

**Staffing.** Focus group participants asked us to further describe the staff that we will have to meet the needs of scholars requiring additional support. In addition, they expressed a strong desire that we hire teachers who understand the challenges that urban scholars face and who are dedicated to working in an urban school environment.

Our response was to highlight the scholar support team that we will have (see the *Special Populations and At-Risk Students* section). This team includes the director of specialized services, the interventionists, the ELL coordinator, the special education teachers, and the counselor/social worker. In addition, we have adapted our application requirements for teachers to include a brief written statement that addresses the teacher's desire to work in an urban school, the challenges (s)he believes that urban scholars face, and the strategies that (s)he will use to assist scholars in overcoming their challenges and closing the achievement gap (see the *Personnel and Human Capital* section).

**Parent engagement.** Several focus group participants indicated that they were impressed by our commitment to parent engagement, but expressed concern about our ability to execute the

strategy we had articulated. Participants felt that many schools profess to have strong parent engagement plans but have difficulty in actually getting parents to the school and engaging them in their children's educational experiences. In addition, they suggested that we consider providing supports and training for parents to assist them in effectively working with the school and assisting their children with homework. Further, participants suggested that we provide different options for engagement based on their individual needs.

Our response was to further develop our parent engagement strategy to provide multiple points of involvement for parents, including a series of workshops and trainings related to how to help their children succeed in and out of school. See our response below for details related to our parent and community engagement strategies.

- Outline how the school will engage parents and community members in the life of the school (in addition to any proposed governance roles). Explain the plan for building family-school partnerships that strengthen support for learning and encourage parent involvement. Describe any commitments or volunteer opportunities the school will seek from, offer to, or require of, parents.

At Emerald Academy, we believe that one of the key components of successful schools is the active participation of parents and community members in the life of the school. As stated in the *Mission and Goals* section of the proposal, Emerald Academy has adopted the PTA's National Standards for Family School Partnerships, which will serve as a framework for our parent and community engagement strategy. The framework (detailed below) addresses how the school will engage parents and community members in the life of the school; the Emerald Academy plan for building family-school partnerships that strengthen support for learning and encourage parent involvement; and the commitments and volunteer opportunities that Emerald Academy will require from, and offer to, parents.

1. **Welcoming all families into the school community.** Emerald Academy will use the following strategies to welcome families into the school community:
    - **Individual family welcome meetings.** We will meet with each family upon their scholar's enrollment. During this meeting, our goal is to establish a positive and collaborative relationship with scholars and their parents. These meetings will give us the opportunity to dialogue with parents about their children's academic, social, and emotional needs. In addition, we will provide parents with critical information about Emerald Academy and discuss the many opportunities for parents to become involved in our school.
    - **Family orientation.** Parents and/or guardians will attend a family orientation after enrolling their child and prior to the start of the school year. It is important that the academic and behavioral messages that a child receives are consistent between the school staff and the parents. During orientation, parents will review the expectations and structure of our school. They will be introduced to the *Emerald Academy Scholar and Family Handbook* (see Attachment 5) and will have ample time to ask any questions. This will minimize potential problems and will help to ensure a culture of high expectations.
    - **Family and school contract**. All parents and/or guardians will be asked to sign a family and school contract that outlines what Emerald Academy expects of parents and what parents can expect of the school. This contract can be found in the *Emerald Academy Scholar and Family Handbook* (Attachment 5); it establishes a mutual understanding that forms the basis of our relationship with parents and/or guardians.
    - **Parent social nights.** At Emerald Academy, we believe that parents should not only feel connected to the school but should develop meaningful relationships with each other. To this end, we will host three parent social nights per year.

- **Volunteering.** Parents will be encouraged to volunteer at Emerald Academy in a wide variety of ways throughout the school year. Examples include: reading to a Kindergarten class, serving as a breakfast or lunch monitor, supporting fundraising efforts, chaperoning on field trips, and assisting on school beautification days, to name a few.

2. **Communicating effectively.** At Emerald Academy, we believe that regular and frequent communication with parents is critical to scholar and school success. In order to meet the needs of a diverse group of parents, we will use a variety of tools to ensure that we provide critical information to parents and have meaningful opportunities to dialogue with them.
    - **Bi-Weekly teacher newsletters.** Teachers will send home a bi-weekly newsletter to inform parents about units of study, upcoming projects and activities, and opportunities for parent participation in the classroom**.**
    - **Monthly school newsletters.** Emerald Academy will send home a monthly newsletter to provide parents with an overview of what is going on at the school, upcoming school-wide events and activities, the school's progress toward its goals, planned parent and family activities, and other announcements.
    - **Bi-Weekly principal's coffee hour.** Every other week, the principal will hold a coffee hour that will be open to all parents and guardians. The coffee hour is intended to provide parents with the opportunity to ask questions and raise concerns with the principal in a group setting.
    - **Monthly telephone calls.** Homeroom teachers (e.g., grade level teachers in kindergarten through fourth grade and Advisory teachers in fifth through eighth grades) will call parents on a monthly basis to update them on their child's academic and behavioral progress. This call will also provide parents the opportunity to discuss any concerns they have regarding their child's progress and to alert the school of any personal situations that may be affecting their child.
    - **School website.** Emerald Academy's school website will be an important source of information and announcements for parents. The website will be updated regularly and provide parents with access to calendars, school policies, school forms, announcements, and other critical pieces of information for parents and scholars. It will also provide parents with online access to scholar academic data through our student information system (SIS) parent portal.

3. **Supporting scholar success.** At Emerald Academy, we consider parents to be partners in the education and development of their children. We believe that through collaboration with parents, we can achieve our mission: closing the achievement gap and helping scholars to build the academic foundation, skills, and character traits necessary for success in high school, college, and in life. To this end, we will work closely with parents to support scholar success and provide parents with multiple opportunities to further develop the skills they need to do so.
    - **Progress report and report cards.** Parents will receive progress reports in the middle of each academic quarter to inform them of their children's academic progress. Three times a year, we will hold mandatory parent conferences to distribute report cards and talk with parents about their children's academic and behavioral progress. In addition, we will use these meetings to set individual scholar goals for the upcoming quarter (see the *Assessment* section).
    - **Parent workshops.** Emerald Academy will hold various workshops for parents to build the skills necessary for supporting their children in their education. Workshops will be led by a variety of staff members and partner agencies and focus on topics such as:

- Utilizing the SIS parent portal
- Interpreting and using scholar assessment data such as NWEA MAP, PARCC and TCAP
- Providing scholars with homework help
- Computer literacy and using technology to support scholar learning
- Reading to your children
- Parenting skills
- Grade level curriculum and instructional content
- State testing
- Preparing for high school
- Accessing external social service partners
- English as a second language

In addition, we will distribute an annual survey to determine other areas of parent interest and create targeted workshops accordingly.

- **Student information system (SIS) parent portal.** Emerald Academy will use a student information system (SIS) that will provide parents with continuous access to their children's academic data. Teachers will update scholar progress in the SIS on a regular basis to ensure that parents have information about their children in real time.
- **Dean of scholars' telephone calls.** The dean of scholars will contact parents as needed regarding their children's behavior. Scholars will be given demerits for infractions as stated in the code of conduct. If a scholar receives two demerits in a day, the dean of scholars will call the parents. See the *School Culture* section for additional details.

4. **Speaking up for every child.** At Emerald Academy, we believe that parents should be advocates for their children; we welcome parent feedback to this end. Parents are always encouraged to contact their children's teachers to discuss their children's individual needs and areas where they feel that the school could be doing more. In instances when parents do not feel comfortable speaking with the teachers or if they feel that their needs are not being adequately addressed by the teacher, we encourage them to speak with the dean of scholars or the principal.

5. **Sharing power.** We believe that parents and community members should actively participate in the governance of Emerald Academy. As discussed in the *Governance* section of this application, we have three mechanisms to share power with parents and community members:
   - **Open meetings.** All Emerald Academy Board meetings will be open to the public; all members of the school community will be encouraged to attend.
   - **Parent representation.** The Board of Directors will include a parent representative at all times. The parent representative will be encouraged to solicit feedback and input from other parents and bring that information to the entire Board.
   - **Parent and Community Advisory Committee (PCAC).** We have already established a PCAC that has been instrumental in our efforts to reach the broader community and engage them in the development of the school. This body will remain active through the school launch and once the school is open. The PCAC will meet monthly with the principal and quarterly with the Board of Directors to provide feedback, voice concerns, and make recommendations.

6. **Collaborating with the community.** Emerald Academy will establish the school as a pillar in the community and will work in the community to tackle education in a collaborative and holistic manner. Our vision is to create meaningful partnerships that expand learning opportunities for scholars and provide critical after-school programs. In addition, we will work

with local nonprofit, health care, and social service agencies to provide scholars and their families with services as needed. In partnership with the community, we will address many of the barriers to learning faced by Knoxville's urban scholars. We will help our scholars develop a strong sense of civic engagement and will prepare them to become future leaders in the community.

See our response below for specific community partnerships we are in the process of establishing and/or plan to develop.

- Discuss the community resources that the school will cultivate for students and parents. Describe any partnerships the school will seek to establish with community organizations, businesses, or other institutions. Specify the nature, purposes, term, and scope of each partnership, including any fee based or in-kind commitments from community organizations or individuals that will enrich student learning opportunities. Include any documentation of pledged support from prospective partners as an Attachment.

Emerald Academy will build on the extensive network of community resources developed by Emerald Youth Foundation over the last 20 years. Emerald Academy has already reached out to several potential community partners and will continue to do so over the upcoming months as we prepare to launch the school. We have focused our efforts on targeting organizations that can provide after-school programs and enrichments, tutoring and mentoring for scholars, professional development for staff, healthcare and dental services, counseling and mental health services, and community engagement support. To date, we have not formalized these partnerships; we expect to do so upon approval of the charter school. While we cannot provide detailed terms for our prospective partnerships, several of the organizations with which we intend to partner have provided letters of support for our application that are included in Attachment 14.

Organizations with which we intend to develop partnerships include:

| **Partnering Organization** | **Areas of Support** |
|---|---|
| *Boys and Girls Clubs of the Tennessee Valley | • After-school programs<br>• Tutoring and mentoring |
| *Wesley House Community Center | • After-school programs<br>• Tutoring and mentoring |
| *Emerald Youth Foundation | • After-school programs<br>• Tutoring and mentoring<br>• Athletic programs<br>• Service Bureau (see Operational Capacity section of this proposal) |
| *East Tennessee Technology Access Center (ETTAC) | • Professional development related to scholars with disabilities<br>• Accommodations and services for scholars with disabilities |
| *Cherokee Health Systems | • Healthcare and related services<br>• Mental health services<br>• Professional development related to counseling and mental health |
| *Helen Ross McNabb Center | • Mental health and counseling services<br>• Related professional development |

| Partnering Organization | Areas of Support |
|---|---|
| *University of Tennessee Medical Center | • Professional development for working with families in high stress situations |
| *Big Brothers Big Sisters of East Tennessee | • Mentors, tutors and volunteers |
| *Western Heights Dental's Community Outreach Program | • Dental screening and dental services<br>• Community outreach |
| *Knoxville Leadership Foundation | • Mentors for children of incarcerated adults |
| Johnson University | • Teacher training<br>• Source for teacher recruitment<br>• Mentors and tutors |
| *The Restoration House | • Professional development for supporting single parent families |
| *Compassion Coalition | • Volunteers<br>• Tutors and mentors |
| Urban Family Outreach | • After-school programs and enrichments |
| *Tennova Healthcare | • On-site health services |
| Thrive Lonsdale | • After-school programming |
| *First Tee | • After-school programming |

*Has provided a letter of support (See Attachment 14).

In addition, we have held multiple conversations with Knox County Schools regarding partnership opportunities. We intend to partner and/or are exploring partnerships with the district for:

- Food service
- Special education professional development and possible clinical services
- Transportation services

In addition, we are excited to partner with Knox County Schools to share best practices and strategies that prove effective in our schools.

- Include, as an Attachment, letters of support, memoranda of understanding, or contracts that indicate the proposed school is welcomed by the community in which the school intends to locate, is viewed as an attractive educational alternative, and reflects a community's needs and interests.

As described above, Emerald Academy has secured more than 290 petitions of support. Due to space limitations, these petitions are not included in the attachments. However, they are available for review upon request. In addition, we have received letters of support from:

| Name | Title | Organization |
|---|---|---|
| John J. Duncan, Jr. | US Congressman | US House of Representatives |
| John Zitzner | President | Friends of Breakthrough Schools |
| Dale Keasling | Chairman, President and Chief Executive Officer | Home Federal Bank |

| Name | Title | Organization |
|---|---|---|
| Lois Symington, Ph.D. | Executive Director | East Tennessee Technology Access Center |
| Alvin Nance | Executive Director/CEO | Knoxville's Community Development Corporation |
| Stanley Griffin, Jr. | Dealer | Beaty Chevrolet Company |
| Doug Kose | Chief Executive Officer | Big Brothers Big Sisters of East Tennessee |
| Lisa Hurst, Ed.D. | President and CEO | Boys & Girls Clubs of the Tennessee Valley |
| Joel Hornberger, MHS | Chief Strategy Officer | Cherokee Health Systems |
| Grant Standefer | Executive Director | Compassion Coalition |
| Dean Craig | Area Director | Fellowship of Christian Athletes |
| Dean Winegardner | Chief Executive Officer | American Book Co. |
| Shara Shoup, Ph.D. | Senior Director-Programs | Emerald Youth Foundation |
| Doug Kennedy | Chair, Board of Trustees | Emerald Youth Foundation |
| Lance Robinson | President | Equitas Group |
| Diondre T. Jackson | Executive Director/CEO | The First Tee of Greater Knoxville |
| Bergein F. Overholt, MD | Co-Founder and Managing Partner | Gastrointestinal Associates |
| Hank Bertelkamp | Chairman | Bertelkamp Automation, Inc. |
| Mona Blanton-Kitts, LCSW | Vice President | Helen Ross McNabb Center |
| Jerry Askew, Ph.D. | Senior Vice President, Governmental Relations | Tennova Healthcare |
| Jerry Daves | President | Wood Properties, Inc. |
| Rev. Dr. James R. Bailes | Pastor | Emerald Avenue United Methodist Church |
| Dr. Joseph E. Johnson | President Emeritus | University of Tennessee |
| Judge Timothy E. Irwin | Juvenile Court Judge | Knox County Juvenile Court |
| Chris Martin | President | Knoxville Leadership Foundation |
| Rick Kuhlman | Director | Knoxville Fellows |
| Daniel Watson | Executive Director | The Restoration House |
| Thomas N. Schmid | Vice President | FSG Bank |

| Name | Title | Organization |
|---|---|---|
| Rev. Steve Sexton | Director, Pastoral Care Department | The University of Tennessee Medical Center |
| Tim Adams | Executive Director | Wesley House Community Center |
| Sherra Robinson | Outreach Director | Western Heights Dental's Community Outreach Program |
| Marigail Mullin | CEO | YWCA Knoxville |
| Steven A. South | President | South College |

See Attachment 14.

## Operations Plan and Capacity

### Governance

A public charter school "shall operate as a public, nonsectarian, non-religious public school, with control of instruction vested in the governing body of the school under the general supervision of the chartering authority and in compliance with the charter agreement and [the charter school law]." T.C.A. § 49-13-111(a)(1). Governing bodies of public charter schools must include at least one parent from one of the schools operated by the governing body. Charter management organizations may satisfy this requirement by having "an advisory school council [consisting] of no fewer than five (5) members and [including] the principal, at least one (1) parent and at least one (1) teacher representative." Charter school governing bodies must comply with open meetings and public records laws. Governing bodies do not need to be Tennessee non-profit corporations. But, charter school governing bodies need to hold meetings in compliance with Tennessee open meetings laws which are intended by the legislature to "promote openness and accountability in government," and to "protect the public against closed door meetings at every stage of a government body's deliberations." *Metropolitan Air Research Testing Auth., Inc. v. Metropolitan Gov't*, 842 S.W.2d 611, 616 (Tenn. Ct. App. 1992).

Describe the legal status of the proposed school, including whether the entity proposing the school is already incorporated as a nonprofit and whether you have obtained federal tax-exempt status.

Emerald Charter Schools is the charter sponsor that will operate Emerald Academy. Emerald Charter Schools is incorporated as a Tennessee Nonprofit Corporation. Emerald Charter Schools has applied for 501(c)(3) tax exempt status. See Attachment 3 for the articles of incorporation and application for tax exempt status.

Tennessee Charter Law requires each charter school governing body to be a legally recognized 501(c)(3) non-profit corporation. This status should already be in place, or be close to being in place, before the application is submitted. Please include the following documents as an Attachment.

- Articles of Incorporation
- Proof of non-profit and tax exempt status
- Governing Board by-laws
- Organizational charts explaining the relationship between the Board , lead administrator, subcommittees and advisory committees
- Resumes of applicant team members (including any proposed leaders and Founding Board members)
- Draft of initial Board policies, and
- Policies on Open Meetings and Open Records

Explain the governance philosophy that will guide the Board, including the nature and extent of involvement by key stakeholder groups.

Emerald Academy's four guiding principles provide the Board of Directors with a framework for governance, oversight, and strategic decision making.

1. We put children's needs first, in every single decision we make.
2. We hold everyone to the highest expectations, from our kindergarten scholars to our Board members.
3. We share a never-give-up attitude, no matter what it takes.
4. We believe in our scholars, and know that every child can learn and excel.

The Board of Directors' governance philosophy is one of high expectations, accountability, and informed oversight. The Board recognizes the importance of hiring a principal who has the skills and experience to effectively manage the day-to-day operations of the school, as well as the implementation of a mission-focused educational program. The Board will provide the principal with the autonomy that (s)he needs to effectively lead the organization. The Board will establish high expectations for the principal and hold him/her accountable for meeting or exceeding those expectations. The principal, in turn, will be responsible for providing the Board with the academic, financial, and operational information it needs to effectively govern and make key strategic decisions. The Board of Directors will hold the ultimate responsibility for the financial, operational, and academic well-being of the school.

The Board of Directors will engage key stakeholders in several ways. First and foremost, in compliance with the Tennessee Open Meetings Act, all Board meetings will be open to the public and all members of the school community will be encouraged to attend Board meetings on a regular basis. In addition, the Board will comply with the Tennessee Code and include a parent representative on the Board of Directors. The parent representative will have a child enrolled in the charter school and will be appointed by the Board of Directors within six months of the school's opening date. Third, the Board of Directors will seek input and guidance from the Parent and Community Advisory Committee (PCAC). The PCAC, which has already been established, will meet monthly with the principal and quarterly with the President of the Board to provide feedback, voice concerns, and make recommendations. Finally, the Board of Directors will solicit feedback from a wide range of stakeholders through annual community surveys and quarterly community forums.

Describe the governance structure at the school level.

- Describe the composition and size of the Governing Board. Explain how the proposed governance structure and composition will ensure there will be active and effective representation of key stakeholders.

The Board is currently composed of nine individuals and, per our bylaws, will have a minimum of three and a maximum of nine Directors. Directors will be elected to serve a three-year term, or until his or her successor is elected.

The current composition of the Board currently includes a President, Treasurer and a Secretary. The President shall serve as the Chief Executive Officer of the Corporation and shall supervise the affairs of the school. The President will preside at all meetings of the Board and will appoint committee members and their chairs. The Secretary of the Board is responsible for providing proper notice of all meetings and keeping meeting minutes. The Secretary will also serve as the custodian of the corporate records. The Treasurer of the Board will be the principal accounting and financial officer of the Corporation. The Treasurer will supervise the custody of all funds and securities of the Corporation and be responsible for the receipt and disbursement of all funds.

To ensure that key stakeholders are represented on the Board of Directors, the Emerald Academy principal will serve as an ex-officio, non-voting member of the Board and, as discussed above, the Board will include a parent representative as required by Tennessee Code.

Discuss the powers and duties of the Governing Board. Identify key skills, areas of expertise, and constituencies that will be represented on the Board.

The Board of Directors will oversee all areas of the school's operations and be responsible for the financial, operational, and academic well-being of the organization. The Board will:

- Set the strategic direction for the school
- Hire, set compensation for, and evaluate the principal
- Ensure compliance with applicable laws, the bylaws, and the charter
- Approve and oversee the annual budget

- Monitor the financial health of the school
- Engage in community outreach and fundraising efforts
- Hire an independent auditor
- Provide academic oversight

Emerald Academy has brought together a robust Board of Directors with a broad base of skills and experience to govern the proposed school. The Board has demonstrated expertise in:

- Non-profit leadership and governance
- Education and instructional leadership
- Financial management and accounting
- Law
- Real estate development and facilities management
- Business entrepreneurship
- Community development
- Fundraising

In addition, we have assembled a diverse group of Board members who represent multiple constituencies including:

- The philanthropic community
- Non-profit executives
- Business leaders
- Faith-based organizations
- Residents of the target community
- Educators

Collectively, the Board of Directors has the key skills and experience necessary to effectively govern Emerald Academy. See our response below for brief biographies of each Board member and Attachment 3 for Board résumés.

- Explain how this governance structure and composition will ensure the school will be an educational and operational success.

In order to ensure that the school will be an educational and operational success, the Board will establish committees to continuously monitor the school's performance and provide targeted support and guidance to the principal and his/her staff. See the response below for details regarding the Board committees and their roles. In addition, the Board will establish academic, financial, and operational goals for the school on an annual basis and will hold the principal accountable for meeting or exceeding those goals.

- Describe how the Board will evaluate the success of the school, the school leader and its own performance.

**Success of the school.** The Board of Directors will measure the success of the school against the academic and operational performance goals that are detailed in the *Academic Performance* section of this application. The principal or his/her designee will report on school progress against each goal at every Board meeting. The school will develop an academic and financial dashboard that can provide data in real time to the full Board of Directors and Board Committees.

**Success of the school leader.** The Governance Committee of the Board will conduct an annual evaluation of the principal. The Committee will establish annual personal performance goals, scholar and school-wide academic goals, and operational and financial goals with the principal and will monitor his/her progress against those goals over the course of the year. In addition, the principal will be measured on his/her leadership ability across the following six domains:

- Living a mission and vision focused on results
- Leading and managing systems change
- Improving teaching and learning
- Building and maintaining collaborative relationships
- Leading with integrity and professionalism
- Creating and sustaining a culture of high expectations

To inform the annual review, members of the Governance Committee will interview staff members and collect survey results regarding the principal's leadership. At the conc lusion of its annual review, the Governance Committee will prepare a report for the Board of Directors and make a recommendation regarding the principal's employment status.

**Board self-evaluation.** The Board will evaluate its own performance on an annual basis through a self-review. The Board will schedule an annual Board retreat, during which time the review will occur. The evaluation will be conducted in a multi-faceted manner. First and foremost, the Board will analyze the academic, operational, and financial performance of the school to determine its successful governance of the organization. In addition, Board members will evaluate themselves against the following criteria:

- Knowledge of the Emerald Academy's mission, vision, and guiding principles
- Attendance at Board and Committee meetings
- Level of activity in Board discussions and decision making
- Involvement in responsible financial decision making and oversight
- Role in strategic decision making
- Level of understanding of, and engagement in, reviewing scholar performance data
- Level of support provided to the principal and other members of the leadership team

List all current and identified Board members and their intended roles on the table below (adding rows as needed).

| Full Name | Current Job and Employer | Position |
|---|---|---|
| Steve Diggs | Executive Director, Emerald Youth Foundation | Board President |
| Renda Burkhart | Founder and President, Burkhart & Company, P.C. | Board Treasurer |
| Guille Cruze | Self-employed | Board Member |
| Randall Gibson | Chief Operating Officer and General Counsel, Lawler-Wood | Board Member |
| Edwin Hedgepeth | TNLEAD Principal-in-Residence, University of Tennessee | Board Member |
| Tim McLemore | Partner, Gentry, Tipton and McLemore | Board Member |
| Alvin Nance | President and CEO, Knoxville's Community Development Corporation | Board Member |

| Full Name | Current Job and Employer | Position |
|---|---|---|
| Sherra Robinson | Outreach Director and Volunteer Coordinator, Western Heights Dental Community Outreach Program | Board Member, Parent Representative |
| Danielle South | Director of Public Policy and Education, Knoxville Chamber | Board Member |

Summarize members' interests in and qualifications for serving on the school's Board.

As described above, the Board of Directors is highly qualified to govern Emerald Charter Schools. They have the wide range of expertise necessary to oversee all aspects of Emerald Charter Schools' educational program, financial management, and general operations. Their individual and collective interest is to realize Emerald Charter Schools' mission and vision through strong governance and oversight. Following are brief biographies for each Board member. For additional details, see the Board résumés in Attachment 3.

**Steve Diggs, Executive Director, Emerald Youth Foundation.** Steve has been Executive Director of Emerald Youth Foundation since its inception in 1991. In this role, he has built the Emerald Youth Foundation from a summer outreach program at one church in one neighborhood to a 21-site, 14-neighborhood organization that serves more than 1,350 at-risk youth. Steve has demonstrated leadership experience and extensive governance experience. He has a strong track record of success in fundraising and a deep connection to the community. Steve is a results-driven, seasoned nonprofit entrepreneur who will provide Emerald Charter Schools with the oversight and support that it needs to succeed in meeting its ambitious mission and vision.

**Renda Burkhart, Founder and President, Burkhart & Company, P.C.** Renda founded Burkhart & Company, P.C. in 1982 and serves as Firm president. Burkhart & Company, P.C. is a Certified Public Accounting firm offering financial advisory, tax consulting and compliance, and accounting services to a select clientele, including entrepreneurial organizations and their owners, professional groups, wealthy individuals, and executive groups. The firm focuses on servicing the various life cycles of businesses and individuals – start-up, growth, harvest, and maturity. Industries represented in the client base include public relations and media, brokerage and distribution, financial services, technology, hospitality, legal, manufacturing, medical, real estate, wholesale and retail trade, wealthy individuals, and investors and family offices.

Renda holds a BS in Accounting from the University of Tennessee and is a Certified Public Accountant. She has extensive experience serving on Boards of Directors and currently serves as the Vice Chairman of the Board of Directors and Chairman of the Finance Committee for University Health Systems, Inc., among others.

**Guille Cruze, Self-Employed.** Guille is a native and lifelong resident of the Knoxville area. For the last 35+ years, he has professionally been engaged in founding and subsequently starting of a series of technology-based companies. These companies have leveraged technologies to bring operational improvements and efficiencies to corporations, both locally and nationwide, in the areas of manufacturing, wholesale distribution, retail point-of-sale, job cost manufacturing, professional services, event planning, and equipment lease/sale. His solutions have been integrated into both for-profit and non-profit organizations, large and small. Over the years, he has volunteered and been involved in numerous non-profit organizations, charities, and ministries spanning from Scouting, to Children's Hospital, to Young Life, along with involvement in international efforts in Vietnam and Guatemala. Guille is currently self-employed and involved in offering business development guidance on both strategic and tactical levels to area companies.

**Randall Gibson, Chief Operating Officer and General Counsel, Lawler-Wood.** Randall received both an undergraduate degree in finance and a law degree from the University of Tennessee. After graduation, he joined the Chattanooga office of Baker, Donelson, Bearman, Caldwell and Berkowitz, one of the largest law firms in the country. Randall practiced in the commercial and construction fields in his ten years with the firm. Presented with the opportunity to join the real estate development company, Lawler-Wood, LLC in 1995, Randall relocated to Knoxville with his family and joined the company as General Counsel. Since that time, Randall has become the Chief Manager of Lawler-Wood, along with serving as its Chief Operating Officer and General Counsel. He serves as a director of the main operating company and has served as the senior officer and director of more than 100 related entities during his 18 year tenure. He has complete operational and profit and loss responsibility for all of diversified activities of Lawler-Wood. These activities include commercial, institutional, recreational, and residential development activities, as well as property management functions for the firm's own portfolio and third party owners. During Randall's tenure, the firm's revenues have grown by 500 percent.

Randall has also been active in many other business and charitable endeavors. He currently serves as Chairman of the Tennessee State Building Finance Committee and has served as a director of a publicly held bank holding company. Along with serving as a director of Emerald Academy, Randall also serves on the Boards of various other area nonprofit organizations, including East Tennessee Children's Hospital, Volunteer Ministry Center, and The Great Smoky Mountains Institute at Tremont.

**Edwin Hedgepeth, TNLEAD Principal-in-Residence, University of Tennessee.** Ed is a seasoned educational leader who has more than 30 years of experience with Knox County Schools. Ed served as the principal of both Bearden and Farragut High Schools and was the Executive Director of Secondary Instruction for Knox County Schools for seven years. During his tenure at Knox County Schools, Ed won several awards and honors, including being named the Tennessee Secondary Principal of the Year and serving as principal of a Blue Ribbon National School of Excellence award winner. Ed currently serves as the TNLEAD Principal-in-Residence for the University of Tennessee.

**Tim McLemore, Partner, Gentry, Tipton and McLemore.** Tim practices law at Gentry, Tipton & McLemore, P.C. and serves as president of the firm. He is a graduate of Carson Newman College and the University of Tennessee College of Law, where he graduated with High Honors, was elected to membership in the *Order of the Coif*, and served on the Editorial Board of the *Tennessee Law Review*. Mr. McLemore is also a graduate of New York University, where he earned a post-graduate law degree (LL.M) and served as a Graduate Editor of the *NYU Tax Law Review*. For many years, Mr. McLemore served as an adjunct Professor of Law at the University of Tennessee, teaching courses in taxation, business planning, the representation of entrepreneurs, and legal writing. In addition, Tim serves on the Board of Trustees for Emerald Youth Foundation, on the Boards of Directors for Second Harvest Food Bank and Knox Area Rescue Ministries, Inc., and as an elder at Cedar Springs Presbyterian Church.

**Alvin Nance, President and CEO, Knoxville's Community Development Corporation.** Alvin currently serves as Executive Director and CEO of Knoxville's Community Development Corporation (KCDC). KCDC is the Public Housing and Redevelopment Authority for the City of Knoxville and Knox County. He is the first African American to hold this position in the company's 75-year history. Prior to joining the housing authority, he worked in the banking industry for 20 years and served on the KCDC Board of Commissioners for eight years. During his banking career, he performed in various capacities – branch manager, commercial lender, mortgage lender, credit analyst, and CRA officer.

In his current capacity as Executive Director and CEO of KCDC, he is responsible for leading the Executive Staff and 140 employees in achieving the organization's strategic objectives as established by the Board of Commissioners and its employees. He works with local, state, and federal governmental staff and elected officials to foster strong working relationships among public and private funders and the housing authority. He also chairs the Continuous Improvement process – a critical part of KCDC's Strategic Plan to revitalize an aging property portfolio, resulting in affordable housing that is both attractive and competitive in the local market.

Mr. Nance has several years of experience in utilizing and obtaining various financial resources to assist housing development within low- and moderate-income census tracts in Tennessee. This includes experience in mix-financed development using low-income housing tax credits, Federal Home Loan Bank Affordable Housing Program loans/grants, CDBG funds, and private bank-qualified debt. He formerly served as the Vice Chairman of Tennessee Housing Development Agency, the state's housing finance agency. He now serves on the Advisory Board of First Tennessee Bank, Covenant Health Hospital System, Federal Home Loan Bank of Cincinnati Board, and Board of Trustee Member for Maryville College. Mr. Nance graduated from Maryville College in 1979 with a Bachelor's degree in business administration and a minor in art.

**Sherra Robinson, Outreach Director and Volunteer Coordinator, Western Heights Dental Community Outreach Inc.** Sherra is a Knoxville native who grew up in the heart of East Knoxville, while being raised by her grandmother. She graduated from Austin-East High School in 1992 with hopes of furthering her education to become a mathematics teacher. Her love of mathematics stemmed from the encouragement of her freshman high school teacher at Austin-East. But due to life-altering events, Sherra dropped out of college and later came to Western Heights Dental in 1997 with a heart to serve children in the community. She earned her Registration in Dental Assisting in 2008 and is now the Outreach Director of the Western Heights Dental Community Outreach Program. This role allows her to go into the community and provide interactive dental educational presentations to children who are at a greater risk of having poor oral health. She has built and maintained solid relationships with community leaders in underserved communities. This natural skill is what drove her to a passion and overall concern to educate not only children, but also families, teachers, and communities on the importance of preventative dentistry. She graduated from Johnson University in 2013 with a Bachelor's degree in Management of a Nonprofit and a Bachelor's degree in Biblical Studies. She still finds time for coordinating community events, volunteering for various nonprofit organizations, reading inspirational books, cooking new dishes, singing, and conducting and/or facilitating workshops on nonprofit development.

**Danielle South, Director of Public Policy and Education, Knoxville Chamber.** Danielle South is currently the director of public policy and education at the Knoxville Chamber. Danielle earned a Bachelor of Arts Degree in pre-theology and sociology from Ohio Wesleyan University. After obtaining her degree, Danielle taught fourth grade in an inner-city school in Atlanta. After teaching, she relocated to Knoxville and, shortly thereafter, obtained both her Juris Doctorate and Master of Business Administration degree from the University of Tennessee.

Explain the procedure by which current Board members were selected, and how they will be replaced and/or re-elected. How often will the Board meet? Discuss the plans for any committee structure.

**Selection of current Board members.** The current members of the Board were carefully identified and recruited by the Board President, Steve Diggs. Steve has extensive experience working with, and serving on, nonprofit Boards. Through his depth of knowledge about governance structures and Board composition, Steve vetted dozens of potential Board members. During the process, Steve gauged potential Board member's alignment with the Emerald

Academy mission and vision; their ability to fully participate in Board activities; and the skills, experience, and expertise that they would bring to the Board.

**Board member replacement and/or re-election.** Board members will serve for three-year terms; however, they may resign at any time. Should a Board member resign prior to the completion of his/her term, the vacancy may be filled for the remainder of the term. Board members may be re-elected upon the completion of their three-year terms.

**Frequency of Board meetings.** The Board of Directors will meet on a monthly basis.

**Committee structure.** The Emerald Charter Schools bylaws do not specify any committees; however, they allow for standing or special committees to be created by the Board of Directors or President as needed. To this end, Emerald Charter Schools intends to establish four committees to continuously monitor the academic, financial, and operational aspects of the school. Committees will include:

***Finance and Audit*.** The Finance and Audit Committee will monitor the school's financial health and oversee the school's annual audit. This committee will review monthly financial reports to assess the school's financial position and will support the principal in making strategic financial decisions. The Finance and Audit Committee will be led by the Board Treasurer, who will provide a report on the school's financial health at each Board meeting.

***Governance.*** The Governance Committee will serve several functions. The committee will:

- Recruit, identify, screen, and recommend potential Board members for review and selection by the full Board
- Orient new Board members
- Plan and execute an annual Board retreat
- Conduct an annual Board self-evaluation (see details above)
- Conduct the annual evaluation of the principal (see details above)

***Education*.** The Education Committee will monitor the academic performance of the school against the academic goals and metrics detailed in the *Academic Performance* section of the application. The Education Committee will prepare academic oversight reports for each Board meeting and provide Board members with a context for interpreting academic outcomes. The Education Committee will also provide guidance and support to the principal as (s)he makes key decisions regarding the academic program.

***Advancement.*** The Advancement Committee will provide strategic oversight, guidance, and support of the school's development, marketing, and community engagement efforts. The Committee will work with the principal to establish fundraising targets and support him/her in all major fundraising efforts. The committee will report to the Board on fundraising activities, marketing campaigns, and the status of key school partnerships.

Public charter schools are subject to the provisions of T.C.A.§ 12-4-101 and 102 regarding conflicts of interest. Describe the Board's ethical standards and procedures for identifying and addressing conflicts of interest. If you have a completed conflict of interest policy, submit it with the governing body attachments.

In accordance with T.C.A. § 12-4-101 and 102, the Emerald Charter Schools Board of Directors is committed to identifying and addressing real or perceived conflicts of interest. To this end, the Board has created a draft Conflict of Interest Policy that can be found in Attachment 3. The purpose of the Conflict of Interest Policy is to protect Emerald Charter Schools' interests when it is contemplating entering into a transaction or arrangement that might benefit the private interest of an officer or director of the Organization or might result in a possible excess benefit transaction.

The process for identifying and addressing conflicts of interest is detailed in the attached policy. Upon joining the Board, all new members will receive and sign the Conflict of Interest Policy.

Describe plans for increasing the capacity of the Governing Board.

- Is the current Board the Founding Board only or will it transition to a Governing Board upon approval? How will the transition take place? Provide a specific timeline by which the transition will occur.

The current Board of Directors was selected to serve as both the Founding Board and the Governing Board. It is currently actively serving as the Governing Board of Emerald Charter Schools and will continue to do so upon approval. Note that we have included community member Sherra Robinson on the Board whose grandchild may attend Emerald Academy. Sherra will retain this seat through the launch of Emerald Academy, at which time her seat on the Board of Directors will be filled with the parent of a scholar attending Emerald Academy. This is the only Board transition that we anticipate.

- How and on what timeline will new members be recruited and added, and how will vacancies be filled?

We believe that we have recruited an outstanding Board of Directors who will work diligently to lead Emerald Charter Schools to successfully achieve our mission and vision. We are not currently seeking to further develop the Board, with the exception of the parent representative who will be added within the first six months of the school's opening. Should a vacancy occur, the Governance Committee of the Board will recruit, identify, screen, and recommend potential Board members for review and selection by the full Board. When selecting new Board members, the Governance Committee will seek individuals who complement the other Board members to create a Board that:

- Includes seasoned for-profit and non-profit professionals
- Is ethnically diverse
- Has a breadth and depth of experience in diverse settings
- Includes individuals who have prior experience serving on non-profit Boards
- Is committed to the mission and vision of Emerald Academy
- Is willing to provide the school with time and resources
- Has the capacity for rigorous educational, operational, and financial oversight

- What training will be offered to the Board and when? Tennessee law requires at least one Board training per year to be certified by the Tennessee Charter School Association.

In accordance with Tennessee law, the Board of Directors will engage in a minimum of one Board training per year during the annual Board retreat. This training will be certified by the Tennessee Charter School Association. Some potential areas for training include education and curriculum models and strategies, strategic planning, goal-setting, CEO evaluations, charter law and trends, development strategies, and nuances in financial accounting that might affect the organization.

- How will this Board handle complaints? The draft complaint policy should be clear and follow an appropriate route for resolution of concerns raised by students, parents and/or stakeholders.

Any individual who believes that Emerald Academy has violated any provision of the Tennessee Charter Schools Act or any other law or regulation pertaining to the operation of Emerald Academy may file a complaint directly with the Board of Directors. The Board of Directors will conduct a review and respond to a complaint filed with it within 30 days.

## Personnel/Human Capital

One challenge facing all public schools is having a sufficient supply ("pipeline") of skilled teachers, leaders and support staff.

All teachers in a public charter school must have a current valid Tennessee teaching license, or meet the minimum requirements for licensure as defined by the state board of education. Statutes or rules relative to licensure may not be waived without jeopardizing the eligibility of charter school teachers to be licensed. Tennessee provides, however, a variety of alternative routes to licensure, which may be reviewed here.

Charter school administrators may not need a license, if the school applies for a waiver of the applicable laws and rules.

Describe the school's proposed leadership structure, and the school's plan for recruiting and selecting faculty and other staff.

Emerald Academy will be led by the school principal who will oversee all academic, operations, and financial functions of the school. The principal will report to the Board of Directors and directly or indirectly supervise all school staff. Emerald Academy will initiate a robust recruitment and selection plan in order to identify top candidates. See the sections below for a description of the school's plan for recruiting and selecting faculty and other staff.

The principal will be supported by a leadership team that includes:

- **Dean of Scholars:** The dean of scholars will be hired in year one and will be responsible for assisting the principal with building and maintaining a strong school culture. (S)he will manage and monitor scholar behavior and discipline and serve as the point person for all family-related matters. The dean of scholars will also manage the community service requirements for eighth grade scholars.

  For the first three years of the school's operations, the dean of scholars will also be responsible for coordinating parental and community engagement activities. In the school's fourth year, Emerald Academy will hire a manager of family and community engagement who will assume this role.

- **Director of Curriculum and Instruction:** The director of curriculum and instruction will be hired in the school's third year of operation; in the first two years of operation, while the faculty is relatively small, the principal will be responsible for these duties. (S)he will provide ongoing coaching, observation, and professional development for teachers. In this capacity, the director of curriculum and instruction will work with teachers to continuously improve teaching practices. In addition, (s)he will support the principal and faculty in developing, refining, and aligning the school's curriculum and assessments.

- **Director of Specialized Services:** The director of specialized services will oversee the special education, ELL, RTI[2], and gifted-talented programs. (S)he will be responsible for all case management, development and monitoring of IEP and Section 504 plans, and coordination of clinical services. In addition, the director of specialized services will provide ongoing professional development to teachers and other faculty who work with at-risk scholars, scholars with disabilities, ELL scholars, and gifted and talented scholars.

- Explain the relationship that will exist between the proposed school and its employees, whether the employees will be at-will or whether the school will use employment contracts. If the school will use contracts, explain the nature and purpose of the contracts.

Emerald Charter Schools, which will hold the charter for and operate Emerald Academy, will employ all staff on an at-will basis.

- Attach a copy of the school's draft personnel policies and draft copy of the employee manual if developed.

See Attachment 16 for the table of contents of our employee handbook. Emerald Academy is currently in the process of drafting its employee handbook and will provide a copy of the handbook to the District upon request. Additionally, the Emerald Academy employee handbook will include all of the school's personnel policies.

- Will any positions be grant funded? What will be the purpose of these positions and how will they be sustained following the grant period?

Once Emerald Academy reaches full enrollment in FY2020, all positions will be funded through recurring public revenues, including:

- Basic Education Program
- Title I, Title II, and Title III
- IDEA

During the school's start-up years, however, we will require philanthropic revenues to fund some of our positions. We have provided a detailed fundraising plan in our budget narrative, which can be found in Attachment 10.

- Outline the proposed salary ranges and employment benefits, as well as any incentive or reward structures that may be a part of the compensation system. Explain the school's proposed strategy for retaining high-performing teachers. Note that State law requires full-time charter school staff to participate in insurance and benefits programs "in the same manner as teachers and other full-time permanent employees of the LEA." T.C.A. § 49-13-119.

***Proposed salary ranges and employment benefits.*** Emerald Academy will provide all staff with competitive salary and benefits to ensure that we attract and retain the highest caliber individuals. We have benchmarked our salaries to the Knox County Schools salary scale; however, as staff will be expected to work a longer school year, we have pegged our salaries to be five percent higher than the Knox County averages. The following table provides salary ranges for all instructional and support staff, including:

- Teachers
- Counselor/Social Worker
- Bilingual Specialist
- Interventionist
- Manager of Family and Community Engagement

| Years of Experience | Salary Range |
|---|---|
| 0-2 years of experience | $36,750 – $40,750 |
| 3-5 years of experience | $39,250 - $43,000 |
| 6-8 years of experience | $41,200 - $45,750 |
| 9+ years of experience | $44,000 + |

In addition, teachers who serve as grade level/subject chairs will receive a $1,500 stipend.

Salaries for leadership staff, including the dean of scholars, director of curriculum and instruction, and director of specialized services will range from $50,000 to $70,000, depending on their years of experience. We anticipate that these staff members will have less than 10 years of experience when they join Emerald Academy. As such, the salaries for the leadership staff far exceed Knox County Schools' salaries for elementary-level assistant principals; it is our expectation that these staff members will work year-round.

Administrative support staff salaries will range from $20,000 for a clerk to $30,000 for an office manager.

The principal's salary will be between $85,000 and $95,000.

We will meet the State legal requirement that full-time charter staff will participate in insurance and benefits programs "in the same manner as teachers and other full-time permanent employees of the LEA."

***Strategies to retain high-performing teachers.*** Emerald Academy recognizes the importance and necessity of retaining high-performing teachers. According to a recent report published by TNTP on retaining high-performing teachers entitled, *The Irreplaceables*, retention of high-performing teachers can be achieved when the right strategies are put into place. TNTP defines the Irreplaceables as the top 20 percent of teachers in studied districts, as gauged by district data, who generated five-to-six months of additional scholar learning than a poor performer. The study notes, "The 'irreplaceables' are teachers who are so successful that they are nearly impossible to replace" (pg. 2). This study indicates that the top two reasons that high-performers leave are due to limited retention efforts and poor school cultures and working conditions. Following is a brief discussion of both:

1. Principals make far too little effort to retain Irreplaceables or remove low-performing teachers.

According to the study, "More than 75 percent [of Irreplaceables] said they would have stayed at their school if their main issue for leaving were addressed" (pg. 13). The study also found that "less than 30 percent of Irreplaceables who plan to leave their school do so for personal reasons beyond their school's control, and principals hold significant sway over the decisions of the other 70 percent" (pg. 15). Following is a figure from *The Irreplaceables* that highlights eight low-cost retention strategies for retaining high-performing teachers.

FIGURE 11 | LOW-COST RETENTION STRATEGIES FOR IRREPLACEABLES




Emerald Academy will employ the following retention strategies in an effort to ensure that our highest performing teachers remain at Emerald Academy:

- ***Feedback and development.*** As noted in the *Professional Development* section below, Emerald Academy believes that providing feedback and development to teachers is essential to the success of our school. As such, regular, constructive feedback and coaching will be a key component of our professional development and retention plan.

- ***Recognition.*** Also described in *Professional Development* section below, Emerald Academy acknowledges the importance of recognizing teachers for their accomplishments and will do so through morning huddles, Community Circles, and school-wide assemblies, as well as at the conclusion of the school year during a school-wide celebration. Emerald Academy will also consistently inform teachers of their effectiveness through the school's ongoing observation and coaching activities.
- ***Responsibility and advancement.*** Teachers at Emerald Academy will have opportunities to serve as leaders in the school. More specifically, high-performing teachers will be asked to serve as grade level/subject chairs, conduct peer observations and mentoring, and attend external professional development opportunities.
- ***Resources.*** Emerald Academy will ensure that teachers have both the tangible and intangible resources needed to successfully implement the curriculum and achieve high levels of growth for each scholar. Teachers will be provided with textbooks and intervention programs to use for instruction. In addition, Emerald Academy will work to build a purposeful community to support teachers in their craft. McREL defines a purposeful community as, "…one with the collective efficacy and capability to develop and use assets to accomplish purposes and produce outcomes that matter to all community members through agreed-upon processes" (2004). See the *Professional Development* section for a greater discussion of how Emerald Academy will provide professional learning communities for teachers.

2. Poor school cultures and working conditions drive away great teachers.

As noted below in the following figure, "turnover rates among Irreplaceables were 50 percent higher in schools with weak instructional cultures" (pg. 19). The figure also shows the importance of having an atmosphere of mutual respect and trust in the school, as well as the importance of holding teachers accountable for their classroom instruction and results.

Emerald Academy will work actively and intensely to create a highly relational culture grounded in high expectations (see the *School Culture* section for more information about how we will accomplish this). We will encourage a collegial and collaborative environment in which teachers value and respect their colleagues. In order to do this, we will utilize professional learning communities (PLCs) and peer support; working with each other to improve scholar performance will be essential to the success of our school. See the *Professional Development* section for a detailed description of PLCs. We will also expect the best from our faculty and will hold all teachers accountable for high levels of academic achievement. The following figure is also from *The Irreplaceables.*

FIGURE 13 | TEACHERS AGREEING WITH STATEMENTS ON THEIR SCHOOL'S CULTURE




Turnover rates among Irreplaceables were 50 percent higher in schools with weak instructional cultures.

- Describe your strategy, plans and timeline for recruiting and hiring the teaching staff, including the school's plan for hiring appropriately licensed "highly qualified" staff in accordance with the Elementary and Secondary Education Act (ESEA). Explain other key selection criteria and any special considerations relevant to your school design.

Emerald Academy will seek to hire teachers who are aligned to our mission and vision, highly qualified, and passionate about providing a high quality education to urban youth. We will ensure that our hiring process allows us to identify and hire candidates who will help our school achieve our ambitious academic goals. Further, our process will ensure that we hire staff who are culturally sensitive and aware of the many challenges facing urban scholars and families. We will also hire teachers who have a growth mindset and are willing to change and adapt as necessary. To that end, the selection criteria that Emerald Academy will use to hire teachers will include the following:

- Deep alignment and commitment to fulfill our mission, vision, and values
- Highly-qualified status in accordance with ESEA
- Evidence of academic success (if recently graduated, personal academic success; if previously taught, student academic success)
- Ability to work collaboratively with others and, for kindergarten through fourth grade, co-teach
- A commitment to serve ALL scholars and the belief that ALL scholars can achieve at high levels
- An awareness of the challenges urban families face and the desire to ensure all scholars have the resources and supports they need to be successful
- An open mind and growth mindset
- A desire to learn and continuously improve

In order to identify top quality candidates who meet our selection criteria, Emerald Academy will implement an extensive recruitment process to ensure that the school has an abundance of talented teachers from whom to select. Emerald Academy will advertise with local universities' teacher education programs in Tennessee, as well as websites such as www.Teachers-Teachers.com and www.careerbuilder.com. School leadership will attend job fairs in Knoxville and other cities in Tennessee. We will also advertise positions with Teach for America in an effort to identify alumni who have a track record of academic success. The Board of Directors will also activate their vast personal and professional networks. Finally, we will advertise positions on national job boards such as the National Association of Charter School Authorizers (NACSA), and the National Alliance for Public Charter Schools (NAPCS).

Emerald Academy will implement a multi-step interviewing process to ensure only the highest-quality applicants are offered a position at our school. The process will include the following six stages:

| | |
|---|---|
| **1** | **Submission of materials:** Applicants will be asked to submit a résumé, cover letter, evidence of academic achievement with a similar student population and/or evidence of personal academic success, a written statement regarding working in an urban school environment, and a classroom videotape (if available). |
| **2** | **Screening of candidates:** The principal will utilize Gallup Teacher Insight to screen candidates and determine whether they meet the selection criteria. Qualified candidates will be invited to participate in a telephone interview. |
| **3** | **Telephone interview:** The principal will conduct a telephone interview; (s)he will use a common list of questions that will be asked of all candidates. This interview will be 30-to-45 minutes long, and will ask candidates to expand on the initial information received. The focus of this interview will be to assess a candidate's alignment with the school culture and mission, as well as the candidate's track record of success. |
| **4** | **In-person interview and demonstration lesson:** Candidates whom the principal determines would potentially be a good fit for the school will be invited to an in-person interview with the hiring committee (composed of school leadership). The interview will be in-depth and multi-faceted. Candidates will be asked a series of questions, as well as given a scenario and asked to respond with data analysis and next steps. Candidates will be asked to conduct a demonstration lesson and then will reflect on the lesson with the principal. |
| **5** | **Verification of credentials:** Emerald Academy will verify the credentials of promising candidates to ensure highly qualified status and teacher licensure, conduct state and federal criminal background checks, and check references. |
| **6** | **Formal offer:** Candidates who meet all of the requirements and have demonstrated alignment to the mission and vision, as well as evidence of academic success, will receive a formal offer letter that will include salary and benefit information, as well as job expectations. |

Emerald Academy will begin its recruitment efforts for staff in December 2014 to January 2015. All interviews will be conducted and offers will be made by March/April 2015.

- Define and elaborate on the draft procedures for hiring and dismissing school personnel, including conducting criminal background checks.

Emerald Academy has developed the following procedures for the hiring and dismissal of school personnel.

***Hiring.*** As noted above, the hiring process will begin with an initial review of application materials and résumés for all posted openings. Candidates who meet the qualifications for a position will be scheduled for a brief telephone interview. After the telephone interview, the top candidates will be scheduled for an in-person interview. For instructional positions, we will also ask candidates to conduct a demonstration lesson. After the in-person interview and demonstration lesson, we will conduct reference checks, a criminal background check, and any other due diligence that we deem necessary. We will then make a job offer.

***Dismissal.*** As stated above, Emerald Academy is an at-will employer and, therefore, any staff member may be terminated at any time, with or without cause. In general, it is the school's policy to follow a progressive discipline process for dealing with staff who do not meet performance expectations. The goal of our progressive discipline policy is to help staff meet and exceed performance expectations. Our progressive discipline policy includes the following steps:

- Meet with employees to counsel them about poor performance and provide them with verbal feedback.
- Provide employees with a verbal warning.
- Provide employees with a written warning and establish a corrective action plan that outlines goals, expectations, and a timeline for meeting expectations.
- Monitor progress against the corrective action plan.
- If expectations are not met in the timeline established in the corrective action plan, the employee will be terminated.

There are also certain situations that may require immediate termination: corporal punishment; use or sale of narcotics; excessive absence; excessive lateness; failure to report child abuse; intoxication; demeaning conduct or attitude towards scholars, employees, visitors or vendors; theft; or fighting.

- Give a thorough description of the process for hiring the school leader. Explain how the school leader will be supported, developed, and provide a draft evaluation instrument for the school leader.

***Process for hiring the school leader.*** At Emerald Academy, the principal will be the school leader. Selection of the principal is among the most important decisions that the Board of Directors will make over the next several months. The Board of Directors has already begun their search for a principal by activating their vast personal and professional networks. This effort is being led by Ed Hedgepeth, the former Executive Director of Secondary Instruction for the Knox County Schools and the current TNLEAD Principal-in-Residence at the University of Tennessee, in the College of Education, Health, and Human Sciences, Department of Educational Leadership. The process will include the following key steps:

| | |
|---|---|
| 1. | **Advertise positions:** In addition to activating vast personal and professional networks, Emerald Academy will also post the job description for the principal on www.Teachers-Teachers.com and www.careerbuilder.com, as well as national sites such as NACSA and NAPCS. Further, Emerald Academy may reach out to organizations such as Teach for America, Building Excellent Schools, New Leaders for New Schools, and TNTP to advertise the position. |
| 2. | **Initial reading of résumés:** An ad hoc committee of the Board will screen résumés to identify candidates who meet the qualifications identified in the job positing. |
| 3. | **Initial interview to assess success with similar students:** The ad hoc committee will conduct a brief (approximately one hour) interview to determine the applicant's success with a similar student population. |

| | |
|---|---|
| 4. | **Half-day interview:** Candidates who have demonstrated success with a similar student population will be invited to participate in a half-day interview with the ad hoc committee. Over the half-day, candidates will participate in various activities to determine knowledge and expertise in the following areas: setting instructional direction, teamwork, sensitivity, judgment, results orientation, organizational ability, communication, and d eveloping others. The top two candidates will demonstrate their ability to fulfill the job responsibilities and their fit with the school culture, and will move onto the final stage of the selection process. |
| 5. | **Board interview:** The top two candidates will be invited to interview with the Board of Directors. All Board members will participate in this interview and will use a common set of interview questions that is aligned to our mission and vision. Board members will then determine which candidate will be the best fit for the school and, following a criminal background check and reference checks, will extend a formal offer. |

The ideal principal candidate will have the following characteristics:

- A belief that all children must receive a rigorous college-preparatory education and are able to reach high levels of academic achievement
- An administrator license issued by the Tennessee Department of Education
- A track record of success working with a similar student population and demonstrated evidence at having led dramatic increases in student achievement
- Outstanding organizational and people leadership skills
- Alignment with Emerald Academy's mission, vision, and core values
- Demonstrated success in building a school culture that is both highly relational and grounded in high expectations
- The ability to provide teachers with the tools, supports, and professional development that they need to continuously improve the quality of classroom instruction
- Strong critical thinking and problem solving skills
- A commitment to, and history of, utilizing data to drive all decisions at the school from personnel, to programming, to interventions, to instruction
- Strong financial and operational management skills

Our target date for hiring the school principal is July 1, 2014.

***Support, development, and evaluation of the principal.*** Emerald Academy firmly believes that all individuals in the building need to be continuous learners, including the principal. As such, Emerald Academy will provide the following in an effort to support and further develop our principal:

1. **Collaboration with Breakthrough Schools' Prep Schools.** Since Emerald Academy is adopting Breakthrough Schools' Prep S chools model, Emerald Academy is pursuing an agreement with Breakthrough Schools to provide direct support to our principal. More specifically, through this agreement, the principal will participate in a two-week residency program at Breakthrough Schools' Prep Schools. During this time, the principal will shadow school leaders and will learn how to effectively implement the academic model. In addition, our principal will have opportunities throughout the school year to dialogue with the Breakthrough Schools' Prep Schools' leaders. We believe that having the support and advice from fellow school leaders is of utmost importance and will ensure that our principal has the opportunity to collaborate with the Breakthrough Schools' Prep Schools' principals.

2. **Coaching and mentoring from an experienced school leader**. While we intend to hire a principal with a track record of academic success, we believe that the leader will benefit from one-on-one coaching and mentoring from an experienced school leader. Betty Sue Sparks, one of the design team members, has agreed to provide coaching and mentoring to our chosen principal at no cost to the school. Mrs. Sparks currently serves as co-director of the University of Tennessee's Center for Educational Leadership and the Cornerstone Principal in Residence. In this role, she provides this training and development to aspiring principals. The development will be aligned to the Interstate School Leaders Licensure Consortium (ISLLC) Standards, the Tennessee Instructional Leadership Standards, McREL's Balanced Leadership Responsibilities, and the TEAM Administrator Evaluation.
3. **External professional development opportunities.** Our principal will also be encouraged to attend external professional development at conferences such as the TNLEAD conference, ASCD, Learning Forward, the National Association of Elementary School Principals (NAESP), and the National Association of Secondary Principals (NASSP). Further, the principal will be encouraged to visit other high performing schools throughout the country that are demonstrating success with similar student populations.

Emerald Academy will use the Tennessee Educator Accelerator Model (TEAM) Administrator Evaluation. We recognize that revisions to the current TEAM administrator evaluation model are being piloted and these revisions have yet to be finalized.

Additionally, the Governance Committee of the Board will establish annual personal performance goals, scholar and school-wide academic goals, and operational and financial goals; the Governance Committee will monitor the progress of the principal over the course of the year. Furthermore, the principal will be measured on his/her leadership ability across the following six domains in order to ensure that we fulfill our mission and vision and provide scholars with access to a high quality education:

- Living a mission and vision focused on results
- Leading and managing systems change
- Improving teaching and learning
- Building and maintaining collaborative relationships
- Leading with integrity and professionalism
- Creating and sustaining a culture of high expectations

As noted in the *Governance* section, members of the Governance Committee will interview staff members and collect survey results regarding the principal's leadership. At the conclusion of its annual review, the Governance Committee will prepare a report for the Board of Directors and make a recommendation regarding the principal's employment status.

- Describe how the proposed school intends to handle unsatisfactory leadership or teacher performance, as well as leadership/teacher changes.

***Unsatisfactory performance.*** The principal will be held accountable to the academic and operational performance goals as described in *Academic Performance* section of this application. If the school is failing to meet performance standards, the principal will create a corrective action plan that (s)he presents to the Board of Directors. The Board of Directors will closely monitor the school's and principal's progress against the corrective action plan. Should the school's performance fail to improve to the Board's satisfaction, the Board will explore making a leadership change.

Similarly, if teacher performance is unsatisfactory (as identified by assessment results, informal observations, and the formal evaluations), Emerald Academy will implement the progressive discipline policy described earlier in this section of the application. Emerald Academy is committed

to providing a high quality education to each and every scholar. Should we find that the principal and/or teachers are not helping to fulfill this, Emerald Academy will make changes as necessary.

***Leadership/teacher changes.*** Emerald Academy will seek to make any leadership or teacher changes at the end of the school year in an effort to not disrupt teaching and learning. Should the Board find that a leadership change needs to be made, the Board will create an ad hoc committee to create a transition plan and help with the recruitment and selection of a new leader. In the event that an evaluation and/or the progressive discipline policy indicate a need for a teacher change, Emerald Academy will inform the employee that his/her employment with the school will end at the conclusion of the school year. The principal will recruit and hire new employees, as needed.

- Attach a copy of the school's organizational chart and highlight the areas of this organizational structure that relate directly to the school's vision, mission.

Emerald Academy has designed the following staffing structure to ensure that we are able to fulfill our mission and vision. More specifically, we will employ a leadership team composed of the principal, director of specialized services, director of curriculum and instruction, and dean of scholars. By utilizing a distributed leadership model, responsibilities will be shared among the leaders, which will ultimately lead to increased focus and attention on teaching, learning, and culture. As noted in the organizational chart below, there is a dashed line between the director of curriculum and instruction and core/specials teachers. The dashed line indicates that the director of curriculum and instruction will have significant duties with regard to the teaching staff. The director of curriculum and instruction will not, however, serve in a supervisory role with regard to formal evaluations but will, instead, provide input on teacher performance to the principal.

We also have a robust scholar support team that includes interventionists, special education teachers, an ELL coordinator, and a counselor/social worker. These staff members will be essential to providing the additional necessary supports to scholars with special needs, ELL scholars, and at-risk scholars. As noted previously, we will invest significant resources in core and specials teachers in order to provide a 15:1 scholar-to-teacher ratio in the elementary school grades and a 20:1 scholar-to-teacher ratio in the middle school grades. Emerald Academy will employ a dean of scholars who will support the principal in ensuring a highly relational culture grounded in high expectations. The manager of family and community engagement will support the school's enrollment goals and family/community engagement efforts. Finally, the office manager and clerk/receptionist will ensure smooth office operations.

Note that this organizational chart includes the Board of Directors of Emerald Charter Schools, the sponsor, which oversees the principal and staff of Emerald Academy.




- Fill out the staffing chart below outlining your staffing projections. Adjust or add functions and titles as needed to reflect variations in school models.

| Position | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Principal | 1 | 1 | 1 | 1 | 1 |
| Dean of Scholars | 1 | 1 | 1 | 1 | 1 |
| Manager of Family and Community Engagement | | | | 0.5 | 1 |
| Director of Curriculum and Instruction | | | 1 | 1 | 1 |
| Instructional Coach | | | | 0.5 | 0.5 |
| Director of Specialized Services | 1 | 1 | 1 | 1 | 1 |
| Classroom Teachers (core subjects) | 8 | 15 | 22 | 29 | 32 |
| Classroom Teachers (non-core – special education, ELL, specials teachers, etc.) | 2 | 4 | 6.5 | 8.5 | 9 |
| Counselor/Social Worker | | | 1 | 1 | 1 |
| Office Manager | 1 | 1 | 1 | 1 | 1 |
| Clerk/Receptionist | 1 | 1 | 1 | 1 | 1 |

## Professional Development

Describe the proposed school's professional development plan and opportunities and how they relate to the chosen academic focus and plan. Explain career growth and development opportunities for staff to maximize the contribution and retention of highly effectively employees.

Emerald Academy will be a place of continuous learning and improvement. As such, staff at Emerald Academy will receive a significant amount of professional development (PD) at the beginning of the year and throughout the school year. Emerald Academy's PD plan will include a Summer Institute, bi-weekly school-wide PD, data days, bi-weekly professional learning communities, ongoing instructional coaching and observations, and external PD opportunities. Emerald Academy recognizes that the expectations we have for teachers are high. We have been intentional about the design of our school schedule, yearly calendar, and PD plan to ensure that teachers receive the necessary training and support to implement our chosen academic focus and plan.

Emerald Academy will implement specific strategies in order to ensure that teachers have opportunities for career growth and development, such as grade level/subject chairs and peer coaching; this is described in detail below. We believe that the strategies we will implement will maximize the contribution and retention of highly effective employees.

- Describe the core components of your professional development plan and how those components will support effective implementation of the academic plan.

Our professional development plan is specifically designed to ensure that teachers at Emerald Academy are prepared and equipped to implement the academic plan described in this application. We firmly believe that providing staff with training, support, and PD is absolutely essential to the success of our school. We also believe that PD cannot be offered just once at the beginning of the year. Professional development must be embedded and sustained throughout the school year to ensure that all staff are able to effectively implement our academic plan and ultimately ensure that the needs of each and every scholar are met. Staff members will participate in, and receive, PD through the following core components:

- **Summer Institute:** Staff members will participate in three weeks of orientation (four weeks for teachers new to Emerald Academy) in the summer to review teacher and scholar expectations and to model and practice school-wide systems to ensure consistency prior to scholars' arrival. Teachers will receive professional training and support on curriculum development including alignment of the curriculum to CCSS and Tennessee State Standards, assessment development, assessment interpretation, and data analysis. Our focus on curriculum and assessment before school starts will enable our teachers to have a clear scope and sequence for curriculum over the course of the year and will promote proper pacing of instruction to meet academic goals. The training related to each of these major areas will be guided by internally developed manuals, including:
  - Curriculum, Instruction, and Assessment;
  - Overview and School Operations; and
  - Classroom Management, School Culture, and Scholar Character.
- **Bi-weekly professional development:** Every other Wednesday, teachers will participate in school-wide PD after the scholars' early release on Wednesdays. School leadership will be responsible for determining the PD topics, based on teacher and school need.
- **Data days**: Emerald Academy will provide six PD data days to staff members each year so that staff can regularly assess scholar achievement data (see below for more specific information). Teachers will work in grade-level teams and individually to analyze results and develop re-teaching action plans. The action plans will be submitted to the principal and/or director of curriculum and instruction for review and feedback.

- **Bi-weekly professional learning communities**: Every other Wednesday (alternating with the bi-weekly PD described above), teachers will have the opportunity to meet in grade-level and/or subject-level teams to participate in professional learning communities (PLCs). According to Richard DuFour in his book, *What is a Professional Learning Community*, PLCs are widely misunderstood; he contends that professional learning communities can be effective if they adhere to the following core principles:
  - *Ensure that students learn:* DuFour states, "The professional learning community model flows from the assumption that the core mission of formal education is not simply to ensure that students are taught but to ensure that they learn. This simple shift—from a focus on teaching to a focus on learning—has profound implications for schools."[43] He contends that every professional in the building needs to be focused on three crucial questions: 1) What do we want each student to learn? 2) How will we know when each student has learned it? 3) How will we respond when a student experiences difficulty in learning? He notes "the answer to the third question separates learning communities from traditional schools."
  - *Create a culture of collaboration:* DuFour writes, "The powerful collaboration that characterizes professional learning communities is a systematic process in which teachers work together to analyze and improve their classroom practice. Teachers work in teams, engaging in an ongoing cycle of questions that promote deep team learning. This process, in turn, leads to higher levels of student achievement."
  - *Focus on results:* DuFour contends, "Professional learning communities judge their effectiveness on the basis of results. Working together to improve student achievement becomes the routine work of everyone in the school. Every teacher team participates in an ongoing process of identifying the current level of student achievement, establishing a goal to improve the current level, working together to achieve that goal, and providing periodic evidence of progress."
- **Ongoing instructional coaching and observations:** Teachers will also receive ongoing instructional coaching and observations from the principal and the director of curriculum and instruction. (As described in the *Personnel/Human Capital* section, the director of curriculum and instruction will not be hired until year 3. The principal will be responsible for conducting these activities for all teachers until the director of curriculum and instruction is hired.) At the start of each school year, the principal and the director of curriculum and instruction (once hired) will create a schedule and determine a set of teachers that each will observe and provide coaching to on a regular basis; this will be determined by teacher need and leader expertise. Teachers will be informally observed on a biweekly basis; these informal observations will be followed by a one-on-one coaching session, during which time the leader and teacher will discuss the feedback from the observation. It will also be an opportunity for teachers to seek assistance, discuss challenges, and share successes. Emerald Academy will also hire an instructional coach beginning in year 4. The instructional coach will provide additional coaching and support to teachers above and beyond the support provided by the principal and director of curriculum and instruction. This individual will be non-supervisory and will instead serve as a resource for teachers.
- **External opportunities:** Emerald Academy will invest resources in sending our grade level chairs and other promising teachers to external PD opportunities, such as the TNLEAD conference, ASCD, Learning Forward, National Association of Elementary School Principals (NAESP), and National Association of Secondary School Principals (NASSP). In addition, we will send teachers to other high-performing schools throughout the country to see their best

[43] http://www.ascd.org/publications/educational-leadership/may04/vol61/num08/What-Is-a-Professional-Learning-Community%C2%A2.aspx

practices. We believe that observing other high-performing schools will be essential to our continuous improvement. Finally, Emerald Academy and Breakthrough Schools' Prep Schools are discussing opportunities for joint PD or hosting Breakthrough Schools' Prep Schools staff members at our school. Since Emerald Academy is adopting Breakthrough Schools' Prep Schools model, we believe that working collaboratively with Breakthrough Schools' Prep Schools for PD will ensure successful implementation of the academic focus and plan.

- **District-sponsored opportunities for special education**: Emerald Academy may also send special educators to district-sponsored PD opportunities. Given the breadth of opportunities and the ability to provide the training to our teachers at an appropriate cost, Emerald Academy special educators will likely attend this PD. According to the Knox County Schools Executive Director of Student Support Services, the district currently allows other districts to attend this training and would be willing to provide this opportunity for Emerald Academy.

- Provide a schedule and overview of professional development that will take place prior to school opening. Explain the topics that may be included during the induction period and how teachers will be supported in delivering unique or particularly challenging aspects of the chosen curriculum.

As noted above, staff members will participate in three-to-four weeks of PD that will take place prior to school opening. Teachers new to Emerald Academy will begin the Summer Institute a week earlier than returning teachers. The extra week will give teachers new to the school an opportunity to get acclimated before the more experienced teachers return. It will also give the leadership team a chance to get to know the new teachers in a smaller, more individualized setting. The more experienced teachers will then be able to share their expertise and form mentoring relationships with the new teachers during the three weeks together.

During the Summer Institute, topics such as the following will be included:

- Mission and Vision
- Culture Overview and Philosophy
- Techniques to Teach Like a Champion
- Model Classroom (including SLANT, On Your Mark, Seat Signals)
- Discipline System and Consequences
- Routines and Procedures
- Co-Teaching Model
- Questioning Strategies
- Gradual Release Model
- Curriculum Development Process
- Assessment Creation and Alignment to Standards
- Assessment Interpretation and Data Analysis
- Scholars with Special Needs
- Technological Skills

Given the staggered starting dates, some of the PD will be automatically differentiated for new and returning teachers. Emerald Academy will differentiate the content of the remaining three weeks for our teachers as appropriate, in an effort to ensure that teachers receive the instruction they need to be successful. We anticipate having a range of experience and skill, and we believe that teachers, as well as scholars, need to receive differentiated instruction. We will survey our teachers at the end of each school year to determine areas of need and will create our Summer Institute and schedule with those needs in mind.

As described in the *Academic Focus and Plan* section, Emerald Academy teachers will create their own curriculum, but will use various curricular resources to support their instruction. Since no one curriculum will be fully utilized, the support that teachers will receive regarding the unique and challenging aspects of our curriculum will include how to conduct backwards planning, how to select and identify strong resources, and how to assess instruction.

- Describe the expected number of days and hours for professional development throughout the school year and explain how the school's calendar, daily schedule, and staffing structure support this plan. Include time scheduled for collaborative planning and how such time will typically be used.

Emerald Academy will offer various PD opportunities throughout the school year. More specifically, Emerald Academy will have data days every six weeks during which time teachers will work in grade level/subject teams to analyze the data from the most recent internal interim assessments. There will be six data days in total, which will equal 48 hours.

In addition, Emerald Academy teachers will participate in PD every Wednesday; scholars will be released early. Teachers will alternate between school-wide PD and professional learning communities. These will occur every Wednesday from 2:30 p.m. – 4:00 p.m. There will be 34 early dismissal PD days, resulting in 51 hours of professional development.

Emerald Academy's school calendar and daily schedule have been specifically designed to provide our staff members with significant opportunities for PD and collaborative planning. In addition to the professional learning communities and PD offered every Wednesday during the early release day, teachers in the elementary grades will have two 45-minute blocks each day that do not include instructional duties, one of which will be required to be used for collaborative planning in grade-level teams. Teachers will work in grade-level teams to design instruction and assessments. Teachers will assign a specific subject area to one of the four grade level teachers and that teacher will be responsible for planning instruction. Teachers will likely rotate their subjects to ensure that all teachers have opportunities to plan instruction for the core content areas. The grade-level chair will be responsible for leading these meetings and ensuring that teachers discuss the instructional plans and are prepared and equipped to implement the lessons.

In the middle school grades, teachers will also have two 45-minute blocks each day that do not include instructional duties. Collaborative planning among content area teachers and grade level teachers will be accomplished during professional learning communities, which will occur every other Wednesday. One professional learning community, for example, will be a content level meeting, and the next professional learning community will be a grade level meeting; the meetings will alternate throughout the school year. The content level meeting will allow teachers to conduct vertical alignment of curriculum; the grade level meeting will allow teachers to discuss scholar needs at respective grade levels. Once the school is at capacity, there will be four ELA teachers (one per grade level), four mathematics teachers (one per grade level), two science teachers (one for every two grade levels), and two social studies teachers (one for every two grade levels). Given that each teacher will plan his/her own instruction for his/her grade level(s), a collaborative planning structure similar to the elementary school grades will not be used. Also, at the middle school grades, entire subject areas will not be in specials at the same time (like in the elementary grades, where all scholars in one grade level participate in specials at the same time).

- Describe how the school's culture and leadership team will support professional growth.

From day one, we will establish a culture that values learning from all levels of the school – from scholar to teacher to principal. For more information about how Emerald Academy intends to build our desired school culture, see the *School Culture* section. Emerald Academy will recruit and hire teachers who have a growth mindset and are open to change. As described previously, "In a

growth mindset, people believe that their most basic abilities can be developed through dedication and hard work—brains and talent are just the starting point. This view creates a love of learning and a resilience that is essential for great accomplishment."[44]

We will be a school that continuously grows and seeks excellence from all staff members, regardless of tenure and experience. As noted above, Emerald Academy's leadership team will invest significant resources in the professional growth of our teachers through developing and leading bi-weekly professional development opportunities and providing ongoing coaching. For more information about coaching, see the questions below. Professional growth at Emerald Academy will be expected, and all teachers or leaders, regardless of how skilled the individual is, will be expected to continuously grow and improve in their practice.

- Describe the plan to cultivate future leadership capacity.

In order to cultivate future leadership capacity, Emerald Academy will implement a number of mechanisms that will allow teachers to grow and develop as leaders:

- **Grade level/subject chairs:** Each grade level (in the elementary grades) or subject (in the middle school grades) will have a grade level/subject chair who will be responsible for running professional learning communities. The grade level/subject chair will work with school leadership to set the agendas for the meetings and facilitate the meetings. In addition, grade level/subject chairs will gather input from their colleagues to provide to school leadership. As noted in the *Personnel/Human Capital* section, providing teachers with opportunities to lead is a key retention strategy that Emerald Academy will embrace.
- **Peer observations and coaching:** All teachers at Emerald Academy will be provided with the opportunity to conduct peer observations followed by peer coaching. According to Pam Robbins in her book, *How to Plan and Implement a Peer Coaching Program*, "Peer coaching is a confidential process through which two or more professional colleagues work together to reflect on current practices; expand, refine, and build new skills; share ideas; teach one another; conduct classroom research; or solve problems in the workplace."[45] Teachers will be asked to volunteer for the observations and coaching.
- **External professional development:** As noted above, Emerald Academy will invest resources in sending leaders and teachers to high-quality external PD opportunities. Emerald Academy will use a train-the-trainer model, in which the teachers attending the PD will return to the school and then train their colleagues. They may also conduct observations and provide feedback to their colleagues about the implementation of the PD.

- Explain how the school's staff will demonstrate a spirit of collaboration to share innovative practices across the entire district

At Emerald Academy, all staff members will be 100 percent invested in the success of our scholars. Our staff will demonstrate a spirit of collaboration to share innovative practices with each other and with other educators across the entire district. We firmly believe that improving education is the responsibility of all educators. We are completely committed to sharing our learnings with the district in an effort to increase the academic achievement of ALL students, not just Emerald Academy scholars. Every child deserves a high quality education; we will do our part to provide that. For example, in an effort to share innovative practices across the district, Emerald Academy may hold a community meeting at the end of the school year at which the school will conduct a Gallery Walk. Teachers and school leaders will offer short presentations on their innovative practices, while viewers move from presentation to presentation. Finally, our principal will seek to cultivate a positive working relationship with district administrators in an effort to share best practices and work collaboratively to increase achievement for all scholars.

[44] http://mindsetonline.com/whatisit/about/
[45] http://www.ascd.org/publications/books/61191149/chapters/A-Definition-of-Peer-Coaching.aspx

- Describe the policies and procedures for evaluating staff, providing feedback and celebrating excellence.

*Evaluating staff and providing feedback.* Giving our scholars great teachers – teachers who can have a transformational impact on their lives – is the single most important thing our school can do. A fair, accurate evaluation system that provides our teachers with regular, meaningful feedback that helps them continuously improve their instructional practice is critical to making that happen. By setting clear expectations and providing honest feedback about strengths and areas for development, evaluations can help teachers chart a course toward greater success in the classroom. Our goal will be to help our teachers reach their full potential so they can help our scholars reach their full potential.

Our evaluation system will allow us to grow our teachers, identify strengths and improvement areas, and increase scholar outcomes. We feel the very nature of our system is one of coaching and collaboration that requires time invested from all stakeholders. Our system will allow us to provide the very best education possible for our scholars.

Evaluation of Emerald Academy teachers will be conducted in order to achieve the following five outcomes: 1) improve instruction; 2) provide ongoing feedback for teacher professional growth; 3) facilitate communication between the professional teacher and his/her immediate supervisor; 4) promote high standards of excellence for teachers; and 5) identify areas to strengthen and the supports available to assist in this process.

As required by the State of Tennessee, teachers with individual growth scores will be evaluated according to the following:

- 50% of the evaluation will examine scholar achievement data
  - 35% based on scholar growth
  - 15% based on additional measures of scholar achievement adopted by the State Board of Education and chosen through mutual agreement by the educator and evaluator
- 50% of the evaluation will be determined through qualitative measures such as teacher observations, scholar perception surveys, personal conferences, and review of prior evaluations and work.

Emerald Academy teachers will be formally evaluated twice per year. The process will include a pre-conference, classroom visit, post-conference, professionalism scoring, and a summative conference. Emerald Academy will use the Tennessee Educator Acceleration Model (TEAM) as our evaluation tool. According to the TEAM website, the Tennessee Department of Education partnered with the National Institute for Excellence in Teaching (NIET) to adapt their rubric to Tennessee. The TEAM websites states, "The NIET rubric is based on research and best practices from multiple sources. In addition to the research from Charlotte Danielson and other prominent researchers, NIET reviewed instructional guidelines and standards developed by numerous national and state teacher standards organizations. From this information, they developed a comprehensive set of standards for teacher evaluation and development."[46] The rubric is divided into three main categories: instruction, planning, and environment. Teachers will receive a rating of significantly above expectations (5), at expectations (3), or significantly below expectations (1). Emerald Academy leadership will use the TEAM Educator Observation Form to conduct the formal observations; the observation form is directly linked to the TEAM rubric.

Emerald Academy will also use the professionalism rubric to assess each teacher's professionalism.[47] The professionalism rubric focuses on four key areas:

---

[46] http://team-tn.org/wp-content/uploads/2013/08/TEAM-Overview_7_15_13.pdf
[47] http://team-tn.cloudapp.net/wp-content/uploads/2013/12/Professionalism-Rubric.pdf

1. Professional Growth and Learning
2. Use of Data
3. School and Community Involvement
4. Leadership

The TEAM evaluation tool aligns exceptionally well with the beliefs and values of Emerald Academy. We believe that this evaluation tool will help us ensure that educators are meeting expectations and continuously growing in their craft.

For more information about our informal observations and how Emerald Academy will provide consistent and ongoing feedback, see the next question.

*Celebrating Excellence.* In addition to evaluating teachers and providing feedback, Emerald Academy will also seek to consistently celebrate excellence. As noted in the section on retention, TNTP notes that providing recognition and accomplishments to teachers publicly is an effective retention strategy. In order to publicly recognize and celebrate staff members, Emerald Academy will utilize shout-outs given during the daily morning huddle. (At the start of every school day, all staff members will convene for a five-minute huddle.) Teachers will also be celebrated during Community Circle and other school-wide assemblies. Further, at the end of each school year, Emerald Academy will host a celebration during which time both scholars and teachers will be celebrated for their hard work and perseverance throughout the school year.

- Detail who is involved in the evaluation process, how constructive feedback will be provided and how often.

The principal and the director of curriculum and i nstruction (once hired in year three) will be responsible for conducting evaluations. As noted above, constructive feedback will be provided following both formal and informal observations. Formal observations and evaluations will be conducted twice per year; informal observations will be conducted by school leadership on a bi-weekly basis.

In order to track observations and provide feedback, school leadership will use an online platform called BloomBoard. BloomBoard is currently used at Breakthrough Schools' Prep Schools and was chosen after conducting extensive research on various models and platforms. BloomBoard was designed to empower educator growth and development; it is provided to schools at no charge. Through this online platform, school leadership will be able to manage and track all teacher observations (both formal and informal, if desired). According to BloomBoard's website, BloomBoard works with their clients to customize the platform according to each school's rubrics, frameworks, and processes. Emerald Academy will engage BloomBoard to customize the platform once the principal is hired, should the charter be awarded. BloomBoard will be an essential tool to track observations. It will allow school leaders to take notes while observing lessons, align evidence collected to our evaluation framework, and provide personalized feedback. For more information about BloomBoard, visit their website: http:// www.bloomboard.com/schools.

While school leadership will provide personalized feedback through BloomBoard, school leadership will also meet with teachers following their observations to discuss the feedback and answer any questions teachers may have related to the feedback. School leaders will also discuss challenges teachers are having, provide instructional strategies, and give suggestions, in addition to discussing other topics. The feedback session will be based on each teacher's needs. School leadership will ask each teacher to come prepared to discuss specific areas needing attention. Ultimately, the goal is to ensure that each teacher is receiving the support and coaching needed to be a highly effective teacher.

## Operations Capacity

Describe the capacity of school leadership (current or proposed) in terms of skills, experience, and available time to identify and respond to the needs of the staff and also balance the needs of the school and students.

As discussed above, the principal will be the strategic, academic, and financial leader of Emerald Academy. In addition, (s)he will oversee management of the day-to-day operations of the school. The principal will directly or indirectly supervise all staff and will report to the Board of Directors. His/her major areas of responsibility will include:

- Organizational leadership
- Teaching and learning
- School culture and behavior
- School finance and operations
- Management and development of people systems and resources
- Parent and community relations

The principal will have the skills and experience to identify and respond to the needs of the staff and also balance the needs of the school and scholars. To ensure that (s)he has the time and resources necessary to effectively manage the school, the principal will be supported by a robust leadership team, as well as external financial and operations support.

**Leadership Team.** The leadership team will include:

- **Dean of Scholars:** The dean of scholars will be hired in year one and will be responsible for assisting the principal with building and maintaining a strong school culture. (S)he will manage and monitor scholars' behavior and discipline and serve as the point person for all family-related matters. The dean of scholars will also manage the community service requirements for eighth grade scholars.

  For the first three years of the school's operations, the dean of scholars will also be responsible for coordinating parental and community engagement activities. In the school's fourth year, Emerald Academy will hire a manager of family and community engagement who will assume this role.
- **Director of Curriculum and Instruction:** The director of curriculum and instruction will be hired in the school's third year of operation. In the first two years of operation, while the faculty is relatively small, the principal will be responsible for these duties. (S)he will provide ongoing coaching, observation, and professional development for teachers. In this capacity, the director of curriculum and instruction will work with teachers to continuously improve teaching practices. In addition, (s)he will support the principal and faculty in developing, refining, and aligning the school's curriculum and assessments.
- **Director of Specialized Services:** The director of specialized services will be hired in year one and will oversee the special education, ELL, and RTI[2] programs. (S)he will be responsible for all case management, development, and monitoring of IEP and Section 504 plans, and coordination of clinical services. In addition, the director of specialized services will provide ongoing professional development to teachers and other faculty who work with at-risk scholars, scholars with disabilities, ELL scholars, and gifted and talented scholars.

The qualifications, hiring timeline, and hiring process for the principal are detailed in the *Personnel/Human Capital* section of this application. The principal will be responsible for hiring all other leadership staff and will initiate this process immediately upon approval of the charter school.

**External finance and operations support**

Emerald Academy will contract with Emerald Youth Foundation (EYF) to provide back office, accounting, financial management, and compliance support. EYF has a long history and outstanding reputation for its sound financial and administrative operations. To enhance its current financial management and administrative capacity, EYF will create a Service Bureau that will include a chief financial and administrative officer, a director of operations, a director of finance and a s taff accountant. This team will have the capacity to provide both EYF and Emerald Academy with the high-quality financial and back office support that they need.

The EYF Service Bureau will be staffed by the following individuals:

- **Chief Financial and Administrative Officer, Scot Braun**, currently serves as the EYF Chief Financial Officer on a contract basis. Scot has more than 25 years of experience in corporate finance, mergers and acquisitions, recapitalizations, capital raises and restructurings, risk management, operational streamlining, strategic planning, regulatory and corporate governance, and management consulting for both for-profit and not-for-profit organizations. Scot also serves as a governor-appointed member of the State of Tennessee's Building Finance Committee. Scot holds an Executive MBA from Duke University's Fuqua School of Business and a Bachelor's degree in Accounting from Marshall University. He is also a licensed Certified Public Accountant.
- **Director of Operations, David Wells**, has served as the Senior Director of Development and Administration for EYF for the past three years. Prior to joining EYF, David served as the General Manager for a group of four Knoxville radio stations. David has extensive operations experience and background in managing governmental compliance and associated reporting. In addition, he has demonstrated strong management skills in the areas of human resources, facilities and contracting, and IT. David is a graduate of the University of Tennessee.
- **Director of Finance, Margaret Fuson,** has 32 years of accounting experience for both for-profit and not-for-profit organizations. Margaret currently serves as the Director of Finance for EYF, where she manages all accounting and bookkeeping functions. In addition, she oversees grant and government reporting, serves as the point person for all financial audits, and prepares financial reports for management and the Board of Trustees. Margaret graduated summa cum laude from Cumberland College with a degree in Business Administration and a concentration in Accounting.

The EYF Service Bureau will work closely with the Emerald Academy principal to ensure that the school's accounting, fiscal management, compliance, and back office needs are being met. In addition, the EYF Service Bureau will support the Emerald Academy Office Manager who will be responsible for all compliance related matters. The chief financial and administrative officer will meet weekly with the principal to review the school's financial position and support him/her in all budgeting and financial decision making. In addition, the chief financial and administrative officer will prepare and deliver reports to the finance committee of the Board and the Board of Directors.

If you intend to contract with specific educational service providers, such as a charter management organization (CMO), please include:

- Selection process and criteria,
- Division of roles between the Board and the service provider,
- How performance of the provider will be measured,
- Conditions for renewal and termination of the agreement, and
- How you will check for and manage any potential conflicts of interest.

Emerald Academy does not plan to contract with an educational service provider or CMO. However, Emerald Charter Schools may, in the future, apply to open additional charter schools, at which time it may elect to establish itself as a CMO.

# Financial Plan and Capacity

## Charter School Financing

The Public Charter School Budget is found as Attachment 9. The Budget Narrative is found as Attachment 10.

## Attachment 1: Start-Up Plan

Emerald Academy has developed the following start-up plan to use as a guide for the major activities that must take place between the submission of the charter application and the opening of the school. We anticipate that this plan will continue to evolve over the upcoming months as we hire the principal and await charter approval. As such, this will be a living plan that will be adjusted as needed to ensure that we are prepared to open Emerald Academy in August 2015.

| Category | Task/Activity | Person/People Responsible | Timeline |
|---|---|---|---|
| Community Engagement and Recruitment | Hold monthly Parent and Community Advisory Committee meetings | Board President / Principal | Ongoing |
| Community Engagement and Recruitment | Hold bi-monthly community meetings | Board President / Principal | Ongoing |
| Community Engagement and Recruitment | Develop marketing materials | Board President | 4/1/14 – 6/30/14 |
| Community Engagement and Recruitment | Launch scholar recruitment campaign | Principal | 9/1/14 |
| Community Engagement and Recruitment | Accept and acknowledge scholar applications | Principal / Office Manager | 9/1/14 – 3/30/15 |
| Community Engagement and Recruitment | Hold open houses for prospective scholars and parents | Principal | 9/1/14 – 3/30/15 |
| Community Engagement and Recruitment | Hold enrollment lottery | Principal / Office Manager | 4/3/15 |
| Community Engagement and Recruitment | Notify parents of admission status | Office Manager | 4/6/15 |
| Community Engagement and Recruitment | Register scholars | Office Manager | 4/6/15 – 7/31/15 |
| Community Engagement and Recruitment | Hold scholar and parent orientations | Principal | 5/1/15 – 7/31/15 |
| | | | |
| Governance | Develop Board orientation handbook | Board President | 4/1/14 – 9/1/14 |
| Governance | Orient new Board members | Board President | 4/1/14 – 9/1/14 |
| Governance | Finalize and adopt Board policies | Board President | 4/1/14 – 6/30/14 |
| Governance | Establish Board committees and select committee chairs | Board President | 4/1/14 – 6/30/14 |

| Category | Task/Activity | Person/People Responsible | Timeline |
|---|---|---|---|
| Governance | Hold monthly Board meetings | Board President | Ongoing |
| | | | |
| Human Resources | Finalize and adopt personnel policies and procedures | Service Bureau / Board President | 4/1/14 – 6/30/14 |
| Human Resources | Coordinate benefits with KCS | Service Bureau / Board President | Upon Charter Approval |
| Human Resources | Recruit principal | Board President or designee | 4/1/14 – 5/31/14 |
| Human Resources | Target date for selecting the principal | Board President or designee | 5/31/14 |
| Human Resources | Target start date for principal | NA | 7/1/14 |
| Human Resources | Recruit office manager | Principal | 9/1/14 – 11/30/14 |
| Human Resources | Target date for selecting the office manager | Principal | 12/1/14 |
| Human Resources | Target start date for office manager | Principal | 1/1/15 |
| Human Resources | Launch teacher hiring process | Principal | 12/1/14 |
| Human Resources | Conduct teacher interviews | Principal | 12/1/14 – 4/30/15 |
| Human Resources | Target completion date for teacher hiring | Principal | 4/30/15 |
| Human Resources | Teacher start date | NA | 7/20/15 |
| Human Resources | Recruit dean of scholars and director of specialized services | Principal | 12/1/14 – 5/31/15 |
| Human Resources | Target date for hiring dean of scholars and director of specialized services | Principal | 5/31/14 |
| Human Resources | Target start date for dean of scholars and director of specialized services | Principal | 7/1/14 |
| | | | |
| Financial Management | Develop and implement interim fiscal management policies and procedures | Board President / Service Bureau | 4/1/14 – 6/30/14 |
| Financial Management | Develop and implement formal fiscal management policies and procedures | Board President / Service Bureau | 7/1/14 – 8/31/14 |
| Financial Management | Secure payroll services provider | Service Bureau | 4/1/14 – 6/30/14 |
| Financial Management | Hire auditor | Board Treasurer | 9/1/14 – 12/31/14 |
| Financial Management | Create a standard financial reporting package for the Board and leadership | Service Bureau | 7/1/14 – 8/31/14 |
| Financial Management | Secure non-employee insurance | Service Bureau / Board Treasurer | 4/1/14 – 6/30/14 |

| Category | Task/Activity | Person/People Responsible | Timeline |
|---|---|---|---|
| Financial Management | Launch fundraising campaign | Board President | 4/1/14 |
| | | | |
| Operations and Administration | Develop a safety manual and emergency procedures handbook | Office Manager | 6/1/15 – 7/31/15 |
| Operations and Administration | Finalize the scholar and family handbook | Principal / Office Manager | 1/1/15 – 4/1/15 |
| Operations and Administration | Create an internal compliance calendar | Office Manager / Service Bureau | 1/1/15 – 3/31/15 |
| Operations and Administration | Develop school-wide policies and procedures to ensure full compliance with charter contract | Office Manager / Service Bureau | 1/1/15 – 6/30/15 |
| Operations and Administration | Secure and set up student information system (SIS) | Office Manager / Service Bureau | 4/1/15 – 6/30/15 |
| Operations and Administration | Coordinate food service with KCS | Office Manager / Service Bureau | 4/1/15 – 6/30/15 |
| Operations and Administration | Research and identify vendors for supplies, furniture, equipment, etc. | Office Manager / Service Bureau | 4/1/15 – 6/30/15 |
| Operations and Administration | Negotiate and execute contracts with service providers | Office Manager / Service Bureau | 4/1/15 – 6/30/15 |
| Operations and Administration | Procure school start-up equipment, furniture, materials and supplies | Office Manager / Service Bureau | 7/1/15 – 7/31/15 |
| | | | |
| Academics | Plan Summer Institute professional development program | Principal | 4/1/15 – 7/15/15 |
| Academics | Hold Summer Institute | Principal | 7/20/15- 8/7/15 |
| Academics | Plan Fall professional development | Principal | 7/1/15 – 7/31/15 |
| Academics | Create level book libraries for classrooms | Principal and Classroom Teachers | 7/20/15- 8/7/15 |
| Academics | Complete the Emerald Academy Common Core State Standards Analysis Document | Principal and Classroom Teachers | 7/20/15- 8/7/15 |
| Academics | Build the Unit Sequence Calendar | Principal and Classroom Teachers | 7/20/15- 8/7/15 |
| Academics | Build the first interim assessment | Principal and Classroom Teachers | 7/20/15- 8/7/15 |
| Academics | Create class/course descriptions | Classroom Teachers | 7/20/15- 8/7/15 |
| Academics | Write the first unit plan | Classroom Teachers | 7/20/15- 8/7/15 |
| Academics | Confirm curriculum resource selection | Principal | 4/1/15 – 6/30/15 |

| Category | Task/Activity | Person/People Responsible | Timeline |
|---|---|---|---|
| Academics | Purchase all curricular supplies | Principal / Office Manager | 7/1/15 |
| Academics | Create daily scholar and teacher schedules | Principal | 4/1/15 – 6/30/15 |
| | | | |
| Facilities | Select a permanent facility solution | Board President | 4/1/14 – 5/30/15 |
| Facilities | Negotiate facility acquisition | Board President | 5/1/14 – 6/30/14 |
| Facilities | Negotiate facility financing | Board President | 4/1/14 – 7/31/14 |
| Facilities | Assemble facility development team | Board President / Board Facility Expert | 6/1/14 – 7/31/14 |
| Facilities | Translate the program design into architectural drawings | Board President / Board Facility Expert | 8/1/14 – 9/30/14 |
| Facilities | Prepare and submit permit drawings for approval | Board President / Board Facility Expert | 9/1/14 – 10/31/14 |
| Facilities | Manage Facility Construction | Board Facility Expert | 11/1/14 – 5/31/15 |
| Facilities | Inspections | Board Facility Expert | 5/1/15 – 6/30/15 |
| Facilities | Secure Certificate of Occupancy | Board Facility Expert | 7/1/15 |

## Attachment 2: Organizational Chart



App.0621

# SHERRY WITT

## KNOX County Register of Deeds

637-3227
Steve EXT. #100

### CUSTOMER RECEIPT - RECORDING SERVICES

Receipt Number: **T20140005593**
Date/Time: 02/06/2014 10:06:26
Method Received: Walk-In
Clerk: Pennyc

Customer Name : EMERALD CHARTER SCHOOLS

MAILING LABEL
EMERALD CHARTER
ATTN; STEVE DIGGS
1718 N CENTRAL ST
KNOXVILLE TN 37917-5510

**Transaction Detail**

| Instrument Number | Instrument Type | Gen. Fee | Equip. Fee | Transfer Tax | Mortgage Tax | Copy | Cert. Copy | Total Copy Fee | # Pgs | Consideration | Subtotal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 201402060046436 | CORP | $5.00 | $2.00 | $0.00 | $0.00 | N | N | $0.00 | 4 | | $7.00 |

First Party Name: STATE OF TENNESSEE
Second Party Name: EMERALD CHARTER SCHOOLS

**Payment Information**

| Method of Payment | Payment Control ID | Authorized Agent | Amount |
|---|---|---|---|
| Cash | | | $7.00 |

**AMOUNT PAID:** **$7.00**
LESS AMOUNT DUE: $7.00
**CHANGE RECEIVED:** **$0.00**

Sherry Witt
Register of Deeds
Knox County



2

FILED

7277.1788.01/31/2014.10:41:38.Received by Tennessee Secretary of State Tre Hargett

CHARTER OF

# EMERALD CHARTER SCHOOLS

A TENNESSEE NONPROFIT CORPORATION

## ARTICLE I. NAME

The name of the corporation is **Emerald Charter Schools** (the "Corporation").

## ARTICLE II. AUTHORITY

The Corporation is a public benefit corporation and is organized pursuant to the provisions of the Tennessee Nonprofit Corporation Act (the "Tennessee Act").

## ARTICLE III. PURPOSES

The Corporation is organized exclusively for religious, charitable, educational, and scientific purposes within the meaning of Section 501(c)(3) and 170(c)(2) of the Internal Revenue Code of 1986 or the corresponding provisions of any future United States Internal Revenue Laws (the "Code"), for the benefit of, to perform the functions of, or to carry out the purpose of owning and operating a charter school, and purposes related thereto.

## ARTICLE IV. RESTRICTIONS

Section 1. No Private Inurement. No part of the net earnings of the Corporation shall inure to the benefit of, or be distributable to, its directors, trustees, officers or other private persons; except that the Corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in Article III. The Corporation shall not have capital stock or shareholders.

Section 2. No Substantial Lobbying. No substantial part of the activities of the Corporation shall be the carrying on of propaganda or otherwise attempting to influence legislation.

Section 3. No Political Campaigning. The Corporation shall not participate in, or intervene in (including the publishing or distribution of statements), any political campaign on behalf of any candidate for public office.

Section 4. Other Restrictions. Notwithstanding any other provisions of these Charter, the Corporation shall not carry on any activities not permitted to be carried on by a corporation exempt from federal income tax under Section 501(c)(3) of the Code, or by a corporation to which contributions are deductible under Sections 170(b)(l)(A) and 170(c)(2) of the Code.

Knox County Page: 1 of 4
REC'D FOR REC 02/06/2014 10:06:26AM
RECORD FEE: $7.00
M. TAX: $0.00 T. TAX: $0.00
201402060046436

7277 1781 01/31/2014 10:41:37 Received by Tennessee Secretary of State Tre Hargett

## ARTICLE V. DIRECTORS

Section 1. Initial Directors. The initial Board of Directors shall consist of three (3) members, whose names and addresses are set forth below:

| | |
|---|---|
| Steve Diggs | 1718 N. Central Street, Knoxville, TN 37917 |
| Tim McLemore | P.O. Box 1990, Knoxville, TN 37901 |
| Ed Hedgepeth | 302 Bailey Education Complex,<br>1122 Volunteer Blvd., Knoxville, TN 37996 |

Section 2. Limitation of Liability. No Director shall have any personal liability to the Corporation for monetary damages for breach of duty of care or other duty as a Director, by reason of any act or omission occurring on or subsequent to the date when this provision becomes effective, except that this provision shall not eliminate or limit the liability of a Director for (i) any breach of the Director's duty of loyalty to the Corporation; (ii) acts or omissions not in good faith or which involve intentional misconduct or a knowing violation of law; or (iii) unlawful distributions as set forth in Section 48-58-304 of the Tennessee Act.

## ARTICLE VI. NOT FOR PROFIT AND NO MEMBERS

The Corporation is not for profit. The Corporation shall not have members.

## ARTICLE VII. DISSOLUTION

Section 1. Dissolution. The Board of Directors may cease corporate activities and dissolve and liquidate the Corporation, by a vote of two-thirds of the Directors in office at the time the proposal for dissolution is approved.

Section 2. Liquidation. Upon the dissolution of the Corporation, the Board of Directors shall pay or make provision for the payment of all of the liabilities of the Corporation, and shall thereafter dispose of all of the assets of the Corporation exclusively for the purposes stated in Article III in such manner, or to such organization or organizations organized and operated exclusively for charitable, educational, religious, or scientific purposes as shall at the time qualify as an exempt organization or organizations under Section 501(c)(3) of the Code, as the Board of Directors shall determine.

Section 3. Contingent Provision. If any such assets are not so disposed of, the appropriate court of the county in which the principal Tennessee office (or if none the Tennessee registered office) of the Corporation is then located shall dispose of such assets exclusively for the purposes stated in Article III, and exclusively to such organization or organizations which are organized and operated exclusively for such purposes and at the time qualify as an exempt organization or organizations under such Section 501(c)(3) of the Code, as said court shall determine.



Page: 2 OF 4
201402060046436

72777178Z, 01/31/2014, 10:41:37, Received by Tennessee Secretary of State Tre Hargett

## ARTICLE VIII. INITIAL OFFICE AND AGENT

Section 1. Registered Office and Agent. The street address of the initial registered office of the Corporation is 1718 N. Central Street, Knoxville, Knox County, Tennessee 37917 and the name of the initial registered agent of the Corporation at that office is Steve Diggs.

Section 2. Principal Office. The street address of the initial principal office of the Corporation is 1718 N. Central Street, Knoxville, Knox County, Tennessee 37917.

## ARTICLE IX. AMENDMENT

The provisions of this Charter are subject to amendment as provided under the laws of the State of Tennessee; provided, however, that no provision contained herein shall be changed, modified, or repealed in such manner as to be inconsistent with the objectives and purposes for which the Corporation is formed.

## ARTICLE X. INCORPORATOR

Section 1. Incorporator. The name and address of the incorporator is Timothy M. McLemore, Esq., Gentry, Tipton & McLemore, P.C., P.O. Box 1990, Knoxville, Knox County, Tennessee 37901.

IN WITNESS WHEREOF, the undersigned incorporator has executed this Charter, pursuant to Tennessee Act Section 48-52-101.

[signature]
Timothy M. McLemore, Incorporator

Page: 3 OF 4
20140206004643 6

**STATE OF TENNESSEE**
**Tre Hargett, Secretary of State**
Division of Business Services
William R. Snodgrass Tower
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

Emerald Charter Schools
1718 N CENTRAL ST
KNOXVILLE, TN 37917-5510

January 31, 2014

## Filing Acknowledgment

Please review the filing information below and notify our office immediately of any discrepancies.

| | | | |
|---|---|---|---|
| **SOS Control # :** | **745837** | Formation Locale: | TENNESSEE |
| Filing Type: | Corporation Non-Profit - Domestic | Date Formed: | 01/31/2014 |
| Filing Date: | 01/31/2014 10:41 AM | Fiscal Year Close: | 12 |
| Status: | Active | Annual Report Due: | 04/01/2015 |
| Duration Term: | Perpetual | Image # : | 7277-1780 |
| Public/Mutual Benefit: | Public | | |
| Business County: | KNOX COUNTY | | |

**Document Receipt**

| | | | |
|---|---|---|---|
| Receipt # : 1296398 | | Filing Fee: | $100.00 |
| Payment-Check/MO - CFS-1, NASHVILLE, TN | | | $100.00 |

**Registered Agent Address:**
STEVE DIGGS
1718 N CENTRAL ST
KNOXVILLE, TN 37917-5510

**Principal Address:**
1718 N CENTRAL ST
KNOXVILLE, TN 37917-5510

Congratulations on the successful filing of your **Charter** for **Emerald Charter Schools** in the State of Tennessee which is effective on the date shown above. You must also file this document in the office of the Register of Deeds in the county where the entity has its principal office if such principal office is in Tennessee. Visit the TN Department of Revenue website (apps.tn.gov/bizreg) to determine your online tax registration requirements.

You must file an Annual Report with this office on or before the Annual Report Due Date noted above and maintain a Registered Office and Registered Agent. Failure to do so will subject the business to Administrative Dissolution/Revocation.

Page: 4 OF 4
201402060046436

Tre Hargett
Secretary of State

Processed By: Kathy Sherrell

# EMERALD CHARTER SCHOOLS

## Bylaws

### ARTICLE I
### NAME AND LOCATION

**Section 1.** **Name.** The name of this Corporation shall be **Emerald Charter Schools**.

**Section 2.** **Location.** The location of the initial principal office of this Corporation in the State of Tennessee shall be 1718 N. Central Street, Knoxville, Knox County, Tennessee 37917. This Corporation may change the location of the principal office and may have such other offices either in or out of the State of Tennessee as the Board of Directors may from time to time designate.

### ARTICLE II
### OBJECTIVES, PURPOSES, AND POWERS

**Section 1.** **Public Benefit Corporation.** This Corporation shall operate as a public benefit corporation under the laws of the State of Tennessee.

**Section 2.** **Purposes.**

(a) General Purposes. The general purposes for which the Corporation is formed are religious, charitable, scientific, and educational purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code of 1986, as amended ("Code").

(b) Specific Purposes. The specific purposes for which the Corporation is formed are for the benefit of, to perform the functions of, or to carry out the purpose of owning and operating a charter school, and purposes related thereto, within the meaning of Section 501(c)(3) of the Code.

**Section 3.** **Tax-Exempt Status.** The Corporation is constituted so as to accept substantial support from contributions, directly or indirectly, from the general public and has not been formed for pecuniary profit or financial gain. No part of the net earnings of the Corporation shall inure to the benefit of any director or officer of the Corporation or any private individual (except that reasonable compensation may be paid for services rendered to or for the Corporation for effecting one or more of its purposes), and no director or officer of the Corporation or any private individual shall be entitled to share in the distribution of the corporate assets upon dissolution of the Corporation. No substantial part of the activities of the Corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the Corporation shall not participate in or intervene in (including the publication or distribution of statements) any political campaign on behalf of any candidate for public office. Notwithstanding any other provision of these Bylaws, the Corporation shall not conduct or carry on any other activities not permitted to be carried on by an organization exempt from federal income tax

under Section 501(c)(3) of the Code and its regulations, or by an organization contributions to which are deductible under Section 170(b)(1)(A) of such Code and regulations.

**Section 4.** **Powers.** To these ends, the powers of the Corporation are:

(a) To take and hold by bequest, devise, gift, grant, purchase, lease, or otherwise, any property, real, personal, tangible or intangible, or any undivided interest therein, without limitation as to amount or value, and to sell, convey, lease, or otherwise dispose of any such property, and to invest, reinvest, or deal with the principal or the income thereof in such manner as, in the judgment of the Board of Directors, will best promote the purposes of the Corporation without limitation, except such limitations, if any, as may be contained in the instrument under which such property is received, the Charter or the Bylaws of the Corporation, or any laws applicable thereto.

(b) To possess and exercise all the powers and privileges granted to nonprofit corporations by the Tennessee Nonprofit Corporation Act, or any act amendatory thereto, or by any other law of the State of Tennessee or by the Charter of Incorporation or by these bylaws, together with any powers incidental thereto, either as principal or agent and either alone or in connection with other corporations, organizations, or individuals, to the extent that such powers and privileges are necessary, convenient, proper, or incidental to the accomplishment of any of the purposes of this Corporation, or directly or indirectly to promote the interests of this Corporation, or to enhance the values of its properties.

(c) To do any other act or thing incidental to or connected with the foregoing purposes or in advancement thereof.

## ARTICLE III
## NO MEMBERS

The Corporation shall have no members.

## ARTICLE IV
## BOARD OF DIRECTORS

**Section 1.** **Board of Directors.** The management of the property, activities, and affairs of the Corporation shall be vested in its Board of Directors.

**Section 2.** **Number and Qualification.**

(a) Number. The Incorporator shall appoint the initial Board of Directors. The number of Directors shall not be fewer than three (3), nor more than nine (9), as determined by the Board of Directors from time to time. The number of initial Directors shall be three (3).

(b) Qualification. Directors shall be at least 21 years of age and interested in and committed to the stated purposes of this Corporation.

(c) Annual Election and Terms.

(1) Except as otherwise provided in this Section, each Director shall be elected to serve for a term of three years, or until his or her successor is elected and qualified.

(d) Vacancies. Any vacancy in the office of a Director due to the death, disability, resignation, expiration of term, or removal of a Director shall be filled by election by the Board of Directors at its next meeting. Any successor so appointed shall serve the remaining term for the Director he or she replaces, or in the case of the replacement for a Director whose term has expired, shall begin a three-year term.

(e) Resignation. Any Director may resign upon written notice to all other Directors.

(f) Removal. Any Director may be removed with or without cause from office as a Director at any time by a two-thirds (2/3) vote of all of the Directors (other than the Director being removed).

**Section 3. Meetings of the Board of Directors.**

(a) Regular Meetings. Regular meetings of the Board of Directors shall be held at such times and places as the Board shall decide, which shall include at least one meeting each year.

(b) Special Meetings. Special meetings of the Board of Directors: (1) may be called by the President of this Corporation; or (2) shall be called by the President when at least one-third (1/3) of the members of the Board submit a request in writing for such meeting.

(c) Notice. The Secretary shall cause notice of the time and place of each annual meeting or special meeting to be received by each Director by direct or oral communication at least three days prior to the meeting date. Notice need not be given of regular meetings of the Board of Directors held at times fixed by resolution of the Board of Directors. No notice of any meeting need be given any Director who attends such meeting, unless any such Director attending at the beginning of such meeting states an objection to the place or time of the meeting, to the manner in which it has been called or convened, or to the transaction of business therein. Further, notice shall not be required to be given any Director who, at any time before or after the meeting, waives notice of the meeting in writing.

(d) Telephone Meetings. Meetings of the Board may be held by telephone or similar communications equipment if all Directors are given either (1) written notice at least five (5) days in advance of such meeting or (2) telephone notice at least 24 hours in advance of such meetings, and if all Directors participating can hear each other at the same time. Participation by such means shall constitute presence in person at the meeting.

(e) Roberts Rules. Roberts Rules of Order shall govern the proceedings at all meetings of the Board of Directors of the Corporation except where any are in conflict with the Charter or Bylaws of this Corporation.

**Section 4. Voting.**

(a) Votes. Each voting Director shall have one vote.

(b) Vote Required to Adopt. Except as provided in Article IV, Section 2(f) (regarding removal of directors), and Article X, Section 1 (regarding amending these Bylaws), the affirmative vote of a majority of the votes of the voting Directors present at a meeting with a quorum shall be sufficient to pass any motion at any meeting of the Board of Directors.

(c) Quorum. A quorum at any meeting of the Directors shall consist of a majority of Directors.

(d) Manner of Voting. All voting at meetings of the Board of Directors shall be by voice or a show of hands, except when otherwise specified, or when a written ballot is requested by a majority of those Directors present at such meeting.

**Section 5. Action Without Meeting.** Any action required or permitted by these Bylaws or otherwise to be taken at any meeting of the Board of Directors or of any committee established by the Board may be taken without a meeting, if written consent setting forth the action so taken shall be signed by all of the Directors or members of such committee, as the case may be, and such written consent is filed with the minutes of the proceedings of the Board or committee, as the case may be.

**Section 6. Powers and Duties.** The Board of Directors shall have the following powers and duties in addition to those given by the Charter of this Corporation and/or applicable law:

(a) Policy. It shall have control of and be responsible for the property, activities and affairs of the Corporation and determine matters of policy pertaining thereto.

(b) Annual Statement. It shall cause to be prepared each year a statement of the affairs of this Corporation for the preceding year.

(c) Employment. It shall approve the employment of any person by the Corporation and his or her salary.

## ARTICLE V
## OFFICERS

**Section 1.** **Composition**. The officers of the Corporation shall be a President, a Secretary, and such other officers or agents as may be elected or appointed by the Board of Directors, who may be, but need not be, voting members of the Board of Directors. Unless an officer dies, resigns, or is removed, he or she shall hold office until the next annual meeting of the Board and until his or her successor is elected or appointed. An individual may fill more than one office, except that the President and Secretary must be different individuals.

**Section 2**. **Election, Duties, and Powers**. The officers of the Corporation shall be elected by the Board and shall have the responsibilities and duties described below.

(a) President. The President shall serve as the Chief Executive Officer of the Corporation, subject to the policy direction of the Board of Directors. The President shall have and exercise the general powers and duties usually vested in the president of a nonprofit corporation, including without limitation the exercise of general control and supervision over the affairs of the Corporation. The President shall preside at all meetings of the Board and shall appoint committee members and their chairs. The President shall be an ex-officio member of all committees except the Audit Committee, if one exists. The President shall see that all orders and resolutions of the Board are carried into effect. The President shall perform such other duties and exercise such other powers and authority as may be required of him or her by these Bylaws or assigned to him or her from time to time by the Board.

(b) Secretary. The Secretary shall give notice of all meetings of the Board, keep minutes of such meetings permanently in books provided especially for such purpose, and ensure that they are approved at subsequent meetings; shall notify all officers of their election; and shall have custody of the corporate records. He or she shall perform such other duties and exercise such other powers and authority as may be required of him or her by these Bylaws or assigned to him or her from time to time by the Board or the President of the Corporation.

**Section 3**. **Resignation and Removal**. An officer may resign at any time by delivering notice to the President (for any officer other than the President) or the Board of Directors. Such resignation is effective when such notice is delivered unless such notice specifies a later effective date. An officer may be removed at any time at any legally held special meeting of the Board.

**Section 4**. **Vacancies**. Vacancies caused by resignation, removal, or death of an officer, or any other cause, may be filled for the unexpired portion of the term by a majority vote of the members of the Board at any regular or special meeting.

## ARTICLE VI
## CONTRACTS, LOANS, CHECKS, AND DEPOSITS

**Section 1.** **Contracts.** The Board of Directors may authorize any Officer or Officer's agent or agents of the Corporation to enter into any contract or execute and deliver any instrument in the name of and on behalf of the Corporation, and such authority may be general or confined to specific instances.

**Section 2.** **Loans.** No loan shall be contracted on behalf of the Corporation and no evidences of indebtedness shall be issued in its name unless specifically authorized by a resolution of the Board of Directors. Such resolutions may be general or confined to specific instances.

**Section 3.** **Checks, Drafts, Etc.** All checks, drafts, or other orders for the payment of money, notes, or other evidence of indebtedness issued by or in the name of this Corporation shall be signed by such Officer or Officers, or Officer's agent or agents of this Corporation and in such a manner as shall from time to time be authorized by resolution of the Board of Directors.

**Section 4.** **Deposits.** All funds of the Corporation, not otherwise employed, shall be deposited from time to time to the credit of the Corporation in such bank, or banks of trust companies, or other depositories as the Board of Directors shall authorize by resolution.

**Section 5.** **Fiscal Year.** The fiscal year of the Corporation shall commence on July 1 and end on June 30.

**Section 6.** **Bond.** Any Officer or agent of the Corporation authorized to disburse corporate funds may be required by the Board of Directors to give bond.

## ARTICLE VII
## COMMITTEES

Standing or special committees, advisory boards, or honorary boards may be created or appointed from time to time by the Board of Directors or by the President as the affairs of this Corporation may require.

## ARTICLE VIII
## DIRECTOR AND OFFICER LIABILITY

Pursuant to and expanding upon Tenn. Code Ann. Section 48-52-102(b)(3), the directors and officers of the Corporation shall have no personal liability to the Corporation or to its members for monetary damages for breach of fiduciary duty as a director or officer; provided, however, that this provision shall not eliminate or limit liability of a director or officer for any breach of a director's or officer's duty of loyalty to the Corporation or for acts or omissions not in

good faith or which involve intentional misconduct or a knowing violation of law, or for any violation of Tenn. Code Ann. Section 48-58-304 relating to unlawful distributions.

## ARTICLE IX
## INDEMNITY

Each Officer, Director, or employee of the Corporation shall be indemnified by the Corporation against expenses reasonably incurred by him or her in connection with any action, suit or proceeding to which he or she may be made a part by reason of being, or having been, an Officer, Director, or employee of the Corporation, except in relation to matters as to which he or she shall be finally adjudged in such action, suit, or proceeding to have been derelict in the performance of his or her duty as an Officer, Director, or employee. "Derelict" shall mean grossly negligent, criminally negligent, or intentionally engaging in tortious conduct with the intent to defraud, deceive, misrepresent, or take advantage improperly of a corporate opportunity.

## ARTICLE X
## RACIALLY NONDISCRIMINATORY POLICY

Emerald Charter Schools admits the students of any race to all the rights, privileges, programs, and activities generally accorded or made available to students at its school and Emerald Charter Schools does not discriminate on the basis of race in administration of its educational policies, admissions policies, scholarship and loan programs, and athletic and other school-administered programs. Race in this definition includes color and national or ethnic origin.

## ARTICLE XI
## AMENDMENTS

**Section 1.** **Required Vote.** These Bylaws may be amended by an affirmative vote of at least two-thirds (2/3) of the Board of Directors. A written notice to the Board of Directors shall be provided at least five days prior to such meeting and shall contain the proposed amendment or amendments.

**Section 2.** **Action to Amend.** Initiation of action to amend these Bylaws may be by:

(a) action of the Board of Directors; or

(b) recommendation of an ad hoc committee appointed by the President.

**CERTIFICATION**

I hereby certify that these Bylaws for the Corporation were duly adopted as of the 31st day of January, 2014.

Mary Kay Enge
Secretary

4013\Corp Docs\Bylaws.Emerald Charter Schools.docx

## Governance Organizational Chart



## Résumés of Applicant Team Members

**Steve Diggs**

1050 Ledgerwood Ave.
Knoxville, TN 37917
865-805-0756
sdiggs@emeraldyouth.org

Education: Maryville College, B.A. Business Management – 1988

Wife: Sabrina Spires Diggs (Married December 30, 1988)

Children: Adam Diggs (December 10, 1996)
Abby Diggs (May 14, 2003)

Experience: Emerald Avenue United Methodist Church, Youth Pastor
1988 – 1991

Emerald Youth Foundation, Executive Director
1991 – Present

Emerald Youth Foundation began as an outreach of Emerald Avenue UMC and was incorporated in 1991 to assist in developing resources needed to provide a quality ministry with urban children and teenagers. Emerald Youth is in collaboration with other churches and faith-based organizations which provide ministry across the city through its mission to raise up a large number of urban youth to love Jesus Christ and become effective leaders who help renew their communities.

Community Involvement:

- Norwood Kiwanis Club: President 1996-1997; Division V Spiritual Arms Chair; Layperson of the Year Award 1995
- Leadership Knoxville: Class of 1997
- Oakwood/Lincoln Park Neighborhood Association: Board Member
- Knoxville's Promise: Steering Committee Member
- Knox County Health Improvement Council Member
- Holston Conference UMC: Bishop's Initiative on Children and Poverty, Team Chair 1999-2001
- Center for Neighborhood Development: Knoxville Zone Advisory Council, Board Member
- Project GRAD: Board Member 2004-present; Executive Committee Member 2009-present
- Emerald Avenue UMC: Lay Leader 2006-2011; Finance Chair 2011-present
- Knoxville Falcons Youth Athletics: Board Member and Coach
- Knoxville Leadership Foundation: Board of Reference
- Knox County One Question: Steering Committee Member 2007
- Knox County Schools: Magnet School Task Force Member 2007
- VTeam Fund, Chattanooga: Advisory Board Member 2007
- Knox County Government, Charter Review Committee 2008
- Knoxville Nativity Pageant: Advisory Board Member 2010-present
- Johnson University Urban Alliance: Member 2013-present
- Tennova Metro Board Member 2012-present
- Knoxville District UMC, Transformation Team Member – 2013-2014

## Renda J. Burkhart

## Curriculum Vitae

### *Work Experience*

### Founder and President, Burkhart & Company, P.C.

Renda Burkhart founded Burkhart & Company, P.C. in 1982 and serves as Firm president. Burkhart & Company, P.C. is a Certified Public Accounting firm offering financial advisory, tax consulting and compliance, and accounting services to a select clientele including entrepreneurial organizations and their owners, professional groups, wealthy individuals, and executive groups. The firm focuses on servicing the various life cycles of businesses and individuals including startup, growth, harvest and maturity.

Industries represented in the client base include public relations and media, brokerage and distribution, financial services, technology, hospitality, legal, manufacturing, medical, real estate, wholesale and retail trade, wealthy individuals and investors and family offices.

The Firm's primary goal is to add value to the entrepreneurial process and the personal estates of its clients. The Firm's services are specifically oriented towards the needs of its niche market and its members work in coordination with other service providers such as bankers, brokers, lawyers, employee benefit consultants, investment advisors and insurance agents. The Firm is a leader in utilizing sophisticated information systems and has been recognized nationally for its progressive technology integration and practice management philosophy and techniques.

Services offered by the Firm include business formation, business plans, commercial financing, compensation planning, corporate capitalization plans, corporate mergers & reorganizations, feasibility studies, mortgage procurement, personal financial planning, real estate structuring, retirement planning, and stock succession planning.

### *Former Experience*

### Co-Founder Concorde Technologies, Inc.

Renda Burkhart served as a co-founder and president of Concorde Technologies, Inc. from 1985 through 1996. The Company was engaged in the business of integrating information system technologies and providing software solutions in specialized commercial environments throughout the U.S.

### Arthur Andersen & Company

From 1976 through 1982 Renda Burkhart worked in the tax division of Arthur Andersen & Company. There she progressed to the position of Tax Manager and served multi-national and national manufacturing corporations, banks and complex individuals. She developed expertise in manufacturing, bank taxation, family tax planning, executive compensation planning, partnership taxation, and capital recovery.

Renda was involved in first micro-computer courses in 1981 upon the release of the IBM personal computer. She taught courses for Arthur Andersen throughout State of Tennessee and was a member of the firm-wide computer-aids team. She also served as a campus recruiter for Firm.

### *Education*

University of Tennessee
B.S. Accounting-Management Science Option
Graduated Magna cum Laude - 1976
4.0 GPA in accounting coursework
Dean's List every quarter
National Accounting Merit Scholar
(Ranked in Top 2% of National Applicants)
Financed 100% of Education through work and scholarships
Teaching Assistant in Accounting Department during senior year

Certified Public Accountant, October, 1977
State of Tennessee

### *Current Memberships and Offices*

University Health Systems, Inc. – Vice-Chairman of Board of Directors and Chairman of the Finance Committee

Cornerstone Foundation - Board of Directors

American Institute of Certified Public Accountants - Member

Nucleus Knoxville - Member and Co-Founder, Former President

Executive Women's Association - Member

Leadership Knoxville, Member of Alumni Organization, Member of Class of 1985

Knoxville Chamber of Commerce, Member, Former Director and Chairman of the Finance Committee

Cedar Springs Presbyterian Church

Guille B Cruze (865) 691-4056
11716 Couch Mill Road, Knoxville, TN 37932

## Education

Mr Cruze attended Knox County/City Schools from K -12. Upon graduation, he attended The University of Tennessee (Knoxville), where he received his B.S. degree in Electrical Engineering with a Computer Design focus.

## Employment History

1982 PAFEC, Ltd. (a UTK/Cambridge, UK start-up company)

North American Sales

1983 – 1990 Cruze Computer Systems, Inc.
Vice President of Software & Technology Solutions

Provider of software & hardware solutions sold to over 200 businesses nationwide covering back-office as well as in-line processing of asset production.

1991 – 2007 The White Stone Group, Inc.
Founder, CEO/President, COB

Software solutions sold to over 400 hospitals nationwide facilitating communications between hospital administration and healthcare providers & insurers

2008 – 2009 Clinical Health Communications, Inc.
(a wholly owned subsidiary of The White Stone Group)

Software solutions sold to over 60 hospitals nationwide facilitating communications between nurses & doctors at patient hand-off (transition to differing care providers).

2010 – 2012 Vocera, Inc. (San Jose, CA)
Executive Director Handoff Communications Division

Vocera acquired Clinical Health Communications. Mr. Cruze launched this division for Vocera in the Knoxville area.

2013 – Currently Self-employed

## RANDALL L. GIBSON, CHIEF OPERATING OFFICER & GENERAL COUN

LAWLER - WOOD

Randall Gibson has been with Lawler-Wood, LLC for 18 years and has total profit/loss responsibility for all divisions of the company. He has coordinated over 75 real estate transactions involving acquisitions, sales and financing and has served as a director of over 100 real estate related entities. Lawler-Wood, LLC, a regional real estate and development firm founded in 1975 in Knoxville, Tennessee, has exceeded over $2 billion in real estate projects during its history. The firm has developed most of the high profile projects in Knoxville such as Plaza and Riverview Towers, the Whittle Communications Headquarters, and the New Hope and Jack Case Centers at Y-12 along with regional and international projects such as the Ritz Carlton in Montego Bay, Jamaica and the Nashville Superspeedway in Nashville, TN. The company specializes in third party project management services in the public sector and healthcare fields. Over the past 10 years the company has managed over $100 million in education facilities including primary, intermediate, secondary and post-secondary developments for both public school systems and private colleges and universities.

**REVELANT EXPERIENCE**:

- Negotiated and drafted wide variety of legal documents with lenders, equity sources, professionals and contractors pertaining to all aspects of development process
- Specialized in commercial and construction law
- Represented owners, contractors and architectural/engineering firms in complex disputes involving construction issues throughout the United States.

**EMPLOYMENT HISTORY**:

- 1995 – Present — Lawler-Wood, LLC, Chief Manager/COO & General Counsel
- 1985 – 1995 — Baker, Donelson, Bearman & Caldwell, P.C., Shareholder/Partner

**EDUCATION**:

- University of Tennessee – Bachelor of Science, Finance
- University of Tennessee – Doctor of Jurisprudence

**PROFESSIONAL & COMMUNITY**:

- Licensed Attorney – State of Tennessee
- Advisory Board of Tennessee Bar Association
- Chairman, Tennessee State Building Finance Committee
- Served on Boards of:
  - United Way
  - Young Life
  - Volunteer Ministry Center
  - East Tennessee Discovery Center
  - Knoxville Symphony
  - East Tennessee Children's Hospital
  - Great Smoky Mountains Institute at Tremont
  - First Security Group Bank
  - Emerald Academy Charter School

# Edwin S. Hedgepeth

Contact Information:
648 Sedgley Dr.
Knoxville, TN 37922
865-805-2752

Education: BS 1970, University of Tennessee, Knoxville
MS 1975, University of Tennessee, Knoxville
45 hours plus post-graduate work, University of TN, Knoxville

Employment:

Knox County Schools:
Executive Director of Secondary Instruction: 7 years
Principal, Farragut High School: 14 years
Principal, Bearden High School: 10 years

TNLEAD:
Principal-in Residence - Current

Professional Organizations (and offices held):

National Association of Secondary School Principals Board of Directors (1999-2003)

Tennessee Association of Secondary School Principals: Board Member, President – 1986

National Merit Scholarship Corporation Board of Directors (2007-2013)

National Merit Scholarship Corporation Advisory Board (2005-2007)

Honors and Award:

Tennessee Secondary Principal of the Year
Leadership Knoxville Class of 1990
Best Award 1988 and 1991
Principal of Blue Ribbon National School of Excellence, 1997-98

**TIMOTHY M. McLEMORE**
**P.O. Box 1990**
**Knoxville, Tennessee 37901**
**(865) 525-5300**

## PROFESSIONAL EXPERIENCE

**GENTRY, TIPTON & McLEMORE, P.C.** — **1986-Present**
**Knoxville, Tennessee**
**Attorney and President of the Firm**

- Experienced as tax counsel, general counsel to business entities, and as lead counsel in business-related litigation
- Provide counsel to business clients in connection with transactions, tax matters, mergers, acquisitions, commercial real estate, entity selection and formation, negotiations, and dispute resolution
- Substantial experience in handling complex business transactions and litigation, advising start-up and growth companies, representing entrepreneurs and developers, and handling mediations and arbitrations
- Admitted to practice before the United States Supreme Court, Federal appeals and trial courts, the United States Tax Court, the United States Claims Court, and the Tennessee Supreme Court
- Supervise work of other professionals, attorneys, paralegals, law clerks, and staff members
- Frequent lecturer at seminars, continuing education conferences and bar association meetings on business planning, taxation, and transactions
- "AV" rated in Martindale-Hubbell (highest peer rating available)

**UNIVERSITY OF TENNESSEE COLLEGE OF LAW** — **1989-2001**
**Knoxville, Tennessee**
**Adjunct Professor of Law**

- Taught courses in federal income taxation, the representation of entities, business planning, contract drafting, legal writing, oral argument, and appellate advocacy
- Faculty member of the Entrepreneurial Law Center since its inception
- Advisor to National Tax Moot Court Team, 1994 (finished second nationally)

**UNIVERSITY OF TENNESSEE COLLEGE OF LIBERAL ARTS** — **1987-1988**
**Knoxville, Tennessee**
**Instructor**

- Taught Fundamentals of American Government
- Post-graduate studies in Political Science

## EDUCATION

**NEW YORK UNIVERSITY SCHOOL OF LAW** **1990-1991**
**Master of Laws in Taxation**

- Graduate Editor, Tax Law Review
- Scholarship Recipient

**UNIVERSITY OF TENNESSEE COLLEGE OF LAW** **1983-1986**

**Doctor of Jurisprudence**

- Graduated with High Honors (top 5%)
- Order of the Coif; Editorial Board, Tennessee Law Review; Scholarship Recipient; Teaching Assistant (Research & Writing); Dean's List; Phi Kappa Phi

**CARSON NEWMAN COLLEGE** **1979-1983**
**Bachelor of Arts, Communications/Political Science**

- President, Student Government Association
- Student Member, Board of Trustees

## COMMUNITY ACTIVITIES

Member and Elder, Cedar Springs Presbyterian Church; Facilitator, Various Reading and Discussion Groups; Board of Directors, Knoxville Habitat for Humanity, Inc. (1998-2004); Board of Directors, Topside Community Club, Inc. (1989-1990); Principal for a Day (1999-2002); Board of Advisors, Center for Christian Studies (2003-2005); Board of Trustees, Emerald Youth Foundation (2005-Present); Member, Emerald Youth Foundation Urban Youth Collaboration Initiative Task Force; Board of Directors, Knox Area Rescue Ministries, Inc. (2003-Present); American, Tennessee, and Knoxville Bar Associations; Inns of Court (1988-1990); various professional organizations; speaker and presenter at various bar association functions and continuing professional education seminars; Leadership Knoxville (2008)

## INTERESTS

Running, golf, skiing, reading, and travel

## FAMILY

Married to Kimberly Story McLemore; we have two children

# Alvin Joel Nance

1735 Woodhaven Drive
Knoxville, Tennessee 37914
(865) 522-2794 home
(865) 403-1106 work
((865) 403-1117 fax
(865) 755-5947 cell
Email address: anance@kcdc.org

Jacquelyn, wife
Jessica, daughter
Alvin II, son

## Experience

2000-Present **Knoxville's Community Development Corporation** Knoxville, Tennessee, President/CEO, current duties are providing leadership and management consistent with the regulatory guidelines as establish by the Department of Housing and Urban Development regarding Public Housing Authorities.

1991-2000 **SunTrust Bank**, East Tennessee Knoxville, Tennessee CRA Officer-Vice President, duties consisted of managing the bank's efforts in meeting the credit needs of low and moderate income individuals in East Tennessee in the areas of community development investments, services, and lending.

Branch Manager-Vice President, Regency Square Branch responsibilities consisted of managing the branch operations budget, loan and deposit growth, sales campaigns, business development and personnel. The branch market consisted of professional and consumer clients from the downtown and inner city communities.

1980-1991 **Valley Fidelity Bank & Trust Company**, Knoxville TN Branch Manager-Vice President, University Branch responsibilities consisted of managing the branch operation budget, loan and deposit growth, sales campaigns, business development and personnel. The branch market consisted of professional and consumer clients from the downtown and Fort Sanders areas.

## Education

1975-1979 Maryville College Maryville, Tennessee
Bachelor of Arts Major: Business Administration
Bachelor of Arts Minor: Art

Tennessee Bankers School, Vanderbilt University
Management Course 1982

Tennessee Bankers School, Vanderbilt University
Supervisory Course 1983

Tennessee Bankers School, Vanderbilt University
Installment Lending Course 1985

Cohen-Brown Management Seminar
Sales Leadership 1995

Cohen-Brown Management Seminar
Sales Management 1996

SunTrust University Atlanta
Supervisor Training 1997

Fred Pryor Professional Skills Seminar
Time Management Training 1998

## Organizations

First Tennessee Bank
Board Member

Covenant Health Hospital System
Board Member

Federal Home Loan Bank of Cincinnati
Advisory Board Member

Knox County Industrial Development Board
Treasurer

Project GRAD
Board Member

Boy Scouts of America Scout Reach District
Chairman

Knoxville Habitat for Humanity
Advisory Board

Maryville College
Board of Trustee

Metropolitan YMCA
Board Member

Tennessee Association of Housing and Redevelopment Authorities
Chairman Legislative Committee

SERC-NAHRO
Vice President of Community Revitalization and Development

First Tee of Greater Knoxville
Treasurer

# Sherra L. Robinson

2220 Madison Rd ◆ Knoxville, TN 37912 ◆ (865) 951-6651 ◆ sl.robinson92@gmail.com

## Objective

To utilize my organizational, interpersonal and administrative skills for grassroot nonprofit organizations and/or small businesses, with a specific focus in organizational development.

## Profile

I am truly passionate about nonprofit organizational development. My passion for developing leaders, coordinating events, mobilizing volunteers and building stronger communities has fueled me to start a nonprofit coaching service called Empowering NPO, which allows me to coach/mentor grassroots organizations and/or Executive Directors who are needing personalized organizational structure and development and assistance with community resource utilization.

As the Outreach Director of the Western Heights Dental Community Outreach program, I also have a passion for oral health education and dental outreach development. I am also a Registered Dental Assistant. I coordinate all of our community outreach events, which allows me to utilize my skill-sets in the areas of Special Events Planning and Coordination, Volunteer Mobilization and Management, and Strategic Planning, which involves networking, partnering, and collaborating. My goal and desire is to build strong community relations with community leaders across the East Tennessee region and coordinate community outreach events with a diversified volunteer base made up of individuals with a heart to serve. I am also a patient-parent advocate on promoting good total health and wellness.

## Skills Summary

- Project Management
- Report Preparation
- Social Media Marketing
- General Office Skills
- Computer Savvy
- Customer Service
- Volunteer Mgmt
- Marketing/Outreach
- Fundraising/Special Events
- Grant Research/Writing
- Front-Office Operations
- Professional Presentations

## Professional Experience

**Western Heights Dental, PHDC of Knoxville, TN**
2009-present
*(Outreach Director/Volunteer Coordinator for Western Heights Dental Community Outreach, Inc.)*

- Director of Dental Outreach Program to raise awareness of preventative dentistry
- Demonstrates the importance of visiting dentist regularly, brushing and flossing, and nutrition during National Children's Dental Health Month for local and surrounding county schools throughout East Tennessee
- Visits healthcare providers on quarterly basis to establish, build, and maintain relationships
- Attends and facilitates community meetings in Knox and surrounding counties on ways close the gaps in care for underserved communities
- Strategically plans events to eliminate health disparities for limited resource families
- Manages all Social Media for marketing and advertising
- Attends networking events catered towards our mission
- Creates marketing plans for outreach programs
- Perform and conduct monthly meetings with volunteer staff

# Sherra L. Robinson

- Recruits, screens, and conducts volunteer orientation for all WHDCO volunteers
- Coordinates and plans Annual health fair, "Healthy Kids Rock"

**Dental Associates of West Knoxville, Knoxville, TN**
2008-2009
*(Scheduling Coordinator/ Office Facilitator)*

- Set up initial and follow-up appointments for patients
- Proposed and discuss treatment plans with patients
- Collected co-pays and payments from patients
- Recorded daily cash flow for billing department
- Verified insurance benefits, frequencies, and limitations for patients
- Filled scheduling gaps by keeping track of patients with proposed treatment plans to increase productivity
- Entered patient demographics using Diamond Dental Software
- Confirmed and make daily appointments
- Set-up initial recall system by generating a pool of patients who were overdue versus patients who were scheduled within a six month period, then mailed postcards to those patients
- Ordered complete front office supplies on a monthly-to-quarterly basis

**Western Heights Dental, PHDC-Knoxville, TN**
2005-2008 *(Front Desk Receptionist/ Administration)*

- Checked patients in at front desk; verified eligibility from primary insurance company, created new patient files, updated current patient information, collected co-pays from patients and took charts to designated treatment areas.
- Communicated with X-ray technician, Dental Assistants, Dental Hygienist, and Dentists on treatment and follow-up appointments for patients.
- Answered multi-line telephone system due to a high-volume of daily inbound calls
- Made initial and follow-up appointments using SoftDent Dental Software
- Daily recorded number of patients scheduled for the Billing Department
- Balanced cash drawer at the end of the day for the Accounting Department

**BB&T-Knoxville, TN**
2003-2005 *(Bank Teller)*

- Counted currency, conducted client transactions through Drive-thru window
- Balanced daily cash transactions
- Balanced and counted vault daily
- Controlled daily cash flow by ordering and tracking currency levels in the Branch among the tellers
- Pulled reports for Senior Teller
- Responsibilities were balancing and maintaining the ATM daily
- Assisted clients with their checking, savings, or deposit accounts
- Provided customer service to clients calling in inquiring about their accounts

# Sherra L. Robinson

**Team Health (National Patient Service Center)-Knoxville, TN**
2002-2003 (*Customer Service Specialist*)

- Provided medical billing for Emergency Room Physicians
- Handled inbound calls from patients inquiring about hospital services provided at emergency rooms
- Operated IDX billings system, requiring access to patient demographic information, medical and payment history
- Updated patient information, printed claims for patients and insurance companies

**GC Services-Knoxville, TN**
2001-2002 (*Account Representative*)

- Assisted merchants with their collection efforts from delinquent customer credit card accounts
- Trained to use problem solving techniques to resolve customer credit card issues; these abilities include but are not limited to negotiation, careful record taking, and persistence

**Western Heights Dental, PHDC-Knoxville, TN**
1997-2001 (*Scheduling Coordinator/Receptionist*)

- Set-up initial appointments, and assisted patients with making following up appointments
- Discussed treatment plans with patients and doctors
- Planned scheduling strategies to produce high production levels for the company
- Implemented problem solving techniques to staff in order to produce high quality service and performance in the workplace
- Planned intervention ideas with staff on how to handle difficult patients in a work setting while continuing to deliver quality service
- Obtained patient information from insurance companies; preauthorization, eligibility, patient history, claim status, etc

## Education

| | | |
|---|---|---|
| Aug 2011-2013 | Bachelor of Science, Nonprofit Management | Degree received |
| Aug 2009- 2011 | Associate of Science, Business Administration Management | Degree received |
| June 2008 | Registered Dental Assistant, Anderson County, TN | License received |
| 1988-1992 | Austin-East High School-Knoxville, TN | Diploma received |

**CERTIFICATIONS:**

| | |
|---|---|
| May 2011 | Certification in Grant Writing, University of Tennessee, Knoxville |
| September 2008 | Registration in Dental Assisting and Dental Radiology |

**AWARDS:**

| | |
|---|---|
| May 2012 | National College Outstanding Alumni Hall of Achievement Award |
| June 2011 | Certificate of Completion in the Community Leadership Class-CAC |

## References

| | |
|---|---|
| Richard Myers, D.D.S. | (865)771-3071 |
| Sherrie Williams, RDA | (865)522-1244 ext. 17 |
| Joshua Steedley, D.M.D. | (865) 522-1244 ext. 16 |

# DANIELLE D. SOUTH

1840 Stonebrook Drive • Knoxville, TN 37923 • (865) 247-6774 (H) • (678) 973-9183 (C) • dsouth@utk.edu

## QUALIFICATIONS SUMMARY

MBA/JD professional with prior teaching experience seeking education management position. Excellent leader with strong communication, interpersonal, and leadership skills. Great team player with public speaking and research skills. Proficient in Microsoft Word, Excel, and PowerPoint. Core competencies: project management, training, public speaking, leading, collaborating, managing relationships, negotiating, and critical thinking.

## EDUCATION

**The University of Tennessee** — **Knoxville, Tennessee**
Master of Business Administration, GPA: 3.56/4.0 — December 2013
Juris Doctor, *cum laude,* GPA: 3.13/4.3 — December 2013

**Ohio Wesleyan University** — **Delaware, Ohio**
Bachelor of Arts with Honors, *cum laude*, GPA: 3.65/4.00 — May 2007

## SELECTED EXPERIENCES

**Knoxville Chamber** — **Knoxville, Tennessee**
**Public Policy & Education, Director** — **October 2013-Present**

- Advocate for business members on pertinent legislation on a local, state, and federal level
- Create programs to develop, train, and improve workforce pipeline in critical industries
- Develop programming designed at retaining young professionals in the region
- Manage the Public Policy and Education department activities

**Great Schools Partnership** — **Knoxville, Tennessee**
**Community Schools, Intern** — **Summer 2013**

- Researched, compiled, and developed training manual for Site Resource Coordinators
- Benchmarked community schools nationwide to advise new Vice President on key elements of other programs
- Assisted Vice President with various administrative duties

**Lewis, King, Krieg, and Waldrop, P.C.** — **Knoxville, Tennessee**
**Summer Associate,** — **May 2011 – August 2011**

- Conducted, collected, and evaluated case and state law; drafted, revised and analyzed motions, memorandums, and trial documents based on research findings.
- Presented research to shareholders and associates multiple times per week.
- Managed 4-5 projects simultaneously from shareholders and associates.
- Assisted and attended mediations, depositions, and hearings.

**Teach For America** — **East Point, Georgia**
**Fourth Grade Teacher, Hamilton E. Holmes Elementary** — **August 2007-August 2009**

- Strategically planned and implemented standards based curriculum to students in low-income communities.
- Achieved 90% student proficiency in Language Arts and 70% in math.
- Developed standards based units of instruction.
- Adapted teaching method to meet individual student needs.
- Assessed and tracked student strengths/weaknesses as well as my own successes/challenges.
- Motivated and encouraged students to aspire to have higher standards and achieve greater goals.

**Ohio Wesleyan University, "Year One Program"** — **Delaware, Ohio**
**Community Assistant** — **May 2004-May 2007**

- Planned and implemented educational, developmental, and social programs for freshman students.
- Facilitated freshman's transition to college through social interaction and development of self-confidence.
- Served as a mentor and role model to freshman students.

## SKILLS

| | | | |
|---|---|---|---|
| Project Management | Managing Relationships | Critical Thinking | Teaching |
| Collaborating | Public Speaking | Influencing Others | Research |

## ACTIVITIES

tnAchieves Mentor 2014- Present
Church Nursery Coach (Director) 2011-2013

# Emerald Charter School Conflict of Interest Policy

## Article I
## Purpose

The purpose of the conflict of interest policy is to protect Emerald Charter Schools (Organization) interest when it is contemplating entering into a transaction or arrangement that might benefit the private interest of an officer or director of the Organization or might result in a possible excess benefit transaction. This policy is intended to supplement but not replace any applicable state and federal laws governing conflict of interest applicable to nonprofit and charitable organizations.

## Article II
## Definitions

**1. Interested Person**

Any director, principal officer, or member of a committee with governing board delegated powers, who has a direct or indirect financial interest, as defined below, is an interested person.

**2. Financial Interest**

A person has a financial interest if the person has, directly or indirectly, through business, investment, or family:

- **a.** An ownership or investment interest in any entity with which the Organization has a transaction or arrangement,
- **b.** A compensation arrangement with the Organization or with any entity or individual with which the Organization has a transaction or arrangement, or
- **c.** A potential ownership or investment interest in, or compensation arrangement with, any entity or individual with which the Organization is negotiating a transaction or arrangement.

Compensation includes direct and indirect remuneration as well as gifts or favors that are not insubstantial.

A financial interest is not necessarily a conflict of interest. Under Article III, Section 2, a person who has a financial interest may have a conflict of interest only if the appropriate governing board or committee decides that a conflict of interest exists.

## Article III
## Procedures

**1. Duty to Disclose**

In connection with any actual or possible conflict of interest, an interested person must disclose the existence of the financial interest and be given the opportunity to disclose all material facts to the directors and members of committees with governing board delegated powers considering the proposed transaction or arrangement.

(continued on next page)

**2. Determining Whether a Conflict of Interest Exists**
After disclosure of the financial interest and all material facts, and after any discussion with the interested person, he/she shall leave the governing board or committee meeting while the determination of a conflict of interest is discussed and voted upon. The remaining board or committee members shall decide if a conflict of interest exists.

**3. Procedures for Addressing the Conflict of Interest**

**a.** An interested person may make a presentation at the governing board or committee meeting, but after the presentation, he/she shall leave the meeting during the discussion of, and the vote on, the transaction or arrangement involving the possible conflict of interest.
**b.** The chairperson of the governing board or committee shall, if appropriate, appoint a disinterested person or committee to investigate alternatives to the proposed transaction or arrangement.
**c.** After exercising due diligence, the governing board or committee shall determine whether the Organization can obtain with reasonable efforts a more advantageous transaction or arrangement from a person or entity that would not give rise to a conflict of interest.
**d.** If a more advantageous transaction or arrangement is not reasonably possible under circumstances not producing a conflict of interest, the governing board or committee shall determine by a majority vote of the disinterested directors whether the transaction or arrangement is in the Organization's best interest, for its own benefit, and whether it is fair and reasonable. In conformity with the above determination it shall make its decision as to whether to enter into the transaction or arrangement.

**4. Violations of the Conflicts of Interest Policy**

**a.** If the governing board or committee has reasonable cause to believe a member has failed to disclose actual or possible conflicts of interest, it shall inform the member of the basis for such belief and afford the member an opportunity to explain the alleged failure to disclose.
**b.** If, after hearing the member's response and after making further investigation as warranted by the circumstances, the governing board or committee determines the member has failed to disclose an actual or possible conflict of interest, it shall take appropriate disciplinary and corrective action.

## Article IV
## Records of Proceedings

The minutes of the governing board and all committees with board delegated powers shall contain:

**a.** The names of the persons who disclosed or otherwise were found to have a financial interest in connection with an actual or possible conflict of interest, the nature of the financial interest, any action taken to determine whether a conflict of interest was present, and the governing board's or committee's decision as to whether a conflict of interest in fact existed.
**b.** The names of the persons who were present for discussions and votes relating to the transaction or arrangement, the content of the discussion, including any alternatives to the proposed transaction or arrangement, and a record of any votes taken in connection with the proceedings.

(continued on next page)

## Article V
## Compensation

**a.** A voting member of the governing board who receives compensation, directly or indirectly, from the Organization for services is precluded from voting on matters pertaining to that member's compensation.
**b.** A voting member of any committee whose jurisdiction includes compensation matters and who receives compensation, directly or indirectly, from the Organization for services is precluded from voting on matters pertaining to that member's compensation.
**c.** No voting member of the governing board or any committee whose jurisdiction includes compensation matters and who receives compensation, directly or indirectly, from the Organization, either individually or collectively, is prohibited from providing information to any committee regarding compensation.

## Article VI
## Annual Statements

Each director, principal officer and member of a committee with governing board delegated powers shall annually sign a statement which affirms such person:

- **a.** Has received a copy of the conflicts of interest policy,
- **b.** Has read and understands the policy,
- **c.** Has agreed to comply with the policy, and
- **d.** Understands the Organization is charitable and in order to maintain its federal tax exemption it must engage primarily in activities which accomplish one or more of its tax-exempt purposes.

## Article VII
## Periodic Reviews

To ensure the Organization operates in a manner consistent with charitable purposes and does not engage in activities that could jeopardize its tax-exempt status, periodic reviews shall be conducted. The periodic reviews shall, at a minimum, include the following subjects:

- **a.** Whether compensation arrangements and benefits are reasonable, based on competent survey information, and the result of arm's length bargaining.
- **b.** Whether partnerships, joint ventures, and arrangements with management organizations conform to the Organization's written policies, are properly recorded, reflect reasonable investment or payments for goods and services, further charitable purposes and do not result in inurement, impermissible private benefit or in an excess benefit transaction.

## Article VIII
## Use of Outside Experts

When conducting the periodic reviews as provided for in Article VII, the Organization may, but need not, use outside advisors. If outside experts are used, their use shall not relieve the governing board of its responsibility for ensuring periodic reviews are conducted.


KCBOE09766

## Open Meetings Policy

**Emerald Charter Schools**

**Open Meetings Policy**

The Board of Directors of Emerald Charter Schools will fully comply with the Tennessee Open Meetings Act. This policy is intended to outline the main components of the Open Meetings Act and address how The Board of Directors of Emerald Charter Schools will ensure that it follows the law.

### Open Meeting Definition

"Meeting" means the convening of a governing body of a public body for which a quorum is required in order to make a decision or to deliberate toward a decision on any matter. "Meeting" does not include any on-site inspection of any project or program.

Nothing in this policy shall be construed as to require a chance meeting of two (2) or more members of a public body to be considered a public meeting. No such chance meetings, informal assemblages, or electronic communication shall be used to decide or deliberate public business in circumvention of the spirit or requirements of this part.

### Notice of Public Meetings

Emerald Charter Schools will provide adequate public notice of all regular and special meetings. Notice will be posted at the school and on the school's website.

### Minutes

The minutes of any open meeting will be promptly and fully recorded, shall be open to public inspection, and shall include, but not be limited to, a record of persons present, all motions, proposals and resolutions offered, the results of any votes taken, and a record of individual votes in the event of roll call.

All votes of the Emerald Charter School Board of Directors shall be by public vote or public ballot or public roll call. No secret votes, or secret ballots, or secret roll calls shall be allowed. A "public vote" means a vote in which the "aye" faction vocally expresses its will in unison and in which the "nay" faction, subsequently, vocally expresses its will in unison.

### Participation by Electronic or Other Means

Emerald Charter Schools may allow participation by electronic or other means of communication for the benefit of the public and the governing body in connection with any meeting authorized by law; provided, that a physical quorum is present at the location specified in the notice of the meeting as the location of the meeting.

If a physical quorum is not present at the location of a meeting of a governing body, then in order for a quorum of members to participate by electronic or other means of communication, the governing body must make a determination that a necessity exists. Such determination, and a recitation of the facts and circumstances on which it was based, will be included in the minutes of the meeting.

If a physical quorum is not present at the location of a meeting Emerald Charter Schools will file such determination of necessity, including the recitation of the facts and circumstances on which it was based, with the office of secretary of state no later than two (2) working days after the meeting.

Notices required by the Open Meetings Law, or any other notice required by law, shall state that the meeting will be conducted permitting participation by electronic or other means of communication.

Each part of a meeting required to be open to the public shall be audible to the public at the location specified in the notice of the meeting as the location of the meeting. Each member participating electronically or otherwise must be able to simultaneously hear each other and speak to each other during the meeting. Any member participating in such fashion shall identify the persons present in the location from which the member is participating.

Any member of a governing body not physically present at a meeting shall be provided, before the meeting, with any documents that will be discussed at the meeting, with substantially the same content as those documents actually presented.

All votes taken during a meeting where not all board members are present will be by roll call vote.

**Electronic Communication**
Emerald Charter Schools Board of Directors may, but is not required to, allow electronic communication between members by means of a forum over the Internet only if the Board:

**(1)** Ensures that the forum through which the electronic communications are conducted is available to the public at all times other than that necessary for technical maintenance or unforeseen technical limitations;

**(2)** Provides adequate public notice of the governing body's intended use of the electronic communication forum;

**(3)** Controls who may communicate through the forum;

**(4)** Controls the archiving of the electronic communications to ensure that the electronic communications are publicly available for at least one (1) year after the date of the communication; provided, that access to the archived electronic communications is user-friendly for the public; and

**5)** Provides reasonable access for members of the public to view the forum at the local public library, the building where the governing body meets or other public building.

## Emerald Charter Schools
## Open Records Policy

In accordance with Tennessee State Law, all Emerald Charter Schools records will be open for personal inspection and duplication by any citizen of the state to the same extent that records of public schools operated by an LEA are open.

**Public Records Definition**

Public record or records' or 'state record or records' means all documents, papers, letters, maps, books, photographs, microfilms, electronic data processing files and output, films, sound recordings, or other material, regardless of physical form or characteristics made or received pursuant to law or ordinance or in connection with the transaction of official business by any governmental agency.

Public record or records or "state record or records" does not include the device or equipment, including, but not limited to, a cell phone, computer or other electronic or mechanical device or equipment, that may have been used to create or store a public record or state record.

### Student Records

The records of students in public educational institutions shall be treated as confidential. Information in such records relating to academic performance, financial status of a student or the student's parent or guardian, medical or psychological treatment or testing shall not be made available to unauthorized personnel of the institution or to the public or any agency, except those agencies authorized by the educational institution to conduct specific research or otherwise authorized by the governing board of the institution, without the consent of the student involved or the parent or guardian of a minor student attending any institution of elementary or secondary education, except as otherwise provided by law or regulation pursuant thereto, and except in consequence of due legal process or in cases when the safety of persons or property is involved. The Emerald Charter School Board of Directors, the department of education, and the Tennessee higher education commission shall have access on a confidential basis to such records as are required to fulfill their lawful functions. Statistical information not identified with a particular student may be released to any person, agency, or the public; and information relating only to an individual student's name, age, address, dates of attendance, grade levels completed, class placement and academic degrees awarded may likewise be disclosed.

**Other Confidential Records**

Emerald Charter Schools will maintain the confidentiality of other records as required by the Tennessee Open Records section 10-7504.

**Availability of Public Records**

A citizen has the right to request both inspection and copies of public records during normal business hours.

Records will be made available within seven business days of the request.

**Charges**

Emerald Charter Schools will charge for photocopying, allowable production charges and labor charges per the guidelines found in the Open Records Act.

## Attachment 4: School Calendar and Schedule

Describe how the school will use time strategically to support the vision, mission and education program to drive gains in academic achievement.

Essential to Emerald Academy's ability to provide a school of academic excellence will be allowing scholars more time to learn. Accordingly, Emerald Academy has designed its daily and yearly schedule to ensure that scholars have sufficient time to learn and master the skills and concepts required for their grade level. During focus groups in which the community provided input on Emerald Academy's key design elements, extended time on learning was one of the most frequently-cited reasons that community members were enthusiastic about the school, noting that they believe their scholars do not have sufficient time to learn all that is required of them.

- Describe the annual academic calendar for the school. Explain how this calendar reflects the needs of the academic program. Provide the school's proposed calendar for the first year of operation, including the total number of days/hours of instruction.

The academic calendar as shown on the following page includes 190 instructional days, 15 summer institute days, and six professional development (PD) data days. It also includes 34 early release Wednesdays that will be used as bi-weekly PD or bi-weekly professional learning communities (PLCs). This schedule reflects the needs of the academic program by providing extended time on learning (see above) and significant time dedicated to PD both before and during the school year.

There are 435 minutes, or 7.25 hours of instruction four days per week (Monday, Tuesday, Thursday, and Friday) and 345 minutes, or 5.75 hours of instruction on Wednesdays. There are 1,326.5 total hours of instruction over the course of the school year.

# Emerald Academy

## 2015-16 School Calendar

| Day | July-15 | August-15 | September-15 | October-15 | November-15 | December-15 | January-16 | February-16 | March-16 | April-16 | May-16 | June-16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | WKND | I | I | WKND | I | H | I | I | I | WKND | I |
| 2 | | WKND | I | I | I | I | WKND | I | I | WKND | I | I |
| 3 | | SI | I | WKND | I | I | WKND | I | I | WKND | I | I |
| 4 | WKND | SI | I | WKND | PD | I | I | I | I | I | I | WKND |
| 5 | WKND | SI | WKND | I | I | WKND | I | I | WKND | I | I | WKND |
| 6 | | SI | WKND | I | I | WKND | PD | WKND | WKND | PD | I | I |
| 7 | | SI | H | I | WKND | I | I | WKND | I | I | WKND | I |
| 8 | | WKND | I | I | WKND | I | I | I | I | I | WKND | LD |
| 9 | | WKND | I | I | I | I | WKND | I | I | WKND | I | |
| 10 | | FD | I | WKND | I | I | WKND | I | I | WKND | I | |
| 11 | WKND | I | I | WKND | I | I | Q/T | I | I | I | PD | WKND |
| 12 | WKND | I | WKND | I | I | WKND | I | I | WKND | I | I | WKND |
| 13 | | I | WKND | I | I | WKND | I | WKND | WKND | I | I | |
| 14 | | I | I | I | WKND | I | I | WKND | I | I | WKND | |
| 15 | | WKND | I | Q/T | WKND | I | I | H | I | I | WKND | |
| 16 | | WKND | I | I | I | I | WKND | I | I | WKND | I | |
| 17 | | I | I | WKND | I | I | WKND | PD | I | WKND | I | |
| 18 | WKND | I | I | WKND | I | I | H | I | I | I | I | WKND |
| 19 | WKND | I | WKND | I | I | WKND | I | I | WKND | I | I | WKND |
| 20 | SI | I | WKND | I | I | WKND | I | WKND | WKND | I | I | |
| 21 | SI | I | I | I | WKND | H | I | WKND | H | I | WKND | |
| 22 | SI | WKND | I | I | WKND | H | I | I | H | I | WKND | |
| 23 | SI | WKND | PD | I | I | H | WKND | I | H | WKND | I | |
| 24 | SI | I | I | WKND | I | H | WKND | I | H | WKND | I | |
| 25 | WKND | I | I | WKND | H | H | I | I | H | I | I | WKND |
| 26 | WKND | I | WKND | I | H | WKND | I | I | WKND | I | I | WKND |
| 27 | SI | I | WKND | I | H | WKND | I | WKND | WKND | I | I | |
| 28 | SI | I | I | I | WKND | H | I | WKND | I | I | WKND | |
| 29 | SI | WKND | I | I | WKND | H | I | I | Q/T | I | WKND | |
| 30 | SI | WKND | I | I | I | H | WKND | N/A | I | WKND | H | |
| 31 | SI | I | N/A | WKND | N/A | H | WKND | N/A | I | N/A | I | N/A |
| # Instr. Days | 0 | 16 | 20 | 22 | 17 | 14 | 18 | 19 | 18 | 20 | 20 | 6 |

| | | | | | |
|---|---|---|---|---|---|
| H | 22 | PD | 6 | SI | 15 |
| Instructional days | | | 190 | | |

Legend

| | |
|---|---|
| I | Instructional day |
| FD | First day of school (Instructional Day) |
| Q/T | End of quarter (Instructional Day) |
| LD | Last day of school (Instructional Day) |

***Holidays***

| | |
|---|---|
| *September 7* | *Labor Day* |
| *November 25-27* | *Thanksgiving* |
| *January 18* | *ML King's Birthday* |
| *February 15* | *President's Day* |
| *May 30* | *Memorial Day* |

- Provide a description of the school day and week. Include the number of instructional hours/minutes in a day for core subjects such as language arts, mathematics, science and social studies. Note the length of the school day including start and dismissal times. Explain why this schedule will be optimal for scholar learning. Provide the minimum number of hours/minutes per day and week the school will devote to academic instruction in each grade.

The school day begins at 8:00 a.m. and ends at 4:00 p.m. Scholars may come to school 30 minutes early to have breakfast and will be able to stay after school through a variety of extracurricular activities that will be offered through our community partners.

The following table represents a sample schedule for all grade levels for every day of the week except Wednesday. The schedule includes:

- 90 minutes for English language arts (ELA)
- 90 minutes for mathematics
- 90 minutes for Focus Period – the period dedicated to intervention and enrichment
- 45 minutes for social studies
- 45 minutes for science
- 45 minutes for specials (e.g., physical education, art)
- 30 minutes for homeroom, DEAR (drop everything and read) and/or advisory
- 45 minutes for lunch and recess
- 30 minutes for breakfast

Total academic instruction is 435 minutes per day four days per week.

Sample Daily Schedule (Monday, Tuesday, Thursday, and Friday)

| | | |
|---|---|---|
| 7:30 AM | 8:00 AM | Breakfast |
| 8:00 AM | 8:30 AM | Homeroom/DEAR/Advisory |
| 8:30 AM | 9:15 AM | ELA |
| 9:15 AM | 10:00 AM | |
| 10:00 AM | 10:45 AM | Math |
| 10:45 AM | 11:30 AM | |
| 11:30 AM | 12:15 PM | Lunch/Recess |
| 12:15 PM | 1:00 PM | PE/Art/Music |
| 1:00 PM | 1:45 PM | Social Studies |
| 1:45 PM | 2:30 PM | Science |
| 2:30 PM | 3:15 PM | Focus Period |
| 3:15 PM | 4:00 PM | |

Each Wednesday is an early dismissal day which ends at 2:30 p.m. The Wednesday schedule is identical to the daily schedule except that it does not include the Focus Period. There are 345 instructional minutes on Wednesdays.

The total instructional minutes per academic subject per week are:

| Subject | Weekly Minutes |
|---|---|
| ELA | 450 |
| Math | 450 |
| Focus Period (Intervention and Enrichment) | 360 |
| Social Studies | 225 |
| Science | 225 |
| Specials (PE/Art/Music) | 225 |
| Homeroom/DEAR/Advisory | 150 |
| Total Instructional Minutes | 2,085 |

This schedule is optimal for scholar learning because it allows us to provide our scholars with the additional time in core subject areas that they will need to close the achievement gap. Our school day is 8:00 a.m. to 4:00 p.m. for four days per week and 8:00 a.m. to 2:30 p.m. on Wednesdays. This additional time beyond the traditional school day will allow us to provide scholars with double periods (i.e., 90 minutes) of high-quality instruction in both ELA and mathematics on a daily basis, as well as a 90-minute intervention/enrichment period four days per week, called the Focus Period. Please see our response below for a detailed description of the Focus Period.

- Describe a typical school day for a teacher and a scholar.

Jonathan's (a first grade scholar) typical school day starts at 7:00 a.m. when the bus picks him up. He arrives at school at 7:30 and goes to the cafeteria for breakfast. After breakfast, Jonathan's classroom teachers lead him and the other scholars to their classroom. After entering the classroom, Jonathan puts his backpack and coat in his cubby and gets out his book for silent reading during DEAR time. After 10 minutes of reading, the class transitions to morning meeting, during which time they read a book and have a lesson about courage – one of Emerald Academy's key values. At 8:30, following the lesson about courage, the 90-minute ELA block begins. During the ELA block, there is a Do Now activity followed by a review of the agenda and homework. Scholars then have a group lesson that is followed by small group rotations. Jonathan rotates between three stations, one with each of his classroom teachers and one working in pairs with other scholars. The small group instruction is followed by independent practice and the period culminates with completion of an exit ticket. After the ELA period, scholars have two minutes of stretch time and then begin their mathematics period. The organization of the mathematics period mirrors the ELA period. Scholars are then escorted to lunch by their teachers. After 25 minutes for lunch, scholars have a 20-minute outside recess period. After lunch and recess, Jonathan and his classmates return to their classrooms where they have a painting class with the art teacher. At 1:00 p.m., Jonathan's classroom teacher returns for a 45-minute social studies class, followed two minutes of wiggle time and, then, science class. After science, Jonathan and his friends have snack in their classrooms and then get ready for the Focus Period. During the 90-minute Focus Period, Jonathan rotates between three stations and receives targeted support in mathematics and ELA. See the response below for a detailed description of the Focus Period. After the Focus Period, Jonathan and his friends prepare for dismissal. At 4:00 p.m., Jonathan's teachers escort him to the bus and he gets ready to go home.

Ms. Baxter's (a first grade teacher) typical school day begins at 7:30 a.m. for a 10-minute staff meeting. Following the staff meeting, Ms. Baxter goes to her classroom to meet briefly with her co-teacher and gets organized for the day. At 7:55, Ms. Baxter goes to the cafeteria to collect her class and escorts them to the classroom. Ms. Baxter leads the DEAR period while her co-teacher observes. As they transition to the ELA period, Ms. Baxter's co-teacher leads the whole group instruction, while Ms. Baxter assists by circulating through the room and providing assistance to scholars as needed. Following the whole group instruction, Ms. Baxter works with scholars in small groups as they rotate through three stations. Following the 90-minute ELA block, Ms. Baxter and her co-teacher lead a 90-minute mathematics period that follows a similar organization to the ELA period. At the conclusion of the mathematics period, Ms. Baxter and her co-teacher escort the scholars to lunch and then go to the teacher workroom where they have 90 minutes of lunch, preparation, and collaborative planning time with grade-level teams. During the collaborative planning time, Ms. Baxter works with her colleagues to design instruction and assessments for the upcoming week. At 1:00 p.m., Ms. Baxter returns to her classroom with her co-teacher to lead a 45-minute social studies and a 45-minute science lesson. At 2:30 p.m., Ms. Baxter helps her scholars transition to the Focus Period. During the 90-minute Focus Period, Ms. Baxter and her co-teacher work with scholars in small groups as they rotate through three stations as described below. At 4:00 p.m., Ms. Baxter dismisses her scholar and escorts some of them to their bus, while her co-teacher escorts others to the parent pick-up area.

- Summarize the number of hours/minutes and days allocated for tiered interventions, enrichment, tutoring and other non-academic activities.

Key to the success of our scholars will be an intense focus on providing intervention and enrichment to scholars, in addition to instruction in the core content areas. Emerald Academy has created a double block Focus Period that will last 90 minutes four times per week. The Focus Period will allow teachers to provide more targeted and small group instruction to scholars at their instructional level. Emerald Academy will implement a Response to Instruction and Intervention ($RTI^2$) model that ensures scholars are assessed frequently and, as a result, receive the required instruction and intervention to reach mastery. The majority of the interventions will be provided during the Focus Period, which will contain the following elements:

- **Rotations.** Focus Period will be a 90-minute period; accordingly, scholars will have the opportunity to rotate between teachers and computer-based programs. This will allow each scholar to receive necessary, individualized support. In the elementary school, the rotations will last for 30 minutes each and scholars will rotate between the two teachers (two stations) and the computers (one station). At the middle school level, there will be a 20:1 scholar-to-teacher ratio; scholars will rotate between the teacher and the computer-based programs. Each station will last 45 minutes. Middle school teachers may choose to use a third station, during which time scholars work cooperatively or complete independent practice.

- **Small group instruction**. Teachers will be expected to utilize small groups to provide targeted instruction to scholars. Teachers will identify and group scholars based on assessment results and scholars' $RTI^2$ tiers. Scholars will work with their teachers on identified areas in order to ensure they have sufficient time to master content.

- **Computer-based programs**. Emerald Academy will also use computer-based programs developed by ST Math and Lexia to provide targeted and differentiated instruction on specific skills. While teachers will likely use these programs throughout the ELA and mathematics blocks in order to differentiate instruction, the explicit use of this computer-based program will be implemented during every Focus Period.

As stated above, the Focus Period will occur for 90 minutes per day every day except Wednesday for a total of 360 minutes per week.

- If Saturday School or summer school will be offered, describe the program(s). Explain the schedule and length of the program, including the number of hours and weeks. Discuss the anticipated participants, including the number of scholars and the methodology used to identify them. For identified scholars, is the program mandatory? What are the anticipated resource and staffing needs for these programs?

Emerald Academy will not hold Saturday school or summer school.

- Describe any proposed extracurricular or co-curricular activities or programming the school will offer; when will they begin, how often will they occur and how will they be funded?

Emerald Academy will not offer extracurricular activities directly. However, we will partner with several organizations that will provide a wide range of extracurricular activities both at our school and at facilities across Knoxville. We are in the process of establishing these partnerships. We have already identified more than a half dozen agencies that we plan to engage to support our scholars after school. These include:

- Emerald Youth Foundation
- Boys and Girls Clubs of the Tennessee Valley
- Wesley House
- Big Brothers Big Sisters of East Tennessee
- Urban Family Outreach
- First Tee
- Thrive Lonsdale

- If applicable, describe any other scholar focused activities and programs that are an integral part of the educational plan.

Not applicable.

- Describe any programs you will offer to parents and/or the community and how they may benefit scholars, support the school mission and vision of the school, and potential funding.

As described in the Community Involvement and Parent Engagement section of this application, we will offer a variety of workshops for parents to build the skills necessary for supporting their children in their education. Workshops will either be led by staff or partnering organizations and focus on topics such as:

- Utilizing the SIS parent portal
- Interpreting and using scholar assessment data such as NWEA MAP, PARCC and TCAP
- Providing scholars with homework help
- Computer literacy and using technology to support scholar learning
- Reading to your children
- Parenting skills
- Grade level curriculum and instructional content
- State testing
- Preparing for high school
- Accessing external social service partners
- English as a second language

In addition, we will utilize an annual survey to determine other areas of parent interest and create targeted workshops accordingly.

## Attachment 5: Student Discipline Policy

Describe the philosophy for student discipline that supports your proposed school's model. Discuss how parents will be informed of this policy.

The following is a draft of the Emerald Academy Scholar and Family Handbook that includes information in response to each of these requirements.

Provide a draft of the student discipline policy/student handbook, which should include the following:

- Practices the school will use to promote good discipline, including both penalties for infractions and incentives for positive behavior

Please see pages 6 and 12-15 of this attachment.

- A preliminary list and definitions of the offenses for which students in the school must (where non-discretionary) and may (where discretionary) be suspended or expelled respectively.

Please see pages 12-15 of this attachment.

- An explanation of how the school will protect the rights of students with disabilities in disciplinary actions and proceedings

Please see page 15 of this attachment.

- Procedures for due process when a student is suspended or expelled as a result of a code of conduct violation, including a description of the appeal process that the school will employ for students facing expulsion.

Please see pages 14-15 of this attachment.

- A description of the individuals responsible for carrying out the discipline policies which includes the job description and qualifications (at the administrative level).

The individuals responsible for carrying out the discipline policies are embedded in the discipline policy, which is found on pages 6 and 12-15 of this attachment.

# Emerald Academy

# Scholar & Family Handbook

## Purpose

The Emerald Academy Scholar and Family Handbook is a guide to the most important policies and procedures of the school. Many of the most critical aspects of the handbook will be reviewed with parents during the Mandatory Parent Orientation and with scholars during their orientation. However, it will be important for parents to read the handbook in its entirety and discuss it with their scholar(s).

# The School

**Mission**
Emerald Academy will provide Knoxville's urban students with the academic foundation, skills, habits, and character traits that they need to succeed in high school, college, and in life. Through our rigorous educational program and our relational culture, we will create a transformative experience for our scholars that prepares them to become self-sufficient, reflective, and resilient leaders in their communities.

**Vision**
Our vision is to dramatically increase the number of Knoxville students who graduate eighth grade well-prepared for high school and the college of their choice. To achieve this goal, we will create a replicable, model K-8 school that closes the achievement gap and alters the trajectory for our urban youth. Emerald Academy will prepare our scholars for success through our four pillars: academic excellence, effective teaching, a highly relational culture grounded in high expectations, and robust parent and community engagement.

## *Core Beliefs*

1. All scholars have the ability to achieve academic excellence.
2. All scholars thrive in a highly disciplined school environment.
3. All scholars benefit from the nurturing of a growth mindset and strong personal character.
4. All scholars excel when placed in a highly relational environment where adults care deeply for them.

# Attendance

## *General Policy for Absences*

Scholars enrolled in the school must attend school regularly in accordance with the laws of the State. The educational program offered by the school is predicated upon the presence and punctuality of the scholar and requires continuity of instruction and classroom participation. A parent must contact the school in accordance with the procedure set forth in the section below whenever a scholar is absent.

Attendance shall be required of all scholars enrolled at the school during the days and hours that the school is in session. Attendance need not always be within the school facilities, but a scholar will be considered to be in attendance if present at any place where school is in session by authority of the Board.

## *Reporting Absences*

The primary responsibility for a scholar's attendance at school rests with his/her parent(s) or guardian(s). Parent(s)/guardian(s) must notify the school by 9:00 a.m. on the day a scholar is absent unless previous notification has been given in accordance with school procedure for excused absences. When parents do not call the school, the person in charge of front desk operations will notify a scholar's parents, custodial parent, guardian, legal custodian, or other person responsible for him/her when the scholar is absent from school. The parent or other responsible person shall be notified by telephone or written notice. Parents or other responsible persons shall provide the school with their current home and/or work telephone numbers and home addresses, as well as emergency telephone numbers.

### *Excused and Unexcused Absences*

All absences, whether "excused" or "unexcused," are considered absences. Any day your scholar does not attend school is considered an absence. The school will consider an absence excused for the following five reasons with documentation:

1. Personal physical illness such as to prevent attendance at school. Absences for illness longer than 2 days must be verified in writing by a doctor.
2. Death in the family.
3. Observance of religious holidays.
4. Court subpoena.
5. An emergency or set of circumstances which in the judgment of the school constitutes a good and sufficient cause for absence.

### *Absences due to Documented Medical Condition*

Any scholar who, due to a medically-documented physical or mental impairment, is absent for an extended period will not be disciplined. Such scholars may be entitled to receive an education tailored to their individual needs or abilities as provided for under federal and/or state law.

### *Appointments during School Hours*

Scholars should never miss school for appointments. Families are responsible for scheduling medical appointments outside of school time. The best times are often after the school days come to an end, or on days when school is not in session. In the rare case when a scholar has a medical appointment during school, he or she should not be absent for the entire school day.

### *Suspensions*

Suspensions are considered absences. If scholars are absent from school due to suspension, these days will be treated the same as absences.

### *Late Arrival and Early Dismissal Related to Absences*

Scholars are expected to arrive on time and to stay at school until the very end of the day. Late arrivals and early pick-ups are disruptive to the learning environment.

### *Consequences for Absences*

Included in our attendance policy are consequences for absences, both positive and negative. They are outlined below:

1. <u>No Absences in a Semester</u>: The child and family are congratulated and recognized for exceptional attendance and commitment to their education.
2. <u>Four Absences in a Semester</u>: If a scholar is absent four times in a semester, it is considered a serious issue. At this point, the parent/guardian will be called by the Dean of Scholars to discuss the development of an attendance plan.
3. <u>Eight Absences in a Year</u>: If a scholar is absent eight times in a year, it is considered a serious issue. At this point, the parent/guardian will be called to the school to meet with the Dean of Scholars. At the meeting, the problem will be discussed and an attendance plan will be readdressed.
4. <u>Twelve Absences in a Year</u>: If a scholar is absent twelve times in a year, it is considered a serious issue. At this point, the scholar is at risk of not being promoted to the next grade. The parent/guardian will be called to the school to meet with the Dean of Scholars and the Principal. The Principal reserves the right to retain any scholar who misses more than twelve days of school.

## *General Policy for Tardiness and Early Dismissal*

Getting to school on time is a key to your child's success – at school and in life. At Emerald Academy, the learning begins from the moment scholars walk in the door. Scholars who are late miss essential reading instruction, disrupt the learning of other children, and risk falling behind on our ambitious curriculum. Our doors open at 7:35 a.m. each morning. Scholars must arrive between 7:35 a.m. and 7:50 a.m. in order to eat breakfast. Scholars who are not in their classrooms at 8:00 a.m. are considered tardy.

In addition to tardies in the morning, Emerald Academy has a policy in place to address scholars who are picked up before the end of the school day. Emerald Academy's school day ends at 4:00 p.m. on Monday, Tuesday, Thursday, and Friday and at 2:30 p.m. on Wednesday. Scholars who are picked up after the halfway point in the day but before the end of the day will receive an Early Dismissal, and this will be counted on the attendance report.

No excuses will be accepted for tardies or Early Dismissals. There is no designation for "excused" or "unexcused" tardies or Early Dismissals. Tardies and Early Dismissals due to traffic, weather, transportation issues, and appointments will not excuse the attendance violation.

## *Consequences for Tardies and Early Dismissal*

The following is an outline of consequences for tardiness and Early Dismissal:

- No Tardies in a Semester: The child and family are congratulated and recognized for being "on time" and for their true commitment to education.
- Four Tardies and/or Early Dismissals in a Semester: If a scholar is late or dismissed early four times in a semester, it is considered a serious issue. At this point, the parent/guardian will be called by the Dean of Scholars or their designee. The problem will be discussed and a plan will be developed to prevent future attendance issues.
- Eight Tardies and/or Early Dismissals in a Year: If a scholar is late or dismissed early eight times in a year, it is considered a serious issue. At this point, the parent/guardian will be called to the school to meet with the Dean of Scholars or their designee. The problem will be discussed and a plan will be readdressed to prevent future attendance issues.

## Dress Code

Emerald Academy will enforce a dress code policy. The purpose of the dress code is to create a professional, safe, and respectful community in which scholars can place their sole focus on learning. The dress code will be in effect from the start of the school day until the end of the school day. Scholars will be required to wear the uniform Monday through Friday, unless otherwise noted. The uniform includes:

- Black (not navy blue) dress slacks or skirts that fall at or below the knee; girls must wear shorts under skirts on days designated for physical activity
- White or black socks or tights with no patterns
- White, short or long-sleeved button down, collared dress shirt that must be tucked in
- Black dress shoes

## Scholar Conduct

Emerald Academy will enforce a strict code of conduct, which is a description of the 18 primary rules that govern scholar behavior at our school. Emerald Academy scholars will abide by this code of conduct, which is based on the philosophy that classroom respect and order are essential for academic progress, that scholars benefit from the explicit teaching of acceptable behavior, and that having immediate and clear consequences for seemingly minor infractions guarantees that major infractions will not take place. The following beliefs inform our code of conduct:

- **Safety:** The code of conduct is designed first and foremost to ensure that Emerald Academy is safe for every scholar at all times.
- **Respect**: Respectful behavior is a hallmark of effective character development and facilitates strong community.
- **Self-discipline:** By learning to behave professionally, scholars learn skills useful beyond the walls of Emerald Academy. Scholars who behave well in school, speak well in public, and are helpful to others will develop strong self-advocacy skills that will serve them well throughout their lives.
- **Making a big deal out of "little" problems:** The leaders of Emerald Academy believe that there are no "little" problems, but that every seemingly small problem can quickly contribute to more serious problems. By making a big deal out of "little" problems, the school can make sure that big problems happen infrequently.
- **Clear consequences:** Many disciplinary problems can be avoided by having clear, well-articulated consequences. The scholars of Emerald Academy will know exactly what behavior is expected and what consequences will result if the expectations are not met. The school will always promptly communicate with parents about any disciplinary consequence.
- **Uninterrupted learning.** The purpose of this code of conduct is to remove distractions from the classroom so that scholars can commit 100 percent of their attention to academic learning.

*Merit Tracker*

Scholars at Emerald Academy will be awarded merits, demerits, and detentions (detention will be in the middle school grades only) based upon their adherence to the scholar code of conduct. In each class, teachers will award merits and demerits on a daily basis, and the merits and demerits will be tallied at the end of the day. As homerooms move (from class to specials or from subject to subject in the middle school, etc.), the merit tracker will travel with the scholars; a trusted and responsible scholar will be assigned the task of carrying the merit tracker clipboard. By having the merit tracker travel with homerooms, teachers will be able to easily identify scholars who are struggling throughout the day and can be ready to proactively address the scholar.

Emerald Academy firmly believes that rewarding positive behavior is a deterrent to negative behavior, and our teachers and staff will intentionally make the awarding of merits public and a big deal. Teachers will praise scholars for their positive behavior and/or adherence to the rules. The scholar being praised will feel proud of his behavior and his classmates will likely emulate him in an effort to earn their own merits and receive positive recognition from the teacher. As often as possible, teachers will seek to recognize the positive behaviors as opposed to recognizing the negative behaviors. There will be instances where negative behavior will need to be addressed, and Emerald Academy teachers will do so with consistency so that all scholars understand the implications and consequences for their actions.

## *Family & School Contract*

The Family & School Contract is the guiding commitment between Emerald Academy scholars, staff, and parents/guardians. ***A parent/guardian, teacher, and Principal will sign the Family & School Contract by the first week of school.*** Our work together is a three-way partnership, and the highest expectations must govern all of our actions to ensure the highest quality education for every child.

**Scholar Name**______________________________________
**(Please Print)**

## Emerald Academy
## Family and School Contract

Our guiding purpose, to prepare our scholars for success in high school, college, and in life, is a family activity. By choosing to send your child(ren) to Emerald Academy, you have chosen to actively participate in your child's life at school.

***For Parents & Guardians:***

- I commit to supporting Emerald Academy's demanding academic program, high standards of conduct, and extended school day and year.
- I commit to making sure that my child is at school on time and in uniform every single day, unless sick or unable to attend because of a family emergency, in which case I will call the school before 9:00 a.m.
- I commit to monitoring my child's schoolwork, homework, and grades regularly. I will always encourage him or her to work hard and produce the best possible work.
- I commit to maintaining an environment at home where my child can do his/her homework, with a clean desk or table and necessary materials.
- I commit to calling Emerald Academy if I have questions and attending the required parent events three times a year (Mandatory Parent Orientation and two Parent Conference nights).
- I have read, understand, and agree to uphold and abide by the Code of Conduct.

***For Scholars:***

- I understand the five Keys to Success and commit to always doing my best to follow them.
- I commit to attending school every day unless I am sick and to give my full respect and attention to every task.
- I commit to doing my homework every night, bringing it neatly to school and turning it in at the appropriate time.
- I commit to obeying the Emerald Academy Code of Conduct at all times.
- I commit to speaking regularly and honestly with my parents and guardians about my progress at school, my grades, my assignments, and my behavior.
- I have read, understand, and agree to uphold and abide by the Code of Conduct.

***For Teachers and Staff:***

- I commit to being at Emerald Academy from 7:30 a.m. to 4:00 p.m.
- I commit to being fully prepared for each lesson that I teach.
- I commit to grading and returning all graded homework within one day of when it is due; I commit to grading and returning all tests and written assignments within three days.
- I commit to enforcing all rules and policies consistently and fairly.
- I commit to contacting the parents/guardians of scholars in my homeroom at least once every month, and contacting the parents/guardians of my scholars with reasonable frequency to communicate both positive and negative feedback.
- I commit to maintaining the highest standards of academic performance and appropriate conduct.
- I have read, understand, and agree to uphold and abide by the Code of Conduct.

Parent/Guardian Signature ______________________________ Date ______________

Teacher Signature ______________________________ Date ______________

Principal Signature ______________________________ Date ______________

## *Code of Conduct*

All parents/guardians and scholars will review the Code of Conduct at the mandatory scholar and parent orientation. During the orientation, parents and scholars will be asked to read and sign the Family & School Contract (which will be described in detail at the orientation). By signing the Family & School Contract, each parent/guardian and scholar indicates that each has read, understands, and agrees to abide by the Code of Conduct. The Code of Conduct is as follows:

1. All scholars treat fellow scholars, staff, and school property with respect.
2. Scholars must arrive at school in the Emerald Academy uniform every day.
3. Attend school every day. Absences are excused only for illness, death in the family, religious observance, court subpoena, or family emergency, and must be verified in writing by a parent/guardian.
4. Always arrive on time for the school day.
5. Do not disrupt class, Morning Meeting/Advisory, or Community Circle by talking out of turn.
6. Do not chew gum, eat, or drink anything during class.
7. Keep any electronic devices (cell phones, iPods, etc.) at school off and in a backpack for the entire school day (7:30-4:00). The school assumes no responsibility for these devices.
8. Always be prepared for class.
9. Do not behave in any way that is disruptive to your learning or the learning of another.
10. Do not plagiarize, cheat, or copy another's work, falsify information (i.e. forge a signature), or lie to a staff member.
11. No play-fighting or touching another scholar. Keep your hands to yourself.
12. No intimidating or threatening behavior or language.
13. No defacement of school property.
14. No profane or otherwise inappropriate language.
15. No gang activity or evidence of affiliation.
16. No fighting, violence, or behavior threatening violence.
17. No possession or sale of any drugs, alcohol, tobacco, or illegal substance.
18. No possession of weapons (even toys).

## *General Discipline Procedures*

The purpose of disciplinary consequences is to ensure that both individual scholars and the school community maintain complete focus on learning and growth. Inappropriate scholar behavior not only impacts the individual, but also exacts a cost on the larger school community. Scholars must understand that they are a part of a larger whole and are accountable to their peers for adhering to the values and expectations of the community. Prompt resolution of problems and scholar/family solutions to inappropriate behavior is expected.

## *Progressive Discipline*

All scholars are expected to conform to the Code of Conduct at school, on the school premises, and on transportation to and from school (if paid for or provided by the school), and are subject to the school's disciplinary process when they fail to do so.

When scholars violate the Code of Conduct, there are associated consequences that are outlined for different levels of offenses. Consequences will be determined based on the level of offense and the number of occurrences for similar offenses during the school year. The four levels of offenses are described below:

First Level: Demerits

1. Teacher explains or reviews class and school rules.
2. Teacher applies appropriate in-school consequences (i.e., demerits).

Second Level: Referral to the Dean of Scholars

1. Teacher applies appropriate consequences, including loss of privileges or a referral.
2. Teacher or Dean of Scholars personally communicates the problem(s) with the scholar's parent(s).
3. Teacher or Dean of Scholars may send a written report home and a copy to the office.

Third Level: Suspension

If the actions taken at Levels 1 and 2 have not corrected the inappropriate behavior, or if the scholar engaged in serious act(s) of misconduct, the Dean of Scholars or the Principal may suspend the scholar with an in-school or out-of-school suspension for a period not to exceed 10 school days. As a part of the suspension, the scholar will be required to catch up on all academic work and write an apology to the classroom community.

Fourth Level: Expulsion

If actions taken at Levels 1 through3 have not corrected the inappropriate behavior, or if the scholar engaged in serious act(s) of misconduct, the Principal may expel the scholar from the school in accordance with Tennessee state law.

Progressive discipline levels may be skipped for serious acts of misconduct, at the discretion of the Principal.

## *Code of Conduct Rules and Consequences*

*Rule 1: Respect*

Any scholar who demonstrates disrespect toward another scholar or staff member, in the judgment of any member of the staff, will receive a demerit, and in the case of serious disrespect, will receive a suspension.

*Rule 2: Dress Code*

Any scholar who arrives at school out of uniform will be prevented from participating in class until he or she is in uniform.

*Rules 3-4: Attendance and Tardy/Early Dismissal Policy*

See pages 4 through 5 for policies related to attendance and tardies/early dismissals.

*Rules 5-9: School-Wide Discipline and Classroom Policies*

Any scholar who violates rules 5 through9 will receive a demerit. If the violation is serious or occurs multiple times, the scholar will receive a referral to the Dean of Scholars or, at the discretion of the school leadership, an out-of-school or in-school suspension.

*Rules 10-14: Suspension*

**Any scholar who violates rules 11 through 14 will receive an immediate suspension.**

A scholar may be suspended from one day to up ten days. As a part of the suspension, the scholar will be required to catch up on all academic work in accordance with the Family and School Contract and will be asked to read an apology to the classroom community.

*Rule 15: Gang Activity or Evidence of Gang Affiliation*

A violation of this policy is grounds for suspension or expulsion from school.

*Rule 16: Violence Policy*

Violent behavior towards scholars, staff, or visitors will never be tolerated and will be treated with the most severe consequences. Any scholar who commits an act of physical violence at school, on school-sponsored transportation, at a school-related event, or plans such violent activity during the school day, will receive an immediate suspension and may be expelled from school.

*Rule 17: Drugs, Alcohol, and Tobacco Policy*

Scholar use, possession, distribution, or sale of alcohol, tobacco, or illicit drugs is prohibited on school grounds, at any school-sanctioned activities, on school-sponsored transportation, or at any time or in any place where the school conducts business. A scholar violation of this policy will lead to a suspension, reporting to authorities, and/or recommendation for expulsion.

*Rule 18: Weapons*

Guns, knives, explosives, or weapons of any type (including toys, look-alikes, etc.) are not permitted in the school, on the campus, anywhere on the premises, on school-sponsored transportation, or at any school-sponsored or school-related event. Violations may lead to expulsion.

***Suspension***

The principal may suspend a scholar for a period of one to ten days for a Third or Fourth Level offense.

In accordance with Tennessee state law, except in an emergency, no administrator shall suspend any scholar until that scholar has been advised of the nature of his misconduct, questioned about it, and allowed to give an explanation.

Upon suspension of any scholar [an out-of school suspension, or in-school suspension in excess of one (1) day], the principal or his/her designee shall make an immediate attempt to contact the parent or guardian to inform them of the suspension. The scholar shall not be sent home before the end of the school day unless the parent or guardian has been contacted.

Upon suspension of any scholar other than for in-school suspension of one day or less, the principal shall, within 24 hours, notify the parent or guardian and the President of the Board of Directors or the his/her designee of:

- The suspension, which shall be for a period of no more than ten (10) days;
- The cause for the suspension; and
- The conditions for readmission, which may include, at the request of either party, a meeting of the parent or guardian, scholar, and principal.

Before the scholar returns to class, the scholar, his or her parent or guardian, the Dean of Scholars, and/or the Principal will meet in order to address the scholar's behavior and plan for improvement.

***Expulsion***

A scholar who is expelled will be subject to due process under Tennessee state law. At Emerald Academy, the due process will be as follows (subject to legal review and Board approval):

- The Principal will follow standard disciplinary policies and procedures for investigating the facts, obtaining witness statements, and ensuring adherence to due process procedures.
- If the Principal believes it is warranted, the scholar will be expelled.
- The Principal shall report to the Police Department any documentable or suspected incident involving illegal drugs, firearms, explosives, or other weapons outlined in TCA 39-17-1309.
- Following the Principal's decision to expel, there is an appeal process:
    - The Principal will give written or actual notice of the expulsion to the parent/guardian within 24 hours, including giving notice that the parent/guardian or scholar has five (5) days to file an appeal. All appeals must be filed, orally or in writing, within five (5) days after receipt of the notice of expulsion.
    - The parent/guardian, the scholar, or a teacher requested by the scholar can appeal the decision.
    - Absent a timely request for appeal, the decision of the Principal will be final. The appeal will be filed with the President of the Emerald Charter Schools Board of Directors. The hearing will be held no later than 10 days after the beginning of the expulsion. Notice of the time and place of the hearing will be provided to the parent/guardian, the scholar, the Principal, and the teacher who chooses to file an appeal.
    - The Emerald Charter Schools Board of Directors may affirm the decision of the Principal, order removal of the expulsion unconditionally, or order removal of the expulsion upon such terms and conditions as it deems reasonable.

- A pupil determined to have brought to school or to be in unauthorized possession on school property of a firearm, as defined in 18 U.S.C. § 921, shall be expelled for a period of not less than one (1) calendar year.
- A scholar committing battery upon any teacher, principal, administrator, any other employee of Emerald Academy, or unlawfully possessing any drug including any controlled substance, as defined in §§ 39-17-403 through 39-17-415, or legend drug, as defined by § 53-10-101, shall be expelled for a period of not less than one (1) calendar year

***Discipline for Scholars with Special Needs***

Emerald Academy will make any and all necessary adjustments to comply for scholars with an Individualized Education Plan (IEP) or Section 504 Plan, according to State and federal law. Discipline for 504 or special education scholars will be managed in accordance with the scholar's IEP or 504 Plan. A scholar with disabilities will be subject to recommendation for expulsion as a habitually disruptive scholar only if the appropriate special education team has determined that the disruptive behavior is not a manifestation of the scholar's disability.

***Complaints about Scholar Discipline***

The school administration and the Emerald Charter Schools Board of Directors work in conjunction to hear and resolve any complaints. In the event of a complaint regarding scholar discipline, both the school administration and the Board encourage the complainant to address the problem directly with the staff member involved. If the complainant is dissatisfied with the resolution proposed by the staff member involved, or if such resolution is not practical under the circumstances, he or she should schedule a meeting with the Dean of Scholars.

If an individual believes that the school has violated any applicable laws or regulations, or if he or she is unsatisfied with the results of the above process, he or she may file a formal, written complaint with the Board of Trustees. After receiving the complaint, the Board will respond in writing to the individual within 30 days.

# Academics

## *Academic Standards*

As a college-preparatory elementary and middle school, Emerald Academy has the highest academic standards for all scholars. It is expected that scholars will take challenging classes, complete high-quality work promptly both at school and at home, study for and perform well on exams, and receive excellent support from the teaching staff through in-class interventions and small group tutoring. The highest effort from scholars, teachers, and parents/guardians is necessary to reach this goal.

## *Promotion Policy*

Emerald Academy believes that promoting scholars to the next grade level because of their age, not their readiness to do the work, is not beneficial to scholars. To build a culture of learning and achievement, and to ensure scholars demonstrate readiness for the next grade level, we will use the policy described below.

It is important to note that retention and/or placement decisions will be made only after the school has notified and conferred with parents throughout the year (progress reports, report cards, and parent conferences) as to the scholar's progress or lack thereof. Promotion of a scholar from one grade to the next shall be based solely on that individual scholar having met applicable promotion criteria as described below. However, the final decision to promote a scholar shall rest solely with the principal, with appropriate input from the leadership team, the scholar's teachers, and the professional staff.

Emerald Academy will implement a standards-based scholar report card in the elementary school (grades K-4). Each standard on each subject on the scholar's individual report card will be assigned a numeric grade to indicate how well the scholar performed. Scholars will receive a 4, 3, 2, or a 1 for each area. These numbers can be interpreted as follows:

- 4 – Exceeds Expectations
- 3 – Meets Expectations
- 2 – Progressing but Needs Additional Work
- 1 – Not Yet Meeting Expectations

Scholars must receive no less than a 2 passing rate on standards in reading and math in order to be promoted.

In the middle school, the promotion policy will differ as Emerald Academy will implement a grade-based report card. In order to be promoted to the next grade level, scholars must earn a 70 percent or higher in their core academic courses.

### *Important Considerations*

- **Attendance and Punctuality:** The scholar's attendance patterns (excused and unexcused absences, tardies, and early dismissals) and its effect on scholar progress will be taken into account. Specifically, scholars who miss 15 or more days of school throughout the year, whether excused or unexcused, are at risk for retention.
- **Homework Completion and Quality:** Scholars are expected to complete all assigned homework with quality, accompanied with a parent signature. Although promotion and retention will not be based solely on completing homework, homework quality and completion helps to ensure that scholars will perform well on in-class assignments and assessments.

*Scholars with Disabilities*

Promotion and retention of previously-identified disabled scholars may be subject to the factors and policy above, but Emerald Academy shall also consider the contents of the scholar's Individualized Educational Plan (IEP).

## *School Schedule*

The following table represents a typical scholar schedule. Please note that actual schedules will be slightly different for each class but they will all include the same total instructional periods for each subject.

Sample Daily Schedule (Monday, Tuesday, Thursday, and Friday)

| | | |
|---|---|---|
| 7:30 AM | 8:00 AM | Breakfast |
| 8:00 AM | 8:30 AM | Homeroom/DEAR/Advisory |
| 8:30 AM | 9:15 AM | ELA |
| 9:15 AM | 10:00 AM | |
| 10:00 AM | 10:45 AM | Math |
| 10:45 AM | 11:30 AM | |
| 11:30 AM | 12:15 PM | Lunch/Recess |
| 12:15 PM | 1:00 PM | PE/Art/Music |
| 1:00 PM | 1:45 PM | Social Studies |
| 1:45 PM | 2:30 PM | Science |
| 2:30 PM | 3:15 PM | Focus Period |
| 3:15 PM | 4:00 PM | |

Each Wednesday is an early dismissal day which ends at 2:30. The Wednesday schedule is identical to the daily schedule except that it does not include the Focus Period.

## *School Calendar*

The draft 2015-2016 Calendar is on the following page.

# Emerald Academy

## 2015-16 School Calendar

| Day | July-15 | August-15 | September-15 | October-15 | November-15 | December-15 | January-16 | February-16 | March-16 | April-16 | May-16 | June-16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | WKND | I | I | WKND | I | H | I | I | I | WKND | I |
| 2 | | WKND | I | I | I | I | WKND | I | I | WKND | I | I |
| 3 | | SI | I | WKND | I | I | WKND | I | I | WKND | I | I |
| 4 | WKND | SI | I | WKND | PD | I | I | I | I | I | I | WKND |
| 5 | WKND | SI | WKND | I | I | WKND | I | I | WKND | I | I | WKND |
| 6 | | SI | WKND | I | I | WKND | PD | WKND | WKND | PD | I | I |
| 7 | | SI | H | I | WKND | I | I | WKND | I | I | WKND | I |
| 8 | | WKND | I | I | WKND | I | I | I | I | I | WKND | LD |
| 9 | | WKND | I | I | I | I | WKND | I | I | WKND | I | |
| 10 | | FD | I | WKND | I | I | WKND | I | I | WKND | I | |
| 11 | WKND | I | I | WKND | I | I | Q/T | I | I | I | PD | WKND |
| 12 | WKND | I | WKND | I | I | WKND | I | I | WKND | I | I | WKND |
| 13 | | I | WKND | I | I | WKND | I | WKND | WKND | I | I | I |
| 14 | | I | I | I | WKND | I | I | WKND | I | I | WKND | |
| 15 | | WKND | I | Q/T | WKND | I | I | H | I | I | WKND | |
| 16 | | WKND | I | I | I | I | WKND | I | I | WKND | I | |
| 17 | | I | I | WKND | I | I | WKND | PD | I | WKND | I | |
| 18 | WKND | I | I | WKND | I | I | H | I | I | I | I | WKND |
| 19 | WKND | I | WKND | I | I | WKND | I | I | WKND | I | I | WKND |
| 20 | SI | I | WKND | I | I | WKND | I | WKND | WKND | I | I | |
| 21 | SI | I | I | I | WKND | H | I | WKND | H | I | WKND | |
| 22 | SI | WKND | I | I | WKND | H | I | I | H | I | WKND | |
| 23 | SI | WKND | PD | I | I | H | WKND | I | H | WKND | I | |
| 24 | SI | I | I | WKND | I | H | WKND | I | H | WKND | I | |
| 25 | WKND | I | I | WKND | H | H | I | I | H | I | I | WKND |
| 26 | WKND | I | WKND | I | H | WKND | I | I | WKND | I | I | WKND |
| 27 | SI | I | WKND | I | H | WKND | I | WKND | WKND | I | I | |
| 28 | SI | I | I | I | WKND | H | I | WKND | I | I | WKND | |
| 29 | SI | WKND | I | I | WKND | H | I | I | Q/T | I | WKND | |
| 30 | SI | WKND | I | I | I | H | WKND | N/A | I | WKND | H | |
| 31 | SI | I | N/A | WKND | N/A | H | WKND | N/A | I | N/A | I | N/A |
| # Instr. Days | 0 | 16 | 20 | 22 | 17 | 14 | 18 | 19 | 18 | 20 | 20 | 6 |

| | | | | | |
|---|---|---|---|---|---|
| H | 22 | PD | 6 | SI | 15 |
| Instructional days | 190 | | | | |

**Legend**

| | |
|---|---|
| I | Instructional day |
| FD | First day of school (Instructional Day) |
| Q/T | End of quarter (Instructional Day) |
| LD | Last day of school (Instructional Day) |
| PD | Professional Development: No students present |
| H | Holiday: No school |

***Holidays***

| | |
|---|---|
| *September 7* | *Labor Day* |
| *November 25-27* | *Thanksgiving* |
| *January 18* | *ML King's Birthday* |
| *February 15* | *President's Day* |
| *May 30* | *Memorial Day* |

***Winter and Spring Break***

| | |
|---|---|
| *December 21-January 1* | *Winter Break* |

## Statement of Understanding

Signing this form acknowledges that the parent/guardian has received a copy of Emerald Academy's Scholar and Family Handbook, has had the opportunity to discuss the policies and have questions answered, and understands all of the provisions in the handbook. Although it reflects Emerald Academy's current policies, it may be necessary to make changes from time-to-time to best serve the needs of our scholars. Any changes deemed necessary will be made in writing and the modified policy will be shared with every family.

By my signature below, I acknowledge that I have received a copy of the Scholar and Family Handbook of Emerald Academy. I understand that it is my obligation to read, understand, comply with, and convey the importance of these procedures and policies to my son/daughter.

___________________________________ ______________________________________
Scholar Name (please print) Parent/Guardian Name (please print)

______________________________________
Parent/Guardian Signature

______________________________________
Date

## Attachment 6: Facilities Plan

Finding a suitable facility is often one of the greatest challenges facing a new, start-up charter school.

It can be difficult to negotiate or sign a lease for a facility without having been approved to open a school. This section does not require a formal agreement for a facility; however, viable options should be explained. Include in your explanation reasonable space requirements, a plan for space utilization, a discussion of potential costs including build-out, and a timeline for when a facility will be ready for student use.

### FACILITIES

We are actively pursuing several options to locate Emerald Academy. All of these options involve the adaptive reuse of existing facilities in our service area, which promise to not only provide an outstanding learning environment for our scholars, but also to contribute to the revitalization of our inner city neighborhoods. We have explored many possible locations, but two properties have emerged as the preferred options at present. We believe either of the preferred sites could be secured and renovated in time for a fall 2015 opening date, but we also have an interim solution if the process of securing and renovating the permanent locations takes longer than anticipated. Before addressing these two sites in more detail, we will respond to the more general facility related questions in the application.

- Basic requirements to accommodate your school plan, including number of classrooms, square footage per classroom, classroom types, common areas, overall square footage and amenities.
- Specify your classroom needs and include science labs, art room, computer labs, library/media center, performance/dance room, auditorium, main office and satellite offices, work room/copy room, supplies/storage, teacher work rooms, and other spaces.

### The Program

Local architect, George Ewart, has provided the architectural program for Emerald Academy and an evaluation of the two preferred locations. As reflected below, the total required square footage to accommodate the kindergarten through eighth grade program in a newly-constructed building is approximately 60,000 square feet. Adapting this program to an existing facility may be slightly less efficient, but we do not believe this will be a material difference based on the two locations at which we are currently looking.

| Space | # of Rooms | Square Footage | Notes |
|---|---|---|---|
| **Classrooms** | | | |
| K | 2 @ 900 | 1,800 | |
| 1 | 2 @ 900 | 1,800 | |
| 2 | 2 @ 850 | 1,700 | |
| 3 | 2 @ 850 | 1,700 | |
| 4 | 2 @ 850 | 1.700 | |
| 5 | 3 @ 850 | 2,550 | |
| 6 | 3 @ 850 | 2,550 | |
| 7 | 3 @ 850 | 2,550 | |
| 8 | 3 @ 850 | 2,550 | |
| SPED | 1 @ 850 | 850 | |
| Computer Lab | 2 @ 900 | 1,800 | |
| | | | |
| **Administration** | | | |
| Principal | 1 @ 192 | 192 | |
| Dean of Scholars | 1 @ 144 | 144 | |

| Space | # of Rooms | Square Footage | Notes |
|---|---|---|---|
| Director of Curriculum and Instruction | 1 @ 144 | 144 | |
| Instructional Coach | 1 @ 120 | 120 | |
| Office Manager | 1 @ 120 | 120 | |
| Administrative Office | 1 @ 144 | 144 | |
| Compliance Coordinator | 1 @ 144 | 144 | |
| Scholar Recruitment | 1 @ 144 | 144 | |
| Director of SPED | 1 @ 192 | 192 | |
| Teachers Workroom Suite | 1 @ 192 | 192 | |
| Mail Room | 1 @ 100 | 100 | |
| Copy Room | 1 @ 120 | 120 | |
| Reception (2 people) | 1 @ 144 | 144 | |
| Waiting | 1 @ 144 | 144 | |
| Meeting/Conference | 1 @ 192 | 192 | |
| Counciling Room | 2 @ 100 | 200 | |
| Nurse | 1 @ 120 | 120 | |
| Secure Storage | 1 @ 250 | 250 | |
| General Storage | 1 @ 250 | 250 | |
| Faculty Toilets | 2 @ 45 | 90 | |
| Faculty Lounge | 1 @ 120 | 120 | |
| Server Room | 1 @ 100 | 100 | |
| | | | |
| **Toilets** | | | |
| Men/Women | 2 @ 400 | 800 | |
| | | | |
| **Dining Room/Kitchen** | | | |
| Dining Room (250 scholars x 12 s.f.) | 1 @ 3,000 | 3,000 | |
| Kitchen | 1 @ 1,500 | 1,500 | |
| | | | |
| **Gym/Lockers/Concessions/Toilets** | | | |
| Gymnasium | 1 @ 10,000 | 10,000 | |
| Locker Room | 2 @ 400 | 800 | |
| Concessions | 1 @ 400 | 400 | |
| Toilets | 2 @ 400 | 800 | |
| | | | |
| **Sub-Total** | | 42,216 | |
| **Circulation, Walls, Mechanical 40%** | | 16,886 | |
| **Building Total S.F.** | | **59,102** | |

Based on the phased approach, where the school will initially open with kindergarten and first grades only and then add two additional grades per year, Emerald Academy will not need to implement the full architectural program at the outset. This will reduce initial capital and operating costs during the phase-in period.

- The process for identifying and securing a facility, including any brokers or real estate consultants you are employing to assist in finding a facility.

**The Process**
Given the need to locate the school in proximity to the inner city population we serve, and the focus on reuse of existing structures and square footage requirements, the process of identifying potential locations has been fairly straightforward. On behalf of Emerald Academy, Board President, Steve Diggs, and Board Member, Randy Gibson (COO and General Counsel of real estate development firm Lawler-Wood, LLC) have led the effort. Barry Brooke, also with Lawler-Wood, has extensive experience in the development of academic facilities of all types and has also assisted the team in evaluating the feasibility of various options, along with Mr. Ewart and MDS Advisors. Other charter school operators have also been consulted to make sure our development and facility operating cost assumptions are in line with those experienced by similar organizations. Third-party brokers have been consulted to identify potential properties, but no broker has been retained to represent Emerald Academy at this point.

- Charter schools must adhere to all Americans with Disabilities Act (ADA) requirements and also all applicable city planning review procedures. They must also comply with all health and safety requirements per T.C.A. § 49-13-105. Please provide a plan for compliance with these requirements.

**The Design**
With a specific site yet to be confirmed, design of the school has been limited to basic space planning. Upon approval of the application, arrangements to acquire a facility will be finalized and a licensed architect with school design experience will be selected to prepare detailed plans and specifications. Emerald Academy will comply with all applicable codes and regulations, including the ADA, Tennessee's Public Charter School Act, and best practices in the industry.

- Submit a timeline with reasonable assumptions for facility occupation.

**The Timeline**
In order to open to scholars in August 2015, some preconstruction activities will need to proceed prior to the approval of this application. These activities will primarily consist of completing negotiations for the acquisition or lease of a facility and assembling a development team. With this foundation in place, we should be able to proceed into detailed design immediately upon approval of the application in August 2014. We plan to commence construction in fall 2014, to be completed in time for commissioning and equipment installation in mid-summer 2015, with doors open to scholars at the beginning of the 2015 school year. The following table represents our facility timeline:

| | | 2014 | | | | | | | | | 2015 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Activity | Responsible Individual(s) | April | May | June | July | August | September | October | November | December | January | February | March | April | May | June | July |
| Select a permanent facility solution | | | | | | | | | | | | | | | | | |
| Negotiate facility acquisition | | | | | | | | | | | | | | | | | |
| Negotiate facility financing | | | | | | | | | | | | | | | | | |
| Assemble facility development team | | | | | | | | | | | | | | | | | |
| Translate the program design into architectural drawings | | | | | | | | | | | | | | | | | |
| Prepare and submit permit drawings for approval | | | | | | | | | | | | | | | | | |
| Facility Construction | | | | | | | | | | | | | | | | | |
| Inspections | | | | | | | | | | | | | | | | | |
| Secure Certificate of Occupancy | | | | | | | | | | | | | | | | | |

While this timeline seems reasonable should everything proceed according to plan, we all know things do not always proceed as quickly as expected. Thus, Emerald Academy has an interim solution, if needed, that will serve kindergarten and first grades for the initial school year.

**The Interim Location**

The former headquarters of Choice Data, located at 1014 Heiskell Avenue, has been donated to Emerald Youth Foundation and can be made available to house the first phase of Emerald Academy on an interim basis. The building contains approximately 12,000 square feet that can comfortably house the 7,000 square foot program needed for kindergarten and first grades. Since the site is not large enough to accommodate the entire program, it is not a permanent solution, but could be retrofitted fairly inexpensively to serve as a temporary location.

- Reasonable budget assumptions that include rent, utilities, maintenance, insurance, and build-out costs.

**Option 1-- Moses Teen Center**

The former Moses school, 220 Carrick Street, is currently owned by the Boys & Girls Clubs and is used as a teen center. The property is under contract to be purchased for development of affordable senior housing. That contract is conditioned on an award of low income housing tax credits through the competitive 9 percent program. Preliminary scoring of LIHTC applications will be announced in June 2014. In the event the project does not receive tax credits and the contract is terminated, this location provides an excellent option for Emerald Academy. Comprising 65,000 square feet, the Moses Center was extensively renovated by the Boys & Girls Clubs several years ago, but still retains the basic floor plan of a school. It houses a gymnasium and a 200-seat auditorium and can be affordably readapted to meet all the programmatic needs of Emerald Academy. See the preliminary development budget for the Moses Center below:

## Preliminary Development Budget
## Moses Center (65,000 square feet)

| | | |
|---|---|---|
| **Building Costs** | | |
| Acquisition/Renovation | $ | 3,950,000 |
| Closing Costs & Legal | | 20,000 |
| Plans Review Fee | | 7,000 |
| Site Work & Utilities | | 50,000 |
| Landscaping | | 25,000 |
| Total Building Cost | $ | 4,052,000 |
| **Furniture Fixtures & Equipment** | | |
| Kitchen Equipment | | 100,000 |
| Furniture | | 80,000 |
| Phone System | | 30,000 |
| Technology (equipment & cabling) | | 210,000 |
| Food Service Wares | | 12,000 |
| Total FF&E | $ | 432,000 |
| **Soft Costs (15%)** | $ | 672,600 |
| **Contingency (5%)** | $ | 257,830 |
| **Total Development Costs** | **$** | **5,414,430** |
| **Total Development Cost Per Sq. Ft.** | **$** | **83.30** |

We would complete the associated construction in four phases:

| | **Phase 1** | **Phase 2** | **Phase 3** | **Phase 4** |
|---|---|---|---|---|
| Total Building Cost | $ 1,402,000 | $ 800,000 | $ 800,000 | $ 1,050,000 |
| FF&E | 262,000 | 60,000 | 60,000 | 50,000 |
| Soft Costs | 249,600 | 129,000 | 129,000 | 165,000 |
| Contingency | 95,680 | 49,450 | 49,450 | 63,250 |
| **Total Development Costs** | **$ 2,009,280** | **$ 1,038,450** | **$ 1,038,450** | **$ 1,328,250** |
| Sq. Ft. Completed | 12,000 | 28,000 | 44,000 | 65,000 |

A budget of the estimated facility related operating costs has also been prepared:

## Preliminary Facility Operating Budget
## Moses Center (65,000 square feet)

| | Total | PSF |
|---|---|---|
| Utilities | 81,250 | 1.25 |
| Janitorial | 48,750 | .75 |
| Insurance | 32,500 | .50 |
| Repairs & Maintenance | 48,750 | .75 |
| Pest Control | 6,500 | .10 |
| | $217,750 | $3.35 |

### Annual Facility Expense

We intend to work with charter school developers or lenders to finance the facility with the following assumptions:

| | |
|---|---|
| Loan to Value: | 100% |
| Annual Interest Rate | 6.5% |
| Amortization Term | 30 years |

As such, the annual building expense would be:

| School Year<br>Phase Completed | **2015-16**<br>**Phase 1** | **2016-17**<br>**Phase 2** | **2017-18**<br>**Phase 3** | **2018-19**<br>**Phase 4** | **2019-20**<br>**Phase 4** |
|---|---|---|---|---|---|
| Debt Service | $ 152,400 | $ 231,165 | $ 309,929 | $ 410,675 | $ 410,675 |
| Operating Expense for Occupied Area ($3.35 PSF) | 40,200 | 93,800 | 147,400 | 217,750 | 217,750 |
| Operating Expense for Unoccupied Area ($1.70 PSF) | 90,100 | 62,900 | 35,700 | - | - |
| Total Facility Expense | $ 282,700 | $ 387,865 | $ 493,029 | $ 628,425 | $ 628,425 |

Note that we have used the Moses Center annual facility expenses in the budget, which can be found in Attachment 9.

### Option 2—The Sears Building

This facility is owned by Knox County and currently houses a variety of county and related services. Located at 1000 North Central Avenue, the 260,000 square foot building was once home to the Sears department store and more recently has served many functions, including housing the Knox County Purchasing Department. While our discussions with Mayor Burchett and his staff are still in the preliminary stage, the administration has been extremely supportive of maximizing the utilization of this county asset by adding the academy to the other functions the facility currently houses.

A preliminary development budget has been prepared in connection with the renovation of a portion of the Sears Building sufficient to accommodate the full Emerald Academy program outlined above:

## Preliminary Development Budget
## Sears Building (60,000 square feet)

| | | |
|---|---|---|
| **Building Costs** | | |
| Acquisition/Renovation | $ | 4,800,000 |
| Closing Costs & Legal | | 25,000 |
| Plans Review Fee | | 8,500 |
| Site Work & Utilities | | |
| Landscaping | | |
| Total Building Cost | $ | 4,833,500 |
| **Furniture Fixtures & Equipment** | | |
| Kitchen Equipment | | 100,000 |
| Furniture | | 80,000 |
| Phone System | | 30,000 |
| Technology (equipment & cabling) | | 210,000 |
| Food Service Wares | | 12,000 |
| Total FF&E | $ | 432,000 |
| **Soft Costs (15%)** | $ | 789,825 |
| **Contingency (5%)** | $ | 302,766 |
| **Total Development Costs** | **$** | **6,358,091** |
| **Total Development Cost Per Sq. Ft.** | **$** | **105.97** |

We would complete the associated construction in four phases:

| | Phase 1 | Phase 2 | Phase 3 | Phase 4 |
|---|---|---|---|---|
| Total Building Cost | $ 1,233,500 | $ 1,200,000 | $ 1,200,000 | $ 1,200,000 |
| FF&E | 262,000 | 60,000 | 60,000 | 50,000 |
| Soft Costs | 224,325 | 189,000 | 189,000 | 187,500 |
| Contingency | 85,991 | 72,450 | 72,450 | 71,875 |
| **Total Development Costs** | **$ 1,805,816** | **$ 1,521,450** | **$ 1,521,450** | **$ 1,509,375** |
| Sq. Ft. Completed | 15,000 | 30,000 | 45,000 | 60,000 |

A budget of the estimated facility related operating costs has also been prepared:

**Preliminary Facility Operating Budget**
**Sears Building (60,000 square feet)**

| | Total | PSF |
|---|---|---|
| Utilities | 75,000 | 1.25 |
| Janitorial | 45,000 | .75 |
| Insurance | 30,000 | .50 |
| Repairs & Maintenance | 45,000 | .75 |
| Pest Control | 6,000 | .10 |
| | $201,000 | $3.35 |

**Annual Facility Expense:**

We intend to work with charter school developers or lenders to finance the facility with the following assumptions:

| | |
|---|---|
| Loan to Value: | 100% |
| Annual Interest Rate | 6.5% |
| Amortization Term | 30 years |

As such, the annual building expense would be:

| School Year<br>Phase Completed | **2015-16**<br>**Phase 1** | **2016-17**<br>**Phase 2** | **2017-18**<br>**Phase 3** | **2018-19**<br>**Phase 4** | **2019-20**<br>**Phase 4** |
|---|---|---|---|---|---|
| Debt Service | $ 136,968 | $ 252,367 | $ 367,766 | $ 482,250 | $ 482,250 |
| Operating Expense (3.35 PSF) | 50,250 | 100,500 | 150,750 | 201,000 | 201,000 |
| Total Facility Expense | $ 187,218 | $ 352,867 | $ 518,516 | $ 683,250 | $ 683,250 |

**Facility Summary**

Two excellent alternative locations for the academy have been presented, but many others have been explored and remain strong possibilities. All offer the opportunity to strengthen adjoining neighborhoods as well as foster productive partnerships with our county government, co-tenants, and other youth-driven organizations like the Boys & Girls Clubs. The two preferred options presented offer an affordable and efficient reuse of community resources and will be vigorously pursued in anticipation of the approval of this application. The anticipated acquisition/development costs for either alternative are quite affordable when compared to the cost of building a new school from the ground up and are in line with other charter schools we have studied. The Moses Center annual facility expense is represented in our budget that can be found in Attachment 9.

## Attachment 7: Transportation Plan

If a public charter school elects to provide transportation for its pupils, the transportation is to be provided by the school or by agreement with the LEA within the district in which the school is located pursuant to chapter 6, part 21 of Title 49 of Tennessee Code Annotated. "If a charter school elects to provide transportation other than through agreement with the LEA, the school shall receive all funds that would have been spent by the LEA to provide such transportation. If a public charter school elects not to provide transportation for its pupils, the school shall not receive the funds that would otherwise have been spent to do so." T.C.A. § 49-13-114.

Emerald Academy will offer transportation to all scholars in K-5th grades who live more than one mile away from the school and for scholars in grades 6-8 who live more than one and a half miles away from the school.

Emerald Academy anticipates that 30-to-40 percent of our scholars will require transportation to and from school. The other 60-to-70 percent of scholars will either:

- Not require transportation as they will be K-5th grade scholars living within one mile of the school
- Not require transportation as they will be 6th-8th grade scholars living within one and a half miles of the school
- Not require transportation because their parents elect to transport them to and from school.

Emerald Academy will ensure that transportation services meet all requirements of chapter 6, part 21 of Title 49 of Tennessee Code Annotated.

If applicable, outline your proposed transportation plan as follows:

- How will you transport the students to and from your school? Describe how the school will provide transportation and include extracurricular activities and Saturday school if applicable. Also include budgetary assumptions and the impact of transportation on the overall budget.

Emerald Charter School is currently exploring two options for providing transportation to our scholars: contracting with Knox County Schools and hiring a private transportation service. We will continue to explore these options over the upcoming months to determine which one will be most economical for the school.

Emerald Academy will coordinate with external service providers to arrange transportation for extracurricular activities. Emerald Academy will not offer Saturday School.

The budget assumptions are as follows:

- Each dedicated bus will cost $30,000 per year (assuming we utilize a private transportation provider, per guidance from Dr. Rick Grubb)
- Each bus can transport up to 50 scholars
- Emerald Academy will require a minimum of two busses to provide sufficient geographic coverage

| Year | Anticipated Number of Scholars Served | Maximum Number of Busses Required | Total Cost |
|---|---|---|---|
| Year 1 | 36 to 48 | 2 | $60,000 |
| Year 2 | 72 to 96 | 2 | $60,000 |
| Year 3 | 108 to 144 | 3 | $90,000 |
| Year 4 | 144 to 192 | 4 | $120,000 |
| Year 5 | 162 to 216 | 5 | $150,000 |

- Describe how the school will transport students with special transportation needs and how that will impact your budget.

Emerald Academy will ensure that it selects a transportation provider that has the capacity to meet the needs of scholars with disabilities. As such, we have included the cost of these services in the calculations above.

- Include in school budget assumptions the liability insurance required for transporting students.

Emerald Academy will ensure that the transportation provider will have the insurance required for transporting scholars and will carry any and all necessary liability insurance as determined by Knox County Schools.

- Reference evidence of familiarity with state and federal regulations relating to provision of transportation services.

As stated above, Emerald Academy will ensure that transportation services meet all requirements of chapter 6, part 21 of Title 49 of Tennessee Code Annotated, as well as any federal regulations related to the provision of transportation services including (but not limited to) the federal McKinney-Vento Homeless Assistance Act.

## Attachment 8: Food Service Plan

Food service must be provided in accordance with the nutrition regulations outlined in the T.C.A. §§ 49-6-2301--2307. Applicants should check with the LEA within which they wish to locate to determine if the LEA will allow a charter school to utilize its food service or if it must apply to the state to provide its own food service.

Describe the school's proposed food service plan and include the following:

- A clear description of how the school will offer food service to the students, including how it will adhere to all nutritional guidelines.
- Include any plans to meet the needs of low-income and academically low-achieving students such as a community garden, inclusion of fresh fruits and vegetables initiatives, etc.
- How the school intends to collect free and reduced price lunch information from qualified families and include it in the food plan.
- How the school will ensure compliance with applicable state and federal regulations.

Emerald Academy intends to partner with Knox County Schools (KCS) for food service. KCS has agreed to provide all food service including meals and related staffing at no charge to Emerald Academy. KCS will meet all guidelines and regulations outlined in the T.C.A. §§ 49-6-2301--2307 KCS and will meet all nutritional guidelines. KCS has vast experience providing food service to students, including low-income and academically low-achieving scholars, and will supply scholars at Emerald Academy with the resources it needs to meet all Emerald Academy scholars' needs. Emerald Academy will work with KCS to collect free and reduced-price lunch information from qualified families. The Office Manager will be responsible for collecting the federal Free and Reduced Price Lunch Application Form from all Emerald Academy families. KCS will ensure that Emerald Academy will be compliant with all state and federal regulations related to food service.

## Attachment 9: Public Charter School Budget Workbook

The budget and financial plan for the charter school must include all anticipated revenues and expenditures and a plan for compliance with state and federal accounting and reporting requirements. Public charter schools are required to operate under an annual budget on a July 1 – June 30 fiscal year. For purposes of this application, the proposed charter school must submit the Public Charter School Planning and Budget Worksheet which is provided on the department's website.

Detail the budget assumptions with revenue and expenditure projections reflecting proposed growth over time. Explain how the proposed budget is adequate to ensure your proposed school model can be implemented fully and how it supports your theory of action concerning student achievement.

Explicitly detail the following:

- Student enrollment and BEP projections
- All anticipated funding sources, including grants, state, federal and local per pupil eligibility, other government resources, private fundraising, eRate, student fees, donations, etc.
- All anticipated expenditures including salaries and benefits, yearly pay increases, instructional materials and supplies, equipment and furniture, technology for both student and instructional use, professional development, special education services, student activities and field trips, contracted services (ex. CMO, audit, payroll, IT, etc.), rent and utilities, office supplies and equipment, management fees, capital, contingency and insurance reserve funds.

The attached budget is aligned to, and reflects, the proposed school model and can be fully implemented. First and foremost, it demonstrates implementation of the staffing plan that we have described throughout this application. Additionally, it is fully consistent with our facilities and transportation plans that can be found in *Attachments 6 and 7*. Finally, it includes the instructional materials and supplies, technology, furniture, professional development, special education services, and contracted services that we will need to successfully operate Emerald Academy.

**Budget Highlights**

The Emerald Academy budget is a financial representation of our mission, vision, and education plan. The embedded assumptions have been thoroughly researched and represent our findings from other charter schools in Tennessee and across the country. The budget shows an annual surplus and includes the development of a cash reserve to provide a contingency for the school and ensure that it maintains a financially sound position at all times. In keeping with national best practice, the cash reserve grows to just over 60 days of cash on hand by the end of the fifth year of operation. It is also important to note that while the school requires philanthropy for the planning year and first three years of operations, Emerald Academy will operate solely on recurring public funding by its fourth year of operations.

**Major Revenue Assumptions**

- The budget uses the 2013-14 BEP figures provided by the Tennessee Department of Education for charter schools providing transportation.
- The Title I per pupil rate of $675 was provided by Ginnae Harley of Knox County Schools.
- The Capital Outlay revenue assumptions were provided by Maryanne Dursk, Executive Director, Office of Local Finance for the Tennessee Department of Education
- The revenue inflation of 2% per year is a conservative estimate per Kevin Wilson of Knox County Schools.
- E-Rate funding represents a 90% reimbursement of eligible phone and internet service.

- IDEA funding assumes $1,500 per special education student as detailed in the guidance provided by the Tennessee Department of Education
- Private fundraising totals $1.5M over the next four years. Steve Diggs, Board President for Emerald Charter Schools and Executive Director of Emerald Youth Foundation (EYF) will be leading the fundraising campaign for the launch of Emerald Charter Schools. Steve has an outstanding track record of success raising funds to support EYF which currently receives more than $3,000,000 in philanthropic revenue per year to support its operations. Steve has committed to expanding his fundraising efforts to ensure that Emerald Charter Schools is successful in reaching its fundraising targets.

**Major Expense Assumptions**

*Personnel*

- As stated in the proposal narrative, Emerald Academy has pegged its salaries to be approximately 5% higher than the Knox County Schools salaries for teachers. We anticipate that the average teacher at Emerald Academy will have three years of experience and that approximately half will hold Bachelor's degrees and half will hold Master's degrees. Other staff salaries have also been pegged to meet or exceed the Knox County School's averages for those positions. For additional detail regarding the Emerald Academy salaries, see the *Personnel/Human Capital* section of the proposal. Salaries are set to increase at a rate of 2% per year.
- Benefits assumptions were provided by Knox County School. The health insurance premium rate of $5,944 per year for Employee Only coverage and $15,286 per year for Family coverage represent the average rates across all benefits plans. The school's percentage of the coverage, 61%, represents the average coverage that Knox County Schools provides across all its offerings. We anticipate that 70% of our employees will select Employee Only insurance.

*General Operating Expenses*

- The major assumptions for the general operating expenses – instruction are detailed in the budget.
- The assumptions for contracted services include an annual audit, legal fees, a set-aside for special education services that increases as our student population grows, and the Emerald Youth Foundation Service Bureau fee. It is important to note that the Service Bureau fee was benchmarked to a provider of similar services to charter schools.
- We have not included any expense (or revenue) associated with Food Service, as Knox County Schools will provide food service to Emerald Academy students on an in-kind basis.

*Transportation*

- See the *Transportation Attachment, Attachment 7*, for detailed information related to our estimated transportation expenses.

*Facilities*

- See the *Facilities Plan Attachment, Attachment 6*, for detailed information related to our projected annual facility expense.
- Note that the general liability insurance is included in our operating expense estimate.

*Technology and Equipment*

- We have budgeted $500 per computer and 25 computers per grade level, which represents 20 per grade level (10 per classroom) in kindergarten through fourth grade and 30 per grade level (10 per classroom) in fifth through eighth grade. Note that we are exploring using Chrome Books, which would dramatically decrease this expense.

- The server equipment and Internet set-up fees are included in the FF&E budgets as part of our building renovation expense (see *Attachment 6*).
- Classroom furniture is included in this budget. However, there is also a significant furniture expense that is included in the FF&E budget as part of our building renovation expense (see *Attachment 6*).

App.0694

## BUDGET SUMMARY

| | PLANNING | YR 1 | YR 2 | YR 3 | YR 4 | YR 5 |
|---|---|---|---|---|---|---|
| | 2014-15 | 2015-16 | 2016-17 | 2017-18 | 2018-19 | 2019-20 |
| **Number of Students** | 0 | 120 | 240 | 360 | 480 | 540 |
| **Number of Employees** | 2 | 15 | 24 | 36 | 46 | 50 |
| **REVENUE** | | | | | | |
| Basic Education Program | $0 | $819,600 | $1,671,984 | $2,558,136 | $3,479,064 | $3,992,226 |
| Title I | $0 | $70,470 | $143,759 | $219,951 | $299,133 | $343,255 |
| Federal Breakfast Program | $0 | $0 | $0 | $0 | $0 | $0 |
| Federal Lunch Program | $0 | $0 | $0 | $0 | $0 | $0 |
| IDEA | $0 | $28,800 | $57,600 | $86,400 | $115,200 | $129,600 |
| Transportation | $0 | $0 | $0 | $0 | $0 | $0 |
| Charter start-up funds | $0 | $0 | $0 | $0 | $0 | $0 |
| Walton start-up funds | $0 | $0 | $0 | $0 | $0 | $0 |
| Student fees | $0 | $0 | $0 | $0 | $0 | $0 |
| Capital Outlay | $0 | $38,000 | $77,000 | $117,000 | $157,000 | $178,000 |
| E-Rate | $0 | $0 | $27,000 | $27,000 | $27,000 | $27,000 |
| Private fundraising (foundations, corporate) | $400,000 | $600,000 | $300,000 | $200,000 | $0 | $0 |
| Private fundraising (individuals) | $0 | $0 | $0 | $0 | $0 | $0 |
| **TOTAL REVENUE** | **$400,000** | **$1,556,870** | **$2,277,343** | **$3,208,486** | **$4,077,398** | **$4,670,082** |
| **EXPENSES** | | | | | | |
| Personnel | $131,171 | $879,722 | $1,387,849 | $2,083,624 | $2,697,193 | $2,987,710 |
| General Operating Expenses | $58,500 | $186,850 | $241,200 | $301,925 | $351,525 | $393,075 |
| Transportation | $0 | $60,000 | $60,000 | $90,000 | $120,000 | $150,000 |
| Athletic Program | $0 | $6,000 | $12,000 | $18,000 | $24,000 | $27,000 |
| Facilities | | $282,700 | $387,865 | $493,029 | $628,425 | $628,425 |
| Technology & Equipment | $1,950 | $113,950 | $121,900 | $140,300 | $197,550 | $171,100 |
| **TOTAL EXPENSES** | **$191,621** | **$1,529,222** | **$2,210,814** | **$3,126,878** | **$4,018,693** | **$4,357,310** |
| **SURPLUS/(DEFICIT)** | **$208,379** | **$27,648** | **$66,529** | **$81,609** | **$58,705** | **$312,772** |
| ***Per student*** | | *$230* | *$277* | *$227* | *$122* | *$579* |
| Ending Fund Balance | $208,379 | $236,027 | $302,556 | $384,165 | $442,870 | $755,642 |

**CHARTER SCHOOL BUDGET**

**Base Year** 2014

| REVENUE ASSUMPTIONS | | | PLANNING 2014-15 | YR 1 2015-16 | YR 2 2016-17 | YR 3 2017-18 | YR 4 2018-19 | YR 5 2019-20 |
|---|---|---|---|---|---|---|---|---|
| [Get LEA BEP figures (F34) from the Charter Funding Overview document, available online.] | | | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Number of grade levels | | | | 2 | 4 | 6 | 8 | 9 |
| K | | | | 60 | 60 | 60 | 60 | 60 |
| 1st | | | | 60 | 60 | 60 | 60 | 60 |
| 2nd | | | | | 60 | 60 | 60 | 60 |
| 3rd | | | | | | 60 | 60 | 60 |
| 4th | | | | | | | 60 | 60 |
| 5th | | | | | 60 | 60 | 60 | 60 |
| 6th | | | | | | 60 | 60 | 60 |
| 7th | | | | | | | 60 | 60 |
| 8th | | | | | | | | 60 |
| 9th | | | | | | | | |
| 10th | | | | | | | | |
| 11th | | | | | | | | |
| 12th | | | | | | | | |
| **Total Student Enrollment** | | | **0** | **120** | **240** | **360** | **480** | **540** |
| Title I (% of student body) | | | | 87% | 87% | 87% | 87% | 87% |
| Special Education (% of student body) | | | | 16% | 16% | 16% | 16% | 16% |
| Basic Education Program (funding per student) | $6,830 | Base year | | | | | | |
| Inflation adjustor | 1.02 | | | | | | | |
| Title I | $675 | Per student | | | | | | |
| IDEA | $1,500 | Per SPED student | | | | | | |
| Breakfast Program -- Federal Reimbursement | no | "yes" or "no" | | | | | | |
| Breakfast Program | | Per student per day | | | | | | |
| Lunch Program | | Per student per day | | | | | | |
| Transportation | | Per student | | | | | | |
| School level fundraising | | Per student | | | | | | |

| | PLANNING | YR 1 | YR 2 | YR 3 | YR 4 | YR 5 |
|---|---|---|---|---|---|---|
| Basic Education Program | | $819,600 | $1,671,984 | $2,558,136 | $3,479,064 | $3,992,226 |
| Title I | | $70,470 | $143,759 | $219,951 | $299,133 | $343,255 |
| Federal Breakfast Program | | $0 | $0 | $0 | $0 | $0 |
| Federal Lunch Program | | $0 | $0 | $0 | $0 | $0 |
| IDEA | | $28,800 | $57,600 | $86,400 | $115,200 | $129,600 |
| Transportation | | $0 | $0 | $0 | $0 | $0 |
| Charter start-up funds (Title Vb) | | $0 | $0 | | | |
| Other start-up grant funds | $0 | | | | | |
| School level fundraising | | $0 | $0 | $0 | $0 | $0 |
| Capital Outlay Funding | | $38,000 | $77,000 | $117,000 | $157,000 | $178,000 |
| E-Rate Funding | | | $27,000 | $27,000 | $27,000 | $27,000 |
| Private fundraising (foundations, corporate) | $400,000 | $600,000 | $300,000 | $200,000 | | |
| Private fundraising (individuals) | | | | | | |
| **TOTAL REVENUE** | **$400,000** | **$1,556,870** | **$2,277,343** | **$3,208,486** | **$4,077,398** | **$4,670,082** |

| PLANNING | YR 1 | YR 2 | YR 3 | YR 4 | YR 5 |
|---|---|---|---|---|---|

| | | | PLANNING | YR 1 | YR 2 | YR 3 | YR 4 | YR 5 |
|---|---|---|---|---|---|---|---|---|
| **EXPENSES** | | | 2014-15 | 2015-16 | 2016-17 | 2017-18 | 2018-19 | 2019-20 |
| **STAFFING COSTS** | | | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |

**ASSUMPTIONS**

| | | |
|---|---|---|
| **Payroll Tax and Benefits** | | |
| ***Medical*** | | |
| Single Coverage | $5,943 | Per year |
| Family Coverage | $15,286 | Per year |
| School's percentage of coverage | 65% | |
| Assumed percentage of employees choosing single coverage | 75% | |
| Weighted avg. cost for medical | $8,278.75 | Per year |
| FICA | 7.65% | of Salary |
| State Retirement - Certified | 8.88% | of Salary |
| State Retirement - Non-certified | 9.00% | of Salary |
| Life Insurance | 0.00% | of Salary |
| GASB 45 | $0 | Per employee |
| Unemployment Insurance | $243 | Per employee |
| Payroll Services | $20 | Per employee per month |
| Bonus Pool | 0.00% | Based on % of salary |

| | PLANNING | YR 1 | YR 2 | YR 3 | YR 4 | YR 5 |
|---|---|---|---|---|---|---|
| **FTE - Total** | 1.5 | 15.0 | 24.0 | 35.5 | 45.5 | 49.5 |
| FTE - Administrators | 1.0 | 2.0 | 2.0 | 3.0 | 4.0 | 4.5 |
| FTE - Office | 0.5 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 |
| FTE - Specialist/Elective Teachers | 0.0 | 3.0 | 5.0 | 8.5 | 10.5 | 11.0 |
| FTE - Grade Level Teachers | 0.0 | 8.0 | 15.0 | 22.0 | 29.0 | 32.0 |

| | |
|---|---|
| Instructional days per year | 190 |
| Saturday schools per year | 0 |
| Contractors required for Saturday School | 0 |
| Price per contractor | $0 |

| | Start Year (Input year or "NA") | Base Salary | PLANNING | YR 1 | YR 2 | YR 3 | YR 4 | YR 5 |
|---|---|---|---|---|---|---|---|---|
| **Administrators** | | | | | | | | |
| Principal | 2014 | $90,000.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| Dean of Scholars | 2015 | $60,000.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| Dean of Curriculum and Instruction | 2017 | $60,000.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 |
| Instructional Coach | 2018 | $50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 |
| Manager of Student Recruitment and Family Engagement | 2018 | $40,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 1.00 |
| **Total Administrators** | | | **1.00** | **2.00** | **2.00** | **3.00** | **4.00** | **4.50** |
| **Office Staff** | | | | | | | | |
| Office Manager | 2014 | $30,000.00 | 0.50 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| Clerk/Receptionist | 2015 | $20,000.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| | NA | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | NA | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Administrators and Office Staff** | | | **0.50** | **2.00** | **2.00** | **2.00** | **2.00** | **2.00** |
| **Specialist/Electives Teachers** | | | | | | | | |
| PE Teacher | 2015 | $40,500.00 | 0.00 | 0.25 | 1.00 | 1.00 | 1.00 | 1.50 |
| Art/Music Teacher | 2015 | $40,500.00 | 0.00 | 0.25 | 0.50 | 1.00 | 2.00 | 2.00 |
| Director of Specialized Services | 2015 | $60,000.00 | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| Special Education Teacher | 2016 | $40,500.00 | 0.00 | 0.00 | 1.00 | 2.00 | 3.00 | 3.00 |
| ELL Specialist | 2015 | $40,500.00 | 0.00 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 |
| Interventionist/Title I Teacher | 2015 | $40,500.00 | 0.00 | 1.00 | 1.00 | 2.00 | 2.00 | 2.00 |
| Counselor/Social Worker | 2017 | $40,500.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 |
| | NA | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | NA | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | | | | PLANNING | YR 1 | YR 2 | YR 3 | YR 4 | YR 5 |
|---|---|---|---|---|---|---|---|---|---|
| | NA | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | NA | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | NA | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | NA | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | NA | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | NA | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | NA | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | NA | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | NA | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | NA | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | NA | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Specialist/Electives Teachers** | | | | **0.00** | **3.00** | **5.00** | **8.50** | **10.50** | **11.00** |

| Grade | Subject | Teacher | Start Year (Input year or "NA") | Base Salary | PLANNING | YR 1 | YR 2 | YR 3 | YR 4 | YR 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| K | General | Grade Level Teacher | 2015 | $40,500.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 |
| K | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| K | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| K | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| K | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| K | General | Grade Level Assistant | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| K | General | Grade Level Assistant | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| K | General | Grade Level Assistant | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| K | General | Grade Level Assistant | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| K | General | Grade Level Assistant | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | General | Grade Level Teacher | 2015 | $40,500.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 |
| 1 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | General | Grade Level Assistant | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | General | Grade Level Assistant | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | General | Grade Level Assistant | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | General | Grade Level Assistant | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | General | Grade Level Assistant | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | General | Grade Level Teacher | 2016 | $40,500.00 | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 |
| 2 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | General | Grade Level Assistant | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | General | Grade Level Assistant | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | General | Grade Level Assistant | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | General | Grade Level Assistant | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | General | Grade Level Assistant | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | General | Grade Level Teacher | 2017 | $40,500.00 | 0.00 | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 |
| 3 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | General | Grade Level Assistant | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | | | | | PLANNING | YR 1 | YR 2 | YR 3 | YR 4 | YR 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | General | Grade Level Assistant | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | General | Grade Level Assistant | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | General | Grade Level Assistant | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | General | Grade Level Assistant | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | General | Grade Level Teacher | 2018 | $40,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 4.00 |
| 4 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | General | Grade Level Assistant | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | General | Grade Level Assistant | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | General | Grade Level Assistant | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | General | Grade Level Assistant | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | General | Grade Level Assistant | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5 | General | Grade Level Teacher | 2016 | $40,500.00 | 0.00 | 0.00 | 3.00 | 3.00 | 3.00 | 3.00 |
| 5 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6 | General | Grade Level Teacher | 2017 | $40,500.00 | 0.00 | 0.00 | 0.00 | 3.00 | 3.00 | 3.00 |
| 6 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7 | General | Grade Level Teacher | 2018 | $40,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 3.00 |
| 7 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7 | General | ` | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8 | General | Grade Level Teacher | 2019 | $40,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| 8 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Grade | Type | Position | | | PLANNING | YR 1 | YR 2 | YR 3 | YR 4 | YR 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12 | General | Grade Level Teacher | NA | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | **Total Grade Level Teachers** | | | **0.00** | **8.00** | **15.00** | **22.00** | **29.00** | **32.00** |

## SALARIES

| Grade | Type | Position | | PLANNING | YR 1 | YR 2 | YR 3 | YR 4 | YR 5 |
|---|---|---|---|---|---|---|---|---|---|
| | | **Administrators** | | | | | | | |
| | | Principal | | $90,000 | $90,000 | $91,800 | $93,636 | $95,509 | $97,419 |
| | | Dean of Scholars | | $0 | $60,000 | $61,200 | $62,424 | $63,672 | $64,946 |
| | | Business and Operations Manager | | $0 | $0 | $0 | $62,424 | $63,672 | $64,946 |
| | | Instructional Coach | | $0 | $0 | $0 | $0 | $26,530 | $27,061 |
| | | Director of Development | | $0 | $0 | $0 | $0 | $21,489 | $43,839 |
| | | **Office Staff** | | | | | | | |
| | | Office Manager | | $15,000 | $30,000 | $30,600 | $31,212 | $31,836 | $32,473 |
| | | Clerk/Receptionist | | $0 | $20,000 | $20,400 | $20,808 | $21,224 | $21,649 |
| | | | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | **Total Administrators and Office Staff** | | **$105,000** | **$200,000** | **$204,000** | **$270,504** | **$323,934** | **$352,332** |
| | | **Specialist/Electives Teachers** | | | | | | | |
| | | PE Teacher | | $0 | $10,125 | $41,310 | $42,136 | $42,979 | $65,758 |
| | | Art/Music Teacher | | $0 | $10,125 | $20,655 | $42,136 | $85,958 | $87,677 |
| | | Director of Specialized Services | | $0 | $60,000 | $61,200 | $62,424 | $63,672 | $64,946 |
| | | Special Education Teacher | | $0 | $0 | $41,310 | $84,272 | $128,937 | $131,516 |
| | | ELL Specialist | | $0 | $20,250 | $20,655 | $21,068 | $21,489 | $21,919 |
| | | Interventionist/Title I Teacher | | $0 | $40,500 | $41,310 | $84,272 | $85,958 | $87,677 |
| | | Counselor/Social Worker | | $0 | $0 | $0 | $42,136 | $42,979 | $43,839 |
| | | | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | **Total Specialist/Electives Teachers** | | **$0** | **$141,000** | **$226,440** | **$378,446** | **$471,972** | **$503,331** |
| K | General | Grade Level Teacher | | $0 | $162,000 | $165,240 | $168,545 | $171,916 | $175,354 |
| K | General | Grade Level Teacher | | $0 | $0 | $0 | $0 | $0 | $0 |
| K | General | Grade Level Teacher | | $0 | $0 | $0 | $0 | $0 | $0 |
| K | General | Grade Level Teacher | | $0 | $0 | $0 | $0 | $0 | $0 |
| K | General | Grade Level Teacher | | $0 | $0 | $0 | $0 | $0 | $0 |
| K | General | Grade Level Assistant | | $0 | $0 | $0 | $0 | $0 | $0 |
| K | General | Grade Level Assistant | | $0 | $0 | $0 | $0 | $0 | $0 |
| K | General | Grade Level Assistant | | $0 | $0 | $0 | $0 | $0 | $0 |
| K | General | Grade Level Assistant | | $0 | $0 | $0 | $0 | $0 | $0 |
| K | General | Grade Level Assistant | | $0 | $0 | $0 | $0 | $0 | $0 |
| 1 | General | Grade Level Teacher | | $0 | $162,000 | $165,240 | $168,545 | $171,916 | $175,354 |
| 1 | General | Grade Level Teacher | | $0 | $0 | $0 | $0 | $0 | $0 |

App.0700

| | | | PLANNING | YR 1 | YR 2 | YR 3 | YR 4 | YR 5 |
|---|---|---|---|---|---|---|---|---|
| 1 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 1 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 1 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 1 | General | Grade Level Assistant | $0 | $0 | $0 | $0 | $0 | $0 |
| 1 | General | Grade Level Assistant | $0 | $0 | $0 | $0 | $0 | $0 |
| 1 | General | Grade Level Assistant | $0 | $0 | $0 | $0 | $0 | $0 |
| 1 | General | Grade Level Assistant | $0 | $0 | $0 | $0 | $0 | $0 |
| 1 | General | Grade Level Assistant | $0 | $0 | $0 | $0 | $0 | $0 |
| 2 | General | Grade Level Teacher | $0 | $0 | $165,240 | $168,545 | $171,916 | $175,354 |
| 2 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 2 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 2 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 2 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 2 | General | Grade Level Assistant | $0 | $0 | $0 | $0 | $0 | $0 |
| 2 | General | Grade Level Assistant | $0 | $0 | $0 | $0 | $0 | $0 |
| 2 | General | Grade Level Assistant | $0 | $0 | $0 | $0 | $0 | $0 |
| 2 | General | Grade Level Assistant | $0 | $0 | $0 | $0 | $0 | $0 |
| 2 | General | Grade Level Assistant | $0 | $0 | $0 | $0 | $0 | $0 |
| 3 | General | Grade Level Teacher | $0 | $0 | $0 | $168,545 | $171,916 | $175,354 |
| 3 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 3 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 3 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 3 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 3 | General | Grade Level Assistant | $0 | $0 | $0 | $0 | $0 | $0 |
| 3 | General | Grade Level Assistant | $0 | $0 | $0 | $0 | $0 | $0 |
| 3 | General | Grade Level Assistant | $0 | $0 | $0 | $0 | $0 | $0 |
| 3 | General | Grade Level Assistant | $0 | $0 | $0 | $0 | $0 | $0 |
| 3 | General | Grade Level Assistant | $0 | $0 | $0 | $0 | $0 | $0 |
| 4 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $171,916 | $175,354 |
| 4 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 4 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 4 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 4 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 4 | General | Grade Level Assistant | $0 | $0 | $0 | $0 | $0 | $0 |
| 4 | General | Grade Level Assistant | $0 | $0 | $0 | $0 | $0 | $0 |
| 4 | General | Grade Level Assistant | $0 | $0 | $0 | $0 | $0 | $0 |
| 4 | General | Grade Level Assistant | $0 | $0 | $0 | $0 | $0 | $0 |
| 4 | General | Grade Level Assistant | $0 | $0 | $0 | $0 | $0 | $0 |
| 5 | General | Grade Level Teacher | $0 | $0 | $123,930 | $126,409 | $128,937 | $131,516 |
| 5 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 5 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 5 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 5 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 5 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 6 | General | Grade Level Teacher | $0 | $0 | $0 | $126,409 | $128,937 | $131,516 |
| 6 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 6 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 6 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 6 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 7 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $128,937 | $131,516 |



KCBOE09815

| | | | PLANNING | YR 1 | YR 2 | YR 3 | YR 4 | YR 5 |
|---|---|---|---|---|---|---|---|---|
| 7 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 7 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 7 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 7 | General | ` | $0 | $0 | $0 | $0 | $0 | $0 |
| 8 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $131,516 |
| 8 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 8 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 8 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 8 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 9 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 9 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 9 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 9 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 9 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 10 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 10 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 10 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 10 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 10 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 11 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 11 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 11 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 11 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 11 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 12 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 12 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 12 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 12 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| 12 | General | Grade Level Teacher | $0 | $0 | $0 | $0 | $0 | $0 |
| | | **Total Grade Level Teacher Salaries** | **$0** | **$324,000** | **$619,650** | **$926,996** | **$1,246,389** | **$1,402,832** |
| | | **TOTAL SALARIES** | **$105,000** | **$665,000** | **$1,050,090** | **$1,575,946** | **$2,042,295** | **$2,258,495** |
| | | **TOTAL BENEFITS** | **$25,811** | **$195,962** | **$313,839** | **$471,918** | **$613,739** | **$679,515** |
| | | *% of Salaries* | *24.6%* | *29.5%* | *29.9%* | *29.9%* | *30.1%* | *30.1%* |

**PART-TIME EMPLOYEES**

| | | PLANNING | YR 1 | YR 2 | YR 3 | YR 4 | YR 5 |
|---|---|---|---|---|---|---|---|
| Lunch/Recess Monitors | | | | | | | |
| Percentage of full-time FTE | | | 1.00 | 1.00 | 1.50 | 1.50 | 2.00 |
| Annualized salary | $12,160 | $0 | $12,160 | $12,160 | $18,240 | $18,240 | $24,320 |
| Grade Level Chair Stipends | | | | | | | |
| Percentage of full-time FTE | | | 2.00 | 4.00 | 6.00 | 8.00 | 9.00 |
| Annualized salary | $1,500 | $0 | $3,000 | $6,000 | $9,000 | $12,000 | $13,500 |
| Input part-time employee | | | | | | | |
| Percentage of full-time FTE | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Annualized salary | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Input part-time employee | | | | | | | |
| Percentage of full-time FTE | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Annualized salary | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

App.0702

| | | PLANNING | YR 1 | YR 2 | YR 3 | YR 4 | YR 5 |
|---|---|---|---|---|---|---|---|
| Input part-time employee | | | | | | | |
| Percentage of full-time FTE | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Annualized salary | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **PART TIME SALARIES** | | **$0** | **$15,160** | **$18,160** | **$27,240** | **$30,240** | **$37,820** |
| **PERFORMANCE BONUSES** | | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **PAYROLL SERVICES** | | **$360** | **$3,600** | **$5,760** | **$8,520** | **$10,920** | **$11,880** |

| | | | PLANNING | YR 1 | YR 2 | YR 3 | YR 4 | YR 5 |
|---|---|---|---|---|---|---|---|---|
| **GENERAL OPERATING EXPENSES** | | | 2014-15 | 2015-16 | 2016-17 | 2017-18 | 2018-19 | 2019-20 |
| | | | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| **Instruction** | **Assumptions** | | | | | | | |
| Professional development | $250 | Per FTE | | $3,750 | $6,000 | $8,875 | $11,375 | $12,375 |
| Staff recruitment | $10,000 | Per Year | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 |
| Student recruitment and marketing | $10,000 | Annual expense | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 |
| Textbooks - initial costs | $250 | Per student | | $30,000 | $30,000 | $30,000 | $30,000 | $15,000 |
| Textbooks - repurchase of new books | 4 | Number of years use | | | | $0 | $0 | $30,000 |
| Library books | $50 | Per student | | $6,000 | $12,000 | $18,000 | $24,000 | $27,000 |
| Charter application | | | $0 | | | | | |
| Printing paper | $25 | Per student | | $3,000 | $6,000 | $9,000 | $12,000 | $13,500 |
| Assessment costs | $50 | Per student | | $6,000 | $12,000 | $18,000 | $24,000 | $27,000 |
| Supplies for students | $50 | Per student | | $6,000 | $12,000 | $18,000 | $24,000 | $27,000 |
| Instuctional supplies - Teachers (just teaching faculty) | $500 | Per Instructional FTE | | $5,500 | $10,000 | $15,250 | $19,750 | $21,500 |
| General office supplies | $1,000 | Per month | $3,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 |
| School uniforms - new students | $0 | Per new student | | $0 | $0 | $0 | $0 | $0 |
| School uniforms - returning students | $0 | Per returning student | | | $0 | $0 | $0 | $0 |
| General building decorum | $10,000 | Annual Exp | | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 |
| Health supplies | $10 | Per student per year | | $1,200 | $2,400 | $3,600 | $4,800 | $5,400 |
| Bank fees | $1,000 | Annual Exp | | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |
| Postage and shipping | $20 | Per student | | $2,400 | $4,800 | $7,200 | $9,600 | $10,800 |
| Gifts & awards - students | $0 | Per student | | $0 | $0 | $0 | $0 | $0 |
| Gifts & awards - faculty and staff | $0 | Per FTE | | $0 | $0 | $0 | $0 | $0 |
| Field trips - local | $1,500 | Per grade level | | $3,000 | $6,000 | $9,000 | $12,000 | $13,500 |
| Field trips - out of state | $0 | Per grade level | | $0 | $0 | $0 | $0 | $0 |
| Parent & staff meetings | $2,000 | Annual Exp | $500 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| Saturday School (contractors for instruction) | No | Input "yes" or "no" | | $0 | $0 | $0 | $0 | $0 |
| **Total Instructional Supplies** | | | $23,500 | $111,850 | $146,200 | $181,925 | $216,525 | $248,075 |
| *Per student* | | | | *$932* | *$609* | *$505* | *$451* | *$459* |
| **Contracted Services** | | | | | | | | |
| Annual audit | $10,000 | Per year | | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 |
| SPED Clinicians | varies | Per year | | $10,000 | $20,000 | $30,000 | $40,000 | $45,000 |
| Legal funds | $10,000 | Per year | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 |
| Service Bureau (incl. IT Support) | varies | Per year | $25,000 | $45,000 | $55,000 | $70,000 | $75,000 | $80,000 |
| **Total Contract Services** | | | $35,000 | $75,000 | $95,000 | $120,000 | $135,000 | $145,000 |
| **Food Program** | **School Pays?** | | | | | | | |
| Breakfast | | Per student | | $0 | $0 | $0 | $0 | $0 |

App.0703

| | | | | PLANNING | YR 1 | YR 2 | YR 3 | YR 4 | YR 5 |
|---|---|---|---|---|---|---|---|---|---|
| Lunch program | | | Per student (not covered by Title I) | | $0 | $0 | $0 | $0 | $0 |
| Snacks | | | Per student | | $0 | $0 | $0 | $0 | $0 |
| Saturday food program | | | Input "yes or "no" | | $0 | $0 | $0 | $0 | $0 |
| **Total Food Costs** | | | | $0 | $0 | $0 | $0 | $0 | $0 |
| **TOTAL GENERAL OPERATING EXPENSES** | | | | **$58,500** | **$186,850** | **$241,200** | **$301,925** | **$351,525** | **$393,075** |

| | | | PLANNING | YR 1 | YR 2 | YR 3 | YR 4 | YR 5 |
|---|---|---|---|---|---|---|---|---|
| **TRANSPORTATION COSTS** | | | 2014-15 | 2015-16 | 2016-17 | 2017-18 | 2018-19 | 2019-20 |
| **ASSUMPTIONS** | | | **2014** | **2015** | **2016** | **2017** | **2018** | **2019** |
| Percentage of students transported | 35% | | | | | | | |
| Students per bus | 50 | | | | | | | |
| Bus purchase price (used bus) | | | | | | | | |
| Miles driven per bus per day | | | | | | | | |
| Miles driven per bus per year | 0 | | | | | | | |
| Miles per gallon | | | | | | | | |
| Gallons purchased per year | | | | | | | | |
| Price per gallon | | | | | | | | |
| Annual fuel costs per bus | | | | | | | | |
| Maintenance costs per bus | | per mile | | | | | | |
| Annual maintenance costs per bus | | | | | | | | |
| Bus Contracting Costs | $30,000 | annual | | | | | | |
| Number of students participating | | | | 42 | 84 | 126 | 168 | 189 |
| Number of buses required | | | | 2 | 2 | 3 | 4 | 5 |
| Bus purchasing costs | | | | $0 | $0 | $0 | $0 | $0 |
| Fuel costs | | | | $0 | $0 | $0 | $0 | $0 |
| Maintenance costs | | | | $0 | $0 | $0 | $0 | $0 |
| Bus Contracting Costs | | | | $60,000 | $60,000 | $90,000 | $120,000 | $150,000 |
| **TOTAL TRANSPORTATION COSTS** | | | **$0** | **$60,000** | **$60,000** | **$90,000** | **$120,000** | **$150,000** |
| *Per student* | | | | *$1,428.57* | *$714.29* | *$714.29* | *$714.29* | *$793.65* |
| **TOTAL ATHLETIC COSTS** | | | **$0** | **$6,000** | **$12,000** | **$18,000** | **$24,000** | **$27,000** |
| **TOTAL EXPENSES** | | | **$189,671** | **$1,132,572** | **$1,701,049** | **$2,493,549** | **$3,192,718** | **$3,557,785** |



KCBOE09818

App.0704

## FACILITIES, EQUIPMENT & TECHNOLOGY

| | | | | PLANNING | YR 1 | YR 2 | YR 3 | YR 4 | YR 5 |
|---|---|---|---|---|---|---|---|---|---|
| **FACILITIES** | | | | | | | | | |
| **INPUT "Purchase" or "Lease"** | Purchase | | | 2014-15 | 2015-16 | 2016-17 | 2017-18 | 2018-19 | 2019-20 |
| | | | | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| **LEASE OPTION** | | | | | | | | | |
| **Square feet leased** | | | | | | | | | |
| Lease rate | | Per sq ft | Annual lease cost | | $0 | $0 | $0 | $0 | $0 |
| Custodial | | Per sq ft | | | $0 | $0 | $0 | $0 | $0 |
| Utilities | | Per sq ft | | | $0 | $0 | $0 | $0 | $0 |
| Capital Outlay (building renovations) | | One-time cost | Capital Outlay | $0.00 | | | | | |
| **Total cost to lease** | | | | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **PURCHASE OPTION** | | | | | | | | | |
| Square feet purchased | phased | | | | | | | | |
| Purchase price per sq ft | | Per sq ft | | | | | | | |
| Purchase price | #VALUE! | | | | | | | | |
| Renovation cost per sq ft | phased | Per sq ft | | | | | | | |
| Total renovation costs | #VALUE! | | | | | | | | |
| **Purchase price and renovation costs** | **phased** | | | | | | | | |
| Equity | 0.00% | % of purchase price | | | | | | | |
| Amount Financed | | | | | | | | | |
| Loan Term (years) | 30 | | | | | | | | |
| Interest Rate | 6.50% | | | | | | | | |
| Monthly Debt Service | | | | | | | | | |
| Annual Debt Service | **varies by year** | | | | $152,400 | $231,165 | $309,929 | $410,675 | $410,675 |
| Operating Exp. - Occupied (custodial, utilities, insurance, etc.) | $3.35 | Per sq ft | | | $40,200 | $93,800 | $147,400 | $217,750 | $217,750 |
| Operating Exp. - Unoccupied (custodial, utilities, insurance, etc.) | $1.70 | Per sq ft | | | $90,100 | $62,900 | $35,700 | $0 | $0 |
| Equity (down payment) | | | | | | | | | |
| Financing costs (6 months during planning year) | | | | | | | | | |
| **Total costs to purchase** | | | | **$0** | **$282,700** | **$387,865** | **$493,029** | **$628,425** | **$628,425** |
| General liability insurance | incl in Op Ex | Annual cost | | | | | | | |
| **TOTAL FACILITIES COSTS** | | | | **$0** | **$282,700** | **$387,865** | **$493,029** | **$628,425** | **$628,425** |

| | | | PLANNING | YR 1 | YR 2 | YR 3 | YR 4 | YR 5 |
|---|---|---|---|---|---|---|---|---|
| **TECHNOLOGY & EQUIPMENT COSTS** | | | 2014-15 | 2015-16 | 2016-17 | 2017-18 | 2018-19 | 2019-20 |
| | | | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| **ASSUMPTIONS** | | | | | | | | |
| Copier (monthly lease rate) | $800 | Per month | | | | | | |
| | 400 | Students per copier | | | | | | |
| Desktop computer costs (faculty and computers for carts) | $500 | Per desktop | | | | | | |
| Desktop computers | 10 | Per grade level | | | | | | |
| Cart costs | $0 | Per cart | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Student enrollment | | | | 120 | 240 | 360 | 480 | 540 | |
| Number of copiers needed | | | | 1 | 1 | 1 | 2 | 2 | |
| Monthly copier lease | | | | $9,600 | $9,600 | $9,600 | $19,200 | $19,200 | |
| Copier - usage fee | $40 | Per student | | $4,800 | $9,600 | $14,400 | $19,200 | $21,600 | |
| New Laptops - faculty | $900 | Per laptop | $1,350 | $12,150 | $8,100 | $10,350 | $9,000 | $3,600 | |
| Laptop replacement costs | 3 | Number of years use | | | $0 | $1,350 | $12,150 | $8,100 | |
| Desktop Computers - students | 3 | Per grade level | | $25,000 | $25,000 | $25,000 | $25,000 | $12,500 | |
| Mobile Laptop replacement costs | 3 | Number of years use | | | $0 | $0 | $25,000 | $25,000 | |
| Administration cell phone handset | | Per handset | $0 | $0 | $0 | $0 | $0 | $0 | Would not include office staff |
| Administration cell phones (monthly coverage) | | Per month | $0 | $0 | $0 | $0 | $0 | $0 | |
| Internet setup | Incl in Facility FF&E | Setup fee | | | | | | | |
| Server | Incl in Facility FF&E | Per server | | | | | | | |
| Educational software | $75 | Per student | | $9,000 | $18,000 | $27,000 | $36,000 | $40,500 | |
| Internet and phone monthly service | $2,500 | Per month | | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | |
| Other Equipment (security system) | | Setup cost | | $0 | | | | | Hardware costs, setupfees |
| Monthly equipment cost | | Per month | | $0 | $0 | $0 | $0 | $0 | |
| Faculty furniture | $400 | Per FTE | $600 | $5,400 | $3,600 | $4,600 | $4,000 | $1,600 | |
| Student furniture | $150 | Per new student | | $18,000 | $18,000 | $18,000 | $18,000 | $9,000 | |
| **TOTAL TECHNOLOGY & EQUIPMENT COSTS** | | | **$1,950** | **$113,950** | **$121,900** | **$140,300** | **$197,550** | **$171,100** | |

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET** Page 1

**Emerald Academy**

| | ACCOUNT NO. | ESTIMATED REVENUES AND OTHER SOURCES EXPENDITURES (APPROPRIATIONS) AND OTHER USES | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | **ESTIMATED REVENUES AND OTHER SOURCES** | | | | | | 1 |
| 2 | 43000 | Charges for Current Services | - | - | - | - | - | 2 |
| 3 | 44000 | Other Local Revenues | 600,000 | 327,000 | 227,000 | 27,000 | 27,000 | 3 |
| 4 | 46500 | State Education Funds | - | - | - | - | - | 4 |
| 5 | 46800 | Other State Revenues | - | - | - | - | - | 5 |
| 6 | 47100 | Federal Funds Received Thru State | 28,800 | 57,600 | 86,400 | 115,200 | 129,600 | 6 |
| 7 | 47600 | Direct Federal Revenues | - | - | - | - | - | 7 |
| 8 | 49000 | Other Sources | 928,070 | 1,892,743 | 2,895,086 | 3,935,198 | 4,513,482 | 8 |
| 9 | | | | | | | | 9 |
| 10 | 14100 | **TOTAL ESTIMATED REVENUES & OTHER SOURCES** | 1,556,870 | 2,277,343 | 3,208,486 | 4,077,398 | 4,670,082 | 10 |
| 11 | | | | | | | | 11 |
| 12 | 30000 | Reserves and/or Fund Balances | 208,379 | 236,027 | 302,556 | 384,165 | 442,870 | 12 |
| 13 | | | | | | | | 13 |
| 14 | | **TOTAL AVAILABLE FUNDS** | 1,765,249 | 2,513,370 | 3,511,042 | 4,461,563 | 5,112,952 | 14 |
| 15 | | | | | | | | 15 |
| 16 | | | | | | | | 16 |
| 17 | | | | | | | | 17 |
| 18 | | | | | | | | 18 |
| 19 | | | | | | | | 19 |
| 20 | | | | | | | | 20 |
| 21 | | | | | | | | 21 |
| 22 | | | | | | | | 22 |
| 23 | | | | | | | | 23 |
| 24 | | | | | | | | 24 |
| 25 | | | | | | | | 25 |
| 26 | | | | | | | | 26 |
| 27 | | | | | | | | 27 |
| 28 | | | | | | | | 28 |
| 29 | | | | | | | | 29 |
| 30 | | | | | | | | 30 |
| 31 | | | | | | | | 31 |
| 32 | | | | | | | | 32 |
| 33 | | | | | | | | 33 |
| 34 | | | | | | | | 34 |
| 35 | | | | | | | | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |



KCBOE09821

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**

**Emerald Academy**

| | ACCOUNT NO. | ESTIMATED REVENUES AND OTHER SOURCES EXPENDITURES (APPROPRIATIONS) AND OTHER USES | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | **EXPENDITURES (APPROPRIATIONS)** | | | | | | 1 |
| 2 | | **Instruction** | | | | | | 2 |
| 3 | 71100 | Regular Instruction Program | 538,211 | 949,222 | 1,390,487 | 1,864,142 | 2,074,077 | 3 |
| 4 | 71150 | Alternative Instruction Program | - | - | - | - | - | 4 |
| 5 | 71200 | Special Education Program | 211,913 | 334,419 | 546,119 | 687,081 | 730,219 | 5 |
| 6 | 71300 | Vocational Education Program | - | - | - | - | - | 6 |
| 7 | 71400 | Student Body Education Program | - | - | - | - | - | 7 |
| 8 | | **Support Services** | | | | | | 8 |
| 9 | 72110 | Attendance | - | - | - | - | - | 9 |
| 10 | 72120 | Health Services | 1,200 | 2,400 | 3,600 | 4,800 | 5,400 | 10 |
| 11 | 72130 | Other Student Support | 9,000 | 18,000 | 27,000 | 36,000 | 40,500 | 11 |
| 12 | 72210 | Regular Instruction Program | 9,750 | 18,000 | 26,875 | 35,375 | 39,375 | 12 |
| 13 | 72215 | Alternative Instruction Program | - | - | - | - | - | 13 |
| 14 | 72220 | Special Education Program | - | - | - | - | - | 14 |
| 15 | 72230 | Vocational Education Program | - | - | - | - | - | 15 |
| 16 | 72310 | Board of Education | - | - | - | - | - | 16 |
| 17 | 72320 | Office of Superintendent | - | - | - | - | - | 17 |
| 18 | 72410 | Office of Principal | 317,447 | 334,948 | 436,249 | 512,550 | 555,635 | 18 |
| 19 | 72510 | Fiscal Services | 39,000 | 45,960 | 53,520 | 70,320 | 73,680 | 19 |
| 20 | 72610 | Operation of Plant | 282,700 | 387,865 | 493,029 | 628,425 | 628,425 | 20 |
| 21 | 72620 | Maintenance of Plant | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 21 |
| 22 | 72710 | Transportation | 60,000 | 60,000 | 90,000 | 120,000 | 150,000 | 22 |
| 23 | 72810 | Central and Other | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 23 |
| 24 | | **Operation of Non-Instructional Services** | | | | | | 24 |
| 25 | 73100 | Food Service | - | - | - | - | - | 25 |
| 26 | 73300 | Community Services | - | - | - | - | - | 26 |
| 27 | 73400 | Early Childhood Education | - | - | - | - | - | 27 |
| 28 | 76100 | Regular Capital Outlay | - | - | - | - | - | 28 |
| 29 | 80000 | Education Debt Services | - | - | - | - | - | 29 |
| 30 | 91300 | Education Capital Projects | - | - | - | - | - | 30 |
| 31 | 99000 | Other Uses (Transfers) | - | - | - | - | - | 31 |
| 32 | | | | | | | | 32 |
| 33 | | **TOTAL EXPENDITURES (APPROPRIATIONS)** | 1,529,221 | 2,210,814 | 3,126,879 | 4,018,693 | 4,357,311 | 33 |
| 34 | | *Check should be 0 | - | - | - | - | - | 34 |
| 35 | | | | | | | | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |





KCBOE09822

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**

**Emerald Academy**

| | ACCOUNT NO. | ESTIMATED REVENUES | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | 43000 | Charges for Current Services | | | | | | 1 |
| 2 | 43500 | Education Charges | | | | | | 2 |
| 3 | 43511 | Tuition - Regular Day Students | - | - | - | - | - | 3 |
| 4 | 43513 | Tuition - Summer School | - | - | - | - | - | 4 |
| 5 | 43515 | Tuition - Other State Systems | - | - | - | - | - | 5 |
| 6 | 43516 | Tuition - Out of State Systems | - | - | - | - | - | 6 |
| 7 | 43517 | Tuition - Other | - | - | - | - | - | 7 |
| 8 | 43521 | Lunch Payments - Children | - | - | - | - | - | 8 |
| 9 | 43522 | Lunch Payments - Adults | - | - | - | - | - | 9 |
| 10 | 43523 | Income from Breakfast | - | - | - | - | - | 10 |
| 11 | 43524 | Special Milk Sales | - | - | - | - | - | 11 |
| 12 | 43525 | Ala Carte Sales | - | - | - | - | - | 12 |
| 13 | 43541 | Contract for Adm. Services With Other LEA's | - | - | - | - | - | 13 |
| 14 | 43542 | Contract for Inst. Services With Other LEA's | - | - | - | - | - | 14 |
| 15 | 43543 | Contract for Student Support Services with Other LEA's | - | - | - | - | - | 15 |
| 16 | 43544 | Contract for Instructional Staff Support with Other LEA's | - | - | - | - | - | 16 |
| 17 | 43545 | Contract for Operation & Maint. Services with Other LEA's | - | - | - | - | - | 17 |
| 18 | 43546 | Contract for Food Services with Other LEA's | - | - | - | - | - | 18 |
| 19 | 43547 | Contract for Non-Instructional Services with Other LEA's | - | - | - | - | - | 19 |
| 20 | 43551 | School Based Health (FFS) | - | - | - | - | - | 20 |
| 21 | 43570 | Receipts from Individual Schools | - | - | - | - | - | 21 |
| 22 | 43581 | Community Service Fees - Children (Day Care) | - | - | - | - | - | 22 |
| 23 | 43583 | TBI Criminal Background Fee | - | - | - | - | - | 23 |
| 24 | 43990 | Other Charges for Services | - | - | - | - | - | 28 |
| 25 | | | | | | | | 29 |
| 26 | 43000 | Total Charges for Current Services | - | - | - | - | - | 30 |
| 27 | | | | | | | | 31 |
| 28 | 44000 | Other Local Revenues | | | | | | 28 |
| 29 | 44100 | Recurring Items | | | | | | 29 |
| 30 | 44110 | Investment Income | - | 27,000 | 27,000 | 27,000 | 27,000 | 30 |
| 31 | 44120 | Lease/Rentals | - | - | - | - | - | 31 |
| 32 | 44130 | Sale of Materials & Supplies | - | - | - | - | - | 32 |
| 33 | 44170 | Miscellaneous Refunds | - | - | - | - | - | 33 |
| 34 | 44500 | Nonrecurring Items | | | | | | 34 |
| 35 | 44520 | Insurance Recovery | - | - | - | - | - | 35 |
| 36 | 44530 | Sale of Equipment | - | - | - | - | - | 36 |
| 37 | 44540 | Sale of Property | - | - | - | - | - | 37 |
| 38 | 44560 | Damages Recovered from Individuals | - | - | - | - | - | 38 |
| 39 | 44570 | Contributions & Gifts | 600,000 | 300,000 | 200,000 | - | - | 39 |
| 40 | 44990 | Other Local Revenue | - | - | - | - | - | 40 |
| 41 | | | | | | | | 41 |
| 42 | 44000 | Total Other Local Revenues | 600,000 | 327,000 | 227,000 | 27,000 | 27,000 | 42 |





KCBOE09823

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**

**Emerald Academy**

| | ACCOUNT NO. | ESTIMATED REVENUES | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | 46000 | State of Tennessee | | | | | | 1 |
| 2 | 46500 | State Education Funds | | | | | | 2 |
| 3 | 46511 | Basic Education Program | - | - | - | - | - | 3 |
| 4 | 46515 | Early Childhood Education | - | - | - | - | - | 4 |
| 5 | 46520 | School Food Service | - | - | - | - | - | 5 |
| 6 | 46550 | Driver Education | - | - | - | - | - | 6 |
| 7 | 46590 | Other State Education Funds | - | - | - | - | - | 7 |
| 8 | 46610 | Career Ladder | - | - | - | - | - | 8 |
| 9 | 46612 | Career Ladder - Extended Contract | - | - | - | - | - | 9 |
| 10 | 46790 | Other Vocational | - | - | - | - | - | 10 |
| 11 | | | | | | | | 11 |
| 12 | 46500 | Total State Education Funds | - | - | - | - | - | 12 |
| 13 | | | | | | | | 13 |
| 14 | 46800 | Other State Revenues | | | | | | 14 |
| 15 | 46980 | Other State Grants | - | - | - | - | - | 15 |
| 16 | 46990 | Other State Revenues | - | - | - | - | - | 16 |
| 17 | | | | | | | | 17 |
| 18 | 46800 | Total Other State Revenues | - | - | - | - | - | 18 |
| 19 | | | | | | | | 19 |
| 20 | 47000 | Federal Government | | | | | | 20 |
| 21 | 47100 | Federal through State | | | | | | 21 |
| 22 | 47111 | USDA School Lunch Program | - | - | - | - | - | 22 |
| 23 | 47113 | Breakfast | - | - | - | - | - | 23 |
| 24 | 47114 | USDA - Other | - | - | - | - | - | 24 |
| 25 | 47131 | Vocational Education Basic Grants to States | - | - | - | - | - | 25 |
| 26 | 47139 | Other Vocational | - | - | - | - | - | 26 |
| 27 | 47141 | Title I - Grants to Local Education Agencies | | | | | | 27 |
| 28 | 47142 | Title VI - Innovative Education Program Strategies | - | - | - | - | - | 28 |
| 29 | 47143 | Special Education Grants to the States - IDEA | 28,800 | 57,600 | 86,400 | 115,200 | 129,600 | 29 |
| 30 | 47145 | Special Education Preschool Grants | - | - | - | - | - | 30 |
| 31 | 47189 | Title II - Eisenhower Professional Development State Grants | - | - | - | - | - | 31 |
| 32 | 47590 | Other Federal Through State | - | - | - | - | - | 32 |
| 33 | | | | | | | | 33 |
| 34 | 47100 | Total Federal Through State | 28,800 | 57,600 | 86,400 | 115,200 | 129,600 | 34 |
| 35 | | | | | | | | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**

**Emerald Academy**

| ACCOUNT NO. | ESTIMATED REVENUES | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| 47600 | Direct Federal Revenues | | | | | |
| 47640 | ROTC Reimbursement | - | - | - | - | - |
| 47650 | Energy Grant | - | - | - | - | - |
| 47990 | Other Direct Federal Revenues | - | - | - | - | - |
| 47600 | Total Direct Federal Government | - | - | - | - | - |
| 47000 | Total Federal Government | 28,800 | 57,600 | 86,400 | 115,200 | 129,600 |
| 140000 | **TOTAL ESTIMATED REVENUES** | 628,800 | 384,600 | 313,400 | 142,200 | 156,600 |
| 49000 | Other Sources | | | | | |
| 49100 | Bond Issued | - | - | - | - | - |
| 49200 | Note Issued | - | - | - | - | - |
| 49300 | Capitalized Leases Issued | - | - | - | - | - |
| 49400 | Refunding Debt Issued | - | - | - | - | - |
| 49500 | Other Loans Issued | - | - | - | - | - |
| 49800 | Transfers In (complete schedule below) * | 928,070 | 1,892,743 | 2,895,086 | 3,935,198 | 4,513,482 |
| 49810 | City General Fund Transfers (complete schedule below) | - | - | - | - | - |
| 49000 | Total Other Sources | 928,070 | 1,892,743 | 2,895,086 | 3,935,198 | 4,513,482 |
| 14100 | **TOTAL ESTIMATED REVENUES AND OTHER SOURCES** | 1,556,870 | 2,277,343 | 3,208,486 | 4,077,398 | 4,670,082 |

* Payments from LEA for Charter School support.

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**

**Emerald Academy**

| ACCOUNT NO. | ESTIMATED REVENUES | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|

## SCHEDULE OF TRANSFERS

| FUND # | PURPOSE | FROM FUND | TO FUND | AMOUNT |
|---|---|---|---|---|
| | Basic Education Program (BEP) | | | - |
| | Title I Reimbursements | | | - |
| | Federal Lunch Program | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |

CHARTER SCHOOL FIVE YEAR PLANNING BUDGET



Emerald Academy

| ACCOUNT NO. | RESERVES AND/OR FUND BALANCES BEGINNING-OF-YEAR | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| 34000 | **RESERVES AND/OR FUND BALANCE BEGINNING OF YEAR** | | | | | |
| | LOCAL RESERVES | | | | | |
| 34210 | Reserved for Unemployment Compensation | - | - | - | - | - |
| 34230 | Reserved for Food Service | - | - | - | - | - |
| 34290 | Other Local Education Reserves | - | - | - | - | - |
| | STATE RESERVES | | | | | |
| 34340 | Reserved for Driver Education | - | - | - | - | - |
| 34379 | Reserved for Career Ladder Extended Contract | - | - | - | - | - |
| 34380 | Reserved for Career Ladder Program | - | - | - | - | - |
| 34385 | Reserved for Early Childhood Education | - | - | - | - | - |
| 34386 | Reserved for Basic Education Program | - | - | - | - | - |
| 34390 | Other State Education Reserves | - | - | - | - | - |
| | FEDERAL RESERVES | | | | | |
| 34410 | Reserved for Title I - Grants to Local Education Agencies | - | - | - | - | - |
| 34420 | Reserved for Title VI - Innovative Ed. Program Strategies | - | - | - | - | - |
| 34430 | Reserved for Special Education-Grants to States - IDEA | - | - | - | - | - |
| 34440 | Other Federal Reserves | - | - | - | - | - |
| | DESIGNATED FUND BALANCE | | | | | |
| 35110 | Designated for Purpose #1 | - | - | - | - | - |
| 35120 | Designated for Purpose #2 | - | - | - | - | - |
| 35130 | Designated for Purpose #3 | - | - | - | - | - |
| 35140 | Designated for Purpose #4 | - | - | - | - | - |
| 35150 | Designated for Purpose #5 | - | - | - | - | - |
| 39000 | Undesignated Fund Balance | 208,379 | 236,027 | 302,556 | 384,165 | 442,870 |
| 30000 | **TOTAL RESERVES AND/OR FUND BALANCES END OF YEAR** | 208,379 | 236,027 | 302,556 | 384,165 | 442,870 |
| | **TOTAL AVAILABLE FUNDS** | 1,765,249 | 2,513,370 | 3,511,042 | 4,461,563 | 5,112,952 |





KCBOE09827

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**

**Emerald Academy**



| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | INSTRUCTION - 71000 | | | | | | 1 |
| 2 | | REGULAR INSTRUCTION PROGRAM (71100) | | | | | | 2 |
| 3 | 71100 116 | Teachers | 324,000 | 619,650 | 926,996 | 1,246,389 | 1,402,832 | 3 |
| 4 | 71100 117 | Career Ladder Program | - | - | - | - | - | 4 |
| 5 | 71100 127 | Career Ladder Extended Contracts | - | - | - | - | - | 5 |
| 6 | 71100 128 | Homebound Teachers | - | - | - | - | - | 6 |
| 7 | 71100 162 | Clerical Personnel | - | - | - | - | - | 7 |
| 8 | 71100 163 | Educational Assistants | - | - | - | - | - | 8 |
| 9 | 71100 189 | Other Salaries & Wages | - | - | - | - | - | 9 |
| 10 | 71100 195 | Certified Substitute Teachers | - | - | - | - | - | 10 |
| 11 | 71100 198 | Non-Certified Substitute Teachers | - | - | - | - | - | 11 |
| 12 | 71100 201 | Social Security | 24,786 | 47,403 | 70,915 | 95,349 | 107,317 | 12 |
| 13 | 71100 204 | State Retirement | 28,771 | 55,025 | 82,317 | 110,679 | 124,571 | 13 |
| 14 | 71100 206 | Life Insurance | - | - | - | - | - | 14 |
| 15 | 71100 207 | Medical Insurance | 43,910 | 83,979 | 125,632 | 168,918 | 190,121 | 15 |
| 16 | 71100 208 | Dental Insurance | - | - | - | - | - | 16 |
| 17 | 71100 210 | Unemployment Compensation | 1,944 | 3,645 | 5,346 | 7,047 | 7,776 | 17 |
| 18 | 71100 212 | Employer Medicare | - | - | - | - | - | 18 |
| 19 | 71100 299 | Other Fringe Benefits | - | - | - | - | - | 19 |
| 20 | 71100 311 | Contracts with Other School Systems | - | - | - | - | - | 20 |
| 21 | 71100 330 | Operating Lease Payments | - | - | - | - | - | 21 |
| 22 | 71100 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 22 |
| 23 | 71100 356 | Tuition | - | - | - | - | - | 23 |
| 24 | 71100 369 | Contracts for Substitute Teachers - Certified | - | - | - | - | - | 24 |
| 25 | 71100 370 | Contracts for Substitute Teachers - Non-Certified | - | - | - | - | - | 25 |
| 26 | 71100 399 | Other Contracted Services | 15,160 | 18,160 | 27,240 | 30,240 | 37,820 | 26 |
| 27 | 71100 429 | Instructional Supplies & Materials | 9,200 | 17,600 | 26,600 | 35,000 | 38,800 | 27 |
| 28 | 71100 449 | Textbooks | 24,000 | 24,000 | 24,000 | 24,000 | 36,000 | 28 |
| 29 | 71100 499 | Other Supplies & Materials | 9,000 | 18,000 | 27,000 | 36,000 | 40,500 | 29 |
| 30 | 71100 535 | Fee Waivers | - | - | - | - | - | 30 |
| 31 | 71100 599 | Other Charges | 3,000 | 6,000 | 9,000 | 12,000 | 13,500 | 31 |
| 32 | 71100 722 | Regular Instruction Equipment | 54,440 | 55,760 | 65,440 | 98,520 | 74,840 | 32 |
| 33 | | | | | | | | 33 |
| 34 | | | | | | | | 34 |
| 35 | 71100 | TOTAL REGULAR INSTRUCTION PROGRAM | 538,211 | 949,222 | 1,390,487 | 1,864,142 | 2,074,077 | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**



**Emerald Academy**

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | INSTRUCTION - 71000 | | | | | | 1 |
| 2 | | ALTERNATIVE INSTRUCTION PROGRAM (71150) | | | | | | 2 |
| 3 | 71150 116 | Teachers | - | - | - | - | - | 3 |
| 4 | 71150 117 | Career Ladder Program | - | - | - | - | - | 4 |
| 5 | 71150 127 | Career Ladder Extended Contracts | - | - | - | - | - | 5 |
| 6 | 71150 128 | Homebound Teachers | - | - | - | - | - | 6 |
| 7 | 71150 162 | Clerical Personnel | - | - | - | - | - | 7 |
| 8 | 71150 163 | Educational Assistants | - | - | - | - | - | 8 |
| 9 | 71150 189 | Other Salaries & Wages | - | - | - | - | - | 9 |
| 10 | 71150 195 | Certified Substitute Teachers | - | - | - | - | - | 10 |
| 11 | 71150 198 | Non-Certified Substitute Teachers | - | - | - | - | - | 11 |
| 12 | 71150 201 | Social Security | - | - | - | - | - | 12 |
| 13 | 71150 204 | State Retirement | - | - | - | - | - | 13 |
| 14 | 71150 206 | Life Insurance | - | - | - | - | - | 14 |
| 15 | 71150 207 | Medical Insurance | - | - | - | - | - | 15 |
| 16 | 71150 208 | Dental Insurance | - | - | - | - | - | 16 |
| 17 | 71150 210 | Unemployment Compensation | - | - | - | - | - | 17 |
| 18 | 71150 212 | Employer Medicare | - | - | - | - | - | 18 |
| 19 | 71150 299 | Other Fringe Benefits | - | - | - | - | - | 19 |
| 20 | 71150 311 | Contracts with Other School Systems | - | - | - | - | - | 20 |
| 21 | 71150 330 | Operating Lease Payments | - | - | - | - | - | 21 |
| 22 | 71150 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 22 |
| 23 | 71150 356 | Tuition | - | - | - | - | - | 23 |
| 24 | 71150 369 | Contracts for Substitute Teachers - Certified | - | - | - | - | - | 24 |
| 25 | 71150 370 | Contracts for Substitute Teachers - Non-Certified | - | - | - | - | - | 25 |
| 26 | 71150 399 | Other Contracted Services | - | - | - | - | - | 26 |
| 27 | 71150 429 | Instructional Supplies & Materials | - | - | - | - | - | 27 |
| 28 | 71150 449 | Textbooks | - | - | - | - | - | 28 |
| 29 | 71150 499 | Other Supplies & Materials | - | - | - | - | - | 29 |
| 30 | 71150 535 | Fee Waivers | - | - | - | - | - | 30 |
| 31 | 71150 599 | Other Charges | - | - | - | - | - | 31 |
| 32 | 71150 790 | Other Equipment | - | - | - | - | - | 32 |
| 33 | | | | | | | | 33 |
| 34 | | | | | | | | 34 |
| 35 | 71150 | TOTAL ALTERNATIVE INSTRUCTION PROGRAM | - | - | - | - | - | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**



**Emerald Academy**

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | INSTRUCTION - 71000 | | | | | | 1 |
| 2 | | SPECIAL EDUCATION PROGRAM (71200) | | | | | | 2 |
| 3 | 71200 116 | Teachers | 141,000 | 226,440 | 378,446 | 471,972 | 503,331 | 3 |
| 4 | 71200 117 | Career Ladder Program | - | - | - | - | - | 4 |
| 5 | 71200 127 | Career Ladder Extended Contracts | - | - | - | - | - | 5 |
| 6 | 71200 128 | Homebound Teachers | - | - | - | - | - | 6 |
| 7 | 71200 162 | Clerical Personnel | - | - | - | - | - | 7 |
| 8 | 71200 163 | Educational Assistants | - | - | - | - | - | 8 |
| 9 | 71200 189 | Other Salaries & Wages | - | - | - | - | - | 9 |
| 10 | 71200 195 | Certified Substitute Teachers | - | - | - | - | - | 10 |
| 11 | 71200 198 | Non-Certified Substitute Teachers | - | - | - | - | - | 11 |
| 12 | 71200 201 | Social Security | 10,787 | 17,323 | 28,951 | 36,106 | 38,505 | 12 |
| 13 | 71200 204 | State Retirement | 12,521 | 20,108 | 33,606 | 41,911 | 44,696 | 13 |
| 14 | 71200 206 | Life Insurance | - | - | - | - | - | 14 |
| 15 | 71200 207 | Medical Insurance | 16,466 | 27,993 | 48,540 | 61,160 | 65,354 | 15 |
| 16 | 71200 208 | Dental Insurance | - | - | - | - | - | 16 |
| 17 | 71200 210 | Unemployment Compensation | 729 | 1,215 | 2,066 | 2,552 | 2,673 | 17 |
| 18 | 71200 212 | Employer Medicare | - | - | - | - | - | 18 |
| 19 | 71200 299 | Other Fringe Benefits | - | - | - | - | - | 19 |
| 20 | 71200 310 | Contracts W/Other Public Agencies | - | - | - | - | - | 20 |
| 21 | 71200 311 | Contracts W/Other School Systems | - | - | - | - | - | 21 |
| 22 | 71200 312 | Contracts W/Private Agencies | 10,000 | 20,000 | 30,000 | 40,000 | 45,000 | 22 |
| 23 | 71200 322 | Evaluation & Testing | - | - | - | - | - | 23 |
| 24 | 71200 330 | Operating Lease Payments | - | - | - | - | - | 24 |
| 25 | 71200 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 25 |
| 26 | 71200 356 | Tuition | - | - | - | - | - | 26 |
| 27 | 71200 369 | Contracts for Substitute Teachers - Certified | - | - | - | - | - | 27 |
| 28 | 71200 370 | Contracts for Substitute Teachers - Non-Certified | - | - | - | - | - | 28 |
| 29 | 71200 399 | Other Contracted Services | - | - | - | - | - | 29 |
| 30 | 71200 429 | Instructional Supplies & Materials | 2,300 | 4,400 | 6,650 | 8,750 | 9,700 | 30 |
| 31 | 71200 449 | Textbooks | 6,000 | 6,000 | 6,000 | 6,000 | 9,000 | 31 |
| 32 | 71200 499 | Other Supplies & Materials | - | - | - | - | - | 32 |
| 33 | 71200 535 | Fee Waivers | - | - | - | - | - | 33 |
| 34 | 71200 599 | Other Charges | - | - | - | - | - | 34 |
| 35 | 71200 725 | Special Education Equipment | 12,110 | 10,940 | 11,860 | 18,630 | 11,960 | 35 |
| 36 | | | | | | | | 36 |
| 37 | 71200 | TOTAL SPECIAL EDUCATION PROGRAM | 211,913 | 334,419 | 546,119 | 687,081 | 730,219 | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**
**Emerald Academy**



| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | INSTRUCTION - 71000 | | | | | | 1 |
| 2 | | VOCATIONAL EDUCATION PROGRAM (71300) | | | | | | 2 |
| 3 | 71300 116 | Teachers | - | - | - | - | - | 3 |
| 4 | 71300 117 | Career Ladder Program | - | - | - | - | - | 4 |
| 5 | 71300 127 | Career Ladder Extended Contracts | - | - | - | - | - | 5 |
| 6 | 71300 162 | Clerical Personnel | - | - | - | - | - | 6 |
| 7 | 71300 163 | Educational Assistants | - | - | - | - | - | 7 |
| 8 | 71300 189 | Other Salaries & Wages | - | - | - | - | - | 8 |
| 9 | 71300 195 | Certified Substitute Teachers | - | - | - | - | - | 9 |
| 10 | 71300 198 | Non-Certified Substitute Teachers | - | - | - | - | - | 10 |
| 11 | 71300 201 | Social Security | - | - | - | - | - | 11 |
| 12 | 71300 204 | State Retirement | - | - | - | - | - | 12 |
| 13 | 71300 206 | Life Insurance | - | - | - | - | - | 13 |
| 14 | 71300 207 | Medical Insurance | - | - | - | - | - | 14 |
| 15 | 71300 208 | Dental Insurance | - | - | - | - | - | 15 |
| 16 | 71300 210 | Unemployment Compensation | - | - | - | - | - | 16 |
| 17 | 71300 212 | Employer Medicare | - | - | - | - | - | 17 |
| 18 | 71300 299 | Other Fringe Benefits | - | - | - | - | - | 18 |
| 19 | 71300 311 | Contracts W/Other School Systems | - | - | - | - | - | 19 |
| 20 | 71300 330 | Operating Lease Payments | - | - | - | - | - | 20 |
| 21 | 71300 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 21 |
| 22 | 71300 356 | Tuition | - | - | - | - | - | 22 |
| 23 | 71300 369 | Contracts for Substitute Teachers - Certified | - | - | - | - | - | 23 |
| 24 | 71300 370 | Contracts for Substitute Teachers - Non-Certified | - | - | - | - | - | 24 |
| 25 | 71300 399 | Other Contracted Services | - | - | - | - | - | 25 |
| 26 | 71300 429 | Instructional Supplies & Materials | - | - | - | - | - | 26 |
| 27 | 71300 448 | T & I Construction Materials | - | - | - | - | - | 27 |
| 28 | 71300 449 | Textbooks | - | - | - | - | - | 28 |
| 29 | 71300 499 | Other Supplies & Materials | - | - | - | - | - | 29 |
| 30 | 71300 535 | Fee Waivers | - | - | - | - | - | 30 |
| 31 | 71300 599 | Other Charges | - | - | - | - | - | 31 |
| 32 | 71300 730 | Vocational Instruction Equipment | - | - | - | - | - | 32 |
| 33 | | | | | | | | 33 |
| 34 | | | | | | | | 34 |
| 35 | 71300 | TOTAL VOCATIONAL EDUCATION PROGRAM | - | - | - | - | - | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**



**Emerald Academy**

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | INSTRUCTION - 71000 | | | | | | 1 |
| 2 | | STUDENT BODY EDUCATION PROGRAM (71400) | | | | | | 2 |
| 3 | | | | | | | | 3 |
| 4 | 71400 189 | Other Salaries & Wages | - | - | - | - | - | 4 |
| 5 | 71400 201 | Social Security | - | - | - | - | - | 5 |
| 6 | 71400 204 | State Retirement | - | - | - | - | - | 6 |
| 7 | 71400 206 | Life Insurance | - | - | - | - | - | 7 |
| 8 | 71400 207 | Medical Insurance | - | - | - | - | - | 8 |
| 9 | 71400 208 | Dental Insurance | - | - | - | - | - | 9 |
| 10 | 71400 210 | Unemployment Compensation | - | - | - | - | - | 10 |
| 11 | 71400 212 | Employer Medicare | - | - | - | - | - | 11 |
| 12 | 71400 299 | Other Fringe Benefits | - | - | - | - | - | 12 |
| 13 | 71400 399 | Other Contracted Services | - | - | - | - | - | 13 |
| 14 | 71400 429 | Instructional Supplies and Materials | - | - | - | - | - | 14 |
| 15 | 71400 449 | Textbooks | - | - | - | - | - | 15 |
| 16 | 71400 499 | Other Supplies & Materials | - | - | - | - | - | 16 |
| 17 | 71400 599 | Other Charges | - | - | - | - | - | 17 |
| 18 | 71400 790 | Other Equipment | - | - | - | - | - | 18 |
| 19 | | | | | | | | 19 |
| 20 | 71400 | TOTAL STUDENT BODY EDUCATION PROGRAM | - | - | - | - | - | 20 |
| 21 | | | | | | | | 21 |
| 22 | | | | | | | | 22 |
| 23 | | | | | | | | 23 |
| 24 | | | | | | | | 24 |
| 25 | | | | | | | | 25 |
| 26 | | | | | | | | 26 |
| 27 | | | | | | | | 27 |
| 28 | | | | | | | | 28 |
| 29 | | | | | | | | 29 |
| 30 | | | | | | | | 30 |
| 31 | | | | | | | | 31 |
| 32 | | | | | | | | 32 |
| 33 | | | | | | | | 33 |
| 34 | | | | | | | | 34 |
| 35 | | | | | | | | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**

**Emerald Academy**

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | SUPPORT SERVICES - 72000 | | | | | | 1 |
| 2 | | STUDENTS (72100) | | | | | | 2 |
| 3 | | ATTENDANCE (72110) | | | | | | 3 |
| 4 | | | | | | | | 4 |
| 5 | 72110 105 | Supervisor/Director | - | - | - | - | - | 5 |
| 6 | 72110 117 | Career Ladder Program | - | - | - | - | - | 6 |
| 7 | 72110 127 | Career Ladder Extended Contracts | - | - | - | - | - | 7 |
| 8 | 72110 130 | Social Workers | - | - | - | - | - | 8 |
| 9 | 72110 162 | Clerical Personnel | - | - | - | - | - | 9 |
| 10 | 72110 189 | Other Salaries & Wages | - | - | - | - | - | 10 |
| 11 | 72110 201 | Social Security | - | - | - | - | - | 11 |
| 12 | 72110 204 | State Retirement | - | - | - | - | - | 12 |
| 13 | 72110 206 | Life Insurance | - | - | - | - | - | 13 |
| 14 | 72110 207 | Medical Insurance | - | - | - | - | - | 14 |
| 15 | 72110 208 | Dental Insurance | - | - | - | - | - | 15 |
| 16 | 72110 210 | Unemployment Compensation | - | - | - | - | - | 16 |
| 17 | 72110 212 | Employer Medicare | - | - | - | - | - | 17 |
| 18 | 72110 299 | Other Fringe Benefits | - | - | - | - | - | 18 |
| 19 | 72110 317 | Data Processing Services | - | - | - | - | - | 19 |
| 20 | 72110 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 20 |
| 21 | 72110 355 | Travel | - | - | - | - | - | 21 |
| 22 | 72110 399 | Other Contracted Services | - | - | - | - | - | 22 |
| 23 | 72110 499 | Other Supplies & Materials | - | - | - | - | - | 23 |
| 24 | 72110 524 | In-Service/Staff Development | - | - | - | - | - | 24 |
| 25 | 72110 599 | Other Charges | - | - | - | - | - | 25 |
| 26 | 72110 704 | Attendance Equipment | - | - | - | - | - | 26 |
| 27 | | | | | | | | 27 |
| 28 | | | | | | | | 28 |
| 29 | 72110 | TOTAL ATTENDANCE | - | - | - | - | - | 29 |
| 30 | | | | | | | | 30 |
| 31 | | | | | | | | 31 |
| 32 | | | | | | | | 32 |
| 33 | | | | | | | | 33 |
| 34 | | | | | | | | 34 |
| 35 | | | | | | | | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**

**Emerald Academy**

| ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| | SUPPORT SERVICES - 72000 | | | | | |
| | STUDENTS (72100) | | | | | |
| | HEALTH SERVICES (72120) | | | | | |
| 72120 131 | Medical Personnel | - | - | - | - | - |
| 72120 189 | Other Salaries & Wages | - | - | - | - | - |
| 72120 201 | Social Security | - | - | - | - | - |
| 72120 204 | State Retirement | - | - | - | - | - |
| 72120 206 | Life Insurance | - | - | - | - | - |
| 72120 207 | Medical Insurance | - | - | - | - | - |
| 72120 208 | Dental Insurance | - | - | - | - | - |
| 72120 210 | Unemployment Compensation | - | - | - | - | - |
| 72120 212 | Employer Medicare | - | - | - | - | - |
| 72120 299 | Other Fringe Benefits | - | - | - | - | - |
| 72120 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - |
| 72120 355 | Travel | - | - | - | - | - |
| 72120 399 | Other Contracted Services | - | - | - | - | - |
| 72120 413 | Drugs & Medical Supplies | - | - | - | - | - |
| 72120 499 | Other Supplies & Materials | 1,200 | 2,400 | 3,600 | 4,800 | 5,400 |
| 72120 524 | In-Service/Staff Development | - | - | - | - | - |
| 72120 599 | Other Charges | - | - | - | - | - |
| 72120 735 | Health Equipment | - | - | - | - | - |
| 72120 | TOTAL HEALTH SERVICES | 1,200 | 2,400 | 3,600 | 4,800 | 5,400 |

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**



**Emerald Academy**

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | SUPPORT SERVICES - 72000 | | | | | | 1 |
| 2 | | STUDENTS (72100) | | | | | | 2 |
| 3 | | OTHER STUDENT SUPPORT (72130) | | | | | | 3 |
| 4 | 72130 117 | Career Ladder Program | - | - | - | - | - | 4 |
| 5 | 72130 123 | Guidance Personnel | - | - | - | - | - | 5 |
| 6 | 72130 124 | Psychological Personnel | - | - | - | - | - | 6 |
| 7 | 72130 127 | Career Ladder - Extended Contracts | - | - | - | - | - | 7 |
| 8 | 72130 130 | Social Workers | - | - | - | - | - | 8 |
| 9 | 72130 135 | Assessment Personnel | - | - | - | - | - | 9 |
| 10 | 72130 161 | Secretary(s) | - | - | - | - | - | 10 |
| 11 | 72130 162 | Clerical Personnel | - | - | - | - | - | 11 |
| 12 | 72130 164 | Attendants | - | - | - | - | - | 12 |
| 13 | 72130 170 | School Resource Officer | - | - | - | - | - | 13 |
| 14 | 72130 189 | Other Salaries & Wages | - | - | - | - | - | 14 |
| 15 | 72130 201 | Social Security | - | - | - | - | - | 15 |
| 16 | 72130 204 | State Retirement | - | - | - | - | - | 16 |
| 17 | 72130 206 | Life Insurance | - | - | - | - | - | 17 |
| 18 | 72130 207 | Medical Insurance | - | - | - | - | - | 18 |
| 19 | 72130 208 | Dental Insurance | - | - | - | - | - | 19 |
| 20 | 72130 210 | Unemployment Compensation | - | - | - | - | - | 20 |
| 21 | 72130 212 | Employer Medicare | - | - | - | - | - | 21 |
| 22 | 72130 299 | Other Fringe Benefits | - | - | - | - | - | 22 |
| 23 | 72130 309 | Contracts with Government Agencies | - | - | - | - | - | 23 |
| 24 | 72130 311 | Contracts with Other School Systems | - | - | - | - | - | 24 |
| 25 | 72130 322 | Evaluation & Testing | - | - | - | - | - | 25 |
| 26 | 72130 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 26 |
| 27 | 72130 355 | Travel | - | - | - | - | - | 27 |
| 28 | 72130 399 | Other Contracted Services | - | - | - | - | - | 28 |
| 29 | 72130 499 | Other Supplies & Materials | 9,000 | 18,000 | 27,000 | 36,000 | 40,500 | 29 |
| 30 | 72130 524 | In-Service/Staff Development | - | - | - | - | - | 30 |
| 31 | 72130 599 | Other Charges | - | - | - | - | - | 31 |
| 32 | 72130 790 | Other Equipment | - | - | - | - | - | 32 |
| 33 | | | | | | | | 33 |
| 34 | | | | | | | | 34 |
| 35 | 72130 | TOTAL OTHER STUDENT SUPPORT | 9,000 | 18,000 | 27,000 | 36,000 | 40,500 | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

App.0721



**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**
**Emerald Academy**

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | SUPPORT SERVICES - 72000 | | | | | | 1 |
| 2 | | INSTRUCTIONAL STAFF (72200) | | | | | | 2 |
| 3 | | REGULAR INSTRUCTION PROGRAM (72210) | | | | | | 3 |
| 4 | 72210 105 | Supervisor/Director | - | - | - | - | - | 4 |
| 5 | 72210 117 | Career Ladder Program | - | - | - | - | - | 5 |
| 6 | 72210 127 | Career Ladder Extended Contracts | - | - | - | - | - | 6 |
| 7 | 72210 129 | Librarian(s) | - | - | - | - | - | 7 |
| 8 | 72210 132 | Material Supervisor(s) | - | - | - | - | - | 8 |
| 9 | 72210 136 | Audiovisual Personnel | - | - | - | - | - | 9 |
| 10 | 72210 137 | Education Media Personnel | - | - | - | - | - | 10 |
| 11 | 72210 138 | Instructional Computer Personnel | - | - | - | - | - | 11 |
| 12 | 72210 161 | Secretary(s) | - | - | - | - | - | 12 |
| 13 | 72210 162 | Clerical Personnel | - | - | - | - | - | 13 |
| 14 | 72210 163 | Educational Assistants | - | - | - | - | - | 14 |
| 15 | 72210 189 | Other Salaries & Wages | | | | | | 15 |
| 16 | 72210 195 | Certified Substitute Teachers | | | | | | 16 |
| 17 | 72210 196 | In-Service Training | | | | | | 17 |
| 18 | 72210 198 | Non-Certified Substitute Teachers | | | | | | 18 |
| 19 | 72210 201 | Social Security | | | | | | 19 |
| 20 | 72210 204 | State Retirement | | | | | | 20 |
| 21 | 72210 206 | Life Insurance | | | | | | 21 |
| 22 | 72210 207 | Medical Insurance | | | | | | 22 |
| 23 | 72210 208 | Dental Insurance | | | | | | 23 |
| 24 | 72210 210 | Unemployment Compensation | | | | | | 24 |
| 25 | 72210 212 | Employer Medicare | - | - | - | - | - | 25 |
| 26 | 72210 299 | Other Fringe Benefits | - | - | - | - | - | 26 |
| 27 | 72210 308 | Consultants | - | - | - | - | - | 27 |
| 28 | 72210 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 28 |
| 29 | 72210 355 | Travel | - | - | - | - | - | 29 |
| 30 | 72210 369 | Contracts for Substitute Teachers - Certified | - | - | - | - | - | 30 |
| 31 | 72210 370 | Contracts for Substitute Teachers - Non-Certified | - | - | - | - | - | 31 |
| 32 | 72210 399 | Other Contracted Services | - | - | - | - | - | 32 |
| 33 | 72210 432 | Library Books/Media | 6,000 | 12,000 | 18,000 | 24,000 | 27,000 | 33 |
| 34 | 72210 437 | Periodicals | - | - | - | - | - | 34 |
| 35 | 72210 499 | Other Supplies & Materials | - | - | - | - | - | 35 |
| 36 | 72210 524 | In Service/Staff Development | 3,750 | 6,000 | 8,875 | 11,375 | 12,375 | 36 |
| 37 | 72210 599 | Other Charges | - | - | - | - | - | 37 |
| 38 | 72210 790 | Other Equipment | - | - | - | - | - | 38 |
| 39 | | | | | | | | 39 |
| 40 | 72210 | TOTAL REGULAR INSTRUCTION PROGRAM | 9,750 | 18,000 | 26,875 | 35,375 | 39,375 | 40 |





KCBOE09836

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**
**Emerald Academy**

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | SUPPORT SERVICES - 72000 | | | | | | 1 |
| 2 | | INSTRUCTIONAL STAFF (72200) | | | | | | 2 |
| 3 | | ALTERNATIVE INSTRUCTION PROGRAM (72215) | | | | | | 3 |
| 4 | | | | | | | | 4 |
| 5 | 72215 105 | Supervisor/Director | - | - | - | - | - | 5 |
| 6 | 72215 117 | Career Ladder Program | - | - | - | - | - | 6 |
| 7 | 72215 123 | Guidance Personnel | - | - | - | - | - | 7 |
| 8 | 72215 127 | Career Ladder Extended Contracts | - | - | - | - | - | 8 |
| 9 | 72215 129 | Librarian(s) | - | - | - | - | - | 9 |
| 10 | 72215 138 | Instructional Computer Personnel | - | - | - | - | - | 10 |
| 11 | 72215 161 | Secretary(s) | - | - | - | - | - | 11 |
| 12 | 72215 162 | Clerical Personnel | - | - | - | - | - | 12 |
| 13 | 72215 163 | Educational Assistants | - | - | - | - | - | 13 |
| 14 | 72215 189 | Other Salaries & Wages | - | - | - | - | - | 14 |
| 15 | 72215 196 | In-Service Training | - | - | - | - | - | 15 |
| 16 | 72215 201 | Social Security | - | - | - | - | - | 16 |
| 17 | 72215 204 | State Retirement | - | - | - | - | - | 17 |
| 18 | 72215 206 | Life Insurance | - | - | - | - | - | 18 |
| 19 | 72215 207 | Medical Insurance | - | - | - | - | - | 19 |
| 20 | 72215 208 | Dental Insurance | - | - | - | - | - | 20 |
| 21 | 72215 210 | Unemployment Compensation | - | - | - | - | - | 21 |
| 22 | 72215 212 | Employer Medicare | - | - | - | - | - | 22 |
| 23 | 72215 299 | Other Fringe Benefits | - | - | - | - | - | 23 |
| 24 | 72215 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 24 |
| 25 | 72215 355 | Travel | - | - | - | - | - | 25 |
| 26 | 72215 399 | Other Contracted Services | - | - | - | - | - | 26 |
| 27 | 72215 432 | Library Books/Media | - | - | - | - | - | 27 |
| 28 | 72215 499 | Other Supplies & Materials | - | - | - | - | - | 28 |
| 29 | 72215 524 | In Service/Staff Development | - | - | - | - | - | 29 |
| 30 | 72215 599 | Other Charges | - | - | - | - | - | 30 |
| 31 | 72215 790 | Other Equipment | - | - | - | - | - | 31 |
| 32 | | | | | | | | 32 |
| 33 | 72215 | TOTAL ALTERNATIVE INSTRUCTION PROGRAM | - | - | - | - | - | 33 |
| 34 | | | | | | | | 34 |
| 35 | | | | | | | | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**



**Emerald Academy**

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | SUPPORT SERVICES - 72000 | | | | | | 1 |
| 2 | | INSTRUCTIONAL STAFF (72200) | | | | | | 2 |
| 3 | | SPECIAL EDUCATION PROGRAM (72220) | | | | | | 3 |
| 4 | | | | | | | | 4 |
| 5 | 72220 105 | Supervisor/Director | - | - | - | - | - | 5 |
| 6 | 72220 117 | Career Ladder Program | - | - | - | - | - | 6 |
| 7 | 72220 124 | Psychological Personnel | - | - | - | - | - | 7 |
| 8 | 72220 127 | Career Ladder Extended Contracts | - | - | - | - | - | 8 |
| 9 | 72220 135 | Assessment Personnel | - | - | - | - | - | 9 |
| 10 | 72220 161 | Secretary(s) | - | - | - | - | - | 10 |
| 11 | 72220 162 | Clerical Personnel | - | - | - | - | - | 11 |
| 12 | 72220 171 | Speech Pathologist | - | - | - | - | - | 12 |
| 13 | 72220 189 | Other Salaries & Wages | - | - | - | - | - | 13 |
| 14 | 72220 196 | In-Service Training | - | - | - | - | - | 14 |
| 15 | 72220 201 | Social Security | - | - | - | - | - | 15 |
| 16 | 72220 204 | State Retirement | - | - | - | - | - | 16 |
| 17 | 72220 206 | Life Insurance | - | - | - | - | - | 17 |
| 18 | 72220 207 | Medical Insurance | - | - | - | - | - | 18 |
| 19 | 72220 208 | Dental Insurance | - | - | - | - | - | 19 |
| 20 | 72220 210 | Unemployment Compensation | - | - | - | - | - | 20 |
| 21 | 72220 212 | Employer Medicare | - | - | - | - | - | 21 |
| 22 | 72220 299 | Other Fringe Benefits | - | - | - | - | - | 22 |
| 23 | 72220 308 | Consultants | - | - | - | - | - | 23 |
| 24 | 72220 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 24 |
| 25 | 72220 355 | Travel | - | - | - | - | - | 25 |
| 26 | 72220 399 | Other Contracted Services | - | - | - | - | - | 26 |
| 27 | 72220 499 | Other Supplies & Materials | - | - | - | - | - | 27 |
| 28 | 72220 524 | In Service/Staff Development | - | - | - | - | - | 28 |
| 29 | 72220 599 | Other Charges | - | - | - | - | - | 29 |
| 30 | 72220 790 | Other Equipment | - | - | - | - | - | 30 |
| 31 | | | | | | | | 31 |
| 32 | 72220 | TOTAL SPECIAL EDUCATION PROGRAM | - | - | - | - | - | 32 |
| 33 | | | | | | | | 33 |
| 34 | | | | | | | | 34 |
| 35 | | | | | | | | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**
**Emerald Academy**



| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | SUPPORT SERVICES - 72000 | | | | | | 1 |
| 2 | | INSTRUCTIONAL STAFF (72200) | | | | | | 2 |
| 3 | | VOCATIONAL EDUCATION PROGRAM (72230) | | | | | | 3 |
| 4 | | | | | | | | 4 |
| 5 | 72230 105 | Supervisor/Director | - | - | - | - | - | 5 |
| 6 | 72230 117 | Career Ladder Program | - | - | - | - | - | 6 |
| 7 | 72230 127 | Career Ladder Extended Contracts | - | - | - | - | - | 7 |
| 8 | 72230 138 | Instructional Computer Personnel | - | - | - | - | - | 8 |
| 9 | 72230 161 | Secretary(s) | - | - | - | - | - | 9 |
| 10 | 72230 162 | Clerical Personnel | - | - | - | - | - | 10 |
| 11 | 72230 189 | Other Salaries & Wages | - | - | - | - | - | 11 |
| 12 | 72230 196 | In-Service Training | - | - | - | - | - | 12 |
| 13 | 72230 201 | Social Security | - | - | - | - | - | 13 |
| 14 | 72230 204 | State Retirement | - | - | - | - | - | 14 |
| 15 | 72230 206 | Life Insurance | - | - | - | - | - | 15 |
| 16 | 72230 207 | Medical Insurance | - | - | - | - | - | 16 |
| 17 | 72230 208 | Dental Insurance | - | - | - | - | - | 17 |
| 18 | 72230 210 | Unemployment Compensation | - | - | - | - | - | 18 |
| 19 | 72230 212 | Employer Medicare | - | - | - | - | - | 19 |
| 20 | 72230 299 | Other Fringe Benefits | - | - | - | - | - | 20 |
| 21 | 72230 308 | Consultants | - | - | - | - | - | 21 |
| 22 | 72230 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 22 |
| 23 | 72230 355 | Travel | - | - | - | - | - | 23 |
| 24 | 72230 399 | Other Contracted Services | - | - | - | - | - | 24 |
| 25 | 72230 499 | Other Supplies & Materials | - | - | - | - | - | 25 |
| 26 | 72230 524 | In Service/Staff Development | - | - | - | - | - | 26 |
| 27 | 72230 599 | Other Charges | - | - | - | - | - | 27 |
| 28 | 72230 790 | Other Equipment | - | - | - | - | - | 28 |
| 29 | | | | | | | | 29 |
| 30 | 72230 | TOTAL VOCATIONAL EDUCATION PROGRAM | - | - | - | - | - | 30 |
| 31 | | | | | | | | 31 |
| 32 | | | | | | | | 32 |
| 33 | | | | | | | | 33 |
| 34 | | | | | | | | 34 |
| 35 | | | | | | | | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**

**Emerald Academy**



| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | SUPPORT SERVICES - 72000 | | | | | | 1 |
| 2 | | GENERAL ADMINISTRATION (72300) | | | | | | 2 |
| 3 | | BOARD OF EDUCATION (72310) | | | | | | 3 |
| 4 | 72310 118 | Secretary to Board | - | - | - | - | - | 4 |
| 5 | 72310 189 | Other Salaries & Wages | - | - | - | - | - | 5 |
| 6 | 72310 191 | Board and Committee Member Fees | - | - | - | - | - | 6 |
| 7 | 72310 196 | In-Service Training | - | - | - | - | - | 7 |
| 8 | 72310 201 | Social Security | - | - | - | - | - | 8 |
| 9 | 72310 204 | State Retirement | - | - | - | - | - | 9 |
| 10 | 72310 206 | Life Insurance | - | - | - | - | - | 10 |
| 11 | 72310 207 | Medical Insurance | - | - | - | - | - | 11 |
| 12 | 72310 208 | Dental Insurance | - | - | - | - | - | 12 |
| 13 | 72310 210 | Unemployment Compensation | - | - | - | - | - | 13 |
| 14 | 72310 212 | Employer Medicare | - | - | - | - | - | 14 |
| 15 | 72310 299 | Other Fringe Benefits | - | - | - | - | - | 15 |
| 16 | 72310 305 | Audit Services | - | - | - | - | - | 16 |
| 17 | 72310 320 | Dues & Memberships | - | - | - | - | - | 17 |
| 18 | 72310 331 | Legal Services | - | - | - | - | - | 18 |
| 19 | 72310 348 | Postal Charges | - | - | - | - | - | 19 |
| 20 | 72310 355 | Travel | - | - | - | - | - | 20 |
| 21 | 72310 367 | Maintenance & Repair Services - Records | - | - | - | - | - | 21 |
| 22 | 72310 399 | Other Contracted Services | - | - | - | - | - | 22 |
| 23 | 72310 499 | Other Supplies & Materials | - | - | - | - | - | 23 |
| 24 | 72310 505 | Judgments | - | - | - | - | - | 24 |
| 25 | 72310 506 | Liability Insurance | - | - | - | - | - | 25 |
| 26 | 72310 508 | Premium on Corporate Surety Bonds | - | - | - | - | - | 26 |
| 27 | 72310 513 | Worker's Compensation Insurance | - | - | - | - | - | 27 |
| 28 | 72310 524 | In Service/Staff Development | - | - | - | - | - | 28 |
| 29 | 72310 533 | Criminal Investigation of Applicants TBI | - | - | - | - | - | 29 |
| 30 | 72310 534 | Refund to Applicant for Criminal Investigation | - | - | - | - | - | 30 |
| 31 | 72310 599 | Other Charges | - | - | - | - | - | 31 |
| 32 | | | | | | | | 32 |
| 33 | 72310 | TOTAL BOARD OF EDUCATION | - | - | - | - | - | 33 |
| 34 | | | | | | | | 34 |
| 35 | | | | | | | | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | SUPPORT SERVICES - 72000 | | | | | | 1 |
| 2 | | GENERAL ADMINISTRATION (72300) | | | | | | 2 |
| 3 | | OFFICE OF THE SUPERINTENDENT (72320) | | | | | | 3 |
| 4 | | | | | | | | 4 |
| 5 | 72320 101 | County Official/Administrative Officer | - | - | - | - | - | 5 |
| 6 | 72320 103 | Assistant(s) | - | - | - | - | - | 6 |
| 7 | 72320 117 | Career Ladder Program | - | - | - | - | - | 7 |
| 8 | 72320 161 | Secretary(s) | - | - | - | - | - | 8 |
| 9 | 72320 162 | Clerical Personnel | - | - | - | - | - | 9 |
| 10 | 72320 189 | Other Salaries & Wages | - | - | - | - | - | 10 |
| 11 | 72320 196 | In-Service Training | - | - | - | - | - | 11 |
| 12 | 72320 201 | Social Security | - | - | - | - | - | 12 |
| 13 | 72320 204 | State Retirement | - | - | - | - | - | 13 |
| 14 | 72320 206 | Life Insurance | - | - | - | - | - | 14 |
| 15 | 72320 207 | Medical Insurance | - | - | - | - | - | 15 |
| 16 | 72320 208 | Dental Insurance | - | - | - | - | - | 16 |
| 17 | 72320 210 | Unemployment Compensation | - | - | - | - | - | 17 |
| 18 | 72320 212 | Employer Medicare | - | - | - | - | - | 18 |
| 19 | 72320 299 | Other Fringe Benefits | - | - | - | - | - | 19 |
| 20 | 72320 307 | Communication | - | - | - | - | - | 20 |
| 21 | 72320 320 | Dues & Memberships | - | - | - | - | - | 21 |
| 22 | 72320 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 22 |
| 23 | 72320 348 | Postal Charges | - | - | - | - | - | 23 |
| 24 | 72320 355 | Travel | - | - | - | - | - | 24 |
| 25 | 72320 399 | Other Contracted Services | - | - | - | - | - | 25 |
| 26 | 72320 435 | Office Supplies | - | - | - | - | - | 26 |
| 27 | 72320 499 | Other Supplies & Materials | - | - | - | - | - | 27 |
| 28 | 72320 524 | In-Service/Staff Development | - | - | - | - | - | 28 |
| 29 | 72320 599 | Other Charges | - | - | - | - | - | 29 |
| 30 | 72320 701 | Administration Equipment | - | - | - | - | - | 30 |
| 31 | | | | | | | | 31 |
| 32 | 72320 | TOTAL OFFICE OF THE SUPERINTENDENT | - | - | - | - | - | 32 |
| 33 | | | | | | | | 33 |
| 34 | | | | | | | | 34 |
| 35 | | | | | | | | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**

**Emerald Academy**

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | SUPPORT SERVICES - 72000 | | | | | | 1 |
| 2 | | SCHOOL ADMINISTRATION (72400) | | | | | | 2 |
| 3 | | OFFICE OF THE PRINCIPAL (72410) | | | | | | 3 |
| 4 | | | | | | | | 4 |
| 5 | 72410 104 | Principal(s) | 90,000 | 91,800 | 93,636 | 95,509 | 97,419 | 5 |
| 6 | 72410 117 | Career Ladder Program | - | - | - | - | - | 6 |
| 7 | 72410 119 | Accountants/Bookkeepers | - | - | 62,424 | 63,672 | 64,946 | 7 |
| 8 | 72410 127 | Career Ladder Extended Contracts | - | - | - | - | - | 8 |
| 9 | 72410 139 | Assistant Principal(s) | 60,000 | 61,200 | 62,424 | 63,672 | 64,946 | 9 |
| 10 | 72410 161 | Secretary(s) | 30,000 | 30,600 | 31,212 | 31,836 | 32,473 | 10 |
| 11 | 72410 162 | Clerical Personnel | 20,000 | 20,400 | 20,808 | 21,224 | 21,649 | 11 |
| 12 | 72410 189 | Other Salaries & Wages | - | - | - | 48,020 | 70,899 | 12 |
| 13 | 72410 196 | In-Service Training | - | - | - | - | - | 13 |
| 14 | 72410 201 | Social Security | 15,300 | 15,606 | 20,694 | 24,781 | 26,953 | 14 |
| 15 | 72410 204 | State Retirement | 17,820 | 18,176 | 24,083 | 28,829 | 31,352 | 15 |
| 16 | 72410 206 | Life Insurance | - | - | - | - | - | 16 |
| 17 | 72410 207 | Medical Insurance | 21,955 | 22,394 | 28,553 | 34,949 | 38,618 | 17 |
| 18 | 72410 208 | Dental Insurance | - | - | - | - | - | 18 |
| 19 | 72410 210 | Unemployment Compensation | 972 | 972 | 1,215 | 1,458 | 1,580 | 19 |
| 20 | 72410 212 | Employer Medicare | - | - | - | - | - | 20 |
| 21 | 72410 299 | Other Fringe Benefits | - | - | - | - | - | 21 |
| 22 | 72410 307 | Communication | - | - | - | - | - | 22 |
| 23 | 72410 317 | Data Processing Services | - | - | - | - | - | 23 |
| 24 | 72410 320 | Dues & Memberships | - | - | - | - | - | 24 |
| 25 | 72410 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 25 |
| 26 | 72410 348 | Postal Charges | 2,400 | 4,800 | 7,200 | 9,600 | 10,800 | 26 |
| 27 | 72410 355 | Travel | - | - | - | - | - | 27 |
| 28 | 72410 399 | Other Contracted Services | 45,000 | 55,000 | 70,000 | 75,000 | 80,000 | 28 |
| 29 | 72410 411 | Data Processing Supplies | - | - | - | - | - | 29 |
| 30 | 72410 435 | Office Supplies | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 30 |
| 31 | 72410 499 | Other Supplies & Materials | - | - | - | - | - | 31 |
| 32 | 72410 524 | In Service/Staff Development | - | - | - | - | - | 32 |
| 33 | 72410 599 | Other Charges | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 33 |
| 34 | 72410 701 | Administration Equipment | - | - | - | - | - | 34 |
| 35 | | | | | | | | 35 |
| 36 | 72410 | TOTAL OFFICE OF THE PRINCIPAL | 317,447 | 334,948 | 436,249 | 512,550 | 555,635 | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**
**Emerald Academy**

| Line | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Line |
|---|---|---|---|---|---|---|---|---|
| 1 | | SUPPORT SERVICES - 72000 | | | | | | 1 |
| 2 | | BUSINESS ADMINISTRATION (72500) | | | | | | 2 |
| 3 | | FISCAL SERVICES (72510) | | | | | | 3 |
| 4 | | | | | | | | 4 |
| 5 | 72510 105 | Supervisor/Director | - | - | - | - | - | 5 |
| 6 | 72510 113 | Internal Audit Personnel | - | - | - | - | - | 6 |
| 7 | 72510 119 | Accountants/Bookkeepers | - | - | - | - | - | 7 |
| 8 | 72510 122 | Purchasing Personnel | - | - | - | - | - | 8 |
| 9 | 72510 161 | Secretary(s) | - | - | - | - | - | 9 |
| 10 | 72510 162 | Clerical Personnel | - | - | - | - | - | 10 |
| 11 | 72510 189 | Other Salaries & Wages | - | - | - | - | - | 11 |
| 12 | 72510 196 | In-Service Training | - | - | - | - | - | 12 |
| 13 | 72510 201 | Social Security | - | - | - | - | - | 13 |
| 14 | 72510 204 | State Retirement | - | - | - | - | - | 14 |
| 15 | 72510 206 | Life Insurance | - | - | - | - | - | 15 |
| 16 | 72510 207 | Medical Insurance | - | - | - | - | - | 16 |
| 17 | 72510 208 | Dental Insurance | - | - | - | - | - | 17 |
| 18 | 72510 210 | Unemployment Compensation | - | - | - | - | - | 18 |
| 19 | 72510 212 | Employer Medicare | - | - | - | - | - | 19 |
| 20 | 72510 299 | Other Fringe Benefits | - | - | - | - | - | 20 |
| 21 | 72510 317 | Data Processing Services | 3,600 | 5,760 | 8,520 | 10,920 | 11,880 | 21 |
| 22 | 72510 320 | Dues & Memberships | - | - | - | - | - | 22 |
| 23 | 72510 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 23 |
| 24 | 72510 355 | Travel | - | - | - | - | - | 24 |
| 25 | 72510 399 | Other Contracted Services | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 25 |
| 26 | 72510 411 | Data Processing Supplies | - | - | - | - | - | 26 |
| 27 | 72510 435 | Office Supplies | - | - | - | - | - | 27 |
| 28 | 72510 499 | Other Supplies & Materials | - | - | - | - | - | 28 |
| 29 | 72510 524 | In-Service/Staff Development | - | - | - | - | - | 29 |
| 30 | 72510 599 | Other Charges | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 30 |
| 31 | 72510 701 | Administration Equipment | 14,400 | 19,200 | 24,000 | 38,400 | 40,800 | 31 |
| 32 | | | | | | | | 32 |
| 33 | 72510 | TOTAL FISCAL SERVICES | 39,000 | 45,960 | 53,520 | 70,320 | 73,680 | 33 |
| 34 | | | | | | | | 34 |
| 35 | | | | | | | | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**

**Emerald Academy**



| ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| | SUPPORT SERVICES - 72000 | | | | | |
| | OPERATION & MAINTENANCE OF PLANT (72600) | | | | | |
| | OPERATION OF PLANT (72610) | | | | | |
| 72610 105 | Supervisor/Director | - | - | - | - | - |
| 72610 160 | Guards | - | - | - | - | - |
| 72610 161 | Secretary(s) | - | - | - | - | - |
| 72610 166 | Custodial Personnel | - | - | - | - | - |
| 72610 189 | Other Salaries & Wages | - | - | - | - | - |
| 72610 201 | Social Security | - | - | - | - | - |
| 72610 204 | State Retirement | - | - | - | - | - |
| 72610 206 | Life Insurance | - | - | - | - | - |
| 72610 207 | Medical Insurance | - | - | - | - | - |
| 72610 208 | Dental Insurance | - | - | - | - | - |
| 72610 210 | Unemployment Compensation | - | - | - | - | - |
| 72610 212 | Employer Medicare | - | - | - | - | - |
| 72610 299 | Other Fringe Benefits | - | - | - | - | - |
| 72610 328 | Janitorial Services | 40,200 | 93,800 | 147,400 | 217,750 | 217,750 |
| 72610 329 | Laundry Service | - | - | - | - | - |
| 72610 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - |
| 72610 351 | Rentals | 152,400 | 231,165 | 309,929 | 410,675 | 410,675 |
| 72610 355 | Travel | - | - | - | - | - |
| 72610 359 | Disposal Fees | - | - | - | - | - |
| 72610 399 | Other Contracted Services | - | - | - | - | - |
| 72610 407 | Coal | - | - | - | - | - |
| 72610 410 | Custodial Supplies | - | - | - | - | - |
| 72610 415 | Electricity | 90,100 | 62,900 | 35,700 | - | - |
| 72610 423 | Fuel Oil | - | - | - | - | - |
| 72610 434 | Natural Gas | - | - | - | - | - |
| 72610 454 | Water & Sewer | - | - | - | - | - |
| 72610 499 | Other Supplies & Materials | - | - | - | - | - |
| 72610 501 | Boiler Insurance | - | - | - | - | - |
| 72610 502 | Building & Content Insurance | - | - | - | - | - |
| 72610 524 | In-Service/Staff Development | - | - | - | - | - |
| 72610 599 | Other Charges | - | - | - | - | - |
| 72610 720 | Plant Operation Equipment | - | - | - | - | - |
| 72610 | TOTAL OPERATION OF PLANT | 282,700 | 387,865 | 493,029 | 628,425 | 628,425 |

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**

**Emerald Academy**

| ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| | SUPPORT SERVICES - 72000 | | | | | |
| | OPERATION & MAINTENANCE OF PLANT (72600) | | | | | |
| | MAINTENANCE OF PLANT (72620) | | | | | |
| 72620 105 | Supervisor/Director | - | - | - | - | - |
| 72620 161 | Secretary(s) | - | - | - | - | - |
| 72620 167 | Maintenance Personnel | - | - | - | - | - |
| 72620 189 | Other Salaries & Wages | - | - | - | - | - |
| 72620 201 | Social Security | - | - | - | - | - |
| 72620 204 | State Retirement | - | - | - | - | - |
| 72620 206 | Life Insurance | - | - | - | - | - |
| 72620 207 | Medical Insurance | - | - | - | - | - |
| 72620 208 | Dental Insurance | - | - | - | - | - |
| 72620 210 | Unemployment Compensation | - | - | - | - | - |
| 72620 212 | Employer Medicare | - | - | - | - | - |
| 72620 299 | Other Fringe Benefits | - | - | - | - | - |
| 72620 307 | Communication | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| 72620 329 | Laundry Service | - | - | - | - | - |
| 72620 335 | Maintenance & Repair Services - Building | - | - | - | - | - |
| 72620 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - |
| 72620 338 | Maintenance & Repair Services - Vehicles | - | - | - | - | - |
| 72620 355 | Travel | - | - | - | - | - |
| 72620 399 | Other Contracted Services | - | - | - | - | - |
| 72620 418 | Equipment & Machinery Parts | - | - | - | - | - |
| 72620 425 | Gasoline | - | - | - | - | - |
| 72620 426 | General Construction Materials | - | - | - | - | - |
| 72620 499 | Other Supplies & Materials | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| 72620 511 | Vehicle and Equipment Insurance | - | - | - | - | - |
| 72620 524 | In-Service/Staff Development | - | - | - | - | - |
| 72620 599 | Other Charges | - | - | - | - | - |
| 72620 701 | Administration Equipment | - | - | - | - | - |
| 72620 717 | Maintenance Equipment | - | - | - | - | - |
| 72620 | TOTAL MAINTENANCE OF PLANT | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 |





KCBOE09845

CHARTER SCHOOL FIVE YEAR PLANNING BUDGET



Emerald Academy

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | SUPPORT SERVICES - 72000 | | | | | | 1 |
| 2 | | STUDENT TRANSPORTATION (72700) | | | | | | 2 |
| 3 | | TRANSPORTATION (72710) | | | | | | 3 |
| 4 | 72710 105 | Supervisor/Director | - | - | - | - | - | 4 |
| 5 | 72710 142 | Mechanic(s) | - | - | - | - | - | 5 |
| 6 | 72710 146 | Bus Drivers | - | - | - | - | - | 6 |
| 7 | 72710 162 | Clerical Personnel | - | - | - | - | - | 7 |
| 8 | 72710 189 | Other Salaries & Wages | - | - | - | - | - | 8 |
| 9 | 72710 196 | In-Service Training | - | - | - | - | - | 9 |
| 10 | 72710 201 | Social Security | - | - | - | - | - | 10 |
| 11 | 72710 204 | State Retirement | - | - | - | - | - | 11 |
| 12 | 72710 206 | Life Insurance | - | - | - | - | - | 12 |
| 13 | 72710 207 | Medical Insurance | - | - | - | - | - | 13 |
| 14 | 72710 208 | Dental Insurance | - | - | - | - | - | 14 |
| 15 | 72710 210 | Unemployment Compensation | - | - | - | - | - | 15 |
| 16 | 72710 212 | Employer Medicare | - | - | - | - | - | 16 |
| 17 | 72710 299 | Other Fringe Benefits | - | - | - | - | - | 17 |
| 18 | 72710 307 | Communication | - | - | - | - | - | 18 |
| 19 | 72710 311 | Contracts with Other School Systems | - | - | - | - | - | 19 |
| 20 | 72710 312 | Contracts with Private Agencies | - | - | - | - | - | 20 |
| 21 | 72710 313 | Contracts with Parents | - | - | - | - | - | 21 |
| 22 | 72710 314 | Contracts with Public Carriers | 60,000 | 60,000 | 90,000 | 120,000 | 150,000 | 22 |
| 23 | 72710 315 | Contracts with Vehicle Owners | - | - | - | - | - | 23 |
| 24 | 72710 329 | Laundry Service | - | - | - | - | - | 24 |
| 25 | 72710 338 | Maintenance & Repair Service-Vehicles | - | - | - | - | - | 25 |
| 26 | 72710 340 | Medical and Dental Services | - | - | - | - | - | 26 |
| 27 | 72710 351 | Rentals | - | - | - | - | - | 27 |
| 28 | 72710 355 | Travel | - | - | - | - | - | 28 |
| 29 | 72710 399 | Other Contracted Services | - | - | - | - | - | 29 |
| 30 | 72710 412 | Diesel Fuel | - | - | - | - | - | 30 |
| 31 | 72710 418 | Equipment & Machinery Parts | - | - | - | - | - | 31 |
| 32 | 72710 424 | Garage Supplies | - | - | - | - | - | 32 |
| 33 | 72710 425 | Gasoline | - | - | - | - | - | 33 |
| 34 | 72710 433 | Lubricants | - | - | - | - | - | 34 |
| 35 | 72710 450 | Tires & Tubes | - | - | - | - | - | 35 |
| 36 | 72710 453 | Vehicle Parts | - | - | - | - | - | 36 |
| 37 | 72710 499 | Other Supplies & Materials | - | - | - | - | - | 37 |
| 38 | 72710 511 | Vehicle & Equipment Insurance | - | - | - | - | - | 38 |
| 39 | 72710 524 | In-Service/Staff Development | - | - | - | - | - | 39 |
| 40 | 72710 599 | Other Charges | - | - | - | - | - | 40 |
| 41 | 72710 701 | Administration Equipment | - | - | - | - | - | 41 |
| 42 | 72710 729 | Transportation Equipment | - | - | - | - | - | 42 |
| 43 | 72710 | TOTAL TRANSPORTATION | 60,000 | 60,000 | 90,000 | 120,000 | 150,000 | 43 |

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**

**Emerald Academy**

| ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| | SUPPORT SERVICES - 72000 | | | | | |
| | OTHER SUPPORT SERVICES (72800) | | | | | |
| | CENTRAL AND OTHER (72810) | | | | | |
| 72810 105 | Supervisor/Director | - | - | - | - | - |
| 72810 120 | Computer Programmer(s) | - | - | - | - | - |
| 72810 121 | Data Processing Personnel | - | - | - | - | - |
| 72810 162 | Clerical Personnel | - | - | - | - | - |
| 72810 189 | Other Salaries & Wages | - | - | - | - | - |
| 72810 196 | In-Service Training | - | - | - | - | - |
| 72810 201 | Social Security | - | - | - | - | - |
| 72810 204 | State Retirement | - | - | - | - | - |
| 72810 206 | Life Insurance | - | - | - | - | - |
| 72810 207 | Medical Insurance | - | - | - | - | - |
| 72810 208 | Dental Insurance | - | - | - | - | - |
| 72810 210 | Unemployment Compensation | - | - | - | - | - |
| 72810 212 | Employer Medicare | - | - | - | - | - |
| 72810 299 | Other Fringe Benefits | - | - | - | - | - |
| 72810 308 | Consultants | - | - | - | - | - |
| 72810 317 | Data Processing Services | - | - | - | - | - |
| 72810 330 | Operating Lease Payments | - | - | - | - | - |
| 72810 336 | Maintenance & Repair Service Equipment | - | - | - | - | - |
| 72810 355 | Travel | - | - | - | - | - |
| 72810 399 | Other Contracted Services | - | - | - | - | - |
| 72810 411 | Data Processing Supplies | - | - | - | - | - |
| 72810 435 | Office Supplies | - | - | - | - | - |
| 72810 499 | Other Supplies & Materials | - | - | - | - | - |
| 72810 524 | In Service/Staff Development | - | - | - | - | - |
| 72810 599 | Other Charges | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| 72810 701 | Administration Equipment | - | - | - | - | - |
| 72810 709 | Data Processing Equipment | - | - | - | - | - |
| 72810 790 | Other Equipment | - | - | - | - | - |
| 72810 | TOTAL CENTRAL AND OTHER | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| 72000 | TOTAL SUPPORT SERVICES EXPENDITURES | 779,097 | 927,173 | 1,190,273 | 1,467,470 | 1,553,015 |

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**
**Emerald Academy**



| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | OPERATION OF NON-INSTRUCTIONAL SERV. (73000) | | | | | | 1 |
| 2 | | FOOD SERVICE (73100) | | | | | | 2 |
| 3 | 73100 105 | Supervisor/Director | - | - | - | - | - | 3 |
| 4 | 73100 117 | Career Ladder Program | - | - | - | - | - | 4 |
| 5 | 73100 119 | Accountants/Bookkeepers | - | - | - | - | - | 5 |
| 6 | 73100 162 | Clerical Personnel | - | - | - | - | - | 6 |
| 7 | 73100 165 | Cafeteria Personnel | - | - | - | - | - | 7 |
| 8 | 73100 189 | Other Salaries & Wages | - | - | - | - | - | 8 |
| 9 | 73100 196 | In-Service Training | - | - | - | - | - | 9 |
| 10 | 73100 201 | Social Security | - | - | - | - | - | 10 |
| 11 | 73100 204 | State Retirement | - | - | - | - | - | 11 |
| 12 | 73100 206 | Life Insurance | - | - | - | - | - | 12 |
| 13 | 73100 207 | Medical Insurance | - | - | - | - | - | 13 |
| 14 | 73100 208 | Dental Insurance | - | - | - | - | - | 14 |
| 15 | 73100 210 | Unemployment Compensation | - | - | - | - | - | 15 |
| 16 | 73100 212 | Employer Medicare | - | - | - | - | - | 16 |
| 17 | 73100 299 | Other Fringe Benefits | - | - | - | - | - | 17 |
| 18 | 73100 307 | Communication | - | - | - | - | - | 18 |
| 19 | 73100 329 | Laundry Service | - | - | - | - | - | 19 |
| 20 | 73100 330 | Operating Lease Payments | - | - | - | - | - | 20 |
| 21 | 73100 336 | Maintenance & Repair Service Equipment | - | - | - | - | - | 21 |
| 22 | 73100 342 | Payments to Schools-Breakfast | - | - | - | - | - | 22 |
| 23 | 73100 343 | Payments to Schools-Lunch | - | - | - | - | - | 23 |
| 24 | 73100 344 | Payments to Schools-Other | - | - | - | - | - | 24 |
| 25 | 73100 345 | Payments to Schools-Other USDA | - | - | - | - | - | 25 |
| 26 | 73100 348 | Postal Charges | - | - | - | - | - | 26 |
| 27 | 73100 354 | Transportation - Other Than Students | - | - | - | - | - | 27 |
| 28 | 73100 355 | Travel | - | - | - | - | - | 28 |
| 29 | 73100 399 | Other Contracted Services | - | - | - | - | - | 29 |
| 30 | 73100 421 | Food Preparation Supplies | - | - | - | - | - | 30 |
| 31 | 73100 422 | Food Supplies | - | - | - | - | - | 31 |
| 32 | 73100 435 | Office Supplies | - | - | - | - | - | 32 |
| 33 | 73100 451 | Uniforms | - | - | - | - | - | 33 |
| 34 | 73100 452 | Utilities | - | - | - | - | - | 34 |
| 35 | 73100 499 | Other Supplies & Materials | - | - | - | - | - | 35 |
| 36 | 73100 524 | In Service/Staff Development | - | - | - | - | - | 36 |
| 37 | 73100 599 | Other Charges | - | - | - | - | - | 37 |
| 38 | 73100 710 | Food Service Equipment | - | - | - | - | - | 38 |
| 39 | | | | | | | | 39 |
| 40 | 73100 | TOTAL FOOD SERVICE | - | - | - | - | - | 40 |

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**

**Emerald Academy**



| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | OPERATION OF NON-INSTRUCTIONAL SERV (73000) | | | | | | 1 |
| 2 | | COMMUNITY SERVICES (73300) | | | | | | 2 |
| 3 | | | | | | | | 3 |
| 4 | 73300 105 | Supervisor/Director | - | - | - | - | - | 4 |
| 5 | 73300 116 | Teachers | - | - | - | - | - | 5 |
| 6 | 73300 117 | Career Ladder Program | - | - | - | - | - | 6 |
| 7 | 73300 162 | Clerical Personnel | - | - | - | - | - | 7 |
| 8 | 73300 163 | Educational Assistant(s) | - | - | - | - | - | 8 |
| 9 | 73300 169 | Part time Personnel | - | - | - | - | - | 9 |
| 10 | 73300 189 | Other Salaries & Wages | - | - | - | - | - | 10 |
| 11 | 73300 195 | Certified Substitute Teachers | - | - | - | - | - | 11 |
| 12 | 73300 198 | Non-Certified Substitute Teachers | - | - | - | - | - | 12 |
| 13 | 73300 201 | Social Security | - | - | - | - | - | 13 |
| 14 | 73300 204 | State Retirement | - | - | - | - | - | 14 |
| 15 | 73300 206 | Life Insurance | - | - | - | - | - | 15 |
| 16 | 73300 207 | Medical Insurance | - | - | - | - | - | 16 |
| 17 | 73300 208 | Dental Insurance | - | - | - | - | - | 17 |
| 18 | 73300 210 | Unemployment Compensation | - | - | - | - | - | 18 |
| 19 | 73300 212 | Employer Medicare | - | - | - | - | - | 19 |
| 20 | 73300 299 | Other Fringe Benefits | - | - | - | - | - | 20 |
| 21 | 73300 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 21 |
| 22 | 73300 355 | Travel | - | - | - | - | - | 22 |
| 23 | 73300 369 | Contracts for Substitute Teachers - Certified | - | - | - | - | - | 23 |
| 24 | 73300 370 | Contracts for Substitute Teachers - Non-Certified | - | - | - | - | - | 24 |
| 25 | 73300 399 | Other Contracted Services | - | - | - | - | - | 25 |
| 26 | 73300 422 | Food Supplies | - | - | - | - | - | 26 |
| 27 | 73300 429 | Instructional Supplies & Materials | - | - | - | - | - | 27 |
| 28 | 73300 499 | Other Supplies & Materials | - | - | - | - | - | 28 |
| 29 | 73300 509 | Refunds | - | - | - | - | - | 29 |
| 30 | 73300 524 | In Service/Staff Development | - | - | - | - | - | 30 |
| 31 | 73300 599 | Other Charges | - | - | - | - | - | 31 |
| 32 | 73300 790 | Other Equipment | - | - | - | - | - | 32 |
| 33 | | | | | | | | 33 |
| 34 | 73300 | TOTAL COMMUNITY SERVICES | - | - | - | - | - | 34 |
| 35 | | | | | | | | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**

**Emerald Academy**

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | OPERATION OF NON-INSTRUCTIONAL SERV (73000) | | | | | | 1 |
| 2 | | EARLY CHILDHOOD EDUCATION (73400) | | | | | | 2 |
| 3 | | | | | | | | 3 |
| 4 | 73400 105 | Supervisor/Director | - | - | - | - | - | 4 |
| 5 | 73400 116 | Teachers | - | - | - | - | - | 5 |
| 6 | 73400 117 | Career Ladder Program | - | - | - | - | - | 6 |
| 7 | 73400 162 | Clerical Personnel | - | - | - | - | - | 7 |
| 8 | 73400 163 | Educational Assistant(s) | - | - | - | - | - | 8 |
| 9 | 73400 189 | Other Salaries & Wages | - | - | - | - | - | 9 |
| 10 | 73400 195 | Certified Substitute Teachers | - | - | - | - | - | 10 |
| 11 | 73400 198 | Non-Certified Substitute Teachers | - | - | - | - | - | 11 |
| 12 | 73400 201 | Social Security | - | - | - | - | - | 12 |
| 13 | 73400 204 | State Retirement | - | - | - | - | - | 13 |
| 14 | 73400 206 | Life Insurance | - | - | - | - | - | 14 |
| 15 | 73400 207 | Medical Insurance | - | - | - | - | - | 15 |
| 16 | 73400 208 | Dental Insurance | - | - | - | - | - | 16 |
| 17 | 73400 210 | Unemployment Compensation | - | - | - | - | - | 17 |
| 18 | 73400 212 | Employer Medicare | - | - | - | - | - | 18 |
| 19 | 73400 299 | Other Fringe Benefits | - | - | - | - | - | 19 |
| 20 | 73400 310 | Contracts W/Other Public Agencies | - | - | - | - | - | 20 |
| 21 | 73400 311 | Contracts W/Other School Systems | - | - | - | - | - | 21 |
| 22 | 73400 312 | Contracts W/Private Agencies | - | - | - | - | - | 22 |
| 23 | 73400 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 23 |
| 24 | 73400 355 | Travel | - | - | - | - | - | 24 |
| 25 | 73400 369 | Contracts for Substitute Teachers - Certified | - | - | - | - | - | 25 |
| 26 | 73400 370 | Contracts for Substitute Teachers - Non-Certified | - | - | - | - | - | 26 |
| 27 | 73400 399 | Other Contracted Services | - | - | - | - | - | 27 |
| 28 | 73400 422 | Food Supplies | - | - | - | - | - | 28 |
| 29 | 73400 429 | Instructional Supplies & Materials | - | - | - | - | - | 29 |
| 30 | 73400 499 | Other Supplies & Materials | - | - | - | - | - | 30 |
| 31 | 73400 509 | Refunds | - | - | - | - | - | 31 |
| 32 | 73400 524 | In Service/Staff Development | - | - | - | - | - | 32 |
| 33 | 73400 599 | Other Charges | - | - | - | - | - | 33 |
| 34 | 73400 790 | Other Equipment | - | - | - | - | - | 34 |
| 35 | | | | | | | | 35 |
| 36 | 73400 | TOTAL EARLY CHILDHOOD EDUCATION | - | - | - | - | - | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

App.0736



**Emerald Academy**

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | CAPITAL OUTLAY (76000) | | | | | | 1 |
| 2 | | REGULAR CAPITAL OUTLAY (76100) | | | | | | 2 |
| 3 | | | | | | | | 3 |
| 4 | 76100 189 | Other Salaries and Wages | - | - | - | - | - | 4 |
| 5 | 76100 201 | Social Security | - | - | - | - | - | 5 |
| 6 | 76100 204 | State Retirement | - | - | - | - | - | 6 |
| 7 | 76100 206 | Life Insurance | - | - | - | - | - | 7 |
| 8 | 76100 207 | Medical Insurance | - | - | - | - | - | 8 |
| 9 | 76100 208 | Dental Insurance | - | - | - | - | - | 9 |
| 10 | 76100 210 | Unemployment Compensation | - | - | - | - | - | 10 |
| 11 | 76100 212 | Employer Medicare | - | - | - | - | - | 11 |
| 12 | 76100 299 | Other Fringe Benefits | - | - | - | - | - | 12 |
| 13 | 76100 304 | Architects | - | - | - | - | - | 13 |
| 14 | 76100 308 | Consultants | - | - | - | - | - | 14 |
| 15 | 76100 321 | Engineering Services | - | - | - | - | - | 15 |
| 16 | 76100 331 | Legal Services | - | - | - | - | - | 16 |
| 17 | 76100 399 | Other Contracted Services | - | - | - | - | - | 17 |
| 18 | 76100 706 | Building Construction | - | - | - | - | - | 18 |
| 19 | 76100 707 | Building Improvements | - | - | - | - | - | 19 |
| 20 | 76100 715 | Land | - | - | - | - | - | 20 |
| 21 | 76100 724 | Site Development | - | - | - | - | - | 21 |
| 22 | 76100 799 | Other Capital Outlay | - | - | - | - | - | 22 |
| 23 | | | | | | | | 23 |
| 24 | 76100 | TOTAL REGULAR CAPITAL OUTLAY | - | - | - | - | - | 24 |
| 25 | | | | | | | | 25 |
| 26 | | DEBT SERVICE (80000) | | | | | | 26 |
| 27 | | EDUCATION DEBT SERVICE (80000) | | | | | | 27 |
| 28 | | PRINCIPAL (82130) | | | | | | 28 |
| 29 | 82130 601 | Principal on Bonds | - | - | - | - | - | 29 |
| 30 | 82130 602 | Principal on Notes | - | - | - | - | - | 30 |
| 31 | 82130 610 | Principal on Capitalized Leases | - | - | - | - | - | 31 |
| 32 | 82130 612 | Principal on Other Loans Payable | - | - | - | - | - | 32 |
| 33 | 82130 620 | Principal on Debt Service Contribution to Primary Government | - | - | - | - | - | 33 |
| 34 | | INTEREST (82230) | | | | - | - | 34 |
| 35 | 82230 603 | Interest on Bonds | - | - | - | - | - | 35 |
| 36 | 82230 604 | Interest on Notes | - | - | - | - | - | 36 |
| 37 | 82330 611 | Interest on Capitalized Leases | - | - | - | - | - | 37 |
| 38 | 82330 613 | Interest on Other Loans Payable | - | - | - | - | - | 38 |
| 39 | 82130 620 | Interest on Debt Service Contribution to Primary Government | - | - | - | - | - | 39 |
| 40 | | OTHER DEBT SERVICE (82330) | | | | | | 40 |
| 41 | 82330 699 | Other Debt Service | - | - | - | - | - | 41 |
| 42 | | | | | | | | 42 |
| 43 | 80000 | TOTAL EDUCATION DEBT SERVICE | - | - | - | - | - | 43 |

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET** Page 32


KCBOE09851

**Emerald Academy**

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | CAPITAL PROJECTS (90000) | | | | | | 1 |
| 2 | | EDUCATION CAPITAL PROJECTS (91300) | | | | | | 2 |
| 3 | | | | | | | | 3 |
| 4 | 91300 189 | Other Salaries & Wages | - | - | - | - | - | 4 |
| 5 | 91300 201 | Social Security | - | - | - | - | - | 5 |
| 6 | 91300 204 | State Retirement | - | - | - | - | - | 6 |
| 7 | 91300 206 | Life Insurance | - | - | - | - | - | 7 |
| 8 | 91300 207 | Medical Insurance | - | - | - | - | - | 8 |
| 9 | 91300 208 | Dental Insurance | - | - | - | - | - | 9 |
| 10 | 91300 210 | Unemployment Compensation | - | - | - | - | - | 10 |
| 11 | 91300 212 | Employer Medicare | - | - | - | - | - | 11 |
| 12 | 91300 304 | Architects | - | - | - | - | - | 12 |
| 13 | 91300 308 | Consultants | - | - | - | - | - | 13 |
| 14 | 91300 321 | Engineering Services | - | - | - | - | - | 14 |
| 15 | 91300 325 | Fiscal Agent Charges | - | - | - | - | - | 15 |
| 16 | 91300 331 | Legal Services | - | - | - | - | - | 16 |
| 17 | 91300 399 | Other Contracted Services | - | - | - | - | - | 17 |
| 18 | 91300 701 | Administration Equipment | - | - | - | - | - | 18 |
| 19 | 91300 704 | Attendance Equipment | - | - | - | - | - | 19 |
| 20 | 91300 706 | Building Construction | - | - | - | - | - | 20 |
| 21 | 91300 707 | Building Improvements | - | - | - | - | - | 21 |
| 22 | 91300 709 | Data Processing Equipment | - | - | - | - | - | 22 |
| 23 | 91300 710 | Food Service Equipment | - | - | - | - | - | 23 |
| 24 | 91300 711 | Furniture & Fixtures | - | - | - | - | - | 24 |
| 25 | 91300 715 | Land | - | - | - | - | - | 25 |
| 26 | 91300 717 | Maintenance Equipment | - | - | - | - | - | 26 |
| 27 | 91300 720 | Plant Operation Equipment | - | - | - | - | - | 27 |
| 28 | 91300 722 | Regular Instruction Equipment | - | - | - | - | - | 28 |
| 29 | 91300 724 | Site Development | - | - | - | - | - | 29 |
| 30 | 91300 725 | Special Education Equipment | - | - | - | - | - | 30 |
| 31 | 91300 730 | Vocational Instr Equipment | - | - | - | - | - | 31 |
| 32 | 91300 735 | Health Equipment | - | - | - | - | - | 32 |
| 33 | 91300 790 | Other Equipment | - | - | - | - | - | 33 |
| 34 | 91300 799 | Other Capital Outlay | - | - | - | - | - | 34 |
| 35 | | | | | | | | 35 |
| 36 | 91300 | TOTAL EDUCATION CAPITAL PROJECTS | - | - | - | - | - | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

| ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| | OTHER USES (99000) | | | | | |
| | TRANSFERS (99100) | | | | | |
| 99100 590 | Transfers Out (complete schedule below) | - | - | - | - | - |
| 99000 | TOTAL OTHER USES | - | - | - | - | - |
| 730000 | **GRAND TOTAL EXPENDITURES (APPROPRIATIONS)** | 1,529,221 | 2,210,814 | 3,126,879 | 4,018,693 | 4,357,311 |

**SCHEDULE OF TRANSFERS**

| FUND # | PURPOSE | FROM FUND | TO FUND | AMOUNT |
|---|---|---|---|---|
| | Total food costs under lunch program (Title I reimbursements for Federal Lunch Program included in the revenue section) | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |

## Attachment 10: Budget Narrative

Describe the systems and processes by which the organization and school will manage accounting, purchasing, payroll and audits. Include any draft policies on financial controls, etc. Specify any administrative services you expect to outsource to an independent contractor and describe the criteria for the selection of such contractors.

Emerald Charter Schools will implement strong financial policies and procedures to ensure financial soundness and legal compliance for our school. The Board of Directors will provide financial oversight and monitoring while the principal will be responsible for managing the day-to-day financial activities of the organization. As described in the *Operations Capacity* section of the application, Emerald Charter Schools will outsource back office activities through a contract with the Emerald Youth Foundation (EYF) Service Bureau. The EYF Service Bureau will provide accounting, financial management, procurement, payroll, and audit support to the Emerald Charter Schools' principal and Board of Directors.

The Emerald Charter Schools Board of Directors is currently in the process of drafting financial policies and procedures related to internal controls and fiscal management. The Board will work closely with the EYF Service Bureau in preparing these policies and will have them in place upon approval of the charter school.

Emerald Charter Schools selected the EYF Service Bureau based on the collective experience of the Service Bureau team members and their track record of success in managing the finances for Emerald Youth Foundation. EYF has a long history and outstanding reputation for its sound financial and administrative operations.

- Describe how the school will provide an independent annual audit of organizational and school level financial and administrative operations.

Upon charter approval, the Emerald Charter Schools Finance and Audit Committee of the Board of Directors will prepare an RFP to solicit bids from local auditors. The Finance and Audit Committee will interview and select an auditor who has prior experience with nonprofit organizations and, preferably, with charter schools. The Finance and Audit Committee will hire the school's auditor to conduct an annual audit of the school's financial statements, internal controls, and compliance with charter law and contract provisions. The auditor will also prepare the school's tax returns. The auditor will report to the Finance and Audit Committee, as well as to the full Board of Directors, and will provide them with any guidance and training necessary to fulfill their responsibility in the review and approval of the school's annual audit.

- Describe your team's individual and collective qualifications for implementing the financial plan successfully.

**Oversight**

The Board of Directors and the Finance and Audit Committee will oversee all aspects of the school's financial management and will ensure that the financial plan is implemented successfully. As described in the *Governance* section of the proposal, the Board of Directors includes several individuals with the necessary skills and experience to carefully analyze the school's financial position and monitor the school's financial activities, including Renda Burkhart and Alvin Nance:

- Renda Burkhart, the Board Treasurer, founded Burkhart & Company, P.C. in 1982 and serves as Firm president. Burkhart & Company, P.C. is a Certified Public Accounting firm offering financial advisory, tax consulting and compliance, and accounting services to a select clientele, including entrepreneurial organizations and their owners, professional groups, wealthy individuals, and executive groups. Renda holds a BS in Accounting from the

University of Tennessee and is a Certified Public Accountant. She has extensive experience serving on Boards of Directors and currently serves as the Vice Chairman of the Board of Directors and Chairman of the Finance Committee for University Health Systems, Inc., among others.

- Alvin Nance, Board Member, is the President and CEO, Knoxville's Community Development Corporation (KCDC). Prior to joining the housing authority, he worked in the banking industry for 20 years and served on the KCDC Board of Commissioners for eight years. During his banking career, he performed in various capacities – branch manager, commercial lender, mortgage lender, credit analyst, and CRA officer. Alvin years of experience in utilizing and obtaining various financial resources to assist housing development within low- and moderate-income census tracts in Tennessee. This includes experience in mix-financed development using low-income housing tax credits, Federal Home Loan Bank Affordable Housing Program loans/grants, CDBG funds, and private bank-qualified debt.

In addition, several other Board members have significant business leadership and financial management experience in both non-profit and for-profit corporations. For additional information regarding board member skills and experience, their résumés can be found in *Attachment 3*.

**Management**

The Emerald Academy principal will have the skills and experience necessary to manage the school's finances and will report to the Finance and Audit Committee and Board of Directors. As described in the Operations Capacity section of the proposal, the principal will receive support from the EYF Service Bureau. The EYF Service Bureau will work closely with the Emerald Academy principal to ensure that the school's accounting, fiscal management, compliance, and back office needs are being met. In addition, the EYF Service Bureau will support the Emerald Academy Office Manager who will be responsible for all compliance-related matters. The chief financial and administrative officer will meet weekly with the principal to review the school's financial position and support him/her in all budgeting and financial decision making. In addition, the chief financial and administrative officer will prepare and deliver reports to the Finance and Audit Committee of the Board and the Board of Directors.

The EYF Service Bureau is highly qualified to provide this support to the principal and Board of Directors. It includes the following individuals:

- **Chief Financial and Administrative Officer, Scot Braun**, currently serves as the EYF Chief Financial Officer on a contract basis. Scot has more than 25 years of experience in corporate finance, mergers and acquisitions, recapitalizations, capital raises and restructurings, risk management, operational streamlining, strategic planning, regulatory and corporate governance, and management consulting for both for-profit and not-for-profit organizations. Scot also serves as a governor-appointed member of the State of Tennessee's Building Finance Committee. Scot holds an Executive MBA from Duke University's Fuqua School of Business and a Bachelor's degree in Accounting from Marshall University. He is also a licensed Certified Public Accountant.
- **Director of Operations, David Wells**, has served as the Senior Director of Development and Administration for EYF for the past three years. Prior to joining EYF, David served as the General Manager for a group of four Knoxville radio stations. David has extensive operations experience and background in managing governmental compliance and associated reporting. In addition, he has demonstrated strong management skills in the areas of human resources, facilities and contracting, and IT. David is a graduate of the University of Tennessee.

- **Director of Finance, Margaret Fuson,** has 32 years of accounting experience for both for-profit and not-for-profit organizations. Margaret currently serves as the Director of Finance for EYF, where she manages all accounting and bookkeeping functions. In addition, she oversees grant and government reporting, serves as the point person for all financial audits, and prepares financial reports for management and the Board of Trustees. Margaret graduated summa cum laude from Cumberland College with a degree in Business Administration and a concentration in Accounting.

- Discuss the school's contingency plans to meet financial needs if anticipated revenues are not received or are lower than expected.

Emerald Charter Schools will manage the school finances in a fiscally responsible manner and will ensure that the school remains in a sound financial position at all times. To this end, if anticipated revenues are not received or are lower than expected, the Board and management of Emerald Charter Schools will act immediately to realign the budget and reduce expenditures as necessary. There are several planned expenses that could be reduced without compromising the core components of the educational program. These include:

- **Renegotiating the EYF Service Bureau contract.** The current budget includes an annual fee for the EYF Service Bureau that is consistent with industry standards for back office support. However, EYF has indicated that it would be willing to provide these services at a discounted rate on an in-kind basis should anticipated revenue be lower than expected.
- **Reducing annual salary increases.** The current budget anticipates salaries increasing at a rate of 2% per year. If revenues remain flat or decrease from one year to the next, we would eliminate salary increases in those years.
- **Reducing planned expenditures on technology.** The current budget anticipates purchasing desktop computers for student use. If we purchased Chrome Books instead, this would cut the annual expense in half.
- **Delaying the hiring of and/or reduce personnel.** There are several positions that are very important to the school's success but are not essential. In the event that it became necessary to reduce staff and/or delay their hiring in order to offset a loss of revenue, we would do so, but only as a last resort. We would consider reducing or delaying the following positions: the clerk/receptionist, the lunch/recess monitors, the manager of family and community engagement, the instructional coach, and/or the interventionist(s).

- Discuss how one or more high needs student with disabilities might affect the budget and your plan to meet student needs that might be more than anticipated.

Emerald Academy will meet the needs of all students with disabilities according to the requirements of their IEPs. Should one or more high needs students enroll in Emerald Academy, we will first determine if we can meet their needs with the staff that we have already hired. If the students require support beyond what our existing staff can provide, we will hire the necessary staff to ensure that we meet their needs. In this situation, we would explore offsetting the additional expense by reducing other expenses following the same courses of action described above.

- If there is a plan to outsource any or all financial areas such as payroll, benefits, audits, etc., include a statement on how you will choose the vendors and how you will oversee their activities to ensure fidelity and compliance.

As stated above, Emerald Charter Schools will hire the EYF Service Bureau to provide accounting, financial management, procurement, payroll, and audit support. We have selected the EYF Service Bureau for the collective and individual experience of its staff, as well as its

demonstrated success in managing the Emerald Youth Foundation finances. The school principal, Finance and Audit Committee, and Board of Directors will oversee the EYF Service Bureau to ensure fidelity and compliance. The EYF Service Bureau chief financial and administrative officer will meet weekly with the principal to review the school's financial position and support him/her in all budgeting and financial decision making. In addition, the chief financial and administrative officer will prepare and deliver reports to the Finance and Audit Committee of the Board and the Board of Directors. The school principal and Finance and Audit Committee will review the following reports on a monthly basis:

- Balance sheet
- Income statement
- Statement of cash flow
- Budget variance report
- Year-end projections

A Knoxville Company since 1963

**Shafer** InsuranceAgency

Be safer with Shafer®

1100 Marion Street, Suite 100

Knoxville, TN 37921

office 865.546.0761

office fax 865.637.2247

ShaferInsurance.com

March 26, 2014

Dr. James P. McIntyre
Superintendent, Knox County Schools
P.O. Box 2188
Knoxville, TN 37901

Dear Dr. McIntyre:

I am writing to confirm that Shafer Insurance Agency, 1100 Marion Street, Knoxville, TN is prepared to appropriately insure Emerald Academy as a public charter school. It is my understanding Emerald Academy will need to meet the following insurance requirement.

We will provide insurance limits for amounts required by Knox County Schools for: workers compensation, employer liability, insurance for the facility and its contents, general liability including sexual abuse coverage, professional liability for the teachers and directors and officers liability as well along with any other coverage necessary.

Shafer Insurance Agency has been in business since 1963 and has experience providing coverage for schools and other non profit entities in the area.

It will be a privilege for Shafer Insurance Agency to be the insurance provider for such an important mission in our city. Please give full consideration of approving Emerald Academy.

Sincerely,

Andy Shafer

Bo Shafer
Andy Shafer
Roger Gum
Alma Baker
David Humphreys
Bill Rowland
Jason Tallent
Russ Townsend
Bill Wiesehuegel
Lisa Helton
Leslie Frazier
Justin Baxter

Independent Insurance Agent
Insurors of Tennessee

A Subsidiary of Nobody®

## Attachment 12: Waivers

Public charter schools may apply to either the local board of education or the Commissioner of Education for waivers from certain state requirements or rules that inhibit the schools' proposed mission. Charter applicants should include a list of waivers in the application on the chart below. Rows may be added as necessary.

Emerald Academy requests waivers from the following state statutes and state board rules:

| State Statute | Description of Statute | Proposed Replacement Policy or Practice | How will waiver of this statute help scholar achievement? |
|---|---|---|---|
| 49-3-306(a) | Licensed Personnel Salaries | Emerald Academy will create its own compensation structure using salary bands as described in the Personnel/ Human Capital section of the proposal. | We anticipate that we will need flexibility with our compensation structure in order to hire and retain the highest caliber staff. |
| 8-23-206(a) | Longevity Pay | Emerald Academy will create its own compensation structure using salary bands as described in the Personnel/ Human Capital section of the proposal. | We anticipate that we will need flexibility with our compensation structure in order to hire and retain the highest caliber staff. |
| 49-6-2206 | Use of Unapproved Textbooks | Emerald Academy may use both state-approved textbooks and unapproved textbooks | Emerald Academy may use both state-approved textbooks and unapproved textbooks |
| 49-5-408 | Contracts | Emerald Academy will employ all teachers and staff on an at-will basis. | The key to our success is being able to select, hire, and retain high performing staff members who are committed to our mission and vision. As such, we require the flexibility to employ staff on an at-will basis. |
| 49-5-409 | Termination of Contracts | Emerald Academy will employ all teachers and staff on an at-will basis. | The key to our success is being able to select, hire, and retain high performing staff members who are committed to our mission and vision. Should staff members fail to meet our high standards, we require the flexibility to terminate their employment on an at-will basis. |
| 49-5-510-513 | Tenure | Emerald Academy will employ all teachers and staff on an at-will basis | The key to our success is being able to select, hire, and retain high-performing staff members who are committed to our mission and vision. As such, we require the flexibility to employ staff on an at-will basis. |


KCBOE09859

| State Statute | Description of Statute | Proposed Replacement Policy or Practice | How will waiver of this statute help scholar achievement? |
|---|---|---|---|
| 49-5-701-713 | Leave | Emerald Academy will create its own personnel policies, including leave policies. | We believe that scholar success is dependent upon the consistent presence of teaching staff. Therefore, in order to best meet the needs of our scholars, we require flexibility with our leave policy. |
| 49-5-806-810 | Sick Leave Bank | Emerald Academy will create its own personnel policies, including leave policies. | We believe that scholar success is dependent upon the consistent presence of teaching staff. Therefore, in order to best meet the needs of our scholars, we require flexibility with our leave policy. |
| 0520-1-2-.02 | Salary Schedules | Emerald Academy will create its own compensation structure, using salary bands as described in the Personnel/Human Capital section of the application. | We anticipate that we will need flexibility with our compensation structure in order to hire and retain the highest caliber staff. |
| 0520-01-03-.03 (3) | Class Size | Emerald Academy will have school class sizes of 30 scholars in grades K-4, with two certified teachers per classroom. | In order to maintain low scholar-to-teacher ratios, we will have a class size of 30 scholars in grades K-4 with two certified teachers per classroom. We have based this design on the Highly successful Breakthrough Schools Prep School's model. |
| 0520-01-03-.07 (2) | Library Information Center Personnel | Emerald Academy does not intend to hire library information center personnel. | Emerald Academy intends to use classroom libraries as opposed to a school-wide library. As such, we do not need to hire library center personnel. |
| 0520-01-03-.07 (3) | Library Information Center Collections | Emerald Academy does not intend to have a library information center and, therefore, will not have the required library collections. | Emerald Academy will develop classroom libraries to meet the needs of scholars and align with CCSS. We do not intend to build a school-wide library. |
| 520-1-2-.04 | Leave for Teachers | Emerald Academy will create its own personnel policies, including leave policies. | We believe that scholar success is dependent upon the consistent presence of teaching staff. Therefore, in order to best meet the needs of our scholars, we require flexibility with our leave policy. |

## Attachment 13: Community Partnerships

As described in the *Community Involvement and Parent Engagement* section of the proposal, Emerald Academy is in the process of developing partnerships with a number of prominent Knoxville organizations. As the partnerships have not yet been fully formalized, we do not have the requested documentation for this attachment. However, many of the organizations listed in the *Community Involvement and Parent Engagement* have provided letters of support which can be found in Attachment 14.

JOHN J. DUNCAN, JR.
2ND DISTRICT, TENNESSEE

2207 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-4202
PHONE: (202) 225-5435
FAX: (202) 225-6440

800 MARKET STREET, SUITE 110
KNOXVILLE, TN 37902
PHONE: (865) 523-3772
FAX: (865) 544-0728

331 COURT STREET
MARYVILLE, TN 37804
PHONE: (865) 984-5464
FAX: (865) 984-0521

# Congress of the United States
## House of Representatives
## Washington, DC 20515-4202

COMMITTEES:
TRANSPORTATION AND INFRASTRUCTURE
VICE CHAIRMAN
SUBCOMMITTEES:
HIGHWAYS AND TRANSIT
RAILROADS, PIPELINES, AND HAZARDOUS MATERIALS
AVIATION

OVERSIGHT AND GOVERNMENT REFORM
SUBCOMMITTEES:
ECONOMIC GROWTH, JOB CREATION, AND REGULATORY AFFAIRS
NATIONAL SECURITY, HOMELAND DEFENSE, AND FOREIGN OPERATIONS

March 20, 2014

Dr. James McIntyre, Jr.
Superintendent
Knox County Schools
PO Box 2188
Knoxville, Tennessee 37901

Dear Dr. McIntyre:

As part of my responsibilities, I am often called upon by organizations to endorse their proposals for various types of assistance. While I do not hesitate to support groups that help to enhance the quality of living in our area, it is rare that I have the opportunity to give my unrestricted affirmation to one group's efforts.

It is my understanding that the Emerald Youth Foundation is submitting a proposal to the school system to open a public charter school. The Foundation believes that there is a marked gap for our inner-city students and that such a school will allow these children academic success which will in turn serve our community as a whole.

I have the greatest respect for this Foundation having watched it grow over the years while serving inner-city children, teens and adults in Knoxville. Thus far, they have succeeded in their efforts by cultivating strong community relationships which I feel has been the core of its existence. I am mindful of their accomplishments and believe that the basis for this program is well grounded with the goal that every child can learn and excel with the proper instruction.

It is with great pleasure that I lend my full support and endorsement for this proposal and I look forward to the continued growth and increased academic excellence for all of our children. As always, should I, or a member of my staff, be of any assistance, please do not hesitate to let me know.

I thank you for your courtesy, time and attention to this matter.

With kindest regards, I am

Yours truly,

JOHN J. DUNCAN, JR.
Member of Congress

JJD:js
Reply to: 800 Market St., Suite 110, Knoxville, TN 37902

FRIENDS OF
**BREAKTHROUGH**
CITIZENS PREP INTERGENERATIONAL SCHOOLS

**John Zitzner**
*President*

**Board of Directors**
**Michael Merriman**
*Chair*
**Terry Nauck**
*Vice Chair, Past Chair*
**William Koehler**
*Vice Chair*
**Karen Davies**
*Secretary*
**Tom Rudibaugh**
*Treasurer*
Kristen Baird Adams
Suresh Bafna
Jeff Berlin
Scott Berlin
Anne Bingham
Don Bullock
Denise Carkhuff
Jeffrey Cristal
Robert Gillespie
Emmanuel Glover
Jeff Gotschall
Thomas Haught
Mary Holmes
Ira Kaplan
Andrew Kline
Kevin Kuhn
John LeMay
David Lowman
Jane Outcalt
Richard Pace
Peter Rome
Peter Roth
Dan Sheets
John Sinnenberg
Chris Spurio
Ron Stepanovic
William Vogelgesang
Cary Zimmerman

**Advisory Board**
Jeanette Grasselli Brown
David Gunning
Walter Kalberer
John Sherwin, Jr.

March 26, 2014

Dr. James McIntyre, Jr.
Superintendent
Knox County Schools
912 S. Gay Street
Knoxville, TN 37902

Dear Dr. McIntyre:

I am writing to express my enthusiastic support for the proposed Emerald Academy charter school. We have been working closely with Steve Diggs and his team over the last five months as they have developed their school design and drafted their charter school application. Emerald Academy has modeled itself after Breakthrough's Village Prep and E Prep schools with our full support and backing. We are excited that our school model is being used to develop what we hope will be the first charter school in Knoxville and are confident that Steve Diggs and his team will implement the model with fidelity.

Breakthrough Schools' Prep Schools are among the highest performing charter schools in Ohio, with 1,240 scholars among the four Prep Schools in the Breakthrough network. These scholars have consistently outperformed Cleveland district schools and are on par with, or even exceeding, state averages. For the 2012-2013 school year, the average score for Breakthrough's Prep Schools on the Ohio Achievement Assessments was 29 points higher than the Cleveland average and nearly 4 points higher than the state average in Ohio. That means these scholars, of which 84% are economically disadvantaged and 96% minority, have outperformed the state average in every subject.

We are committed to continuing to support Emerald Academy through the launch and operation of the school. It is our intention to provide ongoing technical assistance to the board and school leadership, as well as opportunities for the school principal to shadow one of our school leaders. We stand by ready to answer questions and coach the founding team as they launch.

Steve Diggs has an outstanding reputation as a non-profit entrepreneur who has developed one of Knoxville's leading youth development organizations. His "do whatever it takes" approach and outcome-driven philosophy will serve him and his team well as they prepare to launch this new venture. Steve assembled a strong design team and an impressive governing board who collectively will ensure that Emerald Academy is successful in reaching it mission and vision. I urge you to strongly consider this application for approval.

Sincerely,

John Zitzner
President, Friends of Breakthrough Schools

3615 Superior Avenue, Suite 3103A • Cleveland, OH 44114
phone 216.539.9349 • BreakthroughSchools.org/Friends

March 26, 2014

Home Federal Bank

DALE A. KEASLING
Chairman, President and
Chief Executive Officer

Dr. James P. McIntyre, Jr.
Superintendent
Knox County Schools
P. O. Box 2188
Knoxville, TN 37901-2188

Dear Jim:

This letter will serve as my recommendation for approval of the Emerald Academy application for a charter school in the inner-city. I believe the school will be a natural extension of the excellent work of Emerald Youth Foundation in enriching the lives of students. As you know, the students served by Emerald Youth face many challenges and need a rigorous, personalized education program in order to prepare for success in high school.

Emerald Youth Foundation has an outstanding record of success in preparing at-risk youth for success in school and in life. Emerald Youth has a longstanding commitment to inner-city youth; and I believe that commitment will bring increasing success to these young people in the proposed academic environment.

I believe the Emerald Academy will play an important role in our community and I recommend approval of their application.

Sincerely,

Dale

Dale A. Keasling
Chairman, President and CEO



515 Market Street
Knoxville, Tennessee 37902-2108
Phone (865) 546-0330

EAST TENNESSEE ETTAC TECHNOLOGY ACCESS CENTER
*Transforming Disabilities Into Possibilities*

**116 Childress Street – Knoxville, TN 37920**
**(865) 219-0130 FAX (865) 219-0137**
www.ettac.org – ettacmain@gmail.com

March 13, 2014

Mr. Steve Diggs, Executive Director
Emerald Youth Foundation
1718 N. Central Street
Knoxville, TN 37917

Dear Mr. Diggs,

Thank you and the others who are working with you to establish Emerald Academy for sharing information about what you are hoping to establish in Knoxville. Your four guiding principles are commendable. As we shared with you, our focus is providing students with disabilities with the accommodations and curricular modifications necessary for them to reach their potential. A basis of differentiated instruction came from the 1975 federal legislation that established the rights of students with disabilities to an equal education, and for the first time mandated that programs be adjusted to meet the needs of children (rather than vice versa).

I'm sure you also know that the Knox County School system has approximately 7,000 students with disabilities currently enrolled, and for several reasons inner-city children are more likely to be classified as special education students or at the very least have special needs. For too long, these children have received unequal education services and opportunities.

We can support the Emerald Academy in several ways including workshops on various topics related to teaching students with disabilities, curricular modifications, and assessment of student's individual needs. Students may also participate in our existing literacy program that provides accessible one-on-one instruction in all areas of reading and writing. A list of software programs available through the Reading Lab is attached to this letter. Our staff are highly qualified, all with at least a master's degree in education or related field, with years of experience teaching all grades, including college level classes.

We also ask that you carefully consider the software and other programs that you choose for accessibility, particularly for students who are deaf, blind, have low vision, or have physical disabilities that affect use of a standard computer, mouse, or even a touch screen. These may be very capable students who can go on to college, have a career, and live independently. Many of the existing online curriculum, remediation and assessment programs are NOT accessible. By default, students who need access are being left out. And we learned in 1954 that separate is not inherently equal. A software program with extensive video, for example, is no help to a student with hearing loss unless it is also captioned.

To the extent that your program, facility, and services are accessible and inclusive, we will support your efforts to the greatest extent possible. At such time as is appropriate, we can discuss contractual agreements if and when services are needed or required. In the meantime, we hope that the Emerald Academy will be the first fully inclusive and accessible charter school in Tennessee. You will set a standard and reach your goal of preparing students to "become self-sufficient, reflective, and resilient leaders in their communities."

Respectfully,

Lois Symington, Ph.D.
Executive Director

Attachment: Reading Lab brochure

ALVIN J. NANCE, Executive Director/CEO
901 Broadway, N.E. • Knoxville, TN 37917-6699
865.403.1100 • Fax 865.403.1117
800.848.0298 (Tennessee Relay Center)
www.kcdc.org

KCDC
An Equal Opportunity Employer

March 21, 2014

Dr. James P. McIntyre
Superintendent, Knox County Schools
P.O. Box 2188
Knoxville, TN 37901

Dear Dr. McIntyre:

As Executive Director/CEO of Knoxville's Community Development Corporation (KCDC), I am writing to express strong support for the Emerald Academy application to open a charter school in the North city area of Knoxville. We are excited about the school's mission and vision for transforming the lives of students and believe that their educational model will have a tremendously positive impact in meeting students' needs and preparing them for high school, college, and a lifetime of success.

We are impressed by the school's commitment to academic rigor, a personalized education program, and a longer school day and school year. With its mission of creating a school that provides students with the academic foundation, skills, habits and character traits that they will need to succeed, we would be pleased to welcome Emerald Academy to Knoxville.

As the public housing provider for the City of Knoxville and Knox County, we understand the challenges the youth face living in public housing. Emerald Youth Foundation has an outstanding record of success in providing at-risk youth with the support that they need to be successful in school and in life. We have been impressed with Emerald Youth Foundation's commitment to at-risk students and are confident that the new Emerald Charter Schools organization will build upon Emerald Youth's track record of success in urban Knoxville.

We believe that Emerald Academy will be a valuable asset to our community. We are committed to doing whatever we can to help make Emerald Academy a success for our neighborhoods, families, and children.

We urge you to strongly consider the Emerald Academy application and approve the school to open its doors in 2015.

Sincerely,

Alvin J. Nance
Executive Director/CEO

Beaty CHEVROLET
9615 Parkside Drive • Knoxville, Tennessee 37922 • 865-693-7712 • Fax: 865-694-8082 • www.beatychevrolet.com

Dr. James P. McIntyre
Superintendent, Knox County Schools
P.O. Box 2188
Knoxville, TN 37901

March 25. 2014

Dear Dr. McIntyre:

As Dealer of Beaty Chevrolet Company, I am writing to express strong support for the Emerald Academy application to open a charter school in the North city area of Knoxville. We are excited about the school's mission and vision for transforming the lives of students and believe that their educational model will have a tremendously positive impact in meeting students' needs and preparing them for high school, college, and a lifetime of success.

We are impressed by the school's commitment to academic rigor, a personalized education program, and a longer school day and school year. With its mission of creating a school that provides students with the academic foundation, skills, habits and character traits that they will need to succeed, we would be pleased to welcome Emerald Academy to Knoxville.

We have partnered with Emerald Youth Foundation for 3 years and have witnessed first-hand the impact that the organization has on students' lives. We have been impressed with Emerald Youth Foundation's commitment to at-risk students and are confident that the new Emerald Charter Schools organization will build upon Emerald Youth's track record of success in urban Knoxville.

We are committed to extending our partnership to Emerald Academy and are dedicated to doing whatever we can to help make Emerald Academy a success for our neighborhoods, families, and children. We urge you to strongly consider the Emerald Academy application and approve the school to open its doors in 2015.

Sincerely,

Stanley Griffin, Jr.
Dealer
Beaty Chevrolet Company

Big Brothers Big Sisters
of East Tennessee

March 19, 2014

Dr. James P. McIntyre
Superintendent, Knox County Schools
P.O. Box 2188
Knoxville, TN 37901

Dear Dr. McIntyre:

As the CEO of Big Brothers Big Sisters of East Tennessee, I am writing to express our support of Emerald Academy, the proposed public charter school by Emerald Charter Schools. Big Brothers Big Sisters seeks to help children realize their potential and build their futures, and we strongly believe that Emerald Academy desires to do the same in an innovative way. The educational model, particularly the individual education plans as well as the life coaches – kindergarten through college - ensure tailored teaching and treating every student individually which lines up with our own philosophy. Such individual attention creates trust and will help students be open to learning. It is very likely that some of our Littles would be students of Emerald Academy, and our organization and their Bigs will do whatever we can to help ensure the success of these students even during the school day. At the appropriate time, our agency will try and facilitate a discussion that could lead to a partnership for BBBS volunteers to mentor students at the Emerald Charter Schools in the same manner that we are now serving in a host of Knoxville schools.

I have known Steve Diggs for several years and think Emerald Youth Foundation is a high quality, well-run non-profit. They are committed to the urban young people in Knoxville, always looking for ways that they can support and develop them. I know that this same quality and drive would emerge from Emerald Charter Schools. I am in support of this public charter school and truly believe it would a good thing for our city and especially for urban kids. I urge you to approve its application. Please contact me with any questions at 865/243-3879.

Sincerely,

Doug Kose
Chief Executive Officer
Big Brothers Big Sisters of East Tennessee

BOYS & GIRLS CLUBS
OF THE TENNESSEE VALLEY

John D. Lee
Administrative Building
220 Carrick Street, Suite 318
Knoxville, TN 37921

Tel. 865-232-1200
Fax 865-232-1201

www.bgctnv.org

Dr. James P. McIntyre
Superintendent, Knox County Schools
P.O. Box 2188
Knoxville, TN 37901

March 20, 2014

Dear Dr. McIntyre:

As President and CEO of Boys & Girls Clubs of the Tennessee Valley, I am writing to express strong support for the Emerald Academy application to open a charter school in the North city area of Knoxville. We are excited about the school's mission and vision for transforming the lives of students and believe that their educational model will have a tremendously positive impact in meeting students' needs and preparing them for high school, college, and a lifetime of success.

We are impressed by the school's commitment to academic rigor, a personalized education program, and a longer school day and school year. With its mission of creating a school that provides students with the academic foundation, skills, habits and character traits that they will need to succeed, we would be pleased to welcome Emerald Academy to Knoxville.

Emerald Youth Foundation has an outstanding record of success in providing at-risk youth with the support that they need to be successful in school and in life. We have been impressed with Emerald Youth Foundation's commitment to at-risk students and are confident that the new Emerald Charter Schools organization will build upon Emerald Youth's track record of success in urban Knoxville.

We believe that Emerald Academy will be a valuable asset to our community. We are committed to doing whatever we can to help make Emerald Academy a success for our neighborhoods, families, and children. The youth that attend the Boys & Girls Clubs of the Tennessee Valley would certainly benefit from a charter school.

We urge you to strongly consider the Emerald Academy application and approve the school to open its doors in 2015.

Sincerely,

L Hurst

Lisa Hurst, Ed.D.
President & CEO
Boys & Girls Clubs of the Tennessee Valley

Cherokee Health Systems
Together...Enhancing Life

March 24, 2014

Dr. James P. McIntyre
Superintendent, Knox County Schools
P.O. Box 2188
Knoxville, TN 37901

Dear Dr. McIntyre:

As the Chief Strategy Officer of Cherokee Health Systems, I am writing to express our support for the Emerald Academy application to open a charter school in the North city area of Knoxville. We are excited about the school's mission and vision for transforming the lives of students and believe that their educational model will have a positive impact in meeting students' needs and preparing them for high school, college and a lifetime of success.

We are impressed by the school's commitment to academic rigor, a personalized education program, and a longer school day and school year. With its mission of creating a school that provides students with the academic foundation, skills, habits and character traits that they will need to succeed, we would be pleased to welcome Emerald Academy to Knoxville.

Emerald Youth Foundation has an outstanding record of success in providing at-risk youth with the support they need to be successful in school and in life. We have been impressed with Emerald Youth Foundation's commitment to at-risk students and are confident that the new Emerald Charter Schools organization will build upon Emerald Youth's track record of success in urban Knoxville.

We believe that Emerald Academy will be a valuable asset to our community. We are committed to doing whatever we can to help make Emerald Academy a success for our neighborhoods, families and children. We will be happy to collaborate with Emerald Academy by serving the medical and behavioral health needs of children and their families in an integrated care setting.

We urge you to strongly consider the Emerald Academy application and approve the school to open its doors in 2015.

Sincerely,

Joel Hornberger, MHS
Chief Strategy Officer


Corporate Office: 2018 Western Avenue, Knoxville, Tennessee 37921
(865) 934-6734 • Fax (865) 934-6780

Dr. James P. McIntyre
Superintendent, Knox County Schools
P.O. Box 2188
Knoxville, TN 37901

March 24, 2014

Dear Dr. McIntyre:

As Executive Director of Compassion Coalition, I am a strong supporter of Knox County Schools and of the job you are doing in leading our public schools. Our nonprofit has always had, and continues to have, a strong commitment to Knox County Schools. I would ask you to please consider this letter of recommendation in that context.

I am writing today to express strong support for the Emerald Academy application to open a charter school in the North city area of Knoxville. We are excited about the school's mission and vision for transforming the lives of students and believe that their educational model will have a tremendously positive impact in meeting students' needs and preparing them for high school, college, and a lifetime of success.

Our nonprofit is impressed by the school's commitment to academic rigor, a personalized education program, and a longer school day and school year. With its mission of creating a school that provides students with the academic foundation, skills, habits and character traits that they will need to succeed, we would be pleased to welcome Emerald Academy to Knoxville.

Emerald Youth Foundation has an outstanding record of success in providing at-risk youth with the support that they need to be successful in school and in life. Our ministry has been impressed with Emerald Youth Foundation's commitment to at-risk students and we are confident that the new Emerald Charter Schools organization will build upon Emerald Youth's track record of success in urban Knoxville.

We believe that Emerald Academy will be a valuable asset to our community. We are committed to doing whatever we can to help make Emerald Academy a success for our neighborhoods, families, and children.

Please give strong consideration to the Emerald Academy application and approve the school to open its doors in 2015.

Sincerely,

Grant Standefer

Grant Standefer
Executive Director
Compassion Coalition

Dr. James P. McIntyre
Superintendent, Knox County Schools
P.O. Box 2188
Knoxville, TN 37901

March 24, 2014

Dear Dr. McIntyre:

On behalf of FCA Knoxville, I am writing in support of Emerald Charter Schools and their application to open the Emerald Academy in the heart of our city. I believe that the proposed academic plan can help address the needs of urban students providing more individualized instruction and support. This will foster confidence and a desire to succeed and set these young students up to be better prepared for high school and ultimately going on to and completing college.

Emerald Youth Foundation is a perfect partner to help in the opening of this new school because of their experience working with kids in the inner city. The relationships they have built with the urban schools, families, and the young people themselves is one reason FCA decided to formally partner with Emerald Youth a couple of years ago to impact urban athletes. Their two decades' worth of connections, knowledge, and relationships will certainly be passed on to Emerald Charter Schools as it was to FCA. This is important to quickly engage urban kids and their families and have a lasting impact on them.

We believe that this school would be a good option to provide parents in helping their children achieve academically and, as a partner with Emerald Youth, know that Emerald Charter Schools will be a good partner working with Knox County Schools. We hope that you will approve the application for this school to open.

Sincerely,

Dean Craig
Area Director
Fellowship of Christian Athletes

Dean Winegardner
*Chief Executive Officer*

March 25, 2014

Dr. James P. McIntyre
Superintendent, Knox County Schools
P.O. Box 2188
Knoxville, TN 37901

Dear Dr. McIntyre:

I am writing to express strong support for the Emerald Academy application to open a charter school in the North city area of Knoxville. I am excited about the school's mission and vision for transforming the lives of students and believe that their educational model will have a tremendously positive impact in meeting students' needs and preparing them for high school, college, and a lifetime of success.

I am impressed by the school's commitment to academic rigor, a personalized education program, and a longer school day and school year. With its mission of creating a school that provides students with the academic foundation, skills, habits and character traits that they will need to succeed, I would be pleased to welcome Emerald Academy to Knoxville.

I have supported Emerald Youth Foundation for many years and have witnessed first-hand the impact that the organization has on students' lives. I have been impressed with Emerald Youth Foundation's commitment to at-risk students and am confident that the new Emerald Charter Schools organization will build upon Emerald Youth's track record of success in urban Knoxville.

I am committed to doing whatever I can to help make Emerald Academy a success for our neighborhoods, families, and children.

I urge you to strongly consider the Emerald Academy application and approve the school to open its doors in 2015.

Sincerely,

Dean Winegardner
Chief Executive Officer
10267 Kingston Pike
Knoxville, TN 37922
(865)966-7454 (office)
(865)675-0557 (fax)
deanw@americanbookco.com

DW/JW

Emerald Youth FOUNDATION

March 25, 2014

Dr. James P. McIntyre
Superintendent, Knox County Schools
P.O. Box 2188
Knoxville, TN 37901

Dear Dr. McIntyre,

Emerald Youth Foundation (EYF) is committed to the success and smooth functioning of Emerald Academy and will provide it with community-based and other assistance. Situated for 23 years in the neighborhoods that produced Emerald Academy, and actively involved with the children who live there, EYF is uniquely equipped to offer the school stabilizing support. EYF will provide:

- **External Finance and Operations Support** -- EYF will provide Emerald Academy, at a below market rate, with back office, accounting, financial management, fund raising and marketing, and compliance support. EYF has a long history and outstanding reputation for its sound financial and administrative operations. To enhance its current financial management and administrative capacity, EYF will create a service bureau that will include a chief financial and administrative officer, a director of operations, a director of finance and a staff accountant. This team will have the capacity to provide both EYF and Emerald Academy with the high-quality financial and back office support that they need.

  The EYF Service Bureau will work closely with the Emerald Academy principal to ensure that the school's accounting, fiscal management, compliance, and back office needs are being met. The chief financial and administrative officer will meet weekly with the principal to review the school's financial position and support him/her in all budgeting and financial decision making. In addition, the chief financial and administrative officer will prepare and deliver reports to the Finance Committee of the Emerald Charter Schools Board of Directors and the board itself.

- **The full range of** EYF's after school, summer, and sports activities -- The JustLead after school program is neighborhood-based and offers students a high-quality experience once the school day is finished. Individualized academic support is a main focus after school including tutoring and homework help coupled with digital, personalized learning solutions aligned with State and Common Core Standards to help close specific, identified skill deficiency gaps in

reading and/or math. Progress can be assessed throughout the year, and plans can be adjusted. Educational and fun field trips happen at least monthly, and swim lessons, nutrition, and fitness activities are also provided each semester. Students can continue in an expanded version of this program during the summer as well to help combat 'summer slide' and receive enrichment opportunities.

**Emerald Youth Sports** offers sports leagues year-round for children and youth in soccer, swimming, basketball, volleyball, lacrosse, flag football, track, and baseball. Kids attending Emerald Academy would have the opportunity to learn skills and play on competitive teams. EYF has already sponsored school teams in baseball for Whittle Springs and volleyball for Whittle Springs and Vine and is looking to start soccer teams for the urban schools. EYF would do the same for Emerald Academy once the middle school grades were in place. Additionally, the school and its families will have access to world-class facilities, including the new Sansom Sports Complex near World's Fair Park.

- **Trained staff** to interact often with Emerald Academy children and be a powerful advocate for their families -- For example, JustLead staff members regularly volunteer in traditional public schools like Emerald Academy. AmeriCorps members will assist children and their families through JustLead and volunteer tutors will work with children at Emerald Academy as needed.
- **Interim space for the school** -- The former headquarters of Choice Data, located at 1014 Heiskell Avenue, has been donated to EYF and can be made available to house the first phase of Emerald Academy on an interim basis if necessary. The building contains approximately 12,000 square feet that can comfortably house the 7,000 square feet needed for kindergarten and first grades. The site is not large enough to accommodate the entire program so it is not a permanent solution but could be retrofitted fairly inexpensively to serve as a temporary location.

EYF looks forward to working with Emerald Academy as it grows and becomes established serving the children of urban Knoxville.

Sincerely,

Shara Shoup, Ph.D.
Senior Director-Programs
Emerald Youth Foundation

Doug Kennedy
Chair, Board of Trustees
Emerald Youth Foundation

Dr. James P. McIntyre
Superintendent, Knox County Schools
P.O. Box 2188
Knoxville, TN 37901

March 19, 2014

Dear Dr. McIntyre:

I am writing in support of the proposed public charter school, Emerald Academy, because I am excited about the school's mission and vision for transforming the lives of students. As a philanthropic organization, the Equitas Group supports transformation projects and has financially supported Emerald Youth Foundation for several years as they have worked tirelessly in providing at-risk youth with the support they need to be successful in school and in life. We are confident that the new Emerald Charter Schools organization will build upon Emerald Youth's track record of success in urban Knoxville.

With the individual education plans and the longer school day and year, the education model being presented for the school appears that it will have a tremendously positive impact in meeting students' needs and preparing them for high school, college, and a lifetime of success. This is so needed in order for students, especially those living in our inner city, to be transformed.

We believe that Emerald Academy will be a valuable asset in Knoxville and to its students and urge you to approve its opening in the Fall of 2015.

Sincerely,

Lance Robinson
President
Equitas Group

Williams Creek Golf Course

The First Tee Greater Knoxville

WC Two
2351 Dandridge Avenue
Knoxville, Tennessee 37915

Dr. James P. McIntyre
Superintendent, Knox County Schools
P.O. Box 2188
Knoxville, TN 37901

March 13, 2014

Dear Dr. McIntyre,

I am writing to extend our support in favor of the public charter school, Emerald Academy, for which Emerald Charter Schools is submitting an application to Knox County Schools. The First Tee Learning Center is located at Williams Creek Golf Course in East Knoxville, is an afterschool and summer enrichment program serving kids from area inner-city schools. We see firsthand the challenges the students face academically as we help them with homework and provide educational enrichment activities for them. From what we have learned, the educational model Emerald Academy plans to use should have a positive impact on the students' learning experience and help prepare them for high school, college, and whichever career they choose. Things like the personalized education program and a longer school day and school year should provide students with the extra support we too see that they need.

Emerald Youth Foundation has worked for many years with kids in our city, and I have always been impressed with what they do and have the capacity to do. I have met with Steve Diggs personally on multiple occasions as well as members of his Board and staff. They are committed to helping develop young people and strive to do things as high quality as possible. I am excited that they have decided to pursue this public charter school and believe that it would be a strong addition to Knox County Schools as an additional way to help inner-city students achieve academically.

I hope that you will strongly consider approving the Emerald Academy application so that the school can open for the 2015-16 school year.

Sincerely,

Diondre T. Jackson
Executive Director/ CEO
The First Tee of Greater Knoxville
Williams Creek Golf Course
Office (865) 546-5828

*2351 Dandridge Avenue * Knoxville, TN. 37915 * (865)546-5828*

GASTROINTESTINAL
ASSOCIATES, P.C.

BERGEIN F. OVERHOLT, MD, MACP, MACG, FASGE
BARRY V. MAVES, MD, FACG
SARKIS J. CHOBANIAN, MD, FACP, MACG
CHARLES M. O'CONNOR, MD, FACG
J. DAVID LEE, MD, FACG
MEADE C. EDMUNDS, MD, FACG
JOHN M. HAYDEK, MD, FACP, FACG, AGAF, FASGE
MARIA B. NEWMAN, MD, DIPLOMAT ABIM
RAJ I. NARAYANI, MD, FACG, FASGE
STEVEN J. BINDRIM, MD, DIPLOMAT ABIM
SCOTT L. WILHOITE, MD,
JOHNNY ALTAWIL, MD,
JAMES A SWENSON, MD,
R. LESLIE HARGROVE, MD, FACP *(retired)*
R. KENT FARRIS, MD, FACP, FACG *(retired)*
F. RAYMOND PORTER, MD, FACP *(retired)*
STANLEY L. MILLER, MD, DIPLOMAT ABIM *(retired)*

JEFF DEW, CPA
CEO

MAIN OFFICE
801 WEISGARBER ROAD, #100
KNOXVILLE, TN 37909
P.O. BOX 59002
KNOXVILLE, TN 37950-9002
865.588.5121
FAX 865.588.2126
PLEASE VISIT US AT:
www.gihealthcare.com

NORTH OFFICE
629 DELOZIER WAY
P.O. BOX 59002
KNOXVILLE, TN 37950-9002
865.588.5121
FAX 865.588.2126

WEST OFFICE
11440 PARKSIDE DRIVE
P.O. BOX 59002
KNOXVILLE, TN 37950-9002
865.588.5121
FAX 865.588.2126

March 23, 2014

Subject: Emerald Youth Foundation charter school application for the Emerald Academy

Dr James McIntyre
Superintendent, Knox County School System
Knoxville, TN

Dear Dr McIntyre:

As a former Knox City School Board member and chairman, I am writing to indicate my full support of approval of the Emerald Youth Foundation application to open a charter school, the Emerald Academy, in the North city area of Knoxville.

I have carefully studied the charter school materials prepared for submission by the Emerald Youth Foundation and have participated in a detailed community meeting on the subject which answers to my questions. Their mission is to create a school that provides students with the academic foundation, skills, habits and character traits that they will need to succeed. They understand the absolute importance of a quality teaching staff and most importantly, the need for a quality principal. I was very impressed with the school's commitment to an academic focus, a personalized education program, and a longer school day and school year. Similarly, their focus on parental involvement and participation is, in my opinion, a key element for student success. These are all characteristics of a school that will prepare students for success in education and life.

On a personal and family note, all Overholts support the Emerald Youth Foundation programs as we know of their excellent record of success in providing at-risk youth with guidance and support they need for success in school and in their personal life. We believe the new charter school, the Emerald Academy, will capitalize on the success of the EY Foundation with at-risk children, and will provide an excellent opportunity for the students and an excellent outcome for Knox County Schools and for Knoxville itself.

Again, I strongly recommend approval of the charter school application to open in 2015

BF Overholt

Bergein F Overholt, MD
Gastrointestinal Associates

*Accredited by the*
ACCREDITATION ASSOCIATION
FOR AMBULATORY HEALTH CARE, INC.

THE ENDOSCOPY CENTER
THE ENDOSCOPY CENTER WEST
THE ENDOSCOPY CENTER NORTH

Bertelkamp Automation, Inc.
INDUSTRIAL AUTOMATION SPECIALISTS

Dr. James P. McIntyre
Superintendent, Knox County Schools
P.O. Box 2188
Knoxville, TN 37901

March 20, 2014

Dear Dr. McIntyre:

As Chairman of Bertelkamp Automation, Inc., I strongly support the charter school concept and believe the Emerald Youth Organization will do an outstanding job of operating a charter school.

You have my respect and I am sure you will make a wise decision concerning this school.

Sincerely,

Hank Bertelkamp
Chairman
Bertelkamp Automation, Inc.

6321 Baum Drive / P.O. Box 11488 / Knoxville, TN 37939-1488
865-588-7691 / 1-800-251-9134 / FAX 865-588-9845

March 25, 2014

Dr. James P. McIntyre
Superintendent, Knox County Schools
P.O. Box 2188
Knoxville, TN 37901

RE: Emerald Academy

Dear Dr. McIntyre:

Please accept this letter of support for the Emerald Academy application to open a charter school in the North city area of Knoxville. Helen Ross McNabb Center (HRMC) is excited about the school's mission and vision for transforming the lives of students and believe that their educational model will have a tremendously positive impact in meeting students' needs and preparing them for high school, college, and a lifetime of success.

The Helen Ross McNabb Center has provided quality and compassionate care to help children overcome behavioral health challenges since 1948. Our team of professionals create individualized treatment plans to address the unique needs of each child. Our programs believe in providing services which attempt to remove barriers that have been identified as impairing a child's emotional and educational progress and recognize the importance of academic and non-academic factors. Our services span across social and economic lines and we are fully aware that there is a population of children that can benefit from nontraditional, educational resources which are both student and family focused.

We are impressed by Emerald Academy's commitment to differentiated instruction based on the individual needs of the student. With its mission of creating a school that provides students with the academic foundation, skills, habits and character traits that they will need to succeed, we would be pleased to welcome Emerald Academy to Knoxville.

Emerald Youth Foundation has an outstanding record of success in providing at-risk youth with the support that they need to be successful in school and in life. We have been impressed with Emerald Youth Foundation's commitment to at-risk students and are confident that the new Emerald Charter Schools organization will build upon Emerald Youth's track record of success in urban Knoxville.

We believe that Emerald Academy will be a valuable asset to our community. We are committed to doing whatever we can to help make Emerald Academy a success for our neighborhoods, families, and children. We look forward to collaborating with Emerald Academy in order to provide students the support needed to succeed.

We urge you to strongly consider the Emerald Academy application and approve the school to open its doors in 2015.

Sincerely,

Mona Blanton-Kitts, LCSW
Vice President
Helen Ross McNabb Center

Tennova™
Healthcare

Dr. James P. McIntyre
Superintendent, Knox County Schools
P.O. Box 2188
Knoxville, TN 37901

March 21, 2014

Dear Dr. McIntyre:

As both Senior Vice President of Tennova Healthcare and a supporter of the public school system in Knox County, I am writing to express my strong endorsement of the effort to create Emerald Academy. As you know, Tennova and its predecessors have had a presence in North Knoxville for over 80 years and our commitment to the neighborhoods surrounding Physicians Regional Medical Center remains strong.

Likewise, we have a long and deep relationship with Emerald Youth Foundation and believe that the leadership of that organization, along with those who have been recruited to help govern the Academy, will insure the new school's success.

I am confident others will speak to the mission, commitment to rigor and focus on at-risk students that characterize the Academy's vision. These are all laudable goals which all of our public schools should embrace. On the other hand, I support the concept primarily for its potential to serve as a laboratory for innovative approaches to educating our youth that can be transferred to other public schools throughout the system. I have been assured that this will be a primary focus.

I urge you and the Board to give Emerald Academy's application your most serious consideration.

Sincerely,

Jerry W. Askew, Ph.D.
Senior Vice President, Governmental Relations


Tennova Healthcare • 200 Blount Ave, Suite 600 • Knoxville, TN 37920 • Ph: 865-647-5600 • TennovaHealthcare.com

WOOD PROPERTIES, INC

900 South Gay Street, Suite 1600 | Knoxville, TN 37902 | t865-637-7777 | f865-549-7400 | woodpropertiesinc.com

Dr. James P. McIntyre
Superintendent, Knox County Schools
P.O. Box 2188
Knoxville, TN 37901

March 21, 2014

Dear Dr. McIntyre:

As President of Wood Properties, Inc., I am writing to express strong support for the Emerald Academy application to open a charter school in the North city area of Knoxville. We are excited about the school's mission and vision for transforming the lives of students and believe that their educational model will have a tremendously positive impact in meeting students' needs and preparing them for high school, college, and a lifetime of success.

We are impressed by the school's commitment to academic rigor, a personalized education program, and a longer school day and school year. With its mission of creating a school that provides students with the academic foundation, skills, habits and character traits that they will need to succeed, we would be pleased to welcome Emerald Academy to Knoxville.

Emerald Youth Foundation has an outstanding record of success in providing at-risk youth with the support that they need to be successful in school and in life. We have been impressed with Emerald Youth Foundation's commitment to at-risk students and are confident that the new Emerald Charter Schools organization will build upon Emerald Youth's track record of success in urban Knoxville.

We believe that Emerald Academy will be a valuable asset to our community. We are committed to doing whatever we can to help make Emerald Academy a success for our neighborhoods, families, and children. I am on the board of directors of a charitable foundation which is heavily supporting this.

We urge you to strongly consider the Emerald Academy application and approve the school to open its doors in 2015.

Sincerely,

Jerry Daves
President
Wood Properties, Inc.

**EMERALD AVENUE UNITED METHODIST CHURCH**
**1620 N. Central Street**
**Knoxville, Tennessee 37917**
**(865) 523-7150**
***Being Disciples. Making Disciples. Giving Hope.***

Dr. James P. McIntyre
Superintendent, Knox County Schools
P.O. Box 2188
Knoxville, TN 37901

March 18, 2014

Dear Dr. McIntyre:

As Pastor of Emerald Avenue United Methodist Church, I am writing to express my strong support for Emerald Charter Schools' efforts to establish the Emerald Academy in the Oakwood/Lincoln Park neighborhood. We are Emerald Avenue know first hand what potential exists in our community. We believe additional public school choices would greatly benefit the families with whom we are in community. Emerald Academy would undoubtedly benefit some of the scholars in our neighborhood who are at-risk of not finishing high school or going to college.

The school's commitment to academic rigor, a personalized education program, and a longer school day and year are very impressive. We are also impressed with its mission of creating a school that provides students with the academic foundation, skills, habits and character traits they will need to be successful in life. We are looking forward to Emerald Academy serving the neighborhood.

Our Church helped birth and has worked alongside Emerald Youth Foundation since its formation in 1991. We vow to provide the same level of support to the newly created nonprofit Emerald Charter Schools. We are committed to providing life coaches and volunteers for the school. We will make certain that our Church and community know about Emerald Academy's needs and its progress.

I ask that you earnestly give your full attention to the merits of this application and grant your approval for the doors of Emerald Academy to open in 2015.

Sincerely and Respectfully,

Rev. Dr. James R. Bailes
Pastor
Emerald Avenue United Methodist Church

March 21, 2014

Dr. James P. McIntyre, Jr.
Superintendent
Knox County Schools
P.O. Box 2188
Knoxville, Tennessee 37901-2188

Dear Jim:

I am writing to support the Emerald Academy application to open a charter school in the Northern part of Knoxville. I believe the school will play an important role in enriching the lives of students and their educational achievement as they are prepared for high school, college or other post-high school studies, and citizenship and work.

I am impressed by the school's commitment to academic rigor, a personalized education program, and a longer school day and school year. With its mission of creating a school that provides students with the academic foundation, skills, habits and character traits that they will need to succeed, the Emerald Academy should be a beneficial addition to community educational programs.

Emerald Youth Foundation has an outstanding record of success in providing at-risk youth with the support that they need to be successful in school and in life. I have been impressed with Emerald Youth Foundation's commitment to at-risk students and am confident that the new Emerald Charter Schools organization will build upon Emerald Youth's track record of success in urban Knoxville.

I believe that Emerald Academy will be a valuable asset to our community. The school has excellent leadership, a well-developed plan, and a commitment to a vital part of our community.

I urge you to consider the Emerald Academy application and approve the school to open its doors in 2015.

Sincerely,

Joseph E. Johnson

Knox County

# KNOX COUNTY JUVENILE COURT

3323 Division Street
Knoxville, TN 37919
(865) 215-6400 FAX (865) 215-6546

**Timothy E. Irwin**
*JUDGE*
**Catherine F. Quist**
*Clerk*
**Darrell Smith**
*Director of Court Services*
**Heidi Garrett**
*Director of Court Services*
**Paul Lewis**
*Director of Court Services*

**Stanley C. Briggs**
*Referee*
**Michael F. Simpson**
*Referee*
**Irene B. Joseph**
*Referee*
**Kay H. Kaserman**
*Referee*
**J. Dirk Weddington**
*Referee*
**Robin Gresham**
*Referee*

March 24, 2014

Dr. James P. McIntyre
Superintendent, Knox County Schools
P.O. Box 2188
Knoxville, TN 37901

Dear Dr. McIntyre:

As Judge of Knox County Juvenile Court, I am writing to express strong support for the Emerald Academy application to open a charter school in the North city area of Knoxville. We are excited about the school's mission and vision for transforming the lives of students and believe that their educational model will have a tremendously positive impact in meeting students' needs and preparing them for high school, college, and a lifetime of success.

We are impressed by the school's commitment to academic rigor, a personalized education program, and a longer school day and school year. With its mission of creating a school that provides students with the academic foundation, skills, habits and character traits that they will need to succeed, we would be pleased to welcome Emerald Academy to Knoxville.

Emerald Youth Foundation has an outstanding record of success in providing at-risk youth with the support that they need to be successful in school and in life. We have been impressed with Emerald Youth Foundation's commitment to at-risk students and are confident that the new Emerald Charter Schools organization will build upon Emerald Youth's track record of success in urban Knoxville.

We believe that Emerald Academy will be a valuable asset to our community. We are committed to doing whatever we can to help make Emerald Academy a success for our neighborhoods, families, and children.

We urge you to strongly consider the Emerald Academy application and approve the school to open its doors in 2015.

Sincerely,

Timothy E. Irwin
Juvenile Court Judge

KNOXVILLE LEADERSHIP FOUNDATION
Weaving the fabric of a strong community

Dr. James P. McIntyre
Superintendent, Knox County Schools
P.O. Box 2188
Knoxville, TN 37901

March 14, 2014

Dear Dr. McIntyre:

I am writing in support of the Emerald Academy proposed by Emerald Charter Schools to open in 2015-16. I have made Knoxville's inner-city neighborhood of Mechanicsville my home for the last 30 years. I started Knoxville Leadership Foundation 20 years ago to address the needs of people in our city. Our organization believes that through individuals and groups acting as change agents, the needs of the thousands of at-risk youth in our city will be addressed. I personally understand the challenge that urban families have in assisting their children with quality education. KLF has worked on numerous projects and programs to assist our urban youth, and from my perspective, this public charter school will be a change agent for students living in our city. An effective learning culture will certainly be established with personalized education programs, the extended school day and year, and the school's commitment to academic rigor. I believe that it will positively impact students, allowing them to achieve academically and be better prepared for high school and then college.

Emerald Youth Foundation and Knoxville Leadership Foundation have been colleagues for many years. We have collaborated on projects and have had numerous conversations about how to improve the conditions of those living in our city. In its 20 years of existence, Emerald Youth has gained the respect of families, churches, and organizations such as ours. They are committed to excellence, and I am sure that their dedication, passion for kids in the city, and high standards will be passed on to Emerald Charter Schools.

We need students in our city prepared to be change agents themselves. Please accept the application to open Emerald Academy in Knoxville and give these students a good foundation to enjoy a lifetime of success and to contribute to our community.

Sincerely,

Chris Martin
President

901 East Summit Hill Drive, Suite 300 Knoxville, Tennessee 37915 tel: 865.524.2774 fax: 865.525.4213 www.klf.org

KNOXVILLE FELLOWS

*4 Market Square*
*Suite 303 C*
*Knoxville, TN. 37902*

Dr. James P. McIntyre
Superintendent, Knox County Schools
P.O. Box 2188
Knoxville, TN 37901

25 March 2014

Dear Dr. McIntyre:

As Director of the Knoxville Fellows, I am writing to express strong support for the Emerald Academy application to open a charter school in the North city area of Knoxville. We are excited about the school's mission and vision for transforming the lives of students and believe that their educational model will have a tremendously positive impact in meeting students' needs and preparing them for high school, college, and a lifetime of success.

We are impressed by the school's commitment to academic rigor, a personalized education program, and a longer school day and school year. With its mission of creating a school that provides students with the academic foundation, skills, habits and character traits that they will need to succeed, we would be pleased to welcome Emerald Academy to Knoxville.

Emerald Youth Foundation has an outstanding record of success in providing at-risk youth with the support that they need to be successful in school and in life. We have been impressed with Emerald Youth Foundation's commitment to at-risk students and are confident that the new Emerald Charter Schools organization will build upon Emerald Youth's track record of success in urban Knoxville.

We believe that Emerald Academy will be a valuable asset to our community. We are committed to doing whatever we can to help make Emerald Academy a success for our neighborhoods, families, and children. The Knoxville Fellows' mission is to raise up the next generation of Christian leaders for our community, in so doing we spend a lot of time working with inner city youth through Emerald Youth and also know firsthand their expertise in working to build a better future for many of our inner city families.

We urge you to strongly consider the Emerald Academy application and approve the school to open its doors in 2015.

Sincerely,

Rick Kuhlman, Director

Dr. James P. McIntyre
Superintendent, Knox County Schools
P.O. Box 2188
Knoxville, TN 37901

3-22-2014

Dear Dr. McIntyre:

As Executive Director of The Restoration House, I am writing to express our strong support for the Emerald Academy application to open a charter school in Knoxville. As an organization that works exclusively with low-income single mothers and their children in our community, we see the tremendous need for a school such as Emerald Charter. We are extremely excited about the school's mission and vision for transforming the lives of students and believe that their educational model will have a tremendous impact in meeting students' needs and preparing them for high school, college, and a lifetime of success.

We are impressed by the school's commitment to best practices including academic rigor, a personalized education program, and a longer school day and school year. With its mission of creating a school that provides students with the academic foundation, skills, habits and character traits that they will need to succeed; we would be pleased to welcome Emerald Academy to Knoxville.

We are well aware of Emerald Youth Foundation's outstanding record of success in providing at-risk youth with the support that they need to be successful in school and in life. We continue to be impressed with Emerald Youth Foundation's commitment to at-risk students and are confident that the new Emerald Charter Schools organization will build upon Emerald Youth's track record of success in urban Knoxville.

We believe that Emerald Academy will be a valuable asset to our community. The Restoration House is committed to doing whatever we can to help make Emerald Academy a success for our neighborhoods, families, and children. We are looking forward to encouraging the single mothers and the children of The Restoration House to take advantage of this incredible opportunity in our community as they work to break the cycle of poverty that exists for so many of them.

We urge you to strongly consider the Emerald Academy application and approve the school to open its doors in 2015.

Sincerely,

Daniel Watson
Executive Director
The Restoration House

Tommy Schmid, VP
Commercial Lender
865-251-1251
Internal Ext: 1251

March 21, 2014

Dr. James P. McIntyre
Superintendent, Knox County Schools
P.O. Box 2188
Knoxville, TN 37901

Dear Dr. McIntyre,

I am writing to express strong support for the Emerald Academy application to open a charter school in the north city area of Knoxville. While my knowledge of the educational field is limited, I am impressed by Emerald Academy's mission and vision for serving inner city children and becoming a change agent in their lives. The school's educational model, I believe, will have a positive impact in meeting their current needs and preparing them for high school, college and a lifetime of success.

I have long been a fan of the work of Emerald Youth Foundation and was excited to see them move forward on this charter school effort. In reviewing the Emerald Academy plan, I am impressed by the commitment to their four guiding principles as the foundation for the school's educational program and culture.

Emerald Youth Foundation has an outstanding record of success in providing at-risk youth with the support that they need to be successful in school and life. The passion Steve Digg's and his staff have for the children they serve is seen daily in their work. I am confident this foundation and success by Emerald Youth will flow to and be reflected in this new endeavor to provide additional educational opportunities for these at-risk youth. I believe Emerald Academy will become a valuable asset to our entire community and look forward to supporting the organization's efforts to make it a reality.

I would ask you to strongly consider the Emerald Academy application and approve the school to open its doors in 2015.

Sincerely,

Thomas N. Schmid
Vice President

1111 Northshore Drive, Suite S-600
Knoxville, TN 37919
tschmid@fsgbank.com

Dr. James P. McIntyre
Superintendent, Knox County Schools
P.O. Box 2188
Knoxville, TN 37901

March 24, 2014

Dear Dr. McIntyre:

I am Steve Sexton, Director of the Pastoral Care Department at The University of Tennessee Medical Center. We have met briefly, as we serve together on the Metropolitan Drug Commission Board.

I am writing to express my support for the Emerald Academy application to open a charter school in Knoxville. I am enthusiastic about the school's mission and vision for transforming the lives of students and believe that their educational model will have a very positive impact in preparing them for high school, college, and a lifetime of success.

I am impressed by Emerald Academy's commitment to academic rigor, a personalized education program, and a longer school day and school year. With its mission of creating a school that provides students with the academic foundation, skills, habits and character traits that they will need to succeed, I would be pleased to welcome Emerald Academy to Knoxville.

I know firsthand of Emerald Youth Foundation's impressive record of success in providing at-risk youth with the support that they need to be successful in school and in life. I know many young people who are living productive lives as a result of their interaction with the ministry of the Emerald Youth Foundation.

Emerald Academy will be a valuable asset to our community and I am asking that you support this request to help make Emerald Academy a success for our neighborhoods, families, and children.

Thank you for considering the Emerald Academy application and I hope you will approve the school to open its doors in 2015.

Sincerely,

Rev. Steve Sexton
Director, Pastoral Care Department
The University of Tennessee Medical Center

Dr. James P. McIntyre
Superintendent, Knox County Schools
P.O. Box 2188
Knoxville, TN 37901

March 21, 2014

Dear Dr. McIntyre:

As Executive Director of Wesley House, I am writing to express support for the Emerald Academy application to open a charter school in the North city area of Knoxville. We are excited about the school's mission and vision for transforming the lives of students and believe that their educational model will have a tremendously positive impact in meeting students' needs and preparing them for high school, college, and a lifetime of success.

We are impressed by the school's commitment to academic rigor, a personalized education program, and a longer school day and school year. With its mission of creating a school that provides students with the academic foundation, skills, habits and character traits that they will need to succeed, we would be pleased to welcome Emerald Academy to Knoxville.

Emerald Youth Foundation has an outstanding record of success in providing at-risk youth with the support that they need to be successful in school and in life. We have been impressed with Emerald Youth Foundation's commitment to at-risk students and are confident that the new Emerald Charter Schools organization will build upon Emerald Youth's track record of success in urban Knoxville.

We believe that Emerald Academy will be a valuable asset to our community. We are committed to doing whatever we can to help make Emerald Academy a success for our neighborhoods, families, and children. We are committed to working with them, as we are the Knox County elementary schools, to provide exceptional after school experiences that will focus on the educational needs of the children as identified by their teachers.

We urge you to strongly consider the Emerald Academy application and approve the school to open its doors in 2015.

Sincerely,

Tim Adams

Tim Adams
Executive Director
Wesley House Community Center

**1719 Reynolds St. Knoxville, TN 37921 www.wesleyhouse.com**

Western Heights Dental

801 West Oldham Avenue, Knoxville, TN 37921, Tel: 865-522-1244, Fax: 865-525-7041
Richard Myers, DDS/Josh Steedley, DMD/Andy Sharp, DDS/ L.D. Word, DDS

Dr. James P. McIntyre
Superintendent, Knox County Schools
P.O. Box 2188
Knoxville, TN 37901

March 18, 2014

Dear Dr. McIntyre:

As Director of Western Heights Dental's *Children's Oral Health Prevention Plan* (COHPP), I am writing to express strong support for the Emerald Academy application to open a charter school in the North city area of Knoxville. We are excited about the school's mission and vision for transforming the lives of students and believe that their educational model will have a tremendously positive impact in meeting students' needs and preparing them for high school, college, and a lifetime of success.

We have partnered with Emerald Youth Foundation for two years and have witnessed first-hand the impact that the organization has on students' lives. We have been impressed with Emerald Youth Foundation's commitment to at-risk students and are confident that the new Emerald Charter Schools organization will build upon Emerald Youth's track record of success in urban Knoxville.

We are committed to extending our partnership to Emerald Academy and are dedicated to doing whatever we can to help make Emerald Academy a success for our neighborhoods, families, and children. As a partner in Community health, Western Heights Dental's *Children's Oral Health Prevention Plan* will commit to being the Community Dental Liaison for Emerald Academy students assuring that their oral health needs are met. We will continue providing oral health educational programs for those students who are at a greater risk of having dental diseased teeth due to health disparities in underserved communities. We will also take a more proactive role in establishing and maintaining relationships with the parents, legal guardians, teachers, and the school staff on the delivery of interactive workshops/trainings aimed at raising awareness on the importance of good overall health, which affects overall health and wellness. Topics will include, but will not be limited to: the correlation between oral health and learning, what to do if you have a student who has a dental emergency, signs of children who are in pain while in school, when and how to make the referral, request, and follow-up on recommended treatment of children who need dental care.

We urge you to strongly consider the Emerald Academy application and approve the school to open its doors in 2015.

Sincerely,

Sherra Robinson
Outreach Director
Western Heights Dental's Community Outreach Program

eliminating racism
empowering women
ywca

March 24, 2014

Dr. James P. McIntyre
Superintendent, Knox County Schools
P.O. Box 2188
Knoxville, TN 37901

RE: Emerald Youth Foundation Charter School application

Dear Dr. McIntyre:

As CEO of the YWCA Knoxville, I am writing to express support for the Emerald Academy application to open a charter school in the North city area of Knoxville. We share a vision and commitment for transforming the lives of students.

We are proud to call Emerald Youth Foundation a partner. We have witnessed first-hand the impact that the organization has on students' lives. We have been impressed with Emerald Youth Foundation's dedication to at-risk students and are confident that the new Emerald Charter Schools organization will build upon Emerald Youth's track record of success in urban Knoxvill. We are happy to extend our partnership to Emerald Academy.

We urge you to strongly consider the Emerald Academy application.

Sincerely,

Marigail Mullin
CEO

*Our Common Vision: Peace, Justice, Freedom, Dignity for All People.*

Downtown Center
420 West Clinch Avenue, Knoxville, TN 37902
Phone: 865.523.6126 Fax: 865.637.5263

Phyllis Wheatley Center
124 South Cruze Street, Knoxville, TN 37915
Phone: 865.546.0651 Fax: 865.522.8095

United Way Community Partner

SOUTH COLLEGE

Dr. James P. McIntyre
Superintendent, Knox County Schools
P.O. Box 2188
Knoxville, TN 37901

March 17, 2014

Dear Dr. McIntyre:

The purpose of this letter is to support Emerald Academy's application to open a charter school in North Knoxville. I believe a charter school will be advantageous to the students in this area of town by providing resources that will enhance their opportunities for academic success.

Emerald Youth Foundation's involvement in establishing the charter school is a definite asset due to their long history of serving Knoxville's inner city population. I am aware of their commitment to teaching and learning, and I recognize the impact the organization has on students' lives. I have been impressed with Emerald Youth Foundation's commitment to at-risk students and am confident that the new Emerald Charter Schools organization will build upon Emerald Youth's track record of success in urban Knoxville.

Furthermore, I support the school's mission and vision for transforming the lives of students. I also agree with their plan to start the school with two grades and then gradually add grades each year until there are students enrolled in grades K-8.

Because Emerald Academy will be a welcome addition to our community, I ask you to strongly consider their application and approve the school to open in 2015.

Sincerely,

Stephen A. South
President


Main Campus: 3904 Lonas Drive • Knoxville, TN 37909 • (865) 251.1800 • Fax: (865) 584.7335
www.southcollegetn.edu

## Attachment 15: Enrollment Policy

- Provide as an attachment the school Enrollment Policy, which should include the following:
  - Tentative dates for the application period and enrollment deadlines and procedures, including an explanation of how the school intends to receive and process application forms.
  - Any proposed articulation plans or agreements, pursuant to T.C.A. § 49-13-113.
  - A timeline and plan for student recruitment/engagement and enrollment.
  - An explanation of the purpose of any pre-admission activities for students or parents; and
  - Policies and procedures for student waitlists, withdrawals, re-enrollment and transfers.

**Enrollment Policy**
In accordance with Tennessee state law, application to and enrollment in Emerald Academy will be open to students residing within the jurisdiction of Knox County Schools. Emerald Academy embraces diversity and has been established with the belief that all scholars have the ability to succeed, regardless of ethnicity, socio-economic status, disability, or academic skill. Emerald Academy does not discriminate on the basis of disability, race, creed, color, gender, national origin, religion, ancestry, home language, housing status, or need for special education services.

**Application Period**
Emerald Academy will accept applications from September 1, 2014, or 30 days after approval of the charter, whichever is later, through March 30, 2015.

**Enrollment Deadlines**
All applications must be received by 5:00pm EDT on March 30, 2015.

**Receipt and Processing of Application Forms**
Applications can be submitted by mail or in person. All applications that are received will be date-stamped and numbered. We will mail an acknowledgement for all applications submitted by mail and provide a receipt for all applications submitted in person.

**Lottery and Enrollment**
If there are more applications than seats available in a grade level, Emerald Academy will conduct a public lottery for that grade. In accordance with Tennessee State Law and the rules of the State Board of Education, the lottery will be held on April 3, 2015 and will be certified by either an independent accountant or law firm.

The following applicants will receive preference in the lottery:

- Children of a teacher, charter sponsoring organization, or member of the board of directors so long as the number of applicants does not exceed 10 percent of the total enrollment or 25 scholars, whichever is less.
- Siblings of scholars who are already enrolled.

Once all seats have been allocated, remaining applicants will be placed on a wait list through the lottery.

In the event that the number of applications does not exceed the seats available for any grade level by the end of the application period, scholars will be enrolled on a first-come, first-served basis until all seats are filled.

**Notification**
Emerald Academy will mail the results of the lottery to parents on April 6, 2015 indicating either that the scholar is accepted or the scholar's position on the wait list. Parents of scholars who have been accepted for enrollment will have two weeks to confirm their intent to enroll in writing. If this confirmation is not received by April 20, 2015, the family will forfeit their child's seat.

**Wait Lists**
Should the number of applicants exceed the seats available in any grade level, scholars will be placed on a wait list according to the lottery process described above. Should seats become available, scholars will be accepted from the wait list in the order assigned by the lottery.

All applications that are received after the application period will be placed at the end of the wait list on a first-come, first-served basis.

Should there be seats available after the wait list is exhausted, scholars will be enrolled on a first-come, first-served basis.

**Withdrawals and Transfers**
If a scholar transfers out of or withdraws from Emerald Academy, his or her seat will be given to the next applicant on the wait list.

**Re-Enrollment**
A scholar who transfers out of Emerald Academy and wishes to re-enroll will follow the same process as all other applicants.

**Pre-Admission Activities for Scholars or Parents**
Emerald Academy does not have any pre-admission requirement for scholars or parents. However, we will hold optional open houses for parents and scholars throughout the application process.

**Timeline for Scholar Recruitment/Engagement and Enrollment**
See the *Marketing, Recruitment and Enrollment* section of the proposal for a timeline of scholar recruitment and engagement activities.

## ATTACHMENT 16: EMPLOYEE HANDBOOK

This attachment contains the table of contents of the Emerald Charter Schools Employee Handbook, which will contain all of the school's personnel policies. We are currently in the process of drafting the policies and procedures which will be contained in this handbook. We would be happy to provide these drafts upon request.



KCBOE09900

# Emerald Charter Schools Employee Handbook

## TABLE OF CONTENTS


**1. INTRODUCTION AND WELCOME**

**2. EMPLOYMENT**

a. EMPLOYEE PROFESSIONAL CONDUCT
b. EQUAL EMPLOYMENT OPPORTUNITY
c. NO-HARASSMENT POLICY
d. SEXUAL HARASSMENT
e. OTHER HARASSMENT
f. COMPLAINT PROCEDURE AND INVESTIGATION
g. INVESTIGATION AND RESPONSE
h. CONFIDENTIALITY
i. SUMMARY OF RESPONSIBILITIES
j. RECRUITMENT
k. EMPLOYMENT CATEGORIES
l. GENERAL DEFINITIONS
m. INTRODUCTORY PERIOD
n. PHASING OUT/ELIMINATION OF POSITIONS – REDUCTION-IN-FORCE
o. SEPARATION (RESIGNATION/TERMINATION)
p. TERMINATION
q. RETURN OF SCHOOL PROPERTY
r. UNAUTHORIZED ABSENCE
s. VERIFICATION OF ABSENCE
t. PERSONNEL RECORDS AND FILES
u. COPYRIGHTS
v. NEPOTISM
w. OUTSIDE EMPLOYMENT
x. EMPLOYMENT-AT-WILL
y. PRIMARY GOALS AND RESPONSIBILITIES OF FACULTY AND STAFF
z. HOURS

**3. IMMIGRATION LAW COMPLIANCE**

**4. TIME AND ATTENDANCE (PAYROLL SERVICE)**

a. WORK DAYS AND WORK WEEK
b. PAY PERIODS
c. PAID DEDUCTIONS AND GARNISHMENTS
d. OVERTIME
e. VISITORS IN THE WORKPLACE

**5. BENEFITS: PAID LEAVE**

a. SCHOOL CALENDAR AND HOLIDAY LEAVE
b. WEATHER DAYS AND OTHER CLOSINGS

c. PERSONAL LEAVE ACCRUAL
d. PERSONAL LEAVE USE
e. BEREAVEMENT
f. SICK LEAVE
g. MILITARY LEAVE
h. EDUCATION/CONTINUING EDUCATION
i. TUITION PAYMENT/EDUCATIONAL ASSISTANCE
j. LEAVE WITH OR WITHOUT PAY
k. FAMILY AND MEDICAL LEAVE
l. BENEFITS CONTINUATION WHILE ON FMLA LEAVE
m. RETURN FROM FMLA LEAVE
n. LIMITATIONS ON REINSTATEMENT
o. FAILURE TO RETURN TO WORK FOLLOWING FMLA LEAVE
p. ADDITIONAL INFORMATION
q. REQUESTS FOR FMLA LEAVE
r. REQUIRED DOCUMENTATION
s. JURY DUTY AND WITNESS SUBPOENAS

**6. BACKGROUND CHECKS**

**7. VACATION DAYS (PAYROLL SERVICE)**

a. VACATION LEAVE (ADMINISTRATIVE/INSTRUCTIONAL STAFF)
b. INSTRUCTIONAL STAFF
c. NON-INSTRUCTIONAL STAFF
d. PART-TIME INSTRUCTIONAL STAFF
e. PART-TIME NON-INSTRUCTIONAL STAFF
f. ADMINISTRATIVE VACATION LEAVE

**8. BENEFITS: INSURANCE/HEALTH**
a. MEDICAL
b. DENTAL
c. LIFE
d. VISION
e. WORKERS' COMPENSATION
f. DISABILITY INSURANCE
g. DECLINATION OF INSURANCE BENEFITS
h. RESERVATION OF RIGHTS

**9. BENEFITS: OTHER**

a. RETIREMENT
b. UNEMPLOYMENT COMPENSATION
c. COBRA

**10. EVALUATION AND PROBLEM SOLVING PROCEDURES**

a. EVALUATIONS
b. PROBLEM/CONFLICT RESOLUTION

**11. HR POLICY**

a. CONFIDENTIALITY
b. PERSONNEL INQUIRIES
c. BAN ON ACCEPTANCE OF GIFTS
d. CONFIDENTIAL AND PRIVILEDGED INFORMATION
e. PERSONAL APPEARANCE/DRESS CODE
f. SOLICITATION
g. VIOLENCE IN THE WORKPLACE
h. CODE OF ETHICS AND STANDARDS OF CONDUCT
i. DRUG AND ALCOHOL-FREE WORKPLACE – DRUG SCREENING
j. USE OF FACILITES AND EQUIPMENT
k. USE OF THE PHONE, COPIERS AND MAIL SYSTEMS

**12. SMOKING**

**13. AMERICANS WITH DISABILITIES ACT (ADA)**

**14. OCCUPATIONAL HEALTH AND SAFETY ACT (OSHA)**

**15. SERVICE DIRECTORY**

**16. EMPLOYEE ASSISTANCE PROGRAM**

**17. ETHICS/CONFLICTS OF INTEREST**

**18. MANDATED REPORTER**

**19. CERTIFICATION OF RECEIPT OF PERSONNEL MANUAL BY EMPLOYEES**

# EXHIBIT 32

# KNOXVILLE PREPARATORY SCHOOL

## Application for a Public Charter School

**Category 3**

***Submitted to***

**Knox County Department of Education**

***Submitted by***

**PREP Public Schools**

**February 2023**

Table of Contents

GENERAL INFORMATION .......... 4

ASSURANCES .......... 6

EXECUTIVE SUMMARY .......... 7

SECTION 1: ACADEMIC PLAN DESIGN AND CAPACITY .......... 10

1.2 ENROLLMENT SUMMARY .......... 10

1.3 ACADEMIC FOCUS AND PLAN .......... 29
1.5 PHASE-IN/TURNAROUND PLANNING .......... 29
1.8 SCHOOL CALENDAR AND SCHEDULE .......... 29
1.11 RECRUITMENT AND ENROLLMENT .......... 40
1.12 COMMUNITY INVOLVEMENT AND PARENT ENGAGEMENT .......... 52A

SECTION 2: OPERATIONS PLAN AND CAPACITY .......... 53

2.10 CHARTER MANAGEMENT ORGANIZATION (IF APPLICABLE) .......... 53
2.12 NETWORK VISION, GROWTH PLAN & CAPACITY .......... 53
2.13 NETWORK MANAGEMENT .......... 67
2.14 NETWORK GOVERNANCE .......... 87
2.15 PERSONNEL/HUMAN CAPITAL - NETWORK-WIDE STAFFING PROJECTIONS .......... 106

SECTION 3 FINANCIAL PLAN AND CAPACITY .......... 109

3.1 PLANNING AND BUDGET WORKSHEET (ATTACHMENT N) .......... 109

3.2 BUDGET NARRATIVE (ATTACHMENT O) .......... 110

3.3 NETWORK FINANCIAL PLAN (ATTACHMENT P) .......... 111

SECTION 4: PORTFOLIO REVIEW/PERFORMANCE RECORD .......... 112

4.1 PAST PERFORMANCE .......... 112

ATTACHMENTS .......... 123

ATTACHMENT A: ANNUAL ACADEMIC CALENDAR .......... 124

ATTACHMENT E: LETTERS OF SUPPORT/MOUS/CONTRACTS FROM THE COMMUNITY 129

ATTACHMENT L: NETWORK ANNUAL REPORT ........ 149

ATTACHMENT M: NETWORK ORGANIZATIONAL CHART ........ 151

ATTACHMENT N: PLANNING AND BUDGET WORKSHEET ........ 154

ATTACHMENT O: BUDGET NARRATIVE ........ 178

ATTACHMENT P: NETWORK FINANCIAL PLAN ........ 191

ATTACHMENT Q: STUDENT ACHIEVEMENT/GROWTH RESULTS ........ 194

ATTACHMENT R: SCHOOL REPORTS/AUTHORIZER EVALUATIONS ........ 269

ATTACHMENT S: SCHOOL FINANCIALS ........ 283

ATTACHMENT: CHATTANOOGA PREPARATORY SCHOOL ORIGINAL CHART APPLICATION

## GENERAL INFORMATION

Name of proposed school: **Knoxville Preparatory School**

Projected year of school opening with the identified authorizer: **2024-2025**

Charter authorizer for proposed school: **Knox County Schools**

Sponsor/Sponsoring entity: **PREP Public Schools**

The sponsor is a not-for-profit organization with 501(c)(3) status: **Yes _x_** No__ In Process____

Model or focus of proposed school: **Single gender (male) with a focus on innovation and leadership**

City or geographic community for proposed school: **Knoxville, TN**

Name of primary contact person (this person should serve as the contact for follow-up, interviews, and notices regarding this application): **Mr. Brad Scott**

Primary Contact mailing address: **1849 Union Avenue, Chattanooga, TN 37404**

Primary Contact work telephone: **(423) 760-2735**___ Primary Contact mobile telephone: (___) ______

Primary Contact email address: **bradscott@chattanoogaprep.com**

Names, current employment, and roles of all people on school design team, including school leader:

| Full name | Current employer and job title | Position with proposed school |
|---|---|---|
| Brad Scott | Chief Executive Officer (CEO) PREP Public Schools | CEO PREP Public Schools |
| Juan Aguinaga | Chief Academic Officer (CAO) PREP Public Schools | CAO PREP Public Schools |
| Diamond Kelly | Principal Chattanooga Prep | Future Chief Schools Officer PREP Public Schools |
| Micah Reed Bess | Chief Operating Officer (COO) PREP Public Schools | COO PREP Public Schools |
| Stan Carter | Omni Visions Foster Care, social worker and youth leader | Part Time Knox Prep Director for Community Engagement |
| Tiffany Davidson | ED Knoxville City Policy Advisory & Review Committee | Local Advisory Council member |
| Marcus Jackson, M.A.Ed. | COO, Boys & Girls Club of the TN Valley | Local Advisory Council member |
| Rick Kuhlman | Director, Knoxville Fellows | Local Advisory Council member |
| Golden Littlejohn | Community resident and parent | Local Advisory Council member |
| Dasha Lundy | Co-owner, The Women LLC | Local Advisory Council member |
| Javiette Samuel | Assistant Vice Chancellor for Diversity and Engagement and Director of Community Engagement and Outreach | Local Advisory Council member |
| Jeff Talman | VP of Mortgage Lending, Guaranteed Rise | Local Advisory Council member |
| Amber Williams | Higher Education Professional, University of Tennessee | Local Advisory Council member |
| Level Field Partners | Not Applicable | Partner |
| Charter School Growth Fund | Not Applicable | Funder |

Does the proposed school intend to contract or partner with a charter management organization (CMO)?

**X Yes** ☐ No | If yes, identify the CMO or other partner organization: **PREP Public Schools_____**

Does this applicant have charter school applications under consideration by any other authorizer?

☐ Yes **x No**

If yes, complete the table below, adding lines as needed:

| State | Authorizer | Proposed School Name | Application Due Date | Decision Date | Proposed opening year |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**Indicate Applicant Type: (Please check only one box)**

☐ New-Start Applicant (Category 1)
☐ Sponsor of Existing TN School Proposing New School with Change in Focus/Grade (Category 2)
☐ Out-of-State Sponsor (Category 2)
☐ New Sponsor Proposing Multiple Schools (Category 2)
x Sponsor of Existing TN School Proposing to Replicate (Category 3)
☐ Sponsor of Existing School in the ASD Seeking Authorization from Its Home LEA (Category 4

## ASSURANCES

As the authorized representative of the sponsor, I hereby certify that the information submitted in this application for a charter for Knoxville Preparatory School is true to the best of my knowledge and belief, realizing that any misrepresentation could result in disqualification from the application process or revocation after award; and if awarded a charter, the school:

1. Will operate as a public, nonsectarian, non-religious public school, with control of instruction vested in the governing body of the school under the general supervision of the authorizer and in compliance with the charter agreement and the Tennessee Public Charter Schools Act;
2. Will follow all federal, state, and local laws and regulations that pertain to the operation of a public school, unless waived according to Tenn. Code Ann. § 49-13-111(p);
3. Will provide special education services for students as provided in Tenn. Code Ann. Title 49, Chapter 10, Part B of the Individuals with Disabilities Education Act, Title II of the Americans with Disabilities Act of 1990, and Section 504 of the Rehabilitation Act of 1973;
4. Will adhere to all provisions of federal law relating to students who are limited English proficient, including Title VI of the Civil Rights Act of 1964 and the Equal Educational Opportunities Act of 1974, that are applicable to it;
5. Will follow all federal and state laws and constitutional provisions prohibiting discrimination on the basis of disability, race, creed, color, national origin, religion, ancestry, or need for special education services;
6. Will utilize this application as a contract with the authorizer, if no other agreement is signed, pursuant to Tennessee Attorney General Opinion No. 10-45;
7. Will comply with all provisions of the Tennessee Public Charter Schools Act, including, but not limited to
   a. employing individuals to teach who hold a license to teach in a public school in Tennessee;
   b. complying with Open Meetings and Open Records laws (Tenn. Code Ann. §§ 8-44-101 *et seq.*; 10- 7-503, 504) (guidance is available from the Office of Open Records Counsel);
   c. not charging tuition, except for students transferring from another district to the school pursuant to the local board's out-of-district enrollment policy and Tenn. Code Ann. § 49- 6-3003;
   d. following state financial (budgeting and audit) procedures and reporting requirements according to Tenn. Code Ann. § 49-13-111, 120, and 127;
   e. requiring any member of the governing body, employee, officer, or other authorized person who receives funds, has access to funds, or has authority to make expenditures from funds, to give a surety bond in the form prescribed by Tenn. Code Ann. § 8-19-101; and
8. Will, at all times, maintain all necessary and appropriate insurance coverage.

[signature]
**Signature**

Brad Scott
**Printed Name of Authorized Representative**

CEO
**Title of Authorized Representative**

## EXECUTIVE SUMMARY

### School Plan
PREP Public Schools proposes opening Knoxville Preparatory School (Knox Prep), an all-boys charter school with a focus on innovation and leadership. Knox Prep will open in 2024-25 with 105 sixth grade students and add one cohort of students until the school reaches full capacity in 2030-31, serving 700 students in grades 6-12. Knox Prep will be PREP Public Schools' first replication of Chattanooga Prep (Chatt Prep), a Tennessee Value-Added Assessment System (TVAAS) Level 5 School with a similar focus and grade structure.

### Mission and Vision
Knox Prep's mission is to engage young men in a rigorous yet supportive, single-gender learning environment that nurtures resilience, promotes academic excellence, inspires leadership, and prepares critical thinkers. The school is driven by its vision, to inspire and empower young men to achieve academically and participate in a collaborative learning community that will establish a trajectory for lifelong learning and success.

### Academic Focus and Plan
Knox Prep will prepare students for postsecondary experiences and careers of their choice through implementation of the following five components.

1. **Rigorous Instruction**: Our comprehensive, college preparatory, standards-aligned curriculum is centered around themes of innovation and leadership.
2. **Data-driven decisions**: Our assessment program will inform excellent, post-secondary readiness instruction while providing predictable, trackable data points to support effective practices across an expanding network.
3. **Targeted support** based on student's academic, social-emotional, and health needs: Knox Prep will proactively identify, plan, and support all students' needs by getting to know and understand each one of our students.
4. **Individualized Learning:** Individualized learning will ensure students work on mastering content and skills in their own zone of proximal development.
5. **Cultural Relevancy:** Knox Prep will ensure our boys interact with curriculum and participate in activities that they relate to in their daily life. Partnerships with business, social, civic and cultural organizations will extend boys' educational experiences into the broader community.

### Geographic and Population Considerations
The impetus for PREP Public Schools to open a campus in Knoxville was informed by demand from local families and community members. While Knox Prep will be open to all boys in Knox County, recruitment efforts will be focused on the communities serving the greatest concentrations of students living in poverty and the highest percentages of students with academic learning deficits. The school has been intentionally designed to help boys and young men living in the urban core of Knoxville/Knox County (particularly students living within twelve minutes of our proposed location: students living in the Western Heights and Old North Knoxville neighborhoods). Although schools in this area have made significant efforts to support underserved and underprepared learners, students continue to face dire odds of achieving academic success. For far too many of these students, geography becomes their destiny. They become trapped in a cycle of poor resources, learning deficits, and mounting barriers to academic progress. Knox Prep's proposed location and community have been purposefully selected to closely mirror the student population at Chatt Prep in the percentage of black and low-income students. Compared with their peers county-wide, our target students are not likely to be proficient in reading and in math; they are likely to drop out of school; they are likely to experience school

discipline in the form of a suspension or expulsion; they are likely to live in a low-income household. About 92 percent of Knox County's population aged 25 years or older has a high school education or higher, with more than one-third (39 percent) holding a bachelor's degree or higher, and 15 percent completing a graduate or professional degree. However, education levels of residents holding a high school diploma are lower in the target neighborhoods: 66.1% of adults in Western Heights have completed high school, which is 23.7% lower than the national average. 83.5% of adults in Old North Knoxville have completed high school, which is 6.3% lower than the national average.

At this time, nearly a quarter of high school students don't graduate from high school. Data[1] shows a 76.4% graduation rate at Fulton High School, the high school in closest proximity to our target students' homes – just over one mile from our proposed facility at 967 Irwin Street. Research shows that parents' education level has a significant impact on their children's success. The Inside Higher Ed study found students from no-degree families who did go to college directly after high school had a difficult time finishing school, a fact that may be attributed to the lack of an education role model. There is also a correlation between parents' education level and families' income level. According to the National Center for Children in Poverty (NCCP), the less education a parent has, the more likely the family will be considered "low-income."

The proposed neighborhoods have a higher rate of childhood poverty. Approximately 84% of children in the target neighborhoods live in poverty. The median household income ($19,787) of the Western Heights census tract is less than the Knoxville median household income and about one-third the median household income of Knox County. The median individual income in Western Heights is $16,853 and $25,918 for residents of Old North Knoxville, compared to $55,266 in Knox County. $29,134.45 is the average household income of the 1,014 male students currently ( 07-01-22 thru 01-13-2023) being served at the Boys & Girls Clubs of the Tennessee Valley where Knox Prep will open (See E for an MOU regarding this facility). According to the Western Heights Transformation Plan (WHTP),[2] 65% of residents need emergency pantry food. Housing costs continue to rise, which could be an affordability risk that leads to displacement of families; however, KCS enrollment data shows high school enrollment rates continue to increase. Poverty negatively impacts students in a variety of ways, including like health issues stemming from a non-nutritional diet, homelessness, lack of food, or the inability to receive medical treatment for illnesses. These factors often place more stress on a student, which can negatively impact the student's ability to succeed in a school.[3]

Knoxville's black poverty rate has risen over the years and at 42%, is the highest in the entire Southeast of cities its size - exceeding the black poverty rates of Memphis, Chattanooga and Atlanta.[4] Almost half of African-American Knoxvillians can barely put food on the table and are unemployed at a higher rate than whites despite their much lower population numbers.[5] The racial

---

[1] https://tdepublicschools.ondemand.sas.com/school/004700090/performance/gradRate
[2] https://issuu.com/urbandesignassociates/docs/westernheightstransformationplan
[3] https://www.nassp.org/poverty-and-its-impact-on-students-education/
[4] https://www.knoxnews.com/story/opinion/2019/10/17/poverty-continues-death-trap-knoxvilles-black-residents/3977212002/
[5] Ibid

makeup of the Western Heights neighborhood is predominantly African-American.[6] While there is a white population, whites and African Americans remain mostly segregated.[7] The community reports safety concerns.

- According to 40.85 UCR Part 1[8] violent crimes per 1,000 residents in Beat 72 (3-year average; 73.9% higher than the average rate for the City of Knoxville).
- Just 20% of residents feel neighborhood safety is good or very good and 35% of residents feel children are safe to play and gather outdoors.
- While adult residents state they love their friendly neighbors and organizations such as places of faith and the Boys & Girls Club, they state the community lacks a community support system. Further, there is limited availability of economic opportunity.

**Challenges**
The PREP Public Schools model has been intentionally designed to help boys and young men living in urban core overcome barriers that, all too often, create stumbling blocks to academic achievement. The purpose of the school is to change the lives of young men who face multiple challenges to academic success. We are committed to ongoing recruitment and outreach efforts to sustain enrollment, long term community development and will provide resources in partnership with business, social, civic and cultural organizations as well as places of worship to counter the impact of poverty and bolster community cohesion and extend boys' educational experiences into the broader community. Each student is paired with a mentor. To address the challenge of low academic performance, Knox Prep offers academically underperforming boys an academic option that has been carefully designed to accelerate learning to proficient and advanced levels. The focus on development of the "whole child" includes intensive social/emotional supports available on-site and integrated into the school model.

**Capacity**
KPS's charter will be held by PREP Public Schools, Inc. PREP Public Schools (or "PREP Schools") is governed by strong and experienced board members who have the capacity to monitor and provide oversight of the school's academic, administrative, and fiscal operations. The board members represent a cross-section of dedicated and experienced educators, community leaders, business and organizational leaders who share a belief in the network's mission (Section 2.14). The network's leadership team members, including a Chief Executive Officer, Chief Academic Officer, Chief Operating Officer, and school Principal (future Chief Schools Officer) have the collective capacity to support PREP Schools' growth plan and operate academically, operationally, and financially successful schools. Leadership team members have successfully implemented the program in Chattanooga and continue to receive the training and support needed to effectively transfer DNA to the KPS principal. Data, showing the model we plan to replicate has proven effective with a similar student population (See Attachment Q), provides evidence that the proposed leadership team has the capacity to garner similar results with a similar student population in Knox County. Finally, the school is supported by a local advisory council composed of community members that reflect the ethnic, racial and economic community in the geographic area served by the school. Each board, leadership and advisory council member leverages their expertise to help KPS achieve its goals.

---

6 https://trace.tennessee.edu/cgi/viewcontent.cgi?referer=&httpsredir=1&article=1097&context=utk_chanhonoproj
7 https://www.sciencedirect.com/science/article/abs/pii/S014362281100066X
8 https://issuu.com/urbandesignassociates/docs/westernheightstransformationplan

# SECTION 1: ACADEMIC PLAN DESIGN AND CAPACITY

## 1.2 Enrollment Summary

*In this section:*

(a) *Describe the community from which the proposed school intends to draw students, including the demographic profile and the school zones of the schools currently in operation within the proposed community.*

(b) *Provide a rationale for selecting the community where the proposed school will be located.*

(c) *Discuss the academic performance and enrollment trends of existing schools in that community.*

(d) *Describe the specific population of students the proposed school intends to serve.*

(e) *Describe what the proposed school would do more effectively than the schools that are now serving the targeted population. What different educational options will the proposed school offer?*

(f) *If you are the sponsor of an existing school, describe*
- *any enrollment practices, processes, and policies of the proposed school that will differ from your existing school(s); and*
- *how the community for the proposed school is similar and/or different from the community that you currently serve.*

(g) *Complete the enrollment summary and anticipated demographics charts below.*

**Proposed Community**

In direct response to community demand and need, Knox Prep plans to be centrally located at 967 Irwin Street in District 2[9] or Region 5[10] of the newly organized Knox County Schools within the Old North Knoxville neighborhood and in close proximity to and serving the Western Heights community. Knox Prep will sit approximately two miles to the west of downtown Knoxville. Knoxville is known for its beautiful views of the Smoky Mountains and its downtown, the heart and soul of East Tennessee. The Western Heights neighborhood features a special artistic and liberal arts heritage. The neighborhood, sometimes referred to as Beaumont, is just north of Knoxville College, a respected liberal-arts institution for African American students. It attracted many of the nation's African American elite intellectuals, from




---

9 https://www.kgis.org/portal/OnlineTools/SchoolZoneSearch.aspx
10 https://www.knoxschools.org/region5

KNOXVILLE
PREPARATORY
SCHOOL

George Washington Carver to WEB Dubois and Martin Luther King.[11] Knoxville is a city with a rich history and a bright future – a community with boundless capacity for innovation, transformation, and economic prosperity. Unfortunately, disinvestment, physical barriers, residential and commercial vacancies, and concentrated poverty have kept the neighborhood from realizing its full potential.[12]

Knox Prep seeks to be authorized by Knox County Schools (KCS), the third largest school district in the state of Tennessee. As stated in the 2021-22 school report card, Knox County Schools serves nearly 59,000 (58,873) students in 91 traditional public schools. The county includes one charter school. According to 2021-22 report card data, the majority (67%) of KCS students are white, 3% are Asian, 17% are African American/black, 12% Hispanic/Latino, 21% are economically disadvantaged, 8% are English learners, slightly more than half (51.6%) are male and 14% are students with disabilities.

KCS is committed to providing their students with the instruction, resources and support they need to achieve their goals .[13] Investing in students not only helps them as individuals but also ensures a vibrant future for all of Knox County. However, in accordance with Tennessee's accountability system, as well as federal and state law, the Tennessee Department of Education designated KCS In Need of Improvement for 2021-22. Six other districts - four of which are in East Tennessee - also ranked in the bottom 4 percent of all districts.[14] Districts receive an In Need of Improvement designation if their overall score falls in the bottom five percent of districts. While academic growth and chronic absenteeism were two areas identified as significantly impacting KCS's score, the district superintendent highlighted the opportunity "to redouble efforts to serve every child in Knox County and ensure they receive the highest-quality education."[15]

While Knox Prep will be open to all boys in Knox County, the school has been intentionally designed to help boys and young men living in the urban core of Knoxville / Knox County overcome barriers that, all too often, create stumbling blocks to academic achievement. Therefore, the location and community has been purposefully selected to closely mirror the student population at Chatt Prep with 80% of students living in low-income families[16], 62% African American/black, 34% Hispanic/Latino, 4% white and 100% male. We anticipate the school's student population will be more similar to the student demographics at the county's only charter

---

11 https://issuu.com/urbandesignassociates/docs/westernheightstransformationplan
12 Ibid.
13 https://www.knoxschools.org/
14 https://www.knoxnews.com/story/news/education/2022/09/15/superintendent-jon-rysewyk-community-must-help-lift-up-knox-county-schools/10369679002/
15 https://www.knoxschools.org/site/default.aspx?PageType=3&DomainID=4&ModuleInstanceID=53858&ViewID=6446EE88-D30C-497E-9316-3F8874B3E108&RenderLoc=0&FlexDataID=175407&PageID=1
16 TN 2021-22 report card inaccurately reports the economically disadvantaged student enrollment rate. Seventy-eight percent (78%) of Chatt prep students are economically disadvantaged.

KNOXVILLE
PREPARATORY
SCHOOL

school, Emerald Youth Academy (EYA). EYA, serving nearly 500 students in grades K-8, has a different demographic population than KCS with 54% of students economically disadvantaged (+33%), 77.3% black (+60%),14% Hispanic (+2%), 13.7% white (-54%) and 12.6% students with disabilities (-1.5%). Knox Prep has a unique positioning to offer Knox County families additional school choice with the county's second charter school and the first all-boys public school aimed to build men of tomorrow.

Recruitment and outreach efforts will target families of students living[17] and/or attending schools located within twelve miles of the proposed Knox Prep facility with 2021-22 report card data showing one or more of the following:

1. Students are not meeting grade level academic standards on the Tennessee Comprehensive Assessment Program or TCAP (i.e, an achievement score below 2.5);
2. Students are not demonstrating expected progress or growth from one year to the next compared to other students across the state using Tennessee Value-Added Assessment System or TVAAS data (i.e., composite growth score of 2 or below);
3. Student growth is far below expectation (i.e., composite growth score of 1);
4. The school has been named a focus school, falling within the bottom five percent for their weighted overall accountability scores for any given student subgroup or any given racial or ethnic group (i.e., Targeted Support and Improvement (TSI) or Additional Targeted Support and Improvement (ATSI)) during 2021-22; and/or
5. The school has been named a priority school due to multiple years of low academic performance.

School zones (in School Board Districts 1[18] and 2) that our target student population are most likely to attend include the following elementary, middle, and high schools:

- **Elementary Schools:** *Pond Gap ES* (ATSI), West Hills ES, *West View ES*, Pleasant Ridge ES, Norwood ES, Mooreland Heights ES, Ritta ES (ATSI), Gibbs ES (TSI), Inskip ES (ATSI), *Maynard ES*, *Lonsdale ES* (Priority), Belle Morris ES, *Sarah Moore Green ES* (ATSI), Spring Hill ES (ATSI).
- **Middle Schools:** Bearden Middle (ATSI), *Vine Middle School* (Priority), Gresham MS (ATSI) and Northwest MS (ATSI).

**High Schools:** *Austin East High* (Priority) and Fulton High (TSI).

Knox Prep will also be in close proximity to Knoxville College. At the time of submission, Knox Prep is in communication with Knoxville College leadership about potentially leasing the old Knoxville College football field for athletic space.

---

[17] Knox Prep will work to bring students that are leaving the neighborhood to attend schools beyond our attendance zone
or to attend private schools (20-30 miles out of the community) back into the district bounds.
[18] Note: Schools physically located in District 1 are italicized in this list (https://www.knoxschools.org/1st).

KNOXVILLE
PREPARATORY
SCHOOL

| School Name<br><br>Enrollment | Region | Distance from Knox Prep (in miles) | ACCT Status | Overall Success Rate (math and ELA)<br><br>Achievement Score | ELA Success Rate | MATH Success Rate | Science Success Rate | Growth | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Comp | ELA | Math | Sci |
| ELEMENTARY SCHOOLS | | | | | | | | | | | |
| Bearden ES<br>342 | 1 | 7.2 | | 56.9%<br>3.4 | All 54.5<br>BHNA<br>34.1<br>ED 37.2<br>W 67.2 | All 57<br>BHNA<br>28.2<br>ED 36.6<br>W 67.9 | All 56.9<br>BHNA 30<br>ED 32.6<br>W 67.3 | 3 | 3 | 3 | 4 |
| Pond Gap ES<br>357 | 1 | 7.1 | ATSI | 14.8%<br>1.7 | All 17.5<br>BHNA<br>15.7<br>ED 14<br>W 22.4 | All 10.7<br>B 6.6<br>ED *<br>BHNA | All 17<br>BHNA 14<br>ED 14<br>W 22.4 | 3 | 3 | 3 | 2 |
| Rocky Hill ES<br>701 | 1 | 11 | | 65.9%<br>3.3 | All 68.7<br>W 73.9<br>BHNA<br>35.4<br>ED 23.3 | All 63<br>W 66.4<br>BHNA<br>35.4<br>ED 20 | All 69.8<br>BHNA<br>37.5<br>ED 36.7<br>W 75 | 4 | 3 | 3 | 3 |
| Sequoyah ES<br>474 | 1 | 5.6 | Reward | 75.8<br>4 | All 79<br>W 78.7<br>BHNA 80<br>ED * | All 72.2<br>W 72.4<br>BHNA 90<br>ED * | All 79<br>BDHA 80<br>ED<br>W 78.7 | 5 | 4 | 5 | 3 |
| West Hills ES<br>694 | 1 | 9.1 | | 37.8<br>2.9 | All 42.<br>BHNA<br>25.2<br>ED 31.3<br>W 52.2 | All 32<br>BHNA<br>15.5<br>ED 23.4<br>W 42.1 | All 42<br>BHNA<br>25.2<br>ED 31.3<br>W 52.2 | 1 | 3 | 1 | 3 |
| West View ES<br>194 | 1 | 2.6 | | 11.7<br>2 | All 14.5<br>BHNA 9.5<br>ED 13.4<br>W 25 | All 8.2<br>BHNA 6.2<br>ED *<br>W 11 | All 14.5<br>BDHA<br>9.5<br>ED 13.4<br>W 25 | 3 | 4 | 1 | 1 |
| West Haven<br>322 | 2 | 4.3 | | 22.4<br>2.8 | All 24.8<br>BHNA<br>13.5<br>ED 26.7<br>W 38.9 | All 19.4<br>BHNA<br>15.7<br>ED 16.7<br>W 23.6 | All 26.8<br>BHNA<br>15.7<br>ED 21.7<br>W 40.8 | 4 | 5 | 3 | 2 |
| Pleasant Ridge ES<br>280 | 2 | 5.6 | | 32.6<br>4 | All 38.9<br>BHNA 37<br>ED 36.1<br>W 41.1 | All 25<br>BHNA<br>18.1<br>ED 25<br>W 31.5 | All 38.9<br>BHNA 37<br>ED 36.1<br>W 41.1 | 3 | 3 | 3 | 3 |
| Norwood ES<br>471 | 2 | 4.3 | | 19<br>1 | All 20.4<br>BHNA<br>16.1<br>ED 12<br>W 29.2 | All 17.5<br>BHNA<br>12.6<br>ED 13.9<br>W 27.3 | All 27<br>BHNA<br>23.8<br>ED 18.7<br>W 32.3 | 5 | 3 | 5 | 5 |
| Mooreland Heights<br>312 | 2 | 4.9 | | 11.3<br>.87 | All 14.6<br>BHNA 7.5<br>ED *<br>W 22.1 | All 8.4<br>BHNA 5<br>ED *<br>W 12 | All 16.1<br>BHNA<br>7.5<br>ED 5.6<br>W 25.3 | 1 | 2 | 1 | 3 |
| Ritta ES<br>543 | 3 | 5.2 | ATSI | 28<br>2.4 | All 32.4<br>BHNA<br>21.7<br>ED 22.7<br>W 37.1 | All 24.3<br>BHNA<br>21.7<br>ED 20<br>W 25.3 | All 32.5<br>BHNA<br>25.3<br>ED 26<br>W 35.8 | 1 | 3 | 1 | 3 |
| Gibbs ES<br>867 | 3 | 7.6 | TSI | 38.8<br>2.7 | All 36.6<br>BHNA<br>33.3 | All 40.6<br>BHNA<br>32.5 | All 49.9<br>BHNA<br>32.5 | 1 | 1 | 1 | 2 |

KNOXVILLE PREPARATORY SCHOOL

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Inskip ES 494 | 4 | 12 | ATSI | 12.6 1.3 | All 15.8 BHNA 12.8 ED 12.7 W 23.4 | All 9.5 BHNA 7.5 ED * W 14.8 | All 16.8 BHNA 15.3 ED 12.3 W 20.6 | 3 | 3 | 3 | 2 |
| Maynard ES 110 | 4 | 3.4 | | 7.5 2 | All 10.3 BHNA 10.9 ED 9.8 W 9.1 | All * BHNA * ED * W * | All * BHNA * ED * W 9.1 | 4 | 4 | 4 | 3 |
| Lonsdale ES 313 | 5 | 1.4 | Priority | 12.5 1 | All 15.7 BHNA 15.7 ED 16.7 W 14.3 | All 9.1 BHNA 8.7 ED 8.6 W 14.3 | All 11.2 BHNA 11.4 ED 12.8 W 7.1 | 3 | 3 | 2 | 1 |
| Beaumont Magnet 562 | 5 | 2.4 | | 44.7 2.6 | All 50.9 BHNA 24.6 ED 15.5 W 75.7 | All 40.7 BHNA 16.4 ED 8.3 W 62.8 | All 54.4 BHNA 30.6 ED 21.2 W 75.7 | 5 | 5 | 3 | 3 |
| Belle Morris 418 | 5 | 1.1 | | 17.8 1.7 | All 19.3 BHNA 16.4 ED 14.4 W 24.6 | All 14.8 BHNA 9.4 ED 9.8 W 24.2 | All 21.7 BHNA 16.9 ED 16.1 W 30.3 | 3 | 3 | 3 | 1 |
| Christenberry 422 | 5 | 1.5 | | 28.5 2.6 | All 27.2 BHNA 14.5 ED 21.1 W 51.4 | All 29.5 BHNA 20.2 ED 25.9 W 47.1 | All 38.7 BHNA 24.8 ED 34.6 W 63.8 | 5 | 4 | 5 | 5 |
| Sarah Moore Green ES 490 | 5 | 1.8 | ATSI | 10.6 1.1 | All 11.5 BHNA 9.9 ED 9.5 W 23.8 | All 9.5 BHNA 7.2 ED 7.2 W 28.6 | All 12 BHNA 10 ED 9.5 W 28.6 | 1 | 1 | 2 | 1 |
| Spring Hill ES 470 | 5 | 3.0 | ATSI | 36.4 3 | All 31.7 BHNA * ED 22.2 W 35.8 | All 45.2 BHNA * ED 33.3 W 50.9 | All 41 BHNA * ED 38.5 W 41.8 | 3 | 2 | 3 | 3 |

KNOXVILLE
PREPARATORY
SCHOOL

| MIDDLE SCHOOLS | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| School Name<br>Enrollment | Region | Distance from Knox Prep (in miles) | ACCT Status | Overall Success Rate (math and ELA)<br>Achievement Score | ELA Success Rate | MATH Success Rate | Science Success Rate | Growth | | | |
| | | | | | | | | Comp | ELA | Math | Sci |
| Bearden MS<br>1197 | 1 | 8.8 | ATSI | 32.1<br>1.6 | All 37.6<br>BHNA 16.3<br>ED 15.1<br>W 48.5 | All 26.3<br>BHNA 10.3<br>ED *<br>W 34.5 | All 39.9<br>BHNA 19.6<br>ED 17.6<br>W 51.3 | 1 | 1 | 1 | 2 |
| Vine MS 5<br>447 | 5 | 1.9 | Priority | 10.5<br>1.6 | All 11.2<br>BHNA 5.6<br>ED 5.3<br>W 35.1 | All 10.6<br>BHNA 5.4<br>ED 6.4<br>W 32.5 | All 12.5<br>BHNA 8.3<br>ED 9.8<br>W 33.8 | 1 | 1 | 3 | 1 |
| Gresham MS<br>779 | 4 | 4.6 | ATSI | 28.1<br>1.8 | All 33.5<br>BHNA 18.8<br>ED 16.7<br>W 41 | All 22.8<br>BHNA 12.1<br>ED 10.7<br>W 27.9 | All 34.9<br>BHNA 21.6<br>ED 19.8<br>W 42.1 | 1 | 1 | 1 | 3 |
| Northwest MS<br>774 | 2 | 5.1 | ATSI | 10.5<br>1.3 | All 14.6<br>BHNA 10.9<br>ED 13.3<br>W 21.1 | All 6.8<br>BHNA 5.5<br>ED 6.2<br>W 9.6 | All 17.8<br>BHNA 14.5<br>ED 15.4<br>W 24.2 | 1 | 1 | 1 | 1 |
| Emerald ACS<br>656 | x | 1.6 | | 22.9<br>2 | All 23.5<br>BHNA 21.5<br>ED 17.7<br>W 36.8 | All 21.5<br>BHNA 17.7<br>ED 17.7<br>W 47.4 | All 23<br>BHNA 20.5<br>ED 18.3<br>W 40.5 | 3 | 3 | 3 | 3 |

| CHATT PREP | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| School Name<br>Enrollment | Region | Distance from Knox Prep (in miles) | ACCT Status | Overall Success Rate (math and ELA)<br>Achievement Score | ELA Success Rate | MATH Success Rate | Science Success Rate | Growth | | | |
| | | | | | | | | Comp | ELA | Math | Sci |
| CHATT PREP<br>296 | x | x | | 20.7<br>2.8 | All 20.7<br>BHNA 18.9<br>ED 15.1<br>W < 5 | All 20.9<br>BHNA 19.2<br>ED 15.3<br>W 63.6 | All 21.6<br>BHNA 19.9<br>ED 15<br>W 63.6 | 4 | 5 | 3 | 3 |

KNOXVILLE
PREPARATORY
SCHOOL

| HIGH SCHOOLS | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| School Name<br><br>Enrollment | Region | Distance from Knox Prep (in miles) | ACCT Status | Overall Success Rate (math and ELA)<br><br>Achievement Score | ELA Success Rate | MATH Success Rate | Science Success Rate | GROWTH | | | |
| | | | | | | | | Comp | ELA | Math | Sci |
| West HS<br>1525 | 1 | 4.0 | | 36.9<br>2.4 | All 45.5<br>BHNA 23.3<br>ED 18.3<br>W 60.3 | All 26.6<br>BHNA7.8<br>ED *<br>W 38.9 | All 54.4<br>BHNA 27.8<br>ED 23.5<br>W 70.1 | 5 | 4 | 5 | 5 |
| Bearden HS<br>2048 | 1 | 9.7 | | 42.6<br>2.5 | All 53.5<br>BHNA29.8<br>ED 27.2<br>W 59.9 | All 30.2<br>BHNA 15.2<br>ED 13.2<br>W 33.4 | All 64.1<br>BHNA 42.7<br>ED 30.8<br>W 68.8 | 3 | 2 | 5 | 5 |
| Austin East<br>656 | 4 | 2.8 | Priority | *<br>1.3 | All 10.1<br>BHNA 9.3<br>ED 8.1<br>W 18.5 | All *<br>BHNA *<br>ED *<br>W 5.6 | All 7.8<br>BHNA 7.9<br>ED 7.1<br>W 7.1 | 1 | 2 | 1 | 1 |
| Fulton HS<br>922 | 5 | 1.3 | TSI | 8.7<br>1 | All 14.9<br>BHNA 11.1<br>ED 10.7<br>W 24.6 | All *<br>BHNA *<br>ED *<br>W 7.7 | All 22.6<br>BHNA 19.4<br>ED 18.3<br>W 29.5 | 1 | 1 | 3 | 3 |

*data suppressed

Further, data above includes the schools' success rates across targeted racial/ethnic and socio-economic student groups. In all schools, the Black or African American/Hispanic/Native American (BHNA) students and economically disadvantaged (ED) students are outperformed by the All-Student group (All) or white (W) peers. Knox Prep seeks to serve the most historically underperforming students. To address the disparities in success across student groups, recruitment strategies will emphasize schools serving a higher rate of low-income children of color, including students zoned to attend Pond Gap ES, Maynard ES, Sarah Moore Green ES, Spring Hill ES, Vine MS, and Austin East High School. (Demographics are provided in the table below.)

KNOXVILLE
PREPARATORY
SCHOOL

| STUDENT DEMOGRAPHICS | | | | | | |
|---|---|---|---|---|---|---|
| | Black or African American | Economically Disadvantaged | English Learner | Students with Disabilities | WHITE | HISPANIC / LATINO |
| Tennessee 967,356 | 24 | 30 | 8 | 13 | 60 | 13 |
| Knox County 58,873 | 17 | 21 | 8 | 14 | 67 | 12 |
| ELEMENTARY SCHOOLS | | | | | | |
| Bearden ES 342 | 33 | 20 | 14 | 10 | 64 | 9 |
| **Pond Gap ES 357** | 49 | 53 | 14 | 21 | 28 | 21 |
| Rocky Hill ES 701 | 5 | 7 | 5 | 12 | 83 | 7 |
| Sequoyah ES 474 | 6 | <5 | <5 | 7 | 91 | <5 |
| West Hills ES 694 | 22 | 26 | 12 | 16 | 58 | 16 |
| West View ES 194 | 39 | 55 | 19 | 11 | 29 | 32 |
| West Haven 322 | 29 | 31 | 24 | 12 | 42 | 26 |
| Pleasant Ridge ES 280 | 23 | # | 18 | 12 | 54 | 21 |
| Norwood ES 471 | 33 | 46 | 25 | 15 | 31 | 36 |
| Mooreland Heights 312 | 40 | 54 | 7 | 18 | 49 | 11 |
| Ritta ES 543 | 18 | 20 | <5 | 16 | 72 | 8 |
| Gibbs ES 867 | 9 | 19 | <5 | 17 | 90 | <5 |
| Inskip ES 494 | 43 | 47 | 18 | 14 | 33 | 23 |
| **Maynard ES 110** | 80 | 84 | <5 | 14 | 19 | <5 |
| Lonsdale ES 313 | 30 | 41 | # | 12 | 6 | 63 |
| Beaumont Magnet 562 | 28 | 32 | 14 | 14 | 53 | 18 |
| Belle Morris 418 | 34 | 48 | 20 | 16 | 35 | 31 |
| Christenberry 422 | 32 | 49 | 20 | 15 | 40 | 27 |
| **Sarah Moore Green ES 490** | 76 | 57 | <5 | 15 | 12 | 11 |
| **Spring Hill ES 470** | 49 | 43 | 16 | 17 | 12 | 21 |

| MIDDLE SCHOOLS | | | | | | |
|---|---|---|---|---|---|---|
| | Black or African American | Economically Disadvantaged | English Learner | Students with Disabilities | WHITE | HISPANIC / LATINO |
| Bearden MS 1197 | 22 | 25 | 11 | 13 | 61 | 14 |
| Vine MS 447 | 70 | 58 | 14 | 16 | 17 | 12 |
| Gresham MS 779 | 23 | 30 | 6 | 15 | 62 | 12 |
| Northwest MS 774 | 32 | 45 | 25 | 16 | 34 | 32 |
| **HIGH SCHOOLS** | | | | | | |
| | Black | ED | English Learner | SWD | WHITE | HISPANIC / LATINO |
| West HS 1525 | 25 | 20 | 6 | 10 | 60 | 12 |
| Bearden HS 2048 | 76 | 10 | 5 | 12 | 76 | 9 |
| Austin East 656 | 84 | 54 | 11 | 25 | 9 | 7 |
| Fulton HS 922 | 37 | 47 | 18 | 18 | 31 | 31 |

Within the target middle schools, the chronically out of school rate is 34.5%; seven and a half percent (7.5%) higher than the Knox County-wide average of 27% and 14.17% higher than the state average of 20.3%. Additionally, in the target area high schools, the chronically out of school rate averages 49.15%, and nearly half of the target high school students are missing 10% or more of instructional days. Not only is attendance a predictor of drop out, but also, "the correlation between attendance and dropout rates has important ramifications that go beyond the classroom. Compared to their peers who graduate, students who fail to complete their high school education are more likely to live in poverty, suffer poor health, and become involved in the criminal justice system."[19] Therefore, target area students are at tremendous risk for school drop-out.

The 4-year graduation rate for the Austin East High School is 75.2% and 76.4% at Fulton High School- meaning a full one-quarter of students do not graduate within 4 years. The cohort drop-out rate (meaning the number of students who enter 9th grade but do not persevere to graduation) is between 12.7%- 18.4%, significantly higher than the cohort dropout rate county-wide (5.4%) and more than double the cohort dropout rate across the state of Tennessee (7.9%). Further,

[19] https://soeonline.american.edu/blog/importance-of-school-attendance/

boys attending the target schools – particularly low-income children of color – also experience disproportionate rates of suspension and expulsion when compared to Knox County and state norms. The average male out of school suspension rate across target high schools is 24.5%, nearly 4 times the male suspension rate county-wide (6.7%) with data showing certain groups of students are disproportionality suspended including students of color (except Asian students) and students from low-income families.[20]

***Student Achievement Summary***

Across all grade levels and content areas, target students (particularly low-income students of color) score considerably lower on achievement assessments than their counterparts county-wide. Not surprisingly, achievement disparities that begin in elementary school continue to widen across target area students' school careers.

**Elementary & Middle Schools:** Across all content areas, the percentage of 3rd – 8th grade students who are performing below basic or at basic is significantly higher than the proportion of students who attain proficient or advanced skill levels. Compared with achievement scores county and state-wide, target area students are significantly more likely to perform below basic in math, reading / language, and science. In 3rd – 5th grade mathematics, less than one-fifth (19.5%) met or exceeded expectations and less than one quarter (23%) met or exceeded expectations in ELA. At the target area middle schools, approximately 75% of students are not meeting expectations in ELA and approximately 83% of students are not meeting expectations in mathematics. When students do not have the fundamental background knowledge for proficiency in math, it is impossible for them to succeed in more advanced coursework. Likewise, lacking a strong foundation in basic literacy, students struggle with all content areas. Student learning deficits in literacy and mathematics conspire to create stumbling blocks in general science which is reflected in the fact that only about one quarter (26%) of students are meeting expectations.

While achievement scores, which measure student mastery of grade level standards, are an important factor in measuring student learning, they don't fully reflect a teacher's or school's impact on student learning. Therefore, in addition to achievement scores, TN calculates student progress or growth using TVAAS and comparing a student's performance on a state assessment to the performance of peers who have a similar testing history. The difference between how a student would be expected to perform and his or her actual performance results in an annual measure of growth.[21] Growth data acknowledges that students start each year with different levels of knowledge or skill; measuring growth can demonstrate how well the school is helping each of its students learn, whether they are ahead of or behind their peers. TVAAS data (growth scores) shows students in half (9 of 18) of our target elementary and middle schools are making less

---

[20] https://learningpolicyinstitute.org/product/crdc-school-suspension-report

[21] https://tnscore.org/wp-content/uploads/2018/10/TVAAS_PolicymakerBrief2017.pdf

growth than expected, indicating teachers, particularly those at our target middle schools, are not sufficiently helping all students make academic gains in ELA or math.

**High Schools:** The achievement deficits that begin early for target area students create roadblocks to achievement in high school and limit students' postsecondary and career opportunities. In ELA, approximately 10% of Black/Hispanic/Native American students and economically disadvantaged students are meeting expectations. In math, the achievement outcomes are bleak with less than ten percent of students meeting math expectations. As the trajectory of student achievement in literacy and mathematics flatlines during high school, it becomes nearly impossible for students to succeed in science courses which require learners to draw on fundamental math skills, understand a complex new vocabulary, and read and analyze a variety of written information. In science, far less than a quarter of target area high schools are proficient or advanced.

*(b) Provide a rationale for selecting the community where the proposed school will locate.*

**Location Rationale**

The impetus for PREP Public Schools to open a campus in Knoxville was informed by demand from the local community. In response to this demand, the PREP Public Schools' leadership team conducted an enrollment landscape analysis to both affirm replication in Knoxville was sensible and to support identification of the neighborhood of location. City-wide factors that were considered included birth rates, under 18 population, housing prices, and stability in public school enrollment. The team reviewed school choice options across Knoxville, including number of charter schools and magnet schools, waiting lists at these schools, enrollment requirements, as well as achievement (TCAP) and growth data (TVAAS) composite scores across the regions. Regions of the city were explored to assess level of opportunity across indicators of enrollment trends and academic performance. PREP Public sought the location that would present the strongest opportunities (e.g., magnet school in highest demand, lowest TVAAS composite scores and the greatest diversity in student demographic profile).




Findings from the landscape analysis provided rationale for choosing to open in close proximity to the Western Heights community. Rationale includes the following:

Few students currently exercise choice in Knox County.

- Census estimates of private school enrollment indicate they are the main form of choice behavior in Knox County, at around 10,500 students,[22]
- However, private school tuition typically makes this an unaffordable option for students living in low-income families. Because Knox Prep would be a tuition-free public school, it would be a financially sound option for the target population.

Knox County attracts more students than it loses across elementary and in 8th and 9th grades. Knox typically loses the highest proportion of students in the 11th and 12th grades. These rates indicate that students may leave KCS for other options in middle school, who then potentially return for high school. Further, regional comparison enrollment data showed opening new middle schools has had a significant impact on overall district/region enrollment. When new middle schools opened in 2019, both in district 8 and district 6, middle school enrollment increased (13.8% and 39.3%) significantly.

**2016-17 to 2021-22 grade-level matriculation rates**




Knox Prep seeks to serve young men residing in an urban catchment area who struggle with multiple barriers to academic achievement and opportunity. As shown in the table below (based on State of TN and district data), Districts 1 and 2 are substantially more racially diverse than the rest of the district. While these young men are zoned to low performing schools in both Districts 1 and 2 (See list of schools above), District 1 schools had the lowest weighted average TVAAS composite score (1.88 with a high of 4.26) while District 2 scores highly across most indicators but has experienced some below-average TVAAS composite scores. Further, TN data shows large demographic differences across board districts; and (as seen below), District 1 is the most racially diverse. District 1 is the only district that is less than 50% white, with a 53% black

[22] Source: MNPS 2021 October Count data; U.S. Census 2019 Private School Enrollment

enrollment rate and the highest economically disadvantaged population (54.4) and considerably larger (13.3%) population of students with Limited English proficiency (LEP).

| Board District | Black % | Latinx % | White % | EcoDis % | LEP % |
|---|---|---|---|---|---|
| 1 | 53.4% (+5.6%) | 14.5% (+30.0%) | 30.5% (-28.7%) | 54.4% | 13.3% |
| 2 | 27.3% (-3.1%) | 19.5% (+58.7%) | 51.4% (-19.3%) | 42.2% | 13.3% |
| 3 | 16.6% (-1.7%) | 13.8% (+28.9%) | 64.9% (-9.4%) | 23.1% | 9.9% |
| 4 | 16.1% (-10.6%) | 9.0% (+22.5%) | 70.0% (-1.7%) | 19.7% | 6.8% |
| 5 | 4.1% (-18.3%) | 6.6% (+8.8%) | 77.3% (-2.2%) | 5.4% | 5.6% |
| 6 | 13.3% (+4.3%) | 13.7% (+53.1%) | 69.6% (-3.6%) | 20.3% | 8.2% |
| 7 | 5.9% (+44.6%) | 9.7% (+43.5%) | 82.2% (-14.1%) | 23.1% | 5.4% |
| 8 | 8.0% (-19.5%) | 4.9% (+26.4%) | 84.8% (+2.4%) | 25.5% | 2.8% |
| 9 | 19.4% (-24.8%) | 7.0% (+4.6%) | 71.5% (-22.8%) | 41.0% | 3.5% |

Additionally, data shows, while Knox County's seniors are going to college at a higher rate (60%) than the state (52.8%), East Tennessee has seen fewer and fewer students going to college or technical school right after they graduate from high school.[23] The overall college-going rate for all students in East Tennessee dropped from 61% to 53%, closely mirroring the state average. However, for black students, it's fallen from 58% to 48%, and for Latino students, it's dropped from 47% to 37%. Looking at men and women going to college right after graduating, fewer men continue to go to college than women. More than 52% of men chose not to attend college or trade school right after graduating from high school, compared to about 41% of women deciding not to enroll.




The team also determined Knox County had a relatively encouraging population profile with 6.2%

[23] https://www.knoxnews.com/story/news/education/2022/05/26/60-percent-knox-county-graduates-going-college-trade-school/9911733002/

increase in the under 18 population between 2010-2020—the highest of the surrounding cities, as well as an overall flat birth rate in contrast to declines in surrounding cities.

The analysis also considered the risk of saturation. For instance, when analyzing market share of economically disadvantaged students (assuming flat district enrollment and compared to other cities (e.g., the Nashville charter market share at 19%)), the team projected low impact on the district into school year 2027-28 with two charter schools assuming less than 5% of market share. Low penetration of charter schools in Knox County means little risk of oversaturation in the near term.




Finally, in September 2022, Knoxville's Community Development Corporation was awarded the $40 million Choice Neighborhood grant from the U.S. Department of Housing and Urban Development to transform Western Heights and the surrounding neighborhood. The plan includes affordable housing and improved access to transportation, housing and economic stability with overall goals to improve income, health and educational outcomes.[24] Knox Prep can help the community achieve desired program outcomes, particularly: ensuring children are proficient in core academic subjects, and graduate college/career ready.

*(c)Discuss the academic performance and enrollment trends of existing schools in that community.*

## Existing Schools: Performance and Enrollment Trends

As explained above, significant evidence demonstrates KCS students are struggling to rebound from the impact the COVID-19 pandemic has had on the last few years. For the first time since

[24] https://www.wate.com/news/knox-county-news/housing-development-awarded-40-million-for-western-heights-plan/

Tennessee launched its revised school accountability system in 2017, individual Knox County schools were placed on the list of the state's lowest performers while the district was designated as a district "in need of improvement." While KCS is working to improve,[25] enrollment data remains overall stable. As shown below, K-12 enrollment trends increase between 2015 and 2019, there was a sharp drop during the first year of COVID in 2020, which then largely rebounded in 2021.




*(d) Describe the specific population of students the proposed school intends to serve.*

**Target Population**

Knox Prep seeks to serve young men residing in an urban catchment area who struggle with multiple barriers to academic achievement and opportunity. As shown in tables above, compared with their peers county-wide, students attending the target schools are less likely to be proficient in reading and less likely to be proficient in math; they are more likely to drop out of school; they are more likely to experience school discipline in the form of a suspension or expulsion; they are more likely to live in a low-income household. Low school achievement and limited access to educational opportunities contributes to the prevalence of intergenerational poverty.[26]

Achievement levels within the target area zoned schools correspond with academic experiences of those communities where the majority of residents lack a high school diploma or equivalent. 40% of adults in Western Heights have completed high school while 16% of adults residing in the

[25] https://www.knoxschools.org/domain/100
[26] https://ballardbrief.byu.edu/issue-briefs/intergenerational-poverty-in-the-us-83scy

target area hold a postsecondary degree.[27] The rates at which students enroll in postsecondary educational programs (either 2 or 4 year) bear out these disparities. The discrepancy between target school graduate participation in postsecondary education is particularly devastating considering reports from the Tennessee State Collaborative on Reforming Education indicate that Tennessee is experiencing a period of unprecedented economic growth, with hundreds of thousands of new job openings. Employers are currently seeking to fill nearly 400,000 job openings across the state, and at least 60 percent of those jobs require training or education beyond high school. Yet, fewer than 40 percent of students are leaving high school prepared for postsecondary education, and only 48 percent are completing any kind of education beyond a high school diploma.[28] Knox Prep intends to collaborate with KCS and the state in chartering a stronger path forward so that all Tennessee students can succeed in school, college, career and life.[29]

As stated above, Knox Prep seeks to serve a student population that is not currently being well-served. Demographic comparison data suggests KPS will successfully attract its target population. Based on the target communities to be served and recruitment strategies to be enlisted (See Section 1.11), we anticipate that students will reflect the diversity of urban Knoxville or Western Heights with an estimated 80% of students living in low-income families, 59% African American/black, 36% Hispanic/Latino, and 4% white. Based on demographics at Pond Gap ES, Maynard ES, Spring Hill ES, and Vine MS, we anticipate that approximately 12% of students will be English Language Learners and approximately 17% will have disabilities.

*(e)Describe what the proposed school would do more effectively than the schools that are now serving the targeted population. What different educational options will the proposed school offer?*

Academic and social outcomes for boys and young men of color residing in high-poverty communities indicate a significant room for improvement in the landscape of opportunity for young men of color. At this time, a single-gender educational setting (private or public) does not exist for Knoxville students, and young men in urban areas are disproportionately impacted by poverty and educational inequity,[30] Knox Prep will "rise up" and support young men who are underserved and valuable to our community to become Knoxville leaders and enrich our community.

Knox Prep will meet the unique educational and social/emotional needs of young men who have faced a multitude of challenges in a rigorous yet supportive environment that nurtures resilience, promotes academic excellence, inspires leadership, and prepares critical thinkers. Knox Prep will

27 https://zerodown.com/neighborhood-guide/western-heights--knoxville--tn
28 https://tnscore.org/tennessee-must-refocus-education-system-to-help-more-students-succeed/
29 https://tnscore.org/wp-content/uploads/2022/12/SCORE-2023-State-of-Education.pdf
30 https://www.brookings.edu/blog/up-front/2020/11/16/tackling-the-legacy-of-persistent-urban-inequality-and-concentrated-poverty/

be Knox County's first single-gender 6-12 charter, the first charter serving high school students, and the second charter school in Knox County. The availability of Knox Prep will give all Knox County students access to a high performing high school. Students at Emerald Youth Academy (existing charter school) may also choose to continue their education in a charter high school environment. We believe that our students have gifts and talents that have been underserved and the families and young men of Knoxville deserve greater opportunity and choice. Knox Prep will provide an educational alternative for families of boys and young men residing in urban core communities.

## Different Educational Options

### *Academics*

Knox Prep will include grades 6-12 in a single-gender, small learning community geared to support the learning needs of boys. The school will offer a rigorous, comprehensive, college-preparatory curriculum that will prepare students for success in postsecondary experiences and careers of their choice. It will have a cross-curricular focus on innovation with an organizational focus on leadership development. These interrelated focus areas are directly aligned with the school's mission and vision as well as community needs, goals, and priorities. Unlike existing schools in the community, Knox Prep will offer the following educational options.

### *1. Driven Planning*

The mission of Knox Prep is to change the trajectory of at-risk boys by increasing academic achievement, promoting executive function, and providing them with opportunities to explore their talents. Thus, data will drive planning and decision-making on a regular, iterative basis. All aspects of the school model revolve around using data to ensure continuous improvement across metrics of student achievement and school performance. The curriculum, schedule, and instructional plan allows frequent time for shared teacher planning, frequent formal and informal assessments of student learning and skill, and Response to Intervention & Instruction ($RTI^2$). Intervention activities (as part of the classroom station rotations or during the Wednesday $RTI^2$ Intervention & Extension period) are tailored for each student to work on their individual learning needs. Integration across grade bands enables teachers to mutually reinforce competencies with which students are struggling and provides students with a broader range of opportunities to make up for learning deficits. Vertical integration within academic content areas ensures that teachers work together to scaffold students to achieve proficient or advanced performance.

### *2. AP for All*

From the moment a family enrolls their child at Knox Prep, a powerful commitment is formed; we call this the PREP Promise. We guarantee that all our Prepsters will graduate high school and attend a college or university. Our Prepsters are expected to take AP courses, succeed, and flourish in college preparatory experiences that will equip them for college. Starting in middle

school, Prepsters are exposed to Pre-AP level coursework and opportunities to prepare and practice for the ACT exam. Some, starting in eighth grade, even participate in their first Advanced Placement (AP) class, AP Spanish Language and Culture, and take the exam in May for free. Once a Prepster reaches high school, their AP course load incrementally increases to a full AP schedule during their junior/senior year - there are no differentiated tracks for students at Knox Preparatory. Knox Prep's AP for All Program challenges students and holds them to collegiate-level expectations. Research shows students who take AP courses and exams are more likely than their peers to attend college and graduate on time.[31] PREP will always be committed to doing what is best for students, not creating ceilings on what students can accomplish.

### 3. *College for All*

Since Chatt Prep's founding, PREP Public Schools have channeled our students' and families' hopes and dreams every day in pursuit of our mission - ensuring every child attends a college or university. Before reaching that milestone in their life, Knox Preparatory takes all Prepsters on yearly trips to local, state, and nationally recognized colleges or universities. Not only do Prepsters participate in college tours, but they are also required to apply and attend a college summer away program before senior year. When we visit a college campus, we want our Prepsters to envision themselves as future proof points of the community and nation that anything is possible. Our collaborative work is not just about getting Prepsters to and through college - it is about transforming Knoxville and Knox County.

### 4. *Mentoring*

Each Knox Prep student will be paired with a community member mentor with whom the student will communicate with at least once per week and spend time with at least once per month. As possible, mentors serve as a student's mentor for the seven-year duration of the student's time at Knox Prep Community mentors will be paired with students based on shared career / creative interests. The mentor's primary role is to serve as a role model. Being a mentor is not about changing or fixing a mentee, but to empower youth to fulfill their potential and support development of life skills. Mentors will receive training and utilize a mentoring guide aligned with Knox Prep's mission and core values.

*(f) If you are the sponsor of an existing school, describe any enrollment practices, processes, and policies of the proposed school that will differ from your existing school(s); and how the community for the proposed school is similar and/or different from the community that you currently serve.*

**<u>Enrollment Practices, Processes and Policies</u>**

Knox Prep will implement the same enrollment practices, processes, and policies as those at Chatt

[31] https://research.collegeboard.org/media/pdf/new-analyses-ap-scores-1-and-2.pdf

Prep. The enrollment model has been intentionally designed to provide for a small and cohesive learning community. The school will open with a 6th grade class since entry into 6th grade is a natural transition point where students from many elementary schools merge into a smaller number of middle schools. As students progress into the next grade level, Knox Prep will back-fill with a new cohort of 6th graders each year. Knox Prep will reach full capacity in year 7 with 700 students.

**Community Similarities and Differences**[32]

Knoxville and Chattanooga are both communities with strong economic growth in technology, logistics, and other industries, but where opportunity -- and particularly education opportunity -- isn't evenly distributed. Both communities spend less per student than the average per pupil expenditure ($12,383) across the United States. Chattanooga spends 2.6% more per student ($8,841) than Knoxville ($8,615). The student:teacher ratio is reported to be 4.7% lower in Chattanooga than Knoxville with more students in each Knoxville classroom; however, both rates are lower than the U.S. average (16.8:1). Student:counselor ratios mirror student:teacher rankings.

Data shows slight differences in the communities' housing. For example, median home costs are higher in Knox ($257,300) than in Chattanooga ($218,700), and according to zerodown.com, 69% of homes in Western Heights are renter-occupied.[33] Overall cost of living is very similar with indexes at 89.6 (Knoxville) and 86.5 (Chattanooga), indicating Chattanooga is 3.5% less expensive than Knoxville, with housing costs being 15% less in Chattanooga.[34] Household income in Chattanooga is 15% more than it is in Knoxville, but 38% below the national average. Family median income is lower in Knoxville ($47,935) than in Chattanooga ($57,264) and both fall below the U.S. average ($70,850)). However, future job growth is higher in both communities with 37.5% in Knoxville and 44.5% in Chattanooga, both higher than 33.5% nationally.

All in all, the community for the proposed school is quite similar to the community that we currently serve. PREP Public Schools was deliberate in selecting a similar community to replicate the model that has proven effective in Chattanooga.

*(g) Complete the enrollment summary and anticipated demographics charts below.*

**Number of Students**

| Grade Level | Year 1 2024-25 | Year 2 2025-26 | Year 3 2026-27 | Year 4 2027-28 | Year 5 2028-29 | At Capacity 2030-31 |
|---|---|---|---|---|---|---|

32 https://www.bestplaces.net/compare-cities/knoxville_tn/chattanooga_tn

33 https://zerodown.com/neighborhood-guide/western-heights--knoxville--tn, https://www.bestplaces.net/compare-cities/knoxville_tn/chattanooga_tn/education

34 https://www.bestplaces.net/cost-of-living/knoxville-tn/chattanooga-tn/50000

KNOXVILLE
PREPARATORY
SCHOOL

| | | | | | | |
|---|---|---|---|---|---|---|
| **6** | 105 | 105 | 105 | 105 | 105 | 105 |
| **7** | 0 | 102 | 102 | 102 | 102 | 102 |
| **8** | 0 | 0 | 99 | 99 | 99 | 99 |
| **9** | 0 | 0 | 0 | 103 | 103 | 103 |
| **10** | 0 | 0 | 0 | 0 | 100 | 100 |
| **11** | 0 | 0 | 0 | 0 | 0 | 97 |
| **12** | 0 | 0 | 0 | 0 | 0 | 94 |
| **Totals** | **105** | **207** | **306** | **409** | **509** | **700** |

| Anticipated Demographics | % of Economically Disadvantaged Students | % of Students with Disabilities | % of English Learners |
|---|---|---|---|
| | **80%** | **17%** | **12%** |

### 1.3 Academic Focus and Plan

*(i) For sponsors of existing schools only: describe any key academic plan features for the proposed school that will differ from the existing school's original application, the rationale for implementing these different features and any new resources they would require. If no key academic plan features will differ, please respond with N/A to this section.*

Not Applicable.
No key academic plan features will differ.

### 1.5 Phase-In/Turnaround Planning

Not Applicable.

### 1.8 School Calendar and Schedule

**Academic Calendar**

Knox Prep will operate an extended academic calendar which will include 181 instructional days in the regular school calendar for students and an additional 30 days of summer programming. The school year will be divided into four nine-week quarters.

Knox Prep's calendar for the opening academic year (2024-25) will be developed by the Knox Prep principal with support from PREP Public Schools' Chief Academic Officer (CAO) early on during the school's planning year prior to opening. The calendar will be submitted for approval

(as required). Because siblings of Knox Prep students may attend the local traditional public school, the calendar will share similar breaks and holidays with Knox Public Schools to accommodate family schedules.

The calendar in Attachment A provides an example of the information that will be included and accounted for within the school budget, including an eight-day Teacher Institute (which will include a combination of school- and network-wide PD, as well as independent PD offered through the school district or a partnering organization); data days (two per year following administration of benchmark exams); parent / teacher conferences, immediately before report card distribution; monthly mentor activities, etc. The calendar will also include our annual events, such as the STEAM Night Riding Trail, Black History Living Museum, Muffins with Mom (to celebrate women's month), 8th Grade Parent Dinner, Field Day, etc. The calendar will comply with all state requirements; administrative closing days, specific testing periods, etc. will be adjusted accordingly.

In addition to the 181-day regular academic year, Knox Prep will operate a four-week summer program. The summer program is discussed at the end of this section.

**Daily Schedule**

As shown in the sample[35] schedules below, school doors will open for all students at 7:45 a.m. The students' day will begin with breakfast and townhall (middle school) or morning meeting (high school). The time is coordinated by the administrative team and used for a variety of purposes, including the time to support deliberate creation and maintenance of the desired learning community; to build and sustain a strong culture with rituals and traditions that make Knox Prep unique; to address issues that may arise; to engage leaders in ownership for problem solving and decision-making, etc. Classes may also use some of this time to create college chants, compete against other homerooms throughout the year, and work together on STEAM projects that are presented to the whole school community. Studies show beginning a student's day with a positive welcome leads to an increase in academic engagement as well as decreased disruptive learning; it promotes the students' sense of belonging and gives them social and emotional support that helps them feel invested in learning.[36]

The instructional day will then follow. The school day will begin at 8:20 a.m. for all students. Students will be dismissed at 3:50 p.m. on Mondays-Thursdays. On Fridays, the schedule will be truncated with all students (grades 6-12) attending four one-hour periods in each core content subject. Friday dismissal will begin at 12:30 p.m. (after lunch). Students may also use this time

35 Sample schedules may be slightly modified in direct response to student need.
36 https://www.edutopia.org/article/welcoming-students-smile

KNOXVILLE
PREPARATORY
SCHOOL

for tutoring / tiered interventions, co-curricular activities, and special programs with academic components (e.g., Junior Achievement, Launch, etc.). Teachers will use this time for planning, team meetings, and professional development while students are engaged in activities guided by interventionists, coaches, or external volunteers.

***Grade 6***

Our incoming sixth grade students' schedule has been designed to support their transition into not only a new program but also into middle school. Cognizant of incoming performance levels and need for establishing a solid academic foundation, five days a week our sixth graders will participate in four one-hour core content classes. In these courses, students develop as confident, flexible learners as they build the solid foundation needed for success throughout middle school and into high school. Two days a week our sixth graders will partake in Guided Reading and two days in Guided Math. This provides students with additional time to receive targeted, standard-based, rigorous instruction that is tailored to their individual needs. Students will also participate in a daily physical education class where they bond with peers through team sports and movement. The daily advisory hour is delivered to nurture solid relationships and to keep students succeeding academically and socially.

**6th Grade Schedule (Mon-Thurs)**

| | Harvard | Fisk | Arizona | Tennessee |
|---|---|---|---|---|
| 8:20-9:20 | Math | ELA | History | Science |
| 9:21-10:20 | ELA | Math | PE | History |
| 10:21-11:20 | Science | PE | Guided Reading: Mon & Weds<br>Guided Math: Tues & Thurs | Guided Math: Mon. & Weds.<br>Guided Reading: Tues & Thurs |
| 11:21-12:20 | Advisory: Math Room | Advisory: ELA Room | Advisory: Science Room | Advisory: History Room |
| 12:21-12:50 | Lunch | | | |
| 12:51-1:50 | PE | History | Math | ELA |
| 1:51-2:50 | History | Science | ELA | Math |
| 2:51-3:50 | Guided Reading: Mon & Weds<br>Guided Math: Tues & Thurs | Guided Math: Mon. & Weds.<br>Guided Reading: Tues & Thurs | Science | PE |

**6th Grade Schedule (Friday)**

| Time | Harvard | Fisk | Arizona | Tennessee |
|---|---|---|---|---|
| 7:45-8:00 | Breakfast | | | |
| 8:00-9:00 | ELA | Math | History | Science |
| 9:00-10:00 | Math | ELA | Science | History |
| 10:00-11:00 | History | Science | ELA | Math |
| 11:00-11:30 | Lunch | | | |
| 11:30-12:30 | Science | History | Math | ELA |
| 12:30 | Dismissal | | | |

***Grades 7 and 8***

Seventh and eighth graders, in preparation for their transition into high school, will participate in longer (90 minute) language arts and math classes. These longer periods allow more time for in-depth learning of content, active learning, practice, Socratic inquiry, group activities, etc. Skills mastered result in an ability to increase achievement in other subjects; solid reading and math skills are pre-requisites to success. Further, findings indicate that middle school achievement (grades as well as attendance) is a strong predictor of high school achievement and graduation. Therefore, students also engage in daily science and social studies periods (one-hour each day). The schedule will also include four (M-Th) one-hour advisory periods and two one-hour elective periods with students rotating between PE and theatre. The advisory and elective periods are important at the middle school as students are honing their talents and developing lifelong hobbies, interests and skills. During advisory, teachers will have the opportunity to meet with small groups of students to address students' academic, social, or future-planning needs. It is designed to nurture a strong support system that students, particularly in middle school need as they begin to create their own identity and develop academically, socially and emotionally. Finally, research supports that purposefully designed and well-implemented advisory programs yield positive results; they increase student achievement, promote student-teacher relationships, address general self-esteem and confidence beliefs, mediate between academic and social concerns, etc.[37]

[37] https://via.library.depaul.edu/cgi/viewcontent.cgi?article=1043&context=soe_etd

KNOXVILLE
PREPARATORY
SCHOOL

## Grade 7

7th Grade Schedule (Mon-Thurs)

| Time | UTC | Ohio State | Time | Morehouse | Princeton |
|---|---|---|---|---|---|
| 7:45-8:20 | Breakfast & Townhall | | 7:45-8:20 | Breakfast & Townhall | |
| 8:20-9:50 | Math | ELA | 8:20-9:20 | History | PE |
| 9:51-11:20 | ELA | Math | 9:21-10:20 | PE | Science |
| 11:21-12:20 | Advisory | Advisory | 10:21-11:20 | Science | History |
| 12:21-12:50 | Lunch | | 11:19-12:20 | Advisory | Advisory |
| 12:51-1:50 | History | Science | 12:20-12:50 | Lunch | |
| 1:51-2:50 | Theater | History | 12:51-2:20 | Math | ELA |
| 2:51-3:50 | Science | Theater | 2:21-3:50 | ELA | Math |
| 3:50 | Dismissal | | 3:50 | Dismissal | |

7th Grade Schedule (Friday)

| Time | UTC | Ohio State | Morehouse | Princeton |
|---|---|---|---|---|
| 7:45-8:00 | Breakfast | | | |
| 8:00-9:00 | ELA | Math | History | Science |
| 9:00-10:00 | Math | ELA | Science | History |
| 10:00-11:00 | History | Science | ELA | Math |
| 11:00-11:30 | Lunch | | | |
| 11:30-12:30 | Science | History | Math | ELA |
| 12:30 | Dismissal | | | |

## Grade 8

8th Grade Schedule (Mon-Thurs)

| Time | Columbia | Vanderbilt | Time | Hampton | Stanford |
|---|---|---|---|---|---|
| 7:45-8:20 | Breakfast & Townhall | | 7:45-8:20 | Breakfast & Townhall | |
| 8:20-9:50 | Math | ELA | 8:20-9:20 | Bible History | History |
| 9:51-11:20 | ELA | Math | 9:21-10:20 | Science | Bible History |
| 11:21-12:20 | Advisory | Advisory | 10:21-11:20 | History | Science |
| 12:21-12:50 | Lunch | | 11:19-12:20 | Advisory | Advisory |
| 12:51-1:50 | Science | History | 12:19-12:50 | Lunch (Mims/Banks/Brewer) | |
| 1:51-2:50 | History | Science | 12:51-2:20 | Math | ELA |
| 2:51-3:50 | PE | AP Spanish | 2:21-3:50 | ELA | Algebra I |
| 3:50 | Dismissal | | 3:50 | Dismissal | |

8th Grade Schedule (Friday)

| Time | Columbia | Vanderbilt | Hampton | Stanford |
|---|---|---|---|---|
| 7:45-8:00 | Breakfast | | | |
| 8:00-9:00 | ELA | Math | History | Science |
| 9:00-10:00 | Math | ELA | Science | History |
| 10:00-11:00 | History | Science | Math | ELA |
| 11:00-11:30 | Lunch | | | |
| 11:30-12:30 | Science | History | ELA | Math |
| 12:30 | Dismissal | | | |

KNOXVILLE
PREPARATORY
SCHOOL

### *High School*

The high school schedule will ensure students meet graduate credit requirements. High school students will follow a 4x4 block schedule in which they rotate through four classes on A Day and four classes on B Day. Each class (core and elective) will be 105-minutes twice per week. This schedule, with eight courses meeting every other day, offers significant advantages: students can focus on a smaller number of classes per day, more limited transitions between classes maximizes learning time, more time for curricular integration and problem-based learning, more closely aligned with postsecondary schedules, smaller student to teacher ratio, greater opportunities for embedded RTI[2] within classrooms, and more time available for teacher collaborative planning.[38] Further, the 4x4 block schedule will allow our high school students to meet and/or exceed all graduation requirements, permitting them to select electives or to retake classes as necessary so they may still graduate with their class, while providing teachers with a more manageable schedule. Finally, the A/B block schedule will allow students to form learning and study skills on a schedule similar to that of most universities/colleges, helping them ease the transition from high school to college with exceptional time management and academic strategies in place.[39]

### *Grade 9*

**9th Grade Schedule (Mon-Thurs)**

| Time | TSU | | Samford | | Tuskegee | | Yale | |
|---|---|---|---|---|---|---|---|---|
| 7:45-8:20 | Breakfast/Morning Meeting | | | | | | | |
| | Mon/Wed | Tues/Thurs | Mon/Wed | Tues/Thurs | Mon/Wed | Tues/Thurs | Mon/Wed | Tues/Thurs |
| 8:20-10:05 | Algebra I | Media Arts | Biology | Spanish | Media Arts | APHG | Spanish | Algebra I |
| 10:06-11:50 | Advisory | Spanish | Algebra I | Media Arts | Spanish | English I | Media Arts | Advisory |
| 11:51-12:20 | Lunch | | | | | | | |
| 12:21-2:05 | English I | Biology | Advisory | APHG | Biology | Advisory | APHG | English I |
| 2:06-3:50 | PE/Finance | APHG | English I | PE/Finance | Finance/PE | Geometry | Biology | Finance/PE |
| 3:50 | Dismissal | | | | | | | |

**9th Grade Schedule (Friday)**

| Time | TSU | Samford | Tuskegee | Yale |
|---|---|---|---|---|
| 7:45-8:00 | Breakfast | | | |
| 8:00-9:00 | English I | Algebra I | APHG | Biology |
| 9:00-10:00 | Algebra I | English I | Biology | APHG |
| 10:00-11:00 | APHG | Biology | English I | Algebra I |
| 11:00-12:00 | Biology | APHG | Geometry | English I |
| 12:00-12:30 | Lunch | | | |
| 12:30 | Dismissal | | | |

38 http://stafford.schoolfusion.us/modules/groups/homepagefiles/cms/120789/File/Public%20Hearings/Alternating_Block_Presentation_School_Board.pdf

39 https://www.brookhill.org/can-your-class-schedule-help-prepare-you-for-college/

KNOXVILLE
PREPARATORY
SCHOOL

### *Grade 10*

| Time | 10th Grade Schedule (Mon-Thurs) | | | | | | |
|---|---|---|---|---|---|---|---|
| | Tufts | | Texas A&M | | Knox College | | NEW College |
| 7:45-8:20 | Breakfast/Morning Meeting | | | | | | |
| | Mon/Wed | Tues/Thurs | Mon/Wed | Tues/Thurs | Mon/Wed | Tues/Thurs | |
| 8:20-10:05 | Geometry | APUSH | Chemistry | ACT/Finance | APUSH | Health | |
| 10:06-11:50 | Advisory | ACT/Finance | Geometry | Health | ACT/Finance | Algebra II | |
| 11:51-12:20 | Lunch | | | | | | |
| 12:21-2:05 | ELA | Health | w/ Whitaker & | DE: Old Test. | Chemistry | Conley. Rm CL | |
| 2:06-3:50 | Chemistry | DE: Old Test. | ELA | APUSH | DE: Old Test. | ELA | |
| 3:50 | Dismissal | | | | | | |

| Time | 10th Grade Schedule (Friday) | | |
|---|---|---|---|
| | Tufts | Texas A&M | Knox College |
| 7:45-8:00 | Breakfast | | |
| 8:00-9:00 | English II | Geometry | APUSH |
| 9:00-10:00 | Geometry | English II | Science |
| 10:00-11:00 | APUSH | Science | Algebra II |
| 11:00-12:00 | Science | APUSH | English |
| 12:00-12:30 | Lunch | | |
| 12:30 | Dismissal | | |

## Instructional Minutes

Knox Prep will offer 420 instructional minutes or seven hours per day (M-Th) and 240 instructional minutes or four hours per day each Friday. One thousand, nine hundred, twenty (1,920) instructional minutes or thirty-two (32) hours of instructional minutes per week. This extended day exceeds the number of mandated hours (four hours per day or 20 hour per week for 180 days per year) per TCA 49-6-3050(b)(3).

A significant body of research supports that extended time for learning is an essential – possibly the essential – element of success common among schools that promote significant learning gains among low-income, academically disadvantaged youth. Harvard economist Roland Fryer, concluded that instructional time of at least 300 more hours than the typical calendar is one of the strongest predictors of higher achievement when it is accompanied by "high-dosage" tutoring, coaching and feedback to teachers, data-driven planning and instruction, and high expectations for student achievement. These findings were reproduced by Stanford University economist Caroline Hoxby who examined numerous school policies and characteristics and found that total learning time was one of the

> **TIME WELL SPENT:**
> **EIGHT POWERFUL PRACTICES OF SUCCESSFUL, EXPANDED-TIME SCHOOLS**
> 1. Make Every Minute Count
> 2. Prioritize Time According to Focused Learning Goals
> 3. Individualize Learning Time and Instruction Based on Student Needs
> 4. Use Time to Build a School Culture of High Expectations and Mutual Accountability
> 5. Use Tie to Provide a Well-Rounded Education
> 6. Use Time to Prepare Students for College and Career
> 7. Use Time to Continuously Strengthen Instruction
> 8. Use Time to Relentlessly Assess, Analyze, and Respond to Student Data

App.0825



strongest predictors of student outcomes among the long list of policies considered in a multivariate analysis. Extended learning time is particularly important for children in poverty.[40]

The table below lists the number of instructional minutes per day and per week in each of the subjects.

| Instructional Minutes | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Grade 6 | | Grade 7 | | Grade 8 | | High School | |
| | Minutes per Day | Minutes per Week | Minutes per Day | Minutes per Week | Minutes per Day | Minutes per Week | Minutes per Day | Minutes per Week |
| ELA | 60 x 5 | 300 | 90 x 4, 1 x 60 | 420 | 90 x 4, 1 x 60 | 420 | 105 2x/week | 210 |
| Math | 60 x 5 | 300 | 90 x 4, 1 x 60 | 420 | 90 x 4, 1 x 60 | 420 | 105 2x/week | 210 |
| Science | 60 x 5 | 300 | 60 x 5 | 300 | 60 x 5 | 300 | 105 2x/week | 210 |
| Social Studies | 60 x 5 | 300 | 60 x 5 | 300 | 60 x 5 | 300 | 105 2x/week | 210 |
| Advisory | 60 x 4 | 240 | 60 x 4 | 240 | 60 x 4 | 240 | 105 2x/week | 210 |
| Elective* | 60 x 2 | 120 | 60 x 2 | 120 | 60 x 2 | 120 | 105 2x/week | 210 |
| Elective* | 60 x 2 | 120 | 60 x 2 | 120 | 60 x 2 | 120 | 105 2x/week | 210 |
| Other | Guided Reading 60 x 2 | 120 | x | x | x | x | x | x |
| Total | | 1920/week | | 1920/week | | 1920/week | | 1920/week |

*Students in grade 7 will rotate between theater and PE, attending each 2x/week. Students in grade 8 will rotate between an elective and PE, attending each 2x/week.

*(a) Explain why the academic calendar and schedule will be optimal for student learning. Summarize how you will plan time for tiered interventions, enrichment, tutoring, and other academic activities.*

### Optimal Time for Student Learning

As explained above, the schedules are designed to meet student needs as they transition through grade levels at Knox Prep. The academic calendar has been purposefully calibrated to meet the learning needs of students who are expected to enroll with learning gaps or deficiencies and need additional time to achieve proficiency and progress to advanced performance. The school schedule, including the flexibility inherent in the A/B Block Schedule and the integrated academic model optimizes the strategic use of learning time to support the vision, mission, and education program to drive gains in academic achievement.

Tiered interventions, learning extension, and tutoring, are integrated across all instructional time as well as afterschool.

---

40 Farbman, David A. 2015. The Case for Improving and Expanding Time in School: A Review of Key Research and Practice. http://issuu.com/nationalcenterontimelearning/docs/caseformoretime/1?e=3629693/3438545



KCBOE10044

- 160 minutes per week (40 minutes x 4 days per week) is allocated for mandatory RTI[2] intervention and extension for all students with individualized activities to address student learning needs.
- 160 minutes per week (40 minutes x 4 days per week) includes time for accelerated instruction/extension.
- Push-in services are delivered throughout all courses (core and elective).
- 90-minutes of tutoring (4 days per week) provided afterschool by Knox Prep teachers.

*(b) Describe any proposed extra-curricular or co-curricular activities or any other student- focused programming the proposed school will offer, including when they begin, how often will they occur, and how will they be funded.*

**Extra- or Co-Curricular Activities**

As stated above, one day per week (Fridays, in the sample schedules above), the formal school day will end at 12:30 p.m. Students will use the remaining time (3 hours and 20 minutes for tutoring / tiered interventions, co-curricular activities, and special programs with academic components (e.g., Junior Achievement, Launch, Boys & Girls Club, etc.).

**Clubs and Activities**

Over time, Knox Prep will offer a robust array of co- and extra-curricular activities driven by student interest and school and community capacity. However, the following co-curricular clubs and activities have been strategically identified as initial offerings to harness student interests while building critical skills: Debate Team, Chorus, Theatre/Improvisation, Robotics, Computer Programming, Entrepreneurship, and others to be determined. Knox Prep has already initiated discussions with several organizations who will support these co-curricular activities either through shared staffing, sponsorships, etc. The budget includes some funding to offset the costs of co-curriculars (supplies, materials, instructors, etc.) and we will also write grants and engage in development efforts to raise additional funds needed.

**Athletics**

We know that athletics are an important opportunity for all students and especially boys. Knox Prep athletics teams will include track and basketball beginning in Year 1 and scaling up to soccer, lacrosse, and other sports of interest to students and families. Funding has been allocated in the budget and will be supplemented by fundraising and sponsorships.

***World Language***

The world language curriculum and coursework will be integrated with the English Language Arts,

Social Studies, and Fine Arts curricula. Within grade bands, social studies and English/Language Arts teachers will collaborate on lesson planning and team-teach to align and reinforce reading, writing, listening, and speaking skills. The integration of English/Language Arts, World Languages, and social studies content provides students with additional opportunities to hone their literacy and communication skills, drawing on historical source materials at the same time as they gain a more in-depth understanding of word structure, syntax, and grammatical patterns and contrasts across languages.

As part of the school-wide focus on literacy, "Vocabulary"[41] study will be incorporated into the middle grades English Language Arts coursework. This provides students with fundamental knowledge and strategies to help students infer meaning based on common prefixes, suffixes, and word roots. Coursework will be offered in Spanish. All coursework will be mapped to the TN standards.[42]

| GRADE | COURSEWORK |
|---|---|
| 6th | Vocabulary in English Language Arts, Social Studies, and Fine Arts curricula |
| 7th | Vocabulary in English Language Arts, Social Studies, and Fine Arts curricula |
| 8th | Vocabulary in English Language Arts, Social Studies, and Fine Arts curricula |
| 9th | Spanish |
| 10th | Spanish |
| 11th-12th / Electives | AP / Dual Enrollment |

***Health, Physical Education, & Wellness***

For young men, physical activity is critically important for optimum learning and social-emotional development. Teachers will incorporate physical movement (moving among stations, getting into small groups, using manipulatives or models, content-related songs, chants, etc.). In addition, all middle school students will participate in physical education twice per week all year and high school students will earn at least .5 credits of physical education and will be encouraged to participate in additional electives and co-curricular or extra-curricular activities that incorporate physical activity and movement. The Health, Physical Education, and Wellness curriculum will reinforce concepts of self-discipline, teamwork, collaboration, integrity, perseverance, and personal responsibility. Given the health disparities that impact low-income populations, and people of color in particular, the overarching goal will be to instill knowledge and healthy habits

41 http://eps.schoolspecialty.com/products/literacy/vocabulary/vocabulary-from-classical-roots/about-the-program
42 http://www.tennessee.gov/education/article/world-language-standards

for physical activity while exposing students to a broad array of options. All coursework will be mapped to TN standards.[43]

***Fine Arts: Dance, Music, Theatre, Visual Art***

Students will rotate through a sequence of offerings including music, theatre, and visual art. Movement / dance units will be integrated into the physical education, health, and wellness coursework. The Fine Arts curriculum will be closely linked with the school's leadership focus and will be calibrated to provide students with opportunities for development of emotional intelligence, expressive communication, and creative thinking and problem-solving. The arts are a powerful, potentially transformative mode of self-expression, motivation for engagement and learning, and interpersonal development, so there will be an emphasis on integrating arts principles and activities across the curriculum.[44] In addition to working in cross-curricular teams to promote integration, the arts will also exist as independent courses. Fine Arts coursework will be aligned with state standards[45] and will be integrated into the school curriculum to reinforce and enrich learning across content areas.

*(e) If Saturday School, summer school, or after school will be offered, describe the program(s). Explain the schedule and length of the program, including the number of hours and weeks. Address the number of students and the methodology used to identify them. For identified students, is the program mandatory? What are the anticipated resource and staffing needs for these programs?*

**Summer Programming**

In addition to the 181-day regular academic year, Knox Prep will operate a four-week summer program that will be financed through a 21st Century Community Learning Centers (21st CCLC) grant (as a contingency to this grant, local grant funds may be used) The overarching goal of the 21st CCLC program is to provide students—particularly students who attend schools in need of improvement—with academic enrichment opportunities and support services to help them meet state and local standards in the core content areas.[46] The summer program will be required for all students who are academically struggling including those who are behind their grade level in credit accrual or reading proficiency and those who scored at Level 1 or 2 in any core subject (Math, English Language Arts, Science, or Social Studies). Staff will be paid a stipend to teach the summer program, and will implement the Lavinia Group curriculum as they work to boost middle school students' academic performance. Additionally, high school students may attend for

43 http://www.tennessee.gov/education/article/health-pe-wellness-standards
44 Varghese, Sheena, "Guidelines for Teaching Art to Students from Urban High-Poverty Backgrounds." Thesis, Georgia State University, 2015. http://scholarworks.gsu.edu/art_design_theses/177
45 http://www.tennessee.gov/education/article/arts-education
46 https://www.tn.gov/education/instruction/extended-learning.html

credit recovery. While the first half of the session (8:00 a.m.– 12:00 p.m. will be dedicated to academics, the second half of the summer program (12:00 – 4:00 p.m.) will be spent participating in sports, recreation, technology, etc. with the Boys & Girls Club (per partnership agreement that will be detailed in the 21st CCLC).

## 1.11 Recruitment and Enrollment

*In this section:*
*(a) Provide as Attachment D the proposed school's Enrollment Policy, which should include the following:*
- *Tentative dates for the application period and enrollment deadlines and procedures, including an explanation of how the school intends to receive and process application forms and run a lottery, if necessary (considering the authorizer's open enrollment and lottery schedule);*
- *Nondiscriminatory admission policies, pursuant to T.C.A. § 49-13-107;*
- *Any proposed articulation agreements, pursuant to T.C.A. § 49-13-113;*
- *Identification of any pre-admission activities for students or parents; and*
- *Policies and procedures for student waitlists, withdrawals, re-enrollment, and transfers.*

### Enrollment Policy

The enrollment policy, provided as Attachment D, articulates the school's enrollment procedures.

*(b) Describe how parents and other members of the community will be informed about the proposed school. How are you assessing the demand for your school?*

### Outreach and Demand

The impetus for PREP Public Schools to open a campus in Knoxville was informed by demand from local families. PREP Public Schools' CEO, as reported to the Knoxville New Sentinel[47] in April 2022, has been contacted from interested families asking if Chatt Prep had buses from Knoxville to Chattanooga. To make this opportunity a reality, PREP Public Schools is actively working on the ground with community members in Knoxville to share the model of success for young men.

Knox Prep has a unique positioning to offer Knox County families school choice with the county's first all-boys public school aimed to "build the men of tomorrow." It continues to be important to Knox Prep leadership to engage in community relations outreach to hear from the parents of prospective students and community leaders, while building interest and excitement to ensure our target student body (See Section 1.2) is actively recruited to fill all seats on opening day. Families we've been in contact with include male students currently being served at Boys & Girls Clubs of

[47] https://www.knoxnews.com/story/news/education/2022/04/25/knoxville-charter-school-planned-chattanooga-preparatory-team-knox-prep/7395620001/

the Tennessee Valley, including 106 ten-year-old male students, 96 eleven year old male students, 82 twelve year old students and 72 thirteen year old students (some that have a younger family member).

With community members, PREP Public Schools has initiated a well-defined outreach plan carefully designed to engage a diverse set of stakeholders. (See Key Audiences graphic to the right.) PREP Public Schools has contracted with Knoxville's Ackermann Marketing & Public Relations firm to leverage the firm's direct knowledge and ties to the community. PREP Schools has also filled (since March 2022) the director of community engagement role with a well-known Knoxville resident and pastor, Stan Carter. Their central role is to ascertain demand, build interest and relationships, and excite families and community members about the school. Local representation supports the school's belief that parents and community members know what's best for kids.




Knox Prep outreach efforts are intended to create opportunities to meet and hear from families and leaders in the communities where Knox Prep intends to exist and build awareness about the unique educational choice Knox Prep will offer families. Preliminary efforts have and will continue to include the following:

- Community-wide information sessions where prospective students, their families, and community leaders can come and meet with PREP Public School leaders. In these sessions, attendees learn about the mission of Knox Prep and its goal to offer underserved boys an opportunity to learn in a rigorous yet supportive learning environment that nurtures resiliency, promotes academic excellence, inspires leadership, and prepares critical thinkers who are prepared to go to and through college.
- Have a sustained presence in the East Knox community through speaking opportunities and one-on-one meetings to gauge the needs of the community and learn how Knox Prep could come alongside existing offerings to serve the needs of young men.
- Build relationships with community, business, and government leaders to learn about barriers that negatively impact achievement among boys in Knoxville and share the model of success for Chatt Prep that would be replicated in Knoxville through Knox Prep.
- Communication efforts through the Knox Prep website, local media, and social media to increase awareness around what Knox Prep is and the unique educational option it offers boys in Knoxville with a focus on the specific needs of young men that doesn't currently exist.

- Monthly community advisory committee work sessions to learn from these key influencers in the Knoxville community, as well as educational leaders, as a guide to understanding the educational needs of young boys in Knoxville and how Knox Prep can position itself to best meet those needs.
- Engaging with existing community organizations and faith communities that are actively serving young men and families in Knox Prep's target population to learn from and build potential partnerships.

In all recruitment efforts, the focus is and will be placed on removing barriers to connecting. Some examples of removing barriers include meeting at various times to accommodate family's schedules; providing meals, transportation, and childcare when possible; ensuring locations are easily accessible; assisting with filling out of documents; and ensuring materials are consistently translated. Outreach materials will communicate that Knox Prep is open to all students and they will communicate how students with disabilities will benefit from Knox Prep's programming.

Meetings and conversations have been held with several diverse stakeholders in the community, including:

Individuals:

- Garfield Adams, Associate Superintendent, KCS
- Leonard Adams, Interim President, Knoxville College
- Sam Anderson, former Board of Education member, football coach at Austin-East High School
- AXEL Logistics Management Team, winner of the greater Knoxville area Top Workplaces 2022 honor
- Tyrone Beach, Director of Marketing and Organizational Development at Muse Knoxville-Children's Science Museum
- Matthew Best, Executive Director at the Change Center, University of Tennessee, Knoxville graduate
- Katherine Bike, Knox County School Board, District 4
- Pastor Sam Brown, NAACP
- Shanna Browning, Community Outreach Manager, 1st Century Bank Tazewell; University of Tennessee, Knoxville graduate
- Dr. John Butler, Knox County School Board, District 1
- Steve Diggs, Knoxville native, Emerald Youth Foundation President & CEO
- Kevin Dubose, Director of Area Ministries, Emerald Youth Foundation
- Mrs. Laschinski Emerson, A1 Learning Connections
- Dr. Dasha Lundy, County Commissioner, District 1; Executive Vice President ,Knoxville College; Co-owner of The Women LLC; E. Knoxville native; University of Tennessee (Chattanooga) graduate

KNOXVILLE
PREPARATORY
SCHOOL

- Tanika Harper, Founder, Shora Foundation
- Bill and Crissy Haslam, former governor and first lady of TN; 67th mayor of Knoxville, TN
- Jimmy and Dee Haslam, president and CEO of Pilot Flying; CEO of RIVR Media; co-owners NFL Cleveland Browns
- Reico Hopewell, Boys & Girls Clubs of the Tennessee Valley board member, Knoxville native; Hopewell Helping Hands, founder and recipient of the Pinnacle Business Award in the Minority-Owned Business Excellence category
- Desire Jones, Principal Vine Middle School
- Renee Kelly, Senior Advisor of Elementary and Secondary School Emergency Relief Fund (ESSER) at Knox County Schools
- Kristi Kristy, Knox County School Board, 9th District
- Mr. Markus Jackson, Knox Education Foundation, board member; native of Knoxville, TN; graduate of Austin East High School
- Glenn Jacobs, Knox County Mayor
- Mr. Reggie Jenkins, founder UUNIK Academy in Knoxville, Tennessee; University of Tennessee, Knoxville
- Markise Jordan, 100 Black Men representative
- Mrs. Johnson, Knox County School panel
- Stan Johnson, Executive Director, Socially Equal Energy Efficient Development (SEEED)
- Doug Lawyer, Vice President of Economic Development (CEcD), Knoxville Chamber
- Gloria Littlejohn, Prospective Parent, Knox County resident
- Charles Lomax, Jr., Community Empowerment Director, City of Knoxville; Knoxville Area Urban League, President and Chief Executive Officer
- Jordan Mollenhour, Co-CEO, Mollenhour Gross LLC; Tennessee State Board of Education, Second Congressional District
- Ms. Alishia Moore, Parent
- Dr. Dexter Murphy, Knox County Schools, Region Five Director; Knox County resident
- Mrs. Phyllis Nichols, former president and CEO, Knoxville Area Urban League
- Chief Paul Noel, Knoxville Police Department
- Porscias Pickett, Chief Program Officer, Wesley House Community Center
- Kevin Ransom, Boys & Girls Club of the Tennessee Valley, Facility Director
- Brandon Ross, Woody Creek Realty
- Dr. Jon Rysewyk, Knox County Schools, Superintendent
- Evtty Satterfield, Former Knox County School Board, District 1
- Dr. Berry Shumpert, Director, Student Success Center, Pellissippi State Community Colleges
- Tyvi Small, University of Tennessee, Knoxville Vice Chancellor for Diversity and Engagement
- Adronicus Thomas, Commissioner Knox County Election Commission; Knox County Development Corporation, senior asset manager
- Daniel Watson, Knox County School Board, District 3

- Orlando Wells, Hispanic Community Knoxville, member
- Zach Wishart, Knoxville Education Advocate
- Clayton Wood, Executive Director, Thrive

Organizations:

- Boys and Girls Club
- Centro Hispano
- Emerald Youth
- Knoxville Rotary Club
- Knoxville Education Foundation
- Knoxville Fellows
- Legacy Parks
- Lawson Family Foundation
- NAACP
- 100 Black Men Gala
- Urban League

Sixteen letters of support received (and provided in Attachment E):

Outreach/Community Engagement Events Held (to Date)

- 100 Black Men of Greater Knoxville Gala on June 25, 2022; Director of community engagement (Stan Carter) attended on behalf of Knox Prep

- Lunch and Learn at Calhoun's on the River 1:00 p.m. with speaker JoAnn Gama (IDEA Public School co-founder and National Charter School Hall of Fame member), February 17, 2022

- Knox Prep Community Engagement Event, Saturday, Sept 10, 22 (sign in sheets show: 5 attendees) @ Change Center Knoxville: Parents and community members were invited through our website and social media to stop by to enjoy pizza, games and hear from Knox Prep school leaders as they presented the future of Knox Prep, the first all-boys charter school in Knox County.

- Bus trip to Chatt Prep, PREP Schools chartered a bus to bring 19 Knox residents into Chatt Prep to observe a typical school day, Oct 19, 2022. Attendees (with title and/or affiliation) included: Sam Brown, Knoxville NAACP-President; Ronnie Chandler, Project GRADE, ED; Bill Clark, KICKO, co-founder; Michael Clark, KICKO; Lashinski Emerson, A1 Learning Center; Reico Hopewell, The Mend House, Executive Director; Marcus Jackson, B&G Club, COO; Stan Johnson, S.E.E.D, CEO; Renee Kelley, ESSER funding,

Charles Lomas, Director/Community Empowerment; Goldie Littlejohn, parent; Dexter Murphy, Knox County Schools, Region 5 Director; Pastor Kevin Perry, World of Life Ministry; Monica Reed, C.O.N.N.E.C.T Ministry, COO; Javiette Samuel, UT, Assistant Vice Chancellor; Bethany Yandell, Ackerman (A second bus trip will be held on March 1, 2023)

- Knox Prep Booth with brochures, swag, etc. at a local community holiday event. 1200 people in attendance. December 10, 2022. Families and community members provided feedback and asked questions. Greatest feedback was shared enthusiasm for another excellent school in Knoxville. The majority of questions were in regard to facilities.

In addition to direct communication with parents and community residents, initiatives that have been executed to engage the community include the following:

- 500 pieces of mail have been distributed via the targeted mail campaign including 239 postcards that were mailed to households, with fourth graders living in the target area within Knoxville (zip codes: 37921 and 37912) on December 7, 2022
- 500+ people engaged in a virtual tour of Chatt Prep
- 150-200 interested persons, including prospective parents and community members used Facebook Messenger and the school website to provide comments or questions (answered by the CEO) regarding Knox Prep. Input was tracked and used accordingly (e.g., to inform recruitment strategies, communications, etc.)
- 150+ flyers have been distributed throughout the community
- 200+ hours – number of hours that Knox Prep representatives have spent walking through the community, speaking with and listening to students, families, and community members
- 45 brand ambassadors have agreed to support community outreach
- 75 social media posts that have been shared (and/or frequency of updates to social media), including seven community Facebook ads in December 2022 – reaching 26,779 users
- 125 people, including prospective teachers and staff, were engaged by the Knox Prep team while at the National Charter School Conference
- 67 ads (print and digital) have been distributed

KNOXVILLE
PREPARATORY
SCHOOL

- 4 articles have been published (Knoxville News Sentinel, Chattanooga Times, Compass)
- 1 interview with WATE 6 Knoxville
- 300+ Knox Prep collaterals (t-shirts, magnets, business cards) distributed
- 25 Chatt Prep students / staff presented "spotlights" of their experience at Chatt Prep
- 1 Director of Community Engagement hired—began March 2022
- Weekly meetings (beginning January 2022) with PREP Public CEO, Director of Community Engagement and local pastors to hear feedback from the community

*(c) Describe your plan to recruit students in the year prior to opening with this authorizer, including the strategies, activities, events, responsible parties, and a timeline. What established community organizations are you targeting for marketing and recruitment? Consider pre-schools, civic groups, camps, summer programs, faith-based institutions, etc.*

**Student Recruitment**

Most strategies, activities and events have begun and will continue through approval. The timeline below identifies steps that will be taken through April 2023.

August – September 2022
Website additions made
Marketing materials designed
Social media campaign launched (charter truths/myths)
Community form(s) held
Meeting with media – editorial pitch
Speaking opportunities/Key meetings scheduled

October – November 2022
Community partner event sponsors secured
Targeted mail campaign
Ongoing social media, speaking engagements, media relations, and community forums held

December 2022 – January 2023
Ads printed – KNS, Cityview, Greater Knox Business Journal
Social media (Facebook ads released), speaking engagements, media relations and community forums held
Outreach efforts evaluated and supplemented as needed

February – March 2023
Ads printed – KNS, Cityview, Greater Knox Business Journal
Social media, speaking engagements, media relations and community forums held

KNOXVILLE
PREPARATORY
SCHOOL

Outreach efforts evaluated and supplemented as needed

April 2023
Social media campaign about upcoming vote
Post vote announcements shared
Media coverage pitched
Outreach efforts evaluated and supplemented as needed

In the initial planning & preparation year, all school staff, founding board members and advisory council members will be heavily engaged in marketing, outreach, and recruitment. Primary, ongoing responsibility for student recruitment will be held by the Dean of Students with oversight and support from Principal and CEO.

Community organizations that will be engaged upon approval (to ascertain and finalize support efforts) include:

- Knox Education Foundation
- North Knoxville Business and Professional Association Meetings
- Rotary Clubs of Knoxville and Farragut;
- Knoxville Breakfast Rotary Club
- Urban League
- YWCA Game Changers
- 100 Black Men of Greater Knoxville
- Save Our Sons Initiative
- Knoxville Fellows
- Leadership Knoxville
- Centro Hispano of East Tennessee
- Young Professionals of Knoxville
- Local institutions of faith

The following table outlines strategies that will be employed to help us meet recruitment benchmarks.

| KNOXVILLE PREP STUDENT RECRUITMENT STRATEGIES |
| --- |
| Public service announcements (in both English and Spanish) on local radio (e.g., WUOT) and television (e.g., WATE) stations. |

| |
|---|
| Information sessions & dissemination of marketing & recruitment materials (in both English and Spanish) via partner/community organizations. These may include a Knox Prep brochure, branded fact sheet on charter schools, magnets with Knox Prep logo, Knox Prep business cards, etc. Brochures and postcards may be mailed to target communities or distributed through canvassing events. |
| Social media campaign<br>• Create copy/graphics for organic and paid social media campaigns on the Knox Prep social channels.<br>• Create and execute a paid social media followers campaign on Facebook and Instagram that would increase the followers on our pages, allowing Knox Prep to reach a larger audience with organic posts.<br>• Create an event page on Facebook for upcoming information session/event and boost it with a paid campaign to reach more of our audience.<br>• Create a social media calendar of organic posts that would keep audiences informed of the charter application process, build brand awareness, and create a community of support. |
| Home visits to interested prospective families (by appointment upon request/need). Home visits engage families that may not be active in community events. |
| Knox Prep website, where students and parents can find school information, eligibility rules, and application procedures and materials (including a downloadable application). The user-friendly website will state the school's mission, reinforce our goals and programming with infographics, photography and video. The website will help us to:<br>• Write copy for testimonials from Chatt Prep students and parents that will provide a picture to prospective students and families in Knoxville of what Knox Prep will offer.<br>• Create content about the curriculum that will be used at Knox Prep. This is important to differentiate from other programs that may have been in the news.<br>• Create content that showcases programming, extracurricular activities, and sports that will be available to boys who attend Knox Prep.<br>• Create content or a form that would allow families/community members to request more information or connect with Knox Prep representatives.<br>• Create and post content such as press releases, hiring announcements, location announcements, upcoming info sessions, events, etc. |

| |
|---|
| Flyers and posters posted in community shops and public centers. All print documents will include information in English and Spanish. |
| Paid advertisements, print ads in publications such as the Knox News, East Tennessee Enlightener Newspaper, the Pulse, and the Courier; strategically-placed billboards. |
| Information kiosks in high traffic locations including shopping malls, supermarkets, and public housing management offices. |
| Monthly open house and Informational gathering sessions (upon approval) in various sites and locations throughout the community, including but not limited to schools, community centers, faith-based organizations, and other community gathering spaces. Sessions will be held at different times of the day and week to accommodate family's schedules to share our mission and program, answer questions, learn from families, and collect input that is then used to inform the school's design. |
| Email newsletters to share updates, build loyalty and encourage stakeholders to help us keep growing. Distributed on a regular day and time as well as frequency. |

We will engage a variety of community partners to support recruitment efforts including neighborhood associations, Knox Housing Authority, target area elementary schools, churches, civic organizations, and community-based organizations serving families in poverty.

*(d) Describe how students will be given an equal opportunity to attend the proposed school. Specifically describe any plans for outreach to families in poverty, academically low-achieving students, students with disabilities, English learners, and other students at risk of academic failure. If your school has a specific area of focus, describe the plan to market that focus.*

**Nondiscriminatory Admission Policies**

Knoxville Preparatory School's admission and enrollment policies and practices will be nondiscriminatory and will be fully compliant with T.C.A. § 49-13-113 and SBE Rule 0520-14-01-.04. Knox Prep will follow all federal and state laws as well as constitutional provisions prohibiting discrimination on the basis of disability, race, creed, color, nation origin, religion, ancestry, or need for special education services. To ensure compliance with state and federal regulations,

information regarding disabilities, race, color, national origin, ancestry, or need for special education services will be collected during the recruitment, application, or enrollment process for information purposes only and will not be used in determining eligibility. As a public charter, Knox Prep will not charge tuition unless the Governance Board approves a transfer student from another school district, pursuant to the provisions of T.C.A. § 49-6-3003.

***Families in Poverty***

Our strategy includes neighborhoods where students live in poverty. A door-to-door campaign provides us with the opportunity to meet and begin relationship building with potential families. PREP School representatives attend events in target communities and distribute flyers or establish information tables at local recreation centers, libraries, Boys & Girls Clubs, food banks, homeless shelters and other institutions that provide services to youth from low socio-economic backgrounds.

***Students with Disabilities***

Marketing materials articulate how students with disabilities will benefit from our programming. We encourage all students to apply and describe the services and systems that are in place to ensure students' IEPs and 504 Plans are implemented with fidelity. Staff members are available to connect directly with interested family members. Outreach efforts tap social workers, foster care agencies and nonprofits and health and welfare agencies that cater to, and serve, students with disabilities.

***English Learners***

Marketing materials and applications are made available in languages other than English, with an emphasis on Spanish. Advertisements in Spanish language media outlets, including newspapers and radio, are placed to target non-monolingual-speaking families. Recruitment efforts include setting up information tables at cultural institutions and local places of faith that serve Latino parishioners before and after Spanish language services and at local grocery stores that cater to Latinos. We will have Spanish-speaking staff speak with families, and translation services are offered during open houses and information sessions to ensure all families have equitable access.

***Academically Low Achieving Students or Students At Risk of Academic Failure***

Knox Prep clearly communicates specific features of the academic program, including our focus on social-emotional learning to accelerate the achievement of academically low-performing or at-risk students and prepare all students for college and career. School representatives focus recruitment efforts on families who may have less access to information about local school choices and purposefully reach out to organizations that serve academically low-performing students.

**Specific Plan to Market Focus**

KNOXVILLE
PREPARATORY
SCHOOL

Knox Prep will offer young men in Knoxville an opportunity to pursue education in a public charter school that is different from other options that currently exist in East Knoxville. This all-boys school will serve as an anchor institution in the community built on innovation and leadership development that will catapult young men toward college and career success. Knox Prep's specific plan to market its single-gender model includes clearly explaining why this unique differentiator is needed. The reasoning behind a boys-only model is an important piece of the communications plan in building a base of support for Knox Prep. Below is a list of talking points that will answer questions related to the boys-only positioning of the school:

- Young men in urban areas are disproportionately impacted by poverty and educational inequity.[48] Knox Prep will "rise up" and support young men who are underserved and valuable to our community to become Knoxville leaders and enrich our community.
- Nationwide, girls are consistently outperforming boys academically and socially.[49] This is a reality not only for boys in K-12, but in post-secondary options as well. There is a great need for higher college persistence rates for young men as whole, but especially young men of color.
- Boys thrive under personalized instruction specifically designed to meet their needs and teaching styles that reflect boys' specific learning styles.[50]Knox Prep will be intentionally designed to eliminate the barriers that negatively impact achievement among boys and young men experiencing poverty within Knox County's urban core communities.
- School-operated wrap-around services (food assistance, uniform assistance, laptops, and home internet access, etc.) will be provided to help level the playing field for low-income students. Knox Prep will offer personalized instruction and programming specifically to meet the needs of boys. Teaching styles and curriculum will reflect boys' specific learning styles.

Our aim is to build the men of tomorrow in the hopes that their success will create generational change seen in the communities from which they come.

Knox Prep also places a major focus on college and career readiness for ALL. Rationale for this focus will be shared through outreach to articulate not only the need for higher college persistence rates for young men, especially young men of color in our community, but also the ways college can help kids succeed and local communities improve economic opportunity. We will highlight key features of our program:

---

[48] https://www.brookings.edu/blog/up-front/2020/11/16/tackling-the-legacy-of-persistent-urban-inequality-and-concentrated-poverty/, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6545987/
[49] https://blogs.worldbank.org/education/what-about-boys-addressing-educational-underachievement-boys-and-men-during-and-beyond
[50] https://www.ascd.org/el/articles/teaching-to-the-minds-of-boys

- College visits will begin at 6th grade in addition to college readiness programs, job shadowing, and internships.
- Knox Prep uses STEM Curriculum and a focus on leadership development.
- Tutors will work to move all students to proficient/advanced levels addressing individual academic needs of students.
- Literacy across the curriculum is a priority to improve reading levels across the school.

Knox Prep will not only focus on strong academics, but on building social/emotional skills that boys need to succeed in college and life. Leadership and life skills development are woven throughout the curriculum to teach students resilience, persistence, and grit. Afterschool activities will include tutoring, homework help, chess, art, guitar, choir, book club, green car club, and athletics (soccer, basketball, track, and football) aimed to keep boys active. Knox Prep offers a community mentorship program where ALL boys are matched with a community mentor to guide them throughout their seven-year educational journey. This mentor is someone who "cheers them on the first day of school" and walks with the student through their academic journey. When a mentor signs
up to become part of our program, they are committing to more than providing guidance, leadership, and insight—they are committing to transforming Knoxville's youth and the future of the city.

*(e) Describe student recruitment after the proposed school has opened. How will it differ from pre- opening recruitment? Note: for sponsors of existing schools, please identify how this will differ from current enrollment strategies.*

**On-Going Recruitment Efforts**

After Year One, recruitment of students will be an ongoing process and similar strategies (to those used at Chatt Prep) will be used annually. As the school becomes operational, word of mouth and dissemination of school achievements in local media will complement formal recruitment processes. Siblings and family members of Knox Prep students will provide a natural recruitment pool, and the schools will coordinate recruitment efforts to maximize the impact.

Enrollment policy is provided in Attachment D.

KNOXVILLE
PREPARATORY
SCHOOL

## 1.12 Parent and Community Engagement and Support

*(a) What feedback regarding the startup of the proposed school has been provided by the community, and how has this feedback been incorporated into this application?*

### Community Feedback

Section 1.11, "Recruitment and Enrollment," outlines the community outreach and engagement strategies that have been and continue to be implemented to garner local support and collect evidence of demand for Knoxville Prep. As stated in section 1.11, the impetus for PREP Public Schools to open a campus in Knoxville includes demand from the local community. In response to this demand and with evidence of a proven track record (i.e., an effective model worth replicating), PREP Public Schools conducted a comprehensive landscape analysis to assess transferability of the model. (See more about the landscape analysis in Section 1.2.) With belief that the model can be successfully replicated in a new city, serving a very similar student population, Prep Public Schools set feet on the ground to engage directly with a diverse set of stakeholders (e.g., parents, community members, residents, educators, natives, business leaders, etc.) across the Knoxville community. Prep Schools' leaders, board members, local advisory council members and the local director of community engagement have made it a priority to gather a deep understanding of the community, including the students', families' and community needs and goals.

While these needs are articulated with more detail in Section 1.2, the community has been selected to serve students with needs similar to those of Chatt Prep students who are thriving within the PREP Public Schools' model. Compared with their peers county-wide, our targeted student population is less likely to be meeting grade-level academic standards. Poor school achievement and limited access to educational opportunities has created intergenerational cycles of despair. Input gathered demonstrates the community has an evident need for more school options, particularly a school that engages young men in a rigorous yet supportive learning environment, nurtures resilience, promotes academic excellence, inspires leadership, and prepares critical thinkers. Input that has been collected also affirms families are looking to enroll their child(ren) in a school that offers components that make Knox Prep unique. More specifically, we have learned that families are not entirely satisfied with current academic options (see more detail below). Families and community members, in describing the ideal school setting, articulated a set of need that are incorporated into the proposed school model.

- Rigorous Academics

One family member referenced local news[1] that reported less students from Knox County were going to college or technical school upon graduation than in years passed. Parents shared stories of students that have been let go from jobs and/or had failed courses at the local community college because they were not well-prepared and had not been offered a rich selection of courses. Parents we spoke with thought college and AP courses were for "other

[1] https://www.knoxnews.com/story/news/education/2022/05/26/60-percent-knox-county-graduates-going-college-trade-school/9911733002/

KNOXVILLE
PREPARATORY
SCHOOL

kids," rather than a realistic possibility for their child. When engaged in discussion regarding programmatic features, we heard families state interest in rigorous academics to ensure their child(ren) built a solid foundation that would set them up for success upon graduation.

The PREP Public School model has been designed to deliver a rigorous, intellectually demanding academic program. Our comprehensive, college preparatory curriculum is centered around themes of innovation and leadership which are infused across rigorous coursework in literacy and communication, science, technology, engineering, mathematics, the arts, and social/cultural studies. The curriculum is grounded in the Tennessee Curriculum Frameworks, Common Core Standards, and ACT Benchmarks for College Readiness. An overview of the curriculum that will be implemented to prepare all Knox Prep students for success in postsecondary experiences and careers of their choice is provided in the graphic below.

**COLLEGE PREP (Middle School)**

| | ELA | Math | Social Studies | Science | Electives |
|---|---|---|---|---|---|
| 6th | Close Reading For Meaning: Lavinia Group | Math For Meaning, Story Problems: Lavinia Group | 6th Grade History – PREP Social Studies | 6th Grade Science – PREP Science | |
| 7th | Historical Perspectives | | 7th Grade History – Prep Social Studies | 7th Grade Science – PREP Science | |
| 8th | Close Reading For Meaning: Lavinia Group | | U.S. History: PREP Social Studies | 8th Grade Science – Prep Science | |

**COLLEGE PREP (High School)**

| | ELA | Math | Social Studies | Science | Spanish | TN Requirement |
|---|---|---|---|---|---|---|
| 9th | Close Reading for Meaning: Lavinia Group | Math For Meaning, Story Problems: Lavinia Group | AP Human Geography: PREP Social Studies + AP Classroom | Pre-AP Biology: PREP Science + Pre-AP Classroom | Spanish I: PREP Spanish | Physical Education: PREP Leadership |
| 10th | | | AP US History: PREP Social Studies + AP Classroom | Pre-AP Chemistry: PREP Science + Pre-AP Classroom | Spanish II: PREP Spanish | Personal Finance: PREP Leadership<br>Health: PREP Leadership |
| 11th | AP English Language: AP Classroom | | AP World History: PREP Social Studies + AP Classroom | AP Biology: PREP Science + AP Classroom | AP Spanish Language & Culture: AP Classroom | |
| 12th | AP English Literature: AP Classroom | AP Calculus: AP Classroom | AP Government: PREP Social Studies + AP Classroom<br>AP Microeconomics: PREP Social Studies + AP Classroom | AP Environmental Science + AP Classroom | AP Spanish Literature: AP Classroom | |

*Note: Curriculums titled "PREP" are internally created using vetted instructional materials by the Chief Academic Officer and lead teacher.*

Selected programming will address low literacy rates and improve math scores for our Knoxville students (or "Prepsters"), empowering them to fill in fundamental skill gaps and progress to proficient and advanced performance across academic subjects. For example, PREP Public Schools, using the Lavinia Group's inquiry-based, standards-aligned curricula, invests in world-class literature. Knox Prep students will not only become great readers but will also fall in love with reading. (Chatt Prep readers, engaged in Lavinia's curricula, read more than 21 million words in SY2021-22). Our mathematicians engage in purposeful problem solving that goes beyond simple calculations, with opportunities to reason independently and with partners, ready to take on any new problem that comes their way (https://laviniagroup.org/). Furthermore, starting in middle school, Prepsters are exposed to

Pre-AP level coursework and opportunities to prepare and practice for the ACT exam. Some, starting in eighth grade, participate in their first Advanced Placement (AP) class, AP Spanish Language and Culture, and take the exam in May (for free). Once a Prepster reaches high school, their AP course load incrementally increases to a full AP schedule during their junior/senior year - there will be no differentiated tracks for students at Knox Prep. A similar academic program does not exist in the community.

- Support for All Students

Parents we spoke with relayed thinking that charter schools only serve high-performing students. They didn't know charter schools enroll all learners or that students could receive targeted supports that were designed to address individual needs. Parents we have and continue to speak with think that if a child has moved through elementary school without receiving the supports needed, then it is too late. Families in the community welcome options that will identify and support their middle and high school student's specific needs.

At PREP Public Schools, we serve and support all students, including exceptional learners (e.g., students with disabilities, struggling learners, gifted and talented learners, English learners, and economically disadvantaged students). While all students will be engaged in the same rigorous curriculum, Knox Prep will embed fundamental skill-building, remediation, and differentiated instruction, optimizing opportunities for scaffolding, individualizing instruction, and providing remediation, enrichment, or extending learning based on students' level of competency.

PREP Public Schools offers a robust plan to support and provide remediation for students with learning deficits, following the Response to Instruction & Intervention ($RTI^2$) model. Tutoring and academic coaching is embedded in every course period. In addition, after-school tutoring with support from instructional staff will be offered 4 days per week. The weekly $RTI^2$ Intervention & Extension period will be another opportunity for academic tutoring and coaching – as well as enriched learning experiences – for students struggling with academic content. Summer programming will also be used to extend learning time for students who are struggling with particular learning objectives or standards.

Knox Prep's assessment structure and data-driven, collaborative planning model will ensure that every instructional staff member knows the skill gaps of each student and that teachers and coaches are collaboratively planning to address those gaps. The school staffing structure will allow for a small ratio of students to instructional staff positions.

Moreover, one of the criteria for hiring leadership staff will include experience and expertise in meeting the learning needs of special populations and at-risk students. This will also be a focus area for professional development of school staff. Knox Prep will have a highly-qualified special education teacher beginning in Year 1 with a second special education teacher added in Year 3.

- Outstanding Teachers

Community members and families expressed frustration that urban schools typically attract less qualified teachers and, often times, teachers don't look like their children. Parents were excited to learn that Chatt Prep teachers are, and Knox Prep teachers will be, certified, receive ongoing training and represent student demographics. PREP Public Schools implements strategies to recruit and retain staff that are not only racially and ethnically similar to our students, but also in terms of gender. During the 2021-22 school year, 39% of Chatt Prep employees were African American/Black, 7% Hispanic, 52% white, 56% female and 44% male. National Center for Education Statistics (NCES) data shows, "About eight-in-ten U.S. public school teachers (79%) identified as non-Hispanic White during the 2017-18 school year, the most recent year for which NCES has published demographic data about them. Fewer than one-in-ten teachers were either Black (7%), Hispanic (9%) or Asian American (2%)."

At PREP Public Schools, we not only commit to hiring certified teachers with familiarity of local cultures in the community but also invest heavily in our teachers' success. All Knox Prep teachers will be well-trained on the PREP Public model so it can be implemented with fidelity. Professional development system (e.g., four days per year of intensive PD, five in-service days for individual and collaborative planning, 120 hours of PD per staff member each year) will provide teachers and school leaders with the information and resources they need to inform and improve instructional practices, decision-making and overall effectiveness. Knox Prep teachers will exemplify best practices in teaching and engage students in a variety of activities during course periods to maintain student attention and meet the differentiated learning needs of each student. PREP Public's Domains of Excellent Teaching, articulated in our Academic Book (See to the right) were designed to establish baseline expectations for all PREP Public Schools.




Academic Book | PREP PUBLIC SCHOOLS

- Accountability and Transparency

The community, not fully familiar with and a bit uncertain of the charter school model, expressed a need for transparency and accountability.

PREP Public Schools has developed rigorous yet realistic goals, a robust assessment system and a defined data reporting system. These systems guide the school's underlying purpose: to change the lives of young men who face multiple challenges to academic success. Given the indicators of need among target students, Prep Schools has established ambitious but attainable benchmarks for student achievement during the school's initial start-

up phase. The Board of Directors and school leadership team will revisit and adjust benchmarks annually with the expectation of ongoing continuous improvement as the school matures organizationally, as instructional staff benefit from sustained, team-based planning and professional development, and as students advance academically from the primary student entry-point in the 6th grade and begin to catch up academically.

Our assessment program is designed to inform excellent, post-secondary readiness instruction while providing predictable, trackable data points to support effective coaching and management practices across an expanding district. We believe high-quality assessments:

- Enable data-driven decision making and practice by providing a continuous, accessible stream of information about student performance that can be readily accessed to inform the academic approach (intervention/remediation, scaffolding, enrichment, instructional decisions, etc.) and support academic goal setting.
- Encourage persistence among students who are struggling academically by documenting incremental achievement gains, removing time as a factor in assessment, and taking a non-punitive approach to differing paces of learning.
- Define expected learning outcomes in a way that is transparent to students, parents, teachers, administrators, and other stakeholders.
- Promote a cooperative relationship between teachers and students.
- Foster collaboration among students, parents, and school staff, creating a "web" of support for scaffolding students and bridging achievement gaps.
- Raise expectations for performance as the student progresses and matures.
- Pinpoint intervention and academic support on specific areas of student weakness.
- Establish high expectations for all students and provides incentives for motivated students to achieve at the advanced levels to ensure 100 percent of students have achieved post-secondary readiness.

- Single-gender learning environment

Community members and family members recognize young men face challenges. While there is a strong consensus about the need for an all-boys charter school to promote academic achievement and graduate college-ready young men, in our proposed community, a single-gender model does not exist within 100 miles. Chattanooga Prep is one of the only public all-boys options in the state; distance (~110 miles from Knoxville) makes it unreasonable. The McCallie School, an all-boys, private, boarding school (also in Chattanooga), serving 980 boys in grades 6-12, is not only far, but is also cost prohibitive[2] to the majority of our families.

Nationwide, boys lag behind girls in academic performance in class, on standardized tests, in high school completion, and in college enrollment. (See section 1.2 for more detail.) PREP Public Schools are designed to meet the unique learning needs of boys which is critical since traditional school models have shown to create disadvantages for boys across all socio-

[2] According to niche.com, yearly tuition is $33,130 or $60,710 for tuition and boarding for the highest grade offered. While 44% receive financial aid, the average financial aid is reported to be $20,600.

KNOXVILLE
PREPARATORY
SCHOOL

economic groups. Knox Prep will adopt the following 10 best research-proven instructional practices.[3]

Research-Based Practices from the Teaching Boys Effectively Logic Model:[4]

1. Teachers increase the use of graphics, pictures, and storyboards in literacy-related classes and assignments. When teachers use pictures and graphics more often (even well into high school), boys write with more detail, retain more information, and get better grades on written work across the curriculum.
2. Classroom methodology includes project-based education in which the teacher facilitates hands-on, kinesthetic learning. The more learning is project-driven and kinesthetic, the more boys' bodies will be engaged in learning—causing more information to be retained, remembered, and displayed on tests and assignments.
3. Teachers provide competitive learning opportunities, even while holding to cooperative learning frameworks. Competitive learning includes classroom debates, content-related games, and goal-oriented activities....
4. Classroom curricula include skills training in time, homework, and classroom management. In order to feel competent, engaged, and motivated, many boys need help learning how to do homework, follow directions, and succeed in school and life; classrooms are the primary place these boys come for that training.
5. Approximately 50 percent of reading and writing choices in a classroom are left up to the students themselves. Regularly including nontraditional materials, such as graphic novels, magazines, and comic books, increases boys' engagement in reading and improves both creative and expository writing.
6. Teachers move around their classrooms as they teach. Instructors' physical movement increases boys' engagement, and includes the teacher leading students in physical "brain breaks"—quick, one-minute brain-awakening activities—that keep boys' minds engaged.
7. Students are allowed to move around as needed in classrooms, and they are taught how to practice self-discipline in their movement. This strategy is especially useful when male students are reading or writing—when certain boys twitch, tap their feet, stand up, or pace, they are often learning better than if they sit still, but teachers are often not trained in innovating toward more movement in classrooms.
8. Male mentoring systems permeate the school culture, including use of parent-mentors, male teachers, vertical mentoring (e.g., high school students mentoring elementary students), and male peer mentoring. By 16, vocationally oriented boys (and girls) need schools and communities to provide access to jobs and mentors through which students can master a trade.

[3] http://publications.sreb.org/2004/04v03_ten_strategies.pdf
[4] *ASCD Express*, Vol. 6, No. 4. Copyright 2010 by ASCD. All rights reserved. Visit www.ascd.org/ascdexpress.

9. Teachers use boys-only group work and discussion groups in core classes such as language arts, math, science, and technology. Some boys and girls who do not flourish in the busyness or social distraction of coed classes get a chance to flourish in new ways in single-sex groupings.
10. Teachers and counselors provide skill building for sensitive boys (approximately 20 percent of males fall somewhere on the "sensitive boy" spectrum), and special education classes are taught by teachers trained in how to teach boys specifically. This is crucial because approximately 70 percent of learning-disabled students nationwide are boys.

- Lower Disciplinary Rates

Families we spoke with expressed concern for disproportional disciplinary rates, noting black males were more likely to receive consequence(s), such as suspension. They seek a school setting where students are kept in class with staff that effectively implement alternatives to suspension.

Knox Prep will be a vibrant, positive school environment focused on fostering emotional intelligence and pro-social development among all students. While the PREP Public Schools' discipline policy communicates clear and appropriate consequences for offenses, the focus of school leadership and the responsibility of all staff will be to set expectations and create the optimal circumstances to promote good behavior, use instructional and behavioral approaches that redirect student energy into learning, emphasize restorative justice methods, and build students' capacities to self-regulate their behavior. At PREP Public Schools, school discipline is inextricably grounded in the school culture; all staff and all students will participate in maintaining a safe, orderly, and positive learning environment designed to maximize learning. Suspension and expulsion rates at Chatt Prep (0%) suggest the PREP Public Schools' model will effectively refute high and disproportional disciplinary rates[5] and increase our graduates' long-term academic and professional success.

- Improved Attendance

The community also recognizes attendance as a strong predictor of student outcomes and wants their kids in school. However, the absentee rate in Knox County Schools is highest rate the school system has seen since 2017; more than 1 in 4 students missed at least 18 days of school in the 2021-22 school year.[6] Attendance is recognized as crucial to enable students the time and consistency they need to overcome academic deficits and achieve college / career path readiness.

To achieve PREP Public Schools' average daily attendance rate goal of 98%, strategies proven to promote attendance (Chatt Prep boasts a 98% attendance rate) include but are not limited to:

---

[5] https://www.grid.news/story/politics/2022/09/07/black-students-face-school-suspensions-at-disproportionately-high-rates-with-long-lasting-consequences/
[6] https://www.knoxnews.com/story/news/education/2022/09/15/superintendent-jon-rysewyk-community-must-help-lift-up-knox-county-schools/10369679002/

- Recognizing Attendance & Participation: Student attendance and participation will be overtly recognized, and students will be able to accrue appropriate rewards (e.g., restaurant gift certificates, bicycle or sports equipment, trophies, etc.) or privileges (e.g., special field trip, special meal with school leaders and family, etc.) based on attendance. Outstanding attendance will be recognized as part of school routines and ceremonies.
- Including Attendance & Engagement in Student Assessment: Attendance and active engagement in learning will comprise part of the student's "Grit Grade" component which will equal 20% - 30% of a student's grade in each class. While attendance alone is not sufficient to earn full value for the engagement / executive function portion of the score, it is a critical factor since attendance is imperative for students – many of whom will start academically behind – to participate in the full spectrum of learning, application, practice, and coaching that will ensure their success.
- Student Advisory Groups: Students will be assigned to instructional and administrative staff in small Advisory groups. Advisors will and initiate discussions with a student if attendance becomes an issue and for initiating engagement with other stakeholders (parents, administrators, counselor, etc.) when needed.
- Wrap-Around Services: Through the Guidance / Counseling Center, students and families will have access to wrap-around services offered by school staff and collaborating community partners. The availability of wrap-around services on-site and readily available for student access is imperative given attendance issues stem from a variety of reasons including homelessness, children having to act as caregivers for siblings or elders, lack of transportation, depression, or a myriad of other obstacles often associated with poverty.
- Extracurricular Activities: Maintaining a good attendance record will be a condition of participation in all extracurricular activities. Excessive absences or instances of tardiness to school will result in dismissal from all extracurricular activities and incentives.
- Clearly Communicating Attendance Policy: The student handbook includes a clear statement of the absence policy including allowable absences, parent-excused absences, and the implications for excessive absences.

- Central Location

In response to the request for a central location, Knox Prep has identified a facility that will be readily accessible. The proposed location at 967 Irwin Street in convenient to both Districts 1 and 2. Knox Prep will also be in close proximity to Knoxville College. At the time of submission, Knox Prep is in communication with Knoxville College leadership about potentially leasing the old Knoxville College football field for athletic space.

- Equitable Resources and Services

Families and community members seek a learning environment that nurtures the whole child and supports students in uncovering their passions and interests.

To maximize a diversity of opportunities for students, students will rotate through a sequence of offerings including music, theatre, and visual art. Instructional staff will include visual arts, music, theater, and movement/dance staff and/or Knox Prep will engage with

community partnerships (supervised by certified teachers) to allow for a greater diversity of offerings for students at each school. Further, based on focus groups with families and parents, and the experiences of the Chatt Prep in serving this same population (particularly during covid when the barriers became clear), wrap-around services are planned and incorporated into facilities and budget allocations. School-operated wrap-around services will include laundry services, a food pantry, uniform assistance, a laptop and home internet access for all students. The school social worker, with assistance from social work interns will provide mental health and counseling for students and refer families to community-based services appropriate to their needs. Knox Prep will establish partnerships with community-based organizations to offer primary healthcare, social services, and parent education. Coupled with an equally strong academic program, these resources and services will accelerate equitable outcomes.

- Community Engagement

All families and community members stressed the importance of community. There is a strong sense of community in Knoxville with diverse partners sharing commitment to enhancing their neighborhood. As detailed below, PREP Public Schools, in response to the family and community's desire to be actively involved in their child's education, is committed to partnering with parents as they become lead participants in their child's academic and social development and be involved in the school's operations and governance. Knox Prep's advisory council will work to establish and sustain strong connections within the community, ensuring Knoxville families have a voice in decision making.

Finally, the proposed model aligns with the four priorities set forth in June 2022 by the Superintendent of Knox County Schools, Dr. Jon Rysewyk:

- Excellence in foundational skills, particularly early literacy and middle-school math;
- Providing great educators in every school;
- Career empowerment and preparation; and
- Success for every student.[7]

Our state's goal, 55% of Tennesseans attaining a college degree or certificate by 2025, will be impossible to achieve if large segments of the population face roadblocks to postsecondary completion. In direct response to community demand, Knox Prep will prepare all students for the postsecondary opportunity of their choice – whether that is a 4-year baccalaureate program, community college, technical or vocational training, or military service. Knox Prep seeks to collaborate with the KCS and to contribute to the district's success.

*(b) Describe how you will engage parents and community members from the time that the proposed school is approved by this authorizer through the school's opening.*

[7] https://www.knoxschools.org/site/default.aspx?PageType=3&DomainID=38&ModuleInstanceID=53356&ViewID=6446EE88-D30C-497E-9316-3F8874B3E108&RenderLoc=0&FlexDataID=172120&PageID=69

KNOXVILLE
PREPARATORY
SCHOOL

**Pre-opening Engagement**

As a school brought to the community in response to demand, we are committed to continually engaging families and community stakeholders. The process to engage future Knox Prep families has already begun and will continue from the time our application is approved through school's opening. To build authentic, trusting relationships based on open communication, Knox Prep commits to the following:

- Ongoing Communication: We will promote open communication using equitable communication tools to engage and sustain engagement of our parents and community members. For families with Internet access, we will utilize our school's website, social media (Facebook, Instagram and twitter) and texting to deliver information regarding opening, highlights, and opportunity. All communications will be translated into home languages spoken by our families. Families without Internet access will be mailed communications through the USPS or called. (Preferred contact method will inform delivery; staff will simply ask families to identify preferred communication method.)
- Open, Two-Way Communication: Families and community members will be encouraged to share their thoughts and questions. Open, reliable lines of communication will set a foundation for strong, proactive interactions.
- Face-to-Face and Virtual Meetings: Upon hire, the principal with host bi-monthly meetings at various times of the day to ensure families' varied schedules are considered. At these information sessions, we will share updates about our program and listen to families as they provide feedback.
- Community and Home Visits: Staff will be present at frequently visited locations throughout the community. Home visits may be scheduled with families to ensure provide an opportunity for conversation with family members that are rarely seen.
- Meet and Greet Events: The communication will be invited to attend events where they may mingle with other parents as they gain familiarity with the school culture, expectations and academic program.
- School Tours: In accordance with facility readiness, families and community members will be welcome to take a tour.
- Information tables and community walks: We will share information about the school at frequently attended locations throughout the community (e.g., the trampoline park) and as we walk through the community to attend sporting events, knock on doors, etc.
- Community Events: We will co-sponsor and attend events with local organizations to build unity and relationships among families. For example, the Blessings on Bell Street event that Knox Prep joined was run by a perspective parent.
- Welcome Kits: We will distribute school welcome kits to enrolled families.
- Orientation sessions: Parent & student orientation will be invited to join us at pre-opening orientation sessions to review and underscore opportunities and commitments related to parent & family involvement. Routines and rituals will be introduced while connections are made and friendships started.

KNOXVILLE
PREPARATORY
SCHOOL

- Student Voice: Knox Prep is committed to preparing students for creative leadership. Students will be engaged in decision making; we will collect input from incoming students to activate their voice (e.g., clubs, preferences, etc.) and build the foundation for students to assume school leadership and governance roles.

Multiple avenues for parental and community engagement will ensure that Knox Prep will not only make a difference in the lives of the 700 students who will attend at full capacity, but also in the lives of their families and our broader educational landscape.

*(c) Provide, as Attachment E, any of the following: letters of support, memoranda of understanding, or contracts that indicate the proposed school is welcomed by the community in which the school intends to locate, is viewed as an attractive educational alternative, and/or reflects the community's needs and interests.*

**Evidence of Community Support**

Attachment E includes letters of support from parents, community members, local business owners, elected officials, education leaders, etc. These letters, demonstrate Knox Prep is welcomed in the community, is viewed as an attractive educational alternative and reflects the community's needs and interests.

*(d) Outline how the proposed school will engage parents and community members in the life of the school (in addition to any proposed governance roles).*

**Parent and Community Engagement**

Knox Prep will seek to establish for each student a "circle of support" that affirms and reinforces academic goals, social-emotional development, executive function skills, and postsecondary and career preparation. PREP Public Schools' model is a critical component of that circle of support, but schools alone cannot change the trajectory of a students' life. To complete the circle of support, Knox Prep will engage families and communities to enrich and support outcomes for each student.

Grounded in research and informed by dialogue with prospective parents, families, students and community members, Knox Prep has planned the following parent & family engagement strategies.

| KNOXVILLE PREP<br>PARENT & FAMILY ENGAGEMENT STRATEGIES | |
|---|---|
| Enrollment & Student Intake | Enrollment & student intake procedures at Knox Prep will inform and educate parents and family members about school policies, commitments, and opportunities. School personnel will secure state assessment scores and require |

KNOXVILLE
PREPARATORY
SCHOOL

| | |
|---|---|
| | initial summer school for students with learning deficits. |
| Parent & Family Orientation | Knox Prep is committed to engaging parents as partners to be lead participants in their child's academic and social development and be involved in the school's operations and governance. As part of the enrollment guidelines, parents and/or guardians are required to attend registration and parent orientation that reviews, and underscores opportunities and commitments related to parent & family involvement. Accommodations will be made for families unable to attend an in-person event. |
| Prep Promise Commitment | Knox Prep will ask that a parent or guardian for each student sign the "Prep Promise" as part of the enrollment process. The Prep Promise will be articulated as a Memorandum of Understanding that will outline what parents can expect from Knox Prep and what is expected of parents and families to support student learning. The Prep Promise asks parents to commit to (1) participating in parent orientation each year; (2) attending at least 4 school functions per year (student-led conferences, Innovation Evenings, etc.); and (3) stating that every day they will do something to help support their son in school. |
| Website & Online Access to Achievement Data | Knox Prep will maintain an active website and provide online access to student achievement data through the Haiku Learning program and to student behavior data through the Classroom Dojo program. |
| Parent & Family Conferences | Student-led Conferences will occur at least twice per year. |
| School Governance | The PREP Public Schools' Governance Board will include at least one family representative from |

KNOXVILLE
PREPARATORY
SCHOOL

| | |
|---|---|
| | each school community (one from Chattanooga and one from Knoxville) and one Knoxville community member who will be voting board members. Families and the school community will be invited to attend any/all board meetings (in-person or virtually when not held at Knox Prep). School staff will work with parents to establish a Parent & Family Organization to support school activities and ensure that parents have consistent opportunities to give input. Board meeting minutes will be posted to our website. |
| Advisory Council | The Knox Prep advisory council, composed to support local representation will hold regular meetings. Family and community members are invited to join. Advisory council members will join school activities to build relationships with families and students. |
| Parent Education | Knox Prep will offer regular parent education opportunities with topics including Technology Use and Security, Financial Planning for College, Course Selection, Nutrition, etc. Workshops will be hosted by school personnel to support emerging needs and to address topics as they arise. |
| School-based Involvement | Knox Prep families will be encouraged to engage with our school community. Opportunities for engagement include but are not limited to chaperoning school functions, experiential learning trips as well as college tours; planning and hosting teacher and staff appreciation events; providing translation services or integrating their cultural and linguistic traditions into school activities; planning and/or attending school celebrations and special events; helping with fundraisers or contributing to our annual giving campaign; attending student performances, presentations, sporting events, |

KNOXVILLE
PREPARATORY
SCHOOL

| | |
|---|---|
| | parent workshops, etc. A school volunteer training session will be offered to boost parent confidence and increase involvement. |
| Community-Based Services | The school social worker, with assistance from social work interns will provide mental health and counseling for students and refer families to community-based services appropriate to their needs. We will establish partnerships with community-based organizations to offer primary healthcare, social services, and parent education. |
| Communication Tools | PREP schools employ the following communication tools:<br>• Family communication flow chart – distributed to all staff, faculty, auxiliary and families (strict 24-hour response rate is expected)<br>• Weekly family newsletter shared electronically via REMIND, Facebook, and Instagram (printing and sending home with students is campus choice)<br>• REMIND – used consistently to encourage two-way communication between staff and families<br><br>We track and monitor any students/families at risk of leaving. All schools must maintain an active Promise List that helps them identify student or families that are struggling. Promise Lists are owned by the Director of Operations but take the entire school community's investment and work to identify and support students or families that need it. The Promise List should be reviewed in lead team tactical, check-ins with the Director of Operations and counselor and every grade team meeting. |

Families will be provided with an annual calendar of events; event updates will be posted to our website and shared via social media (or other means deemed appropriate) with ample notice. Knox Prep will create and sustain an inclusive learning environment where all parents feel comfortable and welcome. Barriers to involvement will be addressed through childcare, language translation services, transportation and accessibility.

Knoxville Prep has also planned a variety of services and amenities to engage and support parents and families.

- Food Pantry: In partnership with community partners, Knoxville Prep will offer a monthly mobile food pantry for families. The food pantry will include healthy food options and recipes.
- Laundry Services:
- Uniform Assistance: The Board of Directors and Development staff will engage community supporters to provide assistance for students who need financial support to purchase school uniforms.
- Computer & Home Internet Service: All Knoxville Prep students will receive a laptop or tablet computer and home internet service. This is critical for flipped classroom homework assignments and so that students and families can access student achievement information, academic resources, etc.
- Health & Wellness: Knoxville Prep will enter into a partnership agreement with a local health care provider to offer health care through a Family Nurse Practitioner-led clinic model.
- Parent Education & Career Support: Knoxville Prep will facilitate career opportunities for parents including facilitating connections with employment opportunities, resume and interview preparation support, and support for educational advancement (GED preparation, postsecondary enrollment, etc.).

Multiple avenues for parental and community engagement will ensure that Knox Prep will not only make a difference in the lives of the 700 students who will attend at full capacity, but also in the lives of their families and our broader educational landscape.

Finally, to build strong and effective parent engagement, Knox Prep will continually strive to incorporate needs and interests of parents. Surveys are administered quarterly to help identify and respond to needs and wants. Frequent and direct contact between teachers (that reach out to share positive updates and news) and family members will help build a positive communication system. Likewise, advisory council and board members' presence in the school community will support efforts to build robust parent and community engagement.

(e) Describe how parents will be informed and educated on all school policies and any commitments or volunteer opportunities the school will seek from, offer to, or require of, parents.

**Communicating Opportunities**

KNOXVILLE
PREPARATORY
SCHOOL

Parents are essential partners in education. They influence their children's attitudes about learning, and support learning at home. Knox Prep is committed to engaging parents as partners to be lead participants in their child's academic and social development and be involved in the school's operations and governance. We have a shared responsibility to ensure children receive the high-quality education they deserve. As part of the enrollment guidelines, parents and/or guardians are required to attend registration and parent orientation. At this time, the student & parent handbook is distributed (and posted on our school website) and reviewed with families, providing parents with the opportunity to discuss and ask questions about school policies and opportunities. Policies addressed include but are not limited to anti-discrimination/anti-harassment, lifework and late work, electronic devices and technology use, promotion and retention, uniform and grooming, visitor, exceptional education, health records, During orientation, we also discuss the school's mission and vision, core values, school hours, grading system, the tiered attendance system, the behavior plan, "Prepisms," etc.

Moreover, communication is essential to building and sustain parent involvement. As stated above, the school maintains an active website and social medial presence to sustain ongoing communication. For families with no Internet access, we may print and send updates as applicable. Also, in close proximity to the school's entrance (or in another highly visible location), office support staff will maintain a bulletin board to post updates and details for upcoming events. The REMIND education communication platform to encourage two-way communication between staff and families. A weekly family newsletter shared electronically via REMIND, Facebook, and Instagram (printing and sending home with students is campus choice). Finally, while participation is highly encouraged and supported through training and communication strategies, it is optional.

*(f) If not already identified, describe any programs you will offer to parents and/or the community and how they may support the school mission and vision.*

**Mission-Aligned Programming**

Knoxville Prep engages young men in a rigorous yet supportive learning environment that nurtures resilience, promotes academic excellence, inspires leadership, and prepares critical thinkers. Strategies described throughout this section will support mission-aligned programming. The school will also offer regular parent education opportunities with topics including Technology Use and Security, Financial Planning for College, Nutrition, etc. in alignment with community need (ascertained informally through conversation and more formally, through regularly administered surveys) as we collaborate to inspire and empower young men to achieve academically and participate in a collaborative learning community that will establish a trajectory for lifelong learning and success.

KNOXVILLE PREPARATORY SCHOOL

## SECTION 2: OPERATIONS PLAN AND CAPACITY

### 2.10 Charter Management Organization (if applicable)

*(a) If you intend to contract with a charter management organization (CMO), please detail:*
- *The name of the CMO, if known, and evidence of its educational and management success;*
- *Selection process and criteria;*
- *Scope of services and resources to be provided by the CMO;*
- *Division of roles and responsibilities between the board and the CMO, disclosure and explanation of any existing or potential conflicts of interest between the board and CMO, and how conflicts of interest will be checked;*
- *How performance of the CMO will be measured, including any deliverables;*
- *Conditions for renewal and termination of the CMO agreement;*
- *Any monetary obligations of the CMO agreement; and*
- *Include a copy of the CMO agreement as Attachment K, if available, that sets forth proposed key terms, including roles and responsibilities of the school governing board, the school staff, and the service provider: the services and resources to be provided; performance-evaluation measures and mechanisms; detailed explanation of compensation to be paid to the provider: financial controls and oversight; investment disclosure; methods of contract oversight and enforcement; and conditions for contract renewal and termination*

*(b) For a sponsor of an existing school in the ASD contracting with a CMO, in lieu of the above, include a copy of the CMO agreement as Attachment K*

**PREP Public Schools as CMO**

PREP Public Schools does not intend to contract with third-party educational service providers. PREP Public Schools will serve as its own charter management organization in the sense that it will be operating a network of multiple high-performing public charter schools. PREP Public Schools will operate the network from a single entity (PREP Public Schools, a Tennessee nonprofit corporation) with a single board of directors; however, PREP Public Schools will establish, and seek significant input and recommendations from, advisory boards at each charter school in compliance with the Tennessee Public Charter Schools Act of 2002.

### 2.12 Network Vision, Growth Plan & Capacity

*In this section:*

*(a) Describe the network's strategic vision, desired impact, and five-year growth plan for developing new schools in Tennessee. Include the following information: proposed years of opening; number and types of schools; any pending applications; all currently targeted markets/communities and criteria for selecting them; and projected enrollments. If the existing portfolio or growth plan includes schools in other states, explain specifically how Tennessee fits into the overall growth plan.*

**Network Vision, Impact and Growth Plan**

Knoxville Preparatory School's charter will be held by PREP Public Schools, Inc. PREP Public Schools (or "PREP Schools") is a tax-exempt organization incorporated under section 501(c)(3)

of the IRS code.[51] PREP Public Schools, the sponsoring entity for the proposed school, builds and operates high performing charter schools at the middle and high school level in Tennessee. PREP Public Schools' mission is to engage young men (and women, beginning in school year 2027-28) in a rigorous yet supportive, single-gender learning environment that nurtures resilience, promotes academic excellence, inspires leadership, and prepares critical thinkers. Driven by its vision, to inspire and empower young men to achieve academically and participate in a collaborative learning community that will establish a trajectory for lifelong learning and success, PREP Public Schools opens and operates public charter schools in high-need communities of Tennessee.

Each school in the PREP Public Schools network will achieve the following goals:

Goal 1: Accelerate intellectual development and academic achievement among urban boys through a rigorous academic program designed to support academically underperforming students in attaining proficient and advanced levels of academic performance.

Goal 2: Bolster self-confidence and promote social / emotional development among low-income, urban boys, empowering them to hone leadership capacities, social/emotional maturity, self-discipline, and resilience.

Goal 3: Fortify college and career readiness and success through a rigorous curriculum that integrates problem-based, experiential, and expeditionary learning strategies.

Goal 4: Buttress student support networks by establishing multiple pathways for family and community engagement in academic achievement, social/emotional maturity, and leadership development.

The purpose of the network is to change the lives of young men (and women) who face multiple challenges to academic success. PREP Public Schools meets the prescribed purposes set forth within the Tennessee Public Charter Schools Act of 2002 (TN Code § 49-13-102 (2021)). PREP Public Schools will:

1. Improve learning for all students and close the achievement gap between high and low students by meeting the unique educational and social-emotional needs of young men who have faced a multitude of challenges in an academically rigorous yet supportive environment that infuses literacy across every lesson in every subject; engages students in active learning; embeds intervention & academic support strategies; and implements standards-aligned, research-based curriculum that has proven to result in the highest level of growth with a similar

[51] On October 20, 2022, the Chattanooga Prep governance board voted to approve Chattanooga Prep, Inc.'s name change to PREP Public Schools, Inc.

group of students (as evidenced by earning Level 5, the highest TVAAS ranking awarded by the TDOE;

2. Provide options for parents to meet educational needs of students, offering families school choice with the first all-boys public school in Knox County that nurtures resilience, promotes academic excellence, inspires leadership and prepares critical thinkers;
3. Encourage the use of different and innovative teaching methods, such as the constructivist approach as well as collaborative grade band teams and provide greater decision-making authority to schools and teachers in exchange for greater responsibility for student performance;
4. Measure performance of pupils and faculty using real time information to support learning, and ensure that children have the opportunity to not only reach proficiency on state academic assessments, but to also graduate high school prepared to flourish in college or university;
5. Create new professional opportunities for teachers by fostering an atmosphere that conveys a high regard for students through encouraging ongoing professional development and using data to ensure continuous improvement across metrics of student achievement and school performance;
6. Afford parents substantial meaningful opportunities to participate in the education of their children with ongoing opportunities for community and family engagement as well as the opportunity to receive a variety of wrap-around services that go far beyond traditional concepts of schooling.

With attention to school choice and student needs across Tennessee, PREP Public Schools continues to combine big picture data with local insight to ensure we maximize impact for low-income students across the state. For example, data, collected by Opportunity Insights[52], shows the rate of upward mobility for low-income students in TN is below the national median. Kids raised in families earning about $27,00 grow up to an average of $31,000 as adults.

[52] Opportunity Insights is a non-partisan, not-for-profit organization based at Harvard University and directed by Raj Chetty, John Friedman, and Nathaniel Hendren. The organization conducts scientific research using "big data" on how to improve upward mobility and work collaboratively with local stakeholders to translate these research findings into policy change.

**Upward Mobility for Low-Income Kids: How Tennessee Compares**



The rate of **upward mobility** for low-income kids in **Tennessee** is below the national median. Kids raised in families earning about $27,000 grow up to earn an average of **$31,000 as adults.**

OPPORTUNITY INSIGHTS

Moreover, when looking at outcomes of children from low-income (i.e., 25th percentile) households, data shows Black and Hispanic students, among the top 100 US cities, have the lowest rates of upward mobility.

**Relative Outcomes for Children from 25th Percentile Households**

Among the top 100 US cities by population




OPPORTUNITY INSIGHTS

PREP Public Schools seeks to operate four middle/high school campuses across Knoxville and Chattanooga in East Tennessee by 2034, including Chattanooga Preparatory School (Chatt Prep). Chatt Prep, the one currently existing school in PREP Public Schools' network, was founded in 2018 by local business entrepreneurs Ted and Kelly Alling. The Ailings were inspired

to open an all-boys charter school adjacent to the Chattanooga Girls Leadership Academy (CGLA), an all-girls 6-12 charter school that shares common space, sports fields, extracurriculars, social activities, etc. with Chatt Prep). Chatt Prep is an all-boys school educating students in grades 6-10 (6-12 at full buildout). Chatt Prep's evidence of achievement (see Attachment Q), effective leadership team, and efficient operations make it well positioned to expand its portfolio to serve more students and communities across Knoxville and Chattanooga in East Tennessee.




PREP Public Schools' planned expansion would create the first charter network to serve students in East Tennessee. More specifically, over the next five years, PREP Public Schools plans to open three new schools across Knoxville and Chattanooga in East Tennessee,[53] serving a total of 2,800 students at full capacity. While PREP Public Schools has no other pending applications, as part of the growth plan, the following three schools will be added:

1. Knoxville Preparatory School (or "Knox Prep"): A replication of the 6-12 all-boys model in Knoxville, TN, in fall 2024 (700 students);

[53] While PREP Public Schools is committed to growing from one to four schools in East Tennessee over the course of the next five years, we believe growth is driven by community demand. Each PREP Public School will be actively supported by a local advisory council whose members represent the community and serve as integral partners to the school's success. By deeply rooting schools in the community, PREP Public Schools serves as a catalyst for family empowerment and community transformation.

KNOXVILLE
PREPARATORY
SCHOOL

Knox Prep will be the county's first all-boys public school focused on the unique needs of young men in a part of the community that has great need for strong, driven men of color who will grow into Knoxville leaders, enrich our community, and provide hope for the future generations. Knox Prep will offer school choice to families with sons in East Knoxville who are frustrated with poor academic achievement, limited access to educational opportunities, and safety in their public schools.

2. An all-girls 6-12 school in Knoxville in fall 2027 (700 students);

PREP Schools' vision is to create a single campus, similar to the partnership between Chatt Prep and CGLA in Chattanooga, that will house an all-boys and an all-girls school, with separate charters and programming but shared opportunities.

3. A second all-boys school in Chattanooga in fall 2027 (700 students).

PREP Public Schools will be opportunistic about growth in Hamilton County. With a strong civic base for strengthening educational opportunities for disadvantaged students, it may be likely to partner on a building or school concept with the district or county. Future growth in Chattanooga is intentionally on a longer timeline in order to leverage key partnerships and work on a facility option.

| SCHOOL GROWTH | | | | | | |
|---|---|---|---|---|---|---|
| | SY22-23 | SY23-24 | SY24-25 | SY25-26 | SY26-27 | SY27-28 |
| Enrollment | 400 | 539 | 737 | 859 | 978 | 1,311 |
| Seats | 550 | 700 | 1,400 | 1,400 | 1,400 | 2,800 |
| Schools | 1 | 1 | 2 | 2 | 2 | 4 |

All schools in the PREP Public Schools' network will be high performing charter schools that consistently strive to outperform non-charter traditional schools located in their neighborhood of residence, district of residence and across the state. The distinctive non-negotiables of all schools in the PREP Public Schools' network include:

- Rigorous Academic Environment
- Strong Character and Socio-emotional Development
- Extensive College and Career Exposure

The organization's key strategic growth drivers include the following:

- Scaling its portfolio from one to four charter schools that will each achieve self-sustainability based on charter school per pupil funding.
- Identifying the most high-need communities based on academic performance of existing schools; achievement of all groups of students at existing schools; community demand

and support for PREP Public Schools' model; and the availability of facilities that will support its growth.

- Responding to community demand and collaborating with local stakeholders that are committed to supporting the school model in their community.
- Implementing a defined governance and operations structure with clear lines of reporting, authority and accountability to support fidelity of its model as the network expands.
- Collecting, analyzing and monitoring outcome data to inform future growth and programmatic adjustments (at one or all schools).

*(b) Provide evidence of organizational capacity to open and operate high quality schools in Tennessee and elsewhere in accordance with the overall growth plan. Outline specific timelines for building or deploying organizational capacity to support the proposed schools.*

**Organizational Capacity**

PREP Public Schools' growth, development and effectiveness are supported by a strong and experienced governing board and leadership team. Board members have the capacity to monitor and provide oversight of the school's academic, administrative, and fiscal operations. The board members represent a cross-section of dedicated and experienced educators, community leaders, business and organizational leaders who share a belief in the network's mission. Their leadership – accountability for academic achievement, policy making targeted at achieving the network's goals, oversight to sustain fiscal stability, and veracity – remain exceptional. (Board member capacity is articulated in Section 2.14 below.) The network's leadership team consists of a Chief Executive Officer (CEO), Chief Academic Officer (CAO), Chief Operating Officer (COO), and school Principal (future Chief Schools Officer). The leadership team is critical to school and network effectiveness, and more specifically, student success. Members collaborate under the CEO's management and concerted attention to leadership succession given its vital role in sustainability. The following section identifies the members of the leadership team and provides a brief summary of their prior roles and responsibilities. The expertise of these members as well as their commitment to the team demonstrates that the team has the collective capacity to support PREP Public's growth plan and operate academically, operationally, and financially successful schools.

**Leadership Team Members**

***Brad Scott – CEO***

Brad Scott joined Chatt Prep at the end of its first year (spring 2019). This is Scott's fourth year at Chattanooga Prep, where he began as the Head of School and was promoted in 2020 as the Chief Executive Officer (CEO). His strategic career path supported intentional development of the skillset and capacity needed to fill the role of PREP Public Schools CEO.

Scott is a native of Chattanooga, where he currently resides with his wife, Aseneth, an educator and native of the Rio Grande Valley, and his [redacted]. Scott graduated from the

University of Tennessee in Knoxville, where he was an honors graduate majoring in Political Science and Economics. Upon graduation, Scott joined Teach for America and was placed in the Rio Grande Valley of Texas, where he taught at IDEA Quest College Prep. At IDEA, Scott taught AP Human Geography, AP Government, and AP Economics. He coached basketball and volleyball and led the 9th and 12th-grade teams. Throughout his tenure at IDEA, he was an assistant principal, principal residence, and founding principal for IDEA Public Schools, where he also served on the senior executive council. Scott's seventeen years in education also include serving as a kindergarten paraprofessional at Ringgold Primary School, a history teacher at Thomas English School in Bangalore, India, and an economics teacher at Dalton High School in Dalton, Georgia.

In addition to graduating from UT Knoxville, Scott earned a Master of Education from the Teachers College at Columbia University where he was in the School Building Leadership/Principal cohort of the Summer Principals Academy. The Academy is a transformative graduate program committed to developing school leaders and promoting equity and excellence in education through an enriching, hands-on curriculum and administrative internships. Mr. Scott was also a fellow in the RELAY Graduate School of Education's National Principal Supervisor Academy Fellowship. This program enables system-level leaders to effectively lead change across multiple schools through the coaching and development of school-based leaders. Moreover, Mr. Scott has attended RELAY's National Principal Institute with a focus on instructional coaching. He holds principal and administrator licenses and certifications in several states, including Elementary & Secondary School Administrator certification with the Tennessee Department of Education.

Mr. Scott's expertise and knowledge of the charter school world and his educational leadership has been recognized. His ability to communicate with all stakeholders is another key asset. His dedication goes beyond having a good career; he, by his own admission and those on his team, knows that he puts student's success above everything. NGCC concludes, Mr. Scott has done an exemplary job; he has the heart and mind for the journey (i.e., expansion/replication). Mr. Scott's comprehensive experience over his career has positioned him to lead the PREP Public Schools and form and oversee a leadership team that will collaborate to raise the achievement of students in Knox County. He holds leadership experience; he has built structures and systems to improve outcomes for all students, including those from underserved and marginalized populations.

At PREP Public Schools, Mr. Scott will hold responsibility for leading the organization's strategic direction and partnering with the Board to identify pathways for broader and deeper outcomes. As a member of the leadership team, the CEO shares leadership responsibilities and distributes defined tasks to individuals in accordance with their specific areas of expertise. Leadership team members share collective responsibility for leading the school and presenting the vision, strategy, and mission-aligned goals. The CEO takes responsibility for building leadership team members' capacity to sustain the school's sustainability and quality and manages high-performing leadership team members so they may exceed their commitment to achieving exceptional educational outcomes for all students.

To support his own success, Mr. Scott's growth plan from the time of approval through expansion includes weekly coaching sessions[54] with JoAnn Gama who as co-founder and chief of schools led the replication efforts of a high-performing charter network, expanding to 44 schools serving more than 23,000 students; attendance at national conferences (e.g., National Charter Schools Conference, National Association of Charter School Authorizers (NACSA) Leadership Conference); regular attendance at district trainings; as well as, trainings and professional development at the school (e.g., Lavinia Group, etc.). Areas of immediate focus include delegating work; ensuring all team members have clarity around roles; anchoring and clarifying the culture to ensure joy, an integral part of Chatt Prep's DNA, is reflected in the behavior of every employee and every student within the PREP Public network; building tight communication systems; using data for strategic decision making; and transferring knowledge to those on the leadership team while overseeing their growth and building on their and school as well as network achievements. The next two years will focus on anchoring the culture, embedding a strategic mindset, increasing business intelligence, and growing and maturing the organization.

***Juan Aguinaga – CAO***

Juan Aguinaga brings a wealth of academic and curriculum development expertise to PREP Public Schools. He was born in Houston, TX, and raised in the Rio Grande Valley where he attended IDEA Public School's flagship campus. He matriculated at Texas A&M University majoring in International Relations, and worked with K-5th graders at College Hills Elementary. After graduating from Texas A&M, Juan was accepted as a 2015 Teach For America corps member and returned to the Rio Grande Valley. He began his service at IDEA Weslaco where he taught 10th grade AP World History and led his students to achieve the highest AP results in school history. Building on the success from the previous year, he rotated with his group of students as the 11th grade AP United States history teacher, and his scholars surpassed district goals on their state assessments.

Juan served at IDEA Toros as a history teacher and in various teacher leader/campus leader roles. During his time at IDEA Toros, Juan led the history department to surpass district goals, leading the district in state assessment results and continuously increasing AP passing rates. Juan graduated from Columbia University with a degree in Public School Building Leadership. He then joined KIPP New Orleans as the High School Achievement Manager and began building a foundation to lead KIPP's high schools to succeed in social studies. In the 2021-22 school year, after visiting previously, Juan was thrilled to join the Chattanooga Preparatory community. As a low-income and first-generation student, Juan believes that kids in communities across the country are not at risk of failing – they are at risk of not receiving a just opportunity to achieve their highest potential. He believes that school leadership is the single most important indicator that allows schools to meet high academic standards for all children. Juan's ability to support teachers in accelerating student achievement is a true asset to the leadership team. In his time at Chatt

---

[54] Coaching sessions began in October 2022. Focus on network leadership has begun and will continue as Mr. Scott leads expansion efforts.

Prep, academic growth rose significantly; he contributed to Chatt Prep earning Level 5 TVAAS.

Juan participates in training with the Lavinia Group. Lavinia Group provides world-class professional development and coaching for teachers and school leaders to ensure joyful, student-centered, research-based literacy, math, and social studies instruction that drives real results. He led Chatt Prep's transition to Lavinia. His solid expertise and familiarity with AP courses is an asset to Chatt Prep's successful AP program. 100% of students have enrolled in at least one AP course; to date, 30% of students have passed an AP course. As a Hispanic male that is fluent in Spanish, Juan builds particularly deep connections with our Spanish speaking families. He hosts family night and is involved with centro hispano de East Tennessee. Juan is a strong advocate for students with high needs, including Latino student success. Over the next year, Juan will continue to participate in Lavinia Group PD, RELAY training and to meet with a coach on a weekly basis as he prepares to support our new school principals in implementing the PREP Public model in their community.

***Diamond Kelley - Principal (future Chief Schools Officer, beginning in 2026-27)***

Diamond Kelley, Chatt Prep's principal (and future Chief Schools Officer), is a gifted people leader who brings a nurturing but structured environment to the boys. She joined the Chatt Prep team in the fall of 2019 as the AP and quickly became known as the heartbeat of the school. Due to her superior leadership skills, dedication to students, and commitment to learning, she ascended to the role of principal during the 2019-20 school year. She is a Tennessee native, educator and a servant leader with 20+ years of experience in urban education. She is not only determined to help but also proficient in shifting the narrative about black and brown students. She understands the importance of getting students not just to college but through college. She is not afraid to "DO MORE to ACHIEVE MORE."

Ms. Kelley holds a bachelor's degree from the University of Tennessee Chattanooga, a Master's degree in Education (EdM) from Carson Newman University and will soon earn a doctorate degree from the University of Nashville. Ms. Kelley completed the RELAY Graduate School of Education's National Principal Academy Fellowship. Throughout the school year, she attends principal training sessions with Hamilton County Schools, facilitated by internal and external experts; and meets with a coach on a weekly basis. Over the next two years, Ms. Kelley will continue to focus on communication skills and leverage her leadership skills to maximize her strengths and model great leadership for others.

***Micah Reed Bess - COO***

Micah was born and raised on the Middle Peninsula of Virginia in Middlesex County. After graduating from Middlesex High School in 2010, Micah attended Virginia Commonwealth University where she earned her Bachelor of Science degree in Marketing. Passionate about serving others, Micah began her career as a nonprofit professional in 2015 working full-time as the Administrative Services Director for the Patrick Henry and Atlee Station YMCAs of the Greater

Richmond Association. She served the Hanover community in that role for almost two years before relocating to Chattanooga, Tennessee.

Ms. Reed Bess joined the Chatt Prep founding team in the fall of 2017. She began with Chattanooga Prep as a Development Coordinator and eventually transitioned to an Operations Coordinator role in the spring of 2019. Later that year, she was promoted to the Director of Operations position. Since the fall of 2020, Micah has led Operations at Chattanooga Prep as the Chief Operations Officer. She looks forward to continued growth in her role with the establishment of the PREP Public School network and the expansion into Knoxville.

**CFO**

In 2027-28, a Chief Financial Officer will join the leadership team. A CFO job description is provided in Section 2.13. Until the CFO joins the leadership team, PREP Public Schools will continue to contract with Afton Partners, a national organization with strong roots in TN that supports long-range budgeting and Your CFO to Go. Your CFO to Go functions of an internal bookkeeper and what an entire accounting team, including the high-level insight of a CFO, can provide. Two staff members also support daily financial operations and we contract with an auditing firm.

**Capacity**

Data, showing the model we plan to replicate has proven effective with a similar student population (See Attachment Q), provides evidence that the proposed leadership team has the capacity to garner similar results with a similar student population in Knox County. Further, as summarized by the North Georgia Corporate Consulting firm (NGCC), hired by Chatt Prep board to assess organizational capacity, in May 2022, the Chatt Prep leadership team is extremely strong for this stage of growth (e.g., moving from a start-up model to growth model to include repeatable systems) and well-positioned to support the network's growth. Members of the leadership team (identified above) share a true passion for the work, are mission driven and take a student-centric approach to building a culture that secures the school's future. Guided by a manageable, well-thought-out strategy, external evaluators expect the organization will continue to flourish beyond its current boundaries and achievements of success.

The collective expertise of our board and leadership team members as well as their commitment to the school model, communities of as well as families and students in Chattanooga and Knoxville demonstrates PREP Public's organizational capacity to extend the benefits of single-gender, leadership-focused to others. Collectively, they will effectively systematize the insights gained at Chatt Prep to create a repeatable model and mature the organization. Their expertise with the school model as well as their preparedness to engage in ongoing support and professional development to expand not only their knowledge but also the business components of the growth plan will support long-term sustainability and expansion, resulting in a school that would be "in the best interests of the pupils, the school district or community" (T.C.A. § 49-13-108).

*(c) If applicable, list any schools that were previously approved by this or another authorizer, but which failed to open or did not open on time, and explain the reasons for the failure or delay.*

**Previously Approved**

Not Applicable.

No schools were previously approved by this or another authorizer, but which failed to open or did not open on time.

*(d) Discuss the results of past replication efforts and lessons learned – including particular challenges and how you have addressed them.*

**Past Replication Efforts**

Not Applicable.

Expansion into Knoxville will be our first replication effort.

**Replication Lessons Learned**

Not Applicable.

Expansion into Knoxville will be our first replication effort.

*(e) Discuss the greatest anticipated risks and challenges to achieving the organization's desired outcomes in Tennessee over the next five years and how the organization will meet these challenges and mitigate risks.*

**Risks and Challenges**

The key risks and challenges associated with PREP Public Schools' growth plan as well as the steps to mitigate these include the following:

Challenge: Successfully hitting key school opening milestones in a new community.

The schools' governing board and leadership team will need to successfully hit key school opening milestones in the new community. As PREP Public Schools opens new and more school campuses, clear start-up plans, defined operating guidelines as well as clearly communicated accountability and monitoring processes to proactively identify and rapidly address shortfalls, will help keep each school on track to meet performance goals. Moreover, PREP Public Schools' ability to select, implement and monitor research-based intervention strategies will keep each school supported and focused on attaining desired outcomes.

Challenge: Operational development issues inherent to expansion.

As PREP Public Schools grow and add more campuses and students, the number of staff and teams will increase. To maintain effective operations at each site, highly qualified school leadership teams will be hired to oversee each local campus. Moreover, mechanisms to sustain ongoing communication will be implemented. For example, the network leadership team will meet with each school leadership team at least weekly (and more frequently based on need to support

a smooth and effective opening). Additionally, on a monthly basis, all network leaders will meet in-person/virtually, etc. to sustain collaborative focus on mission attainment.

Challenge: Securing facility space.

There is a challenge to find the right location in the underserved parts of Knoxville that also aren't in the backyard of schools that are already under-enrolled. To mitigate this challenge, PREP Public Schools partnered with Level Field Partners and local real estate firms for support. Knox Prep explored several private facility options, including partnering with a local university and a site that would be a redevelopment of a former district school (now owned by the county). As stated in the facility section, KPS intends to lease space for the first few years (1-3) while constructing a permanent facility. Further, PREP Public Schools conducted a thorough landscape analysis prior to selecting a community. (See Section 1.2 for more detail regarding the landscape analysis that was conducted in June 2022.)

Challenge: Securing a school leader and ensuring DNA transfer to a strong school leader.

To date, Knox Prep has not yet identified a school leader. After going through an initial hiring process, PREP Public Schools ultimately decided none of the candidates were sufficiently strong. The school will launch another external search upon charter approval, but finding a strong leader remains a key risk. PREP Public Schools understands the value of a strong leader. Robust and proven recruiting and hiring processes have been put in place to identify a strong leader(s) with specific qualifications and proven expertise. Additionally, a robust hiring timeline has been established to support our ability to hire early. This timeline supports the selected leaders' orientation and training. Ideally, the leader will participate in job shadowing at Chatt Prep for no less than six months. The principal will also participate in RELAY GSE's fellowship/leadership program. PREP Public Schools' network leaders are prepared to step in and lean into the extent necessary to launch the school.

Challenge: Meeting the school's enrollment plan.

Full enrollment is critical to the school's financial success and sustains a comprehensive staffing plan. PREP Public Schools partners with a local marketing and communications firm, has hired a community organizer, and hosts a series of family and parent meetings to ensure interest is sufficient to not only fill seats on opening day but to also support creation of a robust waiting list. Knox Prep's goal is to secure ≥ 100 letters of intent to enroll in advance of a charter vote spring 2023 (15 months prior to launch). Further, by December 2023, we seek to have collected ≥ 60 applications for enrollment; by February 2024, 100 applications and by the time a lottery is held, to have ≥ 150 applications (exceeding the number of seats by 50). Knox Prep will backfill seats from the waiting list; therefore, robust outreach and marketing plan will support efforts to ensure seats remain filled.

Challenge: Elevating governance structure, from a strong single site board to a strategic network

governing board.

The governing board has set ambitious yet realistic timelines for updating policies and procedures, establishing a legal structure that facilitates their growth plan, and reducing the number of existing members while adding representation from Knoxville. Further, to ensure the governing board is prepared for opening, an up to 15-member advisory council consisting of members that represent the school, the community and the persons closest to the students, has been established. The local advisory board members, with no voting rights, share PREP Public Schools' responsibility for guiding the school toward continuous achievement.

**Challenge: Building strategic finance muscle as they expand and take on additional private facilities.**

PREP Public Schools plans to leverage their partnership with Afton Partners in the near term while bringing finance leadership in-house in the longer term. More specifically, by 2026-27, PREP Public Schools plans to expand the internal financial team by adding a chief financial officer that will play a significant role in the overall strategic vision by providing strategic financial leadership.

Challenge: Hiring strong teachers during a local and national teacher shortage.

PREP Public Schools offers high quality professional development and leadership opportunities to support its employees. Many of the current staff members holding leadership position and/or responsibilities have been grown from within. Further, each school's slow growth pattern permits the school to establish a foundation of best practices. By adding one grade level per year, PREP Public Schools sustain the school's culture as returning students are familiar with the school's practices, procedures, and expectations and are able to positively influence new students, as well as fortify acculturation efforts led by school staff as new students become part of our community. By serving 105 students in Year 1, network schools are given the opportunity to work with a small staff, allowing the school-based principal leadership team (with support from the network leadership team) to cultivate their collaborative leadership style as school staff gain familiarity with our model. The small number of staff required in Year 1 enables leadership to select the most qualified teaching candidates. This is essential; researchers identify teacher quality as an essential factor influencing student achievement.[55] PREP Public Schools will partner with University of Tennessee Martin Call Me MiSTER program[56] to recruit teachers for Knox Prep. Finally, it's important to note, PREP Public Schools will support active, wide and robust

---

[55] https://www.rand.org/education-and-labor/projects/measuring-teacher-effectiveness/teachers-matter.html
[56] https://www.utm.edu/news/2020/08/10/johnson-seeks-to-help-students-through-call-me-mister-program/ The Call Me MiSTER program, originally founded at Clemson University in 2000, is a leadership program that seeks to provide future teachers from diverse backgrounds with the tools and support needed to pursue successful careers in elementary and middle schools across the nation. "MiSTER" stands for "Mentors Instructing Students Toward Effective Role Models," and the program's goal is to provide under-served, socioeconomically disadvantaged and educationally at-risk communities with minority educators.

recruitment efforts; it will not "steal" teachers from other public schools in the community.

Challenge: The city's and state's political environment surrounding charter schools is complicated and presents a series of obstacles to overcome when building a base of support for Knox Prep in Knox County.

Knox Prep has begun and will continue to engage in extensive community relations (See section 1.11 for more detail), including:

- Community-wide education about charter schools not only to prospective families and students, but to the community as a whole.
- Be present in the East Knox community to build a base of support, specifically aiming to grow trust in Knox Prep.
- Identify and develop relationships with community/business/government leaders who will be vocal advocates for Knox Prep.
- Build brand awareness around who Knox Prep is and why it offers an option for boys in East Knoxville that doesn't currently exist.

*(f) Provide, as **Attachment L**, the network's most recent annual report.*

**Annual Report**

PREP Public Schools has recently evolved from Chatt Prep, Inc. Due to this timing, the network has not developed an annual report.

### 2.13 Network Management[57]

*In this section:*
*(a) Identify the network's leadership team and their specific roles and responsibilities.*

**Network Leadership Team Members, Roles and Responsibilities**

**Chief Executive Officer (CEO)**
**Brad Scott**

The CEO reports directly to the PREP Public Schools Board; and serving as a non-voting board member, keeps the board informed of school operations to support achievement of the schools' vision, mission, purposes, and goals/objectives. The CEO functions as the highest administrator at network schools, overseeing, supporting and working in collaboration with the network and school-based leadership team members. The CEO is responsible for all aspects of organizational health, including but not limited to actively implementing the network's vision/mission; overseeing the achievement of school goals and outcomes; guiding the school's academic program and professional culture; ensuring communication and accountability with the school's authorizer; and

[57] Job roles and responsibilities informed by high-performing charter networks and school districts across the nation.

monitoring finances, development, and human resources. With input from a broad range of stakeholders, including advisory council members, on a daily basis, the CEO holds ultimate responsibility for the execution of all programs and procedures in alignment with the network's/schools' mission, vision and charter. The CEO, serving as the most externally facing network employee, builds and maintains positive working relationships with external partners. Community outreach may, as appropriate, include advocacy at the local and/or state policy level.

CEO RESPONSIBILITIES

LEADERSHIP AND MANAGEMENT

- Acts, on a daily basis, as the chief executive of the schools to ensure all network leadership and school-based leaders fulfill responsibilities to drive optimal student achievement in alignment with the mission
- Implements high quality, timely and effective communication from network leadership to staff, students, board members, advisory council members and other internal stakeholders
- Establishes and implements a leadership agenda that guides the attention and focus of all stakeholders, including advisory council members, on the issues and efforts that produce outcomes defined in the charter contract
- Provides organizational leadership, supervising direct reports, delegating in accordance with job responsibilities; supporting, providing feedback and evaluating supervised staff
- Prepares organizational designs that shape success at all levels of network operations
- Attract and retain senior leadership team members, ensuring that all network and school leadership functions are led by exceptional mission-driven personnel who deliver results
- Manage and coach the network and school leadership team
- Ensure two-way feedback between the network and schools
- Address alignment and cohesion issues across the network
- Problem-solve support and resolve communication challenges, rallying the team to consistently achieve school goals, ensure all students thrive and staff have the resources and training to do their best work
- Nurture relationships with key major donors and foundations
- Recommends to the board all courses of study, supporting materials and supplies, programs, personnel, policies, facilities, and the expenditures necessary to support mission-aligned recommendations
- Ensure accurate financial management and oversight to guarantee that PREP Public Schools secure all needed revenues (including enrollment projections), stays within the board- approved budget, and effectively protects assets
- Plans strategically and monitors as well as supports implementation of actions designed to achieve outcomes of all aspects of organizational health and growth
- Collaborates with staff, students, parents/families, and community members to establish and maintain a culture that embodies network/school's core values and a safe climate that supports student achievement

- Maintains a positive relationship with district staff, public officials, law enforcement officers, business and community leaders, universities and colleges, and nurtures active engagement in in the development and implementation of network/school plans
- Establishes and maintains a program of training necessary to prepare all members of the network, school, and advisory council to work effectively with one another to promote and ensure higher levels of performance and achievement
- Serves as an ex officio member of all board committees
- Serves as a representative of the school on any local, state, and district councils, boards, and bodies so approved by the board
- Monitors and assesses the development, implementation, evaluation, and modification of a program of education designed to meet the needs of students, including those identified as special education, basic skill, gifted and talented, and English Learners, and to sustain higher achievement
- Establishes and maintains organizational structure and personnel planning practices that obtain improved performance results
- Believes that our Prepsters have strengths and assets, and build on these strengths in their work; maintains a positive attitude and a solution-based approach to challenges in the workplace

ACCOUNTABILITY

- Supports board in accountability for results, setting high expectations and standards for the academic and social development of all students and staff performance
- Oversees content and instruction that ensures student achievement of academic standards outlined in the charter agreement(s)
- Leads personnel in the collection, maintenance, analysis, and appropriate use of varied data sources to identify and address barriers to achievement and to identify and oversee implementation of evidence-based improvement strategies
- Ensures board, network and school leadership members use data to measure and assess progress in implemented plans
- Assumes responsibility for effective implementation of the existing programs and services and for the expansion and maintenance of student enrollment
- Leads and monitors the staff in the development, adoption, evaluation, and modification of an effective program of student behavior and discipline that promotes safety, social well-being, and higher achievement
- Reviews and approves all recommendations for professional development and training for their relevance and contributions to improved employee performance and improved student behavior and achievement
- Modifies the organization design to better accomplish performance goals

GOVERNANCE

- Collaborates with the board chair or designee and committee chairpersons in the preparation of agenda and materials for board meetings

KNOXVILLE
PREPARATORY
SCHOOL

- Coordinates the efforts of advisory councils to prepare items for board consideration
- Provides appropriate information with the board within a define time period to support proactive and effective board deliberations and decision making
- Engages in the self-assessment and professional development of the board.
- Establishes processes by which the leadership team will make recommendations for CEO approval and, if needed, board approval
- Makes decisions that maintain open and positive interactions, including decisions that are based on individual and organizational needs
- Makes decisions that maintain an effective and efficient organization
- Prepares the organization and staff members at all levels to make appropriate and effective decisions
- Models decision making techniques that include acquisition of appropriate information, appropriate problem analysis, and the development of credible options that are explored before selecting the option most likely to succeed
- Prepares everyone in the organization to be a leader and effective decision maker and prepares individuals to become formal position leaders

FINANCIAL AND LEGAL

- Develops and implements the budget in collaboration with stakeholders to protect the public's investment in the school and to meet the educational needs of all students
- Aligns multi-year performance improvement and pupil achievement to annual budget preparation and specific line items
- Ensures compliance with all calendar deadlines required by the authorizer and the state related to the development, adoption, and implementation of a budget
- Accepts fiduciary responsibility for all program related funding and expenditures
- Utilizes knowledge of laws, regulations, policies, and procedures pertinent to the operation of the school to creatively solve problems and support the attainment of the vision, goals, and other targets

## CHIEF ACADEMIC OFFICER (CAO)
**Juan Aguinaga**

The Chief Academic Officer (CAO) is responsible for advising the implementation of network-wide initiatives and programs that directly focus on accelerating the pace of closing the achievement gap, elevating achievement of all students and increasing the graduation rate in the district(s) of location. The CAO is responsible for broadly overseeing teaching and learning within network schools. Implementation of the curriculum and other academic programs and policies are overseen by the CAO, who has direct responsibility for maintaining high standards of staff performance and student achievement.

Reporting directly to the CEO, The Chief Academic Officer:

- Executes the academic initiatives as identified in the network's strategic plan through the use of measurable goals and strategies;
- Oversees and coordinates the schools' implementation of the core curriculum, instructional and assessment systems; oversees implementation of research-based initiatives to improve student achievement
- Collaborates with the CEO to design, implement, and monitor strategic plans for academic improvement;
- Supports active and ongoing utilization of data to develop and monitor academic goals and initiatives that promote improved academic achievement for all students;
- Ensures delivery of a comprehensive program of early intervention with the lowest performing students to accelerate their performance;
- Supports the development of the annual budget to support school-based programs;
- Coordinates funding support for academic network-wide initiatives and programs with the network leadership team;
- Possesses strong content knowledge and experience in instructional best practices, particularly those that support young men in a single—gender learning environment;
- Collaborates with schools' leadership to ensure support for execution of academic initiatives, as informed by PREP Public Schools' strategic vision and direction for the instructional framework and pedagogical approach as defined in the charter;
- Serves as the network expert on curriculum, instruction, pedagogy, and learning;
- Works to establish and sustain a culture of high expectation and shared responsibility for equitable access to high quality and culturally relevant instruction;
- Supports authentic partnership between the local district and school;
- Oversees implementation of an instructional plan for the network that ensures effective teaching in every classroom, and to create conditions that ensure systemic improvement of practice over time in every classroom.
- Cultivates a commitment among all network staff to enable all students to achieve high standards;
- Supports informed decision-making by the CEO, board and advisory council members by monitoring and effectively interpreting the latest research, trends and development in all areas of education;
- Collaborates with network team and school leaders in all academic areas to evaluate existing curriculum programs based on observation, and assessment results to determine modifications to schools' academic program(s), resources and services.
- Collaborates with principals to provide supports that promote shared learning.
- Nurtures the conditions that enable all educators to provide rigorous, authentic, and personalized experiences for all students, particularly historically underserved populations.
- Develops, organizes and implements models of technical assistance for schools with low student achievement; and continuous improvement for schools with average-to-high student achievement.

- Builds and leads a highly effective, innovative academic services department that is assessed on the ability to continually improve instructional practices.
- Provides input on professional development activities by partnering with schools and network leaders to create network-wide professional development programs, ensuring a robust, systemic approach that meets student and staff needs.

**CHIEF OPERATIONS OFFICER (COO)**
**Micah Reed Bess**

The Chief Operations Officer (COO) works with the PREP Public Schools team and community to increase organizational visibility and hold quality and accountability across all operational aspects of the network. The COO is guided by the operational vision while being a thoughtful and collaborative steward of the PREP Public School's mission, resources, and values. The CEO will be inspired by and excited to develop sustainable systems, manage organizational resources, ensure facility solutions, and build capacity for teams and schools to operate at their full potential. The COO holds responsibility for implementing the operational structures, systems, and controls necessary to ensure work with the CEO and members of the leadership team to effectively scale to four schools over the next five years.

Reporting to the CEO, the Chief Operations Officer (COO) will

- Develop and implement dashboards to monitor network and school-based operations staff members.
- Support school-based staff in delivering excellent operations and services, analyzing performance and customer satisfaction data to set and achieve continuous improvement goals as defined in the charter.
- Ensure school-based staffing, systems, and vendors are in place for transportation and food programs with reliable, safe, on-budget, and fully compliant delivery of service.
- Supervise the following non-instructional operational functions: facilities, technology, operations, food service, procurement, transportation, data and analytic, enrollment, and student information systems.
- Serve as a key member of the PREP Public Schools leadership team that develops and implements operational systems that will support highly efficient and effective operational performance at all PREP Public Schools.
- In collaboration with the network leadership team, oversee the creation and management of standardized operating procedures for school-based operations (facilities, facilities maintenance, safety, supplies, food services, and transportation) in order to maximize the organization's economy of scale and avoid duplicative efforts.
- Systematize basic operating procedures across campuses to take advantage of the very best practices of operations and leverage economies of scale
- Support the principal in leading facilities staff and vendors in routine maintenance of sites, user support, as well as planning and implementing a comprehensive capital improvement program

KNOXVILLE
PREPARATORY
SCHOOL

- With school staff, represent the school as needed in communication with landlords of leased properties in negotiating leases and resolving operational matters as they arise
- Lead technology vendors in installing and maintaining high-quality technology infrastructure, integrating technology into instruction and operations, and providing end-user technical support
- Effectively manage food service budget and manage relationship with food service vendors
- Serve as member of network leadership team to set vision and direction, establish and refine strategic priorities, and lead organizational culture
- Collaborate with network leaders to support organizational health and model core values
- Build deep relationships with school and regional leaders, acting as a strategic advisor to them and problem-solving as issues arise
- Cultivate relationships with stakeholders, including families, board members, advisory council members, community partners, and partner organizations
- Participate in all board meetings and functions, including committees as assigned
- Lead operations team, including direct management of operational staff members and oversight of a growing department.
- Lead region-wide operations team, including collaboration structures involving regional and school-based operations leaders
- Oversee selection, performance management, evaluation, and retention structures for operations team
- Oversee strategy and execution of enrollment initiatives to hit annual targets and increase seat demand
- Oversee region-wide systems related to attendance, truancy, and student retention
- Oversee key systems including facilities, transportation, athletic and extracurricular offerings, meal services, health services, front office operations
- Oversee organizational compliance, supporting the DSIT to effectively plan and execute all compliance and reporting obligations
- Collaborate with DSIT to set vision and direction for technology strategy, acquisition, and management
- Oversee the negotiation, approval, and management of vendor contracts

**CHIEF SCHOOLS OFFICER (CSO)**
**Diamond Kelley**

The Chief Schools Officer (CSO) is an urban educator that builds the capacity of staff in the network to drive educational equity and excellence for underserved students. The CSO works in collaboration with school leaders and staff to ensure effective implementation of a diverse set of proven practices grounded in a research-based academic strategy.

Reporting to the CEO, the CSO will

- Support improved academic outcomes for historically underserved students by providing pre- and post-launch support to up to four school leadership teams.
- Deliver regular, on-site, and rigorous observation, coaching, and feedback for instructional leaders and leadership teams.
- Build the pedagogical content knowledge and the range of leadership competencies needed to lead high-performing schools and school systems.
- Provide implementation support to replication of proven practices.
- Lead structured capacity building opportunities on a range of topics, including lesson design and delivery, lesson and unit internalization, data cycles, observation and feedback, and PD delivery.
- Facilitate instructional planning that ensures schools in the network identify and focus on the highest-leverage instructional materials and practices to improve teaching and learning and drive student outcomes.
- Partner with the network leadership team to develop and deliver training and tools needed to support achievement of school goals.
- Support the network's school site review process, leveraging instructional expertise through the analysis of artifacts of school practice and observations of classroom instruction and school culture.
- Support the growth and development of PREP Public Schools
- Share evolving education trends and best practices with the network and school leadership team.
- Analyze school and system practices to support PREP Public's ability to create resources useful to the network as a whole.
- Serve as a thought partner to colleagues, help solve a variety of day-to-day challenges, and generate creative solutions for internal and external improvements.

## CHIEF FINANCIAL OFFICER (CFO)

The Chief Financial Officer (CFO) holds responsibility for leading and facilitating all aspects of financial management for the network that is committed to the continued expansion of its network of schools. The CFO will be critical in leading the effort to budget and forecast the various components of the strategic growth plan, as well as playing a lead role in assuring the long-term sustainability of the network's schools. The CFO will collaborate on matters of strategic and operational planning, organizational change, business decision-making, and the overall leadership of Breakthrough. The CFO establishes and maintains strong relationships with the Board of Directors of Breakthrough and also the finance chairs of the boards of Friends and all the network schools as well as their external auditors, sponsors (authorizers), lenders, and major funders. The CFO will also oversee the day-to-day management of the network's financial operations, including the allocation of resources to best serve the network need.

The CFO will

- Oversee all of the financial aspects of PREP Public Schools and will take the lead in identifying opportunities to achieve financial sustainability, through maximizing use of available public funds and cost efficiencies.
- Collaborate with the CEO and finance committee to identify the appropriate financing tools and capital structure.
- Lead the annual planning and budgeting process for the network by working with the CEO to anticipate revenues and by assisting the schools in their annual budget planning.
- Provide leadership and oversight of the network's compliance function assuring that the network and each network school has the support needed to remain in compliance with all state and federal requirements and stays apprised of ongoing changes.
- Provide oversight with respect to the integrity and accuracy of financials and data collection for our Breakthrough network reporting and performance management function with an emphasis on sharing transparent information among the network schools. By sharing financial, operational, and academic data, we hope to identify both best practices to share among our schools as well as any instances of performance concerns, so that we can identify appropriate support from within the organization. Appropriate network-wide dashboards will support continuous improvement in everything we do.
- Facilitate and advise financial decision-making, focusing appropriately on the PREP Public Schools' mission to serve more TN students, balanced with the network's need for long term sustainability.
- Focus on revenue and cost efficiency opportunities and address the timing of cash flows as well as the capital required to support the expansion program.
- Conduct analyzes to inform operational decision-making and long-term strategic planning for the network.
- Engage other members of the senior management team to facilitate cross- departmental collaboration to ensure that financial systems and solutions positively support the network's evolving strategy, operational delivery, and data collection needs.
- Provide leadership for the finance organization to ensure that capabilities are adequate now and in the future as the network continues to grow.
- Establish and maintain sound financial policies, procedures, systems, and controls for the organization.
- Enhance financial and accounting systems to provide a platform that supports network, school, and departmental needs.
- Provide risk management analyses to make sure we proactively review, anticipate, and address potential risks of all kinds affecting the network, and oversee the maintenance of appropriate insurance policies.

## DEVELOPMENT DIRECTOR

PREP Public Schools receives private funds that support PREP Public Schools in delivering on its promise of engaging young men in a rigorous yet supportive learning environment that nurtures resilience, promotes academic excellence, inspires leadership and prepares critical thinkers. The

Development Director works to

- Establish PREP Public Schools as a top choice for philanthropy in support of public education.
- Plans and monitors PREP Public Schools' annual fundraising strategy and initiatives to achieve PREP Public Schools' annual fundraising target
- Planning fundraising and other special events, from concept through execution, including sourcing and managing vendors
- Expanding PREP Public Schools' base of support among institutional and individual donors
- Communicating with donors/supporters and board members and answering inquiries in a timely fashion
- Supporting PREP Public Schools grant-writing and award applications
- Managing donor and supporter relationships and visits to network schools
- Creating pitch and solicitation materials, with special attention to tailoring messaging for particular audiences
- Staying on top of fundraising trends in education and the broader nonprofit sector
- Supporting the Director of Strategic Impact and CEO in growing and managing PREP Public Schools' Board

## HUMAN RESOURCES DIRECTOR

Human Resources Director leads the development, implementation, and oversight of programs and practices relative to Human Resources throughout the network. The Director of Human Resources will be responsible for overseeing the day-to-day HR operations (benefits, onboarding, employee relations, and compliance).

- Implement the vision for HR services.
- Sets and monitors metrics for quality of HR service delivery, and works with the leadership team to improve over time.
- Recruits, mentors and supports a diverse and exceptional team of individuals committed to the school community and mission.
- Oversees and supports implementation of the network's onboarding process.
- Investigates employee relations issues, proactively anticipates problems (as possible), and develops and initiates appropriate actions for resolution.
- Provides guidance to network and school leaders on employee issues. Collaborates with them to develop and implement improvement plans (as necessary).
- Advises team on policy infractions and leads resolution in complex and/or highly visible situations.
- Oversees compensation program, recommends salary, promotions, COLA, and merit increases.

- Oversee benefits package recommends benefits package, negotiates contracts with carriers and vendors, oversees all wellness initiatives, and manages the collaborative, productive relationship(s) with benefits brokers.
- Works with Finance team to ensure benefits and compensation programs are financially viable
- Designs and implements (with board approval) scalable systems to ensure the proper administration of all leaves of absence including FMLA, maternity, disability, and unpaid leave.
- Oversees management of workers' compensation policy and claims.
- Ensures network compliance with federal and state labor laws; works with legal as needed to suggest policy changes.
- Ensures 100% compliance with training, certification, and health clearances required for employment.
- Maintain and expand knowledge and understanding of existing and proposed federal, state, and Department of Education laws/regulations affecting human resources management. Interpret appropriate laws and policies and advise administration and employees accordingly.
- Manages or supports the development, preparation, and analysis of ongoing and ad-hoc reports pertaining to employee personnel information and data collection.
- Leads the selection and transition to a new HR system (as needed).

*(b) Provide, as **Attachment M**, the organizational charts for Year 1 network as a whole (including both network management and schools within the network), Year 3 network as a whole and Year 5 network as a whole. The network organization charts should clearly delineate the roles and reporting structure of the governing board, staff, any related bodies (such as advisory bodies or parent/teacher councils), and any external organizations that will play a role in managing the schools. If the proposed school intends to contract with a CMO, clearly show the CMO's role in the organizational structure of the proposed school.*

**Organizational Charts**

The organizational charts (Years 1, 3, and 5) are provided in Attachment M.

*(c) Explain any shared or centralized support services the network will provide to schools in Tennessee, including the cost of those services, how costs will be allocated among schools, and specific service goals. How will the proposed school measure successful delivery of these services?*

**School-and Network-Level Decision Making**

The goal of the network team is to comprehensively support the school so the site-based staff may place exclusive focus on the students' success, teaching and learning. The network provides ongoing support, including support related to start-up; back-office support; human resources; curriculum development; leader recruitment and training; fundraising, including grant writing; professional development; teacher recruitment, including background checks; operations and purchasing; etc. In the early stages of Knox Prep's development and opening, network staff

anticipate spending more (frequency and duration) time in Knox County to support the founding principal and staff; and launch an effective replication while meeting community needs.

Each school in the PREP Public Schools' portfolio will contribute revenue for network operations. Funds from one school are not utilized to offset higher costs at another school. In order to sustain transparency, the audit report contains a balance sheet, income statement, and statement of activities for each individual school. As appropriate, to maximize cost effectiveness, pooled purchasing takes place with the oversight of the CEO (CFO once on board).

**Service Goals**

The network and school leadership team members will engage in ongoing and meaningful collaboration to sustain focus on desired outcomes. A clear delineation of responsibilities, trusting relationships and a mutual commitment to PREP Public Schools' mission, vision, core values will drive achievement of the following service goals.

- PREP Public Schools will provide and support implementation of a curriculum for all students. At least 95% of teachers completing an annual survey will agree instructional staff are fully supported in implementation while student achievement results will show growth and proficiency (as set forth in school performance goals), demonstrating the curriculum is effective.
- PREP Public Schools will annually evaluate its curriculum. Positive trends in longitudinal achievement and growth data will demonstrate the curriculum is effectively empowering schools to meet its goals. (Graduation goals will be added in the renewal term. Ultimately, PREP Public Schools plans to measure its success by students' college completion, and the school prioritizes career exposure, so students enter college with a clear career vision.)
- Schools in the PREP Public Schools network will remain in compliance with all federal, state and local laws and regulations throughout the charter term.
- PREP Public Schools will assist with onboarding and termination, human resources compliance, and compensation and benefits administration. Staff satisfaction, reported in annual survey, staff retention rates and a pipeline to draw candidates from will demonstrate strategies are effective.
- PREP Public Schools will support schools in recruiting and filling seats with young men in urban areas disproportionately impacted by poverty and educational inequity. The number of applications received prior to the lottery will exceed the number of seats by at least 20% and a wait list for each grade level will demonstrate effectiveness.
- PREP Public Schools will secure and provide program grants and other project-based resources for the Charter School. School budgets will show network schools receive equitable grant funds.
- PREP Public Schools will manage all payroll services, auditing coordination, benefit purchasing and administration for the Charter School. 95% of school staff will report, on annual surveys, that services related to human resources are addressed timely and fully.
- As the PREP Public Schools' network grows, high performing leaders will be hired,

supported and retained. School leader evaluation results will indicate school leaders are fulfilling responsibilities while school leader retention rates will demonstrate leaders are satisfied with the support received.

- PREP Public Schools will communicate regularly with school leadership team members. School leadership team members will report, on annual survey, that response time is rapid and comprehensive.

**Evaluation**

Network success will be evaluated on a continual basis through a dashboard presented by the CEO (with support from school principals as appropriate) at each board meeting. The dashboard will evaluate progress toward meeting the school's (individual and collective) academic, operational and financial goals, including student achievement (annually on the Tennessee Comprehensive Assessment Program) and growth (annually on the TVAAS, NWEA MAP, iReady); class grades (bi-annually); average daily attendance (quarterly); disciplinary actions; student, parent as well as staff satisfaction and engagement (annual survey); enrollment data (monthly); and financial status. Data will be disaggregated to spotlight where gaps exist; to monitor effectiveness of evidence-based policies, practices and programming; and to close achievement gaps. Further, on a bi-annual basis, the principal is asked to complete a satisfaction survey regarding provision of network services.

*Using the table below, identify school- and network-level decision-making responsibilities as they relate to key functions.*

**School- and Network-Level Decision-Making Responsibilities**

| School- and Network-Level Decision-Making Responsibilities | | |
|---|---|---|
| **Function** | **Network Decision-Making** | **School Decision-Making** |
| Performance Goals | PREP Public Schools are founded to address the needs and change the achievement trajectory of low-income, urban students. Performance goals are established at the network level in alignment with school and state priorities. Baseline data is collected as school opens.<br><br>The Board of Directors, network and school leadership teams will revisit and adjust benchmarks annually with the | All schools are accountable for their results. The school leader presents data to the CEO who presents to the board each month. |

| | | |
|---|---|---|
| | expectation of ongoing continuous improvement as the school matures organizationally, as instructional staff benefit from sustained, team-based planning and professional development, and as students advance academically from the primary student entry-point in the 6th grade and begin to catch up academically. | |
| Curriculum | Knox Prep's curriculum will be based on the successful outcomes at Chattanooga Prep.<br><br>The network analyzes school-based data and collaborates with the school leadership team to evaluate the curriculum. This evaluation informs adjustments that are discussed with network and school-level leaders. | Schools implement network wide curriculum to teach all core content areas; however, schools may, with network approval, select supplemental materials.<br><br>School leadership team members collaborate with the network to evaluate the curriculum. |
| Professional Development (PD) | The network sets the structure for PD. More specifically, school staff will participate in four days per year of intensive teacher professional development as well as five in-service days for individual and collaborative planning. All instructional staff are expected to participate in 120 hours of professional development each year including required school activities and additional professional learning opportunities aligned with their needs and professional goals.<br><br>In August each year, the CEO and Principal will coordinate a 4-week | The Principal is responsible for the professional development in the school building, with strong implementation support from the CEO and CAO.<br><br>The Principal and each leadership team member will collaboratively develop a professional development plan each year which will |

| | | |
|---|---|---|
| | coaching immersion experience for teachers.<br><br>The CEO and Principal will collaboratively develop the school leader's professional development each year which will include participation in training, leadership development, etc. This will be part of the annual goal setting and performance review process.<br><br>PREP Public Schools will actively seek out partnerships with organizations such as the Public Education Foundation, the University of Tennessee at Chattanooga, and others will offer a variety of professional development opportunities for the Chattanooga Prep community at-large, small groups of staff, or individuals, to facilitate PD for all appropriate staff to attend. | use previous year's performance data and feedback to develop a plan for training, leadership development, and annual goal-setting.<br><br>The school principal will Improve student achievement by developing and maintaining high quality professional development.<br><br>The CAO will collaborate with the principal to implement professional development activities including coaching and modeling, orientation / summer institutes, school-wide sessions, and departmental / grade-level training.<br><br>The principal will lead PD activities that enhance faculty skills in responding to and supporting students' social and emotional development needs. |
| Data Management and Interim Assessments | All network schools administer all state-mandated assessments in accordance with state of Tennessee requirements.<br><br>The network requires that all schools administer benchmarking assessments | The school will have primary responsibility for testing coordination within the building.<br><br>The school will lead |

KNOXVILLE
PREPARATORY
SCHOOL

| | | |
|---|---|---|
| | based on state standards and the TN state assessments.<br><br>Benchmarking assessments will be administered in September, December, and February to identify learning and skill gaps and measure progress towards achievement of core standards. All assessments will align with PREP Public's rigorous, college-preparatory curriculum and will help to ensure that all students are on track to achieve graduate requirements and be prepared to enroll in a postsecondary program of their choice. | data collection and analyze and interpret data through regular reports for all stakeholders.<br><br>Data will be crucial to the schools' rapid-cycle quality improvement processes which will use data in an iterative manner to plan instruction, assess student learning, support teacher professional development, and respond to student learning gaps. |
| Promotion Criteria | Promotion criteria, set forth in the student handbook, is established by the board in alignment with state guidance. For example, a 10-point grading scale will be implemented.<br><br>The Principal and CEO retains the final decision on promotion or retention. | Individual student promotion and retention decisions are made at the school level in adherence with network policy.<br><br>The Principal and CEO retains the final decision on promotion or retention. |
| Culture | School culture is shared among schools in the portfolio. Culture will be grounded in the following core values: Integrity, Excellence, Creativity & Innovation, Emotional Intelligence, Collaboration & Community, Perseverance & Resilience, Diversity, and Service to Others.<br><br>The school culture will be reflected in a | The school leader creates a school culture and climate based on high expectations conducive to the success of all students; to sustain a safe school learning |

| | | |
|---|---|---|
| | coherent message including marketing, outreach, and enrollment materials; messaging and expectations of school leaders and all staff; morning meetings which will include student leadership and participation; and across all academic and non-academic school elements. | environment. |
| Budgeting, Finance, and Accounting | PREP Public Schools will enter into a contractual agreement for annual audits, grant writing services, payroll, etc.<br><br>The Finance committee will be charged with the responsibility to:<br>• Establish the school's financial goals and monitor the school management's progress in achieving those goals.<br>• Establish sound financial policies and monitor whether the school's activities adhere to those policies.<br>• Review regularly the school's financial control systems in order to safeguard the resources of the school.<br><br>Board members, led by the Treasurer / Finance Committee Chair and Finance Committee will review financial information regularly. Board members will supervise school operations and ensure that the school model is being implemented with fidelity. | Principal is accountable for the oversight of all school administrative functions, including human resources management; compliance with local, state, and federal regulations and reporting requirements; facilities, enrollment and financial management; and student performance and assessment. The Principal is likewise responsible for overseeing day to day implementation of all policies, procedures and practices mandated by the Governance Board.<br><br>School leaders adhere to PREP Public Schools' financial management policies. |
| Student Recruitment | In the initial planning & preparation year, all school staff and founding board members will be heavily engaged in marketing, outreach, and recruitment. | |

KNOXVILLE
PREPARATORY
SCHOOL

| | | |
|---|---|---|
| | Primary, ongoing responsibility for student recruitment will be held by the school with oversight and support from the CEO. | |
| School Staff Recruitment and Hiring | The board, led by the Governance Committee, will recruit, select, and hire the school leader. The board will evaluate the success of the school leader based on a rubric outlining the expectations for leadership and metrics for school success. The Governance Committee will evaluate the school leader quarterly during the first year of service and twice annually thereafter.<br><br>Network leadership team shares and supports successful recruitment efforts and works to build a pipeline for school-based leaders to recruit from. | School-based leadership team leads hiring decisions in accordance with the hiring process and timeline established by the network. |
| H/R Services (payroll, benefits, etc.) | PREP Public Schools will enter into a contractual agreement for payroll.<br><br>PREP Public Schools will establish policies that affect benefits and compensation. | The COO and HR Director works under the direction of the Principal and serves as a member of the school leadership team to ensure that all school operations and human resource functions are managed effectively. Responsibilities include all school operations, human resources, payroll, employee benefits, and facilities management. |
| Development/ Fundraising | The Board has an active Development Committee that is engaged in ongoing development activities.<br><br>Board members, led by the Development Committee, will support development and | The Development Director works under the direction of the Principal and in collaboration with the CEO to serve as a |

KNOXVILLE
PREPARATORY
SCHOOL

| | | |
|---|---|---|
| | fundraising by making a personal contribution to the school and participating in fundraising efforts including donor contacts and solicitations and fundraising events.<br><br>The Friends of Chatt Prep will support fundraising initiatives. | leadership team member and implement a comprehensive fund development plan to ensure financial stability and sustainability.<br><br>Schools coordinate with Governance Board members, the CEO, and other stakeholders to implement a variety of fundraising strategies including small and large events, individual solicitations, etc. |
| Community Relations | CEO and founding team, including Knoxville's community engagement director will support development of community relations. | All staff collaborate to build positive community relations with active outreach and attendance at community events as requested by the network or school leadership team. |
| I/T | The application of technology is pivotal to the achievement of the schools' academic goals. Technology resources are built into the school model and budget forecast. | School leadership team members (or designee) oversee distribution, proper use (e.g., interactive instruction, assessment, acceptable/responsibl e use, etc.) of technology. |
| Facilities | The school facilities have been purchased | School leadership |

| | | |
|---|---|---|
| Management | and are owned by the Friends of Chatt Prep for use by the School with no rental costs. Additional facility-related costs are incorporated into the budget and include the following:<br>• Fire & Security Monitoring<br>• Pest Control<br>• Phone & Internet Service<br>• Custodial Supplies & Equipment<br>• Utilities<br>• Facility Repair & Maintenance<br>• Trash Collection | team members oversee facilities management to sustain a clean learning environment. |
| Vendor Management / Procurement | Vendors will be selected based on a careful vetting process and approved by the Governance Board. The Finance Committee will review all contracted financial management service arrangements regularly to ensure fidelity and compliance. | |
| Other operational services, if applicable | Transportation: The CEO and board will award the contract based on price, services and credentials, and vendor references. Requirements for the vendor to comply with all state and federal laws and regulations will be stipulated in the RFP to solicit bids as well as the executed contract.<br><br>Discipline and Attendance Policies: PREP Public Schools pride themselves on high attendance (98%) rate and low disciplinary rates (zero expulsions and zero suspensions). The network has established policies, including a tiered attendance system; behavioral consequences and "Prepisms," etc., based on proven practices. | |

| | | |
|---|---|---|
| | Handbook: The Student & Parent Handbook will be common among all PREP Public Schools. | |

## 2.14 Network Governance

*In this section:*
*(a) As applicable, describe the governance structure at the network level and how that relates to each individual school. Will each school/campus have an independent governing board, or will there be a single network-level board governing multiple schools? The remaining questions in this section apply only to a network-level board.*

### Governance Structure

Knox Prep will be overseen and supported by a network board that operates as the main governing body as well as a local advisory council. PREP Public Schools, a single network-level board governing multiple schools, will hold the charters for Knox Prep, all other future schools and Chatt Prep's, the existing school's charter. A single board for all network schools will allow PREP Public Schools to consolidate governance around multiple schools, sustain fidelity to the model while permitting PREP Public Schools to deliver an effective education model.

Importantly, the PREP Public board will be supported by a local advisory council composed of community members that reflect the ethnic, racial and economic community in the geographic area served by the school. Each school will have its own local advisory council. with the CEO and the support of the founding school leadership team, works to ensure that PREP Public Schools develop a strong school design and conduct robust community engagement during the planning years. After the planning years, the committee will continue to support the Principal and Founding School Team ongoing to ensure the strong execution of that design.

### Purpose of the Local Advisory Council

The local advisory council is a critical part of the school's success. Specifically, the Knoxville Preparatory School advisory council will assist in building an excellent school that is singularly focused on carrying out its mission to educate all 6th - 12th students for academic and life success, with a focus on college preparation for all students. Founding council members share a powerful commitment to the school's mission and vision to educate the traditionally under-served students of Knoxville. They are dedicated, passionate, and entrepreneurial individuals willing to volunteer their expertise, connections, and time to ensure the completion of a successful charter application and the ultimate success of Knox Prep in fulfilling its mission. The advisory council will consist of up to 15 members identified and selected by the advisory council and appointed by the CEO following input and recommendation from community members. The advisory council will elect one member to serve on the PREP Public Schools board.

Responsibilities of the Local Advisory Council

- Represent the school, the community and those persons closest to the students
- Assist with review of the charter application
- Share responsibility for guiding the school toward continuous achievement
- Assist in the design of business and facilities plans to prepare the school for sound fiscal health
- Help cultivate community support and galvanize a network of strategic partnerships

Expectations of Individual Advisory Council

- Advocate for the mission and vision of the proposed school
- Capitalize on personal/professional networks for the financial/political/organizational benefit of the school
- Use specific expertise for the benefit of the proposed school
- Support the decisions made by the network team as a whole
- Commit 1-2 hours monthly to school-related work, including meetings, phone calls, and emails
- Represent the school at interviews conducted by the authorizing agency

Qualifications of Founding Advisory Council Members

- Belief in the purpose of charter schools and in the mission of Knox Prep
- Belief that all children can achieve the highest levels of academic excellence
- Availability to participate meaningfully in the opening process
- Expertise in law/real estate/finance/governance/marketing/development/advocacy/ community/strategy
- Personal experience with entrepreneurship and working on diverse teams
- Willingness to use personal and professional networks on behalf of the school
- Commitment to improving the quality of education for children in Knoxville

Advisory council members that (have been identified prior to the application's submission) represent the local community include the following:

- Tiffany Davidson: In 2021, Knoxville Mayor Indya Kincannon appointed Ms. Davidson to serve as Executive Director of the City's Police Advisory & Review Committee (PARC). Prior to this appointment, Ms. Davidson served as Community Schools Director for the Knox Education Foundation, supervising school-based coordinators, developing relationships with school principals and staff, and assisting with strategic planning to expand the reach and effectiveness of each community school. Prior to serving as director, she was a Community Schools site resource coordinator, and from 2011-13, she managed a Project GRAD Knoxville campus.

KNOXVILLE
PREPARATORY
SCHOOL

Davidson was a case manager for Cherokee Health Systems from 2010-11, and from 2008-10, she was a family advocate for the Child Advocacy Center.

- Marcus Jackson, M.A.Ed.: COO at the Boys & Girls Clubs of the TN Valley is an experienced Director of Organizational Development with a demonstrated history of working in the human resources development industry. Mr. Jackson is skilled in Executive Coaching, Talent Development, Performance Management, Facilitation, and Project Management. Strong human resources professional graduated from Tusculum College.

- Rick Kuhlman: Mr. Kuhlman grew up in Knoxville. He attended the University of Tennessee and is a retired colonel from the US Air Force. Rick has been the Director of Knoxville Fellows since the very first class fourteen years ago. He is responsible for leadership training of future leaders for Knoxville, East Tennessee, and more, demonstrating to recent college graduates how to integrate their Christian faith in their vocation while connecting them to mid-level and senior leaders in our community.

- Golden Littlejohn: Golden Littlejohn is a Knoxville resident and proud parent of an elementary school parent in Knox County.

- Dasha Lundy: Dr. Dasha Lundy is a leader and community advocate. She was born and raised in East Knoxville and still resides in that area. She holds a Bachelor of Arts Degree in Chemistry from the University of TN at Chattanooga. She also has a Master and Doctorate Degree in Physical Therapy from Tennessee State University and the University of TN in Chattanooga, respectively. She is a Knox County Commissioner for District 1. Dr. Lundy also is the Co-Owner of The Women LLC, a firm whose mission is to create avenues to financing small businesses. She is currently active in many organizations, which include being the Former President of the Burlington Residents Association, Vice-Chair of the Board of Trustees for Knoxville College, Commissioner for the Knoxville City Historic Zoning Commission, Board Member of the East TN Community Design Center and many other community organizations. She is passionate about community and economic development, especially for low-income communities. Dr. Lundy's vision is for low-income communities to have access and opportunity to become sustainable.

- Javiette Samuel: Javiette Samuel is the Assistant Vice Chancellor for Diversity and Engagement and Director of Community Engagement and Outreach. She is an experienced engaged scholar with a unique combination of educational, interpersonal, and creative skills. She has worked with students, families, and communities for nearly 25 years focusing on engagement and evidence-based programs. In her work, Dr. Samuel cultivates relationships with national, state, and regional partners; works with units across campus to connect UT's knowledge with the community in mutually beneficial ways; identifies and tackles complex issues to help improve the well-being

of our state's citizens; and provides support and resources to assist partners. Her primary applied research focus has been on child development, positive youth development, and family well-being. She is especially passionate about addressing educational disparities; early warning signs of disengagement from school and learning; mentoring; and increasing parental involvement within underserved communities. Samuel has served as a faculty member and Extension administrator at the University of Kentucky, Kentucky State University, and Tennessee State University where she provided leadership for Extension, engagement, and outreach programs.

- Jeff Talman: Jeff Talman is based out of Knoxville and works at Guaranteed Rate as Vice President Of Mortgage Lending.

- Amber Williams: A seasoned higher education professional, Dr. Amber Williams is responsible for the University of Tennessee's efforts to serve undergraduate student scholars and their unique academic goals. Ms. Williams works to retain and graduate a talented and diverse student body through developing, implementing, and evaluating student success initiatives. She goes beyond the numbers to see students as individuals, creating programs and services that support each student scholar's distinctive story and enabling them to prepare for graduation and make a difference in the world. Williams provides executive leadership to the Academic Success Center, Center for Career Development & Academic Exploration, First-Generation Initiatives, First-Year Programs, Honors & Scholars Programs, New Student Orientation, Undergraduate Research & Fellowships, UT Success Academy, Veterans Success Center, and campus-wide academic advising initiatives.

*(b) Discuss the plan for satisfying the statutory requirement of either having a parent from one of the network's Tennessee schools serve on the governing body, or having advisory councils at each school.*

**Parent Representation**
The PREP Public Schools board will include one (or two) parent representative(s) from each school community (i.e., one Knoxville and one Chattanooga parent). Further, as noted above, Knox Prep will also have an up to 15-member advisory council consisting of members from the Knoxville community, including at least one parent.

*(c) Describe the size and composition (current and desired) of the board. Explain how the proposed governance structure and composition will help ensure that there will be active and effective representation of key stakeholders.*

**Active and Effective Representation**
The number of Trustees/Directors of the PREP Public Schools board shall not be less than five. Board members represent a diverse set of knowledge and skills with expertise in education, finances, fundraising, legal, strategic planning, real estate, facilities, nonprofit organizations, administration.

The board will have no majority group on the board, rather a diverse set of stakeholders (in ethnicity, race, gender, age, socio-economic background, physical ability/disability, family structure, marital status, nationality, religion and values) with a shared commitment to the PREP Public Schools' mission, student population and community.

Board members will continue to be recruited to ensure the following perspectives and areas of expertise and influence are represented:

- Academic excellence for boys and young men
- Community outreach and inclusive practices
- Leadership and innovation
- School finance, operations, and management
- Serving at-risk and special school populations
- Development and fundraising

To support public integrity and expertise required to provide oversight of the network's schools' finances, operations and academics to ensure Knox Prep is an educational and organization success, PREP Public Schools plans to have at least nine members. This size will support high-functioning committees capable of accomplishing purposeful work between meetings, while remaining a manageable size needed to reach consensus without excessive deliberation and time. Board size and composition will be evaluated annually to ensure efficiency and productivity.

*(d) Discuss the powers and duties of the board. Identify key skills, areas of expertise, and constituencies that will be represented on the board.*

**Powers and Duties**

While day to day decisions and management will be delegated to the school's leadership team, the Governance Board has final say in all policy, financial, and operations decisions and for setting the overall direction of the school. Therefore, the charter school board is one of the most critical elements of the school's and network's success. The relationship between the Knox Prep school leadership team and the Governance Board is one of shared commitment to the school's success but with very distinct roles and responsibilities. The PREP Public Schools' Board assumes the following key responsibilities:

| PREP PUBLIC SCHOOLS GOVERNANCE BOARD RESPONSIBILITIES | |
|---|---|
| Participate in Board orientation and training. | Board members will participate in an orientation to the school's mission, vision, values, and the demographics of need among students and families the school serves. Board members will participate in ongoing training, at least annually, in |

| | |
|---|---|
| | collaboration with individuals or organizations such as the TN Charter School Center. |
| Provide financial and operational oversight. | Board members, led by the Treasurer / Finance Committee Chair and Finance Committee will review financial information regularly. Board members will supervise school operations and ensure that the school model is being implemented with fidelity. |
| Promote PREP Public's vision and mission. | Board members will promote the network's vision, mission, and core values. They will raise awareness about the school and advocate to address the needs of students and families. |
| Lead strategic planning and policymaking. | Board members, led by the Governance Committee, will lead strategic planning and policymaking for the school including oversight and approval of student and staff handbooks, PREP Promise requirements, HR policies and procedures, etc. |
| Oversee accountability plan and evaluate school progress and success. | Board members will evaluate school progress and success based on the school academic goals and metrics, financial targets (expenditures and revenues). |
| Support fundraising and resource development. | Board members, led by the Development Committee, will support development and fundraising by making a personal contribution to the school and participating in fundraising efforts including donor contacts and solicitations and fundraising events. |
| Assure compliance with statutory and regulatory requirements. | Board members will oversee school compliance with statutory and regulatory compliance in collaboration with the CEO. |
| Hire and evaluate the school CEO and Principal | The board, led by the Governance Committee, will recruit, select, and hire a CEO and school leader. The board will evaluate their success based on a rubric outlining the expectations for leadership and metrics for school success. The Governance Committee will evaluate the school leader quarterly during the first year of service and twice annually thereafter. |
| Resolve complaints and concerns raised by various stakeholders | The board will work with the school leader and CEO to resolve complaints from any stakeholder fairly and judiciously. A formal process will be established for escalating concerns to the Board Chair who will convene the Governance Committee to determine an appropriate course of action. |
| Assess board performance and expand board membership. | Board members will evaluate board performance through an annual survey that includes board participation / engagement / performance across the metrics for measuring school success. The survey will elicit information for board members |

| | |
|---|---|
| | to inform selection of board training, recruitment of new board members, communication strategies, etc. The Governance Committee will lead board efforts to identify, recruit, elect, and orient new board members. |

**Skills, Expertise and Constituencies**

As stated above, the board will have no majority group on the board, rather a diverse set of stakeholders (in ethnicity, race, gender, age, socio-economic background, physical ability/disability, family structure, marital status, nationality, religion and values) with a shared commitment to the PREP Public Schools' mission, student population and community.

Board members, all Tennessee residents[58], represent a diverse set of knowledge and skills with expertise in education, finances, fundraising, legal, strategic planning, real estate, facilities, nonprofit organizations, administration.

The PREP Public Schools Board is led by Chairman Ted Alling, Vice-Chair Kelly Alling, Treasurer David Caines and Secretary Dr. Enda Varner. Board member bios are summarized in the following table.

| Board Member | Role | Bio |
|---|---|---|
| Ted Alling | Chair | Ted is a serial founder who has built two successful and fast-growing companies. In 2002 Ted founded Access America Transport, one of the fastest-growing third-party logistics companies in the country. With his two best friends from college, Barry Large and Allan Davis, they grew Access to over $500 million in revenue. In 2010 they founded Lamp Post Group, a venture capital firm and tech business incubator. Both companies were founded on core principles of empowerment, camaraderie, passion, and positivity and the belief that entrepreneurship is one of the guiding forces that makes America great. In 2014 Access America merged with Coyote Logistics, forming a $2 billion dollar transportation powerhouse. Since the merger Ted and his fellow partners are focusing even more energy on Lamp Post Group and the startups the company invests in. This year, Ted co-launched the premier logistics |

[58] As the board evolves, all but one member will reside in TN. One national member with charter school expertise will be added to the PREP Public Schools' board. This individual will add value related to best and innovative practices.

| | | |
|---|---|---|
| | | accelerator in the heart of Chattanooga called Dynamo and graduated its first class in October. Alongside his wife, Kelly Alling, Ted announced his next effort of opening an all-male charter school, *Chattanooga Prep* in Highland Park. Ted will serve on the board of directors and prepare the school to open in August of 2018. Ted is husband to Kelly Alling and father of [redacted] |
| Kelly Alling | Vice-Chair | Kelly Schmidt Alling of Chattanooga, TN is passionate about serving underprivileged communities, Kelly founded The Alling Foundation in 2014, a foundation created by her and her husband, Ted, to help benefit those in need. In October 2016, Kelly, alongside Ted, announced their next effort of opening an all-male charter school, Chattanooga Prep in Highland Park. Kelly will serve as an executive director on the board and prepare the school to open in 2018. Kelly previously worked as the Resource Manager for Habitat of Humanity of Greater Chattanooga. Kelly received her Bachelors in Human Development and Family Studies from Samford. Currently, Kelly serves on the Chattanooga Youth Network Board. |
| David Caines | Treasurer | Mr. Caines is COO of Kenco Group, a leading provider of distribution, transportation and supply chain intelligence solutions. He is responsible for the strategic direction of the company as well as its operating and financial performance. Mr. Caines joined Kenco in 2002 with responsibility for the Cummins account in Memphis, TN. Since then he has held positions of increasing responsibility within the organization. He is currently responsible for all of Kenco's operating contracts, which encompass over 100 facilities, 4,500 employees, and 30 million square feet of warehouse space. Mr. Caine's education includes a Bachelor's degree in Business Administration and Accounting from Covenant College; and a Master's degree in Business Administration from Duke University. Mr. Caines is a member of CSCMP, WERC and the UT Executive Supply Chain Forum. He also serves on the boards of The University of Tennessee's Global Supply Chain Institute; Chalmers Center; Covenant College; See Rock City, Inc.; and the Chattanooga Chamber of Commerce. |
| Edna Varner, Ed.D. | Secretary | Senior Advisor for Leading and Learning, Dr. Varner is the lead coach for Project Inspire Teacher Residency, a program committed to developing a different kind of teacher to meet the |

KNOXVILLE
PREPARATORY
SCHOOL

| | | |
|---|---|---|
| | | academic and social emotional needs of students in schools that struggle to recruit and retain great teachers. Believing that outstanding public schools are a vital sign of a strong community commitment to support them, Edna serves on non-profit boards with education agendas. She is currently a co-chair on the education committee for the Tennessee NAACP; chair-elect of Siskin Children's Institute and the Chattanooga State Foundation. Dr. Varner is a graduate of UTC where she received her bachelor's and master's degrees in Secondary Education/English. She began her doctoral work at Tennessee State and finished at Carson-Newman University in 2018. She attended Chattanooga Public Schools, and her previous work history includes teaching at Lookout Jr. High, Dalewood Jr. High, and Chattanooga School for the Arts and Sciences. She was assistant principal at CSAS, and principal of Chattanooga Phoenix Middle and Howard High School. For 11 years she was Director of Leadership Development for Cornerstone Literacy. |
| Ashley Atkins | Parent Representative | Parent of a Chatt Prep student. Ms. Atkins is a community manager for Greystar in Chattanooga, a residential rental housing real estate company. As community manager, Ms. Atkins provides input into budget development, controls expenditures, oversees lease enforcement process, etc. Prior roles include property manager Ms. Atkins contributes her passion for customer service with a focus on people, genuine relationships, and shared values with a diverse and inclusive culture. She is a Chattanooga resident. |
| Wonjen Bagley, LMSW | | Wonjen C. Bagley started her career in Social Work in the field of public health working closely with underserved populations over twenty-five years ago. She comes from a family of educators and has been a lifelong advocate for quality education for all and eventually joined her interest in working with underrepresented families with her passion for education full-time. Her experience in established and start-up nonprofits includes opportunities serving as a volunteer, board member, mentor, and staff. She formerly worked strengthening diversity and inclusion initiatives at an independent school in Massachusetts and for an education access nonprofit whose mission sparked the idea to launch similar programming in Chattanooga. Wonjen holds a bachelor's from the University of South Florida and a master's degree in Social Work from Florida |

KNOXVILLE
PREPARATORY
SCHOOL

| | | |
|---|---|---|
| | | State University. She and her husband William have [redacted] |
| Moise "Mo" Baptiste, Ph.D. | | Dr. Baptiste has served as executive director of Student Affairs at UTC and the global director of Educational Affairs for the Haitian American Caucus. Dr. Baptiste's research agenda explores how traditional leadership and organizational theories have been conceptualized and the intricate ways in which these theories are used to maintain systems of dominations. Dr. Baptiste also researches the identity formations and performances of males throughout the African Diaspora. |
| David Bhattacharya, M.D. | | Dr. Bhattacharya is a fellowship trained pediatric surgeon who specializes in general and thoracic surgery needs. He has been invited to lecture nationally on cancer biology and tumor metastasis. Dr. Bhattacharya sees patients at the USA Medical Mall office. He performs surgery at Children's Hospital at Erlanger in Chattanooga, TN. |
| Ward Davenport | | Mr. Davenport has extensive expertise in finance and wealth management. He is Managing Director at Pointer Management, a $3 billion fund of hedge funds that manages capital for over 400 clients including foundations, endowments, not-for-profit hospitals, and high net worth individuals. Mr. Davenport earned a Bachelor of Arts degree in Economics from Washington and Lee University and is a graduate of the Baylor School in Chattanooga. Mr. Davenport is committed to community development and currently serves on several boards including the United Way of Greater Chattanooga, Tennessee Aquarium, and The Bright School. Mr. [redacted] his wife, Ashley Davenport are proud parents of [redacted] |
| Shewanee Howard-Baptiste | | Dr. Shewanee Howard-Baptiste is Vice Provost for Academic Outreach and Professor at The University of Tennessee at Chattanooga in the Department of Health and Human Performance. Her academic outreach duties as vice provost include overseeing programs for internal campus grants administered through Academic Affairs, faculty awards and professorships, and faculty and staff professional development opportunities. She teaches courses related to Health Behavior Change, Sociology of Sport, Personal Health and Community and Environmental Health. She has also taught and studied abroad in Denmark, Switzerland, France, the Dominican Republic, and Haiti. Every summer she travels to Haiti to teach |

| | | |
|---|---|---|
| | | and develop a health and physical education curriculum and works with current teachers to create ways to make students healthier at home and at school. Howard-Baptiste spent the 2020-2021 academic year as the interim director for the Master of Public Health (MPH) in Chronic Disease Prevention and Control Program in the College of Health, Education and Professional Studies. Her academic journey includes serving as an assistant professor at Southeast Missouri State University and Ithaca College in New York state. She received bachelor's, master's and doctoral degrees from Miami University in Ohio. Dr. Howard-Baptiste has been teaching at the secondary and collegiate level for over seventeen years and enjoys helping students find their "why." |
| Natalie Jackson, M.Ed. | | Ms. Jackson is a community volunteer with significant experience in multiple aspects of education, organizational development, and child development. Ms. Jackson holds a Bachelor of Science in Child Development and Human & Organizational Development as well as a Master of Education degree in Human Development Counseling from Vanderbilt University. Ms. Jackson has wide-ranging experience in youth-serving roles including serving as an instructor for inner-city youth, as Student and Family Life Counselor for Brentwood Academy, and as Assistant Summer Program Coordinator for Northwestern University's Center for Talent Development. Ms. Jackson is a mother of [redacted] and serves as a PTA Board Member for [redacted] School. |
| Joe Martin,M.Ed. | | Dr. Martin is an award-winning, internationally-known speaker, university professor, author, and professional builder of men. He holds a B.A. Degree in public relations (University of West Florida), M.A. Degree in Mass Communications (University of West Florida), and an Education Doctorate in Curriculum Development (Florida A&M University). At the age of 24, Dr. Martin became the youngest tenure-track faculty member ever hired to teach at a state university in Florida. He also had the distinct honor of being the youngest professor at his institution to ever be nominated twice for the "Distinguished Teacher's Award." In addition, Dr. Martin has taught students at all levels in K-12, including Title I, alternative education, and gifted students. Dr. Martin has addressed more than 750 organizations, associations, businesses, colleges and universities, and public |

| | | |
|---|---|---|
| | | school districts, earning accolades as “College Speaker of the Year” from the Association for the Promotion of Campus Activities. Dr. Martin has worked as a top sales trainer for a Fortune 500 company and as a public relations professional for both the state and federal government, including a position as Communications Director with the Florida Governor’s Office. Dr. Martin currently hosts “Real Men Connect,” an iTunes podcast that mentors and teaches “good men” how to be great men, amazing husbands, awesome fathers, and extraordinary leaders. His “man-building” website, RealMenConnect.com has received rave reviews from organizations like Man in the Mirror, Iron Sharpens Iron, and the Men’s Ministry Network. He is also the author of nine books, including: "Tricks of the Grade," "Good Teachers Never Quit," “Stop Parenting & Start Coaching,” and “Are You the Man: 201 Lessons I Wish My Dad Would Have Taught Me.” Dr. Martin also serves as a guest columnist for three national publications: Student Leader Magazine, All-Pro Dad, and Education World; and he’s the publisher and editor of the highly-acclaimed First Class Teacher e-Newsletter and the Man-to-Man e-Newsletter that’s read my thousands of educators and men each month. |
| Daniel Pack, Ph.D. | | Daniel J. Pack is the Dean of the College of Engineering and Computer Science at the University of Tennessee, Chattanooga (UTC). Prior to joining UTC, he was Professor and Mary Lou Clarke Endowed Chair of the Electrical and Computer Engineering Department at the University of Texas, San Antonio, after serving as Professor (now Professor Emeritus) of Electrical and Computer Engineering at the United States Air Force Academy (USAFA), CO, where he served as Director of the Academy Center for Unmanned Aircraft Systems Research. He is the recipient of a number of teaching and research awards including Carnegie US Professor of the Year Award, Frank J. Seiler Research Excellence Award, Tau Beta Pi Outstanding Professor Award, Academy Educator Award, and Magoon Award. He is a member of Eta Kappa Nu (Electrical Engineering Honorary), Tau Beta Pi (Engineering Honorary), IEEE (senior member), and the American Society of Engineering Education. |
| David Rice, M.D. | | Dr. David Rice is a retired physician specializing in radiation oncology. Dr. Rice retired from practice in 2012 and has become a champion for STEM education. Dr. Rice holds a Bachelor’s |

| | | |
|---|---|---|
| | | degree from Birmingham-Southern College, a Medical Degree from the University of Alabama, and completed a residency at the Medical College of Georgia. In his professional career, Dr. Rice managed a private practice and served as Chief of Radiation Oncology at Memorial Hospital. He served on Memorial Hospital's Radiation Safety Committee and Institutional Review Board. Dr. Rice is a tireless advocate for STEM education, seeing first-hand the power of STEM to engage youth who may feel disengaged from school. Dr. Rice was part of the core group who shaped the initial plan for Chattanooga Prep. |
| Armando Rodriguez | | Mr. Armando Rodriguez holds an Executive Master of Business Administration (EMBA) from the University of Tennessee at Chattanooga. He is currently an engineer at the Tennessee Valley Authority. Mr. Rodriguez's specialties include operations and process management. He has served as a mentor for young men at Chatt Prep students since 2018. |
| Aaron Webb, JD | | Aaron Webb JD, longtime healthcare and retirement community executive and general counsel, serves as Of Counsel at the Hall Booth Smith, P.C. firm. Webb concentrates his practice on medical malpractice defense, aging services, general liability, and arbitration and mediation, and he works closely with client leadership teams to develop legal strategy that aligns with business objectives and supports growth goals.<br>Webb has extensive experience as a senior executive and chief executive officer of retirement communities, assisted living and memory care, and skilled nursing facilities. He previously managed litigation for a major regional electric and telecommunications provider, and began his career in finance and retirement account operations.<br>Before joining HBS, Webb started his own consulting firm that works with seniors and their families to navigate the complexities of long-term care and housing decisions, determine the best options for healthcare, and manage financial matters as well as related estate planning and elder law considerations.<br>Webb was previously the chief executive officer and president of CHI Living Communities, which is part of Common Spirit Health, the largest nonprofit health system in the United States with more than $30 billion in revenue and 1,000 care sites across 21 states. He oversaw all corporate strategy, operations, finance, |

KNOXVILLE
PREPARATORY
SCHOOL

| | | |
|---|---|---|
| | | mergers and acquisitions, regulatory matters, marketing and customer acquisition while also reducing costs and driving profit margins during the pandemic. |
| Sue Anne Wells, Ph.D. | | Dr. Sue Anne Wells is a visionary community leader who co-founded the Chattanooga Girls Leadership Academy (CGLA) in 2009, creating the first single gender STEM public charter school in Tennessee. The school's vision is to inspire hope in each girl, positively changing her trajectory in life, and empowering her to possess infinite choices in the future. After graduating from Girls Preparatory School, Sue Anne Wells received a B.A. in French Education from The University of North Carolina at Chapel Hill, and an M.A in French Language from Middlebury College and the University of Paris and a PhD in French Literature from the University of North Carolina at Chapel Hill. She has taught French, Spanish, and English at the University of Tennessee at Chattanooga, the University of North Carolina at Chapel Hill, Chattanooga School for the Arts and Sciences, Girls Preparatory School, and Notre Dame High School. Dr. Wells is also the founder and owner of Mustang Leadership Partners, an organization dedicated to the protection of the wild American mustang and to ongoing advocacy efforts through a mustang mentoring program for girls who attend the Leadership Academy. The vision of Mustang Leadership is to give students opportunities to develop, practice and understand relationship skills, social accountability, and self-confidence. Dr. Wells' leadership has benefited a number of community organizations. She has served as Chairman of the Boards of Bright School, Ballet Tennessee, and Girls Inc. She currently chairs the Board of Directors of Chattanooga Girls Leadership Academy. She has served on the Boards of Siskin Children's Institute, Tennessee River Gorge Trust and currently serves on ArtsBuild of Greater Chattanooga, A Night To Remember, National Mentoring Partnership, University of Chattanooga Foundation, Public Education Foundation, and Coca Cola Bottling Company Consolidated. Dr. Wells has been honored as a Woman of Distinction and Fulbright Fellowship Recipient. Her numerous awards include the WTCI Be More Devoted Award, the Girls Inc President's Award, the Anheuser-Busch White Eagle Service Award, The J.C. Penney Golden Rule Award, the Margaret Lupton GPS Service Award, and the Dance Advocate Award |

| | | |
|---|---|---|
| | | from Tennessee Association of Dance. |

(e) *Explain how this governance structure and composition will help ensure that a) the proposed school will be an educational and operational success; and b) the board will evaluate the success of the proposed school and leader.*

### Supporting School's Educational and Operational Success

### Leader Evaluation

Holding the CEO accountable for strong student performance and effective management of the network is a fundamental and essential responsibility of the Board. The CEO will present the Board with a data dashboard at each meeting to keep them abreast of school performance (academic, financial and operational). The dashboard will include all current data regarding the meeting of charter school goals, including (but not limited to) monthly vs. yearly attendance and enrollment data, latest benchmark assessment results per grade/class, and results from the TN Comprehensive Assessment Program (TCAP) and/or other required assessments. The presentation of the dashboard in advance of Board meetings will allow the network leadership and the Board to have conversations about what PREP Public Schools is doing, what is working well or needs to be improved, and why. The CEO will be accountable to the Board. The Board will have all the information it needs to make informed, mission-aligned decisions; the Board will be held accountable to the charter authorizer for the charter.

In addition, each year, the Board will continue to conduct (or hire an external provider such as North Georgia Corporate Consulting/NGCC to conduct) a formal evaluation of the CEO using the 360 Leadership Assessment. This assessment is "a method that systematically collects feedback about an individual's performance from peers, direct reports, colleagues, and superiors within the organization. Overall, it provides a comprehensive, 360-degree view of a leader's strengths and opportunities for growth."[59] The process includes gathering information from multiple perspectives (e.g., leadership team members, peers, principals, etc.) to gather a complete picture of CEO performance. Evaluation findings are used to create a personalized performance plan that is grounded in the specific job responsibilities and aligned with network priorities. The plan sets clearly defined and measurable strategic goals that are approved by the full board at the beginning of the school year. At the close of the school year, the CEO presents the Board Chair with a self-evaluation (aligned to the specific goals and pre-defined and comprehensive set of data, including student performance data collected through multiple means). Following discussion, the full Board completes the CEO's annual performance evaluation with a presentation at a public Board meeting.

[59] https://www.ccl.org/leadership-solutions/leadership-development-tools/leadership-assessments/benchmarks-360-assessments/

KNOXVILLE
PREPARATORY
SCHOOL

Using the data dashboard (described above) and annual evaluation results, Board members will evaluate network progress and school success based on the following five school goals:

Goal 1. Create a sustainable, single-gender, public school to serve a total student enrollment of 700 economically and educationally disadvantaged students in Knox County.

Goal 2. Accelerate intellectual development and academic achievement among urban boys through a rigorous academic program designed to support academically underperforming students in attaining proficient and advanced levels of academic performance.

Goal 3. Bolster self-confidence and promote social / emotional development among low-income, urban boys, empowering them to hone leadership capacities, social/emotional maturity, self-discipline, and resilience.

Goal 4. Fortify college and career readiness and success through a rigorous curriculum that integrates problem-based, experiential, and expeditionary learning strategies.

Goal 5. Buttress student support networks by establishing multiple pathways for family and community engagement in academic achievement, social/emotional maturity, and leadership development.

As well as the following academic goals and metrics:

1. **Accelerate learning to enable students to make academic progress across content areas.**

- Each year, 70% of students will realize learning gains of at least 10% in core academic subjects of math, reading, English/language arts, science, and social studies on assessments aligned with TNReady assessments.
- By the end of year 2 and annually thereafter, at least 35% of students who have been at Knox Prep for at least 2 years will be performing at Level 3 (on track) or Level 4 (Mastered) in at least 2 core academic subjects.
- Each year, at least 35% of students who score at Level 1 (Below) on the 1st benchmarking assessment will move to Level 2 (Approaching) or higher by the TN Ready Exam.
- At least 65% of 11th & 12th grade students who have been at Knox Prep for at least 2 years will score a 22 or better on the ACT exam.

2. **Bolster literacy and communication skills as a cornerstone for learning and success.**

- Each year, 70% of students will realize literacy gains of at least 10% on reading assessments.
- By the end of year 2 and annually thereafter, at least 50% of students who have been at Knox Prep for at least 2 years will be reading at or above grade level.

- Each year, at least 75% of students will document improvement in spoken communication and presentation skills as measured by instructional staff, community volunteers, as well as pre-/post- self-assessments.

3. **Instill critical thinking and problem-solving skills to prepare students for success in postsecondary academic or credentialing programs and in rewarding careers.**

- Each year, students will demonstrate skill gains in critical thinking and problem solving as measured by pre- and post-assessments using the California Critical Thinking Skills Test[60] or similar assessment.
- Each year, students will demonstrate gains on aptitude tests measuring individuals' ability to learn, critical thinking, problem-solving, and reasoning/analytical skills.

4. **Foster social-emotional development and executive function "habits of mind" to prepare students for lifelong learning within cooperative, team-based environments.**

- Each year, students will document age-appropriate improvements in cognitive functioning, active participation in learning, perseverance, etc. as measured by the "grit grade" incorporated into the standards-based grading system.
- Each year, at least 75% of students will demonstrate improvement in executive function and collaboration skills as measured by instructional staff, peers, and self-assessment using a 360-degree evaluation to be conducted in Spring annually.
- Each year, students will demonstrate an age-appropriate increase in "college knowledge" and understanding of postsecondary and career requirements based on a pre-/post-assessment.

The principal is formally evaluated by the CEO using the Principal Evaluation module of the Project Coach program. The Project Coach program includes review of professional performance across the following domains: teacher evaluation, culture for teaching and learning, leadership & growth, and management. The assessment model nurtures an ongoing, iterative review and feedback, following the schedule shown below:

| PRINCIPAL ASSESSMENT TIMELINE | |
|---|---|
| 1st Semester | Goal-Setting Conference<br>Informal Observation<br>Formal ½ day observation |
| Mid-Year | Mid-year conference |
| 2nd Semester | Informal Observation<br>Formal ½ day observation<br>Year-end summative conference |

60 https://www.insightassessment.com/Products/Products-Summary/Critical-Thinking-Skills-Tests/California-Critical-Thinking-Skills-Test-CCTST

Evaluation results supply the CEO with information needed to provide the principal with meaningful feedback and identify necessary opportunities for professional growth to further grow their practice. The CEO strives to align the principal's performance evaluation with network goals and the contractual elements of the school's charter.

*(f) Explain how the interests of individual schools will be balanced with network interests and how key stakeholders will be represented.*

**Individuality and Community Representation**

PREP Public Schools seeks to serve a similar student population across East Tennessee. All schools in the PREP Public network will align with the PREP Public Schools' mission, vision and core values. Key design elements and performance outcomes/goals are non-negotiable. However, interests of the individual schools are represented by the local advisory council members. The local advisory council actively represents the voice of the community the school exists to serve, promotes communication between and involvement among the school, the school community with members that represent the school community's population. The council serves as a bridge between the school, community and network, offering the community means to provide input and take an active and effective role in maintaining and improving Knox Prep. The role of the advisory council is not to make decisions, but to provide knowledge, local insight, critical thinking, strategic advice and analysis to enhance and support the governance work of the PREP Public board in their work to serve Knoxville students.

Further, slight individuality in the PREP Public Schools' educational model is possible given diversity within the distinct communities that we serve. Meeting the needs of the community drives individuality with the extent that Prep Public Schools deems acceptable depends on local context and student need. One example of variation among schools in the PREP Public Schools' network may be more emphasis on targeted interventions should data show the number of students needing support in math or literacy varies. In this case, a school may supplement the curriculum based on research, best practices and the professional expertise of the school principal and teachers.

*(g) Will the charter be held by the same existing non-profit board or will a new board be formed?*

*• If the existing board will also govern the proposed school: o Include a copy of the by-laws and organizational chart, with emphasis on what changes, if any, will need to take place at the board level for it to be effective (i.e., add members, redistribute roles, responsibilities, etc.). Discuss any plans to transform the board's membership, mission, and by-laws to support the charter school expansion/replication plan. Describe the plan and timeline for completing the transition and orienting the board to its new duties.*

The existing PREP Public Schools' board (renamed by Chatt Prep board vote on October 20, 2022) will hold Knox Prep's charter. While at least seven members, including the board officers, will continue to serve on the board, sharing their institutional knowledge to support organizational capacity, the PREP Public Schools board will continue to evolve over the 2022-23 school year, transitioning from a single network-level board to a board that is governing multiple schools. This timing coincides with board terms ending. Evolution includes a reduction in the total number of directors; as well as the addition of several (2) Knoxville-based directors[61] and one national/state-level member. (These members will be identified immediately following approval of this application). Existing members may remain on the board, transfer to the Friends of Chatt Prep[62] board (responsible for network schools' facilities and fundraising) or roll off the board. Some members may choose to serve in a non-voting role (e.g., a seat on a committee).

Board officers are expected to remain intact through the early years of the transition. Similarly, the mission will remain consistent while the bylaws (Attachment F3) have been updated to reflect the board's expansion/replication into Knox County. For example, the second amended and restated bylaws indicate the corporation is a public benefit, nonprofit corporation organized for charitable, educational, literary and scientific purposes as defined under Section 501(c)(3) of the Internal Revenue Code. The primary and singular purpose of the nonprofit is the operation and administration of public, nonsectarian, non-religious public charter schools.

Upon approval and once new board members have been identified, the full board will administer a survey that will elicit information for board members to inform selection of board training. Training, in accordance with Tennessee Code 49-13-111, will be certified by the Tennessee Charter School Center, approved by the State Board of Education, and led by individuals or organizations such as the Tennessee Charter School Center, to ensure members are prepared to assume new duties as a single network-level board governing multiple schools. Training topics are likely to include effective board communication, data informed decision-making, measuring success, strategic recruitment and sustainable growth, governing for growth, evaluating network leadership, multiple schools & effective governance, etc. During training, the officers of the Board will discuss the primary responsibilities and expectations of individual Board members and will particularly discuss his/her specific personal and/or professional skills in relation to the needs of the Board.

Training will consider the needs of individual Board members, as well as the needs of

[61] Knoxville based board members will be selected following charter approval.
[62] Friends of Chatt Prep, the organization that supports Chatt Prep's fundraising and facilities. This entity currently has five board members and will remain as a facility-focused legal entity to support growth (its membership is expected to evolve over the next 12 months to support Knoxville Prep as well).

KNOXVILLE
PREPARATORY
SCHOOL

the overall Board. To address individual and entire Board needs, training opportunities such as workshops, retreats, seminars, resource materials, and e-training will be identified and disseminated. The Board Secretary will be responsible for maintaining a schedule of training events. In this capacity, (s)he will be expected to acquire information about training opportunities from various sources and will be expected to provide an updated schedule of training events to Board members at each Board meeting. In addition to cultivating sources of information, the Secretary will accept suggestions for training from the various Board committees.

## 2.15 Personnel/Human Capital - Network-wide Staffing Projections

### Network Staffing Needs

*Complete the following table, indicating projected staffing needs for the entire network over the next five years. Include full-time staff and contract support staff that serve the network 50% or more of their time. Change or add functions and titles as needed to reflect organizational plans. If the proposed school plans to use a staffing model that diverges from the school staffing model in the original application, please explain.*

| Year | Year 1 2024-25 | Year 2 2025-26 | Year 3 2026-27 | Year 4 2027-28 | Year 5 2028-29 |
|---|---|---|---|---|---|
| Number of elementary schools | 0 | 0 | 0 | 0 | 0 |
| Number of middle schools | 2 | 2 | 2 | 4 | 4 |
| Number of high schools | 0 | 0 | 0 | 0 | 0 |
| **Total schools** | 2 | 2 | 2 | 4 | 4 |
| Student enrollment | 737 | 859 | 978 | 1,311 | 1,409 |

| Management Organization Positions | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Chief Executive Officer | 1 | 1 | 1 | 1 | 1 |
| Chief Academic Officer | 1 | 1 | 1 | 1 | 1 |
| Chief Operating Officer | 1 | 1 | 1 | 1 | 1 |
| Administrative Assistant | 1 | 1 | 1 | 1 | 1 |
| Development Director | 1 | 1 | 1 | 1 | 1 |
| Human Resources Director | 1 | 1 | 1 | 1 | 1 |
| Chief Schools Officer | 0 | 0 | 1 | 1 | 1 |
| Chief Financial Officer | 0 | 0 | 0 | 1 | 1 |
| **Total back-office FTEs** | 6 | 6 | 7 | 8 | 8 |

| Middle School Staff | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Principal | 2 (1 KPS, 1 CPS) | 2 (1 KPS, 1 CPS) | 2 1 KPS, 1 CPS | 4 (1 @ each) | 4 (1@ each) |
| Assistant Principal | 2 (1 KPS, 1 CPS) | 2 (1 KPS, 1 CPS) | 2 1 KPS, 1 CPS | 4 (1 @ each) | 4 (1@ each) |
| Deans, Directors | 2 (1 KPS, 1 CPS) | 2 (1 KPS, 1 CPS) | 2 1 KPS, 1 CPS | 4 (1 at each) | 4 (1 at each) |

KNOXVILLE PREPARATORY SCHOOL

| | | | | | |
|---|---|---|---|---|---|
| Dean of Students | 1 (0 KPS, 1 CPS) | 1 (0 KPS, 1 CPS) | 2 1 KPS, 1 CPS | 4 (1 at each) | 4 (1 at each) |
| Classroom Teachers (Core Subjects) | 8 KPS 40 CPS | 53 (12 KPS 41 CPS) | (16 KPS 42 CPS) | 80 21 KPS 43 CPS 8 at each new | 96 24 KPS 44 CPS 12 at each new |
| Classroom Teachers (Specials (e.g., PE, art), including special education teacher) | 8 (2 KPS, 8 CPS) | 10 (2 KPS, 8 CPS) | 13 (4 KPS, 9 CPS) | 17 (4 KPS, 9 CPS,2 EACH NEW | 17 (4 KPS, 9 CPS, 2 at each new) |
| Guidance Counselor (Note: Dean serves in guidance counselor role Year 1-2 at KPS) | 2 (2 CPS) | 2 (2 CPS) | 3 (Add 1 KPS 2 CPS) | 4 (Add 1 KPS) | 3 (1 KPS and @ 2 CPS) |
| Social Worker | 2 (1 KPS 1 CPS) | 3 1 KPS 2 CPS | 2 1 KPS 1 CPS | 4 1 EACH | 4 1 EACH |
| Educational Assistant | 0 | 0 | 0 | 0 | 0 |
| Attendance Manager | 2 (1 KPS 1 CPS) | 2 (1 KPS 1 CPS) | 2 (1 KPS 1 CPS) | 4 (1 KPS 1 CPS 1@ each ne | 4 (1 KPS 1 CPS 1 1@ each new |
| Clerical Staff | 6 (3 KPS 3 CPS) | 6 (3 KPS 3 CPS) | 6 (3 KPS 3 CPS) | 6 (3 KPS 3 CPS) | 6 (3 KPS 3 CPS) |

| | | | | | |
|---|---|---|---|---|---|
| Custodial | 3<br>(1 KPS<br>2 CPS) | 3<br>1 KPS<br>2 CPS | 4<br>2 EACH | 6<br>2 KPS<br>2 CPS 1 | 6<br>2 KPS<br>2 CPS<br>1 EACH NEW |
| Operations | 10<br>(5 KPS, 5 CPS) | 10<br>(5 KPS, 5 CPS) | 11<br>KPS, 6 CPS | 21<br>(5 KPS, 6 | 21<br>(5 KPS, 6, 10 |
| KNOX PREP TOTAL FTE | 24 | 28 | 36 | 41 | 44 |
| CHATT PREP TOTAL | 55 | 57 | 59 | 59 | 60 |
| NEW: CHATT II, KNOX GIRLS | 0 | 0 | 0 | 48 | 56 |
| TOTAL FTE MIDDLE SCHOOLS | 79 | 85 | 95 | 148 | 160 |

Knox Prep's staffing model diverges slightly from the original application. PREP Public Schools will include a leadership team whose members collaborate with all schools in its network. The Executive Director role will be replaced with a Chief Executive Officer with a similar set of responsibilities yet with organization size being the greatest distinction. As stated above, the network leadership team will include the CEO, CAO, COO, Chief Schools Officer, CFO, Development Director, administrative assistant and HR director. The leadership structure is designed to maximize the benefits to schools in the network, creating economies of scale, encouraging collaboration among schools, and building support structures-with the autonomies and entrepreneurial drive of the charter sector.[63]

63 https://crpe.org/the-national-study-of-charter-management-organization-cmo-effectiveness-report-on-interim-findings/

# SECTION 3 FINANCIAL PLAN AND CAPACITY

## 3.1 Planning and Budget Worksheet (Attachment N)

Please see Attachment N for the Knox Prep's Planning and Budget Worksheet.

KNOXVILLE
PREPARATORY
SCHOOL

### 3.2 Budget Narrative (Attachment O)

***Attachment O.**, present a budget narrative including detailed descriptions of budget assumptions, and revenue and expenditure projections, reflecting proposed growth over time.*

Please see Knox Prep's budget narrative in Attachment O.

### 3.3 Network Financial Plan (Attachment P)

*In this section:*

(a) *Describe the fiscal health of other schools in your network. Are any of the schools on fiscal probation or in bankruptcy?*

**Fiscal Health**

Chatt Prep, the one existing school in the PREP Public Schools' network, is in strong fiscal health. Evidence of its fiscal health includes a balanced budget, adequate reserves ($4 million) and 136 days of cash on hand) and a track record of responsible fiscal management. Financial practices are transparent with annual financial audits and reports that are publicly available. Chatt Prep makes efficient use of its mission aligned resources to support achievement of its goals, particularly student achievement. Academic performance results (See Attachment Q) demonstrate effective use of funds.

There are no PREP Public Schools that are on fiscal probation or in bankruptcy.

(b) *Explain how the organization will reach its fundraising goals over the next five years. Provide a development plan that includes staffing needs.*

Over the five years, PREP Public Schools will not only reach but exceed its fundraising goals. Based on trends at Chatt Prep, PREP Public Schools will continue to not only reach but exceed its fundraising goals over the five years. To date, Knox Prep has received generous financial pledges (See letters in Attachment E); therefore, fundraising over the charter term will be limited. A Chief Development Director is employed by PREP Public Schools to support network schools. The board's development committee is led by Chatt Prep/PREP Public Schools' founders. Finally, we have contracted with Ackerman Marketing to support fundraising events.

(c) *Provide, as **Attachment P**, a detailed budget for the network.*

Please see PREP Public Schools' budget in Attachment P.

## SECTION 4: PORTFOLIO REVIEW/PERFORMANCE RECORD

### 4.1 Past Performance

*For applicants with only one school in their network, please mark not applicable where necessary. In this section:*

(a) *Describe the educational program at your existing school(s) and whether or not it is a success.*

**Educational Program**

Knox Prep will build on Chattanooga Prep's years of experience and positive student outcomes as **a model of success** for young men in Knox County. Chatt Prep is an all-boys public charter school located in Chattanooga, Tennessee. Chatt Prep opened in August 2018 with 65 sixth graders. Each year the school has added a new cohort of students; in 2022-23, Chatt Prep is serving 380 young men in grades 6-10. We believe that Chatt Prep students have gifts and talents that have been underserved and the families and young men of Chattanooga deserve greater opportunity and choice. The school's goal is to meet the unique educational and social/emotional needs of young men in a rigorous yet supportive environment.

**MISSION**

Chattanooga Prep engages young men in a rigorous, yet supportive, learning environment that nurtures resilience, promotes academic excellence, inspires leadership, and prepares critical thinkers.

**VISION**

To inspire and empower young men to achieve academically and participate in a collaborative learning community that will establish a trajectory for lifelong learning and success.

**PURPOSE**

The purpose of Chattanooga Prep is to change the lives of young men who potentially face multiple challenges through the attainment of academic success.

**Academics:**

Chatt Prep's model has four aims:

- Provide ~15 advanced placement courses for each student that lead to college credits
- Connect students with high-quality work-study experiences
- Design individualized post-secondary experiences that fit student needs and
- Ensure 100% of students are accepted into college and have completed 150 community service hours.

The core components of Chatt Prep's academic model are rigorous instruction, data-driven decisions, targeted support, individualized learning, and cultural equity. Chatt Prep has implemented a pre-AP and AP courses for all students with the purpose of increasing the competitiveness and preparation for a rigorous college curriculum. AP courses allow students to earn college credit and even if students do not pass the exam, research has shown that non-passing scores still predict better college outcomes than academically similar college students who did not take the AP course and exam.[64] Chatt Prep is also extremely intentional about college and career exposure from an early age, including college trips for all students, placements for summer jobs opportunities, and formal internships during students' junior and senior years.




There is also a focus from teachers to make the curriculum engaging for the boys. This means integrating physical activity into the lesson to get the boys moving and leveraging healthy competition. The school is also implementing virtual reality technology for their math courses and the trial run with the students during the summer was a huge success. At Chatt Prep, it is encouraged for students to be smart. They have a Royal Readers club for students who read more than 1M words during the school year and celebrate the students with special jackets and a hummer limo ride to an arcade for lunch and games. Chatt Prep also put on a celebration for all students who scored a passing score on their AP exams.

During their senior year, students will spend 50% of their time off campus at internships, and Chatt Prep has strong and extensive relationships with the business community and local tech, startup, and logistics industries in Chattanooga. Chatt Prep offers year-round enrichment, including summer school for new students, students who did not pass courses, and any student who opts in for extra enrichment. Students also have summer clubs (Rocket club, Chess, Theater, Art, and Cooking) and sports to keep them engaged throughout the summer. Chatt Prep also has partnerships with TSU for an engineering camp and Bridge Scholars of Chattanooga for summer enrichment programming, in addition to a robust job placement program that connects students to summer job opportunities.

## Culture

64 https://apcentral.collegeboard.org/about-ap/start-expand-ap-program/expand-access/impacts

Chatt Prep has a student-centered culture dedicated to cultivating strong leaders and college-bound men. The boys-only environment enables Chatt Prep to have a learning environment tailored to their needs, and the feel of the school is akin to an elite all-boys private school. Outside of academics, character development is emphasized through athletics, community volunteer hours, mentorship, and opportunities for student voice. Being an all-boys school, competition and athletics is a huge part of the school's culture and pride. About 73% of students participate in at least one sport, and families and teachers consistently come to cheer on the students. All Chatt Prep students participate in after-school programs, ranging from theater to drumline to athletics. Mentorship and male role models are a large part of the model: four former NFL players coach the football team on a volunteer basis, students opt into a mentorship program with local male business and community members, and 44% of Chatt Prep staff are men, including all counselors and deans of students. All staff receive development on the specific needs of boys of color, and the school has a counselor who specializes in the development and nurturing of boys' socio-emotional health and development. Monthly motivational talks called the "Grit Series" feature national role models like Peyton Manning as well as local community leaders; the CEO of the Urban League spoke for Women's History month, and Hamilton County's former superintendent is kicking off the 2022 Grit Series.

Chatt Prep wants their students to impact their community and has a requirement of 150 hours of community service completed by the time they graduate. Student voice is valued, and space is created for students to share their opinions. Students participate in a "Speak Like a King" event where they speak on an issue they find important in their school or community. Recently, the school overhauled their uniform policy based on students presenting arguments to the leadership team. Families are integral partners in the school, which has a robust family advisory council, monthly events led by and for families, a very active parent booster club for the sports programs, weekly communication touchpoints, and open lines of communication between teachers and families.




(b) *Provide detailed student achievement and growth results for each school in the network, including results for grade levels not tested on state assessments, as* ***Attachment Q****.*

Attachment Q includes evidence of student achievement and growth.

(c) *Provide evidence that demonstrates the success of schools in the network in raising student achievement levels.*

Chatt Prep is the only school in PREP Public Schools' network at this time. In 2021-2022, students at Chatt Prep experienced very strong student growth, both on Tennessee's state test and on the NWEA-MAP exam. Chatt Prep was recognized as a Tennessee Value-Added Assessment System (TVAAS) Level 5 school for academic growth, the top school ranking by the state of Tennessee for academic growth. Tennessee Department of Education Level 5 schools are those with significant evidence that their students exceeded the state growth standard school-wide in all core subjects. According to the TVAAS website, TVAAS scores measure students' academic growth over time and the impact schools and teachers have on their students' academic progress and achievements.

Chatt Prep also had the highest rate of academic growth amongst middle school African American students in Hamilton County and was the Tennessee Charter School of the Year Runner Up in 2021.

Chatt Prep has the highest proficiency levels of the 10 middle schools educating more than

90% students of color in Hamilton County (Chattanooga) and students are performing close to or on par with other CSGF portfolio schools educating a similar student population in Tennessee. While Chatt Prep's absolute performance is not yet exceeding the district or state average, our hope is Chatt Prep can capitalize on the momentum they have built this past year to continue to drive absolute proficiency levels and set their young men up for continued growth and success.

Notably, Chatt Prep's English language learners are demonstrating high levels of growth. In the last calendar year, Chatt Prep's ESOL program exceeded Hamilton County's growth, including every other charter school with the exception of one elementary school. Additionally, over half the ESOL population (about 20 students) met the growth standard set by WIDA proficiency standards. We are on track this year to exceed our growth from any years prior.

(d) *If applicable, provide the graduation rates for each school in the network.*

Not Applicable. In alignment with its slow growth plan, Chattanooga Prep currently serves students in grades 6-10. Our first cohort of graduates will be in the Class of 2026.

(e) *Select one or more of the consistently high-performing schools that the network operates and discuss the school's performance.*

- *Be specific about the results on which you base your judgment that the school is high-performing.*
- *Discuss the primary causes to which you attribute the school's distinctive performance.*
- *Discuss any notable challenges that the school has overcome in achieving its results.*
- *Identify any ways in which the school's success has informed or affected how other schools in the network operate. Explain how the effective practice or structure, or strategy was identified and how it was implemented elsewhere in the network.*

**Results**

Evidence to demonstrate Chattanooga Prep, the only school currently in PREP Public Schools' network, is high-performing, includes but is not limited to the following:

- Chatt Prep received the highest score (5, on a 1-5 scale) on the state's composite growth measure (TVAAS) while the district of location, Hamilton County, received a 1 composite score (2021-22).
- Chatt Prep has been recognized at a Level 5 school for student academic growth in 2018-19 and 2021-22.
- Chatt Prep students are experiencing faster growth than students of color in Hamilton County Schools.
- Chatt Prep's proficiency, in ELA, for Black/Hispanic/Native (BHN) students is (2021-22) higher than Hamilton County BHN proficiency.
- Chatt Prep's proficiency, in math, for Black/Hispanic/Native (BHN) students is (2021-22) higher than Hamilton County and Tennessee state's BHN proficiency.
- Chatt Prep ELA/Literacy rates exceeded pre-pandemic achievement levels in 2021-22.
- Chatt Prep students have shown strong growth over time and within the 2021-22 school

year on the NWEA MAP exam. In math, Chatt Prep students improved by 17 points from SY19 to SY21. In reading, Chatt Prep students improved by 19 points.

- 40% of Chatt Prep students take AP courses (AP Spanish Language) beginning in grade 8.
- 100% of Chatt Prep ninth grades take AP courses.
- Chatt Prep students scored a 5 on the AP Human Geography exam (2021-22).
- 100% of Chatt Prep students take the practice ACT in grade 7.
- Chatt Prep has consistently increased enrollment, expanding annually in alignment with its growth plan.
- Chatt Prep has exceeded attendance goals (decrease in chronic absenteeism) with an annual 98% attendance rate.
- Chatt Prep Tennessee Charter Schools of Year runner up.
- Chatt Prep students have a 0% expulsion rate.
- Chatt Prep has strong and extensive relationships with the business community and local tech, startup, and logistics industries in Chattanooga.
- Chatt Prep staff retention rate was 81% in 2021-22.
- Chatt Prep student persistence rate was 87% in 2021-22.
- Chatt Prep students participate in more than thirteen clubs and five sports.
- Chatt Prep students read more than 21 million words in 2021-22.

Chatt Prep has also leveraged the large network of businesses and startups in the community to create a mento program that has paired more than 200 community members with students. About 90% of students opt-in to the voluntary mentorship program and are assigned a community mentor who cheers them on the first day of school and walks with the student through his academic journey.

**Primary Causes for the School's Distinctive Performance**

At PREP Public Schools, we design and continuously improve our academic model through analysis of important data points, engaging in feedback opportunities with our teachers and leaders throughout the year. Implementing the PREP model (See bullets below) with fidelity put Chatt Prep on the path to achievement of our mission, vision and goals.

- **Rigorous Curriculum:** PREP Public Schools offers a rigorous, comprehensive, college-preparatory curriculum that will prepare students for success in postsecondary experiences and careers of their choice. Students will participate in coursework covering all core content as well as a variety of related coursework options to support the school-wide emphasis on innovation and leadership development. The curricular structure supports horizontal and vertical instructional teaming to maximize and accelerate student learning.
- **Academic Student Supports**
  - Special Education: We provide individualized support for each student through accommodations in the classroom.
  - English Language Instruction: We identify, plan, and support students who are English learners within the first weeks of school. We offer ELL students an hour of dedicated

ELL support with a licensed teacher. In addition to in person support, students have access to Elli and English learning platform where they can acquire, refine, and practice the English language.

- 6th-8th Grade Intensive: ELA and Math: In middle school, students receive and additional hour of ELA and Math instruction. During this time students participate in small-group instruction, whole group instruction, or use individualized programs such as IXL or Study Island. In addition, students in 6th-7th have a guided reading teacher in their ELA class.

- **Social Emotional Learning & Developing Leadership in Young Men:** The social emotional support and learning is embedded into each student's day. District initiatives such as Brotherhood Bond and Community are deeply embedded in our day to day. We believe that every student needs a mentor. Male mentoring systems permeate the school culture, including use of parent-mentors, male teachers, vertical mentoring (e.g., high school students mentoring elementary students), and male peer mentoring. Mentorship positively impact academic achievement, average daily attendance (ADA), and student persistence. Available supports and programs that implement social emotional learning include Brotherhood Bond, Community Mentorship, Licensed Social-Emotional Counselor, and Behavior Specialists.
- **Student Support: 1:1 Technology**: The purpose of the 1:1 Technology initiative is to ensure every student has access to instruction from anywhere and at any time, in support of our mission. Devices issued by grade band will be as follows: • Students in 6th-12th grade will receive a Chromebook or similar device.

- **Student Support: Family Engagement**: We believe families are key stakeholders in student post-secondary readiness, therefore, we intentionally prioritize building partnerships with families. PREP schools are expected to have the following communication tools in place by Day 1:
  - Family communication flow chart – distributed to all staff, faculty, auxiliary and families (strict 24-hour response rate is expected)
  - Weekly family newsletter shared electronically via REMIND, Facebook, and Instagram (printing and sending home with students is campus choice)
  - REMIND – used consistently to encourage two-way communication between staff and families

We track and monitor any students/families at risk of leaving. All schools must maintain an active Promise List that helps them identify student or families that are struggling. Promise Lists are owned by the Director of Operations but take the entire school community's investment and work to identify and support students or families that need it. The Promise List should be reviewed in lead team tactical, check-ins with the Director of Operations and counselor and every grade team meeting.

- **Robust Assessment System**: Our assessment program is designed to inform excellent, post-secondary readiness instruction while providing predictable, trackable data points to

support effective coaching and management practices across an expanding district. Assessment data drives the instructional decisions our teachers and leaders make to ensure 100 percent of students have achieved post-secondary readiness.

- **Instructional Strategies**: To achieve our ambitious goas, we utilize a variety of instructional strategies and practices to meet the learning needs of a diverse cadre of students and prepare students for the instructional methods they will encounter in higher education settings and the dynamics of professional collaborative teams. While teachers will a have a degree of flexibility to organize their course content and instructional practices, all teachers will exemplify best practices in teaching and engage students in a variety of activities during the course periods to maintain student attention and meet the differentiated learning needs of each student. The Domains of Excellent Teaching, articulated in our Academic Book (See above) were designed to establish baseline expectations for all PREP Public Schools.




**Academic Book** | PREP PUBLIC SCHOOLS

**Challenges**

The greatest challenge of Chatt Prep's charter term has been the COVID-19 pandemic.

As the pandemic began its disruption of public health, household incomes, and education in the US, Chatt Prep quickly reacted. We distributed Chromebooks, ensured families had internet access, and provided access to food and other necessary items. The outpouring support from our community, supporters, and volunteers during this time of crisis was heartwarming. Because of them and our dedicated staff members, we were able to create some form of normalcy for our families by removing barriers to education and basic household needs.

However, the pandemic had a significant impact on the proficiency rates of students of color in Hamilton County. Chatt Prep made more growth (+12 math, +10 ELA) than Hamilton Co. students of color (+2 math; +3 ELA). Black/Hispanic/Native (BHN) students at Chatt Prep and in the county are still underperforming the county average for all students. Chatt Prep students are experiencing faster growth emerging from the pandemic than students of color in Hamilton County Schools.

KNOXVILLE
PREPARATORY
SCHOOL







The pandemic school closures were difficult on students and created some missed opportunities for learning. In 2020-21, to help counteract this, Chattanooga Prep set up afterschool tutoring (online and in-person) to help students catch up on missed content, have additional practice, and ask questions. Our students had support along the way to help them through this difficult time.

Early in the year, through MAP testing, we identified that many of our Prepsters were coming back with significant gaps in math and English language arts. Regardless of the hurdles, we were happy to see our Prepsters back on campus and eager to learn. Despite nationwide pandemic learning losses, teachers focused on moving forward by providing students with grade-level rigorous academic work and filling key foundational concepts when needed. It was not always easy this past year, but even when teachers and staff were exhausted, they continued to be present for their Prepsters. Seeing them in class collaborating, articulating ideas, and engaging with rigorous academic work, further ignited our inspiration and belief that together we could accelerate learning. In return, our Prepsters stepped up, showing us time and time again that they're willing and eager to meet and exceed the goals and expectations we have for them. Together with their teachers, Chattanooga Preparatory earned the highest TVAAS ranking awarded by the Tennessee Department of Education - level five, indicating our Prepsters showed more growth than expected!

**Other Operations**

Not Applicable. Chattanooga Prep is the only school in PREP Public Schools' network at this time.

(f) *Select one or more of the network's schools whose performance is relatively low or not*

*satisfactory and discuss the school's performance. Be specific about the results on which you base your judgment that performance is unsatisfactory.*

- *Describe the primary causes to which you attribute the school's problems.*
- *Explain the specific strategies that you are employing to improve performance.*
- *How will you know when performance is satisfactory? What are your expectations for satisfactory performance in terms of performance levels and timing?*

**School with Low Performance**
Not Applicable. Chattanooga Prep is the only school in PREP Public Schools' network at this time.

(g) *For all schools operating under another authorizer: provide, as* ***Attachment R****, the most recent performance/evaluation/renewal reports produced by the authorizer(s) (or by a third- party evaluator, if applicable).*

**Authorizer Report**
Please find the Hamilton County School's 2023 Authorizer Report in Attachment R.

(h) *For all schools operating in the state of Tennessee: provide the following* ***in Attachment S****: (a) the last two years of audited financial statements for each school or school(s); and (b) the most recent internal financial statements, including balance sheets and income statements.*

**Audited Financial Statements**
Please see Chatt Prep's last two years of audited financial documentation in Attachment S.

(i) *List any contracts with charter schools that have been terminated by the network, the school's authorizer, or the school, including the reason(s) for such termination and whether the termination was for material breach.*

**Termination**
Not Applicable. No contracts have been terminated.

(j) *List any and all charter revocations, non-renewals, shortened or conditional renewals, or withdrawals/non-openings of schools operated by the network, and explain whatcaused these actions.*

**Revocation, etc.**
Not Applicable. There have been no charter revocations, non-renewals , shortened or conditional, or withdrawals/non-openings.

(k) *Explain any performance deficiencies or compliance violations that have led to formal authorizer intervention with any school operated by the network in the last three years and how such deficiencies or violations were resolved.*

**Formal Authorizer Intervention**
Not Applicable. No performance deficiencies or compliance violations that have led to formal authorizer intervention.

KNOXVILLE
PREPARATORY
SCHOOL

(l) *Identify any current or past litigation, including arbitration proceedings, that has involved the network or any charter schools it operates. Provide in* ***Attachment T****, if not subject to confidentiality protection: (1) the demand, (2) any response to the demand, and (3) the results of the arbitration or litigation.*

**Litigation**
Not Applicable. No current or past litigation to report.

KNOXVILLE
PREPARATORY
SCHOOL

## ATTACHMENTS

*Please include attachments labeled according to the following schedule:*

| | |
|---|---|
| **ATTACHMENT A:** | **Annual Academic Calendar** |
| **ATTACHMENT D:** | **Enrollment Policy** |
| **ATTACHMENT E:** | **Letters of Support/MOUs/Contracts from the Community** |
| **ATTACHMENT L:** | **Network Annual Report** |
| **ATTACHMENT M:** | **Network Organizational Chart** |
| **ATTACHMENT N:** | **Planning and Budget Worksheet** |
| **ATTACHMENT O:** | **Budget Narrative** |
| **ATTACHMENT P:** | **Network Financial Plan** |
| **ATTACHMENT Q:** | **Student Achievement/Growth Results** |
| **ATTACHMENT R:** | **School Reports/Authorizer Evaluations** |
| **ATTACHMENT S:** | **School Financials** |

# KNOXVILLE PREPARATORY SCHOOL

**Attachment A: Annual Academic Calendar**

# Academic Calendar 2022 - 2023

**August**

| M | T | W | Th | F |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| 8 | 9 | 10 | 11 | 12 |
| 15 | 16 | 17 | 18 | 19 |
| 22 | 23 | 24 | 25 | 26 |
| 29 | 30 | 31 | | |

**September**

| M | T | W | Th | F |
|---|---|---|---|---|
| | | | 1 | 2 |
| 5 | 6 | 7 | 8 | 9 |
| 12 | 13 | 14 | 15 | 16 |
| 19 | 20 | 21 | 22 | 23 |
| 26 | 27 | 28 | 29 | 30 |

**October**

| M | T | W | Th | F |
|---|---|---|---|---|
| | | | | |
| 3 | 4 | 5 | 6 | |
| 10 | 11 | 12 | 13 | 14 |
| 17 | 18 | 19 | 20 | 21 |
| 24 | 25 | 26 | 27 | 28 |
| 31 | | | | |

**November**

| M | T | W | Th | F |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| 7 | 8 | 9 | 10 | 11 |
| 14 | 15 | 16 | 17 | 18 |
| 21 | 22 | 23 | 24 | 25 |
| 28 | 29 | 30 | | |

**December**

| M | T | W | Th | F |
|---|---|---|---|---|
| | | | 1 | 2 |
| 5 | 6 | 7 | 8 | 9 |
| 12 | 13 | 14 | 15 | 16 |
| 19 | 20 | 21 | 22 | 23 |
| 26 | 27 | 28 | 29 | 30 |

**January**

| M | T | W | Th | F |
|---|---|---|---|---|
| 2 | 3 | 4 | 5 | 6 |
| 9 | 10 | 11 | 12 | |
| 16 | 17 | 18 | 19 | 20 |
| 23 | 24 | 25 | 26 | 27 |
| 30 | 31 | | | |

**February**

| M | T | W | Th | F |
|---|---|---|---|---|
| | | 1 | 2 | 3 |
| 6 | 7 | 8 | 9 | 10 |
| 13 | 14 | 15 | 16 | 17 |
| 20 | 21 | 22 | 23 | 24 |
| 27 | 28 | | | |

**March**

| M | T | W | Th | F |
|---|---|---|---|---|
| | | 1 | 2 | 3 |
| 6 | 7 | 8 | 9 | 10 |
| 13 | 14 | 15 | 16 | |
| 20 | 21 | 22 | 23 | 24 |
| 27 | 28 | 29 | 30 | 31 |

**April**

| M | T | W | Th | F |
|---|---|---|---|---|
| | | | | |
| 3 | 4 | 5 | 6 | 7 |
| 10 | 11 | 12 | 13 | 14 |
| 17 | 18 | 19 | 20 | 21 |
| 24 | 25 | 26 | 27 | 28 |

**May**

| M | T | W | Th | F |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| 8 | 9 | 10 | 11 | 12 |
| 15 | 16 | 17 | 18 | 19 |
| 22 | 23 | 24 | 25 | 26 |
| 29 | 30 | 31 | | |

Teacher PD

Holiday

Fall/Spring Break

Thanksgiving Break

Winter Break

Student 1/2 Days

[illegible]

**Parent Teacher Conferences**

[illegible]
OCTOBER 18-21
[illegible]
FEBRUARY 21-24

## Important Dates

| | |
|---|---|
| Teacher Institute | July 25 - August 3 |
| First Day of School (FDOS) | August 4 |
| Ice Cream Social | August 11 |
| Tutoring/Clubs Begin | September 12 |
| Progress Reports | September 9 |
| Open House | September 13 |
| Hispanic Heritage Month | September 15 - October 15 |
| Benchmark #1 | October 3 - October 7 |
| Data Day (No Students) | October 17 |
| Report Cards | October 21 |
| Progress Reports | November 11 |
| New Student Application Opens | November 15 |
| Thanksgiving Dinner | November 15 |
| Breakfast of Champions | November 18 |
| Giving Tuesday | November 29 |
| Tutoring/Clubs End | December 8 |
| Benchmark #2 | December 12 - December 16 |
| New Student Application Closes | December 15 |
| Tutoring/Clubs Resume | January 9 |
| Speak Like a King (No School) | January 16 |
| Report Cards | January 20 |
| Job Shadowing | February 2 |
| Black History Living Museum | February 23 |
| Welcome to Chattanooga Prep (WTCP) | TBD |
| Data Day (No Students) | March 13 |
| Women's Month: Muffins with Moms | March 28 |
| Tutoring/Clubs End | April 14 |
| STEAM Night Riding Tree | April 18 |
| TNReady Testing Window (Blackout) | April 18 - May 6 |
| 8th Grade Week | May 15 - May 19 |
| 8th Grade Parent Dinner (Mandatory) | May 15 |
| Sports Banquet | May 16 |
| Field Day | May 18 |
| Last Day of School (LDOS) | May 25 |

## [illegible]

| | |
|---|---|
| UTC Football Game | August TBD |
| CFC Game | September TBD |
| Butterfly Garden Fishing Trip | October TBD |
| Thanksgiving Dinner | November 15 |
| Service Project: Beautify the Campus | January TBD |
| UTC Mocs | February TBD |
| Atlanta Hawks | March TBD |
| Lookouts Game | April TBD |
| Testing (Game Night) | TBD |

# KNOXVILLE PREPARATORY SCHOOL

## Attachment D: Student Enrollment Policy

## Attachment D: Student Enrollment Policy

### Application Plan, Pre-Admission Activities, & Timeline

For the inaugural school year, 2024-25, applications for 6th grade will be accepted between April 1st and May 5th, 2024. To ensure a fair and equitable process, applications will not be accepted after the close of the application period. However, Knox Prep reserves the right to extend the application process in the event that the school or, in future years, a grade, is undersubscribed. Applications will be available in a variety of locations including the Knox Prep website, the school office, and any partner sites.

The application and admissions process includes the following key components:

| Admission Component | Description | Timeframe |
|---|---|---|
| ***Parent Information Sessions*** | Parent, guardian, or adult advocate of prospective student must register for and attend at least one of these sessions prior to submitting an application for admission. The sessions will convey information about public charter eligibility criteria, Knox Prep's school structure, the academic program, and parental engagement requirements. | December - January |
| ***Application Materials*** | The package will include an application form, permission to request school records, and a clear statement of the enrollment process (including the lottery process if the school or a grade is oversubscribed). The form will be available in Spanish and there will be numerous opportunities for parents/guardians to meet with a school representative or volunteer for assistance in completing the application. | January - March |
| ***Screening for Eligibility*** | School staff will screen applications to ensure that they meet the eligibility requirements for charter school attendance as specified by Tennessee law. | March – May |
| ***Notification of admission status*** | Students who are admitted to the school will be notified via telephone and with a follow-up official letter of admission. Parents must sign and return a written statement of acceptance of admission. ***If the school is oversubscribed, a lottery will be held in accordance with the process described below, after which those selected through the lottery as well as those on the waiting list will be advised of their status.*** | April - June |

### Nondiscriminatory Admission Policies

Knox Prep's admission and enrollment policies and practices will be nondiscriminatory and will be fully compliant with T.C.A. § 49-13-107. Knox Prep will follow all federal and state laws as well as constitutional provisions prohibiting discrimination on the basis of disability, race, creed, color, nation origin, religion, ancestry, or need for special education services. To ensure compliance with state and federal regulations, information regarding disabilities, race, color, national origin, ancestry, or need for special education services will be collected during the recruitment, application, or enrollment process for information purposes only and will not be used in determining eligibility. As a public charter, Knox Prep will not charge tuition unless the Governance Board approves a transfer student from another school district, pursuant to the provisions of T.C.A. § 49-6-3003.

### Articulation Plans or Agreements

At this time, Knox Prep does not have any articulation plans of agreements in place. If the school considers entering into any such agreements in the future, all articulation and enrollment activities will be in compliance with T.C.A. § 49-13-113.

### Policies and Procedures

***Lottery:*** Knox Prep will accept eligible students on a first-come, first-served basis. However, if there are more eligible applicants than spaces for the school or for a grade, a lottery will be held within 7 business days following the close of the application period. The lottery, which is a system of random selection of applicants, will be a

public, monitored event, with public officials present to supervise the lottery and attest to the fairness of the proceedings.

***Wait List:*** During the lottery process, all completed and accepted applications submitted during the application period are publicly drawn in random order until capacity is reached. The remainder of the applications are then drawn and placed on a waiting list in the order drawn. The waiting list will be used to fill any openings that occur up to December of the academic year. The waiting list is only valid for one school year. A new enrollment-lottery-waiting list process begins each school year.

***Enrollment of Siblings:*** In accordance with the eligibility provisions of the Tennessee Public Charter Schools Act, Knox Prep siblings will be given first priority in the admissions process. While siblings will be given first priority, parents will still be required to complete the application and enrollment process. To receive the preference, parents will have to complete the application process for siblings of enrolled students by May 5th. Eligible siblings whose parents do not complete the application process by the deadline for any upcoming school year will not receive preference.

***Re-enrollment:*** It is understood that students enrolled in KPS may re-enroll for the following school year without submitting an application as long as they are in good standing. Good standing includes meeting expectations for (1) acceptable academic progress, (2) attendance, and (3) responsibility and positive behavior.

***Transfers:*** A parent or guardian should notify the school at least one week before the withdrawal date. This will allow time to circulate the withdrawal forms and help families to compile any school records they may need to re-enroll elsewhere. All school resources (library books, textbooks, computing devices, etc. must be returned. Knox Prep will provide a transfer form indicating that the withdrawal is complete and will provide official records to the students new school upon request from the new school.

***Withdrawals:*** In the event that a student must withdraw from Knox Prep during the school year, the parent or guardian must contact the guidance counselor at least one week prior to the student's last full attendance day. The guidance counselor will prepare the necessary documentation. The administration retains the right to request documentation to substantiate and document the withdrawal. All school resources must be returned before the withdrawal is complete.

# KNOXVILLE PREPARATORY SCHOOL

**Attachment E: Letters of Support/MOUs/Contracts from the Community**

Attachment E

1. Javiette Samuel, Ph.D. Associate Vice Chancellor, Director of Community Engagement and Outreach, University of Tennessee Knoxville, May 26, 22 (college going rate is declining, KPS could help meet needs, support: advisory capacity; fostering mutually beneficial university-community partners; training and professional development; and elevation of community impact through a variety of avenues as we engage with K-12, elected officials, and other stakeholder groups.
2. Cathy Ackermann, President & CEO Ackermann Marketing & PR June 2, 22 (unique, innovative model in Knox)
3. Dr. Amber Williams, Vice Provost for Student Success University of TN, Knoxville
4. Tiffany Davidson, mother, professional and Knox County resident September 17, 2022
5. Jimmy Henderson, Level Field Partners (Level Field or LFP). Will support cost-effective access to first-class facilities, December 7, 2022
6. Frederick (Rick) B. Kuhlman, Jr., Colonel, US Air Force (ret); Director, Knoxville Fellows, December 9, 2022
7. Otis and Goldie Littlejohn, Knox County citizens and parents, December 10, 2022
8. Stephanie Keenoy, Managing Director, Lavinia Group, December 16, 2022
9. Kelly Coffelt, Charter Schools Coordinator, Hamilton County Schools, December 19, 2022
10. Bethany Yandell, MS, Account Executive, Ackermann Marketing & PR, Knox County resident and parent, December 22, 2022
11. Bart McFadden, President & CEO, Boys and Girls Club of the Tennessee Valley, January 3, 2023
12. Tyler Bolden, CEO, Big Brothers Big Sisters, January 3, 2023
13. Leonard L. Adams Jr., President, Knox College, January 20, 2023
14. Zach Wishart, education administration leader in Knoxville, January 20, 2023
15. Darryl Cobb, President, Charter School Growth Fund, January 26, 2023
16. Kelsey Cannon, Director of Finance & Payroll, Friends of Chattanooga Prep, January 27, 2023

**Friends of Chattanooga Prep**

January 27, 2023

To Whom It May Concern,

PREP Public Schools is blessed to have received commitments from supporters throughout East Tennessee, including multiple commitments from people, organizations, and businesses in Knox County.

Friends of Chattanooga Prep is backing PREP Public Schools with $752,165.56. Future confirmed pledges, totaling $4.75MM, have been provided by various foundations and donors.

Please contact me at kelseycannon@chattanoogaprep.com or 423.269.7810 if you have any questions.

Sincerely,

Kelsey Cannon
Director of Finance & Payroll

CHARTER SCHOOL GROWTH FUND

10901 West 120th Avenue, Suite 450
Broomfield, CO 80021

(303) 217-8090
chartergrowthfund.org

January 26, 2023

Brad Scott
CEO
PREP Public Schools

Dear Brad,

I am pleased to share this letter in support of Prep Schools' application to the Knox County Schools Board of Education. The Charter School Growth Fund is a non-profit philanthropic fund that supports the nation's highest-performing charter school networks to dramatically expand their impact.

We believe deeply in Prep Schools' mission to inspire, empower, and educate the men of tomorrow and equip them with the tools to create generational change within their communities. In Chattanooga, Prep Schools has demonstrated their ability to drive students' academic growth, implement strong character development through their sports and mentorship programs, and provide extensive college and career exposure and preparation with their AP and internship programs. We are investing in Prep Schools' expansion to Knoxville because we believe in their demonstrated impact for students, families, and community and trust that they will do the same in partnership with the Knoxville community.

The Charter School Growth Fund provided a $530,000 grant to Prep Schools in fall of 2022 and anticipates providing additional philanthropic support should the Knox County Schools Board of Education choose to authorize and partner to support the opening of Knoxville Prep.

Sincerely,

DocuSigned by:
Darryl Cobb
E9F24A8857224D4
Darryl Cobb
President
Charter School Growth Fund

January 20, 2023

**Letter of Support: Knoxville Preparatory Academy (Knox Prep)**

To whom it may concern,

Please accept this letter as our extreme support for the Knoxville Chapter application for Knox Prep and any other requirements.

Knoxville College (KC), a historically Black college and university (HBCU), is a private Christian institution which welcomes students from diverse backgrounds and cultures who seek an exceptional liberal arts education. KC provides a stimulating and transformational academic experience for students in preparation for professional careers and advanced education.

Community engagement and outreach are vital to holistically enhancing student life experiences at KC, fostered through volunteerism, service-learning, and collaborative partnerships with local businesses, service organizations, and government agencies. These life-changing experiences promote civic engagement, social justice, and unique global perspectives to increase student learning outcomes.

Our history started with us serving orphans and quickly evolving into meeting the needs for K-12, ultimately collegiate programming and this is why we are so supportive of Knox Prep and their vision to expand to Knoxville, TN. Not only are we supportive of Knox Prep – Knoxville but, we also welcome Knox Prep to co-locate at our campus located at 901 Knoxville College Drive in an effort to share in a structured cradle to career pipeline of young Black and Brown boys. We further support the potential and opportunities in arm's reach as we strategically plan and take action to ensure that a portion of the workforce at Knox Prep is that of Knoxville College students and graduates.

Currently having no middle-age schooling options available, Knox Prep is needed in the Mechanicsville community.

KC is committed to supporting Knox Prep and the boys they/we seek to serve and fulfill a shared vision of:

- preserving African American heritage and supporting a thriving Black community
- cultivating an inclusive campus community culture in preparation for engagement in a global society
- fostering a collective impact approach of delivering services and resources to all we engage

I close asking your support and approval of the Knoxville Preparatory applications and all other requirements to establish and incorporate this school into our current Knox Schools educational ecosystem.

Sincerely,

Leonard L. Adams Jr.

Leonard L. Adams Jr., President

**Zach Wishart**
Knoxville, TN
[redacted]

January 20, 2023

**Dr. Jon Rysewyck**
Superintendent, Knox County Schools
400 W. Summit Hill Drive
Knoxville, TN 37902

Dear Dr. Jon Rysewyck,

As an education administration leader in Knoxville and an advocate for a high-quality education for every student, it is without reservation that I strongly recommend approval of Knoxville Preparatory Academy.

Knoxville Prep will resemble Chattanooga Prep and will undoubtedly match Chattanooga's high performance and student success. Chattanooga Prep has achieved TVAAS Level 5 status, something Knoxville Prep will certainly achieve as well. Knoxville Prep can be a new option for students and families seeking a proven model, where students are prepared for college and lives are put on a new trajectory that may not have otherwise been possible.

I am excited to see Knoxville Prep open in our city. Under the leadership of Prep Public Schools Chief Executive Officer Brad Scott and Chief Academic Officer Juan Aguinaga, the school is already on a trajectory of success and will be a great option for Knox County families.

Sincerely,

Zach Wishart

Zach Wishart

January 13, 2023

Bart McFadden
President & CEO
Boys & Girls Clubs of the Tennessee Valley
John D. Lee Administrative Offices
967 Irwin Street
Knoxville, TN 37917

**Re: Memorandum of Understanding ("MOU") re: 967 Irwin Street, Knoxville, TN**

Dear Mr. McFadden:

Knoxville Preparatory School ("Knox PREP" or "School") is excited about the conversations we have had to date regarding with Boys & Girls Club for a lease at 967 Irwin Street for the launch of its inaugural school in Knoxville.

The purpose of this MOU is to confirm our mutual interest and intent to negotiate a multi-year lease for use of the property starting in the summer of 2024. The lease agreement may also include a purchase option for Knox Prep. The parties will work diligently to finalize a non-binding Letter of Intent ("LOI") that includes the key business terms of a lease within the next 30 days, with the formal lease agreement likely to follow soon thereafter.

During the MOU and LOI periods, the parties will cooperate fully with each other, including on issues such as sharing diligence materials, providing access to the property for inspections and planning purposes, etc.

If you agree with the contents of this MOU, please sign and return at your convenience below.

This MOU is a preliminary expression of general intentions. The parties agree that neither shall have any contractual obligations to the other with respect to the matters referred herein unless and until a definitive agreement has been fully executed and delivered by the parties.

Sincerely,

Brad Scott
Chief Executive Officer, PREP Public Schools

---

On behalf of the Boys & Girls Clubs of the Tennessee Valley I acknowledge receipt of this MOU and agree to work in good faith with PREP Public Schools towards the objectives outlined here.

Bart McFadden

By: Bart McFadden
Date: 1-18-23

December 22, 2022

**Letter of Support for Knoxville Preparatory School**

Dear Knoxville Preparatory School leaders:

I am excited to write this letter in commitment and support of Knoxville Preparatory School (Knox Prep)!

As a mother of [redacted], I am very mindful of today's world and the challenges that can arise in the lives of boys and young men. Making sure our family makes wise choices for the education of our sons and the activities we engage in, is not something we take lightly.

When I first learned of Knox Prep, I was intrigued by their mission and the unique and innovative ways they are engage their students and inspire greatness, especially to a population of young boys who have many challenges in their lives to overcome. I have been involved in the foster care community in Knoxville for many years, which has given me a unique perspective to the lives of children who are fighting battles no child ever should. I have seen the unique needs children in underserved populations have when it comes to education and social engagement. For so many children in underserved parts of our county, their families are not afforded the privilege to have a choice in where their children go to school or the type education they receive. I am excited that a charter school option like Knox Prep, would give families a choice when it comes to the education of their sons.

I had the honor of visiting Chattanooga Prep and to see firsthand what makes this school different. I saw classrooms full of young boys writing, talking, problem solving, and participating in active learning, with teachers committed to the success of every single student in their classroom. I heard students talk about how Chatt Prep had changed they way they think about school and made them believe in a future for themselves that they once felt wouldn't be possible. I heard parents talk about how supported they feel in coming alongside their son's academic journeys and the commitment they have made, with their school, to challenge their sons to succeed and make an impact in their world.

I left Chatt Prep anxious for a day when we would have this same type of institution available for boys in Knoxville, and I am proud to stand in support of Knox Prep as they submit their charter application in 2023.

Sincerely,

Bethany S. Yandell

Bethany Yandell, MS

Knoxville resident (2004-08; 2014-present)

Big Brothers Big Sisters
OF EAST TENNESSEE

January 3, 2023

Mr. Brad Scott, CEO
Knoxville Preparatory School
1849 Union Avenue
Chattanooga TN, 37404

Re: Letter of Support and Partnership: Knoxville Preparatory School

Dear Mr. Scott,

It is with great pleasure that I express my support and excitement for Knoxville Preparatory School and the partnership opportunities between our organizations.

As a part of the nation's oldest and largest youth mentoring network, our mission at Big Brothers Big Sisters of East Tennessee is to create and support one-to-one mentoring relationships that ignite the power and promise of youth.

I am excited to partner together to provide our evidence-based and outcome-driven programming to the students at Knox Prep. By uniting our missions and forging community partnerships, we can ensure that every Knox Prep student graduates with a plan for their future and a mentor who's impact will last a lifetime.

Bigger Together,

Tyler Boldin
CEO, Big Brothers Big Sisters of East Tennessee

HAMILTON COUNTY SCHOOLS

December 19, 2022

To the Knox County Board of Education:

Chattanooga Preparatory School has been operating and in good standing in Hamilton County Schools since the 2018-2019 school year.

In that time, the school has grown and even surpassed their original size. They have received Level 5 TVAAS twice and Reward School status once.

Mr. Brad Scott, CEO, is always highly responsive to inquiries and requests from this office. He and his staff are professional and pleasant in all their interactions with district personnel. ChattPrep continues to meet state and local deadlines, requirements, and requests.

If you need any additional information about their school operating within Hamilton County, please feel free to contact me.

Sincerely,

Kelly Coffelt
Charter Schools Coordinator

3074 Hickory Valley Road • Chattanooga, TN 37421
Tel: 423-498-6762 • www.hcde.org

LAVINIA GROUP™

December 16, 2022

Dear Members of the Knox County School Board,

It is with great pleasure that I write this official letter of support for the application of PREP Public Charter Schools to expand to Knoxville, Tennessee. My name is Stephanie Keenoy, and I am a Managing Director at Lavinia Group. Prior to coming to Lavinia Group I was the Superintendent of Schools for Achievement First which is a large charter organization in the northeast. While at Achievement First, I founded an elementary school as the principal, and helped grow the network from 30 schools to 41 schools. In my current role, I have the privilege to work with PREP Charter School's CEO and leadership team to strengthen their programming at Chattanooga Prep and plan for their potential expansion to Knoxville. This year, I have supported the team to think through their instructional vision, assessment plan, and leadership pipeline as they plan to expand to Knoxville, and I plan to continue to support them to think through how to scale their instructional vision.

Lavinia Group provides world-class professional development, coaching, and curricula for K-12 teachers and school leaders to ensure joyful, student-centered, research-based literacy and math instruction. Through our coaching and curriculum, schools achieve extraordinary results on behalf of children. As such, we find it a distinct honor to offer this letter of support for Brad Scott and the team at PREP Public Charter Schools as they pursue their expansion. We know that in partnering together children will exceed expectations and prove what's possible.

Lavinia Group endorses PREP Public Charter School as it seeks to expand to Knoxville and implement literacy and math curricula that spark the curiosity of children and challenge them to think critically. Over the past year, the Lavinia Group has worked with Chattanooga Prep to develop the teachers and leadership team around the qualities of excellent reading, writing, and math instruction. Our work has included in-depth school visits, teacher and leadership professional development sessions, and strategic planning meetings involving the use of data and student work. In our experience working closely with Chattanooga Prep, they have proven that they are supporting students to achieve academic success and, as a result, we are excited to continue partnering with them this year and in the future as they seek to expand to Knoxville.

Lavinia Group believes in deeply partnering with schools so that they reach their goals, and we are fully committed to working alongside PREP Public Charter Schools as they introduce a school model that is sure to be transformative for students. I am very confident in the well-rounded, joyful, and rigorous educational experience that PREP Public Charter Schools will provide for the students in Knoxville.

It is without hesitation that I recommend PREP Public Charter Schools for expansion.

Sincerely,

*Stephanie Keenoy*

Stephanie Keenoy
Managing Director, Lavinia Group

Dear Sir or Madam,

As Knox County citizens, we would like to express our support for establishing Knox Preparatory Charter School in Knox County. As parents of a [redacted] honors student, we want to have a choice in where our [redacted] is educated, so we completed an intent to enroll.

We attended the first interest meeting and were immediately connected to the staff and students. The warm welcome, transparency and responsibility that students took on were inspirational touch points. From that meeting we decided we were ready to learn more and advocate for Knox Prep. When the opportunity to visit Chatt Prep campus was presented, we wanted to be there.

A number of things stood out while visiting the Chatt Prep that confirmed that we would like to have this choice for our [redacted] education.

1. The academic and parent engagement models.
2. TVAAS level 5 rating that demonstrates growth.
3. The statistics shared about the disparities that boys face in education and a school that seeks to understand their unique needs.
4. A curriculum that is culturally relevant and relatable where students can see and be encouraged to immerse.
5. AP for all students and ACT starting in 6th grade to build testing stamina.
6. The commitment energy of the staff.
7. Visiting college campus.
8. Clubs to support various interests (cooking, robotics, chess, etc.).
9. The ownership and pride that students and caregivers demonstrated.
10. Mentorship opportunities with community leaders.

We are excited about the opportunities that Knox Prep can bring to the Knoxville community and ask that you support the charter application.

Thank you!

Otis & Goldie Littlejohn

knoxville fellows

4Market Square, Suite 303C, Knoxville, TN 37902

9 December 2022

MEMORANDUM FOR WHOM IT MAY CONCERN

It is both a great honor and privilege to write a letter of support for the Knoxville Prep School. When I first heard about this possibility, I met Brad Scott, its director, and over the last few months have gotten to see his vision for Knoxville. Modeled after the successful Chattanooga Prep School, I feel that this new Charter School opportunity would enable our city to reach male teens with important encouragement and extra attention. This is critical as these young men go through their middle and high school years. A longer school day plus extra structure through smaller class size, uniforms, and written expectations will better enable these teens to meet the challenges that face high school graduates.

Over the years I have worked with high school students through my church, Emerald Youth, Thrive Lonsdale, Junior Leadership Knoxville, Future of Hope, and small groups at West High School. What I have learned is that when young men are shown attention, challenged, and feel that others care, they fare much better. I have also spent years working with high school students who are interested in the United States Air Force Academy, as an Air Liaison Officer.

What has been evident, is that our high schoolers need structure, interested and caring adults, and resources to achieve success. It is my belief that Knoxville Prep will be able to accomplish this and much more. The time is right in Knoxville for our city to offer this educational option.

In closing, I look forward to working with this initiative, knowing that it will truly be effective in our community. I am confidant Knoxville Prep School graduates will be important to building our city into the community that we all want to live and work in. I urge you to give your highest consideration to allowing this important initiative to move forward.

Sincerely,

Frederick B. Kuhlman, Jr., Director
Knoxville Fellows

LEVELFIELD

December 7, 2022

To Whom It May Concern,

I am writing to express Level Field Partners' ("Level Field" or "LFP") support for PREP Public Schools charter application to expand to Knoxville, TN.

Level Field's mission is to enable cost-effective access to first-class facilities for high quality public charter schools. Our team has more than 80 years of experience helping charter schools address some of their most pressing real estate and related financing challenges in order to educate more children, enrich learning environments, and strengthen their economic standing. The team has deep internal sector knowledge from having served as charter school financial and operations leaders, in-house real estate developers, and general counsels. We are proud that our structure allows us to combine sophisticated commercial expertise with a mission-driven approach guided only by what's best for the schools we serve.

Our unique approach, depth of expertise, and strong national partnerships have enabled us to work on behalf of leading charter school organizations in 29 states, including fairly extensive projects in both Nashville and Memphis, TN. Collectively, the Level Field team has financed and developed 120+ charter school projects representing more than 4.2MM square feet of educational space and totaling more than $1.1B+ in project costs.

Through our partnership with Charter School Growth Fund we are proud to support PREP Public Schools 's CEO, senior leadership team and Board of Directors in the following ways:

- Supporting and leading the site search and feasibility assessment of prospective expansion locations in Knoxville (inclusive of temporary and permanent campuses)
- Reviewing and refining key facility inputs into multi-year financial models
- Identifying potential financing sources and engaging in initial outreach efforts
- Leading the assemblage of key project team members to refine project schedule and project scope, inclusive of test fits
- Supporting acquisition negotiations on prospective facility options with PREP's legal counsel and leadership team to result in a clear acquisition timeline

Thank you for the opportunity to express our support for PREP Public Schools. Please reach out should you have any questions.

With best regards,

Jimmy Henderson
Partner

DIVISION OF STUDENT SUCCESS

**Letter of Support for Knox Prep**

Dr. Amber Williams, Vice Provost for Student Success

University of Tennessee, Knoxville

Dear Knox Prep,

It gives me great excitement and extreme gratitude to write this letter expressing my commitment and support to Knox Prep.

As the Vice Provost for Student Success at the University of Tennessee, Knoxville, it is crucial that we have this new and exciting avenue for education in our community that can provide young men with unique and transformative opportunities at such an important stage of their lives.

In the Division of Student Success (DSS) at UT, we have seen incredible growth and retention rates over the past three years because we have provided a robust and wide-ranging array of programs and initiatives for our students.

Our UT Success Academy for first-year black and Latinx men, as well as our Vol Success Teams, have flourished and will undoubtedly be able to provide tremendous support and opportunities for scholars from Knox Prep.

In telling our story, we want to let everyone know DSS is about more than eye-popping numbers. We see our students as individuals. We create programs and policies that support each student's distinctive story and build student confidence to develop the structures needed to help facilitate each student's success.

As I extend this commitment to Knox Prep, I will pledge my unwavering support to those young men and provide the best opportunities for inclusion and engagement with the entire social and academic experience at the University of Tennessee.

THE UNIVERSITY OF TENNESSEE KNOXVILLE

Division of Diversity and Engagement

Office of Community Engagement and Outreach

2330 Dunford Hall
Knoxville, TN 37996
865-974-4863
engagement.utk.edu

May 26, 2022

Brad Scott
Chattanooga Preparatory School
1849 Union Avenue
Chattanooga, TN 37404

Mr. Scott,

I am pleased to provide my full support for chartering Knoxville Preparatory School. Our campus holds a unique position as the state's flagship 1862 land-grant university. This designation is emphasized in our mission of access, educating Tennessee's citizens, enhancing our culture, and making a difference in people's lives through teaching, research, and public engagement.

Nationally and statewide, the college-going rate is declining. Statistics are even more staggering when it comes to males in general, and males of color in particular. Many of the tenets of Knoxville Preparatory Academy would help meet the needs of young men in the center of the city/urban areas. This population is often disproportionately affected by poverty, limited resources, and lack of access higher education.

Knoxville Preparatory Academy could help meet the need for rigorous advanced math and science courses; more advanced placement courses; enhanced social-emotional development; supportive student-family environments; and more holistic college prep environments as we seek to grow 21st century leaders who are prepared for a global workforce.

The Office of Community Engagement and Outreach (OCEO), housed within the Division of Diversity and Engagement provides capacity building support to more deeply integrate community engagement and outreach with our land-grant mission of teaching, research, and service. Our support could include but is not limited to serving in an advisory capacity; fostering mutually beneficial university-community partners; training and professional development; and elevation of community impact through a variety of avenues as we engage with K-12, elected officials, and other stakeholder groups.

The Division of Diversity and Engagement collaborates with campus and external entities to create inclusive learning and work environments. We achieve this through cultivating partnerships, supporting initiatives, and advocating for policies that promote civility, accountability, cultural competency, and equitable access to resources and opportunities. In all of our work, we emphasize collaboration, equal participation, community empowerment, reciprocity, and sustainability.

Again, I offer my full support and would welcome and opportunity to work with you! If you have any questions, feel free to contact me at jsamuel@utk.edu or 865-974-7863.

Sincerely,

Javiette Samuel, Ph.D.
Associate Vice Chancellor
Director of Community Engagement and Outreach

BIG ORANGE. BIG IDEAS.

*Flagship Campus of the University of Tennessee System*

September 27, 2022

KCS Board of Education
505 Summer Place
Knoxville, TN 37902

Dear School Board Members,

I am writing to express my support for Knoxville Preparatory Charter School (Knox Prep). As a mother and professional that resides in Knox County; I believe that Knoxville Preparatory Charter School will be an added educational benefit to our community.

As a brother site to Chattanooga Prep, it is believe that Knox Prep will provide an additional educational option to families. One that provides rigorous and adaptable academics as well as a focus on powerful principles that are integral to the success of our young boys.

I'm sure that you are aware with the amount of crime that has impacted our community the past year or so (among our youth) more than years before. While there are multiple agencies that are attempting to address issues that have resulted in the loss of young children; they are concentrating on gun violence and crime reduction. While that is important and a need for our city; it goes without saying that our community should also look at addressing the whole-child and the many facets that play into the decisions that our young males are presented with.

Needless to say, based on experience and general knowledge of the resources that are tailored and available to males only; there are none. When you speak with resources around our community about why there are no male only programs (similar to Girls, Inc., Girl Talk, Girls on the Run); they simply respond with "boys were not our intention" or they "do not have funding". Yes, there are afterschool activities that are co-ed; but there simply is nothing for boys and boys only.

Creating a sense of community where boys can be themselves and discuss challenges that they face daily is significant. What Knox Prep is willing to offer is an educational and personal growth opportunity that our community and young men have yet to experience.

I respectfully challenge our school board with thinking outside of the box when it comes to traditional education. In addition, I task you with working to address the issues that face our young males that ultimately hinders their well-being in

our city. As it is not only about what happens outside the four walls of the school, but also within them.

I proudly support the approval of Knoxville Preparatory Charter School as it is meant to serve young men in our district to ensure that they too have the opportunity to be inspired, empowered, educated, and successful men that will do great things in life.

Sincerely,

Tiffany Davidson

ACKERMANN MARKETING & PR
smart strategy, creative thinking

June 2, 2022

Knox County Charter Review Committee

I am writing in support of Knox Prep, the new, proposed 6th-12th grade school in Knox County. Our firm, Ackermann Marketing & PR, is excited to be working with the leadership of Knox Prep to communicate the benefits of this unique educational addition to our community. We endorse their mission and look forward to welcoming them to Knox County, as a unique, innovative model in terms of public education.

It is our hope that the review committee will fully support Knox Prep and its mission. Thank you!

Sincerely,

Cathy Ackermann

Cathy G. Ackermann
President and CEO
Ackermann Marketing & PR

Ackermann Marketing & PR
1111 Northshore Drive
Suite N-400
Knoxville, TN 37919

Phone. 865.584.0550
Fax. 865.588.3009
info@thinkackermann.com
www.thinkackermann.com

Strategic Planning | Public Relations
Product Marketing | Brand Identity
Digital Strategies | Advertising

# KNOXVILLE PREPARATORY SCHOOL

**Attachment L: Network Annual Report**

Attachment L

On October 20, 2022, the Chattanooga Prep governance board voted to approve Chattanooga Prep, Inc.'s name change to PREP Public Schools, Inc. PREP Public Schools has not yet created a network annual report.

# KNOXVILLE PREPARATORY SCHOOL

**Attachment M: Network Organizational Chart**

# PREP PUBLIC SCHOOLS NETWORK ORGANIZATIONAL CHART



# PREP PUBLIC SCHOOLS: NETWORK AND SCHOOL ORGANIZATIONAL CHART



KNOXVILLE
PREPARATORY
SCHOOL

**Attachment N: Planning and Budget Worksheet**

**Knoxville Prep**
**New Charter School Application Budget Template**
**Proposed School Information**

| | |
|---|---|
| Proposed School Name | Knoxville Prep |
| Lead Sponsor Name | Brad Scott |
| Lead Sponsor E-mail Address | Bradscott@chattanoogaprep.com |
| Lead Sponsor Phone Number | 423-760-2735 |
| CMO/EMO Affiliation | Prep Public Schools |
| Proposed Authorizer | Brad Scott |
| Proposed Opening Grade Level(s) | 6th |
| Proposed Final Grade Level(s) | 12th |
| Proposed First Year of Operations | 2024-25 |

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Anticipated Enrollment | 105 | 207 | 306 | 409 | 509 |

**Note: These cells auto-populate after completing Tab 2.**

# Knoxville Prep
## New Charter School Application Budget Template
## Student Assumptions

**Enrollment Assumptions**

| | Year 1 2024-25 | Year 2 2025-26 | Year 3 2026-27 | Year 4 2027-28 | Year 5 2028-29 |
|---|---|---|---|---|---|
| Pre-Kindergarten (Informational Only) | | | | | |
| Kindergarten | | | | | |
| 1st Grade | | | | | |
| 2nd Grade | | | | | |
| 3rd Grade | | | | | |
| 4th Grade | | | | | |
| 5th Grade | | | | | |
| 6th Grade | 105 | 105 | 105 | 105 | 105 |
| 7th Grade | | 102 | 102 | 102 | 102 |
| 8th Grade | | | 99 | 99 | 99 |
| 9th Grade | | | | 103 | 103 |
| 10th Grade | | | | | 100 |
| 11th Grade | | | | | |
| 12th Grade | | | | | |
| **Total Enrollment (excluding Pre-Kindergarten)** | **105** | **207** | **306** | **409** | **509** |
| **Change in Net Enrollment** | **105** | **102** | **99** | **103** | **100** |

**# of Classes By Grade**

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Pre-Kindergarten (Informational Only) | 0 | 0 | 0 | 0 | 0 |
| Kindergarten | | | | | |
| 1st Grade | | | | | |
| 2nd Grade | | | | | |
| 3rd Grade | | | | | |
| 4th Grade | | | | | |
| 5th Grade | | | | | |
| 6th Grade | 4 | 4 | 4 | 4 | 4 |
| 7th Grade | | 4 | 4 | 4 | 4 |
| 8th Grade | | | 4 | 4 | 4 |
| 9th Grade | | | | 4 | 4 |
| 10th Grade | | | | | 4 |
| 11th Grade | | | | | |
| 12th Grade | | | | | |
| **Total # of Classes** | **4** | **8** | **12** | **16** | **20** |

# Knoxville Prep
## New Charter School Application Budget Template
## Student Assumptions

| | | | | | |
|---|---|---|---|---|---|
| **Change in Net # of Classes** | 4 | 4 | 4 | 4 | 4 |

**Other Key Assumptions**
**Enter Estimated Percentages**

| | | | | | |
|---|---|---|---|---|---|
| SPED % | 15% | 15% | 15% | 15% | 15% |
| **SPED Count** | **16** | **31** | **46** | **61** | **76** |
| ELL % | 15% | 15% | 15% | 15% | 15% |
| **ELL Count** | **16** | **31** | **46** | **61** | **76** |
| Anticipated Paid % | 0% | 0% | 0% | 0% | 0% |
| Anticipated Reduced % | 0% | 0% | 0% | 0% | 0% |
| Anticipated Free % | 100% | 100% | 100% | 100% | 100% |
| **Anticipated Paid Count** | **0** | **0** | **0** | **0** | **0** |
| **Anticipated Reduced Count** | **0** | **0** | **0** | **0** | **0** |
| **Anticipated Free Count** | **105** | **207** | **306** | **409** | **509** |
| **Total Free and Reduced Count** | **105** | **207** | **306** | **409** | **509** |
| School Days | 0 | 0 | 0 | 0 | 0 |
| Attendance Rate | 0% | 0% | 0% | 0% | 0% |

# Knoxville Prep
## New Charter School Application Budget Template
## Pre-Opening Budget

### Revenue Assumptions

| | Rate/Assumption | Amount (Year 0, 2023-24) | Assumption Notes |
|---|---|---|---|
| **Federal Revenues** | | | |
| CSP Startup Grant | $400,000 | $200,000.00 | CSP |
| **Fundraising & Philanthropy** | | | Detail any private funding sources |
| Other | | | |
| Other | $95,000 | $250,000 | CSGF |
| Other | $45,000 | $45,000 | Local fundraising |
| Other | | $0 | |
| Other | | $0 | |
| **Total Revenues** | | 495,000 | |

### Compensation Assumptions

| | FTE Count | Year 0 2023-24 | Assumption Notes |
|---|---|---|---|
| **Administrative Staff** | | | |
| Principal/School Leader | 1.00 | $86,760 | |
| Assistant Principal | 1.00 | $70,000 | |
| Special Education Coordinator | 0.00 | $0 | |
| Deans, Directors | 0.00 | $0 | |
| Other (Specify in Assumptions) | 0.00 | $0 | |
| **Total Administrative Compensation** | 2.00 | 156,760 | |
| **Instructional Staff** | | | |
| Teachers | 0.00 | $0 | |
| Special Education Teachers | 0.00 | $0 | |
| Eduacational Assistants/Aides | 0.00 | $0 | |
| Elective Teachers | 0.00 | $0 | |
| Other (Specify in Assumptions) | 0.00 | $0 | |
| **Total Instructional Compensation** | 0.00 | - | |
| **Non-Instructional Staff** | | | |
| Clerical Staff | 1.00 | $26,000 | |
| Custodial Staff | 0.00 | $0 | |
| Operations | 1.00 | $48,702 | |
| Social Workers/Counseling | 0.00 | $0 | |
| Other (Specify in Assumptions) | 0.00 | $0 | |
| **Total Non-Instructional Compensation** | 2.00 | 74,702 | |
| Bonus | | 5,063 | Stipends, Bonuses, Supply Stipend |
| Other Non FTE Compensation | | - | |
| Other Non FTE Compensation | | - | |
| Other Non FTE Compensation | | - | |

**Knoxville Prep**
**New Charter School Application Budget Template**
**Pre-Opening Budget**

| | | |
|---|---|---|
| **Total FTE Count** | 4.00 | |
| **Total Compensation** | | 236,525 |

**Employer Benefits & Tax Assumptions**

| | Base Assumption | Year 0 2023-24 | Assumption Notes |
|---|---|---|---|
| Social Security | 6.20% | $14,665 | |
| Medicare | 1.45% | $3,430 | |
| State Unemployment | 0.73% | $1,727 | |
| Disability/Life Insurance | 0.33% | $781 | |
| Workers Compensation Insurance | 0.34% | $804 | |
| Other Fringe Benefits | 0.00% | $0 | |
| Medical Insurance | $7,229 | $28,916 | |
| Dental Insurance | $545 | $2,180 | |
| Vision Insurance | $0 | $0 | |
| Other Retirement | 9.00% | $21,287 | |
| **Total Employer Benefits & Taxes** | | 73,789 | |

**Operating Expenses**

| | | Year 0 2023-24 | Assumption Notes |
|---|---|---|---|
| **Contracted Services** | | | |
| Professional Development | $0 | $0 | |
| Financial Services | $8,000 | $8,000 | Financial Software one-time purchase and set up ($8k), |
| Audit Services | $12,000 | $12,000 | Annual audit expense |
| Legal Fees | $10,000 | $10,000 | |
| Copier Lease and Usage | $2,426 | $2,436 | Monthly copier lease based on similar school in area |
| Internet and Phone Service | $0 | $0 | One-time set up fee ($6k) Annual cost for phone service ($21 for 52 lines), Annual cost for internet service ($300 business plan) |
| Cell Phone Service | $0 | $600 | |
| Payroll Services | $0 | $0 | |
| Health Services | $0 | $0 | |
| Transportation | $0 | $0 | |
| IT Services | $6,362 | $6,362 | Annual cost for finace software, microsoft license, payroll software |
| Contracted SPED Services | $0 | $0 | |
| Insurance | $0 | $0 | |
| Postal Charges | $1,261 | $1,261 | Annual non-educational expense |
| Home Office Contribution | $40,000 | $40,000 | |
| Grant Writer | $48,888 | $48,888 | Grant writer ($4074x12 months) |
| **Supplies & Materials** | | | |
| Textbooks and Instructional Supplies | $0 | $0 | |
| Education Software | $0 | $0 | |
| Student Supplies | $0 | $0 | |
| Faculty Supplies | $3,000 | $3,000 | |
| Library Books | $0 | $0 | |
| Testing & Evaluation | $0 | $0 | |
| Student Laptops | $0 | $0 | |

## Knoxville Prep
## New Charter School Application Budget Template
## Pre-Opening Budget

| | | | |
|---|---|---|---|
| Faculty Laptops | $4,500 | $4,500 | |
| Office Supplies | $1,800 | $1,800 | |
| Printing Paper | $0 | $0 | |
| Marketing Materials | $12,320 | $12,320 | Website development cost and annual cost for website and email domains ($12,000/$320) |
| Student Uniforms | $0 | $0 | |
| Gifts & Awards - Students | $0 | $0 | |
| Gifts & Awards - Teachers and Staff | $0 | $0 | |
| Health Supplies | $0 | $0 | |
| **Facility Related Expenses** | | | |
| Rent | $10,000 | $10,000 | |
| Utilities | $0 | $0 | |
| Custodial | $0 | $0 | |
| Waste | $0 | $0 | |
| Faculty Furniture | $0 | $0 | |
| Student Furniture | $0 | $0 | |
| Internet/Network Equipment | $3,600 | $3,600 | |
| Other Equipment | $2,436 | $2,436 | Copier annual |
| Building Decorum | $0 | $0 | |
| Tenant Improvements | $0 | $0 | |
| Fire & Security Monitoring | $0 | $0 | |
| Pest Control | $0 | $0 | |
| Other | $0 | $0 | |
| Other | $0 | $0 | |
| Other | $0 | $0 | |
| **Other Charges** | | | |
| Staff Recruitment | $3,000 | $3,000 | |
| Student Recruitment & Community Engagement | $3,000 | $3,000 | Annual recruiting cost |
| Parent & Staff Meetings | $3,000 | $3,000 | |
| Authorizer Fee | $3,500 | $3,500 | |
| Travel-employee | $900 | $900 | Per trip ($450) travel expense |
| **Debt Service** | | | |
| Other | $0 | $0 | |
| Other | $0 | $0 | |
| Other | $0 | $0 | |
| Other | $0 | $0 | |
| Other | $0 | $0 | |
| **Total Operating Expenses** | | 180,603 | |
| **Total Expenses** | | 490,917 | |

Knoxville Prep
New Charter School Application Budget Template
Pre-Opening Cash Flow

## Cash Flow Summary

| | Year 0 2023-24 Total Budget | Year 0 2023-24 July | Year 0 2023-24 August | Year 0 2023-24 September | Year 0 2023-24 October | Year 0 2023-24 November | Year 0 2023-24 December | Year 0 2023-24 January | Year 0 2023-24 February | Year 0 2023-24 March | Year 0 2023-24 April | Year 0 2023-24 May | Year 0 2023-24 June | Year 0 2023-24 Total | Year 0 2023-24 AR/AP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash** | 495,000 | 495,000 | 460,315 | 425,631 | 390,946 | 356,262 | 321,577 | 286,893 | 239,758 | 192,623 | 145,488 | 98,353 | 51,218 | | |
| **Revenues** | | | | | | | | | | | | | | | |
| Federal Revenues | | | - | - | - | - | - | - | - | - | - | - | - | 200,000 | - |
| Fundraising & Philanthropy | | | - | - | - | - | - | - | - | - | - | - | - | 295,000 | - |
| **Total Revenues** | 495,000 | - | - | - | - | - | - | - | - | - | - | - | - | 495,000 | - |
| **Expenses** | | | | | | | | | | | | | | | |
| Staffing | 236,525 | 13,485 | 13,485 | 13,485 | 13,485 | 13,485 | 13,485 | 25,936 | 25,936 | 25,936 | 25,936 | 25,936 | 25,936 | 236,525 | - |
| Employer Benefits & Taxes | 73,789 | 6,149 | 6,149 | 6,149 | 6,149 | 6,149 | 6,149 | 6,149 | 6,149 | 6,149 | 6,149 | 6,149 | 6,149 | 73,789 | - |
| Contracted Services | 129,547 | 10,796 | 10,796 | 10,796 | 10,796 | 10,796 | 10,796 | 10,796 | 10,796 | 10,796 | 10,796 | 10,796 | 10,796 | 129,547 | - |
| Supplies & Materials | 21,620 | 1,802 | 1,802 | 1,802 | 1,802 | 1,802 | 1,802 | 1,802 | 1,802 | 1,802 | 1,802 | 1,802 | 1,802 | 21,620 | - |
| Facility-Related Expenses | 16,036 | 1,336 | 1,336 | 1,336 | 1,336 | 1,336 | 1,336 | 1,336 | 1,336 | 1,336 | 1,336 | 1,336 | 1,336 | 16,036 | - |
| Other Charges | 13,400 | 1,117 | 1,117 | 1,117 | 1,117 | 1,117 | 1,117 | 1,117 | 1,117 | 1,117 | 1,117 | 1,117 | 1,117 | 13,400 | - |
| Debt Service | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Expenses** | 490,917 | 34,685 | 34,685 | 34,685 | 34,685 | 34,685 | 34,685 | 47,135 | 47,135 | 47,135 | 47,135 | 47,135 | 47,135 | 490,917 | - |
| Operating Income (Loss) | 4,083 | (34,685) | (34,685) | (34,685) | (34,685) | (34,685) | (34,685) | (47,135) | (47,135) | (47,135) | (47,135) | (47,135) | (47,135) | 4,083 | - |
| Changes in Accounts Receivable | | | - | - | - | - | - | - | - | - | - | - | - | | |
| Changes in Accounts Payable | | - | - | - | - | - | - | - | - | - | - | - | - | | |
| Line of Credit Proceeds | | - | - | - | - | - | - | - | - | - | - | - | - | | |
| Line of Credit Repayments | | - | - | - | - | - | - | - | - | - | - | - | - | | |
| Other Balance Sheet Activity | | - | - | - | - | - | - | - | - | - | - | - | - | | |
| **Ending Cash** | | 460,315 | 425,631 | 390,946 | 356,262 | 321,577 | 286,893 | 239,758 | 192,623 | 145,488 | 98,353 | 51,218 | 4,083 | | |

## Details of Cash Flow

| | Year 0 2023-24 Total Budget | Year 0 2023-24 July | Year 0 2023-24 August | Year 0 2023-24 September | Year 0 2023-24 October | Year 0 2023-24 November | Year 0 2023-24 December | Year 0 2023-24 January | Year 0 2023-24 February | Year 0 2023-24 March | Year 0 2023-24 April | Year 0 2023-24 May | Year 0 2023-24 June | Year 0 2023-24 Total | Year 0 2023-24 AR/AP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | **Revenues** | | | | | | | | | | | | | | |
| **Federal Revenues** | | | | | | | | | | | | | | | |
| CSP Startup Grant | 200,000 | 200,000 | - | - | - | - | - | - | - | - | - | - | - | 200,000 | - |
| **Fundraising & Philanthropy** | | | | | | | | | | | | | | | |
| Other | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Other | 250,000 | $250,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 250,000 | - |
| Other | 45,000 | $45,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 45,000 | - |
| Other | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Other | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| **Total Revenues** | 495,000 | 495,000 | - | - | - | - | - | - | - | - | - | - | - | 495,000 | - |

## Compensation

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year 0 | Year 0 | Year 0 | Year 0 | Year 0 | Year 0 | Year 0 | Year 0 | Year 0 | Year 0 | Year 0 | Year 0 | Year 0 | Year 0 | Year 0 |

Knoxville Prep
New Charter School Application Budget Template
Pre-Opening Cash Flow

| | 2023-24 Total Budget | 2023-24 July | 2023-24 August | 2023-24 September | 2023-24 October | 2023-24 November | 2023-24 December | 2023-24 January | 2023-24 February | 2023-24 March | 2023-24 April | 2023-24 May | 2023-24 June | 2023-24 Total | 2023-24 AR/AP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Compensation** | | | | | | | | | | | | | | | |
| Principal/School Leader | 86,760 | $7,230 | $7,230 | $7,230 | $7,230 | $7,230 | $7,230 | $7,230 | $7,230 | $7,230 | $7,230 | $7,230 | $7,230 | 86,760 | - |
| Assistant Principal | 70,000 | $5,833 | $5,833 | $5,833 | $5,833 | $5,833 | $5,833 | $5,833 | $5,833 | $5,833 | $5,833 | $5,833 | $5,833 | 70,000 | - |
| Special Education Coordinator | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Deans, Directors | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Other (Specify in Assumptions) | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| **Total Administrative Compensation** | 156,760 | 13,063 | 13,063 | 13,063 | 13,063 | 13,063 | 13,063 | 13,063 | 13,063 | 13,063 | 13,063 | 13,063 | 13,063 | 156,760 | - |
| **Instructional Staff** | | | | | | | | | | | | | | | |
| Teachers | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Special Education Teachers | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Eduacational Assistants/Aides | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Elective Teachers | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Other (Specify in Assumptions) | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Total Instructional Compensation | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Non-Instructional Staff** | | | | | | | | | | | | | | | |
| Clerical Staff | 26,000 | $0 | $0 | $0 | $0 | $0 | $0 | $4,333 | $4,333 | $4,333 | $4,333 | $4,333 | $4,333 | 26,000 | - |
| Custodial Staff | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Operations | 48,702 | $0 | $0 | $0 | $0 | $0 | $0 | $8,117 | $8,117 | $8,117 | $8,117 | $8,117 | $8,117 | 48,702 | - |
| Social Workers/Counseling | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Other (Specify in Assumptions) | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| **Total Non-Instructional Compensation** | 74,702 | - | - | - | - | - | - | 12,450 | 12,450 | 12,450 | 12,450 | 12,450 | 12,450 | 74,702 | - |
| Bonus | 5,063 | $422 | $422 | $422 | $422 | $422 | $422 | $422 | $422 | $422 | $422 | $422 | $422 | 5,063 | - |
| Other Non FTE Compensation | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Other Non FTE Compensation | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Other Non FTE Compensation | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| **Total Compensation** | 236,525 | 13,485 | 13,485 | 13,485 | 13,485 | 13,485 | 13,485 | 25,936 | 25,936 | 25,936 | 25,936 | 25,936 | 25,936 | 236,525 | - |

**Employer Benefits & Taxes**

| | Year 0 2023-24 Total Budget | Year 0 2023-24 July | Year 0 2023-24 August | Year 0 2023-24 September | Year 0 2023-24 October | Year 0 2023-24 November | Year 0 2023-24 December | Year 0 2023-24 January | Year 0 2023-24 February | Year 0 2023-24 March | Year 0 2023-24 April | Year 0 2023-24 May | Year 0 2023-24 June | Year 0 2023-24 Total | Year 0 2023-24 AR/AP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Social Security | 14,665 | $1,222 | $1,222 | $1,222 | $1,222 | $1,222 | $1,222 | $1,222 | $1,222 | $1,222 | $1,222 | $1,222 | $1,222 | 14,665 | - |
| Medicare | 3,430 | $286 | $286 | $286 | $286 | $286 | $286 | $286 | $286 | $286 | $286 | $286 | $286 | 3,430 | - |
| State Unemployment | 1,727 | $144 | $144 | $144 | $144 | $144 | $144 | $144 | $144 | $144 | $144 | $144 | $144 | 1,727 | - |
| Disability/Life Insurance | 781 | $65 | $65 | $65 | $65 | $65 | $65 | $65 | $65 | $65 | $65 | $65 | $65 | 781 | - |
| Workers Compensation Insurance | 804 | $67 | $67 | $67 | $67 | $67 | $67 | $67 | $67 | $67 | $67 | $67 | $67 | 804 | - |
| Other Fringe Benefits | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Medical Insurance | 28,916 | $2,410 | $2,410 | $2,410 | $2,410 | $2,410 | $2,410 | $2,410 | $2,410 | $2,410 | $2,410 | $2,410 | $2,410 | 28,916 | - |
| Dental Insurance | 2,180 | $182 | $182 | $182 | $182 | $182 | $182 | $182 | $182 | $182 | $182 | $182 | $182 | 2,180 | - |
| Vision Insurance | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Other Retirement | 21,287 | $1,774 | $1,774 | $1,774 | $1,774 | $1,774 | $1,774 | $1,774 | $1,774 | $1,774 | $1,774 | $1,774 | $1,774 | 21,287 | - |
| **Total Employer Benefits & Taxes** | 73,789 | 6,149 | 6,149 | 6,149 | 6,149 | 6,149 | 6,149 | 6,149 | 6,149 | 6,149 | 6,149 | 6,149 | 6,149 | 73,789 | - |

**Operating Expenses**

| Year 0 2023-24 Total Budget | Year 0 2023-24 July | Year 0 2023-24 August | Year 0 2023-24 September | Year 0 2023-24 October | Year 0 2023-24 November | Year 0 2023-24 December | Year 0 2023-24 January | Year 0 2023-24 February | Year 0 2023-24 March | Year 0 2023-24 April | Year 0 2023-24 May | Year 0 2023-24 June | Year 0 2023-24 Total | Year 0 2023-24 AR/AP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

App.0967

Knoxville Prep
New Charter School Application Budget Template
Pre-Opening Cash Flow

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Contracted Services** | | | | | | | | | | | | | | |
| Professional Development | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Financial Services | 8,000 | $667 | $667 | $667 | $667 | $667 | $667 | $667 | $667 | $667 | $667 | $667 | $667 | 8,000 | - |
| Audit Services | 12,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | 12,000 | - |
| Legal Fees | 10,000 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | 10,000 | - |
| Copier Lease and Usage | 2,436 | $203 | $203 | $203 | $203 | $203 | $203 | $203 | $203 | $203 | $203 | $203 | $203 | 2,436 | - |
| Internet and Phone Service | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Cell Phone Service | 600 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | 600 | - |
| Payroll Services | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Health Services | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Transportation | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| IT Services | 6,362 | $530 | $530 | $530 | $530 | $530 | $530 | $530 | $530 | $530 | $530 | $530 | $530 | 6,362 | - |
| Contracted SPED Services | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Insurance | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Postal Charges | 1,261 | $105 | $105 | $105 | $105 | $105 | $105 | $105 | $105 | $105 | $105 | $105 | $105 | 1,261 | - |
| Home Office Contribution | 40,000 | $3,333 | $3,333 | $3,333 | $3,333 | $3,333 | $3,333 | $3,333 | $3,333 | $3,333 | $3,333 | $3,333 | $3,333 | 40,000 | |
| Grant Writer | 48,888 | $4,074 | $4,074 | $4,074 | $4,074 | $4,074 | $4,074 | $4,074 | $4,074 | $4,074 | $4,074 | $4,074 | $4,074 | 48,888 | - |
| **Supplies & Materials** | | | | | | | | | | | | | | |
| Textbooks and Instructional Supplies | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Education Software | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Student Supplies | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Faculty Supplies | 3,000 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | 3,000 | - |
| Library Books | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Testing & Evaluation | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Student Laptops | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Faculty Laptops | 4,500 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | 4,500 | - |
| Office Supplies | 1,800 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | 1,800 | - |
| Printing Paper | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Marketing Materials | 12,320 | $1,027 | $1,027 | $1,027 | $1,027 | $1,027 | $1,027 | $1,027 | $1,027 | $1,027 | $1,027 | $1,027 | $1,027 | 12,320 | - |
| Student Uniforms | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Gifts & Awards - Students | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Gifts & Awards - Teachers and Staff | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Health Supplies | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| **Facility Related Expenses** | | | | | | | | | | | | | | |
| Rent | 10,000 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | 10,000 | - |
| Utilities | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Custodial | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Waste | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Faculty Furniture | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Student Furniture | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Internet/Network Equipment | 3,600 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | 3,600 | - |
| Other Equipment | 2,436 | $203 | $203 | $203 | $203 | $203 | $203 | $203 | $203 | $203 | $203 | $203 | $203 | 2,436 | - |
| Building Decorum | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Tenant Improvements | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Fire & Security Monitoring | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Pest Control | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Other | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Other | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Other | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| **Other Charges** | | | | | | | | | | | | | | |
| Staff Recruitment | 3,000 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | 5250 | $250 | 3,000 | - |
| Student Recruitment & Community Engagement | 3,000 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | 3,000 | - |
| Parent & Staff Meetings | 3,000 | $250 | $250 | $250 | $250 | $250 | $250 | 5250 | $250 | $250 | $250 | $250 | $250 | 3,000 | - |
| Authorizer Fee | 3,500 | $292 | $292 | $292 | $292 | $292 | $292 | $292 | $292 | $292 | $292 | $292 | $292 | 3,500 | - |
| Travel-employee | 900 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | 900 | - |
| **Debt Service** | | | | | | | | | | | | | | |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |



App.0968

KCBOE10187

Knoxville Prep
New Charter School Application Budget Template
Pre-Opening Cash Flow

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Expenses** | 180,603 | 15,050 | 15,050 | 15,050 | 15,050 | 15,050 | 15,050 | 15,050 | 15,050 | 15,050 | 15,050 | 15,050 | 15,050 | 180,603 | - |
| **Total Expenses** | 490,917 | 34,685 | 34,685 | 34,685 | 34,685 | 34,685 | 34,685 | 47,135 | 47,135 | 47,135 | 47,135 | 47,135 | 47,135 | 490,917 | - |


App.0969
KCBOE10188

Knoxville Prep
New Charter School Application Budget Template
Year 1-5 Staff Assumptions

## FTE Assumptions

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Fiscal Year | 2024-25 | 2025-26 | 2026-27 | 2027-28 | 2028-29 |
| Enrollment | 105 | 207 | 306 | 409 | 509 |
| # of Classes | 4 | 8 | 12 | 16 | 20 |
| **Administrative Staff** | | | | | |
| Principal/School Leader | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| Assistant Principal | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| Special Education Coordinator | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Deans, Directors | 0.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| Counselor | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 |
| **Total Administrative FTE** | **2.00** | **3.00** | **4.00** | **4.00** | **4.00** |
| **Instructional Staff** | | | | | |
| Teachers | 8.00 | 12.00 | 16.00 | 21.00 | 24.00 |
| Special Education Teachers | 1.00 | 1.00 | 2.00 | 2.00 | 2.00 |
| Educational Assistants/Aides | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PE Teacher | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| Art Teacher | 0.00 | 0.00 | 1.00 | 1.00 | 1.00 |
| **Total Instructional FTE** | **10.00** | **14.00** | **20.00** | **25.00** | **28.00** |
| **Non-Instructional Staff** | | | | | |
| Clerical Staff | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 |
| Custodial Staff | 1.00 | 1.00 | 2.00 | 2.00 | 2.00 |
| Operations | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 |
| Social Workers/Counseling | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| Attendance Manager | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| **Total Non-Instructional FTE** | **11.00** | **11.00** | **12.00** | **12.00** | **12.00** |
| **Total FTE** | **23.00** | **28.00** | **36.00** | **41.00** | **44.00** |

## Compensation Assumptions

| | Base Assumption | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| | | 2024-25 | 2025-26 | 2026-27 | 2027-28 | 2028-29 |
| | Annual Increase | 0.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| | Cumultative Increase | 100.00% | 103.00% | 106.09% | 109.27% | 112.55% |
| **Administrative Staff** | **Base Assumption** | | | | | |
| Principal/School Leader | $86,760 | 86,760 | 89,363 | 92,044 | 94,805 | 97,649 |
| Assistant Principal | $70,000 | 70,000 | 72,100 | 74,263 | 76,491 | 78,786 |
| Special Education Coordinator | $0 | - | - | - | - | - |
| Deans, Directors | $45,000 | 45,000 | 46,350 | 47,741 | 49,173 | 50,648 |
| Counselor | $42,000 | - | - | 44,558 | 45,895 | 47,271 |
| **Total Administrative Compensation** | | **201,760** | **207,813** | **258,605** | **266,363** | **274,354** |
| **Instructional Staff** | | | | | | |
| Teachers | $42,000 | 336,000 | 519,120 | 712,925 | 963,785 | 1,134,513 |
| Special Education Teachers | $42,000 | 42,000 | 43,260 | 89,116 | 91,789 | 94,543 |
| Educational Assistants/Aides | $0 | - | - | - | - | - |
| PE Teacher | $42,000 | 42,000 | 43,260 | 44,558 | 45,895 | 47,271 |
| Art Teacher | $42,000 | - | - | 44,558 | 45,895 | 47,271 |
| **Total Instructional Compensation** | | **420,000** | **605,640** | **891,156** | **1,147,363** | **1,323,598** |
| **Non-Instructional Staff** | | | | | | |
| Clerical Staff | $26,000 | 78,000 | 80,340 | 82,750 | 85,233 | 87,790 |
| Custodial Staff | $22,800 | 22,800 | 23,484 | 48,377 | 49,828 | 51,323 |
| Operations | $48,702 | 243,510 | 250,815 | 258,340 | 266,090 | 274,073 |
| Social Workers/Counseling | $37,372 | 37,372 | 38,493 | 39,648 | 40,837 | 42,063 |
| Attendance Manager | $26,000 | 26,000 | 26,780 | 27,583 | 28,411 | 29,263 |

# Knoxville Prep
## New Charter School Application Budget Template
### Year 1-5 Staff Assumptions

| | | | | | |
|---|---|---|---|---|---|
| **Total Non-Instructional Compensation** | **407,682** | **419,912** | **456,698** | **470,399** | **484,511** |
| Extended School Program | 25,000 | 28,000 | 39,600 | 56,000 | 60,000 |
| Academic Stipends | | | 6,242 | 6,367 | 8,118 |
| Academic Coaches | 39,270 | 39,270 | 39,270 | 39,270 | 39,270 |
| Part-Time Academic | 3,100 | 3,100 | 3,100 | 9,000 | 9,500 |
| **Total Compensation** | **1,096,812** | **1,303,735** | **1,694,671** | **1,994,763** | **2,199,352** |

**Employer Benefits & Tax Assumptions**

| | Base Assumption | Year 1 2024-25 | Year 2 2025-26 | Year 3 2026-27 | Year 4 2027-28 | Year 5 2028-29 |
|---|---|---|---|---|---|---|
| Social Security | 6.20% | $68,002 | $80,832 | $105,070 | $123,675 | $136,360 |
| Medicare | 1.45% | $15,904 | $18,904 | $24,573 | $28,924 | $31,891 |
| State Unemployment | $400 per employee | $9,200 | $11,200 | $14,400 | $16,400 | $17,600 |
| Disability/Life Insurance | 0.33% | $3,619 | $4,302 | $5,592 | $6,583 | $7,258 |
| Workers Compensation Insurance | 0.34% | $3,729 | $4,433 | $5,762 | $6,782 | $7,478 |
| Other Fringe Benefits | 0.00% | $0 | $0 | $0 | $0 | $0 |
| | **Health Insurance Annual Increase** | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| | Cumltative Increase | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% |
| Medical Insurance | $7,229 | $166,267 | $202,412 | $260,244 | $296,389 | $318,076 |
| Dental Insurance | $545 | $12,535 | $15,260 | $19,620 | $22,345 | $23,980 |
| Vision Insurance | $0 | $0 | $0 | $0 | $0 | $0 |
| TCRS Certified Legacy | 0.00% | $0 | $0 | $0 | $0 | $0 |
| TCRS Certified Hybrid | 9.00% | $98,713 | $117,336 | $152,520 | $179,529 | $197,942 |
| TCRS Classified Legacy | 0.00% | $0 | $0 | $0 | $0 | $0 |
| TCRS Classified Hybrid | 0.00% | $0 | $0 | $0 | $0 | $0 |
| Other Classified Retirement | 0.00% | $0 | $0 | $0 | $0 | $0 |
| Other Retirement | 0.00% | $0 | $0 | $0 | $0 | $0 |

## Knoxville Prep
## New Charter School Application Budget Template
## Year 1 Budget

### Revenue Assumptions

| | Rate/Assumption | Year 1 2024-25 | Assumption Notes |
|---|---|---|---|
| **Annual Revenue Increase** | | 0.00% | |
| Cumultative Increase | | 100.00% | |
| Enrollment | | 105.00 | Enrollment row added to multiply per pupil rates by enrollment to arrive at total revenues |
| **State Revenues** | | | |
| TISA Base Rate | $6,860 | $720,300 | |
| TISA Weights | $1,822 | $191,359 | Per Pupil Weights are in the TISA tracker |
| TISA Direct | $500 | $52,500 | Per Pupil Direct Funding assumptions are in the TISA tracker |
| Other: 21 Century | | $85,000 | |
| Other: BEP | | $142,800 | $11,900 per month |
| **Federal Revenues** | | $0 | |
| Title I | $234 | $24,525 | |
| Title II | $0 | $2,673 | |
| Title III | $0 | $0 | |
| NSLP | $0 | $0 | |
| E-Rate | $0 | $0 | |
| CSP Startup Grant | $0 | $200,000 | Second Year of CSP funding - $200K in Start-up, $200 K this year. |
| Other: IDEA | $0 | $24,759 | |
| Other: USDA School Breakfast & Lunch | $836 | $90,000 | Based on USDA reimbursement rates |
| **School Activity Revenues** | | | |
| Other | $0 | $0 | |
| Other | $0 | $0 | |
| Other | $0 | $0 | |
| Other | $0 | $0 | |
| Other | $0 | $0 | |
| **Fundraising & Philanthropy** | | | |
| Other | | $0 | |
| Other | $600,000 | $620,000 | CSGF |
| Other | $1,050,000 | $650,000 | Other local Knoxville Fundraising |
| Other | $0 | $0 | |
| Other | $0 | $0 | |
| **Total Revenues** | | 2,803,915 | |

### Compensation

| | FTE Count | Year 1 2024-25 | Assumption Notes |
|---|---|---|---|
| **Administrative Staff** | | | |
| Principal/School Leader | 1.00 | 86,760 | |

# Knoxville Prep
## New Charter School Application Budget Template
### Year 1 Budget

| | FTE | Amount | Notes |
|---|---|---|---|
| Assistant Principal | 1.00 | 70,000 | |
| Special Education Coordinator | 0.00 | - | |
| Deans, Directors | 0.00 | 45,000 | |
| Other (Specify in Assumptions) | 0.00 | - | |
| **Total Administrative Compensation** | **2.00** | 201,760 | |
| | | | |
| **Instructional Staff** | | | |
| Teachers | 8.00 | 336,000 | |
| Special Education Teachers | 1.00 | 42,000 | |
| Eduacational Assistants/Aides | 0.00 | - | |
| PE Teacher | 1.00 | 42,000 | |
| Other (Specify in Assumptions) | 0.00 | - | |
| **Total Instructional Compensation** | **10.00** | 420,000 | |
| | | | |
| **Non-Instructional Staff** | | | |
| Clerical Staff | 3.00 | 78,000 | |
| Custodial Staff | 1.00 | 22,800 | |
| Operations | 5.00 | 243,510 | |
| Social Workers/Counseling | 1.00 | 37,372 | |
| Attendance Manager | 1.00 | 26,000 | |
| **Total Non-Instructional Compensation** | **11.00** | 407,682 | |
| | | | |
| Extended School Program | | 25,000 | |
| Other Compensation | | - | |
| Academic Coaches | | 39,270 | |
| Part-time Academic | | 3,100 | |
| | | | |
| **Total Compensation** | | **1,096,812** | |

**Employer Benefits & Taxes**

| | Year 1<br>2024-25 | Assumption Notes |
|---|---|---|
| Social Security | 68,002 | |
| Medicare | 15,904 | |
| State Unemployment | 9,200 | |
| Disability/Life Insurance | 3,619 | |
| Workers Compensation Insurance | 3,729 | |
| Other Fringe Benefits | - | |
| Medical Insurance | 166,267 | |
| Dental Insurance | 12,535 | |
| Vision Insurance | - | |
| TCRS Certified Legacy | - | |
| TCRS Certified Hybrid | 98,713 | |
| TCRS Classified Legacy | - | |
| TCRS Classified Hybrid | - | |
| Other Classified Retirement | - | |
| Other Retirement | - | |
| | | |
| **Total Employer Benefits & Taxes** | **377,970** | |

# Knoxville Prep
## New Charter School Application Budget Template
## Year 1 Budget

**Operating Expenses**

| | | Year 1 2024-25 | Assumption Notes |
|---|---|---|---|
| **Contracted Services** | | | |
| Professional Development | $100,000 | $100,000 | Teacher Professional Developemnt, Cirriculum Development & Academic Coaching (Lavinia) |
| Financial Services | $48,000.00 | $48,000 | CFO To Go - payroll, bill pay, tax preparation, finance |
| Audit Services | $12,000 | $12,000 | Annual audit expense |
| Legal Fees | $5,000 | $5,000 | |
| Copier Lease and Usage | $2,436 | $2,436 | Monthly copier lease based on similar school in area |
| Internet and Phone Service | $22,704 | $22,704 | One-time set up fee ($6k) Annual cost for phone service ($21 for 52 lines), Annual cost for internet service ($300 business plan) |
| Cell Phone Service | $600 | $600 | |
| Payroll Services | $0 | $0 | |
| Health Services | $0 | $0 | |
| Transportation | $102,999 | $102,999 | 2 buses @$286 per bus per day, less holidays |
| IT Services | $6,362 | $6,362 | Annual cost for finace software, microsoft license, payroll software |
| Contracted SPED Services | $0 | $0 | |
| Insurance | $19,623 | $19,623 | |
| Postal Charges | $3,320 | $3,320 | |
| Grant Writer | $48,888 | $48,888 | Grant writer ($4074x12 months) Sky Strategies |
| **Supplies & Materials** | | | |
| Textbooks and Instructional Supplies | $21,000 | $21,000 | $200 per student |
| Education Software | $37,702 | $37,702 | Dues, Licenses & Fees |
| Student Supplies | $36,833 | $36,833 | |
| Faculty Supplies | $15,000 | $15,000 | |
| Library Books | $15,000 | $15,000 | |
| Testing & Evaluation | $5,000 | $5,000 | |
| Student Laptops | $31,500 | $31,500 | $300/Chrombook per student |
| Faculty Laptops | $31,500 | $31,500 | $1500/Macbook per Faculty |
| Office Supplies | $19,200 | $19,200 | Materials & supplies |
| Printing Paper | $0 | $0 | |
| Marketing Materials | $19,770 | $19,770 | Website maintenance, annual cost for website and email domains, printing, advertising & communications |
| Student Uniforms | $6,500 | $6,500 | $62/per student |
| Gifts & Awards - Students | $0 | $0 | |
| Gifts & Awards - Teachers and Staff | $0 | $0 | |
| Health Supplies | $500 | $500 | |
| **Facility Related Expenses** | | | |
| Rent | $85,000 | $85,000 | Rent plus Security Deposit |
| Utilities | $10,000 | $10,000 | Annual per sq ft cost (1.39) gas, water, sewer and electric |
| Custodial | $10,000 | $10,000 | |
| Waste | $2,800 | $2,800 | Annual cost for trash collection |
| Faculty Furniture | $35,000 | $35,000 | |
| Student Furniture | $0 | $0 | Included in Faculty furniture |
| Internet/Network Equipment | $20,000 | $20,000 | |
| Other Equipment | $45,000 | $45,000 | |
| Building Decorum | $10,000 | $10,000 | |
| Tenant Improvements | $48,000 | $48,000 | Maintenance/Repairs |
| Fire & Security Monitoring | $1,608 | $1,608 | Fire alarm and security monitoring ($134/month) |
| Pest Control | $3,655 | $3,655 | Cost per sq ft (.85) |
| Food and Food Services | $0 | $80,000 | |

**Knoxville Prep**
**New Charter School Application Budget Template**
**Year 1 Budget**

| | | | |
|---|---|---|---|
| Other | $0 | $0 | |
| **Other Charges** | | | |
| Staff Recruitment | $5,000 | $5,000 | |
| Student Recruitment & Community Engagement | $15,000 | $15,000 | Annual recruiting cost |
| Parent & Staff Meetings | $3,000 | $3,000 | |
| Authorizer Fee | $35,000 | $35,000 | |
| Home Office Contributions | $250,704 | $250,704 | |
| Travel-employee | $6,400 | $6,400 | |
| **Debt Service** | | | |
| Other | $0 | $0 | |
| Other | $0 | $0 | |
| Other | $0 | $0 | |
| Other | $0 | $0 | |
| Other | $0 | $0 | |
| **Total Operating Expenses** | | **1,277,604** | |
| **Total Expenses** | | **2,752,386** | |

Knoxville Prep
New Charter School Application Budget Template
Year 1 Cash Flow

| Revenue | Expense | Surplus |
|---|---|---|
| 2,803,915 | 2,752,386 | 51,530 |

## Cash Flow Summary

| | Year 1 2024-25 Total Budget | Year 1 2024-25 July | Year 1 2024-25 August | Year 1 2024-25 September | Year 1 2024-25 October | Year 1 2024-25 November | Year 1 2024-25 December | Year 1 2024-25 January | Year 1 2024-25 February | Year 1 2024-25 March | Year 1 2024-25 April | Year 1 2024-25 May | Year 1 2024-25 June | Year 1 2024-25 Total | Year 1 2024-25 AR/AP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash** | **4,083** | **4,083** | **8,377** | **12,671** | **16,966** | **21,260** | **25,554** | **29,848** | **34,142** | **38,436** | **42,730** | **47,025** | **51,319** | | |
| **Revenues** | | | | | | | | | | | | | | | |
| State Revenues | 1,191,959 | 99,330 | 99,330 | 99,330 | 99,330 | 99,330 | 99,330 | 99,330 | 99,330 | 99,330 | 99,330 | 99,330 | 99,330 | 1,191,959 | - |
| Federal Revenues | 341,957 | 28,496 | 28,496 | 28,496 | 28,496 | 28,496 | 28,496 | 28,496 | 28,496 | 28,496 | 28,496 | 28,496 | 28,496 | 341,957 | - |
| School Activity Revenues | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fundraising & Philanthropy | 1,270,000 | 105,833 | 105,833 | 105,833 | 105,833 | 105,833 | 105,833 | 105,833 | 105,833 | 105,833 | 105,833 | 105,833 | 105,833 | 1,270,000 | - |
| **Total Revenues** | 2,803,915 | 233,660 | 233,660 | 233,660 | 233,660 | 233,660 | 233,660 | 233,660 | 233,660 | 233,660 | 233,660 | 233,660 | 233,660 | 2,803,915 | - |
| **Expenses** | | | | | | | | | | | | | | | |
| Staffing | 1,096,812 | 91,401 | 91,401 | 91,401 | 91,401 | 91,401 | 91,401 | 91,401 | 91,401 | 91,401 | 91,401 | 91,401 | 91,401 | 1,096,812 | - |
| Employer Benefits & Taxes | 377,970 | 31,497 | 31,497 | 31,497 | 31,497 | 31,497 | 31,497 | 31,497 | 31,497 | 31,497 | 31,497 | 31,497 | 31,497 | 377,970 | - |
| Contracted Services | 371,932 | 30,994 | 30,994 | 30,994 | 30,994 | 30,994 | 30,994 | 30,994 | 30,994 | 30,994 | 30,994 | 30,994 | 30,994 | 371,932 | - |
| Supplies & Materials | 239,505 | 19,959 | 19,959 | 19,959 | 19,959 | 19,959 | 19,959 | 19,959 | 19,959 | 19,959 | 19,959 | 19,959 | 19,959 | 239,505 | - |
| Facility-Related Expenses | 351,063 | 29,255 | 29,255 | 29,255 | 29,255 | 29,255 | 29,255 | 29,255 | 29,255 | 29,255 | 29,255 | 29,255 | 29,255 | 351,063 | - |
| Other Charges | 315,104 | 26,259 | 26,259 | 26,259 | 26,259 | 26,259 | 26,259 | 26,259 | 26,259 | 26,259 | 26,259 | 26,259 | 26,259 | 315,104 | - |
| Debt Service | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Expenses** | 2,752,386 | 229,365 | 229,365 | 229,365 | 229,365 | 229,365 | 229,365 | 229,365 | 229,365 | 229,365 | 229,365 | 229,365 | 229,365 | 2,752,386 | - |
| Operating Income (Loss) | 51,530 | 4,294 | 4,294 | 4,294 | 4,294 | 4,294 | 4,294 | 4,294 | 4,294 | 4,294 | 4,294 | 4,294 | 4,294 | 51,530 | - |
| Changes in Accounts Receivable | | - | - | - | - | - | - | - | - | - | - | - | - | | |
| Changes in Accounts Payable | | - | - | - | - | - | - | - | - | - | - | - | - | | |
| Line of Credit Proceeds | | - | - | - | - | - | - | - | - | - | - | - | - | | |
| Line of Credit Repayments | | - | - | - | - | - | - | - | - | - | - | - | - | | |
| Other Balance Sheet Activity | | - | - | - | - | - | - | - | - | - | - | - | - | | |
| Ending Cash | | 8,377 | 12,671 | 16,966 | 21,260 | 25,554 | 29,848 | 34,142 | 38,436 | 42,730 | 47,025 | 51,319 | 55,613 | | |

## Details of Cash Flow

| | Year 1 2024-25 Total Budget | Year 1 2024-25 July | Year 1 2024-25 August | Year 1 2024-25 September | Year 1 2024-25 October | Year 1 2024-25 November | Year 1 2024-25 December | Year 1 2024-25 January | Year 1 2024-25 February | Year 1 2024-25 March | Year 1 2024-25 April | Year 1 2024-25 May | Year 1 2024-25 June | Year 1 2024-25 Total | Year 1 2024-25 AR/AP | Assumption Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | **Revenues** | | | | | | | | | | | | | | | **Assumption Notes** |
| **State Revenues** | | | | | | | | | | | | | | | | **Assumption Notes** |
| TISA Base Rate | 720,300 | $60,025 | $60,025 | $60,025 | $60,025 | $60,025 | $60,025 | $60,025 | $60,025 | $60,025 | $60,025 | $60,025 | $60,025 | 720,300 | - | TISA base rate for SY2023-24 is $6860. |
| TISA Weights | 191,359 | $15,947 | $15,947 | $15,947 | $15,947 | $15,947 | $15,947 | $15,947 | $15,947 | $15,947 | $15,947 | $15,947 | $15,947 | 191,359 | - | |
| TISA Direct | 52,500 | $4,375 | $4,375 | $4,375 | $4,375 | $4,375 | $4,375 | $4,375 | $4,375 | $4,375 | $4,375 | $4,375 | $4,375 | 52,500 | - | |
| Other: 21 Century | 85,000 | $7,083 | $7,083 | $7,083 | $7,083 | $7,083 | $7,083 | $7,083 | $7,083 | $7,083 | $7,083 | $7,083 | $7,083 | 85,000 | - | TISA Weights based on TISA Calculator. |
| Other: BEP | 142,800 | $11,900 | $11,900 | $11,900 | $11,900 | $11,900 | $11,900 | $11,900 | $11,900 | $11,900 | $11,900 | $11,900 | $11,900 | 142,800 | - | TISA Weights based on TISA Calculator. |
| **Federal Revenues** | | | | | | | | | | | | | | | | |
| Title I | 24,525 | $2,044 | $2,044 | $2,044 | $2,044 | $2,044 | $2,044 | $2,044 | $2,044 | $2,044 | $2,044 | $2,044 | $2,044 | 24,525 | - | |
| Title II | 2,673 | $223 | $223 | $223 | $223 | $223 | $223 | $223 | $223 | $223 | $223 | $223 | $223 | 2,673 | - | |
| Title III | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | |
| NSLP | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | |
| E-Rate | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | |
| CSP Startup Grant | 200,000 | $16,667 | $16,667 | $16,667 | $16,667 | $16,667 | $16,667 | $16,667 | $16,667 | $16,667 | $16,667 | $16,667 | $16,667 | 200,000 | - | |
| Other: IDEA | 24,759 | $2,063 | $2,063 | $2,063 | $2,063 | $2,063 | $2,063 | $2,063 | $2,063 | $2,063 | $2,063 | $2,063 | $2,063 | 24,759 | - | |
| Other: USDA School Breakfast & Lunch | 90,000 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | 90,000 | - | |
| **School Activity Revenues** | | | | | | | | | | | | | | | | |
| Other | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | |
| Other | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | |
| Other | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | |
| Other | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | |
| Other | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | |
| **Fundraising & Philanthropy** | | | | | | | | | | | | | | | | |
| Other | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | |
| Other | 620,000 | $51,667 | $51,667 | $51,667 | $51,667 | $51,667 | $51,667 | $51,667 | $51,667 | $51,667 | $51,667 | $51,667 | $51,667 | 620,000 | - | |

App.0976

KCBOE10195

Knoxville Prep
New Charter School Application Budget Template
Year 1 Cash Flow

| | Revenue | Expense | Surplus |
|---|---|---|---|
| | 2,803,915 | 2,752,385 | 51,530 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Other | 650,000 | $54,167 | $54,167 | $54,167 | $54,167 | $54,167 | $54,167 | $54,167 | $54,167 | $54,167 | $54,167 | $54,167 | $54,167 | 650,000 | - |
| Other | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| Other | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - |
| **Total Revenues** | 2,803,915 | 233,660 | 233,660 | 233,660 | 233,660 | 233,660 | 233,660 | 233,660 | 233,660 | 233,660 | 233,660 | 233,660 | 233,660 | 2,803,915 | - |

## Compensation

| | Year 1 2024-25 Total Budget | Year 1 2024-25 July | Year 1 2024-25 August | Year 1 2024-25 September | Year 1 2024-25 October | Year 1 2024-25 November | Year 1 2024-25 December | Year 1 2024-25 January | Year 1 2024-25 February | Year 1 2024-25 March | Year 1 2024-25 April | Year 1 2024-25 May | Year 1 2024-25 June | Year 1 2024-25 Total | Year 1 2024-25 AR/AP | Assumption Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Compensation** | | | | | | | | | | | | | | | | |
| Principal/School Leader | 86,760 | $7,230 | $7,230 | $7,230 | $7,230 | $7,230 | $7,230 | $7,230 | $7,230 | $7,230 | $7,230 | $7,230 | $7,230 | 86,760 | - | |
| Assistant Principal | 70,000 | $5,833 | $5,833 | $5,833 | $5,833 | $5,833 | $5,833 | $5,833 | $5,833 | $5,833 | $5,833 | $5,833 | $5,833 | 70,000 | - | |
| Special Education Coordinator | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | |
| Deans, Directors | 45,000 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | 45,000 | - | |
| Other (Specify in Assumptions) | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | |
| **Total Administrative Compensation** | 201,760 | 16,813 | 16,813 | 16,813 | 16,813 | 16,813 | 16,813 | 16,813 | 16,813 | 16,813 | 16,813 | 16,813 | 16,813 | 201,760 | - | |
| Instructional Staff | | | | | | | | | | | | | | | | |
| Teachers | 336,000 | $28,000 | $28,000 | $28,000 | $28,000 | $28,000 | $28,000 | $28,000 | $28,000 | $28,000 | $28,000 | $28,000 | $28,000 | 336,000 | - | |
| Special Education Teachers | 42,000 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | 42,000 | - | |
| Educational Assistants/Aides | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | |
| Elective Teachers | 42,000 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | 42,000 | - | |
| Other (Specify in Assumptions) | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | |
| **Total Instructional Compensation** | 420,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 420,000 | - | |
| Non-Instructional Staff | | | | | | | | | | | | | | | | |
| Clerical Staff | 78,000 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | 78,000 | - | |
| Custodial Staff | 22,800 | $1,900 | $1,900 | $1,900 | $1,900 | $1,900 | $1,900 | $1,900 | $1,900 | $1,900 | $1,900 | $1,900 | $1,900 | 22,800 | - | |
| Operations | 243,510 | $20,293 | $20,293 | $20,293 | $20,293 | $20,293 | $20,293 | $20,293 | $20,293 | $20,293 | $20,293 | $20,293 | $20,293 | 243,510 | - | |
| Social Workers/Counseling | 37,372 | $3,114 | $3,114 | $3,114 | $3,114 | $3,114 | $3,114 | $3,114 | $3,114 | $3,114 | $3,114 | $3,114 | $3,114 | 37,372 | - | |
| Other (Specify in Assumptions) | 26,000 | $2,167 | $2,167 | $2,167 | $2,167 | $2,167 | $2,167 | $2,167 | $2,167 | $2,167 | $2,167 | $2,167 | $2,167 | 26,000 | - | |
| **Total Non-Instructional Compensation** | 407,682 | 33,974 | 33,974 | 33,974 | 33,974 | 33,974 | 33,974 | 33,974 | 33,974 | 33,974 | 33,974 | 33,974 | 33,974 | 407,682 | - | |
| Other Compensation | 25,000 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | 25,000 | - | |
| Other Compensation | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | |
| Other Compensation | 39,270 | $3,273 | $3,273 | $3,273 | $3,273 | $3,273 | $3,273 | $3,273 | $3,273 | $3,273 | $3,273 | $3,273 | $3,273 | 39,270 | - | |
| Other Compensation | 3,100 | $258 | $258 | $258 | $258 | $258 | $258 | $258 | $258 | $258 | $258 | $258 | $258 | 3,100 | - | |
| **Total Compensation** | 1,096,812 | 91,401 | 91,401 | 91,401 | 91,401 | 91,401 | 91,401 | 91,401 | 91,401 | 91,401 | 91,401 | 91,401 | 91,401 | 1,096,812 | - | |

## Employer Benefits & Taxes

| | Year 1 2024-25 Total Budget | Year 1 2024-25 July | Year 1 2024-25 August | Year 1 2024-25 September | Year 1 2024-25 October | Year 1 2024-25 November | Year 1 2024-25 December | Year 1 2024-25 January | Year 1 2024-25 February | Year 1 2024-25 March | Year 1 2024-25 April | Year 1 2024-25 May | Year 1 2024-25 June | Year 1 2024-25 Total | Year 1 2024-25 AR/AP | Assumption Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Social Security | 68,002 | $5,667 | $5,667 | $5,667 | $5,667 | $5,667 | $5,667 | $5,667 | $5,667 | $5,667 | $5,667 | $5,667 | $5,667 | 68,002 | - | |
| Medicare | 15,904 | $1,325 | $1,325 | $1,325 | $1,325 | $1,325 | $1,325 | $1,325 | $1,325 | $1,325 | $1,325 | $1,325 | $1,325 | 15,904 | - | |
| State Unemployment | 9,200 | $767 | $767 | $767 | $767 | $767 | $767 | $767 | $767 | $767 | $767 | $767 | $767 | 9,200 | - | |
| Disability/Life Insurance | 3,619 | $302 | $302 | $302 | $302 | $302 | $302 | $302 | $302 | $302 | $302 | $302 | $302 | 3,619 | - | |
| Workers Compensation Insurance | 3,729 | $311 | $311 | $311 | $311 | $311 | $311 | $311 | $311 | $311 | $311 | $311 | $311 | 3,729 | - | |
| Other Fringe Benefits | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | |
| Medical Insurance | 166,267 | $13,856 | $13,856 | $13,856 | $13,856 | $13,856 | $13,856 | $13,856 | $13,856 | $13,856 | $13,856 | $13,856 | $13,856 | 166,267 | - | |
| Dental Insurance | 12,535 | $1,045 | $1,045 | $1,045 | $1,045 | $1,045 | $1,045 | $1,045 | $1,045 | $1,045 | $1,045 | $1,045 | $1,045 | 12,535 | - | |
| Vision Insurance | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | |
| TCRS Certified Legacy | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | |
| TCRS Certified Hybrid | 98,713 | $8,226 | $8,226 | $8,226 | $8,226 | $8,226 | $8,226 | $8,226 | $8,226 | $8,226 | $8,226 | $8,226 | $8,226 | 98,713 | - | |
| TCRS Classified Legacy | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | |
| TCRS Classified Hybrid | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | |
| Other Classified Retirement | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | |
| Other Retirement | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | |
| **Total Employer Benefits & Taxes** | 377,970 | 31,497 | 31,497 | 31,497 | 31,497 | 31,497 | 31,497 | 31,497 | 31,497 | 31,497 | 31,497 | 31,497 | 31,497 | 377,970 | - | |

## Operating Expenses

| Year 1 | Year 1 | Year 1 | Year 1 | Year 1 | Year 1 | Year 1 | Year 1 | Year 1 | Year 1 | Year 1 | Year 1 | Year 1 | Year 1 | Year 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024-25 | 2024-25 | 2024-25 | 2024-25 | 2024-25 | 2024-25 | 2024-25 | 2024-25 | 2024-25 | 2024-25 | 2024-25 | 2024-25 | 2024-25 | 2024-25 | 2024-25 |

App.0978

## Knoxville Prep
New Charter School Application Budget Template
Year 1 Cash Flow

| Revenue | Expense | Surplus |
|---|---|---|
| 2,803,915 | 2,752,386 | 51,530 |

| | Total Budget | July | August | September | October | November | December | January | February | March | April | May | June | Total | AR/AP | Assumption Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Contracted Services** | | | | | | | | | | | | | | | | |
| Professional Development | 100,000 | $8,333 | $8,333 | $8,333 | $8,333 | $8,333 | $8,333 | $8,333 | $8,333 | $8,333 | $8,333 | $8,333 | $8,333 | 100,000 | - | Professional Development |
| Financial Services | 48,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | 48,000 | - | Financial Services |
| Audit Services | 12,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | 12,000 | - | Audit Services |
| Legal Fees | 5,000 | $417 | $417 | $417 | $417 | $417 | $417 | $417 | $417 | $417 | $417 | $417 | $417 | 5,000 | - | Legal Fees |
| Copier Lease and Usage | 2,436 | $203 | $203 | $203 | $203 | $203 | $203 | $203 | $203 | $203 | $203 | $203 | $203 | 2,436 | - | Copier Lease and Usage |
| Internet and Phone Service | 22,704 | $1,892 | $1,892 | $1,892 | $1,892 | $1,892 | $1,892 | $1,892 | $1,892 | $1,892 | $1,892 | $1,892 | $1,892 | 22,704 | - | Internet and Phone Service |
| Cell Phone Service | 600 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | 600 | - | Cell Phone Service |
| Payroll Services | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | Payroll Services |
| Health Services | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | Health Services |
| Transportation | 102,999 | $8,583 | $8,583 | $8,583 | $8,583 | $8,583 | $8,583 | $8,583 | $8,583 | $8,583 | $8,583 | $8,583 | $8,583 | 102,999 | - | Transportation |
| IT Services | 6,362 | $530 | $530 | $530 | $530 | $530 | $530 | $530 | $530 | $530 | $530 | $530 | $530 | 6,362 | - | IT Services |
| Contracted SPED Services | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | Contracted SPED Services |
| Insurance | 19,623 | $1,635 | $1,635 | $1,635 | $1,635 | $1,635 | $1,635 | $1,635 | $1,635 | $1,635 | $1,635 | $1,635 | $1,635 | 19,623 | - | Insurance |
| Postal Charges | 3,320 | $277 | $277 | $277 | $277 | $277 | $277 | $277 | $277 | $277 | $277 | $277 | $277 | 3,320 | - | Postal Charges |
| Grant Writer | 48,888 | $4,074 | $4,074 | $4,074 | $4,074 | $4,074 | $4,074 | $4,074 | $4,074 | $4,074 | $4,074 | $4,074 | $4,074 | 48,888 | - | Bank Charges |
| **Supplies & Materials** | | | | | | | | | | | | | | | | |
| Textbooks and Instructional Supplies | 21,000 | $1,750 | $1,750 | $1,750 | $1,750 | $1,750 | $1,750 | $1,750 | $1,750 | $1,750 | $1,750 | $1,750 | $1,750 | 21,000 | - | Textbooks and Instructional Supplies |
| Education Software | 37,702 | $3,142 | $3,142 | $3,142 | $3,142 | $3,142 | $3,142 | $3,142 | $3,142 | $3,142 | $3,142 | $3,142 | $3,142 | 37,702 | - | Education Software |
| Student Supplies | 36,833 | $3,069 | $3,069 | $3,069 | $3,069 | $3,069 | $3,069 | $3,069 | $3,069 | $3,069 | $3,069 | $3,069 | $3,069 | 36,833 | - | Student Supplies |
| Faculty Supplies | 15,000 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | 15,000 | - | Faculty Supplies |
| Library Books | 15,000 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | 15,000 | - | Library Books |
| Testing & Evaluation | 5,000 | $417 | $417 | $417 | $417 | $417 | $417 | $417 | $417 | $417 | $417 | $417 | $417 | 5,000 | - | Testing & Evaluation |
| Student Laptops | 31,500 | $2,625 | $2,625 | $2,625 | $2,625 | $2,625 | $2,625 | $2,625 | $2,625 | $2,625 | $2,625 | $2,625 | $2,625 | 31,500 | - | Student Laptops |
| Faculty Laptops | 31,500 | $2,625 | $2,625 | $2,625 | $2,625 | $2,625 | $2,625 | $2,625 | $2,625 | $2,625 | $2,625 | $2,625 | $2,625 | 31,500 | - | Faculty Laptops |
| Office Supplies | 19,200 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | $1,600 | 19,200 | - | Office Supplies |
| Printing Paper | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | Printing Paper |
| Marketing Materials | 19,770 | $1,648 | $1,648 | $1,648 | $1,648 | $1,648 | $1,648 | $1,648 | $1,648 | $1,648 | $1,648 | $1,648 | $1,648 | 19,770 | - | Marketing Materials |
| Student Uniforms | 6,500 | $542 | $542 | $542 | $542 | $542 | $542 | $542 | $542 | $542 | $542 | $542 | $542 | 6,500 | - | Student Uniforms |
| Gifts & Awards - Students | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | Gifts & Awards - Students |
| Gifts & Awards - Teachers and Staff | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | Gifts & Awards - Teachers and Staff |
| Health Supplies | 500 | $42 | $42 | $42 | $42 | $42 | $42 | $42 | $42 | $42 | $42 | $42 | $42 | 500 | - | Health Supplies |
| **Facility Related Expenses** | | | | | | | | | | | | | | | | |
| Rent | 85,000 | $7,083 | $7,083 | $7,083 | $7,083 | $7,083 | $7,083 | $7,083 | $7,083 | $7,083 | $7,083 | $7,083 | $7,083 | 85,000 | - | Rent |
| Utilities | 10,000 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | 10,000 | - | Utilities |
| Custodial | 10,000 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | 10,000 | - | Custodial |
| Waste | 2,800 | $233 | $233 | $233 | $233 | $233 | $233 | $233 | $233 | $233 | $233 | $233 | $233 | 2,800 | - | Waste |
| Faculty Furniture | 35,000 | $2,917 | $2,917 | $2,917 | $2,917 | $2,917 | $2,917 | $2,917 | $2,917 | $2,917 | $2,917 | $2,917 | $2,917 | 35,000 | - | Faculty Furniture |
| Student Furniture | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | Student Furniture |
| Internet/Network Equipment | 20,000 | $1,667 | $1,667 | $1,667 | $1,667 | $1,667 | $1,667 | $1,667 | $1,667 | $1,667 | $1,667 | $1,667 | $1,667 | 20,000 | - | Internet/Network Equipment |
| Other Equipment | 45,000 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | 45,000 | - | Other Equipment |
| Building Decorum | 10,000 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | 10,000 | - | Building Decorum |
| Tenant Improvements | 48,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | 48,000 | - | Tenant Improvements |
| Fire & Security Monitoring | 1,608 | $134 | $134 | $134 | $134 | $134 | $134 | $134 | $134 | $134 | $134 | $134 | $134 | 1,608 | - | Other |
| Pest Control | 3,655 | $305 | $305 | $305 | $305 | $305 | $305 | $305 | $305 | $305 | $305 | $305 | $305 | 3,655 | - | Other |
| Food and Food Services | 80,000 | $6,667 | $6,667 | $6,667 | $6,667 | $6,667 | $6,667 | $6,667 | $6,667 | $6,667 | $6,667 | $6,667 | $6,667 | 80,000 | - | Other |
| Other | - | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | - | - | Other |
| **Other Charges** | | | | | | | | | | | | | | | | |
| Staff Recruitment | 5,000 | $417 | $417 | $417 | $417 | $417 | $417 | $417 | $417 | $417 | $417 | $417 | $417 | 5,000 | - | Staff Recruitment |
| Student Recruitment & Community En | 15,000 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | 15,000 | - | Student Recruitment & Community Engagement |
| Parent & Staff Meetings | 3,000 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | 3,000 | - | Parent Meetings |
| Authorizer Fee | 35,000 | $2,917 | $2,917 | $2,917 | $2,917 | $2,917 | $2,917 | $2,917 | $2,917 | $2,917 | $2,917 | $2,917 | $2,917 | 35,000 | - | Staff Meetings |
| Home Office Contributions | 250,704 | $20,892 | $20,892 | $20,892 | $20,892 | $20,892 | $20,892 | $20,892 | $20,892 | $20,892 | $20,892 | $20,892 | $20,892 | 250,704 | | |
| Travel-employee | 6,400 | $533 | $533 | $533 | $533 | $533 | $533 | $533 | $533 | $533 | $533 | $533 | $533 | 6,400 | - | Other |
| **Debt Service** | | | | | | | | | | | | | | | | |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| **Total Operating Expenses** | 1,277,604 | 106,467 | 106,467 | 106,467 | 106,467 | 106,467 | 106,467 | 106,467 | 106,467 | 106,467 | 106,467 | 106,467 | 106,467 | 1,277,604 | - | |
| **Total Expenses** | 2,752,386 | 229,365 | 229,365 | 229,365 | 229,365 | 229,365 | 229,365 | 229,365 | 229,365 | 229,365 | 229,365 | 229,365 | 229,365 | 2,752,386 | - | |


KCBOE10197

Knoxville Prep
New Charter School Application Budget Template
Year 2 Through 5 Budget

## Revenue Assumptions

| | Assumption | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Assumption Notes |
|---|---|---|---|---|---|---|---|
| | | 2024-25 | 2025-26 | 2026-27 | 2027-28 | 2028-29 | |
| Annual Revenue Increase | | 0.00% | 2.50% | 2.50% | 2.50% | 2.50% | |
| Cumulative Increase | | 100.00% | 102.50% | 105.06% | 107.69% | 110.38% | |
| Enrollment | | 105.00 | 207.00 | 306.00 | 409.00 | 509.00 | Enrollment row added to multiply per pupil rates by enrollment to arrive at total revenues |
| Per Pupil Base Rates | | $6,860.00 | $7,031.50 | $7,207.29 | $7,387.47 | $7,572.16 | Per Pupil rates added from TISA tracker and grown at annual increase rate |
| Per Pupil Weights | | $1,822.46 | $1,868.02 | $1,914.72 | $1,962.59 | $2,011.66 | |
| Per Pupil Direct | | $500.00 | $512.50 | $525.31 | $538.45 | $551.91 | |
| **State Revenues** | | | | | | | |
| TISA Base Rate | $6,860 | 720,300 | $1,455,521 | $2,205,430 | $3,021,475 | $3,854,228 | Per pupil drivers included in the row above and grown at 2.5% per year |
| TISA Weights | See Tracker | 191,359 | $386,681 | $585,906 | $802,700 | $1,023,933 | Per pupil drivers included in the row above and grown at 2.5% per year |
| TISA Direct | See Tracker | 52,500 | $106,088 | $160,746 | $220,224 | $280,920 | Per pupil drivers included in the row above and grown at 2.5% per year |
| Other: 21 Century | | 85,000 | $87,125.00 | $89,303.13 | $91,535.70 | $93,824.10 | |
| Other: BEP | | 142,800 | $146,370.00 | $150,029.25 | $153,779.98 | $157,624.48 | |
| **Federal Revenues** | | | | | | | |
| Title I | $0 | 24,525 | $49,557 | $75,090 | $102,874 | $131,227 | |
| Title II | $0 | 2,673 | $5,401 | $8,184 | $11,212 | $14,302 | |
| Title III | $0 | - | $0 | $0 | $0 | $0 | |
| NSLP | $0 | - | $0 | $0 | $0 | $0 | |
| E-Rate | $0 | - | $0 | $0 | $0 | $0 | |
| CSP Startup Grant | $0 | 200,000 | $0 | $0 | $0 | $0 | |
| Other: IDEA | $0 | 24,759 | $50,031 | $75,808 | $103,858 | $132,483 | |
| Other: USDA School Breakfast & Lunch | $0 | 90,000 | $181,877 | $275,583 | $377,553 | $481,612 | |
| **School Activity Revenues** | | | | | | | |
| Other | $0 | - | $0 | $0 | $0 | $0 | |
| Other | $0 | - | $0 | $0 | $0 | $0 | |
| Other | $0 | - | $0 | $0 | $0 | $0 | |
| Other | $0 | - | $0 | $0 | $0 | $0 | |
| Other | $0 | - | $0 | $0 | $0 | $0 | |
| **Fundraising & Philanthropy** | | - | | | | | |
| Charter School Growth Fund | $620,000 | 620,000 | $130,000 | | | | |
| Other Fundraising | $650,000 | 650,000 | $1,000,000 | $1,000,000 | $500,000 | $0 | |
| Other | $0 | - | $0 | $0 | $0 | $0 | |
| Other | $0 | - | $0 | $0 | $0 | $0 | |
| Other | $0 | - | $0 | $0 | $0 | $0 | |
| **Total Revenues** | | 2,803,915 | 3,598,650 | 4,626,079 | 5,385,212 | 6,170,154 | |

## Compensation

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Assumption Notes |
|---|---|---|---|---|---|---|
| | 2024-25 | 2025-26 | 2026-27 | 2027-28 | 2028-29 | |
| **Administrative Staff** | | | | | | |
| Principal/School Leader | 86,760 | 89,363 | 92,044 | 94,805 | 97,649 | |
| Assistant Principal | 70,000 | 72,100 | 74,263 | 76,491 | 78,786 | |
| Special Education Coordinator | - | - | - | - | - | |
| Deans, Directors | 45,000 | 46,350 | 47,741 | 49,173 | 50,648 | |
| Other (Specify in Assumptions) | - | - | 44,558 | 45,895 | 47,271 | |
| **Total Administrative Compensation** | 201,760 | 207,813 | 258,605 | 266,363 | 274,354 | |
| **Instructional Staff** | | | | | | |
| Teachers | 336,000 | 519,120 | 712,925 | 963,785 | 1,134,513 | |
| Special Education Teachers | 42,000 | 43,260 | 89,116 | 91,789 | 94,543 | |
| Educational Assistants/Aides | - | - | - | - | - | |
| Elective Teachers | 42,000 | 43,260 | 44,558 | 45,895 | 47,271 | |

## Knoxville Prep
### New Charter School Application Budget Template
### Year 2 Through 5 Budget

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Assumption Notes |
|---|---|---|---|---|---|---|
| Other (Specify in Assumptions) | - | - | 44,558 | 45,895 | 47,271 | |
| **Total Instructional Compensation** | 420,000 | 605,640 | 891,156 | 1,147,363 | 1,323,598 | |
| **Non-Instructional Staff** | | | | | | |
| Clerical Staff | 78,000 | 80,340 | 82,750 | 85,233 | 87,790 | |
| Custodial Staff | 22,800 | 23,484 | 48,377 | 49,828 | 51,323 | |
| Operations | 243,510 | 250,815 | 258,340 | 266,090 | 274,073 | |
| Social Workers/Counseling | 37,372 | 38,493 | 39,648 | 40,837 | 42,063 | |
| Other (Specify in Assumptions) | 26,000 | 26,780 | 27,583 | 28,411 | 29,263 | |
| **Total Non-Instructional Compensation** | 407,682 | 419,912 | 456,698 | 470,399 | 484,511 | |
| Extended School Program | 25,000 | 28,000 | 39,600 | 56,000 | 60,000 | |
| Other Compensation | - | - | 6,242 | 6,367 | 8,118 | |
| Academic Coaches | 39,270 | 39,270 | 39,270 | 39,270 | 39,270 | |
| Part-Time Academic | 3,100 | 3,100 | 3,100 | 9,000 | 9,500 | |
| **Total Compensation** | 1,096,812 | 1,303,735 | 1,694,671 | 1,994,763 | 2,199,352 | |

### Employer Benefits & Taxes

| | Year 1<br>2024-25 | Year 2<br>2025-26 | Year 3<br>2026-27 | Year 4<br>2027-28 | Year 5<br>2028-29 | Assumption Notes |
|---|---|---|---|---|---|---|
| Social Security | 68,002 | 80,832 | 105,070 | 123,675 | 136,360 | |
| Medicare | 15,904 | 18,904 | 24,573 | 28,924 | 31,891 | |
| State Unemployment | 9,200 | 11,200 | 14,400 | 16,400 | 17,600 | |
| Disability/Life Insurance | 3,619 | 4,302 | 5,592 | 6,583 | 7,258 | |
| Workers Compensation Insurance | 3,729 | 4,433 | 5,762 | 6,782 | 7,478 | |
| Other Fringe Benefits | - | - | - | - | - | |
| Medical Insurance | 166,267 | 202,412 | 260,244 | 296,389 | 318,076 | |
| Dental Insurance | 12,535 | 15,260 | 19,620 | 22,345 | 23,980 | |
| Vision Insurance | - | - | - | - | - | |
| TCRS Certified Legacy | - | - | - | - | - | |
| TCRS Certified Hybrid | 98,713 | 117,336 | 152,520 | 179,529 | 197,942 | |
| TCRS Classified Legacy | - | - | - | - | - | |
| TCRS Classified Hybrid | - | - | - | - | - | |
| Other Classified Retirement | - | - | - | - | - | |
| Other Retirement | - | - | - | - | - | |
| **Total Employer Benefits & Taxes** | 377,970 | 454,679 | 587,781 | 680,627 | 740,584 | |

### Operating Expenses

| | | Year 1<br>2024-25 | Year 2<br>2025-26 | Year 3<br>2026-27 | Year 4<br>2027-28 | Year 5<br>2028-29 | Assumption Notes |
|---|---|---|---|---|---|---|---|
| | **Annual Expense Increase** | 0.00% | 2.50% | 2.50% | 2.50% | 2.50% | |
| | Cumultative Increase | 100.00% | 102.50% | 105.06% | 107.69% | 110.38% | |
| **Contracted Services** | | | | | | | |
| Professional Development | $0 | 100,000 | $109,307 | $161,585 | $215,974 | $268,780 | |
| Financial Services | $0 | 48,000 | $49,200 | $50,430 | $51,691 | $52,983 | |
| Audit Services | $0 | 12,000 | $12,300 | $12,608 | $12,923 | $13,246 | |
| Legal Fees | $0 | 5,000 | $5,125 | $5,253 | $5,384 | $5,519 | |
| Copier Lease and Usage | $0 | 2,436 | $2,497 | $2,559 | $2,623 | $2,689 | |
| Internet and Phone Service | $0 | 22,704 | $23,272 | $23,853 | $24,450 | $25,061 | |
| Cell Phone Service | $0 | 600 | $615 | $630 | $646 | $662 | |
| Payroll Services | $0 | - | $0 | $0 | $0 | $0 | |
| Health Services | $0 | - | $0 | $0 | $0 | $0 | |
| Transportation | $0 | 102,999 | $105,574 | $108,213 | $110,919 | $113,692 | |
| IT Services | $0 | 6,362 | $6,521 | $6,684 | $6,851 | $7,022 | |
| Contracted SPED Services | $0 | - | $0 | $0 | $0 | $0 | |
| Insurance | $0 | 19,623 | $20,114 | $20,616 | $21,132 | $21,660 | |
| Postal Charges | $0 | 3,320 | $3,403 | $3,488 | $3,575 | $3,665 | |
| Other - Contracted Services | $0 | 48,888 | $387,518 | $487,066 | $653,928 | $841,204 | |

App.0981

Knoxville Prep
New Charter School Application Budget Template
Year 2 Through 5 Budget

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Supplies & Materials** | | | | | | | |
| Textbooks and Instructional Supplies | $0 | 21,000 | $41,400 | $61,200 | $81,800 | $101,800 | $200 per student per year |
| Education Software | $0 | 37,702 | $50,000 | $75,000 | $100,000 | $125,000 | $25k per grade |
| Student Supplies | $0 | 36,833 | $30,607 | $31,525 | $33,416 | $35,420 | 6% incease a year |
| Faculty Supplies | $0 | 15,000 | $18,000 | $27,000 | $35,000 | $44,000 | $1000 per teacher per year |
| Library Books | $0 | 15,000 | $20,000 | $25,000 | $25,000 | $25,000 | |
| Testing & Evaluation | $0 | 5,000 | $15,525 | $22,950 | $30,675 | $38,175 | $75 per student per year |
| Student Laptops | $0 | 31,500 | $30,600 | $29,700 | $30,900 | $30,000 | $300 per student in their first year |
| Faculty Laptops | $0 | 31,500 | $7,500 | $13,500 | $12,000 | $13,500 | $1500 per teacher in their first year |
| Office Supplies | $0 | 19,200 | $37,674 | $55,692 | $74,438 | $92,638 | $182 per student per year |
| Printing Paper | $0 | - | $0 | $0 | $0 | $0 | included in student & faculty supplies |
| Marketing Materials | $0 | 19,770 | $19,770 | $19,770 | $19,770 | $19,770 | |
| Student Uniforms | $0 | 6,500 | $12,834 | $18,972 | $25,358 | $31,558 | $62 per student per year |
| Gifts & Awards - Students | $0 | - | $5,000 | $5,000 | $5,000 | $5,000 | |
| Gifts & Awards - Teachers and Staff | $0 | - | $2,500 | $2,500 | $2,500 | $2,500 | |
| Health Supplies | $0 | 500 | $1,000 | $1,000 | $1,000 | $1,000 | |
| **Facility Related Expenses** | | | | | | | |
| Rent | $0 | 85,000 | $150,000 | $225,000 | $230,625 | $236,390 | |
| Utilities | $0 | 10,000 | $10,200 | $10,404 | $10,612 | $10,824 | 2% increase per year |
| Custodial | $0 | 10,000 | $10,250 | $45,000 | $45,000 | $50,000 | |
| Waste | $0 | 2,800 | $2,870 | $3,000 | $3,000 | $3,200 | |
| Faculty Furniture | $0 | 35,000 | $35,875 | $35,875 | $35,875 | $35,875 | |
| Student Furniture | $0 | - | $0 | $0 | $0 | $0 | included in faculty furniture |
| Internet/Network Equipment | $0 | 20,000 | $20,500 | $20,500 | $20,500 | $20,500 | |
| Other Equipment | $0 | 45,000 | $46,125 | $46,125 | $46,125 | $46,125 | |
| Building Decorum | $0 | 10,000 | $10,250 | $10,250 | $10,250 | $10,250 | |
| Tenant Improvements | $0 | 48,000 | $49,200 | $49,200 | $49,200 | $49,200 | |
| Fire & Security Monitoring | $0 | 1,608 | $1,648 | $1,648 | $1,648 | $1,648 | |
| Pest Control | $0 | 3,655 | $3,746 | $3,746 | $3,746 | $3,746 | |
| Food and Food Services | $0 | 80,000 | $157,714 | $233,143 | $311,619 | $387,810 | |
| Other | $0 | - | $0 | $0 | $0 | $0 | |
| **Other Charges** | | | | | | | |
| Staff Recruitment | $0 | 5,000 | 5,125 | 5,125 | 5,125 | 5,125 | |
| Student Recruitment & Community Engagement | $0 | 15,000 | 15,375 | 15,375 | 15,375 | 15,375 | |
| Parent & Staff Meetings | $0 | 3,000 | 3,075 | 3,075 | 3,075 | 3,075 | |
| Authorizer Fee | $35,000 | 35,000 | 35,875 | 35,875 | 35,875 | 35,875 | |
| Home Office Contributions | $250,704 | 250,704 | 256,972 | 256,972 | 256,972 | 256,972 | |
| Travel-employee | $0 | 6,400 | 6,560 | 6,560 | 6,560 | 6,560 | |
| **Debt Service** | | | | | | | |
| Other | $0 | - | - | - | - | - | |
| Other | $0 | - | - | - | - | - | |
| Other | $0 | - | - | - | - | - | |
| Other | $0 | - | - | - | - | - | |
| Other | $0 | - | - | - | - | - | |
| **Total Operating Expenses** | | 1,277,604 | 1,839,216 | 2,278,669 | 2,678,135 | 3,100,094 | |
| **Total Expenses** | | 2,752,386 | 3,597,630 | 4,561,121 | 5,353,525 | 6,040,029 | |

Knoxville Prep
New Charter School Application Budget Template
Year 0 & Years 1 through 5 Summary

**Revenue Assumptions**

| | Year 0 2023-24 | Year 1 2024-25 | Year 2 2025-26 | Year 3 2026-27 | Year 4 2027-28 | Year 5 2028-29 |
|---|---|---|---|---|---|---|
| **Starting Fund Balance** | - | 4,083 | 55,613 | 56,633 | 121,590 | 153,278 |
| State Revenues | - | 1,191,959 | 2,181,784 | 3,191,414 | 4,289,715 | 5,410,530 |
| Federal Revenues | 200,000 | 341,957 | 286,866 | 434,665 | 595,497 | 759,624 |
| School Activity Revenues | - | - | - | - | - | - |
| Fundraising & Philanthropy | 295,000 | 1,270,000 | 1,130,000 | 1,000,000 | 500,000 | - |
| **Total Revenues** | 495,000 | 2,803,915 | 3,598,650 | 4,626,079 | 5,385,212 | 6,170,154 |
| Staffing | 236,525 | 1,096,812 | 1,303,735 | 1,694,671 | 1,994,763 | 2,199,352 |
| Employer Benefits & Taxes | 73,789 | 377,970 | 454,679 | 587,781 | 680,627 | 740,584 |
| Contracted Services | 129,547 | 371,932 | 725,445 | 882,987 | 1,110,096 | 1,356,183 |
| Supplies & Materials | 21,620 | 239,505 | 292,410 | 388,809 | 476,857 | 565,361 |
| Facility-Related Expenses | 16,036 | 351,063 | 498,379 | 683,891 | 768,201 | 855,568 |
| Other Charges | 13,400 | 315,104 | 322,982 | 322,982 | 322,982 | 322,982 |
| Debt Service | - | - | - | - | - | - |
| **Total Expenses** | 490,917 | 2,752,386 | 3,597,630 | 4,561,121 | 5,353,525 | 6,040,029 |
| Net Income | 4,083 | 51,530 | 1,020 | 64,958 | 31,687 | 130,125 |
| **Ending Fund Balance** | 4,083 | 55,613 | 56,633 | 121,590 | 153,278 | 283,403 |

# KNOXVILLE PREPARATORY SCHOOL

**Attachment O: Budget Narrative**

KNOXVILLE
PREPARATORY
SCHOOL

**Attachment O. Budget Narrative**

(a) *how the proposed budget is adequate to ensure the proposed school model can be implemented fully and how it supports your theory of action concerning student achievement;*

The budget has been carefully constructed to ensure that there are sufficient funds to support all aspects of Knox Prep's school model. Achieving the school's mission and changing the academic trajectory of educationally disadvantaged students requires sufficient personnel, student and family support structures, and technology investments. The Friends of Chattanooga Prep will lease the school building. However, the Knox Prep budget includes investments in school furnishings, equipment, and other items required for start-up. Knox Prep's budget planning has been informed by the actual experiences of Chatt Prep's successful implementation, so it is grounded in the realities of charter school start-up in Tennessee.

(b) *an explanation of student enrollment and TISA projections;*

Knox Prep's per pupil allocation through the Tennessee Investment in Student Achievement (TISA) formula was calculated at $6,860 per middle and high school student, which assumes $6,860 per student in KCS BEP funds. The budget calculations assume flat-funding of TISA allocations across the first 5 budget years. Based on student enrollment plans, the annual TISA revenue is projected as follows:

| Knox Prep Annual TISA Projections | | | | | | |
|---|---|---|---|---|---|---|
| | Plan Year | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
| Student Enrollment | 0 | 105 | 207 | 306 | 409 | 509 |
| TISA Projection | $0 | $720,300 | $1,455,521 | $2,205,430 | $3,021,475 | $3,854,228 |

(c) *an explanation of all anticipated funding sources, including grants, state, federal, and local per- pupil eligibility, other government resources, private fundraising, eRate, student fees, donations, etc.;*

Revenue projections were guided by the following assumptions:

- In order to fully fund the 5-year start-up operating budget, Knox Prep has already initiated fundraising efforts that have generated $4.75 Million in start-up funding. PREP Public Schools will carry on fundraising efforts during the initial start-up period and planning year. Fundraising efforts will fall under the auspices of the PREP Public Prep Governance Board, Executive Director, and designated school staff.

- Knox Prep will meet annual enrollment projections which determine the annual TISA amount.
- The demographics of the school population will be similar to the demographics at Chatt Prep qualifying Knox Prep for similar levels of Title I, Title II, IDEA, and USDA funding.

In addition to-TISA funding, Knox Prep anticipates the following revenue streams.

| REVENUE SOURCE | NOTES |
|---|---|
| **Private Contributions & Gifts** | Knox Prep expects to raise funds from private individuals, foundations, and corporations during the initial 5-year project period to support school implementation. Upon approval of the Knox Prep charter school application, PREP Public Schools is poised to implement the comprehensive fund development plan and has dedicated staff and consulting resources to support the Board in successfully carrying out the plan. |
| **Grants** | PREP Public Schools has engaged the grant writing services of Skye Strategies and will actively pursue grants from foundations, corporate sponsors, the State of Tennessee, and federal sponsors. |
| **Federal Funding** | Federal funding including USDA reimbursements for the student nutrition program, Title I and Title II funding, and IDEA funding are anticipated as part of the revenue base for Knox Prep. See Attachment N, *Student Assumptions* and *Year 1 Budget* for details. |

(d) *an explanation of all anticipated expenditures including those identified in Section 3.1(d);*

Knox Prep's expense projections have been carefully developed, taking into consideration the following factors:

- As a replication, Knox Prep's budget is based on a model that has been highly successful and fiscally viable.
- As a newly opening school, Knox Prep must make an upfront investment in the infrastructure, technology, and systems that will support the school's mission.
- Knox Prep benefits from the initial investments made by the founders and the Chatt Prep in terms of purchasing facilities, paying for facilities renovations, and covering the cost of initial school furnishings. This will enable Knox Prep to make critical investments in school staffing from the beginning.

- In order to attract and retain instructional staff and school leadership of the highest caliber, Knox Prep must offer competitive salaries and benefits.
- Knox Prep must maintain a school staffing complement that supports a personalized learning environment, small class size, low teacher student ratio, and an extended schedule.
- Transportation to and from school must not be a barrier for students and families.
- Key staff must be brought on during a planning period before the school opens in order to ensure readiness for an August 2024 school opening.

***Personnel Costs:*** The personnel costs reflect an intentional focus on investing in adequate, well-prepared school personnel to meet the needs of the young men and families who will be served by Knox Prep. Salaries are budgeted to be competitive with regional norms, and a 1% annual escalation rate has been built into salary projections. See Attachment N, *Year 1-5 Staff Assumptions* for details.

| CATEGORY | NOTES |
|---|---|
| **ADMINISTRATIVE STAFF** | This personnel category includes competitive salaries for school leadership personnel including the Principal and Deans of Faculty and Students. These positions will be filled as rapidly as possible during the planning year. Within the context of the budget form (Attachment N), the Dean of Faculty is listed under the heading "Curriculum" and the Dean of Students is listed under the heading "Assistant Principal." These three critical positions will remain consistent throughout the initial 5-year start-up period. A school counselor will be added in year 3. |
| **INSTRUCTIONAL STAFF** | Faculty will be recruited and selected during the planning year and will have a start date of July 1, 2024. Thus, no funds have been budgeted for faculty during the planning year. Budget projections anticipate recruitment of instructional staff with varying years of experience and offering competitive salaries to attract excellent faculty. Faculty salaries will be determined based on a pay scale that considers academic credentials and classroom experience. Instructional staffing will ramp up each year as students matriculate to the next grade level. |
| **NON-INSTRUCTIONAL STAFF** | This staff category includes non-academic Leadership Team staff including the Director of Finance, Director of Operations & HR, Director of Development, and Community Outreach Coordinator; clerical staff; custodial staff; a school-based social worker, and attendance manager. Budgeted salaries are commensurate with similar positions in our community. |
| **EXTENDED LEARNING STAFF** | Chattanooga Prep's budget includes funds to staff the extended learning time offered to students and for academic coaches, interventionists, and part-time academic support staff. |

KNOXVILLE
PREPARATORY
SCHOOL

***Benefits & Payroll Taxes:*** Budget projections include employee benefits and payroll taxes. Full-time staff are eligible for benefits. Estimates are calculated as a percentage of projected annual salary levels. See Attachment N, *Year 1-5 Staff Assumptions* for details.

***Contracted Services:*** Operating the school and meeting the needs of all students within Knox Prep's small school model will make it more cost-effective to secure the following services via contractual agreements. As documented in Attachment N, some costs are anticipated to escalate as the school population grows while others will remain constant.

- Copiers / Printing
- Phone System
- Software
- Audit Services
- Grant writing Services
- Speech Therapy
- Student Transportation
- Educational / Professional Development Consultants
- Cafeteria / Food Services
- Athletic Officials and Fees

***Supplies & Materials:*** Knox Prep is fortunate that the founding sponsor PREP Public Schools is funding the facilities renovation, so those significant one-time costs are not reflected in the school budget. Funds for ongoing routine maintenance and replacement of furnishings and technology components are incorporated into the operating budget. Operating the school will require funding for supplies and materials. Budget projections include funds for the following:

- Postage
- Operational Supplies
- Educational Supplies
- Instructional Technologies
- Staff Technology Resources

***Facility-Related Expenses:*** The school facilities will be purchased and owned by the Friends of Chattanooga Prep for use by the Knoxville Preparatory School with no rental costs. Additional facility-related costs are incorporated into the budget and include the following:

- Fire & Security Monitoring
- Pest Control
- Phone & Internet Service
- Custodial Supplies & Equipment
- Utilities

KNOXVILLE
PREPARATORY
SCHOOL

- Facility Repair & Maintenance
- Trash Collection

***Other Costs:*** Additional costs include Liability Insurance and a modest allocation for employee travel for meetings and training sessions.

(e) *the systems, processes, and policies by which the proposed school will manage accounting, purchasing, payroll, and audits. Include any draft policies on financial controls;*

Knox Prep will have a clear fiscal management plan with strong internal controls and oversight to manage all aspects of financial operations and support the school's model and mission. Knox Prep will follow all applicable state laws and regulations and will be guided by the *Tennessee Internal School Uniform Accounting Policy Manual*[1] in its practices. The school's success relies on sound financial management and careful fiscal oversight. The Planning & Design Team has planned the following systems, processes, and safeguards to ensure Chattanooga Prep's financial viability.

**Financial Oversight**

The Knox Prep Principal is accountable for the oversight of all school administrative functions, including human resources management; compliance with local, state, and federal regulations and reporting requirements; facilities, enrollment and financial management; and student performance and assessment. The Principal is likewise responsible for overseeing day to day implementation of all policies, procedures and practices mandated by the Governance Board. To ensure financial oversight, a Finance Committee of the Board will be established. The board Treasurer will chair the Finance Committee. The Finance committee will be charged with the responsibility to:

- Establish the school's financial goals and monitor the school management's progress in achieving those goals.
- Establish sound financial policies and monitor whether the school's activities adhere to those policies.
- Review regularly the school's financial control systems in order to safeguard the resources of the school.

At monthly meetings, the Finance Committee will:

- review fund balances;
- review actual vs. budgeted financial statements;
- review updated cash flow projections; and

[1] http://tennessee.gov/assets/entities/education/attachments/loc_fin_internal_sch_uniform_acct_policy.pdf

KNOXVILLE
PREPARATORY
SCHOOL

- make recommendations to the Board for action needed, based upon the monthly financial review.

All accounting practices will be in accordance with the Tennessee Internal School Uniform Accounting Policies and Governmental Accounting Standards Board Guidelines.

(f) *how the proposed school will provide an independent annual audit of school-level operations and comply with other federal or state accounting and/or reporting requirements;*

**Annual Independent Financial Audit**

The Finance Committee will implement and oversee Board approved procedures to select an independent auditor to conduct an annual audit of the school's financial records. The auditor will be a qualified certified public accounting firm. The audit will be conducted in accordance with applicable Generally Accepted Accounting Principles and provide reasonable assurance of the accuracy of Knox Prep's financial statements, including balance sheets, income and expense statements, cash flow statements, attendance and enrollment accounting practices, and cafeteria operations as well as reviewing internal controls. As specified by the Tennessee Comptroller of the Treasury, a separate contract will be solicited and awarded for the audit of student activity funds. To the extent required by federal law, the scope of the audit will be expanded to include any items or processes identified by the Office of Management and Budget in relationship to federal grants received and managed by Knox Prep.

Upon completion, the financial audit will be reviewed by the Finance Committee and Knox Prep leadership staff, and forwarded to the Governance Board for review and final approval. In the event of any findings of irregularity or substantive management letter comments, the Finance Committee will guide the staff leadership in the development of corrective actions, to be approved by the Governance Board. The implementation of the corrective action plan will be monitored by the Finance Committee.

The Knox Prep fiscal year runs from July 1 through June 30. The annual financial audit, along with administrative and programmatic audits will be completed within six months after the close of the fiscal year and forwarded to the Knox County Department of Education, the State Special Joint Oversight Committee on Education, the State Commissioner of Education, and the State Comptroller of the Treasury.

(g) *the different roles and responsibilities of the proposed school's administration and governing board for school finances;*

The PREP Public School's Board has the ultimate responsibility for the school's financial viability.

KNOXVILLE
PREPARATORY
SCHOOL

The financial management and oversight roles of the Board, Finance Committee, and school leadership are summarized in the chart below and represent the best practices of the division of responsibilities among these three entities.[2]

| Governance Board Role | Finance Committee Role | School Leadership Role |
|---|---|---|
| Review and approve financial policies. | Review and revise financial policies as necessary and make recommendations for Board approval. | Identify financial policy issues and recommend specific financial policies and procedures to the Finance Committee. |
| Approve an annual budget that supports the school's goals and Board policies. | Review and revise the budget as necessary and make recommendations to the Board. | Prepare and present the budget to the Finance committee with backup detail and assumptions. |
| Approve the format and frequency of financial reports. | Recommend format for financial and programmatic summary reports for Board approval. | Make recommendations for financial reports to the Board and assure that reports include data required by the charter contract. |
| Review and approve monthly financial statements. | Review monthly financial statements with school leader, business manager, and present to the Board for approval. | Monitor income and expenses on a daily basis. Prepare financial reports as related to the charter contract, annual budget, and projected activities. |
| **Governance Board Role** | **Finance Committee Role** | **School Leadership Role** |
| Ensure adequate financial controls are in place and that financial reports are in line with accounting principles and provisions of the charter contract. | Review accounting and control policies and make recommendations for changes and improvements. | Carry out financial policies and procedures established by the Board. Raise policy and procedural issues and provide information for standard policy decisions. |
| Approve selection of auditor. Review and formally approve the audited financial statements, management letter, and staff response. | Implement audit procedure and recommend firm for Board approval. Review audited financial statements, management letter, and staff responses with school | Provide required information and records to auditing firm. If necessary, respond to auditor's management letter and take corrective actions as directed by Board. |

[2] Adapted from the Boys and Girls Clubs of America's Governance Reference Guide, 1999.

KNOXVILLE
PREPARATORY
SCHOOL

| Governance Board Role | Finance Committee Role | School Leadership Role |
|---|---|---|
| Review and approve financial policies. | Review and revise financial policies as necessary and make recommendations for Board approval. | Identify financial policy issues and recommend specific financial policies and procedures to the Finance Committee. |
| Approve an annual budget that supports the school's goals and Board policies. | Review and revise the budget as necessary and make recommendations to the Board. | Prepare and present the budget to the Finance committee with backup detail and assumptions. |
| Approve the format and frequency of financial reports. | Recommend format for financial and programmatic summary reports for Board approval. | Make recommendations for financial reports to the Board and assure that reports include data required by the charter contract. |
| Review and approve monthly financial statements. | Review monthly financial statements with school leader, business manager, and present to the Board for approval. | Monitor income and expenses on a daily basis. Prepare financial reports as related to the charter contract, annual budget, and projected activities. |
| **Governance Board Role** | **Finance Committee Role** | **School Leadership Role** |
| Ensure adequate financial controls are in place and that financial reports are in line with accounting principles and provisions of the charter contract. | Review accounting and control policies and make recommendations for changes and improvements. | Carry out financial policies and procedures established by the Board. Raise policy and procedural issues and provide information for standard policy decisions. |
| | leadership and auditor. | |
| Approve investment policies and review them annually. | Make recommendations to Board for investment policies and regularly review all investments. | Provide reports, additional information, and financial analysis as needed or requested. |

## Internal Controls

In order to ensure the highest level of fiscal responsibility, the Finance Committee will actively monitor the establishment and maintenance of adequate internal control procedures. The internal control policies and procedures are intended to provide the school with a sound foundation to properly safeguard its assets, provide compliance with state and federal laws

KNOXVILLE
PREPARATORY
SCHOOL

and regulations, and produce timely and accurate financial information.

- ***Signature Authorities:*** To properly segregate duties, the Board Chair, the Treasurer of the Board, the Executive Director, and the Principal are the only individuals with signatory authority and are responsible for authorizing all cash transactions. Individual checks of a nonrecurring nature greater than $5,000 will require dual signatures prior to check issuance.
- ***Government Access to Records:*** School management will provide access to the school's records if requested by the Comptroller of the State of Tennessee and provide supporting records, as requested by government auditors, to facilitate the completion of such audits or reviews in a timely manner.
- ***Security of Financial Data:*** The school's accounting software will be safeguarded by proper password protections and authorizations to ensure that general and application controls to unauthorized data access are precluded. The system's accounting data will be backed up daily to ensure the recoverability of financial information in case of hardware failure. The backup will be properly secured and stored off-site. All other financial data, petty cash box, unused checks and unclaimed checks will be secured by the Director of Finance to prevent unauthorized access.
- ***Use of School Credit Cards:*** Knox Prep credit cards will only be issued with the formal approval of the Governance Board, based upon project justification. If issued, credit cards will be assigned to specific employees and used only for prior approved school-related expenditures. All charges must be supported by invoices or expense reports.
- ***Surety Bond:*** Any members of the Governance Board, employee, officer or other authorized person who receives funds, has access to funds, or has the authority to make expenditures from funds, will be bonded with a surety bond.

**Financial Management Policies**

- ***Basis of Accounting:*** Knox Prep will maintain its accounting records and related financial reports on the accrual basis of accounting.
- ***Cash Management:*** The school will maintain the following cash accounts at the designated financial institution: (1) Payroll and (2) Operating. A schedule of aged accounts and grants receivable is prepared monthly and reviewed by the Director of Finance for appropriate collection actions.
- ***Accounts Payable:*** Only valid accounts payable transactions based on documented vendor invoices, receiving reports, or other approved documentation are recorded as accounts payable. Vendors and suppliers are paid as their terms require.
- ***Accounts Receivable Aging Criteria:*** Outstanding accounts receivable are aged on a 30, 60, 90, and over-90 day basis.
- ***Budgets:*** Chattanooga Prep management prepares an annual operating budget of revenues and expenses, a cash flow projection and a capital budget. These budgets and projections are reviewed by the Finance Committee of the Board and then submitted to the

full Board for review and approval. Financial statements displaying budget vs. actual are prepared by the Director of Finance, reviewed by the Finance Committee and presented to the Governance Board at each monthly Board meeting.

- ***Consultants and Contractors:*** The use of all consultants and contract personnel must be supported by documents that include the details of all agreements (i.e. work requirements, rate of compensation, etc.) with the individuals or organizations providing the services. Invoices or billings submitted by consultants or contractors must include sufficient detail as to the time expended and the nature of the actual services performed. The use of consultants is closely monitored so as not to vary from the rules of the Internal Revenue Service Code.
- ***Financial Systems:*** Upon approval of the Knox Prep charter school application, the Finance Committee will work with school leadership to put in place the necessary automated systems for budget development and management, accounting, payroll, purchasing and procurement, cash management, donor management, and grant management and reporting.
- ***Record Retention and Disposal:*** Books, records, documents and other supporting evidence including paid, cancelled, or voided checks, accounts payable records, vendors' invoices, payroll sheets and registers of salaries and wages, tax withholding statements, employee timesheets and other public documents are retained for seven years. Audit reports, annual corporate reports, school charter, board minutes, tax and legal correspondence, insurance claims and policies, and retirement and pension fund records are retained permanently. In connection with the disposal of any records, a memorandum of record disposal listing the record or class of records to be disposed of is prepared by the Director of Finance and certified by the Board.
- ***Property Management:*** Knox Prep maintains detailed records of all property and equipment, with identification and segregation of property and equipment acquired through government contracts. All property and equipment is tagged upon receipt and assigned an identification number. The Director of Finance performs a physical inventory of all property in Knox Prep's possession or control on an annual basis. The physical inventory is reconciled to the detailed fixed asset ledger. No item of property or equipment shall be removed from the premises without prior approval from the Principal.

**Deposit & Investment of Idle Funds**

PREP Public Schools will establish comprehensive policies and procedures for the deposit and investment of idle funds. Policies and procedures will be fully compliant with federal, state, and local regulations.

**Travel Regulations**

The Governance Board will establish comprehensive travel regulations upon approval of the Knox Prep Charter Application.

(h) *if there is a plan to outsource any financial management areas such as payroll, benefits, audits, fundraising, accounting, etc., include a statement on how you will choose and oversee the contractors;*

**Outsourcing**

Knox Prep anticipates entering into a contractual agreement for annual audits, grant writing services, payroll, etc. Vendors will be selected based on a careful vetting process and approved by the Governance Board. The Finance Committee will review all contracted financial management service arrangements regularly to ensure fidelity and compliance.

(i) *the level of financial expertise of the proposed school's internal and external team members;*

**Financial Expertise**

The CEO Brad Scott, has extensive experience in managing school budgets. His experience in working with Chatt Prep and charter school operations will be integral to the school's capacity for success. Many of the PREP Public Schools board members have financial expertise including working with start-ups, investments, and venture capital / fund development. The Director of Finance working in conjunction with the Governance Board Treasurer and annual audit form will ensure robust financial oversight and fiscal responsibility. In addition the organization has hired experienced finance staff and consultants to assist with budgets and processing.

(j) *the proposed school's contingency plans to meet financial needs if anticipated revenues are not received or are lower than expected;*

**Contingency Plans**

PREP Public Schools has already secured 4.75 million in private funds to support Knox Prep during its start-up period. Numerous ongoing discussions as well as proposal development activities currently in progress will yield additional reserves to fund any contingency needs of the school in its start-up period. Based on the experience of the Chatt Prep the budget includes realistic funding for students with disabilities. These assumptions are aligned with Chatt Prep's actual experiences in serving a similar student demographic.

(k) *the Year 1 cash flow contingency, in the event that revenue projections are not met in advance of opening; and*

KNOXVILLE
PREPARATORY
SCHOOL

*The projections have already been secured, but any loss of revenue will be compensated by the fundraising entity..*

*(l)) how one or more high-needs students with disabilities might affect the budget and your plan to meet student needs that might be more than anticipated.*

Knox Prep is committed to serving all students. In the case one or more high-needs students with disabilities enrolls, appropriate board, network and school leadership team members will review and revise the budget to address the needs while protecting mission-aligned priorities. As stated in section 3.3, Knox Prep is supported by generous supporters, proving us with flexibility to effectively meet our young men's needs.

# KNOXVILLE PREPARATORY SCHOOL

**Attachment P: Network Financial Plan**

| Home Office | FY23-24 | FY24-25 | FY25-26 | FY26-27 | FY27-28 | FY28-29 | FY29-30 | FY30-31 |
|---|---|---|---|---|---|---|---|---|
| **Total Enrollment** | **539** | **737** | **859** | **978** | **1,311** | **1,616** | **1,914** | **2,217** |
| CMO Surplus/(Deficit) | $ - | $ 480,242 | $ 529,433 | $ 180,268 | $ 613,991 | $ 576,832 | $ 231,502 | $ 135,165 |
| Consolidated Surplus/(Deficit) | **$ 201,456** | **$ 785,131** | **$ 1,029,406** | **$ 142,614** | **$ 1,165,125** | **$ 1,437,548** | **$ 1,535,864** | **$ 1,773,907** |
| Margin | 0.0% | 22.1% | 22.7% | 7.1% | 19.0% | 15.6% | 5.4% | 2.8% |
| Total Revenue Per Student | $ - | $ 2,947 | $ 2,716 | $ 2,606 | $ 2,469 | $ 2,283 | $ 2,223 | $ 2,187 |
| **Enrollment** | | | | | | | | |
| 6 | 102 | 207 | 207 | 207 | 417 | 420 | 420 | 420 |
| 7 | 100 | 100 | 202 | 202 | 202 | 406 | 409 | 409 |
| 8 | 100 | 98 | 98 | 197 | 197 | 197 | 395 | 398 |
| 9 | 82 | 104 | 102 | 102 | 205 | 205 | 205 | 411 |
| 10 | 79 | 79 | 101 | 99 | 99 | 199 | 199 | 199 |
| 11 | 76 | 76 | 76 | 98 | 96 | 96 | 193 | 193 |
| 12 | - | 73 | 73 | 73 | 95 | 93 | 93 | 187 |
| **Enrollment Total** | **539** | **737** | **859** | **978** | **1,311** | **1,616** | **1,914** | **2,217** |
| **FTE Summary** | | | | | | | | |
| Central - Exec | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 2.0 | 2.0 |
| Cental - Academic | 0.0 | 3.0 | 3.0 | 5.0 | 5.0 | 6.0 | 8.0 | 9.0 |
| Central - Ops | 0.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 |
| Central - Admin | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 2.0 | 2.0 | 3.0 |
| Central - Finance | 0.0 | 1.0 | 1.0 | 2.0 | 2.0 | 2.0 | 2.0 | 3.0 |
| Central - Other Directors | 0.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 3.0 | 3.0 |
| **Total FTE** | 0.0 | **10.0** | **10.0** | **13.0** | **13.0** | **15.0** | **19.0** | **22.0** |
| **Student: Staff Ratios** | | | | | | | | |
| *Students : Central - Exec* | 0.0 | 737.0 | 859.0 | 978.0 | 1,311.0 | 1,616.0 | 957.0 | 1,108.5 |
| *Students : Cental - Academic* | 0.0 | 245.5 | 286.5 | 195.5 | 262.0 | 269.5 | 239.5 | 246.5 |
| *Students : Central - Ops* | 0.0 | 368.5 | 429.5 | 489.0 | 655.5 | 808.0 | 957.0 | 1,108.5 |
| *Students : Central - Admin* | 0.0 | 737.0 | 859.0 | 978.0 | 1,311.0 | 808.0 | 957.0 | 739.0 |
| *Students : Central - Finance* | 0.0 | 737.0 | 859.0 | 489.0 | 655.5 | 808.0 | 957.0 | 739.0 |
| *Students : Central - Other Directors* | 0.0 | 368.5 | 429.5 | 489.0 | 655.5 | 808.0 | 638.0 | 739.0 |
| ***Student: Total Staff*** | ***0.0x*** | ***73.7x*** | ***85.9x*** | ***75.2x*** | ***100.8x*** | ***107.7x*** | ***100.7x*** | ***100.8x*** |
| ***Revenue*** | | | | | | | | |
| 44900 Contributions & Gifts | $ - | $ 1,000,000 | $ 1,000,000 | $ 1,000,000 | $ 1,000,000 | $ 1,000,000 | $ 1,000,000 | $ 1,000,000 |
| Home Office Contribution - Chatt Prep | n/a | $ 952,664 | $ 1,008,728 | $ 1,067,000 | $ 1,127,555 | $ 1,157,022 | $ 1,190,818 | $ 1,225,579 |
| Home Office Contribution - Knoxx Prep Boys | n/a | $ 219,566 | $ 324,405 | $ 481,240 | $ 647,255 | $ 837,073 | $ 1,030,638 | $ 1,227,885 |
| Home Office Contribution - Knoxx Prep Girls | n/a | $ - | $ - | $ - | $ 231,066 | $ 347,811 | $ 516,705 | $ 697,023 |
| Home Office Contribution - Chatt Prep II | n/a | $ - | $ - | $ - | $ 231,066 | $ 347,811 | $ 516,705 | $ 697,023 |
| **Total Revenue** | **$ -** | **$ 2,172,230** | **$ 2,333,133** | **$ 2,548,240** | **$ 3,236,943** | **$ 3,689,718** | **$ 4,254,866** | **$ 4,847,510** |



App.0997

KCBOE10216

| Home Office | FY23-24 | FY24-25 | FY25-26 | FY26-27 | FY27-28 | FY28-29 | FY29-30 | FY30-31 |
|---|---|---|---|---|---|---|---|---|
| **Total Enrollment** | **539** | **737** | **859** | **978** | **1,311** | **1,616** | **1,914** | **2,217** |
| CMO Surplus/(Deficit) | $ - | $ 480,242 | $ 529,433 | $ 180,268 | $ 613,991 | $ 576,832 | $ 231,502 | $ 135,165 |
| Consolidated Surplus/(Deficit) | $ **201,456** | $ **785,131** | $ **1,029,406** | $ **142,614** | $ **1,165,125** | $ **1,437,548** | $ **1,535,864** | $ **1,773,907** |
| Margin | 0.0% | 22.1% | 22.7% | 7.1% | 19.0% | 15.6% | 5.4% | 2.8% |
| Total Revenue Per Student | $ - | $ 2,947 | $ 2,716 | $ 2,606 | $ 2,469 | $ 2,283 | $ 2,223 | $ 2,187 |
| *Philanthropy as % of consolidated revenue* | | | *7%* | *6%* | *4%* | *4%* | *3%* | *3%* |
| ***Expenses*** | | | | | | | | |
| **Salaries & Wages** | **$ -** | **$ 939,437** | **$ 967,142** | **$ 1,334,300** | **$ 1,372,838** | **$ 1,582,478** | **$ 2,121,150** | **$ 2,468,079** |
| Central - Exec | $ - | $ 133,900 | $ 137,917 | $ 142,055 | $ 146,316 | $ 150,706 | $ 310,454 | $ 319,767 |
| Cental - Academic | $ - | $ 309,000 | $ 318,270 | $ 546,364 | $ 562,754 | $ 695,564 | $ 955,242 | $ 1,106,886 |
| Central - Ops | $ - | $ 206,000 | $ 212,180 | $ 218,545 | $ 225,102 | $ 231,855 | $ 238,810 | $ 245,975 |
| Central - Admin | $ - | $ 41,200 | $ 42,436 | $ 43,709 | $ 45,020 | $ 92,742 | $ 95,524 | $ 147,585 |
| Central - Finance | $ - | $ 66,893 | $ 69,569 | $ 180,929 | $ 186,357 | $ 191,948 | $ 197,706 | $ 305,456 |
| Central - Other Directors | $ - | $ 144,200 | $ 148,526 | $ 152,982 | $ 157,571 | $ 162,298 | $ 250,751 | $ 258,274 |
| Tutors/After-School | $ - | $ 21,370 | $ 21,370 | $ 27,781 | $ 27,781 | $ 32,055 | $ 40,603 | $ 47,014 |
| Stipends | $ - | $ 7,989 | $ 7,989 | $ 10,385 | $ 10,385 | $ 11,983 | $ 15,178 | $ 17,575 |
| Bonuses/Supply Stipend | $ - | $ 8,885 | $ 8,885 | $ 11,551 | $ 11,551 | $ 13,328 | $ 16,882 | $ 19,547 |
| **Employee Benefits** | | | | | | | | |
| 51200 Employee Benefits | $ - | $ 163,672 | $ 166,945 | $ 221,370 | $ 225,797 | $ 265,746 | $ 343,343 | $ 405,507 |
| 51300 Payroll Taxes | $ - | $ 71,867 | $ 73,986 | $ 102,074 | $ 105,022 | $ 121,060 | $ 162,268 | $ 188,808 |
| **Total Employee Benefits** | **$ -** | **$ 235,539** | **$ 240,932** | **$ 323,443** | **$ 330,819** | **$ 386,805** | **$ 505,611** | **$ 594,315** |
| **Non-Personnel Expenses** | | | | | | | | |
| Recurring Public Revenue | $ - | $ 406,396 | $ 483,143 | $ 561,076 | $ 767,159 | $ 964,549 | $ 1,165,266 | $ 1,376,730 |
| 54000 Supplies & Materials | $ - | $ 53,506 | $ 54,576 | $ 72,368 | $ 73,816 | $ 86,875 | $ 112,243 | $ 132,565 |
| 55000 Insurance | $ - | $ 14,622 | $ 14,570 | $ 19,320 | $ 19,707 | $ 23,193 | $ 29,966 | $ 35,391 |
| 57000 Equipment | $ - | $ 9,247 | $ 9,432 | $ 12,507 | $ 12,757 | $ 15,014 | $ 19,398 | $ 22,910 |
| 59000 Dues, License, Fees, Misc | $ - | $ 30,162 | $ 30,765 | $ 40,795 | $ 41,611 | $ 48,972 | $ 63,272 | $ 74,728 |
| 53100 Travel | $ - | $ 3,079 | $ 3,140 | $ 4,164 | $ 4,247 | $ 4,999 | $ 6,458 | $ 7,628 |
| **Total Non-Personnel Expenses** | **$ -** | **$ 517,012** | **$ 595,627** | **$ 710,229** | **$ 919,296** | **$ 1,143,602** | **$ 1,396,603** | **$ 1,649,952** |
| **Total Epenses** | **$ -** | **$ 1,691,988** | **$ 1,803,700** | **$ 2,367,973** | **$ 2,622,952** | **$ 3,112,886** | **$ 4,023,364** | **$ 4,712,345** |
| **Accrual Net Income / (Loss)** | **$ -** | **$ 480,242** | **$ 529,433** | **$ 180,268** | **$ 613,991** | **$ 576,832** | **$ 231,502** | **$ 135,165** |

App.0998

KCBOE10217

# KNOXVILLE PREPARATORY SCHOOL

## Attachment Q: Student Achievement / Growth Results

## ACADEMIC ANALYSIS

**High Level Summary:**

Chattanooga Prep (Chatt Prep) serves an all-boys student population with 80% students who qualify for free or reduced price lunch and 96% students of color (including 60% Black students and 33% Latino students). In 2021-2022, students at Chatt Prep experienced very strong student growth, both on Tennessee's state test and on the NWEA-MAP exam. Chatt Prep received the highest score (5, on a 1-5 scale) on the state's school composite growth measure (TVAAS), and Chatt Prep boys are now performing at a higher level than the portfolio's median on an absolute basis in math on the NWEA MAP exam.

Chatt Prep has the highest proficiency levels of the 10 middle schools educating more than 90% students of color in Hamilton County (Chattanooga) and students are performing close to or on par with other CSGF portfolio schools educating a similar student population in Tennessee. While Chatt Prep's absolute performance is not yet exceeding the district or state average, our hope is Chatt Prep can capitalize on the momentum they have built this past year to continue to drive absolute proficiency levels and set their young men up for continued growth and success.

*Note: We have limited meaningful student outcome data for Chatt Prep; the school was founded in 2018-19, prior to the current school leader and CEO joining, and then the pandemic resulted in no state test in the spring of 2020. Therefore, during diligence this past year, we spent more time diving into Chatt Prep's academic and school model, including reviewing videotape of classes, data reviews, and curriculum reviews.*

*Please also note that the state reported %ED for Chatt Prep was incorrectly reported for 2021 so we are unable to pull valid student proficiency data for ED students on the state test.*

**Absolute Achievement:**

Absolute Proficiency on TNReady - Year over Year

The pandemic had a significant impact on the proficiency rates of students of color in Hamilton County. Chatt Prep made more growth (+12 math, +10 ELA) than Hamilton Co. students of color (+2 math; +3 ELA). Black/Hispanic/Native (BHN) students at Chatt Prep and in the county are still underperforming the county average for all students. Chatt Prep students are experiencing faster growth emerging from the pandemic than students of color in Hamilton County Schools.






Absolute Proficiency on TNReady across Hamilton County Middle Schools for Black/Hispanic/Native students

Students at Chatt Prep are performing at higher rates on the TN state test than other middle schools in Chattanooga serving more than 90% students of color. The adjoining girls charter school, CGLA, is on par.




Black/Hispanic/Native students' Absolute Proficiency on TNReady for Chatt Prep vs. County vs. TN

In ELA, Chatt Prep's proficiency for Black/Hispanic/Native (BHN) students is higher than Hamilton County's BHN proficiency (with charters excluded) but below TN state's BHN proficiency. In math, Chatt Prep's proficiency for BHN students is higher than both Hamilton County's and TN state's BHN proficiency.




**TN Ready Proficiency Rates, Grades 3-8, in Comparable CSGF Portfolio Schools Serving 90%+ Students of Color**

Chatt Prep is performing nearly as well as high-performing Nashville charter schools that serve similar student populations.







**Growth Achievement:**

TVAAS Growth Metric - Chatt Prep vs. Hamilton County vs. Surrounding Schools Serving >90% Students of Color

Chatt Prep received the highest score (5, on a 1-5 scale) on the state's school composite growth measure (TVAAS). Hamilton County (the district where they are located) received a 1 composite growth score. Compared to other surrounding schools that serve more than 90% students of color, Chatt Prep and the adjoining girls school, Chattanooga Girls Leadership Academy (SEED school), have the highest growth composite and subject scores.

| School Name | Overall Composite | Literacy Composite | Numeracy Composite | Literacy and Numeracy Composite | Science Composite | Social Studies Composite |
|---|---|---|---|---|---|---|
| Hamilton County (district) | 1 | 1 | 1 | 1 | 1 | 4 |
| Chatt Prep | 5 | 5 | 3 | 4 | 3 | 5 |
| Brown Middle School | 3 | 3 | 3 | 3 | 3 | 4 |
| Chattanooga Charter School of Excellence Middle | 1 | 2 | 1 | 1 | 2 | 2 |
| Chattanooga Girls Leadership Academy | 5 | 3 | 5 | 5 | 3 | 3 |
| Dalewood Middle School | 1 | 2 | 5 | 3 | 1 | 1 |
| East Lake Academy Of Fine Arts | 2 | 2 | 3 | 3 | 1 | n/a |
| Howard Connect Academy | 1 | 1 | 1 | 1 | 1 | 1 |
| Orchard Knob Middle | 1 | 2 | 1 | 1 | 2 | n/a |
| Tyner Middle Academy | 1 | 1 | 3 | 1 | 1 | 5 |

## Growth and Absolute Achievement: NWEA MAP Exam

Absolute performance on NWEA MAP, fall 2019 to spring 2022.

Chattanooga Prep students have shown strong growth over time and within the 2021-22 school year on the NWEA MAP exam. In math, Chatt Prep students improved by 17 points from SY19 to SY21 and are now outperforming the CSGF portfolio. In reading, Chatt Prep students improved by 19 points since SY19 but are still underperforming the CSGF portfolio average.




Absolute performance on NWEA MAP, fall 2019 to spring 2022 - Black and Latinx Males

The absolute performance of Latino and Black male students at Chatt Prep has increased significantly in math; they now outperform the CSGF portfolio average. In ELA, Chatt Prep's Black and Latino students are performing on par with CSGF portfolio students. Chatt Prep's Black and Latino students also made strong improvements in ELA. The gap between Black and Latino students at Chatt Prep is smaller in ELA than in math.












NWEA MAP - Median Conditional Growth Percentile (CGP) - Winter to Spring 2022

Chatt Prep did not administer the MAP test in Fall 2021 so all growth comparisons are winter to spring only. In math, Chatt Prep made more within year growth than the portfolio and TN portfolio schools. In reading, Chatt Prep students had more growth than TN portfolio schools but trailed behind the whole portfolio.




Black and Latinx Males - NWEA MAP - Median Conditional Growth Percentile (CGP) - Winter to Spring 2022

In math, Chatt Prep's Black and Latinx males showed more within year growth than Black and Latinx males across the portfolio in 2021-22. In reading, Chatt Prep's Black males grew at a similar rate to their peers across the CSGF portfolio; their Latinx males grew at a slightly lower rate.







**About the Data:**

The Tennessee Comprehensive Assessment Program (test is called TNReady) is designed to measure student achievement in English Language Arts (ELA), Mathematics, Science, and social studies. Students in grades 3–8 will take assessments in math, English language arts (ELA), social studies, and science. The TNReady is broken into 4 Achievement Levels: Exceeding Expectations, Met Expectations, Approaching Expectations, and Below Expectations. Proficiency in this Diligence report is defined by the percentage of students who scored in the levels Met Expectations and Exceeded Expectations. For our analysis, TNReady data was reported at the school level with grade level, student race, and ethnicity, as well as student populations of interest (such as economically disadvantaged, English language learners, and students with disabilities). TNReady does not report school level data by gender.

The Tennessee Value-Added Assessment System (TVAAS) measures student growth year over year, regardless of whether the student is proficient on the state assessment. In calculating a TVAAS score, a student's performance is compared relative to the performance of his or her peers who have performed similarly on past assessments.



# CHATTANOOGA PREPARATORY SCHOOL

# IMPACT REPORT

2018-2020

App.1006

KCBOE10225






App.1007

KCBOE10226



# FROM OUR FOUNDERS

## INVEST IN EDUCATION

As we sit in our home with our children and digest 2020 and all it has brought, we remember those that are facing unemployment, time of uncertainty, losing loved ones in this pandemic, and the inequities that for too long have been covered up and ignored. We strongly hope this letter finds you well and healthy because we know each of you are battling your own version of 2020. Now more than ever, we know one thing is for certain, education is the root that can make or break a community. Chattanooga Prep continues to be the best investment we have ever made in this community, in our children, and in our own lives.

Our teachers and staff are preparing for a new year in the midst of trial, but no matter what the year brings, our students will learn. The safety of our students and staff is number one.

We continue to work on ourselves and our community to build generations of students that thrive on diversity and inclusion.

It is because of donors and supporters like you that the Chattanooga Prep dream has come to fruition. And it is because of the future donors and supporters that it will continue to build on its legacy – a legacy rooted in inclusion, diversity, and integrity.

Join us. Be a part of our family. And give to Chattanooga Prep today.

We are so grateful for your steadfast and faithful support.

**TED AND KELLY ALLING**
Co-founders of Chattanooga Preparatory School

# SENTINEL SUMMARY

## DO MORE. ACHIEVE MORE.

Chattanooga Preparatory School is an all-boys public charter school located in Chattanooga, Tennessee. We believe that our students have gifts and talents that have been underserved and the families and young men of Chattanooga deserve greater opportunity and choice. In August 2019, Chattanooga Prep launched its second school year with 142 young men in grades 6 and 7, and we will continue to add a grade each year until we reach full enrollment of 500 students in grades 6-12.

### MISSION

Chattanooga Prep engages young men in a rigorous, yet supportive, learning environment that nurtures resilience, promotes academic excellence, inspires leadership, and prepares critical thinkers.

### VISION

To inspire and empower young men to achieve academically and participate in a collaborative learning community that will establish a trajectory for lifelong learning and success.

### PURPOSE

The purpose of Chattanooga Prep is to change the lives of young men who potentially face multiple challenges through the attainment of academic success.

App.1010



**98%**

**RATE OF ATTENDANCE 2019-2020**

**80%**

**LOW INCOME FAMILIES**

**100%**

**STUDENTS THAT TOOK PRACTICE ACT**

## STUDENT DEMOGRAPHICS

| | % |
|---|---|
| African American/ Black | 61.43 |
| Hispanic | 30.71 |
| Caucasian/White | 6.43 |
| Two or more races | 1.43 |

**57 MIL**

**WORDS READ**

With a constant push for improved literacy, our students have developed a love for reading. During the 19-20 school year, they read a combined total of 57 million words.

**16 : 1**

**STUDENT TO TEACHER RATIO**

We attribute much of our success to the relationships our teachers are able to build with each student. These relationships allow us to meet each student where they are.

**3**

**ATHLETIC PROGRAMS**

We currently offer JV and Varsity basketball, soccer, and cross country. We will begin a football program Fall 2020.







KCBOE10229


of 377

App.1012



# 33X

In Hamilton County, TN, African-American and Hispanic students are 33 times more likely to attend one of the lowest performing schools in TN than their Caucasian counterparts.



# 38%

Only 38% of Hamilton County residents have some form of post-secondary credential and only 33% of students in public schools are on track to obtain this level of education.

# OUR OPPORTUNITY

## BUILDING A BETTER COMMUNITY

Chattanooga is a city with a boundless capacity for innovation, transformation, and economic prosperity. Unfortunately, these opportunities are not accessible for all members of our community, especially young men in urban core neighborhoods who are disproportionately impacted by poverty and educational inequity. It is our sincere belief that our students have gifts and talents that have been underserved in education. The families and young men of Chattanooga deserve greater opportunity and choice. Our aim is to build the men of tomorrow in the hopes that their success will create generational change seen in the communities from which they come.

Following the completion of our second academic year, it is evident that our students and school have been embraced by the community. We have seen students not only grow academically, but also improve social-emotional intelligence. From a qualitative perspective, we can conclude that this combined growth has led to students becoming budding leaders throughout the school and in the community. From speaking with parents, coaches, and community members, we can tell that our Sentinels are beginning to set examples for others to follow. And while we know there is still much work to be done, we are confident that we are headed in the proper direction.



KCBOE10231

App.1013

# THE CHALLENGES OF 2020

## DISRUPTING THE SYSTEM. DEMANDING CHANGE.

Just as with many similar events, the actions involving George Floyd's death are inexcusable. As we are reminded of the work that still needs to be done in our community and our justice system, Chattanooga Prep strives to educate our students so that they are not complicit in times like these - but empowered to enact change.

Chattanooga Prep was founded with a mission to nurture reslience, inspire leadership, and prepare critical thinkers. We find ourselves more focused and determined to commit to teaching in a way that totally disrupts and dismantles the system of oppression while upholding our founding principles.

While our hearts are hurting, the words of James Baldwin remain true: "Not everything that is faced can be changed, but nothing can be changed until it is faced." Today we face all that needs to be changed with love and our students at the forefront of our thoughts.

Moving forward, Chattanooga Prep will provide our students with a safe space for conversations as well as a renewed energy to do our part in empowering students to become the voice of their generation.

## PROACTIVE DURING A PANDEMIC

As the COVID-19 pandemic began its disruption of public health, household incomes, and education in the US, Chattanooga Prep quickly reacted. We distributed chromebooks, ensured families had internet access, and provided access to food and other necessary items. The outpouring support from our community, supporters, and volunteers during this time of crisis was heartwarming. Because of them and our dedicated staff members, we were able to create some form of normalcy for our families by removing barriers to education and basic household needs.



SPEAK LIKE A KING

## CHATTANOOGA YOUTH MARCH

Chattanooga Prep students participated in the Chattanooga Youth March – a peaceful protest that provided the area's youth with a platform to speak up against police brutality and other systematic issues plaguing their communities.





## FAMILY FOOD DISTRIBUTION

As a result of generous donors, our staff was able to coordinate food delivery and food pick up programs for economically families in need during the early stages of the pandemic.

## SPRINTING TO THE RESCUE

Local footballers from the Chattanooga Football Club joined our team to help sort, pack, and deliver meals to students during the COVID-19 pandemic. These local celebrities brought smiles to the faces of their fans each trip.



## MORE THAN JUST A TEACHER

Chattanooga Prep would not have seen the level of academic success it has if it weren't for the team of innovative, caring, and energetic educators that lead our classrooms. In addition to engaging students with exciting and interactive lessons, they also ensure each student is learning through differentiated instruction.

Outside of the classroom, each Chattanooga Prep teacher is a leader and role model. They coach athletics, lead student clubs, teach life skills, build solar-powered cars and more. These multiple points of interaction allow for the creation of strong relationships with their students.

# POWERFUL TEACHING. POWERFUL LEARNING.



# BRAD SCOTT
## HEAD OF SCHOOL

Congratulations to our entire school community on a successful school year! Chattanooga Preparatory continues to lead in college-preparatory education for young men in our community. In 2025 our first graduating class will be entering into college prepared with advanced leadership and academic skills to help ensure their future successes. The growth mindset established in our school community has helped us face challenges and ensured our mission continued stronger than ever throughout the 2019-2020 school year. Academic rigor and empowering the leaders of tomorrow will continue to build our school community as we strive to prepare our Prepsters for college and beyond.



# DIAMOND KELLEY
## PRINCIPAL

When asked what draws me to Chattanooga Prep each day, my response is the mission. Everyday, I have the pleasure of working with mission minded individuals. We all strive to bridge the achievement gap for the 140 unique and talented personalities entrusted to us daily. We expose students to a wide range of multifaceted people and places. We give them a safe space to build relationships and synthesize new learning, because of the flexibility for creating and following a mission- driven curriculum. I know that these young men will create the future narrative for the city of Chattanooga.







## FACULTY

Julien Amorelli | History
Katherine Archambeault | Librarian
E. Joe Banks | Dean of Students
Felix Beasley | Science
Molly Brown | Exceptional Education
Christoffer Collins | Physical Education
Michelle Hassler | Literacy Coach
Jennifer Huskins Ed.D | Guided Reading
Megan Leonard | Science
Virginia Mackey | English Language Acquisition
Bryan Mann | Math
Megan Miklusicak | Guided Reading
Carissa Parker | English Language Acquisition
Matthew Rogers | History
Tiffany Williams | Guided Math
Emma Wright | ESOL

## STAFF

Emily Aikins, LMFT | Counseling Coordinator
Montrell Besley | Dir. of Community Engagement
Kelsey Cannon | Staff Accountant
Ingrid Martinez | Administrative Assistant
Angel McGee-Ulmer | Human Resources Specialist
Micah Reed | Operations Coordinator
Colten Romans | Information Technology Specialist
Kate Thompson | Volunteer Coordinator
Elizabeth Williams | Director of Development



# ACADEMIC SUCCESS

## COLLEGE BOUND

Our students have shown academic improvement from the 2018-19 school year to now. Following each in-house comprehensive assesment we administer, we see more and more students scoring higher and demontrating mastery. Their success on these benchmark assessments shows that our students are on pace to score well on state administered standardized testing. This is a testiment to the rigorous teaching that occurs each day.

Beyond state assessments, we administer ACT testing for all students. While we know they are only in middle school, we want to push our students to become acquainted with college preparatory testing early. This builds our college-bound culture in addition to teaching resolve, persistence and discipline.

## GRIT SPEAKER SERIES

We recognize that if we are really looking to create strong leaders, we must provide additional opportunities for inspiration and insight. For this reason, we created the GRIT Speaker Series. This series brings in leaders, innovators and change-makers to speak to our students and motivate them to become the best versions of themselves.








## +57 MILLION WORDS READ BY STUDENTS IN 19-20 ACADEMIC YEAR

Reading is a culture at Chattanooga Prep! To boost literacy, the school created the Royal Readers program which celebrates reading milestones for individual students. During the 19-20 academic year, 30% of our students read more than 2 million words, and our top reader for the year read 5,033,460 words.



## STEM FOCUSED PROGRAMMING FOR STUDENT SUCCESS

Chattanooga Prep believes in the power of STEM education. The incorporation of science, technology, engineering, and math in our curriculum promotes crtical thinking and improves a student's ability to solve problems creatively. Outside of the traditional math and science classes, Chattanooga Prep offers programs in electric car building, coding, and a new rocketry program launching in 2020-2021!



# AFTERSCHOOL ENGAGEMENT

Statistics have shown that a student's participation in afterschool activities significantly improves their academic success. For this reason, Chattanooga Prep offers a robust afterschool program that provides opportunities for involvement beyond the normal school day. 57% of our students regularly participate in our program which includes tutoring, homework help, chess, art, guitar, choir, book club, athletics and more.










# CHESS MASTERS

Since Chattanooga Prep opened its doors, our founders knew that having a competitive chess program would have a profound impact on students. Our program has evolved from having first time players to hosting our own local tournaments and sending several successful competitors to state competitions.

Chess has become so popular that it is looked at as a sanctioned athletic team by our school community. Our competitors don their chess apparel with pride and are celebrated because of their competitive intellect.



1. Soccer | We completed our first full season of competitive middle school soccer as a part of the Hamilton County Athletic Association.

2. Art Club | Students participated in an afterschool art program as they prepared to reveal their creations during our annual Speak Like a King event in honor of MLK Day.

3. Green Car Club | Sponsored by corporate and non-profit partners, students and mentors teamed up to build an electric car to race in a local competition.

# REAL RELATIONSHIPS.
## IMPACTFUL OUTCOMES.

### A COMMITMENT TO CHATTANOOGA

When a mentor signs up to become part of our program at Chattanooga Prep, they are committing to more than providing guidance, leadership, and insight for our students. They commit to transforming Chattanooga's youth and thus the future for our city.

We ask our mentors for an initial three-year commitment, which can turn into a relationship that lasts a lifetime. As of July 2020, we have over 170 diverse mentors who have committed to serving our prepsters. These mentors are sources of strength, guidance, and links to resources that would otherwise be unavailable to many of our students. The mentoring program is one of the keys to achieving the audacious expectations that have been set for our students: fulfilling their promise and leading them to college graduation and beyond.

# DAVID NICHOLS

## MENTOR TO [redacted]

"Making a commitment to mentor [redacted] was no different than making a commitment to my own children. I see them in him. Whether it's parenting or mentoring, it's not a chore. It is a privilege. Any of us would sacrifice for our own. It's critical that we do the same for others. Our children are the future in a world that needs love and compassion more than ever. To feel like I can be a part of that legacy means more to me than anything else.

The pandemic has been a challenge. We have maintained contact through curbside visits and some FaceTiming, but we have definitely missed our time together. The distance has really shown just how strong our relationship has become."



Mentor Ken Jones & Mentee

# BRENDON WILSON

## MENTOR TO THE [redacted]

"Mentoring has been a great experience. As a father to a [redacted] I have involved them in the process. It has been so nice to see how everyone interacts. When we get together, we usually hang out and just have a great time. [redacted] are such little gentlemen. They treat my kids as if they are sisters and vice versa.

The afterhours events like game nights that the school puts on are a great idea. Those are a lot of fun. The most memorable time so far was our night at the aquarium together! We all enjoyed working together as a team to find all of the items during the scavenger hunt.

Overall, I am so glad I chose to mentor. It's taught me things about myself. It has also presented several teaching opportunities that have taught lessons to them and my kids. This program is a terrific idea and I am thankful to be involved."



Mentor Armando & Mentee

# YOU CAN TRANSFORM LIVES.

**BE OUR PARTNER. SECURE THEIR FUTURE.**

We believe education has the power to transform lives. Our school doors are open thanks to the generosity of people who fully believe in the transformative power of education to create a brighter future for our students, their families, and the city of Chattanooga. Destiny is calling for our boys. And as we add more students each year who share our values and aspirations, we need your help to continue to provide access to a world-class public education, regardless of background or zip code. Will you become a Chattanooga Prep donor, and partner with us to inspire a new generation of young men to be leaders?




ATHLETIC UNIFORMS

## CLASSROOM LIBRARIES

Our students have developed a love for reading. Keeping our classroom libraries stocked with new, diverse and challenging books is a responsibility we embrace.






## OPERATIONAL SUPPORT

We would not have a school if it wasn't for our ability to provide a building, utilities, safety equipment or any of the most basic needs many take for granted.

## SCHOOL UNIFORMS

There should not be any barriers that provide a roadblock to a great education; uniforms being one. When our students wear their shirt and tie along side their peers, they do so with pride and excitement.





# WHY WE GIVE.

"Hannon and I were there when Ted and Kelly Alling decided to start Chatt Prep— ok, maybe we weren't there for the lightbulb moment, but I assure you we heard about it within 24 hours! We knew this school would be special, and have seen their vision manifest into the remarkable change agent for education that it is today. [redacted] my mentee has become a dear friend and is an enormous blessing for our family. Watching him grow up in the Chatt Prep environment has given us so much joy, and we can't imagine a better place to prepare him for college."

Cam & Hannon Doody

# OUR WORLD. OUR FUTURE.

## BUILDING A BETTER COMMUNITY

The 2020-2021 school year will be full of challenges and opportunities. While we don't know exactly what it will look like, we stay committed to our values and mission. As a school, we will be onboarding a new class of incoming 6th grade students and their initial experience will certainly be different than our previous classes. But we are here to ensure we provide the same energy, innovation, and attention to detail for this group of students just as we have for our rising 7th and 8th grade students during their first years as Sentinels.

As we increase our student population to more than 210 for the upcoming school year, one thing is certain: Chattanooga Prep will be ready. Ready to teach virtually, operate hybrid classrooms, and continue to teach leadership skills that will be essential in our current social climate.

### TECHNOLOGY

We will harness technology such as 1 to 1 device distribution to ensure all students have the tools necessary to continue learning while minimizing contact with others not in their households.

### INSTRUCTION

Our teachers will make use of innovative and appropriate instructional methods such as live virtual teaching to encourage student engagement and maximize academic outcomes.

### RESOURCES

Support staff will work to eliminate barriers to instruction by ensuring each family has internet access. They will also continue the coordination of food and resource deliveries/pick-up.


STATE
LEVEL 5 SCHOOL
2018-2019
This school earned
the TOP rating
for student academic
growth.
Hamilton County

## PHYSICAL ADDRESS
1849 Union Avenue
Chattanooga, TN 37404

## MAILING ADDRESS
PO Box 3809
Chattanooga, TN 37404

## TELEPHONE
423.602.7737

## EMAIL
info@chattanoogaprep.com

## WEBSITE
chattanoogaprep.com

## SOCIAL MEDIA
Instagram | @chattanoogaprep
Facebook | @chattprep
Twitter | @prepchattanooga



## BOARD MEMBERS
Ted Alling | Chair
Kelly Alling | Vice Chair
David Caines | Treasurer
Edna Varner, EdD | Secretary
Ashley Atkins
Wonjen Bagley, LMSW
Moise Baptiste, PhD
David Bhattacharya, MD
Ward Davenport
Shewanee Howard-Baptiste, PhD
Natalie Jackson, MEd
Susan Maclellan
Joe Martin, EdD
Daniel Pack, PhD
David Rice, MD
Armando Rodriguez
Aaron Webb, JD
Sue Anne Wells, PhD


IMPACT REPORT
2020 - 2021
CHATT PREP
SENTINELS
CHATTANOOGA
PREPARATORY
SCHOOL

App.1031



Chief Executive Officer

# BRAD SCOTT

As we share our Impact Report for the 2020-2021 school year, I would like to personally thank you for your support and generosity during a very challenging school year. The last year has been the most unusual in Chattanooga Preparatory School history. From a global pandemic to navigating virtual learning to bringing students and staff back to campus, the period since March 2020 has been one for the record books.

COVID-19 has exposed glaring challenges and inequities that students everywhere face. In the community that our school serves, many families have relied on access to our free meal bundles to feed their children. To keep children connected during virtual learning, particularly in our highest poverty areas, our operations team distributed devices and ensure wi-fi connectivity.

Through it all, our Team & Family have gone above and beyond to provide our Prepsters and their families with the tools and resources needed to thrive and succeed.

After an unprecedented year that has greatly impacted each of us and changed how we live, work, and learn, I am immensely thankful for the extraordinary work of our organization and the remarkable ways we have collectively overcome every challenge to ensure our Prepsters continued to learn and grow.

While the pandemic was a challenge for schools across the United States, I am confident that Chattanooga Prep is ready to welcome all scholars back to campus safely for full five days a week in-person learning in August. We wholeheartedly believe that our health and safety protocols have been key in mitigating the spread of COVID-19 in our school and communities. We will continue to offer COVID-19 testing through our community health partners to staff, encourage immunization of all employees, and encourage families to help boost personal safety measures off campus.

Each day, we continue to educate, inspire, and empower young men in Hamilton County. I want to thank our teachers, campus leaders and staff, board members, community supporters, and our families, for their resilience, creativity, collaboration and commitment to excellence. I am proud of the work we have accomplished together and am grateful for every member of our Team & Family.

Our team looks forward to beginning a new academic school year, with the same passion and focus to ensure Chattanooga Preparatory School remains the best place for Prepsters to learn and a great place for our staff to work.

**BRAD SCOTT**
CEO





KCBOE10250

# OUR FOUNDERS

## Message

As we embark upon our fourth year at Chattanooga Preparatory School, we are coming into the school year with a lot of positive momentum even through the pandemic. Our team at Chattanooga Preparatory has led our school safely and heroically through the past tumultuous year. Our teachers and staff quickly innovated their teaching practices and were determined to not have a learning loss by adapting to virtual education. It was absolutely fascinating watching the boys continue to learn from home and climb to new heights. The world changed in 2020, and our young men are learning to learn and lead in a new way.

The leadership team just returned from a summer stepback retreat, and our CEO, Brad Scott brilliantly led the meeting. It was a great way to look back at the past year and refocus for this fall. The theme was "Infinite vs. Finite Thinking." Mr. Scott wanted us to think about how we can build a sustainable school that will help lead future boys for generations to come. We did vision boards and imagined what the future news headlines would be in 5-10 years. Some of our favorite potential headlines were "Colleges and Universities Can't Get Enough of CPS", "Disney World of Schools", "Ten Chattanooga Prep Alumni Return to Donate $10 million dollars", "Chatt Prep Graduates Defer College Admissions for a Year to Launch Tech Startups", "Chatt Prep- First Graduating Class Receives 100% Paid Tuition to Top Universities", "Chatt Prep has the Most National Merit Scholars in the City". It was great to dream big with our devoted team.



Thanks to all of our supporters that make this school a reality. Our team couldn't do this important work without your support. We are so very thankful for you helping us to build an amazing school that is changing a lot of young people's trajectories in life. We are so pumped to start our first high school class!

**TED & KELLY ALLING**
FOUNDERS

## MISSION

Chattanooga Prep engages young men in a rigorous, yet supportive, learning environment that nurtures resilience, promotes academic excellence, inspires leadership, and prepares critical thinkers.

## VISION

To inspire and empower young men to achieve academically and participate in a collaborative learning community that will establish a trajectory for lifelong learning and success.

## PURPOSE

The purpose of Chattanooga Prep is to change the lives of young men who potentially face multiple challenges through the attainment of academic success.



# OUR SCHOOL

Chattanooga Preparatory School is an all-boys public charter school located in Chattanooga, Tennessee. We believe that our students have gifts and talents that have been underserved and the families and young men of Chattanooga deserve greater opportunity and choice. In August 2020, Chattanooga Prep launched its third school year with 217 young men in grades 6 through 8, and we will continue to add a grade each year until we reach full enrollment of 500 students in grades 6-12.

App.1034

# TOTAL STUDENTS 215

**18 : 1**
STUDENT TO TEACHER RATIO

## 13 AP STUDENTS

The 2020-2021 academic year brought about many changes for our students, one of which was the introduction of an Advance Placement (AP) course. While many schools offer AP courses to their high school students as a means of providing opportunity to earn college credits early, we decided to make an AP class available to our 8th grade students.



### STUDENT DEMOGRAPHICS

| | |
|---|---|
| AFRICAN AMERICAN/BLACK | 61% |
| HISPANIC/LATINO | 33% |
| CAUCASIAN/WHITE | 5% |
| MULTIRACIAL | 1% |

**80%**
LOW INCOME FAMILIES

**98%**
ATTENDANCE RATE



KCBOE10253

# OUR TEAM

Do More. Achieve More.

As we continue to add a grade level each year, our team of faculty and staff members grows. And while quantity is important, we are much more thankful for the quality of each individual that decides to embark on the journey of educating our students. Their individual attributes add to the greatness of our collective team. We look forward to continuously working on creating the best support system for our students.




**BRYAN MANN**

TN Charter School Teacher of the Year



**MEGAN LEONARD**

Chatt Prep Teacher of the Year

### EMPLOYEE GENDER




### EMPLOYEE AGE




### EMPLOYEE DEMOGRAPHICS

| | |
|---|---|
| AFRICAN AMERICAN/BLACK | 36% |
| HISPANIC/LATINO | 5% |
| CAUCASIAN/WHITE | 57% |
| MULTIRACIAL | 2% |

# 2020-2021

## FACULTY & STAFF

### FACULTY

Ethan Albright | Social Studies
Julien Amorelli | Social Studies
Felix Beasley | Science
Christoffer Collins | Physical Education
Nicole Dyer | Spanish
Mindy Haworth | Guided Reading
Michael Howard | Creative Arts
Megan Leonard | Science
Virginia Mackey | English Language Arts
Bryan Mann | Math
Laura Moon | English Language Arts
Sarah Moon | STEAM
Brandie Morgan | Exceptional Education
Cassidy Mullis | Math
Cynthia Neal | Exceptional Education
Haile Nottage | Guided Math
Micah O'Hara | Social Studies
Abigail Ortega | ESOL
Carissa Parker | English Language Arts
Oliver Parks | Math
Lauren Pruitt | Physical Education
Madison Stewart | Science
Micah Wilkins | Guided Reading
Emma Wright | ESOL



### STAFF

E. Joe Banks | Dean of Students
Montrell Besley | Dir. of Community Engagement
C. Brianne Birdsong | Development Intern
Kelsey Cannon | Finance Manager
Michelle Hassler | Dean of Instruction
Diamond Kelley | Principal
Ingrid Martinez | Administrative Assistant
Micah Reed | COO
Colten Romans | IT Director
Brad Scott | CEO
Kate Thompson | Volunteer/Events Coordinator
Angel McGee Ulmer | Human Resources Specialist
Elizabeth Williams | Director of Development





Principal

# DIAMOND KELLEY

This has been an amazing year. You may be asking yourself... amazing how so? During the 2020 - 2021 school year we learned the true definition of resilience. The Sentinel faculty, staff, parents, and students sustained school closures, switching between remote learning to hybrid learning, the inability to "hang out with friends," additional responsibilities in the home, multiple quarantines, adapting to new technology and so much more.

We made it! I am so proud of our Sentinels' ability to recover quickly from these difficult times. The 2020-2021 Impact Report will remind not only us, but others that CPS will DO MORE, to ACHIEVE MORE.

Our mission will drive us to continue to focus on our long term strategic goals: Academic reward status each year (based on TNReady scores), 100% college acceptance (beginning with our inaugural graduating class in 2025), AP scholars in each graduating class, and Chattanooga Preparatory School ranked as one of the best high schools in Tennessee.

During this time of reflection, we want you to draw strength in knowing that we are ALL IN. Our faculty, staff, and administration are committed, more than ever, to ensuring that our Prepsters are successful. We will continue to STRIVE FOR EXCELLENCE in an environment cultivated by JOY. With your help, all Prepsters will get to and through college. Thank you for aiding us in our efforts. We know that we are BETTER TOGETHER.

And together we are building the MEN of TOMORROW.

**DIAMOND KELLEY**
PRINCIPAL





# TO HIGH SCHOOL WE GO

## Inaugural Year

Chattanooga Prep is excited to add high school this next school year with our founding ninth grade Prepsters. As the Class of 2025 advances, so will the grades until we reach our full capacity at twelfth grade. The purpose of our entire organization is to change the lives of young men who potentially face multiple challenges through the attainment of academic success.

Our mission to engage young men in a rigorous, yet supportive, learning environment that nurtures resilience, promotes academic excellence, inspires leadership, and prepares critical thinkers will continue.

The vision of inspiring and empowering young men to achieve academically and participate in a collaborative learning community that will establish a trajectory for lifetime learning and success will be achieved through the following four aims:

### AIM 01 | ADVANCED PLACEMENT

Provide 16 advanced placement courses that lead to earning college credits.

### AIM 02 | WORK STUDY

Connect students with high-quality work-study opportunities to provide real world experience.

### AIM 03 | POST-SECONDARY PLAN

Design individualized post-secondary plans that fit the needs and goals of each student.

### AIM 04 | COLLEGE & COMMUNITY

Ensure 100% of students are accepted into college and have completed community service hours.

**SOCIAL EMOTIONAL LEARNING | STEAM | ATHLETICS | LEADERSHIP | INTERNSHIPS | CLUBS & TUTORS | COLLEGE READINESS | COMMUNITY SERVICE | ADVANCED PLACEMENT | BROTHERHOOD**

# YEAR IN REVIEW

## Academic Adjustments

While a great deal of learning took place online during the 2020-2021 academic year, we still realized a high level of student attendance and participation. The relationships between the students and teachers did not pause just because there was a pause of in-person learning.



The 2020-2021 school year brought the first year for our full middle school. Every student was engaged in reading, writing, math, science, history, and even some unique class choices. Our 8th-grade students were given the opportunity to take AP Spanish Language and Culture and took the exam in May. The 8th-grade students also took Creative Arts as a supplement to their ELA course. Mr. Howard used theater, music, and performance to emphasize the ELA standards and gave the students additional opportunities to practice their skills. All 7th and 8th graders took Introduction to Spanish. They enjoyed learning another language and sharing food from other cultures. In ELA class the students continued to engage with challenging and diverse texts. Short stories from Poe, Fahrenheit 451, The Giver, and Animal Farm challenged our students to think critically. Our world gave history teachers many opportunities to bring current events into the classroom to make connections to our past and think about how to create a better future. Even though the pandemic made engaging science experiments more difficult, the students were still able to experiment outside and in the hallways. In our math department, several 8th graders took Algebra I in order to get ahead of their high school coursework.

The pandemic school closures were difficult on students and created some missed opportunities for learning. To help counteract this, Chattanooga Prep set up afterschool tutoring (online and in-person) to help students catch up on missed content, have additional practice, and ask questions. Our students had support along the way to help them through this difficult time.

All of these challenges and opportunities led up to the TNReady state test which was suspended last year.









Literacy and reading have become cornerstones of a Chattanooga Prep education. Celebrating academic successes fuel our students' desire to learn and improve.

To make the test preparation season more exciting, students were placed into teams and played a school-wide game of The Amazing Race. Each team competed in academic challenges to score points and advance in the competition. The game pushed students to try their best in the last couple of weeks leading up to the exam.

Chattanooga Prep concluded the year with a BIG celebration of our top readers. Students who read over a million words were invited to our Royal Reader event. At the event, students were given a special shirt and jacket. They also took a limo ride to Dave & Buster's where they enjoyed lunch and played games. As one student said, "It pays to work hard!"

Even though much of this year was challenging and created obstacles, our students were still able to have a successful academic year. The faculty and staff worked hard to remove barriers to online learning, kept a focus on the standards, and worked to create moments of joy.

# VIRTUAL & IN-PERSON CLUBS

## Student Engagement

The pandemic restrictions and requirements did not allow for in-person clubs during the first semester. We quickly realized that our students needed the enrichment more than ever and launched our virtual clubs. It was a new experience for all, including the club instructors, but everyone adjusted their programs and worked together to make it a successful program for our students.

To support student academic success, we also launched a virtual tutoring program. We had close to 20 consistent tutors which included college students, graduate students, retired engineers and nursing students.



### Chess Club

A staple of our afterschool program is Chess Club. Our students played in person and virtually during the 20-21 school year.

### Student Clubs

- AP Spanish
- Art & Design
- Chess
- Cooking
- Electric Car
- Fitness
- Guitar
- Leadership
- Media
- Own Your History
- Piano
- Prep Society
- Rocketry Club



### Electric Car Club

Students worked together to build and race a solar-powered electric car.








## Own Your History

In partnership with McCallie Middle School, this multi-week program provided an opportunity for our students to dialogue, share, and learn more about themselves, their community and country. Together they found ways to bridge differences, gain personal awareness and develop leadership skills.



## Media Club

Students in media club design, create, and curate newsletters and podcasts that are shared with families and other friends of the school.



## Rocketry Club

Rocketry instructor, Andrew Voss, a former Space X engineer, navigated the online experience and taught all the fundamentals of rocketry online. During the second semester, our students were ready for the in-person experiences of building and launching rockets.





# Year of Firsts



## 2020-2021 Additions

Much like everyone else, our school, students, faculty, and parents experienced a great deal of 'firsts'. These helped to ensure that our students continued to learn at a high level in a safe environment.

- ✔ Hosted bilingual Zoom meetings to address questions from parents concerning the school year
- ✔ Hosted 3 first days of school for hybrid and virtual learners
- ✔ Assigned all students a Google Chromebook
- ✔ Ensured all student households had high-speed internet access through EPB
- ✔ Enacted mask policy for all
- ✔ Reconfigured classrooms and installed desk shields to promote social distancing
- ✔ Created a Wednesday remote schedule to allow for building sanitizing
- ✔ Students, staff, teachers, and visitors completed daily temperature checks
- ✔ Virtual mentor introductions
- ✔ Virtual campus tour video
- ✔ Virtual social justice townhall



# ATHLETICS

## Growing Our Programs







BASKETBALL
CROSS COUNTRY
FOOTBALL
SOCCER
TRACK & FIELD

Our goal is to create a competitive athletic program that focuses on building high-character student-athletes. We want to create a culture in which our athletes are prepared to not only compete on the field and in the classroom, but also in the real world.

During our short athletic history, we have competed at the highest middle school levels and are proud to have accomplished such feats as earning the opportunity to play in the Tennessee Middle School Athletic Association (TMSAA) basketball tournament and winning second place in the Hamilton County Athletic Conference (HCAC) Track & Field Tournament.

# SUPPORTING OUR STUDENTS

Building Community

When the families of our students win, we all win. Rather than simply serving as just an educational partner, we look to become an extension of our Chattanooga Prep families. We do our best to try and help remove barriers that may hinder a student from learning or focusing on the attainment of their own life goals. From holiday meals and parent appreciation events to counseling services and mentoring opportunities, we strive to accommodate the entire student.

## Counseling Services

Richmont Graduate University has partnered with Chattanooga Preparatory School to assist in their holistic approach of educating and training boys by providing specific social and emotional support through counseling and coaching. The program is free to students and guardians, only needing guardian consent for the student to participate in regular counseling sessions. Blake Feagans, a licensed professional counselor and mental health service provider in Tennessee, coordinates the program and works directly with students, guardians, and staff of the school alongside his graduate level interns. The counselors work with students on a wide array of issues, including but not limited to: anxiety, depression, ADHD, OCD, trauma, grief, academic/learning concerns, and other behavioral/social issues.

The 2020-21 school year provided its own obstacles due to COVID-19, but below are some of the highlights of the program from this past school year:

• Counselors provided virtual sessions for students that were "distance learners" or to supplement meetings when students were engaged in remote learning

• Counselors worked with a consistent caseload of students throughout the year as well as provided "as needed" meetings for any student in need

• Counselors led a community presentation for the school on the importance of mental/emotional health during this season

• At the administration's request, counselors attended disciplinary meetings to provide extra support and solutions for students

• Counselors worked closely with staff to identify students in need as well as provide extra support for teachers during the difficult season



**Holiday Gift Delivery**



**Holiday Food Pickup**

# COMMITTED MENTOR

## IT TAKES A VILLAGE

As you can imagine, creating our regular opportunities for one on one mentoring interactions was difficult during a pandemic. Despite the inconvenience of masks, virtual learning, limited in-person connections, etc. our mentors still found a way to ensure their mentees had what they needed to remain successful, even if was just a simple conversation. The transformative bonds created between both parties have been a consistent and unwavering.

### GENESIS + [redacted]

"I would not be here if it wasn't for the consistent love and encouragement that I received from my parents, family, and friends. I grew up believing if I put my mind to it, and stayed spiritually in tune, I could do anything. Having that type of creative confidence in my humble opinion, for anyone (especially young growing minds), is incredibly important. So when I got the chance to offer my time and support to Chattanooga Prep in that effort, I jumped at the opportunity."



Artist Genesis the Greykid, shown with his mentee [redacted] is both a mentor and donor.



# FUND OUR FUTURE

As we launch our high school programs, we are in need of financial support from our community to continue our mission to engage young men in a rigorous, yet supportive, learning environment that nurtures resilience, promotes academic excellence, inspires leadership, and prepares critical thinkers. If you feel led to give, we can assure you that every dollar will go towards ensuring each of our young men receives an excellent education.

CHATTANOOGA
PREPARATORY
SCHOOL

# BOARD MEMBERS


## 2020-2021 BOARD ROSTER

TED ALLING | *Chair*

KELLY ALLING | *Vice Chair*

DAVID CAINES | *Treasurer*

EDNA VARNER, EdD | *Secretary*

ASHLEY ATKINS

WONJEN BAGLEY, LMSW

MOISE BAPTISTE, PhD

DAVID BHATTACHARYA, MD

WARD DAVENPORT

SHEWANEE HOWARD-BAPTISTE, PhD

NATALIE JACKSON, MEd

SUSAN MACLELLAN

JOE MARTIN, EdD

DANIEL PACK, PhD

DAVID RICE, MD

ARMANDO RODRIGUEZ

AARON WEBB, JD

SUE ANNE WELLS, PhD




# CONTACT US


**PHYSICAL ADDRESS**
1849 Union Avenue
Chattanooga, TN 37404

**MAILING ADDRESS**
PO Box 3809
Chattanooga, TN 37404

**TELEPHONE**
423.602.7737

**EMAIL**
info@chattanoogaprep.com

**WEBSITE**
chattanoogaprep.com

**SOCIAL MEDIA**
Instagram | @chattanoogaprep
Facebook | @chattprep
Twitter | @prepchattanooga


# IMPACT REPORT
2020-2021


CHATT PREP
SENTINELS
CHATTANOOGA PREPARATORY SCHOOL
2021-2022
IMPACT REPORT

# BEST YEAR YET. Message from the CEO

In the 2022 issue of our IMPACT report, we celebrate the incredible Team & Family at PREP. Since the founding, we have witnessed a tremendous amount of growth and have achieved many accolades. Our achievements would not be possible without your hard work, commitment to excellence, and your generous support of our scholars and schools.

PREP would not be where we are today without the overwhelming support of our network of donors and supporters who invest their time, talent, and resources to our mission. From local businesses to national foundations, your financial support has enabled us to expand our impact, serve more students and new communities, and provide our students the kinds of opportunities they need to be successful.

Chattanooga PREP and all future PREP schools places so much stock in College because we know a college degree changes a life trajectory. It's the single-most-important factor in combating poverty in America, and it's the precursor to achieving The American Dream.

The American Dream - it's a glamorous notion, but also an elusive one. For me, The American Dream means you can be whatever you want to be, and do whatever you want to do.

PREP Schools is making this a reality for every student we serve and will serve both in Chattanooga and Knoxville. It's what makes honors like the Level 5 TVAAS accountability rating or our future College Signing Day events so special - they're reflections of the work we do for our students. We believe that every child, no matter their background race, or income, should be able to dream their most ambitious dreams and then go out and achieve them.

None of this success would be possible without our teachers and leaders. Our people are our greatest asset - we aim to attract, select, train, develop, and retain the best teachers and leaders. Retaining staff members is a top priority at PREP, we are dedicated to ensuring our employees are the healthiest, happiest, best trained, and most supported in the country. This past July, we made additional strides to ensure our organization is a sustainable for our employees by offering paid maternity leave for up to eight weeks to all eligible staff members. We're proud to be the outlier in a country where private corporations only provide paid leave to 12% of Americans.

Not only maintaining, but expanding PREP's team and family is so important because of our future plans. By 2030, we will educate 2,500 students across East Tennessee. As we grow, we've shown no signs of compromising our effectiveness. In fact, as we open more new campuses and instruct more new students, our achievement results only grow. This will continue to be the case as Prep Schools expands to Knoxville and in Chattanooga. Why? Because wherever we go, we take the best educators, the most rigorous curriculum, and an unwavering commitment to every student we serve with us.

Just as every one of our scholars is on the road to college, we too, as an organization, are on the road to maintaining our status as one of the best charter networks in Tennessee. Read on to learn more about our organization's most successful year yet.

Carpe Diem,

CEO

**BRAD SCOTT**
Chief Executive Officer






TVAAS

# LEVEL 5 SCHOOL

**TN CHARTER SCHOOL OF THE YEAR FINALIST**

## MISSION

Chattanooga Prep engages young men in a rigorous, yet supportive, learning environment that nurtures resilience, promotes academic excellence, inspires leadership, and prepares critical thinkers.

## VISION

To inspire and empower young men to achieve academically and participate in a collaborative learning community that will establish a trajectory for lifelong learning and success.

## PURPOSE

The purpose of Chattanooga Prep is to change the lives of young men who potentially face multiple challenges through the attainment of academic success.


PREP





Message from our Founders

# FIVE YEARS AGO...

we opened Chattanooga Prep with a daring vision for local education. As 60 boys walked onto campus as our school's inaugural 6th grade class, we proclaimed to the world that Chatt Prep could educate, empower and equip young men regardless of zip code, color or circumstance.

Today, we believe this more than ever.

Since 2018, we have witnessed that history-making 6th grade class grow and mature in immeasurable ways. Today? They're sophomores, leaders and mentors to 323 other Prepsters in grades 6th through 9th. Our students have received national attention, earned perfect AP scores, won chess championships, advanced deep in the state basketball tournament and, above all, gained countless victories large and small.

Our robust faculty of award-winning and devoted educators continues to grow. So does our building, recently renovated into a beautiful, welcoming, state-of-the-art space even as we make plans to expand our downtown campus.

We're also starting a second school.

In 2024, Knoxville Preparatory will open its doors, meeting the undeniable demand by Knoxville families for the type of education we provide.

We all know the dire statistics. Compared to girls, our boys – especially young men of color – are less likely to graduate high school or attend college and more likely to suffer overall difficulty in school. Yet, day by day, lesson by lesson, mentor by mentor, we are reversing those numbers, telling the world a different, more promising story. Our values – joy, courage and service – are ever-present as we guide, educate and mentor these Prepsters into young men with tough minds and tender hearts. This is no easy time to be a teenager, yet they remain on the path to become gentlemen and scholars.

This is because of you.

As we continue to grow and transform, your support remains vital. Thank you for helping us make history.

With love and gratitude,

**TED & KELLY ALLING**
Co-Founders




# FOUNDERS




# SENTINEL SUMMARY

Chattanooga Preparatory School is an all-boys public charter school located in Chattanooga, Tennessee. We believe that our students have gifts and talents that have been underserved and the families and young men of Chattanooga deserve greater opportunity and choice. In August 2021, Chattanooga Prep launched its fourth school year with 280 young men in grades 6 through 9, and we will continue to add a grade each year until we reach full enrollment of 550 students in grades 6-12.

| STUDENT DEMOGRAPHICS | |
|---|---|
| AFRICAN AMERICAN/BLACK | 59% |
| HISPANIC/LATINO | 36% |
| CAUCASIAN/WHITE | 4% |
| TWO OR MORE RACES | 1% |

**98%**
RATE OF ATTENDANCE 2021-2022

**80%**
LOW INCOME FAMILIES

**100%**
HS STUDENTS THAT TOOK AP EXAM

**18 : 1**
STUDENT TO TEACHER RATIO

**21 MILLION**
TOTAL STUDENT WORDS READ



# 2021-2022 FACULTY & STAFF

Juan Aguinaga | Chief Academic Officer
Ingrid Ambrocio-Martinez | Administrative Assistant
Riley Arendt | Social Studies
Eugene Banks | Dean of Students
Felix Beasley | Science
Montrell Besley | Dir. of Community Engagement
Brianne Birdsong | Development Intern
Kelsey Cannon | Finance Manager
Christoffer Collins | Physical Education
Veronica Green | Special Education
Michelle Hassler | Dean of Instruction
Aldo Heredia | ESOL
Michael Howard | Creative Arts
Santino Jerke | Academic Tutor
Diamond Kelley | Principal
Joshua Leonard | Math
Megan Leonard | Science
Bryan Mann | Math
Russel McBride | AP Human Geography
Laura Moon | English Language Arts
Sarah Moon | Afterschool Coordinator
Brandie Morgan | Special Education
Garrett Morris | Biology
Cassidy Mullis | Math
Cynthia Neal | Exceptional Education
Mary Nelson | Bible Hiistory
Jennifer New | Social Studies
Haile Nottage | Guided Math
Micah O'Hara | History
Abigail Ortega | Spanish
Carissa Parker | English Language Arts
Oliver Parks | Math
Kelly Pennell | English Language Arts
Micah Reed | COO
Colton Romans | IT Director
Lauren Pruitt | Physical Education
Madison Stewart | Science
Micah Wilkins | Guided Reading
Emma Wright | ESOL
Bradly Scott | CEO
LeBron Stinson | Math
Kate Thompson | Director of College Advising
LaKesha Thompson | Science
Angel McGee Ulmer | Human Resources Specialist
Katherine Warwick | Guided Reading
Kevin Wilkes | English Language Arts
Micah Wilkins | English Language Arts
Elizabeth Williams | Director of Development
Emma Wright | ESOL




| EMPLOYEE DEMOGRAPHICS | |
|---|---|
| AFRICAN AMERICAN/BLACK | 39% |
| HISPANIC/LATINO | 7% |
| CAUCASIAN/WHITE | 52% |
| TWO OR MORE RACES | 2% |



**LAURA MOON**
2021-2022
Teacher of the Year



# OUR TEAM

For many schools across the country, the 2021-2022 academic year was framed as a rebound from the effects of COVID-19. Now, more than ever, teachers, administrators, and communities learned the importance of coming together to close the widening opportunity gap exacerbated by the pandemic. Early in the year, through MAP testing, we identified that many of our Prepsters were coming back with significant gaps in math and English language arts. Regardless of the hurdles, we were happy to see our Prepsters back on campus and eager to learn.

Despite nationwide pandemic learning losses, teachers focused on moving forward by providing students with grade-level rigorous academic work and filling key foundational concepts when needed. It was not always easy this past year, but even when teachers and staff were exhausted, they continued to be present for their Prepsters. Seeing them in class collaborating, articulating ideas, and engaging with rigorous academic work, further ignited our inspiration and belief that together we could accelerate learning. In return, our Prepsters stepped up, showing us time and time again that they're willing and eager to meet and exceed the goals and expectations we have for them. Together with their teachers, Chattanooga Preparatory earned the highest TVAAS ranking awarded by the Tennessee Department of Education - level five, indicating our Prepsters showed more growth than expected!

We cannot express how proud we are of our Prepsters and teachers for their accomplishments. Moving into this year, remember that no journey is straightforward; success requires sacrifice, struggle, and a devoted team. Congratulations, Chattanooga Preparatory team, family, and community, on another banner year, and we look forward to continued success.

## CHIEF ACADEMIC OFFICER

**JUAN AGUINAGA**

Chief Academiic Officer



# COMMON PURPOSE

This Annual Report showcases some of the outstanding ways in which students, teachers, and staff members at Chattanooga Preparatory School are acting out our common purpose. Their achievements are evidence of the consistently improving state of CPS. One student at a time, we are bringing about change by using our mission as a basis for everything we do and the SENTINEL spirit as a compass to direct us. Literacy instruction in EVERY class; college preparatory experiences for every student; social justice and student voice education; and an upbeat atmosphere for both teachers and pupils are our four priorities. We are prepared to face new challenges. We are focused on establishing ways of living and working that are more sustainable. Together, we are bringing into existence a world with no limits.

I am proud to lead a team that is committed to:
Fostering an atmosphere that conveys a high regard for students through encouraging the professional development of faculty
Impact positively on student outcomes through the adoption of research-based approaches that have been demonstrated to provide academic growth opportunities for students of all levels, including those who require remediation.
Incorporating chances for self-reflection and interpersonal relationships into our daily experiences so that kids feel valued and valuable to the school community and to one another.
Continue the establishment of community collaborations that give additional opportunities for high school students and young adults to explore college and career options.
Empower students to play a leadership role within the school community that extends into the Highland Park neighborhood.
I expect our pupils to put forth their utmost effort in order to achieve their educational objectives. I anticipate that our educators will support these initiatives by making themselves available to educate beyond the standard by utilizing student outcomes to design classroom experiences. I anticipate that my administrative staff will provide instructional leadership to our teachers in a collaborative effort to enhance student performance and academic advancement.

I adhere to the African adage "It Takes a Village to Raise a Child" and strive to instill this philosophy in all those who interact with our students. I support the CPS mission. Our most precious asset, our students, best exemplifies our objective.

Thank you for allowing us to share our annual report card with you and for supporting our efforts to provide our students with an elite education. We believe that our accomplishments will continue to increase during the school year 2022-2023!

PRINCIPAL **DIAMOND KELLEY**
PRINCIPAL





# AP FOR ALL

From the moment a family enrolls their child at Chattanooga Preparatory, a powerful commitment is formed; we call this the PREP Promise. We guarantee that all our Prepsters will graduate high school and attend a college or university.

Our Prepsters are expected to take AP courses, succeed, and flourish in college preparatory experiences that will equip them for college. Starting in middle school, Prepsters are exposed to Pre-AP level coursework and opportunities to prepare and practice for the ACT exam. Some, starting in eighth grade, even participate in their first Advanced Placement (AP) class, AP Spanish Language and Culture, and take the exam in May for free. Once a Prepster reaches high school, their AP courseload incrementally increases to a full AP schedule during their junior/senior year - there are no differentiated tracks for students at Chattanooga Preparatory.

This past year, our founding sixth-grade class launched the high school, and 100% took their first-ever AP class and exam for free. One student, [redacted] and his family were excited to learn he passed his AP Human Geography exam with a perfect score - a five.

Chattanooga Preparatory's AP for All Program challenges students and holds them to collegiate-level expectations. Students who take a single AP course and pass the exam are six times more likely to graduate from high school and three times more likely to graduate from college. PREP will always be committed to doing what is best for students, not creating ceilings on what students can accomplish.



**9TH GRADE** [redacted]

"Passing the exam helped me realize that I can do high-level work and earned me college credit,"

HEART




**9TH GRADE** [redacted]

"I used to think college was strict, but being there showed me that we have to learn how to manage our own life. Accomplishing that showed me I belong in these spaces I did not previously think I did."

# COLLEGE FOR ALL

Since our founding, we have channeled our students' and families' hopes and dreams every day in pursuit of our mission - ensuring every child attends a college or university. Before reaching that milestone in their life, Chattanooga Preparatory takes all Prepsters on yearly trips to local, state, and nationally recognized colleges or universities.

Not only do Prepsters participate in college tours, but they are also required to apply and attend a college summer away program before senior year. This summer, seven freshmen were accepted to Explorations in Engineering and Computing Summer Camp, a week-long program at Tennessee Tech University. [redacted] comments, "I used to think college was strict, but being there showed me that we have to learn how to manage our own life. Accomplishing that showed me I belong in these spaces I did not previously think I did." [redacted] will be the first in his family to attend and graduate college. [redacted] is eager to find a college summer away program focusing on computer science at the University of Tennessee.

When we visit a college campus, we want our Prepsters to envision themselves as future proof points of the community and nation that anything is possible. Our collaborative work is not just about getting Prepsters to and through college - it is about transforming Chattanooga and Hamilton County.




[redacted] an eighth-grader at Chattanooga Preparatory School, recounts his most recent visit with his peers to the University of Tennessee, "The environment I was around when I was there was encouraging. I saw myself studying some type of science or art. Being able to go and see these things encourages me to pursue those fields, pushes me to go the extra mile and reach what I want to achieve". [redacted] passion for the arts led him to launch and runs his Podcast, where he has interviewed celebrities and politicians.

STUDENT

# INVOLVEMENT

Providing students with meaningful extracurricular opportunities continues to serve as a vital part of a Chattanooga Prep education. Extending the school day allows for students to feel more connected to our faculty and staff, all while building and strengthening pride within our school and within themselves. With more than 60% of our students participating in afterschool activities, we feel as though it is safe to say they are also having fun!




**STUDENT ORGANIZATIONS**

Art Club
Coding
Chess Club
Electric Car Club
Fitness Club
Media Club
Robotics Club
Keyboarding

**ATHLETICS**

Basketball (middle & high school)
Cross Country (middle school)
Football (middle & high school)
Soccer (middle & high school)
Track & Field (middle & high school)









"Chatt Prep is a very unique school because they have multiple after school activities and clubs to be a part of."

- [redacted] Grad









# MENTORING MAKES A DIFFERENCE

When a mentor signs up to become part of our program at Chattanooga Prep, they are committing to more than providing guidance, leadership, and insight for our students. They commit to transforming Chattanooga's youth and thus the future for our city.



[redacted] & COREY
MATCHED FOR 2 YEARS

"Having Corey as a mentor has benefited my life tremendously. Since he's been in my life, he's helped me improve physically, emotionally, and mentally. He has placed opportunities in front of me that no one else has, and I am proud to have a mentor like Corey."

[redacted]



[redacted] & CAM
MATCHED FOR 5 YEARS

"I met my mentee [redacted] when he was [redacted]. Watching him grow up over the last 4 years and being there to root him on is one of the coolest and most impactful experiences of my life, and I'm thankful for that."

- Cam Doody (Mentor)



[redacted] & PAUL
MATCHED FOR 2 YEARS

"Mentoring is one of the best things that could've happened to me. Mentoring has helped me stay positive and get on the right path. My mentor Paul has also pushed me to set goals and finish strong in life. Chatt Preps mentoring program has provided the extra push we need in the classroom and in life."

- [redacted] Grade)



RELATIONSHIPS

RELATIONSHIPS

# MENTORING MAKES A DIFFERENCE



[redacted] & EDWARD
MATCHED FOR 3 YEARS

"Having Mr. Ellis as my mentor has impacted my life. He has been with me through my lowest and present during my highs. Mr. Edward has been in my life since I was in the kindergarten, and has been active. He talks to me, spends time with me, and asks me how my day has been. We need more people like him around."

- [redacted]



[redacted] & MATT
MATCHED FOR 4 YEARS

"My life drastically changed when Matt entered. Things like college ideas, more sports opportunities have come into play. Overall Matt is more than just a mentor, he is family."

- [redacted]



[redacted] & MICKEY
MATCHED FOR 2 YEARS

"Mentoring [redacted] has been such an incredible experience because he's so smart, curious and eager to soak in new experiences. I'm excited to watch him continue to grow as a student and a man -- the sky's the limit for him."

- Mickey Cloud (Mentor)

# FAMILY AFFAIR

Far too often we think about organizations and schools that do great work and applaud their efforts from a distance. But at Chattanooga Prep, our mission is more than simply providing another educational option for families in Hamilton County. We work hard each day to provide the academic rigor and student involvement opportunities found at the highest performing schools in the country. Not only are we grateful for the parents and families that entrust us with the education of their young men, we are invigorated by our own faculty and staff members that believe in the work they are doing each day and have, subsequently, enrolled their own students.

This level of trust reinforces the testament that we provide a high level of education for all students in our building. Our teachers, staff, and community work hard every day for the common good of providing an education ANY parent or family can be proud of.




Joe Banks (Dean of Students) and [redacted]






Christian & [redacted]
with brother/uncle Christoffer Collins




Veronica Green (Ex. Ed Teacher) and son [redacted]



Brandie Morgan (Ex. Ed Teacher) and [redacted] and [redacted]



Montrell (Director of Community Engagement) and [redacted]



# KNOX PREP

## GROWING OUR MODEL

Over the past 5 years, Chattanooga Prep has been able to serve students and families in the Chattanooga community at a high level. Our innovative practices and pronounced student outcomes have led to an expansion of our school model to a city in need of an additional public school option for families in search of something more effective for their students.

# KNOXVILLE PREPARATORY SCHOOL

Knoxville is a city with a rich history and a bright future—a community with boundless capacity for innovation, transformation, and economic prosperity. Unfortunately, these opportunities are not accessible for all members of our community, especially in urban neighborhoods where young men are disproportionately impacted by poverty and educational inequity.

Knoxville Preparatory School (Knox Prep), opening fall 2024, has unique positioning to offer Knox County families school choice with the county's first all-boys public school aimed to "build the men of tomorrow." Knox Prep will meet the unique educational and social/emotional needs of young men who have faced a multitude of challenges in a rigorous yet supportive environment that nurtures resilience, promotes academic excellence, inspires leadership, and prepares critical thinkers.



# GROWING OUR LEGACY

As we look to continue our growth locally with the transformation of our gymnasium into a multiuse facility and into other cities with the opening of Knoxville Prep, we are in need of your support. The great deal of success we have experienced to this point can be attributed to the immense support we have receieved from our families, community members, those who hold public office, and donors. This community of team members has helped to provide our students with resources and opportuniities that will help them to reach their full and limitless potential.

As we reflect upon the previous school year and kick off a new one, we ask for your continued support. We need your help pushing foward with the goal of providing a world-class education and life-changing opportunities for all of our students. Help spread our message that all students deserve a rigorous education and supportive environment that nurtures resilience, promotes academic excellence, inspires leadership, and prepares the next great wave of critial thinkers.

## MATT PATTERSON

## MENTOR & DONOR

"Being involved in [redacted] life has been such an honor for my family and me. Witnessing this wonderful kid turn into a young adult with great grades, a job, participating in sports has been nothing short of incredible and he's enriched our lives watching him stay on the right path and poised for success."






# BOARD MEMBERS 2021-2022

**TED ALLING** | *Chair*
**KELLY ALLING** | *Vice Chair*
**DAVID CAINES** | *Treasurer*
**EDNA VARNER,** EdD | *Secretary*
**ASHLEY ATKINS**
**WONJEN BAGLEY,** LMSW
**MOISE BAPTISTE,** PhD
**DAVID BHATTACHARYA**, MD
**WARD DAVENPORT**
**SHEWANEE HOWARD-BAPTISTE,** PhD
**NATALIE JACKSON**, MEd
**JOE MARTIN**, EdD
**DANIEL PACK**, PhD
**DAVID RICE**, MD
**ARMANDO RODRIGUEZ**
**AARON WEBB,** JD
**SUE ANNE WELLS**, PhD




SENTINELS

## CONTACT US

**PHYSICAL ADDRESS**
1849 Union Avenue
Chattanooga, TN 37404

**MAILING ADDRESS**
PO Box 3809
Chattanooga, TN 37404

**TELEPHONE**
423.602.7737

**EMAIL**
info@chattanoogaprep.com

**WEBSITE**
chattanoogaprep.com

**SOCIAL MEDIA**
Instagram | @chattanoogaprep
Facebook | @chattprep
Twitter | @prepchattanooga

KNOXVILLE
PREPARATORY
SCHOOL

**Attachment R: School Reports/Authorizer Evaluations**




# Annual Authorizer Report

Hamilton County Schools

January 2023

Kelly Coffelt
Charter Schools Coordinator
COFFELT_KELLY@HCDE.ORG
(423) 498-6569

# Introduction

Hamilton County Schools has approved and authorizes nine charter schools in the district. Each school has a unique approach and strives to educate some of the district's most vulnerable students. For the past year, the newly added Charter Schools Coordinator has worked to develop close working relationships with each school's leadership team. Through open communication and transparency, there is a clear line from each charter to the supports they need in the various district departments.

- One Charter School Received Reward Status from the state for the 21-22 school year.
- Two Charter Schools Received Level 5 TVAAS scores for the 21-22 school year.
- One charter school expanded to add a feeder elementary school in 2022
- One charter school expanded to add a feeder high school in 2022

## *Office of Access and School Choice – Charter Schools Office Mission Statement*

*The HCS Charter Schools Office will practice rigorous charter school authorization, provide meaningful support, and protect school choice in order to uphold high academic standards, create fair and equitable opportunities, and improve outcomes for students and families in Hamilton County.*

# Section 1

## *Chatt Academy Community School*

| | |
|---|---|
| Address: | Not Available |
| Telephone: | (423) 258 - 5595 |
| School Leader(s): | Nolan McDaniel, Founder/CEO |
| School Leader(s) Email Address: | nolan.mcdaniel@chattacademy.org |
| Operating Status: | (A) Approved but not yet open |
| Contracted Services: | None |

## *Chattanooga Charter School of Excellence Elementary*

| | |
|---|---|
| Address: | 2029 E. 23rd Street<br>Chattanooga, TN 37404 |
| Telephone:<br>Fax: | (423) 710-1121<br>(423) 710-3180 |
| School Leader(s): | Dr. Marcia Griffin, Founder/CEO<br>Jennifer Huskins, Principal |
| School Leader(s) Email Address: | mgriffin@chattanoogacharter.com<br>jhuskins@chattanoogacharter.com |
| Operating Status: | (B) Open and operating |
| Contracted Services: | None |

## *Chattanooga Charter School of Excellence Middle*

| | |
|---|---|
| Address: | 1912 S. Willow Street<br>Chattanooga, TN 37404 |
| Telephone:<br>Fax: | (423) 777-4603<br>(423) 777-4075 |
| School Leader(s): | Dr. Marcia Griffin, Founder/CEO<br>Renee Krehl, Interim Principal |
| School Leader(s) Email Address: | mgriffin@chattanoogacharter.com<br>rkrehl@chattanoogacharter.com |
| Operating Status: | (B) Open and operating |
| Contracted Services: | None |

## Chattanooga Charter School of Excellence High

| | |
|---|---|
| Address: | 1912 S. Willow Street<br>Chattanooga, TN 37404 |
| Telephone:<br>Fax: | (423) 777-4603<br>(423) 777-4075 |
| School Leader(s): | Dr. Marcia Griffin, Founder/CEO<br>Renee Krehl, Interim Principal |
| School Leader(s) Email Address: | mgriffin@chattanoogacharter.com<br>rkrehl@chattanoogacharter.com |
| Operating Status: | (B) Open and operating<br>FIRST YEAR 22-23 |
| Contracted Services: | None |

## Chattanooga Girls Leadership Academy

| | |
|---|---|
| Address: | 1802 Bailey Avenue<br>Chattanooga, TN 37404 |
| Telephone:<br>Fax: | (423) 702-7230<br>(423) 386-3005 |
| School Leader(s): | Dr. Elaine Swafford, Executive Director<br>Sylvia Davis, Principal |
| School Leader(s) Email Address: | elaineswafford@cglaonline.com<br>sylviadavis@cglaonline.com |
| Operating Status: | (B) Open and operating |
| Contracted Services: | None |

## Chattanooga Preparatory School

| | |
|---|---|
| Address: | 1849 Union Ave<br>Chattanooga, TN 37404 |
| Telephone:<br>Fax: | (423) 602-7737<br>(423) 541-6003 |
| School Leader(s): | Brad Scott, Chief Executive Officer<br>Diamond Kelley, Principal |
| School Leader(s) Email Address: | bradscott@chattanoogaprep.com<br>diamondkelley@chattanoogaprep.com |
| Operating Status: | (B) Open and operating |
| Contracted Services: | None |

## *Ivy Academy*

| | |
|---|---|
| Address: | 8520 Dayton Pike<br>Soddy Daisy, TN 37379 |
| Telephone:<br>Fax: | (423) 305-7494 |
| School Leader(s): | Holly Slater, Executive Director<br>Angie Markum, Director of Development<br>Rachel Swafford-Cook, High School Principal<br>Matt Raper, Middle School Principal |
| School Leader(s) Email Address: | hslater@ivyacademychattanooga.com<br>amarkum@ivyacademychattanooga.com<br>Rscook@ivyacademychattanooga.com<br>mraper@ivyacademychattanooga.com |
| Operating Status: | (B) Open and operating |
| Contracted Services: | None |

## *Montessori School at Highland Park*

| | |
|---|---|
| Address: | 700 S. Hawthorne Street<br>Chattanooga, TN 37404 |
| Telephone: | (423) 541-9822 |
| School Leader(s): | Dr. Elaine Swafford, Executive Director<br>Gwen Howard, Principal |
| School Leader(s) Email Address: | elaineswafford@cglaonline.com<br>gwenhoward@mehp.org |
| Operating Status: | (B) Open and operating |
| Contracted Services: | None |

## *Ivy Academy's Skillern Elementary*

| | |
|---|---|
| Address: | P.O. Box 39<br>Soddy Daisy, TN 37384 |
| Telephone: | (423) 654-7308 |
| School Leader(s): | Angie Markum, Founder and CEO<br>Laura Day, Head of School<br>Ryan Dixon, Assistant Principal |
| School Leader(s) Email Address: | amarkum@skillernelementary.com<br>lday@skillernelementary.com<br>rdixon@skillernelementary.com |
| Operating Status: | (B) Open and operating<br>FIRST YEAR 22-23 |
| Contracted Services: | None |

# Section 2

## *Academic Performance*

Using the scoring rubric from the Tennessee Charter School Performance Framework, the school scores in academic performance are in the table below.

Academic Achievement Scores, TVAAS and District Comparison

1. Falls Far Below Standard
2. Does Not Meet Standard
3. Meets Standard
4. Exceeds Standards

| School | English | Math | Science | School-Wide TVAAS | Chronic Absenteeism |
|---|---|---|---|---|---|
| CCSE Elem | 1 | 1 | 1 | 4 | 1 |
| CCSE Middle | 1 | 1 | 1 | 4 | 1 |
| CGLA 6-12 | 4 | 2 | 1 | 4 | 4 |
| Chatt Prep 6-9 | 2 | 2 | 1 | 4 | 4 |
| Ivy Academy 6-12 | 3 | 1.5 | 2.5 | 2 | 3 |
| Montessori 5th only | 2 | 1 | 1 | 4 | 4 |
| **HCS District All Students** | **3** | **2** | **2** | **1** | **2** |

Color Key: Yellow - performed below authorizing district
Green - performed above authorizing district

## *School Culture*

| School | Suspension Rate | Student Attrition Rate | Teacher Retention Rate |
|---|---|---|---|
| CCSE Elem | 37% | 9% | 87% |
| CCSE Middle | 28% | 9% | 37.5% |
| CGLA 6-12 | 0.0% | 13% | 59.5% |
| Chatt Prep 6-9 | 1% | 5.5% | 85% |
| Ivy Academy 6-12 | 9% | | 82% |
| Montessori | 0% | 17% | 75% |

*Individual Charter School Performance in Finance and Operations*

## Chattanooga Charter School of Excellence Elementary

**Financial Performance**
Information for the financial standing is drawn from the annual audit results submitted by the charter school at the completion of the fiscal year.

**FY22 Audit Information has not been received and will be entered at a later date.**

| **Near Term Indicators** | **Performance** |
|---|---|
| a. Current Ratio | |
| b. Unrestricted Days Cash | |
| c. Enrollment Variance | |
| E. Default | |
| **Sustainability Indicators** | **Performance** |
| a. Total Margin | |
| b. Debt to Asset Ratio | |
| c. Cash Flow | |
| d. Debt to Service Coverage Ratio | |

**Organizational Performance**
Through site visits and interviews with students, staff, parents and board members, the health of the operational aspects of the charter school can be ascertained. These visits along with performance oversight are considered below.

| | |
|---|---|
| **1. Education Program**<br>-Students with Disabilities Rights<br>-English Language Learner Rights | Meets Standards |
| **2. Financial Management and Oversight** | Meets Standards |
| **3. Governance and Reporting** | Meets Standards |
| **4. Students and Employees** | Meets Standards |
| **5. School Environment** | Meets Standards |
| **6. Additional Obligations** | Meets Standards |

## Chattanooga Charter School of Excellence Middle

**Financial Performance**
Information for the financial standing is drawn from the annual audit results submitted by the charter school at the completion of the fiscal year.

### FY22 Audit Information has not been received and will be entered at a later date.

| Near Term Indicators | Performance |
|---|---|
| b. Current Ratio | |
| c. Unrestricted Days Cash | |
| d. Enrollment Variance | |
| E. Default | |
| **Sustainability Indicators** | **Performance** |
| b. Total Margin | |
| c. Debt to Asset Ratio | |
| d. Cash Flow | |
| e. Debt to Service Coverage Ratio | |

**Organizational Performance**
Through site visits and interviews with students, staff, parents and board members, the health of the operational aspects of the charter school can be ascertained. These visits along with performance oversight are considered below.

| | |
|---|---|
| **2. Education Program**<br>-Students with Disabilities Rights<br>-English Language Learner Rights | Meets Standards |
| **3. Financial Management and Oversight** | Meets Standards |
| **4. Governance and Reporting** | Meets Standards |
| **5. Students and Employees** | Meets Standards |
| **6. School Environment** | Meets Standards |
| **7. Additional Obligations** | Meets Standards |

# Chattanooga Girls' Leadership Academy

**Financial Performance**
Information for the financial standing is drawn from the annual audit results submitted by the charter school at the completion of the fiscal year.

## FY22 Audit Information has not been received and will be entered at a later date.

| Near Term Indicators | Performance |
|---|---|
| c. Current Ratio | |
| d. Unrestricted Days Cash | |
| e. Enrollment Variance | |
| E. Default | |
| **Sustainability Indicators** | **Performance** |
| c. Total Margin | |
| d. Debt to Asset Ratio | |
| e. Cash Flow | |
| f. Debt to Service Coverage Ratio | |

**Organizational Performance**
Through site visits and interviews with students, staff, parents and board members, the health of the operational aspects of the charter school can be ascertained. These visits along with performance oversight are considered below.

| | |
|---|---|
| **3. Education Program**<br>-Students with Disabilities Rights<br>-English Language Learner Rights | Meets Standards |
| **4. Financial Management and Oversight** | Meets Standards |
| **5. Governance and Reporting** | Meets Standards |
| **6. Students and Employees** | Meets Standards |
| **7. School Environment** | Meets Standards |
| **8. Additional Obligations** | Meets Standards |

# Chattanooga Preparatory School

**Financial Performance**
Information for the financial standing is drawn from the annual audit results submitted by the charter school at the completion of the fiscal year.

## FY22 Audit Information has not been received and will be entered at a later date.

| Near Term Indicators | Performance |
|---|---|
| d. Current Ratio | |
| e. Unrestricted Days Cash | |
| f. Enrollment Variance | |
| E. Default | |
| **Sustainability Indicators** | **Performance** |
| d. Total Margin | |
| e. Debt to Asset Ratio | |
| f. Cash Flow | |
| g. Debt to Service Coverage Ratio | |

**Organizational Performance**
Through site visits and interviews with students, staff, parents and board members, the health of the operational aspects of the charter school can be ascertained. These visits along with performance oversight are considered below.

| | |
|---|---|
| **4. Education Program**<br>-Students with Disabilities Rights<br>-English Language Learner Rights | Meets Standards |
| **5. Financial Management and Oversight** | Meets Standards |
| **6. Governance and Reporting** | Meets Standards |
| **7. Students and Employees** | Meets Standards |
| **8. School Environment** | Meets Standards |
| **9. Additional Obligations** | Meets Standards |

# Ivy Academy

**Financial Performance**
Information for the financial standing is drawn from the annual audit results submitted by the charter school at the completion of the fiscal year.

## FY22 Audit Information has not been received and will be entered at a later date.

| Near Term Indicators | Performance |
|---|---|
| e. Current Ratio | |
| f. Unrestricted Days Cash | |
| g. Enrollment Variance | |
| E. Default | |
| **Sustainability Indicators** | **Performance** |
| e. Total Margin | |
| f. Debt to Asset Ratio | |
| g. Cash Flow | |
| h. Debt to Service Coverage Ratio | |

**Organizational Performance**
Through site visits and interviews with students, staff, parents and board members, the health of the operational aspects of the charter school can be ascertained. These visits along with performance oversight are considered below.

| | |
|---|---|
| **5. Education Program**<br>-Students with Disabilities Rights<br>-English Language Learner Rights | Meets Standards |
| **6. Financial Management and Oversight** | Meets Standards |
| **7. Governance and Reporting** | Meets Standards |
| **8. Students and Employees** | Meets Standards |
| **9. School Environment** | Meets Standards |
| **10. Additional Obligations** | Meets Standards |

# Montessori School at Highland Park

**Financial Performance**
Information for the financial standing is drawn from the annual audit results submitted by the charter school at the completion of the fiscal year.

## FY22 Audit Information has not been received and will be entered at a later date.

| Near Term Indicators | Performance |
|---|---|
| f. Current Ratio | |
| g. Unrestricted Days Cash | |
| h. Enrollment Variance | |
| E. Default | |
| **Sustainability Indicators** | **Performance** |
| f. Total Margin | |
| g. Debt to Asset Ratio | |
| h. Cash Flow | |
| i. Debt to Service Coverage Ratio | |

**Organizational Performance**
Through site visits and interviews with students, staff, parents and board members, the health of the operational aspects of the charter school can be ascertained. These visits along with performance oversight are considered below.

| | |
|---|---|
| **6. Education Program**<br>-Students with Disabilities Rights<br>-English Language Learner Rights | Meets Standards |
| **7. Financial Management and Oversight** | Meets Standards |
| **8. Governance and Reporting** | Meets Standards |
| **9. Students and Employees** | Meets Standards |
| **10. School Environment** | Meets Standards |
| **11. Additional Obligations** | Meets Standards |

# KNOXVILLE PREPARATORY SCHOOL

**Attachment S: School Financials**

# CHATTANOOGA PREP, INC.

## CHATTANOOGA, TENNESSEE

## FINANCIAL STATEMENTS AND SUPPLEMENTARY INFORMATION

Year Ended June 30, 2022

**JOHNSON, HICKEY & MURCHISON, P.C.**
Certified Public Accountants
Chattanooga, Tennessee

# TABLE OF CONTENTS


| | Page |
|---|---|
| **INTRODUCTORY INFORMATION** | |
| Roster of board members | iv |
| **FINANCIAL SECTION** | |
| **INDEPENDENT AUDITORS' REPORT** | vi-viii |
| **MANAGEMENT'S DISCUSSION AND ANALYSIS** | ix-xiii |
| **BASIC FINANCIAL STATEMENTS** | |
| **GOVERNMENT WIDE FINANCIAL STATEMENTS** | |
| Statement of net position | 1 |
| Statement of activities | 2 |
| **FUND FINANCIAL STATEMENTS** | |
| **Governmental Funds** | |
| Balance sheet | 3 |
| Reconciliation of the balance sheet of governmental funds to the statement of net position | 4 |
| Statement of revenues, expenditures, and changes in fund balances of governmental funds | 5 |
| Reconciliation of the statement of revenues, expenditures and changes in fund balances of governmental funds to the statement of activities | 6 |
| **NOTES TO BASIC FINANCIAL STATEMENTS** | 7-36 |
| **REQUIRED SUPPLEMENTARY INFORMATION** | |
| Schedule of proportionate share of the net pension liability (asset) – teacher retirement plan of TCRS | 38 |
| Schedule of proportionate share of the net pension liability (asset) – teacher legacy plan of TCRS | 39 |
| Schedule of contributions – teacher retirement plan of TCRS | 40 |
| Schedule of contributions – teacher legacy plan of TCRS | 41 |
| Schedule of contributions based on participation in the public employee pension plan of the TCRS – non-teacher legacy plan | 42 |

# TABLE OF CONTENTS

| | Page |
|---|---|
| **REQUIRED SUPPLEMENTARY INFORMATION (continued)** | |
| Schedule of contributions based on participation in the public employee pension plan of the TCRS – non-teacher hybrid plan | 43 |
| Schedule of changes in net pension liability (asset) and related ratios based on participation in the public employee pension plan of the TCRS – non-teacher legacy plan | 44 |
| Schedule of changes in net pension liability (asset) and related ratios based on participation in the public employee pension plan of the TCRS – non-teacher legacy plan | 45 |
| Schedule of changes in net pension liability (asset) and related ratios based on participation in the public employee pension plan of the TCRS – non-teacher hybrid plan | 46 |
| Schedule of changes in net pension liability (asset) and related ratios based on participation in the public employee pension plan of the TCRS – non-teacher hybrid plan | 47 |
| **SUPPLEMENTARY INFORMATION** | |
| Schedule of expenditures of federal and state awards | 49 |
| Notes to schedule of expenditures of federal and state awards | 50 |
| **INDEPENDENT AUDITORS' REPORT ON INTERNAL CONTROL OVER FINANCIAL REPORTING AND ON COMPLIANCE AND OTHER MATTERS BASED ON AN AUDIT OF FINANCIAL STATEMENTS PERFORMED IN ACCORDANCE WITH *GOVERNMENT AUDITING STANDARDS*** | 51-52 |
| **INDEPENDENT AUDITORS' REPORT ON COMPLIANCE FOR EACH MAJOR PROGRAM AND ON INTERNAL CONTROL OVER COMPLIANCE REQUIRED BY THE UNIFORM GUIDANCE** | 53-55 |
| **SCHEDULE OF FINDINGS AND RESPONSES** | 56 |

# INTRODUCTORY INFORMATION

# CHATTANOOGA PREP, INC.
# ROSTER OF BOARD MEMBERS
# JUNE 30, 2022

## BOARD MEMBERS FOR YEAR ENDED JUNE 30, 2022

| | |
|---|---|
| Ted Alling | Chair |
| Kelly Alling | Vice Chair |
| David Caines | Treasurer |
| Edna Varner | Secretary |
| Ashley Atkins | Board Member |
| Wonjen Bagley | Board Member |
| Moise Baptiste | Board Member |
| David Bhattacharya | Board Member |
| Ward Davenport | Board Member |
| Shewanee Howard-Baptiste | Board Member |
| Natalie Jackson | Board Member |
| Joe Martin | Board Member |
| Daniel Pack | Board Member |
| David Rice | Board Member |
| Amando Rodriguez | Board Member |
| Aaron Webb | Board Member |
| Sue Anne Wells | Board Member |

# FINANCIAL SECTION

JOHNSON HICKEY MURCHISON
CERTIFIED PUBLIC ACCOUNTANTS • SINCE 1977

# INDEPENDENT AUDITORS' REPORT

**To the Board of Directors of**
**Chattanooga Prep, Inc.**

## Report on the Audit of the Financial Statements

### Opinion

We have audited the accompanying financial statements of the governmental activities and each major fund of Chattanooga Prep, Inc., as of and for the year ended June 30, 2022, and the related notes to the financial statements, which collectively comprise Chattanooga Prep, Inc.'s basic financial statements as listed in the table of contents.

In our opinion, the financial statements referred to above present fairly, in all material respects, the respective financial position of the governmental activities and each major fund of Chattanooga Prep, Inc., as of June 30, 2022, and the respective changes in financial position and, where applicable, cash flows thereof for the year then ended in accordance with accounting principles generally accepted in the United States of America.

### Basis for Opinion

We conducted our audit in accordance with auditing standards generally accepted in the United States of America and the standards applicable to financial audits contained in *Government Auditing Standards*, issued by the Comptroller General of the United States. Our responsibilities under those standards are further described in the Auditors' Responsibilities for the Audit of the Financial Statements section of our report. We are required to be independent of Chattanooga Prep, Inc., and to meet our other ethical responsibilities, in accordance with the relevant ethical requirements relating to our audit. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

### Responsibilities of Management for the Financial Statements

Management is responsible for the preparation and fair presentation of the financial statements in accordance with accounting principles generally accepted in the United States of America, and for the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, management is required to evaluate whether there are conditions or events, considered in the aggregate, that raise substantial doubt about Chattanooga Prep, Inc.'s ability to continue as a going concern for twelve months beyond the financial statement date, including any currently known information that may raise substantial doubt shortly thereafter.

### Auditors' Responsibilities for the Audit of the Financial Statements

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance but is not absolute assurance and therefore is not a guarantee that an audit conducted in accordance with generally accepted auditing standards and *Government Auditing Standards* will always detect a material misstatement when it exists.

2215 Olan Mills Drive | jhmcpa.com | 37421 | 423 756 0052 t
Chattanooga, Tennessee | 423 267 5945 f

The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control. Misstatements are considered material if there is a substantial likelihood that, individually or in the aggregate, they would influence the judgment made by a reasonable user based on the financial statements.

In performing an audit in accordance with generally accepted auditing standards and *Government Auditing Standards*, we:

- Exercise professional judgment and maintain professional skepticism throughout the audit.

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, and design and perform audit procedures responsive to those risks. Such procedures include examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements.

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of Chattanooga Prep, Inc.'s internal control. Accordingly, no such opinion is expressed.

- Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the financial statements.

- Conclude whether, in our judgment, there are conditions or events, considered in the aggregate, that raise substantial doubt about Chattanooga Prep, Inc.'s ability to continue as a going concern for a reasonable period of time.

We are required to communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit, significant audit findings, and certain internal control-related matters that we identified during the audit.

**Required Supplementary Information**

Accounting principles generally accepted in the United States of America require that the management's discussion and analysis and TCRS pension plan schedules, as listed in the table of contents, be presented to supplement the basic financial statements. Such information is the responsibility of management and, although not a part of the basic financial statements, is required by the Governmental Accounting Standards Board, who considers it to be an essential part of financial reporting for placing the basic financial statements in an appropriate operational, economic, or historical context. We have applied certain limited procedures to the required supplementary information in accordance with auditing standards generally accepted in the United States of America, which consisted of inquiries of management about the methods of preparing the information and comparing the information for consistency with management's responses to our inquiries, the basic financial statements, and other knowledge we obtained during our audit of the basic financial statements. We do not express an opinion or provide any assurance on the information because the limited procedures do not provide us with sufficient evidence to express an opinion or provide any assurance.

**Supplementary Information**

Our audit was conducted for the purpose of forming an opinion on the financial statements that collectively comprise Chattanooga Prep, Inc.'s basic financial statements. The accompanying schedule of expenditures of federal and state awards and notes to the schedule of expenditures of federal awards, as listed in the table of contents, as required by Title 2 U.S. *Code of Federal Regulations* Part 200, *Uniform Administration Requirements, Cost Principles, and Audit Requirements for Federal Awards*, are presented for purposes of additional analysis and are not a required part of the basic financial statements.

Such information is the responsibility of management and was derived from and relates directly to the underlying accounting and other records used to prepare the basic financial statements. The information has been subjected to the auditing procedures applied in the audit of the basic financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the basic financial statements or to the basic financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, the procedures performed as described above, the schedule of expenditures of federal and state awards, and notes to the schedule of expenditures of federal and state awards are fairly stated, in all material respects, in relation to the basic financial statements as a whole.

**Other Information**

Management is responsible for the other information included in the annual report. The other information comprises the introductory section and roster of board members but does not include the basic financial statements and our auditors' report thereon. Our opinion on the basic financial statements do not cover the other information, and we do not express an opinion or any form of assurance thereon.

In connection with our audit of the basic financial statements, our responsibility is to read the other information and consider whether a material inconsistency exists between the other information and the basic financial statements, or the other information otherwise appears to be materially misstated. If, based on the work performed, we conclude that an uncorrected material misstatement of the other information exists, we are required to describe it in our report.

**Other Reporting Required by *Government Auditing Standards***

In accordance with Government Auditing Standards, we have also issued our report dated January 19, 2023, on our consideration of Chattanooga Prep, Inc's internal control over financial reporting and on our tests of its compliance with certain provisions of laws, regulations, contracts, and grant agreements and other matters. The purpose of that report is solely to describe the scope of our testing of internal control over financial reporting and compliance and the results of that testing, and not to provide an opinion on the effectiveness of Chattanooga Prep, Inc's internal control over financial reporting or on compliance. That report is an integral part of an audit performed in accordance with Government Auditing Standards in considering Chattanooga Prep, Inc's internal control over financial reporting and compliance.

Johnson, Hickey & Murchison, P.C.

Chattanooga, Tennessee
January 19, 2023

## Chattanooga Prep, Inc.
## Management's Discussion and Analysis
## For the Year Ended June 30, 2022

Management's discussion and analysis provides an objective and easily readable analysis of Chattanooga Prep, Inc's (the School) financial activities. The analysis provides summary financial information for Chattanooga Prep, Inc. and should be read in conjunction with the School's financial statements.

### OVERVIEW OF THE FINANCIAL STATEMENTS

The financial report consists of a series of financial statements, notes to those statements and required supplementary information. The statements are organized so that the reader can understand the School as a whole and then proceed to a detailed look at specific financial activities of the School.

### REPORTING THE SCHOOL AS A WHOLE

#### The Statement of Net Position and the Statement of Activities

In general, users of these financial statements want to know if the School is better off or worse off as a result of the year's activities. The Statement of Net Position and Statement of Activities report information about the School as a whole and about the School's activities in a manner that helps to answer that question. These statements include all assets and liabilities using the accrual basis of accounting. Under the accrual basis, all of the current year's revenue and expenses are taken into consideration regardless of when cash is received or paid. The statements start on page one.

The Statement of Net Position reports the School's net position (total assets less total liabilities). Private sector entities would report retained earnings. The School's net position balance at year end represents available resources for future growth. The Statement of Activities reports the change in net position as a result of activity during the year. Private sector entities have a similar report titled "statement of operations," which reports net income. It provides the user a tool to assist in determining the direction of the School's financial health during the year. Users will want to consider non-financial factors as well as the financial data in arriving at a conclusion regarding the overall health of the School.

#### Reporting the School's Most Significant Funds

#### Fund Financial Statements

The School's fund financial statements, the Balance Sheet and the Statement of Revenues, Expenditures and Changes in Fund Balance, begin on page three. They provide detailed information about the School's most significant funds, not the School as a whole. Funds are established by the School to help manage money for particular purposes and compliance with various grant provisions. The school only has one fund as of the year ended June 30, 2022: the General Fund.

The School's funds are categorized as a "governmental funds." Governmental funds focus on how money flows into and out of the funds and balances left at year-end that are available for spending in future periods. Fund financial statements are reported using the accrual method of accounting. The relationship between governmental activities, as reported in the Statement of Net Position and the Statement of Activities, and governmental fund(s), as reported in the Balance Sheet and the Statement of Revenues, Expenditures and Changes in Fund Balances is reconciled in the basic financial statements on pages four and six.

Friends of Chatt Prep, Inc. (the Foundation) has been a blended component unit until this fiscal year. The Foundation now supports more than one school so it does not qualify as a component unit for the School. Data is shown for 2022 since prior years are not an accurate comparison due to prior years being blended.

## FINANCIAL HIGHLIGHTS

**Net Position**

The School's assets exceeded the School's liabilities at the close of the fiscal year, resulting in net position of $3,235,315. The School's net position is available to meet the School's ongoing activities.

As of June 30, 2022, the School had a net investment of $305,614 in capital assets. This investment includes building improvements, instructional and support furniture and fixtures, instructional computers and laptops, vehicles and maintenance equipment. The School expects additional property and equipment investments in the 2022-2023 school year as student enrollment maximizes at each grade level. With maximized enrollment, there will be continued requirements for furniture, computers and equipment. Additional information on property and equipment is located in the notes to the financial statements.

A schedule of the School's net position as of June 30, 2022, is as follows:

| | 2022 |
|---|---|
| **NET POSITION** | |
| Cash | $ 1,052,753 |
| Grants receivable | 787,086 |
| Promises to give | 642,485 |
| Other receivables | 23,746 |
| Prepaid expenses | 87,769 |
| Net pension asset | 606,586 |
| TCRS stabilization reserve trust asset | 110,531 |
| Capital assets | 305,614 |
| Total assets | 3,616,570 |
| Deferred outflows of resources - pensions | 267,021 |
| Total deferred outflows | 267,021 |
| Current liabilities | (64,413) |
| Total liabilities | (64,413) |
| Deferred inflows of resources - pensions | (583,863) |
| Total deferred inflows | (583,863) |
| Net position | $ 3,235,315 |
| Summary of net position | |
| Invested in capital assets | 305,614 |
| Restricted for | |
| TCRS stabilization reserve trust | 110,531 |
| Net pension asset | 606,586 |
| School programs | 72,729 |
| Unrestricted | 2,139,855 |
| | $ 3,235,315 |

A schedule of the School's changes in net position as of June 30, 2022, is as follows:

| | | 2022 |
|---|---|---|
| **CHANGES IN NET POSITION** | | |
| Program revenues | $ | 6,241,839 |
| General revenues | | 793,496 |
| Expenses | | 6,004,765 |
| Change in net position | | 1,030,570 |
| **NET POSITION** | | |
| Beginning, as previously reported | | 7,020,155 |
| Transition of Friends of Chatt Prep, Inc | | (4,815,410) |
| Beginning, as restated | | 2,204,745 |
| Ending | $ | 3,235,315 |

## FINANCIAL ANALYSIS OF THE SCHOOL'S FUND(S)

The School's fund(s), as presented on the Balance Sheet on page three, reported a fund balance of $2,639,957. All of the School's funds are in the General Fund, which is the chief operating fund of the School. The School has no other major funds.

Due to the different basis of accounting, there is a difference between the amounts reported under the School's funds and the amounts reported as school wide. For the year ended June 30, 2022, the differences consist of capital assets, deferred outflows, and pension liability (asset), which are not reported in the School's funds.

## SCHOOL ACTIVITIES

Chattanooga Prep is an all-boys public charter school with a mission to engage young men in a rigorous yet supportive learning environment that nurtures resilience, promotes academic excellence, inspires leadership, and prepares critical thinkers. Chattanooga Prep welcomed its first class of 66 sixth graders in August 2018 and will grow to serve 550 young men in grades 6-12 over the next seven years. Chattanooga Prep is designed to serve one of the community's most vulnerable populations: young men of color residing in communities devastated by poverty, crime, and hopelessness. Chattanooga Prep's inaugural class of students was predominantly minority (65% African American and 30% Hispanic) and approximately 70% of students are low-income.

Chattanooga Prep has been carefully and intentionally designed to ameliorate specific barriers that negatively impact student achievement among boys and young men experiencing poverty within Hamilton County's urban core communities. The comprehensive, college preparatory curriculum is centered around themes of innovation and leadership development, which are infused across rigorous coursework in literacy and communication, science, technology, engineering, mathematics, the arts, and social/cultural studies. The School focuses on the following:

- Single-gender focus on the unique needs of young men
- Data-driven instruction and intervention to provide individualized support
- Extended school days and summer programs to provide academic enrichment
- Technology-enhanced learning with a 1:1 student-laptop ratio to improve academic outcomes
- Literacy across the curriculum to improve reading levels across the school
- College readiness programs, job shadowing, and internships
- Expeditionary learning to extend learning beyond the classroom
- Leadership and life skills development woven throughout the curriculum
- An optional, innovative one-to-one mentoring program providing every student with a mentor to guide them throughout their seven-year educational journey
- School-operated wrap-around services (uniform assistance, laptop and home internet access, etc.) to help level the playing field for low-income students

To monitor and measure effectiveness, the School administers a number of diagnostic and predictive assessments, including the TE21 Case Benchmarks and NWEA Map Assessment. Student progress against Tennessee state standards is assessed annually by TN Ready. The TN Ready assessment administered in the 2020-21 school year will provide baseline data against which to measure student progress in subsequent years in reading/language arts, mathematics, science and social studies. TN Ready data is available on the State of Tennessee website: www.tn.gov/education.

## CONTACTING THE SCHOOL'S FINANCIAL MANAGEMENT

This financial report is designed to provide the students' parents, Hamilton county taxpayers, donors, creditors, and authorities over grant funding and agencies tasked with oversight of Hamilton County public schools with a general overview of the School's finances and to demonstrate the School's accountability of the money it receives. If you have any questions about this report or need additional financial information, contact the School's CEO, Brad Scott, or the Director of Finance and Payroll, Kelsey Cannon, at: 1849 Union Avenue, Chattanooga, TN 37404, by telephone 423-602-7737.

# CHATTANOOGA PREP, INC.
# STATEMENT OF NET POSITION
# JUNE 30, 2022

| | Governmental Activities |
|---|---|
| **ASSETS** | |
| Cash | $ 1,052,754 |
| Grants receivable | 787,087 |
| Promises to give | 642,485 |
| Other receivables | 23,746 |
| Prepaid expenses | 87,768 |
| Net pension asset | 606,586 |
| TCRS stabilization reserve trust asset | 110,531 |
| Capital assets, net | 305,614 |
| Total assets | 3,616,571 |
| **DEFERRED OUTFLOWS OF RESOURCES** | |
| Deferred outflows from pensions | 267,021 |
| Total deferred outflows of resources | 267,021 |
| **LIABILITIES** | |
| Accounts payable and accrued liabilities | 64,413 |
| Total liabilities | 64,413 |
| **DEFERRED INFLOWS OF RESOURCES** | |
| Deferred inflows from pensions | 583,863 |
| Total deferred inflows of resources | 583,863 |
| **NET POSITION** | |
| Net investment in capital assets | 305,614 |
| Restricted for | |
| TCRS stabilization reserve trust asset | 110,531 |
| Net pension asset | 606,586 |
| School programs | 72,729 |
| Unrestricted | 2,139,856 |
| Total net position | $ 3,235,316 |

(The accompanying notes are an integral part of these statements.)

# CHATTANOOGA PREP, INC.
## STATEMENT OF ACTIVITIES
## YEAR ENDED JUNE 30, 2022

| | | Functions | | | | |
|---|---|---|---|---|---|---|
| | Total | Student Instruction | Administration | Community Service | Cafeteria | Fundraising |
| **EXPENSES** | | | | | | |
| Salaries | $ 2,535,299 | $ 1,762,586 | $ 638,854 | $ 69,128 | $ - | $ 64,731 |
| Employee benefits | 283,957 | 119,979 | 136,784 | 11,518 | - | 15,676 |
| Payroll taxes | 192,776 | 125,035 | 57,693 | 5,153 | - | 4,895 |
| Insurance | 61,846 | - | 61,846 | - | - | - |
| Contracted services | 887,556 | 164,980 | 419,002 | 7,270 | 185,385 | 110,919 |
| Supplies | 448,537 | 250,274 | 156,711 | 1,388 | - | 40,164 |
| Travel | 19,818 | 5,526 | 13,660 | 632 | - | - |
| Advertising | 5,112 | - | 5,112 | - | - | - |
| Postage | 4,207 | - | 2,375 | - | - | 1,832 |
| Staff development | 59,984 | 59,984 | - | - | - | - |
| Rent | 786,300 | 786,300 | - | - | - | - |
| Depreciation | 99,498 | - | 99,498 | - | - | - |
| Maintenance and repair | 31,954 | 1,627 | 29,098 | - | 1,229 | - |
| Utilities | 125,924 | 125,924 | - | - | - | - |
| Contributions to foundation | 419,614 | - | 419,614 | - | - | - |
| Property taxes | 42,382 | - | 42,382 | - | - | - |
| Total expenses | 6,004,764 | 3,402,215 | 2,082,629 | 95,089 | 186,614 | 238,217 |
| **PROGRAM REVENUES** | | | | | | |
| Operating grants and contributions | 6,241,839 | 4,512,576 | 90,904 | - | 243,971 | 1,394,388 |
| Net program (income) expenses | (237,075) | $ (1,110,361) | $ 1,991,725 | $ 95,089 | $ (57,357) | $ (1,156,171) |
| **GENERAL REVENUES** | | | | | | |
| In-kind revenue | 793,496 | | | | | |
| **CHANGE IN NET POSITION** | 1,030,571 | | | | | |
| **NET POSITION** | | | | | | |
| Beginning | 7,020,155 | | | | | |
| Transition of Friends of Chatt Prep, Inc | (4,815,410) | | | | | |
| Beginning, as restated | 2,204,745 | | | | | |
| Ending | $ 3,235,316 | | | | | |

(The accompanying notes are an integral part of these statements.)

# CHATTANOOGA PREP, INC.
# BALANCE SHEET
# GOVERNMENTAL FUNDS
# JUNE 30, 2022

| | General Fund |
|---|---|
| **ASSETS** | |
| Cash | $ 1,052,754 |
| Grants receivable | 787,087 |
| Promises to give, net | 642,485 |
| Other receivables | 23,746 |
| Prepaid expenses | 87,768 |
| TCRS stabilization reserve trust asset | 110,531 |
| Total assets | $ 2,704,371 |
| **LIABILITIES AND FUND BALANCES** | |
| **Liabilities** | |
| Accounts payable and accrued liabilities | 64,413 |
| Total liabilities | 64,413 |
| **Fund balances** | |
| Unspendable | |
| Promises to give, net | 642,485 |
| Grants receivable | 787,087 |
| Prepaid expenses | 87,768 |
| Restricted | |
| School programs | 72,729 |
| TCRS stabilization reserve trust asset | 110,531 |
| Unassigned | 939,358 |
| | 2,639,958 |
| Total liabilities and fund balances | $ 2,704,371 |

(The accompanying notes are an integral part of these statements.)

# CHATTANOOGA PREP, INC.
# RECONCILIATION OF THE BALANCE SHEET OF GOVERNMENTAL FUNDS TO THE STATEMENT OF NET POSITION
# JUNE 30, 2022

Differences in amounts reported for governmental activities in the statement of net position on page 1:

| | |
|---|---|
| Fund balances - total government funds | $ 2,639,958 |
| Amounts reported for governmental activities in the statement of net position are different because - | |
| Capital assest used in governmental activities are not financial resources and therefore are not reports in the funds | 305,614 |
| Deferred outflows and inflows, such as deferred outflows and inflows from pensions, are not paid in the current period and, therefore, are not reported in the funds | (316,842) |
| Net pension asset created by governmental activities are not financial resources and, therefore, are not reported in the funds | 606,586 |
| | $ 3,235,316 |

(The accompanying notes are an integral part of these statements.)

# CHATTANOOGA PREP, INC.
## STATEMENT OF REVENUES, EXPENDITURES AND CHANGES IN FUND BALANCES OF GOVERNMENTAL FUNDS
## YEAR ENDED JUNE 30, 2022

| | | General Fund |
|---|---|---|
| **REVENUES** | | |
| Federal grant revenue | $ | 1,889,666 |
| State and local funding | | 2,865,786 |
| Contributions | | 1,394,388 |
| In kind revenue | | 793,496 |
| Other income | | 91,999 |
| Total revenues | | 7,035,335 |
| **EXPENDITURES** | | |
| Current | | |
| Salaries | | 2,542,785 |
| Employee benefits | | 283,957 |
| Payroll taxes | | 192,776 |
| Retirement | | 138,510 |
| Insurance | | 61,846 |
| Contracted services | | 887,556 |
| Supplies | | 448,537 |
| Travel | | 19,818 |
| Advertising | | 5,112 |
| Postage | | 4,207 |
| Staff development | | 59,984 |
| Rent | | 786,300 |
| Maintenance and repair | | 31,954 |
| Utilities | | 125,924 |
| Contributions to foundation | | 419,614 |
| Property taxes | | 42,382 |
| Capital outlay | | 71,741 |
| Total expenditures | | 6,123,003 |
| **EXCESS OF REVENUES OVER EXPENDITURES** | | 912,332 |
| **NET CHANGE IN FUND BALANCES** | | 912,332 |
| **FUND BALANCES** | | |
| Beginning, as previously reported | | 1,727,626 |
| Ending | $ | 2,639,958 |

(The accompanying notes are an integral part of these statements.)

# CHATTANOOGA PREP, INC.
# RECONCILIATION OF THE STATEMENT OF REVENUES, EXPENDITURES AND CHANGES IN FUND BALANCES OF GOVERNMENTAL FUNDS TO THE STATEMENT OF ACTIVITIES
# JUNE 30, 2022

Differences in amounts reported for governmental activities in the statement of activities on page 2:

| | | |
|---|---|---|
| Net change in fund balances – total governmental funds | $ | 912,332 |
| Amounts reported for governmental activities in the statement of activities are different because - | | |
| Capital outlay reported as expenditures in the governmental funds are shown as capital assets in the statement of activities | | 71,741 |
| Compensated absences are planned to be liquidated with future resources; therefore, the increase or decrease in the liability does not affect in expenditures in governmental funds | | 7,486 |
| Net pension asset/liability in the statement of net position includes an estimated asset/liability for participation in the TCRS. The increase or decrease in the asset/liability does not affect expenditures in the governmental funds | | 138,510 |
| Depreciation expense on governmental capital assets are included in the statement of activities | | (99,498) |
| | $ | 1,030,571 |

(The accompanying notes are an integral part of these statements.)

# CHATTANOOGA PREP, INC.
# NOTES TO BASIC FINANCIAL STATEMENTS
# JUNE 30, 2022

## (1) SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

### Organization

Chattanooga Prep, Inc. (the School) was incorporated September 7, 2016, as a Tennessee non-profit corporation. Pursuant to Section 6(1)(a) of the Tennessee Public Charter School Act of 2002 (the Act), the School has been approved as a public charter school. Pursuant to the Act, public charter schools are part of the state's public education program offering an alternative means within the public school system for accomplishing necessary outcomes of education. The School entered into a Charter Agreement with the Hamilton County Board of Education in 2017 to operate a charter school in Chattanooga, Tennessee and it opened its doors in July, 2018. The School is a single-gender public charter school and serves students from grades 6-12. As required by accounting principles generally accepted in the United States of America, the financial statements of the reporting entity include those of the School.

### Basis of presentation

The School's financial statements have been prepared in conformity with accounting principles generally accepted in the United States of America as prescribed by the Governmental Accounting Standards Board (GASB).

The School's basic financial statements include both government-wide (reporting the School as a whole) and fund financial statements (reporting the School's major funds). The School's primary activities consist of governmental activities and are classified as such in the government-wide and fund financial statements.

The government-wide financial statements of the School have been prepared on the accrual basis of accounting. Under the accrual basis, revenues are recognized when earned and expenses are recognized when incurred.

The governmental funds financial statements are presented on the modified accrual basis of accounting. Revenues under the modified accrual basis are recognized when measurable and available and expenses are recognized when the related liability is incurred.

### Component unit

For purposes of these financial statements, management has considered the existence of any potential component units, using the criteria set forth by accounting principles generally accepted in the United States of America and by the statements from the Governmental Accounting Standards Board. The School's financial statements do not include any component units as of June 30, 2022. In prior years, the School did include the financial statements of Friends of Chatt Prep, Inc. (the Foundation) as a blended component unit. The Foundation is a non-profit organization established to raise money and provide services for the School. As of June 30, 2022, the Foundation has changed its role to raise and provide money to multiple charter schools. Because of this, they are no longer considered a component unit to the School.

### Government-wide statements

Government-wide statements focus on the sustainability of the School as an entity and the change in the School's net position resulting from the current year's activities.

In the government-wide statement of net position, activities are reported on a full accrual, economic resource basis, which recognizes all long-term assets and receivables as well as long-term debt and obligations. The statement of net position presents the financial condition of the School at year-end.

# CHATTANOOGA PREP, INC.
# NOTES TO BASIC FINANCIAL STATEMENTS
# JUNE 30, 2022

## (1) SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (continued)

**Government-wide statements (continued)**

The government-wide statement of activities reports both the gross and net costs of the School's functions. The functions are also supported by general government revenues. The statement of activities reduces the gross expenses by related function revenues, operating and capital grants. Program revenues must be directly associated with the function. The net costs by function are normally covered by general revenue. The School allocates indirect cost between functions.

**Fund financial statements**

The financial transactions of the School are reported in individual funds in the fund financial statements. Each fund is accounted for by providing a separate set of self-balancing accounts that comprise its assets, liabilities, reserves, fund equity, revenues and expenses. The School considers revenues as available if they are collected within 60 days after year end.

The School only has one fund called the General Purpose School Fund (or General Fund), which is a major, governmental fund. This fund is the general operating fund of the school and accounts for all revenues and expenditures of the School.

*Governmental Funds*

The governmental funds' focus is upon the determination of financial resources, their balance, sources and uses, rather than upon net income. The School classifies governmental fund balances as non-spendable, restricted, committed, assigned and unassigned based on the level of constraints on the fund balances. When an expenditure is incurred in which both restricted and unrestricted funds are available for use, it is the School's policy to spend restricted funds first, then unrestricted funds. When an expenditure has been incurred for purposes in which multiple categories of unrestricted funds are available, it is the School's policy to spend funds in the following order – committed, then assigned, and, lastly, unassigned funds. The classifications of fund balances are defined as follows:

*Nonspendable:* This classification consists of fund balances that cannot be spent because they are either not in spendable form, for example, noncash amounts that are not expected to be converted to cash, or the funds are legally or contractually required to be maintained intact.

*Restricted:* This classification consists of fund balances with external constraints on use imposed by creditors (such as through debt covenants), contributors or laws or regulations of other governments or constraints imposed by law through constitutional provisions or enabling legislation.

*Committed:* This classification consists of fund balances that can only be used for specific purposes established by formal action of the School's Board of Directors, the highest level of decision making authority. Such commitments should include contractual obligations of fund assets. Fund balance commitments can only be removed by the same process of the same body employed to previously commit those amounts.

*Assigned:* This classification consists of all fund balances that are not in the General Purpose School Fund or classified as non-spendable, restricted or committed. In addition, General Purpose School Fund balances that the School intends to use for specific purposes are also classified as assigned. The School gives the authority to assign amounts to specific purposes to the School's executive director.

# CHATTANOOGA PREP, INC.
# NOTES TO BASIC FINANCIAL STATEMENTS
# JUNE 30, 2022

## (1) SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (continued)

### Fund financial statements (continued)

*Unassigned:* This classification consists of all fund balances in the General Purpose School Fund that are not reported as non-spendable, restricted, committed or assigned.

*Net Position:* Net position represents the residual of all elements presented in a statement of financial position. Net investment in capital assets, consists of capital assets, net of accumulated depreciation, reduced by the outstanding balances of any borrowing used for the acquisition, construction or improvement of those assets. Net position is reported as restricted as described in the fund balances section above. All other net position is reported as unrestricted.

### Receivables

Receivables represent amounts due from grants or funding which have been approved but not received. Receivables are recorded at the outstanding principal amount. The School uses the direct write-off method to account for bad debts.

### Estimates

The School uses estimates and assumptions in preparing these financial statements in accordance with accounting principles generally accepted in the United States. Those estimates and assumptions affect the reported amounts of assets, liabilities, revenues and expenditures. Actual results could vary from the estimates that were used.

### Capital assets

Capital assets are stated at cost or fair value, if donated, less accumulated depreciation. Depreciation is computed using the straight-line method over the estimated useful lives of the depreciable assets. Additions and major renewals are capitalized and depreciated over their estimated useful lives. Repairs, maintenance and minor renewals are charged to operating expenses as incurred.

### Grants

The School received federal financial assistance through state and private agencies. The expenditure of funds received under these programs generally requires compliance with terms and conditions specified in the grant agreements and is subject to audit by grantor agencies.

### Income taxes

The School is a nonprofit organization that is exempt from federal income taxes under the Internal Revenue Code and classified by the Internal Revenue Service as other than a private foundation and is similarly exempt from state income taxes.

The School follows the requirements of professional literature regarding uncertain tax positions. Under this guidance, the School must recognize the tax effect associated with uncertain tax positions taken for tax return purposes when it is more likely than not the position will be sustained. The School does not believe there are any material uncertain tax positions and, accordingly, it will not recognize any liability for unrecognized tax benefits. For the period ended June 30, 2022, there were no interest or penalties recorded or included in these financial statements. The returns for the years ended June 30, 2019 and beyond remain subject to examination.

# CHATTANOOGA PREP, INC.
# NOTES TO BASIC FINANCIAL STATEMENTS
# JUNE 30, 2022

## (1) SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (continued)

**Deferred Outflows/Inflows of Resources**

The School has adopted the provisions of GASB Statement Number 63, *Financial Reporting of Deferred Outflows of Resources, Deferred Inflows of Resources, and Net Position.* Under this Statement, GASB has defined deferred outflows of resources and deferred inflows of resources as follows:

Deferred outflows of resources: a consumption of net position by the government that is applicable to a future reporting period.

Deferred inflows of resources: an acquisition of net position by the government that is applicable to a future reporting period.

As of June 30, 2022, the School had deferred outflows of $267,021 and deferred inflows of $583,863.

**Pensions**

For purposes of measuring the net pension liability, deferred outflows of resources and deferred inflows of resources related to pensions, and pension expense, information about the fiduciary net position of the Teacher Legacy Pension Plan, Teacher Retirement Plan, Non-Teacher Legacy Plan and Non-Teacher Hybrid Plan in the Tennessee Consolidated Retirement System (TCRS), and additions to/deductions from the plan's fiduciary net position have been determined on the same basis as they are reported by the TCRS. For this purpose, benefits (including refunds of employee contributions) are recognized when due and payable in accordance with the benefit terms of the Teacher Legacy Pension Plan, Teacher Retirement Plan, Non-Teacher Legacy Plan and Non-Teacher Hybrid Plan. Investments are reported at fair value.

**Change in accounting principle**

On July 1, 2021, the School implemented Governmental Accounting Standards Board (GASB) Statement No. 87, *Leases* (GASB 87). This standard enhances the relevance and consistency of information of the School's leasing activities. GASB 87 establishes requirements for lease accounting based on the principle that leases are long-term contracts that conveys control of the right to use another entity's nonfinancial asset (the underlying asset) as specified in the contract for a period of time in an exchange or exchange like transaction. A lessee is required to recognize a lease liability and an intangible right to use lease asset, and a lessor is required to recognize a lease receivable and a deferred inflow of resources. The implementation of GASB 87 did not impact beginning net position of the School.

## (2) DEPOSITS

The School's policies limit deposits to those instruments allowed by applicable state laws. State statutes require that all deposits with financial institutions must be collateralized by securities whose market value is equal to 105% of the value of uninsured deposits. The deposits must be covered by federal deposit insurance or the Tennessee Bank Collateral Pool, by collateral held by Federal Reserve Banks acting as third party agents. The School has its cash accounts with a local bank that participates in the State of Tennessee local government pooled investment fund.

# CHATTANOOGA PREP, INC.
# NOTES TO BASIC FINANCIAL STATEMENTS
# JUNE 30, 2022

## (3) PROMISES TO GIVE

Unconditional promises to give at June 30, 2022 consists of the following:

| | |
|---|---|
| Unconditional promise to give in less than one year | $ 122,119 |
| Unconditional promise to give in one to five years, net | 462,885 |
| Unconditional promise to give in six years, net | 57,481 |
| Total unconditional promise to give, net | $ 642,485 |

Contributions to be received after one year are recorded at the present value of estimated future cash flows using an appropriate discount rate.

## (4) CAPITAL ASSETS

A summary of changes in capital assets for the periods ended June 30, 2022, is as follows:

| | Balance June 30, 2021 * | Additions | Retirements | Balance June 30, 2022 |
|---|---|---|---|---|
| Capital assets (depreciabale) | | | | |
| Equipment | $ 67,350 | $ 6,678 | $ - | $ 74,028 |
| Furniture and fixtures | 401,808 | 54,563 | - | 456,371 |
| Improvements | 27,392 | 10,500 | - | 37,892 |
| Vehicle | 39,362 | - | - | 39,362 |
| | $ 535,912 | $ 71,741 | $ - | $ 607,653 |
| Less accumulated depreciation | | | | |
| Equipment | $ 28,971 | $ 13,692 | $ - | $ 42,663 |
| Furniture and fixtures | 153,514 | 75,408 | - | 228,922 |
| Improvements | 4,311 | 2,526 | - | 6,837 |
| Vehicle | 15,745 | 7,872 | - | 23,617 |
| | $ 202,541 | $ 99,498 | $ - | $ 302,039 |
| Total capital assets, net | $ 333,371 | | | $ 305,614 |

* The beginning balance excludes $12,188,147 that represented the net capital assets of the Foundation that was shown as a blended component unit in the prior year, as described in Note 1.

Depreciation expense was $99,498 for the year ended June 30, 2022, which was charged to administration.

# CHATTANOOGA PREP, INC.
## NOTES TO BASIC FINANCIAL STATEMENTS
## JUNE 30, 2022

## (5) FAIR VALUE

The School follows professional guidance which establishes a framework for measuring fair value, and requires additional disclosure about the use of fair value measurements in an effort to make the measurement of fair value more consistent and comparable.

This guidance for measuring fair value provides a three-tier hierarchy that prioritizes the inputs to valuation techniques used to measure fair value. The hierarchy gives the highest priority to unadjusted quoted prices in active markets and for identical assets or liabilities (level 1 measurements) and the lowest priority to unobservable inputs (level 3 measurements). The three levels of the fair value hierarchy are described as follows:

Level 1
Inputs to the valuation methodology are unadjusted quoted prices for identical assets or liabilities in active markets that the Organization has the ability to access.

Level 2
Inputs to the valuation methodology include (1)quoted prices for similar assets or liabilities in active markets; (2)quoted prices for identical or similar assets or liabilities in inactive markets; (3)inputs other than quoted market prices that are observable for the asset or liability; (4)inputs that are derived principally from corroborated by observable market data by correlation or other means. If the asset or liability has a specified (contractual) term, the level 2 input must be observable for substantially the full term of the asset or liability.

Level 3
Inputs to the valuation methodology are unobservable and significant to the fair value measurement.

The asset's or liability's fair value measurement level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement. Valuation techniques used need to maximize the use of observable inputs and minimize the use of unobservable inputs.

Following is a description of the valuation methodologies used for assets at fair value:

Promises to give: The fair value of the promises to give is estimated at the present value of the projected proceeds that will be received from the promises to give.

The following table presents assets that are measured at fair value on a nonrecurring basis as of June 30, 2022:

**Promises to give as of June 30, 2022:**

| | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| Promises to give | $ - | $ - | $ 642,485 | $ 642,485 |

# CHATTANOOGA PREP, INC.
# NOTES TO BASIC FINANCIAL STATEMENTS
# JUNE 30, 2022

## (5) FAIR VALUE (continued)

A reconciliation of assets in which significant unobservable inputs (Level 3) were used in determining fair value is as follows:

| | | |
|---|---|---|
| July 1, 2021, balance | $ | 799,496 |
| Collections | | (150,950) |
| Net present value adjustment | | (6,061) |
| June 30, 2021, balance | $ | 642,485 |

## (6) SHORT-TERM LIABILITIES

A summary of changes in short-term liabilities for governmental activities is as follows:

| | Beginning Balance | Adjustments and additions | Adjustments and retirements | Ending Balance |
|---|---|---|---|---|
| Compensated absences | $ 7,486 | $ - | $ 7,486 | $ - |

Prior to the year ended June 30, 2022, employees accrue annual leave using a ratio determined by years of full-time service. A maximum of 30 days could be accumulated, depending on years of full-time service. A provision had been made for compensated absences relative to annual leave. During the year ended June 30, 2022, the School eliminated the policy to pay out annual leave upon employee termination, and, as a result, there is no longer a balance for accrued compensated absences.

## (7) FUNDING

The School receives a major portion of its funds from the State of Tennessee for operations. The School also receives grants passed through Hamilton County.

The School's cafeteria operations are contracted through Laughing Sprouts. Each meal is reimbursed based on a set price for breakfast, lunch and snacks. The meal service expense paid to Laughing Sprouts for the year ended June 30, 2022 was $185,385. Total costs of $234,684 were funded by the USDA breakfast, lunch and snack program.

## (8) LEASES

The School currently maintains an agreement to rent its main building, gym, and related property from Friends of Chatt Prep, Inc. The agreement is for a period of one year, with automatic renewals of one year each at the conclusion of the initial term and each agreement conveys complete control of the buildings and property to the School. However, each agreement is considered a below market lease because no rent is paid by the School for the use of the location. An in-kind contribution and related expense is recognized by the School for the fair market value of the space provided. In order to meet the definition of a lease under GASB 87, each agreement would need to represent an exchange or exchange-like transaction. The School's agreements do not meet the definition of a lease under GASB 87 since neither party receives nor gives up essentially equal value. The total amount of rent expense recognized by the School under these rental agreements totaled $786,300 for the year ended June 30, 2022.

# CHATTANOOGA PREP, INC.
# NOTES TO BASIC FINANCIAL STATEMENTS
# JUNE 30, 2022

## (9) RETIREMENT PLAN

Chattanooga Prep, Inc. participates in the following defined benefit pension plans administered by the Tennessee Consolidated Retirement System (TCRS).

I. Teacher Legacy Pension Plan
II. Teacher Retirement Plan
III. Non-Teacher Legacy Pension Plan
IV. Non-Teacher Hybrid Plan

The net pension asset, deferred outflow of resources, net pension liability, and deferred inflows of resources reported on the statement of net position are summarized as follows for each plan:

| | Net Pension Asset (Liability) | Deferred Outflows of Resources | Deferred Inflows of Resources |
|---|---|---|---|
| Teacher legacy pension plan | $ 464,109 | $ 186,404 | $ (434,970) |
| Teacher retirement plan | 75,486 | 28,540 | (81,534) |
| Non-Teacher legacy pension plan | 51,160 | 27,577 | (53,347) |
| Non-Teacher hybrid plan | 15,831 | 24,500 | (14,012) |
| Total | $ 606,586 | $ 267,021 | $ (583,863) |

### I.Teacher Legacy Pension Plan

**General Information about the Pension Plan**

***Plan description***

The Tennessee Consolidated Retirement System (TCRS) was created by state statute under Tennessee Code Annotated Title 8, Chapters 34-37. The TCRS Board of Trustees is responsible for the proper operation and administration of all employer pension plans in the TCRS. The Tennessee Treasury Department, an agency in the legislative branch of the state government, administers the plans of TCRS. The TCRS issues a publicly available financial report that can be obtained at https://treasury.tn.gov/Retirement/Boards-and-Governance/Reporting-and-Investment-Policies.

Teachers employed by Chattanooga Prep, Inc. with membership in the TCRS before July 1, 2014, are provided with pensions through the Teacher Legacy Pension Plan, a cost sharing multiple-employer pension plan administered by the TCRS. The Teacher Legacy Pension Plan closed to new memberships on June 30, 2014, but will continue providing the benefits to existing members and retirees.

The Teacher Retirement Plan became effective July 1, 2014, for teachers employed by Local Education Agencies (LEAs) after June 30, 2014. The Teacher Retirement Plan is a separate cost-sharing, multiple-employer defined benefit plan.

# CHATTANOOGA PREP, INC.
# NOTES TO BASIC FINANCIAL STATEMENTS
# JUNE 30, 2022

## (9) RETIREMENT PLAN (continued)

***Benefits provided***

Tennessee Code Annotated Title 8, Chapters 34-37 establishes the benefit terms and can be amended only by the Tennessee General Assembly. Members of the Teacher Legacy Pension Plan are eligible to retire with an unreduced benefit at age 60 with 5 years of service credit, or after 30 years of service credit regardless of age. Benefits are determined by a formula using the member's highest five consecutive years average compensation and the member's service credit. A reduced early retirement benefit is available at age 55 if vested. Members are vested with five years of service credit. Service-related disability benefits are provided regardless of length of service. Five years of service is required for nonservice-related disability eligibility. The service-related and nonservice-related disability benefits are determined in the same manner as a service retirement benefit but are reduced 10 percent and include projected service credits. A variety of death benefits are available under various eligibility criteria. Member and beneficiary annuitants are entitled to automatic cost of living adjustments (COLAs) after retirement. A COLA is granted each July for annuitants retired prior to the 2nd of July of the previous year. The COLA is based on the change in the consumer price index (CPI) during the prior calendar year, capped at 3 percent, and applied to the current benefit. No COLA is granted if the change in the CPI is less than one-half percent. A one percent COLA is granted if the CPI change is between one-half percent and one percent. A member who leaves employment may withdraw their employee contributions, plus any accumulated interest.

***Contributions***

Contributions for teachers are established in the statutes governing the TCRS and may only be changed by the Tennessee General Assembly. Teachers contribute 5 percent of salary. The LEAs make employer contributions at the rate set by the Board of Trustees as determined by an actuarial valuation. By law, employer contributions for the Teacher Legacy Pension Plan are required to be paid. The TCRS may intercept the state shared taxes of the sponsoring governmental entity of the LEA if the required employer contributions are not remitted. Employer contributions by the School for the year ended June 30, 2022, to the Teacher Legacy Pension Plan were $60,842 which is 9.52 percent of covered payroll. The employer rate, when combined with member contributions, is expected to finance the costs of benefits earned by members during the year, the cost of administration, as well as an amortized portion of any unfunded liability.

**Pension Liabilities (Assets), Pension Expense (Negative Pension Expense), and Deferred Outflows of Resources and Deferred Inflows of Resources Related to Pension – *Teacher Legacy Plan***

***Pension liabilities(assets)***

At June 30, 2022, the School reported a liability (asset) of ($464,109) for its proportionate share of the net pension liability (asset). The net pension liability (asset) was measured as of June 30, 2021, and the total pension liability used to calculate the net pension liability (asset) was determined by an actuarial valuation as of that date. The School's proportion of the net pension liability was based on the School's share of contributions to the pension plan relative to the contributions of all participating LEAs. At the measurement date of June 30, 2021, the School's proportion was 0.010760 percent. The proportion measured as of June 30, 2020, was 0.006692 percent.

***Pension expense***

For the year ended June 30, 2022, the School recognized pension expense (negative pension expense) of ($82,766).

## (9) RETIREMENT PLAN (continued)

***Deferred outflows of resources and deferred inflows of resources***

For the year ended June 30, 2022, the School reported deferred outflows of resources and deferred inflows of resources related to pensions from the following sources:

| | Deferred Outflows of Resources | Deferred Inflows of Resources |
|---|---|---|
| Differences between expected and actual experience | $ 1,560 | $ 38,708 |
| Changes in assumptions | 124,002 | - |
| Net difference between projected and actual earnings on pension plan investments | - | 370,117 |
| Changes in proposition of net pension liability (asset) | - | 26,145 |
| Contributions subsequent to the measurement date of June 30, 2021 | 60,842 | n/a |
| Total | $ 186,404 | $ 434,970 |

The School employer contributions of $60,842 reported as pension related deferred outflows of resources subsequent to the measurement date, will be recognized as a reduction (increase) to the net pension liability (asset) in the year ended June 30, 2023. Other amounts reported as deferred outflows of resources and deferred inflows of resources related to pensions will be recognized in pension expense as follows:

| | | |
|---|---|---|
| Year ended June 30, | 2023 | $ (76,985) |
| | 2024 | (73,484) |
| | 2025 | (59,056) |
| | 2026 | (99,884) |
| | 2027 | - |
| | Thereafter | - |

In the table shown above, positive amounts will increase pension expense while negative amounts will decrease pension expense.

# CHATTANOOGA PREP, INC.
# NOTES TO BASIC FINANCIAL STATEMENTS
# JUNE 30, 2022

## (9) RETIREMENT PLAN (continued)

*Actuarial Assumptions*

The total pension liability in the June 30, 2021, actuarial valuation was determined using the following actuarial assumptions, applied to all periods included in the measurement:

| | |
|---|---|
| Inflation | 2.25 percent |
| Salary increases | Graded salary ranges from 8.72 to 3.44 percent based on age, including inflation, averaging 4.00 percent |
| Investment rate of return | 6.75 percent, net of pension plan investment expenses, including inflation |
| Cost-of-Living Adjustment | 2.125 percent |

Mortality rates were based on actual experience including an adjustment for some anticipated improvement.

The actuarial assumptions used in the June 30, 2021, actuarial valuation were based on the results of an actuarial experience study performed for the period July 1, 2016 through June 30, 2020. As a result of the 2020 actuarial experience study, investment and demographic assumptions were adjusted to more closely reflect actual and expected future experience.

The long-term expected rate of return on pension plan investments was established by the TCRS Board of Trustees in conjunction with the June 30, 2020, actuarial experience study. A blend of future capital market projections and historical market returns was used in a building-block method in which a best-estimate of expected future real rates of return (expected returns, net of pension plan investment expense and inflation) is developed for each major asset class. These best estimates are combined to produce the long-term expected rate of return by weighting the expected future real rates of return by the target asset allocation percentage and by adding expected inflation of 2.25 percent. The best-estimates of geometric real rates of return and the TCRS investment policy target asset allocation for each major asset class are summarized in the following table:

| Asset Class | Long-Term Expected Real Rate of Return | Target Allocation |
|---|---|---|
| U.S. equity | 4.88% | 31% |
| Developed market international equity | 5.37% | 14% |
| Emerging market international equity | 6.09% | 4% |
| Private equity and strategic lending | 6.57% | 20% |
| U.S. fixed income | 1.20% | 20% |
| Real estate | 4.38% | 10% |
| Short-term securities | 0.00% | 1% |
| | | 100% |

The long-term expected rate of return on pension plan investments was established by the TCRS Board of Trustees as 6.75 percent based on a blending of the factors described above.

## (9) RETIREMENT PLAN (continued)

***Discount Rate***

The discount rate used to measure the total pension liability was 6.75 percent. The projection of cash flows used to determine the discount rate assumed that employee contributions will be made at the current rate and that contributions from all the LEAs will be made at the actuarially determined contribution rate pursuant to an actuarial valuation in accordance with the funding policy of the TCRS Board of Trustees and as required to be paid by state statute. Based on those assumptions, the pension plan's fiduciary net position was projected to be available to make projected future benefit payments of current active and inactive members. Therefore, the long-term expected rate of return on pension plan investments was applied to all periods of projected benefit payments to determine the total pension liability.

***Sensitivity of the proportionate share of net pension liability (asset) to changes in the discount rate***

The following presents the School's proportionate share of the net pension liability (asset) calculated using the discount rate of 6.75 percent, as well as what the School's proportionate share of the net pension liability (asset) would be if it were calculated using a discount rate that is 1-percentage-point lower (5.75 percent) or 1-percentage-point higher (7.75 percent) than the current rate:

| | 1% Decrease (5.75%) | Current Discount Rate (6.75%) | 1% Increase (7.75%) |
|---|---|---|---|
| Chattanooga Prep, Inc.'s proportionate share of the net pension liability (asset) | $ (82,596) | $ (464,109) | $ (781,604) |

***Pension plan fiduciary net position***

Detailed information about the pension plan's fiduciary net position is available in a separately issued TCRS financial report.

**Payable to the pension plan**

At June 30, 2022, the School reported a payable of $6,232 for the outstanding amount of contributions to the pension plan required at the year ended June 30, 2022.

### II. Teacher Retirement Plan

**General Information about the Pension Plan**

***Plan description***

The TCRS was created by state statute under Tennessee Code Annotated Title 8, Chapters 34-37. The TCRS Board of Trustees is responsible for the proper operation and administration of all employer pension plans of the TCRS. The Tennessee Treasury Department, an agency in the legislative branch of state government, administers the plans of the TCRS. The TCRS issues a publicly available financial report that can be obtained at https://treasury.tn.gov/Retirement/Boards-and-Governance/Reporting-and-Investment-Policies.

# CHATTANOOGA PREP, INC.
# NOTES TO BASIC FINANCIAL STATEMENTS
# JUNE 30, 2022

## (9) RETIREMENT PLAN (continued)

***Plan description (continued)***

Teachers employed by the School with memberships in TCRS before July 1, 2014, are provided with pensions through the Teacher Legacy Pension Plan, a cost sharing multiple-employer pension plan administered by the TCRS. The Teacher Legacy Pension Plan closed to new membership on June 30, 2014, but will continue providing benefits to existing members and retirees.

The Teacher Retirement Plan became effective July 1, 2014, for teachers employed by Local Education Agencies (LEAs) after June 30, 2014. The Teacher Retirement Plan is a separate cost sharing, multiple-employer defined benefit plan.

***Benefits provided***

Tennessee Code Annotated Title 8, Chapters 34-37 establishes the benefit terms and can be amended only by the Tennessee General Assembly. Members of the Teacher Retirement Plan are eligible to retire with an unreduced benefit at age 65 with 5 years of service credit or pursuant to the rule of 90 in which the member's age and service credit total 90. Benefits are determined by a formula using the member's highest five consecutive years average compensation and the member's years of service credit. A reduced early retirement benefit is available at age 60 and vested or pursuant to the rule of 80. Members are vested with five years of service credit. Service-related disability benefits are provided regardless of length of service. Five years of service is required for nonservice-related disability eligibility. The service-related and nonservice-related disability benefits are determined in the same manner as a service retirement benefit but are reduced 10 percent and include projected service credits. A variety of death benefits are available under various eligibility criteria. Member and beneficiary annuitants are entitled to automatic cost of living adjustments (COLAs) after retirement. A COLA is granted each July for annuitants retired prior to the 2nd of July of the previous year. The COLA is based on the change in the consumer price index (CPI) during the prior calendar year, capped at 3 percent, and applied to the current benefit. No COLA is granted if the change in the CPI is less than one-half percent. A one percent COLA is granted if the CPI change is between one-half percent and one percent. A member who leaves employment may withdraw their employee contributions, plus any accumulated interest. Under the Teacher Retirement Plan, benefit terms and conditions, including COLAs, can be adjusted on a prospective basis. Moreover, there are defined cost controls and unfunded liability controls that provide for the adjustment of benefit terms and conditions on an automatic basis.

***Contributions***

Contributions for teachers are established in the statutes governing the TCRS and may only be changed by the Tennessee General Assembly or by automatic cost controls set out in law. Teachers contribute 5 percent of salary. The LEAs make employer contributions at the rate set by the Board of Trustees as determined by an actuarial valuation. Per the statutory provisions governing the TCRS, the employer contribution rate cannot be less than 4 percent, except in years when the maximum funded level, as established by the TCRS Board of Trustees, is reached. By law, employer contributions for the Teacher Retirement Plan are required to be paid. The TCRS may intercept the state shared taxes of the sponsoring governmental entity of the LEA if the required employer contributions are not remitted. Employer contributions by the School for the year ended June 30, 2022, to the Teacher Retirement Plan were $25,280 which is 2.01 percent of covered payroll. The employer rate, when combined with member contributions, is expected to finance the costs of benefits earned by members during the year, the cost of administration, as well as an amortized portion of any unfunded liability.

# CHATTANOOGA PREP, INC.
# NOTES TO BASIC FINANCIAL STATEMENTS
# JUNE 30, 2022

## (9) RETIREMENT PLAN (continued)

**Pension Liabilities (Assets), Pension Expense, and Deferred Outflows of Resources and Deferred Inflows of Resources Related to Pension – *Teacher Retirement Plan***

***Pension liabilities (assets)***

At June 30, 2022, the School reported a liability (asset) of ($75,486) for its proportionate share of the net pension liability (asset). The net pension liability (asset) was measured as of June 30, 2021, and the total pension liability used to calculate the net pension liability (asset) was determined by an actuarial valuation as of that date. The School's proportion of the net pension liability (asset) was based on the School's share of contributions to the pension plan relative to the contributions of all participating LEAs. At the measurement date of June 30, 2021, the School's proportion was 0.069687 percent. The proportion measured as of June 30, 2020, was 0.063282 percent.

***Pension expense***

For the year ended June 30, 2022, recognized pension expense (negative pension expense) of $6,774.

***Deferred outflows of resources and deferred inflows of resources***

For the year ended June 30, 2022, the School reported deferred outflows of resources and deferred inflows of resources related to pensions from the following sources:

| | Deferred Outflows of Resources | Deferred Inflows of Resources |
|---|---|---|
| Differences between expected and actual experience | $ 1,313 | $ 13,812 |
| Net difference between projected and actual earnings on pension plan investments | - | 43,452 |
| Changes in assumptions | 27,227 | - |
| Changes in proportion of net pension liability (asset) | - | 24,270 |
| Contributions subsequent to the measurement date of June 30, 2021 | - | n/a |
| Total | $ 28,540 | $ 81,534 |

The School employer contributions reported as pension related deferred outflows of resources subsequent to the measurement date, will be recognized as a reduction (increase) to the net pension liability (asset) in the year ended June 30, 2023. The School did not have any employer contributions subsequent to the measurement date. Other amounts reported as deferred outflows of resources and deferred inflows of resources related to pensions will be recognized in pension expense as follows:

| | | |
|---|---|---|
| Year ended June 30, | 2023 | $ (11,937) |
| | 2024 | (11,699) |
| | 2025 | (11,631) |
| | 2026 | (12,725) |
| | 2027 | (1,135) |
| | Thereafter | (3,867) |

In the table shown above, positive amounts will increase pension expense while negative amounts will decrease pension expense.

# CHATTANOOGA PREP, INC.
# NOTES TO BASIC FINANCIAL STATEMENTS
# JUNE 30, 2022

## (9) RETIREMENT PLAN (continued)

### *Actuarial Assumptions*

The total pension liability in the June 30, 2021, actuarial valuation was determined using the following actuarial assumptions, applied to all periods included in the measurement:

| | |
|---|---|
| Inflation | 2.25 percent |
| Salary increases | Graded salary ranges from 8.72 to 3.44 percent based on age, including inflation, averaging 4.00 percent |
| Investment rate of return | 6.75 percent, net of pension plan investment expenses, including inflation |
| Cost-of-Living Adjustment | 2.125 percent |

Mortality rates were based on actual experience including an adjustment for some anticipated improvement.

The actuarial assumptions used in the June 30, 2021, actuarial valuation were based on the results of an actuarial experience study performed for the period July 1, 2016 through June 30, 2020. As a result of the 2020 actuarial experience study, investment and demographic assumptions were adjusted to more closely reflect actual and expected future experience.

The long-term expected rate of return on pension plan investments was established by the TCRS Board of Trustees in conjunction with the June 30, 2020, actuarial experience study. A blend of future capital market projections and historical market returns was used in a building-block method in which a best-estimate of future real rates of return (expected returns, net of pension plan investment expense and inflation) is developed for each major asset class. These best-estimates are combined to produce the long-term expected rate of return by weighting the expected future real rates of return by the target asset allocation percentage and by adding expected inflation of 2.25 percent. The best-estimates of geometric real rates of return and the TCRS investment policy target asset allocation for each major asset class are summarized in the following table:

| Asset Class | Long-Term Expected Real Rate of Return | Target Allocation |
|---|---|---|
| U.S. equity | 4.88% | 31% |
| Developed market international equity | 5.37% | 14% |
| Emerging market international equity | 6.09% | 4% |
| Private equity and strategic lending | 6.57% | 20% |
| U.S. fixed income | 1.20% | 20% |
| Real estate | 4.38% | 10% |
| Short-term securities | 0.00% | 1% |
| | | 100% |

The long-term expected rate of return on pension plan investments was established by the TCRS Board of Trustees as 6.75 percent based on a blending of the three factors described above.

# CHATTANOOGA PREP, INC.
# NOTES TO BASIC FINANCIAL STATEMENTS
# JUNE 30, 2022

## (9) RETIREMENT PLAN (continued)

***Discount Rate***

The discount rate used to measure the total pension liability was 6.75 percent. The projection of cash flows used to determine the discount rate assumed that employee contributions will be made at the current rate and that contributions from all LEAs will be made at the actuarially determined contribution rate pursuant to an actuarial valuation in accordance with the funding policy of the TCRS Board of Trustees and as required to be paid by state statute. Based on those assumptions, the pension plan's fiduciary net position was projected to be available to make projected future benefit payments of current active and inactive members. Therefore, the long-term expected rate of return on pension plan investments was applied to all periods of projected benefit payments to determine the total pension liability.

***Sensitivity of the proportionate share of net pension liability (asset) to changes in the discount rate***

The following presents the School's proportionate share of the net pension liability (asset) calculated using the discount rate of 6.75 percent, as well as what the School's proportionate share of the net pension liability (asset) would be if it were calculated using a discount rate that is 1-percentage-point lower (5.75 percent) or 1-percentage-point higher (7.75 percent) than the current rate:

| | 1% Decrease (5.75%) | Current Discount Rate (6.75%) | 1% Increase (7.75%) |
|---|---|---|---|
| Chattanooga Prep, Inc.'s proportionate share of the net pension liability (asset) | $ 25,950 | $ (75,486) | $ (150,299) |

***Pension plan fiduciary net position***

Detailed information about the pension plan's fiduciary net position is available in a separately issued TCRS financial report.

**Payable to the pension plan**

At June 30, 2022, the School reported a payable of $4,552. for outstanding contributions to the pension plan required at June 30, 2022.

**401k Plan**

The School provides a combination of a defined benefit plan and a defined contribution plan. The defined contribution portion of the Teacher Retirement Plan is administered and managed by Empower Retirement through Great-West Life & Annuity Insurance Company. Enrolled employees may, at their option, contribute up to 5% of their salaries and employers are required to contribute 4% of those salaries to the defined contribution (401(k)) portion of the Teacher Retirement Plan. During 2022, the School's employer contribution to the defined contribution (401(k)) portion of the Teachers Retirement Plan was $62,887. Participants are immediately vested in their contribution plus actual earnings, along with the employer contributions, to the defined contribution portion of the Teacher Retirement Plan. Due to that immediate vesting, there will be no forfeitures. At June 30, 2022, the School reported a payable of $5,690 for outstanding contributions to the 401k plan required at June 30, 2022.

**(9) RETIREMENT PLAN (continued)**

**III. Non-Teacher Legacy Pension Plan**

**General Information about the Pension Plan**

***Plan description***

Employees of Chattanooga Prep, Inc. are provided a defined benefit pension plan through the Public Employee Retirement Plan, an agent multiple-employer pension plan administered by the TCRS. The TCRS was created by the state statute under the Tennessee Code of Annotated Title 8, Chapters 34-37. The TCRS Board of Trustees is responsible for the proper operation and administration of all employer pension plans in the TCRS. The Tennessee Treasury Department, an agency in the legislative branch of state government, administers the plans of the TCRS. The TCRS issues a publicly available financial report that can be obtained at https://treasury.tn.gov/Retirement/Boards-and-Governance/Reporting-and-Investment-Policies.

***Benefits provided***

Tennessee Code Annotated, Title 8, Chapters 34-37, establishes the benefit terms and can be amended only by the Tennessee General Assembly. The chief legislative body may adopt the benefit terms permitted by statute. Members are eligible to retire with an unreduced benefit at age 60 with 5 years of service credit or after 30 years of service credit regardless of age. Benefits are determined by a formula using the member's highest five consecutive year average compensation and the member's service credit. Reduced benefits for early retirement are available at age 55 and vested. Members vest with five years of service credit. Service-related disability benefits are provided regardless of length of service. Five years of service is required for nonservice-related disability eligibility. The service-related and nonservice-related disability benefits are determined in the same manner as a service retirement benefit but are reduced 10 percent and include projected service credits. A variety of death benefits are available under various eligibility criteria.

Member and beneficiary annuitants are entitled to automatic cost of living adjustments (COLAs) after retirement. A COLA is granted each July for annuitants retired prior to the 2nd of July of the previous year. The COLA is based on the change in the consumer price index (CPI) during the prior calendar year, capped at 3 percent, and applied to the current benefit. No COLA is granted if the change in the CPI is less than one-half percent. A one percent COLA is granted if the CPI change is between one-half percent and one percent. A member who leaves employment may withdraw their employee contributions, plus any accumulated interest.

***Employees covered by benefit terms***

At the measurement date of June 30, 2021, 1 employee was covered by the benefit term and they were an active employee.

***Contributions***

Contributions for employees are established in the statutes governing the TCRS and may only be changed by the Tennessee General Assembly. Employees contribute 5 percent of salary (alternatively-Employees are non-contributory). The School makes employer contributions at the rate set by the Board of Trustees as determined by an actuarial valuation. For the year ended June 30, 2022, the employer contributions for the School were $9,575 based on a rate of 14.70 percent of covered payroll. By law, employer contributions are required to be paid. The TCRS may intercept the School's state shared taxes if required employer contributions are not remitted. The employer's ADC and member contributions are expected to finance the costs of benefits earned by members during the year, the cost of administration, as well as an amortized portion of any unfunded liability.

## (9) RETIREMENT PLAN (continued)

**Net Pension Liability (Asset)**

***Pension liabilities (assets)***

The School's net pension liability (asset) was measured as of June 30, 2021, and the total pension liability used to calculate net pension liability (asset) was determined by an actuarial valuation as of that date.

***Actuarial Assumptions***

The total pension liability in the June 30, 2021, actuarial valuation was determined using the following actuarial assumptions, applied to all periods included in the measurement:

| | |
|---|---|
| Inflation | 2.25 percent |
| Salary increases | Graded salary ranges from 8.72 to 3.44 percent based on age, including inflation, averaging 4.00 percent |
| Investment rate of return | 6.75 percent, net of pension plan investment expenses, including inflation |
| Cost-of-Living Adjustment | 2.125 percent |

Mortality rates were based on actual experience including an adjustment for some anticipated improvement.

The actuarial assumptions used in the June 30, 2021, actuarial valuation were based on the results of an actuarial experience study performed for the period July 1, 2016 through June 30, 2020. The demographic assumptions were adjusted to more closely reflect actual and expected future experience.

***Changes of assumptions***

In 2021, the following assumptions were changed: decreased inflation rate from 2.50 percent to 2.25 percent; decreased the investment rate of return from 7.25 percent to 6.75 percent; decreased the cost-of-living adjustment from 2.25 percent to 2.125 percent; and modified mortality assumptions.

The long-term expected rate of return on pension plan investments was established by the TCRS Board of Trustees in conjunction with the June 30, 2020 actuarial experience study. A blend of future capital market projections and historical market returns was used in a building-block method in which a best estimate of expected future real rates of return (expected returns, net of pension plan investment expense and inflation) is developed for each major asset class. These best estimates are combined to produce the long-term expected rate of return by weighting the expected future real rates of return by the target asset allocation percentage and by adding expected inflation of 2.25 percent. The best estimates of geometric real rates of return and the TCRS investment policy target asset allocation foreach major asset class are summarized in the table on the following page:

## (9) RETIREMENT PLAN (continued)

***Changes of assumptions (continued)***

| Asset Class | Long-Term Expected Real Rate of Return | Target Allocation |
|---|---|---|
| U.S. equity | 4.88% | 31% |
| Developed market international equity | 5.37% | 14% |
| Emerging market international equity | 6.09% | 4% |
| Private equity and strategic lending | 6.57% | 20% |
| U.S. fixed income | 1.20% | 20% |
| Real estate | 4.38% | 10% |
| Short-term securities | 0.00% | 1% |
| | | 100% |

The long-term expected rate of return on pension plan investments was established by the TCRS Board of Trustees as 6.75% based on a blending of the three factors described above.

***Discount Rate***

The discount rate used to measure the total pension liability was 6.75 percent. The projection of cash flows used to determine the discount rate assumed that employee contributions will be made at the current rate and that contributions from the School will be made at the actuarially determined contribution rate pursuant to an actuarial valuation in accordance with the funding policy of the TCRS Board of Trustees and as required to be paid by state statute. Based on those assumptions, the pension plan's fiduciary net position was projected to be available to make projected future benefit payments of current active and inactive members. Therefore, the long-term expected rate of return on pension plan investments was applied to all periods of projected benefit payments to determine the total pension liability.

# CHATTANOOGA PREP, INC.
# NOTES TO BASIC FINANCIAL STATEMENTS
# JUNE 30, 2022

## (9) RETIREMENT PLAN (continued)

*Discount Rate (continued)*

### Changes in the Net Pension Liability (Asset)

| | Increase (Decrease) | | |
|---|---|---|---|
| | Total Pension Liability | Plan Fiduciary Net Position | Net Pension Liability (Asset) |
| **Balance at June 30, 2020** | $ 494,996 | $ 495,299 | $ (303) |
| **Changes for the year:** | | | |
| Service cost | 4,700 | - | 4,700 |
| Interest | 27,018 | - | 27,018 |
| Change of benefit terms | - | - | - |
| Difference between expected and actual experience | (5,299) | - | (5,299) |
| Changes in assumptions | 25,000 | - | 25,000 |
| Contributions-employer | - | 8,926 | (8,926) |
| Contributions-employees | - | 3 | (3) |
| Net investment income | - | 93,442 | (93,442) |
| Benefit payments, including refunds of employee contributions | (18,549) | (18,549) | - |
| Administrative expense | - | (95) | 95 |
| Other changes | - | - | - |
| Net changes | 32,870 | 83,727 | (50,857) |
| **Balance at June 30, 2021** | $ 527,866 | $ 579,026 | $ (51,160) |

***Sensitivity of the proportionate share of net pension liability (asset) to changes in the discount rate***

The following presents the net pension liability (asset) of the School calculated using the discount rate of 6.75 percent, as well as what the net pension liability (asset) would be if it were calculated using a discount rate that is 1-percentage-point lower (5.75 percent) or 1-percentage-point higher (7.75 percent) than the current rate:

| | 1% Decrease (5.75%) | Current Discount Rate (6.75%) | 1% Increase (7.75%) |
|---|---|---|---|
| Chattanooga Prep, Inc.'s proportionate share of the net pension liability (asset) | $ 13,713 | $ (51,160) | $ (105,287) |

## (9) RETIREMENT PLAN (continued)

**Pension Expense (Negative Pension Expense) and Deferred Outflows of Resources and Deferred Inflows of Resources Related to Pension – *Non-Teacher Legacy Plan***

***Pension expense (negative pension expense)***

For the year ended June 30, 2022, The School recognized pension expense (negative pension expense) of ($2,052).

***Deferred outflows of resources and deferred inflows of resources***

For the year ended June 30, 2022, The School reported deferred outflows of resources and deferred inflows of resources related to pensions from the following sources:

| | Deferred Outflows of Resources | Deferred Inflows of Resources |
|---|---|---|
| Differences between expected and actual experience | $ 1,335 | $ 3,533 |
| Net difference between projected and actual earnings on pension plan investments | - | 49,814 |
| Changes in assumptions | 16,667 | - |
| Contributions subsequent to the measurement date of June 30, 2021 | 9,575 | n/a |
| Total | $ 27,577 | $ 53,347 |

The amount shown above for "contributions subsequent to measurement date of June 30, 2021", will be recognized as a reduction (increase) to net pension liability (asset) in the following measurement period.

Amounts reported as deferred outflows of resources and deferred inflows of resources related to pensions will be recognized in pension expense as follows:

| | | |
|---|---|---|
| Year ended June 30, | 2023 | $ (4,712) |
| | 2024 | (5,381) |
| | 2025 | (11,816) |
| | 2026 | (13,436) |
| | 2027 | - |
| | Thereafter | - |

In the table shown above, positive amounts will increase pension expense while negative amounts will decrease pension expense.

**Payable to the pension plan**

At June 30, 2022, the School reported a payable of $798 for the outstanding amount of contributions to the pension plan required at the year ended June 30, 2022.

## (9) RETIREMENT PLAN (continued)

### IV. Non-Teacher Hybrid Pension Plan

**General Information about the Pension Plan**

***Plan description***

Employees of the School are provided a defined benefit pension plan through the Public Employee Retirement Plan, an agent multiple-employer pension plan administered by the TCRS. The TCRS was created by state statute under Tennessee Code Annotated, Title 8, Chapters 34-37. The TCRS Board of Trustees is responsible for the proper operation and administration of the TCRS. The Tennessee Treasury Department, an agency in the legislative branch of state government, administers the plans of the TCRS. The TCRS issues a publicly available financial report that can be obtained at https://treasury.tn.gov/Retirement/Boards-and-Governance/Reporting-and-Investment-Policies.

***Benefits provided***

Tennessee Code Annotated, Title 8, Chapters 34-37, establishes the benefit terms and can be amended only by the Tennessee General Assembly. The chief legislative body may adopt the benefit terms permitted by statute. Members are eligible to retire with an unreduced benefit at age 65 with 5 years of service credit or pursuant to the rule of 90 in which the member's age and service credit total 90. Benefits are determined by a formula using the member's highest five consecutive year average compensation and the member's years of service credit. Reduced benefits for early retirement are available at age 60 and vested or pursuant to the rule of 80 in which the member's age and service credit total 80. Members vest with five years of service credit. Service-related disability benefits are provided regardless of length of service. Five years of service is required for nonservice-related disability eligibility. The service-related and nonservice-related disability benefits are determined in the same manner as a service retirement benefit but are reduced 10 percent and include projected service credits. A variety of death benefits are available under various eligibility criteria.

Member and beneficiary annuitants are entitled to automatic cost of living adjustments (COLAs) after retirement. A COLA is granted each July for annuitants retired prior to the 2nd of July of the previous year. The COLA is based on the change in the consumer price index (CPI) during the prior calendar year, capped at 3 percent, and applied to the current benefit. No COLA is granted if the change in the CPI is less than one-half percent. A one percent COLA is granted if the CPI change is between one-half percent and one percent. A member who leaves employment may withdraw their employee contributions, plus any accumulated interest. Moreover, there are defined cost controls and unfunded liability controls that provide for the adjustment of benefit terms and conditions on an automatic basis.

***Employees covered by benefit terms***

At the measurement date of June 30, 2021, 8 employees were covered by the benefit terms and they were all active employees.

## (9) RETIREMENT PLAN (continued)

***Contributions***

Contributions for employees are established in the statutes governing the TCRS and may only be changed by the Tennessee General Assembly or by automatic cost controls set out in law. Employees contribute 5 percent of salary. The School makes employer contributions at the rate set by the Board of Trustees as determined by an actuarial valuation. Per the statutory provisions governing the TCRS, the employer contribution rate cannot be less than 4 percent, except in years when the maximum funded level, as established by the TCRS Board of Trustees is reached. By law, employer contributions are required to be paid. The TCRS may intercept the School's state shared taxes if required employer contributions are not remitted. Employer contributions by the School for the year ended June 30, 2022 to the Public Employee Retirement Plan were $10,974 based on a rate of 2.04 percent of covered payroll. The employer rate, when combined with member contributions, is expected to finance the costs of benefits earned by members during the year, the cost of administration, as well as an amortized portion of any unfunded liability.

**Net Pension Liability (Asset)**

***Pension liabilities (assets)***

The School's net pension liability (asset) was measured as of June 30, 2021, and the total pension liability used to calculate net pension liability (asset) was determined by an actuarial valuation as of that date.

***Actuarial Assumptions***

The total pension liability in the June 30, 2021, actuarial valuation was determined using the following actuarial assumptions, applied to all periods included in the measurement:

| | |
|---|---|
| Inflation | 2.25 percent |
| Salary increases | Graded salary ranges from 8.72 to 3.44 percent based on age, including inflation, averaging 4.00 percent |
| Investment rate of return | 6.75 percent, net of pension plan investment expenses, including inflation |
| Cost-of-Living Adjustment | 2.125 percent |

Mortality rates were based on actual experience including an adjustment for some anticipated improvement.

The actuarial assumptions used in the June 30, 2021, actuarial valuation were based on the results of an actuarial experience study performed for the period July 1, 2016 through June 30, 2020. The demographic assumptions were adjusted to more closely reflect actual and expected future experience.

***Changes of assumptions***

In 2021, the following assumptions were changed: decreased inflation rate from 2.50 percent to 2.25 percent; decreased the investment rate of return from 7.25 percent to 6.75 percent; decreased the cost-of-living adjustment from 2.25 percent to 2.125 percent; and modified mortality assumptions.

## (9) RETIREMENT PLAN (continued)

***Actuarial Assumptions (continued)***

The long-term expected rate of return on pension plan investments was established by the TCRS Board of Trustees in conjunction with the June 30, 2020, actuarial experience study. A blend of future capital market projections and historical market returns was used in a building-block method in which a best estimate of expected future real rates of return (expected returns, net of pension plan investment expense and inflation) is developed for each major asset class. These best estimates are combined to produce the long-term expected rate of return by weighting the expected future real rates of return by the target asset allocation percentage and by adding expected inflation of 2.25 percent. The best estimates of geometric real rates of return and the TCRS investment policy target asset allocation foreach major asset class are summarized in the following table:

| Asset Class | Long-Term Expected Real Rate of Return | Target Allocation |
|---|---|---|
| U.S. equity | 4.88% | 31% |
| Developed market international equity | 5.37% | 14% |
| Emerging market international equity | 6.09% | 4% |
| Private equity and strategic lending | 6.57% | 20% |
| U.S. fixed income | 1.20% | 20% |
| Real estate | 4.38% | 10% |
| Short-term securities | 0.00% | 1% |
| | | 100% |

The long-term expected rate of return on pension plan investments was established by the TCRS Board of Trustees as 6.75 percent based on a blending of the three factors described above.

***Discount Rate***

The discount rate used to measure the total pension liability was 6.75 percent. The projection of cash flows used to determine the discount rate assumed that employee contributions will be made at the current rate and that contributions from the School will be made at the actuarially determined contribution rate pursuant to an actuarial valuation in accordance with the funding policy of the TCRS Board of Trustees and as required to be paid by state statute. Based on those assumptions, the pension plan's fiduciary net position was projected to be available to make projected future benefit payments of current active and inactive members. Therefore, the long-term expected rate of return on pension plan investments was applied to all periods of projected benefit payments to determine the total pension liability.

# CHATTANOOGA PREP, INC.
# NOTES TO BASIC FINANCIAL STATEMENTS
# JUNE 30, 2022

## (9) RETIREMENT PLAN (continued)

***Discount Rate (continued)***

**Changes in the Net Pension Liability (Asset)**

| | Increase (Decrease) | | |
|---|---|---|---|
| | **Total Pension Liability** | **Plan Fiduciary Net Position** | **Net Pension Liability (Asset)** |
| **Balance at June 30, 2020** | $ 3,104 | $ 4,240 | $ (1,136) |
| **Changes for the year:** | | | |
| Service cost | 28,061 | - | 28,061 |
| Interest | 7,403 | - | 7,403 |
| Change of benefit terms | - | - | - |
| Difference between expected and actual experience | (325) | - | (325) |
| Changes in assumptions | 9,146 | - | 9,146 |
| Contributions-employer | - | 10,063 | (10,063) |
| Contributions-employees | - | 25,076 | (25,076) |
| Net investment income | - | 25,001 | (25,001) |
| Benefit payments, including refunds of employee contributions | (1,331) | (1,331) | - |
| Administrative expense | - | (1,160) | 1,160 |
| Other changes | - | - | - |
| Net changes | 42,954 | 57,649 | (14,695) |
| **Balance at June 30, 2021** | $ 46,058 | $ 61,889 | $ (15,831) |

***Sensitivity of the proportionate share of net pension liability (asset) to changes in the discount rate***

The following presents the net pension liability (asset) of the School calculated using the discount rate of 6.75 percent, as well as what the net pension liability (asset) would be if it were calculated using a discount rate that is 1-percentage-point lower (5.75 percent) or 1-percentage-point higher (7.75 percent) than the current rate:

| | 1% Decrease (5.75%) | Current Discount Rate (6.75%) | 1% Increase (7.75%) |
|---|---|---|---|
| Chattanooga Prep, Inc.'s share of the net pension liability (asset) | $ 35,194 | $ (15,831) | $ (54,363) |

# CHATTANOOGA PREP, INC.
# NOTES TO BASIC FINANCIAL STATEMENTS
# JUNE 30, 2022

## (9) RETIREMENT PLAN (continued)

**Pension Expense (Negative Pension Expense) and Deferred Outflows of Resources and Deferred Inflows of Resources Related to Pension – *Non-Teacher Hybrid Plan***

***Pension expense (negative pension expense)***

For the year ended June 30, 2022, The School recognized pension expense (negative pension expense) of $4,540.

***Deferred outflows of resources and deferred inflows of resources***

For the year ended June 30, 2022, The School reported deferred outflows of resources and deferred inflows of resources related to pensions from the following sources:

| | Deferred Outflows of Resources | Deferred Inflows of Resources |
|---|---|---|
| Differences between expected and actual experience | $ 15,734 | $ 438 |
| Net difference between projected and actual earnings on pension plan investments | - | 13,574 |
| Changes in assumptions | 8,261 | - |
| Contributions subsequent to the measurement date of June 30, 2021 | 505 | n/a |
| Total | $ 24,500 | $ 14,012 |

The amount shown above for "contributions subsequent to measurement date of June 30, 2021", will be recognized as a reduction (increase) to net pension liability (asset) in the following measurement period.

Amounts reported as deferred outflows of resources and deferred inflows of resources related to pensions will be recognized in pension expense as follows:

| | | |
|---|---|---|
| Year ended June 30, | 2023 | $ 63 |
| | 2024 | 104 |
| | 2025 | 119 |
| | 2026 | (123) |
| | 2027 | 3,472 |
| | Thereafter | 6,348 |

In the table shown above, positive amounts will increase pension expense while negative amounts will decrease pension expense.

**Payable to the pension plan**

At June 30, 2022, the School reported a payable of $1,886 for the outstanding amount of contributions to the pension plan required at the year ended June 30, 2022.

## (9) RETIREMENT PLAN (continued)

**401k Plan**

The School provides a combination of a defined benefit plan and a defined contribution plan. The defined contribution portion of the Non-Teacher Retirement Plan is administered and managed by Empower Retirement through Great-West Life & Annuity Insurance Company. Enrolled employees may, at their option, contribute up to 5% of their salaries and employers are required to contribute 4% of those salaries to the defined contribution (401(k)) portion of the Non-Teacher Retirement Plan. During 2022, the School's employer contribution to the defined contribution (401(k)) portion of the non-teacher hybrid plan was $26,897. Participants are immediately vested in their contribution plus actual earnings, along with the employer contributions, to the defined contribution portion of the Teacher Retirement Plan. Due to that immediate vesting, there will be no forfeitures. At June 30, 2022, the School reported a payable of $2,357 for outstanding contributions to the 401k plan required at June 30, 2022.

## (10) TCRS STABILIZATION TRUST

**Legal Provisions**

The School is a member of the Tennessee Consolidated Retirement System (TCRS) Stabilization Reserve Trust. The School has placed funds into the irrevocable trust as authorized by statute under *Tennessee Code Annotated (TCA),* Title 8, Chapters 34-37. The TCRS Board of Trustees is responsible for the proper operation and administration of the trust. Funds of trust members are held and invested in the name of the trust for the benefit of each member. Each member's funds are restricted for the payment of retirement benefits of that member's employees. Trust funds are not subject to the claims of general creditors of the School.

The trust is authorized to make investments as directed by the TCRS Board of Trustees. The School may not impose any restrictions on investments placed by the trust on their behalf.

**Investment Balances**

Assets of the TCRS, including the Stabilization Reserve Trust, are invested in the Tennessee Retiree Group Trust (TRGT). The TRGT is not registered with the Securities and Exchange Commission (SEC) as an investment company. The State of Tennessee has not obtained a credit quality rating for the TRGT from a nationally recognized credit ratings agency. The fair value of the investment positions in the TRGT is determined daily based on the fair value of the pool's underlying portfolio. Furthermore, TCRS had not obtained or provided any legally binding guarantees to support the value of participant shares during the fiscal year. There are no restrictions on the sale or redemption of shares.

Investments are reported at fair value or amortized which approximates fair value. Securities traded on a national exchange are valued at the last reported sales price. Investment income consists of realized and unrealized appreciation (depreciation) in the fair Securities and securities transactions are recorded in the financial statements on a trade-date basis. The fair value of assets of the TRGT held at June 30, 2021, represents the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants. Assets held are categorized for fair value measurement within the fair value hierarchy established by GAAP. The hierarchy is based on the valuation inputs used to measure the fair value of the asset and give the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities (Level 1 measurements) and the lowest priority to unobservable inputs (Level 3 measurements).

## (10) TCRS STABILIZATION TRUST (continued)

**Investment Balances (continued)**

Level 1
Unadjusted quoted prices for identical assets or liabilities in active markets that can be accessed at the measurement date.

Level 2
Quoted prices for similar assets or liabilities in active markets; quoted prices for identical or similar assets or liabilities in markets that are not active; assets or liabilities that have a bid-ask spread price in an inactive dealer market, brokered market and principal-to-principal market; and Level 1 assets or liabilities that are adjusted.

Level 3
Valuations derived from valuation techniques in which significant inputs are observable.

Investments using the Net Asset Value ("NAV") per share have no readily determinable fair value and have been determined using amortized cost which approximates fair value.

Where inputs in the measurement of fair value fall into different levels of the hierarchy, fair value of the instrument in its entirety is categorized based on the lowest level input that is significant to the valuation. This assessment requires professional judgement and as such management of the TRGT developed a fair value committee that worked in conjunction with the plan's custodian and investment professionals to make these valuations. All assets held were valued individually and aggregated into classes so to be represented in the table below.

Short-term securities generally include investments in money market-type securities reported at cost plus accrued interest.

Equity and equity derivative securities classified in Level 1 are valued using last reported sales prices quoted in active markets that can be accessed at the measurement date. Equity and equity derivative securities classified in Level 2 are securities whose values are derived daily from associated traded securities. Equity securities classified in Level 3 are valued with last trade data having limited trading volume.

US Treasury Bills, Bonds, Notes and Futures classified in Level 1 are valued using last reported sales prices quoted in active markets that can be accessed at the measurement date. Debt and debt derivative securities classified in Level 2 are valued using a bid-ask spread price from multiple independent brokers, dealers or market principals, which are known to be actively involved in the market. Level 3 debt securities are valued using proprietary information, a single pricing source, or other unobservable inputs related to similar assets or liabilities.

Real estate investments classified in Level 3 are valued using the last valuations provided by external investment advisors or independent external appraisers. Generally, all direct real estate investments are appraised by qualified independent appraiser(s) with the professional designation of Member of the Appraisal Institute ("MAI"), or its equivalent, every three years beginning from the acquisition date of the property.

# CHATTANOOGA PREP, INC.
# NOTES TO BASIC FINANCIAL STATEMENTS
# JUNE 30, 2022

## (10) TCRS STABILIZATION TRUST (continued)

**Investment Balances (continued)**

The appraisals are performed using generally accepted valuation approaches applicable to the property type. Investments in private mutual funds, traditional private equity funds, strategic lending funds and real estate funds that report using GAAP, the fair value, as well as the unfunded commitments, were determined using the prior quarter's NAV, as reported by the fund managers, plus the current cash flows. These assets were then categorized by investment strategy. In instances where the fund investment reported using non-GAAP standards, the investment was valued using the same method, but was classified in Level 3.

At June 30, 2021, the School had the following investments held by the trust on its behalf:

| Investment | Weighted Average Maturity | Maturities | Fair Value |
|---|---|---|---|
| Investments at Fair Value: | | | |
| U.S Equity | N/A | N/A | $ 34,264 |
| Developed market international equity | N/A | N/A | 15,474 |
| Emerging market international equity | N/A | N/A | 4,421 |
| Private equity and strategic lending | N/A | N/A | 22,106 |
| U.S fixed income | N/A | N/A | 22,106 |
| Real estate | N/A | N/A | 11,053 |
| Short-term securities | N/A | N/A | 1,107 |
| | | | $ 110,531 |

| Investment by Fair Value Level | Fair Value June 30, 2021 | Quoted in Active Markets for Indentical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Other Observable Inputs (Level 3) |
|---|---|---|---|---|
| U.S Equity | $ 34,264 | $ 34,264 | $ - | $ - |
| Developed market international equity | 15,474 | 15,474 | - | - |
| Emerging market international equity | 4,421 | 4,421 | - | - |
| Private equity and strategic lending | 22,106 | 22,106 | - | - |
| U.S fixed income | 22,106 | - | 22,106 | - |
| Real estate | 11,053 | - | - | 11,053 |
| Short-term securities | 1,107 | 1,107 | - | - |
| | $ 110,531 | $ 77,372 | $ 22,106 | $ 11,053 |

# CHATTANOOGA PREP, INC.
# NOTES TO BASIC FINANCIAL STATEMENTS
# JUNE 30, 2022

## (10) TCRS STABILIZATION TRUST (continued)

Risks and Uncertainties

The trust's investments include various types of investment funds, which in turn invest in any combination of stock, bonds and other investments exposed to various risks, such as interest rate, credit, and market risk. Due to the level of risk associated with certain investment securities, it is at least reasonably possible that changes in the values of investment securities will occur in the near term and that such changes could materially affect the amounts reported for trust investments.

Interest Rate Risk

Interest rate risk is the risk that changes in interest rates will adversely affect the fair value of an investment. The School does not have the ability to limit trust investment maturities as a means of managing its exposure to fair value losses arising from increasing interest rates.

Credit Risk

Credit risk is the risk that an issuer or other counterparty to an investment will not fulfill its obligations. The School does not have the ability to limit the credit ratings of individual investments made by the trust.

Concentration of Credit Risk

Concentration of credit risk is the risk of loss attributed to the magnitude of the county's investment in a single issuer. The School places no limit on the amount the county may invest in one issuer.

Custodial Credit Risk

Custodial credit risk for investments is the risk that, in the event of a failure of the counterparty to a transaction, the county will not be able to recover the value of its investments or collateral securities that are in the possession of an outside party. Pursuant to the trust agreement, investments are held in the name of the trust for the benefit of the School to pay retirement benefits of the School employees.

For further information concerning the School's investments with the TCRS Stabilization Reserve Trust, audited financial statements of the Tennessee Consolidated Retirement System may be obtained at https://comptroller.tn.gov/content/dam/cot/sa/advancedsearch/disclaimer/2019/ag18092.pdf.

## (11) RELATED PARTY

Chatt Prep is directly associated with Friends of Chatt Prep (the Foundation). The Foundation raises money to help fund the School's operations. As of June 30, 2022, Chatt Prep had payables due to the Foundation of $16,667. As of June 30, 2022, Chatt Prep had receivables due from the Foundation for $4,447.

During the year ended June 30, 2022, Chatt Prep contributed $419,614 to the Foundation for principal and interest payments on notes payable and for donated capital assets.

As described in Note 8, the Foundation owns the main building, land, and gym in which Chatt Prep operates. The Foundation does not charge the School rent, but the School records contribution revenue and related rent expense totaling for the fair market value of the space provided.

## (12) SUBSEQUENT EVENTS

Management has evaluated subsequent events through January 19, 2023, the date which these financial statements were available for issue.

# REQUIRED SUPPLEMENTARY INFORMATION

# CHATTANOOGA PREP, INC.
## SCHEDULE OF PROPORTIONATE SHARE OF THE NET PENSION LIABILITY (ASSET)
## TEACHER RETIREMENT PLAN OF THE TCRS
## YEAR ENDED JUNE 30, 2022

| | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| Chattanooga Prep, Inc.'s proportion of the net pension liability (asset) | 0.009631% | 0.050751% | 0.063282% | 0.069687% |
| Chattanooga Prep, Inc.'s proportionate share of the net pension liability (asset) | $ (4,368) | $ (28,648) | $ (35,985) | $ (75,486) |
| Chattanooga Prep Inc.'s covered payroll | $ 84,164 | $ 537,047 | $ 798,563 | $ 1,005,967 |
| Chattanooga Prep, Inc.'s proportionate share of the net pension liability (asset) as a percentage of its covered payroll | -5.19% | -5.33% | -4.51% | -7.50% |
| Plan fiduciary net position as a percentage of the total pension liability | 126.97% | 123.07% | 116.52% | 121.53% |

GASB 68 requires a 10-year schedule for this data to be presented starting *with the implementation of GASB 68*. The information in this schedule is not required to be presented retroactively prior to the implementation date. Please refer to previously supplied data from the TCRS GASB website for prior years' data, if needed.

# CHATTANOOGA PREP, INC.
# SCHEDULE OF PROPORTIONATE SHARE OF THE NET PENSION LIABILITY (ASSET)
# TEACHER LEGACY PLAN OF THE TCRS
# YEAR ENDED JUNE 30, 2022

| | 2019 | 2020 | 2021 |
|---|---|---|---|
| Chattanooga Prep, Inc.'s proportion of the net pension liability (asset) | 0.003458% | 0.006692% | 0.010760% |
| Chattanooga Prep, Inc.'s proportionate share of the net pension liability (asset) | $ (35,556) | $ (51,031) | $ (464,109) |
| Chattanooga Prep Inc.'s covered payroll | $ 115,956 | $ 222,723 | $ 353,164 |
| Chattanooga Prep, Inc.'s proportionate share of the net pension liability (asset) as a percentage of its covered payroll | -30.66% | -22.91% | -131.41% |
| Plan fiduciary net position as a percentage of the total pension liability | 104.28% | 103.09% | 116.13% |

GASB 68 requires a 10-year schedule for this data to be presented starting *with the implementation of GASB 68*. The information in this schedule is not required to be presented retroactively prior to the implementation date. Please refer to previously supplied data from the TCRS GASB website for prior years' data, if needed.

# CHATTANOOGA PREP, INC.
# SCHEDULE OF CONTRIBUTIONS
# TEACHER RETIREMENT PLAN OF THE TCRS
# YEAR ENDED JUNE 30, 2022

| | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Contracturally required | $ 10,419 | $ 16,211 | $ 22,926 | $ 25,280 |
| Contibutions in relation to the contracturally required contribution | 10,419 | 16,211 | 22,926 | 25,280 |
| Contribution deficiency (excess) | $ - | $ - | $ - | $ - |
| Chattanooga Prep, Inc's covered payroll | $ 537,047 | $ 798,563 | $ 1,118,582 | $ 1,257,728 |
| Contributions as a percentage of Chattanooga Prep, Inc.'s covered payroll | 1.94% | 2.03% | 2.05% | 2.01% |

GASB 68 requires a 10-year schedule for this data to be presented starting *with the implementation of GASB 68*. The information in this schedule is not required to be presented retroactively prior to the implementation date. Please refer to previously supplied data from the TCRS GASB website for prior years' data, if needed.

*Changes of assumptions*. In 2021, the following assumptions were changed: decreased inflation rate from 2.50 percent to 2.25 percent; decreased the investment rate of return from 7.25 percent to 6.75 percent; decreased he cost-of-living adjustment from 2.25 percent to 2.125 percent; and modified mortality assumptions. In 2017, the following assumptions were changed: decreased inflation rate from 3.00 percent to 2.50 percent; decreased the investment rate of return from 7.50 percent to 7.25 percent; decreased the cost-of-living adjustment from 2.50 percent to 2.25 percent; decreased salary growth graded ranges from an average of 4.25 percent to an average of 4.00 percent; and modifed mortality assumptions.

In FY 2020, the School Department placed the actuarially determined contribution rate (4%) of covered payroll into the pension plan and placed 1.97% of covered payroll into the Pension Stabilization Reserve Trust.

In FY 2021, the School Department placed the actuarially determined contribution rate (4%) of covered payroll into the pension plan and placed 1.98% of covered payroll into the Pension Stabilization Reserve Trust.

In FY 2022, the School Department placed the actuarially determined contribution rate (4%) of covered payroll into the pension plan and placed 1.99% of covered payroll into the Pension Stabilization Reserve Trust.

# CHATTANOOGA PREP, INC.
# SCHEDULE OF CONTRIBUTIONS
# TEACHER LEGACY PLAN OF THE TCRS
# YEAR ENDED JUNE 30, 2022

| | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Contractually required | $ 12,129 | $ 23,676 | $ 35,862 | $ 60,842 |
| Contibutions in relation to the contracturally required contribution | 12,129 | 23,676 | 35,862 | 60,842 |
| Contribution deficiency (excess) | $ - | $ - | $ - | $ - |
| Chattanooga Prep, Inc's covered payroll | $ 115,956 | $ 222,723 | $ 349,189 | $ 639,363 |
| Contributions as a percentage of Chattanooga Prep, Inc.'s covered payroll | 10.46% | 10.63% | 10.27% | 9.52% |

GASB 68 requires a 10-year schedule for this data to be presented starting *with the implementation of GASB 68*. The information in this schedule is not required to be presented retroactively prior to the implementation date. Please refer to previously supplied data from the TCRS GASB website for prior years' data, if needed.

*Changes of assumptions*. In 2021, the following assumptions were changed: decreased inflation rate from 2.50 percent to 2.25 percent; decreased the investment rate of return from 7.25 percent to 6.75 percent; decreased the cost-of-living adjustment from 2.25 percent to 2.125 percent; and modified mortality assumptions. In 2017, the following assumptions were changed: decreased inflation rate from 3.00 percent to 2.50 percent; decreased the investment rate of return from 7.50 percent to 7.25 percent; decreased the cost-of-living adjustment from 2.50 percent to 2.25 percent; decreased salary growth ranges from an average of 4.25 percent to an average of 4.00 percent; and modified mortality assumptions.

# CHATTANOOGA PREP, INC.
# SCHEDULE OF CONTRIBUTIONS
# BASED ON PARTICIPATION IN THE PUBLIC EMPLOYEE PENSION PLAN OF THE TCRS - NON-TEACHER LEGACY PLAN
# YEAR ENDED JUNE 30, 2022

| | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| Actuarially determined contribution | $ 12,524 | $ 27,560 | $ 17,453 | $ 9,387 | $ 9,575 |
| Contibutions in relation to the actuarially determined contribution | 12,524 | 27,560 | 17,453 | 9,387 | 9,575 |
| Contribution deficiency (excess) | $ - | $ - | $ - | $ - | $ - |
| Chattanooga Prep, Inc.'s covered payroll | $ 83,738 | $ 187,865 | $ 123,727 | $ 63,860 | $ 65,138 |
| Contributions as a percentage of Chattanooga Prep, Inc.'s covered payroll | 14.96% | 14.67% | 14.11% | 14.70% | 14.70% |

GASB 68 requires a 10-year schedule for this data to be presented starting *with the implementation of GASB 68*. The information in this schedule is not required to be presented retroactively prior to the implementation date. Please refer to previously supplied data from the TCRS GASB website for prior years' data, if needed.

**Notes to Schedule:**

*Valuation Date:* Actuarially determined contribution rates for fiscal year 2022 were calculated based on the June 30, 2020 actuarial valuation.

*Methods and assumptions used to determine contribution rates:*

| | |
|---|---|
| Actuarial cost method | Entry Age Normal |
| Amortized method | Level dollar, closed (not to exceed 20 years) |
| Remaining amortization period | Varies by year |
| Asset valuation | 10-year smoothed with a 20 percent corridor to market value |
| Inflation | 2.50 percent |
| Salary increases | Graded salary ranges from 8.72 to 3.44 percent nased on age, including inflation, averaging 4.00 percent |
| Investment rate of return | 7.25 percent, net of investment expense, including inflation |
| Retirement age | Pattern of retirement determined by experience study |
| Mortality | Customized table based on actual experience including an adjustment for some anticipated improvement. |
| Cost of living adjustments | 2.25 percent |

*Changes of assumptions*. In 2017, the following assumptions were changed: decreased inflation rate from 3.00 percent to 2.50 percent; decreased the investment rate of return from 7.50 percent to 7.25 percent; decreased the cost-of-living adjustment from 2.50 percent to 2.25 percent; decreased salary growth graded ranges from an average of 4.25 percent to an average of 4.00 percent; and modified mortality assumptions.

# CHATTANOOGA PREP, INC.
## SCHEDULE OF CONTRIBUTIONS
## BASED ON PARTICIPATION IN THE PUBLIC EMPLOYEE PENSION PLAN OF THE TCRS - NON-TEACHER HYBRID PLAN
## YEAR ENDED JUNE 30, 2022

| | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| Actuarially determined contribution | $ 572 | $ 6,058 | $ 4,682 | $ 9,972 | $ 10,974 |
| Contibutions in relation to the actuarially determined contribution | 1,409 | 6,058 | 4,682 | 9,972 | 10,974 |
| Contribution deficiency (excess) | $ (837) | $ - | $ - | $ - | $ - |
| Chattanooga Prep, Inc.'s covered payroll | $ 35,019 | $ 343,545 | $ 236,466 | $ 498,731 | $ 537,943 |
| Contributions as a percentage of Chattanooga Prep Inc.'s covered payroll | 4.02% | 1.76% | 1.98% | 2.00% | 2.04% |

GASB 68 requires a 10-year schedule for this data to be presented starting *with the implementation of GASB 68* . The information in this schedule is not required to be presented retroactively prior to the implementation date. Please refer to previously supplied data from the TCRS GASB website for prior years' date, if needed.

**Notes to Schedule:**

*Valuation Date:* Actuarially determined contribution rates for fiscal year 2022 were calculated based on the June 30, 2020 actuarial valuation.

*Methods and assumptions used to determine contribution rates:*

| | |
|---|---|
| Actuarial cost method | Entry Age Normal |
| Amortized method | Level dollar, closed (not to exceed 20 years) |
| Remaining amortization period | Varies by year |
| Asset valuation | 10-year smoothed with a 20 percent corridor to market value |
| Inflation | 2.50 percent |
| Salary increases | Graded salary ranges from 8.72 to 3.44 percent based on age, including inflation, averaging 4.00 percent |
| Investment rate of return | 7.25 percent, net of investment expense, including inflation |
| Retirement age | Pattern of retirement determined by experience study |
| Mortality | Customized table based on actual experience including an adjustment for some anticipated improvement. |
| Cost of living adjustments | 2.25 percent |

*Changes of assumptions* . In 2017, the following assumptions were changed: decreased inflation rate from 3.00 percent to 2.50 percent; decreased the investment rate of return from 7.50 percent to 7.25 percent; decreased the cost-of-living adjustment from 2.50 percent to 2.25 percent; and decreased salary growth graded ranges from an average of 4.25 percent to an average of 4.00 percent.

In FY 2021, the School Department placed the actuarially determined contribution rate (4%) of covered payroll into the pension plan and placed 2.00% of covered payroll into the Pension Stabilization Reserve Trust.

In FY 2022, the School Department placed the actuarially determined contribution rate (4%) of covered payroll into the pension plan and placed 1.96% of covered payroll into the Pension Stabilization Reserve Trust.

# CHATTANOOGA PREP, INC.
# SCHEDULE OF CHANGES IN NET PENSION LIABILITY (ASSET) AND RELATED RATIOS BASED ON PARTICIPATION IN THE PUBLIC EMPLOYEE PENSION PLAN OF THE TCRS
# NON-TEACHER LEGACY PLAN
# YEAR ENDED JUNE 30, 2022

| | 2019 | 2020 | 2021 |
|---|---|---|---|
| **Total pension liability** | | | |
| Service cost | $ 14,923 | $ (2,757) | $ 4,700 |
| Interest | 74,865 | (15,205) | 27,019 |
| Changes in benefit terms | - | - | - |
| Difference between actual & expected experience | 8,501 | (1,105) | (5,299) |
| Change of assumptions | - | - | 25,000 |
| Benefit payments, including refunds of employee contributions | (50,628) | 10,410 | (18,549) |
| **Net change in total pension liability** | 47,661 | (8,657) | 32,871 |
| **Total pension liability - beginning** | 455,991 | 503,652 | 494,995 |
| **Total pension liability - ending (a)** | 503,652 | 494,995 | 527,866 |
| **Plan fiduciary net postion** | | | |
| Contributions - employer | 27,556 | (5,412) | 8,926 |
| Contributions - employee | - | - | 4 |
| Net investment income | 75,504 | (10,274) | 93,442 |
| Benefit payments, including refunds of employee contributions | (50,628) | 10,410 | (18,549) |
| Administrative expense | (357) | 65 | (95) |
| Other | - | - | - |
| **Net change in plan fiduciary net position** | 52,075 | (5,211) | 83,728 |
| **Plan fiduciary net position- beginning** | 448,434 | 500,509 | 495,298 |
| **Plan fiduciary net position - ending (b)** | 500,509 | 495,298 | 579,026 |
| **Net pension liability (asset) - ending (a)-(b)** | $ 3,143 | $ (303) | $ (51,160) |

# CHATTANOOGA PREP, INC.
# SCHEDULE OF CHANGES IN NET PENSION LIABILITY (ASSET) AND RELATED RATIOS BASED ON PARTICIPATION IN THE PUBLIC EMPLOYEE PENSION PLAN OF THE TCRS
# NON-TEACHER LEGACY PLAN
# YEAR ENDED JUNE 30, 2022

| | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| Plan fiduciary net position as a percentage of total pension liability | 98.34% | 98.82% | 97.31% | 109.92% |
| Covered payroll | 83,738 | 187,865 | 123,727 | 58,680 |
| Net pension liabiilty (asset) as a percentage of covered payroll | 9.02% | 6.99% | 16.49% | -69.35% |

**Notes to Schedule:**

*Changes of assumptions:* In 2021, amounts reported as changes of assumptions resulted from changes to the inflation rate, investment rate of return, cost-of-living adjustment, and mortality movements. In 2017, amounts reported as changes in assumptions resulted from changes to the inflation rate, investment rate of return, cost-of-living adjustment, salary growth and mortality improvements.

GASB 68 requires a 10-year schedule for this data to be presented starting *with the implementation of GASB 68*. The information in this schedule is not required to be presented retroactively prior to the implementation date. Please refer to previously supplied data from the TCRS GASB website for prior years' data, if needed.

# CHATTANOOGA PREP, INC.
# SCHEDULE OF CHANGES IN NET PENSION LIABILITY (ASSET) AND RELATED RATIOS BASED ON PARTICIPATION IN THE PUBLIC EMPLOYEE PENSION PLAN OF THE TCRS
# NON-TEACHER HYBRID PLAN
# YEAR ENDED JUNE 30, 2022

| | 2019 | 2020 | 2021 |
|---|---|---|---|
| **Total pension liability** | | | |
| Service cost | $ 6,999 | $ (7,246) | $ 28,061 |
| Interest | 1,281 | (1,676) | 7,403 |
| Changes in benefit terms | - | - | - |
| Difference between actual & expected experience | 2,904 | (3,050) | (325) |
| Change of assumptions | - | - | 9,146 |
| Benefit payments, including refunds of employee contributions | (341) | 391 | (1,331) |
| **Net change in total pension liability** | 10,843 | (11,581) | 42,954 |
| **Total pension liability - beginning** | 3,842 | 14,685 | 3,104 |
| **Total pension liability - ending (a)** | 14,685 | 3,104 | 46,058 |
| **Plan fiduciary net postion** | | | |
| Contributions - employer | 2,265 | (3,083) | 10,063 |
| Contributions - employee | 7,280 | (7,776) | 25,076 |
| Net investment income | 1,432 | (1,171) | 25,001 |
| Benefit payments, including refunds of employee contributions | (341) | 391 | (1,331) |
| Administrative expense | (405) | 391 | (1,160) |
| Other | - | - | - |
| **Net change in plan fiduciary net position** | 10,231 | (11,248) | 57,649 |
| **Plan fiduciary net position- beginning** | 5,257 | 15,488 | 4,240 |
| **Plan fiduciary net position - ending (b)** | 15,488 | 4,240 | 61,889 |
| **Net pension liability (asset) - ending (a)-(b)** | $ (803) | $ (1,136) | $ (15,831) |

# CHATTANOOGA PREP, INC.
## SCHEDULE OF CHANGES IN NET PENSION LIABILITY (ASSET) AND RELATED RATIOS BASED ON PARTICIPATION IN THE PUBLIC EMPLOYEE PENSION PLAN OF THE TCRS NON-TEACHER HYBRID PLAN
## YEAR ENDED JUNE 30, 2022

| | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| Plan fiduciary net position as a percentage of total pension liability | 136.82% | 115.59% | 107.85% | 117.47% |
| Covered payroll | 35,019 | 343,545 | 236,466 | 513,330 |
| Net pension liabiilty (asset) as a percentae of covered payroll | -4.04% | -2.33% | -1.41% | 1.96% |

**Notes to Schedule:**

*Changes of assumptions:* In 2021, amounts reported as changes of assumptions resulted from changes to the inflation rate, investment rate of return, cost-of-living adjustment, and mortality improvements. In 2017, amounts reported as changes in assumptions resulted from changes to the inflation rate, investment rate of return, cost-of-living adjustment, salary growth and mortality improvements.

GASB 68 requires a 10-year schedule for this data to be presented starting *with the implementation of GASB 68*. The information in this schedule is not required to be presented retroactively prior to the implementation date. Please refer to previously supplied data from the TCRS GASB website for prior years' data, if needed.

# SUPPLEMENTARY INFORMATION

# CHATTANOOGA PREP, INC.
## SCHEDULE OF EXPENDITURES OF FEDERAL AND STATE AWARDS
## YEAR ENDED JUNE 30, 2022

| Program | Assistance Listing Number | Contract Number | Receivable Balance 06/30/21 | Cash Receipts | Expenditures | Receivable Balance 06/30/22 |
|---|---|---|---|---|---|---|
| **FEDERAL FINANCIAL ASSISTANCE** | | | | | | |
| **U.S. Department of Education** | | | | | | |
| Passed through the Hamilton County Department of Education | | | | | | |
| 21st Century Community Learning Centers | 84.287 | N/A | $ 47,181 | $ 107,611 | $ 93,796 | $ 33,366 |
| COVID-19 Education Stabilization Fund II | 84.425D | N/A | - | 284,044 | 293,265 | 9,221 |
| COVID-19 Education Stabilization Fund III | 84.425D | N/A | - | 525,658 | 625,679 | 100,021 |
| Title I | 84.010 | N/A | 7,375 | 80,645 | 73,270 | - |
| Title IV | 84.242A | N/A | - | 7,541 | 7,541 | - |
| | | | 54,556 | 1,005,499 | 1,093,551 | 142,608 |
| Passed through the Hamilton County Department of Education | | | | | | |
| Governor's Emergency Education Relief | | | | | | |
| COVID-19 Learning Loss Mitigation Fund | 84.425C | N/A | 18,136 | 18,136 | - | - |
| Passed through the Tennessee Department of Education | | | | | | |
| Governor's Emergency Education Relief | | | | | | |
| COVID-19 Charter Schools Support Grant | 84.425C | N/A | - | 40,676 | 40,676 | - |
| Passed through the Tennessee Department of Education | | | | | | |
| Charter School Facilities Grant | 84.282D | N/A | - | - | 500,000 | 500,000 |
| | | | 72,692 | 1,064,311 | 1,634,227 | 642,608 |
| **U.S. Department of Agriculture** | | | | | | |
| Passed through the State of Tennessee | | | | | | |
| EBT Administrative Costs Grant | 10.649 | N/A | | 614 | 614 | - |
| Child Nutrition Cluster | | | | | | |
| Passed through the State of Tennessee | | | | | | |
| School Breakfast Program (SBP) | 10.553 | N/A | 3,244 | 39,892 | 39,445 | 2,797 |
| National School Lunch Program (NSLP) | 10.555 | N/A | 7,192 | 168,634 | 195,239 | 33,797 |
| NSLP - Supply Chain Assistance Grant | 10.555 | N/A | | 10,854 | 10,854 | |
| COVID-19 NSLP - School Programs Emergency Operational Costs Reimbursement Program Grant | 10.555 | N/A | - | 9,287 | 9,287 | - |
| | | | 10,436 | 228,667 | 254,825 | 36,594 |
| | | | 10,436 | 229,281 | 255,439 | 36,594 |
| **TOTAL FEDERAL AWARDS** | | | $ 83,128 | $ 1,293,592 | $ 1,889,666 | $ 679,202 |
| **STATE FINANCIAL ASSISTANCE** | | | | | | |
| Passed through the Hamilton County Department of Education | | | | | | |
| BEP | | N/A | $ 152,420 | $ 2,785,927 | $ 2,717,327 | $ 83,820 |
| IDEA | | N/A | - | 56,595 | 75,459 | 18,864 |
| | | | 152,420 | 2,842,522 | 2,792,786 | 102,684 |
| Passed through the Tennessee Department of Education | | | | | | |
| BEP | | N/A | 5,200 | 73,000 | 73,000 | 5,200 |
| **TOTAL STATE AWARDS** | | | $ 157,620 | $ 2,915,522 | $ 2,865,786 | $ 107,884 |
| **TOTAL FEDERAL AND STATE AWARDS** | | | $ 240,748 | $ 4,209,114 | $ 4,755,452 | $ 787,086 |

# CHATTANOOGA PREP, INC.
# NOTES TO SCHEDULE OF EXPENDITURES OF FEDERAL AND STATE AWARDS
# JUNE 30, 2022

## (1) BASIS OF PRESENTATION

The accompanying Schedule of Expenditures of Federal and State Awards includes the federal and state grants of Chattanooga Prep, Inc. (the School) for the year ended June 30, 2022. The information in this schedule is presented in accordance with the requirements of Title 2 U.S. *Code of Federal Regulations* (CFR) Part 200, *Uniform Administrative Requirements, Cost Principles, and Audit Requirement for Federal Awards* (Uniform Guidance). Because the schedule of expenditures of federal awards presents only a selected portion of the operations of the School, it is not intended to and does not present the financial position, changes in net assets, or cash flows of the School.

## (2) SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

Expenditures reported on the Schedule of Expenditures of Federal and State Awards are reported on the accrual basis of accounting. Such expenditures are recognized following the cost principles contained in the Uniform Guidance, wherein certain types of expenditures are not allowable or are limited to reimbursement.

The School has not elected to use the 10-percent de minimis indirect cost rate allowed under the Uniform Guidance.

JOHNSON HICKEY MURCHISON
CERTIFIED PUBLIC ACCOUNTANTS • SINCE 1977

# INDEPENDENT AUDITORS' REPORT ON INTERNAL CONTROL OVER FINANCIAL REPORTING AND ON COMPLIANCE AND OTHER MATTERS BASED ON AN AUDIT OF FINANCIAL STATEMENTS PERFORMED IN ACCORDANCE WITH *GOVERNMENT AUDITING STANDARDS*

**To the Board of Directors of**
**Chattanooga Prep, Inc.**

We have audited, in accordance with the auditing standards generally accepted in the United States of America and the standards applicable to financial audits contained in *Government Auditing Standards* issued by the Comptroller General of the United States, the financial statements of the governmental activities and each major fund of Chattanooga Prep, Inc. (the School), as of and for the year ended June 30, 2022, and the related notes to the financial statements, which collectively comprise the School's basic financial statements and have issued our report thereon dated January 19, 2023.

## Report on Internal Control Over Financial Reporting

In planning and performing our audit of the financial statements, we considered the School's internal control over financial reporting (internal control) as a basis for designing audit procedures that are appropriate in the circumstances for the purpose of expressing our opinion on the financial statements, but not for the purpose of expressing an opinion on the effectiveness of the School's internal control. Accordingly, we do not express an opinion on the effectiveness of the School's internal control.

A *deficiency in internal control* exists when the design or operation of a control does not allow management or employees, in the normal course of performing their assigned functions, to prevent, or detect and correct misstatements on a timely basis. A *material weakness* is a deficiency, or a combination of deficiencies, in internal control such that there is a reasonable possibility that a material misstatement of the entity's financial statements will not be prevented, or detected and corrected on a timely basis. A *significant deficiency* is a deficiency, or a combination of deficiencies, in internal control that is less severe than a material weakness, yet important enough to merit attention by those charged with governance.

Our consideration of internal control was for the limited purpose described in the first paragraph of this section and was not designed to identify all deficiencies in internal control that might be material weaknesses or, significant deficiencies. Given these limitations, during our audit we did not identify any deficiencies in internal control that we consider to be material weaknesses. However, material weaknesses or significant deficiencies may exist that were not identified.

2215 Olan Mills Drive | jhmcpa.com | 37421 | 423 756 0052 t
Chattanooga, Tennessee | 423 267 5945 f

**Report on Compliance and Other Matters**

As part of obtaining reasonable assurance about whether the School's financial statements are free from material misstatement, we performed tests of its compliance with certain provisions of laws, regulations, contracts and grant agreements, noncompliance with which could have a direct and material effect on the financial statements. However, providing an opinion on compliance with those provisions was not an objective of our audit and, accordingly, we do not express such an opinion. The results of our tests disclosed no instances of noncompliance or other matters that are required to be reported under *Government Auditing Standards*.

**Purpose of this Report**

The purpose of this report is solely to describe the scope of our testing of internal control and compliance and the results of that testing, and not to provide an opinion on the effectiveness of the entity's internal control or on compliance. This report is an integral part of an audit performed in accordance with *Government Auditing Standards* in considering the entity's internal control and compliance. Accordingly, this communication is not suitable for any other purpose.

Johnson, Hickey & Murchison, P.C.

Chattanooga, Tennessee
January 19, 2023



KCBOE10373

JOHNSON HICKEY MURCHISON
CERTIFIED PUBLIC ACCOUNTANTS • SINCE 1977

# INDEPENDENT AUDITOR'S REPORT ON COMPLIANCE FOR EACH MAJOR PROGRAM AND ON INTERNAL CONTROL OVER COMPLIANCE REQUIRED BY THE UNIFORM GUIDANCE

**To the Board of Directors of**
**Chattanooga Prep, Inc.**

## Report on Compliance for Each Major Federal Program

### *Opinion on Each Major Federal Program*

We have audited Chattanooga Prep, Inc.'s compliance with the types of compliance requirements identified as subject to audit in the OMB *Compliance Supplement* that could have a direct and material effect on each of Chattanooga Prep, Inc.'s major federal programs for the year ended June 30, 2022. Chattanooga Prep, Inc.'s major federal programs are identified in the summary of auditor's results section of the accompanying schedule of findings and questioned costs.

In our opinion, Chattanooga Prep, Inc. complied, in all material respects, with the types of compliance requirements referred to above that could have a direct and material effect on each of its major federal programs for the year ended June 30, 2022.

### *Basis for Opinion on Each Major Federal Program*

We conducted our audit of compliance in accordance with auditing standards generally accepted in the United States of America; the standards applicable to financial audits contained in *Government Auditing Standards*, issued by the Comptroller General of the United States; and the audit requirements of Title 2 U.S. *Code of Federal Regulations* Part 200, *Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards* (Uniform Guidance). Our responsibilities under those standards and the Uniform Guidance are further described in the Auditor's Responsibilities for the Audit of Compliance section of our report.

We are required to be independent of Chattanooga Prep, Inc. and to meet our other ethical responsibilities, in accordance with relevant ethical requirements relating to our audit. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion on compliance for each major federal program. Our audit does not provide a legal determination of Chattanooga Prep, Inc.'s compliance with the compliance requirements referred to above.

### *Responsibilities of Management for Compliance*

Management is responsible for compliance with the requirements referred to above and for the design, implementation, and maintenance of effective internal control over compliance with the requirements of laws, statutes, regulations, rules, and provisions of contracts or grant agreements applicable to Chattanooga Prep, Inc.'s federal programs.

***Auditor's Responsibilities for the Audit of Compliance***

Our objectives are to obtain reasonable assurance about whether material noncompliance with the compliance requirements referred to above occurred, whether due to fraud or error, and express an opinion on Chattanooga Prep, Inc.'s compliance based on our audit. Reasonable assurance is a high level of assurance but is not absolute assurance and therefore is not a guarantee that an audit conducted in accordance with generally accepted auditing standards, *Government Auditing Standards*, and the Uniform Guidance will always detect material noncompliance when it exists. The risk of not detecting material noncompliance resulting from fraud is higher than for that resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control. Noncompliance with the compliance requirements referred to above is considered material if there is a substantial likelihood that, individually or in the aggregate, it would influence the judgment made by a reasonable user of the report on compliance about Chattanooga Prep, Inc.'s compliance with the requirements of each major federal program as a whole.

In performing an audit in accordance with generally accepted auditing standards, *Government Auditing Standards*, and the Uniform Guidance, we:

- Exercise professional judgment and maintain professional skepticism throughout the audit.
- Identify and assess the risks of material noncompliance, whether due to fraud or error, and design and perform audit procedures responsive to those risks. Such procedures include examining, on a test basis, evidence regarding Chattanooga Prep, Inc.'s compliance with the compliance requirements referred to above and performing such other procedures as we considered necessary in the circumstances.
- Obtain an understanding of Chattanooga Prep, Inc.'s internal control over compliance relevant to the audit in order to design audit procedures that are appropriate in the circumstances and to test and report on internal control over compliance in accordance with the Uniform Guidance, but not for the purpose of expressing an opinion on the effectiveness of Chattanooga Prep, Inc.'s internal control over compliance. Accordingly, no such opinion is expressed.

We are required to communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit and any significant deficiencies and material weaknesses in internal control over compliance that we identified during the audit.

**Report on Internal Control over Compliance**

A *deficiency in internal control over compliance* exists when the design or operation of a control over compliance does not allow management or employees, in the normal course of performing their assigned functions, to prevent, or detect and correct, noncompliance with a type of compliance requirement of a federal program on a timely basis. A *material weakness in internal control over compliance* is a deficiency, or a combination of deficiencies, in internal control over compliance, such that there is a reasonable possibility that material noncompliance with a type of compliance requirement of a federal program will not be prevented, or detected and corrected, on a timely basis. A *significant deficiency in internal control over compliance* is a deficiency, or a combination of deficiencies, in internal control over compliance with a type of compliance requirement of a federal program that is less severe than a material weakness in internal control over compliance, yet important enough to merit attention by those charged with governance.

Our consideration of internal control over compliance was for the limited purpose described in the Auditor's Responsibilities for the Audit of Compliance section above and was not designed to identify all deficiencies in internal control over compliance that might be material weaknesses or significant deficiencies in internal control over compliance. Given these limitations, during our audit we did not identify any deficiencies in internal control

over compliance that we consider to be material weaknesses, as defined above. However, material weaknesses or significant deficiencies in internal control over compliance may exist that were not identified.

Our audit was not designed for the purpose of expressing an opinion on the effectiveness of internal control over compliance. Accordingly, no such opinion is expressed.

The purpose of this report on internal control over compliance is solely to describe the scope of our testing of internal control over compliance and the results of that testing based on the requirements of the Uniform Guidance. Accordingly, this report is not suitable for any other purpose.

Johnson, Hickey & Murchison, P.C.

Chattanooga, TN
January 19, 2023

# CHATTANOOGA PREP, INC.
# SCHEDULE OF FINDINGS AND RESPONSES
# YEAR ENDED JUNE 30, 2022

## A. SUMMARY OF AUDIT RESULTS

1. The independent auditors' report expresses an unmodified opinion on whether the financial statements of Chatt Prep, Inc. were prepared in accordance with GAAP.
2. No material weaknesses were reported during the audit of the financial statements.
3. No instances of noncompliance material to the financial statements of Chatt Prep, Inc. were disclosed by the audit.
4. No significant deficiencies were reported and no material weaknesses were identified during the audit of the major federal award program.
5. The auditors' report on the major federal awards program for Chatt Prep, Inc. expresses an unmodified opinion.
6. Audit findings that are required to be reported in accordance with 2 CFR Section 200.516(a) are reported in this schedule.
7. The programs tested as major programs was: U.S. Department of Education - Education Stabilization Fund– CFDA 84.425
8. The threshold for distinguishing Type A and B programs was $750,000.
9. Chattanooga Prep, Inc. was not determined to be a low-risk auditee.

## B. FINDINGS – FINANCIAL STATEMENTS AUDIT

**Current Year Finding**

None

**Prior Year Finding**

None

## C. FINDINGS AND QUESTIONED COSTS – MAJOR FEDERAL AWARDS PROGRAMS AUDIT

**Current Year Finding**

None

**Prior Year Finding**

None

# CHATTANOOGA PREP, INC.
# INTERNAL SCHOOL FUNDS

Chattanooga, Tennessee

## FINANCIAL STATEMENTS AND SUPPLEMENTARY INFORMATION

Year Ended June 30, 2022

**JOHNSON, HICKEY & MURCHISON, P.C.**
Certified Public Accountants
Chattanooga, Tennessee

# TABLE OF CONTENTS

| | Page |
|---|---|
| **INTRODUCTORY SECTION** | |
| Roster of board members | 3 |
| **FINANCIAL SECTION** | |
| **INDEPENDENT AUDITORS' REPORT** | 5-7 |
| **FINANCIAL STATEMENTS** | |
| Balance sheet – regulatory basis | 8 |
| Statement of revenues, expenditures, and changes in fund balances – regulatory basis | 9 |
| Notes to financial statements | 10-13 |
| **SUPPLEMENTARY INFORMATION** | |
| Schedule of interfund and interaccount transfers | 15 |
| Schedule of fidelity bond coverage | 16 |
| Schedule of salary supplements | 17 |
| Schedule of expenditures of federal and state awards | 18 |
| **INTERNAL CONTROL AND COMPLIANCE SECTION** | |
| Independent auditors' report on internal control over financial reporting and on compliance and other matters based on an audit of financial statements performed in accordance with *Government Auditing Standards* | 20-21 |
| Schedule of findings and responses | 22 |

# INTRODUCTORY SECTION

# CHATTANOOGA PREP, INC.
# INTERNAL SCHOOL FUNDS
# ROSTER OF BOARD MEMBERS
# JUNE 30, 2022

**BOARD MEMBERS**

| | |
|---|---|
| Ted Alling | Chair |
| Kelly Alling | Vice Chair |
| David Caines | Treasurer |
| Edna Varner | Secretary |
| Ashley Atkins | Board Member |
| Wonjen Bagley | Board Member |
| Moise Baptiste | Board Member |
| David Bhattacharya | Board Member |
| Ward Davenport | Board Member |
| Shewanee Howard-Baptiste | Board Member |
| Natalie Jackson | Board Member |
| Joe Martin | Board Member |
| Daniel Pack | Board Member |
| David Rice | Board Member |
| Amando Rodriguez | Board Member |
| Aaron Webb | Board Member |
| Sue Anne Wells | Board Member |

# FINANCIAL SECTION

JOHNSON HICKEY MURCHISON
CERTIFIED PUBLIC ACCOUNTANTS • SINCE 1977

# INDEPENDENT AUDITORS' REPORT

**To the Board of Directors of**
**Chattanooga Prep, Inc.**
**Chattanooga, TN**

## Report on the Audit of the Financial Statements

### *Opinion*

We have audited the accompanying balance sheet – regulatory basis of Chattanooga Prep, Inc. Internal School Funds, as of June 30, 2022, and the related statement of revenues, expenditures, and changes in fund balances – regulatory basis for the year then ended, and the related notes to the financial statements, which collectively comprise Chattanooga Prep, Inc. Internal School Funds' basic financial statements, as listed in the table of contents.

### *Unmodified Opinion on Regulatory Basis of Accounting*

In our opinion, the accompanying financial statements referred to in the first paragraph present fairly, in all material respects, the assets, liabilities, and fund balances of Chattanooga Prep, Inc. Internal School Funds as of June 30, 2022, and the related revenue, expenditures, and changes in fund balances for the year then ended, in accordance with the financial reporting provisions of the *Tennessee Internal School Uniform Accounting Policy Manual* described in Note 1.

### *Adverse Opinion on U.S. Generally Accepted Accounting Principles*

In our opinion, because of the significance of the matter discussed in the "Basis for Adverse Opinion on U.S. Generally Accepted Accounting Principles" section of our report, the accompanying financial statements referred to in the first paragraph, do not present fairly, in accordance with accounting principles generally accepted in the United States of America, the financial position of Chattanooga Prep, Inc. Internal School Funds as of June 30, 2022, or changes in financial position for the year then ended.

### *Basis for Opinion*

We conducted our audit in accordance with auditing standards generally accepted in the United States of America (GAAS) and the standards applicable to financial audits contained in *Government Auditing Standards*, issued by the Comptroller General of the United States. Our responsibilities under those standards are further described in the Auditors' Responsibilities for the Audit of the Financial Statements section of our report. We are required to be independent of the Chattanooga Prep, Inc. Internal School Funds, and to meet our other ethical responsibilities, in accordance with the relevant ethical requirements relating to our audit. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

2215 Olan Mills Drive | jhmcpa.com | 423 756 0052 t
Chattanooga, Tennessee 37421 | 423 267 5945 f

### *Basis for Adverse Opinion on U.S. Generally Accepted Accounting Principles*

As described in Note 1 of the financial statements, the financial statements are prepared by Chattanooga Prep, Inc. Internal School Funds on the basis of the financial reporting provisions of the *Tennessee Internal School Uniform Accounting Policy Manual*, which is a basis of accounting other than accounting principles generally accepted in the United States of America, to meet the requirements of the State of Tennessee. The effects on the financial statements of the variances between the regulatory basis of accounting described in Note 1 and accounting principles generally accepted in the United States of America, although not reasonably determinable, are presumed to be material and pervasive.

### *Responsibilities of Management for the Financial Statements*

Management is responsible for the preparation and fair presentation of these financial statements in accordance with the financial reporting provisions of the *Tennessee Internal School Uniform Accounting Policy Manual* as described in Note 1. Management is also responsible for the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

### *Auditors' Responsibilities for the Audit of the Financial Statements*

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance but is not absolute assurance and therefore is not a guarantee that an audit conducted in accordance with GAAS and *Government Auditing Standards* will always detect a material misstatement when it exists. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control. Misstatements are considered material if there is a substantial likelihood that, individually or in the aggregate, they would influence the judgment made by a reasonable user based on the financial statements.

In performing an audit in accordance with GAAS and *Government Auditing Standards*, we:

- Exercise professional judgment and maintain professional skepticism throughout the audit.
- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, and design and perform audit procedures responsive to those risks. Such procedures include examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements.
- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of Chattanooga Prep, Inc. Internal School Funds' internal control. Accordingly, no such opinion is expressed.
- Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the financial statements.
- Conclude whether, in our judgment, there are conditions or events, considered in the aggregate, that raise substantial doubt about Chattanooga Prep, Inc. Internal School Funds' ability to continue as a going concern for a reasonable period of time.

We are required to communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit, significant audit findings, and certain internal control-related matters that we identified during the audit.

### *Supplementary Information*

Our audit was conducted for the purpose of forming an opinion on the financial statements – regulatory basis that collectively comprise Chattanooga Prep, Inc. Internal School Funds' basic financial statements. The supplementary information, as listed in the table of contents, is presented for purposes of additional analysis and is not a required part of the basic financial statements – regulatory basis of the school. As described in Note 1 of the financial statements, the supplementary information, as listed in the table of contents, is prepared by Chattanooga Prep, Inc. Internal School Funds on the basis of the financial reporting provisions of the *Tennessee Internal School Uniform Accounting Policy Manual*, which is a comprehensive basis of accounting other than accounting principles generally accepted in the United States of America.

Such information is the responsibility of management and was derived from and relates directly to the underlying accounting and other records used to prepare the basic financial statements – regulatory basis. The information has been subjected to the auditing procedures applied in the audit of the basic financial statements – regulatory basis and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the basic financial statements – regulatory basis or to the basic financial statements – regulatory basis themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, the accompanying supplementary information, as listed in the table of contents, is fairly stated, in all material respects, in relation to the basic financial statements – regulatory basis as a whole.

### *Other Information*

Management is responsible for the other information included in the annual financial report. The other information comprises the roster of board members but does not include the basic financial statements – regulatory basis and our auditors' report thereon. Our opinions on the basic financial statements – regulatory basis do not cover the other information, and we do not express an opinion or any form of assurance thereon.

In connection with our audit of the basic financial statements – regulatory basis, our responsibility is to read the other information and consider whether a material inconsistency exists between the other information and the basic financial statements – regulatory basis, or the other information otherwise appears to be materially misstated. If, based on the work performed, we conclude that an uncorrected material misstatement of the other information exists, we are required to describe it in our report.

### Other Reporting Required by *Government Auditing Standards*

In accordance with *Government Auditing Standards*, we have also issued our report dated January 19, 2023, on our consideration of Chattanooga Prep, Inc. Internal School Funds' internal control over financial reporting and on our tests of its compliance with certain provisions of laws, regulations, contracts and grant agreements and other matters. The purpose of that report is solely to describe the scope of our testing of internal control over financial reporting and compliance and the results of that testing, and not to provide an opinion on the effectiveness of Chattanooga Prep, Inc. Internal School Funds' internal control over financial reporting or on compliance. That report is an integral part of an audit performed in accordance with *Government Auditing Standards* in considering Chattanooga Prep, Inc. Internal School Funds' internal control over financial reporting and compliance.

Johnson, Hickey & Murchison, P.C.

Chattanooga, Tennessee
January 19, 2023

# CHATTANOOGA PREP, INC.
# INTERNAL SCHOOL FUNDS
# BALANCE SHEET - REGULATORY BASIS
# JUNE 30, 2022

| | ASSETS | | FUND BALANCES | | |
|---|---|---|---|---|---|
| | Cash in Bank | Total Assets | Assigned | Restricted | Total Fund Balances |
| **RESTRICTED FUNDS** | | | | | |
| Athletic accounts | | | | | |
| Athletic - general | $ 10,429 | $ 10,429 | $ 3,084 | $ 7,345 | $ 10,429 |
| Baseball | 5,000 | 5,000 | - | 5,000 | 5,000 |
| Basketball | 2,547 | 2,547 | 2,547 | - | 2,547 |
| Football | 5,660 | 5,660 | 2,549 | 3,111 | 5,660 |
| Wrestling | 1,942 | 1,942 | 1,942 | - | 1,942 |
| Class accounts | | | | | |
| Class of 2025 | 9,530 | 9,530 | 6,465 | 3,065 | 9,530 |
| Club accounts | | | | | |
| Glee club | 19,038 | 19,038 | 7,500 | 11,538 | 19,038 |
| Chess club | 1,953 | 1,953 | 1,953 | - | 1,953 |
| Coding | 610 | 610 | - | 610 | 610 |
| Robotics | 5,380 | 5,380 | 5,380 | - | 5,380 |
| Other accounts | | | | | |
| Hospitality fund | 105 | 105 | 105 | - | 105 |
| Clothing fund | 720 | 720 | 720 | - | 720 |
| Technology fee | 366 | 366 | 366 | - | 366 |
| Field trips | 294 | 294 | 294 | - | 294 |
| **TOTALS** | $ 63,574 | $ 63,574 | $ 32,905 | $ 30,669 | $ 63,574 |

(The accompanying notes are an integral part of these statements.)

# CHATTANOOGA PREP, INC.
## INTERNAL SCHOOL FUNDS
## STATEMENT OF REVENUES, EXPENDITURES, AND CHANGES IN FUND BALANCES - REGULATORY BASIS
## FOR THE YEAR ENDED JUNE 30, 2022

| | Fund Balance 7/1/2021 | Revenues | Expenditures | Interfund Transfers In | Interfund Transfers Out | Fund Balances 6/30/2022 |
|---|---|---|---|---|---|---|
| **RESTRICTED FUNDS** | | | | | | |
| Athletic accounts | | | | | | |
| Athletic - general | $ 790 | $ 88,723 | $ 79,084 | $ - | $ - | $ 10,429 |
| Baseball | - | 5,000 | - | - | - | 5,000 |
| Basketball | 2,069 | 27,370 | 26,892 | - | - | 2,547 |
| Football | 191 | 11,392 | 5,923 | - | - | 5,660 |
| Soccer | 1,240 | 834 | 2,074 | - | - | - |
| Wrestling | 1,942 | - | - | - | - | 1,942 |
| Track | - | 1,874 | 1,874 | - | - | - |
| Class accounts | | | | | | |
| Class of 2025 | 6,048 | 7,395 | 3,913 | - | - | 9,530 |
| Club accounts | | | | | | |
| Glee club | 7,500 | 13,000 | 1,462 | - | - | 19,038 |
| Chess club | 9,084 | - | 7,131 | - | - | 1,953 |
| Coding | - | 1,000 | 390 | - | - | 610 |
| Robotics | 5,844 | - | 464 | - | - | 5,380 |
| Music fund | - | 10,000 | 10,000 | - | - | - |
| Other accounts | | | | | | |
| Hospitality fund | 508 | 500 | 903 | - | - | 105 |
| Book fund | 1,143 | - | 1,143 | - | - | - |
| Clothing fund | 3,062 | 4,500 | 6,842 | - | - | 720 |
| Technology fee | 4,503 | 15,810 | 19,947 | - | - | 366 |
| Field trips | - | 13,656 | 13,362 | - | - | 294 |
| **TOTALS** | $ 43,924 | $ 201,054 | $ 181,404 | $ - | $ - | $ 63,574 |

(The accompanying notes are an integral part of these statements.)

# CHATTANOOGA PREP, INC.
# INTERNAL SCHOOL FUNDS
# NOTES TO FINANCIAL STATEMENTS
# JUNE 30, 2022

## (1) SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

**Background**

Section 49-2-110, Tennessee Code Annotated, provided for internal school funds, establishes responsibility for those funds, and requires schools to adopt and follow a uniform accounting manual.

**Financial Reporting Entity**

This report includes only the internal school funds of Chattanooga Prep, Inc. (the School). Internal school funds consist of financial resources accounted for at the School.

**Internal School Funds**

Internal school funds reported in the accompanying financial statements include donations and grants made to the School, fees collected by the School, and funds raised through student internal school funds.

**Student Internal School Funds**

Student internal school funds include all money received from any source for school-sponsored student activities or school-sponsored events held at or in connection with a school, and specifically include, but are not limited to funds:

- Derived from a school-sponsored academic, art, athletic, or social event involving students;
- Raised by school-sponsored clubs involving students;
- Raised by school-sponsored fundraisers involving students who are under the supervision of a school employee;
- Received from a commission for the direct sale of items to students pursuant to a cooperative agreement between the school and an outside organization;
- Raised from fees charged to students;
- Obtained from interest from any account that contains student internal school funds;
- Obtained from any related school-sponsored activity that involves the use of school personnel, students, and property during the school day.

**Other Comprehensive Basis of Accounting (OCBOA)**

The accounting and financial reporting requirements for internal school funds are set forth in the *Tennessee Internal School Uniform Accounting Policy Manual*, issued by the Tennessee Department of Education. The requirements established in the *Tennessee Internal School Uniform Accounting Policy Manual* differ from generally accepted accounting principles primarily in the presentation of the financial statements and restricted fund revenue and expenditure accounting and reporting. The following is a summary of the basic requirements of this other comprehensive basis of accounting.

The financial statements consist of balance sheets and statements of revenues, expenditures, and changes in fund balances.

The School financial statements present the detailed fund activity in the School and are included after the notes to the financial statements.

# CHATTANOOGA PREP, INC.
# INTERNAL SCHOOL FUNDS
# NOTES TO FINANCIAL STATEMENTS
# JUNE 30, 2022

## (1) SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (continued)

### Other Comprehensive Basis of Accounting (OCBOA) (continued)

Revenues are classified by source and expenditures are classified by either function or object for the general fund but not the restricted fund. Revenues and expenditures of the restricted fund are recorded based on the specific group or activity which will benefit or expend the funds. The activity in the restricted "accounts" is presented as total revenues and transfers in and total expenditures and transfers out for each account. A corresponding "fund balance" is presented for each account. Although the restricted fund is a single fund, each account within the fund must present its portion of the restricted fund balance. Transfers reported on the financial statements represent authorized movement of funds between restricted accounts as well as between the general fund and restricted fund.

### Measurement Focus and Basis of Accounting

The accompanying financial statements are reported using the current financial resources measurement focus. Accordingly, only current assets and current liabilities are included on the balance sheets and the fund balances report only spendable resources. Internal school funds use the modified accrual basis of accounting. Under the modified accrual basis of accounting, revenues are recognized when they become both measurable and available. Management policies define available as collectible within sixty days after the fiscal year end. Expenditures are generally recognized when the related fund liability is incurred, if measurable.

### Fund Structure

The accounts of the School are organized on the basis of funds, each of which is considered to be a separate accounting entity. The operations of each fund are accounted for by providing a separate set of self-balancing accounts which are comprised of the fund's assets, liabilities, fund equity, revenues, and expenditures. The funds are grouped in the accompanying financial statements as follows:

*General Fund*

The general fund is used to account for all money to be used for the general operation of the School or for the welfare of the student body. Revenues and expenditures in this fund are not restricted to any specific group or activity. The School did not have activity in its general fund for the year ended June 30, 2022.

*Restricted Fund*

The restricted fund is used to account for money that is restricted for the use of a specific segment of the school population or legally restricted for a purpose and not intended to benefit the general school population.

### Fund Balances

*Nonspendable:*

Fund balances reported as nonspendable in the accompanying financial statements represent amounts for inventory in the general fund, if any.

*Restricted:.*

Fund balances reported as restricted are the result of externally imposed restrictions placed upon certain resources accounted for in the restricted funds. This includes scholarship and grant funds. When both restricted and unrestricted resources are available for use, it is the School's policy to use the restricted resources first, then unrestricted resources as they are needed.

# CHATTANOOGA PREP, INC.
# INTERNAL SCHOOL FUNDS
# NOTES TO FINANCIAL STATEMENTS
# JUNE 30, 2022

## (1) SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (continued)

### Fund Balances (Continued)

*Assigned:*
Amounts that are constrained by the School's intent to be used for specific purposes are reflected as assigned in the accompanying financial statements. This includes accounts reported in the restricted fund, except for those that account for externally restricted resources as described above. Board of Education allocation amounts not spent by the end of the fiscal year are reflected as assigned in the general fund because the Board's intent is for those resources to be expended for instruction, administration, and/or operations and maintenance.

The Board of Education is authorized to assign amounts for specific purposes with respect to the amounts they allocate to the individual schools. The principal is the official authorized to assign all other amounts to a specific purpose. Authorization is established by the *Tennessee Internal School Uniform Accounting Policy Manual.*

*Unassigned:*
In accordance with generally accepted accounting principles, the general fund is the only fund that reports amounts for unassigned fund balance. This classification represents fund balance that is not restricted and has not been assigned to specific purposes within the general fund.

When both assigned and unassigned resources are available for use, it is the School's policy to use the assigned resources first, then unassigned resources as they are needed.

### Use of Estimates

The preparation of financial statements in conformity with the *Tennessee Internal School Uniform Accounting Policy Manual* requires management to make estimates and assumptions that affect certain reported amounts and disclosures. Accordingly, actual results may differ from those estimates.

## (2) DEPOSITS

### Legal Provisions

All deposits with financial institutions in excess of FDIC limits are required to be secured by one of two methods. Excess funds can be deposited with a financial institution(s) that participates in the State of Tennessee Bank Collateral Pool administered by the state treasurer. For deposits with financial institutions that do not participate in the bank collateral pool, state statutes require that all deposits be collateralized with collateral whose market value is equal to 105 percent of the uninsured amount of the deposits.

### Cash Deposits

Cash in bank represents funds on deposit in various depositories.

### Custodial Credit Risk

Custodial credit risk is the risk that in the event of a bank failure, the School's deposits may not be returned to it. None of the School's deposits were exposed to custodial credit risk because all balances were entirely insured by the FDIC or through the Bank Collateral Pool with the State of Tennessee.

# CHATTANOOGA PREP, INC.
# INTERNAL SCHOOL FUNDS
# NOTES TO FINANCIAL STATEMENTS
# JUNE 30, 2022

## (3) SUPPLEMENTARY INFORMATION

All information contained in the section of this report under the table of contents heading of Supplementary Information was subjected to the same audit standards as the financial statements and was prepared in conformity with the accounting practices prescribed by the *Tennessee Internal School Uniform Policy Manual*, which is a comprehensive basis of accounting other than generally accepted accounting principles in the United States of America.

## (4) SUBSEQUENT EVENTS

Subsequent events have been evaluated through January 19, 2023, the date which the financial statements were available to be issued.

# SUPPLEMENTARY INFORMATION

# CHATTANOOGA PREP, INC.
# INTERNAL SCHOOL FUNDS
# SCHEDULE OF INTERFUND AND INTERACCOUNT TRANSFERS
# YEAR ENDED JUNE 30, 2022

Chattanooga Prep, Inc. Internal School Funds had no transfers during the year ended June 30, 2022.

# CHATTANOOGA PREP, INC.
# INTERNAL SCHOOL FUNDS
# SCHEDULE OF FIDELITY BOND COVERAGE
# YEAR ENDED JUNE 30, 2022

| | |
|---|---|
| **Company:** | Selective Insurance Company of South Carolina |
| **Type of coverage:** | Employee fidelity bond |
| **Amounts:** | $100,000 each and every loss<br>$500 deductible, each occurance |
| **Period covered:** | 6/19/2021- 6/19/2022<br>6/19/2022- 6/19/2023 |
| **Positions covered:** | All member employees, school directors, treasurers, bookkeepers and finance directors |

# CHATTANOOGA PREP, INC.
# INTERNAL SCHOOL FUNDS
# SCHEDULE OF SALARY SUPPLEMENTS
# YEAR ENDED JUNE 30, 2022

Chattanooga Prep, Inc. Internal School Funds paid no salary supplements for the school year ended June 30, 2022.

# CHATTANOOGA PREP, INC.
# INTERNAL SCHOOL FUNDS
# SCHEDULE OF EXPENDITURES OF FEDERAL AND STATE AWARDS
# YEAR ENDED JUNE 30, 2022

Chattanooga Prep, Inc. Internal School Funds received no federal or state awards for the year ended June 30, 2022.

# INTERNAL CONTROL
# AND
# COMPLIANCE SECTION

JOHNSON HICKEY MURCHISON
CERTIFIED PUBLIC ACCOUNTANTS • SINCE 1977

# INDEPENDENT AUDITORS' REPORT ON INTERNAL CONTROL OVER FINANCIAL REPORTING AND ON COMPLIANCE AND OTHER MATTERS BASED ON AN AUDIT OF FINANCIAL STATEMENTS PERFORMED IN ACCORDANCE WITH *GOVERNMENT AUDITING STANDARDS*

**To the Board of Directors of**
**Chattanooga Prep, Inc.**
**Chattanooga, TN**

We have audited, in accordance with the auditing standards generally accepted in the United States of America and the standards applicable to financial audits contained in *Government Auditing Standards* issued by the Comptroller General of the United States, the financial statements – regulatory basis of Chattanooga Prep, Inc. Internal School Funds as of and for the year ended June 30, 2022, and the related notes to the financial statements, which collectively comprise Chattanooga Prep, Inc. Internal School Funds' basic financial statements – regulatory basis and have issued our report thereon dated January 19, 2023. The report on Chattanooga Prep, Inc. Internal School Funds was adverse in relation to conformity with accounting principles generally accepted in the United States of America and unmodified in relation to the financial statements prepared in conformity with the accounting practices prescribed by the *Tennessee Internal School Uniform Accounting Policy Manual*, which is a comprehensive basis of accounting other than generally accepted accounting principles in the United States of America.

## Report on Internal Control Over Financial Reporting

In planning and performing our audit of the financial statements, we considered Chattanooga Prep, Inc. Internal School Funds' internal control over financial reporting (internal control) as a basis for designing audit procedures that are appropriate in the circumstances for the purpose of expressing our opinion on the financial statements, but not for the purpose of expressing an opinion on the effectiveness of Chattanooga Prep, Inc. Internal School Funds' internal control. Accordingly, we do not express an opinion on the effectiveness of the School's internal control.

A *deficiency in internal control* exists when the design or operation of a control does not allow management or employees, in the normal course of performing their assigned functions, to prevent, or detect and correct misstatements, on a timely basis. A *material weakness* is a deficiency, or a combination of deficiencies, in internal control such that there is a reasonable possibility that a material misstatement of the entity's financial statements will not be prevented, or detected and corrected, on a timely basis. A *significant deficiency* is a deficiency, or a combination of deficiencies, in internal control that is less severe than a material weakness, yet important enough to merit attention by those charged with governance.

Our consideration of internal control was for the limited purpose described in the first paragraph of this section and was not designed to identify all deficiencies in internal control that might be material weaknesses or significant deficiencies. Given these limitations, during our audit we did not identify any deficiencies in internal control that we consider to be material weaknesses. However, material weaknesses or significant deficiencies may exist that were not identified.

2215 Olan Mills Drive | jhmcpa.com | 423 756 0052 t
Chattanooga, Tennessee 37421 | 423 267 5945 f

**Report on Compliance and Other Matters**

As part of obtaining reasonable assurance about whether Chattanooga Prep, Inc. Internal School Funds' financial statements – regulatory basis are free from material misstatement, we performed tests of its compliance with certain provisions of laws, regulations, contracts, and grant agreements, noncompliance with which could have a direct and material effect on the financial statements. However, providing an opinion on compliance with those provisions was not an objective of our audit, and accordingly, we do not express such an opinion. The results of our tests disclosed no instances of noncompliance or other matters that are required to be reported under *Government Auditing Standards*.

**Purpose of this Report**

The purpose of this report is solely to describe the scope of our testing of internal control and compliance and the results of that testing, and not to provide an opinion on the effectiveness of the entity's internal control or on compliance. This report is an integral part of an audit performed in accordance with *Government Auditing Standards* in considering the entity's internal control and compliance. Accordingly, this communication is not suitable for any other purpose.

Johnson, Hickey & Murchison, P.C.

Chattanooga, Tennessee
January 19, 2023

# CHATTANOOGA PREP, INC.
# INTERNAL SCHOOL FUNDS
# SCHEDULE OF FINDINGS AND RESPONSES
# JUNE 30, 2022

**Current Year Findings**

None

**Prior Year Findings**

None

# KNOXVILLE PREPARATORY SCHOOL

**Attachment: CHATTANOOGA PREPARATORY SCHOOL ORIGINAL CHARTER APPLICATION**

# CHATTANOOGA PREPARATORY SCHOOL

## Application for a Public Charter School

***Submitted to***

**Hamilton County Department of Education**

***Submitted by***

**Friends of Chattanooga Preparatory School**

# GENERAL INFORMATION

**NAME OF PROPOSED CHARTER SCHOOL: Chattanooga Preparatory School**

**PROJECTED YEAR OF SCHOOL OPENING: 2018**

**CHARTERING AUTHORITY FOR PROPOSED CHARTER SCHOOL: Hamilton County Department of Education**

**SPONSOR/SPONSORING AGENCY: Friends of Chattanooga Preparatory School**

**THE SPONSOR IS A NOT-FOR-PROFIT ORGANIZATION WITH 501(c)(3) STATUS:** Yes_X_ No____ In Process___

**MODEL OR FOCUS OF PROPOSED SCHOOL: Single-Gender Boys School with a focus on Innovation & Leadership**

Name of **primary contact** person to serve as the contact for follow-up, interviews, and notices regarding this application.

**NAME OF CONTACT PERSON: Theodore William Alling**

**MAILING ADDRESS:** 800 Market St, Ste. 200, Chattanooga, TN 37402

**PRIMARY TELEPHONE:** [redacted] **ALTERNATE TELEPHONE:** [redacted]

**EMAIL ADDRESS:** talling@lamppostgroup.com **or** info@chattanoogaprep.com

**NAMES, CURRENT EMPLOYMENT, AND ROLES OF ALL PEOPLE ON SCHOOL DESIGN TEAM:**

| FULL NAME | CURRENT JOB AND EMPLOYER | POSITION WITH PROPOSED SCHOOL |
|---|---|---|
| Theodore William Alling | Partner, Lamppost Group and Dynamo | Co-Founder / Governance Board Chair |
| Kelly Schmidt Alling | Community Volunteer | Co-Founder / Governance Board Vice Chair |
| David Caines | Chief Operating Officer, Kenco Group | Governance Board Treasurer |
| Sean Kane | Freelance Writer & Podcaster | Governance Board Secretary |
| Montrell Besley | Community Activist & Volunteer | Governance Board Member |
| Krue Brock | Co-Founder, Chattanooga Football Club | Governance Board Member |
| Steve Cox | President and COO, Steam Logistics | Governance Board Member |
| Ward Davenport | Managing Director, Pointer Management | Governance Board Member |
| Jennifer Harvey | Soddy Daisy Middle School | Governance Board Member |
| Natalie Jackson | Community Volunteer | Governance Board Member |
| Joe Martin, EdD | Author, Publisher, and Speaker | Governance Board Member |
| Meredith G. Perry | Executive Director, UTC Office of Research & Sponsored Programs | Governance Board Member |
| David W. Rice, MD | Retired Physician, Community Volunteer | Governance Board Member |
| Elaine Swafford, EdD | CGLA Executive Director | Chattanooga Prep Executive Director |
| Sue Anne Wells, PhD | CGLA Founder & Governance Board Chair CEO, Mustang Leadership Partners | Governance Board Member |

**NAME OF PROPOSED SCHOOL LEADER (IF ANY): Executive Director, Dr. Elaine Swafford; School Director TBD0**

**PROPOSED SCHOOL LEADER'S CURRENT EMPLOYMENT: Executive Director – CGLA Executive Director**

**CITY OF GEOGRAPHIC COMMUNITY: Chattanooga / Hamilton County, Tennessee**

**DOES THE PROPOSED SCHOOL INTEND TO CONTRACT OR PARTNER WITH A CHARTER MANAGEMENT ORGANIZATION (CMO) OR NOT-FOR-PROFIT EDUCATION SERVICE PROVIDER?** ☐ Yes ☒ No

**DOES THIS APPLICANT HAVE CHARTER SCHOOL APPLICATIONS UNDER CONSIDERATION BY ANY OTHER AUTHORIZER(S)?** ☐ Yes ☒ No

**INDICATE APPLICANT TYPE:**

☒ **New-Start Applicant**
☐ **Existing TN Operator Proposing New Focus/Grade Structure OR Existing non-TN operator**
☐ **Existing Tennessee Operator Proposing Exact Focus/Grade Structure**

# ASSURANCES

As the authorized representative of the sponsor, I hereby certify that the information submitted in this application for a charter for____________The Chattanooga Preparatory School________is true to the best of my knowledge and belief, realizing that any misrepresentation could result in disqualification from the application process or revocation after award; and if awarded a charter, the school:

1. Will operate as a public, nonsectarian, non-religious public school, with control of instruction vested in the governing body of the school under the general supervision of the chartering authority and in compliance with the charter agreement and the Tennessee Public Charter Schools Act;
2. Will follow all federal, state, and local laws and regulations that pertain to the operation of a public school, unless waived according to T.C.A. § 49-13-105;
3. Will provide special education services for students as provided in Tennessee Code Annotated Title 49, Chapter 10, Part B of the Individuals with Disabilities Education Act; Title II of the Americans with Disabilities Act of 1990, and Section 504 of the Rehabilitation Act of 1973;
4. Will adhere to all provisions of federal law relating to students who are limited English proficient (LEP), including Title VI of the Civil Rights Act of 1964 and the Equal Educational Opportunities Act of 1974, that are applicable to it;
5. Will follow all federal and state laws and constitutional provisions prohibiting discrimination on the basis of disability, race, creed, color, national origin, religion, ancestry, or need for special education services;
6. Will utilize this application as a contract with the authorizer, if no other agreement is signed, pursuant to Tennessee Attorney General Opinion No. 10-45;
7. Will comply with all provisions of the Tennessee Public Charter Schools Act, including, but not limited to
   a. employing individuals to teach who hold a license to teach in a public school in Tennessee;
   b. complying with Open Meetings and Open Records laws (T.C.A. §§ 8-44-101 et seq.; 10- 7-503, 504) (guidance is available from the Office of Open Records Counsel);
   c. not charging tuition, except for students transferring from another district to the school pursuant to the local board's out-of-district enrollment policy and T.C.A.§ 49-6-3003;
   d. following state financial (budgeting and audit) procedures and reporting requirements according to T.C.A. § 49-13-111, 120, and 127;
   e. requiring any member of the governing body, employee, officer, or other authorized person who receives funds, has access to funds, or has authority to make expenditures from funds, to give a surety bond in the form prescribed by T.C.A.§ 8-19-101; and

8. Will, at all times, maintain all necessary and appropriate insurance coverage.

______________________________
**Signature**

Theodore William Alling______________________________
**Printed Name of Authorized Signer**

Board Chair______________________________
**Title of Authorized Signer**

# TABLE OF CONTENTS


**GENERAL INFORMATION FORM** 1

**ASSURANCES** 2

**CHARTER SCHOOL APPLICATION NARRATIVE** 6

**1. ACADEMIC PLAN DESIGN AND CAPACITY** 6

- 1.1 School Mission and Goals 6
- 1.2 Enrollment Summary 9
- 1.3 Academic Focus and Plan 14
- 1.4 Academic Performance Standards 29
- 1.5 Phase-In / Turnaround Planning (for applicants proposing a conversion) 33
- 1.6 High School Graduation and Postsecondary Readiness 34
- 1.7 Assessments 40
- 1.8 School Calendar and Schedule 43
- 1.9 Special Populations and At-Risk Students 47
- 1.10 School Culture and Discipline 52
- 1.11 Marketing, Recruitment, and Enrollment 56
- 1.12 Community Involvement and Parent Engagement 58

**2. OPERATIONS PLAN AND CAPACITY** 60

- 2.1 Governance 60
- 2.2 Start-Up Plan 63
- 2.3 Facilities 66
- 2.4 Personnel / Human Capital 67
- 2.5 Professional Development 77
- 2.6 Insurance 81
- 2.7 Transportation 82
- 2.8 Food Service 83
- 2.9 Additional Operations 84
- 2.10 Waivers 87

**3. FINANCIAL PLAN AND CAPACITY** 88

- 3.1 Planning and Budget Worksheet 88
- 3.2 Budget Narrative 88

**ATTACHMENTS** 89

- (a) Annual School Academic Calendar 90
- (b) Student Handbook / School Forms 91
- (c) Student Discipline Policy 106
- (d) Student Enrollment Policy 116
- (e) Pledged Support from Prospective Partners & Letters of Support / MOUs / Contracts 118

(f) Board Governance Documents 127
(g) School Organizational Chart 169
(h) School Leader Resume / Student Achievement Data 171
(i) Employee Manual / Personnel Policies 180
(j) Insurance Coverage 223
(k) CMO Agreement – Not Applicable 225
(l) Organization / Network Annual Reports or Audits – Not Applicable 225
(m) Network Organizational Chart – Not Applicable 225
(n) CMO Documents – Not Applicable 225
(o) Planning and Budget Worksheet 226
(p) Budget Narrative 251

# Charter School Application Narrative

## 1. ACADEMIC PLAN DESIGN AND CAPACITY

### 1.1 School Mission and Goals

Chattanooga is a city with a rich history and a bright future, a community with boundless capacity for innovation, transformation, and economic prosperity. Unfortunately, these opportunities are not equitably accessible for all members of our community. For too many residents of urban core neighborhoods, the social determinants associated with poverty create intergenerational cycles of limited academic attainment, un- / under-employment, and poor health and social outcomes. These challenges have a disproportionate impact on young men of color.

Inspired by the success of the Chattanooga Girls Leadership Academy (CGLA) in changing the academic trajectory of girls from underperforming schools and moved by the tremendous needs among boys and young men in Chattanooga, Ted and Kelly Alling convened a visionary group of innovators in April of 2016. Led by the Allings and academic change-agent Dr. Elaine Swafford, this group initiated a planning process to create an all-boys public charter to extend the benefits of single-gender, leadership-focused education to young men. The Friends of Chattanooga Prep, a 501c3 organization, was formed in August of 2016 to serve as the school's founding sponsor. The concept for the Chattanooga Preparatory School was derived from a broad-based group of individuals concerned about academic and social outcomes for young men and inspired to create an innovative educational option for young men in Hamilton County who face barriers and stumbling blocks to realizing their full potential.

**Mission Statement – WHAT We Do**

Chattanooga Prep engages young men in a rigorous yet supportive learning environment that nurtures resilience, promotes academic excellence, inspires leadership, and prepares critical thinkers.

**Vision Statement – WHY We Do What We Do**

To inspire and empower young men to achieve academically and participate in a collaborative learning community that will establish a trajectory for lifelong learning and success.

**Core Values:** The design for the school is grounded in the following Core Values:

- Integrity
- Excellence
- Creativity & Innovation
- Emotional Intelligence
- Collaboration & Community
- Perseverance & Resilience
- Diversity
- Service to Others

**Goals & Purpose**

Chattanooga Prep has been carefully designed to meet the prescribed purposes for charter schools found in T.C.A. § 49-13-102.[1]

The purpose of the school is to change the lives of young men who face multiple challenges to academic success.

***In keeping with the statutory purposes for charter schools, Chattanooga Prep will….***

1. Improve learning for all students and close the achievement gap between high and low students;
2. Provide options for parents to meet educational needs of students in high priority schools;
3. Encourage the use of different and innovative teaching methods, and provide greater decision making authority to schools and teachers in exchange for greater responsibility for student performance;
4. Measure performance of pupils and faculty, and ensure that children have the opportunity to reach proficiency on state academic assessments;
5. Create new professional opportunities for teachers; and
6. Afford parents substantial meaningful opportunities to participate in the education of their children.

---

[1] http://law.justia.com/codes/tennessee/2010/title-49/chapter-13/49-13-102/

The Chattanooga Preparatory School has been carefully designed to achieve the following goals:

*Goal 1.* *Create a sustainable, single-gender, public school to serve a total student enrollment of 350 economically and educational disadvantaged students in Hamilton County.*

*Goal 2.* *Accelerate intellectual development and academic achievement among urban boys through a rigorous academic program designed to support academically underperforming students in attaining proficient and advanced levels of academic performance.*

*Goal 3.* *Bolster self-confidence and promote social / emotional development among low-income, urban boys, empowering them to hone leadership capacities, social/emotional maturity, self-discipline, and resilience.*

*Goal 4.* *Fortify college and career readiness and success through a rigorous curriculum that integrates problem-based, experiential, and expeditionary learning strategies.*

*Goal 5.* *Buttress student support networks by establishing multiple pathways for family and community engagement in academic achievement, social/emotional maturity, and leadership development.*

**Alignment with Hamilton County Department of Education and State of Tennessee Priorities**

As a locally-founded pubic charter school, the Chattanooga Preparatory School's (Chattanooga Prep's) school model is directly aligned with community, school district, and state of Tennessee priorities. Planning and Design team members are active community stakeholders with a deep understanding of regional educational models, community needs, and educational strategies that work for underserved urban youth.

Chattanooga Prep's student-centered, college-preparatory model is directly aligned with the mission, vision, and goals articulated in the Hamilton County Department of Education's *Five Year Strategic Plan 2013-2018*.[2] Chattanooga Prep embraces and will contribute to Hamilton County Schools' student success model which includes strategic goals related to Principal Leadership Development, Focused Academic Support, Accountability Systems, and Technology Fluency.

The planning process has been informed by the work of the Chattanooga 2.0 initiative. The Chattanooga 2.0 Report, *A Bold Vision for Our Future Workforce*,[3] starkly documents the educational disparities in our community and outlines an ambitious set of goals to address the gaps in the pipeline to academic success among low-income, urban students. Chattanooga Prep's mission and goals are directly aligned with the goals of the 2.0 initiative. Chattanooga Prep will create a school choice option for low-income, urban core families and act as a demonstration site for educational programs serving low-income boys. Chattanooga Prep's academic goals support Chattanooga 2.0's aspirations for School Success, Postsecondary Readiness, and Workforce Readiness.




Chattanooga 2.0, *A Bold Vision for Our Future Workforce: Growing Workforce Talent*. Jared T. Bigham, ed.

The mission and goals for Chattanooga Prep align with the State of Tennessee's Drive to 55 initiative and will help to build a pipeline from low-income, urban

---

2 http://images.pcmac.org/Uploads/HamiltonCountyDE/HamiltonCountyDE/Divisions/DocumentsCategories/Documents/Strategic-Plan-2013-18%20.pdf

3 http://chatt2.org/wp-content/uploads/2016/03/Chattanooga2.0_FullReport_2015-2016.pdf

communities into postsecondary opportunities. Chattanooga Prep graduates will be prepared to participate in the workforce of the future which will require critical thinking, collaboration, and perseverance. Our state's goal of 55% of Tennesseans attaining a college degree or certificate by 2025 will be impossible to achieve if large segments of the population face roadblocks to postsecondary completion. Chattanooga Prep will provide a pathway into postsecondary education for its students and will also serve as a demonstration site for innovations in the education of urban boys.

**The Chattanooga Prep Model**

Chattanooga Prep has been carefully and intentionally designed to ameliorate specific barriers that negatively impact student achievement among boys and young men experiencing poverty within Hamilton County's urban core communities. Chattanooga Prep is a single gender, small learning community encompassing grades 6 – 12. The comprehensive, college preparatory curriculum is centered around themes of innovation and leadership which are infused across rigorous coursework in literacy and communication, science, technology, engineering, mathematics, the arts, and social/cultural studies. The curriculum will integrate leadership development across all elements of the school program.

Chattanooga Prep offers academically underperforming boys an academic option that has been carefully designed to accelerate learning to proficient and advanced levels. The focus on development of the "whole child" includes intensive social/emotional supports available on-site and integrated into the school model. Partnerships with business, social, civic and cultural organizations extend boys' educational experiences into the broader community.

Key to the Chattanooga Prep model is the recruitment of excellent teachers who will work within the format of a strong professional teaching and learning community to meet the multi-faceted needs of urban young men. Chattanooga Prep harnesses cutting edge technology to develop academic achievement, encourage innovative teaching and learning, and create robust educational support systems. A well-defined governance structure and multiple avenues for parental and community engagement ensure that Chattanooga Prep will not only make a difference in the lives of the 350 students who will attend at full capacity, but also in the lives of their families and our broader educational landscape.

## 1.2 Enrollment Summary




**Location & Community to be Served**

Chattanooga Prep has been intentionally designed to help boys and young men living in urban core Chattanooga / Hamilton County overcome barriers that, all too often, create stumbling blocks to academic achievement. Chattanooga Prep will be located at 1849 Union Avenue and 605 South Orchard Knob, Chattanooga, TN, within the Highland Park community adjacent to the Chattanooga Girls Leadership Academy. Chattanooga Prep will be open to all boys in Hamilton County, but the school has been designed to address the significant needs of young men growing up in urban communities. Recruitment and outreach will target families of students zoned to attend the following elementary, middle, and high schools:

***Elementary Schools:*** Clifton Hills, Calvin Donaldson, East Lake, East Side, Hardy, Hillcrest, Orchard Knob, Woodmore,

***Middle Schools:*** Dalewood, East Lake Academy, Orchard Knob

***High Schools:*** The Howard School and Brainerd High School

**Demographic and Academic Profile of Target School Zones and Communities**

Chattanooga Prep is designed to serve one of our community's most vulnerable and at-risk populations, young men of color living residing in communities devastated by poverty, crime, and hopelessness. The school will be open for all young men in Hamilton County, but recruitment efforts will be focused on the communities serving students with the greatest concentrations of students living in poverty and struggling with associated challenges, the highest percentages of students with academic learning deficits.

Chattanooga Prep's target recruitment area coincides with Chattanooga's academic Innovation Zone (or I-Zone). While schools in this area have made significant efforts to support underserved and underprepared learners, students continue to face dire odds of achieving academic success. For far too many of these students, geography becomes their destiny. They become trapped in a cycle of poor resources, learning deficits, and mounting barriers to academic progress that turn disadvantages into despair. Girls in these communities have an academic option in the Chattanooga Girls Leadership Academy, a school that consistently supports underperforming girls in achieving high academic standards. Chattanooga Prep will provide a similar academic choice for boys and their families in Hamilton County.

***Student Demographics:*** Based on the target communities to be served, we anticipate a student population with 98% of students eligible for free or reduced price lunch because of low income levels. We anticipate that students will reflect the diversity or urban Chattanooga with an estimated 76% African-American students, approximately 18% Hispanic or Latino students, and 6% Caucasian students. We anticipate that 10%-12% of students will be English Language Learners and that 15-20% will have disabilities. Students who attend the target recruitment schools are 60% more likely to reside in a low-income household than their peers county-wide. They are more than twice as likely to be an English Language Learner and nearly 8 times more likely to be a person of color.[4]

---

[4] State of Tennessee School Report Card 2014-15 or 2013-14 where more recent data was unavailable.

***School Engagement Metrics:*** Within the target schools, average daily attendance is 93.9%, just slightly lower than the Hamilton County-wide average of 96%). However, in the target area high schools, daily attendance is significantly lower, on average only 85%. Target area students are at tremendous risk for school drop-out. The 4-year graduation rate for the Howard School and Brainerd High School averages 74% - meaning a full one-quarter of students do not graduate within 4 years. The cohort drop-out rate (meaning the number of students who enter 9th grade but do not persevere to graduation) is 14% - 41% higher than the cohort dropout rate county-wide and more than double the cohort dropout rate across the state of Tennessee. Boys attending the target schools – mostly low-income children of color – also experience disproportionate rates of suspension and expulsion when compared to Hamilton County and state norms. The average male suspension rate across all target schools is 32%, nearly 3 times the male suspension rate county-wide. Likewise, the average male expulsion rate at the target schools is 5% - 6.25 times higher than the average in the county at-large.

***Student Achievement Summary:*** Across all grade levels and content area, target school students score considerably lower on achievement assessments than their counterparts county-wide. Not surprisingly, achievement disparities that begin in elementary school continue to widen across target area students' school careers.

<u>Elementary & Middle Schools:</u> Across all content areas, the percentage of 3rd – 8th grade students who are perming below basic or at basic is significantly higher than the proportion of students who attain proficient or advanced skill levels. Compared with achievement scores county-wide, target area students are significantly more likely to perform below basic in math, reading / language, and science. In 3rd – 8th grade mathematics, more than one-fourth (25.6%) score below

| School Zone / Area | 3rd-8th Math | | | | 3rd - 8th Reading / Language | | | | 3rd - 8th Science | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | % Below Basic | % Basic | % Prof. | % Adv. | % Below Basic | % Basic | % Prof. | % Adv. | % Below Basic | % Basic | % Prof. | % Adv. |
| Tennessee | 14.8 | 29.6 | 31.5 | 24.1 | 12.8 | 38.8 | 37.4 | 11 | 14 | 21.5 | 44.5 | 20 |
| Hamilton County | 15.9 | 27.4 | 29.6 | 27.1 | 15 | 40.2 | 35.5 | 9.3 | 17.1 | 23.2 | 42.1 | 17.6 |
| | | | | | | | | | | | | |
| Clifton Hills - 37407 | 28.8 | 39.8 | 25.2 | 6.2 | 49.5 | 42 | 7.6 | 0.9 | 62.4 | 27.4 | 9.3 | 0.9 |
| Calvin Donaldson - 37410 | 17.6 | 36.6 | 26.8 | 19 | 33.3 | 47.7 | 11.8 | 7.2 | 32.6 | 28.1 | 28.8 | 10.5 |
| East Lake - 37407 | 20.4 | 37.8 | 26.4 | 15.4 | 33 | 49.6 | 9.3 | 8.1 | 32.1 | 27.6 | 28.9 | 11.4 |
| East Side - 37404 | 8.1 | 32.2 | 35.7 | 24 | 27.5 | 51.6 | 17.7 | 3.2 | 27 | 30.1 | 37.6 | 5.3 |
| Hardy - 37406 | 12.1 | 33.2 | 35 | 19.7 | 24.7 | 48.9 | 18.8 | 7.6 | 32.3 | 30 | 30.5 | 7.2 |
| Hillcrest - 37416 | 13.6 | 36.8 | 32.8 | 16.8 | 26.4 | 51.2 | 21.6 | 0.8 | 37.6 | 23.2 | 36.8 | 2.4 |
| Orchard Knob Elem. - 37404 | 24.7 | 36.7 | 28.3 | 10.3 | 42.7 | 45 | 12 | 0.3 | 44.4 | 27.3 | 26 | 2.3 |
| Woodmore - 37411 | 22.8 | 43.7 | 23.4 | 10.1 | 40.5 | 41.8 | 17.1 | 0.6 | 38.6 | 32.9 | 24.1 | 4.4 |
| Barger - 37411 | 11.1 | 38.9 | 32.1 | 17.9 | 26.2 | 53.2 | 19.5 | 1.1 | 35.2 | 29.5 | 33.7 | 1.6 |
| Dalewood - 37411 | 49.7 | 29.8 | 12.7 | 7.8 | 33.2 | 43.8 | 17.4 | 5.6 | 35.6 | 26.9 | 30.9 | 6.6 |
| East Lake Academy - 37407 | 40.5 | 33.6 | 17.6 | 8.3 | 28.9 | 48 | 19.8 | 3.3 | 32.5 | 31.1 | 28.9 | 7.5 |
| Orchard Knob Middle - 37404 | 57.3 | 26.7 | 10.2 | 5.8 | 46.6 | 42.2 | 6.7 | 4.5 | 49.2 | 28.4 | 18.2 | 4.2 |
| Target School Average | 25.6 | 35.5 | 25.5 | 13.4 | 34.4 | 47.1 | 14.9 | 3.6 | 38.3 | 28.5 | 27.8 | 5.4 |

App.1194

basic while more than one-third (35.5%) score at the basic level. At the target area middle schools, approximately 50% of students perform at below basic levels in mathematics. When students do not have the fundamental background knowledge for proficiency in math, it is impossible for them to succeed in more advanced coursework. Likewise, target area students contend with serious achievement disparities in reading and language arts. In the target elementary and middle schools, more than one-third (34.4%) of students have below basic literacy skills while 47% have only basic literacy skills. An astonishing 81% of students score below basic or basic. Lacking a strong foundation in basic literacy, students struggle with all content areas. Student learning deficits in literacy and mathematics conspire to create stumbling blocks in general science which is reflected in the fact that 38.3% of students score below basic and 28.5% perform at only a basic level.

**High Schools:** The achievement deficits that begin early for target area students create roadblocks to achievement in high school and limit students' postsecondary and career opportunities. In Algebra I, 70% of students perform at below basic or basic levels. In Algebra II, the achievement outcomes are bleak: 48% of students score below basic while another 33.3% score basic. In English I and English II, the majority of students score at below basic or basic. In English I, two-thirds (66.6%) are at or below basic; in English II, 70% of students are at or below basic. As the trajectory of student achievement in literacy and mathematics flatlines during high school, it becomes nearly impossible for students to succeed in biology and chemistry which require learners to draw on fundamental math skills, understand a complex new vocabulary, and read and analyze a variety of written information. In Biology, 83.2% of target area high school students score at or below basic – meaning that less than 20% of students are proficient or advanced. In Chemistry courses, students fare even worse: an astounding 72% of students perform below basic with another 21.5% of students performing at a basic level. Only a meager 6.5% of target area students who take Chemistry achieve proficiency or advanced skills.

| School Zone / Area | Algebra I | | | | Algebra II | | | |
|---|---|---|---|---|---|---|---|---|
| | % Below Basic | % Basic | % Prof. | % Adv. | % Below Basic | % Basic | % Prof. | % Adv. |
| Tennessee | 13.5 | 29.6 | 31.5 | 24.1 | 16.1 | 29.7 | 33.4 | 20.8 |
| Hamilton County | 15.9 | 27.4 | 29.6 | 27.1 | 15 | 40.2 | 35.5 | 9.3 |
| | | | | | | | | |
| Howard School - 37408 | 38.7 | 34.8 | 15.5 | 11 | 45.1 | 36.3 | 17.7 | 0.9 |
| Brainerd High - 37411 | 28.1 | 38.4 | 26.7 | 6.8 | 50.9 | 30.3 | 16.4 | 2.4 |
| Target School Average | 33.4 | 36.6 | 21.1 | 8.9 | 48.0 | 33.3 | 17.1 | 1.65 |

| School Zone / Area | English I | | | | English II | | | |
|---|---|---|---|---|---|---|---|---|
| | % Below Basic | % Basic | % Prof. | % Adv. | % Below Basic | % Basic | % Prof. | % Adv. |
| Tennessee | 7.8 | 20.4 | 58.6 | 13.2 | 8.8 | 26.4 | 53.7 | 11.1 |
| Hamilton County | 17.1 | 23.2 | 42.1 | 17.6 | | | | |
| | | | | | | | | |
| Howard School - 37408 | 25.8 | 38.5 | 35 | 0.7 | 29.3 | 45 | 21.4 | 4.3 |
| Brainerd High - 37411 | 17.7 | 51 | 31.3 | | 29.5 | 35.6 | 32.6 | 2.3 |
| Target School Average | 21.8 | 44.8 | 33.2 | 27.2 | 29.4 | 40.3 | 27 | 3.3 |

| School Zone / Area | Biology | | | | Chemistry | | | |
|---|---|---|---|---|---|---|---|---|
| | % Below Basic | % Basic | % Prof. | % Adv. | % Below Basic | % Basic | % Prof. | % Adv. |
| Tennessee | 14.1 | 20.7 | 44.4 | 20.8 | 26.6 | 29.2 | 24.9 | 19.3 |
| Hamilton County | 15.9 | 27.4 | 29.6 | 27.1 | 15 | 40.2 | 35.5 | 9.3 |
| | | | | | | | | |
| Howard School - 37408 | 48.2 | 36.3 | 17.7 | 0.9 | 74.6 | 20.3 | 5.1 | |
| Brainerd High - 37411 | 48.2 | 33.7 | 15.1 | 3 | 69.4 | 23.1 | 6 | 1.5 |
| Target School Average | 48.2 | 35.0 | 16.4 | 2.0 | 72.0 | 21.7 | 5.6 | 1.5 |

App.1195
KCBOE10414

***Community Economic Snapshot:*** The median household income in the target zip codes is $29,632, 40% below the county-wide median. While Chattanooga has gained much admiration nationally, our city has also attracted national attention as an unfortunate exemplar of economic inequality. *The Business Journals* ranked Chattanooga the 12th highest ratio of low-income households compared with high-income households.[5] In 2014, the *New York Times* featured Chattanooga in an article on economic disparities, citing that "27% of the city's residents live below the poverty line, compared with 15% nationwide. Women head about two-thirds of the city's poor households, and 42% of its children are poor, nearly double the rate statewide.[6] Communities of color are disproportionately impacted by poverty in Hamilton County: a study conducted in 2013 found that African American households had an average annual income of $26,787 while white households averaged $51,548 per year and 60% of African American children lived in poverty, compared to only 16.5% of white children.[7]

The intersection of economic inequality, race, and geography creates academic achievement disparities that contribute to an intergenerational cycle of economic hardship, academic deficiencies, and a deepening chasm between communities that experience prosperity and those mired in a cycle of poverty.

**Plan to Address Community & Student Needs**

Chattanooga Prep seeks to serve young men residing in an urban catchment area who struggle with multiple barriers to academic achievement and opportunity. Compared with their peers county-wide, students residing in the target school zones are less likely to be proficient in reading and less likely to be proficient in math; they are more likely to drop out of school; they are more likely to experience school discipline in the form of a suspension or expulsion; they are more likely to live in a low-income household. Poor school achievement and limited access to educational opportunities has created intergenerational cycles of despair. Achievement levels within the target area zoned schools reflects the dismal academic experiences of those communities where more than a quarter (27%) of residents lack a high school diploma or equivalent. Only 19% of adults residing in the target area hold any postsecondary degree and less than 14% have a bachelor's degree or higher.[8] The rates at which students enroll in postsecondary educational programs (either 2 or 4 year) bear out these disparities. The discrepancy between target school graduate participation in postsecondary education is particularly devastating considering two key factors: (1) In Chattanooga, 83% of jobs that pay more than $35,000 require a postsecondary credential. (2) Median personal income is inextricably linked to academic attainment.[9]

Families residing in the target area have an educational alternative for their daughters in the Chattanooga Girls Leadership Academy; Chattanooga Prep will provide a similar educational option for boys and their families. Academic and social outcomes for boys and young men of color, residing in high-poverty communities, indicate a significant room for improvement in the landscape of opportunity for young men of color.

Chattanooga Prep will provide an educational alternative for families of boys and young men residing in urban core communities. While the school is envisioned as an intentionally small learning community which will serve 350 students at full enrollment capacity, it will be an important learning laboratory for innovations in educating young men from struggling urban communities.

The enrollment model has been intentionally designed to provide for a small and cohesive learning community. The school will open with a 6th grade class since entry into 6th grade is a natural transition point where students from many elementary schools merge into a smaller number of middle schools. As students progress into the next grade level, Chattanooga Prep will back-fill with a new cohort of 6th graders each year.

---

[5] http://www.bizjournals.com/bizjournals/news/2014/01/31/ratios-of-low-income-households-to.html
[6] http://www.nytimes.com/2014/03/17/business/economy/low-wage-workers-finding-its-easier-to-fall-into-poverty-and-harder-to-get-out.html?_r=1
[7] http://www.timesfreepress.com/news/local/story/2013/may/17/leaders-in-city-districts-7-9-meet-seek/108315/
[8] Nielsen demographic report, 2016
[9] Chattanooga 2.0 Report; http://chatt2.org/news/

Based on the experiences of CGLA's start-up period and numerous other start-up charter schools, the enrollment model assumes that there will be some critical periods for student attrition, focusing around students' transition from 6th grade to 7th grade and also as students matriculate from 8th grade into 9th grade. Chattanooga Prep has been designed as a welcoming and supportive environment for all students, but the extended schedule, rigorous expectations for student achievement and self-regulation, and the single-gender model itself may not be right for every student or family. Chattanooga Prep will reach full capacity in year 7 at 350-360 students.

| Grade Level | Number of Students | | | | | |
|---|---|---|---|---|---|---|
| | Year 1 2018-19 | Year 2 2019-20 | Year 3 2020-21 | Year 4 2021-22 | Year 5 2022-23 | At Capacity 2024-25 |
| 6 | 60 | 60 | 60 | 60 | 60 | 50 |
| 7 | 0 | 60 | 60 | 60 | 60 | 50 |
| 8 | 0 | 0 | 60 | 60 | 60 | 50 |
| 9 | 0 | 0 | 0 | 60 | 60 | 50 |
| 10 | 0 | 0 | 0 | 0 | 60 | 50 |
| 11 | 0 | 0 | 0 | 0 | 0 | 50 |
| 12 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 60 | 120 | 180 | 240 | 300 | 350 |

In the initial start-up years when there are relatively few students due to the enrollment model, Chattanooga Prep will seek to enroll 60 students per year. As the school builds to full capacity, Chattanooga Prep will shift to enrolling a 6th grade class of 50-60 students. Chattanooga Prep intends to make significant progress in promoting and retaining students in school from year to year. However, we recognize that the financially disadvantaged population the school will serve does have a high mobility rate and thus not all students will re-enroll the following year.

| Anticipated Demographics | % of Economically Disadvantaged Students | % of Students with Disabilities | % of English Language Learners |
|---|---|---|---|
| | **97%** | **12%** | **7%** |

## 1.3 Academic Focus and Plan

### Academic Focus

Chattanooga Prep will have a cross-curricular focus on innovation with an organizational focus on leadership development. These interrelated focus areas are directly aligned with the school's mission and vision as well as community needs, goals, and priorities.

### Academic Plan

Chattanooga Prep will include grades 6-12 in a single-gender, small learning community geared to support the learning needs of boys. The academic plan has been crafted to meet the differentiated learning needs of students entering with varied academic talents and deficits. The curriculum is designed to maximize and accelerate learning for all students, empowering them to fill in fundamental skill gaps and progress to proficient and advanced performance across academic subjects. All students will participate in the rigorous, intellectually demanding curriculum. Chattanooga Prep will embed fundamental skill-building, remediation, and differentiated instruction to address skill and knowledge gaps, but all students will be engaged in the rigorous curriculum and be expected to rise to challenging standards.

The curriculum is grounded in the Tennessee Curriculum Frameworks, Common Core Standards, and ACT Benchmarks for College Readiness. In the planning year (2017-18), the school leadership team will map out the full scope and sequence for the curriculum. The resulting Curriculum Map will outline content standards into an appropriate annual pacing guide for each content area and grade level. The Curriculum Map and Pacing Guides will shape instructional planning and strategies.

***Curriculum & Course Sequence:*** Chattanooga Prep will offer a rigorous, comprehensive, college-preparatory curriculum that will prepare students for success in postsecondary experiences and careers of their choice. Students will participate in coursework covering all core content as well as a variety of related coursework options to support the school-wide emphasis on innovation and leadership development. The curricular structure supports horizontal (grade level) and vertical (content area) instructional teaming to maximize and accelerate student learning. Shared lesson plan formats and instructional frameworks optimize opportunities for team teaching and mutual reinforcement of key concepts to promote mastery.

This consistency also helps to build student learning behaviors and "habits of mind" that will improve academic outcomes and promote an orientation towards learning and achievement.

**Habits of Mind:** ***The characteristics of what intelligent people do when they are confronted with problems, the resolutions to which are not immediately apparent.***[10]

- **Persisting.** Efficacious people stick to a task until it is completed. They don't give up easily.
- **Managing Impulsivity.** Effective problem solvers are deliberate: they think before they act.
- **Listening with Understanding and Empathy.** Highly effective people spend an inordinate amount of time and energy listening (Covey, 1989).
- **Thinking Flexibly.** Flexible people have the capacity to change their minds as they receive additional data.
- **Thinking about Thinking.** Flexible people have the executive function to formulate a plan based on available data and desired outcomes and carry that plan out in a methodical manner.
- **Striving for Excellence.** Effective people have an intrinsic motivation to strive for continuous improvement, mastery, and accuracy.
- **Questioning and Posing Problems.** Effective problem solvers know how to ask questions to fill in the gaps between what they know and what they don't know.
- **Applying Past Knowledge to New Situations.** Effective people learn from experience.

[10] http://www.ascd.org/publications/books/108008/chapters/Describing-the-Habits-of-Mind.aspx

- **Thinking and Communicating with Clarity and Precision.** Articulation of ideas plays a critical role in enhancing a person's cognitive maps and ability to think critically, which is the knowledge base for efficacious action.
- **Gathering Data Through All Senses.** Intelligent people are able to integrate multisensory information to assimilate data, strategize, and problem-solve.
- **Creating, Imagining, Innovating.** Creative people take risks and push boundaries in a continuous effort to improve and innovate.
- **Responding with Wonderment and Awe.** Intelligent people are driven by inquiry and seek to understand new information and ideas.
- **Taking Responsible Risks.** Responsible risk takers are innovators who are driven to engage in judicious risk-taking in an effort to achieve uncommon results.
- **Thinking Interdependently.** Cooperative learning encompasses listening and communication, consensus-seeking, leadership, altruism, and empathy.
- **Remaining Open to Continuous Learning.** Effective people are invigorated by the quest of lifelong learning.

***Literacy / English & Language Arts***

Literacy skills are fundamental to learning in all content areas and yet, based on the achievement data from target area schools, we anticipate that students will enter Chattanooga Prep with significant deficits in literacy and English / Language Arts concepts. Throughout the school curriculum, literacy will be a prominent focus because reading, writing, and communication skills form a foundation for and enable learning across all content areas.

The focus on literacy and English / Language Arts is reflected in the school schedule which includes 20 minutes of sustained silent reading every day for all students with reading materials tailored to support interventional & instructional needs of each student. The English/Language Arts coursework will also be coupled with an interventionist-led Reading & Writing Workshop for middle school students to build fundamental literacy skills. The staffing plan also underscores the literacy focus, supplementing the instructional staff with Reading Specialist and Interventionist positions as well as volunteer tutors and mentors who will support the Reading & Writing Workshop, work with individuals and small groups in the English & Language Arts Classrooms, and collaborate with teachers to support literacy integration across the curriculum. English and Language Arts Teachers and Reading Specialists will collaborate to vertically-integrate English/Language Arts and Literacy instruction through a team-based approach.

The cross-curricular literacy focus will manifest in every lesson plan in every subject including an articulated literacy learning objective and all teachers modeling and assessing literacy-related skills across all subject areas. A variety of instructional strategies – implemented across content areas – are calibrated to model, build, and reinforce strong literacy skills. Even extra- and co-curricular offerings will incorporate literacy development. In all courses and activities, students will be engaged in giving presentations, leading dialogue and discussion, speaking correctly and with good purpose, and will be encouraged to use multiple strategies to express their thoughts and feelings. While literacy will be a focus curriculum wide, block scheduling (see Section 1.8 for details) will enable collaboration among English, Social Studies, and Arts teachers within grade bands to reinforce and scaffold students to achieve grade-level proficiency and then move beyond proficiency to more advanced skill levels. An iterative, weekly cycle of assessment, teaching / intervention, and re-assessment will be used to fine-tune lesson plans, engage students in a variety of interventions to address specific learning needs, and inform horizontal (grade-band) and vertical (content area teams) planning. All courses will be mapped to the academic standards established by the Tennessee Department of Education.[11]

| GRADE | COURSEWORK |
|---|---|
| 6th | 6th Grade English / Language Arts |
| | Sustained Silent Reading / Reading & Writing Workshop |
| 7th | 7th Grade English / Language Arts |

[11] http://www.tennessee.gov/education/article/english-language-arts-standards

| | |
|---|---|
| | Sustained Silent Reading / Reading & Writing Workshop |
| 8th | 8th Grade English / Language Arts |
| | Sustained Silent Reading / Reading & Writing Workshop |
| 9th | English |
| | Sustained Silent Reading |
| 10th | English |
| | Sustained Silent Reading |
| 11th | English |
| | Sustained Silent Reading |
| 12th | English |
| | Sustained Silent Reading |
| Electives | AP English / Dual Enrollment English |
| | Creative Writing (also embedded into general courses) |
| | Debate & Public Speaking |

***Mathematics***

Mathematics instruction will be grounded in a constructivist approach[12] that engages students in using prior knowledge to understand new concepts and skills. This approach ensures that students are not simply memorizing facts but are engaging with course content in ways that builds critical thinking, analytical abilities, and reinforces approaches to problem-solving and incorporating new information into a framework where they students can move beyond mathematical calculations and exercises to explore the applications of mathematics in the contexts of careers and authentic challenges. In the 6th grade a heavy emphasis will be placed on ensuring that students have a chance to catch up and back-fill fundamental math skills missing from their repertoire.

Within grade bands, math and science teachers will collaborate on lesson planning and team-teach to align and reinforce mathematics learning within science courses through problem-based, applied learning activities. Students will participate in math coursework each week, with an additional time for tutoring and remediation built into advisories, Wednesday RTI² Intervention & Extension periods, and after-school or Saturday sessions. Intervention and remediation will be built into the "station rotation" model so that students routinely participate in computer-based remediation (using Khan Academy, Odysseyware Software, and other online modalities), individual and small-group instruction, and peer tutoring as well as larger group instruction and problem-based learning activities. An iterative, weekly cycle of assessment, teaching / intervention, and re-assessment will be used to fine-tune lesson plans, engage students in a variety of interventions to address specific learning needs, and inform horizontal (grade-band) and vertical (mathematics department) planning. With the STEM-focus and ambitious goals for college & career readiness, Chattanooga Prep's goal is to prepare the majority of 8th grade students to complete Algebra I. All courses will be mapped to the academic standards established by the Tennessee Department of Education.[13]

| GRADE | COURSEWORK |
|---|---|
| 6th | 6th Grade Math |
| 7th | 7th Grade Math |
| 8th | 8th Grade Math |
| | Algebra I (optional; for students who are ready) |
| 9th | Algebra I |
| 10th | Geometry |
| 11th | Algebra II |
| 12th | Advanced Math |
| Electives | AP Math / Dual Enrollment – Pre-Calculus and Calculus, Trigonometry |

[12] https://www.learning-theories.com/constructivism.html

[13] http://www.tennessee.gov/education/article/mathematics-standards

***Science***

The science program will utilize a constructivist approach, similar to the mathematics curriculum. Rather than focusing on memorization, teachers will design lesson plans and active learning experiences to engage students in inquiry and discovery. This approach challenges students to draw on higher-order cognitive skills. Problem- and project-based learning strategies will predominate in science classrooms, requiring students to apply knowledge and make inferences and deductions rather than just passively receiving information. Lessons will be guided by essential questions and integration of math and science content at each grade level will provide for mutual reinforcement of learning. Science teachers will work in a collaborative team to vertically-integrate science instruction. Within grade bands, math and science teachers will collaborate on lesson planning and team-teach to align and reinforce mathematics learning within science courses through problem-based, applied learning activities. Students will participate in science coursework plus 45 minutes of problem-based learning that will require application of science and mathematics concepts and skills. Intervention and remediation will be built into the "station rotation" model or other course frameworks so that students routinely receive individualized or small group intervention to address deficiencies or build on talents. Science instruction will address student learning competencies and standards and will focus on instilling critical thinking, problem-solving, team-based collaboration, and higher-order thinking. Teachers will guide students in making inferences and deductions, analyzing and synthesizing knowledge they have to grapple with challenging new content, and directly demonstrate the "real world" applications of science and math principles so that students have a context for valuing what they are learning. Coursework will be keyed to TN standards[14] and include computer science and programming, physical science, earth science, life science, scientific methods, and engineering.

| GRADE | COURSEWORK |
|---|---|
| 6th | 6TH Grade Science |
| 7th | 7TH Grade Science |
| 8th | 8TH Grade Science |
| 9th | Physical World Concepts |
| 10th | Biology |
| 11th | Chemistry |
| 12th | Physics |
| Electives | Environmental Science |
| | Engineering Concepts |
| | Computer Science & Programming |

***Social Studies***

The social studies curriculum and coursework will include perspectives on history and culture, civics and government, economics, and media literacy calibrated to prepare students for local, national, and global citizenship and leadership. The social studies curriculum will be carefully integrated with the English / Language Arts curriculum to reinforce literacy and bolster non-fiction reading and analysis of a variety of texts (written documents, pictures, film, etc.). Social studies teachers will work in a collaborative team to vertically-integrate social studies instruction. Within grade bands, social studies, arts educators, and English/Language Arts teachers will collaborate on lesson planning and team-teach to align and reinforce reading, writing, listening, and speaking skills.

Through social studies coursework, students will interpret, analyze, synthesize, and construct thesis statements and arguments based on historical and socio-cultural information from a variety of media formats. This incorporation of English/Language Arts standards into the social studies classroom provides students with additional opportunities to hone their literacy and communication skills, drawing on historical source materials at the same time as they gain a more in-depth understanding of the historical, social, and cultural factors that underpin our world.

---

[14] http://www.tennessee.gov/education/article/science-standards

The social studies coursework will also reinforce the school's focus on leadership, guiding students through exploration of essential questions related to social, cultural, and historical factors. This focus will manifest in the social studies curriculum through two components:

- *Grit Speaker Series:* The Grit Speaker Series will be a regular speaker series that will bring in powerful speakers to deliver messages relevant to the curriculum and to the lives of Chattanooga Prep students and families. The purpose of the speech is to reinforce concepts of leadership, personal responsibility, character and interpersonal development, and to provide students with exposure to adult role models who have encountered and overcome obstacles and challenges similar to ones students may face currently or in the future.
- *Special Topics Course - Leadership by Design:* This course is designed to give students leadership and communication skills in order for them to work for positive change in their school community and beyond. The first semester involves learning the foundations of clear and effective communication and what it means to be a leader. These sessions will be active, engaging, and thought-provoking and will require teamwork from the class. The focus of the second semester is research skills and action. Students will learn how to properly research a topic of interest, collect data, analyze the data, and then most importantly, take action. An introductory course will be included in 6th grade and will be incorporated into the rotation of PE, arts, and electives. Students will have flexibility to complete the required course in high school, but students will be encouraged to take it in 9th or 10th grade.

The Personal Finance credit requirement will be incorporated into the Social Studies curricular grouping. Students will learn about income, money management, spending and credit, as well as saving and investing, in accordance with TN standards.[15] All Social Studies coursework will be mapped to the TN standards.[16]

| GRADE | COURSEWORK |
|---|---|
| 6th | 6th Grade Social Studies |
| | Leadership by Design Introductory Course |
| 7th | 7th Grade Social Studies |
| 8th | 8th Grade Social Studies |
| 9th | World History, Geography, & Cultures |
| | Leadership by Design Advanced Course |
| 10th | American History, Geography, & Cultures |
| 11th | American Government |
| | Economics |
| 12th / Electives | Personal Finance |
| | Community Service Learning |

***World Languages***

The world language curriculum and coursework will be integrated with the English Language Arts, Social Studies, and Fine Arts curricula. Within grade bands, social studies and English/Language Arts teachers will collaborate on lesson planning and team-teach to align and reinforce reading, writing, listening, and speaking skills. The integration of English/Language Arts, World Languages, and social studies content provides students with additional opportunities to hone their literacy and communication skills, drawing on historical source materials at the same time as they gain a more in-depth understanding of word structure, syntax, and grammatical patterns and contrasts across languages.

[15] http://www.tennessee.gov/education/article/personal-finance-standards

[16] http://www.tennessee.gov/education/article/social-studies-standards

As part of the school-wide focus on literacy, the study of "Classical Roots"[17] will be incorporated into the middle grades English / Language Arts coursework. This is important for students who may have limited vocabulary in that it provides students with fundamental knowledge and strategies to help students infer meaning based on common prefixes, suffixes, and word roots. Coursework will be offered in Spanish. All coursework will be mapped to the TN standards.[18]

| Grade | Coursework |
|---|---|
| 6th | Classical Roots incorporated into English / Language Arts |
| 7th | Classical Roots incorporated into English / Language Arts |
| 8th | Classical Roots incorporated into English / Language Arts |
| 9th | Spanish |
| 10th | Spanish |
| 11th-12th / Electives | AP / Dual Enrollment |

***Health, Physical Education, & Wellness***
For young men, physical activity is critically important for optimum learning and social-emotional development. Teachers will incorporate physical movement (moving among stations, getting into small groups, using manipulatives or models, content-related songs, chants, etc.). In addition, all middle school students will participate in physical education twice per week all year and high school students will earn at least .5 credits of physical education and will be encouraged to participate in additional electives and co-curricular or extra-curricular activities that incorporate physical activity and movement. The Health, Physical Education, & Wellness curriculum will reinforce concepts of self-discipline, teamwork, collaboration, integrity, perseverance, and personal responsibility. Given the health disparities that impact low-income populations, and people of color in particular, the overarching goal will be to instill knowledge and healthy habits for physical activity while exposing students to a broad array of options. All coursework will be mapped to TN standards.[19]

***Fine Arts: Dance, Music, Theatre, Visual Art***
Students will rotate through a sequence of offerings including music, theatre, and visual art. Movement / dance units will be integrated into the physical education, health, & wellness coursework. The Fine Arts curriculum will be closely linked with the school's leadership focus and will be calibrated to provide students with opportunities for development of emotional intelligence, expressive communication, and creative thinking and problem-solving. The arts are a powerful, potentially transformative mode of self-expression, motivation for engagement and learning, and interpersonal development, so there will be an emphasis on integrating arts principles and activities across the curriculum.[20]

In addition to working in cross-curricular teams to promote integration, the arts will also exist as independent courses. To maximize a diversity of opportunities for students, instructional staff will include visual arts, music, theater, and movement/dance instructional staff shared with CGLA or engaged through community partnerships (supervised by certified teachers) to allow for a greater diversity of offerings for students at each school. Fine Arts coursework will be aligned with state standards[21] and will be integrated into the school curriculum to reinforce and enrich learning across content areas.

---

17 http://eps.schoolspecialty.com/products/literacy/vocabulary/vocabulary-from-classical-roots/about-the-program
18 http://www.tennessee.gov/education/article/world-language-standards
19 http://www.tennessee.gov/education/article/health-pe-wellness-standards
20 Varghese, Sheena, "Guidelines for Teaching Art to Students from Urban High-Poverty Backgrounds." Thesis, Georgia State University, 2015. http://scholarworks.gsu.edu/art_design_theses/177
21 http://www.tennessee.gov/education/article/arts-education

| Grade | Coursework |
|---|---|
| 6th | Rotation through PE (twice weekly all year) and choice of 2 electives (half-year each) |
| 7th | Rotation through PE (twice weekly all year) and choice of 2 electives (half-year each) |
| 8th | Rotation through PE (twice weekly all year) and choice of 2 electives (half-year each) |
| 9th – 12th | Choice of 1Fine Arts credit (required) |
| | Additional Fine Arts credits (up to 3) |

**Chattanooga Prep Hallmarks: Evidence-Based Strategies**

Every aspect of the academic plan has been carefully calibrated to address the academic, social/emotional, and well-being needs of students and their families. The rationale for Chattanooga Prep's design is grounded in (1) an analysis of the current state of academic performance and achievement among urban boys in Hamilton County, (2) an examination of social risks factors facing young men in poverty in Hamilton County, (3) an inventory of research-based best practices in the education of urban students with academic deficits, (4) a review of best practices for promoting high academic achievement among boys, and (5) an inventory of community resources and synergistic interests that will ensure the school's long-term success. From this background work, the Foundation's Planning and Design Team has identified the following research-based hallmarks of Chattanooga Prep's success model:

- **Single-gender model:** The United States is facing an education achievement gap for boys from all socio-economic communities. Numerous research indicates that boys, on average, do not perform as well as girls in coursework or on standardized achievement assessments. The achievement gap for boys is readily apparent in postsecondary outcomes: nationwide 62% of associate's degrees, 57% of bachelor's degrees, 60% of master's degrees, and 52% of doctoral degrees are earned by women.[22] This achievement gap results in particularly dire consequences for young men of color. Nationwide, just 26% of African Americans and 18% of Hispanic Americans hold an associate's degree or higher. Within communities of color, men are less likely than their female peers to earn a postsecondary degree. African American men earn a meager one-third of postsecondary degrees awarded to African American students, and Hispanic men earn only 40% of degrees awarded to Hispanic students. The achievement gap has severe implications for young men: "More than 51% of Hispanic males and 45% of African American males will end up unemployed, incarcerated or dead."[23] Traditional school models are not responsive to the unique needs of boys, particularly when you consider the additional risk factors of poverty or minority status. According to the U.S. Department of Education and a Schott Foundation report, 71% of all school suspensions target boys. In a survey, 59% of African American boys and 42% of Hispanic boys reported being suspended. The incompatibility of boys optimal learning modes with traditional school models results in troubling disparities in special education: boys comprise 67% of students receiving special education services—and 80% of these boys are African-American or Hispanic.[24]

- **High Expectations, Consistently Communicated & Reinforced:** The term self-fulfilling prophecy refers to a well-documented phenomenon whereby expectations or beliefs about a students' potential significantly influence – positively or negatively – that students' actual achievement. In other words, students tend to perform in ways in which adults expect. A robust body of research confirms the troubling role of the self-fulfilling prophecy in educational settings—and underscores the dangers and tragic consequences when educators' unexamined assumptions and biases define the limits of success for students, most often students of color already facing the stumbling blocks associated with poverty. Harvard University economist and researcher Ronald F. Ferguson surveyed more than 30,000 students and found compelling evidence for "the distinctive importance of teacher encouragement as a source of motivation for non-White students." The research found that to best support minority students, teachers must "inspire the trust, elicit the cooperation,

---

[22]http://www.theatlantic.com/education/archive/2013/09/how-to-make-school-better-for-boys/279635/
[23]http://achieve.lausd.net/cms/lib08/CA01000043/Centricity/Domain/577/collegeandcareer/ADVOCACY-IN-ACTION-YoungMenofColorBrief.pdf College Board. *The Educational Crisis Facing Young Men of Color* and *The Educational Experience of Young Men of Color: A Review of Research, Pathways and Progress.*
[24] http://www.nea.org/home/44609.htm

stimulate the ambition and support the sustained industriousness" of academically at-risk students.[25] When teachers have high expectations for students and provide tasks that are engaging and of high interest, students build self-esteem, increase confidence and improve academic performance (Brophy, 2008; 2010). Student confidence is critical because it is linked to student's willingness to tackle challenging learning activities.[26]

- **Extended Learning Time:** A significant body of research supports that extended time for learning is an essential – possibly the essential – element of success common among schools that promote significant learning gains among low-income, academically disadvantaged youth. Harvard economist Roland Fryer, concluded that instructional time of at least 300 more hours than the typical calendar is one of the strongest predictors of higher achievement when it is accompanied by "high-dosage" tutoring, coaching and feedback to teachers, data-driven planning and instruction, and high expectations for student achievement. These findings were reproduced by Stanford University economist Caroline Hoxby who examined numerous school policies and characteristics and found that total learning time was one of the strongest predictors of student outcomes among the long list of policies considered in a multivariate analysis. Extended learning time is particularly important for children in poverty.[27]

> **TIME WELL SPENT:**
> **EIGHT POWERFUL PRACTICES OF SUCCESSFUL, EXPANDED-TIME SCHOOLS**
> 1. Make Every Minute Count
> 2. Prioritize Time According to Focused Learning Goals
> 3. Individualize Learning Time and Instruction Based on Student Needs
> 4. Use Time to Build a School Culture of High Expectations and Mutual Accountability
> 5. Use Tie to Provide a Well-Rounded Education
> 6. Use Time to Prepare Students for College and Career
> 7. Use Time to Continuously Strengthen Instruction
> 8. Use Time to Relentlessly Assess, Analyze, and Respond to Student Data

- **Community Hub & Wrap-Around Services:** Significant research underscores the complex nature of learning and cognitive growth; academic achievement is inextricably linked to students' physical, mental, emotional, and social well-being. A number of case studies from across the nation have shown that wrap-around services – in conjunction with high-impact educational practices – improve achievement for low-income students.[28] To overcome the myriad barriers to success imposed by poverty, schools seeking to empower urban young people must invest resources and engage with community partners to offer a variety of services that go far beyond traditional concepts of schooling. For low income families, this is a critical need. Low-income students face barriers to attending and succeeding in school that are inconceivable in more affluent communities. Access to laundry services or the ability to purchase uniforms or shoes, poor nutrition and healthcare, untreated trauma associated with poverty, all can conspire to derail student learning. Based on the community needs assessment, focus groups with families and parents, and the experiences of the Chattanooga Girls Leadership Academy in serving this same population, the following wrap-around services are planned and incorporated into facilities and budget allocations. School-operated wrap-around services will include laundry services, a food pantry, uniform assistance, a laptop and home internet access for all students. The school social worker, with assistance from social work interns will provide mental health and counseling for students and refer families to community-based services appropriate to their needs. We will establish partnerships with community-based organizations to offer primary healthcare, social services, and parent education.

---

[25] http://teachingasleadership.org/sites/default/files/Related-Readings/DCA_Ch2_2011.pdf

[26] http://oregongearup.org/sites/oregongearup.org/files/research-briefs/highexpectations.pdf

[27] Farbman, David A. 2015. The Case for Improving and Expanding Time in School: A Review of Key Research and Practice. http://issuu.com/nationalcenterontimelearning/docs/caseformoretime/1?e=3629693/3438545

[28] https://www.nmefoundation.org/getmedia/ffbf6223-f6d4-49fa-91d6-1d8ff14e21d8/UpliftingTheWholeChild?ext=.pdf

- ***Social-Emotional Development and Executive Function:*** Incorporating social-emotional development into the curriculum is an ancient concept, promoted by Plato in *The Republic*.[29] For urban boys who are likely to face a confluence of risk factors - the traumas and deprivations associated with poverty, lack of consistent male role models, and the onset of puberty – providing opportunities for social-emotional development and promoting students to develop strong executive function and self-regulation skills is critically important. The notions of promoting social-emotional development and self-regulation are grounded in decades of neurological research. Neurological research shows that adolescents, particularly early adolescents, have a relatively well-developed limbic system which governs emotional response alongside a relatively underdeveloped prefrontal cortex which controls executive functions including planning, reflection, and impulse-control.[30] In other words, adolescents experience powerful emotions without the full cognitive skills to control and direct those emotional impulses.[31] Chattanooga Prep will include an explicit focus on supporting students to develop executive function and self-regulation skills, honing the mental processes that enable us to plan, focus attention, remember instructions, and juggle multiple tasks successfully. These skills enable individuals to resist distractions, prioritize tasks, make decisions, set and achieve goals, and control impulses – capacities that are crucial for learning, social-emotional development, and self-regulation.[32]

**Data-Driven Planning**

The mission of Chattanooga Prep is to change the trajectory of at-risk boys by increasing academic achievement, promoting executive function, and providing them with opportunities to explore their talents. Thus, data will drive planning and decision-making on a regular, iterative basis. All aspects of the school model revolve around using data to ensure continuous improvement across metrics of student achievement and school performance. The Chattanooga Prep curriculum, schedule, and instructional plan allows frequent time for shared teacher planning, frequent formal and informal assessments of student learning and skill, and Response to Intervention & Instruction ($RTI^2$). Intervention activities (as part of the classroom station rotations or during the Wednesday $RTI^2$ Intervention & Extension period) are tailored for each student to work on their individual learning needs. Integration across grade bands enables teachers to mutually reinforce competencies with which students are struggling and provides students with a broader range of opportunities to make up learning deficits. Vertical integration within academic content areas ensures that teachers work together to scaffold students to achieve proficient or advanced performance.

Teachers will utilize web-based applications – which administrators, students, and parents can also check at any time to post real-time information to support learning. The Haiku Learning (or similar) program will be utilized to track student progress within the context of Chattanooga Prep's standards-based assessment system. The program selected will interface with Power School to ensure that local and state agencies have all data points needed. The Class Dojo program will track student behavior (see Section 1.10 for details). The Haiku Learning platform enables all staff to collect, analyze and use data to inform their support of students. The Dean of Faculty is responsible for ensuring / overseeing data integrity, managing ongoing data analytics, producing routine reports on a regular basis to inform planning and instruction, and providing special reports as needed for a variety of stakeholders (teachers, administrators, tutors, parents, and students themselves).

A data room for teachers will be set up as part of the permanent school facility. The data room will be located in a "high traffic" area for teachers such as a teacher work room and meeting space. The Dean of Faculty and other school leaders will orient all instructional staff to the layout of the information and will hold frequent debriefing

---

[29] http://www.edutopia.org/social-emotional-learning-history

[30] https://www.researchgate.net/publication/8457361_Geidd_JN_Structural_magnetic_resonance_imaging_of_the_adolescent_brain_Ann_N_Y_Acad_Sci_1021_77-85

[31] http://www.ascd.org/publications/books/106044/chapters/Middle-Schools@-Social,-Emotional,-and-Metacognitive-Growth.aspx

[32] http://developingchild.harvard.edu/science/key-concepts/executive-function/

meetings with full instructional staff and small groupings of teachers to review data, identify trends and challenges, set goals, plan for corrective actions or interventions, etc. Given the tremendous needs of the target student population, Chattanooga Prep will maintain a constant focus and vigilance on student achievement data to inform interventions, instruction, and professional development for teachers.

***Instructional Goals & Methods:*** Chattanooga Prep was founded to address the needs and change the achievement trajectory of low-income, urban boys in Chattanooga. As documented in Section 1.2, the academic deficiencies and achievement gaps among the students in the recruitment zone are significant. Chattanooga Prep's instructional goals and methods are built upon the following assumptions:

- The majority of students will enroll in the school with pervasive, pre-existing academic skill gaps across multiple academic areas and will lack foundational literacy and numeracy skills necessary for learning across content areas.
- In Chattanooga Prep's initial years of operation, the student population will be quite small in comparison with other schools, resulting in challenges in establishing generalizable data and statistically significant results from a small sample size.
- Full implementation of the TN Ready assessments will result in significantly lower percentages of students scoring at Performance Level 1 (below grade level) and Performance Level 2 (approaching grade level) across the state and district.
- Even with Chattanooga Prep's intentional design elements and instructional strategies, students with significant academic deficiencies will require time to catch up and master foundational skills that will enable them to advance academically.

**Instructional Methods**

To achieve these ambitious goals, Chattanooga Prep faculty will utilize a variety of instructional strategies and practices to meet the learning needs of a diverse cadre of students and prepare students for the instructional methods they will encounter in higher education settings and the dynamics of professional collaborative teams.

While teachers will have flexibility to organize their course content and instructional practices, all teachers will exemplify best practices in teaching and engage students in a variety of activities during the course periods to maintain student attention and meet the differentiated learning needs of each student. All lessons will include an essential question and a literacy objective. Given the diverse needs of students and the extended course times, most courses will incorporate several activities (e.g., a "hook" assignment, review & reframing prior learning, didactic or lecture component, an active learning component or station rotations, and end with a "huddle" activity focused on content standards. This format will make the best possible use of co-teachers (interns, student teachers, interventionists, specialists, etc.); keep students active learning, and allow for targeted interventions tailored for each boy. Across all school components, all personnel will hold students accountable for meeting high expectations for learning and personal responsibility.

**The Southern Regional Education Board (www.sreb.org) identified 10 strategies present in a culture of high expectations.** [33]

1. Developing, communicating & implementing classroom motivation & management plans in all classrooms.
2. Implementing instructional plans for bell-to-bell teaching.
3. Organizing and arranging classrooms to spur productivity.
4. Establishing high academic standards.
5. Communicating expectations to students and their families.
6. Actively engaging each student in instructional tasks.
7. Keeping students on target by using tasks that are of interest and of high value.
8. Providing timely, relevant & specific feedback to students to encourage their continued success.
9. Adopting grading practices that communicate high expectations and reduce frustration.
10. Dealing with severe behavior immediately. Be proactive and have clear policies.

[33] http://oregongearup.org/sites/oregongearup.org/files/research-briefs/highexpectations.pdf

The following instructional strategies will undergird Chattanooga Prep's ambitious goals for student achievement.

| INSTRUCTIONAL STRATEGIES | DESCRIPTION AND EXAMPLES |
|---|---|
| **Embedded Intervention & Academic Support Strategies:** *Continuous assessment and performance monitoring drives academic remediation and intervention.* | ▪ ***Classroom Framework:*** Chattanooga Prep teachers will use a standardized classroom format which will allow for individual variations within classes while establishing a bell-to-bell instructional routine that will allow for individualized learning, academic reinforcement, and remediation across all courses.<br>▪ ***Student Work Groups and Clusters:*** The Chattanooga Prep course schedule and framework will provide faculty teams with tremendous flexibility in utilizing student work groups and clusters to provide more intensive coaching and support guided by a teacher, specialist, or interventionist. Teachers can also foster student work groups that pair or group struggling students with those who have gained mastery of content to promote peer-to-peer learning.<br>▪ ***Tutoring:*** Tutoring will be available after school at least 4 days per week with special Saturday sessions also scheduled as needed. Students can be referred to tutoring by their teachers or they can choose to participate in tutoring to secure academic support. Teachers will also tutor students on an individual basis or call tutorial sessions for groups of students who are struggling with course content.<br>▪ ***Summer Program:*** Summer programming will focus on academic remediation and support including credit recovery and "summer camp" type experiences that are routinely available to more affluent boys. Partnerships with a variety of community organizations will be leveraged to support special summer experiences for all students – including those who are struggling academically. |
| **Problem-Based Learning:** *Teachers pose problems which require that students utilize prior knowledge, think critically, draw connections and analogies from prior experiences, work cooperatively and collaboratively within a group, engage in self-directed learning, and secure and use appropriate learning resources.* | Teachers will utilize problem-based learning as a key strategy, actively engaging students in learning by posing complex, realistic problems which they must solve. In effect, teachers will use problem-based learning to help students "learn to learn." Problem-based learning will not only engage students and enhance the curriculum, but also prepare students with college-readiness skills by requiring students to share in responsibility for learning. The students will assume increasing responsibility for their learning, giving them more motivation and more feelings of accomplishment, setting the pattern for them to become successful life-long learners. The faculty, in turn, becomes resources, tutors, and evaluators, guiding the students in their problem solving efforts.[34] |
| **Socratic Seminar:** *The Socratic seminar technique is based on Mortimer Adler's interpretation of classic Socratic questioning.* | Chattanooga Prep will use the Socratic seminar model to condition students to think critically in order to explore ideas, solve problems, make mature decisions, and value academic and intellectual discussion. In Socratic discussions, the facilitator will ask only open-ended questions. Texts will not be limited to literary works and documents under investigation. Instead, |

[34] Sources include the following: Samford University Center for Teaching, Learning and Scholarship. "Background of Problem Based Learning." 1 Mar. 2008 <http://www.samford.edu/ctls/pbl_background.html>. Maricopa Center for Learning and Instruction. "Problem Based Learning Overview" 1 Mar. 2008 <http://www.mcli.dist.maricopa.edu/pbl/info.html>.

| | |
|---|---|
| | students will be encouraged to draw upon previous study and personal experience to explore texts and concepts, generate insights, and draw connections. |
| **Mathematics Studio Program:** *Mathematics classrooms will utilize the Mathematics Studio Program model espoused by the Teachers Development Group to promote "mathematically productive teaching routines" to increase student achievement.*[35] | Chattanooga Prep will engage with the Teachers Development Group and utilize the Mathematics Studio Program model for mathematics classrooms. This model, grounded in research about how students learn math, emphasizes a student-centered classroom that incorporate the following features:<br>• Cognitively demanding mathematical tasks<br>• Adherence to mathematically productive classroom norms and relationships<br>• Productive disequilibrium about mathematical ideas and relationships<br>• Mathematical discourse that focuses on students' mathematical reasoning, sense making, representations, justifications, and generalizations<br>• Reflection and metacognition about their own and each other's mathematical thinking |
| **Expeditionary Learning:** *Students are guided in expanding critical thinking skills through field explorations and investigations.* | Chattanooga Prep's expeditionary learning component is the inquiry-based outgrowth of the Socratic process. Students will examine a text and list what they know, what they do not know, and what they would like to know about a specific subject. Teachers will layer texts onto previous texts so that some questions are answered, some questions evolve, and other questions form the core of issues that result in field work based around real world problem solving. |
| **Academic Skills, Behaviors, and Habits of Mind:** | ▪ **Modeling and Using Exemplars***:* Faculty will use demonstrations, role-playing, read-alouds, think-alouds, group-writes, and other modeling techniques to convey expectations for class processes, analysis, problem-solving, and giving / receiving constructive criticism. In addition, teachers will guide students through an exploration of sample exemplars to help students understand the expectations and characteristics of high-quality work.<br>▪ ***Organization and Documentation:*** Classroom technology or flip charts will be used to document group contributions and discussions. Students will use IT applications, graphic organizers, daily planners, journals, and other formats to record their thoughts and plans.<br>▪ ***Drafting, Revision, and Critique:*** Students will be constantly encouraged to refine and improve their work, and that expectation will be reinforced through classroom practice. Students will produce multiple drafts for all major assignments, and each draft will be subjected to various review processes including guided self-evaluation, group review and critique, and faculty-student conferencing. Students will use self- and peer-critique to revise their work.<br>▪ ***Reflecting and Debriefing:*** To guide and reinforce the habit of reflection and analysis, instructors will facilitate individual and group reflection on learning experiences (e.g., lessons, expeditionary learning, special programs, etc.). Reflection will enhance student retention and comprehension of information, reinforce analytical thinking, and support the transfer of learning to other concepts. |

[35] https://www.teachersdg.org/Assets/About%20Studio%20Brochure%20v.3.0.pdf

***Resources Supporting the Academic Plan:*** Every aspect of Chattanooga Prep's design – from its geographical location and facility to its staffing plan to its curriculum and schedule – have been carefully calibrated to achieve the school's mission. The budget and resource plan aligns with the school's model and include sufficient funds for staffing, teacher professional development and support, student learning resources, technology integration, student nutrition, extra- and co-curricular opportunities.

***Addressing Target Student Needs:*** Chattanooga Prep has been designed to serve a diverse community of learners who have different skill and knowledge gaps, learning styles, and instructional support needs. The curriculum and instructional methods have been designed to yield maximum flexibility to scaffold and support each student based on their individual needs and gifts. The school staffing structure will allow for a small ratio of students to instructional staff positions. The opportunity to individualize the curriculum and to provide unique opportunities for students will be important for accelerated or gifted students. See Section 1.9 for details on specific strategies for supporting student with disabilities, English Language Learners, and students at-risk for poor academic performance.

Chattanooga Prep is designed to meet the unique learning needs of boys which is critical since traditional school models have shown to create disadvantages for boys across all socio-economic groups. Nationwide, boys lag behind girls in academic performance in class, on standardized tests, in high school completion, and in college enrollment. Researchers conducting a large-scale research study have identified the following 10 best practices for teaching boys. Chattanooga Prep will adopt these research-proven instructional practices.[36]

## Research-Based Practices from the *Teaching Boys Effectively Logic Model:*[37]

1. **Teachers increase the use of graphics, pictures, and storyboards in literacy-related classes and assignments.** When teachers use pictures and graphics more often (even well into high school), boys write with more detail, retain more information, and get better grades on written work across the curriculum.
2. **Classroom methodology includes project-based education in which the teacher facilitates hands-on, kinesthetic learning.** The more learning is project-driven and kinesthetic, the more boys' bodies will be engaged in learning—causing more information to be retained, remembered, and displayed on tests and assignments.
3. **Teachers provide competitive learning opportunities, even while holding to cooperative learning frameworks.** Competitive learning includes classroom debates, content-related games, and goal-oriented activities....
4. **Classroom curricula include skills training in time, homework, and classroom management.** In order to feel competent, engaged, and motivated, many boys need help learning how to do homework, follow directions, and succeed in school and life; classrooms are the primary place these boys come for that training.
5. **Approximately 50 percent of reading and writing choices in a classroom are left up to the students themselves.** Regularly including nontraditional materials, such as graphic novels, magazines, and comic books, increases boys' engagement in reading and improves both creative and expository writing.
6. **Teachers move around their classrooms as they teach.** Instructors' physical movement increases boys' engagement, and includes the teacher leading students in physical "brain breaks"—quick, one-minute brain-awakening activities—that keep boys' minds engaged.
7. **Students are allowed to move around as needed in classrooms, and they are taught how to practice self-discipline in their movement.** This strategy is especially useful when male students are reading or writing—when certain boys twitch, tap their feet, stand up, or pace, they are often learning better than if they sit still, but teachers are often not trained in innovating *toward* more movement in classrooms.

[36] http://publications.sreb.org/2004/04v03_ten_strategies.pdf

[37] *ASCD Express,* Vol. 6, No. 4. Copyright 2010 by ASCD. All rights reserved. Visit www.ascd.org/ascdexpress.

8. **Male mentoring systems permeate the school culture, including use of parent-mentors, male teachers, vertical mentoring (e.g., high school students mentoring elementary students), and male peer mentoring.** By 16, vocationally oriented boys (and girls) need schools and communities to provide access to jobs and mentors through which students can master a trade.
9. **Teachers use boys-only group work and discussion groups in core classes such as language arts, math, science, and technology.** Some boys and girls who do not flourish in the busyness or social distraction of coed classes get a chance to flourish in new ways in single-sex groupings.
10. **Teachers and counselors provide skill building for sensitive boys (approximately 20 percent of males fall somewhere on the "sensitive boy" spectrum), and special education classes are taught by teachers trained in how to teach boys specifically.** This is crucial because approximately 70 percent of learning-disabled students nationwide are boys.

***Blended Learning:*** Chattanooga Prep will make use of some blended learning activities as part of the station rotation model. An instructional staff member will be on-hand to provide additional assistance for all technology-assisted learning. Blended learning will be utilized to facilitate individualized student remediation and learning but will be embedded within the teacher-guided curriculum and course structure. The following are examples of the types of blended learning resources that Chattanooga Prep anticipates utilizing to promote student success:

- **Discovery Education:** Discovery Education provides high quality, dynamic, digital content that is engaging to students, keyed to Common Core State Standards and includes a variety of content areas. The Discovery Education system supports pervasive use of technology and digital content that is designed to tap into students' natural curiosity by offering authentic, "real-world" based learning opportunities. Discovery Education incorporates high-quality digital content, interactive lessons, real time assessment, classroom contests & challenges, and professional development. Discovery Education offers multimodal instructional content for intervention, continual growth, and extension for all students. The following features make the Discovery Education system particularly useful for schools, teachers, and students: (1) built-in assessment component includes research-based, valid, and authentic measures of Common Core standards; (2) assessments feature test items, performance tasks, and digital tools that measure the higher-order thinking skills and increased depth of knowledge required by Common Core; (3) includes cross-curricular content including English Language Arts, Math, and Science geared to promote college & career readiness; and (4) based on assessment results, offers instructional staff content recommendations to address personalized needs and offer individualized instruction.

- **LANGUAGE! Live:** LANGUAGE! Live is a comprehensive English Language Arts curriculum geared to support struggling adolescent readers and writers. It blends engaging online instruction with targeted teacher-directed instruction to help learners close the reading and writing gap. The program's "Word Training" component harnesses the power of technology to solidify foundational literacy skills in an individualized, online learning environment, supporting students to build competency in consonants and vowels, fluency, morphology, Greek & Latin roots, and encoding and decoding. The "Text Training" component is designed to engage small groups in teacher-supported instruction coupled with online practice to hone skills including vocabulary / morphology; grammar, syntax, & usage; reading comprehension & content knowledge; and spoken and written expression. LANGUAGE! Live provides iterative, actionable data to support teachers and students through benchmark assessments. Assessments are administered, completed, and scored online three times per year. The assessments utilize norm-referenced assessments to determine student intervention needs and measure progress in comprehension, fluency, and spelling.

- **Lexia:** Struggling readers in grades 6–12 require an instructional approach that provides fundamental early reading skills development in a manner that is engaging and age-appropriate for older students. Lexia uses technology to target and accelerate skill development for struggling readers, while providing the progress monitoring data and resources to prioritize and plan teacher-led instruction. The program is designed to re-engage students who are may be hard to reach, unmotivated, or facing challenges outside of school,

empowering students to quickly fill in literacy skill gaps so that they have the literacy competencies needed to learn and achieve in other content-area classes. Using a simple, age-appropriate interface, the program begins with skills at the first-grade level, covering basic phonological awareness through advanced decoding skills, vocabulary development, and comprehension activities. Students work independently to develop reading skills in a structured, sequential manner while teachers receive the data and resources they need to support intervention and direct instruction. A key feature of the Lexia system is the embedded assessment feature that provides teachers with progress-monitoring data without administering a test to the students, generating immediate and actionable diagnostic performance data without interrupting the flow of instruction or student learning. Data reports can be accessed by teachers and school administrators and can be filtered to show data on an individual student, student sub-groups, classrooms, grade levels, or the entire school.

- **Khan Academy:** Khan Academy is a free online learning resource that offers instructional videos and practice exercises across a wide range of academic content areas including math, science, computer programming, history, art, history, economics, etc. Because Khan Academy is designed for learners of all ages, it includes content that is appropriate for all age groups and all ability levels. Students can access Khan Academy for individualized learning, and teachers can also access specialized content for classroom use.

- **Odysseyware:** Odysseyware offers a number of resources that support blended learning including course and lesson customization, real time progress monitoring and assessment, teacher authoring tools, and flexible blended learning professional development and implementation options. Odysseyware offers robust assessment and progress monitoring, targeted instruction, prescriptive learning paths, and flexible customization and teacher authoring to support each Tier of $RTI^2$ implementation. Instructional supports, customization, built in messaging features and prescriptive assessment and learning paths offer a number of benefits to English Language Learners and students with learning challenges. Odysseyware's powerful assessment capabilities and prescriptive learning paths offer students with learning gaps, those needing remediation, or those desiring acceleration and enrichment opportunities, efficient and targeted resources to gain standards mastery and earn (or recover) course credits. Odysseyware also supports college and career preparation through test prep courses for the ACT, more than 60 career technical education courses, standards-aligned curriculum for middle & high school common core English/Language Arts and Mathematics.

## 1.4 Academic Performance Standards

### Academic Achievement Goals

Given the indicators of need among target area students, Chattanooga Prep has established ambitious but attainable benchmarks for student achievement during the school's initial start-up phase. The Board of Directors and school leadership team will revisit and adjust benchmarks annually with the expectation of ongoing continuous improvement as the school matures organizationally, as instructional staff benefit from sustained, team-based planning and professional development, and as students advance academically from the primary student entry-point in the 6th grade and begin to catch up academically. The school's instructional goals and associated benchmarks are as follows:

1. **Accelerate learning to enable students to make academic progress across content areas.**
   - Each year, 70% of students will realize learning gains of at least 10% in core academic subjects of math, reading, English/language arts, science, and social studies on assessments aligned with TN Ready assessments.
   - By the end of year 2 and annually thereafter, at least 35% of students who have been at Chattanooga Prep for at least 2 years will be performing at Level 3 (on track) or Level 4 (Mastered) in at least 2 core academic subjects.
   - Each year, at least 35% of students who score at Level 1 (Below) on the 1st benchmarking assessment will move to Level 2 (Approaching) or higher by the TN Ready Exam.
   - At least 65% of 11th & 12th grade students who have been at Chattanooga Prep for at least 2 years will score a 22 or better on the ACT exam.

2. **Bolster literacy and communication skills as a cornerstone for learning and success.**
   - Each year, 70% of students will realize literacy gains of at least 10% on reading assessments.
   - By the end of year 2 and annually thereafter, at least 50% of students who have been at Chattanooga Prep for at least 2 years will be reading at or above grade level.
   - Each year, at least 75% of students will document improvement in spoken communication and presentation skills as measured by instructional staff, community volunteers, as well as pre-/post- self-assessments.

3. **Instill critical thinking and problem-solving skills to prepare students for success in postsecondary academic or credentialing programs and in rewarding careers.**
   - Each year, students will demonstrate skill gains in critical thinking and problem solving as measured by pre- and post-assessments using the California Critical Thinking Skills Test[38] or similar assessment.
   - Each year, students will demonstrate gains on aptitude tests measuring individuals' ability to learn, critical thinking, problem-solving, and reasoning/analytical skills.

4. **Foster social-emotional development and executive function "habits of mind" to prepare students for lifelong learning within cooperative, team-based environments.**
   - Each year, students will document age-appropriate improvements in cognitive functioning, active participation in learning, perseverance, etc. as measured by the "grit grade" incorporated into the standards-based grading system.
   - Each year, at least 75% of students will demonstrate improvement in executive function and collaboration skills as measured by instructional staff, peers, and self-assessment using a 360-degree evaluation to be conducted in Spring annually.
   - Each year, students will demonstrate an age-appropriate increase in "college knowledge" and understanding of postsecondary and career requirements based on a pre-/post-assessment.

---

[38] https://www.insightassessment.com/Products/Products-Summary/Critical-Thinking-Skills-Tests/California-Critical-Thinking-Skills-Test-CCTST

## Setting, Monitoring, and Revising Academic Achievement Goals

Initial goal-setting has been accomplished by the Planning & Design Team, but on-going responsibility for monitoring, revising, and setting new goals will rest with the school's leadership team. The Executive Director or Principal will report progress towards achieving goals at least quarterly at Governance Board meetings including plans for any corrective actions as needed.

## Corrective Action

Corrective actions will be collaboratively designed and implemented, led by the Leadership Team and overseen by the Governance Board. Corrective actions to be considered or selected will be driven by school or student data metrics and grounded in research-based practice. Corrective actions may include focused professional development efforts, revisions to the school schedule or calendar, adjustments to instructional methodologies, personnel changes, or other adjustments. At Chattanooga Prep, the focus of all activity is to promote student learning, and the school will utilize assessment data on an ongoing basis to refine and ensure that all aspects of the school design are calibrated to maximize student academic outcomes and personal growth.

## Student Attendance Expectations and Strategies

Chattanooga Prep's goal is to have an average daily attendance of 98% of students. The school will serve students who are at-risk academically, so attendance is crucial to enable students the time and consistency they need to overcome academic deficits and achieve college / career path readiness.

***Strategies to Promote Attendance:***

- **Recognizing Attendance & Participation:** Student attendance and participation will be overtly recognized and students will be able to accrue appropriate rewards or privileges based on attendance. Specifics will be finalized by the school leadership team, however examples may include a special field trip, early dismissal for a day, a special meal with school administrators and family, etc. Outstanding attendance will be recognized as part of school routines and ceremonies (e.g., morning meeting, semester celebrations, etc.). School personnel will work with partners to provide appropriate rewards for attendance (e.g., restaurant gift certificates, bicycle or sports equipment, trophies or plaques, etc.).
- **Including Attendance & Engagement in Student Assessment:** Attendance and active engagement in learning will comprise part of the student's "Grit Grade" component which will equal 20% - 30% of a student's grade in each class. While attendance alone is not sufficient to earn full value for the engagement / executive function portion of the score, it is a critical factor since attendance is imperative for students – many of whom will start academically behind – to participate in the full spectrum of learning, application, practice, and coaching that will ensure their success.
- **Student Advisory Groups:** Student "Advisories" will be small groupings of students which will act similar to a "homeroom" model. Students will be assigned to instructional and administrative staff in small Advisory groups. Advisory group time will be predominantly used for tutoring or sustained silent reading but is also important for small group activities and to give each student a feeling of belonging within a smaller community. Advisors will and initiate discussions with a student if attendance becomes an issue and for initiating engagement with other stakeholders (parents, administrators, counselor, etc.) when needed
- **Wrap-Around Services:** Through the Guidance / Counseling Center, students and families will have access to wrap-around services offered by school staff and collaborating community partners (Educational Opportunity Center, Social Work Interns, etc.). Attendance issues stem from a variety of reasons including homelessness, children having to act as caregivers for siblings or elders, lack of transportation, depression, or a myriad of other obstacles often associated with poverty. The availability of wrap-around services on-site and readily available for student access is imperative.
- **Extracurricular Activities:** Maintaining a good attendance record will be a condition of participation in all extracurricular activities. Excessive absences or instances of tardiness to school will result in dismissal from all extracurricular activities and incentives.

- **Clearly Communicating Attendance Policy:** The student handbook (see Attachment B) includes a clear statement of the absence policy including allowable absences, parent-excused absences, and the implications for excessive absences.
- **Establishing Consequences for Excessive Absences:** After five (5) unexcused absences, a parent/guardian will be mailed a five-day attendance notification letter. If the student continues the pattern of unexcused absences and reaches ten (10) absences within the calendar year, he will be referred to Juvenile Court for truancy.

**Matriculation Plan**

Students will receive traditional letter grades (A, B, C, D, or F) based on their demonstrated / documented mastery of standards-based competencies in each course. Teachers will utilize rubrics which will be shared with students so that students know and understand what it takes to achieve at each level. If a student does not demonstrate proficiency through course assessments, he will be required to attend tutoring. With support from the teacher, students will continue learning and practicing until they achieve proficiency or beyond. To earn course credit and advance to the next course, a Middle School student must master 75% of course standards and a High School student must master 70% of course standards.

**Graduation Standards**

To graduate, students must demonstrate mastery of at least 70% of required course competencies in high school and accumulate 22 credit hours required by the state of Tennessee. Chattanooga Prep's competency-based assessment system (see Section 1.7 for details) ensures transparency in terms of the academic skills and habits of mind necessary for postsecondary completion and career success.

**Academic Support for Students**

Chattanooga Prep has a robust plan to support and provide remediation for students with learning deficits and will follow the Response to Instruction & Intervention ($RTI^2$) model. The school curriculum, course framework, and schedules have been purposefully designed to optimize opportunities for scaffolding, individualizing instruction, and providing remediation, enrichment, or extending learning based on students' level of competency. Chattanooga Prep's assessment structure and data-driven, collaborative planning model ensure that every instructional staff member knows the skill gaps of each student and that teachers and coaches are collaboratively planning to address those gaps. Every aspect of the Chattanooga Prep model has been calibrated to accelerate learning among underserved students.

**Chattanooga Prep will employ multiple tools and structures to support continuous academic progress and excellence and reinforce classroom instruction.**

- Wednesday $RTI^2$ Intervention & Extension Period: Each Wednesday, the school schedule includes an extended $RTI^2$ Intervention & Extension period. This will be a time for instructional staff to engage in collaborative planning and professional development while students participate in intervention and enrichment activities guided by programmatic partners, volunteer tutors, academic coaches, and interventionists.
- In-class Guided Remediation: Most classrooms will utilize a station rotation model where students will progress through a variety of learning activities within a course period. These stations may include combinations of the following tutoring & learning modes including computer-assisted learning, tutoring or coaching by instructional staff or volunteers, peer tutoring, etc.
- Student Technology: At Chattanooga Prep, each student will be assigned a laptop / notebook computer and internet access. Loaded with class materials, homework assignments and supplemental educational resources, the portability of the laptop allows students access to academic content on a 24/7 basis. The regular use of the laptop not only supports the curriculum and academic program, but it also sharpens students' computer skills and familiarity with technology and a variety of computer applications.
- Reading and Writing labs: Reading and writing competencies are threaded throughout all coursework. Reading and Writing labs are staff-guided blocks of time that provide for a concentrated focus on specific reading or writing skills. Unlike tutorials, the reading and writing labs pull in materials outside the required

course materials to serve as the foundation for instruction. Reading and writing labs are technology supported.

**Response to Instruction and Intervention (RTI²)**

Given the academic outcome data for the target student population, Chattanooga Prep has a strong plan in place to implement Response to Instruction and Intervention (RTI²) procedures.[39] All students will take a variety of assessments including diagnostic, formative, and summative assessments. All assessments required by the Hamilton County Department of Education and the Tennessee Department of Education will be incorporated into the assessment structure. Additional formal and informal assessments will be used regularly to monitor student achievement, track progress, and identify knowledge/skill gaps. See Section 1.7 for details regarding the assessment plan.

These ongoing assessments will inform lesson and intervention planning and identify RTI² tiers for each student. This data will be available to all teachers and will be used as a benchmark to identify services and monitor progress. Across content areas, teachers will monitor student progress towards mastery of key learning/skill competencies and adjust instruction and intervention as needed. Assessments – either formal or informal will occur on at least a weekly basis.




For the most part, students will be exposed to Tier III interventions with students who are at Tier I or Tier II participating in extended learning to further hone academic growth and critical thinking.

The school model allows frequent opportunities for small group and individualized differentiation of instruction. Small student to teacher / staff ratio ensures that each student receives individualized support, that faculty can utilize the "station rotation" method to differentiate instruction for individuals or small groups of students, and that children do not "slip through the cracks" as they sometimes do in larger schools.

In addition, the school schedule is crafted to allow for an extended RTI² Intervention & Extension period each Wednesday. This will be a flexible time for students to engage in peer tutoring, academic coaching, college/career preparation, computer-assisted interventions, and other strategies to provide additional support to students who are face academic struggles.

[39] RTI2 at Chattanooga Prep will adhere to State of TN's standards. https://www.tn.gov/assets/entities/education/rti2/attachments/rti2_manual.pdf

## 1.5 Phase-In / Turnaround Planning (for applicants proposing a conversion)

Chattanooga Preparatory School is a new, start-up school established by a local planning and design team familiar with the neighborhoods to be served and the educational landscape of our community. The school will benefit from the ongoing leadership of Dr. Elaine Swafford, an educational change agent who has led a successful turn-around of the Chattanooga Girls Leadership Academy (see turnaround data in Attachment H.)

## 1.6 High School Graduation and Postsecondary Readiness

### Graduation Requirements

Chattanooga Prep is designed to meet all of the academic milestones and graduation requirements established by the State of Tennessee. Students will earn credits by satisfactory completion of rigorous, college-preparatory coursework. Chattanooga Prep will utilize a standards-based grading system, but there will be a key for translating achievement of course standards into letter grades and those letter grades will be used to calculate grade point averages. Transcripts will be maintained for each student and will include course standards and an overview of achievement related to individual course standards. These transcripts will be more descriptive of what students know and are able to do as an outcome of coursework rather than traditional transcripts which just include a letter grade. Chattanooga Prep students will complete all graduation requirements stipulated by the State of Tennessee. In addition to successfully completing the program of study, students must also have a satisfactory record of attendance and conduct. See details about the curriculum in Section 1.3; details about co- and extra-curricular activities can be found in Section 1.8.

| Chattanooga Prep Graduation Requirements | |
|---|---|
| **Math – 4 credits** | • Algebra I – 1 credit<br>• Algebra II – 1 credit<br>• Geometry – 1 credit<br>• Advanced Math Course – 1 credit |
| **English – 4 credits** | • 9th Grade English – 1 credit<br>• 10th Grade English – 1 credit<br>• 11th Grade English – 1 credit<br>• 12th Grade English – 1 credit |
| **Science – 4 credits** | • Biology – 1 credit<br>• Chemistry – 1 credit<br>• Physics – 1 credit<br>• Research / Another Laboratory Course – 1 credit |
| **Social Studies & Personal Finance – 3.5 credits** | • US History and Geography – 1 credit<br>• World History and Geography – 1 credit<br>• US Government and Civics / Economics – 1 credit<br>• Personal Finance - .5 credits |
| **Health & Wellness – 1.5 credits** | • Physical Education –.5 credits<br>• Wellness – 1 credit |
| **Foreign Language – 2 credits** | • Spanish I – 1 credit<br>• Spanish II – 1 credit |
| **Fine Arts – 1 credit** | • Visual Art or Music / Elective – 1 credit |
| **College & Career Readiness – 8 credits** | • Senior Project - .5 credits<br>• ACT Preparation - .5 credits<br>• Elective Focus – 7 credits consisting of Math and Science, Career and Technical Education, Fine Arts, Humanities, Advanced Placement, or International Baccalaureate |
| TOTAL: 28 Credits Required for Graduation | |

### Preparing Students for Postsecondary Success

Chattanooga Prep seeks to prepare all students for the postsecondary opportunity of their choice – whether that is a 4-year baccalaureate program, community college, technical or vocational training, or military service. The school program will create a platform for students to interact with individuals who have achieved success from a diverse array of postsecondary and career pathways. Chattanooga Prep has a strong plan to ensure that graduates are equipped to succeed in the postsecondary pathway of their choice. In 2007, the Bill and Melinda Gates

Foundation articulated an operational definition of college readiness in the publication, *Toward a More Comprehensive Conception of College Readiness.*[40] This definition has been adopted by Chattanooga Prep as an expected outcome for students.

| DEFINITION OF COLLEGE READINESS |
|---|
| The level of preparation a student needs in order to enroll and succeed – without intervention – in a course-bearing general education course at a postsecondary institution that offers a baccalaureate degree or transfer to a baccalaureate program. |
| **Chattanooga Prep will graduate students who possess the four dimensions of college readiness:**<br>1. Habits of Mind<br>2. Key Content Knowledge<br>3. Academic Behaviors<br>4. Contextual skills and knowledge |

1. **Habits of Mind:** Chattanooga Prep will cultivate the key habits of mind at each stage of students' educational experience. Research shows that these habits must be developed over an extended period of time so that they become ways of thinking and students are habituated to draw on these habits when pursuing intellectual activities.

| HABITS OF MIND ESSENTIAL FOR COLLEGE SUCCESS | SAMPLING OF CHATTANOOGA PREP'S STRATEGIES TO FOSTER AND PROMOTE HABITS OF MIND |
|---|---|
| **Intellectual openness and Inquisitiveness**<br><br>***Chattanooga Prep students will...***<br>• *Require evidence to substantiate statements and beliefs,*<br>• *accept and offer constructive criticism, and*<br>• *change personal views if warranted by the evidence,*<br>• *engage in active inquiry and dialogue about subject matter and research questions, and*<br>• *seek evidence to defend arguments, explanations, or lines of reasoning.* | • The **curriculum** is based around challenging coursework that requires students to delve beyond basic knowledge.<br>• **Instructional strategies** such as problem-based learning, the Socratic seminar, and expeditionary learning engage students in questioning and exploring a text or solving a problem in collaborative groups.<br>• **Assessment practices** provide opportunities for teachers to model ways for students to give and accept constructive criticism.<br>• Students' **portfolios, debriefing sessions, and reflective essays** will provide guided opportunities for students to reflect upon their opinions, beliefs and attitudes and how they have evolved over time.<br>• **Active learning and knowledge creation** are essential elements of Chattanooga Prep learning activities. Inherent in Socratic Seminars is inquisitiveness. Expeditionary learning is the inquiry based outgrowth of the Socratic process. |
| **Analysis, Reasoning, Argumentation, and Proof**<br><br>***Chattanooga Prep students will...***<br>• *identify and evaluate data, material, and sources for quality of content, validity, credibility, and relevance;* | • Students will gain **contemporary literacy skills** which will require them to not only utilize technological resources to seek information but also to evaluate information from a variety of sources and become informed consumers of information. |

[40] Conley, David T. Toward a More Comprehensive Conception of College Readiness. Eugene, OR: Bill & Melinda Gates Foundation, March 2007.

| | |
|---|---|
| • *compare and contrast sources and findings and generate summaries and explanations of source materials;*<br>• *construct well-reasoned arguments to explain phenomena or issues; and*<br>• *utilize forms of reasoning to construct an argument and defend a conclusion.* | • **Instructional Strategies** such as problem-based learning, Socratic seminar, and expeditionary learning will foster students' reasoning, argumentation, and proof skills.<br>• **Course assignments** including formal papers, in-class writing assignments, lab reports, essays, and reflective writing assignments will support students in refining their analytical, reasoning and argumentation skills.<br>• **Class activities** including debates, guided rhetorical analysis of historical arguments and speeches, and reflections on current events will provide students with practice in expressing their ideas through well-researched arguments and defense of their points of view. |
| **Interpretation**<br><br>***Chattanooga Prep students will...***<br>• *analyze conflicting descriptions of an event or issue to determine strengths, flaws, commonalities, and distinctions;*<br>• *synthesize the results of an analysis of competing or conflicting descriptions into a coherent explanation;*<br>• *state the interpretation that is most likely correct or is most reasonable; and*<br>• *present an extended description, summary, and evaluation of varied perspectives and conflicting points of view on a topic or issue.* | • The **constructivist teaching strategies** used in Chattanooga Prep classrooms will require students to work individually, in small groups, and as a class to analyze differing perspectives, arguments, and accounts.<br>• The **curriculum** provides numerous opportunities for students to analyze and synthesize competing perspectives to draw conclusions.<br>• All **coursework and activities** will be followed by an opportunity for students to evaluate information through a post-write, reflection, or essay that is an extended description, summary and/or evaluation of varied perspectives and conflicting points of view.<br>• Student **papers, projects, and presentations** will be designed to emphasize student interpretation skills. |
| **Precision and accuracy**<br><br>***Chattanooga Prep students will...***<br>• *know what type of precision is appropriate to the task and the subject area,*<br>• *be able to increase precision and accuracy through successive approximations generated from a task or process that is repeated, and*<br>• *use precision appropriately to reach correct conclusions.* | • **Instructional strategies** such as the Socratic seminars reinforce the process of selecting the appropriate level of precision and accuracy required to support a conclusion. Using the scientific method and project-based learning activities, students will explore a variety of STEM topics (robotics, engineering, etc.) to practice ever-higher degrees of accuracy and precision in measurements, equations, etc.<br>• **Assessment practices** will also foster precision and accuracy by establishing progress and achievement as things that are measured by a continuum of learning as opposed to "one-shot" assignments. |
| **Problem solving**<br><br>***Chattanooga Prep students will...***<br>• *develop and apply multiple strategies to solve routine problems,*<br>• *generate strategies to solve non-routine problems, and*<br>• *apply methods of problem-solving to complex problems* | • Through **problem-based learning** students will be guided in exploring a problem or issue that must be solved.<br>• Problem solving is integrated into all aspects of a **democratic classroom.** Students participate in problem solving in Socratic seminar, expeditionary learning teams, and in other group work.<br>• **Problem/Project-Based Learning assignments and coursework** will require students to draw upon a variety of strategies to solve complex problems related to authentic social, technological, or scientific challenges. |

2. **Academic Knowledge and Skills:** Chattanooga Prep will ensure that students have a strong academic foundation that includes a breadth of learning and experiences as well as a depth of understanding and applied practice in a variety of disciplines. Achieving the academic standards that Chattanooga Prep expects of students will require that students exercise the habits of mind within the context of rigorously challenging coursework.

3. **Academic Behaviors:** Chattanooga Prep will foster among students a range of academic behaviors to ensure that students develop the self-awareness, self-monitoring, and self-control necessary for college success. Strategies to support the development of these skills will be integrated throughout the curriculum; embedded in extended learning activities; reinforced in the code of conduct, disciplinary strategies, and restorative justice practices; and modeled in school structures and processes.

| Academic Behaviors Required for College Success | Sampling of Chattanooga Prep's Strategies to Foster and Promote Academic Behaviors |
|---|---|
| **Self monitoring** (as a form of metacognition)<br><br>***Chattanooga Prep students will...***<br>• *be aware of their current level of mastery and understanding of a subject, including key misunderstandings and blind spots;*<br>• *be able to reflect on what worked and what needed improvement in any particular academic task;*<br>• *persist when presented with a novel, difficult, or ambiguous task;*<br>• *employ a range of learning strategies; and*<br>• *transfer learning and strategies from familiar settings and situations to new ones.* | • **Assessment practices** such as the use of a continuum of learning based on course outcomes will condition students to view learning as a "work in progress" rejecting the pass/fail mentality.<br>• **Course assignments and assessment** will include regular reflective debriefing sessions to model and support reflectivity and iterative learning.<br>• The **assessment and academic support process** includes regular student conferencing with faculty and advisors. Conferences will include honest and constructive assessments of student progress and the identification of actionable strategies for intervention and enrichment.<br>• The **curriculum** includes numerous opportunities for **students to pursue their interests and make choices** in inquiry-based learning.<br>• Through the **integrated curriculum**, students learn how to tailor and apply strategies across disciplines. |
| **Study skills**<br><br>***Chattanooga Prep students will...***<br>• *manage time effectively,*<br>• *prepare for and taking examinations,*<br>• *use information sources,*<br>• *take class notes,*<br>• *communicate with teachers and advisors, and*<br>• *participate in a study group and recognizing the critical importance of study groups to success in specific subjects* | • **Classroom activities and strategies** will prepare students to use organizational tools for effective time management.<br>• School activities will support students in the development of **test-taking techniques** for standardized exams (e.g., ACT, AP, etc.).<br>• Chattanooga Prep will engage students in a variety of **cooperative learning activities** including small group work in class, peer circles, peer review teams to discuss writing assignments, lab partners and teams, and formal study groups.<br>• Class and small-group activities will ensure that students understand **appropriate ways to access peer support** in class projects and peer editing. |
| **Contextual skills and awareness - The privileged information necessary to understand how college operates as a system and a culture.**<br><br>***Chattanooga Prep students will possess...*** | • Beginning in 6th grade and continuing through graduation, students will engage in **formal activities to learn about the postsecondary education system,** researching and visiting various types of colleges and universities+.<br>• **College visits** will be organized so that Chattanooga Prep students learn the formal and informal structures and |

| | |
|---|---|
| • *a systematic understanding of the postsecondary educational system;*<br>• *specific knowledge of the norms, values and conventions of interaction in the college context;*<br>• *interpersonal and social skills that will enable them to interact with a diverse cross-section of academicians and peers; and*<br>• *"college" knowledge (formal and informal; stated and unstated) necessary for both gaining admission to and navigating within the postsecondary environment* | processes from the perspectives of college administrators, faculty, and students.<br>• Chattanooga Prep social services programming will place an emphasis on fostering the development of **social and interpersonal skills** critical in college & careers.<br>• Chattanooga Prep structures and processes will **model the college experience** to prepare students for the norms, values, and conventions of higher education.<br>• Access to **dual enrollment courses** will place Chattanooga Prep students in college environments so they gain experience in handling the structure of college classes and in interacting with faculty.<br>• Chattanooga Prep **prepares parents and other adult caregivers** to support their children in navigating the higher education system, including the application and financial aid processes. |

4. **Keystone Skills of College Readiness:** Chattanooga Prep students will attain mastery of the following skills which are critical in supporting the success of students in postsecondary programs.

| |
|---|
| • Consistent intellectual growth and development over four years of high school resulting from the study of increasingly challenging, engaging, coherent, academic content. |
| • Deep understanding of and facility in applying key foundational ideas and concepts from the core academic subjects. |
| • A strong grounding in the knowledge base that underlies the key concepts of core academic disciplines. |
| • Facility with a range of key intellectual and cognitive abilities and capabilities. |
| • Reading and writing skills and strategies sufficient to process the full range of textual materials commonly encountered in entry-level college courses. |
| • Mastery of key concepts and ways of thinking found in one or more scientific disciplines sufficient to succeed in at least one introductory level college course. |
| • Comfort with a range of numeric concepts and principles sufficient to take at least one introductory level course. |
| • Ability to accept critical feedback. |
| • Ability to assess objectively one's level of competence within a subject and to devise plans to complete course requirements in a timely fashion. |
| • Ability to study independently and with a study group on a complex assignment. |
| • Ability to interact successfully with a wide range of faculty, staff, and students from different backgrounds. |
| • Understanding of the values and norms of colleges, and within them the disciplinary subjects as the organizing structures for intellectual communities. |

The Chattanooga Prep College Readiness strategies are implemented through formal structures and activities as well as sets of relationships. Parents and other adult caregivers are fully integrated into all college readiness strategies.

**Student Support to Ensure Graduation**

Supporting students to – and beyond – high school graduation is the cornerstone of Chattanooga Prep's school model. Given the diverse needs of the target population, the following elements of the school model are designed to support students to graduation.

- ***Small Learning Community:*** Chattanooga Prep has been designed as an intentionally small learning environment where every student will have opportunities to interact and develop positive role-model and peer relationships with adults and other students. The House structure will organize the student population into a smaller subset of learning communities to foster a sense of family, group cohesion, and belonging.

Advisories will provide another framework for students to have personal and small-group interactions within the school. Each student will also be paired with an adult mentor through the mentorship program.

- ***Experiential & Active Learning:*** Chattanooga Prep's instructional model will include significant opportunities for students to be immersed in experiential and active learning. The classroom instructional framework which will be adapted for use in all courses will guide students in moving through a variety of activities including teacher-led instruction, individual learning, small group activities, and directed learning assignments. This classroom model allows for purposeful and directed student interaction and movement. The school schedule also includes 160 minutes of experiential, problem-based learning each week where students will be engaged, individually and in small groups, in problem/project-based learning activities aligned with state standards.
- ***Instructional Strategies:*** The classroom instructional framework is aligned with state learning outcomes and is ideally suited for students with varying levels of academic proficiency. Instructional strategies will utilize a "flipped classroom" format where students will complete readings or other preparatory assignments before the classroom lesson. In class, teachers will use a learning "hook" to engage students, give them guided opportunities to grapple with subject matter to hone critical thinking and problem-solving skills, and lead students in rotating through stations including peer coaching, self-guided learning or remediation, instructor coaching, etc.
- ***Competency-Based Assessment & the Grit Grade:*** Chattanooga Prep's competency-based assessment system will enable students with academic deficiencies to make progress towards proficient & advanced performance across all content areas even as they continue to benefit from remediation and shore up areas of academic weakness. The competency-based grading reinforces that learning is an iterative process unlike traditional grading systems provide a "snapshot" of what a student knows and is able to do at a particular moment in time and then denies students the opportunity to continue to make academic progress. Incorporating the "Grit Grade" element into the assessment system also underscores students' critical role in their own learning. See Section 1.7 for additional details.
- ***Data-Driven Instruction:*** Academic tutoring, coaching, and response to intervention & instruction are integrated into Chattanooga Prep's school and course schedules. Data-driven instruction further ensures that students get the optimum benefit from tutoring and remediation by focusing on each student's learning gaps and academic deficiencies. Instructional staff and the students themselves can readily identify areas where they need extra work or practice. See Section 1.3 for additional details.
- ***Tutoring & Academic Coaching:*** Tutoring and academic coaching is embedded in every course period. In addition, after-school tutoring with support from instructional staff will be offered 4 days per week. The Wednesday $RTI^2$ Intervention & Extension period will be another opportunity for academic tutoring and coaching – as well as enriched learning experiences – for students struggling with academic content. Summer programming will also be used to extend learning time for students who are struggling with particular learning objectives or standards.
- ***Prep Journeys:*** Through expeditionary learning activities, tied to the academic and leadership curricula, students will have opportunities to expand their academic and geographic horizons through a variety of local and regional off-campus learning excursions. Middle school students will spend a week at Camp Alpine. High school students will take a cultural learning visit to Washington, D.C. Pre Journeys will also include college visits as well as diverse cultural and learning experiences.
- ***Grit Speaker Series:*** As part of Chattanooga Prep's Leadership focus and curriculum, the school will host an ongoing speaker series that will engage speakers who have overcome obstacles similar to those faced by students. The speaker series will provide motivation and inspiration for students, forging leadership skills and evoking an ethos of community and team-building.
- ***College Counseling & Preparation Experiences:*** Beginning in the 6th grade, postsecondary expectations and preparations will be consistently communicated to students and families. School activities will foster exploration of the variety of postsecondary opportunities open to students as well as their parents and family members. Career exploration will incorporate the academic pathway required to enter and succeed in that career. Students will participate in college visits beginning in middle school and "college knowledge" development will be built into career exploration, ACT Prep, speakers, etc. Guidance staff, advisory leaders, instructional staff, mentors, and speakers will consistently promote postsecondary academic success – in a field and mode of their choice – as an achievable expectation for all students.

## 1.7 Assessments

**Assessing Student Learning**

Chattanooga Prep will administer all state-mandated assessments in accordance with state of Tennessee requirements. In addition, Chattanooga Prep will administer assessments embedded in blended learning and $RTI^2$ programs (see Sections 1.3-1.4 for details). Chattanooga Prep will administer benchmarking assessments created by Academic Coaches based on common core standards and the TN Ready exam. Benchmarking assessments will be administered in September, December, and February to identify learning and skill gaps and measure progress towards achievement of core standards. All assessments will align with Chattanooga Prep's rigorous, college-preparatory curriculum and will help to ensure that all students are on track to achieve graduate requirements and be prepared to enroll in a postsecondary program of their choice.

The Dean of Faculty will have primary responsibility for testing coordination within the building. The Dean of Faculty will also lead all data collection and analyze and interpret data through regular reports for all stakeholders. Data will be crucial to Chattanooga Prep's rapid-cycle quality improvement processes which will use data in an iterative matter to plan instruction, assess student learning, support teacher professional development, and respond to student learning gaps. Professional development will include training and ongoing coaching for teachers and school staff in analyzing, interpreting, and using student performance data.

Across all coursework, Chattanooga Prep will deploy standards-based grading. Unlike traditional grading systems, standards based grading enables student, parents, and teachers to gain a more granular view of student learning and progress. Standards-based grading is aligned with what students know and are able to do – and also what students have yet to master. This allows for more targeted re-teaching, tutoring, and coaching to support students who need additional help to master certain standards. Students and teachers can focus on specific areas of need for each student and also build on areas of student strength and understanding to foster learning across all standards.

**BENEFITS OF STANDARDS-ORIENTED ASSESSMENT**

**Enables data-driven decision making and practice** by providing a continuous, accessible stream of information about student performance that can be readily accessed to inform the academic approach (intervention / remediation, scaffolding, enrichment, etc.) and support academic goal-setting.

**Encourages persistence** among students who are struggling academically by documenting incremental achievement gains, removing time as a factor in assessment, and taking a non-punitive approach to differing paces of learning.

**Defines expected learning outcomes** in a way that is transparent to students, parents, teachers, administrators, and other stakeholders.

**Promotes a cooperative relationship** between teachers and students.

**Fosters collaboration** among students, parents, and school staff, creating a "web" of support for scaffolding students and bridging achievement gaps.

**Raises expectations** for performance as the student progresses and matures.

**Pinpoints intervention and academic support** on specific areas of student weakness.

**Establishes high expectations** for all students and provides incentives for motivated students to achieve at the advanced levels.

***Standards-Based Grading Rubric:*** Student learning expectations will be keyed to TN Ready standards. Using a rubric, students will be assessed on their degree of mastery across academic standards and will receive a score and feedback based on the degree to which they have mastered required standards in every course. Students' overall

grade is calculated using the Chattanooga Prep grading policy. Through this grading platform, students, parents, and teachers can see in real time specific feedback about what each student understands and has learned.

Teachers will use a uniform, school-wide rubric to indicate student mastery on each course standard. A uniform rubric will enable students, teachers, and parents to compare achievement across coursework. The school-wide rubric is as follows:

| Performance Level / Color Indicator | Criteria | Alignment with Bloom's Taxonomy |
|---|---|---|
| 0: **No Effort / Red** | - No effort or evidence | NA |
| 1: **Below Basic / Red** | -Evidence of knowledge | KNOWLEDGE: Recall, List, Locate, Name, Define, Describe, Observe |
| 2: Approaching Mastery **BASIC/Yellow** | -Evidence of comprehension<br>-Needs coaching/feedback to reach standard/learning goal<br>-Developing mastery | UNDERSTAND: Explain, Describe, Summarize, Predict, Demonstrate |
| 3: Mastery **PROFICIENT/Green** | -Student can execute/ show evidence of mastery<br>-Meets standard/learning goal | APPLY: Solve, Calculate, Interpret, Examine |
| 4: Beyond **Mastery/Blue** | -Goes beyond standard /learning goal<br>-Evidence of thinking at an advanced level | ANALYZE: Classify, Connect, Criticize, Organize; SYNTHESIZE/EVALUATE: Judge, Conclude, Debate, Justify, Persuade; CREATE: Design, Compose, Plan, Construct |

To encourage students to strive for continuous improvement while also underscoring the importance of putting forth their best effort, students will be given multiple opportunities to demonstrate mastery of a standard. The multiple assessment opportunities will be graded according to the following combination: 75% of newest assessment score and 25% of the average from previous assessments scores.

***Assessment of Executive Function & Engagement:*** In addition to measuring student academic progress against college-preparatory standards, Chattanooga Prep will also assess students based on the "habits of mind" – engagement, executive function, and interpersonal skills critical for success in postsecondary programs and the workforce. School leadership will establish a rubric that all teachers will use to measure skills such as perseverance, engagement, self-regulation, interpersonal and communication skills, emotional intelligence, and intellectual curiosity. Performance related to these functions will be assessed by teachers and factored into course grades along with academic performance.

***Letter Grades / PowerSchool Reporting:*** Student performance outcomes will incorporate both achievement of academic standards as well engagement & executive function. Academic performance will comprise 70% - 80% and executive function / engagement will comprise 20% - 30% of the final grade for each course. (Specific percentages may vary slightly among courses.) Students will receive a traditional numerical grade in PowerSchool. Grades in PowerSchool will be updated every three weeks and will be available for students, parents, teachers, and school leaders to review regularly. The numerical grade will depend on academic standards mastered throughout the year. The scale below will be used for conversion of standards-based grading outcomes into a traditional letter / numerical grading format.

| Letter Grade | Numerical Value | Standards-Based Outcome |
|---|---|---|
| A | 95 | Represents achieving an average of 3.5 – 4.0 in all standards, mastery of at least 90% of all standards, and a minimum of 1 in all standards. |
| B | 90 | Represents achieving an average 3.0 – 3.4 in all standards and mastery of 80% of all standards. |
| C | 80 | Represents achieving an average 2.1 – 26.9 in all standards. |
| D | 70 | Represents achieving an average 1.75 – 2.0 in all standards. |
| F | 59 | Represents achieving an average below 1.75 in all standards. |

__Using Data to Inform Decisions and Ongoing Improvement__

***Tracking & Communicating Achievement Data:*** School staff, students, parents, and teachers will be able to track learning outcomes related to specific standards readily via an online portal (e.g., haikulearning.com or similar). In addition, students and parents can access PowerSchool to view student attendance records, class schedules, and overall grades for each subject. Students and parents will receive login credentials to continually track student progress. In addition to the online tracking, the school will have a staff space set aside as a data room where staff can convene for shared planning and integration informed by school data.

The Dean of Faculty is responsible for ensuring / supervising data integrity, managing ongoing data analytics, producing routine reports on a regular basis to inform planning and instruction, and providing special reports as needed.

While students and parents will have constant access to achievement data online, quarterly achievement reports will be prepared for each student. The Quarterly Achievement Report will provide a snapshot of student progress – hard copy and online – which will form the basis for student achievement conferences with parents.

School data will be disaggregated in a variety of ways including sorting data by individual students, individual teachers, classrooms, grade levels, content areas, and student sub-groups including students with IEPs and English Language Learners. Data will be reviewed at least monthly and presented to teachers for shared discussion and development of Response to Intervention & Instruction strategies. Data will also inform teacher professional development for individual teachers, grade bands, and vertical content areas. School leadership will engage will engage appropriate professional development based on the identified needs of students and teachers.

Teachers will also be empowered and expected to monitor student progress using resources such as MasteryConnect, an online resource that helps teachers identify and track student mastery of Common Core State Standards to plan instruction and inform teaching practice. MasteryConnect's site is programmed with every state's standards and affords teachers the option to manually input student raw scores or take advantage of MasteryConnect's digital resources to create online assessments, then generate reports based on student progress towards standards mastery. MasteryConnect allows teachers to keep track of student formative assessment data through a user dashboard. Through the dashboard, teachers can view data for the entire class or for individual students. Data is color coded to show students that need remediation, are near mastery, or have mastered a standard. Teachers can filter data to sort by specific standards or by analyzing a specific item or question. MasteryConnect will facilitate both horizontal (grade level) and vertical (content area) teacher collaboration by enabling data sharing between teachers and generating collaborative reports across multiple classrooms. Administrators can utilize MasteryConnect to view school-level data. MasteryConnect generates reports based on the total percentage of standards assessed, progress towards mastery of the standards assessed, and information on individual assessments and standards. Administrators determine how broad or how granular they would like each report to be, making it possible to look at school, classroom, teacher, and individual student data.

## 1.8 School Calendar and Schedule

Chattanooga Prep will operate an extended academic calendar which will include 181 instructional days in the regular school calendar for students and an additional 30 days of summer programming. Please see Attachment A for the annual academic calendar. The academic calendar has been purposefully calibrated to meet the learning needs of students who are expected to enroll with learning gaps or deficiencies and need additional time to achieve proficiency and progress to advanced performance. The school schedule, including the flexibility inherent in the AB Block Schedule and the integrated academic model optimizes the strategic use of learning time to support the vision, mission, and education program to drive gains in academic achievement.

### School Schedule and Instructional Time

A typical school day will begin with breakfast at 7:20am with an official start of the school day at 7:50am. Reading/Seminar period begins daily at 7:50 a.m. The school will deploy an A/B Block schedule whereby students rotates through a number of classes/activities on Day A and then through a number of classes/activities on Day B. Chattanooga Prep will offer 1,889 instructional minutes per week. This schedule allows more time for in-depth learning of content rather than traditional scheduling which limits teachers to mainly didactic instruction with minimal time available for active learning, practice, Socratic inquiry, group activities, etc. The block schedule offers significant advantages: students can focus on a smaller number of classes per day, more limited transitions between classes maximizes learning time, more time for curricular integration and problem-based learning, more closely aligned with postsecondary schedules, smaller student to teacher ratio, greater opportunities for embedded $RTI^2$ within classrooms, and more time available for teacher collaborative planning.[41]

While the number of hours may vary from day to day, students will participate in significant instructional time across core academic subjects: 100 minutes per week in sustained silent reading, 603 minutes per week in English/Language Arts and Reading & Writing Lab, 335 minutes per week in math, 335 minutes per week in science, 335 minutes per week in social studies. In each grade level, students will participate in 31.5 total hours of learning each week. Tiered interventions, learning extension, tutoring, and coaching are integrated across all instructional time.

- 100 minutes per week (20 minutes x 5 days per week) is allocated for mandatory sustained silent reading, using tiered content options based on student learning needs.
- 160 minutes per week (40 minutes x 4 days per week) is allocated for mandatory $RTI^2$ intervention and extension for all students with individualized activities to address student learning needs.
- 85 minutes per week (Wednesday $RTI^2$ Intervention & Extension period) is allocated for intervention and extension including individual, small group, and large group intervention and enrichment activities.
- 160 minutes per week is allocated for Project-Based Learning (PBL) which will also be tiered to engage and challenge students through learning activities designed to scaffold students through tiered interventions. Examples of the A/B Block schedule are included below.

41 http://stafford.schoolfusion.us/modules/groups/homepagefiles/cms/120789/File/Public%20Hearings/Alternating_Block_Presentation_School_Board.pdf

***Sample Student Schedule 4 Days Per Week (Mon/Thur & Tues/Fri)***

| Time | Group A 6th – 8th | Group B 6th – 8th | Time | Group A 9th – 12th | Group B 9th – 12th |
|---|---|---|---|---|---|
| 7:50 – 8:10 | Reading | Reading | 7:50 – 8:10 | Reading | Reading |
| 8:15 – 9:22 | 1st Block | 2nd Block | 8:15 – 9:22 | 1st Block | 2nd Block |
| 9:27 – 10:34 | 3rd Block | 4th Block | 9:27 – 10:34 | 3rd Block | 4th Block |
| 10:39 – 11:19 | RTI2 Intervention & Extension | RTI2 Intervention & Extension | 10:39 – 11:19 | RTI2 Intervention & Extension | RTI2 Intervention & Extension |
| 11:24 – 11:49 | Lunch | Lunch | 11:24 – 12:04 | Project Based Learning | Project Based Learning |
| 11:54 – 12:34 | Project Based Learning | Project Based Learning | 12:09 – 12:34 | Lunch | Lunch |
| 12:39 – 1:46 | 5th Block | 6th Block | 12:39 – 1:46 | 5th Block | 6th Block |
| 1:51 – 3:00 | 7th Block | 8th Block | 1:51 – 3:00 | 7th Block | 8th Block |

***6th – 8th Sample Student Schedule 1 Day Per Week (Wed)***

| Time | Group A 6th – 8th | Group B 6th – 8th |
|---|---|---|
| 7:50 – 8:10 | Reading | Reading |
| 8:15 – 9:23 | 1st Block | 2nd Block |
| 9:28 – 10:36 | 3rd Block | 4th Block |
| 10:41 – 11:06 | Lunch | Lunch |
| 11:11 – 12:19 | 5th Block | 6th Block |
| 12:24 – 1:30 | 7th Block | 8th Block |
| 1:35 – 3:00 | RTI2 Intervention & Extension | RTI2 Intervention & Extension |

***9th – 12th Sample Student Schedule 1 Day Per Week (Wed)***

| Time | Group A 9th – 12th | Time | Group B 9th – 12th |
|---|---|---|---|
| 7:50 – 8:10 | Reading | 7:50 – 8:10 | Reading |
| 8:15 – 9:23 | 1st Block | 8:15 – 9:23 | 2nd Block |
| 9:28 – 10:36 | 3rd Block | 9:28 – 10:36 | 4th Block |
| 10:41 – 11:49 | 5th Block | 10:41 – 11:06 | Lunch |
| 11:54– 12:19 | Lunch | 11:11– 12:19 | Lunch |
| 12:24 – 1:30 | 7th Block | 12:24 – 1:30 | 6th Block |
| 1:35 – 3:00 | RTI2 Intervention & Extension | 1:35 – 3:00 | RTI2 Intervention & Extension |

## *Sample Teacher Schedule 4 Days Per Week (Day A & Day B)*

Teacher schedules will be developed by the leadership team. The schedule below is a sample schedule used by CGLA, offering an example of how team-based planning will be integrated into the regular school schedule.

| School | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| …d | Plan | Alg 9 | Alg 9 | SAILS | STATS | Plan | Alg 9 | Alg 9 |
| Brinkmeier | Alg II | GEOM | GEOM | ALG II | ALG II | Plan | Plan | GEOM |
| Semanco | ENG 9 | CR WRIT | ENG12 | ENG 9 | Plan | Plan | ENG12 | ENG 9 |
| Monroe | ENG 10 | ENG 10 | ENG 11 | ENG 11 | Plan | Plan | ENG 11 | ENG 10 |
| Cole | Biol 10 | Plan | AES 11 | Biol 10 | Plan | SCI 12 | Biol 10 | SCI 12 |
| Leverette | PWC | CHEM | CHEM | PWC | Plan | Plan | CHEM | PWC |
| Dillard | SEP LEARN | WH | Plan | ES | ES | WH | WH | Plan |
| Gibeault | UH | UH | ACT/PF | ACT/PF | Plan | Plan | ACT/PF | UH |
| Horn | | | SP 2 | Plan | Plan | Sp 1 | SP 2 | SP 2 |
| Huchison | | | SP 2 | SP2 | | | | |
| | | | | | | | | |
| Baron | STEM 2/3 | STEM2/3 | Plan | Plan | STEM 2 | STEM 2 | RES 12 | STEM 2 |
| Bagby | STEM 1 | STEM 1 | Plan | Plan | STEM 1 | ART* | MS Art | MS Art |
| Ainsworth | STEM 2 | STEM 2 | Plan | Plan | STEM 3 | STEM 3 | MS En Tech | MS En Tech |
| | | | | | | | | |
| Collins | | | | | Gen Mus | Chorus* | MS Chorus | MS Chorus |
| Thrower | Plan | | Gen Mus | | Gen Mus | | Gen Mus | |
| Buchanan | | | Plan | Plan | Wellness | Wellness* | MS PE | MS PE |
| Foster | DI-HS | DI -8th | DI-HS | Inc. Monroe | Plan | Plan | DI-7&6 | Inc. Semanco |
| Jarvis | DI-8th | DI-HS | Inc. K.Reed | Inc. Potts | DI-HS | Plan | Plan | DI-7&6 |
| Heredia | ESL 1 | Self/Taylor | Warwick/Frick | ESL 1 | Plan | Plan | ESL | ESL |
| | | | | | | | | |
| 8th Grade | | | | | | | | |
| Blake | Plan | Plan | SS 8 | CI10/CI11 | SS8 | CI | [illegible] | CI* |
| Garrison | Plan | Plan | CW10/CW11 | ELA 8 | CR | ELA 8 | CR10/CR11 | [illegible] |
| Potts | Plan | Plan | [illegible] | [illegible] | ALG 2 | ALG 2 | ALG 3 | ALG 3 |
| Roberson | Plan | Plan | SCI | STEM | [illegible] | [illegible] | SCI | STEM |
| 7th Grade | | | | | | | | |
| Taylor | ELA | | ELA | | ELA | | Plan | Plan |
| Self | Soc Studies | | Soc Studies | | Soc Studies | | Plan | Plan |
| Bland | Math | | Math | | Math | | Plan | Plan |
| Smith | Science | | Science | | Science | | Plan | Plan |
| 6th Grade | | | | | | | | |
| Warkwick | ELA | | ELA | | ELA | | Plan | Plan |
| Beard | Soc Studies | | Soc Studies | | Soc Studies | | Plan | Plan |
| Frick | Math | | Math | | Math | | Plan | Plan |
| Mount | Science | | Science | | Science | | Plan | Plan |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

## Extra- or Co-Curricular Activities

One day per week (Wednesdays, in the sample schedules above), the formal school day will end at 1:30 and the remaining 85 minutes will be used for tutoring / tiered interventions, co-curricular activities, and special programs with academic components (e.g., Junior Achievement, Launch, etc.). Teachers will use this time for planning, team meetings, and professional development while students are engaged in activities guided by interventionists, coaches, or external volunteers.

***Co-Curricular Clubs and Activities:*** Ultimately, Chattanooga Prep will offer a robust array of co- and extra-curricular activities, driven by student interest and school / community capacity. However, initially the following co-curricular clubs and activities have been strategically identified to harness student interests while building critical skills: Debate Team, Chorus, Theatre / Improvisation, Robotics, Computer Programming, Entrepreneurship, and others to be determined. Chattanooga Prep has already initiated discussions with several organizations who will support these co-curricular activities either through shared staffing, sponsorships, etc. The budget includes some funding to offset the costs of co-curriculars (supplies, materials, instructors, etc.) and we will also write grants and engage in development efforts to raise additional funds needed.

***Summer Programming:*** In addition to the 181-day regular academic year, Chattanooga Prep will operate a 30-day summer program. Summer program will be required for all students who are academically struggling including those who are behind their grade level in credit accrual or reading proficiency and those who scored at Level 1 or 2 in any core subject (Math, English/Language Arts, Science, or Social Studies). In addition, Chattanooga Prep will engage a variety of community partners to offer an additional 10-day summer camp-type experience for children,

focusing on personal development, teamwork, leadership, and character-building activities within a variety of fun activities. Activities will include maker lab, community service projects, outdoors activities (hiking, swimming, etc.), etc. As students progress from middle to high school. The 10-day summer program will be replaced by individual summer learning plans which will be individualized for each student and coordinated by Chattanooga Prep staff. Summer learning plans may include paid or unpaid internships, summer research activities, participation in local/regional/national summer programs for high school students, etc. Chattanooga Prep staff will be responsible for engaging and securing community partners to support students' summer learning plans.

***Athletics:*** We know that athletics are an important opportunity for all students and especially boys. Chattanooga Prep athletics teams will include track and basketball beginning in year 1 and scaling up to soccer, lacrosse, and other sports of interest to students and families. Funding has been allocated in the budget and will be supplemented by fundraising and sponsorships.

## 1.9 Special Populations and At-Risk Students

As described in Section 1.2, Chattanooga Prep will serve a student population that is likely to face academic challenges and need remedial support. Based on data from schools in the target recruitment zone, we anticipate that a significant portion of students will enter with academic learning deficits in one or more core subjects, that a sizeable proportion of students will be English Language Learners, and that many students will enter with a special education Individualized Education Plan. The Chattanooga Prep Planning Team has taken these factors into consideration in all aspects of the school design.

### Planning & Design Team Expertise

Chattanooga Prep's plan to support special populations and at-risk students was informed by the experience of several educators including Dr. Elaine Swafford, Mr. Sean Kane, and Ms. Jennifer Harvey. All three have experience in meeting the learning needs of special populations and at-risk students. Ms. Harvey has significant expertise in special education, including a focus on supporting students with learning differences in reading, writing and mathematics and experience in teaching intellectually gifted children. Ms. Harvey's professional experience includes teaching students with moderate to severe cognitive disabilities and facilitating their transition from high school to college or job/ employment.

### Staffing & Operational Plans to Support Special Populations & At-Risk Students

Given the scope of academic deficits anticipated for the target school population, all aspects of the school plan are geared towards instituting a supportive learning environment where instruction is individualized for all students based on their learning needs and capacities. One of the criteria for hiring leadership staff will include experience and expertise in meeting the learning needs of special populations and at-risk students. This will also be a focus area for professional development of school staff. Chattanooga Prep will have a highly-qualified special education teacher beginning in year 1 with a second special education teacher added in year 3. Overall, the small learning community, staffing structure, and school schedule will allow for multiple qualified adults available in most classrooms to provide additional support and differentiated instruction for all students whether they are struggling or excelling academically.

### Using Data to Inform Instruction & Evaluate Academic Progress

The iterative and ongoing use of data to inform instruction and evaluate the academic progress of ALL students is a hallmark of the Chattanooga Prep model. Student data will be reviewed on an individual basis (e.g., measuring individual student progress) and also disaggregated to analyze and evaluate progress of various student groups such as students with IEPs and English Language Learners. Based on the recruitment plan and target recruitment area, the Planning & Design Team anticipates that the vast majority of students will have academic and socioeconomic risk-factors for academic difficulties.

### Special Education

Chattanooga Prep will fully comply with the Individuals with Disabilities Education Act (IDEA), Section 504 of the Rehabilitation Act of 1973, and Title II of the Americans with Disabilities Act (ADA). The Individual Education Plan (IEP) requirement will be met through embedding individual goals within the framework of our curriculum and school design. All Chattanooga Prep students will receive instruction in an inclusive setting to maintain and support students within the most inclusive learning environment. Multi-layered intervention and support services, challenging expectations, and research-based instructional practices will ensure that all students' unique learning needs are effectively met.

Chattanooga Prep students eligible for exceptional education services will fully participate in our standards-based curriculum in a full inclusion setting, maintaining the least restrictive educational environment and providing access to the general curriculum for each student. Chattanooga Prep will identify students with special needs during the enrollment / intake process - either through parent responses on enrollment documents, family interviews, or initial assessments for all incoming students. Special care and consideration will be taken to avoid misidentification of students. New students identified as being eligible for services in their previous school and who have an existing IEP in place will have a special education certified case manager assigned to them upon

enrollment. Students who become eligible for services during enrollment at Chattanooga Prep (as determined though comprehensive evaluation) will also have a case manager assigned to them who will initiate the development and implementation of an appropriate IEP based on identified learning and/or behavioral needs.

Case managers will monitor each special education student's individual needs and progress as set forth in his IEP in the context of the CGLA curriculum and in accordance with federal requirements. Case managers will also schedule and facilitate IEP meetings as needed throughout the school year, ensuring that the appropriate team members, including parent(s), are notified and present for the meetings. Each student's progress toward his goals will be reviewed by the case manager and IEP team during annual review. Performance and developmental goals and pertinent accommodations will be monitored and revised as needed, as determined by the review team.

All processes and procedures to exit students who demonstrate sufficient progress will be carefully considered and closely aligned with IDEA law.

All faculty and staff will be aware of the instructional modifications articulated in each student's IEP and receive on-going professional development to effectively provide these modifications using research-based methodology. Both general and special education instructors will receive on-going training in strategies for differentiating curriculum, instruction and assessment for students with special needs as well as on current legislation regarding special education requirements and provisions. General and special education instructors will work collaboratively to provide multiple layers of support in order for students to achieve at the highest academic levels possible. If the delivery of related support services (e.g., speech and language, vision, and/or hearing) is written into a student's IEP, these services will be provided within classroom routines.

Special education instructors will work collaboratively with general education instructors to plan and teach classroom lessons with appropriate delivery and on-going assessment for every student. Collaborative team teaching will be the model for instructional delivery in the inclusion classroom at Chattanooga Prep, with both teachers actively involved in all aspects of curriculum planning, instructional delivery, and on-going assessment of the students they share. Students who are experiencing difficulties in the general classroom will have additional academic and behavioral supports provided during regular tutorial and intervention classes available to all students and monitored regularly by their case manager.

Parents and families of Chattanooga Prep students with special needs also play a vital supporting role in their child's academic success. Chattanooga Prep's learning community embraces families, actively engaging, supporting, and empowering them to participate fully in the educational life of their children. Chattanooga Prep will also work closely with Hamilton County and actively participate in coordination with the LEA to ensure the most effective services and optimal learning outcomes for students with disabilities.

The goal for every Chattanooga Prep student, including those with disabilities, is full inclusion with the general curriculum, earning credits required for graduation, and achieving a high school diploma. This will be consistently communicated to students and parents from their initial contact with Chattanooga Prep staff. A diploma of Special Education may be earned for satisfactory completion of an IEP (Individual Education Program) and satisfactory record of attendance and conduct. A transition certificate may be awarded at the end of the fourth year of high school to students with disabilities who have (1) taken classes toward a high school diploma, (2) have satisfactorily completed an individualized IEP, and (3) have satisfactory records of attendance and conduct. Students who obtain the transition certificate may continue to work towards the high school diploma through the end of the school year in which they turn 22 years old.

**English Learners (EL)**

The needs of the English Language Learner (ELL) are focused on the concept of immersion into a strong academic core program, like that which is provided to every Chattanooga Prep student. Students eligible for ELL services will receive on-going, age-appropriate support from an ESL endorsed teacher in accordance with HCDE district policy

and in view of the World-class Instructional Design and Assessment (WIDA) standards adopted by the state of Tennessee in 2013.[42]

Chattanooga Prep will use the following tools, as appropriate, for assessing English language proficiency:

- Home Language Survey – to identify all students potentially in need of ESL services
- W-APT – to measure English Language proficiency and assess need for EL services
- ACCESS for ELs

The parents of a student identified as requiring ELL services will be notified of ELL placement and will be regularly updated about the student's progress.

ELL services will be delivered during the regular school day, supplemented by after school tutorials, as needed. Student language mentors will partner with ELL students when possible. The goal for English language learners is not only that they achieve English language acquisition, but also academic success and a love of learning.

Students may exit ELL services based on proficiency in all areas of language including listening, speaking, writing, and reading. Chattanooga Prep will use multiple assessments to ensure a student is ready to exit EL services and will continue to monitor progress after exiting. WIDA scores will be the key indicator: only students who earn both a composite and literacy score of 5.0 on the WIDA ACCESS for ELs assessment will be considered ready to exit EL services. Chattanooga Prep will monitor students who exit ELL for a period of 2 years after meeting the exit criteria to ensure that they have achieved mastery of English and to intervene quickly if additional support is needed.

**At-Risk Students**

The Chattanooga Prep model includes a variety of strategies to ensure that students have access to timely and effective academic intervention and remediation necessary to ensure that they are able to achieve course outcomes. Chattanooga Prep's student-centered model is designed to pinpoint student academic deficiencies and deploy a variety of interventions to address each students' unique needs and risk factors.

| Chattanooga Prep Philosophy of Intervention & Remediation<br>DRAWN FROM STUDENT SUPPORT PRACTICES AT HIGH IMPACT SCHOOLS[43] |
|---|
| • Provide help in a way that keeps students on track with college preparatory requirements. |
| • Make tutoring mandatory for students who are in jeopardy of failing. |
| • Ensure that struggling students get the appropriate interventions based on data. |
| • Have in place early warning systems to identify students who need help before it is too late. |
| • Consider counselors as members of the academic team and hold them responsible for actively monitoring student performance. |
| • Partner with local businesses that allow students to have hands on experience working in the field of their choice. |
| • Engage business and college partnerships to prepare students for postsecondary opportunities. |
| • Find ways to extend time for struggling students though external resources, Saturday classes, and guaranteed transportation. |

The Chattanooga Prep assessment model and strategies for student remediation are inextricably intertwined. The assessment system has been designed to maximize opportunities for learning and remediation while minimizing penalties for past underperformance. Students have multiple opportunities to succeed, thus they will be more likely to challenge themselves because they know they will not be unduly penalized if they struggle with academic

[42] https://www.wida.us/standards/eld.aspx

[43] Education Trust. Gaining Traction, Gaining Ground: How Some Schools Accelerate Learning for Struggling Students. Washington, D.C.: Education Trust, 2005.

content. The following strategies are key components of Chattanooga Prep's plan to provide intervention and remediation for struggling students.

| STRATEGY | DESCRIPTION |
|---|---|
| **Initial Assessment & Diagnostics** | Initial diagnostics will inform the student orientation planning process and the development of intervention activities and priorities. |
| **Professional Development** | The initial professional development priorities for teachers will include the following: scaffolding and differentiating instruction, implementing a response-to-intervention approach in the classroom, student conferencing strategies, and other topics identified as high-priority based on the student population and results of initial diagnostics. |
| **Intervention, Extension, and Academic Support** | Time for intensive intervention and academic support is built into the school schedule. The Wednesday Intervention & Extension periods afford students the opportunity to receive intensive support while remaining on-track in their coursework. |
| **Sustained Silent Reading** | Students will participate in sustained silent reading, selecting a book of their choice. This period of sustained silent reading is designed to condition students to enjoy reading while ingesting larger amounts of written material in ever shorter periods of time. |
| **Haiku Learning, Benchmarking Assessments, and Assessments built into Blended Learning Interventions** | The Haiku Learning (or similar) program will be utilized to track student progress within the context of Chattanooga Prep's standards-based assessment system. The program selected will interface with Power School to ensure that local and state agencies have all data points needed. Haiku reports will be invaluable for informing intervention and academic support for the student body, students within classes, and individual students. An individual student and/or his advisor can access the student's information to get detailed information about knowledge and skills gaps and to support remediation. Teachers can monitor student progress and have the flexibility to plan a variety of interventions and support strategies for groups of students who are struggling with certain standards. Benchmarking assessments, administered three times per year, will provide granular information on student progress towards mastery of state standards. The technology-assisted blended learning programs that Chattanooga Prep intends to use (e.g., Discovery Education, Lexia, LANGUAGE! Live, Odysseyware, etc.) also incorporate standards-based assessments that can provide ongoing, real-time data on student progress and enable teachers to plan additional interventions for individuals or small groups of students and to plan for instruction and adjust classroom practice to optimize student learning. |
| **Academic Support Structures Built into School Day** | Academic support structures are built into the school day. Teachers will have the option to refer students for required after-school tutoring on a daily basis. Regular teacher-student interaction will ensure that students are aware of their skill levels and know about the academic support resources available to them. |
| **Staffing for Student Support** | Chattanooga Prep will have highly-skilled educators available to support students academically. Reading Specialists and Learning Interventionists are built into the school staffing structure. In addition, teachers not engaged in instruction will be available to provide additional support for students after school or during in-class small group sessions. |

***Web-Based Remediation:*** Key elements of the Chattanooga Prep assessment model enable students, parents, and instructional staff to maintain a laser-like focus on each student's academic progress. That alone alleviates a number of problems with traditional assessment and remediation strategies (e.g., summer school, etc.) which require students to repeat entire classes where they are likely to encounter the same difficulties and barriers that stymied them on the first attempt and includes material they have already conquered versus pinpointing specific areas of difficulty.

The standards-based assessment will be linked to a unique feature of Chattanooga Prep's remediation plan, access to technology-assisted, age-appropriate blended learning resources. These will include Discovery Education, LANGUAGE! Live, Lexia, Khan Academy, Odysseyware, etc. Teachers will deploy these resources as part of the classroom station rotation and students can access them via tutoring periods, $RTI^2$ Intervention & Extension periods, during Saturday or Summer sessions, and outside of school time (using a school-provided laptop). The student's learning progress on these websites will be accessible to both the primary classroom teachers, tutorial coaches, reading and writing block teachers, and parents to complete a circle of complementary oversight that will result in a more highly individualized plan for addressing students' needs and cohesive faculty support.

***Literacy Support:*** Because literacy difficulties will manifest themselves in all academic areas, students at every grade level will participate in a comprehensive literacy support system. Literacy support is designed to be fluid (connected to both the humanities and STEM curricula); flexible (designed to be responsive to the student's individual evolving needs as determined by both the teachers and the students); and individualized (differentiated to need).

- **Sustained Silent Reading:** There will be a school-wide sustained silent reading period for 20 minutes each morning. This time is critical for students with literacy deficits to hone their emerging literacy skills, build their vocabulary, bolster reading comprehension, and help students complete the transition from "learning to read" to "reading to learn."
- **Reading & Writing Lab:** Middle school students will participate in a Reading & Writing Lab to provide intensive focus on reading and writing skills across a spectrum of texts and forms of written discourse.
- **Cross-Curricular Reading Focus:** Students will improve their reading skills across the spectrum of texts including fiction, non-fiction, technical, scientific, and test-related reading materials. Students will initially learn such skills as listing, defining and identifying important aspects of the text. They will build on these entry skills to summarization, interpretation and prediction and then to examination, relation, analysis and explanation until they master such advanced areas as assessment, discrimination, judgment, conclusion, and evaluative summarization. Students will learn to actively read by marking texts, taking notes, predicting and questioning. Teachers will lead students through the use of word lists for focused reading, graphic organizers and read aloud sessions during which the teacher will model active reading techniques.
- **Cross-Curricular Writing Focus:** Students will hone their skills in fiction, expository, and scientific (i.e. lab reports, explanation of math problems) writing. Students will also work on precision skills such as sentence correction (grammar and punctuation). Students will gain key skills by brainstorming / pre-writing (clustering, looping and listening), planning (outlining and using graphic organizers), and writing and revising (responding to outside critique of teacher/peers).

**Gifted Students**

Students identified as eligible for receiving gifted services will have ample opportunity to challenge themselves and have their needs met within the rigorous college preparatory curriculum and enrichment opportunities provided in daily instruction at Chattanooga Prep. Students with a previous identification as gifted will be identified through the student enrollment and intake process. Students who do not have a previous identification as gifted may be referred by teachers or school administrators for evaluation which will follow TN Department of Education standards and protocols.

For students identified as gifted, multiple opportunities for accessing accelerated educational services are embedded within the Chattanooga Prep curricular framework, including enrollment in the wide variety of Advanced Placement (AP) and Honors courses, virtual and/or online classes at local post-secondary institutions, moving students ahead in the matriculation of coursework, challenging themselves to higher levels of performance within the rigors of the existing curriculum and designing independent study opportunities for students to pursue independently or in small groups as part of Problem-Based Learning or Intervention & Enrichment periods.

Student progress will be carefully monitored to ensure that students are continuously engaging with challenging and enriching curriculum that extends their learning.

## 1.10 School Culture and Discipline

**School Culture**

Establishing a strong, cohesive school culture is a priority for school founders. Chattanooga Prep will be open to all residents of Hamilton County but anticipates enrolling boys primarily from urban areas. Data shows that schools in the primary recruitment zones have significantly higher percentages of suspensions and expulsions than the county average. Children – and particularly boys – in the target recruitment zone do not have a background of academic success. These students are likely to have had negative experiences with school discipline and received punishment that banished or segregated them from the school community. Students who have limited experience with academic success may use negative or rule-breaking behavior as a method to avoid coursework. Chattanooga Prep's plan for acculturating students is grounded in research on the unique needs and circumstances for adolescents in terms of neurological, social, emotional, and intellectual development.

**CHATTANOOGA PREP CORE VALUES**

- Integrity
- Excellence
- Creativity & Innovation
- Emotional Intelligence
- Collaboration & Community
- Perseverance & Resilience
- Diversity
- Service to Others

A diverse body of research literature asserts that adolescence is a critical period for identity formation where adult and peer relationships impact concepts of social belonging, community, status, and feelings of self-efficacy, resilience, independence and interdependence. Experiences and feelings of emotional support and closeness provide a context (positive or negative) for students to explore and establish their sense of self which includes decisions and behaviors with lifelong consequences.[44] To create a sense of "family" at school, students will be organized into 3-4 learning communities or "houses." Houses will include students spanning multiple grade levels and will function as smaller units for intramural competitions; provide a framework for supportive structures such as peer tutoring, mentoring, and mediation; establish peer networks to build a sense of belonging, brotherhood, and mutual support and cooperation. School leaders and students will participate in identifying and naming the houses. ....

The school culture will be grounded in the Chattanooga Prep Core Values and reinforced by school symbols and rituals, the academic curriculum and classroom practices, and through co- and extra-curricular activities. All school mentors will participate in a web-based orientation to ensure that they understand and are prepared to reinforce the school culture and high expectation for all students.

The school mascot of the Sentinel references the iconic Sentinel of Pompeii, found during excavation preserved in the blanketing ash, still standing guard at the city gates.[45] The school culture will be reflected in a coherent message including marketing, outreach, and enrollment materials; messaging and expectations of school leaders and all staff; morning meeting which will include student leadership and participation; and across all academic and non-academic school elements.

| Chattanooga Prep: Hallmarks of School Climate and Culture | |
|---|---|
| **Safe School Climate** A safe school environment is critical for learning. | • Through the "Grit Grade" component, Chattanooga Prep shifts the focus from school personnel maintaining order through authoritarian controls to making each student responsible for regulating their own behavior and cultivating a positive learning community.<br>• The Grit Speaker Series will bring regular speakers into the school who can share inspirational and motivational stories of overcoming obstacles and achieving personal goals. |

[44] http://books.wwnorton.com/books/detail-inside.aspx?ID=12826&CTYPE=G Erikson, Erik. *Childhood and Society*. W.W. Norton & Co: New York, 1993.
[45] http://www.academia.edu/20381949/The_Sentinel_of_Pompeii_An_Exemplum_for_the_Nineteenth_Century

| | |
|---|---|
| | • Chattanooga Prep's core values (see Section 1.1) will be relentlessly emphasized throughout the school program.<br>• The focus of the school discipline policy and practices is to help students learn from mistakes and give them the tools and supports to make better choices moving forward. |
| **Small Learning Communities**<br>Small learning communities support students, particularly those at-risk for academic struggles. | Chattanooga Prep has been designed – intentionally – as a small school environment that will have 350-360 students at full enrollment capacity. This means that every student will be known to one another and to the school faculty, staff, and leaders.<br>• The Student House structures will create learning communities to provide students with a sense of belonging and "family" within the school context. Students will be assigned to each House at enrollment. Students will remain with their house until graduation. Each House will have faculty, staff, and school leaders who will act as advisors including a "Head of House" who will provide oversight and support for students under the auspices of the Dean of Students.<br>• The course schedule and integrated curriculum as well as academic coaches will ensure that there are multiple adults in each classroom, providing many opportunities for individual interactions with adults. |
| **Supportive Adult Relationships**<br>Supportive adult relationships are critical for positive social and emotional development; however, many adolescents have little contact even with their own parents.[46] | The Chattanooga Prep model seeks to engage a network of adults who provide guidance and support for students. This network will create concentric circles of support for each student individually and within a cadre of peers.<br>• Each student will be paired with a community member mentor with whom the student will meet weekly at school. Community mentors will be paired with students based on shared career / creative interests. Mentors will receive training and utilize a mentoring guide aligned with Chattanooga Prep's mission and core values.<br>• Through the House structure, students will have consistent access, year after year, to a set of adults, assigned to their House, who will interact frequently with students and establish longitudinal relationships<br>• Advisory groupings provide students with an adult leader within a small group context. |
| **Engaged Learning**<br>Research indicates that students, particularly middle and high school students, tend to disengage from passive learning environments. | Chattanooga Prep's curriculum and instructional practices create active, engaged learning environments where students are not passive consumers of information but are expected to participate in inquiry and discovery.<br>• The instructional framework that all teachers will use is crafted to engage students in active learning.<br>• Project- / Problem-Based Learning is built into the school schedule. Students will participate in at least 160 minutes of problem-based learning activities that integrate multiple content areas and address curricular standards.<br>• Expeditionary Learning activities will be integrated throughout the curriculum to broaden students' perspectives and help them feel connected to the broader community. Learning expeditions will focus on local and regional excursions to extend learning, provide for career exploration, support college knowledge & expectations, and bolster the leadership and innovation school focus. Middle School students will have the opportunity to participate in a week-long summer camp experience, and high school students will have an opportunity to visit Washington, D.C. as part of the Prep Journeys initiative. |

[46] According to researcher Mihaly Csikszentmihalyi (2000): "Most of the time, adolescents are either alone (26%) or with friends (34%) and classmates (19%). Very little time is spent in the company of adults. The typical American adolescent spends only about five minutes a day alone with his or her father—not nearly enough to transmit the wisdom and values that are necessary for the continuation of a civil society" (p. 46).

| | |
|---|---|
| **Metacognitive Strategies** Adolescents and young adults experience cognitive shifts in their ability to harness executive functions of mind. | Chattanooga Prep will reinforce and foster development of habits of mind that will reinforce resiliency, perseverance, self-discipline, and executive cognitive functions such as planning, goal-setting, reflection, etc.<br>• The classroom instructional framework will explicitly guide, model, and coach students in using and honing "habits of mind" associated with learning.<br>• The assessment system will incorporate a "grit grade" which creates and clearly defines expectations for students in terms of self-regulation and executive cognitive functions.<br>• The standards-based assessment system underscores the fact that learning is an iterative, ongoing process and establishes a mechanism – and explicit expectation – that students take responsibility for learning and recognizes and supports student efforts to achieve standards and extend their learning. |
| **Student Roles in Decision Making** Students should have opportunities to practice and engage in school leadership and governance. | Chattanooga Prep seeks to prepare students for creative leadership. Students will be engaged in school governance and decision-making. Students will have numerous opportunities to experience leadership roles, including the following:<br>• Chattanooga Prep Student Ambassadors will participate in school tours, greeting and explaining classroom activities to visitors, etc.<br>• Students who are advanced academically, will be nominated to serve as peer tutors and coaches within classrooms or as part of after-school tutoring, Wednesday $RTI^2$ Intervention & Extension, etc.<br>• Peer mediation and a student honor court will be established in years 2-3 to engage students in school leadership and governance.<br>• The House structure will include leadership opportunities for students at all grades.<br>• Student-led conferences, assemblies, and representational groups (councils, student government, student committees, etc.) will create multiple opportunities for students to participate meaningfully to school governance. |

**School Discipline**

Chattanooga Prep will be a vibrant, positive school environment focused on fostering emotional intelligence and pro-social development among all students. Achieving school goals requires an orderly and productive school environment. The Discipline Policy is included as Attachment C includes details on offenses, consequences, and processes. While the Discipline Policy communicates clear and appropriate consequences for offenses, the focus of school leadership and the responsibility of all staff will be to set expectations and create the optimal circumstances to promote good behavior, use instructional and behavioral approaches that redirect student energy into learning, emphasize restorative justice methods, and build students' capacities to self-regulate their behavior. At Chattanooga Prep, school discipline is inextricably grounded in the school culture, so all staff and all students are expected to participate in maintaining a safe, orderly, and positive learning environment.

All school employees are expected to clearly communicate and hold students accountable for the behavior. Teachers and all school staff will participate in on-going professional development related to behavior management and developmentally-appropriate practices for creating a safe, vibrant, and community-oriented school climate. Minor infractions will be handled by instructional or administrative staff as appropriate. In keeping with the philosophy of restorative justice, the focus will be on intervening to build a students' capacity to self-regulate rather than punitive measures or segregating the student from the learning environment. Student behavior (positive and negative) will be tracked using the Classroom Dojo system. The School Principal is responsible for overseeing disciplinary policies and procedures.

Faculty and administrators assigned to each of the student Houses will monitor student behavior weekly and will implement interventions as appropriate. Disciplinary / behavioral interventions at the House level may include a meeting with the faculty Head of House to re-establish expectations and set short-term "Grit Goals" related to self-regulation and academic commitment. Additional strategies may include referrals to the school counselor / social work staff, peer tutoring or mentoring, faculty or peer-guided mediation (if appropriate), or referrals to the Dean

of Students. Persistent disciplinary issues may result in loss of privileges or assignment of detention in the form of school service, Saturday School, or Evening School. Any serious disciplinary issues will be referred immediately to the Dean of Students and, when necessary, School Director. The Dean of Students will monitor Classroom Dojo data at least monthly for all students. The Dean of Students will meet individually with all students at least once over the course of each semester. Serious offenses or intervention for students who do not show growth in their self-regulations skills will involve the school leadership team including the Executive Director and Principal as well as parents or guardians.

## 1.11 Marketing, Recruitment, and Enrollment

Please see the proposed enrollment plan in Attachment D.

### Informing the Community: Marketing and Outreach

The design for Chattanooga Prep has been developed through the collaborative efforts of educators, parents, students, and representatives from community agencies and organizations. As a result of this inclusive design process, Chattanooga Prep has already stimulated broad-based interest and support in the community. Outreach activities include:

- Community forums to gather and share information with local stakeholders about the educational needs of boys and the Chattanooga Prep model
- Creation and distribution of informational & enrollment materials to parents and other key stakeholders via mail, community canvassing, and special events
- Radio advertisements on stations likely to reach the target communities
- Community meetings with parents and boys to gauge interest in the school and obtain input and feedback on the school design
- Informational meetings with groups of corporate sector representatives
- Meetings with youth-serving nonprofits and community-based organizations

The favorable response to these outreach efforts indicates that the school, its mission, and its design are directly aligned with student and community needs and preferences and that parents, community residents, and stakeholder organizations are in active support of the school's goals and objectives.

### Recruitment

Upon approval of the Chattanooga Prep charter school application, a formal, countywide recruitment effort will be initiated. In the initial planning & preparation year, all school staff and founding board members will be heavily engaged in marketing, outreach, and recruitment. Primary, ongoing responsibility for student recruitment will be held by the Dean of Students with oversight and support from Principal and Executive Director. In order to ensure that eligible families are aware of the Chattanooga Prep opportunity, the eligibility criteria and the application process, Chattanooga Prep will utilize the following recruitment strategies:

| CHATTANOOGA PREP RECRUITMENT STRATEGIES |
|---|
| **Collaborative recruiting with the Chattanooga Girls Leadership Academy** to outreach to families already interested in single-gender educational opportunities. |
| **Public service announcements** on local radio and television stations. Announcements will be produced in both English and Spanish. |
| **Information sessions & dissemination of marketing & recruitment materials** via by partner organizations. |
| **Follow up home visits** to interested prospective families. |
| **Chattanooga Prep website**, where students and parents can find school information, eligibility rules, and application procedures and materials (including a downloadable application). |
| **Brochures and postcards** mailed to parents. |
| **Flyers and posters** posted in community shops and public centers. All print documents will include information in English and Spanish. |
| **Paid advertisements** including Facebook, TV and radio commercials; print ads in publications such as the *Chattanooga Times Free Press, the Pulse,* and *the Courier*; strategically-placed billboards. |
| **Information kiosks** in high traffic locations including shopping malls, supermarkets, and public housing management offices. |
| **Open house** sessions hosted by school leaders. |

We will engage a variety of community partners to support recruitment efforts including neighborhood associations, Chattanooga Housing Authority, target area elementary schools, churches, civic organizations, and community-based organizations serving families in poverty. Recruitment will be coordinated with CGLA to reach target area families interested in the Chattanooga Prep model.

**Application Plan, Pre-Admission Activities, & Timeline**

For the inaugural school year, 2018-19, applications for 6th grade will be accepted between April 1st and May 5th, 2018. To ensure a fair and equitable process, applications will not be accepted after the close of the application period. However, CGLA reserves the right to extend the application process in the event that the school or, in future years, a grade, is undersubscribed. Applications will be available in a variety of locations including the Chattanooga Prep website, the CGLA website, the CGLA school office, and CGLA partner sites.

The application and admissions process includes the following key components:

| Admission Component | Description | Timeframe |
|---|---|---|
| ***Parent Information Sessions*** | Parent, guardian, or adult advocate of prospective student must register for and attend at least one of these sessions prior to submitting an application for admission. The sessions will convey information about public charter eligibility criteria, CGLA's school structure, the academic program, and parental engagement requirements. | December - January |
| ***Application Materials*** | The package will include an application form, permission to request school records, and a clear statement of the enrollment process (including the lottery process if the school or a grade is oversubscribed). The form will be available in Spanish and there will be numerous opportunities for parents/guardians to meet with a school representative or volunteer for assistance in completing the application. | January - March |
| ***Screening for Eligibility*** | School staff will screen applications to ensure that they meet the eligibility requirements for charter school attendance as specified by Tennessee law. | March – May |
| ***Notification of admission status*** | Students who are admitted to the school will be notified via telephone and with a follow-up official letter of admission. Parents must sign and return a written statement of acceptance of admission. ***If the school is oversubscribed, a lottery will be held in accordance with the process described below, after which those selected through the lottery as well as those on the waiting list will be advised of their status.*** | April - June |

**Nondiscriminatory Admission Policies**

Chattanooga Preparatory School's admission and enrollment policies and practices will be nondiscriminatory and will be fully compliant with T.C.A. § 49-13-107. Chattanooga Prep will follow all federal and state laws as well as constitutional provisions prohibiting discrimination on the basis of disability, race, creed, color, nation origin, religion, ancestry, or need for special education services. To ensure compliance with state and federal regulations, information regarding disabilities, race, color, national origin, ancestry, or need for special education services will be collected during the recruitment, application, or enrollment process for information purposes only and will not be used in determining eligibility. As a public charter, Chattanooga Prep will not charge tuition unless the Governance Board approves a transfer student from another school district, pursuant to the provisions of T.C.A. § 49-6-3003.

**On-Going Recruitment Efforts**

After Year One, recruitment of students will be an ongoing process and similar strategies will be used annually. As the school becomes operational, word of mouth and dissemination of school achievements in local media will complement formal recruitment processes. Siblings and family members of CGLA students will provide a natural recruitment pool, and the schools will coordinate recruitment efforts to maximize the impact.

## 1.12 Community Involvement and Parent Engagement

The vision for Chattanooga Prep emerged from countless conversations about the needs of students in poverty in urban Hamilton County. The school founders and Planning & Design Team members have met with numerous community partners and parents in the target area to gauge interest and inform the school design. There is a strong consensus about the need for a boys charter school to promote academic achievement and graduate college-ready young men.

Chattanooga Prep will seek to establish for each student a "circle of support" that affirms and reinforces academic goals, social-emotional development, executive function skills, and postsecondary and career preparation. Chattanooga Prep's school model is a critical component of that circle of support, but schools alone cannot change the trajectory of a students' life. To complete the circle of support, Chattanooga Prep will engage families and communities to enrich and support outcomes for each student.

### Parent & Family Engagement

Grounded in research and informed by dialogue with prospective parents, families, and students, Chattanooga Prep has planned the following parent & family engagement strategies. Please see Attachment B for a copy of the Student Handbook and school forms

| Chattanooga Prep Parent & Family Engagement Strategies | |
|---|---|
| **Enrollment & Student Intake** | Enrollment & student intake procedures that inform and educate parents and family members about school policies, commitments, and opportunities. School personnel will secure state assessment scores and require initial summer school for students with learning deficits. |
| **Parent & Family Orientation** | Parent & student orientation that reviews and underscores opportunities and commitments related to parent & family involvement. |
| **Prep Promise Commitment** | Chattanooga Prep will ask that a parent or guardian for each student sign the "Prep Promise" as part of the enrollment process. The Prep Promise will be articulated as a Memorandum of Understanding that will outline the what parents can expect from Chattanooga Prep and what is expected of parents and families to support student learning. The Prep Promise asks parents to commit to (1) participating in parent orientation each year; (2) attending at least 4 school functions per year (student-led conferences, Innovation Evenings, etc.); and (3) stating that every day they will do something to help support their son in school. |
| **Website & Online Access to Achievement Data** | Online access to student achievement data through the Haiku Learning program and to student behavior data through the Classroom Dojo program. |
| **Parent & Family Conferences** | Student-led Conferences will occur at least twice per year. |
| **School Governance** | The Chattanooga Prep Governance Board will include two family representatives who will be voting board members. School staff will work with parents to establish a Parent & Family Organization to support school activities and ensure that parents have consistent opportunities to give input and |
| **Parent Education** | Chattanooga Prep will offer regular parent education opportunities with topics including Technology Use and Security, Financial Planning for College, Nutrition, |

***School-Based Wrap-Around Services:*** Chattanooga Prep has planned a variety of services and amenities to engage and support parents and families.

- Food Pantry: In partnership with CGLA and other community partners, Chattanooga Prep will offer a monthly mobile food pantry for families. The food pantry will include healthy food options and recipes.
- Uniform Assistance: The Board of Directors and Development staff will engage community supporters to provide assistance for students who need financial support to purchase school uniforms.

- Computer & Home Internet Service: All Chattanooga Prep students will receive a laptop or tablet computer and home internet service. This is critical for flipped classroom homework assignments and so that students and families can access student achievement information, academic resources, etc.
- Health & Wellness: Chattanooga Prep will enter into a partnership agreement with a local health care provider to offer health care through a Family Nurse Practitioner-led clinic model.
- Parent Education & Career Support: Chattanooga Prep will facilitate career opportunities for parents including facilitating connections with employment opportunities, resume and interview preparation support, and support for educational advancement (GED preparation, postsecondary enrollment, etc.).

**Community Involvement & Partnerships**

Chattanooga Prep has a strong foundation of community support and will continue to steward and expand partnerships to meet student and family needs. Chattanooga Prep has already engaged in informal discussions with numerous other organizations and individuals who have expressed interest in partnering to support the school.

# 2. Operations Plan and Capacity

## 2.1 Governance

The organizational sponsor for Chattanooga Prep is Friends of Chattanooga Prep, a tax-exempt organization incorporated under section 501(c )(3) of the IRS code. The founding board for Friends of Chattanooga Prep has served as the organizing entity for the school during the planning and design phase, overseeing the development of the school's application and accountability plan, securing school facilities and property, and establishing the initial fund raising campaign.

Once the charter application has been approved and the Chattanooga Prep Governance Board is operational, the Friends of Chattanooga Prep Foundation will shift to a primarily property management, strategic direction, and fundraising role to ensure the school's long term financial sustainability. The Friends of Chattanooga Prep will pay the salaries for the Executive Director and hold title to Chattanooga Prep real property.

The Executive Director will be a .5 FTE position shared with the Chattanooga Girls Leadership Academy. An MOU will be executed between Friends of Chattanooga Prep, the Chattanooga Prep Governance Board, the Young Women's Leadership Academy Foundation, and the Chattanooga Girls Leadership Academy to formalize the collaborative relationship among these entities.

As the school becomes operational, the majority of Friends of Chattanooga Prep board members (as well as others to be determined during the planning year) will be empaneled as the Chattanooga Prep Governance Board. The Friends of Chattanooga Prep will maintain an executive committee for organizational oversight, but responsibility for school governance will shift to the Chattanooga Prep Governance Board. Chattanooga Prep will also be incorporated as a 501(c )(3) organization. The philosophy of the Friends of Chattanooga Prep and the Chattanooga Prep Governing Board will reflect the mission, vision, and values of Chattanooga Prep.

The Governance Board will include 12-24 members, and membership will reflect the operational competencies required for Chattanooga Prep's success. Board members will be recruited to ensure the following perspectives and areas of expertise and influence are represented:

- Academic excellence for boys and young men
- Community outreach and inclusive practices
- Leadership and innovation
- School finance, operations, and management
- Serving at-risk and special school populations
- Development and fundraising

While day to day decisions and management will be delegated to the school's leadership team, the Governance Board has final say in all policy, financial, and operations decisions and for setting the overall direction of the school. Therefore, the charter school board is one of the most critical elements of the school's success. The relationship between the Chattanooga Prep school leadership team and the Governance Board is one of shared commitment to the school's success but with very distinct roles and responsibilities. The Chattanooga Prep Governance Board assumes the following key responsibilities:

| Chattanooga Prep Governance Board Responsibilities | |
|---|---|
| **Participate in Board orientation and training.** | Board members will participate in an orientation to the school's mission, vision, values, and the demographics of need among students and families the school serves. Board members will participate in ongoing training, at least annually, in collaboration with individuals or organizations such as the TN Charter School Association. Documentation of annual training will be provided to HCDE. |
| **Provide financial and operational oversight.** | Board members, led by the Treasurer / Finance Committee Chair and Finance Committee will review financial information regularly. Board members will |

| | |
|---|---|
| | supervise school operations and ensure that the school model is being implemented with fidelity. |
| **Promote Chattanooga Prep's vision and mission.** | Board members will promote Chattanooga Prep's vision, mission, and core values. They will raise awareness about the school and advocate to address the needs of students and families. |
| **Lead strategic planning and policymaking.** | Board members, led by the Governance Committee, will lead strategic planning and policymaking for the school including oversight and approval of student and staff handbooks, Prep Promise requirements, HR policies and procedures, etc. |
| **Oversee accountability plan and evaluate school progress and success.** | Board members will evaluate school progress and success based on the school goals listed in Section 1.1, academic goals and metrics listed in Section 1.4, financial targets (expenditures and revenues) listed in Attachment O & P. |
| **Support fund raising and resource development.** | Board members, led by the Development Committee, will support development and fundraising by making a personal contribution to the school and participating in fundraising efforts including donor contacts and solicitations and fundraising events. |
| **Assure compliance with statutory and regulatory requirements.** | Board members will oversee school compliance with statutory and regulatory compliance in collaboration with the Executive Director. |
| **Hire and evaluate the school Executive Director and Principal** | The board, led by the Governance Committee, will recruit, select, and hire a school leader. The board will evaluate the success of the school leader based on a rubric outlining the expectations for leadership and metrics for school success. The Governance Committee will evaluate the school leader quarterly during the first year of service and twice annually thereafter. |
| **Resolve complaints and concerns raised by various stakeholders** | The board will work with the school leader and Executive Director to resolve complaints from any stakeholder fairly and judiciously. A formal process will be established for escalating concerns to the Board Chair who will convene the Governance Committee to determine an appropriate course of action. |
| **Assess board performance and expand board membership.** | Board members will evaluate board performance through an annual survey that includes board participation / engagement / performance across the metrics for measuring school success. The survey will elicit information for board members to inform selection of board training, recruitment of new board members, communication strategies, etc. The Governance Committee will lead board efforts to identify, recruit, elect, and orient new board members. |

**Governance Board Membership**

The Governance Board's composition and structure has been carefully designed to ensure diverse perspectives and communities, inclusion of key stakeholders, fill organizational needs in particular areas (e.g., finance, fundraising, academic support, etc.). The Governance Board will meet regularly and in full compliance with State of Tennessee statutes on Open and Public Meetings and Inspection of Public Records. All board meeting agendas will be posted in advance of the meeting and will be open to the public, unless the board calls an executive session.

| Full Name | Current Job and Employer | Area of Focus/Expertise |
|---|---|---|
| Chair: Ted Alling | Partner, Lamppost Group and Dynamo | Organizational Development, Youth and Community Outreach, Fund Development & Management |
| Vice-Chair: Kelly Schmidt Alling | Community Volunteer | Facility, Youth Development, Fund Development & Management |
| Treasurer: David Caines | Chief Operating Officer, Kenco Group | Finance, Operations, Fund Development & Management |

| | | |
|---|---|---|
| **Secretary: Sean Kane** | Freelance Writer & Podcaster | Single-Gender Education for Boys and Young Men |
| Montrell Besley | Community Activist & Volunteer | Youth Development, Community Outreach & Engagement |
| Krue Brock | Co-Founder, Chattanooga Football Club | Education, Community Outreach |
| Steve Cox | President and COO, Steam Logistics | Finance, Operations, Fund Development & Management |
| Ward Davenport | Managing Director, Pointer Management | Finance, Fund Development & Management |
| Jennifer Harvey | Soddy Daisy Middle School | Special Education, Instructional Inclusion |
| Natalie Jackson | Community Volunteer | Education, Youth Development |
| Joe Martin, EdD | Author, Publisher, and Speaker | Academic & Personal Development for Boys and Men |
| David W. Rice, MD | Retired Physician, Community Volunteer | STEM Education |
| Sue Anne Wells, PhD | CGLA Founder | Single-Gender Education, Charter School Operations |

Please refer to the following governance documents included as Attachment F:

- **F1.** Articles of Incorporation
- **F2.** Proof of non-profit and tax exempt status
- **F3.** By-laws
- **F4.** Code of Ethics
- **F5.** Conflict of Interest Policy
- **F6.** Board member resumes (including references)
- **F7.** Board policies (including policies on open meetings and open records)

## 2.2 Start-Up Plan

Chattanooga Prep has already achieved key milestones associated with school start-up. The need for the school is so urgent, that school founders and Planning & Design Team members have already made significant progress towards a highly-successful school opening in July 2018 with classes beginning August 2018. The following key actions have already been completed or initiated:

| Chattanooga Prep Start-Up Actions to Date | |
|---|---|
| **Facilities** | • Facilities have been purchased (see Section 2.3 for details)<br>• Facilities renovation plans have been finalized |
| **Fundraising** | • The Friends of Chattanooga Prep Board has initiated fundraising efforts<br>• A Grantwriting Consultant has been selected and has begun preliminary planning for grant proposals |
| **Community Outreach** | • Numerous formal & informal community meetings have been held to inform the planning process and gain collaborations and support from multiple stakeholders<br>• A website has been established to provide information and provide a public communication portal with school organizers |
| **School Planning** | • Planning & Design Team has established a comprehensive school plan and prepared the charter school application. |

Chattanooga Prep's Planning and Design Team has developed a detailed start-up plan for the school, specifying tasks, timelines, and responsible individuals. Responsible personnel are identified using the following key:

| | |
|---|---|
| FCP | Friends of Chattanooga Prep (sponsoring entity) |
| ED | Executive Director |
| CPGB | Chattanooga Prep Governance Board (governing entity) |
| CPP | Chattanooga Prep Principal |
| DOF/DOS | Dean of Faculty / Dean of Students |
| DOHR | Director of Operations & HR |
| DOD | Director of Development |
| GW | Grant Writer |

| Month | Task | Responsibility |
|---|---|---|
| January 2017 | Apply for Non-Profit Status | FCP |
| | Hire Grant Writer | ED |
| | Continue to build community relationships with community partners, donors, prospective board members | FCP, ED |
| February 2017 | Submit Charter Application | FCP |
| | Apply for funding/Research Funding Sources | FCP, ED |
| | Continue to build community relationships with community partners, donors, prospective board members | FCP, CPGP, ED |
| | Create Marketing Committee & initiate marketing efforts | FCP, CPGP, ED |
| | Post Job Descriptions and begin search for start-up team | FCP, CPGP, ED |
| | Review resumes for candidates and narrow pool | FCP, CPGP, ED |
| | Begin to finalize site work | FCP, CPGP, ED |
| April 2017 | Start interview process from candidate pool | FCP, CPGP, ED |
| | Apply for funding | FCP, CPGP, ED, GW |

| | | |
|---|---|---|
| June 2017 | Transition responsibility for ongoing governance from the Friends of Chattanooga Prep (FCP) to the Chattanooga Prep Governance Board (CPGB) | FCP, CPGP |
| | Hire first level of start-up team | CPGP, ED |
| | Begin Start up schedule for school opening Summer 2018 | CPGP, ED, CPP, DOF, DOS, DOHR, |
| September 2017 | Start up team training and travel | CPGP, ED, CPP |
| | Review and finalize budget with start up team | CPGP, ED, CPP |
| October - December 2017 | Lay out School Plan with potential school leaders | CPGP, ED, CPP |
| | Convene Board and Advisory | ED, CPP |
| | Review Charter Agreement | CPGP, ED, CPP |
| | Contact State for cafeteria bids | DOHR |
| | Determine purchasing needs: i.e. technology, furnishings, etc. | CPP, DOF, DOS, DOHR |
| | Start up team training and shadowing | ED, CPP |
| | Layout school plan with school leaders | CPGP, ED |
| | Continue to train staff and finalize school plan | ED, CPP |
| | Post Job Descriptions for faculty and staff | CPP, DOF, DOHR |
| | Finalize student recruitment plan and recruit | ED, CPP, DOS |
| | Determine selection criteria for faculty and staff | ED, CPP, DOF |
| | Advertise for staff and teachers | CPP, DOF |
| January 2018 | Meet with Board/Advisory | CPGP, ED, CPP |
| | Complete Vendor contracts | CPP, DOHR |
| | Finalize purchasing needs | DOHR |
| | Begin Cafeteria Bids | DOHR |
| | Continue hiring for staff and teachers | CPP, DOF, DOHR |
| April 2018 | Begin weekly meetings with staff and faculty | ED, CPP |
| | Meet with Board/Advisory | ED, CPP |
| | Complete hiring process for teachers and staff | CPP, DOF, DOHR |
| | Purchase equipment for staff and faculty | CPP, DOF, DOHR |
| | Site operational for start-up year | CPP, DOHR |
| | Install food equipment | DOHR |
| May 2018 | Host parent visits | ED, CPP, DOF, DOS |
| | Finalize all staff and faculty offers | CPP, DOF, DOHR |
| | Escalate Recruitment efforts | CPP, DOS |
| | Meet with Board/Advisory | ED, CPP |
| | All furniture installed | CPP, DOHR |
| June 2018 | Teacher training two days a week | ED, CPP, DOF |
| | Home visits to families | CPP, DOF, DOS |

| | | |
|---|---|---|
| | Parent/Student transition meetings/Summer Enrichment | ED, CPP, DOF, DOS |
| July 2018 | Teacher training four days a week | ED, CPP, DOF |
| | Placement assessment for students | CPP, DOS |
| August 2018 | SCHOOL OPENS for 2018-19 School Year with | ALL |

**Anticipated Challenges & Strategies to Overcome Them**

The Chattanooga Prep Planning & Design Team represents considerable experience and expertise in establishing charter schools in Hamilton County, in start-up planning and forecasting, in financial planning and fundraising, in meeting the academic and individual development needs of minority, low-income young men, in teaching and learning, and in assembling and facilitating successful teams for innovative leadership. This unique combination of expertise and insight has driven and informed a robust planning process. The Planning & Design Team anticipates the following challenges and has developed an array of strategies to overcome each one.

| Anticipated Challenge | Strategies to Overcome Anticipated Challenges |
|---|---|
| **Recruiting an Exemplary School Leadership Team** | The school leader and leadership team are critical to the school's implementation and success. The involvement of seasoned school leader, Dr. Elaine Swafford will be an asset in identifying and recruiting a school leader and leadership team. See Section 2.4 for details. |
| **Recruiting & Hiring Instructional Staff** | Faculty are perhaps the most critical component of students' academic success. Chattanooga Prep's innovative, integrated curriculum requires teachers with a depth of content knowledge, creativity, and empathy for the diverse needs of students. Chattanooga Prep will utilize several strategies to meet this challenge. School Founder, Ted Alling, and Dr. Elaine Swafford each have significant expertise in recruiting and mentoring a talented, innovative workforce across a variety of sectors. Connections with schools statewide and with national organizations will create recruitment opportunities. See Section 2.4 for details. |
| **Recruiting Students** | Chattanooga Prep will be the first single-gender public school for young men in Hamilton County. The extended school schedule, standards-based assessment, and other innovative school elements will be unfamiliar and, possibly, intimidating for students and families. Chattanooga Prep has been engaging in on-going outreach and marketing to community members and prospective students. With the community response to these efforts so far, we do not anticipate difficulty in recruiting the annual student targets each year. See Section 1.11 for details. |
| **Creating a Cohesive Student Learning Community** | Chattanooga Prep students will enroll from numerous school zones throughout the district. To address this challenge and establish a safe and positive school environment and cohesive community of learners, Chattanooga Prep will invest considerable effort and resources into building community and establishing a sense of brotherhood among students. See Section 1.10 for details. |
| **Overcoming Student Academic Deficiencies & Skill Gaps** | The Chattanooga Prep model takes into account the anticipated academic deficits and skill gaps with which incoming students will likely struggle. The school model includes systemic, multi-level strategies to address these challenges. The curriculum, instructional strategies, tutoring and intervention, assessment model, school climate are all targeted to help students move to proficient and advanced academic performance. See Section 1.3 for details. |
| **Fundraising** | Chattanooga Prep seeks to promote significant achievement gains for an underserved, at-risk population of students. That will require additional resources, particularly in the initial years of school implementation when intentionally low enrollment targets will limit the public funding the school will receive. Chattanooga Prep has been engaged in fundraising activities since October of 2016. The Board has raised $6 million to date. The Board has an active Development Committee that is engaged in ongoing development activities. |

## 2.3 Facilities

In September 2016, Friends of Chattanooga Prep purchased the school facilities located at 1849 Union Avenue and 605 South Orchard Knob, Chattanooga, TN. Chattanooga Prep is strategically located in Highland Park, easily accessible to urban communities throughout Hamilton County. Chattanooga Prep is adjacent to the Chattanooga Girls Leadership Academy (CGLA) which will allow for sharing of facilities and human resources while also enabling each school to achieve economies of scale related to food services, core laboratory facilities, the maker space, laboratory, etc..



Chattanooga Prep founders have raised private funds and purchased the school facility through the Friends of Chattanooga Prep organization. Remodel is currently underway and will ensure that the school is ready for staff during the planning year and for school to open for students in August of 2018. All facilities will comply with all Americans with Disabilities Act (ADA) requirements, all applicable city planning review procedures, and all health and safety requirements per T.C.A. § 49-13-107.

The Chattanooga Prep physical plant and facilities solely dedicated to Chattanooga Prep facilities encompass 43,000 square feet of space and include the following:

- Chattanooga Prep facilities allow for 31 classrooms totaling 19,500 square feet (sf).
- Specialized learning areas include computer labs totaling 2,289sf, a 1,331sf Robotics Lab, a 162-seat lecture & performance space, and a 500sf informal seminar space, and a 380sf visual art gallery space that can be made accessible by the public for gatherings or meetings.
- Administrative space includes 1,042sf of offices, a 905sf open-plan administration space, and 780sf of breakout and flex spaces that can be configured for multiple purposes, and a 281sf Health Clinic
- Teacher Space includes a 240sf Teacher Resource Center / Data Room, a 441sf faculty lounge
- Outdoor space includes an outdoor gathering space, and a small urban plaza with opportunities for public art, in addition to the Athletic Fields shared by CGLA.

Including facilities jointly used with CGLA, Chattanooga Prep students will have access to another 8,210 square feet of space (bringing the total available space to 51,210 sf). Shared facilities include the following:

- Gymnasium
- Athletic Fields
- Cafeteria / Auditorium (5,120sf)
- Maker Space (2,031sf)

**Organizational Capacity**

The school founders and founding board members have extensive experience in property acquisition and management including major projects involving renovations and build-out. Executive Director, Dr. Elaine Swafford, has specific experience in overseeing a major building renovation for CGLA and has been heavily involved in facilities planning.

## 2.4 Personnel / Human Capital

**Leadership Team Structure**

The school's proposed leadership team structure is designed to maximize innovation and build economies of scale within a local charter partnership between Chattanooga Preparatory School and the Chattanooga Girls Leadership Academy. Dr. Elaine Swafford, a proven school leader with an impressive track-record of accelerating student success. Please see Dr. Elaine Swafford's resume as well as CGLA achievement data as Attachment H. An Organizational Chart is included in Attachment G.

***Executive Director: Dr. Elaine Swafford –*** Dr. Swafford is an educational change-agent who has 30 years of educational experience including success in leading comprehensive school turn-around efforts. Dr. Swafford is a proven educational leader with professional experience in leading school change and growth, managing charter schools, serving low-income children and families, and promoting postsecondary achievement among disadvantaged students. Dr. Swafford's accomplishments with the Chattanooga Girls Leadership Academy provided the inspiration and roadmap for the establishment of Chattanooga Prep. Dr. Swafford's visionary leadership has guided a school turn-around at CGLA moving the school from the brink of closure in 2011-12 to earning Reward School status for two consecutive years. Dr. Swafford will dedicate .5 FTE to serving as Executive Director for Chattanooga Prep. Her other .5 FTE will remain dedicated to CGLA. Dr. Swafford will be an employee of the Friends of Chattanooga Prep. The Executive Director is the chief executive officer for Chattanooga Prep and will have the following responsibilities:

- Serve as the public face of the school during the planning and initial start-up period when the Principal will be focused on school implementation and operations.
- Hire, assess, and make recommendations renewal / dismissal for the Principal.
- Oversee facilities acquisition and major capital improvement projects.
- Maintain positive working relationships with the community at large, including parents and community partners.
- Serve as the primary liaison to the Hamilton County Department of Education (the Chartering Authority) and the TN Department of Education during the application, planning, and initial start-up period.
- Lead strategic planning and staff orientation.
- Oversee implementation of all school operations and processes including staffing, student recruitment, academic planning, financial management, and operations.

***School Leader - Chattanooga Prep Principal***: Chattanooga Prep's Principal will possess the experience and qualifications that exemplify learning-centered school leadership.[47] The Principal is the academic leader and will establish a leadership team and will serve as head academic officer, modeling instructional leadership in words and practice by ensuring that school programs, procedures, and practices focus on learning and achievement for all students. Within the context of the Tennessee Standards for Instructional Leaders,[48], the Principal will be expected to do the following:

- Implement a systematic, coherent approach to bring about the continuous growth in the academic achievement of all students.
- Create a school culture and climate based on high expectations conducive to the success of all students.
- Facilitate instructional practices that are based on assessment data and continually improve student learning.
- Improve student achievement by developing and maintaining high quality professional development.
- Facilitate learning and teaching through the effective use of resources.

---

[47] Murphy, J., et. al. Learning-Centered Leadership: A Conceptual Foundation. Nashville: Vanderbilt University and The Wallace Foundation, 2006. 1 Mar. 2008 <http://www.wallacefoundation.org/NR/rdonlyres/90FFFEBA-722E-457F-B4DF-559A9995CA90/0/LearningCenteredLeadership.pdf>.

[48] Tennessee State Board of Education. Education Leadership Redesign: Tennessee Instructional Leadership Standards. Nashville, Tennessee State Board of Education, 2008. 1 Mar. 2008 <http://www.tennessee.gov/sbe/2008Januarypdfs/IV%20F%20Education%20Leadership%20Redesign%20%20TN%20Instructional%20Leadership%20Standards.pdf>.

- Facilitate continuous improvement in student achievement through processes that meet the highest ethical standards and promote advocacy, including political action when appropriate.
- Respond to and influence the larger political, personal, social, economic, legal, and cultural context in the classroom, school, and the local community while addressing diverse student needs to ensure the success of all students.

***Dean of Faculty:*** The Dean of Faculty position is critical to the achievement of Chattanooga Prep mission, vision, and goals. This position underscores Chattanooga Prep's commitment to providing students with a rigorous, challenging, motivating, and relevant curriculum; implementing a cutting-edge, highly personalized, and data-driven assessment system, and supporting teachers in creating a vibrant, supportive professional learning community. The responsibilities of the Dean of Faculty include the following:

- Oversee curriculum planning and design including curricular mapping across grades and disciplines and mapping to state standards.
- Oversee all aspects of student testing and evaluation including implementation of the standards-based assessment model and reporting of student achievement data.
- Plan and implement professional development activities including coaching and modeling, orientation / summer institutes, school-wide sessions, and departmental / grade-level training.
- Support recruitment, selection, and hiring of instructional staff by assisting the Director including responsibility for setting instructional staffing priorities, developing and advertising position descriptions, setting hiring standards, and chairing instructional staff selection committees.
- Evaluate instructional staff including support for annual goal setting and professional development planning for each teacher, observation of classroom / instructional practice, reviewing student achievement metrics, and recommending and overseeing professional development of instructional support activities for teachers in identified areas of need.
- Oversee planning, implementation, and quality of academic intervention and support activities, in collaboration with the Dean of Students.
- Plan community-based learning opportunities, in collaboration with the Dean of Student Services.

***Dean of Students:*** The Dean of Students position is critical to the implementation of counseling, guidance, and support services that will promote high achievement, leadership skills and healthy social development among students.

- Hold responsibility for student and family outreach and recruitment including designing documents and materials, planning and conducting outreach activities, implementing the application process, making home visits, screening for eligibility, etc.
- Recruit social work interns and supervise practica.
- Plan and oversee implementation and outcomes of student support services (leadership development, college preparation, health & wellness, etc.).
- Plan and oversee implementation of the school discipline model.
- Oversee and evaluate family engagement programs including family nights, open houses, and family engagement efforts.
- Organize and/or lead professional development activities that enhance faculty skills in responding to and supporting students' social and emotional development needs.
- Foster community partnerships that support achievement of Chattanooga Prep's goals and vision.
- Oversee planning, implementation, and quality of academic intervention and support activities, in collaboration with the Dean of Faculty.
- Plan community-based learning opportunities, in collaboration with the Dean of Faculty.

***Director of Finance:*** The Director of Finance works under the direction of the Principal and serves as a member of the school leadership team to ensure that fiscal resources of the school are managed responsibly and efficiently, and used effectively. Responsibilities include budget development, accounting, and financial reporting and oversight. Specific duties include the following:

- Implement all policies, rules, and regulations pertaining to the supervision and administration of internal school funds under the Principal's supervision and in accordance with established policies and rules of the governance board.
- Oversee the processing of expenditure documents, including reimbursement requests, time sheets, invoices, and credit card statements, to ensure availability of funding, mathematical correctness, and compliance with state and federal funding requirements.
- Provide regular and periodic financial reports as required by the Governance Board, the chartering authority, and the TN Department of Education or other state regulatory body.
- Work with the Principal to coordinate training of school employees, as considered necessary, to implement fiscal and operational procedures, policies, rules, and regulations as established by the governance board.
- Submit all financial records, books, ledgers, computer files, reports, and supporting documentation, as directed by the Director or the governance board.
- Review annual audit reports with the Principal and ensure that remedial action is taken to resolve any audit findings and recommendations.

***Director of Development:*** The Director of Development works under the direction of the Principal and in collaboration with the Executive Director and CGLA Development Staff to serve as a leadership team member and implement a comprehensive fund development plan to ensure financial stability and sustainability. Responsibilities include all fundraising and development activities. Specific duties include the following:

- Development and implementation of a development plan with annual goals and benchmarks to achieve Chattanooga Prep's revenue needs.
- Select and implement a donor and fundraising management program and develop processes in collaboration with the Principal and Director of Finance.
- Coordinate with Governance Board members, the Executive Director, and other stakeholders to implement a variety of fundraising strategies including small and large events, individual solicitations, etc.
- Coordinate efforts with the Grantwriting Consultant to pursue and secure external funding via grants from corporations, foundations, and governmental sources.

***Director of Operations & Human Resources:*** The Director of Operations & Human Resources (HR) works under the direction of the Principal and serves as a member of the school leadership team to ensure that all school operations and human resource functions are managed effectively. Responsibilities include all school operations, human resources, payroll, employee benefits, and facilities management. Specific duties include the following:

- Oversee operational management for transportation.
- Oversee operational management for food services on campus.
- Comply with purchasing procedures prescribed by the governance board, including bid policies.
- Oversee recordkeeping for equipment located at the school, including equipment security, inventory control, care, and utilization.
- Notify the Principal and appropriate local law enforcement agency when equipment is stolen, misplaced, or destroyed or upon becoming aware of any evidence of fraud related to internal school funds.
- Ensure that all facilities-related documents (insurance documents, building codes, certificates of occupancy, etc.) are up to date.
- Develop and implement policies and procedures that ensure that the facility meets health and safety standards.

**Recruiting & Hiring the School Leader and Key Staff Positions**

Chattanooga Prep will create a unique educational opportunity for young men who face a variety of challenges to achieving high academic standards. The school vision, mission, goals, and objectives all focus on enhancing students' academic achievement and creating a supportive learning environment that meets their needs. All Chattanooga Prep staff members - instructional and non instructional - play important roles in supporting and encouraging students' academic achievement and healthy social development.

Chattanooga Prep staff members are expected to set and reinforce high expectations for students; adhere to the highest levels of professionalism; model the benefits of life-long learning; and contribute to the vibrancy of the school community. In addition, each Chattanooga Prep staff member will commit to meeting the following expectations:

- Abide by all federal, state, and local laws
- Maintain a professional relationship with all students and parents
- Engage with colleagues with a spirit of collaboration and cooperation
- Refrain from the abuse of alcohol or drugs during the course of professional practice
- Exemplify honor and integrity in the course of professional practice and the use of public funds and property
- Comply with state, federal, and local laws regarding the confidentiality of student records
- Fulfill the terms and obligations in the Chattanooga Prep charter and PREP Promise to students and families
- File necessary reports of child abuse in accordance with applicable laws

**Employment Contracts**

All staff will sign an annual employment contract at the beginning of each academic year. Annual contract renewal will be based on job performance and a documented record of success and continuous improvement.

The chart below describes the general hiring process that Chattanooga Prep will use to fill all staffing positions, with specifics of the search process tailored to address the school's needs. During the start-up period, the following staff will be selected as rapidly as practicable after charter approval is secured:

- ***Principal / School Leader:*** The Governance Board and Executive Director will conduct a search for a seasoned school leader with experience in urban education for academically disadvantaged students.
- ***Dean of Faculty & Dean of Students:*** The Executive Director and Principal will conduct searches to recruit a Dean of Faculty and Dean of Students.
- ***Operations / Administrative Key Positions:*** The School Principal and Executive Director will recruit and select key administrative staff positions including the Director of Operations/Human Resources, Director of Finance, and Director of Development.
- ***Instructional Staff:*** The Principal and Dean of Faculty will recruit and select instructional staff leaders for Chattanooga Prep's initial year of operation.

| CHATTANOOGA PREP HIRING PROCESS | |
|---|---|
| **Initiate Hiring Process** | Identify staffing needs and develop or update position descriptions based on job profiles that include required qualifications and experience. |
| **Marketing and Recruitment** | Market position openings through a variety of venues.<br>• Post job announcements on Chattanooga Prep website.<br>• Post job announcements on local, regional, and national education websites.<br>• Disseminate information about job opportunities through partnerships with local and regional colleges and universities and professional associations.<br>• Advertise job announcements through professional organizations including Teach for America, NEA, charter school associations, etc. |
| **Conduct Preliminary Screening** | Applications received for open positions will be screened by the appropriate member of the executive leadership team (e.g., Dean of Faculty will review instructor applications; Principal will review executive team member applications, etc.) to ensure that candidates meet minimum educational and experience requirements. A writing sample and personal statement will be required as part of the application package. |
| **Conduct Initial Interviews** | First round interviews are conducted by a hiring committee chaired by the hiring manager for the purpose of assessing depth and The hiring committee will make recommendations to the Principal. |
| **Check References** | The hiring manager will check and document professional references for each applicant. |
| **Conduct Second Interviews** | If / as needed, promising applicants will be invited to sit for a second interview with the hiring committee, School Director, and additional stakeholders (e.g., parent |

| | |
|---|---|
| | representative, technology integrationist, etc.). If not included in the first round of interviews, 2nd interviews will provide a forum for candidates to demonstrate their expertise through conducting a teaching demonstration, providing a leadership dialogue, or meeting with a broader group or staff and/or board members for an informal discussion. |
| **Conduct Criminal Background Checks** | In accordance with the laws of the State of Tennessee, Chattanooga Prep will require that all employees pass a criminal background check. |
| **Make Final Decision and Extend Offer** | The Principal will make the final hiring decisions taking into account the recommendations from the hiring committee and hiring manager. All staff are hired under one year contracts. |

***Leadership Staff:*** Administrative staff will hold the appropriate certifications and endorsements as defined by the TN Department of Education. In addition to general certification and endorsement requirements, the following are strongly preferred administrative staff qualifications:

- experience in a school leadership role or participation in a leadership development program
- experience in working with adult learners and / or leading teams in reform efforts
- experience in a charter school or a school or district wide reform plan
- experience with single-gender education
- experience with managing and interpreting data to inform decision-making and promote achievement of goals and objectives

***Non Instructional and Support Staff:*** At a minimum, non-instructional and support staff will hold a high school diploma, as well as any additional certifications or credentials applicable to their position. Staff hired for these positions will be required to:

- possess exceptional communications skills,
- demonstrate a history of excellent attendance from previous employment, and
- indicate a special interest in helping to accomplish the school vision and mission.

***Instructional Staff:*** All Chattanooga Prep instructors will hold a current valid Tennessee teaching license, or meet the minimum requirements for licensure as defined by the TN Department of Education.

| Chattanooga Prep Faculty Will Embody the Following Hallmarks of Excellence: | |
|---|---|
| **Expert Content Knowledge** | Chattanooga Prep's highly-integrated curriculum makes it imperative that instructional staff have a comprehensive, deep understanding of content so that they can help students create connections across disciplines, relate new concepts and ideas to others, foster in-depth explorations of content through Socratic and inquiry-based learning, and recognize how ideas and skills are transferrable to everyday life.[49]. |
| **Rich & Diverse Pedagogical Toolbox** | Chattanooga Prep faculty will need to possess and apply a diverse set of instructional strategies, including differentiated instruction, engaged learning/personalization, Socratic seminar/questioning strategies, standards-based curriculum development, critical thinking processes, use of data to inform instruction, interdisciplinary instruction, and technology supported instruction. |
| **Professional Training and Credentials** | Chattanooga Prep faculty will meet all state licensure requirements. All instructional staff will hold a degree from an accredited four-year college or university, and instructors with master's degrees are preferred. |
| **Prep Leadership Principles** | Chattanooga Prep faculty will reflect the core values of the school and model the leadership qualities expected of students. Faculty members are expected to exhibit respect for students, parents, and colleagues. |

[49] Shulman, L. "Knowledge and Teaching: Foundations of the New Reform." Harvard Educational Review 57.1 (1987): 1-22.

| | |
|---|---|
| **High Expectations for Student Achievement** | All Chattanooga Prep faculty and staff will support the core belief that all students are capable of making substantial academic progress and enrolling in college upon graduation. On a daily basis, instructors will communicate their expectations for student progress and provide detailed verbal and written feedback regarding student progress. |

Researchers have identified teacher quality as a key factor—perhaps the single most important factor—in student achievement.[50] Research also indicates that lower achieving students are the most likely to benefit from increases in teacher effectiveness.[51] In light of this research, Chattanooga Prep will place an emphasis on recruiting, selecting, and hiring a high quality faculty and staff. The instructor recruitment process described below is designed to reach a broad and diverse applicant pool. Chattanooga Prep hiring policies will be consistent with the following principles:

- Chattanooga Prep is an equal opportunity employer.
- Chattanooga Prep does not sponsor foreign applicants. All applicants must be U.S. citizens or possess a valid U.S. work visa.
- Applicants for certified or administrative positions must possess a valid Tennessee teaching license or be eligible for certification in Tennessee.
- References and background checks are required and verified for all applicants.
- All applicants must be fingerprinted upon acceptance of employment. The $48.00 fingerprinting fee is non-reimbursable.
- Salaries are commensurate with degree and verifiable teaching experience.
- Chattanooga Prep does not discriminate on the basis of race, color, creed, national origin, sex, age, disability condition, or veteran status.

**Personnel Compensation & Retention**

The Chattanooga Prep school model requires instructional leadership and classroom innovators and compensation will be competitive with regional compensation practices for school leaders with similar levels of authority, autonomy, and demonstrated excellence. Faculty benefits packages will likewise be competitive with local and regional standards. Benefits are detailed in Sections 4 and 5 of the sample Faculty & Staff Handbook which is included as Attachment I and are also described in Attachment P.

**Supporting & Retaining Personnel**

Supporting and retaining talent is a critical element of the Chattanooga Prep model for success, so we will employ the following strategies:

***Principal:*** Supporting and retaining an effective school leader is key to organizational success. The following strategies will be used to support and retain the school principal:

- The Executive Director will provide ongoing mentoring and coaching for the Principal, and the CGLA Principal will provide peer mentoring and guidance on a mutual basis.
- The Executive Director and Principal will collaboratively develop a professional development each year which will include participation in training, leadership development, etc. This will be part of the annual goal setting and performance review process.

---

[50] Darling-Hammond, L. "Teacher Quality and Student Achievement: A Review of State Policy Evidence." *Education Policy Analysis Archives 8* (1) (2000). Hanushek, E. "The Trade-off Between Child Quantity and Quality." Journal of Political Economy 100.1 (February 1992): 84-117. Sanders, W. "Value-added Assessment," The School Administrator (1998): 24-27. Sanders, W. and S. Horn. "Research Findings from the Tennessee Value-Added Assessment System (TVAAS) Database: Implications for Educational Evaluation and Research," Journal of Personnel Evaluation in Education 12.3 (1998): 247-256. Rivkin, S., E. Hanushek, and J. Kain. "Teachers, Schools, and Academic Achievement." National Bureau of Economic Research, Working Paper No. 6691, 1998.

[51] Sanders and Horn 247-256.

***Leadership Team:*** The Chattanooga Prep leadership team will serve in unique roles within the school's innovative model of academic and wrap-around supports. The following strategies will be used to support and retain leadership team members:

- The Executive Director and Principal will provide ongoing mentoring and coaching for Leadership Team staff.
- Staff fulfilling similar functions at CGLA will provide an informal peer mentoring network. Occasional joint meetings will foster connections among peers.
- The Principal and each leadership team member will collaboratively develop a professional development plan each year which will use previous year's performance data and feedback to develop a plan for training, leadership development, and annual goal-setting.
- Leadership team members are expected to participate in school-wide training either as a trainer or as part of the school's professional learning community.
- Leadership team members will be eligible for performance-based bonuses based on availability of funds.

***Instructional Staff:*** The preparedness and effectiveness of Chattanooga Prep's instructional staff is paramount to achieving the school's mission, vision, and goals for student success. The school model reflects a significant investment in establishing a vibrant professional learning community of scholar-educators. The following support strategies will foster instructional excellence to retain highly-effective teachers.

- Robust Professional Development: Teachers will participate in at least 120 hours of professional development each year (see details in Section 2.5). Ongoing professional development time and strategies are built into the school calendar and schedule. To encourage teachers to actively seek out professional learning experiences, Chattanooga Prep will offer teachers $1,000 mini grants to support teachers in identifying and participating in professional development related to their professional growth plans.
- Supportive Professional Learning Community: The development of a mutually supportive professional learning community is a cornerstone of the Chattanooga Prep model. School-wide professional development and team-building as well as content area instructional teams and grade-level instructional teams will provide an array of teaming and peer support opportunities for teachers. Scheduling is designed to optimize collaborative planning and professional development. The Dean of Faculty will coordinate a "Buddy Teachers" system to pair experienced teachers with novice teachers to provide a supportive professional mentoring relationship.
- Team / Collaborative Teaching: Chattanooga Prep's smaller course size and course schedule and instructional plan are designed to allow for team teaching to support curriculum integration (e.g., teaching math and science or social studies and English/Language Arts) together as an extended period and to allow for interventionists and teaching assistants in high-priority content areas such as math, reading, and English/Language Arts. In-class support enables instructional staff to share in the responsibility for differentiated instruction and classroom management in a non-traditional instructional format.
- Non-Evaluative Coaching Immersion: In August each year, the Executive Director and Principal will coordinate a 4-week coaching immersion experience for teachers. The in-classroom observation and coaching will provide real-time, constructive, actionable feedback to improve classroom practice and implement the Chattanooga Prep instructional model with fidelity. The coaching immersion is non-evaluative; teachers receive significant constructive feedback and support, but the objective is to provide support and identify needs for professional development.
- Teacher Recognition: On a monthly basis, a teacher will be recognized for doing "Whatever it Takes" to promote student learning and achievement. The "Whatever It Takes" (WIT) award is given to a teacher who has gone the extra mile in exemplifying Chattanooga Prep's core values and pursuing our goals. WIT award winners will receive a $25 gift card or similar modest token of gratitude. All teachers who score at Level 4 or 5 on TVAAS assessments will receive a financial bonus. The exact amount will vary based on availability of funds and number of recipients, but the intention is to provide a bonus of up to $2,500 for Level 5 TVAAS performance.

**Plan for Staff Assessment & Performance Feedback**

Chattanooga Prep's organizational mission and goals demand a highly-qualified school faculty and well-prepared professional staff. Chattanooga Prep has an expectation that all teachers have an intrinsic motivation to engage in

continuous, ongoing learning and professional growth. Instructor assessment and performance feedback is a continual process involving multiple annual check-ins and opportunities for documenting professional growth. The ongoing process will culminate in a formal annual end of year performance review. Performance reviews will occur on a fiscal year basis for all employees. All Chattanooga Prep instructors will be evaluated by the Dean of Faculty to assess (1) classroom performance, (2) instructional planning and assessment, (3) communication with parents, and (4) contribution to the Chattanooga Prep mission and community. The annual performance review, which is a summative evaluation, is used to summatively review performance and professional growth, provide notice regarding employment contract renewal, and establish an annual professional development plan that includes individual goals, performance targets, and action plans.

Annual Performance reviews are informed by:

- Classroom / Administrative observations
- Student evaluations of instructor
- Parent feedback
- Instructor self evaluations
- Student learning assessments

**Performance Evaluations**

All members of the Chattanooga Prep community will demonstrate and continue to build capacity to meet standards for school leaders associated with high levels of student achievement. Chattanooga Prep will use a state-approved model for evaluating administrative and supervisory personnel and approved standard forms in evaluating classified personnel. The Principal is responsible for ensuring that all administrative and supervisory personnel are evaluated.

***Licensed Teaching Personnel:*** Chattanooga Prep will use the Project Coach model of teacher evaluation. All evaluators will receive training and will use the system to report on teacher performance. Evaluators will include the Executive Director, Principal, Dean of Faculty, and Interventionists. Teachers will also participate in non-evaluative coaching and feedback separate from the Project Coach assessment model. This will provide teachers with support and also ensure accountability.

Regular teacher assessments and feedback throughout the year will culminate in an annual performance review conducted by the Principal or Dean of Faculty. As part of the annual performance review, a growth plan shall be developed for all teachers. The plan shall be developed collaboratively by the teacher and the immediate supervisor and/or Principal. The plan shall include identified area(s) for growth, action plan, and progress reporting procedures.

***Non-Licensed Personnel:*** All non-licensed administrative/classified personnel will be evaluated annually, at the completion of the first year of employment and every year thereafter. The immediate supervisor of a non-licensed employee will conduct the evaluation. Evaluations shall be used as an aid in improving an employee's performance and as a basis for continuing employment. Evaluation reports shall be discussed with the evaluated employee. Each employee shall be given a copy of the evaluation and shall sign the supervisor's copy as evidence it has been discussed.

***School Leadership & Administration:*** The Principal and Deans of Faculty & Students will be evaluated using the Principal Evaluation module of the Project Coach program. The Project Coach program includes for review of professional performance across the following domains: teacher evaluation, culture for teaching and learning, leadership & growth, and management. The assessment model allows for ongoing, iterative review and feedback, following the schedule shown below:

| Principal & Dean Assessment Timeline | |
|---|---|
| 1st Semester | Goal-Setting Conference<br>Informal Observation<br>Formal ½ day observation |
| Mid-Year | **Mid-year conference** |
| 2nd Semester | Informal Observation<br>Formal ½ day observation<br>Year-end summative conference |

**Progressive Discipline and Dismissal**

Progressive discipline may be initiated for various reasons, including, but not limited to, violation of Chattanooga Prep's policies and guidelines or standards of conduct as found in the Code of Ethics of the Tennessee Education Association (www.teateachers.org), or for poor job performance. The severity of the action generally will depend on the nature of the offense and on the employee's record and may range from a verbal warning to immediate termination.

Progressive Discipline may progress through the following sequential steps:

1. Verbal Warning
2. Written Warning
3. Discharge

Any and all steps may or may not be utilized depending upon the individual circumstances and the nature of the infraction. Moreover, exceptions or deviations from the above-described procedure may occur whenever Chattanooga Prep deems appropriate.

Chattanooga Prep will strive to create a vibrant professional learning community including many support structures for staff professional growth. However, student learning and achievement is the school focus and poor staff performance in promoting student achievement will result in dismissal or non-renewal of employment. When student and/or personnel assessment data indicates a lack of professional growth or effectiveness, employees will be subject to dismissal or non-renewal. Non-renewal may occur at any point of the academic year if students' learning needs are not being met. Evaluation, assessment, and feedback will be ongoing throughout the academic year. A summative annual performance evaluation is completed by the end of April. To the extent possible, school leadership will make reasonable efforts to give at least 30-day notice of non-renewal to any employee.

Chattanooga Prep's Faculty Handbook is included as Attachment I.

**Staffing Plan**

The chart below summarizes the Full Time Equivalent (FTE) personnel across personnel categories. Note that some FTEs will be shared by Chattanooga Prep and CGLA. The staff effort reflected below indicates the percentage of time that any shared positions will dedicate to Chattanooga Prep.

| Position | Start-Up | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| Executive Director (not included in school budget; paid by sponsor) | .5 FTE | .5 FTE | .5 FTE | .5 FTE | .5 FTE | .5 FTE |
| Principal/School Leader | 1 FTE | 1 FTE | 1 FTE | 1 FTE | 1 FTE | 1 FTE |
| Dean of Faculty | 1 FTE | 1 FTE | 1 FTE | 1 FTE | 1 FTE | 1 FTE |
| Dean of Students | 1 FTE | 1 FTE | 1 FTE | 1 FTE | 1 FTE | 1 FTE |
| Counselor | -- | -- | -- | 1 FTE | 1 FTE | 1 FTE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Classroom Teachers – Core Content | -- | 8 FTE | 12 FTE | 16 FTE | 21 FTE | 24 FTE |
| Special Education Teacher | -- | 1 FTE | 1 FTE | 2 FTE | 2 FTE | 2 FTE |
| Physical Education Teacher | -- | 1 FTE | 1 FTE | 1 FTE | 1 FTE | 1 FTE |
| Art Teacher | -- | -- | -- | 1 FTE | 1 FTE | 1 FTE |
| Academic Coaches & Extended Learning Staff (part-time) | 0 | 2.25 FTE | 2.5 FTE | 3 FTE | 4 FTE | 5FTE |
| Clerical | 2 FTE | 3 FTE | 3 FTE | 3 FTE | 3 FTE | 3 FTE |
| Custodial | 1 FTE | 1 FTE | 1 FTE | 2 FTE | 2 FTE | 2 FTE |
| Director of Finance | 1 FTE | 1 FTE | 1 FTE | 1 FTE | 1 FTE | 1 FTE |
| Director of Operations / HR | 1 FTE | 1 FTE | 1 FTE | 1 FTE | 1 FTE | 1 FTE |
| Director of Development | 1 FTE | 1 FTE | 1 FTE | 1 FTE | 1 FTE | 1 FTE |
| Community Engagement Coordinator | 1 FTE | 1 FTE | 1 FTE | 1 FTE | 1 FTE | 1 FTE |
| Student & Teacher Recruitment Coordinator | 1 FTE | 1 FTE | 1 FTE | 1 FTE | 1 FTE | 1 FTE |
| Social Worker | -- | 1 FTE | 1 FTE | 1 FTE | 1 FTE | 1 FTE |
| Attendance Manager | -- | 1 FTE | 1 FTE | 1 FTE | 1 FTE | 1 FTE |

## 2.5 Professional Development

Recognizing that a highly-skilled, achievement-oriented staff is an essential element in Chattanooga Prep's success, the Planning and Design Team has developed a multi-faceted plan that incorporates best-practices for professional development. Chattanooga Prep's design includes many innovations that will present learning and professional growth opportunities. Establishing a vibrant professional learning community is a key Chattanooga Prep premise. To achieve our goals and outcomes for teachers and students, Chattanooga Prep will implement a variety of professional development mechanisms that will ensure on-going support and continuous professional growth among teachers.

**Professional Development at Chattanooga Prep is...**

- **Sustained:** Throughout the school year, teachers will meet in a variety of small learning communities for professional development. Two hours is set aside every Wednesday afternoon (1:00 – 3:00) for teacher professional development. In addition, a robust professional development calendar supports and engages teachers in professional growth throughout the year.
- **Intensive:** Summer sessions, student holidays, and regular sessions every Wednesday ensure that professional development is intensive as there will be larger blocks of time throughout the year set aside for professional development.
- **Aligned with Practice:** Professional development will be informed by the needs of teachers, staff, and students and will be aligned with Chattanooga Prep practices and data. Staff will use student data in assessment-related professional development sessions. In-classroom coaching and modeling will be widespread.
- **Embedded within the School Structure:** The school year and school day are structured to maximize professional growth opportunities for teachers. Team teaching; departmental and grade level teams; school-wide professional development, and summer institutes create an integrated network for professional growth.

Chattanooga Prep's professional learning community will involve multiple groupings of teachers, staff, and administrators to maximize learning for students. Teachers will belong to a variety of learning communities including discipline-based departmental teams and grade-level teams. Learning community members assist one another in examining the standards and outcomes that students are required to achieve, planning effective lessons and instructional strategies, developing and refining assessment strategies and rubrics, critiquing student work, and offering advice and support regarding the challenges of teaching. Chattanooga Prep learning communities will serve to identify areas in which additional professional development is needed.[52]

### Responsibility for Professional Development

The Principal is responsible for professional development in the building, with strong implementation support from the Dean of Faculty and Executive Director. The Principal supervises implementation of the Professional Learning Community meetings, plans school-wide orientation and in-service training, engages external trainers, and approves professional development plans for all school staff as part of the annual performance review process.

### Professional Development Schedule & Focus Areas

Teacher effectiveness is one of the most important variables in student learning. Thus, Chattanooga Prep's design has been crafted to maximize opportunities for teacher collaboration and professional development. Chattanooga Prep faculty will participate in 4 days per year of intensive teacher professional development as well as 5 In-Service days for individual and collaborative planning. All instructional staff are expected to participate in 120 hours of professional development each year including required school activities and additional professional learning opportunities aligned with their needs and professional goals. Chattanooga Prep's innovative school model and the multi-faceted challenges facing the school population will provide robust opportunities for professional learning and growth. The following topics will be emphasized across professional learning strategies.

---

[52] "Learning Communities." National Staff Development Council. 1 Mar. 2008 <http://www.nsdc.org/standards/learningcommunities.cfm>.

| Professional Development Topics | |
|---|---|
| **Understanding Students & the Community** | • Framework for Understanding Poverty<br>• Community tour & home visits<br>• Student interviews & focus groups<br>• Parent/Guardian/Mentor Frequent Contact<br>• Communication (Staff/Students) |
| **Data, Planning, & Assessment** | • Standards-based assessment<br>• TN Ready Preparation<br>• Assessment – Data – Instruction Cycle |
| **Diversity & Inclusion** | • Inclusion and instructional support strategies for students with IEPs and English Language Learners<br>• Implementing IEPs in the classroom<br>• Communication and discipline for student with disabilities<br>• Family communications |
| **School Culture & Behavior Management** | • Cultural Norms & Classroom Equity<br>• Achievement Culture |
| **Instructional Practices** | • Student-Centered Teaching<br>• Relentless Focus on Literacy & Foundational Skills<br>• Curriculum Integration<br>• Project / Problem-Based Learning |
| **Compliance & Reporting** | • FERPA<br>• Reporting suspected sexual abuse |

Chattanooga Prep will utilize a variety of professional learning opportunities to maximize outcomes for teachers, school staff, and students.

| Professional Development Strategies and Schedule | |
|---|---|
| **Orientation** | The faculty & staff orientation will take place annually in Summer and include at least 5 days of collaborative planning, preparation, and professional learning. Sessions will focus on an orientation to school culture and norms; assessment, planning, and classroom interactions; school policies & procedures; assessment and data systems; and other tasks identified through an assessment of teacher and staff learning needs. |
| **Coaching Immersion** | Annually in August, all teachers will participate in a 4-week, non-evaluative coaching immersion experience which will provide individualized coaching and support for each teacher. An interventionist or instructional expert will provide in-classroom observation and coaching to improve classroom practice. The coaching immersion will follow a rubric that incorporates hallmarks of instructional excellence related to planning, cultural norms / equity, student-centered teaching, and formative & summative & assessment. Teachers will receive real-time immediate feedback as well as a follow-up debrief and written notes from the coach. However, the coaching immersion will be supportive rather than evaluative. The immersion will occur in August to establish expectations for classroom practice and provide support for teachers from the beginning of the academic year. |
| **Wednesday Professional Development Period** | Every Wednesday, students will be engaged in a special Intervention & Extension learning period which will engage students in learning activities with interventionists, co-curricular partners, tutors, and mentors. Teachers will use this period to engage in professional development activities including school-wide trainings, small group planning and workshops, planning for major curricular initiatives, and other learning activities suggested by data and/or teacher-identified needs. |
| **Summer Institute** | Each Summer, Chattanooga Prep will participate in school-wide professional development summer institute which will include a combination of school-wide PD, shared PD with CGLA, and independent PD offered through HCDE or a partnering organization. |

| | |
|---|---|
| **HCDE opportunities** | Chattanooga Prep staff will be encouraged to participate in HCDE-sponsored professional development opportunities whenever possible. |
| **Professional Development Partnerships** | Chattanooga Prep will actively seek out partnerships with organizations to facilitate professional development opportunities for Chattanooga Prep teachers. Partnerships with organizations such as the Public Education Foundation, the University of Tennessee at Chattanooga, and others will offer a variety of professional development opportunities for the Chattanooga Prep community at-large, small groups of staff, or individuals. |

These sample meeting calendars show how the allocated time will be distributed throughout the school year and utilized to achieve specific school goals.

**CHATTANOOGA PREP PROFESSIONAL LEARNING COMMUNITY MEETINGS**

| Meeting | Frequency |
|---|---|
| **Academic Coaches** | **Weekly** |
| **Administrative Team** | **Monday/ Friday – Twice Weekly** |
| **PD/PBL Planning** | **Monthly as part of Wednesday PD** |
| **Leadership Team** | **Weekly** |
| **Development** | **Weekly** |
| **PBL/STEM Committee** | **Weekly** |
| **RTI Committee** | **Weekly** |
| **Exceptional ED/ELL** | **Mondays during individual planning** |
| **Department Heads** | **Weekly** |
| **Faculty Meetings** | **Monthly as part of Wednesday PD** |
| **Departmental Data Analysis / PD** | **Monthly as part of Wednesday PD** |
| **Team Advisory** | **Monthly as part of Wednesday PD** |

**CHATTANOOGA PREP WEEKLY TEAM MEETINGS**

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| **Individual Planning** | **PLC/ Team Planning** | **Individual Planning** | **Teacher Meeting with Admin. Coaches / STEM** | **Individual Planning** |

**Cultivating Future Leadership Capacity**

The Chattanooga Prep model relies not only on the exemplary professional practice of all staff, but also on the ability of the staff to function as a team in order to achieve the school's goals and outcomes as articulated in the charter's accountability plan. Key school features such as the integrated curriculum, intensive student support services, and the school culture model make it imperative that school staff work together to achieve school goals. Chattanooga Prep staff at all levels, including instructional staff, will be expected and encouraged to engage in activities to foster their leadership capacity. Opportunities will include professional development related to leadership, opportunities to serve in leadership roles (e.g., department or grade chairs, committee roles, board representation, etc. Chattanooga Prep will also implement a Teacher Fellows program to build capacity among

teachers to become team and department leaders to provide a professional pathway into educational leadership. Internal and external experts will support the development and implementation of the Fellows program.

**2.6 Insurance**

Chattanooga Prep will carry appropriate insurance coverage including workers compensation, employer liability, insurance for the facility and its contents, professional liability (directors, officers, and teachers), and sexual abuse. Because Chattanooga Prep plans to offer athletics opportunities, coverage will also include additional liability insurance. A letter from Reliance Partners documenting that they will provide the required coverage upon approval of the charter application is included as Attachment J.

## 2.7 Transportation

**Transportation Plan**

Chattanooga Prep will contract with a licensed, bonded, and fully-insured vendor to provide transportation to and from school on a daily basis as well as for expeditionary learning, summer programming, and other school activities. The transportation vendor will be selected via an RFP and bid process. The Executive Director and board will award the contract based on price, services and credentials, and vendor references. Requirements for the vendor to comply with all state and federal laws and regulations will be stipulated in the RFP to solicit bids as well as the executed contract.

Transportation is a major cost for a charter school and has been budgeted appropriately. The transportation budget is informed by the actual costs of transportation to the Chattanooga Girls Leadership Academy who have been serving the same target area. The budget includes an allocation for contracted transportation services based on the following assumptions:

- Regular student transportation will include 4 bus routes to and from school 5 days per week. Although the routes are not expected to change significantly over the years, the budgeted funds escalates along with the increasing number of students each year.
- After-school transportation will be essential for students who are engaged in extra-curricular and athletics activities, something the school will encourage all students and families to consider. In addition, Summer transportation will be important for students participating in the 30-day Summer Intervention & Extension program. Funds are budgeted for after-school and summer program transportation.
- Transportation for expeditionary learning activities are budgeted based on an assumption of 80 trips per year.

**Transporting Students with Disabilities**

Chattanooga Prep's inclusion model will ensure that transportation is not a barrier for any students to attend, including students with special transportation needs resulting from a disability or other factor.

**Oversight of Transportation Plan**

The Director of Operations will be responsible for providing daily oversight of transportation services.

## 2.8 Food Service

### Plan for Food Services

Upon approval of the charter application, Chattanooga Prep and CGLA will collaboratively issue and evaluate an RFP from qualified food service providers. As part of the RFP requirements for selecting a food services vendor, applicants will be required to document a thorough understanding and a track-record of compliance with all applicable state and federal regulations and USDA nutritional guidelines. Vendors must be USDA-approved to be eligible to participate in the bid process. Vendor selection will include a commitment to providing high-quality, nutritious meals to students.

Contracted food services will include food preparation (on and/or off site), food delivery / service, and clean-up. Chattanooga Prep intends to explore sharing food services with the Chattanooga Girls Leadership Academy to provide the best possible food service to students while affording each organization an economy of scale.

### Plan to Meet the Need of Low-Income Students

Chattanooga Prep anticipates that the vast majority of students will be eligible for free or reduced price lunches (FRPL). If the Community Eligibility Provision remains in effect, Chattanooga Prep anticipates meeting the eligibility parameters.

School staff will work with students and families through the student enrollment and orientation process to secure needed forms and documents to verify FRPL eligibility. All students and families will be required to participate annually in a mandatory school registration day with multiple time options for attendance to accommodate different family schedules.

Chattanooga Prep will abide by all USDA guidelines in the preparation, service, and administration of the food services.

## 2.9 Additional Operations

**Technology**

The application of technology is pivotal to the achievement of the school's academic goals. Chattanooga Prep leverages technology to achieve results for every student. Within the academic program, technology is used as a building block in four areas:

1. Academic skill development
2. Innovative instruction
3. Educational support systems
4. Assessment including state-mandated assessments

The following technology resources are built into the school model and budget forecast.

| Chattanooga Prep Technology Resources | |
|---|---|
| Networking & Infrastructure | The facility remodel will incorporate networking and infrastructure to allow for a robust technology and seamless wireless presence throughout the facility. After the one-time infrastructure investment, ongoing system administration costs are built into the operational budget. |
| Student Resources | All students will be issued a laptop / notebook computer for use at school and at home. In addition, vouchers will be provided for low-cost internet service for students to ensure access to the internet and learning resources. |
| Classroom Technology | Smart boards and/or projection equipment in every classroom, clickers or other interactive student learning technology. |
| Instructor & Administrator Resources | All school staff will be issued an appropriate device – a desktop computer, laptop, etc. based on their job duties. |
| Special Facilities | Computer Science / IT Lab, Media Center (shared with CGLA), Study Space, Auditorium with projection / presentation technology |

| Technology Integration in Chattanooga Prep's Academic Plan | |
|---|---|
| Recommendation for technology integration in public education | Chattanooga Prep Model |
| ***Use technology to develop proficiency in 21st century skills.*** *Knowledge of core content is necessary but no longer sufficient for success in a competitive world. Even if all students mastered core academic subjects, they still would be underprepared to succeed in postsecondary institutions and workplaces, which increasingly value people who can* ***use*** *their knowledge to communicate, collaborate, analyze, create, innovate, and solve problems* | • Chattanooga Prep issues a laptop computer to each student to facilitate routine use of this technology for educational purposes.<br>• The use of productivity software helps each student organize notes, keep up with assignments, and manage time.<br>• Each academic subject area – and each course – includes class and homework assignments that require the use of technology to research and present information.<br>• Through videoconferencing, students take part in collaborative learning projects with their peers in schools throughout the country and the world.<br>• Web-based learning occurs through student activities hosted by NASA, the Challenger Center, the National Academy of Engineering, the Institute for Electrical and Electronics Engineering, etc.<br>• Online coursework at advanced levels or in elective subjects not offered at the school campus is available through a partnership with Chattanooga State Community College. |

| | |
|---|---|
| ***Use technology to support innovative teaching and learning.*** *To keep pace with a changing world, schools need to offer more rigorous, relevant and engaging opportunities for students to learn – and to apply their knowledge and skills in meaningful ways.* | • Classrooms are equipped with electronic technology to support interactive and multimedia forms of instruction.<br>• Web-based tutoring complements and supplements personalized tutoring and remediation.<br>• Lessons and classroom materials are available on line to facilitate student review, reinforcement, and practice.<br>• Through web-based assessments, students, teachers, and parents can track progress and identify areas for further work.<br>• Access to on line professional development opportunities connects Chattanooga Prep instructional staff to a broader community of practitioners. |
| **Use technology to create robust education support systems.** *To be effective in schools and classrooms, teachers and administrators need training tools and proficiency in 21st century skills themselves. When used comprehensively technology transforms standards and assessments, curriculum and instruction, professional development, learning environments, and administration.* | • Technology resources enhance instruction and assessment.<br>• Technology facilitates communication among students, parents and school staff and is the technology supported dimension of the personalized school community.<br>• The student achievement data system allows students and parents to track progress and provides data that staff uses to evaluate instruction and make informed decisions and timely changes in instructional strategies.<br>• Chattanooga Prep's instructional management system, aligned with HCDE and state standards, provides real time testing results so instruction can be tailored or modified as indicated for individuals, groups and subgroups. |

**Student Information Management**

Chattanooga Prep will adhere to the rules established governing parents' and students' rights to privacy of information as detailed in the Family Educational Rights and Privacy Act of 1974 (FERPA). All parents and students will be advised of their rights under the provision of FERPA.

**School Health and Nursing Services**

Chattanooga Prep will comply with the Coordinated School Health Program. Chattanooga Prep will share a school clinic staffed with a Family Nurse Practitioner and operated in collaboration with a community health partner.

**Safety and Security**

Chattanooga Prep will adopt and implement a school safety plan in accordance with the guidelines articulated by the Tennessee Department of Education. To facilitate coordination, Chattanooga Prep plans to adapt and adopt administrative emergency procedures established for the Chattanooga Girls Leadership Academy. School plans related to safety and security will include but not be limited to the following:

- Design and location of restrooms
- Access to windows
- Control of the building entrances and exits
- Process for visitors to check in and out
- Exterior lighting
- Building evacuation plan
- The number and types of communication devices available during a crisis
- Detailed Administrative Emergency Procedures guide
- Technology and cybersecurity
- Property and facilities security

The school safety plan will be developed through a school safety planning task force that includes school personnel, parents, students, and representatives from first responder agencies (e.g., police, fire, and emergency medical agencies). All members of the school community will receive a copy of the written safety plan. The school

safety plan will be incorporated into training for all employees and practiced through a calendar of rehearsals and drills.

The Executive Director is responsible for school safety operations. Chattanooga Prep's Planning & Design Team has already established a preliminary school crisis plan that is included in Attachment I, the Faculty & Staff Manual. The school leadership team will refine and finalize details of the plan during the initial planning year. All staff will be trained on the plan as part of the annual staff orientation.

**School Maintenance**

Based on the experiences of the Executive Director in implementing and supporting school maintenance for the adjacent Chattanooga Girls Leadership Academy site, the school maintenance plan includes the following components.

- The Director of Operations will oversee and secure / coordinate services for all school maintenance needs.
- Custodial staff will provide custodial service and routine maintenance and maintenance / small repair.
- Fully licensed, bonded, & insured contractors will be secured using an appropriate mechanism to provide services including but not limited to the following:
  - Major repairs to systems (HVAC, Electrical, Plumbing, IT/Network, Roofing or Major Structural Repairs)
  - Grounds
  - Pest Control
  - Security & Alarm Systems
- The budget provides for maintenance related staffing, funds allocated for routine maintenance, and contingency funds for unforeseen maintenance issues.

## 2.10 Waivers

Chattanooga Prep is not requesting any waivers from State of Tennessee laws nor from State Board of Education rules.

# 3. Financial Plan and Capacity

The budget worksheet and narrative are included as **Attachments O and P**.

## 3.1 Planning and Budget Worksheet (Attachment O)

The budget and financial plan for the charter school includes all anticipated revenues and expenditures. Chattanooga Prep will operate under an annual budget on a July 1 – June 30 fiscal year.

Attachment P, includes a detailed budget using the required Public Charter School Planning and Budget Worksheet.

## 3.2 Budget Narrative (Attachment P)

Attachment Q provides a budget narrative including detailed descriptions of budget assumptions, revenue, and expenditure projections reflecting proposed growth over time.

# ATTACHMENTS

## Attachment A: Annual School Academic Calendar

Chattanooga Prep's Principal will develop an academic calendar and submit it for approval as required. The calendar for the opening 2018-19 academic year will be developed early on during the school's planning year prior to opening. The calendar below provides an example of the information that will be included and accounted for within the school budget. Administrative closing days, specific testing periods, etc. will be adjusted to align with the 2018-19 calendar and will comply with all state requirements.

## Sample Academic Year Calendar

### 2016-2017

**July 2016**

| M | Tu | W | Th | F |
|---|---|---|---|---|
| | | | | 1 |
| 4 | 5 | 6 | 7 | 8 |
| 11 | 12 | 13 | 14 | 15 |
| 18 | 19 | 20 | 21 | 22 |
| 25 | 26 | 27 | 28 | 29 |

**August 2016**

| M | Tu | W | Th | F |
|---|---|---|---|---|
| REG DAY | 2 | 3 | 4 | 5 |
| 8 | 9 | 10 | 11 | 12 |
| 15 | 16 | 17 | 18 | 19 |
| 22 | 23 | 24 | 25 | 26 |
| 29 | 30 | 31 | | |

**September 2016**

| M | Tu | W | Th | F |
|---|---|---|---|---|
| | | | 1 | 2 |
| 5 | 6 | 7 | 8 | 9 |
| 12 | 13 | 14 | 15 | 16 |
| 19 | 20 | 21 | 22 | 23 |
| 26 | 27 | 28 | 29 | 30 |

**October 2016**

| M | Tu | W | Th | F |
|---|---|---|---|---|
| 3 | 4 | 5 | 6 | 7 |
| 10 | 11 | 12 | 13 | 14 |
| 17 | 18 | 19 | 20 | 21 |
| 24 | 25 | 26 | 27 | 28 |
| 31 | | | | |

**November 2016**

| M | Tu | W | Th | F |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| 7 | 8 | 9 | 10 | 11 |
| 14 | 15 | 16 | 17 | 18 |
| 21 | 22 | 23 | 24 | 25 |
| 28 | 29 | 30 | | |

**December 2016**

| M | Tu | W | Th | F |
|---|---|---|---|---|
| | | | 1 | 2 |
| 5 | 6 | 7 | 8 | 9 |
| 12 | 13 | 14 | 15 | 16 |
| 19 | 20 | 21 | 22 | 23 |
| 26 | 27 | 28 | 29 | 30 |

**January 2017**

| M | Tu | W | Th | F |
|---|---|---|---|---|
| 2 | 3 | 4 | 5 | 6 |
| 9 | 10 | 11 | 12 | 13 |
| 16 | 17 | 18 | 19 | 20 |
| 23 | 24 | 25 | 26 | 27 |
| 30 | 31 | | | |

**February 2017**

| M | Tu | W | Th | F |
|---|---|---|---|---|
| | | 1 | 2 | 3 |
| 6 | 7 | 8 | 9 | 10 |
| 13 | 14 | 15 | 16 | 17 |
| 20 | 21 | 22 | 23 | 24 |
| 27 | 28 | | | |

**March 2017**

| M | Tu | W | Th | F |
|---|---|---|---|---|
| | | 1 | 2 | 3 |
| 6 | 7 | 8 | 9 | 10 |
| 13 | 14 | 15 | 16 | 17 |
| 20 | 21 | 22 | 23 | 24 |
| 27 | 28 | 29 | 30 | 31 |

**April 2017**

| M | Tu | W | Th | F |
|---|---|---|---|---|
| 3 | 4 | 5 | 6 | 7 |
| 10 | 11 | 12 | 13 | 14 |
| 17 | 18 | 19 | 20 | 21 |
| 24 | 25 | 26 | 27 | 28 |

**May 2017**

| M | Tu | W | Th | F |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| 8 | 9 | 10 | 11 | 12 |
| 15 | 16 | 17 | 18 | 19 |
| 22 | 23 | 24 | 25 | 26 |
| 29 | 30 | 31 | | |

**June 2017**

| M | Tu | W | Th | F |
|---|---|---|---|---|
| | | | 1 | 2 |
| 5 | 6 | 7 | 8 | 9 |
| 12 | 13 | 14 | 15 | 16 |
| 19 | 20 | 21 | 22 | 23 |
| 26 | 27 | 28 | 29 | 30 |

| | |
|---|---|
| ***Days included in student count:*** | **#** |
| FULL Student Day | 182 |
| Teacher Prof Development | 4 |
| | 186 |
| ***Days included in teacher calendar:*** | **#** |
| Total Student Days | 182 |
| Admin In-Service (Student Holiday) | 5 |
| Paid Holiday | 6 |
| Winter Break/Paid Vacation | 10 |
| | 203 |
| ***Other Color Keys:*** | |
| TN Ready Testing Window | |
| Non-Paid Holiday (Fall Break 10/10-10/14) (Spring Break 3/20-3/24) | 11 |
| **Bold Blue Border** | End of Qtr |
| ***Pertinent Dates:*** | |
| 1st Qtr: 8/4-10/6 | 45 days |
| 2nd Qtr: 10/17-12/15 | 41 days |
| 3rd Qtr: 1/4-3/10 | 47 days |
| 4th Qtr: 3/13-5/26 | 49 days |
| Registration Day: | 8/1 |

Report Cards:
10/21; 1/6; 3/31; 5/26

Progress Reports:
8/26; 9/16; 11/14; 12/2
1/20; 2/10; 4/13; 5/5

Parent Teacher Conferences (10/24-10/28 & 3/6-3/10)

## Summer Program

June – July

- 30-day Summer Program required for academically struggling students & recommended for all students.
- 10-day Prep Summer Camp experience encouraged for all students

## ATTACHMENT B: Student Handbook / School Forms

# Chattanooga Preparatory School

# Student & Family Handbook

**INTRODUCTION**

The purpose of the Chattanooga Preparatory School (CHATTANOOGA PREP) student and family handbook is to provide a clear and central source of information about common aspects of life at CHATTANOOGA PREP. Students will review this during the Orientation Week. Students and their families must review this book, as it provides answers to almost any general CHATTANOOGA PREP question you may have. Please keep a copy handy so you can refer to it whenever the need arises.

**GENERAL INFORMATION**

SCHOOL DAY

The school day is 7:50 a.m. – 3:00 p.m. Parents are encouraged to bring their children to breakfast which begins at 7:20 a.m. All students are expected to arrive at the Dining Hall located on Orchard Knob Avenue by 7:40 a.m. Breakfast ends at 7:40 a.m. Students will dismiss from breakfast to class at 7:40 a.m. Reading/Seminar period begins daily in the main building at 7:50 a.m. Students arriving after 7:40 a.m. should be dropped off at the main building. Students arriving after 7:50 a.m. must have a parent or guardian escort them in and sign in with office personnel.

ATTENDANCE

Students are expected to attend school each day unless sickness or special family circumstances interfere. A successful CHATTANOOGA PREP education depends on the student's involvement and participation in each class, and the student who is absent often misses out on the valuable experiences that lead to success. We ask that you arrange medical and dental appointments at times that do not interfere with school commitments whenever possible. Family travel and vacation plans should be made only during school vacations, and students are expected to attend school on the days before and after vacation breaks.

Chattanooga Preparatory School recognizes the following as excused absences:

1. Personal Illness – Illness excused by a doctor's note and medical/dental appointment excused by note from doctor, not the appointment card.
2. Family Illness – with documentation from the doctor concerning the necessity of the student's assistance.
3. Religious holidays
4. Court Appointment – with documentation
5. Death in immediate family – with documentation
6. Approved school sponsored events

Parents are allotted 3 days of parent excused absences per school year.
All excuse notes and documentations are to be turned in to the main office the day the student returns to school.

ABSENCES / TARDY TO SCHOOL

Tardiness will be handled as a disciplinary infraction. Prompt arrival is the responsibility of the student and parent. Students who are transported by parents or drive themselves and arrive late will be counted as tardy. A student is considered tardy to school if she is not present in his assigned classroom by 7:50 a.m. Students who are tardy to school must be accompanied by a parent or guardian and report immediately to the main office for a tardy admission slip. This tardy admission slip must be presented to the first teacher the student has that school day. If a student accumulates three (3) tardies in one semester, it is equivalent to one (1) unexcused absence.

| | |
|---|---|
| **First Tardy** | Verbal Warning |
| **Second Tardy** | Parent Notified |
| **Third Tardy** | Detention – Parent notified and detention slip issued to student. |
| **Fourth Tardy** | Saturday School – Parent notified and Saturday school slip issued to student. |
| **Fifth Tardy** | Restrictive Attendance – Administrator/Parent Conference |

**Excessive Tardies** – Student will be dismissed from all extracurricular activities and incentives. Discipline consequences determined at the discretion of administration for the 6th tardy and above.

After five (5) unexcused absences, a parent/guardian will be mailed a five day attendance notification letter.

If the student continues the pattern of unexcused absences and reaches ten (10) absences within the calendar year, she will be referred to Juvenile Court for truancy. An informal hearing will occur with a juvenile court officer.

**Absence Make-up Work Policy**
It is the student's responsibility to ask the teacher for all missed assignments and to complete all make up work. Students will make up work in accordance with length of absence. For example, if the student is absent one day, work must be turned in within one school day of return. If student is absent two days, work must be turned in within two school days of absence. **The make-up work policy only applies to work assigned during the period of absence. If work was due on the day of absence, it must be turned in the day of return.**

PRE-ARRANGED ABSENCES

Students who need to arrange for a planned absence must make a formal request in writing to the Associate Principal. If the Associate Principal agrees to the planned absence, the student is given a form that each of his teachers must sign. Students who have pre-arranged absences are responsible for making up work. They must get their make-up work before the date of pre-arranged absence. They will have no more than five (5) days to submit work after the day of return. Work may be due in less than five (5) days. Decision for due date will be made at the discretion of administration.

Please note: illness, family emergencies, or occasional doctor's appointments are valid reasons to miss school. Among the reasons that are not valid: staying home to complete assignments, hair appointments, or running errands. Because absences can significantly affect the learning process, we encourage careful planning and clear communication with the school office about any anticipated absences.

DISMISSAL

School dismisses at 3:00 p.m. **Any change in dismissal status must be accompanied by a handwritten note by the parent or legal guardian including a phone number.** The attendance officer will call the parent or legal guardian to confirm the authenticity of the note. **Phone calls are NOT acceptable means of communicating a change in dismissal status.**

Bus Riders
If there is an available bus stop in your area, students may be eligible for bus service. Please see Appendix 2 and make note of the Bus Policy. Students who earn bus referrals may be suspended from bus privileges for an extended period of time. Bus transportation to school is a privilege. State law does not require that schools provide transportation.

Car Riders

All car riders will be dismissed from the designated parking area location. Parents are expected to pick up their student in the designated car rider line. Parents are expected to pick up their child ***no later*** than 3:20 p.m. There is no adult supervision after 3:20 p.m. For the safety and protection of all students, students should not be left after 3:20 p.m. CHATTANOOGA PREP reserves the right to report safety concerns and issues to Child Protective Services.

Early Dismissal

Any student who has valid permission to leave the school grounds during the academic day (between 7:50 a.m. and 3:00 p.m.) must always be signed out by a parent, legal guardian or the documented designee per Registration Information Card. In order to minimize waiting time, a note should be sent to the office the morning of student's early dismissal. If a signed out student returns during the same school day, she must be signed in by a parent, legal guardian or the documented designee per Registration Information Card.

Students who are repeatedly signed out for early dismissal may be referred to Administration for chronic early dismissals.

Among the reasons that are not valid for early dismissal are hair appointments, running errands, or the person is unwilling to wait in the car rider line. Because absences can significantly affect the learning process, we encourage careful planning and clear communication with the School office about any anticipated absences.

CHANGE OF INFORMATION

Whenever there is a change in telephone number, address, and other vital information, the Registrar must be notified immediately. Inability to contact a parent or legal guardian during emergency situations may result in contacting the appropriate authorities.

SCHOOL CLOSINGS

In the event of inclement weather or other emergency situations, CHATTANOOGA PREP will make announcements delivered to the local news and radio stations. CHATTANOOGA PREP will also contact you using our calling system. Information will also be posted to our website at www.Chattanooga Preponline.com.

VISITORS

All visitors to the school **must** sign in at the main reception office and wear a visitor's badge. These visitations **ARE NOT** to be used to meet with teachers regarding their children's progress, unless prior arrangements are made with school administration. Parents or guardians that need to request a conference with a school administrator must schedule an appointment. Administrators are not available for walk-in conferences. Appointments can be scheduled by calling the Registrar.

Administration reserves the right to ask a visitor to leave if they become a disruption to the learning environment.

Parents are allowed to bring lunch and eat with their child pending approval from administration. They may not eat with other students or share food with other students. Parents may sit at a designated table with their child only. Other students may not sit with the parent and child. Appropriate sign in procedures must be followed.

Individuals who come onto school property or who contact employees on school business are expected to behave accordingly. Specifically, actions that are prohibited include, but are not limited to:

1. Cursing and use of obscenities;
2. Disrupting or threatening to disrupt school or office operations;
3. Acting in an unsafe manner that could threaten the health or safety of others;
4. Verbal or written statements or gestures indicating intent to harm an individual or property;
5. Physical attacks intended to harm an individual or substantially damage property.

**FAMILY AND COMMUNITY ENGAGEMENT**

CHATTANOOGA PREP is committed to engaging parents as partners to be lead participants in their child's academic and social development and be involved in the school's operations and governance. As part of the enrollment guidelines, parents and/or guardians are **required** to attend registration and parent orientation.

## MEDICAL INFORMATION

### EMERGENCY SITUATIONS

Although it is impossible to plan for every emergency, medical or safety situation, CHATTANOOGA PREP has a basic emergency response plan designed to allow us to respond quickly and thoughtfully to any critical incident.

A critical incident is a traumatic event that is an out-of-the-ordinary experience. It has the potential of disrupting the learning environment and having a negative impact on both staff and students. Inability to contact a parent or legal guardian during emergency situations may result in contacting the appropriate authorities.

### IMMUNIZATION

All students must have updated shot records on file to complete the registration and admission process. 7th graders must have an additional series of immunizations. Students can receive the immunizations by their doctor or at the health department.

### EMERGENCY INFORMATION

Emergency medical forms must be on file in the Main Office by the last day of Parent Orientation. These forms give the school specific instructions about whom to call and what action to take when we are unable to reach a parent or guardian in the event of a medical emergency. Any change in a girl's medical condition or physician must be reported to the Main Office.

### MEDICINE AT SCHOOL

Parents must bring prescription and/or over the counter medicine to the Main Office upon their arrival so that it can be stored safely and self-administered. A medication authorization form must be completed and on file in the registrar's office.

All medicines must be in its original container accompanied by a completed prescription form from your physician indicating the time it is to be administered, permission to dispense the medicine, and the diagnosis.

Over the counter medicines may be kept in the front office with directions for use and must be in its original container. A parent permission form must be completed and on file in the registrar's office.

Students are not allowed to carry or administer medication. All medications must be kept in the main office. Students in possession of over the counter or prescription medication will be subject to disciplinary consequences.

### ABSENCE DUE TO ILLNESS

**Parents/ guardians are asked to keep their son at home if:**

- *His temperature is 99.9 degrees or above.*
- *There is any vomiting or diarrhea.*
- *He tests positively for strep throat: In this case, students must stay home 24 hours after being given an injection or started on oral medicine.*
- *He has a contagious illness (i.e. pink eye, ringworm, rash etc.).*

If your son has any of these symptoms, please do not send him to school for at least a 24-hour period after the symptom(s) have been absent -- even if your child says he would like to return to school. Students must also remain home 24 hours after being given an injection or starting oral medication. Children with the above symptoms will be sent home.

Students who are absent 3 or more consecutive days must have a written doctor's excuse upon returning to school.

ILLNESS DURING SCHOOL HOURS

Students who become ill during school hours will be sent to the office for early dismissal. The receptionist will call the student's parent and they must be picked up within two (2) hours.

UNIVERSAL EMERGENCY PROCEDURES

Students are expected to follow the universal emergency procedures during drills and actual emergencies. If a student refuses to comply with teachers and staff, she will be subject to disciplinary consequences.

SAFETY

**Personal Property/Electronics Policy**

Electronic devices (included but not limited to mP3 players, gaming devices, cell phones) are ***NOT*** allowed.

CHATTANOOGA PREP will not be responsible for a student's personal loss. CHATTANOOGA PREP will not assume responsibility for money, property or valuables, either lost or stolen. This includes but is not limited to the following: CD players, walkmans, MP3 players, cameras, cellular phones, handheld games, iPods, iPads, personal computers, etc. We recommend students leave these items at home. If a student has an item taken from him, please contact the classroom teacher or administration to arrange a time for an adult to pick up the item. CHATTANOOGA PREP provides computers for students for individual use, thus there is no need to bring personal computers or iPads.

**Elevator Usage**

Students are expected to use the stairs at all times. Usage of the elevator and lift is reserved for students with a written medical excuse issued by a physician. Students caught using the elevator without proper permission will be suspended.

**Suspected Child Abuse**

**The faculty and staff at CHATTANOOGA PREP embraces their role as partners with each student's family, supporting the healthy development and safety of each student. As a result, teachers and all school personnel comply with the state mandate to report child abuse and neglect to the Department of Human Services.**

ACADEMICS

GRADING POLICY

**At CHATTANOOGA PREP students will receive traditional letter grades (A, B, C, D or F).**
If a student does not demonstrate proficiency through course assessments, she will be required to attend tutoring. With the support of his teacher(s), the student will continue learning and practicing until she achieves proficiency or better.

To earn course credit and advance to the next course, a Middle School student must master 75% of course standards and a High School student must master 70% of course standards.

**LATE WORK POLICY**
Chattanooga Preparatory School has adopted a policy to encourage students to manage their time and adequately prepare for post-secondary expectations. Work is considered late if it is submitted after teacher given due date. Late work may be accepted up to but not exceeding 2 days past the due date.

**ADVISORY**
Coordinated by the Administration, the Advisory program assigns each faculty and staff member to a small group of students for whom they serve as the academic and personal counselor during the course of the students' enrollment at CHATTANOOGA PREP. Through bi-weekly meetings, the advisor assists students in:

- evaluating academic progress
- making the connections between coursework in different academic disciplines
- reflecting on the relationship between the academic program and personal development
-

COMMUNICATION OF STUDENT PROGRESS

Each quarter, students will be provided with a "snapshot" of their achievement. A hard copy of Student Achievement Reports will be sent to parents, and a copy will be available on-line as well. The achievement reports will also form the basis for parent conferences.

CHATTANOOGA PREP Student Achievement Reports will provide a richer breadth and depth of information regarding achievement than traditional report cards that only include letter grades.

**PROGRESS REPORTS**
Progress reports consist of the student's current grade, absences, conduct, and any comments the teacher wishes to make. The dates of progress reports are:

| | |
|---|---|
| First 9 weeks<br>Friday – Aug. 26th<br>Friday – Sept. 16th<br><br>Second 9 weeks<br>Friday – Nov. 14th<br>Friday – Dec. 2nd | Third 9 weeks<br>Friday – Jan. 20th<br>Friday - Feb. 10th<br><br>Fourth 9 weeks<br>Friday – April 13th<br>Friday - May 5th |

Remember that end of quarters and report cards are as follows:

| | | |
|---|---|---|
| 1st Quarter: | Aug. 4 – Oct. 6 | Report card: Oct. 21 |
| 2nd Quarter: | Oct. 20 – Dec. 15 | Report card: Jan. 6 |
| 3rd Quarter: | Jan. 4 - Mar. 10 | Report card: Mar. 31 |
| 4th Quarter: | Mar. 27 – May 26 | Report card: May 26 (mailed) |

PARENT TEACHER CONFERENCES

Requests for parent-teacher conferences will be made through the main office; (423) 702-7230.

## Policies & Procedures

**TECHNOLOGY**
Students are expected to adhere to the Responsible Use Policy. When a student is unable to do so, she could lose the privilege of using his school issued laptop as well as any personal computers or electronic devices. Students using social media sites without permission from a teacher during the school day will receive an office referral.

**UNIFORM POLICY**
The wearing of uniforms is a requirement at CHATTANOOGA PREP. Students are required to uphold the ideals of family and unity and wear the designated uniform daily. Uniforms must be clean and in good condition. The school will designate and notify parents in writing of the particular uniform, costs, and the recommended vendor for uniform purchases. Parents and guardians must inform school administrators immediately whenever there are difficulties, of any kind, in obtaining or the student wearing the required uniform.

Parents and guardians are advised not to substitute their own versions of alternatives to the required uniform. To do so, puts the student at risk of wearing unacceptable attire and may result in parents/guardians purchasing items the students cannot wear. A school administrator is the final decision maker regarding the appropriateness of students' dress and appearance.

**Shoes**
Students can wear sneakers, and penny loafers or oxford type shoes and Sperry's 'boat shoes', with their uniforms. **Flip-flops or sandals are not permitted.**

Failure to follow dress code policies will result in referrals and disciplinary consequences.

**CELL PHONE/ELECTRONICS POLICY**
Electronic devices (included but not limited to MP3 players, gaming devises, and cell phones) are **NOT** allowed during school hours from 7:20a.m. – dismissal. Telephones must be in the OFF mode during this time or in lockers. Any student caught using a cell phone or any electronic device mentioned, without permission during the school day, will have the following consequences applied. Parents should not text or call a student's cell phone during school hours but should contact the main office at 664-5721. The administration will collect the phone accordingly.

1. Referral - 3 days for 1st offense.
2. Referral - 2 weeks for 2nd offense.
3. Referral - The cell phone will not be returned until the end of the school year for the 3rd offense.

**Refusing to give teacher/staff a cell phone will result in further disciplinary action, including suspension.**

CHATTANOOGA PREP will not be responsible for a student's personal loss. CHATTANOOGA PREP will not assume responsibility for money, property or valuables, either lost or stolen. This includes but is not limited to the following: CD players, walkmans, MP# players, cameras, cellular phones, handheld games, iPods, iPads, personal computers, etc. We recommend students leave these items at home. If a student has an item taken from him, please contact the classroom teacher or administration to arrange a time for an adult to pick up the item.

**CHATTANOOGA PREP DISCIPLINE PLAN**

***NOTE: Chattanooga Prep's School Discipline Plan is included in full as Attachment C. To save space and comply with the application page limit, it is not reproduced here.***

**GRADUATION REQUIREMENTS**

"All students will pursue a focused program of study preparing them for postsecondary education. While all students may not enter postsecondary training immediately following h school, they must be prepared for lifelong learning."

| Subject | Course/Credit |
|---|---|
| English | 4 |
| Math | 4 (Algebra I, Geometry, Algebra II and 1 advanced math)<br>Math) students must take math each school year. |
| Science | 4 (Biology, Chemistry/Physics) |
| Social Studies | 3 (World History/World Geography/World Cultures/World Studies, American History/American Studies, and American Government and Economic) .5 Govt. |
| Wellness | 1 |
| PE | .5 |
| Personal Finance | .5 |
| Foreign Language | 2 (same language) |
| Fine Arts | 1 |

Capstone experience such as senior project or service learning required.

| | |
|---|---|
| Elective Focus | 3 |
| **REQUIRED** | **23 credits – traditional**<br>**28 credits –block** |

*Students transferring to our system as high school students having passed Algebra I in the 7th grade will be advancing to Geometry, Algebra II and two advance math courses.

**Major Studies: 3 credits above core requirements**

(Personalized Educational Program – Coherent Sequence of Courses)

(1) Math/Science/Technology (any 3 courses or combination of courses in math/Science/technology.)

(2) Technical/Career (State required program of study. Where only 3 courses are required.)

(3) Humanities (any 3 courses or combination of courses and any Literature, History, Foreign Language, and Fine Arts.)

(4) AP (any 3 course or combination of courses above the core requirements).

**DIPLOMA CRITERIA**

- A regular high school diploma requires a successful completion of the program of study.

- Complete and satisfactory record of attendance and conduct is required for all graduates.

- If students who transfer into Hamilton County their junior or senior year and are not in line to graduate under Hamilton county graduation requirements, the principal will contact the Assistant Superintendent for Secondary Education to determine an appropriate program of study and graduation possibilities for that student.

- **Beginning with the class of 2013 all students must earn the prescribed 23 credit minimum. This includes students with disabilities**

- **A diploma of Special Education may be earned for satisfactory completion of an IEP (Individual Education Program) and satisfactory record of attendance and conduct. Beginning with the class of 2013 a transition certificate may be awarded at the end of their fourth year of high school to students with disabilities who have (1) taken classes toward a high school diploma, (2) have satisfactorily completed an individualized IEP, and (3) have satisfactory records of attendance and conduct. Students who obtain the transition certificate may continue to work towards the high school diploma through the end of the school year in which they turn 22 years old.**

**CLASS RANKING: REPEATING A COURSE**

- **Valedictorian** - must have the highest numerical average, rounded to the nearest hundredth, not to exceed 100. The valedictorian's course selection must include core courses from the highest level (Honors, National Industry Certification, joint enrollment, AP, and IB) offered in English, mathematics, social studies, and science at each high school. The valedictorian must be enrolled in the school from which he/she graduates at the beginning of the junior year.

- **Salutatorian** - must have the second highest numerical average, rounded to the nearest hundredth, not to exceed 100. The salutatorian's course selection must include core courses from the highest level offered in English, mathematics, social studies, and science at each high school. The salutatorian must be enrolled in the school from which he/she graduates at the beginning of the junior year.

- For determining valedictorian and salutatorian, only ninth grade students may repeat a course to improve their grade point average (GPA). The highest grade earned in a course that has been repeated will be used in determining a student's grade point average and class rank for all other purposes other than determining valedictorian and salutatorian.

- HONORS COURSE – 3 ADDED POINTS

Honors course designation can be sought by application for courses in the following areas: mathematics, science, English, foreign language, social studies, all college joint enrollment courses, career and technical courses, and such special courses as applied for and approved by the State.

- NATIONAL INDUSTRY CERTIFICATION - 3 ADDED POINTS

Career and technical courses which students take the nationally recognized examination specific for the course.

APPENDIX 1

## BULLYING POLICY

"Bullying" means systematically and chronically inflicting physical hurt or psychological distress on one or more students and may involve:

- Teasing;
- Social exclusion;
- Threat;
- Intimidation;
- Stalking;
- Physical violence;
- Theft;
- Sexual or racial harassment;
- Public humiliation; or
- Destruction of property.

1. "Harassment" means any threatening, insulting, or dehumanizing gesture, use of data or computer software, or written, verbal, or physical conduct directed against a student or school employee that:

2. Places a student or school employee in reasonable fear of harm to him or his person or damage to him or his property

3. Has the effect of substantially interfering with a student's educational performance, opportunities, or benefits; or

4. Has the effect of substantially disrupting the orderly operation of a school.

The definitions of "bullying" and "harassment" include:

Retaliation against a student or school employee by another student or school employee for asserting or alleging an act of bullying or harassment. Reporting an act of bullying or harassment that is not made in good faith is considered retaliation.

Perpetuation of conduct listed in paragraph (a) or paragraph (b) by an individual or group with intent to demean, dehumanize, embarrass, or cause physical harm to a student or school employee, by:

Incitement or coercion;

Accessing or knowingly causing or providing access to data or computer software through a computer, computer system, or computer network within the scope of the district school system; or

Acting in a manner that has an effect substantially similar to the effect of bullying or harassment.

APPENDIX 2
BUS POLICY

Students should plan to arrive approximately 10 minutes prior to the scheduled arrival time of their bus. The drivers strive to stay on schedule however, traffic and/or weather conditions can affect their actual arrival time at your stop.
Students shall be at the bus stop at the scheduled time. The bus schedule does not allow additional time to wait for those students who are tardy. Students shall stand a safe distance from the flow of traffic at the bus stop and wait until the bus door is open before moving toward the bus. They shall not play on highways or streets.
While the bus is loading or unloading, students shall enter or leave the bus promptly and in an orderly manner.
Students shall conduct themselves in such a manner that they will not disturb other riders on the bus or distract the attention of the bus driver. The following behavior is prohibited during bus rides:

Standing while bus is in motion
Throwing items around the bus
Physical aggression towards another person
The use of abusive or obscene language is strictly forbidden at all times.
Students are not permitted to bring knives or sharp objects of any kind, firearms, pepper spray or mace, tasers, pets or other living animals on the bus.
Students shall not tamper with any of the safety devices such as door latches and fire extinguishers.
Students shall not shout or make gestures toward anyone outside the bus.
Students shall not extend their hands, arms, head, or any other part of their body through the window.
Students shall not deface or litter the bus. They shall not write on the bus, damage seats, or throw paper, food or other objects on the floor of the bus, nor from the bus. Unnecessary abuse of the school bus by a pupil, e.g., cut seats, broken glass, etc., will result in that pupil becoming ineligible for transportation. Said pupil shall become eligible again only when payment is made for damages and assurances given that the abuse will not recur.
Food or drinks may not be consumed on the bus, and smoking is not permitted.
Students shall keep aisles of the bus clear in order to admit passage in the aisle.
Students shall not ask the driver to let them off the bus at any other place except their regular stop.
Students who must cross the road or highway to enter the bus are encouraged to wait until the bus comes to a complete stop and the driver has signaled them to cross in front of the bus.
Students who must cross the road after leaving the bus in the afternoon shall go to a point on the shoulder of the road ten feet in front of the bus and cross the road only after the driver has signaled them to cross.
Students will sit in their assigned seats for the duration of the trip.
For safety purposes, aisles or emergency exits shall not be blocked.

# APPENDIX 3

## TN STATE DEPT OF EDUCATION DISCIPLINE CODE

49-6-3401. Suspension of students — Expulsion of students. —

(a) Any principal, principal-teacher or assistant principal of any public school in this state is authorized to suspend a pupil from attendance at the school, including its sponsored activities, or from riding a school bus, for good and sufficient reasons. Good and sufficient reasons for suspension include, but are not limited to:

(1) Willful and persistent violation of the rules of the school or truancy;

(2) Immoral or disreputable conduct or vulgar or profane language;

(3) Violence or threatened violence against the person of any personnel attending or assigned to any public school;

(4) Willful or malicious damage to real or personal property of the school, or the property of any person attending or assigned to the school;

(5) Inciting, advising or counseling of others to engage in any of the acts enumerated in subdivisions (a)(1)-(4);

(6) Marking, defacing or destroying school property;

(7) Possession of a pistol, gun or firearm on school property;

(8) Possession of a knife and other weapons, as defined in § 39-17-1301 on school property;

(9) Assaulting a principal or teacher with vulgar, obscene or threatening language;

(10) Unlawful use or possession of barbital or legend drugs, as defined in § 53-10-101;

(11) Two (2) or more students initiating a physical attack on an individual student on school property or at a school activity, including travel to and from school;

(12) Making a threat, including a false report, to use a bomb, dynamite, any other deadly explosive or destructive device, including chemical weapons, on school property or at a school sponsored event;

(13) Any other conduct prejudicial to good order or discipline in any public school; and

(14) Off-campus criminal behavior that results in the student being legally charged with a felony and the student's continued presence in school poses a danger to persons or property or disrupts the educational process.

(b) (1) Any principal, principal-teacher or assistant principal may suspend any pupil from attendance at a specific class, classes or school-sponsored activity without suspending the pupil from attendance at school pursuant to an in-school suspension policy adopted by the local board of education. Good and sufficient reasons for in-school suspension include, but are not limited to, behavior:

(A) That adversely affects the safety and well-being of other pupils;

(B) That disrupts a class or school sponsored activity; or

(C) Prejudicial to good order and discipline occurring in class, during school-sponsored activities or on the school campus.

(2) In-school suspension policies shall provide that pupils given an in-school suspension in excess of one (1) day from classes shall attend either special classes attended only by students guilty of misconduct or be placed in an isolated area appropriate for study. Students given in-school suspension shall be required to complete academic requirements.

(c) (1) Except in an emergency, no principal, principal-teacher or assistant principal shall suspend any student until that student has been advised of the nature of the student's misconduct, questioned about it and allowed to give an explanation.

(2) Upon suspension of any student other than for in-school suspension of one (1) day or less, the principal shall, within twenty-four (24) hours, notify the parent or guardian and the Principal of schools or the Principal of schools' designee of:

(A) The suspension, which shall be for a period of no more than ten (10) days;

(B) The cause for the suspension; and

(C) The conditions for readmission, which may include, at the request of either party, a meeting of the parent or guardian, student and principal.

(3) If the suspension is for more than five (5) days, the principal shall develop and implement a plan for improving the behavior, which shall be made available for review by the Principal of schools upon request.

(4) (A) If, at the time of the suspension, the principal, principal-teacher or assistant principal determines that an offense has been committed that would justify a suspension for more than ten (10) days, the person may suspend a student unconditionally for a specified period of time or upon such terms and conditions as are deemed reasonable.

(B) The principal, principal-teacher or assistant principal shall immediately give written or actual notice to the parent or guardian and the student of the right to appeal the decision to suspend for more than ten (10) days. All appeals must be filed, orally or in writing, within five (5) days after receipt of the notice and may be filed by the parent or guardian, the student or any person holding a teaching license who is employed by the school system if requested by the student.

(C) The appeal from this decision shall be to the board of education or to a disciplinary hearing authority appointed by the board. The disciplinary hearing authority, if appointed, shall consist of at least one (1) licensed employee of the LEA, but no more than the number of members of the local board.

(D) The hearing shall be held no later than ten (10) days after the beginning of the suspension. The local board of education or the disciplinary hearing authority shall give written notice of the time and place of the hearing to the parent or guardian, the student and the school official designated in subdivision (c)(4)(A) who ordered the suspension. Notice shall also be given to the LEA employee referred to in subdivision (c)(4)(B) who requests a hearing on behalf of a suspended student.

(5) After the hearing, the board of education or the disciplinary hearing authority may affirm the decision of the principal, order removal of the suspension unconditionally or upon such terms and

conditions as it deems reasonable, assign the student to an alternative program or night school or suspend the student for a specified period of time.

(6) If the decision is determined by a disciplinary hearing authority, a written record of the proceedings, including a summary of the facts and the reasons supporting the decision, shall be made by the disciplinary hearing authority. The student, principal, principal-teacher or assistant principal may, within five (5) days of the decision, request review by the board of education; provided, that local school board policy may require an appeal to the Principal of schools prior to a request for review to the board. Absent a timely appeal, the decision shall be final. The board of education, based upon a review of the record, may grant or deny a request for a board hearing and may affirm or overturn the decision of the hearing authority with or without a hearing before the board; provided, that the board may not impose a more severe penalty than that imposed by the hearing authority without first providing an opportunity for a hearing before the board. If the board conducts a hearing as a result of a request for review by a student, principal, principal-teacher or assistant principal, then, notwithstanding any provision of the open meetings laws compiled in title 8, chapter 44, or other law to the contrary, the hearing shall be closed to the public, unless the student or student's parent or guardian requests in writing within five (5) days after receipt of written notice of the hearing that the hearing be conducted as an open meeting. If the board conducts a hearing as a result of a request for review by a student, principal, principal-teacher, or assistant principal that is closed to the public, then the board shall not conduct any business, discuss any subject or take a vote on any matter other than the appeal to be heard. Nothing in this subdivision (c)(6) shall act to exclude the department of children's services from the disciplinary hearings when the department is exercising its obligations under § 37-1-140. The action of the board of education shall be final.

(d) In the event the suspension occurs during the last ten (10) days of any term or semester, the pupil may be permitted to take final examinations or submit required work that is necessary to complete the course of instruction for that semester, subject to the action of the principal, or the final action of the board of education upon any appeal from an order of a principal continuing a suspension.

(e) Students under in-school suspension shall be recorded as constituting a part of the public school attendance in the same manner as students who attend regular classes.

(f) Nothing in this title shall require an LEA to enroll a student who is under suspension or expelled in an LEA either in Tennessee or another state. The Principal of schools for the school system in which the suspended student requests enrollment shall make a recommendation to the local board of education to approve or deny the request. The recommendation shall occur only after investigation of the facts surrounding the suspension from the former school system. If the recommendation is to deny admission and if the local board approves the Principal of schools' recommendation, the Principal of schools shall, on behalf of the board of education, notify the commissioner of the decision. Nothing in this subsection (f) shall affect children in state custody or their enrollment in any LEA. Any LEA that accepts enrollment of a student from another LEA may dismiss the student if it is determined subsequent to enrollment that the student had been suspended or expelled by the other LEA.

(g) Notwithstanding this section or any other law to the contrary, a pupil determined to have brought to school or to be in unauthorized possession on school property of a firearm, as defined in 18 U.S.C. § 921, shall be expelled for a period of not less than one (1) calendar year, except that the Principal may modify this expulsion on a case-by-case basis. In addition to the other provisions of this part, a student committing battery upon any teacher, principal, administrator, any other employee of an LEA or school resource officer, or unlawfully possessing any drug including any controlled substance, as defined in §§ 39-17-403 through 39-17-415, or legend drug, as defined by § 53-10-101, shall be expelled for a period of not less than one (1) calendar year, except that the Principal may modify this expulsion on a case-by-case basis. For purposes of this subsection (g), "expelled" means removed from the pupil's regular school program at the location where the violation occurred or removed from school attendance altogether, as determined by the school official. Nothing in this section shall be construed to prohibit the

assignment of such students to an alternative school. Disciplinary policies and procedures for all other student offenses, including terms of suspensions and expulsions, shall be determined by local board of education policy.

(h) The commissioner of education shall report on a semi-annual basis to the select oversight committee on education and the education committees of the Senate and the House of Representatives regarding disciplinary actions in Tennessee schools. The reports shall include the reason for the disciplinary action, the number of such students suspended or expelled and the number of such students who have been placed in an alternative educational setting. Data shall be sorted by school as well as by various demographic factors, including grade, race and sex.

# AFFIRMATION PAGE

I ______________________________ have reviewed this student handbook with my child and will be an active participant in the education of my son. I understand that charter schools are schools of choice and will work with the administrators and teachers of CHATTANOOGA PREP to make sure that I am making the best choice for my son.

______________________________________________

(PARENT'S SIGNATURE) (DATE)

______________________________________________

(STUDENT'S SIGNATURE) (DATE)

## ATTACHMENT C: Student Discipline Policy

**A safe and orderly school starts with a student code of conduct and a fair and consistent application of consequences.**

**NORMS**

"A norm is a standard, model, or pattern regarded as typical." - *American Heritage College Dictionary*

- Teachers have a right to TEACH. Students have a right to LEARN.
- RESPECT authority and COOPERATE with school personnel.
- Everyone is RESPONSIBLE for his/her own ACTIONS.
- Treat OTHERS the way YOU would like to be treated.
- LEARN and follow the NORMS of our school.

**CONSEQUENCES AND DEFINITIONS**

- Classroom Interventions – Classroom management strategies that teachers use to create a positive and productive learning environment
- Student Conferences – A student and teacher or a team of teachers with a student conference
- Student Advisor Referral – A referral to guidance, advisor, or social worker
- Time out of class – An area inside the room away from others, another room with another teacher, or a brief time ( 1 minute or less) outside the room
- Parent Involvement – Phone call, written notice, Agenda Mate correspondence, or parent conference
- Behavior Plan – a written behavior modification plan specific to the student
- Detention – Assignments can be after or before school, usually one hour long. If teacher or team has given detention, the administration will not give another. The number of detentions should be limited (such as 3) before a more serious consequence is sought.

**STUDENT VIOLATIONS OF BEHAVIORAL EXPECTATIONS AND CONSEQUENCES**

**Violations of the behavioral expectations are identified as Level 1, 2 or 3. The information below provides examples of violations at each level as well as consequences for infractions.**

| Examples of Level 1 Violations of Student Behavioral Expectations | |
|---|---|
| **LEVEL 1** | • 3rd offense- daily classroom disruption<br>• Failure to serve detention or Saturday school<br>• Excessive tardiness<br>• Picking on, bothering, or distracting other students<br>• Use of profanity or vulgarity<br>• Dress code violation<br>• Disrupting school activity<br>• Minor defiance of authority/disobedience<br>• Verbal insults or put-downs<br>• Use of cell phones, game boys, and similar electronic devices at unauthorized times<br>• Minor damage or defacement of school property<br>• Unauthorized use of school equipment<br>• Gambling<br>• Minor physical aggression with another student (e.g., pushing, shoving)<br>• Scholastic dishonesty<br>• Other minor school-based misconduct |

| Consequences for Level 1 Violations | |
|---|---|
| **FIRST VIOLATION** | • Warning- make student aware of offense and consequences |

| | |
|---|---|
| | • Restrictive Attendance (contact parent to pick up student)<br>• Student returns to school after administrator/parent conference<br>• Make student aware of offense and expectations<br>• 1 day detention |
| **SECOND VIOLATION** | • Restrictive Attendance (contact parent to pick up student)<br>• Parent contact<br>• 1 day Detention<br>• 1 day Saturday School |
| **THIRD VIOLATION** | • Restrictive Attendance (contact parent to pick up student)<br>• Evening School and Saturday School – minimum of 10 school days<br>• Parent/Administrator/Teacher/Student conference |
| **FOURTH VIOLATION** | • Restrictive Attendance (contact parent to pick up student)<br>• Evening School and Saturday School – minimum of 15 school days<br>• Parent/Administrator/Teacher/Student conference |
| **FIFTH VIOLATION** | Discipline will be determined at the discretion of Administration |
| ***SEVERE CLAUSE*** | *Administration reserves the right to change disciplinary consequences due to individual situations at any time.* |

| EXAMPLES OF LEVEL 2 VIOLATIONS OF STUDENT BEHAVIORAL EXPECTATIONS | |
|---|---|
| **LEVEL 2** | • False activation of a fire alarm<br>• Possession of fireworks/firecrackers<br>• Bullying<br>• Harassment based on race, ethnicity, sexual orientation, gender identity, disability, or religion<br>• Sexual harassment<br>• Consensual but inappropriate physical contact<br>• Destruction or theft of school property, including graffiti (under $500)<br>• Severe defiance of authority/disobedience<br>• Trespassing<br>• Possessing of Tobacco products including but not limited to e-cigarettes<br>• Theft from an individual (under $500)<br>• Other school-based misconduct that disrupts the school environment including but not limited to gang activity, misuse of student publications<br>• Recurring Level One offenses |

| CONSEQUENCES FOR LEVEL 2 VIOLATIONS | |
|---|---|
| **FIRST VIOLATION** | • Restrictive Attendance<br>• Parent must return with student for re-admitting conference<br>• Administrator/parent conference<br>• 8 hours Saturday School |
| **SECOND VIOLATION** | • Restrictive Attendance<br>• Parent must return with student for re-admitting conference<br>• Administrator/parent conference<br>• Student assigned to Evening School and Saturday School for a minimum of 10 school days |
| **THIRD VIOLATION** | • Restrictive Attendance<br>• Parent must return with student for re-admitting conference<br>• Administrator/parent conference<br>• Student assigned to Evening School and Saturday School for a minimum of 15 school days |

| | |
|---|---|
| **FOURTH VIOLATION** | Immediate Long Term suspension of five or more days with referral to Tribunal Committee for possible expulsion. If re-admitted, student must serve Evening School for a minimum of 20 days |
| ***SEVERE CLAUSE*** | *Administration reserves the right to change disciplinary consequences due to individual situations at any time.* |

| | **EXAMPLES OF LEVEL 3 VIOLATIONS OF STUDENT BEHAVIORAL EXPECTATIONS** |
|---|---|
| **LEVEL 3** | • Persistent bullying<br>• Harassment based on race, ethnicity, sexual orientation, gender identity, disability, or religion<br>• Persistent sexual harassment<br>• Fighting (may include incidents that result in minor injuries like cuts, scrapes, and bloody noses)<br>• Use of Tobacco products<br>• Severe disrespect of authority<br>• Being under the influence of drugs or alcohol<br>• Possession of alcohol or unauthorized (but legal) drugs<br>• Possession of mace, pepper spray, or tasers<br>• Possession of illegal drugs - Mandatory Referral to Law Enforcement<br>• Destruction or theft of school property, including graffiti ($500 - $5000)<br>• Theft from an individual ($500 - $5000)<br>• School-based misconduct that substantially disrupts the school environment<br>• Possession of weapons<br>• Verbal or social media threats of violence against another student, staff or faculty member<br>• Using any item as a weapon to physically assault or threaten a person<br>• Assault against faculty or staff member<br>• Recurring Level 2 offenses |

| | **CONSEQUENCES FOR LEVEL 3 REFERRALS** |
|---|---|
| **VIOLATION** | • Immediate long-term suspension (10 days or more) with referral to Tribunal Committee for possible expulsion (See HCDE "zero tolerance" offenses as well as HCDE and Tennessee Department of Education due process for students). Minimum of 20 days of Evening school is required if student is allowed to return to CGLA. |
| ***SEVERE CLAUSE*** | *Administration reserves the right to change disciplinary consequences due to individual situations at any time.* |

**EVENING SCHOOL**

Students who do not respond to behavior intervention strategies may be assigned to attend Evening School. When assigned, attendance is mandatory.

**EVENING SCHOOL - POLICY AND PROCEDURES**

**Policy**

1. Evening School will operate Monday through Thursday from 2:00 p.m. until 6:00 p.m. and serve as a deterrent to discipline.
2. Discipline referrals for evening school will be made by the school Associate or Assistant Principal; the parent / guardian of the student will be advised.
3. If a student refuses to attend evening school, they will be subject to additional disciplinary action.
4. Students assigned to evening school must attend Saturday school.

5. If a student has been referred to Evening School or Saturday school but is unable to attend, the parent or guardian must contact the administration the day before the absence. Days of absence will be added to the length of the assignment regardless of it is an excused or unexcused absence. *Administration reserves the right to assign additional Saturday school if rational given for missing Saturday school is unsatisfactory.*
6. Students must adhere to the school uniform policy and follow all school rules and policies. Failure to do so will result in additional referrals resulting in extended days and/or suspension.

**Procedure**

1. Student and parent will meet with administration to determine the time to report and time of dismissal and review expectations.
2. As students report for evening school, they must check in with front office staff. Parents/guardians are not allowed in the building.
3. Upon arrival all cell phones will be given to the teacher. Students who refuse to check in their cell phone will not be permitted to stay.
4. If use of an electronic device is discovered, the student will be required to attend additional sessions and disciplinary consequences will be applied.
5. Students must sign in and out with the evening school supervisor.
6. Parents/ guardian are responsible for transportation.
7. Students must work on school assignments.
8. Teacher will collect completed assignments and place in the mail box of classroom teachers.
9. Students are not allowed to sleep or disrupt class.

**SATURDAY SCHOOL**

Students who do not respond to behavior intervention strategies can be assigned to attend the Saturday School. When assigned, attendance is mandatory. During this time students will participate in activities to build skills that will enable them to make positive contributions to the learning environment. If a student fails to attend Saturday school she will be placed on restrictive attendance subject to additional disciplinary consequences including a referral. The student must also serve the hours missed in addition to the remaining assigned hours.

**SATURDAY SCHOOL - POLICY AND PROCEDURES**

1. Saturday School will operate every other Saturday (unless otherwise assigned) from 8:00 a.m. – 12:00 p.m. and serve as a deterrent to discipline, and or failure to comply with after school detention.
2. Discipline referrals will be made by the school Associate or Assistant Principal; the parent / guardian of the student will be advised of Saturday School.
3. If a student is assigned to Saturday School due to failure to attend detention, a letter will be sent home by the student notifying the parent /guardian of their Saturday school status.
4. If the student has been referred to Saturday school and is unable to attend, the parent or guardian must contact the administration the day before absence.
5. *Administration reserves the right to assign additional Saturday school if rational given for missing Saturday school is unsatisfactory.*
6. If a student refuses to attend Saturday school, they will be subject to additional disciplinary action.
7. Saturday school takes precedent over weekend athletic or school related activities.
8. Students must adhere to the school uniform policy.

**STUDENT PUBLICATIONS**

Student publications are an important part of the academic program and contribute to the accomplishment of the school mission. We encourage the development of student-produced school newspapers, yearbooks, and other publications. Such publications must have a faculty sponsor appointed by the Director. All student publications shall include a statement, prominently displayed which identifies the publication's relationship to the school, the staff, the writers, and the faculty sponsor. The Director is responsible for instructing the faculty sponsor on all legal requirements relevant to rights and responsibilities of students and sponsors. The Director will also render prompt decisions to the student editors and sponsors when conflicts occur on the appropriateness of material.

The Governance Board expects student publications to meet the following guidelines:

- published material does not endanger the health or safety of students;
- published material does not threaten to disrupt the educational process;
- published material does not indicate a commercial purpose;
- published material does not contain obscene and/or inflammatory statements;
- published material does not contain libelous or slanderous statements;
- published material does not violate the canons of journalism;
- published material is distributed in accordance with pre-approved procedures.

Students who edit, publish, and/or wish to distribute non-school sponsored materials whether handwritten, printed, duplicated or digitally created, and distribute said materials among their fellow students in the schools must assume responsibility for the content of such materials. They may be restricted in the time and place of distribution; and, if the Principals determine that the material is libelous or obscene according to current legal definition, or would threaten to disrupt the educational process, they may be prohibited from distributing it.

**SEXUAL HARASSMENT**

Any reported act which interferes with the education of any individual by creating an intimidating, hostile, humiliating or sexually offensive educational environment will be dealt with as a disciplinary issue. Sexual harassment may be reported by accessing the school website or contacting school administration.

**SECRET SOCIETIES/GANG ACTIVITY**

Secret Societies: Secret fraternities, sororities, or other clubs made up of students from public school are prohibited. Secret fraternities, sororities, or clubs have been adjudged by the courts to include those social clubs, operating off campus, which nevertheless derive their membership wholly or in part from the public schools. These organizations practice a process of selection designed to create an exclusive membership and seek by this process to maintain the club's segregation distinction and caste system of rushing, pledging and undemocratic selection of new members.

Gang Activity: Student behavior which is "gang" related is prohibited at school or at school sponsored events. Students who engage in such activities shall be removed from the learning environment until the matter is resolved. Gang paraphernalia, clothing, grooming, etc. or an activity which indicates or implies membership or affiliation with a gang presents a clear and present danger to the educational environment and are prohibited.

Consequences for Membership in Secret Societies or Gangs: Students who violate this policy will, by such action, immediately forfeit all privileges of participating in extracurricular activities, honors, or offices.

**HAZING**

Hazing activities of any type are inconsistent with the educational process and are prohibited at all times. Hazing is defined as any act or coercing another to do any act of initiation into any student or other organization that causes or creates a substantial risk of causing mental or physical harm to any person. Permission, consent, or assumption of risk by an individual subjected to hazing does not lessen the prohibition contained in this policy.

No administrator, faculty member, or other employee will encourage, permit, condone, or tolerate hazing activities. No student, including leaders of student organizations, will plan, encourage, or engage in any hazing.

**TOBACCO USE BY STUDENTS**

Possessing, using, dispensing or selling tobacco in school buildings, on school grounds, or on school buses is wrong and harmful, and therefore is prohibited and suspension is automatic.

**DRUG AND ALCOHOL USE BY STUDENTS**
Students are not permitted to possess, use, distribute, sell or be under the influence of drugs, drug-like substances, look-alike drugs, drug paraphernalia, and/or alcohol on school property or at school sponsored events as these items are considered to be wrong and harmful.

**STUDENT/PARENT CONCERNS, COMPLAINTS AND GRIEVANCES**
Chattanooga Prep embraces an open door policy. All concerns will be heard and addressed by the Administration; in an effort to resolve situations that arise, all parties involved will be included in the conversation.

**PROTECTION OF STUDENTS WITH DISABILITIES**
In all disciplinary actions and proceedings, students' disabilities, special education needs, or special circumstances will be carefully considered and taken into account. For students with IEPs, a special educator will serve in an advisory capacity to ensure protection of the rights of students with disabilities.
0

**FIRE ALARMS**
Students who engage the fire alarms without proper cause can be reported to local law enforcement agencies.

***Chattanooga Prep administrators reserve the right to recommend student(s) for dismissal if for any reason their enrollment is a safety risk for other students and/or teachers.***

**ACTIVITIES AND ORGANIZATIONS**
Students are encouraged to participate in extracurricular activities that take place after regular school hours. Students who do not demonstrate academic proficiency and/or positive leadership qualities and receive behavior referrals, will be banned from participation. In addition, students on sports teams must maintain a 2.5 average at all times, serve all detentions as assigned, and refrain from any referrals. If a student receives a referral, they will be suspended from their athletic team. Athletes with F averages in a course at progress report and the end of 9 week terms, will be dismissed from their teams.

**BULLYING POLICY**
"Bullying" means systematically and chronically inflicting physical hurt or psychological distress on one or more students and may involve:

- Teasing;
- Social exclusion;
- Threat;
- Intimidation;
- Stalking;
- Physical violence;
- Theft;
- Sexual or racial harassment;
- Public humiliation; or
- Destruction of property.

"Harassment" means any threatening, insulting, or dehumanizing gesture, use of data or computer software, or written, verbal, or physical conduct directed against a student or school employee that:

- Places a student or school employee in reasonable fear of harm to his or her person or damage to his or her property
- Has the effect of substantially interfering with a student's educational performance, opportunities, or benefits; or
- Has the effect of substantially disrupting the orderly operation of a school.

The definitions of "bullying" and "harassment" include:

- Retaliation against a student or school employee by another student or school employee for asserting or alleging an act of bullying or harassment. Reporting an act of bullying or harassment that is not made in good faith is considered retaliation.
- Perpetuation of conduct listed in paragraph (a) or paragraph (b) by an individual or group with intent to demean, dehumanize, embarrass, or cause physical harm to a student or school employee, by incitement or coercion;
- Accessing or knowingly causing or providing access to data or computer software through a computer, computer system, or computer network within the scope of the district school system; or
- Acting in a manner that has an effect substantially similar to the effect of bullying or harassment.

**BUS POLICY**

Students should plan to arrive approximately 10 minutes prior to the scheduled arrival time of their bus. The drivers strive to stay on schedule however, traffic and/or weather conditions can affect their actual arrival time at your stop.

Students shall be at the bus stop at the scheduled time. The bus schedule does not allow additional time to wait for those students who are tardy. Students shall stand a safe distance from the flow of traffic at the bus stop and wait until the bus door is open before moving toward the bus. They shall not play on highways or streets.

While the bus is loading or unloading, students shall enter or leave the bus promptly and in an orderly manner. Students shall conduct themselves in such a manner that they will not disturb other riders on the bus or distract the attention of the bus driver.

The following behavior is prohibited during bus rides:

- Standing while bus is in motion
- Throwing items around the bus
- Physical aggression towards another person
- The use of abusive or obscene language is strictly forbidden at all times.
- Possession of knives or sharp objects of any kind, firearms, pepper spray or mace, tasers, pets or other living animals on the bus.
- Tampering with any of the safety devices such as door latches and fire extinguishers.
- Shouting or make gestures toward anyone outside the bus.
- Extending hands, arms, head, or any other part of their body through the window.
- Defacing or littering the bus. They shall not write on the bus, damage seats, or throw paper, food or other objects on the floor of the bus, nor from the bus. Unnecessary abuse of the school bus by a pupil, e.g., cut seats, broken glass, etc., will result in that pupil becoming ineligible for transportation. Said pupil shall become eligible again only when payment is made for damages and assurances given that the abuse will not recur.
- Consuming food or drinks
- Smoking
- Blocking or impeding passage in the bus aisle
- Asking the driver to let a student off the bus at any other place except their regular stop

Students who must cross the road or highway to enter the bus are encouraged to wait until the bus comes to a complete stop and the driver has signaled them to cross in front of the bus.

Students who must cross the road after leaving the bus in the afternoon shall go to a point on the shoulder of the road ten feet in front of the bus and cross the road only after the driver has signaled them to cross.

Students will sit in their assigned seats for the duration of the trip. For safety purposes, aisles or emergency exits shall not be blocked.

# TN STATE DEPT OF EDUCATION DISCIPLINE CODE

49-6-3401. Suspension of students — Expulsion of students. —

(a) Any principal, principal-teacher or assistant principal of any public school in this state is authorized to suspend a pupil from attendance at the school, including its sponsored activities, or from riding a school bus, for good and sufficient reasons. Good and sufficient reasons for suspension include, but are not limited to:

(1) Willful and persistent violation of the rules of the school or truancy;

(2) Immoral or disreputable conduct or vulgar or profane language;

(3) Violence or threatened violence against the person of any personnel attending or assigned to any public school;

(4) Willful or malicious damage to real or personal property of the school, or the property of any person attending or assigned to the school;

(5) Inciting, advising or counseling of others to engage in any of the acts enumerated in subdivisions (a)(1)-(4);

(6) Marking, defacing or destroying school property;

(7) Possession of a pistol, gun or firearm on school property;

(8) Possession of a knife and other weapons, as defined in § 39-17-1301 on school property;

(9) Assaulting a principal or teacher with vulgar, obscene or threatening language;

(10) Unlawful use or possession of barbital or legend drugs, as defined in § 53-10-101;

(11) Two (2) or more students initiating a physical attack on an individual student on school property or at a school activity, including travel to and from school;

(12) Making a threat, including a false report, to use a bomb, dynamite, any other deadly explosive or destructive device, including chemical weapons, on school property or at a school sponsored event;

(13) Any other conduct prejudicial to good order or discipline in any public school; and

(14) Off-campus criminal behavior that results in the student being legally charged with a felony and the student's continued presence in school poses a danger to persons or property or disrupts the educational process.

(b) (1) Any principal, principal-teacher or assistant principal may suspend any pupil from attendance at a specific class, classes or school-sponsored activity without suspending the pupil from attendance at school pursuant to an in-school suspension policy adopted by the local board of education. Good and sufficient reasons for in-school suspension include, but are not limited to, behavior:

(A) That adversely affects the safety and well-being of other pupils;

(B) That disrupts a class or school sponsored activity; or

(C) Prejudicial to good order and discipline occurring in class, during school-sponsored activities or on the school campus.

(2) In-school suspension policies shall provide that pupils given an in-school suspension in excess of one (1) day from classes shall attend either special classes attended only by students guilty of misconduct or be placed in

an isolated area appropriate for study. Students given in-school suspension shall be required to complete academic requirements.

(c) (1) Except in an emergency, no principal, principal-teacher or assistant principal shall suspend any student until that student has been advised of the nature of the student's misconduct, questioned about it and allowed to give an explanation.

(2) Upon suspension of any student other than for in-school suspension of one (1) day or less, the principal shall, within twenty-four (24) hours, notify the parent or guardian and the Principal of schools or the Principal of schools' designee of:

(A) The suspension, which shall be for a period of no more than ten (10) days;

(B) The cause for the suspension; and

(C) The conditions for readmission, which may include, at the request of either party, a meeting of the parent or guardian, student and principal.

(3) If the suspension is for more than five (5) days, the principal shall develop and implement a plan for improving the behavior, which shall be made available for review by the Principal of schools upon request.

(4) (A) If, at the time of the suspension, the principal, principal-teacher or assistant principal determines that an offense has been committed that would justify a suspension for more than ten (10) days, the person may suspend a student unconditionally for a specified period of time or upon such terms and conditions as are deemed reasonable.

(B) The principal, principal-teacher or assistant principal shall immediately give written or actual notice to the parent or guardian and the student of the right to appeal the decision to suspend for more than ten (10) days. All appeals must be filed, orally or in writing, within five (5) days after receipt of the notice and may be filed by the parent or guardian, the student or any person holding a teaching license who is employed by the school system if requested by the student.

(C) The appeal from this decision shall be to the board of education or to a disciplinary hearing authority appointed by the board. The disciplinary hearing authority, if appointed, shall consist of at least one (1) licensed employee of the LEA, but no more than the number of members of the local board.

(D) The hearing shall be held no later than ten (10) days after the beginning of the suspension. The local board of education or the disciplinary hearing authority shall give written notice of the time and place of the hearing to the parent or guardian, the student and the school official designated in subdivision (c)(4)(A) who ordered the suspension. Notice shall also be given to the LEA employee referred to in subdivision (c)(4)(B) who requests a hearing on behalf of a suspended student.

(5) After the hearing, the board of education or the disciplinary hearing authority may affirm the decision of the principal, order removal of the suspension unconditionally or upon such terms and conditions as it deems reasonable, assign the student to an alternative program or night school or suspend the student for a specified period of time.

(6) If the decision is determined by a disciplinary hearing authority, a written record of the proceedings, including a summary of the facts and the reasons supporting the decision, shall be made by the disciplinary hearing authority. The student, principal, principal-teacher or assistant principal may, within five (5) days of the decision, request review by the board of education; provided, that local school board policy may require an appeal to the Principal of schools prior to a request for review to the board. Absent a timely appeal, the decision shall be final. The board of education, based upon a review of the record, may grant or deny a request for a board hearing and may affirm or overturn the decision of the hearing authority with or without a hearing before the board; provided, that the board may not impose a more severe penalty than that imposed by the hearing authority without first providing an opportunity for a hearing before the board. If the board conducts a hearing as a result of a request for review by a student, principal, principal-teacher or assistant principal, then, notwithstanding any

provision of the open meetings laws compiled in title 8, chapter 44, or other law to the contrary, the hearing shall be closed to the public, unless the student or student's parent or guardian requests in writing within five (5) days after receipt of written notice of the hearing that the hearing be conducted as an open meeting. If the board conducts a hearing as a result of a request for review by a student, principal, principal-teacher, or assistant principal that is closed to the public, then the board shall not conduct any business, discuss any subject or take a vote on any matter other than the appeal to be heard. Nothing in this subdivision (c)(6) shall act to exclude the department of children's services from the disciplinary hearings when the department is exercising its obligations under § 37-1-140. The action of the board of education shall be final.

(d) In the event the suspension occurs during the last ten (10) days of any term or semester, the pupil may be permitted to take final examinations or submit required work that is necessary to complete the course of instruction for that semester, subject to the action of the principal, or the final action of the board of education upon any appeal from an order of a principal continuing a suspension.

(e) Students under in-school suspension shall be recorded as constituting a part of the public school attendance in the same manner as students who attend regular classes.

(f) Nothing in this title shall require an LEA to enroll a student who is under suspension or expelled in an LEA either in Tennessee or another state. The Principal of schools for the school system in which the suspended student requests enrollment shall make a recommendation to the local board of education to approve or deny the request. The recommendation shall occur only after investigation of the facts surrounding the suspension from the former school system. If the recommendation is to deny admission and if the local board approves the Principal of schools' recommendation, the Principal of schools shall, on behalf of the board of education, notify the commissioner of the decision. Nothing in this subsection (f) shall affect children in state custody or their enrollment in any LEA. Any LEA that accepts enrollment of a student from another LEA may dismiss the student if it is determined subsequent to enrollment that the student had been suspended or expelled by the other LEA.

(g) Notwithstanding this section or any other law to the contrary, a pupil determined to have brought to school or to be in unauthorized possession on school property of a firearm, as defined in 18 U.S.C. § 921, shall be expelled for a period of not less than one (1) calendar year, except that the Principal may modify this expulsion on a case-by-case basis. In addition to the other provisions of this part, a student committing battery upon any teacher, principal, administrator, any other employee of an LEA or school resource officer, or unlawfully possessing any drug including any controlled substance, as defined in §§ 39-17-403 through 39-17-415, or legend drug, as defined by § 53-10-101, shall be expelled for a period of not less than one (1) calendar year, except that the Principal may modify this expulsion on a case-by-case basis. For purposes of this subsection (g), "expelled" means removed from the pupil's regular school program at the location where the violation occurred or removed from school attendance altogether, as determined by the school official. Nothing in this section shall be construed to prohibit the assignment of such students to an alternative school. Disciplinary policies and procedures for all other student offenses, including terms of suspensions and expulsions, shall be determined by local board of education policy.

(h) The commissioner of education shall report on a semi-annual basis to the select oversight committee on education and the education committees of the Senate and the House of Representatives regarding disciplinary actions in Tennessee schools. The reports shall include the reason for the disciplinary action, the number of such students suspended or expelled and the number of such students who have been placed in an alternative educational setting. Data shall be sorted by school as well as by various demographic factors, including grade, race and sex.

## Attachment D: Student Enrollment Policy

### Application Plan, Pre-Admission Activities, & Timeline

For the inaugural school year, 2018-19, applications for 6th grade will be accepted between April 1st and May 5th, 2018. To ensure a fair and equitable process, applications will not be accepted after the close of the application period. However, CGLA reserves the right to extend the application process in the event that the school or, in future years, a grade, is undersubscribed. Applications will be available in a variety of locations including the Chattanooga Prep website, the CGLA website, the CGLA school office, and CGLA partner sites.

The application and admissions process includes the following key components:

| Admission Component | Description | Timeframe |
|---|---|---|
| ***Parent Information Sessions*** | Parent, guardian, or adult advocate of prospective student must register for and attend at least one of these sessions prior to submitting an application for admission. The sessions will convey information about public charter eligibility criteria, CGLA's school structure, the academic program, and parental engagement requirements. | December - January |
| ***Application Materials*** | The package will include an application form, permission to request school records, and a clear statement of the enrollment process (including the lottery process if the school or a grade is oversubscribed). The form will be available in Spanish and there will be numerous opportunities for parents/guardians to meet with a school representative or volunteer for assistance in completing the application. | January - March |
| ***Screening for Eligibility*** | School staff will screen applications to ensure that they meet the eligibility requirements for charter school attendance as specified by Tennessee law. | March – May |
| ***Notification of admission status*** | Students who are admitted to the school will be notified via telephone and with a follow-up official letter of admission. Parents must sign and return a written statement of acceptance of admission. ***If the school is oversubscribed, a lottery will be held in accordance with the process described below, after which those selected through the lottery as well as those on the waiting list will be advised of their status.*** | April - June |

### Nondiscriminatory Admission Policies

Chattanooga Preparatory School's admission and enrollment policies and practices will be nondiscriminatory and will be fully compliant with T.C.A. § 49-13-107. Chattanooga Prep will follow all federal and state laws as well as constitutional provisions prohibiting discrimination on the basis of disability, race, creed, color, nation origin, religion, ancestry, or need for special education services. To ensure compliance with state and federal regulations, information regarding disabilities, race, color, national origin, ancestry, or need for special education services will be collected during the recruitment, application, or enrollment process for information purposes only and will not be used in determining eligibility. As a public charter, Chattanooga Prep will not charge tuition unless the Governance Board approves a transfer student from another school district, pursuant to the provisions of T.C.A. § 49-6-3003.

### Articulation Plans or Agreements

At this time, Chattanooga Preparatory School does not have any articulation plans of agreements in place. If the school considers entering into any such agreements in the future, all articulation and enrollment activities will be in compliance with T.C.A. § 49-13-113.

### Policies and Procedures

***Lottery:*** Chattanooga Prep will accept eligible students on a first-come, first-served basis. However, if there are more eligible applicants than spaces for the school or for a grade, a lottery will be held within 7 business days following the close of the application period. The lottery, which is a system of random selection of applicants, will be a public, monitored event, with public officials present to supervise the lottery and attest to the fairness of the proceedings.

***Wait List:*** During the lottery process, all completed and accepted applications submitted during the application period are publicly drawn in random order until capacity is reached. The remainder of the applications are then drawn and placed on a waiting list in the order drawn. The waiting list will be used to fill any openings that occur up to December of the academic year. The waiting list is only valid for one school year. A new enrollment-lottery-waiting list process begins each school year.

***Enrollment of Siblings:*** In accordance with the eligibility provisions of the Tennessee Public Charter Schools Act, Chattanooga Prep siblings will be given first priority in the admissions process. While siblings will be given first priority, parents will still be required to complete the application and enrollment process. To receive the preference, parents will have to complete the application process for siblings of enrolled students by May 5th. Eligible siblings whose parents do not complete the application process by the deadline for any upcoming school year will not receive preference.

***Re-enrollment:*** It is understood that students enrolled in CGLA may re-enroll for the following school year without submitting an application as long as they are in good standing. Good standing includes meeting expectations for (1) acceptable academic progress, (2) attendance, and (3) responsibility and positive behavior.

***Transfers:*** A parent or guardian should notify the school at least one week before the withdrawal date. This will allow time to circulate the withdrawal forms and help families to compile any school records they may need to re-enroll elsewhere. All school resources (library books, textbooks, computing devices, etc. must be returned. Chattanooga Prep will provide a transfer form indicating that the withdrawal is complete and will provide official records to the students new school upon request from the new school.

***Withdrawals:*** In the event that a student must withdraw from Chattanooga Prep during the school year, the parent or guardian must contact the guidance counselor at least one week prior to the student's last full attendance day. The guidance counselor will prepare the necessary documentation. The administration retains the right to request documentation to substantiate and document the withdrawal. All school resources must be returned before the withdrawal is complete.

## Attachment E: Pledged Support from Prospective Partners & Letters of Support / MOUs / Contracts

THE UNIVERSITY OF TENNESSEE
CHATTANOOGA

Vice Chancellor for Research
Dept 4905
615 McCallie Avenue
Chattanooga, TN 37403
Phone: (423) 425-4431
Fax: (423) 425-4052

January 26, 2017

Mr. Ted Alling
Friends of Chattanooga Prep

Dear Mr. Alling,

The University of Tennessee at Chattanooga is pleased to offer support for the Chattanooga Preparatory School. UTC shares your vision for a vibrant and diverse educational landscape in our community. Young men, particularly young men of color from low-income households, face tremendous barriers to completing high school, enrolling in and completing postsecondary programs, and participating in careers of their choice. For our community – and our world, it is simply unacceptable to have entire segments of the population unable, due to poor academic preparation, to participate in the knowledge-based economy. I applaud your efforts and strongly support your plan to establish the Chattanooga Preparatory School to provide a single-gender academic option for boys and young men.

I look forward to partnering with Chattanooga Prep to support the school in the following way(s):

- Partner with Chattanooga Prep on grant-funded projects when mutually beneficial to both parties.
- Assist with teacher recruitment and placement.
- Include Chattanooga Prep teachers and administrators in K-12 teacher professional development opportunities for teachers and administrators.
- Collaborate with Chattanooga Prep to expose students to postsecondary and career exploration activities such as campus visits, laboratory demonstrations, job shadowing, etc.
- Explore opportunities for UTC students to complete internships or practicum experiences. Examples may include social work students, nursing students, public administration students, etc.

I look forward to an ongoing dialogue about the school and how we can collaborate to benefit teachers, students, and families.

Sincerely,

Joanne G. Romagni, PhD
*Vice Chancellor for Research*
*Dean of the Graduate School*

Tennessee Aquarium
IMAX® 3D Theater
River Gorge Explorer
One Broad Street • P.O. Box 11048 • Chattanooga, TN 37401-2048 • 423/265-0695 • www.tnaqua.org

January 24, 2017

Mr. Ted Alling
Friends of Chattanooga Prep

Dear Mr. Alling,

In my role as the Vice President responsible for community access, diversity and inclusion, I am familiar with the tremendous needs of young men residing in Chattanooga's economically disadvantaged communities. I strongly support your efforts to establish the Chattanooga Preparatory School to provide a single-gender academic option for boys and young men. The school will fill a critical need in Hamilton County's educational options for young men and their families, and we welcome the opportunity to work with Chattanooga Prep in the following way(s):

- Ongoing expeditionary learning opportunities at the Tennessee Aquarium, an accredited educational asset by AdvanceED.
- Learning opportunities in classrooms through programs delivered by the Aquarium's award-winning environmental education outreach coordinator.
- Learning expeditions into the heart of the Tennessee River Gorge with a naturalist on board the River Gorge Explorer.
- Opportunities to stimulate interest in STEM through viewing films at the Tennessee Aquarium IMAX Theater. For example, *Dream Big* inspires students to consider engineering careers.
- Programs at the Tennessee Aquarium Conservation Institute to help train the next generation of scientists. We can help students gain a greater appreciation for our region's natural resources and learn about the actions and career paths they can take to make a difference.
- Internship opportunities at the Aquarium for deserving students.

I urge the charter application reviewers to give the Chattanooga Preparatory School careful consideration and support this important investment in the future of our young people.

Sincerely,

Cindy Todd

Cindy Todd
Tennessee Aquarium Vice President
Chief Marketing and Development Officer

Alpine Camp
FOR BOYS

ATOP LOOKOUT MOUNTAIN ★ Post Office Box 297, Mentone, Alabama 35984-0297

Telephone: (256) 634-4404

Facsimile: (256) 634-4405

WWW.ALPINECAMP.COM

Directors Glenn & Carter Breazeale | Directors Emeritus Dick & Alice O'Ferrall

February 8, 2017

Mr. Ted Alling
Friends of Chattanooga Prep

Dear Mr. Alling,

In my role as Director at Alpine Camp for Boys in Mentone, AL, I am familiar with the tremendous needs of young men residing in Chattanooga's economically disadvantaged communities. Our camp is based just south of Chattanooga, TN and has held a mission of growing boys into men for over 55 years now. We believe strongly in helping our neighbors and partnering with any organization that has as its mission to raise up men, regardless of economic circumstance. I strongly support your efforts to establish the Chattanooga Preparatory School to provide a single-gender academic option for boys and young men. The school will fill a critical need in Hamilton County's educational options for young men and their families.

We would hope to use our tremendous asset of 350 acres of woods, river, ropes course and adventure to allow boys from Chattanooga Prep to get out into nature. At Alpine we believe that boys thrive when they can unplug from all the modern technology surrounding us today. Boys learn by doing things side by side (activities). Being in a camp setting allows boys to learn how to relate to one another organically as they do activities together. They bond. They argue. And they learn how to make up. We would love to be a part of teaching boys from Chattanooga Prep these skills.

I urge the charter application reviewers to give the Chattanooga Preparatory School careful consideration and support this important investment in the future of our community and our young people.

Sincerely,

Glenn Breazeale

Glenn Breazeale
Director

★ THAT THEY MAY INCREASE IN WISDOM AND IN STATURE AND IN FAVOR WITH GOD AND MAN

skye▸strategies

1100 Market Street, Floor 6
Chattanooga, TN 37402
423.710.8808
www.SkyeStrategies.com

January 18, 2017

Chattanooga Preparatory School
800 Market Street, Suite 200
Chattanooga, TN 37402

Dear Ted:

I am pleased to write this letter confirming the commitment of Skye Strategies to provide grant writing services for Chattanooga Preparatory School, as outlined in our signed Scope of Services initiated in January 2017. As an all-boys public charter school serving our community's most at-risk young men, Chattanooga Prep is poised to have a dramatic impact on education in Hamilton County. We are honored to provide grant writing services to support the planning and development of the school.

Skye Strategies offers a team approach to grant development support for our clients and is the only company of its kind in the Chattanooga region. Our staff includes seasoned grant development and nonprofit professionals who are passionate about education and improving opportunities for the underserved in our community. With more than $27 million in grant funding awarded, our staff have built meaningful relationships across a variety of service sectors in order to accomplish both small and large wins. Our expertise includes federal funding (such as the U.S. Department of Education, U.S. Department of Health & Human Services, Health Resources & Services Administration, National Science Foundation, National Endowment for the Humanities, and U.S. Department of Agriculture), state and local government funding (such as the Tennessee Department of Education, Tennessee Department of Health, and City of Chattanooga), and local and national foundation funding. Skye Strategies has worked with more than 35 nonprofit and education partners across the Chattanooga region, impacting 16 counties.

Skye Strategies will assign two lead staff members to support Chattanooga Prep, including a Project Manager (Jennifer Hoff) and Grant Development and Research Coordinator (Ashley Branam). Jennifer Hoff will provide overall supervision and leadership for grant development and management support. Ashley Branam will provide day-to-day grant research, grant writing, and grant management support, as directed by Ms. Hoff.

In addition to the two lead staff, Skye Strategies will provide other staff and technical resources necessary to support successful grant development and management. We currently maintain three full-time staff and one part-time staff member, and we also work closely with an experienced evaluation consultant. An overview of our key services and staff bios are attached.

We look forward to helping Chattanooga Prep achieve its vision and mission as a transformative educational choice for at-risk, underserved young men in Hamilton County.

Sincerely,

Jennifer Hoff
President and Founder

# skye►strategies

Skye Strategies is a Chattanooga-based grant development, strategic planning, and communications firm that offers a broad range of services for the nonprofit, education, healthcare, and government sectors. With over 44 years of combined professional experience, the Skye Strategies team is committed to and passionate about the institutions we represent and the individuals whose lives are improved through our individualized and collaborative approach to fund and program development.

**Grant Development:** With more than $26 million in grant funding awarded, our staff of professional grant writers and development strategists have built meaningful relationships across a variety of service sectors in order to accomplish both small and large wins. Our expertise includes federal funding (such as the U.S. Department of Education, U.S. Department of Health & Human Services, Health Resources & Services Administration, U.S. Department of Labor, National Science Foundation, National Endowment for the Humanities, Community Development Block Grants, and U.S. Department of Agriculture), state and local government funding (such as the Tennessee Department of Education, Tennessee Department of Health, and City of Chattanooga), and local and national foundation funding. Skye Strategies has worked with more than 35 nonprofit and education partners across the Chattanooga region, impacting 16 counties. Specific services include:

- Grant planning & research
- Program design
- Grant proposal writing & editing
- Budget development
- Metrics development
- Award management
- Grant outcome reporting
- Development staff coaching

**Strategic Planning:** Skye Strategies facilitates strategic planning sessions with agency leadership and key stakeholders to help identify organizational strengths and weaknesses and guide participants in creating a comprehensive strategic plan. A concise, mission-driven strategic plan that tracks specific outcomes is vital for streamlining both staff and board member efforts in order to maximize agency effectiveness. Key services include:

- Program audit
- SWOT analysis
- Focus groups
- Short and long-term goal setting
- Strategy compilation and review
- Strategic plan development
- Development committee support
- Board and staff coaching

**Communications:** Effective communications go hand-in-hand with implementing successful fund development strategies. Our team provides marketing and public relations support to broaden community awareness of your agency and spotlight program successes so current and prospective funders understand the scope and impact of your work. We have experience developing and managing a variety of special communication projects, including:

- Annual reports
- Annual fund marketing collateral
- Presentations and speeches
- Website content
- Newsletter content
- Press releases

**Contact:** www.skyestrategies.com ♦ 423-710-8808 ♦ jennifer@skyestrategies.com

skye strategies

# Our Team

### Jennifer Hoff, President & Founder

Jennifer has over 17 years of experience in grant development and communications, including grant writing, public relations, marketing, magazine feature writing, university teaching, and professional writing. Jennifer's passion for helping nonprofits fulfill their mission and expand their impact led her to launch Skye Strategies in 2012 so she could broaden the reach and impact of her work. Jennifer's professional positions have included Director of Public Relations for WTCI-PBS, Program Administrator and Grant Consultant for the University of Tennessee at Chattanooga, and Grant Writer and Trainer for Research Associates, a national grant development firm. Jennifer has published more than 55 articles in regional magazines and is a regular contributing writer for *Chattanooga* magazine. Jennifer is active in the community and has held numerous board positions, including President of the Chattanooga Writers Guild (a nonprofit she co-founded in 2001), Chair of the WTCI Community Advisory Board, Member of the WTCI Board of Directors, and Secretary of the Leadership Chattanooga Alumni Association Board of Directors. Jennifer holds a Master of Arts in English: Rhetoric and Writing from the University of Tennessee at Chattanooga and a Bachelor of Arts in English: Writing from the University of Tennessee at Knoxville. She is a graduate of Leadership Chattanooga, Protégé Chattanooga, and the Holmberg Arts Leadership Institute and holds professional certifications in grant writing and management.

### Connie Fernandez, Vice President of Strategy & Operations

Connie has over 17 years of experience in marketing and fund development, including grant writing and management, content development for marketing and fundraising collateral, strategic planning, program development, community needs and program outcomes assessment, fundraising campaigns, and special event management. Before joining Skye Strategies, Connie served as President/CEO of The Speech & Hearing Center, Associate Communications Director: Development Editor at McCallie School, and Marketing & Development Director at Girls Incorporated of Chattanooga. Connie has served on the Health Advisory Council and Policy Council for Chattanooga Head Start/Early Head Start and has held many offices and board positions, including President and Chairman within the Downtown Sertoma Club of Chattanooga, receiving both the club and district Sertoman of the Year awards. A graduate of the University of Tennessee at Chattanooga with a Bachelor of Arts in Mass Communication and Anthropology, Connie enjoys having meaningful work that positively impacts the lives of others and creates systemic change within our community.

### Ashley Ledford Branam, Grant Development & Research Coordinator

Ashley holds a Master of Arts in English with a concentration in rhetoric and writing from the University of Tennessee at Chattanooga. Her professional background includes grant writing, editing, and creative writing. As a member of the Skye Strategies team, Ashley has worked on a variety of grant development projects spanning the education, healthcare, workforce development, social services, higher education, and research fields. Ashley has a panache for program research and statistical analysis and maintains an extensive research database of funding opportunities, needs data statistics, and research articles that inform and support program design. She has served as the lead writer on several successful grant proposals and has developed expertise in federal and state grant development, including National Science Foundation, U.S. Department of Education, Health Resources and Services Administration, U.S. Department of Agriculture, Tennessee Department of Education, and Tennessee Higher Education Commission grants. In addition to working with Skye Strategies, she reviews articles for *Harlot*, a peer-reviewed journal of rhetoric. Ashley's short fiction has been published in *The Sequoya Review*.

# Our Team

### Marclyn Porter, Evaluation Consultant

Marcy has served as an evaluation consultant on a variety of projects and currently serves as the External Program Evaluator on grants funded by the Health Resources and Services Administration (HRSA). Lyndhurst Foundation, U.S. Department of Agriculture, and BlueCross BlueShield of Tennessee Health Foundation. She is the Program and Evaluation Coordinator for the University of Tennessee at Chattanooga's (UTC) School of Nursing HRSA grant awarded in June of 2014. Prior to joining the grant team, she was the Senior Research Associate at UTC's Center for Applied Social Research (CASR) and an adjunct professor of Sociology at UTC. During her four-year appointment at the CASR, she conducted more than two dozen studies for UTC ranging from program evaluation and needs assessment studies, to investigations regarding capital projects, program development, employee diversity training, and workplace diversity. Additionally, she served as co-lead investigator on the City of Chattanooga's Comprehensive Gang Assessment and played a key role in developing the 2013 Gang Implementation Plan. Marcy received a B.S. from Vanderbilt University, an M.Ed. from UTC, and is currently a doctoral candidate in UTC's Learning and Leadership program. She is the author of numerous published reports and academic journal articles, and is frequently invited to present podium presentations and research posters at professional conferences.

## *Electric Power Board*

---------- Forwarded message ----------
From: **Malnda, Hodgen** <maindahm@epb.net>
Date: Fri, Jan 20, 2017 at 2:12 PM
Subject: Chattanooga Prep
To: "talling@lamppostgroup.com" <talling@lamppostgroup.com>

Ted – greetings! I hope all is well on your end.

I am following up on your email re: EPB and the role we would potentially play with supporting Chattanooga Prep.

We have a sponsorship committee that meets weekly (we met yesterday) and discussed what you sent. We would love to support in a couple areas;

1) We cannot promote internally but we thought it would be beneficial if we did a EPB only tour of the school when appropriate. During tour, you will have opportunity to pitch support through mentorships, internships and etc.

2) We are also interested in supporting community outreach and development efforts – we would like to get a detailed proposal from you on this.

I hope this helps. For your FYI, EPB is doing a few things w/CGLA similar to what you have requested, we will be happy to support your efforts.

Thanks Ted.

**Hodgen MaInda**
Community Development
EPB
P.O. Box 182255
Chattanooga, TN 37422
maindahm@epb.net
423.648.1293 (work)
[redacted] (mobile)

## *Chattanooga Girls Leadership Academy / Young Women's Leadership Academy Foundation*

After approval, a Memorandum of Understanding ("Memorandum" or "MOU") will be executed to serve as a statement of principles and agreement for collaboration between the Chattanooga Preparatory School, acting by and through the Friends of Chattanooga Preparatory School, the Chattanooga Girls Leadership Academy, and The Young Women's Leadership Academy Foundation. The MOU will outline each parties' intentions to share resources to mutually support the Chattanooga Girls Leadership Academy and the Chattanooga Preparatory School for the benefit of educationally disadvantaged students in Hamilton County.

## ATTACHMENT F: Board Governance Documents

**Attachments include the following:**

- **F1.** Articles of Incorporation
- **F2.** Proof of non-profit and tax exempt status
- **F3.** By-laws
- **F4.** Code of Ethics
- **F5.** Conflict of Interest Policy
- **F6.** Board member biographical information and references
- **F7.** Board policies, including policies on open meetings and open records

## F1. ARTICLES OF INCORPORATION

B0293-9170 09/07/2016 4:24 PM Received by Tennessee Secretary of State Tre Hargett

000865397

**CHARTER**
**NONPROFIT CORPORATION** (ss-4418)

Page 1 of 2

Tre Hargett
Secretary of State

**Division of Business Services**
**Department of State**
**State of Tennessee**
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102
(615) 741-2286

For Office Use Only
**-FILED-**
Control # 000865397

**The undersigned, acting as incorporator(s) of a nonprofit corporation under the provisions of the Tennessee Nonprofit Corporation Act, adopt the following Articles of Incorporation.**

**1. The name of the corporation is:** Friends of Chattanooga Prep, Inc.

**2. Name Consent: (Written Consent for Use of Indistinguishable Name)**
☐ This entity name already exists in Tennessee and has received name consent from the existing entity.

**3. This company has the additional designation of:** School Organization - Exempt

**4. The name and complete address of its initial registered agent and office located in the State of Tennessee is:**
KEVIN STEPHEN ROSE
STE 200
800 MARKET ST
CHATTANOOGA, TN 37402-2677
HAMILTON COUNTY

**5. Fiscal Year Close Month:** December **Period of Duration:** Perpetual

**6. If the document is not to be effective upon filing by the Secretary of State, the delayed effective date and time is:**
(none) (Not to exceed 90 days)

**7. The corporation is not for profit.**

**8. Please complete all of the following sentences by checking one of the two boxes in each sentence:**
This corporation is a ☑ public benefit corporation / ☐ mutual benefit corporation.
This corporation is a ☐ religious corporation / ☑ not a religious corporation.
This corporation will ☐ have members / ☑ not have members.

**9. The complete address of its principal office is:**
KEVIN ROSE
STE 200
800 MARKET ST
CHATTANOOGA, TN 37402-2677
HAMILTON COUNTY

***(Note: Pursuant to T.C.A. §10-7-503 all information on this form is public record.)***

B0293-9171 09/07/2016 4:24 PM Received by Tennessee Secretary of State Tre Hargett

# CHARTER
# NONPROFIT CORPORATION (ss-4418)

Page 2 of 2

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102
(615) 741-2286

Tre Hargett
Secretary of State

For Office Use Only
-FILED-
Control # 000865397

**The name of the corporation is:** Friends of Chattanooga Prep, Inc.

**10. The complete mailing address of the entity (if different from the principal office) is:**
KEVIN ROSE
STE 200
800 MARKET ST
CHATTANOOGA, TN 37402-2677

**11. List the name and complete address of each incorporator:**

| Title | Name | Business Address | City, State, Zip |
|---|---|---|---|
| Incorporator | Kevin S Rose | 800 MARKET ST STE 200 | CHATTANOOGA, TN 37402 |

**12. School Organization:** (required if the additional designation of "School Organization - Exempt" is entered in section 3.)

☑ I certify that pursuant to T.C.A. §49-2-611, this nonprofit corporation is exempt from the $100 filing fee required by T.C.A. §48-51-303(a)(1).

☑ This nonprofit corporation is a "school support organization" as defined in T.C.A. §49-2-603(4)(A).

☑ This nonprofit corporation is an educational institution as defined in T.C.A. §48-101-502(b).

**13. Insert here the provisions regarding the distribution of assets upon dissolution:**
In the event of dissolution of the Corporation, all assets will be distributed to another nonprofit organization with a similar purpose.

**14. Other Provisions:**

***(Note: Pursuant to T.C.A. §10-7-503 all information on this form is public record.)***

Sep 7, 2016 4:24PM
Signature Date

Electronic
Incorporator's Signature

Kevin S Rose
Incorporator's Name (printed or typed)

## F2. PROOF OF NON-PROFIT AND TAX EXEMPT STATUS

Chattanooga Prep has filed an application for tax exempt status. The application, IRS Form 1023, was submitted in January 2017. The process for approval may take 2-3 months. While we do not have documentation of non-profit and tax-exempt status yet, that determination is pending and is anticipated to be available in March or April, 2017.

## F3. BY-LAWS

**APPROVAL DATE:** 1/25/2017

BYLAWS

OF

FRIENDS OF CHATTANOOGA PREP, INC.

(A Tennessee nonprofit corporation)

---

ARTICLE 1

GENERAL PROVISIONS

1.1 General Purposes. Friends of Chattanooga Prep, Inc. (the "Corporation") is established as a Tennessee nonprofit corporation to be exempt from federal taxation under Section 501 (c)(3) of the Internal Revenue Code. The Corporation shall at all times comply with the rules and regulations established by the Internal Revenue Service or the United States government applicable to tax-exempt organizations and the restrictions contained in the Corporation's Charter, as such may be amended from time to time.

All activities of the corporation shall be consistent with its charitable tax-exempt purposes and all funds net of all costs and expenses shall be contributed to Chattanooga Prep, a charter school for men to be founded in Chattanooga, Tennessee or to such successor or similar educational organizations as are approved by the Board of Directors. The following are the specific classes of organizations which Friends of Chattanooga Prep, Inc. and the funds raised by the Corporation are to support, arranged in a nonbinding order of preference and in all events to be organizations exempt from federal taxation under Section 501 (c)(3) of the Internal Revenue Code:

a. A single-sex, public, charter school for men to be founded in metropolitan Chattanooga, Tennessee and operated by the Hamilton County Board of Education and the laws of the State of Tennessee applicable to charter schools under the name Chattanooga Prep or any other name;

b. One or more public schools in metropolitan Chattanooga, Tennessee providing single-sex education for men and or boys;

c. A private, independent school in metropolitan Chattanooga, Tennessee providing single-sex education for men and or boys of the broadest social, economic and educational backgrounds reasonably possible;

d. Other charter, public or private educational organizations providing single-sex education for men and or boys of the broadest social, economic and educational backgrounds reasonably possible; or

e. Any educational organization.

1.2 State of Incorporation. This corporation is incorporated under the laws of the State of Tennessee. Any reference to "this state" means the State of Tennessee, and any reference to "the laws of this state" includes the Tennessee Nonprofit Corporation Act.

1.3 Gender and Number. Any use of the masculine includes the feminine and the neuter and vice versa; any use of the singular includes the plural, whenever such meanings are appropriate.

1.4 Headings. The headings appearing at the beginning of each Article and Section; in these bylaws are intended only as an index and are not to be construed to vary the meaning of the provision to which they refer.

1.5 Required by Law. The term "required by law" as used in these bylaws means as required from time to time by the Tennessee Nonprofit Corporation Act or the Charter of Incorporation of the corporation.

## ARTICLE 2

## OFFICES

The principal office and -the principal business office of the corporation in this state shall be at 800 Market Street, Suite 200, Chattanooga, County of Hamilton. The corporation may have such other offices without restrictions as to location as the Board of Directors may designate or as the business of the corporation may require.

## ARTICLE 3

## BOARD OF DIRECTORS

3.1 General Powers. The business and affairs of the corporation shall be managed by the Board of Directors.

3.2 Number and Qualification. The number of directors shall be fixed by the then current Board of Directors, and unless otherwise fixed shall be not less than five (5). Directors need not be residents of this state, but must be of legal age. The Directors may establish an advisory Board of educators or persons with experience in single-sex education which shall have none of the powers or authority of the Board of Directors as established in these Bylaws but which may advise and make recommendations to the Board.

3.3 Election and Term of Office. Each director shall be appointed annually by the then current Board to serve until her successor is appointed and qualified or removed. Directors may serve for successive terms. Whenever the authorized number of directors is increased, the Board shall have the power to appoint such new directors for the balance of a term who shall serve until their successors are elected and' qualified. Any decrease in the authorized number of directors shall not become effective until the expiration of the term of the directors then in office unless, at the time of such decrease, there shall be vacancies on the board which are being eliminated by the decrease.

3.4 Meetings. The Board of Directors may designate intervals for regular meetings, but shall meet at least quarterly. The location for any meeting of the Board of Directors shall be the principal business office of the corporation in this state unless another location for that meeting is designated by the Board of Directors. Special meetings may be called at any the by the chairman of the board, president or any two (2), directors.

3.5 Notice of Meetings of Board of Directors. The regular meetings of the Board of Directors may be held without notice. Notice of the place, date, and time of any special meeting shall be given each director by whom it is not waived by written notice sent not less than five days before the meeting, or if such meeting is to be held telephonically, by notice received not less than twenty-four hours from the date and time of the call. Unless otherwise indicated in the notice thereof, any and all business may be transacted at a special meeting. A general description of the business to be transacted or the purpose of any special meeting shall be specified in any notice or waiver of notice, provided, failure to provide such description or to include additional matter shall not affect actions taken by a majority of the Board of Directors present at such special meeting.

3.6 Quorum and Vote. The presence of a majority of the directors constitutes a quorum for the transaction of business. When a quorum is once present to organize a meeting, it is not broken by the subsequent withdrawal of any of those present. The vote of a majority of the directors present at a meeting at which a quorum is present is the act of the Board of Directors.

3.7 Presumption of Assent. A director who is present at a meeting of the Board of Directors is presumed to have concurred in any action taken at the meeting unless one of the following occurs: (1) the director objects at the beginning of the meeting (or promptly upon her arrival) for holding it or transacting business at the meeting; (2) the director's dissent to or abstention from such action is entered in the minutes of the meeting; (3) the director submits her written dissent or abstention to the presiding officer of the meeting before its adjournment or to the corporation immediately after the adjournment of the meeting. The right to dissent or abstain does not apply to a director who voted in favor of the action.

3.8 Powers. The Board of Directors may, except as otherwise required by law, exercise all such powers and do all such acts and. things as may be exercised or done by a board of directors of a nonprofit corporation under state law, consistent with the general purposes stated herein. ·

3.9 Compensation for directors. Directors may not receive compensation for their services of directors, but the Board of Directors may authorize reimbursement of expenses incurred in the performance of their duties. Such authorization may prescribe the procedure for approval and payment of such expenses by designated officers of the corporation. Nothing herein precludes a director from serving the corporation in any other capacity and receiving compensation for such services.

3.10 Participation in Meetings By Conference Telephone. Members of the Board of Directors, or of any committee thereof, may participate in a meeting of such Board or committee by means of conference telephone or similar communications equipment by means of which all persons participating in the meeting can simultaneously hear each other and such participation shall constitute presence in person at such meeting.

3.11 Action by Consent of Directors. Whenever the Board of Directors is required or permitted to take any action by vote, such action may be taken without a meeting on written consent setting forth the action so taken, signed in one or more counterparts by all directors entitled to vote with respect to the subject matter thereof and indicating on the face thereof the vote of each director. To be approved, any action taken upon written consent must have the affirmative vote required had a meeting been held with all directors present.

## ARTICLE 4

## COMMITTEES

4.1 Committees. The Board of Directors, by a resolution adopted by a majority of the entire Board of Directors, may create one or more committees, consisting of one ( 1) or more directors except as otherwise limited by this Section, any committee may be delegated such authority as the Board of Directors deems desirable. However, no committee may exercise the authority of the Board of Directors to do any of the following:

(a) Amend the Charter

(b) Adopt, amend or repeal the bylaws;

(c) Approve a plan of merger not requiring shareholder approval; or

(d) Approve expenditures in excess of $5,000.00 which are not included in a budget approved by the Board of Directors. Each committee serves at the pleasure of the Board of Directors. The designation of any committee and the delegation of authority to that committee does not relieve any director of any responsibility imposed by law.

4.2 Conduct of Business. Each committee may determine the procedural rules for meeting and conducting its business and shall act in accordance therewith, except as otherwise provided herein or required by law. Adequate provision shall be made for notice to members of all meetings; a majority of the members shall constitute a quorum unless the committee shall consist of two members, in which event one member shall constitute a quorum; and all matters shall be determined by a majority vote of the members present. Action may be taken by any committee without a meeting if all members thereof consent thereto in writing, and any writings are filed with the minutes of the proceedings of such committee.

## ARTICLE 5

## OFFICERS

5.1 Number. The offices of the corporation shall consist of a president, a secretary, and such other officers as the Board of Directors may deem necessary. Any two or more offices may be held by the same person, except the offices of president and secretary.

5.2 President. The president shall be the chief executive officer of the corporation. Subject to the provisions of these bylaws and to the direction of the Board of Directors, she shall have the responsibility for the general management and control of the business and affairs of the corporation and shall perform all duties and have all powers which are common to the office of chief executive or which are delegated to him by the Board of Director. She shall have power to sign all contracts and other instruments of the corporation which are authorized and shall have general supervision and direction of all of the other officers, employees and agents of the corporation.

5.3 Secretary. The secretary shall issue all authorized notices for, and shall keep minutes of all meetings of the Board of Directors. She shall have charge of the corporate books and shall perform such other duties as the Board of Directors may from time to time prescribe. The secretary shall also authenticate all records of the corporation when and as the need for such authentication arises.

5.4 Election and Term. The officers shall be elected by the Board of Directors at its initial meeting and thereafter at its annual meeting. Each officer serves until the expiration of the term for which she is elected and thereafter until her successor has been elected and qualified or until the earlier of resignation or removal. An officer need not be a director.

5.5 Compensation. The Board of Directors may fix compensation of the officers and employees of the corporation; provided, no compensation shall be authorized or paid which violates the provisions, rules or regulations of the Internal Revenue Service for tax-exempt organizations.

## ARTICLE 6

## RESIGNATIONS, REMOVALS AND VACANCIES

6.1 Resignations. Any officer or director may resign at any time by giving written notice to the corporation. Any such resignation takes effect at the time specified therein, or, if no time is specified, then upon its acceptance by the Board of Directors.

6.2 Removal of Officers. Any officer or agent may be removed by the Board of Directors at any time with or without cause.

6.3 Removal of Directors. One or more of the directors may be removed with or without cause by vote of the Board of Directors.

## ARTICLE 7

## CONTRACTS, CHECKS, DEPOSITS AND FUNDS

7.1 Authorization. The Board of Directors may authorize any officer or agent to enter into any contract or execute and deliver any instrument in the name of and on behalf of the corporation, and such authority may be general or confined to specific instances. The Board of Directors may determine all requirements relating to who may execute, and the manner of execution for, all orders for the, payment of money and evidences of indebtedness issued in the name of the corporation

7.2 Funds. All funds of the corporation not otherwise utilized shall be deposited to the credit of the corporation in such depositories as the Board of Directors may select or as may be designated by any agent of the corporation to whom such power is delegated by the Board of Directors.

7.3 Acceptance of Gifts. The Board of Directors, or any officer or agent of the corporation to whom such authority is delegated by the Board of Directors, may accept on behalf of the corporation any contribution, gift, bequest or devise for general purposes or for any special purpose of the corporation.

7.4 Audits. For any fiscal year, the accounts of the corporation will be audited upon the written request of any director by an independent certified public accountant, provided, however, that only one such audit shall be required pursuant to the terms of this Section. The report of the audit shall be submitted to each director.

7.5 Bond. At the direction of the Board of Directors, any officer or employee of the corporation may be bonded. The expense of furnishing any such bond will be paid by the corporation.

## ARTICLE 8

## NOTICES

8.1. Notices. Except as otherwise specifically provided herein or required by law, all notices required to be given to any director, officer, employee or agent shall be in writing and may in every instance be effectively given by hand delivery to the recipient thereof, by facsimile or by

other electronic transmission; by depositing such notice in the mails, postage paid, or by sending such notice by prepaid telegram or mailgram. Any such notice shall be addressed to such director, officer, employee or agent at his or her last known address as the same appears on the books of the corporation. The time when such notice is received, if hand delivered or when such notice is dispatched if delivered through the mails or through facsimile or electronic transmission or by telegram or mailgram, shall be the time of the giving of the notice.

8.2 Waiver of Notice. Whenever any notice is required to be given to any director of the corporation, a written waiver of that notice signed by each person entitled to notice, whether signed before or after the time stated therein, is equivalent to the giving of notice. A director's attendance at a meeting waives any required notice to him of the meeting unless she objects at the beginning of the meeting (or promptly upon his arrival) to holding the meeting and does not thereafter vote for or assent to action taken at the meeting. A director's attendance at a meeting waives objection to consideration of a particular matter at the meeting that is not within the purpose or purposes described in the meeting notice, unless the director objects to considering the matter when it is presented.

## ARTICLE 9

## INDEMNIFICATION

Any director or officer, or the executor or administrator of any director or officer, is entitled to indemnification to the fullest extent permissible under the laws of this state.

## ARTICLE 10

## MISCELLANEOUS

10.1 Reliance upon Books, Reports and Records. Each director, each member of any committee designated by the Board of Directors, and each officer of the corporation shall, in the performance of his duties, be fully protected in relying in good faith upon the books of account or other records of the corporation, including reports made to the corporation by any of its officers, by an independent certified public accountant, or by an appraiser selected with reasonable care.

10.2 Fiscal Year. The fiscal year of the corporation shall end June 30 or shall be as fixed, by the Board of Directors.

## ARTICLE 11

## AMENDMENTS

These bylaws may be amended or repealed by the Board of Directors, unless otherwise required by law.

## F4. CODE OF ETHICS

# Chattanooga Preparatory School
# Code of Ethics for Board Members

***Goal:*** To establish a set of principles and practices of the Friends of Chattanooga Prep Board of Directors that will set parameters and provide guidance and direction for board conduct and decision-making.

***Code:*** Members of the Board of Directors of the Friends of Chattanooga Prep are committed to observing and promoting the highest standards of ethical conduct in the performance of their board responsibilities. Board members pledge to accept this code as a minimum guideline for ethical conduct.

**Accountability**

- Faithfully abide by the Articles of Incorporation, by-laws and policies of the Friends of Chattanooga Prep.
- Exercise reasonable care, good faith and due diligence in organizational affairs.
- Fully disclose, at the earliest opportunity, information that may result in a perceived or actual conflict of interest.
- Fully disclose, at the earliest opportunity, information of fact that would have significance in board decision-making.
- Remain accountable for prudent fiscal management to association members, the board, and nonprofit sector, and where applicable, to government and funding bodies.

**Professional Excellence**

- Maintain a professional level of courtesy, respect, and objectivity in all activities
- Strive to uphold those practices and assist other members of the board in upholding the highest standards of conduct

**Personal Gain**

- Exercise the powers invested for the good of all members of the organization rather than for his or her personal benefit, or that of the nonprofit they represent.

**Equal Opportunity**

- Ensure the right of all stakeholders to appropriate and effective services without discrimination on the basis of geography, political, religious, or socio-economical characteristics of the state or region represented.
- Ensure the right of all stakeholders to appropriate and effective services without discrimination on the basis of the organization's volunteer or staff make-up in respect to gender, sexual orientation, national origin, race, religion, age, political affiliation or disability, in accordance with all applicable legal and regulatory requirements.

**Confidential Information**

- Respect the confidentiality of sensitive information known due to board service.

**Collaboration and Cooperation**

- Respect the diversity of opinions as expressed or acted upon by the Friends of Chattanooga Prep board, committees and membership, and formally register dissent as appropriate.
- Promote collaboration, cooperation, and partnership among association members.

*Approval Pending:* Friends of Chattanooga Prep Board of Directors

*Source: National Council of Nonprofit Associations*

## F5. CONFLICT OF INTEREST POLICY

**APPROVAL DATE:** 1/25/2017

### FRIENDS OF CHATTANOOGA PREP, INC. – CONFLICT OF INTEREST POLICY

**I. POLICY - CONFLICT OF INTEREST**

It is the Policy of Friends of Chattanooga Prep, Inc. ("the Organization") that:

• Each of the Organization's Directors acts at all times in a manner that furthers the Organization's charitable purpose of service to Chattanooga Prep, Inc. and the community and exercises care that he or she does not act in a manner that furthers his or her private interests to the detriment of the Organization's purposes; and

• Each of the Organization's Directors avoids conflicts of interest and otherwise fully discloses to the Organization any potential or actual conflicts of interest if such conflicts cannot be avoided so that such conflicts are dealt with in the best interests of the Organization.

This Policy: (1) covers all Directors and also all members of any Board Committee who do not serve on the Board of Directors of the Organization; and (2) is intended to supplement, but not replace, any applicable state laws governing conflicts of interest applicable to nonprofit corporations.

If a Director has a potential or actual conflict with the Organization and/or any of its Affiliates, such Director is deemed to also have a potential or actual conflict with respect to the Organization and all of its Affiliates. Affiliate includes any entity directly or indirectly controlling, controlled by or under common control with the Organization, including Chattanooga Prep, Inc.

**II. PURPOSE**

The purpose of this Policy is to protect the interests of the Organization in circumstances that may result in a conflict between the personal interests of a Director or an officer and those of the Organization.

**III. CONFLICT OF INTEREST DEFINED**

In general, a conflict of interest exists when the personal interests of a Director may affect the ability of a Director to act in the best interest of, and with good faith and loyalty to, the Organization. A conflict of interest can be considered to exist in any instance where the actions or activities of an individual on behalf of the Organization also involve:

• The obtaining of direct or indirect personal gain or advantage; or

• An adverse or potentially adverse effect on the interests of the Organization.

A conflict of interest transaction is one in which the Organization and/or any of its Affiliates is a party and in which a Director has a direct or indirect financial interest, or other fiduciary duty such that it could influence his or her action on the matter while acting on behalf of the Organization. Conflicts of interest can arise in other instances.

Although it is impossible to list every circumstance giving rise to a conflict of interest, the following will serve as a guide to the possible types of activities that might present potential or actual conflicts of interest and that should be fully and promptly reported as provided below.

1. Financial/Outside Interests: The personal interests of a Director of the Organization may conflict with the interests of the Organization if he or she, or any immediate family member of his or hers, by blood or marriage ("immediate family member"), is a person:

a. Who solicits, bids, contracts, or supplies goods or services (including consulting or professional services) to the Organization and/or to any of its Affiliates;

b. From whom or to whom the Organization and/or any of its Affiliates leases property or equipment;

c. With whom the Organization and/or any of its Affiliates is dealing or is planning to deal in connection with the gifting, purchase or sale of real property, investment securities, or other property;

d. Who is an officer, serves on the Board of Directors, participates in management, or is otherwise employed or compensated by a person, company, or organization which competes with the Organization and/or any of its Affiliates;

e. Who is an officer, serves on the Board of Directors, participates in management, or is otherwise employed or compensated by a person, company, or organization that is engaging in transactions with the Organization and/or any of its Affiliates, other than the Organization's own Affiliates.

f. Who has a material financial interest through ownership of stock or other type of equity interest ("equity interest") in a person or company ("entity") that is engaging in transactions or competes with the Organization and/or any of its Affiliates of the type listed in (a) through (e) above. For purposes of subsections (f) and (g), a "material financial interest" shall not include equity interests of less than 1% in entities whose securities are listed on an established public securities exchange and have $75 million or more in shareholder equity. It shall be a "material financial interest" if the equity interest exceeds 1% of the entity's market capitalization or 5% of the Director's, officer's or their immediate family member's personal assets; or

g. Who has a material financial interest as a creditor of a Company that is engaging in transactions or competes with the Organization and/or any of its Affiliates of the type listed in (a) through (e) above.

2. Corporate Opportunity: It may be a conflict of interest when a Director or officer fails to inform the Organization of a corporate opportunity and instead diverts it to himself or herself (or immediate family member) to the detriment of the Organization. A " corporate opportunity" is a business opportunity that the Organization: ( I ) has a reasonable interest in or could be expected to take advantage of; and (2) is

financially able to undertake. The opportunity must be in a line of business similar to those the Organization currently operates and must be one that could be advantageous to the Organization.

3. Nonpublic Inside Information: It is a conflict of interest to disclose nonpublic inside information relating to the Organization and/or any of its Affiliates' business and/or use such information for the personal profit or advantage of any Director, his or her immediate family, or any other entity of which the Director is an employee, officer, director or shareholder. It also may be a conflict of interest if the Director possesses nonpublic confidential information concerning a transaction involving the Organization which cannot be disclosed to the Organization.

4. Gifts, Gratuities, and Entertainment: It may be a conflict of interest for a Director (or immediate family member) to accept gifts, excessive entertainment, unsecured loans, or other favors from any outside concern that does, or is seeking to do, business with, or is a competitor of the Organization and/or any of its Affiliates under circumstances from which it might be inferred that such action was intended to influence or possibly would influence the Director in the performance of his or her duties. This does not include the acceptance of items of nominal or minor value that are clearly tokens of respect or friendship and not related to any particular transaction or activity of the Organization and/or any of its Affiliates.

5. Other Areas of Conflicting Interest: Other circumstances may arise which could result in a conflict between a Director's personal interests and those of the Organization. These Policy guidelines are not intended to describe all potential conflict situations. In general, any circumstances that may give rise to reasonable questions of possible favoritism, self-dealing or undue influence may be a conflict of interest. All such conflicts should be avoided, if possible. The Organization's Directors should also be sensitive to the appearance of conflict, even if no actual conflict exists. If an actual or possible conflict cannot be avoided, it shall be disclosed according to the procedures set forth in Article IV of this Policy.

**IV. DISCLOSURE, REVIEW AND INITIAL DETERMINATION**

1. General Obligation: Each Director must promptly and fully report to the Board Chair, the chair of a particular committee, or the chair of any committee established by the Board to address conflicts of interest, situations that may create a conflict of interest when he or she becomes aware of such situations. In any situation where a Director is in doubt, full disclosure should be made so as to permit an impartial and objective determination. A written record of the disclosure will be made.

2. Annual Disclosure Statement: In addition to the ongoing disclosure obligation, the Organization shall annually send to all Directors a copy of this Policy statement and the Conflict of Interest Disclosure Statement. The Directors must promptly complete, sign, and return the statement to the Organization. The completed statements will be reviewed by the Board Chair.

3. Review, Evaluation and Initial Determination: The Board Chair, the committee chair of a committee at which a potential conflict arises or the chair of any committee established by the Board to address conflicts of interest shall make such further investigation of conflicts of interest disclosures as he or she may deem appropriate. If the conflict involves the Board Chair, the Vice Chair will assume the Chair's

role outlined in this Policy. Based on review and evaluation of the relevant facts and circumstances, the Board Chair or committee chair will make an initial determination as to whether a conflict of interest exists and whether, pursuant to this Policy statement, review and approval or other action by any committee established by the Board to address conflicts of interest or the Board of Directors is required. A written record of the Board Chair's or committee chair's determination, including relevant facts and circumstances, will be made. The Board Chair or committee chair shall then make an appropriate report to the Audit Committee of the Board concerning such review, evaluation and determination. If there is a difference of opinion between the Board Chair or committee chair and another Director whether the facts and circumstances of a given situation constitute a conflict of interest, the matter shall be submitted to any committee established by the Board to address conflicts of interest, which shall make a final determination as to the matter presented. Such determination, including relevant facts and circumstances, will be reflected in minutes of any committee established by the Board to address conflicts of interest and will be reported to the Board of Directors.

**V. BOARD REVIEW AND ACTION WITH REGARD TO CONFLICTS**

Once a conflict of interest has been established, as provided above, the transaction may still be approved by the Board of Directors; provided, the following procedures are followed. The following procedures are equally applicable to action by any committee of the Board of Directors.

1. Transactional Conflicts of interest: The Board of Directors shall carefully scrutinize and must in good faith approve or disapprove any transaction in which the Organization and/or any of its Affiliates is a party and in which one or more of the Organization' s Directors either:

• Has a material financial interest; or

• Is a Director or officer of the other party (other than the Organization's own Affiliates).

The Board of Directors must approve the transaction by a majority of the Directors on the Board, without counting the vote of any Director who has an interest in the transaction. In reviewing such transactions between the Organization and vendors or other contractors who are, or are affiliated with, Directors, the Board shall act no more or less favorably than it would in reviewing transactions with unrelated third parties. The transaction will not be approved unless the Board determines that the transaction is fair to the Organization.

2. Other Conflicts of interest: The Board shall carefully review and scrutinize non-transactional conflicts of interests (e.g., disclosure of nonpublic information, competition with the Organization, failure to disclose a corporate opportunity, excessive gifts or entertainment, etc.). By a majority vote of the disinterested Directors, the Board shall take whatever action is deemed appropriate under the circumstances with respect to the Director in order to best protect the interests of the Organization including possible disciplinary or corrective action.

3. Disclosure by Interested Director: When conflicts of interest are considered by the Board, the Director must disclose all of the material facts to the Board. The Director shall not vote or use his or her personal

influence on the matter. However, if requested, such Director is not prevented from briefly stating his or her position in the matter, nor from answering pertinent questions from Board members, as his or her knowledge may be of significant importance. The Director shall be excused from the meeting during discussion and vote on the conflict of interest.

4. Record of Proceedings: Minutes of the Board of Directors shall reflect the following: the individual making the disclosure, the nature of the disclosure, discussion regarding any proposed transaction, the decision made by the Board, and that the interested Director abstained from voting.

**VI. POLICY VIOLATIONS**

If there is a committee established by the Board to address conflicts of interest and such committee reasonably believes that a Director has failed to disclose either an actual or potential conflict of interest, or all material facts surrounding an actual or possible conflict as required by this Policy, the Director will be given an opportunity to explain such alleged failure to disclose. After hearing the response of the Director, the committee established by the Board to address conflicts of interest will conduct such additional investigation as may be appropriate. If the committee determines that the Director has in fact failed to disclose as required by this Policy, the committee will recommend to the Board that it take appropriate disciplinary or corrective action. In the absence of any committee established by the Board to address conflicts of interest, the foregoing actions will be taken by a committee established by the Chair.

**VII. LOANS AND GUARANTEES**

The Organization is prohibited from lending money to or guaranteeing the obligation of any Director.

## F6. BOARD MEMBER REFERENCES & RESUMES

The biographical sketches below provide a summary of each board member's relevant qualifications and experience as well as references. Resumes for each board member are included following the biographical sketches. .

### THEODORE WILLIAM ALLING *CHAIR*

Ted is a serial founder who has built two successful and fast-growing companies. In 2002 Ted founded Access America Transport, one of the fastest-growing third-party logistics companies in the country. With his two best friends from college, Barry Large and Allan Davis, they grew Access to over $500 million in revenue. In 2010 they founded Lamp Post Group, a venture capital firm and tech business incubator. Both companies were founded on core principles of empowerment, camaraderie, passion, and positivity and the belief that entrepreneurship is one of the guiding forces that makes America great. In 2014 Access America merged with Coyote Logistics, forming a $2 billion dollar transportation powerhouse. Since the merger Ted and his fellow partners are focusing even more energy on Lamp Post Group and the startups the company invests in. This year, Ted co-launched the premier logistics accelerator in the heart of Chattanooga called Dynamo and graduated its first class in October. Alongside his wife, Kelly Alling, Ted announced his next effort of opening an all-male charter school, *Chattanooga Prep* in Highland Park. Ted will serve on the board of directors and prepare the school to open in August of 2018. Ted is husband to Kelly Alling and father [redacted]

***References:***

| | | |
|---|---|---|
| Allan Davis<br>[redacted]<br>adavis@lamppostgroup.com | Chad Eichelberger<br>chad.eichelberger@reliancepartners.com<br>[redacted] | John Arthur Daniel<br>[redacted] |

### KELLY SCHMIDT ALLING *VICE CHAIR*

Kelly Schmidt Alling of Chattanooga, Tenn. is mom of [redacted] and wife to Theodore William Alling. Passionate about serving underprivileged communities, Kelly founded *The Alling Foundation* in 2014, a foundation created by her and her husband to help benefit those in need. In October 2016, Kelly, alongside Ted, announced their next effort of opening an all-male charter school, *Chattanooga Prep* in Highland Park. Kelly will serve as an executive director on the board and prepare the school to open in 2018. Kelly previously worked as the Resource Manager for *Habitat of Humanity of Greater Chattanooga*. Kelly received her Bachelors in Human Development and Family Studies from *Samford*. Currently, Kelly served on the Chattanooga Youth Network Board and is a part of Garden Club and Bible Study Fellowship.

***References:***

| | | |
|---|---|---|
| Linda Katzman<br>[redacted] | John Campbell<br>[redacted] | Jeff Eckert<br>[redacted] |

### MONTRELL BESLEY

Mr. Besley is a Chattanooga native and community academic advocate. Mr. Besley graduated from Austin Peay State University with a Bachelor's of Science degree in Health and Human Performance and a Master's of Science degree in Public and Community Health. Mr. Besley has more than 15 years of experience in youth development and community relations. Mr. Besley's commitment and activities in bolstering community and youth development were recognized in 2012 with a prestigious Jefferson Award for community service in the Chattanooga area. He is deeply committed to the success of our city's youth and possesses a unique combination of leadership abilities, relationship building skills, management experience, education, and vision required to provide advice and guidance on school and youth development. Mr. Besley has extensive experience in engaging community partners to provide enriching youth services, implementing academic and evidenced-based impact programs for youth, implementing grant funded stipend programs for teens; serving on community boards; implementing community gardens; and leading efforts to engage youth through sports. Mr. Besley served as an elementary school health and physical education teacher in Hamilton County. He grew up and resides in the Alton Park Community, and is a devoted father of three.

***References:***

| | | |
|---|---|---|
| Chris Ramsey<br>Chief Operating Officer, Tech Town<br>[redacted]<br>cramsey@gotechtown.org | Serdrick Collins<br>Program Manager, City of Chattanooga<br>[redacted]<br>scollins@chattanooga.gov | Moses Freeman<br>City Council, Chattanooga District 8<br>[redacted]<br>mfreeman@chattanooga.gov |

## KRUE BROCK

Krue Brock is a Chattanooga native and leader in Chattanooga's vibrant entrepreneurial community. Mr. Brock hold degrees from Vanderbilt University and St. John's College and is an educational advocate. He has served as an Adjunct Professor at Covenant College and is heavily involved in educational change efforts and is a tireless advocate for educational opportunity for all Chattanoogans. Mr. Brock is the Co-Founder of Chattanooga Football Club and is an agent for civic innovation across multiple sectors. Mr. Brock is particularly concerned with ensuring academic equity for low-income children and families in our community.

***References:***

| | | |
|---|---|---|
| Lurone Jennings Sr.<br>Youth & Family Development, City of Chattanooga<br>jennings_lurone@chattanooga.gov | Corkey Coker<br>Coker Tire<br>corkyc@coker.com | Sarah Morgan<br>Benwood Foundation<br>smorgan@benwood.org> |

## DAVID CAINES *TREASURER*

Mr. Caines is COO of Kenco Group, a leading provider of distribution, transportation and supply chain intelligence solutions. He is responsible for the strategic direction of the company as well as its operating and financial performance. Mr. Caines joined Kenco in 2002 with responsibility for the Cummins account in Memphis, TN. Since then he has held positions of increasing responsibility within the organization. He is currently responsible for all of Kenco's operating contracts, which encompass over 100 facilities, 4,500 employees, and 30 million square feet of warehouse space. Mr. Caine's education includes a Bachelor's degree in Business Administration and Accounting from Covenant College; and a Master's degree in Business Administration from Duke University. Mr. Caines is a member of CSCMP, WERC and the UT Executive Supply Chain Forum. He also serves on the boards of The University of Tennessee's Global Supply Chain Institute; Chalmers Center; Covenant College; See Rock City, Inc.; and the Chattanooga Chamber of Commerce.

***References:***

| | | |
|---|---|---|
| Mike Whitehead<br>CEO/Founder, Center for Intentional Leadership<br>5901 Sardis Road<br>Charlotte, NC 28270<br>Phone: 704-366-5335<br>mike@centerforintentionalleadership.com | Stephen A. Smith (Andy)<br>COO, FedEx Supply Chain Solutions<br>5050 E Holmes Rd<br>Memphis, TN 38118<br>Phone: [redacted]<br>Andy.Smith@genco.com | Rob Levin<br>CEO, Republic Partners<br>2000 N Racine Ave<br>Chicago, IL 60614<br>Phone: [redacted]<br>rob.levin@republicpartners.com |

## STEVE COX

Mr. Cox serves as Steam's President and COO of Steam Logistics. Mr. Cox joined Steam having served previously as EVP of Access America Transport, one of the nation's largest and fastest growing domestic 3PLs and ranked #9 on the Forbes list of *America's Most Promising Companies*. Mr. Cox held prior roles in supply chain and logistics at Target, Supervalu, and CH Robinson Worldwide. Mr. Cox holds a Bachelor of Science degree in Business from St. Cloud State University. Mr. Cox lives in North Chattanooga with his wife Tammy and [redacted]

***References:***

| | | |
|---|---|---|
| Paul Green<br>Executive Director, Hope for the Inner City<br>pgreen@hope4theinnercity.org | John Shulman<br>Head Basketball Coach, McCallie School<br>jshulman@mccallie.org | Will Hunt<br>Morgan Stanley<br>will.hunt@morganstanley.com |

## WARD DAVENPORT

Mr. Davenport has extensive expertise in finance and wealth management. He is Managing Director at Pointer Management, a $3 billion fund of hedge funds that manages capital for over 400 clients including foundations, endowments, not-for-profit hospitals, and high net worth individuals. Mr. Davenport earned a Bachelor of Arts degree in Economics from Washington and Lee University and is a graduate of the Baylor School in Chattanooga. Mr. Davenport is committed to community development and currently serves on several boards including the United Way of Greater Chattanooga, Tennessee Aquarium, and The Bright School. Mr. Davenport and his wife, Ashley Davenport are proud parents [redacted]

***References:***

| | |
|---|---|
| Patrick Stowe<br>pstowe@pointermc.com<br>[redacted] | John Stout<br>jstout@pointermc.com<br>[redacted] |

## Jennifer Harvey

Ms. Harvey is a licensed special education teacher working within Hamilton County Schools serving Soddy Daisy Middle School. Ms. Harvey has significant expertise in special education, including a focus on supporting students with learning differences in reading, writing and mathematics and experience in teaching gifted children. Prior to moving to Tennessee, Ms. Harvey taught in several of the top performing school districts in Minnesota, teaching students with moderate to severe cognitive disabilities and facilitating their transition from high school to college or job/ employment. Ms. Harvey served as a committee member for the local and state Autism Networks in Minnesota as well as serving as an Assistive Technology Liaison within the school district. Ms. Harvey has a track-record of giving back to the community, having volunteered with the Minneapolis Public Schools as a tutor for adult learners working toward obtaining their GEDs. Ms. Harvey holds a Bachelor of Science degree in Special Education from St. Cloud State University and holds a Tennessee Professional License in K-12 Special Education. Ms. Harvey lives in Soddy Daisy with her husband, Stacy, and [redacted]

***References:***

| | | |
|---|---|---|
| Jane Reynolds<br>Principal,<br>Soddy Daisy Middle School<br>(423) 332-8800 ext 223<br>reynolds_jane@hcde.org | Gerri Stancil<br>School Psychologist,<br>North Hamilton Elementary and Sale Creek Middle/ High School<br>[redacted]<br>stencil_gerri@hcde.org | Susie Grant<br>Guest Engagement Manager, Tennessee Aquarium<br>Girl Scout Leader, Girls Scouts of the Southern Appalachians<br>[redacted]<br>scd@tnaqua.org |

## Natalie Jackson

Ms. Jackson is a community volunteer with significant experience in multiple aspects of education, organizational development, and child development. Ms. Jackson holds a Bachelor of Science in Child Development and Human & Organizational Development as well as a Master of Education degree in Human Development Counseling from Vanderbilt University. Ms. Jackson has wide-ranging experience in youth-serving roles including serving as an instructor for inner-city youth, as Student and Family Life Counselor for Brentwood Academy, and as Assistant Summer Program Coordinator for Northwestern University's Center for Talent Development. Ms. Jackson is a mother of [redacted] and serves as a PTA Board Member for [redacted]

***References:***

| | | |
|---|---|---|
| Phil Hurt<br>Director,<br>Camp DeSoto<br>phil@campdesoto.com | Nancy Brasher<br>Middle School Head,<br>Brentwood Academy<br>nancy_brasher@brentwoodacademy.com | Frank Hitchings<br>Associate Pastor,<br>Lookout Mtn Presbyterian Church<br>frank@lmpc.org |

## Sean Kane *Secretary*

Mr. Kane's background as a middle school teacher, middle grades administrator, and with several creative endeavors brings considerable talents to the Chattanooga Prep Planning and Design team. Mr. Kane holds a Bachelor's degree in English with a minor in Film Studies from Boston College and a Master's of Science degree in elementary education from Northwestern University. He is currently serving as a freelance writer, podcaster, and stay-at-home dad. Most recently, Mr. Kane served as Dean of the 7th Grade at Chicago Jesuit Academy which involved managing student services including academic intervention plans, social and emotional interventions for students, parent communications, and academic accountability for students. Mr. Kane also has several years of experience as a middle grades English / Language Arts teacher in all-boys school that served families residing on Chicago's south side. Mr. Kane also has experience with extra-and co-curricular school offerings such as basketball, improvisation, and comedy writing and sketch performance.

***References:***

| | | |
|---|---|---|
| Thomas Beckley<br>Principal, Chicago Jesuit Academy<br>Beckley@cjacademy.org<br>773-638-6103 | Matthew Lynch<br>President, Chicago Jesuit Academy<br>Lynch@cjacademy.org<br>773-638-6103 | Jenna Boyle<br>Dean of Academics, Chicago Jesuit Academy<br>Boyle@cjacademy.org |

## JOE MARTIN, EDD

Dr. Martin is an award-winning, internationally-known speaker, university professor, author, and professional builder of men. He holds a B.A. Degree in public relations (University of West Florida), M.A. Degree in Mass Communications (University of West Florida), and an Education Doctorate in Curriculum Development (Florida A&M University). At the age of 24, Dr. Martin became the youngest tenure-track faculty member ever hired to teach at a state university in Florida. He also had the distinct honor of being the youngest professor at his institution to ever be nominated twice for the "Distinguished Teacher's Award." In addition, Dr. Martin has taught students at all levels in K-12, including Title I, alternative education, and gifted students. Dr. Martin has addressed more than 750 organizations, associations, businesses, colleges and universities, and public school districts, earning accolades as "College Speaker of the Year" from the Association for the Promotion of Campus Activities. Dr. Martin has worked as a top sales trainer for a Fortune 500 company and as a public relations professional for both the state and federal government, including a position as Communications Director with the Florida Governor's Office. Dr. Martin currently hosts "Real Men Connect," an iTunes podcast that mentors and teaches "good men" how to be great men, amazing husbands, awesome fathers, and extraordinary leaders. His "man-building" website, RealMenConnect.com has received rave reviews from organizations like Man in the Mirror, Iron Sharpens Iron, and the Men's Ministry Network. He is also the author of nine books, including: "Tricks of the Grade," "Good Teachers Never Quit," "Stop Parenting & Start Coaching," and "Are You the Man: 201 Lessons I Wish My Dad Would Have Taught Me." Dr. Martin also serves as a guest columnist for three national publications: Student Leader Magazine, All-Pro Dad, and Education World; and he's the publisher and editor of the highly-acclaimed First Class Teacher e-Newsletter and the Man-to-Man e-Newsletter that's read my thousands of educators and men each month.

***References:***

| | | |
|---|---|---|
| Chris Ackerson<br>Men's Ministry Network<br>Executive Director<br>chris@mensministry.org<br>[redacted] | Stacy Lightfoot<br>Public Education Foundation<br>Vice President<br>slightfoot@pefchattanooga.org<br>[redacted] | LeAndrea Ware<br>Hamilton County Schools<br>Innovative Schools Director<br>ware_leandrea@hcde.org<br>[redacted] |

## DAVID RICE, MD

Dr. David Rice is a retired physician specializing in radiation oncology. Dr. Rice retired from practice in 2012 and has become a champion for STEM education. Dr. Rice holds a Bachelor's degree from Birmingham-Southern College, a Medical Degree from the University of Alabama, and completed a residency at the Medical College of Georgia. In his professional career, Dr. Rice managed a private practice and served as Chief of Radiation Oncology at Memorial Hospital. He served on Memorial Hospital's Radiation Safety Committee and Institutional Review Board. Dr. Rice is a tireless advocate for STEM education, seeing first-hand the power of STEM to engage youth who may feel disengaged from school. Dr. Rice was part of the core group who shaped the initial plan for Chattanooga Prep.

***References:***

| | | |
|---|---|---|
| Dr. Laura Fiveash<br>Executive Director<br>Spring Valley School<br>2701 Sydney Drive<br>Birmingham, AL 35211<br>ph. [redacted] | Alfred Johnson, Sr.<br>Senior Pastor<br>The Church of the First Born<br>3418 St. Elmo Ave.<br>Chattanooga, TN 37409<br>ph. [redacted] | Dr. Charles Portera, Sr.<br>Developer and Owner<br>Bluff View Art District<br>411 E 2nd St.<br>Chattanooga, TN 37403<br>ph. [redacted] |

## SUE ANNE WELLS, PHD

Dr. Sue Anne Wells is a visionary community leader who co-founded the Chattanooga Girls Leadership Academy (CGLA) in 2009, creating the first single gender STEM public charter school in Tennessee. The school's vision is to inspire hope in each girl, positively changing her trajectory in life, and empowering her to possess infinite choices in the future. After graduating from Girls Preparatory School, Sue Anne Wells received a B.A. in French Education from The University of North Carolina at Chapel Hill, and an M.A in French Language from Middlebury College and the University of Paris and a PhD in French Literature from the University of North Carolina at Chapel Hill. She has taught French, Spanish, and English at the University of Tennessee at Chattanooga, the University of North Carolina at Chapel Hill, Chattanooga School for the Arts and Sciences, Girls Preparatory School, and Notre Dame High School. Dr. Wells is also the founder and owner of Mustang Leadership Partners, an organization dedicated to the protection of the wild American mustang and to ongoing advocacy efforts through a mustang mentoring program for girls who attend the Leadership Academy. The vision of Mustang Leadership is to give students opportunities to develop, practice and understand relationship skills, social accountability, and self-confidence. Dr.

Wells' leadership has benefited a number of community organizations. She has served as Chairman of the Boards of Bright School, Ballet Tennessee, and Girls Inc. She currently chairs the Board of Directors of Chattanooga Girls Leadership Academy. She has served on the Boards of Siskin Children's Institute, Tennessee River Gorge Trust and currently serves on ArtsBuild of Greater Chattanooga, A Night To Remember, National Mentoring Partnership, University of Chattanooga Foundation, Public Education Foundation, and Coca Cola Bottling Company Consolidated. Dr. Wells has been honored as a Woman of Distinction and Fulbright Fellowship Recipient. Her numerous awards include the WTCI Be More Devoted Award, the Girls Inc President's Award, the Anheuser-Busch White Eagle Service Award, The J.C. Penny Golden Rule Award, the Margaret Lupton GPS Service Award, and the Dance Advocate Award from Tennessee Association of Dance.

***References:***

| | | | |
|---|---|---|---|
| Todd Womack<br>[redacted]<br>womack@corker.senate.gov | Edna Varner<br>[redacted] | David Shapiro<br>[redacted]<br>dshapiro@mentoring.org | Stacy Lightfoot<br>[redacted] |

# Theodore William Alling

https://www.linkedin.com/in/tedalling/

## Profile

Serial founder who built two successful and fast-growing companies by age 35. Fluent in German. Extensive background in leadership, entrepreneurship, and logistics.

## Education

| | | |
|---|---|---|
| B.S. Business Management | Samford University | 2000 |

## Experience

Since Apr 2016 **Co-Founder, Chattanooga Preparatory School** Chattanooga, TN

- Collaborates with key stakeholders to design and open all-boys charter school serving primarily inner city youth with tremendous barriers to academic and personal success.

Since Mar 2016 **Managing Director, Dynamo Accelerator and Fund** Chattanooga, TN

- Collaborates with loudest and most passionate leaders in the industry to bring logistics into the future.

Since Jan 2010 **Partner and Founder, Lamp Post Group** Chattanooga, TN

- Actively recruits and mentors entrepreneurs, encouraging them to build startups with long-term potential.
- Assists Lamp Post startups navigate the challenges of creating new businesses while cultivating positive work culture and camaraderie.

Aug 2002 – Mar 2014 **CEO/Co-Founder Access America Transport** Chattanooga, TN

- Grew company from zero in sales to over $500 million in revenue with a customer base of 8,000 in 12 years without venture capital or private equity.

Jan 2000 – July 2002 **Outside Sales Representative, CH Robinson** Chattanooga, TN

- Managed inside and outside sales.
- Developed successful less-than-truckload refrigerated program to expand services

## Civic Engagement

| | | |
|---|---|---|
| Aug 2014 – Present | **Advisory Board Member, Students** | London, UK |
| Nov 2012 – Present | **Board Member, Steam Logistics** | Chattanooga, TN |
| Sept 2012 – Present | **Board Member, PriceWaiter** | Chattanooga, TN |
| Feb 2009 – Present | **Board Member, Reliance Partners** | Chattanooga, TN |

## Honors

| | |
|---|---|
| April 2016 | **Inducted into UTC Entrepreneurship Hall of Fame** |
| Feb 2013 | **Named #9 Most Promising Company by Forbes** |

# KELLY SCHMIDT ALLING

[redacted]

**PROFILE |** Passionate about serving underprivileged communities.

**EXPERIENCE |** **CO-FOUNDER** THE ALLING FOUNDATION
2014 - PRESENT

Helping to benefit those most in need within underprivileged communities.

**RESOURCE MANAGER** HABITAT FOR HUMANITY OF GREATER CHATTANOOGA

**EDUCATION |** **SAMFORD UNIVERSITY**
B.S. HUMAN DEVELOPMENT AND FAMILY STUDIES

**LEADERSHIP |** Will serve as Vice Chair on the board of Chattanooga Prep and has been instrumental in every aspect of school planning. She is heavily involved in the facilities planning and design process and has marshaled her considerable talents to prepare the school to open in 2018. She previously served on the Chattanooga Youth Network Board.

# Montrell Besley, M.S.

https://www.linkedin.com/in/montrell-besley-m-s-a724473b/

## PROFILE

Health education professional with extensive youth development experience and dedicated service to Chattanooga area. Skilled in community outreach, strategic planning, and public speaking.

## EDUCATION

**Master of Science: Public and Community Health** — Austin Peay State University, 2009

**Bachelor of Science: Health and Human Performance** — Austin Peay State University, 2004

## EXPERIENCE

**Physical Education Teacher, Woodmore Elementary** — Aug 2015 – Present
Chattanooga, TN

**Teen Services Director, Boys & Girls Club of Chattanooga** — Apr 2015 – Aug 2015
Chattanooga, TN

**Director of RBI, Boys & Girls Club of Chattanooga** — Oct 2014 – Mar 2015
Chattanooga, TN

**Program Coordinator, City of Chattanooga Parks and Recreation** — May 2013 – Oct 2014
Chattanooga, TN

**Facility Manager, Brainerd Community Center** — May 2011 - May 2013
Chattanooga, TN

**Recreation Specialist, City of Chattanooga Parks and Recreation** — July 2007 – May 2011
Chattanooga, TN

## COMMUNITY SERVICE

**Design & Implementation Team, Chattanooga Prep** — Apr 2016 – Present

**Board Member, Hamilton County Step One** — July 2007 – Oct 2014

## HONORS

Jefferson Award, 2011

# Krue Brock

krue@chattanoogafc.com

## Profile

Heavily involved in the world of education, business, and politics while serving multiple leadership roles within the Chattanooga community to help ignite the city's entrepreneurial spark. He is particularly concerned with ensuring academic equity for low-income children and families in the Chattanooga community.

## Education

**Vanderbilt University**
**St. John's College**

## Experience

**Co-Founder**
Chattanooga Football Club

**Adjunct Professor**
Covenant College

**Owner**
Market Street Tire & Auto

## Leadership

**Board of Directors**
United Way of Greater Chattanooga

**Planning & Design Team and Board of Directors**
Chattanooga Preparatory School

# David W. Caines

[redacted]

## Professional Experience

Kenco, Chattanooga, TN
$537MM North American full service logistics company operating over 100 facilities and more than 30 million square feet of distribution space in 28 states and Canada.

*Chief Operating Officer, Kenco Group Inc.* *2014 – Present*

- *Full responsibility for all operating divisions*
  - *Logistics, Transportation & Material Handling*
- *Exceeded all Financial Hurdles Rates & Guardrails*
  - *Compound Annual Growth Rate*
  - *Return on Equity*
  - *Return on Invested Capital*
  - *Debt Capitalization*
- *2016 was the best financial year in 66 year history of Kenco*

*President, Kenco Logistic Services & Kenco Transportation Services* 2011 – Present

- P&L responsibility for 2 operating companies (Logistics & Transportation)
  - Combined annual revenue $351 million (79% of parent)
- 5 direct reports, 5,483 employees (1,200 temporary)
- Direct annual strategic planning process since 2006
- 2011, 2012 & 2013 Record Financials (Sales, Profit, ROE, ROIC)
- Growth of company 10.8% CAGR (through recession; 100% Organic
- Heavy Engagement in Business Development
- Senior Executive Contact
- Development of Comprehensive Operating System
- Managing Joint Venture with German partner ($26 million annual sales)
- Enhanced internal communication
- Extreme focus on People, Culture and Continuous Improvement
- National Branding Initiative focused on Guiding Principles and History

*Senior Vice President, Logistics* 2007–2011

- P&L responsibility for 16 major clients, $94 million book of business, 37 locations, 1,490 employees, 10.3 million square feet, 4 direct reports
  - *Clients*: DuPont, GlaxoSmithKline, Whirlpool, Bristol-Myers Squibb, General Mills, Carrier, RJ Reynolds, US Gypsum, Steelcase, Kohler, Electrolux, Graphic Packaging, Valeant, Invista, Mervyns, KordSA
- Direct on-going formal strategic planning process
- Lead start-up / transitions – 3 in 2008 (Ontario, CA, San Bernardino, CA & Fremont, CA)
- Oversee multiple network optimization projects
- Heavy engagement in Sales / Marketing bids – 2008 Records sales year with over $46MM in new sales
- Improved Profit margin by more than 8% form 07' to 08'
- Coordinated development of integration management system

*Vice President, Operations* 2005–2007

- P&L responsibility for 3 major clients, $16 million book of business, 9 locations, 360 employees, 2.7 million square feet, 8 direct reports
  - *Clients*: General Electric, Parksite Group, Electrolux
- Improved profit margin 43% from 05' to 06'
- Led companies first formal strategic planning process
- Oversaw development of reporting database for engineered standards program
- 3 new business start-ups (Syracuse, NY, Tampa, FL & Ames, IA)
- Led effort to identify and select network design software

*Director, Operations* 2004–2005

- Developed financial model for corporate level supply chain metrics
- Developed two-day training workshop on company branded efficiency program EIP.
- Completed 3 new business start-ups (Memphis, TN, Atlanta, GA & Louisville, KY)
- Conducted Six Sigma basic training during Annual Manager's meeting
- Stabilized long-term contract by reducing damages, improving productivity (38%) and reducing cost labor cost (9.9%)

KM Logistics, Memphis, TN
$30MM Third party logistics provider for Cummins MDC, 700K-sq-ft facility with 100K SKUs supporting global aftermarket parts network.

*Director, Inbound Operations* 2003 - 2004

- General management of a 2 shift operation with 450 associates, 2 Operations Managers and 13 Supervisors across 6 departments: Receiving (+/- 10,000 parts / week), Putaway (3,000 per day), Internal Picking for the Packaging operations (2,000 picking lines/ day), and Packaging (2 shifts – 5,000 orders/ week), Major components packaging (oversize/ overweight items 1,000 orders/ week), P&L (line assembly of 350 orders/ week)
- Managed consulting project (Argent Global Services) 15 months developing 87 multi-variable labor standards – results $2.5 MM in labor savings
- Managed 100% piece rate relationship with matrix pricing
- Reduced Inbound Cycle Time - all inbound trucks received into stock within 24 hours
- Packaging Relocation Team – Moved all finished goods packaging in house from outside supplier – 12 days of inventory out of supply chain ($11 MM savings)
- Maintained outstanding safety record with an OSHA incident rate of 1.80 (2004)
- Completed multiple Six Sigma Project

*Operations Manager, Outbound Operations* 2002 - 2003

- General management of a first shift operation with 170 associates, 7 Supervisors across 5 Pick zones for 35 worldwide customers (65,000 lines or 1,000,000 pieces/ week), a dedicated department for Government and Chrysler customers and Shipping
- General management of a second shift operation (headcount of 75, 2 Supervisors) for picking and expedited shipping worldwide, with a volume of over 3,000 lines daily.
- Increased productivity by 22% - lines per hour avg. from 8.8 to 11.3 (1H 02' vs. 2H 03')
- Achieved world class safety record with an OSHA incident rate of 1.22 (2003)
- Instituted detailed labor management plan by zone for hourly flexing schedules

**Education**

Duke University, Durham NC
Masters of Business Administration, Fuqua School of Business 2010

Covenant College, Lookout Mountain GA
Bachelor of Arts, Business Administration, concentration Accounting 2002

**Invited Committee Memberships**

Deacon, East Ridge Presbyterian, 2004–2007
Board Member, Pearl Ministries, 2006–2007
Chairman, Pearl Ministries, 2008 – 2010
See Rock City, Inc, Director – 2009 – Present (for Profit)
Elder, Lookout Mountain Presbyterian Church, 2015 – Present
Chalmers Center for Economic Development, Director 2011 - Present
Chattanooga Area Chamber of Commerce, Director, 2012 – Present
Covenant College, Board of Trustees, 2014 – Present

**Leadership and development training**

Black Belt - Six Sigma, SBTi, 2003
LEAN, Argent Global Services, 2004
Supply Chain Management, Ohio State Exec. Ed., 2005
Strategic Planning, Michigan State Exec. Ed., 2007
APICS, Certified Supply Chain Professional, 2012
Sandler, Professional Advantage, 2013

# Steve Cox

https://www.linkedin.com/in/steve-cox-1484405

## Profile

Seasoned logistics professional with over 10 years' executive experience. Skillsets include logistics and transportation management, operations and supply chain management, process improvement, purchasing and contract negotiations, warehouse operations, customer service and sales

## Experience

Oct 2013 – Present, President and COO – Steam Logistics — Chattanooga, TN
May 2006 – Oct 2013, Executive Vice President – Access America Transport — Ramsey, MN

2005 – 2006, Routing Analyst – Target — Minneapolis, MN

2004 – 2005, Routing Specialist – SuperValu — Chanhassen, MN

1995 – 2003, Nashville Consolidation Manager – CH Robinson Worldwide — La Vergne, TN

## Education

BS: Business — St. Cloud State University — 1994

# Ward Davenport

wdavenport@pointermc.com
https://www.linkedin.com/in/ward-davenport-098967/

## Experience

Mr. Davenport has extensive experience in finance and wealth management. He is Managing Director of Pointer Management, a $3 billion hedge fund that manages capital for over 400 clients, including foundations, endowments, not-for-profit hospitals, and high net worth individuals.

| | |
|---|---|
| Managing Director, *Pointer Management* | 2007 – Present |
| Analyst, *Pointer Management* | 2003 - 2007 |
| Jr. Analyst, *The Sterling Group* | 2001 - 2002 |

## Education

| | |
|---|---|
| B.A. Economics – *Washington and Lee University* | 2001 |
| *Baylor School* | 1997 |

## Board Memberships

| | |
|---|---|
| United Way of Greater Chattanooga | Present |
| Tennessee Aquarium | Present |
| The Bright School | Present |

# Jennifer Harvey

Jennifer Harvey, is a licensed special education teacher for Hamilton County Schools currently teaching at Soddy Daisy Middle School. My focus in Hamilton county schools has been working with children with learning disabilities in reading, mathematics and written language as well as teaching gifted children. Prior to moving to Tennessee, I taught in Minnesota. I worked for several top school districts, including Centennial, Delano, and Moundsview. My teaching focus in Minnesota was teaching students with moderate to severe cognitive disabilities and transitioning them from high school to college or job/ employment. I served as a committee member for the local and state Autism Networks as well as serving as an Assistive Technology Liaison for my school district. I have volunteered with the Minneapolis Public schools as a tutor for adult learners working toward obtaining their GED . I hold a Bachelor of Science degree in Special Education from St. Cloud State University and I currently hold a Tennessee Professional license in K-12 Special Education. I live in Soddy Daisy with my husband Stacy and [redacted]

**References:**

Jane Reynolds, Principal Soddy Daisy Middle School (423) 332-8800 ext 223; reynolds_jane@hcde.org

Gerri Stancil, School Psychologist North Hamilton Elementary and Sale Creek Middle/ High School [redacted] stencil_gerri@hcde.org

Susie Grant, Guest Engagement Manager at the Tennessee Aquarium and Girl Scout Leader for the Girls Scouts of the Southern Appalachians [redacted]scd@tnaqua.org

# Natalie P. Jackson

[redacted]

## Experience

**Lookout Mountain Presbyterian Church Mother's Day Out** Lookout Mountain, TN
*Assistant Preschool Teacher* Fall 2015-Spring 2016
Assisted in creating a joyful early learning experience for three to four year old children facilitating pretend play, crafts, singing, story time, and conversations about shapes and colors. Encouraged the development of critical life skills including listening, following directions, working collaboratively with others, and conflict resolution.

**Northwestern University Center for Talent Development** Evanston, IL
*Assistant Summer Program Coordinator* Fall 2002-Winter 2004
Facilitated various aspects of a summer enrichment program for academically gifted kindergarten-high school students. Reviewed student applications and conducted the admissions process. Interviewed and hired teachers for the program. Interviewed and hired college age counselors who oversaw the residential aspect of the program. Assisted in design of marketing materials. Communicated program goals and led training of counselors and teachers. Ensured that all areas of the kindergarten-middle school program ran smoothly during the summer session.

**Brentwood Academy** Brentwood, TN
*Student and Family Life Counselor* Fall 1999-Spring 2002
*Student and Family Life Intern* Spring 1999
Developed and implemented a comprehensive Life Skills curriculum for both the middle and upper schools. Established trust and rapport with students, parents, faculty, and administration. Acquired knowledge of grade level dynamics and specific student needs and concerns. Provided support and resources for students dealing with social, emotional, and clinical issues via individual and small group counseling sessions. Arranged educational seminars for parents and faculty. Strengthened community ties through participation in the Nashville area Independent School Counselor Network.

**H.G. Hill Elementary School** Nashville, TN
*Guidance and Counseling Intern* Fall 1999
Participated in the coordination of special services, testing, and assessment of students; served as a liaison among the school, parents, and community; worked with individuals and small groups of students with specific concerns.

**Camp DeSoto** Mentone, AL
*Camp Counselor* Summer 1997
Counseled cabin of eight 15-16 year old girls. Taught climbing and team sports. Responsible for planning and leading creative activities.

**The Bridge Program, Inc.** Nashville, TN
*Teacher* July 1995
Taught American History to rising eighth grade students in this enrichment program for inner-city youth. Responsible for planning a curriculum, teaching four classes per day, and participating in extracurricular activities.

## Education

**Vanderbilt University**
*Master of Education* May 1999
Human Development Counseling
GPA: 3.9/4.0

**Vanderbilt University**
*Bachelor of Science, cum laude* December 1997
Majors in Child Development and Human and Organizational Development
Minor in History
GPA: 3.48/4.0

## Accreditation and Activities

**Mother of** [redacted]
**Lookout Mountain Presbyterian Church** Active member
[redacted] PTA Board Member
Interests include reading, yoga, running, cooking

**References** Available upon request

# Sean Kane

[redacted]

**Education:**

**Graduate:** Northwestern University, School of Education and Social Policy
June 2007- June 2010
Masters Science, Elementary Education

**Undergraduate:** Boston College, College of Arts and Sciences
September 2003- May 2007
Major: English, Minor: Film Studies; GPA 3.4/4.0

**Experience:**

**Dean of the 7th Grade**, Chicago Jesuit Academy — *June 2014- Present*

- Acting dean of the 7th grade class
- Manage student services: academic intervention plans, social and emotional intervention plans for 7th grade
- Responsible for parent communication, behavior management and academic accountability of students

**English/Language Arts Teacher**, Grades 7-8, Chicago Jesuit Academy — *June 2010- Present*

- Presently teaching Reading and Language Arts for 7th and 8th grade in all-boys, tuition-free, Jesuit Charter School
- 8th grade students annually graduating on an average of 10th grade level, gaining 3 years of growth between 7th and 8th grade on Terra Nova, had numerous admitted to competitive high schools throughout Chicago and US
- Worked and developed programs to complement student needs such as- Guided Independent Reading, Formation, Cura Personalis, HAP Summer Camp Program, 7th grade Basketball and 6-8th grade intramurals

**English/Language Arts Teacher**, Grades 5-8, St. Columbanus School — *June 2007- June 2010*

- Worked full time as a classroom teacher in South Chicago, teaching Language Arts, Reading, Religious Education and Vocabulary Development; coached 7/8th grade boys' basketball
- Created curriculum for 4 grade levels that develops reading and writing as dependent and cooperative skills in cultural and academic literacy within both creative and non-fiction writing.
- Had graduates admitted to premier private high schools; kept high percentage of students grades 5-8 above level in Language Arts standardized skills for 3 years on Stanford Achievement Test

**Activities/Experience:**

**Member/Writer**, Astronaut Theater Sketch Comedy — *January 2009-Present*

- Writer and performer for sketch comedy group in Chicago
- Sold-out 8+ shows of original and new material annually for 5 straight years
- Performed in Chicago and New York City, played Chicago SketchFest 4 years, New York SketchFest 3 years and Austin Sketch Fest 2012

**Student,** Improv Olympic Comedy Theater — *April 2010- August 2011*

- Enrolled as a student at the Improv Olympic Theater School practicing long form improvisational comedic technique

**Student,** Second City Advanced Improvisation — *March-April 2009*

- Graduated from 8 week course for advanced improvisation within Second City Training Center

**Feature Writer, MidwestSportsFans.com** — *Sept. 14, 2008- Sept. 2009*

- Began work for Fan Blog covering Chicago White Sox; continued work writing on Big Ten Football, Chicago Bears and College Basketball Frequently read and commented writer, actively linked by fan blogs
- Brought blog from a minor site, with 467 visits per week from Sept. 14-20 2008 (join date) to over 17,000 visits for the week of Jan. 11-17 2009.

**Corps Member,** Inner City Teaching Corps *June 2007-June 2009*

- Volunteer teacher within Inner City Teaching Corps, group dedicated to empowering students in underserved urban schools

**Basketball Coach and Camp Administrator** *June 2009-July 2009*

- Head administrator of St. Agnes Summer Basketball Camp; taught team and individual skills to boys and girls ages 9-14

**Counselor/Facilitator: Counselor In Training Corps**, Camp Rockmont; Black Mtn., NC *June & July 2008*

- Worked at an all boys' camp as head counselor and leadership training facilitator for counselors in training

College Experience

**Basketball Coach**, Newton Recreational League, MA *Winter 2006-07*

- Coach of a 13 year-old boys' basketball team in the town of Newton, practice and games every week. Practice consisted of teaching skills to develop individual players and team play.

**Troupe Member**, Hello...Shovelhead! Sketch Comedy *Fall'03-2007*

- Member of Boston College's premiere comedy group of 12 members. Writing sketch style comedy, producing a film and performing two live shows.
- Created loyal and broad fan base selling out virtually each show performed on campus. Earned "Baldwin", a student film award, in "Viewer's Choice" for Fall 2004 film *Skating on Thin Ice.*
- Acted as Senior Producer/Director. Maintaining group's elite reputation and fan base. Last show sold out; over 800 viewers were in attendance.

**Semester Abroad Student**, Quito, Ecuador *Fall 2005*

- Lived with an Ecuadorian family in Quito, Ecuador and studied 20th Century Latin American History and literature at La Universidad San Francisco de Quito, and developed and maintained conversational Spanish fluency.
- Worked weekly in Baca Ortiz's Children's Hospital developed relationships with children and families in the orthopedic ward.

**Member,** Appalachia Volunteers of Boston College *2005-2007*

- Undergraduate service organization that educates members about entrenched poverty, social justice and theological/spiritual implications of community. Culminates in service trip during throughout the Appalachia region.
- Participated in trips to Raleigh, NC, New Orleans, LA: Summer '06 and Winter '07.
- Lead trip to Norristown, PA in Spring '07; facilitating service and reflection for 15 undergraduates

**Mentor,** Big Brothers of Massachusetts Bay *Fall 2003-Spring 2004*

- Was tutor, friend and mentor for 10 year old boy in a single mother home for two years.
- Became consistent, positive male figure in his life encouraging pursuits in academics and athletics.

# DR. JOE MARTIN

RealMenConnect@gmail.com
RealMenConnect.com

## PROFILE

An educational speaker and consultant who trains more than 45,000 teachers and administrators a year. Has addressed more than 750 organizations helping hundreds of students and staff across the country achieve more, level and serve more passionately, and maximize their leadership potential.

## EDUCATION

### Ed.D. Florida A&M University

Curriculum Development

### M.A. University of West Florida

Mass Communications

### B.A. University of West Florida

Public Relations

## EXPERIENCE

### Real Men Connect Podcast

***Podcast Host***

Mentors and teaches "good men" how to be great men, amazing husbands, awesome fathers, and extraordinary leaders.

### Good Teachers Radio Program

***Radio Host***

Provided educators and parents with strategies to help them motivate, inspire, and connect with students.

### Florida Governor's Office

***Communications Director***

## PUBLICATIONS

- Author of these Books:

- *Tricks of the Grade*
- *Good Teachers Never Quit*
- *Stop Parenting & Start Coaching*
- *Are You the Man: 201 Lessons I Wish My Dad Would Have Taught Me*

- Publisher and Editor of these e-Newsletters:
  - *First Class Teacher*
  - *Man-to-Man*
- Guest Columnist for these Magazines:
  - *Student Leader Magazine*
  - *All-Pro Dad*
  - *Education World*

## APPEARANCES

- Guest Appearances on television:
  - ABC, NBC, and TBN

# Dr. David W. Rice

[redacted]

**Profile**

Retired physician specializing in radiation oncology who now champions STEM education. Core member of the group who shaped the initial plan for Chattanooga Prep.

**Education**

**University of Alabama**
M.D.
Completed Residency at Medical College of Georgia

**Birmingham-Southern College**
B.S.

**Experience**

**Memorial Hospital**
- Chief of Radiation Oncology

**Memorial Hospital's Radiation Safety Committee and Institutional Review Board**
- Board Member

# Dr. Sue Anne Wells

[redacted]

https://www.linkedin.com/in/sue-anne-wells-193182b

## Profile

A visionary community leader who co-founded the Chattanooga Girls Leadership Academy, creating the first single gender STEM public charter school in Tennessee.

## Education

University of North Carolina at Chapel Hill

Ph.D. French Literature

Middlebury College & University of Paris

M.A. French Language

University of North Carolina at Chapel Hill

B.A. French Education

## Experience

Chattanooga Girls Leadership Academy (CGLA)

Co-Founder August 2007 – Present

Created a school with the vision of inspiring hope in each girl, positively changing her trajectory in life, and empowering her to possess infinite choices in the future.

Mustang Leadership Partners, LLC

Owner June 2010 – Present

Created an organization dedicated to the protection of the wild American mustang and to ongoing advocacy efforts through a mustang mentoring program for girls who attend CGLA.

MLP's vision is to give students opportunities to develop, practice, and understand relationship skills, social accountability, and self-confidence.

## Board Memberships

Currently Chairman of the Board
- CGLA

Previously Chairman of the Board
- Bright School
- Ballet Tennessee
- Girls, Inc.

Currently Serving on the board
- ArtsBuild of Greater Chattanooga
- A Night to Remember
- National Mentoring Partnerships

- University of Chattanooga Foundation
- Public Education Foundation
- Coca-Cola Bottling Company Consolidated

Previously Served on the Board

- Siskin Children's Institute
- Tennessee River Gorge Trust

## Awards and Honors

Woman of Distinction
Fulbright Fellowship
WTCI Be More Devoted Award
Girls, Inc. President's Award
Anheuser-Busch White Eagle Service Award
J.C. Penny Golden Rule Award
Margaret Lupton GPS Service Award
Tennessee Association of Dance's Dance Advocate Award

## F7. BOARD POLICIES, INCLUDING POLICIES ON OPEN MEETINGS AND OPEN RECORDS

Friends of Chattanooga Prep and the Chattanooga Prep Governance board will establish and secure board approval for policies to institutionalize and ensure consistency in critical governance and operations functions. All policies and procedures will be consistent with Tennessee statutory requirements including licensing requirements for teachers, open meetings and public records, civil rights, health and safety standards, public records, immunizations, etc. as specified in Tennessee Code Annotated § 49-13-105 and 111.

Transparency in board and school governance are hallmarks of Chattanooga Prep's ethos and both boards will comply with open meeting and open records requirements.

In addition to the Code of Ethics (see F.4) and Conflict of Interest policy (see F.5), Chattanooga Preparatory School will establish the following policies.[53]

- ***Nondiscrimination Policy:*** provides that nonprofit organizations will treat employees and job applicants fairly, and without regard to at least several federally-protected classes such as disability, race, creed, color, national origin or sex.
- ***Donor Privacy Policy:*** ensures that donors' personal and donation information will be kept confidential and will not be shared with anyone outside the nonprofit organization, unless the donor approves.
- ***Gift Acceptance Policy:*** describes what types of gifts a nonprofit organization will and will not accept from donors and which staff or board members will make those decisions.
- ***Document Retention and Destruction Policy:*** identifies the types of paper documents and electronic files the nonprofit generates, lists how long the organization will retain them and requires monitoring progress with compliance in written form.
- ***Review Process of Form 990:*** allows board members, or a board subcommittee, adequate time to conduct a meaningful review of the nonprofit's Form 990 before it is submitted to the IRS. This process should also allow for feedback and revisions based on input.
- ***Meeting Minutes Documentation Procedure:*** ensures that boards take minutes of their meetings while the meetings occur, not afterwards, and retain them safely for the long-term.

[53] This list is adapted from the Chattanooga Center for Non-Profits' *A Guide to Starting a Nonprofit in Tennessee.* http://www.cnpchatt.org/downloads/FinalWebVersion.pdf

## ATTACHMENT G: School Organizational Chart

## Organizational Chart – Year 1



## Organizational Chart – Full Capacity



## ATTACHMENT H: School Leader Resumes / Student Achievement Data

# *Elaine Swafford*

[redacted]

## Education

Ed.D. Educational Leadership, University of Sarasota, 1999
Doctoral Dissertation: The Impact of Course Intervention versus Non-Kaplan Studies Courses on First Year Retention and Academic Progress.

M.A. Administration & Supervision, Austin Peay State University, 1982

B.S. Health Sciences and Physical Education with a minor in Biology, Austin Peay State University, 1981

## Professional Profile

Over 34 years of experience in public and higher education
Demonstrated ability to in planning, administration and leadership
Ability to build an instructional educational environment for the benefit of teaching and learning for all students
Ability to strategically analyze situations and develop solutions
Demonstrated ability to implement new and innovative programs
Capacity to manage numerous priorities
Ability to foster professional development among school personnel
Ability to make difficult decisions
Expertise in the areas of retention and learning community development
Experience in building and implementing various educational programs initiatives
Ability to bring projects to completion under deadlines
Effectively evaluate performance and provide guidance
Proven fiscal operations responsibilities
Visionary, energetic, positive attitude, and excellent interpersonal skills
Proven commitment to serving faculty, staff, and students
Proven ability to lead school turnaround reform

## Professional Experience

**Director, Chattanooga Girls Leadership Academy**
July 2008-Present

Oversees and directs all the daily operations of the first all-girls Stem school in the State of Tennessee for grades six through twelve. Reports directly to the CGLA Board of Directors, while being held accountable for achieving improved academic achievement by local LEA and State Department of Education. Responsible for providing visionary leadership for shaping and re-structuring the instructional environment to move the school from low performing to highly proficient, through the formation of a rigorous curriculum for all students. The mission is to provide girls and young women with a rigorous college preparatory education focused on math, science, and technology in a supportive environment that nurtures self-confidence, inspires leadership, encourages critical thinking, and promotes academic excellence. CGLA students have the opportunity to participate in a variety of

hands-on educational activities that nurture self- confidence, inspire leadership, encourage critical thinking, and promote academic excellence.

Achievements:

- Led school through transformation model in just two years from failing priority school status to Reward School Status
- Established community partnerships with various foundations, business and industry, colleges and universities
- Established viable mentoring program
- Lead successful major finance campaign
- In effort with Director of Finance and Accounting established sound financial policies and procedures
- Led school through successful SACS accreditation
- Led hiring process for school and foundation
- Established six athletic programs for students
- Initiated data drive approach to school turnaround
- Implemented proven differentiated professional development program for teachers
- Initiated leadership series for associate and assistant principals
- Implemented proven processes and model replicable for school reform and turnaround
- Responsible for fundraising efforts of-------over four year period

**Vice President, Student Affairs**
Chattanooga State Community College, Chattanooga, TN
July 2008- July 2012

In reporting to the president assumed responsibilities for policy development, accreditation, strategic planning, and professional development. Member of the president's cabinet and executive staff. Position establishes institutional goals and objectives for all student affairs programs and seeks resources to accomplish these objectives. Student affairs division encompasses Admissions, Records, Enrollment Service Center, Career Services and Counseling, Enrollment Management and Retention, Recruiting, K-12 partnerships, Placement Services, Disability Services, Student Activities, student publications, Veteran Affairs, Multicultural Services, Student Life, Adult Service Center, Educational Outreach Program, Judicial Affairs, orientation, AE/GED programs, mentoring program, Middle College High School, and Diploma Completion Program. Interaction and collegial support for all departments including, Academic Affairs, Business and Finance, Fund Development, Institutional Effectiveness, Economic and Community Development, Tele-counseling Center, Tennessee Technology Center, and all off-campus sites. Provides leadership for planning and evaluates programs to foster an environment and climate supportive of student retention and success. Develop effective recruiting programs of students in collaboration with other departments. Ensure full and open access and services to all prospective and matriculated students. Plan and coordinates the utilization of financial, human and facility resources related to student affairs. Develop and implement the annual budget and ensure authorized expenditures within budget allocations. Provide leadership in the selection, development, and evaluation of personnel. Participate in community activities to promote the College. Oversee college-wide Enrollment Management Efforts.

Achievements:

In collaboration with Academic Affairs and Business and Finance Division, lead the reorganization of the enrollment services into a One-Stop Shop
Initiated the Distinguished Professor Award through coordination with Student Government Association
Attend and participate in weekly Academic Affairs' Deans Cabinet meetings
Lead partnership with the Hamilton County Department of Education to develop K-12 access initiative
Participates in the colleges' P16 initiative
Served on the SACS Accreditation Committee

Implemented a Professional Development Academy for the Student Affairs Division
Established a Principals Advisory Committee for Hamilton County and outlying areas
Reorganized the entire Student Affairs Division
Planned and oversight responsibilities for renovation of Student Services Building
Assisted in the A100 Guidelines implementation for the college campus
Implemented a meeting for all campus personnel at the Director and Coordinator level to improve process communication
Spearheaded the implementation of the Document Imaging System for the entire campus community
Implemented monthly Student Affairs Advisory and Student Advisory to include all divisions input on campus
Implement the Diploma Completion Project in partnership with Hamilton County Department of Education for dropouts ages 17-19
Initiated a campus wide mentoring program with over 90 mentors
Mandated Orientation for all new students entering Chattanooga State
Implemented mini-orientations for high school seniors on their campus
Provided Off Campus training for One-Stop Shop concept
In conjunction with Academic Affairs implemented the October-December fast track classes
Initiated the effort to re-design the Application/Registration calendar
Initiated the collaborative effort for student support services between the TTC and Student Affairs
Implemented online orientation
Assisted in moving our Middle College High School from transfer only to a technical path
Implemented online and written customer satisfaction surveys
Assisted in initiating bookstore charges for financial aid students
Increased Student Activities 138 % in one academic year
Initiated letters and emails to students using Hobsons
Initiated Hobsons Retain in order to promote retention as a campus-wide effort

**Area Superintendent**
Hamilton County School System, Chattanooga, TN
July 2007- June 2008

Directed all school operations in assigned area, ensuring the achievements of district instructional goals within the area. Actualized the goals of the Board of Education and the Superintendent through area wide planning, direction, program initiatives, benchmarking and continuous improvement. Worked within a structure that required strict accountability; knowledge of school and district organization, operations, policies, and objectives; and strong organizational, communication, and interpersonal skills. Ensured assignment of campuses complied with state, federal, and school board policies and laws.

Achievements:
Lead instructional walk-through for grades K-12
Supervised operation of and provided instructional oversight to twenty-five schools within the district
Provided plan in moving two schools from high priority (Schools On Notice) to Safe Schools Status
Assisted in implementing the SMART management tool
Evaluated the performance of campus principals in assigned area
Collaborated with principals and faculty to develop curriculum and instructional improvement plans
Lead faculty and staff in learning how to build Professional Learning Communities
Ensured the quality and implementation of School Improvement Plans for each campus in assigned area, including school-centered education implementation and involvement
Ensured proper business and budget practices of area office and campuses
Ensured each campus in assigned area improved performance, teacher attendance, drop-out rate, and the number of students in Advanced Placement classes
Ensured the offering of a balanced curriculum on each campus in assigned area
Ensured continuous progress in student achievement on each campus in assigned area

Established a collaborative relationship with all departments and divisions to ensure support of local campus academic, fiscal, training, and facility needs.
Made frequent visits to school within areas, participated in classroom evaluations, conducted meetings regarding data of student achievement
Ensured parent and community involvement on each campus within assigned area
Represented the Superintendent with Chamber, HCEA and other organizations

**Executive Principal, Howard School of Academics and Technology**
**Grades 6-12**
Hamilton County School System, Chattanooga, TN
2004 - 2007

Responsible for providing visionary leadership for shaping and re-structuring the instructional environment of a school in need of an educational re-birth, through the formation of a rigorous curriculum for all students. Responsibilities included directing all school operations and providing instructional leadership through motivating, training, and evaluating personnel. Assured the successful implementation of a balanced, standards-based system of teaching and learning through problem-based and competency-driven programs. Provided leadership for proven continuous progress in student achievement through data-driven decision making and accountability processes. Managed numerous grants and financial resources for continuous school program improvement.

Achievements:

Improved Gateway Scores, Graduation Rates, and Attendance Rate over a three year time frame
Provided leadership to faculty in guiding reform effort through rigorous and relevant curriculum implementation
As the Executive Principal of the lowest performing school in Hamilton County (TN), the graduation rate increased 41.8% and math proficiency scores increased 184.6%.
Implemented curriculum and instructional processes for grades 6-12 using Understanding by Design and Differentiated Instruction Researched Instructional Models
Lead effort to establish Network Learning Community for Feeder Pattern Schools
Established the 9th Grade and three other Academies
Established a Prevention Intervention Resource Team
Established financial and mentoring partnerships with area businesses
Re-birthed the PTSA and Alumni Associations
Established a Professional Learning Community
Implemented TCAP and Gateway Academies
Lead the development and implementation of the School Improvement Plans
Secured significant financial and support partnerships from various business and industry partners
Established a new perception and set high expectations by changing school culture

**Vice President, Economic and Community Development**
Chattanooga State Technical Community College, Chattanooga, TN
2001 – 2004

Provided leadership and administered all activities related to the programs of Continuing Education/Business and Community Development Center, Recruitment, Cooperative Education and Placement, ABE/GED program, WIA/Families First, Telecounseling Center, Small Business Development Center, and the operation of three off-campus sites. Responsible for maintaining professional working relationships with schools, businesses, industries, State agencies and the community at large.

Achievements:

Increased enrollment at off-campus sites by 25%
Increased revenue in Business and Industry Training/Continuing Education to over $1 million
Assisted in implementation of Middle College High School

Assisted Chamber of Commerce in developing partnerships with Hamilton County Department of Education
Launched Project AHEAD for at-risk low income adult students – 70% retention rate since August 2002
Established partnership with Signal Centers for funding Project AHEAD
Assisted in initiating Vocational Articulation Agreement with Hamilton County Department of Education
Initiated Business Systems Technology Program with Urban League, Department of Human Services and other participants
Established apprenticeship program for Chattanooga Housing Authority
Created advisory committees for Economic & Community Development Division
Launched ACT Testing Center
Speaker at various high school and community functions

**Vice President, Institutional Advancement and Enrollment Management**
Chattanooga State Technical Community College, Chattanooga, TN
September 1999 - 2001

Responsible for the leadership and administration of all activities related to the programs of Enrollment Management, Recruitment and Retention, Marketing, Workforce Development Training, Institutional Development, fundraising, Cooperative Education and Placement. Responsible for relationship building with high schools, business and industry and other community activities.

Achievements:

- Assisted in launching major fundraising campaign for the institution
  Re-established relationships with Harriet Tubman, Poss Homes, East Lake Communities
  Initiated contract with Urban League and Signal Centers for Fall enrollment
  Assisted in securing ten scholarships from TVA for Engineering Technology students
  Implemented Hispanic Outreach Center
  Initiated a Retention Committee on campus
  Redefined Call Center for recruitment and retention
  Developed a Policy and Procedure manual for Internet and Intranet
  Established early timelines for Marketing – catalog, schedules, advertising
  Targeted new business opportunities for training through BCDC
  Assisted each department within division in setting up budget projections for upcoming year

**Dean, Continuing Education/Business and Community Development Center**
Chattanooga State Technical Community College, Chattanooga, TN
March 1996 - 1999

Provided leadership, direction, and coordination for activities relating to high school recruitment, enrollment management teams, development of courses for business and industry and the operation of two off-campus sites. Responsible for monitoring all financial budgets and resources.

Achievements:
Increased revenue account in Continuing Education by $400,000
Served over 150 companies annual in business training
Established a college wide enrollment management team
Assisted in establishing the Institute of Applied Management

**Director, College and Community Relations**
Chattanooga State Technical Community College, Chattanooga, TN
November 1993 – March 1996

Provided guidance and support for all activities associated with recruitment and marketing of training programs. Created and maintained professional working relationships with schools, businesses, industries and the community.

Achievements:

Increased high school recruitment to 21%
Established model training program with Dupont Corporation
Implemented a successful Business and Industry Training Program

**Director, Cooperative Education Program/Career Counseling**
Chattanooga State Technical Community College, Chattanooga, TN
1988 - 1993

Responsible for the planning, development and implementation of the Cooperative Education Program, including recruitment of employers and placement of students. Provided career counseling on individual basis and through career groups and workshops.

Achievements:

Responsible for resurgence of Cooperative Education program
Wrote and acquired $290,000 Cooperative Education Federal Grant
Established successful Cooperative Educational partnerships with business and industry
Excellence Award for the National Institute for Staff and Organizational Development

**College Academic Experience**

Taught Freshman RI 100 Classes for incoming first-time students

**High School Academic Experience:**

**Teacher**
Tyner High School, Chattanooga, TN
Head Coach, Basketball
1986 – 1988

**Teacher**
Howard High School, Chattanooga, TN
Head Coach, Basketball
1985 – 1986

**Teacher**
Soddy-Daisy High School, Soddy Daisy, TN
Head Coach, Basketball/Volleyball
1983 – 1985

**Assistant Women's Basketball Coach**
Austin Peay State University, Clarksville, TN
1982 – 1983

---

**License/Certifications**
Professional License
Biology 7 – 12

Health & Physical Education K – 12
Admin Supervisor 7 – 12

Professional Administrator License
Professional Administration PreK – 12

---

**Community Involvement**

Board of Directors, United Way
Member of University of Tennessee at Chattanooga Chancellor's Roundtable
Member of University of Tennessee at Chattanooga College of Computer Science and Engineering Advisory
Member of University of Tennessee at Chattanooga Honor College Advisory Board
Member of Chattanooga Downtown Rotary
Chairman, Girls Incorporated of Chattanooga
Board of Directors, Salvation Army
Board of Directors, Chattanooga Area Chamber of Commerce
Vice Chair, Chattanooga Area Chamber of Commerce Workforce Development Committee
Board of Directors, Partnerships for Family and Children Services
Board of Directors, Chattanooga Goodwill Industries
Board of Directors, Urban League
Board of Directors, March of Dimes
Board of Directors, Peoples Community Development Corporation
United Way Advisory Committees
- Ready by 21 for School Life and Work
- Building Stable Lives

Advisory Member, 28th District Community Development Corporation
Past Board of Directors
- The AIM Center
- Girls Incorporated
- Domestic Industry Coalition
- Construction Industry Corporation

Past Vice-Chair, Job Service Employer Committee
Past Co-Chair, Urban League Fundraiser
Education Projects, Junior Achievement
Chairperson, Abilities & Awareness Expo for the Disabled, Chattanooga State
Speaker, Chattanooga Chamber Leadership Group
Speaker, Mayor's State of the City Address
Speaker, Chattanooga Women's Leadership Institute
Speaker, GED Graduation
Speaker, Various Community Education Forums

**Honors and Awards**
NAACP 2016 Educator of Year Award-Chattanooga Chapter
Member of The National Coalition of 100 Black Women, Inc, Chattanooga Chapter
Hyksos 2014 Educator of the Year Award

# CHATTANOOGA GIRLS LEADERSHIP ACADEMY

UNLOCKING A WORLD OF POSSIBILITY

| | |
|---|---|
| History | ➢ First single-gender public charter school in Tennessee<br>➢ First charter school approved in Hamilton County<br>➢ Opened in July 2009 and serves grades 6-12 |
| Focus | ➢ STEAM: Science, Technology, Engineering, the Arts and Math<br>➢ Project Based Learning (PBL) integrated across the curriculum<br>➢ Rigorous college preparatory education challenging all girls at the highest level |
| Students | ➢ 353 students in 2016-17 school year<br>➢ 62% African American, 29% Latina, 7% Caucasian, 0.5% Asian, 0.5% American Indian, and 1% two or more races<br>➢ 97% of CGLA students are low-income<br>➢ Over 85% of CGLA's students live in Chattanooga's urban core |
| Impact | ➢ Top 5% of schools in Tennessee for academic progress for two consecutive years—Reward School designation 2013 and 2014<br>➢ Highest percentage of academic growth in Hamilton County during 2012-13 and 2013-14 school years<br><br>***On average over the last three school years, CGLA has seen a:***<br>➢ **29% increase** in mathematics proficiency for middle school students<br>➢ **30% increase** in science proficiency for middle school students<br>➢ **60% increase** in students scoring proficient/advanced on Algebra I EOC exam<br>➢ **39% increase** in students scoring proficient/advanced on Biology EOC exam<br>➢ **26% increase** in students scoring proficient/advanced on English I & II EOC |
| Honors | ➢ One of seven Hamilton County schools to be awarded Level A Value-Added Growth Recognition on the TN State Report Card in 2015, which recognizes schools excelling in Math, Reading, and Science over a three-year average<br>➢ One of 8 public schools in Hamilton County to be accredited by the Southern Association of Colleges and Schools (SACS)<br>➢ Two CGLA students were among 20 students selected to serve on the Mayor's Youth Council in 2015-16, a testament to their leadership skills.<br>➢ Mariana Hernandez Gutierrez, senior, was named a 2015 Young Woman of Distinction by the American Lung Association.<br>➢ CGLA was selected by TVA to become a "Partner in Education" school, which supports the CGLA robotics program and a computer-aided drafting (CADNet)<br>➢ Sixth grade teacher, Angela Frick, received the Middle School Teacher of the Year Award from the Tennessee Charter School Center in Spring 2015 for her leadership and impact as an educator. |
| Learn More | ➢ Visit www.cglaonline.com<br>➢ Contact **Dr. Elaine Swafford**, Executive Director: 423-702-7230 or elaineswafford@cglaonline.com |

## ATTACHMENT I: Employee Manual / Personnel Policies

Chattanooga Preparatory School

# FACULTY/STAFF HANDBOOK

## SECTION 1

## GENERAL INFORMATION

**PURPOSE OF EMPLOYEE HANDBOOK**

This handbook is not a contract guaranteeing employment for any specific duration. Details of employment with the Chattanooga Preparatory School are set forth in each individual's employee contract.

All of the policies in this handbook, including those relating to benefits, pay, leave, etc. are subject to change at any time, with or without notice, at the discretion of CHATTANOOGA PREP. All policies of CHATTANOOGA PREP, whether in this handbook or not, shall be in accordance with all applicable laws. This handbook is meant to be a guide for your understanding of the current status of personnel policies. For any specific questions, please check with the Principal.

## SECTION 2

## POLICIES & PROCEDURES

**ASSEMBLY PROGRAMS**

Teachers will supervise students at all assembly programs. Any misconduct should be dealt with and reported to an assistant principal at the end of the program in case follow-up is necessary. Teachers will supervise assembly programs unless supervising students in their classrooms. All assemblies must have administrative approval prior to event.

**ATTENDANCE (Faculty)**

- Be in your classrooms before the tardy bell and remain until the end of each class period.
- Report to morning duty areas by 7:15 am if not on duty report by 7:35 am.
- Report to pm designated area two minutes before dismissal (Take your 4th block class with you to these areas.)

- When absence is known in advance regarding personal leave, please give the office substitute's name.
- All requests for personal leave must be submitted online.

Teachers are to notify an administrator and sign out in the main office if they desire to leave campus (any time for any reason) during the school day. On your return to campus, please remember to sign back in. Teachers may leave during lunch time unless on duty. Teacher must request permission to leave campus out of lunch time.

**ATTENDANCE (Staff)**
It is essential for the success of CHATTANOOGA PREP and its students that student needs are met. To accomplish this objective, regular and prompt attendance at work is required of all employees.

Absenteeism and tardiness are expensive, disruptive and place an unfair burden on fellow employees and CHATTANOOGA PREP. Unsatisfactory attendance or tardiness may result in disciplinary action up to and including discharge.

An employee must notify their Supervisor of an impending absence no later than 6:00 a.m. of the day of the absence. Three consecutive absences without notification will be construed as voluntary termination.

**CLASSROOMS**
More ownership and pride in the appearance of your classroom will carry over to your students. The classroom is an extension of you. Please help us teach our students to take pride in the school and in themselves.

**CLASSROOM MANAGEMENT**

- There can be no teaching without proper control. Each teacher is expected to be in charge of the classroom at all times. Every classroom is to show evidence of the presence of authority and an attitude of respect and obedience.
- Learn to handle minor problems.
- Only students who prevent you from teaching should be referred to an administrator.
- Banishing a student from the classroom to go anywhere other than the office is not allowed. (This does not include Time Out arrangements with other teachers.)
- To maintain control in the classroom each teacher should meet the students at the classroom door before the tardy bell rings, and remain with his or her students during class throughout the day.
- REMEMBER: Never leave students unsupervised in your classroom. Your place is in the classroom when students are present. This is for your protection as well as the students.
- We expect all teachers to help patrol the halls and restrooms during the class changes so that we can cut down on tardies to class.

- Dismiss your class promptly and in an orderly manner. DO NOT detain students without teacher's prior permission. Do not dismiss your class early for any reason. If there is a question in your mind about the correct time to dismiss your class (for a program, field trip or inadvertent bell) please contact the main office.
- PLEASE DO NOT DISMISS YOUR LAST CLASS DURING THE FINAL ANNOUNCEMENTS. THE BELL WILL RING FOR DISMISSAL.
- REMEMBER: Documentation for specific acts or behaviors is a must when it comes to student discipline. Make verbal or written contact with parents of students who are displaying inappropriate

behavior(s). KEEP A LOG OF PARENT CONTACTS. Parent contact before a problem gets serious will help make your discipline plan more effective.

- To maintain proper classroom management, plan each class period thoroughly for student involvement and learning. Proper planning and preparation will help reduce teacher stress and classroom disruptions.
- NOTIFY THE OFFICE IF YOUR CLASS IS MEETING SOMEWHERE ELSE BESIDES IN YOUR CLASSROOM (in library, the courtyard, outside, labs, or another classroom etc.)
- DO NOT permit students to leave class on a regular basis, not even to the restroom. If the student does need to leave, please be sure they have a signed pass in their agenda mate.
- No student is allowed to leave campus without official permission. It is difficult to keep all of our students in the proper place, and it can be accomplished only by a cooperative effort.
- Please help us observe the students closely and see that they take care of the building, school grounds, and equipment.

**COACHES AND AFTER SCHOOL PRACTICE**

Coaches are to remain on campus with their athletes until ALL ATHLETES have gone home. (This includes all athletic events) Do not allow outsiders to be involved in your practice unless you are going to be responsible for their actions.

**CODE OF ETHICS**

CHATTANOOGA PREP employees are expected to comply with all applicable laws and regulations and to conduct work in accordance with all relevant laws. CHATTANOOGA PREP employees shall refrain from any illegal, dishonest, or unethical conduct. Code of Ethics for Tennessee educators may be found at the Tennessee Education Association's website (www.teateachers.org)

**DEPARTMENT CHAIRPERSONS**

Department chairpersons are responsible for textbooks within their department. They are also responsible for the collaboration within their departments including PLC work.

**DRUG AND ALCOHOL POLICY**

CHATTANOOGA PREP strives to maintain a workplace free of drugs and alcohol and to discourage drug and alcohol abuse by its employees. The use, possession, manufacture, purchase, sale or transfer of illegal drugs in the workplace is prohibited. The unauthorized consumption of alcohol beverages in the workplace is prohibited. The workplace includes all land, parking lots, buildings, vehicles, equipment and all other property owned or leased by CHATTANOOGA PREP. CHATTANOOGA PREP also requires that all employees come to work unimpaired by alcohol or illegal drugs. Impairment because of the improper use of prescription drugs is also prohibited.

CHATTANOOGA PREP reserves the right to require any employee whom it reasonably suspects has violated this policy to submit to drug and/or alcohol testing, consistent with all applicable laws and regulations. Refusal to submit to this testing when requested and other violations of this policy may result in disciplinary actions to include termination from employment. As a condition of employment, each employee must abide by the terms of this policy.

**EARLY DEPARTURE**

An approved early departure from the workday or variation from the regular work schedule may result in an employee taking personal or sick leave. All employees must sign out for documentation purposes before leaving early.

## EMPLOYEE CONCERNS/OPEN DOOR POLICY

CHATTANOOGA PREP recognizes that prompt adjustment of all concerns is important in maintaining satisfactory relations between employees and their co-workers. An employee who feels he or she has a problem at work, or is concerned about a matter that affects his or her work, should promptly discuss the problem with the principal or Executive Director. If this discussion fails to resolve the matter, or if the matter is such that it would be inappropriate to discuss it with a director, the employee should bring the concern to the president of the CHATTANOOGA PREP Governance Board, or a Board designee for resolution within a reasonable amount of time.

## EXCEPTIONAL EDUCATION

All qualified students must receive an appropriate education in the least restrictive environment under the guidelines of Public Law 94-142. Each qualified student's educational program is determined annually by an assessment team (A-Team) composed of the student, the parents, the resource teacher, and at least one of the student's regular classroom teachers, as well as any other professionals or advocates whose input is vital to the success of the student. Eligible students are M-Teamed for either a full credit program with a goal of a regular diploma, or a non-credit program with the goal of a diploma of specialized education. **All teachers must sign off on their students' folders indicating that they have read and understand the required modifications for their students. Folders MUST be signed within the first two weeks of school.** Referrals for an evaluation of eligibility for services as handicapped may be made to the resource teacher by any of the student's teachers, by the guidance department, or by the student. All evaluations are confidential and no information is released to any other school system or agency without written permission of the parents or the student if the student is of legal age.

All qualified students must receive an appropriate education in the Least Restrictive Environment (LRE) under the guidelines of Public Law 94-142. Each of these students has a required Individual Education Plan (IEP) that mandates goals, objectives, modifications and accommodations for learning in the LRE. **Any teacher that teaches these students is required** to read, commit to and sign the IEP prior to the issuance of the first progress report. If a student has an Individual Behavior Plan that plan must be followed in order to properly manage the student's behavior. The teacher must be familiar with the student's educational goals and accommodations and modifications in order to provide the student with the LRE.

IEPs are reviewed annually during an IEP meeting with all decisions being made as a team. In order for a legal IEP meeting to be held the following participants are required to be present: Administrator, Exceptional Education service providers, parent or guardian of student, regular education teacher and any other service providers. The student's attendance is optional but encouraged.

Referrals for an evaluation of eligibility for services may be made to the Exceptional Education department by any of the student's teachers, the guidance department, the parent or student. All evaluations are confidential and no information is released to any other school system or agency without written permission of the parents or the student if the student is of legal age. Evaluations for eligibility will be completed within 40 school days from date of the initial referral.

## EXPEDITIONARY LEARNING

The validity of an expeditionary learning/field trip depends upon the integration with existing curriculum. This should be reflected on the "Request for Expeditionary Learning" form, which is to be completed through Dynamic Forms. Follow-up activities should include a writing assignment. Be sure to notify the Operations Manager if your students will be on a field trip during regularly scheduled lunch period. Frequency of Field Trips - Students may not miss more than three instructional periods of the same class

per semester (term) for educational field trips. Students who are involved in school sponsored or system sponsored competitive activities are excluded from this limitation.

**FOCUSED STUDY**
All students will participate Intervention & Extension.

**LESSON PLANS/SYLLABUS**
Teachers are expected to make curricular maps, which are to be posted outside each door. Lesson Plans are to be submitted weekly to the Assistant Principal. A copy of your emergency lesson plan must be turned into the main office in your sub folder (along with updated sub folder information) and to your department chair by August 20th. A syllabus for each of your classes outlining your course for the semester will help in your planning and in completing the required standards designated by CHATTANOOGA PREP. In the event no substitute is available for a teacher, the principal will notify the department chair for that teacher. **The department team will be responsible for the class coverage for the teacher in their department.** Teachers who know they are going to be absent again the next day should call Human Resources by 2:00 p.m. so we may engage the same substitute. Request for a substitute for prior arranged dentist/doctor appointments should be given to Human Resources prior to being absent.

**LOCKER ASSIGNMENT**
All students will be issued a locker.

**MAILBOXES/ANNOUNCEMENTS**
Mailboxes should be checked each morning when you sign in and each afternoon at the end of the school day. Make sure that all materials are removed. Important announcements and change of events will be placed in the mailboxes. Do not send students to get your mail or to the drink / vending machine. Once email accounts are set up and updated, we plan to send announcements over the email system. Please check your email regularly for notes and updates. It is vital that you review these regularly and inform students of information that is applicable to them.

**NON-DISCLOSURE**
The protection of confidential business information and trade secrets is vital to the interests and success of CHATTANOOGA PREP. All employees are required to sign a non-disclosure agreement as a condition of employment. An employee who improperly discloses confidential information is subject to disciplinary action, up to and including termination. Please contact your immediate supervisor if you have questions as to whether a particular piece of information is subject to this non-disclosure policy, or if you believe that a particular piece of information has been improperly disclosed.

**OUTSIDE EMPLOYMENT**
Outside employment shall be allowed as long as it does not interfere with the employee's ability to perform his or her job at CHATTANOOGA PREP. Outside work that constitutes a conflict of interest with CHATTANOOGA PREP is prohibited.

Employees cannot receive personal gain for materials produced or services rendered while performing their job at CHATTANOOGA PREP. Employees are required to conduct themselves at all times in accordance with good professional judgment for the sole benefit of CHATTANOOGA PREP and in such a manner as not to create a conflict of interest or appearance of such conflict.

**PHONES, COPIER, AND MAIL SYSTEM**
School phones and other systems provided by CHATTANOOGA PREP are for business use. Personal calls must be held to a minimum. Use of photocopiers for personal reasons should be held to a minimum.

Employees may not photocopy copyrighted material without prior authorization. Employees may not use CHATTANOOGA PREP postage meters, postage, or fax machines for personal use.

**PLANNING PERIOD**

Each teacher has a scheduled planning period. The basic intent of this period is to assist the teacher in improving his or her instructional program; therefore, this period should be used professionally. Teachers may be assigned duty on their planning period if done equitably. Teachers may also be assigned duty beyond the normal workday, provided, however, that such duty shall be distributed on an equitable basis. Planning time will also be used for school site professional development at least once a week.

**PROGRESSIVE DISCIPLINE**

Progressive discipline may be initiated for various reasons, including, but not limited to, violation of CHATTANOOGA PREP's policies and guidelines or standards of conduct as found in the Code of Ethics of the Tennessee Education Association (www.teateachers.org), or for poor job performance. The severity of the action generally will depend on the nature of the offense and on the employee's record and may range from a verbal warning to immediate termination.

Progressive Discipline may progress through the following sequential steps:

1. Verbal Warning
2. Written Warning
3. Discharge

Any and all steps may or may not be utilized depending upon the individual circumstances and the nature of the infraction. Moreover, exceptions or deviations from the above-described procedure may occur whenever CHATTANOOGA PREP deems appropriate.

**REGISTRATION/HEALTH RECORDS**

Cards must be completed for all students.

**RETAINING STUDENTS AFTER SCHOOL**

If you wish to retain a student after school, the student must be allowed at least twenty-four hours to plan for her transportation home. Students are not to be left unsupervised at any time. The building will be locked at 5:30 pm. Teachers, coaches, sponsors etc. are legally responsible for students until they are off campus.

**REQUEST FOR REPAIRS**

All needed repairs to building or equipment should be reported to the Finance Director.

**SCHOOL CALENDAR**

A calendar will be placed in the main office. Any item to be placed on the calendar must be submitted to the appropriate secretary who will enter the item on the calendar after administrative approval.

**SITE SECURITY**

This is handled 1st by Redemption Point Security (Shield Security 423-708-0364).

**SMOKING POLICY**

CHATTANOOGA PREP prohibits smoking in school buildings or surrounding outdoor grounds within 50 feet of any entrance.

## STUDENT ARRIVAL AT SCHOOL

No students are to be in the classrooms before the first bell unless they are working with a teacher. (The student should have a pass from that teacher.)

## STUDENT RECORDS PRIVACY

Student records include report cards, cumulative records, test scores, grade book and assessed student work. These records are confidential and accessible only to the student herself, her parents, and school officials. Do not allow students to grade each other's tests or major assessments. In addition, do not let students or parents work with (or come in contact with) other students' records.

## STAFF OWNERSHIP OF STUDENT BEHAVIOR

Discipline anywhere on the campus is the responsibility of the entire staff. All staff members should correct students for any misbehavior regardless of where it occurs. Good discipline requires the full cooperation of the entire staff. Individual teachers must exercise good judgment, consistency, fairness, and firmness in the handling of problems that arise. Each staff member should be familiar with the Discipline Section in the Student Handbook. Teachers should take care of as many classroom problems as they can, however, those problems requiring administrative attention should be reported to an assistant principal. These offenses must be written up on the proper forms.

The Legislature has passed new legislation regarding the reporting of suspected child abuse. Failure to report previously carried a $50 fine. Tennessee law requires that any person who knows or has reason to suspect that a child has been abused must report the allegation to the toll-free hotline number or local law enforcement. Remember, "has reason to suspect" means you have seen indicators of abuse, the child has disclosed abuse, or you have a "gut" feeling something may not be right. It does not mean that you are certain that abuse has occurred. Reporting abuse, or suspected abuse, is actually a request for professionals to investigate further.

## SUBSTITUTE PROCESS

- Teachers will submit their Request for Leave form to their corresponding principal. Once approved, it will be forwarded to Human Resources and the teacher requesting leave.
- Faculty member will secure a substitute. **Teachers are required to make contact with the substitute by email / phone concerning their expectations for the day's lesson. You are responsible for following up with Human Resources concerning your substitute prior to the leave date.**
- If absence is unexpected, text or call Human Resources and Principal. Faculty member is responsible for securing a substitute. Once substitute is secure, Human Resources will send an email confirmation. Teacher will communicate with substitute regarding class. If unable to communicate the substitute packet that you provided in the main office will be used. When leave is unexpected, faculty member is required to submit leave form on the day of return to school.

## SUPERVISION OF STUDENTS

Students will be under the supervision of school personnel, either certified or noncertified, at all times, including play periods and lunch periods, as well as during the school day and during extracurricular activities. The principal shall assign students to school personnel and ensure proper supervision. The principal, teacher or school personnel may relocate a student from the student's present location to another location for the student's safety or safety of others. The use of reasonable or justifiable force, if required, to accomplish this task due to the unwillingness of the student to cooperate, is allowed. If steps beyond the use of reasonable or justifiable force are required, the student shall be allowed to remain in place until such

a time as local law enforcement officers or school resource officers can be summoned to relocate the student or take the student into custody until such time as a parent or guardian can retrieve the student. Teachers and school personnel may also intervene in a physical altercation between two (2) or more students, or between a student and LEA employees using reasonable or justifiable force upon student, if necessary to end the altercation by relocating the student to another location.

**TEXTBOOK ASSIGNMENTS**
Make three copies of all textbook assignments—one for your files, one for your department chair, and one copy submitted to Principal. Each department is responsible for its textbooks. All students must either turn in their textbooks or pay for any lost or damaged books at the end of the course.

## SECTION 3

## COMPENSATION POLICIES

**CONTRACTUAL AGREEMENT**
CHATTANOOGA PREP employs all personnel on an at-will basis and may terminate without cause, allowing both you and CHATTANOOGA PREP the right to terminate the relationship. However, should it be necessary for employee to end employment prior to the completion of the full 12-month academic year, your signature indicates your agreement, to give CHATTANOOGA PREP no less than 30 day notice of your intent to terminate, thereby giving school personnel time to appropriately staff to meet the academic needs of its students. Failure to give a 30-day notice may result in licensure revocation, as deemed appropriate by the State Board of Education. No person other than an executive officer may change this at-will employment relationship, and such change must be made in writing. Insurance and all other benefits will cease upon notice by employee.

In addition, CHATTANOOGA PREP will provide yearly contracts to faculty no later than April 30th. Upon signature of this agreement, this contract shall not be terminated by the employee without consent of the employer. The employee must provide a minimum 30-day notice of their intent to terminate the contract before June 1st. In the event the employee does terminate the contract after the June 1st timeline, whether by formal notice, willful failure, or refusal to continue duties, the employer may recommend to the State Department of Education to investigate complaints of ethics violations by educators and that action be taken against the employee's teaching certificate or application of certification.

In addition, beginning with June 1st of each school year, if accepting employment outside the Chattanooga Preparatory School, the above recommendation to the State Department of Education will be exercised by the employer. If the employee fails to meet the June 1st notice of departure, the employee will be considered AWOL (Absent Without Leave) and the final payment may be withheld or prorated. Any Professional Development training provided from May through the opening of school, to an employee departing, after June 1, the employee will be responsible for repaying any funds received for attending and the employee will not receive a stipend for the time attended in PD if the notice of departure is after June 1st. Teachers who are hired with pending licensure will only be paid once all documentation for licensure has been received from the state.

To ensure that all teaching and other staff materials, along with student grading input is completed at the time a faculty/staff member leaves; the employee must complete an exit form. This form should be signed by the faculty/staff's immediate supervisor.

The employee's final paycheck will not be released until the completed Employee Exit Form has been returned to the Finance Office. Final paychecks will not be processed by direct deposit; if an employee has not completed the exit form or if the employee has unreturned equipment, keys, incomplete student records or owes money to CHATTANOOGA PREP. Charges will be debited from the employee's final paycheck.

**EQUAL OPPORTUNITY EMPLOYMENT**

CHATTANOOGA PREP administers all personnel actions, such as recruitment, hiring, training, promotion, transfer, compensation and benefits, discipline, and termination of employment, without regard to race, color, sex, religion, national origin, age, disability, or other protected status under federal, state, or local law. In addition, it is CHATTANOOGA PREP's policy to provide an environment that is free of unlawful harassment with regard to the above-protected groups.

**FULL AND PART-TIME EMPLOYEES**

Employees who work less than thirty hours (30) per week are considered part-time employees. Work day office hours for part-time employees will be set with the approval of the Executive Director.

**PAYROLL SCHEDULE**

Employees are paid bi-monthly on the 15th and the last working day of each month. If the 15th falls on the weekend, payment will be on the last working day prior to the 15th.

**PERFORMANCE REVIEWS**

All employees will receive both informal and formal evaluations every school year according to their evaluative cycle, including development of a future professional growth plan. Assessments for instructional staff consist of a minimum of 6 classroom observations per year, for faculty who hold a Professional License and a minimum of 8 classroom observations for faculty who hold an Apprentice or Transitional License. Formal evaluations for instructional staff follow the guidelines of Project Coach. Annual evaluations for non-instructional staff are conducted by their immediate supervisor. The CHATTANOOGA PREP Governance Board conducts the annual evaluation of the Executive Director.

**PROBATION (Staff)**

All new staff members will undergo a 60-day probationary period. After the first 30 and 60 days of employment, an evaluation will be performed and expectations/accomplishments will be reviewed. At this time, the employee will be notified of any areas of deficiency/success. If deficiencies exist, after 30 days, the employee will be assigned an improvement plan that must be seen through by the 60-day mark. After the completion of the 60-day period, the employer will determine if the employee should remain with the organization.

A staff member whose work performance does not meet expectation may also be placed on probation. The Executive Director will meet with the employee to explain the areas of deficiency and the time frame for bringing job performance to an acceptable standard. Written documentation of this meeting will be given to the employee and placed in the personnel file. Failure to bring work to a satisfactory level may result in dismissal. If the employee's work is improved, the staff member will be removed from probation upon written recommendation of the Executive Director.

**SEPARATION FROM EMPLOYMENT**

When an employee chooses to voluntarily resign from employment with CHATTANOOGA PREP, such employee is encouraged to give a minimum of a 30 day notice to the Executive Director. If a 30 day notice is not given, the employee will not be reimbursed for any unused accrued vacation time (refer to Section 4:

Vacation). Employees shall not receive payment for any unused holidays or sick days whether or not a notice is given.
To ensure that all teaching and other staff materials, along with student grading input is completed at the time a faculty/staff member leaves; the employee must complete an exit form. This form should be signed by the faculty/staff's immediate supervisor.

The employee's final paycheck will not be released until the completed Employee Exit Form has been returned to the Finance office. Final paychecks will be processed by direct deposit if a completed Exit Form is turned into the Finance Office prior to payroll due date. If an employee has not completed the exit form, possesses unreturned equipment, keys, incomplete student records or owes money to CHATTANOOGA PREP, charges will be debited from the employee's final paycheck, or the final check will be held until a completed Exit Form is received in the Finance Office.

All employees shall sign a statement agreeing that failure to return CHATTANOOGA PREP property at termination of employment may result in the fair market value of any such property being withheld from the employee's final paycheck.

**WORK SCHEDULE**
(Faculty) - The work week is generally defined as Monday through Friday, with two Saturdays per instructional term. Exact hours for employees are scheduled to facilitate an instructional day and to ensure coverage from 7:15am to 3:30pm each day.

(Staff) - Regular full-time employees work a minimum of 37.5 hours per week which includes one (1) hour of unpaid time for lunch each work day. The work day may follow one of the following schedules: 7:30 AM – 4:00 PM or 8:00 AM – 4:30 PM. However, work schedules may vary depending on activities associated with CHATTANOOGA PREP. Work day office hours will be set with the approval of the Executive Director. Staff schedule should be confirmed and approved by the Executive Director.

## SECTION 4

## EMPLOYEE LEAVE

**BEREAVEMENT**
All regular full-time employees may take up to three (3) consecutive work days (22.5 hours) of paid leave when a death occurs in the employee's immediate family (i.e. parent or court appointed legal guardian, spouse, child of the employed, natural and/or adopted siblings and current parents-in-law, grandparents). Employees may use vacation leave for additional time or for non-immediate family members.

**DAYS IMMEDIATELY PRECEDING OR FOLLOWING HOLIDAYS**
These days and those within ten (10) days of the opening or closing of school can be used for personal leave only in unusual circumstances.

**EXCESSIVE USE OF LEAVE**
When an employee uses all accrued sick/personal leave, and continues to be absent for any reason, pay will be deducted from their salary equal to total number of days or fraction of days over the allowed leave. Excessive Leave may result in conference with the Executive Director and become part of the employee's evaluation/personnel file.

**FMLA**

The FMLA entitles eligible employees of covered employers to take unpaid, job-protected leave for specified family and medical reasons with continuation of group health insurance coverage under the same terms and conditions as if the employee had not taken leave. Eligible employees are entitled to:

- Twelve work weeks of leave in a 12-month period for: the birth of a child and to care for the newborn child within one year of birth;
- the placement with the employee of a child for adoption or foster care and to care for the newly placed child within one year of placement;
- to care for the employee's spouse, child, or parent who has a serious health condition;
- a serious health condition that makes the employee unable to perform the essential functions of his or her job;
- any qualifying exigency arising out of the fact that the employee's spouse, son, daughter, or parent is a covered military member on "covered active duty;" or
- Twenty-six work weeks of leave during a single 12-month period to care for a covered service member with a serious injury or illness if the eligible employee is the service member's spouse, son, daughter, parent, or next of kin (military caregiver leave).

**HOLIDAYS**

(Faculty) Faculty shall receive eight (8) paid holidays, holidays are closely aligned with those defined in the annual HCDE holiday calendar, which shall include:

Martin Luther King Day
Good Friday
Memorial Day
President's Day
Independence Day
Labor Day
Thanksgiving Day
Day after Thanksgiving

(Staff) Staff shall receive eleven (11) paid holidays which shall include:

Martin Luther King Day
Good Friday
Memorial Day
Independence Day
Labor Day
Thanksgiving Day
Day after Thanksgiving
Christmas Eve
Christmas Day
New Year's Eve
New Year's Day

Employees shall not receive payment for any unused holidays at the time of separation or termination. If a holiday falls on a non-work day, it is at the discretion of the Executive Director, if and when that holiday is observed by CHATTANOOGA PREP. Part-time employees' paid holidays are prorated in accordance with

the hours regularly worked, e.g., where a part-time employee regularly works four (4) hours per day, he/she will be entitled to 4 hours holiday pay. Temporary employees are not eligible for paid holidays.

**INCLEMENT WEATHER**

In the event of school closing due to weather conditions, CHATTANOOGA PREP will issue weather alerts. Please be aware that CHATTANOOGA PREP does not always follow HCDE school closings. Closings will be announced via television, radio, email, and text. It is the responsibility for faculty and staff to monitor these various outlets regarding closing announcements. If school is closed and students cannot attend, it is at the discretion of the Executive Director, as to whether faculty should report.

Staff are expected to report no later than 10 a.m. or submit a Request of Absence form. If school is open and the employee cannot attend work due to severe weather conditions in their area, (this applies to both faculty and staff) Personal Leave may be taken. If an employee (faculty) has depleted personal leave time, pay will be deducted in the next scheduled pay period. If an employee (staff) earns annual leave time and cannot attend, the employee must submit a Request of Absence form. Faculty will be notified of expectation based on administrative decisions and may be called to duty.

**JURY DUTY**

When an employee is called for jury duty, CHATTANOOGA PREP will pay the employee's regular salary during the time he or she is out of work for jury duty.

**LEAVE REQUEST AND SCHEDULING TIME OFF**

Whenever possible, time off must be scheduled in advance. It is subject to supervisory approval by the Executive Director, Director of Operations, and program staffing needs. Scheduled and unscheduled absences will be monitored. An employee will be counseled when frequency of unscheduled absences adversely affect CHATTANOOGA PREP operations.

Time off is paid at the employee's straight time rate. Time off is not a part of any overtime calculation. Staff leave may be taken in increments as low as one (1) hour.

A report is issued enumerating employees' leave remaining on pay stubs. It is highly recommended that employees keep up with their time accrued and taken, as well as know how to access copies of leave requests.

In cases of reporting late, call your immediate supervisor **prior to the start of workday**. Additionally, call the CHATTANOOGA PREP office and talk to a person (not voicemail) to tell him/her you are expected late. If you are a direct service staff person, call a co-worker to inform him/her, as well. Be sure to give everyone an estimated time of arrival.

If you are sick, call your immediate supervisor **prior to the start of the workday.**

**MILITARY LEAVE**

Time spent by employees on military leave shall count as continuous service to CHATTANOOGA PREP. For military leave of thirty (30) days or less, CHATTANOOGA PREP will continue to pay the employer portion of any health insurance benefits in which the employee participates. For military leave beyond thirty (30) days, employees shall have the option to continue insurance coverage entirely at their own expense.

**PROFESSIONAL LEAVE**

The Executive Director or Principals may approve paid leave to any employee to participate in professional development activities which will provide a benefit to CHATTANOOGA PREP.

**SICK DAYS**

(Faculty) - Faculty are permitted 10 days (80 hours) per year for illness or personal reasons. One sick day is earned per month beginning August 1 thru May 31.

In accordance with Tennessee Consolidated Retirement System (TCRS), unused sick leave can accrue from year to year for full-time employees. CHATTANOOGA PREP will not reimburse an employee for unused sick leave at separation. An absence of more than three (3) consecutive work days due to an illness may require documentation by a physician, as well as a physician's "return to work" release. If sick leave is taken before or after a holiday, a doctor's note is required. Otherwise, pay will be docked based on the amount of hour used for those days. The employee will not receive holiday pay for that particular day.

(Staff) - Sick days are accrued at the rate of one 7.5 hours (1 day) per month for the fiscal year (July 1 through June 30), beginning on the first day of employment. Temporary employees are not eligible for paid sick days. Sick days may be carried forward to the next year for full-time employees. Sick days will not be paid out at separation, but can be accumulated toward retirement benefits. Eligible part-time employees' maximum accrual is prorated in accordance with hours regularly worked. Employee absences of more than five (5) consecutive days due to illness will require documentation from a physician. Employees are required to submit sick leave immediately upon returning to work due to illness. Employees shall not receive payment for any unused sick days at the time of voluntary resignation, separation or termination. If sick leave is taken before or after a holiday, a doctor's note is required. Otherwise, pay will be docked based on the amount of hour used for those days. The employee will not receive holiday pay for that particular day.

**VACATION/PERSONAL LEAVE**

(Faculty) Faculty are granted two personal leave days (16 hours) per school calendar year (August 1 – May 31). Part-time faculty leave is prorated in accordance with hours generally worked. Leave cannot be taken in increments of less than four hours. One unused personal day will roll over to sick time. If both are unused, one will be paid at the rate of $75.00.

(Staff) Accrued leave from previous employment up to 225 hours (30 days) may be accepted upon employment, at the discretion of the Executive Director. Staff earn 7.5 hours (1 day) of vacation each full month worked, up to a maximum of 90 hours (12 days) for the fiscal year (July 1 to June 30.) A maximum of 225 hours (30 days) unused vacation may be carried forward as a total from year to year. A maximum of $30.00 a day will be paid out upon separation. Any unused vacation days above the 225 hours (30 days) will be rolled to sick days. Employees may only take earned/accrued vacation when first approved by their supervisor.

CHATTANOOGA PREP staff do not work on the same calendar as faculty members and are expected to report to work on all days other than those noted as Holidays, unless a "Request for Absence" form is submitted and approved.

Employees are required to complete and submit a "Request for Absence" form and receive the approval from their supervisor or Executive Director prior to taking any personal/vacation days. Employees are required to submit sick leave immediately upon returning to work due to illness. A doctor's note may be required. Vacation/personal leave is to be scheduled when it is mutually convenient to CHATTANOOGA

PREP and the employee. The approval of a "Request for Absence" that exceeds five (5) consecutive days is at the discretion of the Executive Director.

Temporary/part-time employees less than 30 hours are not eligible for paid vacation. Only CHATTANOOGA PREP employees qualify for TCRS benefits.

Employees who resign are entitled to receive payment for unused accrued vacation days only if they give CHATTANOOGA PREP a 30-day notice. Employees who are terminated or laid off will be paid for any unused accrued vacation.

## SECTION 5

## INSURANCE BENEFITS

### MEDICAL BENEFITS

**Benefit Information may be obtained from the Director of HR & Operations**

CHATTANOOGA PREP offers full-time employees the option to receive health insurance coverage. Full-time employees are eligible for health insurance benefits after the first full month of employment. The employee may have the option of deducting 100% of the insurance premium from the base salary offer or forfeit the medical benefits to receive the full salary without benefits.

### PROVISION OF INSURANCE BENEFITS

What benefits are offered employees by CHATTANOOGA PREP and how premiums are paid is set at the sole discretion of CHATTANOOGA PREP and may be changed during an employee's time of service.

### WORKER'S COMPENSATION

CHATTANOOGA PREP strives to provide safe working conditions. If an employee is injured on the job, he or she must immediately report this incident to the director, principal, or operations manager. Failure to do so may result in a denial of the claim or a delay in the determination of coverage. State law imposes legal consequences for the abuse of workers' compensation benefits. Any person who makes or causes to be made a fraudulent statement for the purpose of obtaining workers' compensation benefits will be subject to disciplinary action, up to and including termination, as well as possible civil and criminal penalties. Employees returning to work after being absent due to a work-related injury or illness must report to their supervisor prior to beginning work and must bring a medical release in order to return to work.

## SECTION 6

## ADMINISTRATIVE

### FACULTY AND STAFF DRESS CODE

Faculty and Staff are to dress professionally at all times. It is expected for school faculty and staff to present a positive role model in dress for students.

**Dress for Males -** Men should wear Polo or Button Down Shirts with dress slacks or Khaki Pants. Shirts should be tucked as appropriate and worn with a belt. Ties are not required, but certainly acceptable. Jeans may be worn on Fridays but cannot have rips or holes. Jeans and Tennis Shoes are not considered acceptable Monday-Thursday.

**Dress for Females -** Women should wear dress shirts, polo shirts, blouses, skirts, slacks or khaki pants. Wear should be worn appropriately and fit comfortably, while not revealing in any way, such as (low tops, short skirts or dresses, very tight clothes, etc.) Leggings, jeggings and/or yoga pants are not to be worn as outerwear. Jeans and Tennis Shoes are not considered acceptable Monday-Thursday.

**Friday Attire-Staff and Faculty -** The staff are allowed to wear jeans (without rips or tears or excessively tight) with a CHATTANOOGA PREP or college shirt. Hooded sweatshirts and jerseys are not allowed. Tennis shoes are acceptable. Faculty may also wear the school uniform. Good judgment should be used if a situation calls for professional dress, even on a Friday.
If questions arise about appropriateness of an outfit, the staff or faculty should ask in advance. Violation of dress code may result in the person being requested to return with a change in attire. Repeated offenses may result in other consequences.

**PERSONNEL FILES**
The employee, in the presence of the Executive Director or Operations Manager, may review his or her own personnel file. When practical, the following information shall be contained in an employee's personnel file:

- Performance appraisals (maintained for 3 years)
- Employment Application or Resume
- Notice of Employment, Termination, Transfer or Promotion
- Most current Withholding Allowance Certificate
- Educational Transcripts (only if required by employer)
- Change of Address
- Letter of Commendation
- Disciplinary Documentation (maintained for 3 years)

**PRIVACY OF PERSONNEL FILES AND EMPLOYEE INFORMATION**
Only the following shall be disclosed to a third party without the employee's written authorization:

The Employee's Date of Employment

- Date of Termination (if applicable)
- Job Title

The following information shall be released only with written authorization from the employee or due to a valid court order:

- Salary and Reason for Termination

CHATTANOOGA PREP recognizes that there may be limited situations in which greater disclosure to third parties is necessary. Therefore, the following are exceptions to previously stated guidelines:

- A voluntary disclosure may be made to protect the legal interest of the organization if it is believed the action of the applicant or employee violates the conditions of employment or otherwise threatens injury to CHATTANOOGA PREP members, employee or property.

- Disclosure will be made as required by federal, state, or local compulsory reporting statutes or legislation.
- Disclosure may be made to a law enforcement authority when the organization reasonably believes that an applicant or employee may be engaged in illegal activity, or when requested by law enforcement authority.

CHATTANOOGA PREP makes every effort to comply with HIPAA and all federal laws relating to the privacy of health information, whether or not it is required.

## SECTION 7

## TECHNOLOGY RESOURCES

### Acceptable Usage Agreement

The Internet and email provide invaluable resources and communications to Chattanooga Preparatory School students and employees (hereafter referred to as "user"). Users accessing the Internet are representing the Chattanooga Preparatory School and therefore have a responsibility to use the Internet in a productive manner that meets the ethical standards of an educational institution. The school's Internet Safety Policy and the Technology Acceptable Usage Agreement shall be reviewed, evaluated and revised, as needed, annually.

**Scope of Use:** To ensure that students receive a quality education in an intellectually stimulating environment, it is the goal of the CHATTANOOGA PREP to provide all students with access to a variety of technological resources. The creation of a large and varied technological environment demands that technology usage be conducted in legally and ethically appropriate ways consistent with the policies and instructional goals of the CHATTANOOGA PREP. Thus, it is the intention of CHATTANOOGA PREP that all technological resources be used in accordance with any and all school policies and procedures as well as local, state, and federal laws and/or guidelines governing the usage of technology and its component parts. Additionally, it is understood that all users of CHATTANOOGA PREP will use the provided technological resources so as not to waste or abuse, interfere with or cause harm to other individuals, institutions, or companies.

**Rules for Usage:** The primary goal of the technology environment is to support the educational and instructional endeavors of students and employees of Chattanooga Preparatory School. Use of any and all technological resources is a privilege and not a right. Any violation of the Acceptable Usage Agreement may result in termination of usage and/or appropriate discipline. All CHATTANOOGA PREP students and their parent/guardians, and all employees must sign this agreement as acknowledgment of receipt of these procedures and policies.

**I. ACCESS:**

A. Any user who accesses the CHATTANOOGA PREP network or any computer system for any purpose agrees to be bound by the terms of the Agreement, even if no signed Agreement is on file.

B. The use of all CHATTANOOGA PREP school technological resources is a privilege, not a right, and inappropriate or suspected inappropriate use will result in a cancellation of those privileges pending investigation.

C. The CHATTANOOGA PREP network or any computer system is in effect an extension of the classroom experience. The user, student or employee, should use the same judgment as they would in a classroom.

D. Students accessing the internet by any means other than the CHATTANOOGA PREP network while in a CHATTANOOGA PREP school facility is prohibited unless approved by administration. The CHATTANOOGA PREP network is filtered to meet CIPA compliance. (Refer to VI. Internet Filtering.) Students are accountable for their actions when connected to an outside network. CHATTANOOGA PREP is not liable.

E. All computers connected to CHATTANOOGA PREP physical network (a computer located at a CHATTANOOGA PREP facility, either wired or wireless) must be the property of CHATTANOOGA PREP unless approved by a principal or supervisor. Individuals are prohibited from connecting a computer to the CHATTANOOGA PREP network without first obtaining permission from a supervisor staff member. Bring your own device (BYOD) initiatives are to be approved by the school administration first. All devices connected to the CHATTANOOGA PREP network are subject to same guidelines

F. Individuals may use only accounts, files, software, and technological resources that are assigned to him/her.

G. Individuals may not log in to or attempt to log in to the network by using another person's account and/or password or allow any other person to use his/her password to access the network, e-mail, or the Internet.

H. Individuals must take all reasonable precautions to prevent unauthorized access to accounts and data and any other unauthorized usage within and/or outside the Chattanooga Preparatory School.

I. Individuals identified as a security risk may be denied access to the CHATTANOOGA PREP technological resources. Any use of technological resources that reduces the efficiency of use for others will be considered a violation of this agreement.

J. Individuals must not disrupt or attempt to disrupt any computer services or data by spreading viruses, spamming or by any other means.

K. Individuals must not modify or attempt to modify hardware, utilities, and configurations, or change the restrictions associated with his/her accounts, or attempt to breach any security system, either with or without malicious intent.

L. The Supervisor and/or site administrators will determine when inappropriate use has occurred and each has the right to deny, revoke, or suspend specific user accounts and access. Users have the right to appeal the decision to the site administrator or Executive Director.

M. Accessing the CHATTANOOGA PREP network from outside the network is prohibited without prior authorization.

**II. COPYRIGHT:**

A. The illegal use of copyrighted materials is prohibited. Reproductions of documents, graphics, pictures, digital recordings, music, etc. shall be subject to fair use guidelines and applicable laws and regulations. (For Fair Use guidelines, go to this link: http://www.copyright.gov/fls/fl102.html).

B. Illegal copies of software may not be created or used on school system equipment.

C. Any questions about copyright provisions should be directed to the Principal or Director.

D. The legal and ethical practices of appropriate use of technological resources will be taught to all students in the school (i.e. during lab orientation, network orientation, etc.)

E. If more than one copy of a software package is needed, a site license, lab pack, or network version must be purchased. The CHATTANOOGA PREP Technology Department and the person requesting the software will be responsible for determining how many copies should be purchased.

F. The site administrator is authorized to sign license agreements for the school. Copies of any school-wide license agreements must be signed by the CHATTANOOGA PREP Technology Department and/or Director and software distributed.

G. The CHATTANOOGA PREP staff or site technology assistant is responsible for installation of all software in use on the local area network and/or individual workstations within the school.

H. Users should not purchase software for use on CHATTANOOGA PREP computers or other technological resources without prior consultations with the CHATTANOOGA PREP staff.

**III. ELECTRONIC COMMUNICATION:**

A. Communications with students/parents/guardians, even if not using school resources, are within the jurisdiction of the school to monitor as they arise out of one's position as an educator. For official CHATTANOOGA PREP business, CHATTANOOGA PREP employees are strongly encouraged to use CHATTANOOGA PREP email account when communicating with a student via email.

B. Electronic communication between staff and students should be written as a professional representing CHATTANOOGA PREP. This includes word choices, tone, grammar and subject matter.

C. All data stored or transmitted on school system computers shall be monitored. Chattanooga Preparatory School's e-mail accounts may not be used for sending or attempting to send anonymous messages.

D. Photos and videos of students and staff should not be shared or posted electronically without permission.

E. Chattanooga Preparatory School's e-mail accounts may not be used for sending non-school related information school-wide.

F. Electronic correspondence is a public record under the Public Records Act.

G. CHATTANOOGA PREP recommends using educational social networking.

H. The line between professional life and personal life must be clear at all times. Staff members should only use their educational social media account or educational email account to communicate with students and/or parents and guardians, and should only communicate on matters directly related to education. Relationships associated with such educational social media accounts should only be with members of the educational community, such as administrators, teachers, students, and parent of such students. It is strongly recommended that staff reject requests from individuals who do not fit into these categories.

I. All staff members will be responsible for information that they make public through the use of electronic communication. Teachers are the gatekeeper for the privacy and protection of students. When other people can see your conversations with the students (i.e. "Other Friends" on Facebook), you may be endangering them and also violating the Family Educational Rights and Privacy Act (FERPA).

J. Chattanooga Preparatory School employees who wish to utilize an approved CHATTANOOGA PREP website for communication must notify parents and obtain signed permission from the parent(s) to electronically post/share student pictures.

K. The employee understands that a laptop, iPad and all issued components are the property of Chattanooga Preparatory School, and that although the computer and components may be taken from school premises during the employee's term of employment, they remain the property of CHATTANOOGA PREP.

L. Employees who are released from their employment for any reason, (resignation, discharge, etc.) must return their assigned laptop and iPad no later than the final day of employment with CHATTANOOGA PREP. If the laptop and iPad is damaged or missing any components, CHATTANOOGA PREP reserves the right to charge the employee up to $50.00 for the cost of repairing the computer or replacing any missing parts. If a laptop or iPad is lost, stolen or damaged due to employee's negligence and must be completely replaced, the employee will be charged for the cost of replacement. The employee will pay the replacement cost via cash or check payable to CHATTANOOGA PREP.

M. All e-mail messages and computer files are the property of CHATTANOOGA PREP. Therefore, messages and files are not confidential. Back-up copies of e-mail and computer files may be maintained and/or referenced for business or legal reasons.

N. Employees are prohibited from using their assigned computer and iPad in a way that may be disruptive or offensive to others, or harmful to school morals. Forbidden transmission includes, but are not limited to, sexually explicit messages or artwork, ethnic or racial slurs, unwelcome or inappropriate propositions, offensive comments based on age, national origin, sexual orientation, or religious or political belief, or anything construed as harassment or disparagement of others. Any violation of the prohibitions set forth in this statement may result in disciplinary actions, including without limitation termination of employee.

**IV. INTERNET:**

A. The intent of the Chattanooga Preparatory School is to provide access to resources available via the Internet with the understanding that faculty, staff, and students will access and use information that is appropriate for his/her various curricula.

B. All school rules and guidelines for appropriate technology usage shall apply to usage of the Internet.

C. Teachers are responsible for Internet resources that will be presented in the classroom prior to their introduction.

D. Users will gain access to the Internet by agreeing to conduct themselves in a considerate and responsible manner and by providing written permission from parents, guardians, students, employees via this signed agreement.

E. Students who are allowed independent access to the Internet will have the capability of accessing material that has not been screened.

**V. INTERNET FILTERING:**

A. On the district's network, internet access for all users is filtered by a filtering system provided through the school system's ISP and by the district firewall system through one central point, by URL and IP address.

B. URLs and IP addresses may be added to or deleted from the filtered list by the CHATTANOOGA PREP administrative staff.

C. Employees may request a review for override of filtered sites from the CHATTANOOGA PREP staff.

**VI. INTERNET SAFETY MEASURES:**

A. Internet safety measures shall be implemented that effectively address the following:

1. Safety and security of students when using any form of direct electronic communications.
2. Preventing unauthorized access, including "hacking" and other unlawful activities by students on-line.
3. Restricting students' access to materials that may be inappropriate or harmful to them.

B. The processes for ensuring that the system's resources are not used for purposes prohibited by law or for accessing sexually explicit material are:

1. Monitoring on-line activities of students;
2. Utilizing technology that blocks or filters Internet access (for both students and adults) to material that is obscene, pornographic or potentially harmful to students; and
3. Maintaining a usage log.

C. All students will participate in Internet safety training, which is integrated into the school's instructional program in grades 6-12. Schools will use existing avenues of communication to inform parents, grandparents, caregivers, community stakeholders and other interested parties about Internet safety.

**VII. LIABILITY:**

A. The Chattanooga Preparatory School does not guarantee the reliability of the data connection and does not verify the accuracy of information found on the Internet.

The Chattanooga Preparatory School does not guarantee the confidentiality of any communications or data transmitted on its system.

B. The Chattanooga Preparatory School is not liable for any communication that has taken place on a personal device.

**VIII. PRIVACY:**

A. To maintain network integrity and to insure the network is being used responsibly, the Supervisor reserves the right to review files and network communications.
B. Users should have no expectation of privacy with regards to any data stored, transmitted or accessed on any device using the CHATTANOOGA PREP network.

C. Because communications on the Internet are often public in nature, all users should be careful to maintain appropriate and responsible communications.
D. The Chattanooga Preparatory School cannot guarantee the privacy, security, or confidentiality of any information sent or received via the Internet.
E. All computer data including search histories and email communications transmitted on school system computers or by means of the school system network are subject to monitoring and may be archived.
F. Users are encouraged to avoid storing personal and/or private information on the schools technological resources.
G. The system-wide technology staff performs routine backups of the servers. However, all users are responsible for the backup and storage of any critical files and/or data.

## SECTION 8

## USE OF BUILDING

**BUILDING USE POLICY**

Chattanooga Preparatory School is pleased to permit use of the CHATTANOOGA PREP facilities located at 1802 Bailey Avenue and 1802 Vance Avenue for non-profit, educational, cultural, and civic purposes.

<u>Guidelines</u>

- CHATTANOOGA PREP functions will have priority over outside groups' functions.
- The responsible party will be required to sign a Facilities Use Agreement agreeing to the following:
  - CHATTANOOGA PREP employee must be present while the building is in use.
  - Any group using the building is expected to return the used area to an "as found" condition.
  - A custodial fee will be imposed if clean-up is required. Custodial fee amount is determined by the size of space used during the agreement.
  - Any damage will be the responsibility of the user.
  - CHATTANOOGA PREP is a smoke-free facility; there is no smoking in the building.
  - Alcohol is not permitted.

  - Weapons are not permitted on CHATTANOOGA PREP property.
  - The serving of food is permitted.
  - Certificate of Insurance coverage in the amounts acceptable to CHATTANOOGA PREP are required as well as a signed waiver holding CHATTANOOGA PREP not liable for harm or injury on the premises.
  - Failure to comply with these guidelines may result in canceling of further use of the building by any group or individual.
- Reservations are required at least three weeks in advance.
- CHATTANOOGA PREP reserves the right to cancel an event at any time if a CHATTANOOGA PREP event must take precedence. In that event, the $25 deposit and half of the fees would be refunded.

Fee Schedule

Fees are payable one week in advance and are non-refundable. A $25 deposit is required to ensure compliance with clean-up policy. Deposit will be refunded provided all use regulations have been met.

**Fee:** Negotiated at the time of the agreement depending on the space needed for an event

**Fees are payable to:**

Chattanooga Preparatory School
Attn: Finance Office
P.O. Box 3859
Chattanooga, TN 37404

**BUILDING USE PROCEDURE**

The following procedure is for allowing non-CHATTANOOGA PREP groups to use the CHATTANOOGA PREP facility at 1802 Bailey Avenue or 1802 Vance Avenue, Chattanooga, Tennessee for non-profit, educational, cultural, and civic purposes.

1. Send all phone calls and inquiries regarding the use of space to the Finance Office.
2. Executive Director, Finance Officer, or designated representative will interview the prospective customer and review the Building Use Policy.
3. Executive Director, Finance Officer, or designated representative will consult the Administrative Assistant for the CHATTANOOGA PREP schedule and availability of space.
4. The event will go on CHATTANOOGA PREP calendar as a tentative event.
5. Executive Director, Finance Officer, or designated representative will send Facilities Use Agreement to the interested party and negotiate with them.
6. Upon receipt of signed Facilities Use Agreement, a copy will go Executive Director and Finance Officer.
7. Executive Director or Operations Manager will follow up with the customer two weeks prior to event to request payment if payment has not yet been made.

8. Executive Director, Finance Officer, or designated representative will arrange for a CHATTANOOGA PREP staff person to be on site the day of the event while the group is there if necessary.
9. Upon completion of the event the Executive Director, Finance Officer, or designated representative will determine if the group will have their $25 deposit returned. If the facility is left as they found it, a check will be sent to them within two weeks after the event.
10. Facility Usage Form is located on CHATTANOOGA PREP website.

## SECTION 9

## GENERAL INFORMATION

### Fund Policy & Procedures

**I. PURPOSE**. To outline policies and procedures for handling school activity funds.

**II. POLICY**. This policy defines "Cash" as checks, currency, coins, money orders, and credit cards and payments.

**A. GENERAL**. Cash received in the building will be accounted for immediately by at least two personnel and a receipt issued immediately for the cash. When money or checks are received, they should be deposited that day, or within three working days. **No exceptions.**

**B. SEPARATION OF DUTIES**. There should be separation of duties concerning the handling of cash/checks. There should be a system of checks and balances in which tasks are performed by different individuals for adequate control. For example, the same person is not to collect money, post receivables and other accounting records, and make the deposit.

**C. RECEIVING OF CASH**.

1. There should be separation of duties concerning the receipt of cash/checks. When money is received, at least two individuals will account for all cash received, the person turning in cash and the person authorized to maintain custody of cash on hand. **Individuals receiving cash for fundraising activities, purchase of school clothing, athletic events, etc. must be accounted for and submitted to the Administrative Assistant before the close of business on the day funds are received**. Individuals verifying the amount of cash will copy all checks or sign a log-in for and give a copy to the Finance Office. The original copy of the checks and/or collection log will be maintained by the individual turning in money for their records.

2. The Finance Office will verify the amount of cash/checks and the person turning in the funds will be required to initial the cash/check receipt log. The Finance Office representative will document the transaction and maintain in their records a copy of the

receipt log, and prepare a deposit slip for the person maintaining custody of the cash for the bank deposit. Cash should never leave the building prior to being counted and receipted.

3. All cash collected and/or received will be counted and given to the person authorized to maintain custody of cash. No other person is authorized to maintain custody of cash and should never leave the facilities with cash. All cash temporarily kept in the building will be kept safe from fire and theft by placing in the school safe or in designated lock cabinet in the Finance Office.

4. Monies received must be receipted and submitted to the Finance Office DAILY.

5. Money left in the school that is not in a safe or vault is considered insecure. Teachers are to be held accountable for all money submitted to them.

6. Money for field trips must be receipted before submitting to Finance Office. All field trip money collected on a single day can be receipted as one sum, however, individual lists must be maintained to verify amounts received from each trip.

**D. EXPENDITURES.** All purchases must be **pre-approved** by the Executive Director or Finance Officer prior to obligating CHATTANOOGA PREP funds. CHATTANOOGA PREP will not assume responsibility for payments on any items purchased, which has not been duly authorized. In accordance with the auditing requirements, the following procedures MUST be followed:

To obtain an approval to expend CHATTANOOGA PREP funds, please follow the purchase order procedure below:

1. Submit an electronic purchase order request form with Sections 1 and 2 completed. Information must include vendor name, quantity, item description, total cost to include shipping and handling, desired method of purchase, date items needed or date of event, purpose of purchase/item(s), and an electronic signature. If the exact total of a purchase order is unknown, include a 'not to exceed price' and add a general description of items being purchased such as 'Library books for the sixth grade learning initiative.' The actual purchase price should not exceed the purchase order approved amount. There must be **sufficient funds** available in the specific account before a purchase order will be approved.

2. All purchase order requests must be initiated at least 3 weeks in an advance of an event or at least 2 weeks prior to any supplies or other items needed.

3. Forward the completed purchase order request form to the appropriate supervisor, if one is designated. Once completed, the purchase order will be submitted electronically to the Finance Office. The Finance Office will review to determine funds available and either approve the PO or forward to the Executive Director for review and approval.

4. Once approved by either the Finance Director or the Executive Director, the requesting individual or the Finance Office is authorized to take action to purchase the item(s) depending on the method of purchase.

5. The **authorized individual making the purchase MUST provide the vendor with the approved PO#**. Failure to provide the approved PO# to the vendor may result in the individual being financially responsible.

6. Failure to follow the procedures above may result in your being **personally liable** for payment for any purchases made without prior approval.

7. Once the purchased items are received in front office, the Administrative Assistant will inventory and provide a copy of the packing slip and/or delivery receipt to the Finance Office signed by the requesting individual acknowledging that all items were received. If the vendor was paid prior to shipping, a copy of the packing slip will be attached to the purchase documents. If the vendor is to invoice CHATTANOOGA PREP, the Finance Office will submit payment once it is documented that items were received.

8. If a purchase exceeds the amount of $4,999.00, three written bids, quotes, or other documentation to demonstrate the vendor has the best price for the item being purchased. Amounts less than stated above can be quoted when deemed necessary.

9. Reference the PO# in the top-right corner of all receipts and/or packing slips by the person originating the expenditure.

10. All receipts must be turned into the Finance Office immediately upon returning to the facility or no later than 24 hours after purchase for approved reimbursement purchase orders.

## E. DONOR AND GRANT FUND RECEIPT PROCEDURES

1. Administrative Assistant will open mail with any funds received and the Executive Director will review and verify funds received.

2. Administrative Assistant will be responsible for logging each check. All electronic transactions will be forwarded to the Finance Office via email. Original checks will be given to Finance Office for deposit. The Finance Office will scan images of the checks and forward to the Executive Director and CHATTANOOGA PREP staff. At the end of each month, the Administrative Assistant will forward to the Associate Principal, the total amount logged for the month being deposited in the following accounts: CHATTANOOGA PREP – Checking, and the Director of Advancement and Fund Development for CHATTANOOGA PREP – Checking / CHATTANOOGA PREP – Savings. This report, along with the end of month balancing reports (Bank & Peachtree), will be used to verify all checks received were deposited.

3. A monthly report of funds received electronically via PayPal or other electronic methods will be emailed by the Finance Office to the Administrative Assistant and the Development Office. Reports will be received by the 5th of each month.

4. GRANT APPROVAL FORM - A form is to be completed for any grant written or any funds or materials to be received for use by faculty, staff or students. Any written grants, funds, or materials using CHATTANOOGA PREP in any wording or documents to receive the funds or items, must be reported through the Executive Director's office and the Foundation. The form must be completed prior to the grant being written or materials and funds received. The property received from any written grant, fund, or materials submitted on behalf of CHATTANOOGA PREP in any wording or documents belongs to CHATTANOOGA PREP.

5. Gift information is entered into the fundraising/accounting software by the finance office personnel. CHATTANOOGA PREP Development Staff is responsible for processing all gift acknowledgement letters. Dr. Swafford and Dr. Sue Anne Wells will sign the letters.

## F. COLLECTION OF MONEY

1. Teachers/others who collect money will maintain a collection log documenting the purpose of collection, name of teacher/club/class, the payer, dates of collection and a daily total. Collection logs will be maintained for each separate activity. Monies must be turned in to the Administrative Assistant each day of collection.

2. All money collected in reference to the CHATTANOOGA PREP must be turned in and receipted in accordance with this policy.

## G. CASH OR CREDIT/DEBIT CARD DISBURSEMENTS.

1. Checks will only be issued by the individual designated and assigned the responsibility for check writing. Only designated personnel are authorized to sign checks. The Finance Office will provide an invoice or other appropriate documentation to the person responsible for signing checks. The Finance Office will record the disbursement and process for payment.

2. Checks greater than $4,999 require dual signatures of those authorized to sign checks. Electronic signatures may be used via email by one signee, if necessary. The electronic signature will be attached to the disbursement documentation. Exceptions to this policy are reoccurring employee benefit payments, such as TCRS, that is a required expenditure as part of the payroll process.

3. CHATTANOOGA PREP credit/debit cards are for business use ONLY. Only designated administrative staff may request to sign-out and purchase items using a CHATTANOOGA PREP debit card. Finance Office personnel are authorized to purchase items using the CHATTANOOGA PREP debit card when an approved purchase order requires the purchase of the item via phone or online.

4. Faculty and staff may sign out a CHATTANOOGA PREP Purchase Card for approved purchases that requires the item to be purchased at the vendor location. Examples include, purchasing items at a local vendor, purchasing items during an Expeditionary Learning Trip,

etc. The employee is required to take a tax exempt form when purchasing with the CHATTANOOGA PREP Purchase Card.

## H. TICKET SALES.

1. Beginning numbers and ending numbers will be recorded prior to ticket sales. Two individuals (one must be the person authorized to maintain custody of cash) should count tickets and cash at the end of the event. Cash will be given to the person authorized to maintain custody of cash on hand. Documentation will be given to the Finance Office to record the transaction and prepare deposit slip for bank deposit.

2. A reconciliation form will be given to the ticket seller; a designated individual other than the ticket seller will record the beginning number and the amount of change given to the seller. The ticket seller will receive cash/change from the person authorized to maintain custody of cash on hand. The amount of sales will be turned in to the principal or designee immediately following the event.

## I. CONCESSION INVENTORIES AND RELATED SALES ACTIVITIES.

1. Two personnel will count and document inventory prior to concession opening and at the close of the concession. Beginning inventory will be reconciled with prior inventory records and a copy of any purchase receipts. Perishable items such as drinks and items that cannot be counted individually such as cheese dip will be counted per container used to sell the items.
2. Cash from the concession will be counted and verified by two personnel (one must be the individual who maintains custody of cash on hand). The cash will be placed in the school safe until bank deposit.
3. Documentation verifying beginning and ending inventory and amount of cash for deposit will be given to the finance office. The finance office will record the transactions and prepare deposit slip for bank deposit. The Athletic Director and/or coaches will maintain concession inventory and all related sales documentation.

## J. REPORTS AND ACCOUNT RECONCILIATION

1. All fund raising activities related to or in the name of the school, conducted by organizations/person(s) must be approved by the Principal and must be reported to the principal through a financial report at least annually.
2. All organizations, i.e. boosters, PTA, etc. must supply the Principal with a financial accounting report at least annually. If it is connected with the student's financial business must be conducted through an account with the school.
3. The Finance Office will provide the Associate Principal with bank statements and reconciliation documents from the accounting system (Peachtree) at the end of each month to verify the reconciliation was completed and the accuracy of each bank account balance. A copy of the reconciliation to include the Associate Principal's initials verifying the balance was completed will be maintained in the Finance Office.

## K. PAYROLL FILES

1. Contracts for personnel salaries and documentation will be located in each file. Approval of salaries by the Board will be on kept on file in the Finance Office.

2. Leave forms will be documented and maintained in the Finance Office. Documentation of leave will also be maintained electronically, along with accumulated leave on each check stub for each employee.

**L. CONTRACTS, STIPENDS** Any expenditure of CHATTANOOGA PREP funds must be approved in writing in advance of the expenditure and/or obligation of funds. If the funds are spent or obligated without prior approval, CHATTANOOGA PREP reserves the right to refuse reimbursement for employee or contract staff.

**M. TRAVEL EXPENSES**

1. All requests for individual travel must be submitted in writing at least two weeks in advance and approved by Executive Director and Finance Officer. Employees must complete a Request for Travel Authorization Form that includes all cost associated with the travel plans, such as travel, lodging, conference or workshop fees and per diem, parking, etc. Travel, including fares, should be planned in advance in order to receive best rates.
2. At the conclusion of the travel the individual must complete a Claim for Travel Form with all receipts associated with the travel attached to the form. The form must be approved by the employee's supervisor and Executive Director. Any expense on the claim form without a receipt will not be reimbursed, excluding per diem rate, which is based on GSA rates.

## SECTION 10

## VISITOR POLICY & PROCEDURES

1. He/she should enter the front office.
2. Visitors sign in immediately in the front office.
3. If they do not, the front office staff should immediately alert administration by radio or telephone. We will then determine the action to take.
4. Stand up and greet the visitors. Every visitor should be addressed to inquire reason for visit, before being allowed to sign in to the school. Just because they want to visit, does not constitute a visit.
5. Once that has been confirmed, hand both "Visitor Sign-in Books" to him/her to complete. The visitor sign in books should always remain behind the counter. Each and every "Visitor" MUST wear an orange sticker, even if they are wearing a company name tag.

***If the visitor enters and will not adhere to our processes the following should take place:***

1. Radio immediately if they do not adhere to signing in or your inquiry.

2. If they leave office (with or without) a Visitor pass, but have not been given permission to leave the office or you have requested them to stay in office and they refuse, announce over the PA, "All Visitors Return to the Office Immediately."

3. If they do not return, radio administration, and immediately go into lockdown mode. *"This is a lockdown. Dr. Swafford bring your red folder to the office."*

Parents and other adults arriving to the school and moving down the hallways, without permission, are a good example of when the aforementioned procedures should take place. If we are not aware of where they intend to go or what they may have with them, or their intention, then our school safety is at risk.

Staff and administration who have been assigned a radio should have them on your person and in operation at all times during school hours. Also, if need be, we can set a ringtone on our cell phones so that we will know when staff is trying to locate us.

# SECTION 11

# ADMINISTRATIVE EMERGENCY PROCEDURES

## Chain of Command

**In all emergency drills, directions will be given by Administrator 1. If Administrator 1 is absent, directions will be given by Administrator 2 and as follows:**

| | | |
|---|---|---|
| **Administrator 1** | **Elaine Swafford** | **Executive Director** |
| **Administrator 2** | **TBD** | **Associate Principal** |
| **Administrator 3** | **TBD** | **Assistant Principal** |
| **Administrator 4** | **TBD** | **Director of HR & Operations** |
| **Administrator 5** | **TBD** | **Chief Financial Officer** |

## Administrative Order for Securing the Building

| | | |
|---|---|---|
| **Administrator 1** | **TBD** | **Associate Principal** |
| **Administrator 2** | **TBD** | **Assistant Principal** |
| **Administrator 3** | **TBD** | **Maintenance/Custodial Supervisor** |
| **Administrator 4** | **TBD** | **Director of HR & Operations** |
| **Administrator 5** | **TBD** | **Chief Financial Officer** |

## Assembly areas:

**Fire Drill Assembly:** **Union Avenue**
**Evacuation Location 1:** **Gym on Vance Ave**
**Evacuation Location 2:** **LRC Building (Cafeteria) 708 S. Orchard Knob Ave.**

# Crisis Plan

A crisis is defined as the sudden death of a student, school employee, or significant other impacting an individual or group in a school setting, a natural or accidental disaster, real or threatened violence, or any other life threatening situations.

Crisis Team: A group of counselors, administrators, and other designated persons to handle media, traffic, logistics, and information.

Crisis Team Designees:

**General Instructions:**

1. Immediately report any emergency situation to the office
2. DO NOT call 911
3. Do not allow students to use phones or cell phones
4. Listen carefully for code or instructions
5. Keep students quiet
6. Do not allow students to leave the room unsupervised. If it is a lockdown, do not allow students to leave the room under any circumstance.
7. Never leave your students during an emergency.

**Emergency Codes/Color Code Cards**

Emergency Codes:

*Codes will be given over the intercom (This is a school safety drill).

- ❑ **School Safety Drill** = Lockdown - Threat is present. Over the intercom: *"Dr. Swafford, please come to the main office with your red folder."*
- ❑ **Code Yellow** = Lockdown - No threat present. Can be used for any situation that requires staff and students to stay in classrooms. (Ex. Fight or health-related emergencies)
- ❑ **Code Green** = Evacuate the building—500 ft.—football field
- ❑ **Code Blue** = Evacuate the building (bomb threat)—1000 ft. Do not use cell or two way radios.

Color Code Cards:

**Red Card** - Need help immediately

**Yellow Card** - Have a problem, but not an emergency.

**Green Card** - Everything is okay.

Lockdown Procedures:

1. Check outside classroom door for students.
2. Lock classroom door.
3. Close windows and shades, if possible, cover door window.
4. Keep students away from doors and windows.
5. Keep students quiet.
6. Call roll.
7. Place appropriate code card under the door.

8. Remember that a lockdown situation could last a few hours.
9. Do not open the door under any circumstances unless it is an administrator or emergency personnel.
10. Teachers without students should still go under lockdown.

**EMERGENCY DRILLS**

**Fire Drill**

**Signal: Building Fire alarm system**

**Procedure**

1. Students exit classroom and WALK in orderly lines to Union Avenue.

2. Students evacuate the building by designated routes to the assembly area (see map)

NO TALKING IS PERMITTED!!

3. Teachers:

   a. Take your Roster located on the hook near your classroom door with you.

   b. Check that all students are out of the classroom.

   c. Check that all exits are clear.

   d. Leave classroom door open, but on lock. (Later entry may be required.)

   e. Any students in the hall should be taken by the teacher that passes them first and accounted for once they reach the assembly area. Administration assigned by floor should check restrooms

4. In assembly area, teacher takes roll and accounts for each student.

5. Students in classrooms other than their own are to remain with that class until given permission by both teachers to rejoin their class.

6. Students remain in orderly and silent lines until an all clear signal is given.

**PROCEDURE WHEN NOT IN YOUR OWN CLASSROOM**

Teachers must inform front office personnel of location when away from the building.

1. Teachers should be familiar with assembly area and evacuation route designated for that classroom or area.

2. Teachers must have cell phone on their person and on ringtone when away from the building.

**Tornado Drill**

**Signal: Intercom, All Call on Phone, or 2 way radio or Public tornado siren**

**Procedures**

All teachers and students must take the two main staircases down to the newly renovated part of the building beyond the Media Center. There are no windows there and it is our best shelter from a tornado. First Floor teachers on the West end of the building (Mount, Frick, Beard, Warwick) may use the restrooms and the counselor's office where there are not windows.

During a disaster drill of any type, each teacher will be responsible for keeping his/her class together and moving in a quiet and orderly fashion. Teachers should take with them any students who are in the hall or nearby restrooms with them as they lead students to the safe area. An emergency weather radio shall remain in the safe area for advisement on tornado locations.

**Shelter in Place Drill**

**Signal: Intercom, All Call on Phone, or 2 way radio**

A Shelter-In-Place Drill indicates an emergency that requires students and staff to remain inside. This may occur while students and faculty or in the cafeteria or gym.

Procedures:

1. When the announcement is given, all classes will remain in their rooms. Teachers should pull in any students who are in the hall or nearby restrooms into their class.
2. Students should be arranged in the shelter area so as to enable them to assume a "Duck and Cover" position on command given by the teacher in charge.
3. Move students to the most protected areas in the room.
4. Have students face away from windows and keep their backs toward windows.
5. Close all doors and windows. If possible, cover windows by lowering blinds, closing slots, drawing curtains, or pulling shades.
6. Turn off gas, lights, power equipment, and appliances. All personnel must remain in the shelter area until further instructions are received from official sources.

## ACTIVE SHOOTER OR IDENTIFIED FIREARM IN THE BUILDING

If there is an active shooter or a firearm has been identified – Alert on the location of issue

The following steps should be followed:

1. The Director of Finance should escort the Executive Director to the Command Post.
2. The Director Finance and the Executive Director should take their 2-way radios and the chargers with them, if at all possible.
3. We have two command posts: The gym on Vance Avenue or the LRC on Orchard Knob Avenue.
4. From this site, the Executive Director and Director of Finance will handle the crisis and inform law enforcement of the situation.

The following exit routes are suggested, but as we all know in an emergency, all exits may not be available. Faculty and staff should make themselves familiar with all of the exits in the building.

# EXIT ROUTES

[TBD]

In the event of a "shelter in" where faculty and students are unable to leave the building or any other situation that warrants attention, the following emergency management command system will be used:

# INCIDENT COMMAND SYSTEM/EMERGENCY MANAGEMENT




## TEAM ROLES AND RESPONSIBILITIES

| | |
|---|---|
| ***Incident Commander - Elaine Swafford*** | Responsible for development of school's plan and overall management of emergency situations. Accounts for emergency teams location & safety status by radio or phone. |
| ***School Security - TBD*** | Monitor safety conditions of an emergency situation and develop measures for ensuring the safety of building occupants: document activities |
| ***Liaison Officer - TBD*** | Develop working knowledge of local/regional agencies; serve as the primary on-scene contact for outside agencies assigned to an incident; documents activities |
| ***Public Information Official/Communications-TBD*** | Develop relationship with local media reps; prepare media releases; establish "media center" near Command Post/develop telephone tree for after-hours communication. |
| ***Planning Officer - TBD*** | Assist Incident Commander in the collection and evaluation of information about an incident as it develops; assist with ongoing planning efforts; maintains time log |
| ***Student Accounting and Release - TBD*** | Analyze school staffing to develop a Student Accounting and Release Plan (reports staff/student/teachers accounting to the Command Post); Implement plan in an emergency: document activities. Inform teachers away from building of the incident status. |
| ***Operations Facility and Environmental -TBD*** | Monitor site utilities (electric, gas, water, HVAC) shut off only if danger exist or directed by Incident Commander; assist in securing facility |
| ***First Aid/CPR - TentativeTBD*** | Establish medical triage with staff trained in first aid, CPR; provide/oversee care given to the injured; distribute supplies |
| ***Crisis Intervention and Response – TBD*** | Provide and access psychological first aid services for those in need (working with "Operations: Medical"); access local/regional providers for ongoing crisis counseling for students, staff, parents; document activities. |
| ***Food, Water, Sanitation - TBD*** | Coordinate the rationed distribution of food and water; establish secondary toilet facilities in the event of water or plumbing failure; request needed supplies from Logistics; document activity |
| ***Logistics - TBD*** | Responsible for organizing resources and personnel. |
| ***Logistics Supplies - TBD*** | Responsible to establish and maintain "Emergency Team Toolbox"; coordinate access to and distribution of supplies during an emergency |
| ***Administration & Finance - TBD*** | Responsible for overall documentation and record keeping activities: when possible photograph or record damage to property; develop a system to monitor and track expenses and financial losses; secure all records |
| ***Student Management – Remaining Faculty & Staff*** | All other faculty & staff will assist with managing the students and maintaining order. |

** All Administration with phone camera access should monitor the movement in building during an emergency situation.

**1. Hostage/ Active Shooter / Firearm**

**<u>Signal</u>: School Safety Drill "***Dr. Swafford, please come to the main office with your red folder."*

If there is an active shooter or a firearm has been identified – Alert on the location of issue

The following steps should be followed:

The Director of Finance should escort the Executive Director to the Command Post.
The Director Finance and the Executive Director should take their 2-way radios and the chargers with them, if at all possible.
We have two command posts: The gym on Vance Avenue or the LRC on Orchard Knob Avenue.
From this site, the Executive Director and Director of Finance will handle the crisis and inform law enforcement of the situation.

**Teachers:**

1. Check outside classroom door for students.
2. Lock classroom door.
3. Close windows and shades.
4. Move students away from windows and doors, if possible.
5. Keep students quiet.
6. Take roll.
7. Place appropriate code card under the door.
8. Do not open door unless it is administration or emergency personnel.
9. Teachers without students should lock down.

**Other staff members:**

1. Lock down.
2. Follow instructions.

**2. Terrorist/Violent Acts**

**<u>Signal</u>: School Safety Drill "***Dr. Swafford, please come to the main office with your red folder."*

1. Check outside classroom door for students.
2. Lock classroom door.
3. Close windows and shades.
4. Move students away from windows and doors, if possible.
5. Keep students quiet.
6. Take roll.
7. Place appropriate code card under the door.
8. Do not open door unless it is administration or emergency personnel.
9. Teachers without students should lock down.

**Other staff members**:

1. Lock down.
2. Follow instructions.

**3. Bomb/Bomb Threat**

<u>Signal</u>: Code **Blue**

Steps of Action:

1. Phone threat - obtain as many details as possible.
    A. Check caller ID
    B. Notify administration
2. Evacuate the building using the fire drill plan.
3. Staff should look for unusual devices or disturbances while evacuating the building.

Roles:

**Director:**

1. Determine the need for evacuation and notify staff.
2. Gather information from staff on anything suspicious.
3. Assess injuries.
4. Assign qualified staff to First Aid assistance at evacuation site.
5. Make contact with Emergency Assistance personnel upon arrival.

**Secretary:**

1. Remain calm; obtain as much information as possible.
2. Contact Utility companies
3. Take emergency plan list to evacuation site.

**Custodians:**

1. Report to principal
2. Secure building by helping to shut off gas and electricity.

PHONE NUMBERS:
Gas Company: 1-800-427-5463 Electric Company: 423-698-3105
Water Dept.: 423-755-7600

# BOMB THREAT CALL PROCEDURES

Most bomb threats are received by phone. Bomb threats are serious until proven otherwise. Act quickly, but remain calm and obtain information with the checklist on the reverse of this card.

**If a bomb threat is received by phone:**

1. Remain calm. Keep the caller on the line for as long as possible. DO NOT HANG UP, even if the caller does.
2. Listen carefully. Be polite and show interest.
3. Try to keep the caller talking to learn more information.
4. If possible, write a note to a colleague to call the authorities or, as soon as the caller hangs up, immediately notify them yourself.
5. If your phone has a display, copy the number and/or letters on the window display.
6. Complete the Bomb Threat Checklist (reverse side) immediately. Write down as much detail as you can remember. Try to get exact words.
7. Immediately upon termination of the call, do not hang up, but from a different phone, contact FPS immediately with information and await instructions.

**If a bomb threat is received by handwritten note:**

- Call ____________________
- Handle note as minimally as possible.

**If a bomb threat is received by email:**

- Call ____________________
- Do not delete the message.

**Signs of a suspicious package:**

- No return address
- Excessive postage
- Stains
- Strange odor
- Strange sounds
- Unexpected delivery
- Poorly handwritten
- Misspelled words
- Incorrect titles
- Foreign postage
- Restrictive notes

**DO NOT:**

- Use two-way radios or cellular phone; radio signals have the potential to detonate a bomb.
- Evacuate the building until police arrive and evaluate the threat.
- Activate the fire alarm.
- Touch or move a suspicious package.

## WHO TO CONTACT (select one)

- Follow your local guidelines
- Federal Protective Service (FPS) Police 1-877-4-FPS-411 (1-877-437-7411)
- 911

# BOMB THREAT CHECKLIST

Date: ________ Time: ________

Time Caller Hung Up: ________ Phone Number Where Call Received: ________

## Ask Caller:

- Where is the bomb located? (Building, Floor, Room, etc.)
- When will it go off?
- What does it look like?
- What kind of bomb is it?
- What will make it explode?
- Did you place the bomb? Yes No
- Why?
- What is your name?

## Exact Words of Threat:

____________________
____________________
____________________
____________________

## Information About Caller:

- Where is the caller located? (Background and level of noise)
- Estimated age:
- Is voice familiar? If so, who does it sound like?
- Other points:

**Caller's Voice**

- ☐ Accent
- ☐ Angry
- ☐ Calm
- ☐ Clearing throat
- ☐ Coughing
- ☐ Cracking voice
- ☐ Crying
- ☐ Deep
- ☐ Deep breathing
- ☐ Disguised
- ☐ Distinct
- ☐ Excited
- ☐ Female
- ☐ Laughter
- ☐ Lisp
- ☐ Loud
- ☐ Male
- ☐ Nasal
- ☐ Normal
- ☐ Ragged
- ☐ Rapid
- ☐ Raspy
- ☐ Slow
- ☐ Slurred
- ☐ Soft
- ☐ Stutter

**Background Sounds:**

- ☐ Animal Noises
- ☐ House Noises
- ☐ Kitchen Noises
- ☐ Street Noises
- ☐ Booth
- ☐ PA system
- ☐ Conversation
- ☐ Music
- ☐ Motor
- ☐ Clear
- ☐ Static
- ☐ Office machinery
- ☐ Factory machinery
- ☐ Local
- ☐ Long distance

**Threat Language:**

- ☐ Incoherent
- ☐ Message read
- ☐ Taped
- ☐ Irrational
- ☐ Profane
- ☐ Well-spoken

____________________
____________________
____________________

Other Information:

____________________
____________________

Homeland Security

**4. Hazardous Material**

**Signal: "Code Green" or fire alarm**

Evacuation Procedures:

1. Fire alarm, code green, or code blue is given.
2. Teacher always evacuates with grade book.
3. Teacher is always last to leave class.
4. Make sure room is clear and then lock the door.

*If hazard is outside remain inside and listen for instructions

**5. Death/Suicide at School**

**Signal: Code Orange**

1. Follow lockdown procedures.
2. If death occurred in a classroom, teacher should evacuate the room and take roll.

**6. Accident/Serious Injury/Illness**

**Signal: Code Yellow**

Teachers:

1. Stay with class.
2. Follow lockdown procedures if necessary.

Custodians:

1. Check with principal.
2. If there is a building mechanical problem, attend to it first.

**7. Fire**

**Signal: Building Fire alarm system Procedure**

1. Students exit classroom and WALK in orderly lines to Union Avenue.
2. Students evacuate the building by designated routes to the assembly area (see map)

NO TALKING IS PERMITTED!!

3. Teachers:
   a. Take your Roster located on the hook near your classroom door with you.
   b. Check that all students are out of the classroom.
   c. Check that all exits are clear.
   d. Leave classroom door open, but on lock. (Later entry may be required.)
   e. Any students in the hall should be taken by the teacher that passes them first and accounted for once they reach the assembly area. Administration assigned by floor should check restrooms. Fulton, Beck 3rd floor, Booker, Hinchee 2nd floor, Swafford, Harris 1st floor.
4. In assembly area, teacher takes roll and accounts for each student.
5. Students in classrooms other than their own are to remain with that class until given permission by both teachers to rejoin their class.
6. Students remain in orderly and silent lines until an all clear signal is given.

**PROCEDURE WHEN NOT IN YOUR OWN CLASSROOM**

Teachers must inform front office personnel of location when away from the building.

1. Teachers should be familiar with assembly area and evacuation route designated for that classroom or area.
2. Teachers must have cell phone on their person and on ringtone when away from the building.

**8. Tornado**

**Signal:** Intercom, All Call on Phone, or 2 way radio or Public tornado siren

**Procedures**

All teachers and students must take the two main staircases down to the newly renovated part of the building beyond the Media Center. There are no windows there and it is our best shelter from a tornado. First Floor teachers on the West end of the building (Mount, Frick, Beard, Warwick) may use the restrooms and the counselors office where there are not windows.

During a disaster drill of any type, each teacher will be responsible for keeping his/her class together and moving in a quiet and orderly fashion. Teachers should take with them any students who are in the hall or nearby restrooms with them as they lead students to the safe area. An emergency weather radio shall remain in the safe area for advisement on tornado locations.

**9. Shelter in Place**

**Signal: Intercom, All Call on Phone, or 2 way radio**

A Shelter-In-Place indicates an emergency that requires students and staff to remain inside. This may occur while students and faculty or in the cafeteria or gym.

**Procedures:**

1. When the announcement is given, all classes will remain in their rooms. Teachers should pull in any students who are in the hall or nearby restrooms into their class.
2. Students should be arranged in the shelter area so as to enable them to assume a "Duck and Cover" position on command given by the teacher in charge.
3. Move students to the most protected areas in the room.
4. Have students face away from windows and keep their backs toward windows.
5. Close all doors and windows. If possible, cover windows by lowering blinds, closing slots, drawing curtains, or pulling shades.
6. Turn off gas, lights, power equipment, and appliances. All personnel must remain in the shelter area until further instructions are received from official sources.

**10. Utility Emergency**

Signal: Code Black

Custodian:

1. Assist principal in the inspection of building.

Teacher:

1. Take roll.
2. Follow procedures as determined by administration.

**11. Reverse Evacuation**

Reverse Evacuation moves students inside the building if there is an unsafe condition outside.

Signal: By intercom system, radio or phone.

1. Move all students inside as quickly as possible.
2. Assist those needing additional assistance.
3. Report to Classroom.
4. Take attendance.
5. Report any missing, additional or injured students to the administration.
6. Wait for further instructions from Administrator 1.
7. The all clear signal will be given by Administrator 1. If Administrator 1 is absent, the all clear and decisions will be made by Administrator 2 followed by 3, 4 and 5.

**12. Soft Lockdown**
This is a lockdown for cautionary procedures, when dealing with an incident away from campus. However, this situation still calls for security of the building.
**Close doors when you hear ***Soft Lock Down***, but continue teaching unless otherwise instructed.
**Leave book bags in room, unless directed to remove to hallway.

**13. Temporary Shelter**
If, for any reason, students need to be evacuated to a temporary site for shelter, students shall be led to TN Temple Academy Gymnasium.

1. Take attendance prior to walking your students to gym.
2. Take attendance upon arrival.
3. Wait for further instructions from Administrator 1 (or the next administrator in line) on contacting parents and or arranging transportation.
4. Teachers are expected to supervise students.

# SEXUAL ABUSE AND MOLESTATION PREVENTION POLICY

Chattanooga Preparatory School does not permit or allow sexual abuse or molestation to occur in the workplace or at any activity sponsored by or related to it. In order to make this "zero tolerance" policy clear to all employees, volunteers and staff members, we have adopted mandatory procedures that employees, volunteers, family members, board members, individuals and victims must follow when they learn of or witness sexual abuse or molestation. Sexual abuse takes the form of inappropriate sexual contact or interaction for the gratification of the actor who is functioning as a caregiver and is responsible for the student's care. Sexual abuse includes sexual assault, exploitation, molestation or injury. It does not include sexual harassment, which is another form of behavior which is prohibited by Chattanooga Preparatory School.

**Reporting Procedure**
All staff members who learn of sexual abuse being committed must immediately report it to the school counselor designated as responsible for receiving and initiating an investigation. If the victim is an adult, the abuse will be reported by this designee to the local or state Adult Protective Services (APS) Agency. If a child is the victim, the designee will report it to the local or state Child Abuse Agency. Appropriate family members of the victim must be notified immediately of suspected child abuse.

**Investigation & Follow Up**
We take allegations of sexual abuse seriously. Once the allegation is reported, we will promptly, thoroughly, and impartially initiate an investigation to determine whether there is a reasonable basis to believe that sexual abuse has been committed. Our investigation may be undertaken by either an internal team or we may hire an independent third party. We will cooperate fully with any investigation conducted law enforcement or regulatory agencies and we may refer the complaint and the result of our investigation to those agencies. We reserve the right to place the subject of the investigation on an involuntary leave of absence or reassigning that person to responsibilities that do not involve personal contact with individuals or students. To the fullest extent possible, but consistent with our legal obligation to report suspected abuse to appropriate authorities, we will endeavor to keep the identities of the alleged victims and investigation

subject confidential. If the investigation substantiates the allegation, our policy provides for disciplinary penalties, including but not limited to termination of the actor's relationship with our organization.

There are a number of "red flags" that suggest someone is being sexually abused. They take the form of physical or behavioral evidence. Physical evidence of sexual abuse includes, but is not limited to:

- Sexually transmitted diseases:
- Difficulty walking or ambulating normally;
- Stained, bloody or torn undergarments;
- Genital pain or itching; and
- Physical injuries involving the external genitalia.

Behavioral signals suggestive of sexual abuse include, but are not limited to:

- Fear or reluctance about being left in the care of a particular person;
- Recoiling from being touched;
- Bundling oneself in excessive clothing, especially night clothes;
- Discomfort or apprehension when sex is referred to or discussed; and
- Nightmares or fear of night and/or darkness.

**Retaliation Prohibited**

We prohibit any retaliation against anyone, including an employee, volunteer, board member, student or individual, who in good faith reports sexual abuse, alleges that it is being committed or participates in the investigation. Intentionally false or malicious accusations of sexual abuse are prohibited. Anyone who improperly retaliates against someone who has made a good faith allegation of sexual abuse, or intentionally provides false information to that effect, will be subject to discipline, up to and including termination.

# ACKNOWLEDGMENT OF RECEIPT OF SEXUAL ABUSE POLICY

**I, ________________________________________, acknowledge that I have received and read the sexual abuse policy immediately preceding my signature below. I understand that I am bound to follow the policy and understand the consequences in the event that I fail to do so.**

**Dated: ____________________**

________________________________________
**Print Name of Employee/Volunteer**

________________________________________
**Signature of Employee/Volunteer**

Please return this signed form to Director of HR & Operations. Please retain a copy for review.

# EMPLOYEE ACKNOWLEDGMENT FORM

I acknowledge that I have received a copy of the CHATTANOOGA PREP Employee Handbook, and I acknowledge that it is my responsibility to read and understand it. I further acknowledge that I have the opportunity to ask my supervisor and/or Human Resources any questions that I might have concerning the CHATTANOOGA PREP Employee Handbook.

I understand that my employment with CHATTANOOGA PREP is at will, and that CHATTANOOGA PREP or I may choose to terminate the relationship at any time, with or without cause, and with or without notice. I further understand that the language in this Employee Handbook is not intended to create, nor is it to be interpreted to constitute or create an employment contract between CHATTANOOGA PREP and me. Nothing contained in this Employee Handbook guarantees employment for any specified period of time.

I further understand that this Employee Handbook is merely a summary description of some of the policies and procedures of CHATTANOOGA PREP. I further understand that CHATTANOOGA PREP may cancel, modify, or supplement the provisions of this Employee Handbook at its discretion, with or without providing prior notice to employees.

______________________________ ______________________________

EMPLOYEE'S SIGNATURE DATE

______________________________

EMPLOYEE'S NAME (PRINTED)

## ATTACHMENT J: Insurance Coverage

Upon approval, Chattanooga Prep will purchase and maintain an insurance policy that provides required and prudent levels of coverage. As required by Tennessee Code Annotated §49-13-107 (b) (19), Chattanooga Prep's insurance policies will contain a provision requiring the insurance carrier to provide written notification to the Governance Board and the Hamilton County Department of Education within 10 days of the cancellation of any insurance policies.

| CHATTANOOGA PREP INSURANCE COVERAGE | |
|---|---|
| **Policy** | **Coverage** |
| Workers' Compensation | $500,000 |
| Employer Liability | $2,000,000 |
| Property (Building, Contents, & Business Interruption) | $9,560,000 |
| Professional Liability (Directors & Officers, Teachers) | $1,000,000 |
| Sexual Abuse | $1,000,000 |

SELECTIVE®

Response is everything.

Selective Insurance Group
Southern Region
3426 Torringdon Way
Suite 200
Charlotte, NC 28277

January 20, 2017

Reliance Partners
Lavonda Shipley
835 Georgia Avenue
Suite 301
Chattanooga, TN 37402

RE: **Chattanooga Preparatory School**

Dear Lavonda:

Thank you for considering Selective as a market for Chattanooga Preparatory School. Based on the applications and handbooks you provided, this one will fit in our Private School Program. Please forward formal submission at appropriate time and we will review for a final decision and terms.

Sincerely,

**Teresa S. Cates, CPCU, CIC**
**Territory Manager- Tennessee**
**Selective Insurance Company of America**
O: 1-704-501-2803
C: [redacted]
teresa.cates@selective.com

**ATTACHMENT K: CMO Agreement – Not Applicable**

**ATTACHMENT L: Organization/Network Annual Reports or Audits (for existing operators) – Not Applicable**

**ATTACHMENT M: Network Organizational Chart (for existing operators) – Not Applicable**

**ATTACHMENT N: CMO Documents, if applicable – Not Applicable**

## ATTACHMENT O: Planning and Budget Worksheet

INSERT BUDGET FORM HERE

INSERT BUDGET FORM HERE

INSERT BUDGET FORM HERE

INSERT BUDGET FORM HERE

INSERT BUDGET FORM HERE

INSERT BUDGET FORM HERE

INSERT BUDGET FORM HERE

INSERT BUDGET FORM HERE

INSERT BUDGET FORM HERE

INSERT BUDGET FORM HERE

INSERT BUDGET FORM HERE

INSERT BUDGET FORM HERE

**INSERT BUDGET FORM HERE**

INSERT BUDGET FORM HERE

INSERT BUDGET FORM HERE

INSERT BUDGET FORM HERE

App.1429

KCBOE10648

INSERT BUDGET FORM HERE

INSERT BUDGET FORM HERE

INSERT BUDGET FORM HERE

INSERT BUDGET FORM HERE

INSERT BUDGET FORM HERE

INSERT BUDGET FORM HERE

INSERT BUDGET FORM HERE

INSERT BUDGET FORM HERE

## ATTACHMENT P: Budget Narrative

The Chattanooga Prep Planning and Design Team has developed a realistic, detailed budget for the first five years of school operations. The narrative which follows provides detail on the budget assumptions which informed anticipated expenditures and revenues for the five-year period of school operations as well as the planning period before the school opens. The budget projections have been prepared to reflect a July 1 – June 30 fiscal year. The initial planning year budget reflects the period beginning July 1, 2017 and ending June 30, 2018.

## COMPLIANCE WITH STATE & FEDERAL ACCOUNTING & REPORTING REQUIREMENTS

In accordance with the Tennessee state laws, Chattanooga Prep will undertake annual audits of financial, administrative and program operations. The audits will comply with mandated state audit procedures and requirements. In addition, Chattanooga Prep will comply with any state or federal laws and regulations that relate to grant funding received in support of the school's financial, administrative, or program operations.

At no time, will any funds or assets of Chattanooga Prep be contributed to a political party, political organization or an individual holding public office or who is a candidate for public office. Members of the Governance Board and employees of Chattanooga Prep are explicitly prohibited from the following activities:

- Political contributions that are reimbursed through expense accounts of the school or other means.
- Use of school funds to purchase tickets for political fundraising events.
- Use of the school assets in political campaigns.
- In-kind contributions, such as lending employees to political parties for the purposes of supporting a political campaign.

## ADEQUACY OF THE BUDGET

The budget has been carefully constructed to ensure that there are sufficient funds to support all aspects of Chattanooga Prep's school model. Achieving the school's mission and changing the academic trajectory of educationally disadvantaged students will require sufficient personnel, student and family support structures, and technology investments. The Friends of Chattanooga Prep has already purchased the school buildings and is fully-funding renovations in advance of the school opening. However, the Chattanooga Prep budget includes investments in school furnishings, equipment, and other items required for start-up. Chattanooga Prep's budget planning has been informed by the actual experiences of CGLA's implementation, so it is grounded in the realities of charter school start-up in Hamilton County.

## STUDENT ENROLLMENT & BEP PROJECTIONS

Chattanooga Prep's per pupil allocation through the BEP was calculated at $8,137 per student which assumes $249 per student in BEP Capital Outlay funds and $7,888 per student in HCDE BEP funds. The budget calculations assume flat-funding of BEP allocations across the first 5 budget years. Based on student enrollment plans, the annual BEP revenue is projected as follows:

| CHATTANOOGA PREP ANNUAL BEP PROJECTIONS | | | | | | |
|---|---|---|---|---|---|---|
| | PLAN YEAR | YEAR 1 | YEAR 2 | YEAR 3 | YEAR 4 | YEAR 5 |
| Student Enrollment | 0 | 60 | 120 | 180 | 240 | 300 |
| Annual BEP revenue (BEP + BEP Capital Outlay) | $0 | $488,220 | $976,440 | $1,464,660 | $1,952,880 | $2,441,100 |

## ANTICIPATED FUNDING

Revenue projections were guided by the following assumptions:

- In order to fully fund the 5-year start-up operating budget, the Friends of Chattanooga Prep has already initiated fundraising efforts that have generated $6 million in start-up funding. The Friends of Chattanooga Prep will carry on fundraising efforts during the initial start-up period and planning year. As the school moves from a start-up phase to an operational phase, ongoing fundraising efforts will be transferred to fall under the auspices of the Chattanooga Prep Governance Board, Executive Director, and designated school staff.
- Chattanooga Prep will meet annual enrollment projections which determine the annual BEP amount.
- The demographics of the school population will be similar to the demographics of the CGLA population qualifying Chattanooga Prep for similar levels of Title I, Title II, IDEA, and USDA funding as CGLA receives.

In addition to BEP funding, Chattanooga Prep anticipates the following revenue streams.

| Revenue Source | Notes |
|---|---|
| **Private Contributions & Gifts** | Chattanooga Prep expects to raise funds from private individuals, foundations, and corporations during the initial 5-year project period to support school implementation. Upon approval of the Chattanooga Prep charter school application, the Foundation is poised to implement the comprehensive fund development plan and has dedicated staff and consulting resources to support the Board in successfully carrying out the plan. |
| **Grants** | Friends of Chattanooga Prep has engaged the Grantwriting services of Skye Strategies and will actively pursue grants from foundations, corporate sponsors, the State of Tennessee, and federal sponsors. |
| **Federal Funding** | Federal funding including USDA reimbursements for the student nutrition program, Title I and Title II funding, and IDEA funding are anticipated as part of the revenue base for Chattanooga Prep. See Attachment O, *Student Assumptions* and *Year 1 Budget* for details. |

## ANTICIPATED EXPENDITURES

In constructing the projected expenses, Chattanooga Prep consulted closely with leadership of the Chattanooga Girls Leadership Academy as well as schools serving similar demographics in Memphis, TN. Chattanooga Prep's expense projections have been carefully developed, taking into consideration the following factors:

- As a start-up, Chattanooga Prep must make an upfront investment in the infrastructure, technology, and systems that will support the school's mission.
- Chattanooga Prep benefits from the initial investments made by the founders and the Friends of Chattanooga Prep in terms of purchasing facilities, paying for facilities renovations, and covering the cost of initial school furnishings. This will enable Chattanooga Prep to make critical investments in school staffing from the beginning.
- The costs associated with the Executive Director's salary and fringe benefits will be covered by the Friends of Chattanooga Prep and is not reflected in the school's operational budget.
- In order to attract and retain instructional staff and school leadership of the highest caliber, Chattanooga Prep must offer competitive salaries and benefits.
- Chattanooga Prep must maintain a school staffing complement that supports a personalized learning environment, small class size, low teacher student ratio, and an extended schedule.
- Transportation to and from school must not be a barrier for students and families.
- Key staff must be brought on during a planning period before the school opens in order to ensure readiness for an August 2018 school opening.

***Personnel Costs:*** The personnel costs reflect an intentional focus on investing in adequate, well-prepared school personnel to meet the needs of the young men and families who will be served by Chattanooga Prep. Salaries are budgeted to be competitive with regional norms, and a 1% annual escalation rate has been built into salary projections. See Attachment O, *Year 1-5 Staff Assumptions* for details.

| Category | Notes |
|---|---|
| **Administrative Staff** | This personnel category includes competitive salaries for school leadership personnel including the Principal and Deans of Faculty and Students. These positions will be filled as rapidly as possible during the planning year. Within the context of the budget form (Attachment O), the Dean of Faculty is listed under the heading "Curriculum" and the Dean of Students is listed under the heading "Assistant Principal." These three critical positions will remain consistent throughout the initial 5-year start-up period. A school counselor will be added in year 3. |
| **Instructional Staff** | Faculty will be recruited and selected during the planning year and will have a start date of July 1, 2018. Thus, no funds have been budgeted for faculty during the planning year. Budget projections anticipate recruitment of instructional staff with varying years of experience and offering competitive salaries to attract excellent faculty. Faculty salaries will be determined based on a pay scale that considers academic credentials and classroom experience. Instructional staffing will ramp up each year as students matriculate to the next grade level. |

| | |
|---|---|
| **Non-Instructional Staff** | This staff category includes non-academic Leadership Team staff including the Director of Finance, Director of Operations & HR, Director of Development, and Community Outreach Coordinator; clerical staff; custodial staff; a school-based social worker, and attendance manager. Budgeted salaries are commensurate with similar positions in our community. |
| **Extended Learning Staff** | Chattanooga Prep's budget includes funds to staff the extended learning time offered to students and for academic coaches, interventionists, and part-time academic support staff. |

***Benefits & Payroll Taxes:*** Budget projections include employee benefits and payroll taxes. Full-time staff are eligible for benefits. Estimates are calculated as a percentage of projected annual salary levels. See Attachment O, *Year 1-5 Staff Assumptions* for details.

***Contracted Services:*** Operating the school and meeting the needs of all students within Chattanooga Prep's small school model will make it more cost-effective to secure the following services via contractual agreements. As documented in Attachment O, some costs are anticipated to escalate as the school population grows while others will remain constant.

- Copiers / Printing
- Phone System
- Software
- Audit Services
- Grantwriting Services
- Speech Therapy
- Student Transportation
- Educational / Professional Development Consultants
- Cafeteria / Food Services
- Athletic Officials and Fees

***Supplies & Materials:*** Chattanooga Prep is fortunate that the founding sponsor is funding school furnishings and major technology installations as part of the facilities renovation, so those significant one-time costs are not reflected in the school budget. Funds for ongoing routine maintenance and replacement of furnishings and technology components are incorporated into the operating budget. Operating the school will require funding for supplies and materials. Budget projections include funds for the following:

- Postage
- Operational Supplies
- Educational Supplies
- Instructional Technologies
- Staff Technology Resources

***Facility-Related Expenses:*** The school facilities have been purchased and are owned by the Friends of Chattanooga Prep for use by the Chattanooga Preparatory School with no rental costs. Additional facility-related costs are incorporated into the budget and include the following:

- Fire & Security Monitoring
- Pest Control
- Phone & Internet Service
- Custodial Supplies & Equipment
- Utilities
- Facility Repair & Maintenance
- Trash Collection

***Other Costs:*** Additional costs include Liability Insurance and a modest allocation for employee travel for meetings and training sessions.

## FISCAL MANAGEMENT AND CONTROLS

Chattanooga Prep will have a clear fiscal management plan with strong internal controls and oversight to manage all aspects of financial operations and support the school's model and mission. Chattanooga Prep will follow all applicable state laws

and regulations and will be guided by the *Tennessee Internal School Uniform Accounting Policy Manual*[54] in its practices. The school's success relies on sound financial management and careful fiscal oversight. The Planning & Design Team has planned the following systems, processes, and safeguards to ensure Chattanooga Prep's financial viability.

**Financial Oversight**

The Chattanooga Prep Principal is accountable for the oversight of all school administrative functions, including human resources management; compliance with local, state, and federal regulations and reporting requirements; facilities, enrollment and financial management; and student performance and assessment. The Principal is likewise responsible for overseeing day to day implementation of all policies, procedures and practices mandated by the Governance Board. To ensure financial oversight, a Finance Committee of the Board will be established. The board Treasurer will chair the Finance Committee. The Finance committee will be charged with the responsibility to:

- Establish the school's financial goals and monitor the school management's progress in achieving those goals.
- Establish sound financial policies and monitor whether the school's activities adhere to those policies.
- Review regularly the school's financial control systems in order to safeguard the resources of the school.

At monthly meetings, the Finance Committee will:

- review fund balances;
- review actual vs. budgeted financial statements;
- review updated cash flow projections; and
- make recommendations to the Board for action needed, based upon the monthly financial review.

All accounting practices will be in accordance with the Tennessee Internal School Uniform Accounting Policies and Governmental Accounting Standards Board Guidelines.

**Annual Independent Financial Audit**

The Finance Committee will implement and oversee Board approved procedures to select an independent auditor to conduct an annual audit of the school's financial records. The auditor will be a qualified certified public accounting firm. The audit will be conducted in accordance with applicable Generally Accepted Accounting Principles and provide reasonable assurance of the accuracy of Chattanooga Prep's financial statements, including balance sheets, income and expense statements, cash flow statements, attendance and enrollment accounting practices, and cafeteria operations as well as reviewing internal controls. As specified by the Tennessee Comptroller of the Treasury, a separate contract will be solicited and awarded for the audit of student activity funds. To the extent required by federal law, the scope of the audit will be expanded to include any items or processes identified by the Office of Management and Budget in relationship to federal grants received and managed by Chattanooga Prep.

Upon completion, the financial audit will be reviewed by the Finance Committee and Chattanooga Prep leadership staff, and forwarded to the Governance Board for review and final approval. In the event of any findings of irregularity or substantive management letter comments, the Finance Committee will guide the staff leadership in the development of corrective actions, to be approved by the Governance Board. The implementation of the corrective action plan will be monitored by the Finance Committee.

The Chattanooga Prep fiscal year runs from July 1 through June 30. The annual financial audit, along with administrative and programmatic audits will be completed within six months after the close of the fiscal year and forwarded to the Hamilton County Department of Education, the State Special Joint Oversight Committee on Education, the State Commissioner of Education, and the State Comptroller of the Treasury.

**Division of Roles & Responsibilities to Ensure Proper Checks and Balances**

The Chattanooga Prep Governance Board has the ultimate responsibility for the school's financial viability. The financial management and oversight roles of the Chattanooga Prep Board, Finance Committee, and school leadership are summarized in the chart below and represent the best practices of the division of responsibilities among these three entities.[55]

---

[54] http://tennessee.gov/assets/entities/education/attachments/loc_fin_internal_sch_uniform_acct_policy.pdf

[55] Adapted from the Boys and Girls Clubs of America's Governance Reference Guide, 1999.

| Governance Board Role | Finance Committee Role | School Leadership Role |
|---|---|---|
| Review and approve financial policies. | Review and revise financial policies as necessary and make recommendations for Board approval. | Identify financial policy issues and recommend specific financial policies and procedures to the Finance Committee. |
| Approve an annual budget that supports the school's goals and Board policies. | Review and revise the budget as necessary and make recommendations to the Board. | Prepare and present the budget to the Finance committee with backup detail and assumptions. |
| Approve the format and frequency of financial reports. | Recommend format for financial and programmatic summary reports for Board approval. | Make recommendations for financial reports to the Board and assure that reports include data required by the charter contract. |
| Review and approve monthly financial statements. | Review monthly financial statements with school leader, business manager, and present to the Board for approval. | Monitor income and expenses on a daily basis. Prepare financial reports as related to the charter contract, annual budget, and projected activities. |
| **Governance Board Role** | **Finance Committee Role** | **School Leadership Role** |
| Ensure adequate financial controls are in place and that financial reports are in line with accounting principles and provisions of the charter contract. | Review accounting and control policies and make recommendations for changes and improvements. | Carry out financial policies and procedures established by the Board. Raise policy and procedural issues and provide information for standard policy decisions. |
| Approve selection of auditor. Review and formally approve the audited financial statements, management letter, and staff response. | Implement audit procedure and recommend firm for Board approval. Review audited financial statements, management letter, and staff responses with school leadership and auditor. | Provide required information and records to auditing firm. If necessary, respond to auditor's management letter and take corrective actions as directed by Board. |
| Approve investment policies and review them annually. | Make recommendations to Board for investment policies and regularly review all investments. | Provide reports, additional information, and financial analysis as needed or requested. |

**Internal Controls**

In order to ensure the highest level of fiscal responsibility, the Finance Committee will actively monitor the establishment and maintenance of adequate internal control procedures. The internal control policies and procedures are intended to provide the school with a sound foundation to properly safeguard its assets, provide compliance with state and federal laws and regulations, and produce timely and accurate financial information.

- ***Signature Authorities:*** To properly segregate duties, the Board Chair, the Treasurer of the Board, the Executive Director, and the Principal are the only individuals with signatory authority and are responsible for authorizing all cash transactions. Individual checks of a nonrecurring nature greater than $5,000 will require dual signatures prior to check issuance.
- ***Government Access to Records:*** School management will provide access to the school's records if requested by the Comptroller of the State of Tennessee and provide supporting records, as requested by government auditors, to facilitate the completion of such audits or reviews in a timely manner.
- ***Security of Financial Data:*** The school's accounting software will be safeguarded by proper password protections and authorizations to ensure that general and application controls to unauthorized data access are precluded. The system's accounting data will be backed up daily to ensure the recoverability of financial information in case of hardware failure. The backup will be properly secured and stored off-site. All other financial data, petty cash box, unused checks and unclaimed checks will be secured by the Director of Finance to prevent unauthorized access.
- ***Use of School Credit Cards:*** Chattanooga Prep credit cards will only be issued with the formal approval of the Governance Board, based upon project justification. If issued, credit cards will be assigned to specific employees and used only for prior approved school-related expenditures. All charges must be supported by invoices or expense reports.

- ***Surety Bond:*** Any members of the Governance Board, employee, officer or other authorized person who receives funds, has access to funds, or has the authority to make expenditures from funds, will be bonded with a surety bond.

Financial Management Policies

- ***Basis of Accounting:*** Chattanooga Prep will maintain its accounting records and related financial reports on the accrual basis of accounting.
- ***Cash Management:*** The school will maintain the following cash accounts at the designated financial institution: (1) Payroll and (2) Operating. A schedule of aged accounts and grants receivable is prepared monthly and reviewed by the Director of Finance for appropriate collection actions.
- ***Accounts Payable:*** Only valid accounts payable transactions based on documented vendor invoices, receiving reports, or other approved documentation are recorded as accounts payable. Vendors and suppliers are paid as their terms require.
- ***Accounts Receivable Aging Criteria:*** Outstanding accounts receivable are aged on a 30, 60, 90, and over-90 day basis.
- ***Budgets:*** Chattanooga Prep management prepares an annual operating budget of revenues and expenses, a cash flow projection and a capital budget. These budgets and projections are reviewed by the Finance Committee of the Board and then submitted to the full Board for review and approval. Financial statements displaying budget vs. actual are prepared by the Director of Finance, reviewed by the Finance Committee and presented to the Governance Board at each monthly Board meeting.
- ***Consultants and Contractors:*** The use of all consultants and contract personnel must be supported by documents that include the details of all agreements (i.e. work requirements, rate of compensation, etc.) with the individuals or organizations providing the services. Invoices or billings submitted by consultants or contractors must include sufficient detail as to the time expended and the nature of the actual services performed. The use of consultants is closely monitored so as not to vary from the rules of the Internal Revenue Service Code.
- ***Financial Systems:*** Upon approval of the Chattanooga Prep charter school application, the Finance Committee will work with school leadership to put in place the necessary automated systems for budget development and management, accounting, payroll, purchasing and procurement, cash management, donor management, and grant management and reporting.
- ***Record Retention and Disposal:*** Books, records, documents and other supporting evidence including paid, cancelled, or voided checks, accounts payable records, vendors' invoices, payroll sheets and registers of salaries and wages, tax withholding statements, employee timesheets and other public documents are retained for seven years. Audit reports, annual corporate reports, school charter, board minutes, tax and legal correspondence, insurance claims and policies, and retirement and pension fund records are retained permanently. In connection with the disposal of any records, a memorandum of record disposal listing the record or class of records to be disposed of is prepared by the Director of Finance and certified by the Board.
- ***Property Management:*** Chattanooga Prep maintains detailed records of all property and equipment, with identification and segregation of property and equipment acquired through government contracts. All property and equipment is tagged upon receipt and assigned an identification number. The Director of Finance performs a physical inventory of all property in Chattanooga Prep's possession or control on an annual basis. The physical inventory is reconciled to the detailed fixed asset ledger. No item of property or equipment shall be removed from the premises without prior approval from the Principal.

Deposit & Investment of Idle Funds

Chattanooga Prep will establish comprehensive policies and procedures for the deposit and investment of idle funds. Policies and procedures will be fully compliant with federal, state, and local regulations.

Travel Regulations

The Governance Board will establish comprehensive travel regulations upon approval of the Chattanooga Prep Charter Application.

Qualifications & Capacity for Fiscal Management

The Executive Director, Dr. Elaine Swafford has extensive experience in managing school budgets. Her experience in working with CGLA and charter school operations will be integral to the school's capacity for success. Many of the founding board members have financial expertise including working with start-ups, investments, and venture capital / fund development. The Director of Finance working in conjunction with the Governance Board Treasurer and annual audit form will ensure robust financial oversight and fiscal responsibility.

**Contingency Plans**

The school founders have already secured $6 million in private funds to support Chattanooga Prep during its start-up period. Numerous ongoing discussions as well as proposal development activities currently in progress will yield additional reserves to fund any contingency needs of the school in its start-up period. Based on the experience of the Chattanooga Girls Leadership Academy, the budget includes realistic funding for students with disabilities. These assumptions are aligned with CGLA's actual experiences in serving the same communities.

**Outsourced Financial Services**

Chattanooga Prep anticipates entering into a contractual agreement for annual audits, grant writing services, payroll, etc. Vendors will be selected based on a careful vetting process and approved by the Governance Board. The Finance Committee will review all contracted financial management service arrangements regularly to ensure fidelity and compliance.

# CHECKLIST

**For New Start Applicants with No Existing Schools**

- ☒ General Information and Assurances
- ☒ 1.1
- ☒ 1.2
- ☒ 1.3
- ☒ 1.4
- ☒ 1.5
- ☒ 1.6
- ☒ 1.7
- ☒ 1.8
- ☒ 1.9
- ☒ 1.10
- ☒ 1.11
- ☒ 1.12
- ☒ 2.1
- ☒ 2.2
- ☒ 2.3
- ☒ 2.4
- ☒ 2.5
- ☒ 2.6
- ☒ 2.7
- ☒ 2.8
- ☒ 2.9
- ☒ 2.10
- ☒ 3.1 Budget Worksheet (this is Attachment O)
- ☒ 3.2 Budget Narrative (this is Attachment P)
- ☒ Attachment A
- ☒ Attachment B
- ☒ Attachment C
- ☒ Attachment D
- ☒ Attachment E
- ☒ Attachment F
- ☒ Attachment G
- ☒ Attachment H
- ☒ Attachment I
- ☒ Attachment J
- ☒ Attachment K
- ☒ Attachment O
- ☒ Attachment P