Kindle Library

DANGEROUS LEARNING




Exhibit #
Black 39
07/06/26

Back to 341

1 minute left in chapter    Location 1 of 8809 • 0%    2 hrs 4 mins left in book

# DANGEROUS LEARNING


Case 3:25-cv-00584-CEA-DCP Document 111-4 Filed 08/04/26 Page 2 of 10 PageID #: 3411

# DANGEROUS LEARNING

## The South's Long War on Black Literacy

DEREK W. BLACK

Yale
UNIVERSITY PRESS
New Haven and London



Case 3:25-cv-00584-CEA-DCP Document 111-4 Filed 08/04/26 Page 3 of 10
PageID #: 3412

Published with assistance from the foundation established in memory of Philip Hamilton McMillan of the Class of 1894, Yale College.

Copyright © 2025 by Derek W. Black.
All rights reserved.
This book may not be reproduced, in whole or in part, including illustrations, in any form (beyond that copying permitted by Sections 107 and 108 of the U.S. Copyright Law and except by reviewers for the public press), without written permission from the publishers.

Yale University Press books may be purchased in quantity for educational, business, or promotional use. For information, please e-mail sales.press@yale.edu (U.S. office) or sales@yaleup.co.uk (U.K. office).

Set in Janson type by IDS Infotech, Ltd.

Library of Congress Control Number: 2024940508
ISBN 978-0-300-27282-6 (hardcover : alk. paper)

A catalogue record for this book is available from the British Library.

This paper meets the requirements of ANSI/NISO Z39.48-1992 (Permanence of Paper).



Case 3:25-cv-00584-CEA-DCP Document 111-4 Filed 08/04/26 Page 4 of 10 PageID #: 3413

*In memory of my grandfather William Franklin Bunch, whose love of history I came to share only after he was gone but whose personal history long ago marked my own journey.*


Case 3:25-cv-00584-CEA-DCP Document 111-4 Filed 08/04/26 Page 5 of 10 PageID #: 3414

# Contents

Cover
Title
Copyright Page
Dedication
Contents
*Preface*

INTRODUCTION
1. The Spark
2. The Quarantine
3. The Word: David Walker
4. Arresting the Word
5. The Fire: Nat Turner
6. The South's Last Slavery Debate
7. The Blockade
8. A Gag in the Halls of Congress
9. The Tragedy of Silence
10. Southern Propaganda
11. Secret Learning
12. Black Literacy on Trial
13. A Rebirth of Freedom: Black Schooling in the Midst of War
14. Public Education for All
15. Burning Down the Schoolhouse
16. Our Chance to Break the Cycle
*Notes*
*Acknowledgments*
*Index*



Case 3:25-cv-00584-CEA-DCP Document 111-4 Filed 08/04/26 Page 6 of 10 PageID #: 3415

## Preface

IN 2020, FEW OUTSIDE the academy had ever heard of critical race theory. Even fewer could reasonably describe it. State legislators hadn't banned any books, pronouns, or ideas.

I started work on this book that year with no obvious agenda other than to share a story I found mesmerizing: enslaved individuals risking their lives to read and later filling freedmen's schools beyond their capacity. In a world where education is increasingly treated as a commodity, such a book might remind us that education is a human experience and literacy rests at its heart. Maybe some readers would connect the book with their own struggle with reading, their own moment of awakening through a special book, or their own journey to a more secure life.

But as the attack on public education took shape over the next year and terms like "critical race theory" grew familiar to the average person, I questioned whether a good story was enough to justify the book. I had spent the last two decades trying to make a difference for disadvantaged students—from litigating segregation and diversity cases to writing, testifying, and advocating on the right to education and its relevance to school funding, privatization, and federal policy. Telling a story, even one dramatic enough for the screen, seemed indulgent, and certainly irrelevant to the current crises consuming public education.

Though my self-doubt never fully lifted, over the next two years I saw connections emerging between the story of Black literacy and the current battles engulfing public education. I found eerily familiar cycles of progress and retrenchment revolving around the same thing—Black freedom through literacy. I found a time when some slaveholders and churches actively encouraged Black literacy followed by a time when they criminalized it, and then found a time when the South was dependent on Northern literature followed by one when it attacked Northern newspapers and textbooks as unsafe for public consumption, accusing them of perpetuating bias against the South. I instantly realized, in the story of Black literacy, William Faulkner's adage: "The past is never dead. It's not even past." And I finally saw the larger story that needed to be one that placed the current moment in sober context.

Deepening and adjusting the book rather than flattening the history involved its own lessons for the current moment. Few things are as exciting for me as discovering people or facts that upend conventional wisdom or demand more nuance. But I worried some of this book's discoveries and complexities might be an uncomfortable fit in a modern

culture that increasingly insists on singular narratives—a Supreme Court that can do no right, an America that knows no flaw, a history that involves multiple perspectives but can validate only one. In today's world, details and ambiguities seem to infrequently matter, if at all. The only version of history that some will tolerate is one that serves their agenda—whether it be defending the status quo or shattering its foundations. This story could not be that.

The irony of having me at this project's helm and my insistence on its full narrative is that twenty-five years ago a seminal text in critical race theory, the supposed destroyer of white esteem, helped me find mine. Derrick Bell's *Faces at the Bottom of the Well* was the first book I ever read by a Black author. It made more practical sense—even as allegory—than most anything else I had previously read. A year later, I had taken up African American studies as an additional major and decided to abandon my plan to attend law school. But still struggling with my next step—and with no sense of Bell's importance or busy schedule—I wrote him an earnest letter seeking advice and dropped it in the mail. He responded to not one but two of my letters, offering insight, encouragement, and, finally, a copy of *Ethical Ambition: Living a Life of Meaning and Worth*, which helped me find my way back to law school but with a new goal.

Nothing I read from him ever suggested he was looking to indoctrinate. If so, I quibble or disagree with enough of his ideas to suggest he missed the mark. But if he was, as I thought, a scholar pushing us to expand our boundaries and consider things that, if true, would be hard for many to accept, he succeeded and changed me—and surely many more—for the better.

I can't project where I would be today had Bell not written *Faces at the Bottom of the Well*, had I not read it, or had he not been gracious enough to give his time to a random pen pal like me. I shudder to imagine where silencing the work of people like Bell might leave us. But the lessons I hope this book makes clear are the danger of silencing the opposition and the folly of painting with brushes so broad as to hide the truth or exclude others. To be clear, both sides of several current divides could stand to learn or refresh themselves on these lessons.

I hope this story might bridge some divides. It is at once distant to someone like me—a man raised in the overwhelmingly white rural foothills of East Tennessee—and yet it resonates. It is inseparable from public education in the South—my public education—what I called in my last book the intergenerational "inheritance that we all share, and one that is crucially important for kids like me who never could have hoped for an inheritance in the literal sense." Bringing together the threads of slavery, public education, and the current racialized debate surrounding public education serves to reinforce our common interest in preserving our shared inheritance. And if read with heart, this story has the power to connect people on a fundamental level. The personal stories of enslaved people's literacy journey, as I have pondered them, are the nearest thing we have to a holy testament to the intersection of literacy and humanity.

## Acknowledgments

This book, unexpectedly, became the greatest challenge of my professional career. The path to publication involved twists, turns, ups, and downs in so many instances that I doubt I would have seen it through were it not for the faith of my agent, Matthew Carnicelli, and the perseverance of my editor, Bill Frucht. I could not ask for a more supportive and thoughtful partner than Matthew. Trust is hard to earn in today's impersonal marketplace, but he has mine. I never imagined that Bill would, or could, invest as much into a book as he did this one. His contributions to the prose were simultaneously sharp and graceful. His historical knowledge is deep and his substantive edits were uncanny.

When I struggled to find the proper voice for this book, my wife, Claire, gave me a private space where I might abandon the search and then the strength and encouragement to renew the search and ultimately capture what I had found so elusive. My son, Rohan, offered youthful but wise reflections that enabled me to step back from my absorption in the moment and adopt a healthier perspective.

My colleague Bob Bockman was my muse. Our regular conversations about my research discoveries were often more thrilling and insightful than the research itself. If there is any wisdom in this book, I surely derived a portion of it from Bob. And the books he so generously shared and recommended made an imprint on both this book and me.

At the University of South Carolina, Inge Lewis and Ashley Alvarado were the first and last readers of the full manuscript. Inge was actually part of the genesis of the book. It was her attraction to a passage about "secret learning" in my first draft of *Schoolhouse Burning* that prompted a full chapter in that book. That chapter then came to inspire this book. Ashley helped me structure and streamline the initial chapter drafts of this book, some of which were an otherwise unmanageable size. Inge and Ashley also helped polish the text and citations several times. Vanessa McQuinn provided help on that front too and took the lead on ensuring the book's illustrations were in order and properly sourced.

The librarians at University of South Carolina School of particularly Michael Mounter and Candle Wester, introduced me to genuine historical research and proved that good librarians make good history books possible. Michael's ability

regularly amazed me. When I failed to find or devise an internet search that could generate a mere lead on what I needed, Michael always found



Case 3:25-cv-00584-CEA-DCP Document 111-4 Filed 08/04/26 Page 9 of 10 PageID #: 3418

https://read.amazon.com/?asin=B0DRKLM2Q4&_encoding=UTF8&ref=dbs_p_ebk_r00_pbcb_rnvc00 1/1

a way. He connected dots, archives, and texts that were beyond me. His experience and skill proved more valuable than any artificial aid.

At Yale University Press, Amanda Gerstenfeld effectively coordinated everyone and kept the book on schedule. Once I had submitted the manuscript and thought it near perfect, Erica Hanson carefully proofed it and offered yet more suggestions that enhanced the quality of the writing. Working long hours, Margaret Otzel carried the book to its final production.

When I was wandering aimlessly to grasp an understanding of early nineteenth-century Charleston, Bernard Powers, author of *Black Charlestonians*, generously set my bearings. Vaughnette Goode-Walker did the same in Savannah when I was exploring secret learning there, literally walking me through the city.

William Hubbard, Ned Snow, and the University of South Carolina School of Law supported my research from start to finish. Though the pace of researching and writing this book was more measured than my previous ones, there was never a suggestion that my attention or determination was any less dedicated or complete. Their patience was integral to making a longer and better book possible.



Case 3:25-cv-00584-CEA-DCP Document 111-4 Filed 08/04/26 Page 10 of 10 PageID #: 3419