# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| THE WILBERFORCE ACADEMY OF KNOXVILLE, | ) ) ) | |
| *Plaintiff*, | ) ) | Case No. 3:25-cv-584 |
| v. | ) ) | Judge Atchley |
| | ) | Magistrate Judge Poplin |
| KNOX COUNTY BOARD OF EDUCATION, *et al.*, | ) ) ) | |
| *Defendants*. | ) ) | |

## ORDER

Before the Court is Plaintiff the Wilberforce Academy of Knoxville's Unopposed Motion to File a Consolidated Summary Judgment Answer Brief [Doc. 118]. Plaintiff requests leave to file a single consolidated answering brief not to exceed 50 pages to the summary judgment motions of the Knox County Board of Education [Doc. 119], the Coble intervenors [Doc. 114], and the Carroll intervenors [Doc. 106]. Filing a single 50-page brief, as Plaintiff argues, will promote efficiency by avoiding needless repetition and reducing the total amount of briefing submitted from a maximum of 75 pages to a maximum of 50 pages. Finally, counsel for Plaintiff has communicated with the Defendants in this action, which are not opposed to the request.

For good cause shown and based on the lack of opposition, the Motion [Doc. 118] is **GRANTED**.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**