UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION (KNOXVILLE)

THE WILBERFORCE ACADEMY OF KNOXVILLE,

*Plaintiff*,

v.

KNOX COUNTY BOARD OF EDUCATION,

*Defendant*,

REV. DR. RICHARD COBLE, AMANDA COLLINS, KERRY DOOLEY, ELIZABETH PORTER, and REV. DR. KATINA SHARP,

*Intervenor-Defendants,*

ADRIENNE CARROLL, CIARA CRUTCHER, TIFFANY NASH, EVELYN HENDERSON, SHAKEITHIA RICE, and HOLLY SLATER,

*Intervenor-Defendants.*

Case No. 3:25-cv-584 (CEA) (DCP)

**DECLARATION OF MITCHELL E. FELDMAN IN SUPPORT OF COBLE INTERVENOR-DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF PROFESSOR DEREK BLACK**

I, Mitchell E. Feldman, declare and state as follows:

1. I am an associate with the law firm of Morrison & Foerster LLP, counsel for Intervenor-Defendants Rev. Dr. Richard Coble, Amanda Collins, Kerry Dooley, Elizabeth Porter, and Rev. Dr. Katina Sharp ("Coble Intervenors") in the above-captioned matter. I am a member in good standing of the bar of the Commonwealth of Massachusetts, and admitted to practice *pro hac vice* in the Eastern District of Tennessee. If called upon, I would and could testify competently to the matters herein.

2. I submit this declaration in support of Coble Intervenor-Defendants' Opposition to Plaintiff's Motion to Exclude Expert Testimony of Professor Derek Black.

3. Attached hereto as Exhibit 1 is a true and correct copy of the deposition transcript of Derek W. Black, dated July 6, 2026.

4. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt of the evidentiary hearing transcript from *Jindal v. U.S. Dep't of Educ.*, Case No. 3:14-cv-00534-SDD-RLB (M.D. La.) (May 29, 2015), ECF No. 71.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 18, 2026

Boston, Massachusetts

By: */s/ Mitchell E. Feldman*

Mitchell E. Feldman