# Exhibit 2

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| GOVERNOR BOBBY JINDAL | : CIVIL ACTION |
| VERSUS | : NO. 14-534-SDD |
| UNITED STATES DEPARTMENT OF EDUCATION, ET AL | : HON. SHELLY D. DICK |
| | : MAY 29, 2015 |

==============================================================

EVIDENTIARY HEARING

==============================================================

A P P E A R A N C E S

FOR THE GOVERNMENT:

MS. CAROLINE LEWIS WOLVERTON, ESQUIRE
MR. JOHN K. THEIS, ESQUIRE
UNITED STATES DEPARTMENT OF JUSTICE
POST OFFICE BOX 883
WASHINGTON, DC 20044

FOR THE PLAINTIFFF:

MR. JIMMY ROY FAIRCLOTH, JR., ESQUIRE
MS. BROOK L. VILLA, ESQUIRE
FAIRCLOTH, MELTON & KEISER
105 YORKTOWN DRIVE
ALEXANDRIA, LOUISIANA 71303

REPORTED BY: GINA DELATTE-RICHARD, CCR

---

UNITED STATES COURTHOUSE
777 FLORIDA STREET
BATON ROUGE, LOUISIANA 70801
(225) 389-3564

INDEX

PLAINTIFF'S WITNESSES

**DEREK BLACK**

EXAMINATION BY BROOK L. VILLA ....................3, 9

EXAMINATION BY JOHN THEIS........................7, 71

**DEFENDANT'S WITNESSES**

**PATRICK ROONEY**

EXAMINATION BY CAROLINE WOLVERTON...............81, 139

EXAMINATION BY BROOK L. VILLA......................120

**LINDA M. GOJAK**

EXAMINATION BY CAROLINE WOLVERTON..............144, 174

EXAMINATION BY JIMMY FAIRCLOTH.....................158

**THE COURT:** GOOD MORNING. BE SEATED.

OKAY, MR. FAIRCLOTH, NEXT WITNESS.

**MS. VILLA:** WE CALL PROFESSOR DEREK BLACK.

**(WHEREUPON, DEREK BLACK, HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS.)**

**THE COURT:** MR. BLACK, IF YOU'LL SPEAK INTO THE MICROPHONE, AND IF I COULD ASK COUNSEL AND THE WITNESS JUST TO KIND OF GO A LITTLE BIT SLOW, I WANT TO MAKE SURE YOU ALL HAVE A GOOD RECORD.

**MS. VILLA:** BROOK VILLA ON BEHALF OF GOVERNOR JINDAL.

**EXAMINATION**

**BY MS. VILLA:**

**Q** WOULD YOU PLEASE INTRODUCE YOURSELF?

**A** I'M DEREK BLACK.

**Q** MR. BLACK, WHAT IS YOUR OCCUPATION?

**A** I'M A LAW PROFESSOR AT THE UNIVERSITY OF SOUTH CAROLINA.

**Q** HOW LONG HAVE YOU BEEN THERE?

**A** I'VE BEEN AT THE UNIVERSITY OF SOUTH CAROLINA FOR THREE YEARS. PRIOR TO THAT I WAS A FACULTY MEMBER AT THE HOWARD UNIVERSITY SCHOOL OF LAW, AND I ALSO SPENT ONE YEAR DURING THAT PERIOD TEACHING AT THE UNIVERSITY OF NORTH CAROLINA SCHOOL OF LAW.

Q AND WHAT COURSES DO YOU TEACH?
A CURRENTLY, I TEACH EDUCATION LAW AND POLICY, CONSTITUTIONAL LAW, CIVIL RIGHTS AND EVIDENCE. I'VE PREVIOUSLY ALSO TAUGHT COURSES IN EDUCATION METHODS. I'VE TAUGHT INTRODUCTION TO EDUCATION LAW AND POLICY TO STUDENTS AT THE SCHOOL OF EDUCATION. I ACTUALLY TAUGHT SCHOOL OF EDUCATION COURSES AS WELL. I'VE TAUGHT LEGAL WRITING. I'VE TAUGHT SOCIAL JUSTICE, LAWYERING AS WELL.
Q AND PRIOR TO TEACHING WHAT DID YOU DO?
A I WAS A STAFF ATTORNEY AT THE LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW.
Q AND WHAT IS THE LAWYERS COMMITTEE FOR CIVIL RIGHTS?
A IT WAS FOUNDED IN 1964 AT THE BEHEST OF THE PRIVATE BAR TO HELP DEAL WITH ISSUES OF DISCRIMINATION, PARTICULARLY IN THE SOUTH, AND TO HELP THE PRIVATE BAR ENFORCE TITLE 6 OF THE CIVIL RIGHTS ACT OF 1964. IT WORKS IN CONJUNCTION WITH PRO BONO LAW FIRMS AND THEN HAS STAFF THAT ARE SORT OF THE EXPERTS IN PARTICULAR AREAS. I WAS THE EDUCATION STAFF ATTORNEY THERE.
Q WHERE DID YOU WORK PRIOR TO THAT?
A I WAS AT THE UNITED STATES POSTAL SERVICE IN THE HONORS PROGRAM DEALING WITH APPELLATE LITIGATION, PRIMARILY AND EMPLOYMENT DISCRIMINATION, AND ALSO MERIT PROTECTION SYSTEMS, OR SOMETHING ALONG THOSE LINES.
Q AND CAN YOU TELL ME YOUR EDUCATIONAL BACKGROUND,

PLEASE?

A YES. I RECEIVED MY JD FROM THE UNIVERSITY OF NORTH CAROLINA WITH HIGH HONORS, AND I RECEIVED MY UNDERGRADUATE DEGREE SUMMA CUM LAUDE FROM THE UNIVERSITY OF TENNESSEE WHERE I MAJORED IN AFRICAN AMERICAN STUDIES, POLITICAL SCIENCE AND PHILOSOPHY.

Q OKAY. AND CAN YOU WALK ME THROUGH OR DESCRIBE SOME OF THE SCHOLARLY ARTICLES THAT YOU'VE WRITTEN?

A MY EARLIEST SCHOLARSHIP FOCUSED PRIMARY ON INTENTIONAL DISCRIMINATION IN THE CONTEXT OF EDUCATION. OVER TIME THAT SCHOLARSHIP BECAME BROADER. I FOCUSED ON SCHOOL FINANCE AND EQUITY. I FOCUSED ON FEDERAL POLICY AND EQUITY. SOME OF THE SCHOLARSHIP DEALING WITH THE ELEMENTARY AND SECONDARY EDUCATION ACT, SOME OF THAT DEALING WITH TITLE 6 OF THE CIVIL RIGHTS ACT, SOME OF THAT DEALING WITH TITLE 9 OF THE 1974 EDUCATION AMENDMENTS THAT DEALS WITH GENDER DISCRIMINATION, VARIOUS STATE STATUTORY AND CONSTITUTIONAL STRUCTURES THAT SORT OF DICTATE HOW THE QUALITY AND FUNDING OF SCHOOLS OPERATES.

Q HAVE YOU EVER WRITTEN A SCHOLARLY ARTICLE ON ANY OF THE ISSUES OR ANY OF THE -- ANYTHING THAT'S AT ISSUE IN THIS CASE?

A YES. I'VE WRITTEN A COUPLE OF ARTICLES THAT DEAL WITH THIS. THE MOST PERTINENT ONE WOULD BE *FEDERALIZING EDUCATION BY WAIVER* IN THE VANDERBILT LAW REVIEW. NOW, I

THINK IT'S 68 VANDERBILT LAW REVIEW 30, OR SOMETHING TO THAT EFFECT. PRIOR TO THAT I'VE WRITTEN A VERY LENGTHY ARTICLE IN THE BOSTON UNIVERSITY LAW REVIEW DEALING WITH CONGRESS'S RESPONSIBILITIES OR LACK THEREOF IN REGARD TO ENFORCING EQUITY ISSUES THROUGH THE ELEMENTARY AND SECONDARY EDUCATION ACT AND OTHER FEDERAL STATUTES.

I THINK THOSE ARE THE MOST PERTINENT. BUT ALL OF THEM, YOU KNOW, ADD TO MY SORT OF OVERALL UNDERSTANDING OF EDUCATION STRUCTURE. SO PARTICULARLY MY ARTICLES DEALING WITH SORT OF STATE STRUCTURES AND SORT OF THE HIERARCHY OF STATE -- THE LEGISLATURE OR THE STATE EDUCATION BOARD, WHATEVER IT MAY BE IN A PARTICULAR STATE AND SCHOOL DISTRICTS, THOSE ARE MY SORT OF -- SCHOOL FINANCE ARTICLES PRIMARILY.

**Q** YESTERDAY YOU HEARD SOME TESTIMONY ABOUT PEER REVIEW -- OR THE PEER REVIEW PROCESS AT THE UNITED STATES DEPARTMENT OF EDUCATION. HAVE YOU EVER SERVED ON A PEER REVIEW PANEL?

**A** YES, I HAVE. I WAS ASKED TO SERVE ON EDUCATION -- ON A PEER REVIEW COMPETITIVE GRANT PROGRAM. IT JUST OCCURRED TO ME YESTERDAY THAT I HAD DONE THIS, WHEN I HEARD OTHERS SPEAK -- BUT PROBABLY FOUR, SIX YEARS AGO, SOMETHING LIKE THAT. I WAS SUBSEQUENTLY ASKED TO SERVE ON ANOTHER PEER REVIEW GRANT PROGRAM, BUT I DECLINED FOR SCHEDULING REASONS.

**MS. VILLA:** I TENDER PROFESSOR BLACK AS A QUALIFIED EXPERT WITNESS IN THE FIELD OF FEDERAL EDUCATION LAW AND

POLICY.

**THE COURT:** SO THE TENDER IS IN LAW AND POLICY?

**MS. VILLA:** CORRECT, YOUR HONOR.

**THE COURT:** CROSS ON THE TENDER?

**EXAMINATION**

**BY MR. THEIS:**

**Q** PROFESSOR BLACK, AGAIN, YOU'RE A PROFESSOR OF LAW; IS THAT CORRECT?

**A** THAT'S CORRECT.

**Q** AND YOU'VE WRITTEN SEVERAL LEGAL ARTICLES FOR -- LAW REVIEW ARTICLES?

**A** THAT'S CORRECT.

**Q** HAVE YOU EVER HELD ANY POLICY-MAKING POSITIONS?

**A** I'VE NEVER HELD A POLICY-MAKING POSITION, NO.

**Q** HAVE YOU EVER DRAFTED A FEDERAL STATUTE OR A STATE STATUTE?

**A** I'VE NEVER DRAFTED THEM. I HAVE CERTAINLY COMMENTED ON THEM AND ASKED FOR THE PEOPLE DRAFTING THEM TO DRAFT THEM OTHERWISE, BUT I HAVE NOT DRAFTED THEM DIRECTLY MYSELF.

**Q** AND IN DOING THAT YOU'RE LENDING YOUR LEGAL EXPERTISE TO THAT PROCESS; IS THAT CORRECT?

**A** THERE CERTAINLY IS A LEGAL COMPONENT TO IT, YES, BECAUSE POLICY AND LAW INTERSECT. BUT IT'S ALSO REALLY THE IDEA OF WHAT POLICY ON THE GROUND WOULD MATTER FOR STUDENTS AND STRUCTURE IN THE EDUCATION PROGRAM IN THE WAY THAT WAS

MEANINGFUL AND THEN WORKING BACKWARDS TO A LAW, SO I THINK THEY'RE REALLY CONNECTED.

**Q** BUT YOU'VE NEVER HELD ANY POLICY-MAKING FUNCTION?

**A** NO, I HAVE NOT, SIR.

**MR. THEIS:** YOUR HONOR, WE WOULD OBJECT ON HIM BEING AN EXPERT IN FEDERAL POLICY. WE HAVE NO OBJECTION TO HIM BEING AN EXPERT ON EDUCATION LAW.

**THE COURT:** MS. VILLA, DO YOU HAVE A RESPONSE?

**MS. VILLA:** YOUR HONOR, I THINK THERE ARE MIXED QUESTIONS OF LAW AND FACT, AND EXPERT TESTIMONY IS ALLOWED ON THOSE QUESTIONS. ALSO, PROFESSOR BLACK IS NOT OFFERING HIS EXPERT OPINION ON THE ULTIMATE LEGAL ISSUES IN THE CASE.

**THE COURT:** OKAY. THE OBJECTION IS NOT -- I WOULD HAVE ANTICIPATED, AND I THINK YOU ANTICIPATED AN OBJECTION TO EXPERTISE ON THE LAW, BUT THAT'S NOT THE OBJECTION. THE OBJECTION IS TO HIS TENDER IN THE FIELD OF POLICY.

**MS. VILLA:** I THINK, I MEAN --

**THE COURT:** ARE YOU GOING TO CALL FOR EXPERT OPINION ON EDUCATION POLICY, OR IS HE GOING TO WALK THE COURT THROUGH THE -- LET ME JUST BE QUITE BLUNT, I'VE READ HIS REPORT, BUT MORE IMPORTANTLY, I'VE READ HIS LAW REVIEW ARTICLE. SO WHERE ARE YOU HEADED WITH HIM? DO YOU NEED HIM TENDERED IN POLICY, OR DO YOU JUST NEED HIM TENDERED IN LAW? THERE'S NO OBJECTION TO THE TENDER IN LAW.

**MS. VILLA:** IN BOTH, YOUR HONOR.

**THE COURT:** SO WHY IS HE AN EXPERT IN POLICY?

**MS. VILLA:** WELL, HE HAS EXTENSIVE BACKGROUND IN VARIOUS ASPECTS OF EDUCATION POLICY, AND I THINK AS FAR AS HISTORY PLAYS INTO THE POLICY, HIS EXPERT OPINION WOULD BE VERY HELPFUL TO THE COURT.

**THE COURT:** ALL RIGHT. THE COURT IS GOING TO ACCEPT PROFESSOR BLACK IN EDUCATION LAW AND POLICY. THE COURT IS -- THE COURT NOTES THAT PROFESSOR BLACK HAS TAUGHT EDUCATION LAW AND POLICY BOTH AT THE JURIS DOCTORATE LEVEL AND AT THE UNDERGRAD LEVEL AND HAS WORKED IN EDUCATION ON THE GROUND, SO TO SPEAK, IN EDUCATION AND POTENTIALLY EDUCATION POLICY WHEN HE WAS A CIVIL RIGHTS LAWYER AND STAFF ATTORNEY, SO THE COURT WILL ACCEPT HIM AND NOTE YOUR OBJECTIONS AS TO THE WEIGHT OF HIS TESTIMONY.

**MR. THEIS:** THANK YOU, YOUR HONOR.

**THE COURT:** PROCEED, MS. VILLA.

**MS. VILLA:** THANK YOU, YOUR HONOR.

**EXAMINATION**

**BY MS. VILLA:**

**Q** PROFESSOR BLACK, STARTING WITH THE ELEMENTARY AND SECONDARY EDUCATION ACT, CAN YOU GIVE A BRIEF OUTLINE OF THE SIGNIFICANT OCCURRENCES OR STATUTORY REGIMES IN FEDERAL EDUCATION POLICY IN THE LAST 50 YEARS?

**A** I'M SORRY, THAT LAST PART OF YOUR QUESTION GOT INTERRUPTED.