UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION (KNOXVILLE)

| | |
|---|---|
| THE WILBERFORCE ACADEMY OF KNOXVILLE,<br><br>*Plaintiff*,<br><br>v.<br><br>KNOX COUNTY BOARD OF EDUCATION,<br><br>*Defendant*,<br><br>REV. DR. RICHARD COBLE, AMANDA COLLINS, KERRY DOOLEY, ELIZABETH PORTER, and REV. DR. KATINA SHARP,<br><br>*Intervenor-Defendants,*<br><br>ADRIENNE CARROLL, CIARA CRUTCHER, TIFFANY NASH, EVELYN HENDERSON, SHAKEITHIA RICE, and HOLLY SLATER,<br><br>*Intervenor-Defendants.* | Case No. 3:25-cv-584 (CEA) (DCP) |

**SUPPLEMENTAL DECLARATION OF**
**MITCHELL E. FELDMAN IN SUPPORT OF**
**COBLE INTERVENOR-DEFENDANTS' OPPOSITION TO**
**<u>PLAINTIFF'S POST-DISCOVERY MOTION FOR SUMMARY JUDGMENT</u>**

I, Mitchell E. Feldman, declare and state as follows:

1. I am an associate with the law firm of Morrison & Foerster LLP, counsel for Intervenor-Defendants Rev. Dr. Richard Coble, Amanda Collins, Kerry Dooley, Elizabeth Porter, and Rev. Dr. Katina Sharp ("Coble Intervenors") in the above-captioned matter. I am a member in good standing of the bar of the Commonwealth of Massachusetts, and admitted to practice *pro hac vice* in the Eastern District of Tennessee. If called upon, I would and could testify competently to the matters herein.

2. I submit this declaration in support of Coble Intervenors' Opposition to Plaintiff's Post-Discovery Motion for Summary Judgment.

3. Attached hereto as exhibits are true and correct copies of documents listed in the following index. Each document provided is cited as support in Coble Intervenors' Memorandum of Law in Opposition to Plaintiff's Post-Discovery Motion for Summary Judgment.

| Exhibit | Document |
|---|---|
| **Depositions of Fact Witnesses** | |
| SJCIX20 | Excerpts of the deposition of Douglas Harris (June 16, 2026) |
| SJCIX21 | Excerpts of the deposition of Zachary Wishart, as the designated Rule 30(b)(6) representative for the Wilberforce Academy of Knoxville (June 4, 2026) |
| **Expert Reports** | |
| SJCIX22 | Expert Report of Derek W. Black (May 26, 2026) |
| SJCIX23 | Expert Report of Steven K. Green, J.D., Ph.D. (May 25, 2026) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 24, 2026
Boston, Massachusetts

By: */s/ Mitchell E. Feldman*
Mitchell E. Feldman