**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**NORTHERN DIVISION (KNOXVILLE)**

| | |
|---|---|
| THE WILBERFORCE ACADEMY OF KNOXVILLE, *Plaintiff*, v. KNOX COUNTY BOARD OF EDUCATION, *Defendant*, RICHARD COBLE, et al., *Intervenor-Defendants*, ADRIENNE CARROLL, et al., *Intervenor-Defendants*. | Case No. 3:25-cv-584-CEA-DCP<br>District Judge Charles E. Atchley<br>Magistrate Judge Debra C. Poplin |

**DECLARATION OF CAMERON T. NORRIS**

I, Cameron T. Norris, declare as follows:

1. I am over the age of 18, of sound mind, and otherwise competent to sign this declaration. I am an attorney in this case for the plaintiff, Wilberforce Academy of Knoxville. I have personal knowledge of the facts below and, if called to do so, could competently testify to them.

2. Exhibit 66 contains true and correct copies of public records obtained from property-tax.knoxcountytn.gov/lookup/property-tax, recording the property tax payment history of the Coble intervenors. This exhibit can be found at App.2010-14. This Court can take judicial notice of a public record on a government website. *Kentucky v. Biden*, 23 F.4th 585, 599 n.8 (6th Cir. 2022).

3. Exhibit 67 is a true and correct copy of a document bearing bates number WILB-ACAD-2250 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2015-16.

4. Exhibit 68 is a true and correct copy of a document bearing bates number WILB-ACAD-2251 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2017-19.

5. Exhibit 69 is a true and correct copy of a document bearing bates number WILB-ACAD-2253 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2020-22.

6. Exhibit 70 is a true and correct copy of a document bearing bates number WILB-ACAD-2255 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2023-26.

7. Exhibit 71 is a true and correct copy of a document bearing bates number WILB-ACAD-2258 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2027-30.

8. Exhibit 72 is a true and correct copy of a document bearing bates number WILB-ACAD-2261 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2031-32.

9. Exhibit 73 is a true and correct copy of a document bearing bates number WILB-ACAD-2262 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2033-34.

10. Exhibit 74 is a true and correct copy of a document bearing bates number WILB-ACAD-2263 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2035-40.

11. Exhibit 75 is a true and correct copy of a document bearing bates number WILB-ACAD-2268 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2041-49.

12. Exhibit 76 is a true and correct copy of a document bearing bates number WILB-ACAD-745 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2050-54.

13. Exhibit 77 is a true and correct copy of a document bearing bates number WILB-ACAD-749 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2055-57.

14. Exhibit 78 is a true and correct copy of a document bearing bates number WILB-ACAD-755 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2058-60.

15. Exhibit 79 is a true and correct copy of a document bearing bates number ARCA-DIA273 that was produced by Arcadia Education Group in response to a third-party subpoena in this litigation. This exhibit can be found at App.2061-62.

16. Exhibit 80 is a true and correct copy of a document bearing bates number WILB-ACAD-762 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2063-65.

17. Exhibit 81 is a true and correct copy of a document bearing bates number ARCA-DIA516 that was produced by Arcadia Education Group in response to a third-party subpoena in this litigation. This exhibit can be found at App.2066-67.

18. Exhibit 82 is a true and correct copy of a document bearing bates number WILB-ACAD-764 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2068-70.

19. Exhibit 83 is a true and correct copy of a document bearing bates number WILB-ACAD-766 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2071-72.

20. Exhibit 84 is a true and correct copy of a document bearing bates number ARCA-DIA594 that was produced by Arcadia Education Group in response to a third-party subpoena in this litigation. This exhibit can be found at App.2073-74.

21. Exhibit 85 is a true and correct copy of a document bearing bates number WILB-ACAD-767 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2075-76.

22. Exhibit 86 is a true and correct copy of a document bearing bates number WILB-ACAD-768 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2077-78.

23. Exhibit 87 is a true and correct copy of a document bearing bates number WILB-ACAD-769 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2079-80.

24. Exhibit 88 is a true and correct copy of a document bearing bates number WILB-ACAD-770 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2081-82.

25. Exhibit 89 is a true and correct copy of a document bearing bates number ARCA-DIA592 that was produced by Arcadia Education Group in response to a third-party subpoena in this litigation. This exhibit can be found at App.2083-84.

26. Exhibit 90 is a true and correct copy of a document bearing bates number WILB-ACAD-771 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2085-88.

27. Exhibit 91 is excerpts of a document bearing bates number WILB-ACAD-774 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2089-92.

28. Exhibit 92 is a true and correct copy of a document bearing bates number ARCA-DIA183 that was produced by Arcadia Education Group in response to a third-party subpoena in this litigation. This exhibit can be found at App.2093-94.

29. Exhibit 93 is a true and correct copy of a document bearing bates number WILB-ACAD-795 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2095-97.

30. Exhibit 94 is a true and correct copy of a document bearing bates number ARCA-DIA582 that was produced by Arcadia Education Group in response to a third-party subpoena in this litigation. This exhibit can be found at App.2098-105.

31. Exhibit 95 is a true and correct copy of a document bearing bates number WILB-ACAD-816 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2106-09.

32. Exhibit 96 is a true and correct copy of a document bearing bates number ARCA-DIA580 that was produced by Arcadia Education Group in response to a third-party subpoena in this litigation. This exhibit can be found at App.2110-12.

33. Exhibit 97 is a true and correct copy of a document bearing bates number ARCA-DIA78 that was produced by Arcadia Education Group in response to a third-party subpoena in this litigation. This exhibit can be found at App.2113-15.

34. Exhibit 98 is a true and correct copy of a document bearing bates number WILB-ACAD-819 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2116-18.

35. Exhibit 99 is a true and correct copy of a document bearing bates number ARCA-DIA572 that was produced by Arcadia Education Group in response to a third-party subpoena in this litigation. This exhibit can be found at App.2119-23.

36. Exhibit 100 is a true and correct copy of a document bearing bates number WILB-ACAD-821 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2124-25.

37. Exhibit 101 is a true and correct copy of a document bearing bates number WILB-ACAD-822 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2126-27.

38. Exhibit 102 is a true and correct copy of a document bearing bates number ARCA-DIA36 that was produced by Arcadia Education Group in response to a third-party subpoena in this litigation. This exhibit can be found at App.2128-29.

39. Exhibit 103 is a true and correct copy of a document bearing bates number WILB-ACAD-824 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2130-32.

40. Exhibit 104 is a true and correct copy of a document bearing bates number WILB-ACAD-828 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2133-37.

41. Exhibit 105 is a true and correct copy of a document bearing bates number WILB-ACAD-835 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2138-41.

42. Exhibit 106 is a true and correct copy of a document bearing bates number WILB-ACAD-840 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2142-46.

43. Exhibit 107 is a true and correct copy of a document bearing bates number WILB-ACAD-844 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2147-49.

44. Exhibit 108 is a true and correct copy of a document bearing bates number WILB-ACAD-846 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2150-51.

45. Exhibit 109 is a true and correct copy of a document bearing bates number WILB-ACAD-850 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2152-55.

46. Exhibit 110 is a true and correct copy of a document bearing bates number WILB-ACAD-853 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2156-59.

47. Exhibit 111 is a true and correct copy of a document bearing bates number WILB-ACAD-864 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2160-61.

48. Exhibit 112 is Arcadia Education Group's responses and objections to the Coble intervenors' third-party subpoena, produced on June 22, 2026. This exhibit can be found at App.2162-67.

49. Exhibit 113 is a true and correct copy of a document bearing bates number WILB-ACAD-791 that was produced by Wilberforce in this litigation. This exhibit can be found at App.2168-70.

50. Exhibit 114 is a true and correct PDF version of the document "WILB-ACAD-793.xlsx", which was produced by Wilberforce in its native format in this litigation. This exhibit can be found at App.2171-74.

51. Exhibit 115 is a true and correct copy of a letter from Governor Bill Lee to Zachary Wishart, dated August 11, 2026. This exhibit can be found at App.2175-76.

52. Exhibit 116 is additional excerpts from the combined deposition of Zachary Wishart in his individual capacity and as the Rule 30(b)(6) representative of Wilberforce taken on June 4, 2026, in person in Knoxville, Tennessee. This exhibit can be found at App.2177-85.

53. Exhibit 117 is a true and correct copy of the About page from the Nashville Classical Charter School's website, available at perma.cc/U85E-LB9V (archived Aug. 23, 2026). This exhibit can be found at App.2186-92. This Court can take judicial notice of an organization's statements on its own website. *Goplin v. WeConnect, Inc.*, 893 F.3d 488, 491 (7th Cir. 2018).

54. Exhibit 118 is a true and correct copy of a page from the website of Libertas School of Memphis, available at perma.cc/T8EP-6ZZG (archived Aug. 23, 2026). This exhibit can be found at App.2193-97. This Court can take judicial notice of an organization's statements on its own website. *Goplin*, 893 F.3d at 491.

55. Exhibit 119 is a true and correct copy of a page from the website of Memphis School of Excellence, available at archive.is/33nCX (archived Aug. 23, 2026). This exhibit can be found at App.2198-200. This Court can take judicial notice of an organization's statements on its own website. *Goplin*, 893 F.3d at 491.

56. Exhibit 120 is a true and correct copy of the homepage of the website of Soulsville Charter School, available at perma.cc/T77F-4TME (archived Aug. 23, 2026). This exhibit can be found at App.2201-07. This Court can take judicial notice of an organization's statements on its own website. *Goplin*, 893 F.3d at 491.

57. Exhibit 121 is a true and correct copy of the homepage of the website of Tennessee Career Academy, available at perma.cc/R64H-Z3S4 (archived Aug. 23, 2026). This exhibit can be found at App.2208-14. This Court can take judicial notice of an organization's statements on its own website. *Goplin*, 893 F.3d at 491.

58. Exhibit 122 is a true and correct copy of a page from the website of ChattAcademy Community School, available at perma.cc/2LZZ-ZPYX (archived Aug. 23, 2026). This exhibit can be found at App.2215-18. This Court can take judicial notice of an organization's statements on its own website. *Goplin*, 893 F.3d at 491.

59. Exhibit 123 is the video file "JMCSS Special Called Board Meeting.mp4," which is a true and correct copy of the video of the special called meeting of the Jackson-Madison County School System on April 28, 2026, available at youtube.com/watch?v=pe_a0vsDEPM&t=2s [perma.cc/94R8-HPB5]. A cover sheet for this exhibit can be found at App.2219-20. This Court can take judicial notice of a public meeting recording on a government agency's YouTube channel. *Kentucky*, 23 F.4th at 599 n.8.

60. Exhibit 124 is a true and correct copy of Skillern Elementary's charter agreement. I obtained this exhibit from Angela Markum, the CEO of Skillern Elementary, on August 20, 2026, in response to an open-records request that I submitted. *See also* Doc.131-1 (attaching other documents from the same request). This exhibit can be found at App.2221-45. This Court can take judicial notice of public records. *Blackwell v. Nocerini*, 123 F.4th 479, 487 (6th Cir. 2024).

61. Exhibit 125 is a true and correct copy of a page from the website of River's Edge Christian Academy, available at perma.cc/PF88-XVWQ (archived Aug. 24, 2026). This exhibit can be found at App.2246-54. This Court can take judicial notice of an organization's statements on its own website. *Goplin*, 893 F.3d at 491.

62. Exhibit 126 is a true and correct copy of a page from the website of Knox County Schools, available at perma.cc/UDR4-ZB24 (archived Aug. 24, 2026). This exhibit can be found at App.2255-58. This Court can take judicial notice of a public record on a government website. *Kentucky*, 23 F.4th at 599 n.8.

63. Exhibit 127 is the Knox County Board of Education's (KCBOE) initial disclosures under Rule 26(a)(1), dated February 18, 2026. This exhibit can be found at App.2259-62.

64. Exhibit 128 is a true and correct copy of a document bearing bates number KCBOE3901 that was produced by KCBOE in this litigation. This exhibit can be found at App.2263-68.

65. Exhibit 129 is a true and correct copy of a document bearing bates number KCBOE8398 that was produced by KCBOE in this litigation. This exhibit can be found at App.2269-75.

66. Exhibit 130 is a true and correct copy of a document bearing bates number KCBOE18 that was produced by KCBOE in this litigation. This exhibit can be found at App.2276-77.

67. Exhibit 131 is excerpts of the Carroll intervenors' responses and objections to Wilberforce's second interrogatories, dated June 17, 2026. This exhibit can be found at App.2278-91.

68. Exhibit 132 is a true and correct copy of the article *Tennessee's Religious Charter School Test* by Ray Domanico in *City Journal*, dated July 15, 2026, and available at perma.cc/R7J3-3SC9 (archived Aug. 24, 2026). This exhibit can be found at App.2292-95. This Court can take judicial notice of news reports. *Caldwell v. Gasper*, 2022 WL 16629161, at *4 n.5 (6th Cir. Nov. 1).

69. Exhibit 133 is a true and correct copy of the article *Ivy Academy Encouraged to Again Apply as Charter School* on the website chattanoogan.com, dated February 20, 2008, and available at perma.cc/77AJ-969V (archived Aug. 25, 2026). This exhibit can be found at App.2296-307. This Court can take judicial notice of news reports. *Caldwell*, 2022 WL 16629161, at *4 n.5.

70. Exhibit 134 is excerpts of the work *Public Funds for Church and Private Schools* by Richard Gabel, dated 1937. This exhibit can be found at App.2308-26. This Court can consult primary and secondary historical sources to help discern the meaning of the Constitution. *See Espinoza v. Mont. Dep't of Rev.*, 591 U.S. 464, 480-81 (2020).

71. Exhibit 135 is excerpts of the work *The State and the Non-Public School* by Lloyd Jorgenson, dated 1987. This exhibit can be found at App.2327-30. This Court can consult primary and secondary historical sources to help discern the meaning of the Constitution. *See Espinoza*, 591 U.S. at 480.

72. Exhibit 136 is excerpts of the work *Annual Report of the State Superintendent of Public Instruction for Tennessee for the Scholastic Year Ending June 30, 1891* by W.R. Garrett, dated 1892. This exhibit can be found at App.2331-37. This Court can consult primary and secondary historical sources to help discern the meaning of the Constitution. *See Espinoza*, 591 U.S. at 480-81.

73. Exhibit 137 is excerpts from volume 2 of the work *The Catholic Encyclopedia*, edited by Charles Herbermann et al., dated 1907. This exhibit can be found at App.2338-45. This Court can consult primary and secondary historical sources to help discern the meaning of the Constitution. *See Espinoza*, 591 U.S. at 480-81.

74. Exhibit 138 is excerpts from volume 1 of the work *Complete Works of the Most Rev. John Hughes, D.D., Archbishop of New York*, edited by Lawrence Kehoe, dated 1866. This exhibit can be found at App.2346-56. This Court can consult primary and secondary historical sources to help discern the meaning of the Constitution. *See Espinoza*, 591 U.S. at 480-81.

75. Exhibit 139 is a true and correct copy of a document bearing bates number KCBOE7786 that was produced by KCBOE in this litigation. This exhibit can be found at App.2357-697.

76. Exhibit 140 is a true and correct copy of Skillern Elementary's 2021 charter-school application. I obtained this exhibit from Angela Markum, the CEO of Skillern Elementary, on August 20, 2026, in response to an open-records request that I submitted. *See also* Doc.131-1 (attaching other documents from the same request). This exhibit can be found at App.2698-890. This Court can take judicial notice of public records. *Blackwell*, 123 F.4th at 487.

77. Exhibit 141 is the declaration of Zachary Wishart in support of Wilberforce's response in opposition to Defendants' motions for summary judgment. This exhibit can be found at App.2891-900.

Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2026. *<u>/s/ Cameron T. Norris</u>*