# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION (KNOXVILLE)

| | |
|---|---|
| THE WILBERFORCE ACADEMY OF KNOXVILLE, *Plaintiff*, | Case No. 3:25-cv-584-CEA-DCP |
| v. | District Judge Charles E. Atchley |
| KNOX COUNTY BOARD OF EDUCATION, *Defendant*, | Magistrate Judge Debra C. Poplin |
| RICHARD COBLE, et al., *Intervenor-Defendants*, | |
| ADRIENNE CARROLL, et al., *Intervenor-Defendants*. | |

## APPENDIX TO PLAINTIFF'S POST-DISCOVERY SUMMARY JUDGMENT PAPERS, VOLUME 5 (APP.2296-2900)

## TABLE OF CONTENTS


Exhibit 1: Declaration of Zachary Wishart ........ App.1

Exhibit 2: Declaration of Douglas Harris ........ App.19

Exhibit 3: Declaration of David Colquitt ........ App.26

Exhibit 4: Deposition of Zachary Wishart ........ App.34

Exhibit 5: Deposition of Douglas Harris ........ App.75

Exhibit 6: Deposition of David Colquitt ........ App.91

Exhibit 7: Email from Zachary Wishart (Jan. 29, 2026) ........ App.109

Exhibit 8: Wilberforce Charter Application ........ App.111

Exhibit 9: Wilberforce Budget ........ App.391

Exhibit 10: Wilberforce Actions of Directors ........ App.398

Exhibit 11: Email from KCBOE (Dec. 2, 2025) ........ App.401

Exhibit 12: Email from KCBOE (Dec. 5, 2025) ........ App.403

Exhibit 13: Email from KCBOE (Feb. 4, 2026) ........ App.406

Exhibit 14: Wilberforce 501(c)(3) Letter ........ App.409

Exhibit 15: *Christian Group Sues KCBOE* ........ App.413

Exhibit 16: ACLU Oklahoma Press Release ........ App.421

Exhibit 17: Wilberforce Board Meeting Minutes (Apr. 3, 2026) ........ App.434

Exhibit 18: Wilberforce Board Meeting Minutes (June 23, 2026) ........ App.437

Exhibit 19: Wilberforce Board Ratification Resolution ........ App.440

Exhibit 20: Deposition of David Denton ........ App.443

Exhibit 21: Email from Joy Lambrecht (Jan. 29, 2026, 5:20 p.m.) ........ App.450

Exhibit 22: Email from Ben Lindquist (Jan. 30, 2026) ........ App.452

Exhibit 23: Email from Joy Lambrecht (Jan. 29, 2026, 1:50 p.m.) ........ App.454

Exhibit 24: KCBOE's Amended R&Os to Wilberforce's RFPs ........ App.457

Exhibit 25: KCBOE's Amended R&Os to Wilberforce's RFAs ........ App.462

Exhibit 26: KCBOE's Amended R&Os to Wilberforce's Second Interrogatories....................App.473

Exhibit 27: Wilberforce Letter of Intent....................App.479

Exhibit 28: Wilberforce Letter of Intent Executive Summary....................App.486

Exhibit 29: KCBOE Charter Application Guidance....................App.491

Exhibit 30: Email from Kristi Kristy (Dec. 2, 2025)....................App.495

Exhibit 31: Emerald Application....................App.498

Exhibit 32: Knoxville Prep Application....................App.789

Exhibit 33: Emerald Original Charter Agreement....................App.1446

Exhibit 34: Emerald Renewal Charter Agreement....................App.1463

Exhibit 35: KCBOE Board Meeting Minutes (June 5, 2025)....................App.1481

Exhibit 36: Knoxville Prep Charter Agreement....................App.1490

Exhibit 37: Memorandum from Jon Rysewyk (May 29, 2014)....................App.1507

Exhibit 38: KCBOE Technical Assistance Workshop Video....................App.1512

Exhibit 39: KCBOE Technical Assistance Workshop Slides....................App.1514

Exhibit 40: KCBOE Board Meeting Minutes (Apr. 9, 2026)....................App.1543

Exhibit 41: KCBOE Policy I-450....................App.1551

Exhibit 42: KCBOE Charter School Handbook....................App.1554

Exhibit 43: KCBOE Charter Performance Framework....................App.1580

Exhibit 44: KCBOE Annual Authorizer Report (2024-25)....................App.1608

Exhibit 45: KCBOE Called Board Meeting Video (Feb. 5, 2026)....................App.1676

Exhibit 46: KCBOE Called Board Meeting Minutes (Feb. 5, 2026)....................App.1678

Exhibit 47: Tennessee Charter Application Form....................App.1683

Exhibit 48: Tennessee Charter School Pre-Opening Checklist....................App.1728

Exhibit 49: *Education Freedom Scholarship FAQs*....................App.1754

Exhibit 50: *Tennessee Education Freedom Scholarship Program*....................App.1774

Exhibit 51: Wooddale Middle School Charter Agreement ....................................................... App.1777

Exhibit 52: Wooddale Middle School Charter Application ....................................................... App.1801

Exhibit 53: LEAD Neely's Bend Charter Agreement ....................................................... App.1822

Exhibit 54: LEAD Neely's Bend Charter Application ....................................................... App.1846

Exhibit 55: Tennessee Public Charter School Commission Policy 4804 .................................. App.1856

Exhibit 56: Tennessee Public Charter School Commission Charter Performance Framework .... App.1858

Exhibit 57: ACLU of Tennessee Amended and Restated Charter ............................................ App.1910

Exhibit 58: Carroll Intervenors' Amended R&Os to Wilberforce's First Interrogatories ....... App.1916

Exhibit 59: Deposition of Holly Slater ....................................................... App.1931

Exhibit 60: Deposition of Richard Coble ....................................................... App.1946

Exhibit 61: Deposition of Kerry Dooley ....................................................... App.1955

Exhibit 62: Deposition of Amanda Collins ....................................................... App.1963

Exhibit 63: Deposition of Elizabeth Porter ....................................................... App.1972

Exhibit 64: Deposition of Katina Sharp ....................................................... App.1983

Exhibit 65: Coble Intervenors' Amended R&Os to Wilberforce's RFAs ................................ App.1992

Exhibit 66: Coble Intervenors' Property Tax Records ....................................................... App.2011

Exhibit 67: Email from Erik Twist (Aug. 27, 2025, 3:22 p.m.) ............................................ App.2015

Exhibit 68: Email from Erik Twist (Aug. 27, 2025, 4:11 p.m.) ............................................ App.2017

Exhibit 69: Email to Erik Twist (Sept. 12, 2025) ....................................................... App.2020

Exhibit 70: Email from Erik Twist (Oct. 3, 2025) ....................................................... App.2023

Exhibit 71: Email from Erik Twist (Oct. 21, 2025) ....................................................... App.2027

Exhibit 72: Email from Erik Twist (Oct. 30, 2025) ....................................................... App.2031

Exhibit 73: Email from Erik Twist (Nov. 5, 2025) ....................................................... App.2033

Exhibit 74: Email from David Denton (Nov. 7, 2025) ....................................................... App.2035

Exhibit 75: Arcadia Charter Application Support Proposal ................................................ App.2041

Exhibit 76: Email to David Denton (Nov. 19, 2025) ........ App.2050

Exhibit 77: Email from David Denton (Nov. 20, 2025) ........ App.2055

Exhibit 78: Email to David Denton (Nov. 26, 2025) ........ App.2058

Exhibit 79: Email from Erik Twist (Dec. 3, 2025) ........ App.2061

Exhibit 80: Email from Joy Lambrecht (Dec. 3, 2025) ........ App.2063

Exhibit 81: Email from Joy Lambrecht (Dec. 4, 2025) ........ App.2066

Exhibit 82: Email from Joy Lambrecht (Dec. 5, 2025, 11:15 a.m.) ........ App.2068

Exhibit 83: Email from Joy Lambrecht (Dec. 5, 2025, 3:42 p.m.) ........ App.2071

Exhibit 84: Email to Joy Lambrecht (Dec. 9, 2025) ........ App.2073

Exhibit 85: Email from Joy Lambrecht (Dec. 9, 2025, 12:55 p.m.) ........ App.2075

Exhibit 86: Email from Joy Lambrecht (Dec. 9, 2025, 12:56 p.m.) ........ App.2077

Exhibit 87: Email from Joy Lambrecht (Dec. 9, 2025, 12:58 p.m.) ........ App.2079

Exhibit 88: Email to David Denton (Dec. 11, 2025) ........ App.2081

Exhibit 89: Email to David Denton (Dec. 12, 2025) ........ App.2083

Exhibit 90: Email from Erik Twist (Dec. 15, 2025) ........ App.2085

Exhibit 91: Email from David Denton (Dec. 19, 2025) ........ App.2089

Exhibit 92: Email from David Denton (Jan. 5, 2026) ........ App.2093

Exhibit 93: Email to David Denton (Jan. 7, 2026) ........ App.2095

Exhibit 94: Email to David Denton (Jan. 10, 2026) ........ App.2098

Exhibit 95: Email from David Denton (Jan. 12, 2026) ........ App.2106

Exhibit 96: Email to David Denton (Jan. 13, 2026) ........ App.2110

Exhibit 97: Email from Mary Kathryn Boucher (Jan. 13, 2026) ........ App.2113

Exhibit 98: Email from Amy Frank (Jan. 15, 2026) ........ App.2116

Exhibit 99: Email to David Denton (Jan. 16, 2026) ........ App.2119

Exhibit 100: Email from David Denton (Jan. 16, 2026) ........ App.2124

Exhibit 101: Email from David Denton (Jan. 16, 2026) ............ App.2126

Exhibit 102: Email from Amy Frank (Jan. 16, 2026, 8:01 p.m.) ............ App.2128

Exhibit 103: Email from Amy Frank (Jan. 16, 2026, 9:00 p.m.) ............ App.2130

Exhibit 104: Email from Joy Lambrecht (Jan. 18, 2026) ............ App.2133

Exhibit 105: Email to David Denton (Jan. 20, 2026) ............ App.2138

Exhibit 106: Email from Joy Lambrecht (Jan. 22, 2026) ............ App.2142

Exhibit 107: Email to Joy Lambrecht (Jan. 22, 2026) ............ App.2147

Exhibit 108: Email to Joy Lambrecht (Jan. 23, 2026) ............ App.2150

Exhibit 109: Email to Joy Lambrecht (Jan. 29, 2026, 11:50 a.m.) ............ App.2152

Exhibit 110: Email from Joy Lambrecht (Jan. 29, 2026, 2:23 p.m.) ............ App.2156

Exhibit 111: Email from Joy Lambrecht (Jan. 29, 2026, 4:20 p.m.) ............ App.2160

Exhibit 112: Arcadia R&Os to Coble Intervenors' Subpoena ............ App.2162

Exhibit 113: Email from Parker Bartholomew (Jan. 3, 2026) ............ App.2168

Exhibit 114: Property Analysis Spreadsheet ............ App.2171

Exhibit 115: Letter from Gov. Bill Lee (Aug. 11, 2026) ............ App.2175

Exhibit 116: Deposition of Zachary Wishart ............ App.2177

Exhibit 117: Nashville Classical Website ............ App.2186

Exhibit 118: Libertas School of Memphis Website ............ App.2193

Exhibit 119: Memphis School of Excellence Website ............ App.2198

Exhibit 120: Soulsville Charter School Website ............ App.2201

Exhibit 121: Tennessee Career Academy Website ............ App.2208

Exhibit 122: ChattAcademy Website ............ App.2215

Exhibit 123: JMCSS Called Board Meeting Video (Apr. 28, 2026) ............ App.2219

Exhibit 124: Skillern Elementary Charter Agreement ............ App.2221

Exhibit 125: River's Edge Christian Academy Website ............ App.2246

Exhibit 126: Knox County Schools Meal Prices ........ App.2255

Exhibit 127: KCBOE Initial Disclosures ........ App.2259

Exhibit 128: KCBOE Charter School Application Protocol ........ App.2263

Exhibit 129: KCBOE Board Meeting Minutes (Dec. 1, 2010) ........ App.2269

Exhibit 130: Email from KCBOE (Jan. 16, 2026) ........ App.2276

Exhibit 131: Carroll Intervenors' R&Os to Wilberforce's Second Interrogatories ........ App.2278

Exhibit 132: *Tennessee's Religious Charter School Test* ........ App.2292

Exhibit 133: *Ivy Academy Encouraged to Again Apply as Charter School* ........ App.2296

Exhibit 134: Gabel, *Public Funds for Church and Private Schools* ........ App.2308

Exhibit 135: Jorgenson, *The State and the Non-Public School* ........ App.2327

Exhibit 136: Garrett, *Annual Report of the State Superintendent, 1891* ........ App.2331

Exhibit 137: *The Catholic Encyclopedia* ........ App.2338

Exhibit 138: *Complete Works of the Most Rev. John Hughes* ........ App.2346

Exhibit 139: Knoxville Charter Academy Application ........ App.2357

Exhibit 140: Skillern Elementary Application ........ App.2698

Exhibit 141: Declaration of Zachary Wishart ........ App.2891

# EXHIBIT 133

App.2297

Chattanooga, 88.0°F, Partly Cloudy Monday, August 24, 2026 6:22 PM | Advertise About Traffic Crossword Newsletter

CHATTANOOGAN.COM
CHATTANOOGA'S SOURCE FOR LOCAL BREAKING NEWS

Search




Latest Headlines WOMAN, 73, DIES FROM INJURIES SUSTAINED IN WRECK ON... RED BANK PUTS 12-MONTH MORAT(

Home > Community > Student Scene

# Ivy Academy Encouraged To Again Apply As Charter School

Wednesday, February 20, 2008

The State Board of Education has affirmed the Hamilton County School Board's denial of Ivy Academy's application for a public charter school. However, the state board adopted Dr. Gary Nixon's recommendation, encouraging Ivy Academy to apply again with a goal of opening in 2009.

Officials said, "If they choose to, Ivy Academy can submit their application to Hamilton County anytime before Oct. 1, and go through the process again.

Here is the ruling:

The Background: Pursuant to Tenn.

App.2298






Code Ann. § 49-13-108, newly-formed charter schools may appeal denial by a local board of education to the State Board of Education. Within 60 days of an appeal, the State Board hears the appeal at a public meeting before the Board or a designated representative in the school district in which the charter school sponsor applied for a charter. At that hearing, the Board or its representative reviews the decision of the local board and makes findings. "If the state board finds that the local board's decision was contrary to the best interests of the pupils, school district or community, the state board shall remand such decision to the local board of education with written instructions for approval of the charter. The decision of the state board shall be final and not subject to appeal. The LEA, however, shall be the chartering authority." Tenn. Code Ann. § 49-13-108(3). On February 12, 2008, a hearing was held in Chattanooga to consider Ivy Academy's appeal of the denial of its application by the Hamilton County Board of Education. The appeal was heard by the Executive Director of the State Board of Education. The Master Plan Connection: By authorizing and monitoring public charter schools, school districts can model the effectiveness of greater accountability in exchange for greater school based autonomy, and allow sponsors to offer more choices to the students and parents in their communities. Public charter schools apply the four foundational principles of the Master Plan, using innovative teaching and learning models, to help more Tennessee children prepare for successful post-secondary work, education and citizenship. The Recommendation: The Executive Director recommends that the Board affirm the decision of the Hamilton County Board of Education to deny the application. This recommendation is based on the attached Findings and Recommendation of Dr. Nixon. A presentation and additional documents submitted by the local board and sponsor are also available online.

BEFORE THE TENNESSEE STATE BOARD OF EDUCATION 2008 CHARTER SCHOOL APPEAL IVY ACADEMY FINDINGS AND RECOMMENDATION Pursuant to Tenn. Code Ann. § 49-13-108, newly-created charter schools may appeal denial by a local board of education to the State Board of Education (State Board). On February 12, 2008, a hearing was held at the Hamilton County Department of Education (HCDE) in Chattanooga, Tennessee, to consider Ivy Academy's appeal of the denial of its application by the Hamilton County Board of Education (HCBE). Based on the following procedural history and findings of fact, I believe that the decision to deny Ivy Academy's application at this time was not contrary to the best interests of the pupils, the school district and the community, and therefore recommend that the Board affirm the decision of the Hamilton County Board of Education. However, I note that, with more development of the application and collaboration with HCDE, Ivy Academy's application can and should be approved in time for opening in 2009. PROCEDURAL HISTORY 1. On November 15, 2007, the HCBE denied Ivy Academy's initial application, following the recommendation by the district's charter school review committee. The district forwarded its completed application evaluation, with the scores included, and 13 general comments. The district also sent the application review guide and the scoring criteria it uses in reviewing all charter applications. 2. Ivy Academy responded to those concerns by providing additional documentation and resubmitted its application.

Ivy Academy Public Charter School Appeal – February 2008

3. On December 20, 2007, the HCBE denied Ivy Academy's amended application. The district forwarded its completed application evaluation, with the scores included, and over 100 specific, objective reasons for point

deductions (comprising 10 pages). 4. Ivy Academy appealed the decision of the HCBE by letter dated December 23, 2007. 5. As part of that appeal, Ivy Academy submitted lengthy responses to the concerns raised in the amended application evaluation. 6. On February 12, 2008 the executive director of the State Board presided at a hearing attended by representatives of HCDE, HCBE, Ivy Academy and community members. FINDINGS OF FACT 1. The HCDE Charter School Review Committee included the following individuals: a. Rick Smith, Deputy Superintendent, Administration b. Tommy Kranz, Chief Financial Officer c. Connie Atkins, Assistant Superintendent, Human Resources d. Dr. Ava Warren, Assistant Superintendent, Curriculum and Instruction e. Pam Hudson, Director, Exceptional Education f. Jane Dixon, Director, Exceptional Education, System-wide Programs g. Lucille Phillips, Federal Programs h. Sabrina Walton, Director, Literacy and ELL i. Karla Riddle, Director, Middle Schools and Fine Arts j. Stacy Roddy, Director, Elementary Mathematics and Science, K-12 Library k. Christy Evans, Director, Secondary Mathematics and Science l. Briggs Smith, Director, Career and Technical Education m. Kirk Kelly, Director, Accountability and Testing n. Gloria Moore, Supervisor, Social Studies, High School Guidance 2. The committee did not include any members who were not employees of the school district. 3. The amended application was reviewed by the first four individuals on the committee.
2
Ivy Academy Public Charter School Appeal – February 2008
4. The deputy superintendent commented at the February 12, 2008 appeal hearing, "What we hoped would happen at the work session in November [2007] is what we saw happen today." 5. Several misconceptions or misunderstandings may have contributed to the denial of the applications: a. Some of the board members and administrators in Hamilton County may have believed that public charter schools are private schools. During the November 2007 workshop, when the HCBE discussed the application, a board member said, "It's a private school, publicly funded." To which the a district administrator replied, "Correct." In fact, public charter schools are public schools, part of the school district which authorizes them. Tenn. Code Ann. § 49-13-104(6). b. Some of the board members and administrators in Hamilton County may have believed that the district would have to provide an entire year's worth of per pupil funding to the public charter school at the beginning of the school year. During the November 2007 work session, a district administrator stated that the district would have to "front" all of the per pupil money at the beginning of the school year. In fact, funding for public charter schools flows "subject to the requirements of state and federal law." Tenn. Code Ann. § 49-13-112. State law provides that the commissioner of education shall distribute BEP funds at several times throughout the year. The per pupil amount should be distributed to the public charter school incrementally, when the LEA receives those funds. Tenn. Code Ann. § 49-3-354. Funding for transportation from the BEP would also flow 3
Ivy Academy Public Charter School Appeal – February 2008
in the same manner to the public charter school, if the school is providing transportation Tenn. Code Ann. § 49-3-355 and § 49-13-114. c. Some of the discussion at that work session also indicated that at least some of the board members believed that if the public charter school did not propose to offer anything not already offered at another district school, that the application should not be approved. In fact, "provid[ing] an alternative means . . . for ensuring accomplishment of the necessary outcomes of education" is only one of several proposed purposes of the Tennessee Public Charter School Act. Tenn. Code Ann. § 49-13-103(a). 6. A lack of collaboration and a lack of more detailed reasons for denial appear to have hindered the progress of Ivy Academy's application. a. It does not appear that Ivy Academy worked with district administrators on their application prior to submitting the application just before the October 1, 2007 deadline. Some districts, such as Metro Nashville, specifically offer applicants a "pre-review review", if they submit the application sufficiently before the October 1 deadline. b. In denying the initial application, the district's completed application evaluation only included 13 general comments (the application received only 48 out of a possible 100 points; 80 points is required for approval to be considered). c. In denying the amended application (which received 58 points), the district's completed application evaluation included over 100 specific, objective reasons for the point deductions (comprising 10 pages). At that point, it was too late for Ivy Academy to make additional revisions to the application.
4
Ivy Academy Public Charter School Appeal – February 2008
7. At the hearing, and in materials submitted after the denial of the amended application, Ivy Academy's leaders

RSR
SUMMERS, RUFOLO & RODGERS
ATTORNEYS AT LAW
Personal Injury

demonstrated an understanding of how their school's mission and education program are aligned with the purposes of the State public charter school law, as well as HCBE's strategic plan. a. Public charter schools are intended to "provide greater decision making authority to schools and teaches in exchange for greater responsibility for student performance." Tenn. Code Ann. § 49-13-102(a)(3). The HCBE strategic plan seeks to empower schools with more flexibility and freedom. The plan to meet that goal includes expanding curriculum with successful enrichment programs, designing academic programs around proven research and conducting field studies of selected programs. Ivy Academy field tests a research-based program with incorporated enrichment programs and trades autonomy at the school for accountability. b. As a public charter school, Ivy Academy would have greater responsibility for student performance. If after five years, the school has not shown that it is in the best interests of the pupils, the district or the community, the local board of education may refuse to renew the school's charter. If the school fails to make adequate yearly progress for two years in a row, the charter may be revoked without opportunity for appeal. No other school in the district faces that kind of accountability. c. One of the purposes of public charter schools is to "encourage the use of different and innovative teaching methods." Tenn. Code Ann. § 49-13-102(a)(3). Ivy Academy's learning environment and teaching methods are innovative ideas that 5
Ivy Academy Public Charter School Appeal – February 2008
could help move students not only from basic to proficient, but from proficient to advanced (one of the goals of the strategic plan). 8. A public charter school like Ivy Academy would be in the best interests of the students, the school district and the community. The at-risk student population would be provided an opportunity to shift within the Hamilton County system to an environment that uses alternative settings and teaching methods to help them succeed. The district would benefit from a "ready, willing, and able agent" to field test strategies to achieve the goals of its strategic plan. And Ivy Academy already has partnerships with community organizations, business and educational institutions to support its mission. 9. As Dr. Scales testified, the district is committed to working with Ivy Academy if their application is approved. The district recognizes that all students, whether attending a traditional public school or a public charter school, are "their" students, and wants to ensure the success of those students (that is manifest by the district's establishment of higher graduation requirements established in advance of the State Board's approval of those standards). 10. There is significant community support for the program. Several community members testified in support of the program, the founders and the potential impact on students in HCDE. 11. The Tennessee Public Charter School Act allows for submission of public charter school applications anytime prior to October 1 in the year prior to the planned opening of the school. The Act requires the local school board to rule on the application with 60 days of receipt of the application. Tenn. Code Ann. §§ 49-13-107; 108. Ivy Academy has demonstrated its capacity to develop and implement a program to satisfy the purposes of the Tennessee Public Charter School Act. However, Ivy Academy's
6
Ivy Academy Public Charter School Appeal – February 2008
application is not yet ready for approval. Tennessee law requires the "approval by the chartering authority of a public charter school application" to be "in the form of a written agreement signed by the sponsor and the chartering authority." The agreement "shall be in writing and contain all components of the application." Tenn. Code Ann. § 49-13-110(a). Even though Ivy Academy has gone to great lengths to respond to all of the concerns of the local board of education, those concerns needed to be addressed in time for submission of the amended application. Based on the above findings, I recommend that the State Board of Education affirm the decision of the Hamilton County Board of Education. At the same time, however, the Board should encourage Ivy Academy to revise its application and resubmit it to the HCBE with the intent to open the school in 2009. Ivy Academy should refer to the structure of previously approved Tennessee charter school applications and maintain open communication with HCBE as they prepare to resubmit their application. If Ivy Academy resubmits an application before April 1, 2008, HCBE would be required to approve or deny the application before June 1, 2008. The Board should also encourage the Hamilton County board and district to utilize work with other state and local officials that are currently working with public charter schools, in order to more clearly understand the implications of public charter schools to their district and best practices for allowing

Criminal Defense
ASBESTOS & MESOTHELIOMA
Workers' Compensation
"Where the Practice of Law is still a Profession and not just a Business"
CALL FOR A FREE CONSULTATION
423-265-2385
www.summersfirm.com



App.2301



Education
7
Attachments for Ivy Academy Appeal 1. The presentation made by Ivy Academy at the appeal hearing 2/12/08 2. Ivy Academy's initial application 3. HCDE's scoring and feedback on the initial application 4. Ivy Academy's Response to the initial denial 5. HCDE's scoring and feedback on the amended application 6. Ivy Academy's response regarding the block schedule 7. Ivy Academy's response regarding virtual Fridays 8. Ivy Academy's response regarding strategic plan alignment 9. Ivy Academy's sample lesson plan (9th Grade English

Share Post Email Share Share




## LATEST HEADLINES



### Attic Fire At East Brainerd Home Believed To Be Caused By Mice Chewing Wires

BREAKING NEWS 8/24/2026

### Gadd Road And Kimbro Street Closed Due To Water Main Break

GOVERNMENT 8/24/2026

### Collegedale Commission Invests In Police Staffing

GOVERNMENT 8/24/2026

### Woman, 73, Dies From Injuries Sustained In Wreck On Aug. 17

BREAKING NEWS 8/24/2026

App.2302

**Red Bank Puts 12-Month Moratorium On New Vape, Cannabis Shops**

BREAKING NEWS 8/24/2026

**Jim Hall Says Airport Functioning Well Despite Lingering Legal Dispute**

BREAKING NEWS 8/24/2026

RSR Attorneys at Law SUMMERS, RUFOLO & RODGERS
Where the Practice of Law is still a Profession and not just a Business

## STUDENT SCENE

**Local Students Named To Belhaven University's Summer 2026 President's List**

8/24/2026

The following local students were named to the Belhaven University Summer 2026 President's List: Stephen Cook of Chattanooga (37411) Chastity Tucker of Chattanooga (37415) To be eligible ... more

**Jeremiah Adams Recognized On Austin Peay State University's Summer 2026 Dean's List**

8/20/2026

Jeremiah Adams, of Chattanooga, was recognized on Austin Peay State University's Dean's List for academic achievement during Summer 2026. The Dean's List recognizes students who have shown ... more



**GNTC Automation Technology Students Have Bright Future At Georgia Power**

8/18/2026

Georgia Northwestern Technical College’s Automation Technology program is helping students and graduates energize their careers at Georgia Power. “Georgia Power values GNTC students for ... more

HERITAGE FUNERAL HOME AND CREMATION SERVICES 423-894-2010 7454 East Brainerd Rd. Chattanooga, TN www.heritagechattanooga.com
Yessick's Design Center 423-892-1765
Bolder choices. Brighter opportunities. That's what it means to Lead Like Baylor. Baylor School
HERITAGE FUNERAL HOME & CREMATORY 706-866-5400

App.2303

## STUDENT SCENE



UTC To Welcome Yuval Levin For 2026 Dr. Richard Gruetzemacher Constitution Day Lecture

8/18/2026



John Shearer: Baylor Founder John Roy Baylor Died 100 Years Ago

8/17/2026



Lee University To Present West African Dance Presentation And Workshop

8/14/2026



Senator Bo Watson Presents Normal Park Museum Magnet School With Tennessee Flag Flown Over The State Capitol

8/14/2026

MEHP To Host Annual Literacy Night

8/14/2026

## BREAKING NEWS

County Commission To Decide Whether Voters To Choose Jill Black Replacement On Nov. 3 Or In 2028

8/24/2026



Gun Found At Ooltewah High School; Teenager Is Arrested

8/24/2026

Jim Hall Says Airport Functioning Well Despite Lingering Legal Dispute

8/24/2026



Attic Fire At East Brainerd Home Believed To Be Caused By Mice Chewing Wires

8/24/2026

Woman, 73, Dies From Injuries Sustained In Wreck On Aug. 17

8/24/2026

## OPINION

Rock City Answers "Top 10 Myths" From Community Meetings

8/24/2026

Rock City's Safety Claims, Missing Studies

8/22/2026

My Mother And I Have Never Voted For The Same Person - Until Now

8/24/2026

Count Me Out On New Newspaper Version

8/24/2026

Chattanooga Experience Could Be An Opportunity

8/22/2026

One of the Nation's Top Robotic Surgery Teams. erlanger ROBOTIC SURGERY

Summers, Rufolo & Rodgers Attorneys at Law CALL FOR A FREE CONSULTATION 423-265-2385

Audio-Visual Rental, Sales, Service

Dignity Chattanooga Funeral Home Crematory & Florist 423.698.2541

## HAPPENINGS



Life With Ferris: Vick Is Better Off

8/24/2026

## ENTERTAINMENT

Cody Landress-Gibson Has Album Release Party Sept. 11

8/24/2026



Doug Daugherty: New Roads, New Places, And Renewal

8/24/2026



Register Of Deeds Marc Gravitt Advises Civitans To Be Leary Of Real Estate Fraud

8/22/2026



American Legion Post 14 Donates Golf Cart

8/24/2026



4th Annual Chatt Town Cool Down At Coolidge Park & Family Beach Movie Night At Ross's Landing Is Aug. 28-29

8/24/2026



The Travelin' McCourys Bring Bluegrass To The River At Riverdance Restaurant

8/24/2026

CBC "What A Wonderful World" Community Sing Set For Sept. 8

8/24/2026




CSO Chorus Auditions Are Aug. 31

8/20/2026

IBMA Bluegrass Live! Festival Set For Oct. 23-24

8/20/2026




OPINION

DINING

BUSINESS

App.2305

**Rock City Answers "Top 10 Myths" From Community Meetings**
8/24/2026

**Rock City's Safety Claims, Missing Studies**
8/22/2026

**My Mother And I Have Never Voted For The Same Person - Until Now**
8/24/2026




**Cocoa Cafe Celebrates Grand Opening Aug. 24 In South Chattanooga**
8/24/2026

**Chattanooga World Food Truck Festival Returns Aug. 29**
8/24/2026



**The Trinity Restaurant Opens In Southside District**
8/20/2026

**Gas Prices Drop 4.6 Cents In Chattanooga**
8/24/2026

**David Wade, Who Rose From Digging Holes To EPB CEO, Lauded On His Retirement**
8/21/2026



**PHOTOS: David Wade Gets Royal Sendoff**
8/22/2026

## REAL ESTATE

**CHA Uses Grant From HUD To Double Security Cameras At Alton Park Neighborhood**
8/24/2026

**County Commission Votes 5-4 To Allow Manufactured Home Near "Fancy Houses" On Flat Top Mountain**
8/21/2026

**Real Estate Transfers For Aug. 13-19**
8/20/2026




## STUDENT SCENE



**Lee Students Serve And Learn In The Galapagos**
8/21/2026



**Lee's Cross, Conn Honored With Church Of God Distinguished Educator Awards**
8/19/2026



**GNTC Nursing Student Provides Support During Medical Crisis**
8/19/2026

## LIVING WELL



**Cempa Community Care Breaks Ground On Substantial Facility Expansion**
8/21/2026

## MEMORIES



**Conversations With Lee Anderson**
8/24/2026

## OUTDOORS

App.2306



### Roger Forgey: Why Do We Need Someone To Blame?

8/24/2026



### Revive Dental Breaking Ground On Major Expansion

8/20/2026








### 163rd Anniversary Programs Commemorating The Battle Of Chickamauga Set For Sept. 18-20

8/24/2026

### Walker County Awarded Grant For Phase 3 Of Its Historic Resources Survey

8/21/2026

## TRAVEL



### Tennessee Aquarium Hatches 2nd Penguin Chick Of Summer

8/19/2026

### New Board Of Trustees Announced For Coolidge National Medal Of Honor Heritage Center

8/19/2026

### Chattanooga Joins The UTMB World Series In 2027 As 1st Event In The Southern U.S.

8/11/2026



### Scott's Gulf Wilderness State Park Grows By 413 Acres Through Collaborative Conservation At Lost Creek

8/24/2026



### Tennessee State Parks Dedicates Clinch River Valley State Park

8/22/2026

### TWRA News: Tennessee Biodiversity Summit Agenda Finalized

[illegible]

## CHURCH

### Jones Memorial UMC Hosting 48th Annual BBQ

8/21/2026



### Bob Tamasy: Understanding Why We Should Be Working

8/21/2026

### Curtis Coulter: The Bat That Came To Church

8/21/2026

## OBITUARIES



### Danny Brown

8/24/2026



### Drue Grevemberg Hudson

8/24/2026

## GOVERNMENT

### TSA And TACP Support Responsible Use And Accountability For License Plate Reader Technology

8/20/2026

App.2307



### Lewis Andrew Hudson

8/24/2026



### Walker County Tax Commissioners Office In Rock Spring To Close For Repairs

8/21/2026

### Woman Reports Stolen Car - And Other East Ridge Police Calls

8/24/2026

CHATTANOOGAN.COM
CHATTANOOGA'S SOURCE FOR LOCAL BREAKING NEWS

news@chattanoogan.com

423.667.5314

Copyright © 2026 Chattanoogan.com

QUICK LINK

- About Chattanoogan.com
- Email Us
- Advertising
- Privacy Policy

GET OUR HEADLINES IN YOUR EMAIL

Email

By submitting this form, you are consenting to receive marketing emails from: Chattanoogan.com, 129 Walnut St., #416, Chattanooga, TN, 37403, US, http://chattanoogan.com. You can revoke your consent to receive emails at any time by using the SafeUnsubscribe® link, found at the bottom of every email. Emails are serviced by Constant Contact.

Subscribe

# EXHIBIT 134

App.2309

THE CATHOLIC UNIVERSITY OF AMERICA

# Public Funds for Church and Private Schools

BY

REV. RICHARD J. GABEL, A.M., S.T.D.,
Priest of the Diocese of Toledo

A DISSERTATION

SUBMITTED TO THE FACULTY OF THE GRADUATE SCHOOL OF ARTS AND SCIENCES OF THE CATHOLIC UNIVERSITY OF AMERICA IN PARTIAL FULFILLMENT OF THE REQUIREMENTS FOR THE DEGREE OF DOCTOR OF PHILOSOPHY

3 67

THE CATHOLIC UNIVERSITY OF AMERICA
WASHINGTON, D. C.
1937

CATHOLIC UNIVERSITY OF AMERICA
LIBRARY
WASHINGTON, D. C.

In colonial days, a public school in New England was one "open to all who might desire to enter," and not necessarily a school "established and controlled by any particular public." Most private venture schools were public, whereas a private school was one limited in enrollment. Town schools were called "town or common" schools, and not usually public schools, except in the case of some public grammar schools.[17] But William Penn understood by the term Public Grammar School an endowed classical school as in England, and The Friends Public School in Philadelphia was a private institution.[18] In Virginia, while the term "public school" was applied sometimes in the later colonial period to a school founded as a purely private venture,[19] it was understood by the ministers who answered the question asked by the Bishop of London in 1724, "Have you in your Parish any Public School for the instruction of Youth?" as signifying any non-profit school open without charge to at least some of the children of the community, whatever its source of support might be.[20]

---

[17] Robert Francis Seybolt, *Source Studies in American Colonial Education—The Private School,* Bureau of Educational Research Bulletin, No. 28. (Urbana: University of Illinois, 1925), 93-94, and notes 1 and 2. George Stewart used the term "common schools" consistently. *A History of Religious Education in Connecticut* (New Haven, 1924).

[18] James Wickersham, *A History of Education in Pennsylvania* (Lancaster, 1886), 41-2. The Quaker schools of this state were frequently designated "public schools." Thomas Woody, *Early Quaker Education in Pennsylvania* (New York, 1920), 47-52, 66, 270.

[19] Guy F. Wells, *Parish Education in Colonial Virginia* (New York, 1923), 32, note 5. In North Carolina, a "public school" meant one that was incorporated by the assembly, and was granted some aid in the form of public land or money realized from the sale of town land or from a liquor tax. Thus, the Edenton "public school" was "in the language of more than a century later a 'state-aided' institution." M. C. S. Noble, *A History of the Public Schools of North Carolina* (Chapel Hill, 1930), 11.

[20] Wells, *op. cit.,* 31-32. Hence, it was identified with a "free school," and Wells styled the free schools "public parish schools." *Ibid.,* 54. In South Carolina, schools of parish societies and endowed schools were called public schools, and a Catholic Society was incorporated in 1778 to found a "public school." Colyer Meriwether, *History of Higher Education in South Carolina* (Washington, 1889), 22-23.

Church schools were styled public schools even after the Revolution, as "The New York Protestant Episcopal Public School," which after 1826 succeeded the old "Episcopal Charity School,"[21] and orthodox private schools at times bore the same title, as the Napoleon Public School of Arkansas, chartered in 1835, and the Hartford Public High School, reported as under Congregational control in 1870.[22] Hence in law and in fact, public school was identified frequently with free school, whether private or state, although sometimes the two were opposed. The Virginia Legislature in various acts between 1808 and 1813 providing for the application of confiscated glebe lands to schools used the terms interchangeably,[23] but the type of school contemplated in either case was the charity school for the education of the poor.[24] In South Carolina, the concepts appear not to have been identified, although an act of 1811 allowed the free school fund to be united with the public school fund. As late as 1856 the Charleston public schools, as established that year for all pupils, were opposed on the grounds that the law called for "free schools," whereas the Board established "common schools," thereby exceeding its bounds.[25] Sometimes a public character was attributed to county academies,

---

[21] Clifton H. Brewer, *A History of Religious Education in the Episcopal Church to 1835* (New Haven, 1924), 267-8. The term "charity school" was apparently becoming obnoxious, and was being superseded by "public school."

[22] Stephen Weeks, *History of Public School Education in Arkansas*, Off. Ed. Bul., 1912, No. 27, 15; *Com. Ed. Rep.*, 1871, table 7, 614.

[23] Wm. A. Maddox, The Free School Idea in Virginia (New York, 1918), 43-4. Cf. *Acts of Assembly*, 1811, 29-30.

[24] Maddox, *op. cit.*, 43, 28-9. Maddox quoted a speaker who praised the church schools then in operation, and added that the legislature of 1815-6 would "probably in a short time establish public schools for the education of the children of the poor throughout the commonwealth." Taken from the Richmond *Enquirer*, June 29, 1816.

[25] Meriwether, *op. cit.*, 117. The schools thus opposed were public schools in the modern sense. However, William R. Anderson maintained that the terms "free" and "public" were used synonymously by the legislature of South Carolina in the early acts as referring to state-aided schools that admitted some poor children gratis. They were not pauper schools restricted to the poor. *The History of State and Federal Aid to Education in South Carolina*. Unpublished Master's dissertation, Emory University (1931), 6-7, 22.

which received public aid, although they were privately incorporated institutions and often under a self-perpetuating board.[26] Other private schools continued to come under the designation of public and even common schools until the middle of the century. Samuel Lewis, first State Superintendent of Schools in Ohio, stated in his first Annual Report, 1837:

> It is certain that many of those reported as public, are in fact private schools. . . . It is proper to remark, that in different parts of the State, different terms are used to express the same thing; thus: The terms common school, district school, and public school, are all applied to any ordinary private school, while in some places, by a private school is understood the case of a teacher employed by one man for his own children.[27]

In Indiana, where prior to 1850 denominational schools shared in the common school fund,[28] a similar interpretation was most probably given to the terms. The Legislature of Texas in 1856, acting upon the recommendation of Governor E. M. Pease, declared any and all schools to which parents elect to send their children "free public schools," entitled to receive their pro rata share of the school fund in proportion to the number of children between the ages of six and eighteen years who had been in attendance.[29] This law remained in effect until after the Civil War.

In the agitation for general free education for all children, beginning early in the 19th century, the term "free school" was

---

[26] William H. Weathersby, *A History of Educational Legislation in Mississippi from 1798 to 1860* (Chicago, 1921), 73-4. His definition of a public school as "any unincorporated school wholly or partially supported by public funds" is not adequate. (*Ibid.*, 61, note 1.)

[27] Ohio *Executive Documents*, 1837, Doc. No. 17, "First Annual Report," 46.

[28] Fletcher H. Swift, *A History of Public Permanent Common School Funds in the United States*, 1795-1905 (New York, 1911), 162-3, citing W. A. Rawles, *Centralizing Tendencies in the Administration of Indiana*, Columbia University Studies in History, XVII, No. 1, 13. The same practice was common in Tennessee and Florida. Swift, *op. cit.*, 163; Knight, *op. cit.*, 141.

[29] Frederick Eby, *Education in Texas. Source Material*, University of Texas Bulletin, No. 1824 (1918), 280-4, 289-294. Cf. Gammel's *Laws of Texas*, IV, 525-530.

App.2313



commonly employed, and in the course of the development of the present free common schools it came to be identified with the state public school system. Thus, the United States Commissioner of Education, F. Dawson, in his letter of transmissal of Meriwether's *History of Education in South Carolina,* called it a sketch of the development of the free or public school system. But this term also expressed various ideas before attaining definiteness. Writers are not agreed as to its meaning in colonial America, whether it referred to a classical or Latin school that was to impart a liberal education, to one affording gratuitous education, or even including free board and clothing as in some endowed free schools, to a school open to all, or to a school analogous to the English Free Chapel (Libera Capella) established by the Crown as contrasted with schools attached to monasteries.[30] Usage undoubtedly varied in the different colonies and periods, and it is probable that even within the same colony the word was applied analogously to schools of diverse types. Even in our early national period, the word was applied to private schools and to schools with tuition charges, and indicated merely the absence of restrictions as to

[30] The latter possibility was suggested by B. C. Steiner, *History of Education in Maryland* (Washington, 1894), 20, note 1. The question was discussed by C. J. Heatwole, *A History of Education in Virginia* (New York, 1916), 38-9; by Wickersham, who stated that absolutely free education was then unknown, *op. cit.,* 41-2; and by Brown, who considered pupil fees of one sort or another as common. *Op. cit.,* 31-32. However, G. L. Jackson, from his study of certain town records, concluded that the primary meaning of the term in Massachusetts was freedom from tuition charges and admission of all resident pupils. *The Development of School Support in Colonial Massachusetts* (New York, 1909), 84-92. Wells found the term generally applicable in Virginia to the endowed parish schools, which, with one exception, seem to have been elementary in character and free from tuition for the children for whom they were founded. But he admitted the exceptional meaning of "Latin school," which might explain the statement of Governor Berkely in 1671, "I thank God there are no free schools. . . ." *Op. cit.,* 50-1; cf. note 62, and p. 50, notes 58-9, for an example of similar usage in Massachusetts; and also Sadie Bell, *The Church, the State, and Education in Virginia* (Philadelphia, 1930), 113; George G. Bush, "First Common Schools of New England," *Com. Ed. Rep.,* 1896-7, 1168, with note 3, and 1171; and Stephen B. Weeks, "Common Schools of North Carolina," *ibid.,* 396-7. The legislature of North Carolina chartered a "Free School" in 1813 as a liberal school, and another in 1814 as a charity school.

App.2314



"race, color, or religion," with poor children generally being admitted free of charge.[31] In the Delaware Free School Law of 1829, establishing the district system, a novel significance was attached to the term in addition to the idea of free tuition for poor white children whose parents could not pay, namely that of local freedom as to the type of school desired. In the words of Judge William Hall, an active promoter of the act,

> The term "free" was applied to the law to indicate two facts: First,—that the people were left free to choose the length of time their schools should be in operation during any one year, and the amount of money to be raised by taxation for the support of the same, thus placing upon the people themselves . . . the power and responsibility of determining whether they would have a good school, an inferior one, or no school; second, making the title show that the schools . . . were free for every white child. . . .[32]

Another factor that complicates the relation and distinction of public and private schools is the conversion of the one into the other within the same year or in successive years. Instances of this changing relationship are met in colonial Massachusetts, where private schools such as the dame schools would be chosen

---

[31] Cf. Elsie G. Hobson, *Educational Legislation and Administration in the State of New York from 1777 to 1850* (Chicago, 1918), 83, with reference to the law of 1797; and Burton Confrey, *Secularism in American Education* (Washington, 1931), 128, note 12, on the Free School Society. Elbert G. W. Boogher remarked that the legislature of Georgia in establishing three county academies in 1783 used the term as practically synonymous with academy, for the "free school" established by section ix of the act differed in nothing from the academies mentioned in sections iv and xi. All were pay schools. *Secondary Education in Georgia* (Philadelphia, 1933), 45-7.

[32] L. P. Powell, *The History of Education in Delaware* (Washington, 1893), 144, quoting from J. H. Groves, "History of the Free Schools of Delaware," *5th An. Rep. of Supt. Schs.*, 1879-1880, 48-9. This report differed somewhat from Powell's account. The latter further quoted Judge Hall as saying: "The design of the system is not to make schools by its operation, but to enable the people to make schools by their own agency," whether they would have a school and what kind.

App.2315



as town schools one year and ignored the following.[33] A similar condition existed in some parts of Georgia, 1872-1888, where because of insufficient funds to maintain the official schools for the three months demanded by law, the patrons frequently made contracts with teachers for the legal term; thus as soon as the state funds were spent, the schools became private.[34] The School Law of 1884 permitted a common school in Kentucky, conducted for a part of a year, to be extended for a longer period as a private institution, available only to contributors. Under the pre-War school system of North Carolina, a patron who made special contributions to the school enjoyed the privilege of naming the teacher among those qualified to manage the school.[35]

The so-called "public" schools of Georgetown, D. C., were under complete private control until 1842 and those of Washington were under partial private control until 1848. The trustees of the Miner School for the colored retained the power of appointing teachers when the School Board took over the buildings from 1877 to 1887. With the termination of this arrangement,

[33] Harlan Updegraff, *The Origin of the Moving School in Massachusetts* (New York, 1907), 136-148. He distinguished between the purely private dame school and the dame school adopted by the town, which authorized the selectmen to hire dames for teaching and to exercise control.

[34] *5th An. Rep. State Sch. Com.* (Georgia), 1875, 27. In 1883-4, nearly all private teachers turned their schools into public schools during the public term so as to share in the public money. *3d Bien. Rep., 1883-4,* 27-8. In New Hampshire, many public schools were private in 1881 if the State Superintendent was correct in his interpretation of the law. According to him, "the school is a private school," previous to the presentation by a teacher of the certificate from the town school committee to the district school officers. The Superintendent condemned the hiring of teachers without insistence upon certificates as an almost universal violation of the law. Other requirements fared little better. *36th An. Sch. Rep., N. Hamp.,* 1882, 243-5; Bush, *Ed. in N. H.,* 33.

[35] "Digest of School Laws" in *Com. Ed. Rep.,* 1885-6, 99, giving *Kentucky School Laws,* 1884, Art. 1, sec. 4; Weeks, *loc. cit.,* 1453; Noble, *op. cit.,* 193 ff. Calvin Wiley defended this practice as "in accordance with the genius of common schools—people whose children were to receive only an English education were not taxed to promote special studies useful only to a class, and those desiring to pursue such studies could do so economically . . ." The law of 1864 allowed a patron to appoint the teacher and fix the salary and length of the term. Weeks, *loc. cit.,* 1458.

App.2316



## 8. Tennessee

The history of education in Tennessee is largely the history of the activity of church and private enterprise. Public elementary education was not properly established until after the Civil War, and higher state education in the full sense was begun only toward the end of the nineteenth century. "Practically all that has been done by Government for colleges and universities [i.e. before 1890] has been done by the United States and not by Tennessee herself."[72] While Tennessee was still part of North Carolina, two private schools were incorporated, Martin Academy (1783) and Davidson Academy (1785), both under clerical direction, the former under the famous Dr. Samuel Doak, and the latter under Rev. Thomas Craighead.[73] Land endowment was not possible when Tennessee became a state in 1796, but, ten years later, Congress ceded certain lands upon condition that 640 acres in every square mile be reserved for the use of schools, 100,000 acres be set apart for two colleges, and an equal amount for academies, one in each county.[74]

An act of 1806 incorporated twenty-seven academies and made them the recipients of the grant. Davidson Academy acquired college status as Cumberland in a new charter of 1806 which granted it one half of the land endowment. Blount College,

---

[72] Merriam, *Education in Tennessee,* 17-19. Among the early settlers, Baptists, Methodists, and Presbyterians predominated, the latter retaining their influence over education for a much longer period. Church schools were preferred by the majority of the settlers, and the "sects" are blamed for the slow development of public education. Catholic education developed late, as there were only some 300 known Catholics in 1837, and 1,100 in 1844. Cf. R. J. Purcell, "Pioneer Irish Educators in Tennessee," *Cath. Ed. Rev.,* 34 (1936), 408, 412; O'Daniel, *op. cit.,* 263 ff., 320, 400-5, 511 ff; D. F. Forrester, *A Story of the Migration of Catholics to the Tennessee Valley from 1769 to 1810,* Unpublished Master's dissertation, Catholic Univ. (1935); Mayo, "Common Schools in the South," 537-550; *An. Rep. State Supt.* (Tenn.), 1891, 22-6.

[73] *Ibid.,* 22-3; Merriam, *op. cit.,* 20-1, 227; Purcell, *loc. cit.,* 407-8; Knight, *op. cit.,* 89-90; J. Phelan, *History of Tennessee* (1889), 137, 218, 233 ff. Cf. *supra,* "North Carolina," for land endowment of Davidson.

[74] *Statutes at L.,* II, 382-83; Swift, *School Funds,* 395. The title was vested in the State and not in the townships.

chartered in 1794, was accepted as the other land college and was reincorporated as East Tennessee College in 1807, with its funds merged in the new endowment.

Both these institutions were more private than state, and, on later occasions, their trustees manifested a degree of independence from the legislature. The colleges began under Congregational or Presbyterian auspices, and, though classified as "non-sectarian," they retained some measure of Presbyterian influence for many years and their presidents, as a rule, were selected from that denomination. They were definitely Christian colleges with a strong religious spirit, and Cumberland admitted poor boys studying for the ministry of any denomination for one half the regular fee. Poor management of the land and difficulties with settlers, who had located upon the college land before 1806, prevented sufficient income accruing from the grant, and Cumberland was forced to suspend from 1816 to 1822.[75] The state made no further financial provision for them nor for the other private and church academies chartered in this period.

In 1817, the legislature contemplated a system of education in an act which stated:

> Whereas, institutions of learning, both academies and colleges, should be under the fostering care of this Legislature, and in their connection with each other form a complete system of education, be it enacted that all the academies should be considered schools preparatory to the introduction of students into colleges . . .[76]

[75] Merriam, *op. cit.,* 24 ff., 34-9, 43, 63 ff; W. R. Garrett, "Education in the South," *Proceedings* of Nat. Ed. Ass., Dept. of Supt. (1889), 293; Blackmar, *op. cit.,* 263-4. Cumberland became the University of Nashville (1826), and is now George Peabody College of Teachers, a private institution. East Tennessee became the University of Tennessee (1879), a state college. Tewksbury probably exaggerated the Presbyterian influence in these schools. *American Colleges,* 191. According to Mayo, East Tennessee drew its faculty from New England, while Cumberland depended upon the Presbyterian ministry of the middle Atlantic States. Both had difficulty operating during this early period. *Loc. cit.,* 544-5; cf. Purcell, *loc. cit.,* 408-9.

[76] Blackmar, *op. cit.,* 265; Swift, *op. cit.,* 163, 396; Knight, *op. cit.,* 237. All types of education suffered from the delay in locating the land, and later from mismanagement of lands and income.

App.2318



Yet, all academies were private institutions without public assistance beyond what was realized from the land grant. The common school lands were leased through commissioners from 1806 to 1824, and the income appropriated to private schools, since no public schools had been established.

## 9. The Northwest

Into the Northwest Territory there came immigrants from both New England and from the South, transplanting their respective educational ideas of public control and support, or of parental rights and encouragement of private schools. The New England element predominated in Ohio and Michigan, and the Southern in Illinois in its early years, with a fairly even proportion of Southerners and New Englanders in Indiana.[77] But even in *Ohio,*

[77] Cubberly, *Public Education,* 57, 67-9, 71-5; *State School Administration,* 155-7; E. W. Bemis, *Local Government in Michigan and the Northwest* (1883), 12-4; Purcell, *Conn. in Transition,* 141-152. Whole towns removed from Connecticut to Ohio (1790-1820), name and all. By 1850, one half the Northwest is said to have been of New England stock, which is probably an exaggeration. There were also considerable immigrants from the Middle Atlantic States, with Presbyterian traditions for church schools. The numerous academies and church colleges imparted education of some excellence. Catholic missionary work had been carried on in this area and a college established by the Jesuits in Kaskaskia (Illinois) in 1721. Other Catholic schools were conducted by the French in St. Louis, Mackinaw, Detroit, and Vincennes before 1800. Cf. Mulvey, *op. cit.,* 37-76; S. J. Bush, "New England Element in Illinois Politics before 1833," and K. F. Geiser, "New England and the Western Reserve," *Miss. Val. Hist. Ass., Proc.,* 6, 1912-13, 49-78; Bossing, *Ed. Legis. in Ohio,* 83 ff; Mayo, "Early Education in the Northwest," *Com. Ed. Rep.,* 1894-5, II, 1513 ff; Burns, *op. cit.,* 85-8, 178 ff; cf. Sister M. E. Thomas, *Nativism in the Old Testament,* 1850-1860 (1936), 1-34, for a summary of internal migration and early foreign immigration into this region. Local and church control of education with considerable opposition to public schools and state colleges was more common in Ohio, Indiana, and Illinois. The land grant colleges of Ohio and Indiana were conducted as private colleges for many years. Vincennes (Indiana) was entirely private, and in Illinois the idea of a State University was resisted. On the other hand, Michigan accepted the theory of state control rather early in her history, and Wisconsin modeled its system on Michigan. As a result, only 9 of 93 colleges were state institutions, in fact or name, in 1886; 11 were non-sectarian, and 73 were church-affiliated. Of

1850); and, after being used for a state normal for two years (1856-8) receiving annually $12,000, it was finally transferred (1865) by the trustees, with property and funds amounting to $159,000, to Kentucky University, a denominational school conducted by the Christian Church.[73] The Presbyterians gained legal control of Centre College in a new charter granted in 1824, and while this transfer cost the college the bank profits of 1821, and a township of land, given to the Deaf and Dumb Asylum, it received from Congress another township of land in 1843.[74]

## 10. Tennessee

Tennessee established a school fund in 1823, which became known in 1827 as the Common School Fund and was safeguarded for common schools by the Constitution of 1835.[75] The law of 1827 allowed county school commissioners to use funds for the education of the poor either by establishing schools or by paying tuition of poor children in existing schools. Further provisions were made in 1830, 1836, and 1838, which created a state superintendent, district schools, some supervision etc., but the school money was often applied down to 1854 "to private schools, to which the people were greatly attached and which they viewed with confidence."[76] This continued in many or most places until

---

[73] *Laws, 1821-2,* 353. Lewis, *op. cit.,* 51-80; Blackmar, *op. cit.,* 259-261; Peter, *Transylvania,* 129, note, 141-74. Breckinridge was largely responsible for its conversion into a "state normal" in 1856, when the presidency was offered to Rev. L. W. Green, head of Hampden-Sydney. Mayo, *loc. cit.,* 523, 527-530.

[74] *Laws, 1824-5,* 64. Religious discrimination was forbidden by this act (Sec. 3). Cf. Mayo, *loc. cit.,* 112-4; Blackmar, *op. cit.,* 260; *supra,* Chap. XI.

[75] Art. xi, Sec. 10.

[76] Knight, *op. cit.,* 231-2; cf. 141-5, 165, 228-243; Swift, *op. cit.,* 163, 397-9; Mayo, *loc. cit.,* 558-561; Merriam, *Ed. in Tenn.,* Chap. XII (by T. P. Thomas), 282-5. The office of state superintendent was abolished in 1840 after the incumbent had robbed the fund of thousands of dollars. Its income, in 1844, was "in nearly all of the districts, distributed among the private schools, in the ratio of their enrolled pupils and was used as a credit on the tuition of those who were willing to accept it. . . . Public sentiment did not demand a public school system." *An. Rep. Sup. Pub. Inst.,* 1891,

the War, previous to which there was no "real vigor in the public school system," although some cities had made more or less successful attempts to establish them before 1860. In 1867, an act was passed to establish a state system under a superintendent, but the act was repealed in 1870 and a real system only began with the law of 1873.[77]

Numerous private and church academies directed the educational interests of the state until 1873. It was stipulated in the Constitution of 1835 that the common school provision did not prohibit the legislature from carrying into effect "any laws that have been passed in favor of colleges, universities and academies . . ."[78] An act of 1838 provided for an annual payment of $18,000 for academy support, and two years later, certain academies were declared county academies among which this annual appropriation was distributed until 1861.[79]

Most of the colleges were under church control, but prejudice against state support of higher education prevented public assistance. The two endowed institutions, the University of Nashville and East Tennessee College (East Tennessee University in 1840), continued to have difficulty with the sale of their land grants until the matter was settled in 1837-8, when the legislature offered them each half a township of land in the Ocoee district, from which Nashville realized $40,000. This institution had also received a lottery permit for $200,000 in 1826. In 1822, it received 40,000 acres and Cumberland 20,000 through an agreement whereby the state relinquished for twenty-two years her right to tax the lands of the University of North Carolina that

---

34; cf. 28-35. Supt. McEwen (1837) opposed free education and preferred to grant academies and colleges one-third each of the fund. Individual interests "must predominate." *Ibid.*, 31. Later, the superintendents "were preachers by professional training." Purcell, "Irish Educators in Tenn.," 410.

[77] Knight, *op. cit.*, 232-3; Merriam, *op. cit.*, 282-3. Cf. Mayo, *loc. cit.*, 558 ff., 554, for report of the state superintendent, Rev. John Eaton, in 1869.

[78] Art. xi, Sec. 10.

[79] Mayo, *loc. cit.*, 539 ff. Knight, *op. cit.*, 92-3. There were 18 colleges and 264 academies in 1850, and in the next decade many others were chartered.

App.2321



lay in Tennessee. Presbyterian influence gradually diminished, particularly in Nashville University under the presidency of Rev. Philip Lindsley who opposed "sectarian" schools.[80] But the *religious* "unsectarian" character of both remained as it had been. East Tennessee resolved in 1861 to admit free all ministerial students, and in 1869, when it added an industrial department to receive the agricultural land grant, the institution was declared "not sectarian, . . . but it is intended to exert a decided Christian influence upon the students." According to Merriam, it had been religious throughout its history and students were always required to attend church and Sunday school regularly.[81]

A third college that obtained the benefit of a federal land grant in this period was West Tennessee College, founded to receive the $40,000 which Congress stipulated be applied to a college at Jackson when it released its title to certain lands to the state in 1846. West Tennessee College began as a "non-sectarian" institution, and when it reopened after the war, its catalogue proclaimed it a state institution. It was, of course, under clerical direction at the time, and in 1874 the trustees handed over its property and endowment, valued at $90,000, to a committee of the Tennessee Baptist Convention and thus it came under Baptist control as Southwestern Baptist University.[82]

---

[80] Merriam, *op. cit.*, 17, 30, 37-40, 46, 65, 74. Blackmar, *op. cit.*, 263. Lindsley believed in the great power of education. His attitude toward "non-sectarianism" in the University was probably not shared by all his co-religionists. At all events, some prejudice was manifested against the sect and a charter was denied to Maryville College at first because it was believed that Presbyterians were seeking to bring about a union of church and state. The charter that was granted (1844) provided for trustees elected by the county court, although this restriction was removed in 1846. Lindsley seems to have identified "sectarian" with proselyting for he said (1837), "No attempt has ever been made to proselyte a single youth to any faith, political or religious. We all profess to be Christians and republicans. . . ." Toward church schools he was hostile "unless they openly avowed their sectarian character and aims." Merriam, *op. cit.*, 30, 233.

[81] *Ibid.*, 68-74.

[82] *Ibid.*, 221-4; Blackmar, *op. cit.*, 264. Thirty of the thirty-five trustees were to be Baptists.

App.2322



at $159,000—much of which has been regarded as "at least legally State property"—were transferred to the college of the Christian Church to form Kentucky University which was also endowed with the agricultural land grant of 1862. Kentucky College had developed out of Bacon College, founded in 1836 under the patronage of the Disciples and reorganized in 1857 to furnish an education "auxiliary to the cause of sound morality and pure religion." The land scrip sold for $164,960 and, in return for this foundation, the University was to educate a number of free state scholars. The Agricultural and Mechanical college was added to the three existing departments, one of which was a Bible college. The union was dissolved in 1878 partly because of opposition to "sectarian" control of this school and of a "religious" war, and partly through dissatisfaction among the Disciples over the small amount realized from the land sale.[89] Seventeen private or denominational secondary and higher schools for negroes existed in 1916 but without state aid, except for a branch of a state experiment station on the farm of Lincoln Institute.[90]

## 12. Tennessee

Private schools, which had been sharing in the school fund before the War, were partly excluded by the clause of the Constitution of 1870 which restricted the fund to "common schools."[91]

---

[89] Lewis, *op. cit.*, 79-101; Blackmar, *op. cit.*, 261-2. Concord College at New Liberty obtained small annual grants (1875-9); Murray Kentucky Male and Female, $1,100 (1888-9); West Kentucky Industrial College, $250 (1917); and the municipal University of Louisville, $25,000 (1907 and after). Public funds were used to erect rooms for the Y. M. C. A. at the land grant college in 1900. *Com. Ed. Rep.*, 1901-2, 81. In 1934, the Hindman Settlement School was cooperating with the public schools in industrial education. Cf. Proffitt, *op. cit.*, 23.

[90] *Negro Ed.*, II, 274-5. A state school was established in 1886 to receive the federal funds, and provision was also made for public high schools. *Ibid.*, 263, 267. The Institute for the Deaf at Danville became a state institution about 1870. Fay, *op. cit.*, I.

[91] Art. xi, Sec. 3. A proviso was added that permitted the legislature to carry into effect "laws passed in favor of the colleges, universities, or academies."

App.2323



There was no direct prohibition, however, of all appropriations to church or private institutions, and the law of 1873 empowered school directors to make contracts with "academies, seminaries, colleges, or private schools," by which public schools might be taught in such institutions.[92] In 1891, many private schools were still united with public schools under contracts of consolidation whereby the elementary department of the school was a free public school and the secondary department remained autonomous and charged tuition.[93] Sixteen academies were still receiving public aid in 1917, to the amount of $20,286.[94] The School Law of 1926 permitted County Boards to contract with private seminaries, academies, or colleges whereby the county high school might be taught in such schools; provided,

> that the high school branches be taught free of charge to all the pupils of the county entitled thereunto; provided, further, that the authority of the State Commissioner of Education and County Superintendent, and all the public school officers shall be as full and ample in such schools as in other county high schools; and provided, further, that no teacher shall be employed in teaching the said high school branches unless said teacher have a teacher's certificate of such grade as may be prescribed for said

---

[92] *An. Rep. Sup. Pub. Instr.,* 1891, 39. It was provided that only the subjects designated in the school law be taught free in such schcols and that school officers retain full authority over such school branches. The law was passed to bridge the gap between the elementary schools and the state college. The bill of 1873 which resulted in the "permanent establishment" of the school system had been drafted by the state teachers' association. In 1872, there were some public schools but considerable prejudice existed against them, the result of the inherited idea that education "be left to private enterprise." *Com. Ed. Rep.,* 1872, 322. In 1891, the school system was "not yet complete" and the chasm between elementary and higher education was "not yet closed." *An. Rep.,* 1893, 36-7, 40, 43. Public high schools were then permissive.

[93] *Ibid.,* 46-7; cf. Appendix B, 35-41 for school laws.

[94] According to the *Reports,* more private secondary schools obtained public aid than in most states, there being 27 to 38 (1893-1900), and 7-31 (1900-1917). In 1890 they received, $13,000; in 1892, $9,000; in 1902, $15,000; and in 1911, $26,000.

services, and unless the employment of said teacher shall be approved by the Board of Education.[95]

A somewhat similar arrangement had been carried out for a period of years (after 1875), whereby private colleges served as state normal schools. The state had been reluctant to establish normal schools or make appropriations but, finally, in 1881, through the grants of the Peabody Fund and the offer of Nashville University, an appropriation was made of $10,000, one quarter of which was reserved for the higher education of the negro, another was applied to state scholarships in the normal college at Nashville University, and the rest granted to the college outright. In 1883, the normal school received $10,000 annually which was increased to $15,000 in 1891, upon condition of 33 free scholarships. This aid continued until 1909, although Nashville was not technically a state institution, as neither the Peabody Fund nor the Trustees desired a change of control at the time. Later the institution became the private George Peabody College for teachers.[96] Other private and church normal schools received annual support for a period of years,[97] and small appropriations were also

---

[95] *Public Acts, 1925,* 352; Cole, *op. cit.,* 62; Lischka, *op. cit.,* 91. There was no express prohibition of church-affiliated schools.

[96] Merriam, *Ed. in Tenn.,* 55-9. *Com. Ed. Rep.,* 1898-9, II, 2399-2400. In 1908, the Peabody Normal School of Nashville was transferred to the George Peabody College, and gifts from the county, city, and state, amounting to $500,000, were conferred upon the institution together with 16 acres of land and the building of the University of Nashville, valued at $250,000. An additional offer of $500,000 was made on condition that the college raise $1,000,000 before 1913. *Ibid.,* 1912, I, 113. The University of Nashville received $15,000-$20,000 from 1894-1899, and $20,000 (1900-3). It was reported as a "public" normal school in 1883-5, and 1888-1890. In 1887-8, it was "not wholly" a state institution; in 1890-1, it was among the schools under state or municipal control; in 1896 it was private. The state superintendent listed it among "state institutions." *An. Rep., 1891,* 49-50. H. C. Witherington stated that the school was in a "confused situation" until state aid ceased in 1909. *State Higher Education in Tenn.* (1931), 165-6; cf. 89-90.

[97] In 1894-5, four private normal schools were listed; in 1896-7, seven schools, including Kingsley Seminary (Meth.), $240, Central Tennessee Normal (M. E.), $600; McLemoresville College (Meth.), $240; Peabody,

App.2325



made by the state to King's College and to Mosheim Male and Female Institute in 1875-6, while in 1874 Southwestern Baptist University received the property of West Tennessee College which had been endowed with congressional land in 1846.[98]

Four or five church colleges which accepted negro students obtained appropriations for state normal students. These were authorized in 1881 when the legislature set aside $2,500 annually, for scholarships for "children of African descent" in any approved institution. Fisk University, which had been established in 1865 under the auspices of the American Missionary Association—some affiliation with which it retained—, Knoxville College (Presbyterian), and Central Institute (Methodist) accepted, respectively, thirty-three, ten, and nine such students in 1890, while Roger Williams University (Baptist), LeMoyne Institute (Am. Miss. Ass'n), and Morristown Normal (Meth. Epis.) were also eligible for state normal scholars. Fisk and Knoxville received, in addition, part of the federal money for free scholarships for such negro students as were eligible for free tuition in the State University through an arrangement whereby the church colleges served as branches of the federal land grant colleges, until 1889, when all such students were directed to Knoxville. This institution, as a branch of the State University, received the federal grants from 1890 to 1912.[99]

---

and 3 non-sectarian schools. Private normal schools obtained $2,126-$60,160 (1892-1899); $850-$1,370 (1900-1906); and $160-$250 (1909-1911). For negro normals cf. *infra*.

[98] Blackmar, *op. cit.*, 263-4. *Com. Ed. Rep., 1875,* 402; *1876,* 398. Southwestern Presbyterian College obtained $4,140 in 1884; Central Tennessee College, $625 in 1889. The latter was founded to train for the ministry and the charter provided that two thirds of the trustees be members of the Methodist Church and that a biblical department be maintained at all times. *Ibid.*, 1898-9, 2434.

[99] Merriam, *op. cit.*, 267-280. Knoxville received $1,000-$7,500 (1883-1894); $800-$3,300 (1894-9); $6,250-$10,350 (1900-1912); Fisk, $800 (1883-1885); $432 (1888-9); $35-$672 ((1897-9); $287 (1905), and $20,625 for increase of plant (1909); Roger Williams, $413-$1,000 (1885-9); $681 (1900-2); LeMoyne, $50-$425 (1900-1910). Other church schools aided between 1890 and 1910 were Warner (Cong.), Hearne (Bapt.), Swift (Presb.), Lane (M. E.), Univ. of the South (P. E.), and Burritt (n.s. and Christian), the last receiving $350-$12,500 (1900-1910). Turner Nor-

App.2326



In this state, as in Kentucky, the desire for religious education remained strong. Besides provisions for Bible reading, an anti-infidel provision was enacted by one, and the anti-evolution law by the other. A few private secondary and elementary schools for negroes were sharing in public funds in the second decade of the present century. Livingston Academy (Christian) received $300 in 1917, Morristown Normal (Methodist Episcopal) obtained $1,250 from the county and city government in 1913-14, a Baptist elementary school (Nelson Mary College) served as the public school of Jefferson City with public aid, and a Presbyterian school was given town money.[100]

## 13. Texas

Education passed through a turbulent ten years in the clash of Northern and Southern ideas from 1866 to 1876. The Constitution of 1866 adopted various provisions for public education; however, with private colleges and academies still recognized as eligible for funds. This was unsatisfactory to the Reconstruction Radicals of 1869 who forced through the extreme proposals of the revised document which prescribed a strongly centralized system with compulsory education and taxation.[101] Little results followed from the school act of 1870, which still admitted private teachers, if certified and conforming to the law, to receive a portion of the school fund, provided, "that no sectarian doctrines shall be taught in said private schools" (Sec. 8). It was followed by the more drastic law of 1871, granting almost autocratic powers to

---

mal (A. M. E.) received $5,000 in 1913; and Athens (Unit. Presb.), Warner (Christian), Swift, and Lane were also aided (1910-1913). Fisk, Knoxville, and Morristown Normal were all listed as "public" normals between 1883-1895. Morristown was listed as a city school, too, in 1888-1890, but as Methodist in 1891-2 (Cf. *Com. Ed. Rep.,* 1891-2, 1234). It received $1,000-$1,497 (1911-3), $1,000 (1916), and $1,497 (1917).

[100] *Negro Ed.,* II, 545-6, 551-2, 563-4. The Tennessee School for the Blind (private), was aided in 1871, but later it became a state school. *Com. Ed. Rep.,* 1871, 447; 1887-8, 966 ff.

[101] Constitution, 1866, Art. x, Sec. 1-11; 1869, Art. ix, Sec. 1-9.

# EXHIBIT 135

App.2328

Lloyd P. Jorgenson

# The State and the Non-Public School

## 1825–1925

CATHOLIC UNIVERSITY
OF AMERICA LIBRARIES
Washington, DC

University of Missouri Press
Columbia, 1987

App.2329



schools altogether. This was a daring proposal, calling for complete reversal of the traditional view that schooling was primarily a responsibility of the family and the church and that the proper role of the state was to assist them.

If now the public school was to be presented as deserving of the support and affection that formerly had been extended to the church-related school, it would have to be endowed with historical respectability. Its origins, even if only in embryonic form, would have to be located in an early stage of the country's development. Its development and eventual flowering would have to be the logical and inevitable result of beneficent forces at work in American society. It was not an impossible task; there was indeed a sense in which the early schools had a public dimension. But the consequence of making other considerations subordinate to the emphasis on public control was a distorted view. American educational history became, as Professor Butts aptly described it, a "pietistic" vision of the "public school triumphant."[7]

## Early American School Terminology

Governmental financial support for voluntary (including denominational) schools, so common during the colonial period, continued well into the national period. Far from prohibiting such support, the early state constitutions and statutes actively encouraged this policy. In his massively documented work, too long neglected by educational historians, Richard J. Gabel demonstrates that such aid actually increased until about 1820 and persisted in diminishing but still-significant amounts until well after the Civil War.[8] The same blending of state and denominational resources was present in the founding and support of the early colleges. They were creatures of the state as well as of the denominations they were designed to serve, and "whether they should be thought of as state colleges or as church colleges is a problem in semantics that is perhaps best resolved by calling them state-church colleges."[9] During the first half of the nineteenth century, denominational colleges vigorously opposed the claims of the

7. R. Freeman Butts, "Public Education and Political Community," *History of Education Quarterly* 14 (Summer 1974): 167.

8. *Public Funds for Church and Private Schools* (Washington, D.C.: Catholic University of America Press, 1937), pp. 147–262. Bernard Bailyn effectively points out the fallacy of trying to make a distinction between the denominational and public aspects of colonial education in his *Education in the Forming of American Society* (Chapel Hill: University of North Carolina Press, 1960), pp. 10–11. Essentially the same point had been made much earlier by Charles A. and Mary R. Beard in *The Rise of American Civilization*, 2 vols. (New York: Macmillan, 1927), 1:52.

9. Frederick Rudolph, *The American College and University, a History* (New York: Knopf, 1962), p. 13.



new state institutions for a share of the public funds they had come to consider as rightfully their own. Even after the Civil War, the tradition of public support for denominational colleges was still strong enough to permit six states to assign the revenues from the first Morrill Act land grants to church-affiliated institutions.[10]

A more striking reminder of the mingling of public and voluntary efforts in education is the fact that the terminology of colonial and early national education made no provision for differentiating between the schools that much later came to be classified separately as "public" or "private." Cubberley was determined to identify the New England town schools as public schools. But Ezra Stiles and Timothy Dwight, who as presidents of Yale (1778–1795 and 1795–1817 respectively)—and in their capacities as Congregationalist clergymen as well—had shown a deep solicitude for the New England town schools, referred to them affectionately as "our parochial schools."[11]

Similarly, the school later to be known as the William Penn Charter School was described in its charter of 1701 as a "public school" although it was actually a private corporation, founded at the "request, cost and charges of the People of God called Quakers." Much later instances of the casual use of the term *public* in education are also to be found. One church-sponsored school titled itself the New York Protestant Episcopal Public School after 1826. A Congregationalist secondary school was styled the Hartford (Connecticut) Public High School as late as 1871. The "public" schools of Washington and Georgetown, D.C., were under essentially private control until the middle of the nineteenth century.[12]

One of the most comprehensive public/private efforts in education existed in the secondary-level schools in the state of New York. Here, until about 1850, the voluntary academies were looked upon as an integral part of the state system of education, and the policy of the state was to contribute to their support. Thereafter, although the schools underwent little modification, they came increasingly under

10. The institutions aided were Yale and Dartmouth, Congregationalist; Brown, Baptist; Rutgers, Reformed; and Claflin and Corvallis, Methodist. Brown and Yale sued when the states later tried to transfer the funds to new public institutions, and both collected damages (U.S. Office of Education *Bulletin*, no. 9, 1930, pp. 17–18).

11. Stiles, *The Literary Diary of Ezra Stiles*, ed. F. B. Dexter, 3 vols. (New Haven: Yale University Press, 1901), 3:528; Dwight, *Travels in New England and New York*, ed. Barbara M. Solomon, 4 vols. (1821; rpt. Cambridge: Harvard University Press, 1969), 1:171, 4:294–301.

12. Thomas Woody, *Early Quaker Education in Pennsylvania*, Columbia University, Contributions to Education, no. 105 (New York: Teachers College, 1920), p. 50; Clifton H. Brewer, *A History of Religious Education in the Episcopal Church to 1835* (New Haven: Yale University Press, 1924), pp. 267–68; U.S. Commissioner of Education, *Report for the Year 1871* (Washington, D.C.: Government Printing Office, 1872), p. 614; J. Ormond Wilson, "Eighty Years of the Public Schools of Washington, 1805–1885," in U.S. Commissioner of Education, *Report*, 1894–1895, 2:1673–98.

App.2330



criticism as sectarian institutions by the state superintendent of public instruction and by local school officials as well. Even so, when general state aid was withdrawn in 1850 they continued to serve, with state approval, as the principal vehicle for the training of elementary school teachers until late in the century, and were aided by the state for this purpose.[13]

In the more sparsely populated West, as the entire trans-Appalachian region was then called, the line between voluntary and public efforts in education was often imperceptible. The breaking of the land and the building of homes necessarily took first priority, and schools were usually a product of improvisation, without any nice regard for the relative claims of public and voluntary bodies. The first state superintendent of schools in Ohio, Samuel Lewis, was by personal conviction and legal obligation strongly committed to the promotion of public (common) schools. Yet he conceded freely in his first annual report in 1837, "It is certain that many of those reported as public are, in fact, private schools."[14] In 1836, a year after it was founded, the village of Kenosha in Wisconsin erected a building to be used as a schoolhouse and a church, "free to all denominations." Two years later a larger structure was built to house an academy, and it also was to be available without charge to any congregation desiring to worship there. In neighboring Racine, both the Methodist and Episcopal ministers conducted worship services in the village schoolhouse, and a "union" Sunday school was also conducted there. This arrangement continued until Roman Catholic newcomers objected to it as a misuse of public property. A number of the Protestants then undertook to erect a church building at their own expense, open to all but independent of any one denomination. Reminiscing years later, a Wisconsin pioneer expressed the prevailing view in a casual manner: "Public and private schools were all one in those days." The Texas legislature in 1856 designated any and all schools to which parents might choose to send their children as "free public schools," and therefore entitled to receive their pro rata share of the state school fund, and this law remained in effect until after the Civil War.[15]

In time, the courts were asked to help in clarifying school terminology, but even beyond midcentury their verdicts showed as many

13. George F. Miller, *The Academy System of the State of New York*, University of the State of New York *Bulletin*, no. 750, 1922, pp. 36–47, 64, 78–80, 131ff.

14. Ohio Superintendent of Common Schools, *First annual report of the Superintendent of Common Schools, made to the thirty-sixth general assembly of the state of Ohio, January 1838*, by Samuel Lewis (Columbus, Ohio: S. Medary, 1838), p. 46.

15. Timothy L. Smith, "Protestant Schooling and American Nationality, 1800–1850," *Journal of American History* 53 (March 1967): 688–89; Lloyd P. Jorgenson, *The Founding of Public Education in Wisconsin* (Madison: State Historical Society of Wisconsin, 1956), p. 36; Frederick Eby, *Education in Texas: Source Materials*, University of Texas *Bulletin*, no. 1824, 1918, p. 291.



variations as those found in common usage. A Massachusetts court in 1866 defined the term *public* or *common* school as a school (1) "supported by general taxation," (2) "open to all free of expense," and (3) "under the immediate control and superintendence of agents appointed by the voters of each town and city." This was to become, with variations, the standard definition of a public school. However, at the other extreme, as late as 1881 a Minnesota court could issue the opinion that a Catholic parochial school, operated not for profit and open to all children, "is, in the legal sense, not only a charity, but one wholly and entirely of public nature, and therefore, a public one."[16] Clearly, we cannot assume that all early American institutions that called themselves *public* schools were *public* in the sense in which that term is now used. Precision in school terminology did not exist during the colonial and early national periods because it was not needed. By the mid-nineteenth century it had become important to be able to differentiate between "public" and "non-public" schools because the former were increasingly considered the only legitimate recipients of public financial support. Clearly, there was no such thing as a typical colonial or early national school, yet a brief glimpse of certain groups of schools can give us some understanding of the sponsorship and financial support of education at that time. It can also show us that the voluntary/public approach to education produced impressive results during the late colonial and early national periods.

## The Society for the Propagation of the Gospel

The largest school enterprise in the American colonies under a unified (albeit loose) sponsorship was almost certainly the one conducted by the Society for the Propagation of the Gospel in Foreign

16. *Merrick v. Amherst*, 94 Mass. (12 Allen) 509; *County of Hennepin v. Grace* (27 Minn.) 506. The derivation of the term *public school* is not entirely clear. A student of the evolution of the New York City school system traces the origins of the term back to school practices existing in Renaissance England (Carl F. Kaestle, *The Evolution of an Urban School System: New York City 1750–1850* [Cambridge: Harvard University Press, 1973], p. 16). This interpretation, however, is not used by English students of education, one of whom explains that some of the grammar schools succeeded in attracting pupils from a wider area and thus became known as *public* rather than *local* schools (J. C. Dancy in *Encyclopedia of Education*, ed. Edward Blishen [New York: Philosophical Library, 1970], p. 583). This etymology of the term is also given in *Education in Britain* (London: Central Office of Information, 1974), p. 2: "Certain (of the grammar) schools began to be known as 'public' schools as they outgrew their purely local associations." Similarly, we learn from the historical sketch in *The Public Schools and the General Educational System* (The Fleming Report), issued by the British Board of Education in 1944, that the term *public* was applied to Rugby when the school came to have "nearly a hundred pupils of whom eighty were not local boys," and to Harrow at the same time, as it was changing "from a local school of no great repute into one of the most famous schools in England." The most decisive period in the development of the English public schools was the first half of the nineteenth century.

# EXHIBIT 136

App.2332

# ANNUAL REPORT

—OF THE—

# STATE SUPERINTENDENT

—OF—

# PUBLIC INSTRUCTION

—FOR—

# TENNESSEE,

—FOR THE—

## SCHOLASTIC YEAR ENDING JUNE 30, 1891.

SUBMITTED TO THE GOVERNOR.

W. R. GARRETT, STATE SUPERINTENDENT.

NASHVILLE, TENN.:
MARSHALL & BRUCE, STATE PRINTERS.
1892.

Digitized by Google

 App.2333

administered by the able State Superintendent, Gen. John Eaton. Yet, it was enacted in advance of popular sentiment and was not sustained by the people. No institution, however good, can thrive in this country unless it is engrafted in the affections of the people.

Thus, the law of 1867 was repealed in 1870; but the seed had been sown, and in a few years sprung up and bore good fruit.

### Permanent Establishment in 1873.

When the Legislature assembled in 1873, evidences of a strong popular sentiment in favor of an efficient system of public schools came from all portions of the State. This sentiment was met by a strong counter sentiment of skepticism on the part of many, and of active opposition on the part of some of our best and ablest men. Finally a public school bill, drafted and recommended by the committee of the State Teachers' Association, was enacted, with slight amendment, and is now known as the "Act to *establish and maintain* a uniform system of public schools."

This act, together with its subsequent amendments, has *established and maintained* a permanent system of elementary public schools, steadily improving in efficiency and growing in popular favor. The system can hardly be called "uniform," although it is beginning, under the recent amendments, to approach uniformity and symmetry.

Our system is a mixed system. The law partly commands, partly permits, and partly suggests. The system partakes of the features of a State system, a county system, and a district system. The State exercises a general supervision, contributes annually to the school-revenues the interest on the permanent school-fund, which, in 1873, was less than $90,000, but which has now increased to $150,000, a poll-tax of $1 on each taxable poll, and a property-tax of fifteen cents on each $100; prescribes certain regulations for the counties and the districts, grants certain discretionary powers, and suggests certain methods of administration.

Digitized by Google

App.2334

Each county exercises county supervision through its Superintendent, and is empowered, through its County Court to supplement the revenues by a levy on polls, property, and privileges, not to exceed the entire State tax for all purposes.

Each district exercises supervision and control through its directors, who are invested with large discretionary powers in the use of the school-fund and in the management of the schools. In the law as originally enacted, the district was empowered to levy an additional tax either to increase the length of the school-term or to extend the course of study. This portion of the law was pronounced unconstitutional by the courts, and was subsequently repealed. The Constitution of the State does not permit a subordinate civil district to levy a tax. This power is limited to the General Assembly, the County Court, and the authorities of the municipal corporation. Thus, one important link in the general plan of the school-system was broken, and the power of providing for the introduction of the higher branches was lost to the districts.

In 1885 the General Assembly, at its extra session, repaired this broken link as far as the Constitution would permit, and took the only step in its power to provide for local taxation. A law was passed empowering municipal corporations to levy additional taxes and to establish "graded high schools." This enactment was eminently wise, and has led to important results. Graded high schools are now in efficient operation in all of the cities and in many of the towns. The rapid development of these corporation schools during the last four years is largely due to the active exertions of my predecessor, Hon. Frank M. Smith. It is to be hoped that every municipal corporation in the State will hasten to make use of this privilege.

The successful operation of the corporation schools has produced the effect to make the country districts feel still more keenly the lack of the power of local taxation. Demands came to the General Assembly, at its last session, from many portions of the State, and these demands were strengthened by the memorial of the State Teachers' Association and the recommendations of the Public School Officers' Association.

Digitized by Google

App.2335

The General Assembly sympathized with these demands, and yet was restrained by the fear of "*impairing the efficiency of elementary instruction, which is and always must be the foundation of every good school-system.*" A general system of secondary schools could not be provided without additional revenues. No power could be given the school-districts to levy a tax, and the County Courts already possessed all the power which the Legislature could bestow. To permit the elementary schools to be ruined by diluting them with an influx of higher branches without providing for additional teaching force was not to be thought of.

The solution of the problem was rendered still more difficult by the unequal progress and the differing educational conditions of the several counties. Some of the counties had availed themselves of the privilege, provided by law, of supplementing the school-revenues by county taxation, and had gone to the extreme limit of the law. Some of these counties, whose dense population and large amount of taxable property yielded ample revenues, were maintaining elementary schools of full terms, and could afford to establish secondary schools, and maintain them in efficiency. Other counties of sparse population and possessing but a small amount of taxable property, although levying the maximum rate of tax, could maintain their elementary schools only for short terms, in some cases not more than three months. Other counties, and among them some of the most opulent counties, had never levied a tax sufficient to render their elementary schools efficient. Upon the whole, the educational report for 1890 showed that elementary schools had been maintained in the State only eighty-six days, on the average, and that much was yet lacking to render the elementary system complete.

The action of the General Assembly was wise, progressive, and conservative. Amendments were adopted permitting the introduction of secondary education in districts whose revenues are sufficient to maintain it, without forcing it upon districts which are not ready for it, or cannot maintain it. At the same time, an important step was taken towards bringing the school-system into symmetry.

Digitized by Google

 App.2336

## The Amendments of 1891.

These amendments, although enacted during the school-year ending June 30, 1891, could not be put into operation until the organization of the schools of the new year, beginning July 1, 1891. They constitute a step in the direction of a complete system of education. The State was maintaining a system of elementary schools, a State university, a normal college, and institutions for the benefit of unfortunate classes. In addition to the State institutions, there are in Tennessee a number of colleges and universities endowed by religious and benevolent associations, and by private munificence.

Thus, ample facilities, both public and private, have for many years been afforded for collegiate education. Facilities steadily improving in efficiency, are provided for elementary education in the public schools. A wide chasm is left open between the elementary school and the colleges.

There are many good academies and private schools, and a few schools especially adapted to prepare pupils for college. The framers of the school-law of 1873 attempted to bridge the chasm by making use of these private schools and academies. They provided for what they styled "consolidated schools," and empowered the Directors to make contracts of consolidation with the authorities of "academies, seminaries, colleges, or private schools, by which the public schools may be taught in such institutions; *Provided*, That the branches of study designated in" the school-law "shall be taught free of any charge in such consolidated schools; *And provided further*, That the authority of the County Superintendent, District Directors, and other school-officers over those studying such branches shall be as full and ample as in the ordinary public schools."

This provision of law was, perhaps, the best that could be made at the time. The State was passing from a private school system to a public school system. The school-revenues were insufficient to maintain even the elementary schools, and totally inadequate to provide for secondary education.

The private schools and academies afforded the means to

Digitized by Google

 App.2337

adopt a temporary expedient by which secondary education could be, at least, fostered and encouraged. Many of these consolidated schools have done excellent work, and deserve commendation. Yet it needs no argument to show that they can never supply the connecting link of a complete public system. They are not so distributed as to be accessible to the mass of pupils who need secondary instruction. They are dependent upon private enterprise, varying in character and administration with the individual views of their teachers or founders, and they cannot be modeled to fit any definite place in a general system. They cannot supply *free tuition*.

The amendments contained in Chapter 132, Acts of 1891, provide for two classes of schools, designated respectively primary and secondary. The establishment of primary schools is *required*, the establishment of secondary schools is *permitted*, and the course of study for each is prescribed. Provision is also made for grading the schools and for granting State certificates to those who complete the course of the primary schools and State diplomas to those who complete the course of the secondary schools. A further discussion of the features of these amendments, together with the text of the law and the regulations adopted in pursuance thereof, will be found in Circular No. 1, issued from this office June 8, 1891, and submitted with this report as an exhibit.

### Effect of the Amendments of 1891.

*Secondary Schools.*—These amendments could not go into effect during the year ending June 30, 1891, and hence the statistics of the secondary schools cannot enter into this report. Yet the time fixed by law for the publication of the annual report reaches so far into the new year that an opportunity is afforded to note some of the effects of the law.

In its original form the school-bill provided as follows: "In every secondary school two or more teachers shall be employed, consisting of a principal and one or more assistants." This clause was amended, on the passage of the bill, to stand as it now reads in the law: "Every secondary school shall consist of a

Digitized by Google

# EXHIBIT 137

App.2339

# THE CATHOLIC ENCYCLOPEDIA

## AN INTERNATIONAL WORK OF REFERENCE ON THE CONSTITUTION, DOCTRINE, DISCIPLINE, AND HISTORY OF THE CATHOLIC CHURCH

EDITED BY
CHARLES G. HERBERMANN, PH.D., LL.D.
EDWARD A. PACE, PH.D., D.D. CONDÉ B. PALLEN, PH.D., LL.D.
THOMAS J. SHAHAN, D.D. JOHN J. WYNNE, S.J.
ASSISTED BY NUMEROUS COLLABORATORS

IN FIFTEEN VOLUMES
VOLUME II

New York
ROBERT APPLETON COMPANY

means of a donation of Mr. Patrick McKenna (1884); St. Stanislaus's (Polish), founded in 1880 and taken over in 1906 by the Franciscans; Corpus Christi, built through the munificence of the sons and daughters of Mr. Thomas C. Jenkins, in memory of their parents, and dedicated 1 January, 1891; St. Leo's (Italian), begun in 1880, by Rev. J. L. Andreis. During the administration of Cardinal Gibbons 86 new churches have been erected in the diocese. At present there are 211 priests of the diocese and 273 of religious orders. There are 128 churches with resident pastors and 136 chapels. In Baltimore there are 44 (24 built during the administration of Cardinal Gibbons) and 18 in Washington (10 built in the same period). There are three universities, 11 seminaries, 13 colleges and academies, 95 parochial schools with 21,711 pupils, and 7 industrial schools. The Catholic population is at present about 255,000. The increase (1906) was 10,611, of whom 800 were converts.

Owing to the disinterested spirit of its archbishops, the Archdiocese of Baltimore, the Mother Church of the United States, has been subdivided until, in extent of territory, it is one of the smallest. Yet it yields to none in its spirit of faith and in the generosity of its people. Whenever called upon by the voice of religion its children have responded in a manner beyond their proportionate share. In support of the Catholic University, it is surpassed by none in proportion to its population. In the gatherings of the prelates of the United States the Catholic homes of Baltimore have welcomed the visitors to their hospitality. Probably no diocese has been so enriched by private donations for churches and institutions. The growth of the Catholic population is due first to natural increase, secondly to immigration, and thirdly to conversion. The large proportion of conversions must be attributed in a great measure to the personal popularity of its present archbishop, Cardinal Gibbons, and to the influence of his convert-making book, "The Faith of Our Fathers".

SHEA, *History of the Catholic Church in Colonial Days* (New York, 1886); ID., *Life and Times of Archbishop Carroll* (New York, 1888); ID., *Hist. of the Cath. Church in the United States, 1844–68* (2 vols., New York, 1892); Catholic Almanacs and Directories, 1834–1907; O'GORMAN, *The Roman Catholic Church in the United States* (New York, 1895); DAVIS, *Day-Star of American Freedom;* SCHARF, *Hist. of Maryland* (Baltimore, 1879); MCSHERRY, *History of Maryland* (Baltimore, 1852); SCHARF, *History of Baltimore City and County* (Philadelphia, 1881); TREACY, *Old Catholic Maryland* (Swedesboro, N. J., 1879); KNOTT, *History of Maryland* (Baltimore, s. d.); STANTON, *History of the Church in Western Maryland* (Baltimore, 1900); RIORDAN, ed., *Cathedral Records* (Baltimore, 1906); Archives of Maryland Hist. Society (Baltimore); Diocesan Archives (ibid.); HUGHES, *Hist. of S. J. in N. Am.* (Cleveland, 1907).

WILLIAM T. RUSSELL.

**Baltimore,** LORDS. See CALVERT.

**Baltimore,** PLENARY COUNCILS OF.—While the ecclesiastical province of Baltimore comprised the whole territory of the American Republic, the provincial councils held in that city sufficed for the church government of the country. When, however, several ecclesiastical provinces had been formed, plenary councils became a necessity for the fostering of common discipline. As a consequence, the Fathers of the Seventh Provincial Council of Baltimore requested the Holy See to sanction the holding of a plenary synod. The petition was granted and the pope appointed Archbishop Kenrick of Baltimore as Apostolic Delegate to convene and preside over the council.

I. THE FIRST PLENARY COUNCIL OF BALTIMORE was solemnly opened on 9 May, 1852. Its sessions were attended by six archbishops and thirty-five suffragan bishops. The Bishop of Monterey, California, was also present, although his diocese, lately separated from Mexico, had not yet been incorporated with any American province. Another prelate in attendance was the Bishop of Toronto, Canada. The religious orders and congregations were represented by the mitred Abbot of St. Mary of La Trappe and by the superiors of the Augustinians, Dominicans, Benedictines, Franciscans, Jesuits, Redemptorists, Vincentians, and Sulpicians. The last solemn session was held on the 20th of May. The decrees were as follows: (No. i) The Fathers profess their allegiance to the pope as the divinely constituted head of the Church, whose office it is to confirm his brethren in the Faith. They also declare their belief in the entire Catholic Faith as explained by the œcumenical councils and the constitutions of the Roman pontiffs. (No. ii) The enactments of the seven provincial councils of Baltimore are obligatory for all the dioceses of the United States. (No. iii) The Roman Ritual, adopted by the First Council of Baltimore, is to be observed in all dioceses, and all are forbidden to introduce customs or rites foreign to the Roman usage. Sacred ceremonies are not to be employed in the burial of Catholics whose bodies are deposited in sectarian cemeteries; or even in public cemeteries, if there be Catholic cemeteries at hand. (No. iv) The Baltimore "Ceremonial" is to be used all through the country. (No. v) Bishops are to observe the canons concerning ecclesiastical residence. (No. vi) Bishops are exhorted to choose consultors from among their clergy and to ask their advice in the government of the diocese. A monthly meeting of these consultors to discuss diocesan affairs is praiseworthy. (No. vii) A chancellor should be constituted in every diocese, for the easier and more orderly transaction of business. (No. viii) Bishops should appoint censors for books relating to religion. (No. ix) European priests desiring to be received into an American diocese must have written testimonials from their former bishops and the consent of the ordinary here. (No. x) Our quasi-parishes should have well-defined limits, and the jurisdiction and privileges of pastors should be indicated by the bishops. The ordinary can change these limits and it is his right to appoint the incumbents. (No. xi) After next Easter, matrimonial banns must be published, and bishops should dispense with this only for grave reasons. (No. xii) Pastors themselves should teach Christian doctrine to the young and ignorant. (No. xiii) Bishops are exhorted to have a Catholic school in every parish and the teachers should be paid from the parochial funds. (No. xiv) An ecclesiastical seminary should be erected in each province. (No. xv) The bishops or their delegates should demand every year an account of the administration of church funds from those who administer them, whether laymen or clerics. (No. xvi) Laymen are not to take any part in the administration of church affairs without the free consent of the bishop.

If they usurp any such authority and divert church goods to their own use or in any way frustrate the will of the donors; or if they, even under cover of the civil law, endeavour to wrest from the bishop's hands what has been confided to his care, then such laymen by that very fact fall under the censures constituted by the Council of Trent against usurpers of ecclesiastical goods. (No. xvii) When the title to a church is in the bishop's name, pastors are warned not to appoint trustees or permit them to be elected without the bishop's authority. (No. xviii) Benediction of the Blessed Sacrament must be performed in all dioceses in the manner prescribed by the Baltimore "Ceremonial" (No. xix) Bishops should use their influence with the civil authorities to prevent anyone in the army or navy from being obliged to attend a religious service repugnant to his conscience. (No. xx) A Society for the Propagation of the Faith, similar to that in France, should be fostered and extended. (No. xxi) The faithful are exhorted to enter into a society of prayer for the conversion of non-Catholics (No. xxii) A petition should be addressed to the Holy See asking for extraordinary faculties concerning

matrimonial cases and the power, also, of delegating such faculties. (No. xxiii) Permission to use the short formula in the baptism of adults is to be requested of the Holy See, either for perpetuity or for twenty years. (No. xxiv) The sixth decree of the Seventh Provincial Council of Baltimore is to be understood as applying to those who rashly (*temere*) marry before a Protestant minister. Priests should give no benediction to those whom they know to intend to remarry before a preacher, or who, having done so, show no signs of penitence. (No. xxv) These decrees are binding as soon as they are published by the Archbishop of Baltimore after their revision and approval by the Holy See.

In sending the pope's approval of these decrees, the prefect of the Propaganda exhorted the bishops to add the feasts of the Circumcision of Our Lord and the Immaculate Conception B. V. M. to the festivals already observed. He added that although some diversity as to fasts and feasts is found in the American dioceses, still it is not desirable to lessen the number in those places where they are in accord with the discipline of the universal Church, because fewer feasts are observed in other American dioceses. The bishops are not to labour for conformity among the dioceses in customs that are foreign to the discipline of the universal Church, for thus the appearance of a national Church would be introduced. The cardinal prefect added that the Holy See tolerated relaxations of the common law of the Church for grave reasons, but such derogations were not to be confirmed and extended, but rather every effort was to be made to bring about the observance of the universal discipline. As to the method of adult baptism, the Holy See extended the dispensations to use the short formula for another five years. A letter from Cardinal-Prefect Franzoni, added to the acts of the council, treats of the question of how the bishops are to be supported by their dioceses. It likewise insists that priests ordained *titulo missionis* are not to enter religious orders without the consent of their ordinaries, as they are required to make oath that they will serve perpetually in the diocese for which they were ordained. In the acts of this council is found a statement of the Bishop of Monterey concerning the California Missions. He informed the Fathers that a large sum of money had formerly been placed in the hands of the Mexican Government to be used under the sanction of Spanish law for the support of the Californian missionaries. For years they had received none of this money and the late revolutions made any hope of reparation unlikely. However, as it is reported that the civil power in California intends to demand this money from the Mexican treasury for public purposes, he desired to know what effort the American bishops thought it desirable to make in the premises. The outcome of the whole discussion was the sending of a letter on the subject to the Archbishop of Mexico. We may add here that this money was later recovered and employed for the Church in California. (See CALIFORNIA, *Pious Fund*.)

II. THE SECOND PLENARY COUNCIL was presided over by Archbishop Spalding of Baltimore as Delegate Apostolic. It was opened on the 7th of October and closed on 21 October, 1866. The acts note that, at the last solemn session, Andrew Johnson, President of the United States, was among the auditors. The decrees of this council were signed by seven archbishops, thirty-nine bishops or their procurators, and two abbots. The decrees are divided into fourteen titles and subdivided into chapters.

Title i, *Concerning the Orthodox Faith and Present Errors*, declares the Catholic doctrine (cap. i) on Divine revelation and the one Church of Christ; (ii) the nature and necessity of faith; (iii) the Holy Scripture; (iv) the Holy Trinity; (v) the future life; (vi) the pious invocation and veneration of the B. V. Mary and the saints. (vii) The seventh chapter in which the present errors are discussed treats of (a) the dissensions among the Protestant sects and of zeal for their conversion. (b) Indifferentism. The Fathers warn their flock against the teaching that one religion is as good as another provided one be honest and just to his neighbour. They call this a plague, spreading under the guise of charity and benevolence. (c) Unitarianism and Universalism. These theories, the first denying the divinity of Christ and the other eternal punishment, tend to the rejection of the supernatural in religion. (d) Transcendentalism and Pantheism. These are the systems of men, who having dethroned God, make a deity of man. (e) Abuse of magnetism. The faithful are warned that magnetism is often employed for superstitious and illicit purposes, namely, to forecast the future by means of female "mediums". (f) The hallucinations and dangers of spiritism. There is little reason to doubt that some of the phenomena of spiritism are the work of Satan. It is noteworthy that the leaders of this system deny either implicitly or explicitly the divinity of Christ and the supernatural in religion.

Title ii, *Concerning the Hierarchy and the Government of the Church*, treats (cap. i) of the Roman pontiff; (ii) of the hierarchy teaching and ruling; (iii) of provincial councils, which ought to be held every three years; (iv) of diocesan synods, in which the bishop alone is legislator and judge. This chapter also treats of quarterly conferences for the discussion of theological questions by the clergy. (v) The officials of the bishop are considered in this chapter. Besides the diocesan consultors and the vicar-general, the bishop should appoint vicars forane or rural deans who are to preside at clerical conferences, to watch over ecclesiastical property, to counsel the junior clergy and report annually to the bishop on the state of their districts. Other officials mentioned are the secretary, chancellor, notary, and procurator for temporal affairs. Synodal examiners and judges for the criminal cases of clerics are also to be constituted. The latter, by delegation of the bishops, hold courts of the first instance and they should follow a judicial method closely approximating that prescribed by the Council of Trent.

Title iii, *Concerning Ecclesiastical Persons*, is divided into seven chapters. (cap. i) Of metropolitans. (ii) Of bishops; they are to make a visitation of their dioceses frequently; they should provide support for aged and infirm priests; before death they should appoint an administrator *sede vacante* for their dioceses. If this has not been done, the metropolitan is to make the appointment, or if it be a question of the metropolitan church itself, then the senior suffragan bishop constitutes an administrator until the Holy See can provide. The administrator cannot make innovations in the administration of the diocese. (iii) Of the election of bishops. A method for episcopal nominations to American sees is given, as also the requisite qualifications for candidates. (iv) Of priests exercising the sacred ministry. When several priests serve a church, one only must be designated as pastor. Priests should often preach to their people; they must not marry or baptize the faithful of other dioceses. Although our missions are not canonical parishes, yet it is the desire of the bishops to conform as much as possible to the discipline of the universal church in this matter. In cities containing more than one church, accurate limits for their districts should be assigned. When in these decrees the terms "parish" or "parochial rights" are used, the bishops have no intention of thereby indicating that the rector of a church is irremovable. No priest should be appointed to a parish unless he has made an examination before the bishop and two priests, and has

App.2342

been five years in the diocese. This does not apply to regulars. (v) Of preaching. While explaining the Church's doctrine, preachers should also treat fully of points denied by heretics or unbelievers. Their style, however, is not to be controversial but explanatory. In their method they should follow the Roman Catechism and make a careful study of the writings of the Fathers of the Church. Let them accommodate themselves to the capacity of their auditors. In reprehending vices, let them never become personal; neither should they be influenced in their preaching by human motives but declare the truth fearlessly. They are not to mingle political and civil matters with religious doctrines in their sermons or attack public magistrates. While the custom of delivering funeral orations is to be retained, yet care must be taken not to bestow undue praise. In all sermons let prolixity be avoided. (vi) Of clerical life and manners. Clerics are to avoid a dress and personal appearance not becoming their station. They should abstain from all improper spectacles and games. Let them avoid having recourse to civil tribunals when possible. They must not engage in trade forbidden by the canons. Let them not be importunate in speaking of money matters to their flocks. The custom of priests taking money on deposit, for which interest is to be paid, is condemned. Let bishops as well as priests observe the prescriptions of the Council of Trent concerning their households. All clerics should avoid idleness as a pest. (vii) Of ecclesiastical seminaries. The erection of preparatory as well as greater seminaries is recommended. Theology and philosophy, Scripture and Hebrew are to be taught in the latter. No student is to pass from one seminary to another without testimonial letters. In those dioceses where Germans are found who cannot speak English, it is expedient that the seminarians learn enough German to hear confessions.

Title iv, *Of Ecclesiastical Property.*—The decrees of the first seven councils of Baltimore concerning the abuses of lay trustees and of the best method of securing church property by civil sanction are repeated and re-enacted. As to lay trustees, they must not be members of secret societies nor men who have not fulfilled the paschal duty. They cannot expend a sum of money above three hundred dollars without written consent of the bishop. The pastor, not the trustees, appoints organist, singers, sacristan, school-teachers, and others employed about the parish. When difference of opinion exists between pastor and trustees, all must abide by the decision of the bishop. All misunderstanding between the ordinary and regulars concerning temporal affairs will be averted if, at the founding of a new house, a document be drawn up expressing clearly all that relates to the foundation itself, to the rights thence flowing and to the duties connected with it.

Title v, *Of the Sacraments.*—(i) The Roman Ritual and the Baltimore "Ceremonial" are to be followed. Pastors should keep registers of baptisms, confirmations, marriages, and funerals. All of these, except the last, should be written in Latin. (ii) Of baptism. It must always be conferred in the church except in case of imminent death. Whether for infants or adults, all rites omitted at baptism must be afterwards supplied. As a rule converts are to be baptized; but care must be taken to inquire if they had been previously validly baptized, lest the sacrament be repeated. The same is to be said of those baptized in danger of death by laymen. Churching after child-birth, which has been generally neglected in this country, is to be insisted upon. (iii) Of confirmation. Sponsors of the same sex as the recipient are to be employed. (iv) Of the Holy Eucharist. Frequent Communion is to be encouraged. Children should as a rule be admitted to First Communion between ten and fourteen years of age. (v) Of penance. (vi) Of indulgences. Preachers must be careful not to recommend doubtful or fictitious indulgences. Let them propose such as the faithful can gain most frequently, easily, and with greatest fruit. (vii) Of extreme unction. Olive oil is required for this sacrament. The Fathers commend the proposition of the Bishop of Savannah to establish a community of Trappists on lands near St. Augustine, Florida, who would supply genuine olive oil, wine, and beeswax candles for the use of the churches. (viii) Of Holy orders. Clerics cannot be ordained without a canonical title. By Apostolic dispensation, our priests have thus far been ordained *titulo missionis* for the most part. The Holy See is to be petitioned for a continuation of this privilege. (ix) Of Matrimony. Rules are laid down for determining doubts concerning the probable death of soldiers in the late civil war. Mixed marriages are to be discouraged. (x) Of the sacramentals.

Title vi, *Of Divine Worship.*—(i) Of the Sacrifice of the Mass. Priests are never to leave the altar to collect alms from the faithful. Our quasi-parish-priests are not obliged to apply their Mass for their flock on festival days. (ii) Of Benediction and the Forty Hours' Exposition. The latter is to be performed according to the manner sanctioned by the Holy See for the Diocese of Baltimore. (iii) Of Vespers. The rudiments of the Gregorian chant should be taught in the parish schools.

Title vii, *Of Promoting Uniformity of Discipline.*—(i) Of fasts and feasts. Those now in use in each province are to be retained. The Patronal Feast of the Immaculate Conception is, however, to be celebrated in every diocese as of obligation. (ii) Of uniformity in other matters. Bishops should endeavour to use a uniform method of acting in granting matrimonial dispensations. Catholics may be buried with sacred rites in non-Catholic cemeteries if they possess a lot in them, provided it was not acquired in contempt of church law. The poor must be buried gratuitously. Entrance money should not be collected at churches. Orphans are to be cared for. Faculties for blessing cemeteries and church bells may be delegated to priests.

Title viii, *Of Regulars and Nuns.*—(i) When a religious community has accepted a diocesan work, strictly so called, it should not relinquish it without giving the bishop notice six months beforehand. A clear distinction is to be made as to what property belongs to a religious community and what to the diocese. (ii) Nuns are not to make solemn vows until ten years after the taking of simple vows. Bishops are not to permit religious women to travel around soliciting alms.

Title ix, *Of the Education of Youth.*—(i) Of parish schools. Teachers belonging to religious congregations should be employed when possible in our schools. The latter should be erected in every parish. For children who attend the public schools, catechism classes should be instituted in the churches. (ii) Industrial schools or reformatories should be founded, especially in large cities. (iii) A desire is expressed to have a Catholic university in the United States.

Title x, *Of Procuring the Salvation of Souls.*—(i) Of zeal for souls. (ii) Missions in parishes are to be encouraged; missionaries must not, however, interfere in the administration of the parish. (iii) Various confraternities and sodalities are named and recommended and regulations are given for their institution. (iv) Priests, both secular and regular, are exhorted to endeavour to further the conversion of the negroes in our midst.

Title xi, *Of Books and Newspapers.*—(i) Parents should guard their children against bad books. The bishops desire that textbooks in Catholic schools and colleges should be purged of everything contrary

to faith. (ii) Of the dissemination of good books. (iii) Prayer books should not be published until officially revised. (iv) Newspapers are frequently injurious to good morals. When a Catholic newspaper has a bishop's approbation, this means only that he judges that nothing will be published against faith or morals in its pages. He does not make himself responsible, however, for all that the paper contains.

Title xii, *Of Secret Societies.*—The Freemasons were long ago condemned by the Church. The Odd Fellows and Sons of Temperance are also forbidden societies. In general, the faithful may not enter any society which, having designs against Church or State, binds its members by an oath of secrecy. Title xiii, *Concerning the Creation of New Bishoprics.* Title xiv, *Of the Execution of the Conciliar Decrees.*—A number of important instructions and decrees of the Holy See are appended to the Acts of this council.

III. THE THIRD PLENARY COUNCIL was presided over by the Apostolic Delegate, Archbishop Gibbons of Baltimore. Its decrees were signed by fourteen archbishops, sixty-one bishops or their representatives, six abbots, and one general of a religious congregation. The first solemn session was held 9 November, and the last 7 December, 1884. Its decrees are divided into twelve titles. *Preliminary Title.* All the decrees of the Second Plenary Council remain in force except such as are abrogated or changed by the present council. Title i, *Of the Catholic Faith.* Title ii, *Of Ecclesiastical Persons.*—(i) Of bishops. When a see becomes vacant, the archbishop will call together the consultors and irremovable rectors of the diocese and they shall choose three names which are to be forwarded to Rome and to the other bishops of the province. The latter shall meet together and discuss the candidates. If they wish, they may reject all the names proposed by the clergy and substitute others, but they must give their reasons for this action when sending their recommendation to Rome. (ii) Of diocesan consultors. They should be six or at least four in number. If this be impossible, however, two will suffice. The bishop chooses the consultors, half at his own option, the other half after nomination by the clergy. The bishop should ask the advice of his consultors as to holding and promulgating a diocesan synod; dividing parishes; committing a parish to religious; constituting a committee for diocesan seminaries; choosing new consultors or examiners non-synodically; concerning transactions about church-property where the sum involved exceeds five thousand dollars; exacting new episcopal taxes beyond the limits designated by the canons. Consultors hold office for three years and they may not be removed except for grave reasons. They are to vote collectively. When the episcopal see is vacant, the administrator must ask their counsel in all the above-mentioned cases. (iii) Of examiners of the diocesan clergy. They are to be six in number. Their duties are principally to examine the junior clergy, and the candidates for irremovable rectorships. (iv) Of deans and vicars forane. The institution of these district officials is recommended to the bishops. It is advisable to bestow on them some faculties beyond what other rectors have and some honorary preeminence. (v) Of irremovable rectors. Parishes to have such rectors must have a proper church, a school for boys and girls, and revenues sufficiently stable for the support of the priest, church, and school. In all dioceses every tenth rector should be irremovable if the requisite conditions are obtainable. The candidate for such rectorship must have been in the ministry ten years and shown himself a satisfactory administrator in spirituals and temporals. He must also make a prescribed examination (*concursus*). An irremovable rector cannot be removed from his office except for a canonical cause and according to the mode of procedure contained in the Instruction "Cum Magnopere" (vi) Of the concursus. The examination for irremovable rectorships must take place before the bishop or vicar-general and three examiners. Candidates must reply to questions in dogmatic and moral theology, liturgy, and canon law. They are also to give a specimen of catechetical exposition and of preaching. The qualities of the candidates are also to be weighed in forming a judgment. The bishop is to give the vacant rectorship only to a candidate who has received the approving votes of the examiners. (vii) Of the diocesan clergy. 1. Priests ordained for a diocese are bound by oath to remain in it. 2. Alien priests bringing satisfactory testimonials from former bishops may be incardinated in a diocese only after a probation of three or five years, and formal adscription by the ordinary. We may note that this council speaks of presumptive incardination also, but by a later Roman decree (20 July, 1898) that form of adscription is abrogated. 3. Infirm priests should be cared for. 4. Unworthy priests have no just claims to support, yet if they wish to amend, a house governed by regulars should be provided for them. (viii) Of clerical life and manners. Priests should make a spiritual retreat once every year, or at least every two years. They are exhorted to give themselves to solid reading and study. They are to avoid conduct that can afford even the least suspicion of evil. They are not to bring an action against another cleric before a civil tribunal about temporal matters without written permission of the bishop. As to ecclesiastical affairs, they are to remember that judgment pertains only to the church authorities. (ix) Of regulars. The provisions of the papal constitution "Romanos Pontifices" are extended to the United States. This constitution treats of the exemption of regulars from episcopal jurisdiction; of what concerns their ministry in a diocese; and of their temporal possessions. All controversies on these subjects are to be referred to the prefect of the Propaganda. Bishops are to recur to him also in matters concerning institutes of simple vows that are not diocesan but have their own superior-general. Diocesan Institutes, even having a rule approved by the Holy See, are entirely subject to the jurisdiction of the ordinary. Bishops are to see that the laws of enclosure (*clausura*) are observed. Regulations are laid down for the ordinary and extraordinary confessors of nuns. Those who belong to religious brotherhoods, whose members are forbidden to aspire to the priesthood, may not, after leaving such congregation, be ordained for any diocese without a dispensation from Rome.

Title iii, *Of Divine Worship.*—(i) Of celebrating Mass twice on the same day. (ii) Of uniformity in feasts and fasts. In future in all dioceses of this country there are to be the following six feasts of obligation and no others: The Immaculate Conception, Christmas, Circumcision of Our Lord (New Year's Day), Ascension, Assumption, and All Saints' Day. No new dispositions are made as to fast days. (iii) Of the Lord's Day. The faithful are to be exhorted to observe it properly. (iv) Of sacred music. Profane melodies are forbidden. The music should accord with the sacredness of time and place. Psalms are not to be curtailed at Vespers. The Mass must not be interrupted by the length of the choir-singing.

Title iv, *Of the Sacraments.*—(i) Of the baptism of converts. The ritual prescribed for their reception into the Church is to be observed. (ii) Of matrimony. Catholics who marry before a sectarian minister are excommunicated. Mixed marriages are not to be contracted unless promises are given that the Catholic party is in no danger of perversion, and will strive to convert the non-Catholic party. Also that all

the children born of the union are to be brought up Catholics. No dispensation from these promises can be given.

Title v, *Of the Education of Clerics.*—(i) Preparatory seminaries should be instituted. The pupils should be taught Christian Doctrine, English, and at least one other language according to the necessities of the diocese. They must learn to speak and write Latin. Greek is also to be taught. The usual branches of profane learning, not omitting the natural sciences, as well as music and the Gregorian chant are to be part of the curriculum. (ii) Of the greater seminaries. Judgment must be exercised in admitting aspirants to the priesthood and they must be zealously formed to virtue and learning. Two years are to be devoted to a philosophical and four to a theological course. The faculty of theology is to embrace dogmatic and moral theology, Biblical exegesis, church history, canon law, liturgy and sacred eloquence. Great care must be taken in the selection of spiritual directors and professors for the students. Examinations are to be held semi-annually or annually in the presence of the bishop or vicar-general and the examiners of the clergy. Students are to be warned to spend their vacations in a manner becoming the clerical profession. The temporal and spiritual administration of the seminary belongs principally to the bishop; he is to be aided by two commissions, one for spirituals and one for temporals. (iii) Of the principal seminary or university. The Fathers consider the times ripe for creating a Catholic university, and for this purpose they appoint a commission. The university is to be entirely under the management of the episcopate. The bishops should, however, continue to send some of their subjects to Rome, Louvain, and Innsbruck, as the new university is intended for postgraduate theological studies. (iv) Of the examinations of the junior clergy. For five years after ordination, priests must make an annual examination in Scripture, dogmatic and moral theology, canon law, church history, and liturgy. (v) Of theological conferences. All priests having cure of souls must attend ecclesiastical meetings for the discussion of questions of doctrine and discipline. These conferences are to be held four times a year in urban and twice a year in rural districts.

Title vi, *Of the Education of Catholic Youth*, treats of (i) Catholic schools, especially parochial, viz., of their absolute necessity and the obligation of pastors to establish them. Parents must send their children to such schools unless the bishop should judge the reason for sending them elsewhere to be sufficient. Ways and means are also considered for making the parochial schools more efficient. It is desirable that these schools be free. (ii) Every effort must be made to have suitable schools of higher education for Catholic youth.

Title vii, *Of Christian Doctrine.*—(i) Of the office of preaching. (ii) A commission is appointed to prepare a catechism for general use. When published it is to be obligatory. (iii) Of prayer books. (iv) Of books and newspapers. While objectionable writings are to be condemned, Catholics should oppose them also by orthodox newspapers and books.

Title viii, *Of Zeal for Souls.*—(i) Immigrants should be instructed by priests of their own language. (ii) A commission is appointed to aid the missions among Indians and Negroes. (iii) Censures against secret societies are to be made known to the faithful. If Rome has not condemned a particular society by name, it will belong only to a commission consisting of the archbishops of the country to decide whether it falls under the laws of forbidden organizations or not. If they cannot agree, the matter is to be referred to Rome. On the other hand, Catholic societies, especially those of temperance, are to be encouraged.

Title ix, *Of Church Property.*—(i) The Church's right to hold property. (ii) The bishop is the guardian and supreme administrator of all diocesan property. (iii) Priests are diligently to guard parochial property under the direction of the bishop. If they do not request their salary at the proper time, they are supposed to have renounced their right to it. (iv) In choosing lay trustees only those members of the congregation have a voice, who, being twenty-one years of age, have fulfilled the paschal precept, have paid for a seat in the church during the past year, have sent their children to Catholic schools and belong to no prohibited society. The pastor is ex officio president of the board of trustees. (v) In all churches some seats must be set aside for the poor. Abuses incident to picnics, excursions, and fairs are to be guarded against. Balls are not to be given for religious purposes. It is a detestable abuse to refuse the sacraments to those who will not contribute to collections. Bishops are to determine the stipend proper for ecclesiastical ministries. Foreign priests or religious cannot solicit alms in a diocese without the consent of the ordinary.

Title x, *Of Ecclesiastical Trials.*—(i) Every diocese is to have an episcopal tribunal. (ii) Its officials for disciplinary cases are to be a judge, fiscal procurator or diocesan attorney, attorney for the accused, and a chancellor. To those may be added an auditor, a notary, and apparitors. For matrimonial cases the officials are to be an auditor, defender of the marriage tie, and a notary. The interested parties may also employ advocates. (iii) In criminal causes, the bishop, according as the law and case demand, may proceed either extra-judicially or judicially. This chapter describes the method to be employed in both instances.

Title xi, *Of Ecclesiastical Sepulture.*—Cemeteries should be properly cared for.

Title xii. The decrees of this council are binding as soon as they are promulgated by the Delegate Apostolic. At the request of the Fathers, the Holy See permitted the celebration in the United States of the feasts of St. Philip of Jesus, St. Turibius, and St. Francis Solano. It also granted to the bishops, under certain conditions, the power of alienating church goods without previously referring each case to Rome. The Fathers of this council signed the postulation for the introduction of the cause of beatification of Isaac Jogues and René Goupil, martyrs of the Society of Jesus, and of Catherine Tegakwita, an Iroquois virgin. This Third Plenary Council exhibits the actual canon law of the Church in the United States.

*Acta et Decreta Conc. Plen. I* (Baltimore, 1853); *Acta et Decreta Conc. Plen. II* (Baltimore, 1868); SMITH, *Notes on Second Plenary Council* (New York, 1874); *Acta et Decreta Conc. Plen. III* (Baltimore, 1886); NILLES, *Commentaria in Conc. Plen. III* (Innsbruck, 1888);

WILLIAM H. W. FANNING.

**Baltimore**, PROVINCIAL COUNCILS OF.—These councils have a unique importance for the Church in the United States, inasmuch as the earlier ones legislated for practically the whole territory of the Republic, and furnished moreover a norm for all the later provincial councils of the country. This article touches on only those parts of the legislation which may seem in any way to individualize the discipline of the Church in the United States or depict the peculiar needs and difficulties of its nascent period.

I. The First Provincial Council was held in 1829 and was attended by one archbishop and four bishops. Its decrees refer to the enactments of two previous conventions which may be summarized briefly. Bishop Carroll's Diocesan Synod of 1791 decreed: (No. 3) The ceremonies of baptism need not be

supplied for converted heretics who had been previously validly baptized. (No. 4) As a rule children are not to be confirmed before the age of reason. (No. 5) The offerings of the faithful are to be divided into three parts: for the support of the pastor, the relief of the poor, and the sustentation of the church. (No. 11) The faithful are to be warned that the absolution of priests not approved by the bishop is invalid. (No. 15) None are to be married until they know the Christian Doctrine. Slaves, however, need know only the principal truths, if more cannot be acquired. (No. 16) In mixed marriages the non-Catholic must promise before witnesses to bring up the offspring of the union as Catholics. (No. 17) Hymns and prayers in the vernacular are to be encouraged at evening services. (No. 20) Catholics may work on days of obligation owing to the circumstances of place, but they must hear Mass if possible. (No. 23) The rich are to be warned that they sin grievously if, through their parsimony, pastors cannot be sustained and multiplied. (No. 24) When there is question of refusing Christian burial, the bishop must be consulted beforehand when possible.

The second series of enactments referred to are the articles concerning ecclesiastical discipline sanctioned by the common consent of the Archbishop of Baltimore and the other American bishops in 1810. The main articles are: (No. 2) Regulars should not be withdrawn from pastoral work without the consent of the bishops, if their assistance be deemed a necessity to the existence or prosperity of their missions. (No. 3) The Douay version of the Bible is to be used. (No. 5) Baptism must be conferred in the church where possible. (No. 6) If no sponsor can be obtained, private baptism only is to be administered. (No. 9) The faithful are to be warned against improper theatres, dances, and novels. (No. 10) Freemasons cannot be admitted to the sacraments.

Besides ordering the publication of these decrees along with their own synodical enactments, the fathers of the First Provincial Council decreed: (No. 1) Priests should labour in any mission assigned to them by the bishops. (No. 5) Owing to the abuses of lay trustees all future churches should be consigned to the bishop when possible. (No. 6) Trustees cannot institute or dismiss a pastor. No ecclesiastical patronage exists in this country. (No. 10) Infants of non-Catholics may be baptized if their parents promise to give them a Catholic education, but the sponsor must be a Catholic. (No. 20) In administering the sacraments and in the burial service, Latin and not English must be employed. (No. 31) A ceremonial written in English is to be drawn up. (No. 34) Catholic schools should be erected.

At one of the sessions of this council several lawyers (among them R. B. Taney, afterwards Chief Justice of the Supreme Court of the United States) gave advice to the bishops on points of American law concerning property rights and ecclesiastical courts. In addition to their decrees, the bishops asked and obtained from Rome permission to use for adults the formula of infant baptism; to consecrate baptismal water with the form approved for the missionaries of Peru, and to extend the time for fulfilling the paschal precept, i. e. from the first Sunday of Lent to Trinity Sunday.

II. The Second Council, held in 1833, was attended by one archbishop and nine bishops. The main decrees were: (No. 3) A delimitation of the American dioceses. (No. 4) A method of selecting bishops, which a later Council (Prov. VII) modified. (No. 5) Recommending the entrusting to the Jesuits of the Indian missions in the West, as also (No. 6) the missions among former American slaves, repatriated in Liberia, Africa, to the same fathers. (No. 8) Bishops are exhorted to erect ecclesiastical seminaries.

III. The Third Council in 1837 was composed of one archbishop and eight bishops. Its decrees enacted: (No. 4) Ecclesiastical property is to be secured by the best means the civil law affords. (No. 6) Ecclesiastics should not bring ecclesiastical cases before the civil tribunals. (No. 7) Priests are prohibited from soliciting money outside their own parishes. (No. 8) Pastors are warned against permitting unsuitable music at Divine worship. (No. 9) The two days following Easter and Pentecost are to be days of obligation no longer. (No. 10) Wednesdays in Advent are not to be days of fast and abstinence.

IV. The Fourth Council in 1840 issued decrees signed by one archbishop and twelve bishops as follows: (No. 1) In mixed marriages no sacred rites or vestments are to be used. (No. 5) Temperance societies are recommended to the faithful. (No. 6) Pastors are to see that those frequenting public schools do not use the Protestant version of the Bible or sing sectarian hymns. They must also employ their influence against the introduction of such practices into the public schools. (No. 8) Bishops are to control ecclesiastical property and not permit priests to hold it in their own name. Among those attending this council was the Bishop of Nancy and Toul, France, to whom the fathers granted a right to a decisive vote. A letter of consolation was sent by the council to the persecuted bishops of Poland, and another of thanks to the moderators of the Leopold Institute of Vienna, Austria.

V. In 1843, the Fifth Council was attended by one archbishop and sixteen bishops. Among its enactments were: (No. 2) Laymen may not deliver orations in churches. (No. 4) It is not expedient that the Tridentine decrees concerning clandestine matrimony be extended to places where they have not been already promulgated. (No. 5) Pastors are to be obliged to observe the law of residence. (No. 6) Priests may not borrow money for church uses without written permission of the bishop.

VI. The Sixth Council (one archbishop and twenty-two bishops attending) in 1846, decreed: (No. 1) that the Blessed Virgin Mary conceived without sin is chosen as the patron of the United States. (No. 2) Priests ordained *titulo missionis* may not enter a religious order without permission of their ordinaries. (No. 3) The canons concerning the proclaiming of the banns of matrimony are to be observed. At the request of the fathers, the Holy See sanctioned a formula to be used by the bishops in taking the oath at their consecration.

VII. In 1849 two archbishops and twenty-three bishops held the Seventh Council. The main decrees were: (No. 2) The Holy See is to be informed that the fathers think it opportune to define as a dogma the Immaculate Conception of the Blessed Virgin Mary. (No. 3) A change in the election of bishops is introduced. (No. 5) Bishops are not to give an *exeat* at the request of a priest unless it be certain that another bishop will receive him. (No. 6) Priests are forbidden to assist at the marriages of those who have already had a ceremony performed by a Protestant minister, or who intend to have such ceremony performed. (No. 7) A national council should be held in Baltimore in 1850, by Apostolic Authority. The fathers moreover petitioned the Holy See to raise New Orleans, Cincinnati, and New York to metropolitan dignity and to make a new limitation of the Provinces of Baltimore and St. Louis. They desired likewise that Baltimore should be declared the primatial see of the Republic. The pope granted the first part of the petition, but deferred acting on the question of the primacy.

VIII. The Eighth Council was assembled in 1855. One archbishop and seven bishops or their represen-

# EXHIBIT 138

App.2347

# COMPLETE WORKS

OF THE

# MOST REV. JOHN HUGHES, D.D.,

*ARCHBISHOP OF NEW YORK.*

COMPRISING HIS

## SERMONS, LETTERS, LECTURES, SPEECHES, ETC.

Carefully Compiled from the best Sources,

AND EDITED BY

LAWRENCE KEHOE.

VOL. I.

NEW YORK:
LAWRENCE KEHOE, 7 BEEKMAN STREET;
LONDON: RICHARDSON & SON, 26 PATERNOSTER ROW;
9 CAPEL STREET, DUBLIN; AND DERBY.
SAN FRANCISCO: MICHAEL FLOOD.
1866.

Generated through HathiTrust on 2026-07-07 03:58 GMT
https://hdl.handle.net/2027/coo1.ark:/13960/t6640b81w / Public Domain

Digitized by CORNELL UNIVERSITY
Original from CORNELL UNIVERSITY

App.2348



children brought up under a system of free-thinking and practical irreligion, or else see them left to that ignorance which they dread, and which it was the benevolent and wise intention of the Legislature to remove. Therefore,

1. *Resolved*, That the operation of the Common School System, as the same is now administered, is a violation of our civil and religious rights.

2. *Resolved*, That we should not be worthy of our proud distinction as Americans and American citizens, if we did not resist such invasion by every lawful means in our power.

3. *Resolved*, That in seeking the redress of our grievances, we have confidence in our rulers, more especially as by granting that redress they will but carry out the principles of the Constitution, which secures equal civil and religious rights to all.

4. *Resolved*, That a committee of eight be appointed to prepare and report an address to the Catholic community and the public at large, on the injustice which is done to the Catholics, in their civil and religious rights by the present operation of the Common School System.

5. *Resolved*, That a committee of three be appointed to prepare a report on the public moneys which have been expended by the bounty of this State for education, both in Colleges and in Common Schools, to which Catholics have contributed their proportion of taxes like other citizens, but from which they have never received any benefit.

The resolutions having been unanimously adopted collectively, the committees designated in the resolutions were then appointed by the chairman, as follows: Rt. Rev. Bishop Hughes, James W. McKeon, Thomas O'Connor, Dr. Sweeney, James W. White, James Kelley, Gregory Dillon, B. O'Connor, John McLoughlin: C. F. Grim, James W. McKeon.

---

# ADDRESS

## OF THE CATHOLICS TO THEIR FELLOW CITIZENS OF THE CITY AND STATE OF NEW YORK.

---

## Speech of Right Rev. Bishop Hughes.

A GENERAL meeting of the Catholics of New York was held in the basement of St. James' Church, James street, on Monday, August 10, 1840, on the subject of Common School Education, and the claim of the Catholics to a portion of the Common School Fund. The meeting was very numerously attended. Thomas O'Connor, Esq., was again called to the chair, and the secretaries of the previous meetings were also re-elected.

Generated through HathiTrust on 2026-07-07 03:58 GMT https://hdl.handle.net/2027/coo1.ark:/13960/t6640b81w / Public Domain

Digitized by CORNELL UNIVERSITY Original from CORNELL UNIVERSITY

App.2349



The Right Reverend Bishop Hughes, having entered the room accompanied by a numerous body of the clergy, was received with enthusiastic plaudits. He then, as the chairman of the committee appointed by the last meeting to prepare an address to the public on the subject which those meetings were convened to discuss, came forward and said, the object they had in view, in drafting and adopting a report, was that the public at large might be informed of the nature of their pretensions, and of the grievances of which they complained, in order that if there were in the public a sympathetic response to their cry for justice, it might come forth. For himself he had but little doubt of the issue, for he had great confidence in the public justice. And whatever might be the conduct of the editors of the daily journals, and of others who were but obscurely informed, or who but darkly understood the nature of their position, he still hoped that when they comprehended thoroughly the ground on which Catholics stood, they would not persevere in the course of which their venerable chairman so justly complained. [Applause.] With the permission of the meeting, he would then read the draft of the report which was about to be submitted to them. The Right Reverend Prelate then read the following address, which was received with responsive cheers throughout:

## ADDRESS

*Of the Roman Catholics, to their Fellow Citizens of the City and State of New York.*

FELLOW CITIZENS:

We, the Roman Catholics of the City of New York, feeling that both our civil and religious rights are abridged and injuriously affected by the operation of the Common School System, and by the construction which the Common Council have lately put on the laws authorizing that system, beg leave to state our grievances, with the deepest confidence in the justice of the American character; that if our complaints are well founded, you will assist us in obtaining the redress to which we are entitled—if they are not well founded, we are ready to abandon them.

We are Americans and American citizens. If some of us are foreigners, it is only by the accident of birth. As citizens, our ambition is to be Americans—and if we cannot be so by birth, we are so by choice and preference, which we deem an equal evidence of our affection and attachment to the Laws and Constitution of the country. But our children, for whose rights as well as our own we contend in this matter, are Americans by nativity. So that we are either, like yourselves, natives of the soil, or, like your fathers from the Eastern world, have become Americans under the sanction of the Constitution, by the birthright of selection and preference.

We hold, therefore, the same idea of our rights that you hold of

Generated through HathiTrust on 2026-07-07 03:58 GMT https://hdl.handle.net/2027/coo1.ark:/13960/t6640b81w / Public Domain

Digitized by CORNELL UNIVERSITY Original from CORNELL UNIVERSITY

App.2350



yours. We wish not to diminish yours, but only to secure and enjoy our own. Neither have we the slightest suspicion that you would wish us to be deprived of any privilege, which you claim for yourselves. If then we have suffered by the operation of the Common School System in the City of New York, it is to be imputed rather to our own supineness, than to any wish on your part that we should be aggrieved.

The intention of the Legislature of this State in appropriating public funds for the purposes of popular schools, *must have been* (whatever construction the lawyers of the Common Council put upon it) to diffuse the blessings of education among the people, without encroachment on the civil and religious rights of the citizens. It was, *it must have been*, to have implanted in the minds of youth, principles of knowledge and virtue, which would secure to the State a future population of enlightened and virtuous, instead of ignorant and vicious members.

This was certainly their general intention, and no other would have justified their bountiful appropriation of the public funds. But in carrying out the measure, this patriotic and wise intention has been lost sight of; and in the City of New York, at least, under the late arbitrary determination of the present Common Council, such intention of the legislature is not only disregarded, but the high public ends to which it was directed, are manifestly being defeated. Here knowledge, according to the late decision, mere secular knowledge, is what we are to understand by education, in the sense of the legislature of New York. And if you should allow the smallest ray of religion to enter the school-room; if you should teach the children that there is an eye that sees every wicked thought, that there is a God, a state of rewards and punishment beyond this life; then, according to the decision of the Common Council, you forfeit all claim to the bounty of the State, although your scholars should have become as learned as Newton, or wise as Socrates. Is then, we would ask you, fellow citizens, a practical rejection of the Christian religion in all its forms, and without the substitution of any other, the basis on which you would form the principles and character of the future citizens of this great Commonwealth? Are the meek lessons of religion and virtue, which pass from the mother's lips into the heart of her child, to be chilled and frozen by icy contact with a system of education thus interpreted?

Is enlightened villainy so precious in the public eye, that science is to be cultivated whilst virtue is neglected, and religion, its only adequate groundwork, is formally and authoritatively proscribed? Is it your wish that vice should thus be elevated from its low and natural companionship with ignorance, and be married to knowledge imparted at the public expense?

We do not say that even the Common Council profess to require that the Christian religion should be excluded from the Common Schools. They only contend that the inculcation of each or any of its doctrines would be sectarianism, and thus lest sectarianism

Generated through HathiTrust on 2026-07-07 03:58 GMT https://hdl.handle.net/2027/coo1.ark:/13960/t6640b81w / Public Domain
Digitized by CORNELL UNIVERSITY Original from CORNELL UNIVERSITY

App.2351



should be admitted Christianity is substantially excluded. Christianity in this country is made up of the different creeds of the various denominations, and since all these creeds are proscribed, the Christian religion necessarily is banished from the hall of public education.

The objections which we have thus far stated, fellow citizens, ought to appear to you, in our opinion, as strong to you as they do to us. For though we may differ in our definition of the religion of Christ, still we all generally profess to believe, to revere it, as the foundation of moral virtue and of social happiness. Now we know of no fixed principle of infidelity, except in the *negation* of the Christian religion? The adherents of this principle may differ in other points of skepticism, but in rejecting Christianity they are united. Their confession of faith is a belief in the *negative* of Christianity—but they reject it *in toto*—whilst the Common School rejects it only in all its several parts, under the name of Sectarianism.

It is manifest, therefore, that the Public School System of the City of New York, is entirely favorable to the sectarianism of infidelity, and opposed only to that of positive Christianity. And is it your wish, fellow citizens, is it your wish more than ours, that infidelity should have a predominancy and advantages, in the public schools, which are denied to Christianity? Is it your wish that your children should be brought up under a system of education so called, which shall detach them from the Christian belief which you profess, whatever it may be—and prepare them for initiation into the mysteries of Fanny Wrightism, or any other scheme of infidelity which may come in their way? Are you willing that your children, educated at your expense, shall be educated on a principle *antagonist* to the Christian religion? that you shall have the toil and labor of cultivating the ground, and sowing the seed, in order that infidelity may reap the harvest.

With us it is matter of surprise that conscientious persons of all Christian denominations have not been struck with this bad feature of the system as understood by the Common Council. A new sectarianism antagonist to all *Christian* sects has been generated in, not the common schools, as the State originally understood the term, but in the *public* schools of the Public School Society; this new sectarianism is adopted by the Common Council of the City, and is supported, *to the exclusion of all others*, at the public expense. Have the conscientious Methodists, Episcopalians, Baptists, Luthera[illegible] and others, no scruples of conscience at seeing their children the children of their poor brought up under this new sectari[illegible] It is not for us to say, but for ourselves we can speak. And w[illegible] not be parties to such a system, except by legal compulsio[illegible] against conscience.

Let us not be mistaken. We do not deny to infidels for unbelief any rights to which any other citizen is entitled.

But we hold that the Common School System as it has been lately interpreted by the Common Council of the City, necessarily trans-

Generated through HathiTrust on 2026-07-07 03:58 GMT https://hdl.handle.net/2027/coo1.ark:/13960/t6640b81w / Public Domain

Digitized by CORNELL UNIVERSITY Original from CORNELL UNIVERSITY

App.2352



York convinced us that we could not discharge our conscientious duty to our offspring, if we allowed them to be brought up under the influence of the irreligious principles on which those schools are conducted, and to some of which we have already alluded. But besides these, there were other grounds of distrust and danger which soon forced on us the conclusion that the benefits of public education were not for *us*. Besides the introduction of the Holy Scriptures without note or comment, with the prevailing theory that from these even children are to get their notions of religion, contrary to our principles, there were in the class books of those schools false (as we believe) historical statements respecting the men and things of past times calculated to fill the minds of our children with errors of fact, and at the same time to excite in them prejudice against the religion of their parents and guardians. These passages were not considered as sectarian, inasmuch as they had been selected as mere reading lessons, and were not in *favor* of any particular sect, but merely *against* the Catholics. We feel it is unjust that such passages should be taught at all in schools, to the support of which we are contributors as well as others. But that such books should be put into the hands of *our own* children, and that in part at our own expense, was in our opinion unjust, unnatural, and at all events to us intolerable. Accordingly, through very great additional sacrifices, we have been obliged to provide schools, under our churches and elsewhere, in which to educate our children as our conscientious duty required. This we have done to the number of some thousands for several years past, during all of which time we have been obliged to pay taxes; and we feel it unjust and oppressive that whilst we educate our children, as well we contend as they would be at the public schools, we are denied our portion of the school fund, simply because we at the same time endeavor to train them up in principles of virtue and religion. This we feel to be unjust and unequal. For we pay taxes in proportion to our numbers, as other citizens. We are supposed to be from one hundred and fifty to two hundred thousand in the State.

And although most of us are poor, still the poorest man amongst us is obliged to pay taxes, from the sweat of his brow, in the rent of his room or little tenement. Is it not then hard and unjust that such a man cannot have the benefit of education for his child without sacrificing the rights of his religion and conscience? He sends his child to a school under the protection of his Church, in which these rights will be secure. But he has to support this school also. In Ireland he was compelled to support a church hostile to his religion, and here he is compelled to support schools in which his religion fares but little better, and to support his own school besides.

Is this state of things, fellow-citizens, and especially Americans, is this state of things worthy of *you*, worthy of our country, worthy of our just and glorious constitution? Put yourself in the poor man's place, and say whether you would not despise him if he did

Generated through HathiTrust on 2026-07-07 03:58 GMT https://hdl.handle.net/2027/coo1.ark:/13960/t6640b81w / Public Domain
Digitized by CORNELL UNIVERSITY Original from CORNELL UNIVERSITY

App.2353



not labor by every lawful means to emancipate himself from this bondage. He has to pay double taxation for the education of his child, one to the misinterpreted law of the land, and another to his conscience. He sees his child going to school with perhaps only the fragment of a worn-out book, thinly clad, and its bare feet on the frozen pavement; whereas, if he had his rights he could improve the clothing, he could get better books, and have his child better taught than it is possible in actual circumstances.

Nothing can be more false than some statements of our motives, which have been put forth against us.

It has been asserted that we seek our share of the school funds for the support and advance of our religion.

We beg to assure you with respect that we would scorn to support or advance our religion at any other than our own expense. But we are unwilling to pay taxes for the purpose of destroying our religion in the minds of our children. This points out the sole difference between what we seek and what some narrow-minded or misinformed journals have accused us of seeking.

If the public schools could have been constituted on a principle which would have secured a perfect NEUTRALITY of influence on the subject of religion, then we should have no reason to complain. But this has not been done, and we respectfully submit that it is impossible. The cold indifference with which it is required that all religion shall be treated in those schools—the Scriptures without note or comment—the selection of passages, as reading lessons, from Protestants and prejudiced authors, on points in which our creed is supposed to be involved—the comments of the teacher, of which the Commissioners cannot be cognizant—the school libraries, stuffed with sectarian works against us—form against our religion a combination of influences prejudicial to our religion, and to whose action it would be criminal in us to expose our children at such an age.

Such, fellow-citizens, is a statement of the reasons of our opposition to the public schools, and the unjust and unequal grievances of which we complain.

You can judge of our rights by your own. You cannot be expected to know our religion; many of you have, no doubt, strong prejudices against it, which we are fain to ascribe precisely to the circumstance of your not having had an opportunity to know it.

But notwithstanding your prejudices, and your disapproval of our faith, we have confidence in your high principles of justice, under the sanction of our common constitution, which secures equal religious and civil rights to all. Put yourselves in our situation, and say whether it is just, or equal, or constitutional, that whereas we are contributors to the public fund, we shall be excluded from our share of benefit in their expenditure, unless we submit to the arbitrary and irreligious conditions of the Common Council, and thereby violate our rights of conscience?

Our religion is dear to us; for in the hearts of many of us it is connected with the history of our fathers' sufferings, and our own.

Generated through HathiTrust on 2026-07-07 03:58 GMT
https://hdl.handle.net/2027/coo1.ark:/13960/t6640b81w / Public Domain

Digitized by CORNELL UNIVERSITY
Original from CORNELL UNIVERSITY

App.2354



Education is dear to us, for the tyrants who wished to enslave our ancestors and us, made it felony for the schoolmaster to come among us, unless he were the avowed enemy of our creed.

We seek for nothing but what we conceive to be our rights, and which can be granted without violating or abridging the principles of any other denomination or individual breathing. They may be refused as they have been. If they should, neither shall we yet suffer our children to receive the anti-religious education of the public schools, nor shall we kiss the hand that fixes a blot on the Constitution by oppressively denying our just claims.

What do we contend for? Simply that our children shall be educated apart from these influences. We CONTEND FOR LIBERTY OF CONSCIENCE AND FREEDOM OF EDUCATION. We hold that the laws of nature, of religion, and the very Constitution of the country, secure to parents the right of superintending the education of their own children.

This right we contend for, but we have hitherto been obliged to exercise it under the unjust disadvantages of double taxation. If the State, considering our children as its own, grants money for their education, are we not entitled to our portion of it, when we perform the services which are required.

It appears not, according to the decisions of the Common Council, unless we send our children to schools in which our religious rights are to be violated, and our offspring qualified to pass over to the thickening ranks of infidelity. This shall not be; much as we dread ignorance, we dread this much more.

If justice were done us, we could increase the number of our teachers to a proportion corresponding with the number of children. We could improve our means of teaching; we could bring our children out of the damp basements of our Churches into the pure air of better localities. In a word, give us our just proportion of the Common School Fund, and if we do not give as good an education, *apart from religious instruction*, as is given in the public schools, to one third a larger number of children for the same money, we are willing to renounce our just claim. Let the proper authorities appoint any test of improvement that shall be general, and we shall abide by it. Neither do we desire that any children shall attend our schools, except those of our own communion; although so far as *we* are concerned they shall be open to all.

In a country like this it is the interest of all to protect the guaranteed rights of each. Should the professors of some weak or unpopular religion be oppressed to-day, the experiment may be repeated to-morrow on some other. Every successful attempt in that way will embolden the spirit of encroachment, and diminish the power of resistance; and in such an event the monopolizers of education, after having discharged the office of public tutor, may find it convenient to assume that of public preacher. The transition will not be found difficult or unnatural from the idea of a common school, to that of a common religion, from which, of course, in order to make

Generated through HathiTrust on 2026-07-07 03:58 GMT https://hdl.handle.net/2027/coo1.ark:/13960/t6640b81w / Public Domain
Digitized by CORNELL UNIVERSITY
Original from CORNELL UNIVERSITY

App.2355



it popular, all Christian sectarianism will be carefully excluded. Resist the beginnings, is a wise maxim in the preservation of rights.

Should the American people ever stand by and tolerate the open and authoritative violation of their *Magna Charta*, then the Republic will have seen the end of its days of glory.

The friends of liberty throughout the civilized world will fold their hands in grief and despair. The tyrants of the earth will point to the flag which your fathers planted, and cry, Ha! ha! The nations from afar will gaze upon it, and behold with astonishment its bright stars faded and its stripes turned into scorpions.

After reading the address, the Right Rev. Prelate said, as he had had some connection with the drawing up of the address, it might be proper that he should mention some of the circumstances authorizing the language adopted in it. An idea appeared to prevail that because the schools to which a desire was manifested to compel them, as it were, to send their children, were called "public schools," they belonged to everybody. Now they spoke of a "public square" as of something that was public; and, in ordinary phraseology, "public schools" would be schools belonging to the State; but, if they conceived that idea of the public schools in question, they were mistaken. What belonged to the State belonged to the people of the State, and what belonged to the city belonged to the people of the city; but here these schools belonged to a private incorporated Society, and from the commencement they had changed their character as much as it was possible for them to change. For what purpose does the first charter of this incorporated Public School Society purport to have been given? They had read the language of the report drawn up by the Common Council, in which it was stated that anything sectarian or religious in the instruction given in a school was a disqualification, and cut off that school from all participation in the Common School Fund; but this was not the language of the charter by which the Public School Society was incorporated; for in that it was recited that it was given for the education of children belonging to no known denomination, and for implanting in their minds the principles of *religion* and morality. There was no dread of sectarianism then. From that time this Public School Society, thus incorporated, passed on, step by step, enlarging their powers, and becoming favorites with the State and City authorities, until this private incorporation took charge of the children—not of no known denomination, that they might be taught religion and morality, but of all classes, and upon a principle that operated to exclude religion altogether. It was not then without authority that the language of the address was so strong on this matter. The Common Council held the doctrine that the schools to be common-schools, should be open to all, and that those branches of education, and those only, should be taught which tend to fit youth for the ordinary occupations of life. They strip it of all religion, because religion has reference to a *future* state; and to make the system



Generated through HathiTrust on 2026-07-07 03:58 GMT https://hdl.handle.net/2027/coo1.ark:/13960/t6640b81w / Public Domain
Digitized by CORNELL UNIVERSITY
Original from CORNELL UNIVERSITY

App.2356



common, they profess to provide for the education of Mohammedans and Jews, without violating religious belief. Well, but Catholics, as has been repeatedly and abundantly shown, could not send their children to those schools without violating their religious belief, and he thought they ought to have the privilege that was so bountifully provided for the Mohammedan. [Applause.] But notwithstanding the professions made, this system, so full is it of inconsistency as well as mischief, did not exclude religious teaching, for the Scriptures were read, and that was one form of religion, and many people thought it sufficient for all purposes. But all the teaching the State had in view, according to the construction of the Common Council, was confined to what would make man useful in this life; that is, make him an intellectual and mechanical *machine*. Now he did not understand that a man would not be equally well qualified to become a good mechanic, if he understood the Christian religion, or that to blend religion with his secular knowledge would disqualify him for usefulness in this life. [Applause.] Oh! but only get him to read Mr. Hume's chapter, entitled the "*Execution of Cranmer*," Dr. Robertson's "*Character of Martin Luther*," the little innocent story of "Phelim Maghee," and the "Irish Heart," and then he would make an excellent mechanic. [Laughter.] He had made these few observations merely to show that these schools did not belong to the public, in the common sense of the term, but to a private corporation which had received a vast deal of the public money, and still continued to receive it, while they who contributed that money were deprived of the benefits which the State intended it should confer, and they, in consequence, were obliged again to contribute to the education of their children in another form. [Great applause.[

The Right Rev. Bishop Hughes counseled them, while they joined to obtain their just demands in reference to this Common School System, to be good citizens in all the relations of life, and to be kind and charitable in the world, and thereby throw suspicion on the minds of even their enemies of the truth of the ridiculous and absurd tales told of them in the books which were now read in the Public Schools; but in the mean time let them withdraw their children from their bad influence. [Great applause.]

---

## Meeting in the Basement of St. James' Church, August 24, 1840.

Pursuant to adjournment, another crowded meeting of Catholics was held in the basement of St. James' Church, James street, on the evening of Monday, August 24, on the subject of their claim to a portion of the Common School Fund for the education of their children. Mr. Gregory Dillon was called to the chair, and the

Generated through HathiTrust on 2026-07-07 03:58 GMT
https://hdl.handle.net/2027/cool.ark:/13960/t6640b81w / Public Domain

Digitized by CORNELL UNIVERSITY Original from CORNELL UNIVERSITY

# EXHIBIT 139

# KNOXVILLE CHARTER ACADEMY

# (KCA)

## Charter School Proposal

*Submitted by*

**IRIS EDUCATION FOUNDATION CORPORATION**

Dr. Donna Wright, Charter School Review Committee Chair
Knox County Schools
912 S. Gay Street
Knoxville, TN 37902

RECEIVED
NOV 19 2010
BY: Terry Alexander 4:17pm

November 19, 2010

Dear Dr. Wright,

Please find our revised charter school application for Knoxville Charter Academy. In our request for your and the committee's approval of the amended application, we believe we have satisfactorily addressed all major concerns. We believe in continuous improvement and are ready to further work with you with fine details during the contracting process.

We would also like to state that per Dr. McIntyre's and the review committee's recommendation of growing the governance board, the Knoxville Charter Academy Board has agreed to, and is committed to, growing the current board to seven (7) members as follows:

- Inducting one additional board member from the parents of enrolled students;
- Inducting the second additional board member by the recommendation of the Knox County Board of Education with K-8 experience.

We very much appreciate your assistance in this matter and welcome your recommendations of any candidate(s) as stated earlier.

In addition, the Knoxville Charter Academy Board is committed to determining a facility location more central to its targeted student population, and has currently identified three to five other locations, different from the ones previously submitted. We anticipate the location of these facilities will remedy most of the transportation concerns. Final structure of the transportation solution depends on many variables such as the facility location, enrolled student location distribution, as well as percentage of interested students that would be barred from attending without transportation. As soon as the facility location is finalized and students' locations and their needs are determined, Knoxville Charter Academy will strive to find the best solution for our parents. Knoxville Charter Academy is confident and assures you that transportation will not be a barrier for any interested student to attend the charter.

Further, the Knoxville Charter Academy Board agrees to request the review of the school's location by the Knox County Board of Education prior to finalization of location plans.

We respectfully request approval of our application and look forward to working with you and the county in operating a first STEM K-8 charter in Knox County.

Please do not hesitate to contact me with any questions.

Kind regards,

Suzan Mertyurek
Proposed Knoxville Charter Academy, Board President

# Charter Applicant Information Sheet

*Please type on this form or use a computer to generate the required information.*

**Name of Proposed Public Charter School**

Knoxville Charter Academy

**Proposed School Address (if known)**

**City, County, and School System in which Proposed School is Located**

Knoxville,Knox,Knox County

**Legal Name of Group (Sponsor) Applying for Charter**

Iris Education Foundation

**Primary Contact Person** Suzan Mertyurek(President)

**Address** 9501 Providence Way, Apt 138

**City** Knoxville **State** TN **Zip** 37931

**Daytime Telephone** (979) 571-3684 **Fax**( )

**Email Address** suzanmert@yahoo.com

**Proposed Grade Levels & Total Student Enrollment**

| | Grade Levels | Total Student Enrollment |
|---|---|---|
| Year One | K-5 | 228 |
| Year Two | K-6 | 272 |
| Year Three | K-7 | 316 |
| Year Four | K-8 | 360 |
| Year Five | K-8 | 360 |

**Ultimately, once all grade spans have been added, what is the proposed grade configuration of the school?** K-8

**Brief description of the proposed school's focus and mission** (2-3 sentences):

Knoxville Charter Academy's mission is to provide comprehensive learning opportunities for its students in core subjects to succeed in a nurturing, safe, and caring environment through research-based proven teaching methods and performance based accountability measures. Knoxville Charter Academy's Science and Technology concentration aligns with the recommendation of STEM Education Coalition to "alter the attitudes of young people toward careers in high tech". Programs such as Science and Technology Curriculum™ (STC), Science and Technology Concepts for Middle Schools™ (STC/MS), and Science Olympiads™ will effectively transform Knoxville Charter Academy students into future innovators and leaders.

**Signature of Primary Contact Person**____________________ **Date** September 30, 2010

# KNOXVILLE CHARTER ACADEMY

## (KCA)

**Charter School Proposal**

*Submitted by*

**IRIS EDUCATION FOUNDATION CORPORATION**

**CHARTER APPLICANT INFORMATION SHEET** .......... 5

**ASSURANCES FORM** .......... 7

**SECTION 1 - MISSION AND GOALS** .......... 9

**MISSION** .......... 9

**NEED** .......... 10

**GOALS** .......... 13

Academic Performance Goals .......... 13
Organizational Performance Goals .......... 16

**COMMITMENT TO DIVERSITY** .......... 16

**SECTION 2 – PROPOSED INSTRUCTIONAL GOALS AND METHODS** .......... 17

*Writing* .......... 23
*Literacy* .......... 24
*Professional Development* .......... 25
*Everyday Mathematics®* .......... 29
*Research* .......... 31
Social Studies and Science Education .......... 32
*Social Studies* .......... 32
*Professional Development* .......... 33
*Curriculum Design* .......... 34
*The Science and Technology for Children® (STC®)* .......... 34
Technology Instructional Approach .......... 39
*Exemplary Computer-enhanced Support* .......... 39
Laptop Program .......... 42
Connections Courses .......... 42
Visual Arts .......... 42
Music .......... 42

**MIDDLE SCHOOL CONCEPT** .......... 43

Exceptional Students (Special Needs Students) .......... 46
General Description .......... 46
*Early Identification, Evaluation and Placement* .......... 47
*Referral to Special Education* .......... 47
Students with IEP .......... 48

**STUDENT SUPPORT TEAM** .......... 49

Responses to Intervention .......... 49

**INITIAL RTI MEETING ACTIVITIES** .......... 50

**SECOND RTI MEETING ACTIVITIES** .......... 50

**THIRD RTI MEETING ACTIVITIES** .......... 51

**DECISION MAKING ALONG THE CONTINUUM OF THE INTERVENTION** .......... 51

**TIER I** .......... 51

**TIER 2** .......... 52

**TIER 3** .......... 52

**TIER 4** .......... 53

Limited English Proficient Students .......... 55




KCBOE07793

*Identification of ELL:* ..... 55
*Assessment of ESOL Status:* ..... 56
*Placement Procedures for English Language Learners:* ..... 58
*Monitoring of Exited ELLs by ESOL Personnel:* ..... 60
*Statewide Standardized Assessment* ..... 61
*Professional Development:* ..... 61
~~STUDENT SUPPORT TEAM~~ ..... 61

**~~STUDENT SUPPORT TEAM~~** ..... 62

~~RESPONSES TO INTERVENTION~~ ..... 62
MORE ON INSTRUCTIONAL METHODS ..... 62
*Project-Based Instruction* ..... 63
*Interdisciplinary Learning:* ..... 65
*Alternative Assessments:* ..... 65
*Contextual Learning (Real-life Context)* ..... 65
*Direct Instruction* ..... 66
*Higher Order Thinking* ..... 69
*Scientific Reasoning Skills* ..... 70
*Integrating Science with Non-Science Curricula* ..... 71
*Multi-sensory approach to learning* ..... 72
*Multiple Intelligences* ..... 72
EXTRACURRICULAR AND SUPPLEMENTAL EDUCATIONAL ACTIVITIES ..... 72
*Data-Driven Decision-Making* ..... 73

**ESSENTIAL CONCEPTS** ..... 74

**COLLECTING AND ANALYZING SUMMATIVE DATA** ..... 75

**SETTING MEASURABLE GOALS** ..... 76

**FOCUS AREAS FOR IMPROVEMENT** ..... 76

**SECTION 3 – EVALUATION OF STUDENT ACADEMIC ACHIEVEMENT** ..... 77

**ASSESSMENT METHODOLOGY** ..... 77

FORMATIVE ASSESSMENT ..... 80
SUMMATIVE ASSESSMENT ..... 82
REPORTING ..... 82

**DATA-DRIVEN INTERVENTION AND REMEDIATION** ..... 83

DDDM STEP I: COLLECTING AND ANALYZING ASSESSMENT DATA ..... 84
DDDM STEP II: SETTING MEASURABLE INSTRUCTIONAL GOALS ..... 87
DDDM STEP III: FREQUENT FORMATIVE ASSESSMENTS ..... 87
DDDM STEP IV: PROFESSIONAL LEARNING COMMUNITIES ..... 87
DDDM STEP V: EXECUTION OF THE INTERVENTION AND REMEDIATION PLAN ..... 88
*Tier I Intervention Program* ..... 89
*Tier 2 Intervention Program* ..... 90
*Tier 3 Intervention Program* ..... 90
ADDITIONAL STRATEGIES ..... 91
*Motivational Seminars* ..... 91
*Award Program* ..... 94
*Parent Visitations by School Teachers* ..... 94

**STUDENT RETENTION** ..... 95

**SECTION 4 – OPERATING BUDGET** ..... 96

**SECTION 5 - AUDIT METHOD** ..... 97

SECTION 6 - TIMETABLE ..... 99

SECTION 7 - GOVERNANCE AND OPERATIONAL RULES AND POLICIES ..... 107

SECTION 8 - MEMBERS OF THE GOVERNING BODY ..... 113

SECTION 9 - ADMISSION POLICIES ..... 116

SECTION 10 – STUDENT CODE OF CONDUCT ..... 120

SECTION 11 - HEALTH AND SAFETY COMPLIANCE ..... 122

SECTION 12 - EMPLOYEE QUALIFICATIONS ..... 124

HUMAN CAPITAL MANAGEMENT ..... 124

*Hiring Standards* ..... *125*
*Contribution to the KNOXVILLE CHARTER ACADEMY Mission* ..... *127*
*Hiring Process* ..... *128*
*Evaluotion of Stoff* ..... *129*

SECTION 14 - MANAGING IDLE FUNDS, PURCHASING AND TRAVEL PROCEDURES ..... 132

SECTION 15 - SCHOOL MANAGEMENT AND ADMINISTRATIVE PLAN ..... 133

*Management* ..... *133*

SECTION 16 - PROPOSED BY-LAWS ..... 136

SECTION 17 - ASSURANCE OF LIABILITY ..... 142

SECTION 18 - INSURANCE COVERAGE ..... 143

SECTION 19 - TRANSPORTATION ..... 144

SECTION 20 – FINANCIAL BASE ..... 145

SECTION 21 – FACILITIES ..... 146

APPENDICES ..... 147

APPENDIX A: OPERATING BUDGET ..... 148

APPENDIX B: AUDIT PROPOSAL ..... 182

APPENDIX C: RESUMES OF BOARD MEMBERS ..... 185

APPENDIX D: STUDENT AND PARENT HANDBOOK ..... 195

APPENDIX E: KCA GUIDELINES AND DEFINITIONS FOR HIGHLY QUALIFIED TEACHER REQUIREMENTS AND TENNESSEE QUALITY PROVISIONS OF THE NCLB ACT OF 2001 ..... 252

APPENDIX F: JOB DESCRIPTIONS ..... 283

APPENDIX ~~E~~ G: BY-LAWS ..... 302

APPENDIX ~~F~~ H: INSURANCE QUOTE ..... 314

APPENDIX ~~G~~ I: LETTER OF CREDIT ..... 316

APPENDIX ~~H~~ J: FACILITY ..... 323

# Assurances Form

*This form must be signed by a duly authorized representative of the sponsor and submitted with the application. An application will be considered incomplete if it is not accompanied by the Assurances Form signed by an authorized individual.*

As the authorized representative of the sponsor, I hereby certify that the information submitted in this application for a charter for the Knoxville Charter Academy (name of school) to be located at Knox County Schools Clusters is true to the best of my knowledge and belief; and further I understand that, if awarded a charter, the school:

1. will operate as a public, nonsectarian, non-religious public school, with control of instruction vested in the governing body of the school under the general supervision of the chartering authority and in compliance with the charter agreement and the charter school act;
2. will meet the same performance standards and requirements adopted by the state board of education for public schools;
3. will provide special education services for students as provided in Title 49, Chapter 10;
4. will follow all federal and state laws and constitutional provisions prohibiting discrimination on the basis of disability, race, creed, color, national origin, religion, ancestry, or need for special education services;
5. will follow any federal and state court orders in place in the local school district;
6. will comply with federal and state applicable health and safety standards;
7. will not be a conversion of any private, parochial, cyber-based, or home-based school;
8. will not be a cyber-based school;
9. (if conversion school) will demonstrate that parents of sixty percent of the children enrolled at a public school or sixty percent of the teachers assigned to the school have consented their support to conversion (please provide petitions as attachment);
10. will open to bid all contracts for goods and services in excess of five thousand dollars ($5,000);
11. will be subject to the provisions of Tenn. Code Ann. §12-4-101 and 12-4-102 with regard to conflicts of interest;
12. will deem meetings of the governing body as public business and be held in compliance with Title 8, Chapter 44, Part 1;
13. will employ individuals to teach who hold a license to teach in a public school in Tennessee or meet the minimum requirements for licensure as defined by the state board of education;



KCBOE07796

14. will follow state audit procedures and audit requirements;

15. will not charge tuition, unless the governing body of the charter school approves a transfer from another district to a public charter school in its district pursuant to the provisions of Tenn. Code Ann. §49-6-3003;

16. will operate on a July 1 to June 30 fiscal year and will adopt and operate under an annual budget for such fiscal year;

17. will prepare a budget in the same format as that required by the state department of education for local education agencies;

18. will maintain its accounts and records in accordance with generally accepted accounting principles and in conformance with the uniform chart of accounts and accounting requirements prescribed by the comptroller of the treasury;

19. will prepare and publish an annual financial report that encompasses all funds and includes the audited financial statements of the charter school;

20. will require any member of the governing body, employee, officer or other authorized person who receives funds, has access to funds, or has authority to make expenditures from funds, to give a surety bond in the form prescribed by Tenn. Code Ann. §8-19-101;

21. will at all times maintain all necessary and appropriate insurance coverage;

22. will be non-religious in its programs, admissions policies, governance, employment practices and all other operations, and its curriculum will be completely secular;

23. will adhere to all provisions of federal law relating to students who are limited English proficient (LEP), including Title VI of the Civil Rights Act of 1964 and the Equal Educational Opportunities Act of 1974, that are applicable to it;

24. will follow any and all federal, state, and local laws and regulations that pertain to the applicant or the operation of the charter school;

Suzan Mertyurek

**Name of Authorized Signer (Print or type)**

President, Governing

**Title of Authorized Signer**

**Signature**

September 30, 2010

**Date**

# Section 1 - Mission and Goals

***Provide a statement defining the mission and goals of the proposed public charter school.***

*Explain the mission of your proposed public charter school. Provide a clear and concise statement that defines the purposes and nature of the school. Your mission statement should in one or two sentences indicate what the school intends to do, for whom, and to what degree.*

*Explain the need for this particular school in the community it will serve and the target student population. If your school currently exists and is applying for a conversion to charter status, explain how the school will benefit from becoming a public charter school and how the conversion will more adequately meet the needs of the students being served.*

*State the goals for the proposed school. Specify in clear and measurable terms what you hope to accomplish in the areas of (1) academic performance, (2) organizational performance, and (3) other school-specific goals.*

## Mission

Knoxville Charter Academy's mission is to provide comprehensive learning opportunities for its students in core subjects to succeed in a nurturing, safe, and caring environment through research-based proven teaching methods and performance based accountability measures. Knoxville Charter Academy's Science and Technology concentration aligns with the recommendation of STEM Education Coalition to "alter the attitudes of young people toward careers in high tech". Programs such as Science and Technology Curriculum™ (STC), Science and Technology Concepts for Middle Schools™ (STC/MS), and Science Olympiads™ will effectively transform Knoxville Charter Academy students into future innovators and leaders.

The focus of Knoxville Charter Academy is to prepare its students with a foundation for challenging scientific careers so they may be able to compete in the global economy, and to create scientifically literate leadership potential. Knoxville Charter Academy's educational program will provide equal opportunities for all students and close the gap for the disadvantaged students with the proven math and science programs that work for at-risk students, as well as academically gifted students.

## Need

There is a substantial population of economically disadvantaged students in the Knox County School district. Approximately 43% of its student population is reported to be economically disadvantaged[1]. As the target population of the charter will be economically disadvantaged and at-risk students, the proposed Knoxville Charter Academy will be able to assist address the need to help educate these students.

According to a recent article[2], less than half of Knox County high school students scored 21 or higher on the ACT, in which scoring at least 21 is a highly recognized national measure of college preparedness. Knoxville Charter Academy will be committed to establishing solid foundations in core subjects, especially math and science, in its students to prepare them for high school, and ultimately college.

Knoxville Charter Academy's mission and focus strongly aligns with the goals of Knox County and the State. According to two recent articles[3], one with an interview with Knox County Superintendent, Knox County is implementing higher standards for its students and is implementing additional resources for struggling students. Parents in Knox County have also been noting the emphasis of the new curriculum in math and science[4]. The Superintendent also recognized the importance of building strong foundations in the early years of a student's education. Knoxville Charter Academy is confident it can, and looks forward to work with Knox County and the State to, achieve these increased student standards with its STEM focus.

Importantly, the Greater Knoxville area has been growing with research and technology sites[5], including Pellissippi Place in August 2010, and the Knoxville-Oak Ridge Innovation Valley,

---

1 http://knoxschools.org/modules/cms/pages.phtml?pageid=93508&sessionid=12b3367b6cca832b10c8b10319b818e3

2 http://www.metropulse.com/news/2010/sep/22/high-bar-knox-high-schools/

3 http://www.wate.com/global/story.asp?s=12987749
http://www.metropulse.com/news/2010/sep/22/high-bar-knox-high-schools/

4 http://www.wate.com/global/story.asp?s=12987749

5 http://www.knoxvillechamber.com/news/260/53/Innovation-Valley-Continues-To-Grow-as-Headquarter-Hub/

which will increasingly call for the need for qualified individuals interested in scientific and technological careers. Also, it is a well known fact that this region contributes to a skilled and technical workforce with being the home to Oak Ridge National Laboratory, the Department of Energy's largest science and energy laboratory, Y-12 National Security Complex, several private technology-based companies and the University of Tennessee-Knoxville. According to a Labor Market Assessment report by the Knoxville Chamber of Commerce, one of the key challenges in attracting companies to Knoxville, or allowing existing companies to expand, is having the basic skills workforce for the jobs the companies offer. With Knoxville Charter Academy's STEM focus and mission to prepare its students with a foundation for challenging scientific careers, it is extremely well suited to meet the need to help educate students for technical and scientific jobs that Knox County and the area offers.

The *gap of* and the *need for* STEM education has never been as evident as it is today. U.S. Congressional Research Service has reported that STEM education by emphasizing its critical importance for national security and wellbeing. In a comprehensive report on the state of STEM education to U.S. Congress, Kuenzi (2008) reports that there is a growing concern that the "United States is not preparing a sufficient number of students, teachers, and practitioners in the areas of science, technology, engineering, and mathematics (STEM)." According to his findings, the large majority of secondary school students are failing to reach proficiency in mathematics and science education. Furthermore, many students nationwide are taught by teachers lacking adequate subject matter training.[6] Once at the forefront of innovation in math, science and technology, US face a challenge to keep up with the world competition. The report to Congress (2008) further finds that:

> "...When compared to other nations, the math and science achievement of U.S. pupils and the rate of STEM degree attainment appear inconsistent with a nation considered the world leader in scientific innovation. In a recent international assessment of 15-year-old students, the U.S. ranked 28th in math literacy and 24th in science literacy. Moreover, the U.S. ranks 20th among all nations in the proportion of 24-year-olds who earn degrees in natural science or engineering."[7]

---

6 "*Science, Technology, Engineering, and Mathematics (STEM) Education: Background, Federal Policy, and Legislative Action,*" Report for Congress - CRS (Congressional Research Service), by Jeffrey J. Kuenzi, Education Policy and Domestic Social Policy Division, March 21, 2008.

7 Kuenzi, p.2.

Unfortunately, today the United States has one of the lowest rates of STEM to non-STEM degree production in the world. According to a 2006 report that was presented to Congress in 2008, STEM degrees accounted for 16.8% of all first university degrees awarded in the United States while the international average for the ratio of STEM to non-STEM degrees was 26.4% (as reflected in **Table 1**).

**Table 1: STEM Fields in the World, 2002**

| [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|
| All Regions | 9.057.193 | 2,395,238 | 26.4% |
| Asia | 3,224,593 | 1,073,369 | 33.3% |
| China | 929,598 | 484,704 | 52.1% |
| India | 750.000 | 176,036 | 23.5% |
| Japan | 548,897 | 351,299 | 64.0% |
| South Korea | 239,793 | 97,307 | 40.6% |
| Middle East | 445,488 | 104,974 | 23.6% |
| Europe | 2,682,448 | 713.274 | 26.6% |
| France | 309.009 | 83,984 | 27.2% |
| Spain | 211,979 | 55,418 | 26.1% |
| United Kingdom | 282,380 | 72,810 | 25.8% |
| Central/Eastern Europe | 1,176,898 | 319.188 | 27.1% |
| Russia | 554,814 | 183,729 | 33.1% |
| North/Central America | 1,827,226 | 341,526 | 18.7% |
| Mexico | 321,799 | 80.315 | 25.0% |
| United States | 1.305,730 | 219,175 | 16.8% |
| South America | 543.805 | 96,724 | 17.8% |
| Brazil | 395.988 | 61,281 | 15.5% |

**Source:** National Science Foundation, *Science and Engineering Indicators, 2006, Volume 1*, Arlington, VA. NSB 06-01, January 2006, Table 2-37.

Knoxville Charter Academy looks forward to assisting filling the need to better educate economically disadvantaged and at-risk students, establishing solid foundations in core subjects, especially math and science, being aligned with Knox County and State goals of higher student achievement, preparing its students with a fundamentals technical and scientific jobs, and helping narrow the gap for STEM education in Knox County.

## Goals

The ultimate goal of Knoxville Charter Academy is to provide its students an educational excellence that prepares them for long-term success. Knoxville Charter Academy's goal, after improving its students' reading and math skills, will be to build on science. Specifically, Knoxville Charter Academy hopes to accomplish the measurable academic and organizational goals listed in the following subsections. At the end of each school year, Knoxville Charter Academy shall prepare a report for the public that will include the Knoxville Charter Academy's performance in these areas and a plan with a timeline to meet the stated goals. Results of the first year will serve as a baseline for the school improvement efforts that will lead to eventual accomplishment of the goals.

### Academic Performance Goals

*Knoxville Charter Academy is subject to federal NCLB act and shall make Adequate Yearly Progress (AYP) in accordance with the official Tennessee Accountability Workbook as amended. Knoxville Charter Academy will also participate in the statewide Tennessee Comprehensive Assessment Program (TCAP) and conduct the statewide testing as required by law. In addition to making AYP, the following goals are proposed as further benchmarks to compare the Knoxville Charter Academy performance with the schools from which it will draw students:*

- ~~Knoxville Charter Academy will be in *the top 25% of schools* when compared to the non-charter public schools with similar demographics in Knox County District Schools in terms of the percentage of students who score at "proficient" or above on *TCAP Achievement Assessment in Reading* at any grade level.~~
- **Percentage of students scoring proficient or advanced on TCAP Achievement Assessment in [redacted] will be in *the top 25% among public schools* with comparable student body demographics (Comparison of the student body demographics of Knoxville Charter Academy with other schools will be made along the following subgroups of the NCLB: African American, Asian/Pacific Islander, Hispanic, Native American, White, Economically Disadvantaged, Students with Disabilities, and Limited English Proficient).**

- ~~Knoxville Charter Academy will be in *the top 25% of schools* when compared to the non-charter public schools with similar demographics in Knox County District Schools in terms of the percentage of students who score at "proficient" or above on *TCAP Achievement Assessment in Language Arts* at any grade level.~~
- **Percentage of students scoring proficient or advanced on TCAP Achievement Assessment in [redacted] will be in *the top 25% among public schools* with comparable student body demographics (Comparison of the student body demographics of Knoxville Charter Academy with other schools will be made along the following subgroups of the NCLB: African American, Asian/Pacific Islander, Hispanic, Native American, White, Economically Disadvantaged, Students with Disabilities, and Limited English Proficient).**
- ~~Knoxville Charter Academy will be in *the top 25% of schools* when compared to the non-charter public schools with similar demographics in Knox County District Schools in terms of the percentage of students who score at "proficient" or above on *TCAP Achievement Assessment in Math* at any grade level.~~
- **Percentage of students scoring proficient or advanced on TCAP Achievement Assessment in [redacted] will be in *the top 25% among public schools* with comparable student body demographics (Comparison of the student body demographics of Knoxville Charter Academy with other schools will be made along the following subgroups of the NCLB: African American, Asian/Pacific Islander, Hispanic, Native American, White, Economically Disadvantaged, Students with Disabilities, and Limited English Proficient).**
- ~~Knoxville Charter Academy will be in *the top 25% of schools* when compared to the non-charter public schools with similar demographics in Knox County District Schools in terms of the percentage of students who score at "proficient" or above on *TCAP Achievement Assessment in Science* at any grade level.~~
- **Percentage of students scoring proficient or advanced on TCAP Achievement Assessment in [redacted] will be in *the top 25% among public schools* with comparable student body demographics (Comparison of the**

**student body demographics of Knoxville Charter Academy with other schools will be made along the following subgroups of the NCLB: African American, Asian/Pacific Islander, Hispanic, Native American, White, Economically Disadvantaged, Students with Disabilities, and Limited English Proficient).**

- ~~Knoxville Charter Academy will be in *the top 25% of schools* when compared to the non-charter public schools with similar demographics in Knox County District Schools in terms of the percentage of students who score at "proficient" or above on *TCAP Achievement Assessment in **Social Studies*** at any grade level.~~
- **Percentage of students scoring proficient or advanced on TCAP Achievement Assessment in [redacted] will be in *the top 25% among public schools* with comparable student body demographics (Comparison of the student body demographics of Knoxville Charter Academy with other schools will be made along the following subgroups of the NCLB: African American, Asian/Pacific Islander, Hispanic, Native American, White, Economically Disadvantaged, Students with Disabilities, and Limited English Proficient).**
- ~~Knoxville Charter Academy will be in *the top 25% of schools* when compared to the non-charter public schools with similar demographics in Knox County District Schools in terms of the percentage of students who score competent or above on *TCAP **Writing** Assessment at grades 5 and 8.*~~
- **Percentage of students scoring proficient or advanced on TCAP Achievement Assessment in [redacted] will be in *the top 25% among public schools* with comparable student body demographics (Comparison of the student body demographics of Knoxville Charter Academy with other schools will be made along the following subgroups of the NCLB: African American, Asian/Pacific Islander, Hispanic, Native American, White, Economically Disadvantaged, Students with Disabilities, and Limited English Proficient).**

## Organizational Performance Goals

Knoxville Charter Academy's organizational goals are to provide structural and sequential growth with the support of various strategies. Knoxville Charter Academy aims to

- Increase parent involved activities that will boost the success of school in both academia and community as measured by the participation numbers to the school activities during the year.
- Increased teaching support of children through extended extracurricular activities as measured by the number of hours offered in such activities.
- Increased professional training that will help staying current as measured by the number of hours of training per teacher.
- Create safe learning environment as measured by number of disciplinary incidents
- Foster shared decision making environment in the lives of school community as measured by the number of members of the Parent Organization and/or the school committees.
- Maintain a satisfying work conditions for all staff members as measured by the school staff surveys. Satisfaction percentage will be at least 80%.
- Obtain accreditation by the SACS in the first three years.

## Commitment to Diversity

Knoxville Charter Academy is committed to educating all of its students to their maximum potential, including instilling a respect to diversity. Knoxville Charter Academy will aim to teach respect towards the differences in students and staff from widely diverse social, economic, cultural, linguistic, intellectual, racial, educational, and religious backgrounds.

# Section 2 – Proposed Instructional Goals and Methods

***Detail the proposed instructional goals and methods for the school, which, at a minimum, shall include teaching and classroom instruction methods that will be used to provide students with the knowledge, proficiency, and skills needed to reach the goals of the school.***

*Provide a general description of the teaching and classroom instruction methods that will be used by the proposed school. Explain the theory and research base supporting these approaches to educating the target population.*

*Describe the school's curriculum by summarizing the levels of knowledge, proficiency and skill expected to be achieved by students in core subject areas at each grade level. Demonstrate how the school's curriculum meets state content standards. Explain how your school will educate children with special needs. Provide details about how limited English proficient learners, disabled students, and at-risk students will benefit from your proposed teaching and classroom instruction methods.*

Tennessee State Standards (TSS)[8] will be the minimum curriculum standards/objectives throughout the term of the charter. However, the school shall not be restricted, in that, whenever deemed necessary by the school administration, extra elements may be introduced to any courses offered at the school.

Knoxville Charter Academy will utilize the following innovative research based core programs to improve student achievement: Everyday Math, Houghton- Mifflin Language Arts basal program for K-5, Writer's Choice: Grammar and Composition, Holt Elements of Literature (Middle School), Introductory Course Science and Technology for Children (STC®). All of these programs are research based, nationally recognized, and inquiry based instructional models that are proven to work in diverse populations with different needs.

Knoxville Charter Academy teaching staff will use the best practices in their field to increase student achievement. In addition to general adherence to current best practices, Knoxville Charter Academy instruction will be blended with the following instructional methods:

- Scientific Reasoning Skills

---

[8] http://www.tn.gov/education/curriculum.shtml

- Inquiry-Based Curriculum
- Integrating Science with Non-Science Curricula
- Language-Based Approach
- Multi-sensory Approach to Learning
- Multiple Intelligences

Additionally, the following strategies will also be used as they become relevant during the course of teaching:

- Project-Based Instruction
- Interdisciplinary Learning
- Alternative Assessments
- Contextual Learning (Real-life Context)
- Direct Instruction
- Higher Order Thinking
- Self Directed Learning with Technology
- Exemplary Computer-enhanced Support
- Data-Driven Decision-Making

The teaching staff will be trained in their respective programs and will be supported throughout the year on an ongoing basis to promote increased student achievement.

At Knoxville Charter Academy lower grades (grades Kindergarten through 3), the instruction will be carried out by classroom teachers, where all students in upper grades (grades 4 and 5) will receive instruction from subject teachers in Language Arts, Math, Science and Social Studies. This will allow teachers to concentrate in core subjects they teach to help diverse students achieve their maximum potential and ensure their readiness for a more challenging curriculum in middle school.

**Knoxville Charter Academy proposes a solid ground of academic programs in mathematics and, science education with integrating technology to enable students to understand, appreciate and be successful in STEM subjects. The school purpose section indicates the importance of STEM education and the current promotion of STEM**

**education in a national level. Steven C. Beering, the Chairman of the National Science Board, in a letter to Barack Obama states, "Our national economic prosperity and security require that we remain a world leader in science and technology." We believe that with wholehearted curiosity, elementary level students are generally eager and excited to learn about STEM topics. With systematic and well-rounded academic programs in mathematics, science, and computer science, students at Knoxville Charter Academy will get early exposure, systematic hands on and mind on approach for excelling as they develop STEM-related knowledge and competencies through programs STC and Everyday Mathematics. Both STC and Everyday Mathematics are proven to be successful programs and aligned with Tennessee State Standards.[9]**

**Many times, however, due to the constraints of time, it is often challenging for an elementary teacher to find adequate time and resources to plan a meaningful STEM integrated lessons. At Knoxville Charter Academy, teachers will be given plentiful opportunities for collaboration, professional developments to develop meaningful, cognitively age appropriate STEM lessons. Moreover, at Knoxville Charter Academy allocated time for math and science instruction and education will be subsequently longer than compared to other schools. Research shows that it is important to expose children to STEM topics at an early age, and reinforce these concepts steadily throughout the entire K-12 experience.[10]**

---

[9] http://www.carolinacurriculum.com/services/states/TN/pdfs/science/tn.pdf

[10] Journal of Technology and Children, STEM Topics in Elementary Education, September 2009, pp. 14-16.

## Language Arts

Knoxville Charter Academy students will achieve proficiency in Language Arts including proficiency in reading, writing, speaking and literacy competence at all grade levels, as mandated by Tennessee State Standards and measured performance by state/national standardized tests and students portfolios.[11]

Knoxville Charter Academy will adopt the Houghton-Mifflin Basal language arts program. Houghton Mifflin is a research-proven program that provides students with explicit instruction that focuses on phonics, word learning activities, the use of leveled books, ongoing assessments (Emerging Literacy Survey, grades K-1; Phonics/Decoding Screening Test, grades 1-6; Leveled Reading Passages Assessment, grades K-6; Lexia Quick Phonics Assessment, Theme Skills Test, Spiral Reviews, and observation checklists in the Teacher's Assessment Handbook), reading fluency, oral reading skills, and the development of independent reading. Its framework also includes fluency instruction, screening instruments, student practice lessons, text comprehension instruction, coordinated instructional sequences, and ample opportunities for students to practice what they have learned. This core series contains tools for progress monitoring, data management, safety-net interventions, sound instructional materials, and significant professional development support.

An uninterrupted 90 min reading block for core reading instruction and additional time for immediate intensive intervention is an expectation in all elementary classrooms.

In Language Arts, Knoxville Charter Academy students will develop the reading skills necessary for word recognition, comprehension, interpretation, analysis, evaluation, and appreciation of the written text. The student will also develop the structural and creative skills necessary to produce written language that can be read and interpreted by various audiences. Additionally, the student will use, read, and view media/technology and analyze content and concepts accurately and will express ideas clearly and effectively in a variety of oral contexts and apply active listening skills in the analysis and evaluation of spoken ideas as stated by grade level Tennessee State Standards.

---

11 http://www.tn.gov/education/ci/english/doc/ENG_Preface_more.pdf

Knoxville Charter Academy teachers will use the following research based strategies to increase student motivation toward literacy:

*Strategy Instruction:* Teach students to monitor their own literacy practices, to look for information, to interpret literature, and to draw on their own prior knowledge enhances motivation.

*Diverse Texts:* Sustained experience with diverse texts in a variety of genres that offer multiple perspectives on life experiences can enhance motivation, particularly if texts include electronic and visual media.

*Self-selection of Texts:* Many texts must be read in common by an entire class, as the curriculum dictates, but allowing some discretion for students to choose their own texts increases motivation, especially because these selections can help students make connections between texts and their own worlds. Of course, reading self-selected texts also increases reading fluency, or the ability to read quickly and accurately.

***Comprehension***

Literacy instruction at Knoxville Charter Academy will pay special attention to students' ability to comprehend what they read. Research-based strategies that are available to support such learning are as follows.

*Vocabulary Development:* Reading, writing, speaking, and listening can all contribute to vocabulary development. Since each discipline has its own vocabulary, students need both direct and indirect instruction to actively learn new words.

*Discussion-based Approaches:* Making meaning from texts is crucial to reading comprehension, and focused discussions about academic texts can help students learn to read better at the same time that they learn more about a specific field. Strategies like reciprocal teaching, question generating, and summarizing can foster productive discussions.

***Critical Thinking***

Knoxville Charter Academy literacy instruction will lead students to think deeply about texts and use them to generate ideas and knowledge. Students will be taught to think about their own thinking, to understand how texts are organized, to consider relationships between texts, and to comprehend complexities.

- *Self-monitoring:* Focused instruction can teach students how to consider their own understandings of a text and learn how to proceed when their understanding fails.
- Interpretation and Analysis: A successful program of literacy education enables students to dissect, deconstruct, and re-construct texts as they engage in meaning making.
- *Multi-disciplinary:* Critical thinking takes slightly different form in each discipline, and effective instruction for adolescent literacy helps students develop capacities for critical thinking in each discipline.

Teachers at Knoxville Charter Academy will further provide effective reading instruction by[12]:

- Carefully observing each student's reading in multiple contexts in order to provide appropriate instruction and monitor progress.
- Teaching students about reading within the context of authentic reading using texts with authentic language.
- Reading to students daily using a variety of text types, including various types of fiction and non-fiction and multicultural literature, on a variety of topics to build their students' familiarity with written language and their background knowledge on a variety of topics.
- Using a variety of instructional groupings, including whole group, small group and individual instruction, to provide multiple learning experiences.
- Using multiple instructional methods such as shared reading, guided reading, and literature discussion circles, as appropriate for their students.
- Teaching before-, during-, and after-reading strategies for constructing meaning of written language, including demonstrations and think alouds.
- Encouraging students to use effective reading strategies such as self-monitoring for meaning and self-correcting when meaning breaks down.
- Providing specific feedback to students to support their reading development.
- Providing opportunities for inquiry and language study, including vocabulary, word and text structures, and spelling patterns, that emerge from authentic reading experiences.
- Providing regular opportunities for students to respond to reading through discussion, writing, art, drama, storytelling, music, and other creative expressions.
- Providing daily opportunities for students to read books of their own choice in school.

[12] NCTE Guideline by the Commission on Reading of the National Council of Teachers of English

- Providing daily opportunities for students to write on topics of their own choice in school.
- Providing regular opportunities for students to work together to learn through reading and writing.
- Providing regular opportunities for students to engage in a variety of authentic literacy experiences in social studies, science, math, and other curricula areas.
- Providing regular opportunities for students to reflect on their learning.
- Gradually releasing instructional responsibility to support independent reading.

**Writing**

Just as the nature of and expectation for literacy has changed in the past century and a half, so has the nature of writing. Much of that change has been due to technological developments, from pen and paper, to typewriter, to word processor, to networked computer, to design software capable of composing words, images, and sounds. These developments not only expanded the types of texts that writers produce, they also expanded immediate access to a wider variety of readers[13]. With full recognition that writing is an increasingly multifaceted activity, Knoxville Charter Academy teachers will employ the following recommended principles to guide their teaching practice.

- Everyone has the capacity to write, writing can be taught, and teachers can help students become better writers.
- People learn to write by writing.
- Writing is a process.
- Writing is a tool for thinking.
- Conventions of finished and edited texts are important to readers, and therefore, to writers.
- Writing and reading are related.
- Writing has a complex relationship to talk.
- Literate practices are embedded in complicated social relationships.
- Composing occurs in different modalities and technologies.
- Assessment of writing involves complex, informed, human judgment.

[13] NCTE Beliefs about the Teaching of Writing

Knoxville Charter Academy teachers will therefore[14]:

- Require all students—especially the less experienced ones—to write extensively so that they can be comfortable writing extended prose in elementary school, and a minimum of five-page essays in high school and ten-page essays in college.
- Create writing assignments that ask students to interpret and analyze in a wide variety of genres.
- Employ functional grammar approaches to help students understand how language works in a variety of contexts.
- Foster collaborative writing processes.
- Make new-media writing part of students' regular composing.
- Use strategies of formative assessment to give students feedback on developing drafts.
- Employ multiple measures, including portfolios, to provide summative assessments of students' development as writers.

**Literacy**

As new technologies shape literacy, they bring opportunities for teachers at all levels to foster reading and writing in more diverse and participatory contexts. Sites like literature's Voice of the Shuttle (http://vos.ucsb.edu), online fan fiction (http://www.fanfiction.net), and the Internet Public Library for children (http://www.ipl.org/youth) expand both the range of available texts and the social dimension of literacy. Research on electronic reading workshops shows that they contribute to the emergence of new literacy. Research also shows that digital technology enhances writing and interaction in several ways. K–8 students who write with computers produce compositions of greater length and higher quality and are more engaged with and motivated toward writing than their peers. Both typical and atypical students who receive online response to writing revise better than those participating in traditional collaboration[15].

In accordance with the recommended best practices Knoxville Charter Academy teachers will:

- Encourage students to reflect regularly about the role of technology in their learning.
- Create a website and invite students to use it to continue class discussions and bring in outside voices.
- Give students strategies for evaluating the quality of information they find on the Internet.

---

[14] Writing Now, A Policy Research Brief produced by the National Council of Teachers of English

[15] 21st-Century Literacies, A Policy Research Brief produced by the National Council of Teachers of English

- Be open about your own strengths and limitations with technology and invite students to help you.
- Explore technologies students are using outside of class and find ways to incorporate them into your teaching.
- Use a wiki to develop a multimodal reader's guide to a class text.
- Include a broad variety of media and genres in class texts.
- Ask students to create a podcast to share with an authentic audience.
- Give students explicit instruction about how to avoid plagiarism in a digital environment.

It is relevant to note here that Knoxville Charter Academy's 1-1 laptop program will greatly enhance these strategies by allowing students take advantage of word processing and other software and the Internet both in class and at home.

**Professional Development**

Knoxville Charter Academy administration will collaborate with new hires to determine professional development needs based on prior experience and training. Knoxville Charter Academy selected the NCTE Professional Development department to provide training for English teachers. NCTE offers consultants and services on adolescent literacy instruction that supports teacher effectiveness and improves student achievement. NCTE's extended learning opportunities include the Adolescent Literacy Pathways Program, Web Seminars and adolescent literacy books for study groups. Consultants are available to present one-day or multi-day presentations or provide year-round consulting.

## Mathematics Education

Knoxville Charter Academy students will learn value of mathematics and become confident of their own abilities, learn reason and communicate mathematically, understand fundamental concepts and procedures and become mathematical problem solvers as mandated by state standards and measured performance by state state/national standardized tests and students portfolios.

Knoxville Charter Academy's mathematics curriculum will enable students to:

- understand that mathematics is the study of patterns and relationships;

- become familiar with some of those patterns and relationships; and
- learn to use them in daily life.

Students will have extensive experience in making data, tables, graphs, and geometric sketches and will be able to use them to clearly describe a wide variety of patterns and relationships. Students will examine the limitations of mathematical models in describing and predicting events in the real world. They will be encouraged to state their own criteria for what is a satisfactory result and to discuss their judgments in terms of their purpose.

Students will be able to understand the mathematical significance of the arithmetic and algorithmic operations that they perform. By focusing on the 'why' behind the algorithmic procedures, Knoxville Charter Academy will be preparing students for the further study of mathematics as well as the quantitative literacy of daily life.

Accepted as a philosophy that "all children can learn," Knoxville Charter Academy will not track students into large groups, but will instead provide individualized tutoring, small group work and extra practices for those students who need more time to master complex concepts.

According to the National Council of Mathematics Teachers, a shift is needed from traditional 'paper and pencil' approaches which emphasize computation and rote learning to an approach which emphasizes the child gaining mathematical insight, reasoning, and problem solving skills. Knoxville Charter Academy will focus on creating a developmentally appropriate math curriculum where children are encouraged to understand the conceptual bases and quantitative analysis of mathematical relations. Knoxville Charter Academy believes that the logical thought processes of mathematics are necessary to the development of critical thinking. Through exposure to the basic courses, students not only attain the computational skills needed for everyday life but also develop their ability to think clearly and to present their thoughts in a precise, well-organized fashion. The program will be flexible in that it satisfies the needs of students who are not particularly mathematically oriented, while providing the challenge and interest necessary for those who want a sound mathematical background on which to base further study.

The mathematics curriculum will be integrated throughout the entire Knoxville Charter Academy curriculum to the greatest extent possible. It will offer a range of courses to meet the students' different developmental and ability levels. In order to implement the school mathematics curriculum, Knoxville Charter Academy will adopt the proven instructional mathematics curricula and Everyday Mathematics which will be discussed later in detail.

In addition to Everyday Mathematics, Mentoring Mathematical Minds manipulatives will be integrated into the math classes. One reason that students struggle in mathematics is that they consider it to be a highly abstract subject. Using manipulatives can be an effective tool to help students move from abstract thinking to concrete thinking (Stein, & Bovalino, 2001)[16]. Manipulatives, such as pattern blocks, fraction circles, and square tiles, can contribute to the students' understanding of mathematical ideas by giving them concrete ways to compare and operate on quantities.

However, the use of manupilatives is not enough for conceptual understanding [National Council of Teachers of Mathematics (NCTM), 2000][17]. It is important that teachers guide students in discovering mathematical ideas so lessons will be designed to teach rather than showing students how to work problems step-by-step. Knoxville Charter Academy believes that students should actively construct their own knowledge within the academic environment. Additionally, students need to work with multiple representations, such as concrete materials, graphs, verbal statements, tables, and/or symbols, to have a richer understanding of mathematical concepts.

By using manipulatives, Knoxville Charter Academy will help students focus on mathematical ideas rather than mass calculation. In order to enhance the students' understanding of mathematics, the teachers will use the navigations series published by the National Council of Teachers of Mathematics.

---

[16] Stein, M. K., & Bovalino, J. W. (2001). Manipulatives: One piece of the Puzzle. Mathematics Teaching in the Middle School. Vol.6, 6, 356.
[17] National Council of Teachers of Mathematics (2000). Principles and Standards for School Mathematics. Reston, Va.: NCTM.

Knoxville Charter Academy recognizes that the mathematics teachers' subject-area content and pedagogical knowledge will affect the students' achievement level. In order to increase the teachers' knowledge in both areas, Knoxville Charter Academy will have scheduled workshops every semester to discuss mathematical tasks and the best ways to teach them to the students. Moreover, Knoxville Charter Academy will encourage the teachers to plan their lessons collaboratively to encourage the sharing of ideas and to improve each teacher's instructional skills.

If a student struggles to comprehend any mathematical concept, a mentor or classroom teacher will spend time with the student to provide guidance and technical assistance in that area. Students who continue to have difficulties in math will be enrolled in an intensive math support course, as well as a grade level math course, to help them close the gap in their knowledge. Small group instruction may be provided two days per week on those strands that students need direct instruction for improvement. Math teachers may offer after-school help-sessions for students in the targeted groups. Additional measures may be taken, such as tutorial programs, extended-day services, retention, and modification of curriculum choices, if they are required to meet the students' needs. Teachers will keep a record of attendance in math help-sessions and correlate this to math grade improvement at the end of each nine weeks. After-school tutors and teachers will report to each student's classroom teacher on the student's progress as a result of receiving consistent assistance. The classroom teachers will identify those math strands that are weak for each student in the targeted groups. Assignments will be prepared to remediate weak skills. Teachers will customize the instruction and conduct small focus groups to address specific strands that each group needs.

## Everyday Mathematics®

Everyday Mathematics is a comprehensive Pre-K through 6th grade mathematics curriculum developed by the University of Chicago School Mathematics Project. It is currently being used in over 185,000 classrooms by almost 3,000,000 students.

### Curriculum Features

There are a number of features that distinguish the Everyday Mathematics curriculum. These include:

- Real-life Problem Solving
- Everyday Mathematics emphasizes the application of mathematics to real world situations.
- Numbers, skills and mathematical concepts are not presented in isolation, but are linked to situations and contexts that are relevant to everyday lives. The curriculum also provides numerous suggestions for incorporating mathematics into daily classroom routines and other subject areas.

### Balanced Instruction

Each Everyday Mathematics lesson includes time for whole-group instruction, as well as small group, partner, or individual activities. These activities balance teacher-directed instruction with opportunities for open-ended, hands-on explorations, long-term projects and on-going practice.

### Multiple Methods for Basic Skills Practice

Everyday Mathematics provides numerous methods for basic skills practice and review. These include written and choral fact drills, mental math routines, practice with fact triangles (flash cards of fact families), daily sets of review problems called Math Boxes, homework, timed tests and a wide variety of math games.

### Emphasis on Communication

Throughout the Everyday Mathematics curriculum students are encouraged to explain and discuss their mathematical thinking, in their own words. Opportunities to verbalize their thoughts and strategies give children the chance to clarify their thinking and gain insights from others.

### Enhanced Home/School Partnerships

Daily Home Links (grades K to 3) and Study Links (grades 4-6) provide opportunities for family members to participate in the students' mathematical learning. Study Links are provided for most lessons in grades 4-6, and all grades include periodic letters to help keep parents informed about their children's experience with Everyday Mathematics.

### Appropriate Use of Technology

Everyday Mathematics teaches students how to use technology appropriately. The curriculum includes many activities in which learning is extended and enhanced through the use of calculators. At the same time, all activities intended to reinforce basic computation skills are clearly marked with a "no calculator" sign.

Underlying the Everyday Mathematics curriculum are six strands of knowledge: Algebra; Data and Chance; Geometry; Measurement; Numeration and Order; Patterns, Functions, and Sequences; Operations; and Reference Frames. At each grade level, learning targets are identified for each of the six strands.

During the 1980s, a consensus emerged about how best to teach mathematics to children. The NCTM Standards (1989) expressed that consensus. Everyday Mathematics is based largely on the same body of research that led to the Standards consensus.

Everyday Mathematics has been the subject of numerous studies, and the data is overwhelmingly positive, and it received the highest rating of any published curriculum reviewed by the Department of Education's What Works Clearinghouse.

## Research

The What Works Clearinghouse (WWC) looked at elementary school math curricula designed to promote math knowledge and skills among elementary school students (average ages 5 to 10 years). Because there is some variation in how elementary school is organized across school districts, this review defined elementary school as a school with any of the grades, K through 5. Curricula included in this review are replicable, materials-based instructional programs that cover one or more of the following content areas: numbers, arithmetic, geometry, pre-algebra, measurement, graphing, and logical reasoning. This review considered only core, comprehensive math curricula. Core math curricula are defined as instructional programs that extend over the course of one semester or more, are central to students' regular school instruction, and are based on any combination of text materials, manipulatives, computer software, videotapes, and other materials. This review focuses on student achievement in mathematics as the key outcome.

The findings in this topic report summarize the first wave of WWC elementary school math intervention reports produced in 2006–07. We looked at 340 studies. Of these, 237 were assessments of interventions that qualified for our review; the other 103 could not be categorized by intervention.3 Of the 237 studies, 9 studies of 5 curricula met our evidence standards, 2 without reservations and 7 with reservations. Altogether, the WWC looked at 73 interventions: 5 had studies that met WWC standards with or without reservations, 67 had studies that did not meet WWC evidence screens, and 1 had a single-case study, which is still under review. (The identification of eligible programs ended in September 2005, and that of eligible studies, in July 2006.) In looking at the one outcome domain for the five elementary school math curricula:

- Everyday Mathematics had potentially positive effects on math achievement.
- Four other curricula had no discernible effects on math achievement.

## Social Studies and Science Education

Knoxville Charter Academy students will become proficient in social sciences and science education as mandated by state standards and measured performance by state state/national standardized tests and students portfolios (See footnotes).

### Social Studies

In teaching the social studies curriculum, Knoxville Charter Academy teachers will use the ten social studies themes[18] as overarching framework that guides the instructional design. These themes are:

- Culture
- Time, continuity, and change
- People, places, and environments
- Individual development and identity
- Individuals, groups, and institutions
- Power, authority, and governance
- Production, distribution, and consumption
- Science, technology, and society
- Global connections
- Civic ideals and practices

The individual discipline standards[19] (civics and government, economics, geography, and history) will provide focused and enhanced content detail. Social studies teachers will incorporate best practices such as decision-making, inquiry based learning, issue analysis, and civic participation in addition to direct instruction, group work, and authentic performance tasks.

---

[18] Expectations of Excellence: Curriculum Standards for Social Studies by National Council for the Social Studies (NCSS)

[19] These standards are the State and Knox County Board of EducationCounty standards in respective courses.

**Professional Development**

Knoxville Charter Academy social studies teachers will be required to participate in the Powerful and Authentic Social Studies[20] (PASS) training as part of the induction process. PASS is one of the most powerful training programs offered by NCSS. NCSS is the architect of the national social studies standards, is nationally recognized as the leading resource for professionals who seek continuing social studies knowledge and learning activities throughout their careers. The program provides social studies educators with professional training in curriculum design, assessment, and instruction in a standards-based environment.

PASS offers a systematic approach to teaching social studies based on widely accepted standards for top quality social studies programs. The scholarly foundations of PASS are the NCSS statement on Powerful Social Studies Teaching and Learning (incorporated in the national social studies standards) and the recommendations of the Center on Organization and Restructuring of Schools. PASS training establishes educational communities of teachers who are equipped with the principles and practices that lead to powerful and engaging social studies teaching. PASS professional development also trains teachers to be trainers themselves and to take PASS principles and practices back to their schools, where they can share what they have learned with their colleagues. The fundamental goals of PASS are:

- Better teaching
- Higher student achievement
- Promotion of a culture of continuous improvement among teachers.

Educational research shows that when teaching meets high standards of practice, the academic achievement of students is advanced. Teacher satisfaction also increases as student achievement increases. PASS programs give teachers what they need to meet the high standards of practice necessary to increase the academic achievement of students. Further, PASS provides professional development for teachers in three key areas: Curriculum Design, Assessment, and Instruction

[20] More information at the NCSS web site at the following link http://www.socialstudies.org/pass

**Curriculum Design**

The training in curriculum design prepares teachers to create units of study that meet the objectives of social studies education, align with content standards, and fit into a coherent sequence of study. Teachers trained in PASS know how to emphasize key concepts, ask the right kind of focus questions, integrate benchmarks, concepts, lessons, resources and assessment tasks, promote deep content knowledge, meet the content standards, and develop a student's sense of civic responsibility.

**Assessment**

PASS provides training in the design of assessment tasks that fit the intended learning outcomes of a standards-based curriculum. These tasks prompt students to organize information, acquire deep content knowledge, consider alternative perspectives, develop effective research skills, improve their oral and writing capabilities, and acquire problem-solving skills that are relevant to all aspects of their lives.

**Instruction**

PASS trains teachers to instruct students in higher order thinking that propels them to seek deeper knowledge. A strong feature of PASS is its organization of effective classroom discussions -- the type that engages students in the exploration of central ideas, and allow them to identify relationships, construct explanations, draw conclusions, and solve problems. Teachers trained in PASS connect social studies disciplines with each other and instruct students in core democratic values.

**<u>The Science and Technology for Children® (STC®)</u>**

**General Description**

Science and Technology for Children® (STC ®) is a complete science program for children in grades K–8 which was developed by the National Science Resources Center (NSRC), a nonprofit organization jointly operated by the Smithsonian Institution and the National Academy of Sciences, National Academy of Engineering and Institute of Medicine to address

the critical problem presented by the *A Nation at Risk* report[21]. The NSRC began developing STC® in 1988; the curriculum was completed in 1997.

Filled with innovative hands-on activities designed to motivate young students, it is the result of a joint effort by some of the leaders in the fields of education and science. Its mission is to improve the learning and teaching of science for all children in the United States and throughout the world.
STC® curriculum offers innovative, comprehensive 24 units for students in grades 1 through 6. It covers four broad topic areas: life, earth, and physical sciences and technological design. The curriculum is flexible with respect to grade level and units also may be used at a level below or above the designated grade level to meet specific needs.

Each STC® unit was written by a teacher-developer working in collaboration with educators, scientists, and evaluators, as well as with science editors and illustrators. All units were field-tested in demographically diverse classrooms throughout the United States[22]. Input from teachers and students who participated in the field tests, as well as recommendations provided by an independent evaluator, were incorporated into the final version of the text.

Additionally, each STC® unit provides a series of lessons that follow a carefully constructed conceptual sequence - one that builds both students' understanding and skills using an inquiry approach design around current knowledge about how children learn. Because the science concepts and skills taught in later unit lessons build on those from earlier ones, all STC® lessons are prearranged accordingly and included during unit instruction.

STC® will engage adolescent in inquiry-based science learning and revive the natural curiosity typically found in young children, but unfortunately discouraged in traditional elementary school science programs. As they progress through an STC® module, students will take greater responsibility for their own learning, eventually planning and conducting their own experimental procedures, devising their own data tables, and analyzing their own results.

[21] http://www.ed.gov/pubs/NatAtRisk/index.html
[22] http//www.carolina.com/Carolina_curriculum/stc/publications.as#Evidence

Keeping inquiry at the center of the learning process fosters student curiosity and enables students to learn new concepts in a real-world setting.

The primary goals of the STC® program are to:

- Make available a sequence of learning activities that fully address the National Science Education Standards.
- Engage students directly with natural phenomena, the tools of science, real-world problems, and technological design challenges.
- Build on students' prior knowledge and experiences and allow them to apply problem-solving strategies in new contexts.
- Provide opportunities for students to test procedures collect and analyze data, use data to support conclusions, and communicate findings.
- Develop in all students the skills and knowledge necessary to open paths to careers in science and technology.
- Foster positive attitudes toward science.

The NSRC followed a rigorous research and development process to ensure that the STC® modules are scientifically accurate. NSRC curriculum developers worked with master teachers and scientists across the nation to ensure that the learning activities in each module are effective in the classroom and reflect current scientific thinking.

NSRC developer designed special apparatus for many of the activities, testing each piece of equipment to perfect its design while making sure that all STC® activities are safe for elementary school use. After field testing, materials and apparatus were revised even further, based on feedback from students and teachers. NSRC developers have worked closely with Carolina Supply Company to establish exact specifications for each item in every module and to monitor quality control during production.

Lessons within each STC® module also follow a carefully constructed conceptual sequence – one that builds both students understanding and skills using an inquiry approach designed around current knowledge about how children learn. STC® modules follow a planned sequence of conceptual development as shown in the Table 2.

| Grade Levels | Life and Earth Sciences | | Physical Science and Technology | |
|---|---|---|---|---|
| K-1 | Organisms | Weather | Solids and Liquids | Comparing and Measuring |
| Grades 2 & 3 | The Life Cycle of Butterflies | Soils | Changes | Balancing and Weighing |
| | Plant Growth and Development | Rocks and Minerals | Chemical Tests | Sound |
| Grades 4 & 5 | Animal Studies | Land and Water | Electric Circuits | Motion and Design |
| | Micro worlds | Ecosystems | Food Chemistry | Floating and Sinking |
| | Experiments with Plants | Measuring Time | Magnets and Motors | The Technology of Paper |

Table: The summary of STC® Modules.

**Professional Development**

High-quality professional development is an essential component of the STC program. Professional development courses offered through the National Science Resources Center (NSRC) Professional Development Center (PDC). The PDC offers courses that move teachers through all levels of the proficiency continuum – from novice to expert. The PDC Courses provide teachers with the opportunity to learn and practice the skills needed to create supportive classrooms environments for student inquiry. PDC Courses are available to existing and new users of STC, district science specialists, teacher leaders, and educators planning to adopt a new science curriculum. PDC Courses model the inquiry approach and are designed by the curriculum developers for STC, presented by NSRC PDC-certified trainers, designed to promote integration of educational technology and technological design in the classroom, and tailored to the National Science Education Standards.[23]

[23] http://www.nsrconline.org/professional_development/index.html

**Alignment with Standards**

The STC® program is aligned with The National Science Education Standards (NSES), published by the National Research Council in 1996. The NSES standards set forth criteria that can be used as a basis for designing a science program that best meets the needs of students. These criteria cover six areas: science content, teaching methods, professional development, assessment, program design, and science systems.

The Teacher's Guide for each module also includes a section that outlines the alignment between the module's concepts and skills and the national content and process standards.

The STC® program also addresses Tennessee State Standards (TSS) that are implemented starting 2008-2009 school year in full extend.

**Results**

A science education program that is judged to be effective typically includes a number of elements (such as exemplary curriculum, professional development, and community support) that work together. The most recognizable indicator of a science education program's effectiveness, however, is the outcome of the student assessment-student test scores. Educational studies show that student learning increases after the use of STC Program®. Below are some examples of the impact that STC® has made in students' learning in school districts across the U. S. that have adopted STC® as a science curriculum.

- A study conducted in Michigan showed that students in school districts that used the NSRC's *Science and Technology for Children* (STC elementary curriculum) performed better on the Michigan Educational Assessment Program (MEAP) for Science than those who did not. The study compared the results from 15 STC school districts in affluent, moderate, and poor districts (socioeconomic categories aggregated according to the percentage of students who qualify for free or reduced-price lunch) with the results from districts using a textbook approach to science education. Ten of the 15 STC districts, including two of the low-income districts, improved their scores of the MEAP at a greater rate than the state average.[24]

[24] http://www.carolina.com/stc/publications/evidence/michigan.pdf

- During its eight-year partnership with the NSRC, Washington State Department of Education has increased the number of school districts implementing research-based science education programs from a few pilot districts to districts that serve 75% of the state's student population. Statewide data show significant improvement in student learning in schools that have fully implemented the NSRC reform model such as STC®, with a strong emphasis on teacher professional development.[25]
- The science reform effort in this economically deprived rural community shows that an investment in science education provides an excellent return in other areas of the curriculum as well. The Valle Imperial Project in Science (VIPS) is a NSF funded Local Systemic Initiative serving approximately 22,500 K-6 students and 1100 teachers in 14 school districts in Imperial County, California. Imperial County ranks highest in poverty of all 58 California counties with 66% of students receiving free/reduced lunches, and 47% of the students are English language learners. The El Centro Elementary School District implemented a reform effort following the NSRC model, including research-based instructional materials such as STC®. Students in Imperial Valley public schools who have been taught using inquiry methods significantly outperform their classmates who have had traditional (textbook-based) science instruction. Stanford Achievement Test results indicate that the longer students are enrolled in research-based science programs, the better they perform on nationally normed science, writing, and mathematics tests. [26]

## Technology Instructional Approach

Knoxville Charter Academy students will have wide range of access to various information technologies to exhibit a variety of functional and critical thinking skills related to information, media and technology.

### Exemplary Computer-enhanced Support

Computers will play an important role in the school. All teachers will be encouraged to integrate computers into the classroom. Technology assessment reports indicate that teachers as a replacement for existing tools, such as books and chalkboards, or the only instructional medium

[25] http://www.carolina.com/carolina_curriculum/stc/acrobat/westvalley_brief.pdf
[26] http://www.carolina.com/stc/publications/evidence/vips.pdf

to teach rather than an alternative medium through which different tasks might be performed and different objectives might be achieved have often used computers. From this perspective, the insufficient computer-based applications drive the curriculum in the classroom.
However, in the designing alternative school systems, the vision of classroom instruction should be changed and computers should play an important role in this change process. Hence, computers have to be integrated into the curriculum; namely, the curriculum should drive technology usage.

In Knoxville Charter Academy, computer technology will become a prominent part of the classroom; the teacher will no longer serve as the sole expert with absolute mastery and control of content knowledge and instructional procedures. Instead, with the help of the computer, learning will become more interactive with responsibility shared among teachers and students. The teachers no longer function solely as transmitters of content knowledge. Instead, they become facilitators of learning. Students play a more active role in their own learning and will explore instructional programs on their own. Knoxville Charter Academy students will use and explore appropriate instructional software programs in or out of the classroom to expand their knowledge and skills and have a better grasp on the objectives in specific areas or topics

Thinking differently from many other schools, Knoxville Charter Academy will look at the technology integration from a broader perspective and promote the use of computers in the classroom whenever and however it is appropriate and efficient. More specifically, through exemplary computer integration we will achieve the following:

Students in Knoxville Charter Academy will use computers to design their own products. Schools have to generate creative people. Students in Knoxville Charter Academy will use the capabilities of computers, such as word-processing, database, spreadsheets, presentation and graphic software, to create high quality homework and class work, so that they will be able to better accomplish tasks and express their ideas with different illustrations and demonstrations to teachers as well as their classmates.

Teachers in Knoxville Charter Academy will teach ideas or skills directly from computers. Appropriate teachers will use a computer's unique features to combine different mediums, such

as sound, animation, color picture, interactivity etc., in one environment so that they will create presentations that are visually appealing to students and capable of illustrating ideas, knowledge and skills from different perspectives.

Teachers in Knoxville Charter Academy will employ computers to create an alternative teaching environment in the classrooms. A traditional classroom where a teacher gives lectures and students passively listen to the teacher is not responding to the need of modern and hi-tech society any more. Learning should be active and student-centered, that is, students should actively take a part in the learning process and perform classroom activities by themselves rather than sitting and listening. Also, teachers should be mentoring and coaching students to direct and help them find and use information they need to gain necessary objectives. The computer is unique tools that helps teachers design and implement student-centered applications that keep the students active in the learning process.

Teachers in Knoxville Charter Academy will tailor curriculum to students' individual needs through computers. It is known that not all students in the same classroom are equal. For effective instruction, teachers should generate different instructional approaches to different student groups. Using the unique features of computers, teachers in Knoxville Charter Academy will design and implement individualized instructions that eliminate the personal differences among the students for quality instruction.

Teachers in Knoxville Charter Academy will use computers to create simulations of real life applications. Learning transfer is a critical issue in education. Most of the time students learn abstract knowledge in classroom and are not able to use it in the practical life. Knoxville Charter Academy teachers will employ computers to design and use real life simulation programs that help students apply their knowledge and skills to deal with realistic problems.

Students in Knoxville Charter Academy will develop critical or higher-order thinking skills using computers. The foundation of scientific information is critical thinking, which is collecting data about a problem, analyzing it, considering alternative solutions and applying the most effective solution. Computers are excellent tools to perform the aforementioned tasks to gain the higher-order thinking skill. Knoxville Charter Academy students will learn and apply

appropriate computational techniques to collect and analyze data to deal with problems, so that they will be able to produce scientific information.

## Laptop Program

Knoxville Charter Academy students will have the advantage of having continuous (at school and at home) access to a laptop computer at 7th and 8th grades. Through the laptops provided to every student at Knoxville Charter Academy, students develop the ability to learn independently, collaborate with peers to accomplish work, and communicate the conclusions of the work, which are the core of 21st century skills, and a highly valued set of competencies in the world outside of school.

## Connections Courses

Knoxville Charter Academy students will develop as a whole child via their active participation in physical education, health and wellness courses, participation in connection courses like art, music, drama, and dance as demonstrated by their grade levels.

## Visual Arts

Knoxville Charter Academy students will generally take one Visual Arts class each year. Emphasis is on the elements and principles of design as students create art and study famous artworks, with information and activities integrated from the disciplines of art production, art criticism, art history, and aesthetics. Art materials and techniques, applied understanding of design, and study of famous artworks from the perspective of the artist are also emphasized. Information and activities are integrated within this emphasis from the disciplines of art production, art criticism, art history, and aesthetics. Continued emphasis is on art production with a focus on exploring student and professional artworks from the perspective of the art critic. Information and activities are integrated from art history and aesthetics, as well.

## Music

The music program at Knoxville Charter Academy will be founded on the belief that human expression is an integral part of life, and experiences in the arts are essential to the holistic education of a student. The integration of study and balance in life, recognition of and respect

for individual talent and a sense of the disciplined effort essential to the pursuit of excellence are promoted. Every aspect of the music program emphasizes critical thinking and an appreciation of the arts based on knowledge, understanding and experience.

Students will be introduced the basic skills for music reading, performance and appreciation, as well as, a general study of the musical historic periods. Using the recorder, other instruments and voice, the student will learn to read music at a simple level and will begin to explore the musical elements of rhythm, melody, harmony and form. Students will demonstrate musical skills in playing recorders. Listening skills will be developed through directed activities in concert, symphonic, operatic, and theatrical music. Students will also learn the basic skills for music reading, performance and appreciation. Using the keyboard, other instruments and voice, the student will develop music reading skills and will further develop skills in rhythm, melodic intervals, phrasing, basic harmony, chords and form. Listening skills and appreciation of music will be developed through directed activities in folk, concert, symphonic, operatic and theatrical music. Musical theory elements of key, meter, simple harmony, form and composition will also be explored. Listening and appreciation skills will be developed through directed activities in folk, non-Western, concert, symphonic, operatic and theatrical music.

## Middle School Concept

Middle school concept is revitalized in recent years since the publication of "Turning Points" by the Carnegie Corporation and an updated "This We Believe" volume by the National Middle School Association, both of which reflect experience of the thousands of committed educators who have re-conceptualized middle level education over the last decades. Knoxville Charter Academy aims to implement an effective middle school program by combining the STEM focus with the recommended practices in these nationally acknowledged documents. Specifically, Knoxville Charter Academy envisions implementation of a middle school program that will provide[27]

- Curriculum that is relevant, challenging, integrative, and exploratory.
- Instruction that connects directly to curriculum, assessment, and the students themselves.
- Assessment that allows students to demonstrate their knowledge and skills and allows educators to make improvements in curriculum and instruction to promote learning.

[27] Research Summary, Characteristics of Exemplary Schools for Young Adolescents, National Middle Schools Association

- Relationships between and among adults and students that advance both academic and affective student development, quality teaching, and a supportive school environment.
- Educators who value working with young adolescents and are specifically prepared to do so.
- Courageous and collaborative leadership characterized by a shared vision that guides decisions and high expectations for all.
- Family and community partnerships that facilitate communication and provide multiple avenues for involvement.

Knoxville Charter Academy organizational structure as a charter school shall allow the leadership to implement-assess-improve the program efficiently in order to achieve the complete implementation of the middle school concept. Accordingly, Knoxville Charter Academy is designed for *team based instruction* and a *daily common planning time* will be provided for team teachers. Knoxville Charter Academy is committed to *holding students to high standards* and helping them meet these standards by *attending to them on an individual basis in a systematic way.*

Students will have *opportunities to attend after-school programs* for free that are both academically and non-academically oriented and to attain *additional academic instruction in free tutoring hours* in areas of need during the school day, after-school or on Saturdays. Students who need extra academic support in certain subject areas will have access to it. This will be facilitated by *scheduling targeted intervention instruction* instead of an elective class. The team structure will help staff members coordinate after-school activities so that someone from each subject is available each day to help students in their academic needs. One full time equivalent intervention program teacher will be available for interventional instruction in addition to team based distributed targeted instruction.

Attendance to the tutoring hours will be monitored by the team members and the Intervention Program. The team members and the Principal will monitor attendance to the tutoring hours. If students are not receiving the services they need, efforts will be made to ensure they get them. In these situations, Knoxville Charter Academy will insist that students take advantage of these opportunities by *not allowing students to opt out by communicating the needs with parents* and

working out issues such as transportation or child care for the parents in the best interest of the students. As part of this commitment Knoxville Charter Academy administration and the faculty will be encouraged to *visit students at home* and take advantage of the opportunities to *develop mentoring relationships* with students who are in danger of failing.

Knoxville Charter Academy will offer a strong after school program that will guarantee as best as possible to ensure that *each student is engaged in at least one such activity.* Because research shows that students who become involved in some sort of extracurricular activity by the time they graduate from middle school are more likely to stay in school and be successful in high school. One such activity is Science Olympiad™. In science Olympiad there are more than 20 events that students can choose from. Most events are *interdisciplinary* in nature and are very engaging for adolescents. Many events combine writing, comprehension, geography, and other broad skills with math and science. Schools can create multiple teams and compete locally, regionally as well as nationally. Students who are involved with Science Olympiad™ are truly changed into real scientists and challenged to solve real life science and engineering problems and present them to the juries.

## Exceptional Students (Special Needs Students)

Exceptional students considered being exceptionally gifted or learning disabled, at-risk and English Language Learners as a second language (ELLs) will demonstrate improved academic performance in all content areas, as measured by proficiency and state standardized tests, individual portfolios, IEP goals, feedback from parents and teachers, and their performance on state standardized tests.

## General Description

As stated in the non-discrimination paragraph of this charter, Knoxville Charter Academy shall not discriminate against students based on disabilities. The charter school shall be subject to IDEA, Early Intervention Program (EIP), and other related state and school system rules and regulations in the same manner as other schools in the school system. Furthermore, as stated above, Knoxville Charter Academy will provide a full continuum of services to disabled students to the same extent as other schools in the school system. Knoxville Charter Academy shall comply with all federal special education laws and regulations, including Section 504 of the Rehabilitation Act of 1973, Title II of the Americans With Disabilities Act, and the Individuals with Disabilities Education Act and shall serve all eligible students as defined in O.C.G.A. 20-2-152(d)(1)(2) (3)(4)(5) regardless of severity and disability.

To ensure special needs compliance, Knoxville Charter Academy will:

a. Develop a system in coordination with the school system which meets the needs of the students and provides services by licensed/certified staff, or consultants, in a manner consistent with state and federal law. An on-site special education coordinator will be responsible for the case management of all Individualized Education Programs (IEPs), which includes the coordination of all related services of a student's IEP.
b. Maintain a list of the names and positions of employees who have access to student records. Each employee having access to student records will sign confidentiality agreements, and each student's folder will contain a checkout record showing who reviewed the files and the date of each review.

c. Inform parents/guardians of their rights, providing a copy of the procedural safeguards each time there is any correspondence, or a held meeting. This is in addition to the procedure safeguards as described in IDEA.

**Early Identification, Evaluation and Placement**

The following steps will be used to determine an appropriate educational program for a student with learning, physical and behavioral/emotional difficulties:

1. Existing IEPs: Prior to the start of classes at the beginning of the term, during the enrollment process, an IEP committee will be formed for the collection and review of all current IEP records.
2. Pre-referrals: Each classroom teacher will implement pre-referral interventions in the classroom with a student who is displaying difficulties in learning. Each intervention will be documented and filed.
3. Student Support Team (SST): Per IDEA guidelines, an SST will be identified to review individual student's areas of concerns, as well as his/her areas of strengths. An SST referral will indicate the suspected area(s) of concern, and include the modifications/interventions which have been attempted but unsuccessful. An Assessment/Evaluation Plan will be developed and the family contacted within a 15 day period of time. The school will use a variety of assessment tools and strategies to gather relevant functional, developmental, and academic information about the child, including information provided by the parent. The school will not use any single measure or assessment as the sole criterion for determining whether a child is a child with a disability or for determining an appropriate education program for the child. The parent/guardian has 15 days from the date of receiving the Assessment/Evaluation Plan to consent to the plan, sign the document and return the document to the Special Education Teacher.

**Referral to Special Education**

When a student is referred to special education (from the recommendation of an SST, or other appropriate source), the evaluation and placement process will be scheduled and implemented in accordance with state and federal rules and regulations.

Knoxville Charter Academy will ensure that all evaluation procedures and eligibility determinations are established and implemented in accordance with State Rules.

If the student's assessment/evaluation indicates that he/she meets any of the criteria established under the IDEA Categories of Eligibility Section and is in need of special education services, the student, the parent(s)/guardian(s), and staff will develop an Individualized Education Program (IEP) to address the areas of deficit in accordance with the required procedures. An IEP Form will be completed describing the special services and the parent/guardian will sign a Placement Consent for Special Education Form. Once completed, the IEP is effective immediately. Each student's IEP will be reviewed at several points throughout the school year and updated at least one time a year.

## Students with IEP

Special Education Services shall be delivered along the same guidelines and standards that are in place at the school system including the same identification, evaluation, placement, reporting, and due process procedures. Knoxville Charter Academy will be following the KCBOE Services for Exceptional Children Procedures Manual, which describes the details needed to address the needs of specials education students. The charter school will use the same special education forms as other schools in the school system, and provide copies of all IEPs to the school system. The charter school's special education program shall be subject to review by state and local officials to the same extent required of other schools in the school system.

Transportation and other related services required by a student's IEP will be offered to the student as a free of charge.

An on-site duly certified special education coordinator will be responsible for the individual case management of all IEPs and will coordinate all related services required by a student's IEPs. The principal will continuously monitor IEP implementation. The charter school will require its special education coordinator, teachers and administrators to attend the school system's special education training programs to the same extent required of other schools in the school system. The special education coordinator will organize periodic staff training to successfully meet the

needs of special needs students using appropriate instructional modifications and accommodations. Specifically, during the preplanning particular training sessions will be dedicated to train teachers with respect to their responsibilities with the IDEA, state rules and local special education regulations, and implementation of appropriate instructional modifications and accommodations.

## Student Support Team

**Knoxville Charter Academy will utilize a Student Support Team (SST) in order to support students who experience academic or behavioral difficulties in their current edncational setting. The SST will inclnde parents, a team leader, and a general edncation teacher who teaches the student. When necessary, the counselor, administrator, special edncation coordinator or other instructional staff who are knowledgeable about the student will be inclnded in the SST. The team utilizes "The Problem Solving Process": Identify Specific Concern, Gather Information & Analyze Data, Specify Instructional Objective (Curricular Changes and Methods for students identified with SPED), Develop Edncational & Monitoring Plan, and Monitor & Evaluate Progress.**

**Informal Collaboration**

↓

**Student Support Team**

↙ ↘

**General Edncation** **Comprehensive Evaluation for Special Ed.**

## Responses to Intervention

**Knoxville Charter Academy will implement Response to Intervention (RTI) that will be based on the Tennessee Department of Education Special Edncation guidelines[28] to align appropriate assessment with purposeful instruction for all students. At KCA Elementary School, Response to Intervention will be based on the general education classroom where teachers routinely implement a strong and rigorous standards-based learning environment. The tiered approach to providing layers of intervention for students needing snpport will include 1) Standards based instruction in the classroom, 2) pre-designed, organized,**

[28] **http://www.tn.gov/education/speced/monitor_compl.shtml**

**instructional strategies that are small group/flexible group and short-term in nature 3) individually designed interventions in the following level (SST) that lead to the discussion of research based problem solving interventions, and 4) specially designed instruction to address the child's needs.**

**The school will have an RTI Core Team made up of 1) the principal or his/her designee, 2)the curriculum and instructional facilitator, and 3)RTI coordinator. A minimum of three RTI meeting will be required before Tier 4 services unless there is a significant and documented need meeting legal requirements for bypassing the RTI process as outline below. The RTI Coordinator will determine if conditions meeting bypass requirements are present.**

**Initial RTI Meeting Activities**

- **The parent, teacher and at least one RTI Core Team member are invited.**
- **Background information with parent is completed and reviewed.**
- **Concerns regarding academic, behavioral, social or emotional progress are reviewed.**
- **Specific area of need is determined (the problem is to be identified)**
- **Needed interventions are established.**
- **Progress monitoring schedule and who will be responsible for conducting probes is determined (must be at least weekly monitoring).**
- **All the information is recorded.**

**Second RTI Meeting Activities**

- **The parent, teacher and at least one RTI Core Team member are invited.**
- **The data collection of the past 12 weeks is reviewed.**
- **Whether the student is making progress toward meeting expectations is determined.**
- **Either the service will continue to be offered with the interventions or new interventions will be selected (if not responding to the first interventions).**
- **Progress monitoring schednle and who will be responsible for condncting probes will be determined (must be at least two times weekly monitoring).**

- **All the information is recorded.**

**Third RTI Meeting Activities**

- **The parent, teacher and at least one RTI Core Team member are invited.**
- **Review all data collected in the 24 week period, testing information, background information.**
- **Whether the student is making progress toward meeting expectations is determined.**
- **Either the service will continue to be offered with the same interventions or referral to a special service (Exceptional Students Service, 504, ELL, etc.) will be made.**
- **If continuing with interventions, determine progress monitoring schedule and who will be responsible for conducting probes (must be at least two times weekly monitoring).**
- **All the information is recorded.**

**If a student is making adequate progress at any level, they can move up and down the in a continuum of services at any time. If they make adequate progress and move from level three (SST) back to level two, the RTI meeting are no longer necessary and they will be monitored by the CORE team for continued progress.**

**Decision Making Along the Continuum of the Intervention**

**TIER I**

1. **Universal screening or benchmarking is conducted at the school.**
2. **Evidence based curricula and strategies in place for all students and differentiation is documented by general education teachers through the general education environment**
3. **At risk students are identified in an area of instructional delay (language, academics, behavior)**
4. **Any student identified as at risk is monitored for at least a grading period effectiveness**

5. **Data included and analyzed by classroom general education teacher for decision making that indicates if Tier 1 universal interventions should be continued or if there is a need to proceed to the increased intensity of Tier 2 interventions.**

**TIER 2**

1. **Hearing and vision screenings completed for each student requiring Tier 2 interventions**
2. **Parents notified that additional small group instruction may be needed for student**
3. **Contact parent through a conference or call and send home written documentation of the strategies that will be attempted**
4. **Small group instruction in addition to core curriculum provided to student for at least one grading period**
5. **Progress Monitoring administered at least every 2-3 weeks to determine if a change in delivery or strategy is required**
6. **If data after 3 progress monitoring checks indicates regression or no progress, the problem solving team of general education should meet to determine if more intensity in delivery time or instruction is required.**

**TIER 3**

1. **Student remains at lowest 25% of performance in area of deficit. Additional interventions deemed necessary by teachers, parents, or others, the SST process is initiated with a referral to SST**
2. **Baseline and progress monitoring data from Tier 2 are analyzed to create specific goal(s) for student improvement**
3. **SST may determine the need for additional information on student. This may include the use or administration of informal or formal measures to gather individual data on the area of concern**
4. **Members of SST collaborate to identify no more than 2 specific interventions to utilize with student**

***The plan for implementation inclndes a timeline detailing how long the intervention will be implemented and dates for progress monitoring.**

**5. If the child is making progress using the SST interventions, the interventions are continued for a minimum of 12 weeks. If progress toward goal is minimal, SST members will revise or change the intervention.**

***The intervention plan should be implemented for at least 4 weeks before changes are made.**

***If the intervention plan is successful, the SST will create a plan for reducing the level of support needed by the child to the Tier 2 level. This plan should include a realistic timeframe for accomplishing this goal**

**6. The SST may make a referral to special education (tier 4) if the intervention plan and its revisions are not successful in helping the child meet the goals identified by the SST.**

**TIER 4**

**In addition to Tiers 1 through 3, targeted students participate in:**

- **Specialized programs, methodologies, or instructional deliveries. Greater frequency of progress monitoring of student response to intervention.**

**Tier 4 is developed for students who need additional supports and meet eligibility criteria for special program placement including special education. With three effective tiers in place prior to specialized services, more struggling students will be successful and will not require this degree of intervention. For students with disabilities needing special education and related services, Tier 4 provides instruction that is targeted and specialized to meet students' needs. The special education instruction and docnmentation of progress in the Individualized Education Program (IEP) will constitute prior interventions and appropriate instruction. Curricular modifications and appropriate methods will be identified during the IEP meeting and implemented. It is important to indicate that academic programs (language arts, mathematics, science) adopted by Knoxville Charter Academy do provide modified curricula, worksheets and differentiated level literature to support different learners.**

**Provisional Methods and Curricular Modification in Special Education**

**There are several kinds of provision in special education that Knoxville Charter Academy will be utilizing without being limited too. Inclusion and Mainstreaming: Depending on the severity or the mildness of the case, students with special needs spend most or all of their time with students who do not have special educational needs, mainstreamed in the regular classrooms. Though this approach may require substantial modification of the general cnrriculum, this method is regarded as best method to practice. Some specialized services will be provided outside a regular classroom, particularly if these services require special equipment or might be disruptive to the rest of the class (such as speech therapy). In this case, the student occasionally leaves the regular classroom to attend smaller, more intensive instructional sessions in a resource room, or to receive other related services, snch as speech and language therapy, occupational and/or physical therapy, and social work.**

**Examples of cnrricular modifications may inclnde bnt not limited to:**

**a) tests, worksheets can be simplified or modified, or number of questions can be decreased preventing student from being overwhelmed**

**b) Special Ed student can be allowed extra time, b) SPED child's learning objectives do not need to always be the same as the rest of the class**

**c) IEP (Individualized Edncation Plan) needs to be utilized for the student's individnal learning objectives to be covered**

**d) Worksbeets or tests may be read to the stndents, e) book and literatnre levels may be selected according to the student's needs.**

## Limited English Proficient Students

The *English to Speakers of Other Languages* (ESOL) program is offered to all English Language learners (ELL), students whose native/first/dominant language is not English, who, by reason thereof, have sufficient difficulty speaking, reading, writing, or understanding the English language to prevent their success in classrooms where the language of instruction is English, and who is eligible for services. The goal of the program is to have students succeed in all *five* language skills (speaking, listening, reading, writing and comprehension), both socially and academically. Knoxville Charter Academy will cover the same learning objectives and standards stated in KC ESOL Curriculum, which reflect the Tennessee State Standards and national standards. The ESOL class is limited to the maximum size specified in State Board of Education and KC ESOL Manual. Knoxville Charter Academy will utilize the same forms and documents as used in the other Knox County public schools, and be in compliance with the KC ESOL Procedures Guide on the coding in student information management system in place, and recording data. However, the school will prefer but will not require the ESOL teachers to have ESOL certification to teach these courses and make the necessary modifications. The school ESOL Teachers will assume the same responsibilities stated in the Section IX: ESOL Teacher Responsibilities of KC ESOL Procedures Guide regardless of certification status. There are many private ESL institutions and carefully screened teachers who have previous ESL experience and will be equally qualified to provide ESOL service. Limited English Proficient (LEP) students shall have access to the English of Speakers of Other Languages (ESOL) program courses and modifications.

**Identification of ELL:**

A three-question home language survey that is part of the school registration form will be conducted to determine if there is the influence of a language other than English.

If any of the answers is a language other than English, school personnel will work with the parents to complete the Potentially English-Proficient Questionnaire. This interview collects background data on the ELL to assist in determining the need for ESOL services. At this time school personnel will explain the ESOL program to the family, either through a translated description or an interpreter.

Using the information obtained from the home language survey questions and the information from the Potentially English-Proficient Questionnaire, the designated school staff member will

acquire permission to test and schedule testing of all students who answered another language other than English to any question on the home language survey.

Once the ESOL Information and Permission-to-Test letter has been signed, the designated school staff member trained in the administration of the Language Assessment Battery (LAB) will test the student within seven days of enrollment.

**Assessment of ESOL Status:**

Within ***seven*** days of registration and obtaining permission to test, the designated trained school staff member administers the Language Assessment Battery (LAB) to the student in the same manner as in the other Knox County public schools. Students will be administered **all** sub-tests of the LAB.

The Language Assessment Battery (LAB) will be administered to all potential ESOL students new to the school in grades Kindergarten—5th. Students who were in the ESOL program at the school the previous spring or in another KC school were tested at that time and will not be retested in the fall. Students who have taken the LAB in another district or KCschool within the last twelve months and have sub-test scores for all four skills tests do not have to re-take the LAB upon registration at your school. If obtaining the sub-test scores from another district will involve some time, the LAB will re-administered. Assessment of English Language Proficiency

- Students who score below the 25th percentile on all four sub-tests of the Language Assessment Battery (LAB) are eligible for services with no further testing.
- Students who score at or above the 25th percentile on the LAB will be administered the reading section of the ITBS (grades K-5) by the designated staff member to determine eligibility status. These reading tests scores will be obtained in no more than ***five*** school days after the student is administered the LAB test.
- New students who register without previous school records and score between the 30th and 39th%ile on the reading section of the ITBS will be LACed In to the program. After a period of six weeks and if the student's records have come in, another LAC should be held. At that time, a decision will be made to determine if the student should remain in ESOL for the remainder of the school year or be LACed Out after the next marking period. If the student is experiencing difficulties that are not related to language differences, a SST referral should be initiated while the student continues to receive services in ESOL.

- Students new to ESOL in KC who score at or above the 25%ile on the LAB **and** 40%ile or above on the designated reading test are considered English proficient and are not eligible for ESOL. They will be mainstreamed for all classes. These students will **not** be monitored by the ESOL Teacher. If, after the first reporting period, the student is experiencing difficulties in the mainstream, a SST referral should be initiated to determine how to best meet his needs. If ESOL services are recommended, the student will be re-tested to see if he qualifies for entry into the program.

The Language Assessment Conference (LAC) will be used to determine the most appropriate placement for ELLs. Students who are LACed In will have LACs done on a yearly basis until they have Tested Out or are LACed Out of ESOL.

*The LAC committee will consist of:*

- ESOL Teacher
- Student's regular and/or sheltered education teacher(s)
- Other participants may be selected from the following: a) the principal, b) other content area teachers, c) counselor, d) lead teacher, and e) school psychologist.

*Students must be LACed In:*

- If they are new to the district and score above the 25th percentile on the LAB but between the 30th and 39th%ile on the ITBS. When these students' records/test scores come in from their previous school, and after observing the student for a period of six weeks, he/she may continue in ESOL or may be LACed Out.
- If they have received ESOL services for *three* or more years, have not tested out, and the LAC committee agrees that the student will still benefit from ESOL services. These are students who may have had interrupted schooling (in the home country or in the US), have been out of school excessively because of medical reasons or have other extenuating circumstances.

If a student tests out of the program, he may not be LACed back into the program; he will have to be re -tested to see if he qualifies for services.

Students must be LACed Out:

- If they are receiving ESOL services, score between the 30th and 39th %ile on the ITBS, and are performing successfully in their mainstream classes;
- If they score below the 25%ile on the LAB but 40%ile or above on the ITBS or TAP and are performing successfully in their mainstream classes;
- If their IEP states that academic difficulties are not indicative of language differences and will receive only Special Education services;
- If they have received ESOL services for *four* to *five* years and their low achievement level may be attributed to lack of motivation, frequent unexcused absences, possible learning disabilities, actual ability level and so forth. A recommendation for a SST must be pursued immediately. While the SST is in process, the team needs to develop a plan to support the student (remedial reading, tutoring, team-taught classes, other specialized programs, etc.) until a determination from the SST has been made and the student's needs are being met.

**Placement Procedures for English Language Learners:**

**Grade Placement**

The ESOL teacher who has undergone appropriate training will determine appropriate grade placement in coordination with the school administration. Placement will be made based on

completed formal years of schooling and age appropriateness. Age appropriateness for elementary school students is defined in the GADOE ESOL Resource Guide as **not more than one year below** the same-aged native English-speaking peers.

**Levels of Proficiency:**

- The **NEP** (Non English Proficient) level is comprised of English language learners who cannot read, write, speak or understand English and have never received English language instruction. This level is also referred to as the **Newcomer** Level.
- The **Beginner** level is comprised of English language learners who score between the first and second percentile on the LAB.
- The **Intermediate** level is comprised of English language learners who score between the third and fourteenth percentile on the LAB.
- The **Advanced** level is comprised of English language learners who score at or above the fifteenth percentile on the LAB.

**ESOL Services**

**Segments:** Knoxville Charter Academy will follow the same guidelines as all state-funded subject areas according to ELL Tennessee State Standards.[29]

**Instruction:**

Service in the school will be provided through most appropriate method chosen among the following allowable delivery models a) pullout, b) scheduled class period, c) collaborative teaching (push- in), d) sheltered courses, and/or e) ESOL Literacy classes in a consistent manner with KC ESOL Program Guidelines.

Knoxville Charter Academy will also follow, and be in compliance with the KC Program Guideline on the followings:

- Course Placement for ELLs
- Accommodations in Mainstream Classes
- Grading of ESOL Students

[29] *www.state.tn.us/education/fedprog/doc/propELLstds.doc*

- Promotion, Placement & Retention of Elementary ELLs
- Retention Appeals
- Evaluation for Placement in other Special Programs
- Parental Involvement and Notification

**Monitoring of Exited ELLs by ESOL Personnel:**

Exited ELLs (Tested Out, LACed OUT, or Waivered Out) will be monitored for *two* calendar years after leaving the ESOL program. *Students who test out upon initial assessment for ESOL will not be monitored.* The following areas will be observed at the end of each semester: the student's grades, standardized test scores, attendance record and teacher evaluations. The ESOL counselor will keep and update this information at the end of each semester. If the classroom teacher has a concern about the progress of an exited student, the ESOL teacher will contact the teacher and share any updated information on this student.

If monitoring shows that the student is falling behind in classroom work and/or English language skills, the student must immediately receive support services. The following steps must be taken:

For students who had **Tested Out**:

- Special services for language support or content area tutoring should be implemented
- If the student continues to have difficulty after consistent language accommodations and instructional modifications have been attempted for a reasonable amount of time, the student should be referred to a SST. The ESOL professional should be in attendance during SST meetings for these students to determine if re-testing for ESOL Program eligibility (with the LAB and ITBS) is advisable and to lend his/her expertise regarding second language acquisition.

For students who were **LACed Out**:

- A LAC will be held to determine if the student should be LACed back into the ESOL Program. If the student was last tested with the LAB *twelve* months ago or longer, he/she will be retested before re-entering the ESOL Program.

For students who were **Waivered Out:**

- A parent conference must be held to inform the parents of the student's difficulties and to recommend placement in ESOL or alternative services.

**Statewide Standardized Assessment**

**English Language Development Assessment (ELDA)**

ELDA will be administered to all ESOL students in grades 3-5 in the spring. This test assesses five areas of language learning: reading, writing, speaking, listening, and comprehension. It will be administered in the same testing window as in the other Knox County public school. The LAB will continue to be used at this time for placement in the program.

**Professional Development:**

Knoxville Charter Academy will require its ESOL teachers and administrators to attend the school system's ESOL training programs to the same extent required of other schools in the school system. The school administration will organize periodic staff training to successfully implement the ESOL program, and meet the needs of ELLs using appropriate instructional modifications and accommodations. Knoxville Charter Academy administration and ESOL personnel will also participate in trainings and utilize resources from colleges/universities and nationally recognized institutions such as National Clearinghouse for English Language Acquisition & Language Instruction Educational Programs, TESOL: Teachers of English to Speakers of Other Languages, Inc, ERIC Clearinghouse on Reading, English and Communication, CAL: Center for Applied Linguistics, and CREDE: Center for Research on Education, Diversity and Excellence.

~~**Student Support Team**~~

~~Knoxville Charter Academy will utilize Student Support Team (SST) in order to support students who experience academic or behavioral difficulties in their current educational setting. The SST will include parents, team leader, and a general education teacher who teaches the student. When necessary, counselor, administrator, special education coordinator or other instructional staff who are knowledgeable about the student will be included in the SST. The team utilizes "The~~

Problem Solving Process" of the school system as described in Student Support Team Guidelines binder. In summary the following steps are implemented: Identify Specific Concern, Gather Information & Analyze Data, Specify Instructional Objective, Develop Educational & Monitoring Plan, and Monitor & Evaluate Progress.

Informal Collaboration

↓

Student Support Team

↙ ↘

General Education — Comprehensive Evaluation for Special Ed.

## Responses to Intervention

Knoxville Charter Academy will implement a Response to Intervention (RTI) to align appropriate assessment with purposeful instruction for all students. At Knoxville Charter Academy, Response to Intervention will be based on the general education classroom where teachers routinely implement a strong and rigorous standards-based learning environment. The tiered approach to providing layers of intervention for students needing support will include 1) Standards based instruction in the classroom, 2) pre designed, organized, instructional strategies that are small group/flexible group and short term in nature 3) individually designed interventions in the following level (SST) that lead to the discussion of research based problem solving interventions, and 4) specially designed instruction to address the child's needs.

## More on Instructional Methods

Knoxville Charter Academy teaching staff will use the best practices in their field to increase student achievement. In addition to general adherence to the current best practices, at Knoxville Charter Academy instruction is blended with the following instructional methods:

- Scientific Reasoning Skills
- Inquiry-Based Curriculum
- Integrating Science with Non-Science Curricula
- Language-Based Approach
- Multi-sensory approach to learning
- Multiple Intelligences

Additionally the following strategies will also be used as they become relevant during the course of teaching:

- Project-Based Instruction
- Interdisciplinary Learning
- Alternative Assessments
- Contextual Learning (Real-life Context)
- Direct Instruction
- Higher Order Thinking
- Self Directed Learning with Technology
- Exemplary Computer-enhanced Support
- Data-Driven Decision-Making

The teaching staff will be trained in their respective programs and will be supported throughout the year on an ongoing basis to promote increased student achievement.

At Knoxville Charter Academy lower grades (Grades Kindergarten thru 3); the instruction will be carried out by classroom teachers, where all students in upper grades (grades 4 and 5) will receive instruction from subject teachers in Language Arts, Math, Science and Social Studies. In this innovative teachers can concentrate in core subjects they teach to help diverse students achieve their maximum potential and ensure their readiness for a more challenging curriculum in middle school.

**Project-Based Instruction**

Project-based learning is an instructional approach to engage students in sustained, cooperative investigation. Within its framework students collaborate, working together to make sense of what is going on. Additionally, project-based instruction emphasizes students' own artifact construction to represent what is being learned. In project-based instruction, students pursue solutions to nontrivial problems by:

- Asking and refining questions
- Debating ideas

- Making predictions
- Designing plans and/or experiments
- Collecting and analyzing data
- Drawing conclusions
- Communicating their ideas and findings to others
- Asking new questions
- Creating artifacts

Projects can serve as bridges between phenomena in the classroom and real-life experiences. Questions and answers that arise in daily enterprise are given value and are proven open to systematic inquiry. Three important features of project-based learning are as follows:

- Project-based education requires active engagement of students' effort over an extended period of time.
- Project-based learning also promotes links among subject matter disciplines and presents an expanded, rather than narrow, view of subject matter.
- Projects are adaptable to different types of learners and learning situations.

There are two essential components of projects:

- A driving question or problem that serves to organize and drive activities, which taken as a whole amount to a meaningful project
- Culminating product(s) or multiple representations as a series of artifacts, personal communication, or consequential task that meaningfully addresses the driving question.

Knoxville Charter Academy will facilitate project-based instruction in the classroom with:

- A "driving question" that is anchored in a real-world problem and ideally uses multiple content areas.
- Opportunities for students to make active investigations that enable them to learn concepts, apply information, and represent their knowledge in a variety of ways
- Collaboration among students, teachers, and others in the community so that knowledge can be shared and distributed between the members of the "learning community"

- The use of cognitive tools in learning environments that support students in the representation of their ideas: cognitive tools such as computer-based laboratories, hypermedia, graphing applications, and telecommunications.

**Interdisciplinary Learning:**

Students in Knoxville Charter Academy will prepare projects that require cooperative teaching efforts in Language Arts, Fine Arts, Math, Social Studies and Science. Teachers will make cooperative lesson plans and student products will consist of material covered in different subjects.

**Alternative Assessments:**

Alternative forms of assessments provide more complete information about what students have learned and are able to do with their knowledge, and to provide more detailed and timely feedback to students about the quality of their learning than traditional multiple choice tests. Using alternative assessment, Knoxville Charter Academy faculty will be able to capture how students think, reason, and apply their learning, rather than merely having students "tell" the teacher what they have remembered or show that they can perform a task or carry out a specific procedure correctly. Some of these alternative methods - portfolio assessment, authentic assessment, and performance assessment - are described below:

- Portfolio assessment: The collection and evaluation of a carefully chosen selection of students' work. The number and types of selections included in a portfolio may vary, but are typically agreed upon by the teacher and student for the purpose of representing what that student has learned.
- Authentic assessment: A method of obtaining information about students' understanding in a context that reflects realistic situations, and that challenges students to use what they have learned in class in an authentic context.
- Performance assessment: Presenting students with a task, project, or investigation, and then evaluating the products to assess what students actually know and can do.

**Contextual Learning (Real-life Context)**

According to constructivist learning theory, learning occurs when students process new information or knowledge in such a way that it makes sense to them in their frame of reference. This approach to learning and teaching assumes that the mind naturally seeks meaning in context

where the person is located and that makes sense and appears useful. In contextual learning students carry out activities and solve problems in a way that reflects the nature of such tasks in the real world.

Because knowledge is better transferred when it is embedded in a more general understanding of its entire structure and contextualized into the content familiar to the learner, Knoxville Charter Academy will rethink curriculum and instruction under the light of contextual learning. Whenever appropriate, Knoxville Charter Academy will modify traditional methods and disciplines to teach material in meaningful contexts. More specifically in designing real-life context in the Knoxville Charter Academy classrooms:

- Artificial distinctions between actual applications and academic studies will be eliminated. Students will be provided with hands-on experiences in which they learn about and participate in workplaces.
- New teaching strategies and instructional principles will be designed and implemented based on the notion that teacher is no longer the presenter of information and the textbook is not the only information sources in the classroom. The instructional principles can be articulated as follow (but not limited to those):
    1. Anchor all learning activities to a larger task,
    2. Support the learner in developing ownership of the task,
    3. Design an authentic task,
    4. Design the task to reflect the complexity of the environment the learner will face,
    5. Support and challenge the learner's thinking,
    6. Encourage testing ideas against alternative views and alternative contexts, and
    7. Provide opportunity for reflection on the content learned and the learning process.

**Direct Instruction**

Direct instruction, the classical teaching method, is based on the notion that learning can be facilitated through clear instructional presentations that rule out likely misinterpretations and facilitate generalizations. As a teaching strategy, it is a systematic and highly structured instructional process that focuses on teaching and practicing basic skills and knowledge to prepare students to advance to higher-order skills. Some key components of this process are

scripted lesson plan that is evaluated and revised, curriculum designed to build new skills on previous learned ones and group sessions where teacher and students interact.

Through direct instruction, students learn and master information at the knowledge level, rather than the application level, in an extremely efficient and very cost-effective manner. Under the light of this finding, Knoxville Charter Academy will adopt an effective direct instruction module to teach students introductory and fundamental skills and knowledge. More specifically, our one unit direct instruction module will involve the following activities:

i)-Motivating Learners: Gaining learners' attention and maintaining that attention throughout the lesson.

- Arousing learners' curiosity (showing interesting graphs, video clip, music, or sounds, etc.)
- Making instruction relevant to learners' interest (relating instruction to events going on in the learners' lives, experiences)
- Entertaining learners (incorporating humor in to the lesson, using game-like activities, setting up simulated version of real life events)
- Getting learners to be involved actively in the lesson (asking questions, requiring learners to solve problems, small group activities)
- Arranging conditions for students success (asking questions and presenting problems that are at the right level of difficulty)
- Being enthusiastic
- Providing learners with rewards that may be tangible or intangible (snacks, tokens, praise, etc.)

ii)-Informing Students of Objectives:

- Telling learners what they are about to learn.
- Listing components of objectives
- Describing outcomes of instruction
- Giving examples of what the learners will be able to do

iii)-Helping Students Recall Prerequisites: Helping students retrieve memories that are necessary

or helpful in achieving new objectives and make sense of new information to relate it to something they already know or something already experienced.

- Relating new knowledge and skills to knowledge and skills that have already been learned
- Reminding learners of the necessary prerequisite knowledge and skills
- Asking students to recall the prerequisite knowledge
- Asking students to demonstrate the prerequisite knowledge
- Providing special instruction for learners that have lack of the prerequisites in order to make them ready like the rest of their classmates

iv)-Presenting Information and Examples: Stating, describing and explaining information those learners will be learning, presenting relevant examples.

- Informing rule or rules and conditions of the problems
- Providing learners with a verbal or visual description of process
- Arranging conditions so that learners are able to discover information for themselves
- Guiding students to information and directing and correcting as necessary
- Giving examples so that learners can see how they can use the information

v)-Providing Practice and Feedback: Giving learners adequate, relevant practice and corrective feedback.

- Providing appropriate practice exercises
- Providing learners with informative feedback

vi)-Summarizing Lesson: End lesson with some type of summary to bring closure to the lesson.

- Ending a lesson some type of summary
- Restating in simple terms the lesson objectives
- A brief review of the skills that were taught during the lesson
- Having learners summarize what they learned
- Having learners apply what they learned in order to solve a final problem or question

**Higher Order Thinking**

With the emphasis on accountability and increased student achievement, educators, parents, and legislators have been considering more about how we want our teachers to teach our students to think. As children move from elementary to middle to high school, the ability to think in more than one way becomes more and more important.

Higher Order Thinking is thinking on a higher level. It is more than memorizing facts or telling something back to someone exactly the way it was told. We must understand information, connect them to each other, categorize them, manipulate them, put them together in new or novel ways, and apply them as we seek new solutions to new problems.

Higher-Order Thinking Skills can be articulated as follow:

- It is the way you solve problems, process information, perceive information, encode information for storage, then retrieve the information and then how you decided what to do with that information. (cognitive strategies)
- It is the way you monitor understanding and comprehension, evaluate progress towards one's goals, decide the effectiveness and efficiency of solutions strategies and modify the approach to problem solving. It has a lot to do with knowing how you think about things. To make these decisions one would have to know about different types of strategies and the tasks to do them.
- It is to know how to construct knowledge. What is your schema? Or, what do you already know about this topic of study? What are the previously acquired ideas and relationships organized in your memory?

Knoxville Charter Academy will use the following strategies to teach higher-order thinking skills:

- Teach students how to learn, how they learn themselves, and how others learn and can learn from them.
- Challenge student to use a number of different approaches to solving real problems.
- Link information new to students to already learned information
- Give support, reinforcement as students try new approaches to problems.

- Give complex tasks to students so they will be forced to consider multiple tasks.
- Offer models of how to solve problems and plan out loud with them.
- Give feedback about how to think or operate differently to solve the problem.
- Help students plan their approach to solving problems.
- Give students reasons to engage in higher-order-learning.
- Allow students to peer monitor, peer tutor and peer evaluate solutions using a rubric, which they understand and commit to.
- Compile information about solutions, and about important problems that our society and our world face, from a variety of sources for students.
- Explain to students how to make decisions based on organization and interpretation of data.
- Explain to students how to create and present original works through writing, graphics and performance by analyzing information and making evaluations, supported by well-reasoned arguments.

**Scientific Reasoning Skills**

The Scientific Reasoning Skills will be utilized at the school. Children learn science best when the content is developmentally appropriate. For this reason, STC program has been chosen as a science curriculum, which is structured on the basis of a sequence of scientific-reasoning skills. This sequence begins in grade 1, where students focus on observing, measuring, and identifying properties. By grade 2, they are able to begin to recognize patterns and cycles. By grade 4, many students are able to identify cause-and-effect relationships. Finally, by grade 6, students can design and conduct their own controlled experiments. As they progress through this sequence, students not only gain an understanding of science concepts and phenomena but also develop critical-thinking skills. Table below shows the order of skill development in grades K - 8.

| Grade Levels | *Scientific-Reasoning Skills* | | | |
|---|---|---|---|---|
| | **Observing, Measuring, and Identifying Properties** | **Seeking Evidence; Recognizing Patterns and Cycles** | **Identifying Cause and Effect; Extending the Senses** | **Designing and Conducting Controlled Experiments** |
| **K-1** | ✓ | | | |
| **2-3** | ✓ | ✓ | | |
| **4-5** | ✓ | ✓ | ✓ | |
| **6-8** | ✓ | ✓ | ✓ | ✓ |

**Integrating Science with Non-Science Curricula**

Research about how the brain functions and how students learn has given momentum to the curriculum integration approach to instruction teaching subject areas according to their natural connections rather than in isolation from one another. Teaching across the disciplines connects subjects in ways that reflect the real world, which in turn improves student understanding. STC® provides an instructional program that teachers can use as a framework for integrating other areas of elementary curriculum, such as reading, writing, math, and social studies.

All facets of a language arts program will be incorporated in the STC® classroom. Children will develop reading, writing, speaking, and listening skills as they complete record sheets, maintain science journals, read stories about topics that they are studying in science class, and share findings in both formal and informal settings. Reading, however, is given special emphasis in STC® because students who read well and widely build a strong foundation for learning in all areas of life.

- **Language Arts:**Educational studies indicate that children are more likely to engage in a reading exercise when the literature is related to an activity in which they have just participated. In other words, the activity has made the reading exercise contextually relevant. Each STC® unit's hands-on investigations provide a natural transition to literacy

activities, and each unit offers a variety of literacy methods and materials that give students opportunities to practice their reading skills and improve their reading comprehension.

- **Other Subjects:** The integration of mathematics with science activities occurs seamlessly within the STC® units. Students develop math skills as they measure, weigh, compare, design data tables, and create graphs and charts. Stimulating ideas for the integration of other subjects (such as social studies and the arts) with science appear as extensions in every STC® lesson. The extensions offer ideas for field trips, visits from local experts, ways to relate science to art and music, and a host of other activities. Each STC® Teacher's Guide includes a bibliography that provides information on science trade books, videotapes, software, and other learning resources.

**Multi-sensory approach to learning**

Students will be provided with opportunities to learn through auditory, visual, tactile, and kinesthetic activities. Students will be guided through the process of determining which learning style is best suited to their needs.

**Multiple Intelligences**

The school will take into consideration the ways children learn. Eight different intelligences are named to account for a broader range of human potential in children and adults. These intelligences are: Linguistic, Logical-mathematical, Spatial, Bodily-Kinesthetic, Musical, Interpersonal, Intrapersonal, and Naturalist. Teachers will present their lessons in a wide variety of ways using text, storytelling, visuals, multimedia, music, cooperative learning, art activities, role play, field trips, inner reflection, and much more. Each child will have the opportunity to learn in ways harmonious with his or her unique mind.

## Extracurricular and Supplemental Educational Activities

Knoxville Charter Academy will offer extracurricular activities that will reach out and include the greatest number of students interested in participation. The purpose of the extracurricular activities offered at the school will be to enable students to explore a wider range of individual interest than might be available in the regular program, and to help students develop organizational skills and leadership skills.

The following is the tentative list of extracurricular activities that will be offered as potential after school activities: Book Club, Creative Writing, Digital Kids Club-digital photography, digital video, digital media, digital storytelling, and digital communication, Dissection, Drama, Spelling Bee, Yearbook, Art, Board Games, Chess, Dance, History Club, Journalism, Rock band, Role Playing, Bridge, Championship Chess, Foreign Language Club, Debate Club, Future City Design, Orchestra, Band, Ping Pong, Basketball, Volleyball, Kickball, Soccer, Math Olympiad, Science Olympiad, Technology Fair, Science Fair, Academic Bowl and Social Studies Fair.

Knoxville Charter Academy will also provide supplemental academic activities and remediation in the extended school hours during the week and on Saturdays as needed for the students who have demonstrated a need for extra help to pass state tests and courses in English/Language Arts, Math, and Science in all grade levels. Academic activities will include enrichment activities that are linked to the curriculum and are provided by school teachers as course/homework assistance in core subjects. Students who have been identified for placement in after-school tutoring will be required to attend; where Saturday tutoring will be invitational-based. Tutoring will be offered free of charge to students to increase students learning.

Students enrolled for the tutoring program will receive:

- Individual instruction—lessons are tailored to individual students' learning styles and levels of understanding
- Instruction free of competition—students progress at their own pace
- Private instruction, apart from whole class instruction
- Increased praise, feedback, and encouragement over what they might receive from one teacher
- Closer monitoring (from the teacher and tutor) that maximizes time on task
- Skills demonstrated instead of just verbalized

**Data-Driven Decision-Making**

Data-driven decision-making (DDDM) is a system of teaching and management practices that gets better information about students into the hands of classroom teachers. Knoxville Charter Academy will implement DDDM that yields substantial improvements in student learning and

achievement. Intelligent and pervasive uses of data at Knoxville Charter Academy will improve the instructional interventions for students, re-energize teachers' enthusiasm for teaching, and increase their feelings of professional fulfillment and job satisfaction.

Essential Concepts

Data-driven decision-making is about getting better information into the hands of classroom instructors, which have been shown to have positive impacts on student learning and achievement gaps. Data-driven educators at Knoxville Charter Academy will articulate the essential elements of effective data-driven education outlined in the diagram below. The five major elements of data-driven instruction are:

- Good baseline data
- Measurable instructional goals
- Frequent formative assessment
- Professional learning communities
- Focused instructional interventions

These elements interact to enhance student learning and to inform teacher practice.




Data-driven teachers of Knoxville Charter Academy will utilize multiple measures, and multiple indicators within measures, when assessing school and student success. For example, data from a single administration of a statewide reading test do not give teachers the information they need to improve student learning. Information from other assessments, measures of student engagement, previous programmatic interventions, and other data are needed for teachers to design appropriate instructional interventions. Similarly, use of a single formative assessment to measure students' reading progress is not as reliable as using multiple, different assessments to triangulate on the complex concept of student reading. Data-driven teachers will be savvy

consumers of summative assessment data, such as those from yearly state tests, who understand when and how the data can, or can't, inform teacher practice.

Principal of Knoxville Charter Academy will support this phase of the DDDM process by helping teachers understand the five essential elements and by helping staff envision what good data-driven education looks like in practice. Principal will create and implement a comprehensive, long-term professional development plan that is designed to ground teachers in the skills they need to be effective data-driven instructors.

Collecting and Analyzing Summative Data

Teachers at Knoxville Charter Academy will utilize data from yearly summative assessments to improve student learning. In other words, teacher will be able to get their hands on the data from yearly summative assessments that will help them improve instructional practice. Access to the raw data is crucial, because educators invariably want more detailed data, or want data presented in different ways, than paper reports typically provide.

Once teachers have access to good baseline information, they will work with their administration to select key indicators of success for their classrooms. In order to do this, teachers will be well-grounded in assessment literacy concepts so that they can appropriately interpret summative baseline data. Teachers will also give ongoing feedback to the administrators about the usefulness of the data and/or reports that they are receiving.

Principal will ensure that the data teachers receive is accurate, timely, and in a format that can inform classroom instruction. Principal will design and implement data systems that allow for exploration and reporting of raw data. Principal also play a key advocacy role in enabling teacher and counselor access to that data. Most importantly, school administration will actively help teachers identify key indicators of classroom success, appropriately analyze their data, and then turn those data into strategic pedagogical interventions.

Setting Measurable Goals

Once armed with key summative indicators of classroom success, teachers at Knoxville Charter Academy will use those baseline data to identify mastery levels and learning needs of classes, demographic subgroups, and individual students. Data-driven educators of Knoxville Charter Academy then use that information to set measurable year-end instructional goals, which serve as meaningful targets to guide their pedagogical strategies. These goals are often referred to as *SMART goals*. The acronym stands for Specific, Measurable, Attainable, Results-Oriented, and Time-Bound. An example SMART goal might look something like the following:

Example: The percentage of third grade students scoring at proficient or higher on the state mathematics test will increase from 64% in Spring 2004 to 82% in Spring 2005.

Focus areas for improvement

1. Number sense
2. Computation
3. Measurement

Data-driven educators recognize that formalized goal-setting can lead to improved student learning outcomes. All SMART goals created by teachers and administrators should have the following six components (with example language from the SMART goal above):

1. A measurable baseline (64%);
2. A measurable target (82%);
3. A specific time frame (Spring 2004 to Spring 2005);
4. Specificity about what is being assessed (percentage of third grade students scoring at proficient or higher);
5. Specificity about the method of assessment (the state mathematics test); and
6. Focus areas that guide future action needed to reach the learning target (number sense, computation, and measurement).

Inclusion of these six components ensures that SMART goals meet the criteria represented by the acronym. SMART goals can be used with common assessments, teacher-made rubrics, and other types of assessments as well as with standardized tests from publishing companies and state departments. Principal will visibly model the goal-setting process by actively assisting teachers as they work to create appropriate, targeted goals for their classrooms and students.

# Section 3 – Evaluation of Student Academic Achievement

***Describe the plan for evaluating student academic achievement at the proposed public charter school and the procedures for remedial action that will be used by the school when the academic achievement of a student falls below acceptable standards.***

*To retain its charter, a charter school is required by law make adequate yearly progress, as measured by the state, toward achievement of the state's accountability goals. All schools must participate in the state's assessment system, the Tennessee Comprehensive Assessment Program (TCAP).*

*Provide a detailed framework of the school's approach to assessment, including any external and internal measures that will be used to establish and monitor student academic and non-academic progress beyond the state testing requirements. Summarize how performance data will be collected, reported, and used to improve instruction. Provide details about your plan for intervention and remediation should students fail to demonstrate adequate yearly progress.*

## Assessment Methodology

Assessment at Knoxville Charter Academy is an on-going process that enables school administration and staff to make necessary adjustments for better learning based on need and desired outcomes. Our assessment methods are based on the following beliefs:

- In order to have a complete picture of a student's growth, different types of assessments must be used. Assessments for individual students should focus on a student's growth towards a proficiency standard rather than comparing a student's performance against other students.
- There should be a close relationship between a desired student outcome and the means used to assess it.
- Assessing what students do with knowledge is as important as assessing what knowledge they have.

Assessment will promote and support reflection and self-evaluation on the part of students, staff and parents. A sample calendar of assessment events in a school year is provided below:.

**Table 2: Knoxville Charter Academy Internal Assessment Yearly Calendar**

| Month | Assessment Event | Subjects | Students | Staff |
|---|---|---|---|---|
| *August* | Review of previous year's external summative data. Informing the parents regarding the students who did not demonstrate the adequate yearly progress in the previous year. | Tested subjects | ALL | ALL |
| *September* | Diagnostic testing. Restructuring the curriculum and placements based on the results. | Math, Reading/Language Arts, Science, Writing | ALL | Department/Team |
| *October-December* | Predictive testing in Writing. Monthly check-ups relative to academic standards. | ALL | ALL | Department/Team |
| *January* | Predictive testing for TCAP and EOC subjects. Interventional studies with qualifying students based on the results of the testing. | Tested subjects | ALL | Department/Team |
| *February-May* | Monthly check-ups. Test administration. | Tested subjects | ALL | Department/Team |
| *June-July* | Evaluation of Standardized testing results. Presenting the summary to the public and the stakeholders. | Testing subjects | ALL | Administration |

A variety of formative and summative assessments will be used for collecting base-line and on-going performance data at Knoxville Charter Academy. In addition to the traditional formative assessments described below Knoxville Charter Academy will also utilize standards based assessment technology products such as Acuity™. Two sample reports are shown in Figure 1 and 2. In electronic format, the reports also feature easy-to-use drill-down functionality so one can retrieve increasingly granular levels of student and assessment information. For example, links in the Class Assessment Report will allow an educator to view individual student results. Or, assessment standards are hyperlinked to view test items aligned to this standard.




**Figure 1: A sample class assessment report from the Acuity™ formative assessment system.**




**Figure 2: A sample item analysis report from the Acuity™ formative assessment system.**

Acuity™ is a formative assessment system that includes high-quality items aligned with Tennessee State Standards for grades 3-8. For students in grades K-2, MAP (Measure of

Academic Progress) or equivalent third party core subject assessment system will be utilized. Other assistive technology such as clickers can also be integrated into the system. Products such as Acuity will help Knoxville Charter Academy educators target instruction and improve student learning. A formative system such as Acuity™ provides the following benefits that align with the assessment methodology of Knoxville Charter Academy:

- Collecting data on student strengths and weaknesses relative to the state standards
- Delivering a student, class or school level reports that recommend specific actions to improve student achievement
- Recommending personalized instructional activities based on assessment results
- Make instructional decisions using clear, easy-to-understand information displays
- Track student growth within and across grades, using vertical scales
- Disaggregate student performance according to NCLB demographic categories
- Generate rapid results
- Near real-time results at the student and class levels to help educators inform instruction, facilitate small-group and individual instruction, and communicate student performance

## Formative Assessment

*Formative Assessment* provides information at the classroom level and to make instructional adjustments and interventions during the learning process. Formative assessment is part of the instructional process to improve student learning. It is not evaluative and does not involve grading students. In this sense, formative assessment will inform both Knoxville Charter Academy teachers and students about students` understanding at a point when timely adjustments can be made. These adjustments will help to ensure students achieve targeted standards-based learning goals within a set time frame. Effective formative assessment practices, implemented during the school year, have been shown to be a powerful mechanism for improving student learning. Research meta-analyses have shown that good formative assessment has a greater impact on student learning, and on achievement gaps, than any other instructional practice.

Some of the instructional strategies that will be used at Knoxville Charter Academy as part of formative assessment will include but not limited to the following:

*Criteria and goal setting* with each and every student at Knoxville Charter Academy will engage them in instruction and the learning process by creating clear expectations. In order to be successful, students need to understand and know the learning target/goal and the criteria for reaching it. Teachers at Knoxville Charter Academy will establish and define quality work together, ask students to participate in establishing norm behaviors for classroom culture, and determine what should be included in criteria for success are examples of this strategy. Using student work, classroom tests, or exemplars of what is expected will help students understand where they are, where they need to be, and an effective process for getting there.

*Observations* go beyond walking around the room to see if students are on task or need clarification. Observations will assist teachers in gathering evidence of student learning to inform instructional planning. This evidence will be recorded and used as feedback for students about their learning or as anecdotal data shared with students and families during conferences.

*Questioning strategies* will be embedded in lesson/unit planning. Asking better questions will allow an opportunity for deeper thinking and provide teachers with significant insight into the degree and depth of understanding. Questions of this nature engage students in classroom dialogue that both uncovers and expands learning. An "exit slip" at the end of a class period to determine students' understanding of the day's lesson or quick checks during instruction such as "thumbs up/down" or "red/green" (stop/go) cards is also examples of questioning strategies that elicit immediate information about student learning.

*Self and peer assessment* will help to create a learning community within a classroom. Students who can reflect while engaged in meta-cognitive thinking are involved in their learning. Students will be involved in criteria and goal setting so that self-evaluation is a logical step in the learning process. With peer evaluation, students will see each other as resources for understanding and checking for quality work against previously established criteria.

*Student record keeping* will help students better understand their own learning as evidenced by their classroom work. This process of students keeping ongoing records of their work will not only engage students, it will also help them, beyond a "grade," to see where they started and the progress they are making toward the learning goal.

## Summative Assessment

*Summative Assessments* quantitatively determine achievement of students on a set of academic outcomes at a particular point in time. Summative assessments will be used as a means to measure, at a particular point in time, student learning relative to content standards. Summative assessments that will be administered at Knoxville Charter Academy may be categorized as external and internal. Whereas external summative assessments include state mandated TCAP testing, internal summative assessments include traditional paper-pen tests, exams, performance tasks, and other assessments that vary from subject to subject. Commonly used internal summative assessments that will be used at Knoxville Charter Academy are listed in Table 2.

| Subject Matter | Assessment |
| --- | --- |
| Language Arts | Varied writing assignments, portfolios, exhibitions, district benchmark assessments, proficiency and standardized tests. |
| Social Sciences | Essays and multiple choice exams, portfolios, district benchmark assessments, exhibitions, proficiency and standardized tests. |
| Mathematics | Projects, portfolios, exhibitions, district benchmark assessments, proficiency and standardized tests. |
| Science | Projects, portfolios, exhibitions, district benchmark assessments, proficiency and standardized tests. |
| Art | Portfolios, exhibitions, and art history exams. |
| Foreign Languages | Oral and written examinations, cultural performances, district benchmark assessments and standardized tests. |

**Table 2 Internal summative assessments that will be used in the Knoxville Charter Academy classrooms.**

## Reporting

Student progress will informally be reported to parents on an ongoing basis and formally reported via parent-teacher-student conferences and periodic progress reports. Parents will also be able to check students' progress online.

The summary of results of the external summative assessments, such as TCAP results, will be reported to the public at a regular Governing Board meeting.

## Data-Driven Intervention and Remediation

Data-driven decision-making (DDDM) is a system of teaching and management practices that gets better information about students into the hands of classroom teachers to improve instruction. Knoxville Charter Academy will implement DDDM that yields substantial improvements in student learning and achievement. Intelligent and pervasive uses of data at Knoxville Charter Academy will improve the instructional interventions for students, re-energize their enthusiasm for teaching, and increase their feelings of professional fulfillment and job satisfaction.

Data-driven decision-making is about getting better information into the hands of classroom instructors,, which have been shown to have positive impacts on student learning and achievement gaps. Data-driven educators at Knoxville Charter Academy will articulate the essential elements of effective data-driven education outlined in the diagram below. The five major elements of data-driven instruction are:

- Good baseline data
- Measurable instructional goals
- Frequent formative assessment
- Professional learning communities
- Execution of instructional interventions and remediation

These elements interact to enhance student learning and to inform teacher practice as in Figure 3. Principal of Knoxville Charter Academy will support this phase of the DDDM process by helping teachers understand the five essential elements and by helping staff envision what good data-driven education looks like in practice.




**Figure 3: Data driven decision making model**

## DDDM Step I: Collecting and Analyzing Assessment Data

Knoxville Charter Academy teachers will utilize multiple measures, and multiple indicators within measures, when assessing school and student success. For example, data from a single administration of a statewide reading test do not give teachers the information they need to improve student learning. Information from other assessments, measures of student engagement, previous programmatic interventions, and other data are needed for teachers to design appropriate instructional interventions. Similarly, use of a single formative assessment to measure students' reading progress is not as reliable as using multiple, different assessments to triangulate on the complex concept of student reading.

In addition, computer-adapted tests – Acuity™ and Measurement of Academic Progress (MAP) - are frequently administered in each academic year. With a large norm reference group (more than 2 million students nationwide), MAP reports provide highly insightful feedbacks as how Knoxville Charter Academy students perform with respect to Tennessee State Standards as well as national performance trends (in that particular grade level). MAP not only measures students' performance at a single point of time but also tracks progress over time (academic *growth*).

These assessments provide test results within 24 hours allowing the school administration and teachers to plan necessary interventions for diagnosed low-achieving students. The test results are maintained for previous years, so teachers and parents can monitor the growth of individual

students over time. Students are tested in four main subject areas: *Mathematics, Reading, Language Usage, and Science.*

In addition to regular grading-period report cards which are sent out eight (8) times a year, Knoxville Charter Academy sends out MAP results report card three times a year as well. That is, the total of 11 report cards are mailed to keep parents abreast of their child(ren)'s academic progress. Figure below is a sample report card (MAP test results) that will be mailed *in addition* to regular in-house report cards (see figure below). This way, parents will have an opportunity to tack their children's progress over time and in comparison to both *at-school-level* and *national trends*. Most importantly, parents will be able to see if students are ***substantively growing academically***, remaining unchanged or showing a sign of regress over time.

# Knoxville Charter Academy

## Student Progress Report: FALL







## DDDM Step II: Setting Measurable Instructional Goals

Teachers at Knoxville Charter Academy will analyze where their students are at the beginning of the year (Acuity™, MAP) and create measurable year-end goals in writing that provides for adequate yearly progress for their students. Special attention shall be given to those students who failed to demonstrate adequate yearly progress in the TCAP assessment system in the previous year. Administration will work closely with the teachers at this step to ensure that the goals are set in a SMART[30] way. Necessary training and in-service will be provided to teachers to achieve the outcomes of this step.

## DDDM Step III: Frequent Formative Assessments

The next step for teachers is to plan and perform frequent formative assessments in order to benchmark the progress of their students during the school year toward those year-end goals. Student pre-testing will be done at the beginning of the school year. Results of these pre-tests will be given to teachers who will be trained in how to interpret these data and incorporate them into their instruction. Teachers and students will establish student goals for curricular levels by the end of the year. Students' progress will be tracked and student progress toward year-end goals will be measured in the end of year post-tests.

## DDDM Step IV: Professional Learning Communities

Teachers at Knoxville Charter Academy will have the opportunity to meet as a team regularly and frequently to have collaborative, data-based discussions about student progress. During these meetings, teachers *identify emergent patterns* from the formative data and discuss what the data tell them about students' progress toward year-end learning goals. These meetings will be held with the participation of the Principal. Team based organization at Knoxville Charter Academy

---

[30] The acronym stands for Specific, Measurable, Attainable, Results-Oriented, and Time-Bound. An example SMART goal might look something like the following: The percentage of sixth grade students scoring at proficient or higher on the state mathematics test will increase from 64% in spring 2004 to 68% in spring 2005. Focus areas for improvement are Number sense, Computation, and Measurement strands.
SMART goals have the following six components (with example language from the SMART goal above):

- A measurable baseline (64%);
- A measurable target (82%);
- A specific time frame (Spring 2004 to Spring 2005);
- Specificity about what is being assessed (percentage of sixth grade students scoring at proficient or higher);
- Specificity about the method of assessment (the state mathematics test); and
- Focus areas that guide future action needed to reach the learning target (number sense, computation, and measurement).

Inclusion of these six components ensures that SMART goals meet the criteria represented by the acronym. SMART goals can be used with common assessments, teacher-made rubrics, and other types of assessments as well as with standardized tests.

will provide the flexibility required for such meetings. As needs arise outside help in the form of trainings, webinars, or attending a conference will be sought to deliver the outcomes of this step.

## DDDM Step V: Execution of the Intervention and Remediation Plan

Data analysis is meaningless if it does not result in meaningful instructional change. Data-driven educators of Knoxville Charter Academy will use summative and formative assessment data together to implement strategic, targeted, focused instructional interventions to improve student learning. These interventions will be aligned with state standards as well as content-specific best practices. Table 3 outlines the intervention design. Following sections detail the tiered approach to the execution of the plan.

**Table 3: Intervention Design at Knoxville Charter Academy**

| Level | Intervention | By Whom | When | Support |
|---|---|---|---|---|
| Tier I | Individualized Instruction | Classroom Teacher | Daily | Professional Development regarding individualizing instruction, Special Education Teacher, Intervention Teacher, Intervention Specialist |
| Tier II | Teaching with support- pair classroom teacher with intervention teacher | Intervention Specialist and Intervention Teacher | All math classes – one instructional period per week | Master Schedule |
| Tier II | Study Teams | Classroom Teacher | Two Times per week | Master Schedule and Intervention Specialist |
| Tier III | One on One Tutoring | Community Volunteers and | As needed | Intervention Specialist |

| | | | | |
|---|---|---|---|---|
| | | Intervention Teacher | | |
| Tier III | Scheduled Tutorials | Intervention Teacher | Three times per week | Master Schedule and Intervention Specialist |
| Tier I-III | Cumulative Review of Progress | Intervention Specialist | Eight times per year. | Data from Acuity or similar product and in house monitoring schedule |

**Tier I Intervention Program**

At Knoxville Charter Academy intervention starts with high-quality instruction and screening of all the children in the general education classroom. As a result of this screening process as described earlier in the Data Driven Decision Making section, struggling learners are provided with interventions at increasing levels of intensity to accelerate their rate of comprehension. Students are closely monitored to assess both their rate of learning and level of performance. We seek to prevent academic failure through early intervention, frequent progress measurement, and increasingly intensive research-based instructional interventions for children who continue to have difficulty. A multi-tier approach is used to efficiently differentiate instruction for all students. Knoxville Charter Academy intervention model incorporates increasing intensities of instruction, offering specific, research-based interventions matched to student needs.

All students at Knoxville Charter Academy will receive first and foremost a high quality instruction in general setting as described in the Section 2 of this proposal with effective instructional programs. This is the first tier in the intervention design. At risk students such as students who did not pass the screening test and/or ELL learners will be monitored closely as described earlier to ensure that they receive necessary support. This monitoring process[31] will also help identify, as a result, the students who need more intensive Tier 2 targeted instruction.

[31] Please see footnote 40 regarding the proposed software Knoxville Charter Academy will be using to measure the progress of students.

The second tier instruction will start when classroom instruction does not help student progress forward. The third tier follows the second tier if the second tier instruction is found ineffective. After the third tier of instruction if the individual instructional goals are still not met then a Special Education referral and a comprehensive evaluation will be necessary.

**Tier 2 Intervention Program**

Students who are found at risk by screening or progress monitoring will receive small group targeted instruction. The basic principles of the Tier 2 instruction are as follows[32]:

- Students are tutored in small groups (two to four students in each group).
- Tutoring takes place three or four times a week.
- Each tutoring session lasts 30–60 minutes.
- Tutoring lasts 9 weeks.
- Point system or other rewards are used to motivate students.
- Corrective feedback is immediate.
- Students master content before moving on to more difficult activities.
- Tutors are trained to implement tutoring with high level of fidelity.
- Bilingual support or other effective ELL strategies are put in place for struggling ELL learners.

**Tier 3 Intervention Program**

Students who are not progressing with the additional Tier 2 instruction will be moved to the next tier. At this step a team based approach will be utilized to identify and execute the intervention strategies. Data from the second tier instruction will be analyzed and a list of targets will be created. The team will consist of general education subject teacher, parents, principal or designee, counselor, and special education coordinator. This team will attack the problem (i.e. lack of student progress in a specific area) in a collaborative approach and execute the resulting instructional plan effectively using a broader set of resources. Tier 3 instructional approaches will be more intense: more time, more direct and scaffolded instruction, more opportunities for corrective feedback, more motivational strategies, and more frequent progress monitoring will be provided. The result will be an overall strong remediation effort. If student does not respond to

[32] Using Curriculum Based Measurement to determine response to intervention, National Center on Response to Intervention

this level of intense intervention then the student will be referred to the comprehensive evaluation team for further testing and possible placement in the Special Education program.

## Additional Strategies

At any year of the school's operation Knoxville Charter Academy administration shall create an assistance plan for those students who did not demonstrate adequate yearly progress including but not limited to the following:

- Meeting with parents and discussing the results, informing the parents how they can help to achieve the standards.
- Providing extra instruction time to those students during or outside the regular school day or calendar, such as before/after school, in the summer or weekends.
- Providing extra learning resources for students in the classroom or to take home with the students for self study. This could very well be focused instructional computer software since Knoxville Charter Academy students will be provided laptops at 7th and 8th grades.
- Monitoring the progress more frequently in order to ensure to close the achievement gap.

Knoxville Charter Academy is eligible to participate in Title I Supplementary Educational Services grants. Some or all part of the received funds will be allocated for these assistance programs throughout the year. Teacher contracts shall also reflect the need for potential additional time at work during non-regular hours to help meet these students' needs. Compensation may be provided hourly or program-wise at the discretion of the Governing Board. A schedule of non-regular hours study schedule, please see Section 6.

### Motivational Seminars

Student motivation refers to a student's willingness, need, desire and compulsion to participate in, and be successful in, the learning process[33]. Skinner and Belmont develop the definition further, noting that students who are motivated to engage in school "select tasks at the border of their competencies, initiate action when given the opportunity, and exert intense effort and concentration in the implementation of learning tasks; they show generally positive emotions

[33] Bomia, L., Beluzo, L., Demeester, D., Elander, K., Johnson, M., & Sheldon, B. (1997). The impact of teaching strategies on intrinsic motivation. Champaign, IL: ERIC Clearinghouse on Elementary and Early Childhood Education. (ERIC Document Reproduction Service No. ED 418 925)

during ongoing action, including enthusiasm, optimism, curiosity, and interest"[34]. Less motivated or disengaged students, on the other hand, are passive, do not try hard, and give up easily in the face of challenges.

Student motivation is often classified into two categories:

*Extrinsic motivation*: A student can be described as extrinsically motivated when he or she engages in learning "purely for the sake of attaining a reward or for avoiding some punishment"[35]. School practices that seek to motivate students extrinsically include publicly recognizing students for academic achievements; giving out stickers, candy, and other rewards; and taking away privileges, such as recess, on the basis of students' academic performance. We will talk about this category separately in Awards Program.

*Intrinsic motivation*: A student can be described as intrinsically motivated when he or she is motivated from within: Intrinsically motivated students actively engage themselves in learning out of curiosity, interest, or enjoyment, or in order to achieve their own intellectual and personal goals. So, organizing a series of motivation program each semester is important for our students and teachers' success and smooth operation.

Students who are intrinsically motivated come out ahead in a number of areas[36].

Intrinsically motivated students:

- Earn higher grades and achievement test scores, on average, than extrinsically-motivated students.
- Are better personally adjusted to school.
- Employ "strategies that demand more effort and that enable them to process information more deeply".
- Are more likely to feel confident about their ability to learn new material.
- Are more likely to persist with and complete assigned tasks.
- Retain information and concepts longer, and are less likely to need remedial courses and review.

[34] Skinner, E., & Belmont, M. (1991). A longitudinal study of motivation in school: Reciprocal effects of teacher behavior and student engagement. Unpublished manuscript, University of Rochester, Rochester, NY.
[35] Dev, P.C. (1997). Intrinsic motivation and academic achievement: What does their relationship imply for the classroom teacher? Remedial and Special Education, 18(1), 12-19.
[36] Brewster, C. & Fager J. (2000) Increasing student engagement and motivation: From time-on-task to homework. Northwest Regional Educational Laboratory. Portland, OR.

- Are more likely to be lifelong learners, continuing to educate themselves outside the formal school setting long after external motivators such as grades and diplomas are removed.

As schools focus on helping all students achieve high standards reaching out to disengaged and unmotivated kids becomes increasingly important. Clearly, students who are not motivated to engage in learning are unlikely to succeed. Then the final result will be either drop-out or total failure of student from his education.

Teachers can affect students' level of engagement in learning. Simply recognizing this important issue is a critical step in motivating students. By further recognizing how a strong self-confidence is the base for success, which in turn promotes motivation and engagement in school, teachers can see the connections between their practice and student outcomes.

However, presenting the best practices, methodologies, and techniques implemented by many others in real life is an important factor to present the importance of motivation to our students. In various topics and majors, many people in local industry, academia, government, state, community, and student families will be invited for the guest, hands-on motivation seminars organized once every two weeks.

Some of the topics are highlighted below:

- Time management
- Ways to be successful in Self-Control
- Effective Communication Mechanisms
- How to work in a team
- What is Critical Thinking? How do you use it?
- Hot Jobs in 21st Century
- Plagiarism and Ethics: Their Effect to your future
- How to use Internet constructively!
- Real Life Problem Solutions
- Creative Thinking!
- What I want to be!

**Award Program**

The student recognition program is a very important aspect of school life. Students in all grades are recognized at the end of each grading period for accomplishments in attendance, academics, and responsibility. The awards are presented in each homeroom class at the end of each semester. At the end of the school year, school also holds annual Awards Day ceremonies with recognition for year-long accomplishments.

Other types of awards are awarded for each subject due to the teachers' policies. These might be homework pass, candy, gift card, coupon, trophy, medal etc. However, attendance, academics and responsibility are important components for at-risk students and they are awarded based on the following criteria:

*Attendance:* School targets to reach the maximum attendance limits. In order to promote the importance of attendance, students who attended over 93% of the semester period will be awarded. Students with 100% attendance rate will receive special awards. This award will help the school improve the level of attendance.

*Academics:* Students who get all A's in courses will be awarded with special awards in each semester. Students with As and Bs will be awarded as well as students with all Bs. This will help students gain encouragement and appreciation in their education.

*Responsibility:* Students accomplished exemplary course projects in science, math, reading etc will be awarded to special awards at the end of each semesters. The name of the awards will be designed by the school principal's proposal to governing board. The award decision approved by the board will be presented to students of each grade level.

**Parent Visitations by School Teachers**

Communication is absolutely essential for success in any human endeavor. The administration and staff recognize this and will strive to facilitate open and frequent communications with parents at all times.

In order to solidify the communication among parents, student and teacher, homeroom teachers will schedule to visit to student's parent/guardian at least once a semester. Teacher will give a little briefing about the school, students' classroom and student's performance in classroom. If

there is any specific question raised by the parent/guardian teacher will try to answer or invite them to school further follow-up.

Student's performance in all curricular areas, school activities and attendance and academic progress will be discussed with the parent. Feedback about student, teachers and school received from the parent will be reported to school's principal for the success of student and continues improvement of the school.

## Student Retention

A minimum passing grade shall be 70 (out of 100) and a student may be promoted if he or she passes from each course as determined by the yearly average. Students may be required to attend summer school or similar remediation programs to be promoted. Knoxville Charter Academy will continuously monitor each student's academic progress and track the remediation steps taken by faculty and administration systematically (as explained in this section) and consistently.

# Section 4 – Operating Budget

***Provide an operating budget based on anticipated enrollment.***

*Public charter schools are required to operate under an annual budget on a July 1 to June 30 fiscal year. Provide a realistic, line-item estimate of the revenues and expenditures for operating the school from approval through the fifth year of operation. You must use the Public Charter School Five Year Planning Budget Document form and cover sheet which is provided on the Tennessee Department of Education's Charter Schools webpage.*

- The Budget Cover Sheet may be found at:

  *http://www.state.tn.us/education/fedprog/doc/chrtrsch_bgtcvr_5yrplanbgt.xls*

- The Five Year Planning Budget Document may be found at:

  *http://www.state.tn.us/education/fedprog/doc/chrtrsch_bgtform_5yrbgt.xls*

The proposed Knoxville Charter Academy budget presents solid revenue projections which are sufficient to meet the anticipated expenditures for all five years. Knoxville Charter Academy expenditures are sufficient to implement and actualize the targeted activities of school, to attract qualified staff, and to meet state and federal requirements. The budget prioritizes resources and appropriately utilizes resources to scale, allowing for the phasing in full enrollment of the school and ensuring the advancement of the Knoxville Charter Academy's mission and goals.

Please see **Appendix A** for the operating budget.

# Section 5 - Audit Method

***Describe the method for conducting annual audits of the financial, administrative and program operations of the school.***

*Immediately after the end of the fiscal year (June 30), charter schools must furnish to the local board of education, the special joint oversight committee on education, the commissioner of education and the Comptroller of the Treasury an annual audit prepared by certified public accountants or by the department of audit. Describe the methods the school will use to complete this audit and to conduct reviews of the school's administrative and program operations.*

Knoxville Charter Academy governing board has chosen a certified public accountant from a list of firms having experience in performing annual audits in the state of Tennessee. **Appendix B** presents a proposal prepared by this auditing firm. The Academy's governing board will ensure that both internal and external controls are in place to prevent any budgetary mismanagement. They will ensure that the auditor have access to various financial and, in some instances, non-financial records and documents maintained by the school.

An official agreement will be signed to review the financial paperwork, books, and records as soon as our charter school proposal is approved. Auditing firm representative or contact person will meet with the president of governing board and the principal. Then, the auditor will provide the board with an overview of how the audit will occur and the timetable for its completion. Therefore, everybody involved in this process will know the auditor's tasks, needs, and expectations. This will also eliminate the miscommunication and interruption of charter academy's daily operations.

When the auditing is completed, the auditor will present the specific findings to the academy board. The results of the audit process will be discussed in the board meeting together with auditor. Findings of the auditor will be authorized and submitted to the Knox County School Board of Education, the Special Joint Oversight Committee on Education, the Commissioner of Education and the Comptroller of the Treasury.

Knoxville Charter Academy will publish an annual financial report that encompasses all funds including the statements from its annual audit process.

# Section 6 - Timetable

***Provide a timetable for commencing operations as a public charter school which shall provide for a minimum number of academic instruction days, which shall not be fewer than those required by statute.***

*Describe the school's start-up timeline, from charter approval to the first day of operation. Summarize the school's daily and annual calendar, indicating the number of academic instruction days.*

The following table presents the tasks Knoxville Charter Academy will start implementing from approval (Assumed to be December 2010) to Fall 2012. This is the table prepared for pre-operational period.

| From-To | Task |
|---|---|
| 10/01/2010 – 12/31/2010 | Board meeting for tasks and scheduling.<br>Securing the school facility |
| 01/01/2011 – 05/31/2011 | Building finalization / Certification of Occupancy |
| 01/01/2011 – 01/31/2011 | Hire the Principal/Executive Director<br>Develop advertisements and recruitment tools.<br>Develop admissions materials |
| 01/15/2011 – 02/28/2011 | Student Applications are received |
| 02/01/2011 – 04/31/2011 | Recruit and hire staff |
| 02/01/2011 – 06/31/2011 | Develop and adopt policies |
| 03/10/2011 – 04/15/2011 | Hire the secretary to handle enrollments and open houses<br>Open Houses for Lottery Winner Families<br>Students enrollment is completed |
| 03/01/2011 – 05/31/2011 | Review and plan for the staff trainings to implement the Knoxville Charter Academy curriculum. |
| 05/01/2011 – 05/15/2011 | Refine budget and plan for purchases.<br>Order textbooks, furniture, lab supplies. |

| | |
|---|---|
| 05/01/2011 – 06/30/2011 | Physically prepare the school<br>Traffic/Bus/Car pool planning<br>Daily schedule is fixed |
| 07/01/2011 – 07/15/2011 | Faculty, parent, and student orientations<br>Installation of furniture, technology, etc. |
| 07/15/2011 – 07/31/2011 | Training, testing, and refining of the procedures |
| 08/1/2011 – 08/08/2011 | Faculty training and planning<br>Family and student orientation<br>School starts! |

## School Day Schedule

The School will follow the academic calendar of Knox County Schools including emergency practices such as closing the schools due to weather conditions. Announcements of Knox County Schools will also apply to the students of Knoxville Charter Academy.

A typical day at Knoxville Charter Academy is outlined at the following table. Times and duration of periods are descriptive only and can be changed by Knoxville Charter Academy administration whenever necessary. For different grade levels lunchtime will be different. The following tentative schedule is example for one grade only.

The time tables provided in Section six are for students. Teachers have plenty of time for collaboration. Grade teams will have one common team planning time every day. Teaching staff teach 5 periods out of 7 periods of a school day. Remaining two periods can be utilized to build a master schedule with a common planning time per requirements.

| **Daily Knoxville Charter Academy Student [redacted] Schedule** | |
|---|---|
| 8:00-8:20 | Students' Arrival |
| 8:20-8:30 | Free Reading Time |
| 8:30-9:34 | **~~Homeroom + Science~~ Language Arts** |
| ~~9:34-9:38~~<br>**9:35-9:48** | **~~Break~~ Snack/ Small Recess** |
| ~~9:38-10:43~~<br>**9:50–11:20** | Math |
| ~~10:43-10:47~~<br>**11:20-<br>12:10** | **~~Break~~ Lunch/Recess** |

| | |
|---|---|
| ~~10:47-11:52~~ **12:10-12:50** | Social Studies/**Language Arts** |
| ~~11:52-12:48~~ **12:50-1:30** | ~~Lunch Time~~ **One of the Special Classes (computers/ arts/PE/music)** |
| ~~12:48-1:54~~ **1:30-2:10** | ~~Language Arts~~ **Science** |
| ~~1:58-2:50~~ **2:10-2:40** | ~~Reading~~ **Journal Writing (may include math, science or social studies)** |
| ~~2:50-2:54~~ **2:50-3:10** | ~~Break~~ **Dismissal** |
| ~~2:54-3:46~~ **3:10-4:00** | ~~Related Arts~~ **After-school Activities and Tutoring** |
| ~~3:46-3:50~~ | ~~Dismissal~~ |
| ~~3:50-4:50~~ | ~~After-school activities and Tutoring~~ |
| ~~4:50-5:00~~ | ~~Late Dismissal and Parent Pick up~~ |

| Daily Knoxville Charter Academy Sample Teacher Schedule | |
|---|---|
| 8:00-8:30 | Planning/Morning duties |
| 8:30-9:34 | 1st Period |
| 9:34-9:38 | Break |
| 9:38-10:43 | 2nd Period |
| 10:43-10:47 | Break |
| 10:47-11:52 | Common Team Planning Time |
| 11:52-12:48 | Planning/Lunch Break |
| 12:48-1:54 | 3th Period |
| 1:54-1:58 | Break |
| 1:58-2:50 | 4th Period |
| 2:50-2:54 | Break |
| 2:54-3:46 | 5th Period |
| 3:46-3:50 | Dismissal |
| 3:50-4:50 | After-school activities/Tutoring/Planning |
| 4:50-5:00 | Late Dismissal and Parent Pick up |

Knoxville Charter Academy shall provide instruction for intervention and remediation purposes on Saturdays in addition to regular school instruction. Following is a sample schedule.

| Saturday School Program | |
|---|---|
| 8:00-8:20 | Students' Arrival |
| 8:20-8:30 | Locker Time |
| 8:30-9:34 | Homeroom + 1st Period |
| 9:34-9:38 | Break |
| 9:38–10:43 | 2nd Period |
| 10:43-11:52 | Break |
| 10:47–11:52 | 3rd Period |
| 11:52–12:00 | Dismissal |

**2011 – Fall Semester**

**AUGUST**

| | |
|---|---|
| August 8 (Monday) | First Day for Teachers – Inservice Day (In-School) |
| August 9 (Tuesday) | Administrative Day (Teacher Work Day) |
| August 10 (Wednesday) | System-wide Staff Development Day |
| August 11 (Thursday) | Inservice Day (In-School) |
| August 12 (Friday) | Administrative Day (Teacher Work Day) |
| August 15 (Monday) | First Day for Students (1/2 day for students) School Times |

**SEPTEMBER**

| | |
|---|---|
| September 5 (Monday) | LABOR DAY – Holiday |

| | |
|---|---|
| September 19 (Monday) | Constitution Day (Students In School) |
| September 23 (Friday) | Staff Development Day – K-5 In-School/6-12 System-wide (Student Holiday) |

**OCTOBER**

| | |
|---|---|
| October 12 (Wednesday) | End First 9-week Grading Period |
| October 13-14 (Thursday & Friday) | FALL BREAK |

**NOVEMBER**

| | |
|---|---|
| November 8 (Tuesday) | Election Day (Students In School) |
| November 18 (Friday) | Civic Education Day (Students In School) |
| November 23-25 (Wednesday-Friday) | Thanksgiving Holidays |

**DECEMBER**

| | |
|---|---|
| December 6-8 (Tuesday-Thursday) | AYP/EOC Tests |
| December 9 (Friday) | AYP/EOC Tests Make-up Day |
| December 22 (Thursday) | End Second 9-week Grading Period (1/2 day for students) |
| December 23 – January 5 (10 days) | WINTER HOLIDAYS |

**2012 – Spring Semester**

**JANUARY**

| | |
|---|---|
| January 6 (Friday) | Administrative Day – First Day for Teachers (Teacher Work Day) (Student Holiday) |
| January 9 (Monday) | First Day for Students |

| | |
|---|---|
| January 16 (Monday) | Martin Luther King, Jr. Day – Holiday |

**FEBRUARY**

| | |
|---|---|
| February 20 (Monday) | System-wide Staff Development Day (Student Holiday); President's Day |

**MARCH**

| | |
|---|---|
| March 13 (Tuesday) | End First 9-week Grading Period (Third 9-week Grading Period) |
| March 16 (Friday) | Inservice Day (In-School) – Student Holiday |
| March 19-23 (Monday-Friday) | SPRING BREAK |

**APRIL**

| | |
|---|---|
| April 6 (Friday) | Good Friday – Holiday |
| April 9 (Monday) | Holiday |
| April 16-20 (Monday-Friday) | TCAP Testing Window |

**MAY**

| | |
|---|---|
| May 23 (Wednesday) | Last Day for Students (1/2 day for students)<br>End Second 9-week Grading Period (Fourth 9-week Grading Period) |
| May 24 (Thursday) | Inservice Day (In-School) |
| May 25 (Friday) | Administrative Day (Teacher Work Day) – Last Day for Teachers |

# Section 7 - Governance and Operational Rules and Policies

***Explain the proposed rules and policies for governance and operation of the school.*** *Describe the key rules and policies that will provide for the governance and operation of the school, including the composition of the governing board, the terms of its members, its officers, and its committees. Explain the decision-making processes the board will use to develop school policies. Detail how the board will exercise financial oversight of the charter school.*

Knoxville Charter Academy will be governed by a Governing Board whose ultimate responsibility is to uphold the mission of Knoxville Charter Academy by providing for the well being of the institution in the present as well as the future. The board protects the public interest and upholds the public's trust by applying the highest standards of service in governing the school according to its by-laws, and relevant state and federal statutes. It is the duty of the Governing Board to make plans, establish policies, and assess the performance of the school as a whole. The board also bears ultimate responsibility for the school's finances and physical plant. The board must also identify, select, work with, support and evaluate Knoxville Charter Academy principal who is the professional educational leader of the school. The board is also responsible to make ready Knoxville Charter Academy building before the academic year. In order to undertake successfully all these responsibilities, the board will organize, manage, and assess itself in an efficient, business-like manner. In general, the Governing Board will be responsible for:

- Approving and monitoring of the school's annual budget.
- Receipt of funds for the operation of the School in accordance with the charter school laws.
- Solicitation and receipt of grants and donations consistent with the mission of the school.
- Hiring the Knoxville Charter Academy principal.
- Approving the school's personnel policies and monitoring the implementation of these policies by the executive director/principal.
- Any other responsibilities provided for in the Articles of Incorporation, Bylaws or this charter necessary to ensure the proper operation of the school.

- Ensuring that the activities of the school are full in alignment with the mission of the school.

There shall be ~~five permanent~~ **seven** members of the Knoxville Charter Academy Governing Board. Board members are nominated and elected on the basis of a firm commitment to the mission, goals and objectives of Knoxville Charter Academy, qualities of leadership, service, and expertise in a range of fields such as education, finance, human resources, legal issues, charter schools, administration and technology, which they bring to the school. They should unequivocally support the educational philosophy espoused in this proposal. Board members shall serve for terms of two or three years, or until their successors are elected. A board member will be removed by a majority vote of the board at any meeting. In order to be re-elected, he/she can be nominated by a board member similar to any other nominee; board members can nominate themselves as well.

No member represents a specific constituency. It is imperative that the Governing Board makes its decisions for the present and future welfare of Knoxville Charter Academy as a whole, rather than in response to personal priorities or the wishes of vocal factions. No member may speak for the board on any issue until the board in its entirety has decided that issue. The decision-making process of the governing board will be through the board meetings. The attendance of the majority of board members is required in order to run a board business meeting. Notice of meetings of the Governing Board shall be mailed or delivered personally to each member at least 5 business days prior or the holding of such meeting, but shall not be required to state the purpose thereof.

The board shall give full and timely notice to the public of any regular meeting, special meeting, or executive session at which the adoption of any proposed policy or formal action shall occur. Dates of regular meetings of the board shall be provided in annual announcements and made available in printed form to the public. At a minimum, the board shall cause notice of regular and special meetings and work sessions to be posted at the designated public place no less than 24 hours prior to the meeting. This notice shall include the purpose of the meeting and, where possible, specific agenda information.

The Governing Board will also establish an advisory board that deems appropriate to support Knoxville Charter Academy activities, but without establishing memberships or additional directors. A vacancy on the Governing Board may be caused by death, resignation, and removal from office or absence from three or more consecutive meetings of the Governing Board. If such absence is caused by reasons declared insufficient by a two-thirds vote of the remaining members of the board, the board at its next regular or special meeting shall fill any such vacancy. A majority vote of all the remaining members of the board may fill any such vacancy.

At least one board member and volunteer parents may form committees. These committees report to full board for final approval before taking action. The board may appoint the committees by vote of the majority of governing board members. Standing Committees shall be:

- Budget and Finance Committee
- Science Fairs Committee
- Governing/Advisory Board Nominating Committee

Governance policies will be in full compliance with all state and federal regulations. The Governing Board will manage the school and all actions taken must be approved by a majority vote of the board. The board will rely heavily on the principal to provide the day-to-day leadership necessary to implement the vision of the Knoxville Charter Academy. Board members will not engage any business with school other than their responsibilities. They will make sure there is no conflict of interest between school and board members.

No board member shall make, participate in making, or in any way attempt to use his or her official position to influence a Knoxville Charter Academy decision in which he or she knows or has reason to know that he or she has a direct or indirect personal or financial interest which is distinguishable from the financial interest of the members of the organization generally.

In order to avoid conflict of interest, the board and its members shall observe the following guidelines:

- Members of the board will not provide recommendations for employment of any

individual who is candidate for employment in the School.

- Any board vote on the employment or promotion of a member of a board member's immediate family shall be conducted in public and separate from any other personnel matter. The vote on such action shall be recorded, and the board member whose family member is the subject of the vote shall not participate in the vote. As used in this policy, "immediate family" means a board member's spouse, child, stepchild, sibling, parent, grandparent, grandchild, aunt, uncle, niece, nephew or first cousin, or the spouse of the board member's parent, child, or sibling, or any relative living in the household of a board member.
- Board members will abstain from deliberating or voting on any student discipline matter involving his/her child.
- The board shall not transact business with any bank or financial institution in which a board member owns 30 percent or more of the stock or other ownership interest.
- The board shall not do business with any business in which a board member and/or a member of his/her immediate family holds an ownership interest. This shall not apply to publicly traded corporations unless the board member and/or the members of the board member's immediate family own ten percent or more of the stock of the corporation.
- No board member shall be employed in any position in the school.
- No board member shall accept a monetary fee or honorarium in excess of $100 for a speaking engagement, participation in a seminar, discussion panel or other activity that directly relates to the official duties of the board member or the Board member's office.

The governing board will meet its responsibility of assuring fiscal integrity by requiring that all expenditures be authorized by the annual budget adopted by the board. Except as otherwise specifically provided by the board decision, all checks, orders for the payment, drafts, and such other items of the school may be signed by the president, treasurer or Knoxville Charter Academy principal. In providing for the solid financial oversight of Knoxville Charter Academy by the board, the *Treasurer* shall:

- Keep adequate and correct accounts of the Knoxville Charter Academy's properties, receipts, and disbursements.

- Review the bank statements each month and include a report on transactions and financial condition at each board meeting.
- Make the books of account available at all times for inspection.
- Disburse the school's funds as the board directs.
- Deposit the Knoxville Charter Academy's monies and other valuables in the schools' name and to its credit, with the depositories the board designates.
- Prepare any reports on financial issues required by an agreement on contracts and loans.

The *President* of the board shall preside at board meetings and shall perform all duties as may be prescribed by law or by action of the board. The duties of the *President* include the following:

- To decide questions of order at board meetings;
- To offer resolutions, make or second motions, discuss questions, and vote thereon to the same extent as other members;
- To appoint or provide for the election of all committees of the board unless otherwise directed by the board and to serve as an ex-officio member of all such committees and advisory board;
- To call special meetings of the board on the request of four or more board members or the Executive director/principal;
- To execute an affidavit in compliance with the Open Meetings Act following any closed meeting of the board; and
- To sign official documents that requires the signature of the president's office.

The *Vice President* shall have the powers and duties of the President when the President is absent or disabled, and shall have such other powers and duties as the board may from time to time determine.

In the absence of both the *President and Vice President*, the attending members shall elect one of their members to preside. The duties and obligations of an *individual board member* may be enumerated as follows:

- To become familiar with the state school laws, regulations of the Tennessee Department of Education, School policies, rules and regulations;

- To have a general knowledge of educational aims and objectives of the school;
- To work harmoniously with other board members without trying either to dominate the board or neglect a share of the work;
- To vote and act in the board meetings impartially for the good of the school;
- To accept the will of the majority vote in all cases and give wholehearted support to the resulting policy;
- To represent the board and the school in the public in such a way as to promote both interest and support; and
- To refer complaints to the proper school authorities and to abstain from individual counsel and action.

The *Secretary* shall keep the minutes of the meetings of the board and shall see that all notices are given in accordance with the provisions of these by-laws or as required by law. The Secretary shall also be the custodian of the statements, books, records, reports, certificates, and other documents of the Corporation and the seal of the Corporation, and shall see that the seal is affixed to all documents requiring such seal. ~~The Secretary shall perform all duties and possess all authority incidents to the office of the Secretary, and shall perform such other duties and have such other authority as may be assigned by the board.~~

# Section 8 - Members of the Governing Body

***Provide the names and addresses of the members of the governing body. Summarize each board member's relevant experience and qualifications and attach their resumes. Provide contact information, and designate board officers by position. Briefly explain how these members will help contribute to your school's mission.***

The Iris Education Foundation board of directors is the governing board of the Knoxville Charter Academy. The Knoxville Charter Academy governing board members have outstanding experience and qualifications as required to successfully run the Knoxville Charter Academy. Their key experiences and qualifications are highlighted in Section 13. The Knoxville Charter Academy principal as a non-voting member of the governing board will be responsible to provide leadership in operational as well as theoretical aspects of the K-8 school education. Detailed resumes and addresses of the governing board are given in **Appendix C.**

Ms. Suzan Mertyurek, ***KCA Board President*** graduated with a B.S. degree in Business Administration from the University of North Carolina (UNC) Chapel Hill in 1998, and earned a Master of Business Administration from UNC-Wilmington in December 2009. Ms. Mertyurek currently works as a Clinical Operational Bidding Consultant with a clinical contract research organization. Ms. Mertyurek has over twelve years of professional business experience, which includes market research, sales and marketing analyses, marketing material development, marketing strategic planning, Web site content development, and clinical budget and proposal preparation in response to Request for Proposals. Ms. Mertyurek has approximately three years working at academic institutions in a marketing and business development role. She began her career by working at Virginia International University during its planning and start-up stages, and assisted in applying for program approvals to the Virginia Board of Education. Since the year 2000 to present, Ms. Mertyurek has been honored to serve on its Board of Trustees. Ms. Mertyurek's academic experience also expands to Texas A&M University, by working as the Marketing Coordinator in the Office of Graduate Studies for the University's 200 graduate programs. **Further, Ms. Mertyurek served as a founding board member of a K-8 charter school in North Carolina, Triad Math and Science Academy, and was actively involved in its application and approval process.**

Dr. Lydia Pulsipher, ***KCA Board Vice President*** is Professor Emeritus in the Department of Geography at the University of Tennessee, Knoxville, TN. She was educated at the University of Vienna in Austria and Macalester College in St. Paul, Minnesota, receiving a B.A. degree in History and Political Science from Macalester in 1962. She received an M.A. in Latin American Area Studies from Tulane University, New Orleans, Louisiana, in 1967 and the Ph.D. degree in Geography from Southern Illinois University, Carbondale, Illinois, 1977. Her current research interests include the cultural geography and national/ethnic identity in the new Central European members of the European Union, especially Slovenia: women entrepreneurs; the impact of tourism and other development strategies on Central European societies; the allocation of space (and other resources) to local usage vis a vis to visitor or outside investor usage; the impact of development strategies on local food production and consumption; personal multi-livelihood strategies; gender issues. Dr. Pulsipher is the co-author with her son, Alex A Pulsipher and husband, Conrad McCall Goodwin, of the widely used college textbook, ***World Regional*** *Geography: Global Patterns, Local Lives*, WH Freeman, Publishers, NYC, the 5th edition to be published in 2010. In January, 2009, Dr. Pulsipher was awarded the Preston E. James Eminent Latin Americanist Career Award, by the Conference of Latin Americanist Geographers, for work on the cultural and environmental geography of the Eastern Caribbean and Latin America, and public outreach through collaborations with the Smithsonian Institution and the Seeds of Change exhibit.

Rashad Mahmudov, ***Knoxville Charter Academy Board Treasurer*** is currently a PhD candidate and graduate fellow in Economics at University of Tennessee. He works full time as Assistant Professor of Economics at Tusculum College teaching a variety of classes including Principles of Finance, Managerial Economics and Global Business. He is also teaching significant number of economics and finance classes at University of Phoenix and Devry University. After completion of his studies in the prestigious school of Samanyolu Private High School in Ankara, Turkey with a fully funded scholarship, he began studying Management at Bogazici University, highest ranking university in Turkey, in 1998. He has been awarded by university full scholarship by Azerbaijan Education Ministry because of his outstanding success in the nationwide university entrance exam. After successfully receiving his B.S. degree in Management in 2003, he was

accepted with full fellowship to the University of Tennessee Economics PhD program in 2004, where he received his M.S. in Economics degree in 2005 and is expected to receive his PhD in Economics in 2011 .

Mrs. Leyla Achilova, ***Knoxville Charter Academy Board Secretary*** has a Masters degree in Elementary and Middle School Education with certification in K-8 education. She has been a successful teacher for last 6 years. She has been awarded Teacher of the Year twice, selected as a highlighted Math teacher for Pima County by Pima County Superintendent, selected to be part of Arizona Department of Education's Math State Standardized Tests committee. Mrs. Achilova was recommended for White House Presidential Teacher of the Year award. Her students have scored 100% passing and exceeding in state standardized tests for last consecutive 4 years in mathematics including English Language Learners and students with Individual Education Plans. Mrs. Achilova served as Dean of Academics and infused 21-century skills and STEM components into Elementary school curriculum. Under Mrs. Achilova's supervision school earned the highest numbers of Science Awards from State Science Fairs. Mrs. Achilova also served as Math and Science Department Head, 21-century skills coordinator and ELL coordinator.

Mrs. Ege Sarisaltik, ***Knoxville Charter Academy Board Member*** attended Tennessee Technology Center (TTC) in 2008 and earned her diploma for Medical Office Information Technology and national certification of Billing and Coding. She now currently works as a Patient Relation and a Billing and Coding Specialist. Mrs. Sarisaltik has four years of teaching experience, eight years of manufacturing experience, and two years of Billing and Coding experience. She began teaching kindergarten in Adiyaman, Turkey. After moving to the United States of America in 1994, she began working as a sewing machine operator and continued this for eight years. From the year 2008 to present, Ms. Sarisaltik has started working for Shults Pediatrics as a Patient Relation and Billing and Coding specialist.

# Section 9 - Admission Policies

***Describe the anticipated student enrollment and the non-discriminatory admission policies.***

*Provide the number of students you anticipate to enroll for each of the first five years of the school's operations. Detail any planned outreach and recruitment strategies. Describe how the school will proceed if the number of applications exceeds the number of available spaces. Explain how your recruitment plan and admission policies will comply with state and federal law regarding nondiscrimination.*

Knoxville Charter Academy will follow all federal and state laws and constitutional provisions prohibiting discriminations on the basis of race, sex, disability, creed, religion, color, nationality, ancestry, or need for special education services.

Recruitment of students shall be the responsibility of Knoxville Charter Academy. The recruitment process will include public notice through newspaper advertisements, direct mail, community information sessions, and announcements in local newsletters as well as notices on the school's website. Open houses, school tours and presentations are also part of the recruitment activities. During this recruitment process, Knoxville Charter Academy will provide parents of potential students with accurate information about the programs, services and amenities available at Knoxville Charter Academy, and will highlight the unique characteristics. Knoxville Charter Academy shall not recruit students from outside the Knox County.

Similar recruitment techniques will be utilized every school year during the recruitment season. Except for the initial year of operation, Knoxville Charter Academy agrees to complete registration for the upcoming school year and provide the names and addresses of all accepted students to the School System no later than April 1. The following timetable will be followed, as amended by Knoxville Charter Academy administration, for student recruitment and admission process.

| | |
|---|---|
| Jan-March | Recruitment activities |
| | Applications from prospective students |
| March-April | Lottery (in case of more than projected number)<br>Enrollment for the Lottery Winners |
| May-July | Wait List Registration |
| | Wait List Registration continues until the capacity is filled. |

Knoxville Charter Academy will start with 250 students and reach its full capacity of approximately 360 students by the beginning of year 3 as given in the following table:

| Grades | Each Class Size | Maximum Capacity (two classroom per grade) | 2011-12 | 2012-2013 | 2013-2014 | 2014-2015 | 2015-2016 |
|---|---|---|---|---|---|---|---|
| K | 18 | 36 | 36 | 36 | 36 | 36 | 36 |
| 1 | 18 | 36 | 36 | 36 | 36 | 36 | 36 |
| 2 | 18 | 36 | 36 | 36 | 36 | 36 | 36 |
| 3 | 20 | 40 | 40 | 40 | 40 | 40 | 40 |
| [illegible] | 20 | 40 | 40 | 40 | 40 | 40 | 40 |
| 5 | 20 | 40 | 40 | 40 | 40 | 40 | 40 |
| 6 | 22 | 44 | | 44 | 44 | 44 | 44 |
| 7 | 22 | 44 | | | 44 | 44 | 44 |
| 8 | 22 | 44 | | | | 44 | 44 |
| Total | | 360 | 220 | 272 | 316 | 360 | 360 |

Knoxville Charter Academy shall enroll students including at-risk, special needs and ELL students who reside in any of the Knox County attendance zone and who submit a timely application, unless the number of applications exceeds the capacity of a program, class, and grade level or building. In such case, all such applicants shall have an equal chance of being admitted through a random selection process which will be done at an announced location/time in front of the prospective parents/students. Wait lists may be utilized based on application date,

and/or first-come first-serve after the initial lottery winners are informed of their application status, and a reasonable time given for parent/guardians to complete the enrollment procedures. Requirements for students to be eligible to attend Tennessee charter schools are the priorities in Knoxville Charter Academy admission policy. T.C.A. 49-13-106 defines eligible public charter school students as applies to Knoxville Charter Academy grades as follows:

1. Students who were previously enrolled in a charter school;
2. ~~Students assigned to or previously enrolled in a High Priority school (AYP).~~ **Students who are assigned to, or were previously enrolled in, a school failing to make adequate yearly progress , as defined by the state's accountability system, giving priority to at-risk students;**
3. ~~Students who failed to test proficient in language arts/reading or math on TCAP in grades 5-8.~~ **Students who, in the previous school year, failed to test proficient in the subjects of langnage arts/reading or mathematics in grades three through eight on the Tennessee comprehensive assessment program examinations;**
4. ~~Students who are eligible for free or reduced-price lunch.~~ **Students in grades kindergarten through eight who are eligible for free or reduced-price lunch.**

The Knoxville Charter Academy recruitment and admission policies will demonstrate full compliance with the state charter school laws. Knoxville Charter Academy will serve students residing in Knox County. It will be open to all eligible Knox County students on a space available basis and does not discriminate in its admission policy on the practice its basis of race, intellectual or athletic ability, measures of achievement and aptitude, status as a handicapped person, or proficiency in English.

Knoxville Charter Academy will implement a student recruitment strategy that includes the following strategies to ensure fairness and diversity in the Knoxville Charter Academy admissions process:

- An enrollment process that is scheduled and adopted to include a timeline that allows for a broad based recruiting and application process.

- The informational and promotional materials development that appeals to all of the various racial and ethnic groups.
- The appropriate development of these materials in languages other than English to appeal to limited English proficient populations.

The distribution of these materials reaches variety of community groups and agencies that serve the diverse racial, ethic, and interest groups in the district.

If Knoxville Charter Academy applications exceed the planned capacity of the public charter school, the following preferences shall apply:

- Pupils in attendance in the previous school year at any public school that converts to become a public charter school;
- Pupils attending public schools within the Knox County/Knoxville Area, if those pupils would otherwise be included in the area in which the public charter school will focus;
- Children residing within the Knox County/Knoxville Area service area, but who are not enrolled in public schools, if those children would otherwise be included in the area in which the public charter school will focus.

Preference may be also afforded to the siblings of a pupil who is already enrolled and to the children of a teacher, sponsor or member of the governing body of the Knoxville Charter Academy, not to exceed ten percent (10%) of total enrollment or twenty-five (25) students, whichever is less.

To be eligible for admission, the student must provide 1) proof of residence in the Knox County, and 2) proof of minimum age and completed application form. Application forms will require a student's name; date of birth; grade level; address; names, addresses, and phone numbers of parents/guardians and child's pediatrician; immunization record; names of siblings also applying; and a signature verifying that the information is correct and the parents/guardians are choosing education at Knoxville Charter Academy for their child. Application forms must be submitted to the school by the annual deadline determined by the governing board.

# Section 10 – Student Code of Conduct

***Explain the code of behavior and discipline of the proposed public charter school.***

*Describe the school's proposed policies regarding student behavior and discipline, including the standards of behavior and the school's approach to encouraging positive behavior. Detail how these policies will create an environment for learning.*

It is our belief that good discipline is one of the cornerstones of a good education, and that to ensure good discipline a close, cooperative relationship must exist between the home and the school. It is our goal to provide close communication with parents at the onset of discipline problems, so that together we can find alternatives for students and they can experience success in relationships at home and school.

Students make choices for themselves and are responsible for their own behavior as well as for their academic performance. Students who make poor choices cannot, and should not, place blame on the environment, parents, the school, and/or peers. While the school will help students develop good decision-making skills and incorporate preventive discipline procedures into the daily routines of the students, ultimately, the future is determined by each student's own actions. The procedures in the discipline program will be followed in a fair and consistent manner following the due process rights.

The governing body of the proposed charter school has developed a detailed student code of conduct that will create a safe learning environment for students. From time to time this code of conduct shall be reviewed and revised in order to maintain an effective set of policies and procedures. The student code of conduct will be clearly presented to each and every student who is admitted to the school for better understanding of the rules and regulations. The first section of the student handbook is the contract which will be signed by students and parents/guardians to ensure understanding/acknowledging the student handbook. Teachers will also cover the code of conduct in their classes during the first week. Teachers will also be trained during the pre-planning sessions for an effective implementation in a consistent manner. This handbook will be

publicly available through Knoxville Charter Academy website and the school front office. The proposed complete handbook is available in **Appendix D**.

A printed copy of student code of conduct will be given to students and their parents at the beginning of each year. In order to implement the policies effectively, every year presentations and training will be given to Knoxville Charter Academy staff, students, and parents.

Students who commit Zero Tolerance actions may be expelled from the Knoxville Charter Academy after due process and disciplinary hearings as described in the Student Handbook. These students may enroll to the alternative schools as determined by the appropriate Knox County School District office.

# Section 11 - Health and Safety Compliance

***Detail the plan for compliance with the applicable health and safety laws and regulations of the federal government and the laws of the state of Tennessee.***

*Describe how the school plans to adhere to the requirements of the health and safety laws and regulations of the federal and state governments.*

Health and safety play an important part in student achievement; therefore, in addition to providing programs of standards-based health and physical education, Knoxville Charter Academy will give special attention to the following areas as indicated in the National Association of State Boards of Education-Center for Safe and Health Schools[37]:

- Be smoke free, drug free, violence free, and free of physical hazard;
- Provide student counseling, guidance, health, and psychological services at all levels;
- Be safe and accessible for all students;
- Promote the building of lifelong habits of regular physical activity; and
- Encourage that all students are adequately nourished and learn lifelong habits of healthy eating by encouraging:
    - maximum use of quality school meal programs that are operated under the supervision of certified foodservice directors in accordance with applicable Federal and state laws and regulations;
    - adequate time to eat in pleasant surroundings;
    - that all foods and beverages sold or served during school hours are consistent with a nutritious, energy-balanced diet as recommended in the current Dietary Guidelines for Americans;
    - nutrition education that teaches essential knowledge, skills, and behaviors; and
    - staff members to model a healthy lifestyle.

[37] http://www.nasbe.org/healthy_schools/healthy_eating_project.htm

Knoxville Charter Academy will adopt and implement a comprehensive set of health and safety management policies. While it is the county's responsibility to expect and to ensure compliance, providing assistance in its monitoring capacity, it is the Knoxville Charter Academy 's responsibility to identify and to follow applicable policies. These policies will be developed in consultation with Knoxville Charter Academy's governing board, advisory board, and insurance carrier prior to commencing instruction. These policies might address the following topics at a minimum level:

- Each Knoxville Charter Academy employee will be required to submit a criminal background check and furnish a criminal record summary
- Knoxville Charter Academy functions as a drug, alcohol, and tobacco free workplace. This policy is strictly enforced.
- All enrolling students are required to provide records documenting immunizations (to the extent required for enrollment in non-charter public schools.)
- Policies for response to emergencies and natural disasters, including fires, hurricanes, and earthquakes.
- Science and computer labs will have special lab safety handouts. Policies will be developed for each lab based on their special requirements (i.e. using goggles, gloves, computers, and chemicals).
- Policies relating to preventing contact with blood-borne pathogens.
- All Knoxville Charter Academy staff members will be trained for emergency response. Special policy will be developed for this concern.
- Policies will be developed for related to the administration of prescription drugs, first aid, and other medications.
- School housing will be evaluated for compliance with all relevant fire and building codes by state fire Marshall and registered structural engineer inspection for against various safety hazards.

These policies will also be incorporated into the student and staff handbooks. Policies will be continuously reviewed and various additional items will be added in the Knoxville Charter Academy' staff development efforts and governing board policies.

# Section 12 - Employee Qualifications

***Describe the qualifications required of employees of the proposed public charter school.***

*All teachers in a school must have a current valid Tennessee teaching license, or meet the minimum requirements for licensure as defined by the state board of education. Indicate the number and type of teachers and other school staff to be hired. Describe the qualifications you will require of staff. Detail how these attributes will help support the school's mission and goals. Explain your plans for the professional development and evaluation of staff.*

## Human Capital Management

At Knoxville Charter Academy we believe that unless teaching quality and principal leadership improve significantly, lasting education improvement is impossible. Having an effective teacher in every classroom and an effective principal is the key to achieve our goal: to increase student achievement. Therefore, recruiting and developing talents are strategic to Knoxville Charter Academy's mission. Based on this premise, KCA will base its hiring, induction, promoting and professional development on performance based evaluations. Performance based evaluations will include both student achievement results and instructional effectiveness demonstrated through formal observations and walk-ins.




At KNOXVILLE CHARTER ACADEMYHuman Resource functions will be aligned with performance competencies that are related to increased student achievement.

At the heart of Knoxville Charter Academy's human resource functions are performance competencies that are referenced in literature over and over again as most likely to improve student achievement.

The performance competencies in the center[38] of the KCA design are:

- Adherence to learning goals and standards

[38] Review of Teaching Performance Assessments for Use in Human Capital Management, Consortium for Policy Research in Education (CPRE), University of Wisconsin, Madison.

- Data driven instruction
- Use of formative assessment to guide instruction
- Differentiation of instruction
- Engaging students
- Use of instructional strategies that develop higher order thinking skills
- Content knowledge and pedagogical content knowledge
- Development of personalized relationships with students
- High expectations for all students

KCA principal will be charged to realize this vision by recruiting, developing, and retaining qualified teachers from a broad array of recruiting pools that may include local, statewide, national, or international professionals as described later in this section.

**Hiring Standards**

KCA believes that the quality of the professional staff is an important factor in determining the quality of education offered in the school. It is the responsibility of the principal to locate and recruit the best-qualified candidates to meet the school's educational needs.

T.C.A. 49-13-111(i) states, "All teachers in a public charter school must have a current valid Tennessee teaching license, or meet the minimum requirements for licensure defined by the State Board of Education." KCA will hire teachers with current valid Tennessee teaching license, or meet the minimum requirements for licensure as defined by the state board of education. KCA will meet the highly qualified staff requirements per NCLB Act.

KCA will comply with all the provisions of the NCLB Act. Therefore, teaching staff will be highly qualified as described in the Tennessee Plan for Implementing the Teacher and Paraprofessional Quality Provisions of the No Child Left Behind Act Of 2001 and other State Board of Education rules and regulations[39].

[39] http://www.state.tn.us/education/nclb/doc/NCLB_ImpPlan_08_18_05.pdf

**An overview of the KCA teacher quality requirements as outlined in the NCLB Act appears in [redacted].**

Staff selection shall be based on strong academic preparation, professional competence, intellectual rigor, emotional maturity, and enthusiastic professional attitude, knowledge of instructional practices, communication skills, team-work participation, and ability to contribute to the advancement of Knoxville Charter Academy's mission. Special emphasis will also be placed on the candidate's academic records and his/her previous relevant experience.

~~**Each teacher will have a minimum of a bachelor's degree. Each teacher will also be required to show special experience and knowledge in one of the core subject areas of the KCA curriculum. Executive director/principal will have at a minimum a Master's degree in education, educational leadership, or related field; former administrative experience; innovative capabilities; teamwork/communication skills; and nationwide/statewide success stories. Secretarial positions will be hired with a minimum of high school diploma; former experience; computer skills; and teamwork/communication skills.**~~

**Required and minimum qualifications for different positions are listed in the following table.**

| Position Title | Required Qualification | Preferred Experience | Preferred Qualification |
|---|---|---|---|
| Principal | Bachelor's | 3-10 | Leadership Certification, Experience as a Principal or Assistant Principal |
| Assistant Principal | Bachelor's | 3-5 | Leadership Certification, Experience as an Administrator |
| Administrative Assistant / Guidance | Bachelor's | 3-5 | Master's in Counseling |
| Clerical | High School Diploma | 1-5 | Certification |
| Teachers | Bachelor's | 3-5; Highly Qualified | Master's Degree |
| Teacher Assistant | High School Diploma | 1-5 | Associate or Bachelor's |
| Librarian | Bachelor's | 3-5 | Master's and/or Certification |
| Custodian | High School Diploma | 1-5 | |
| Cafeteria Worker | High School Diploma | 1-5 | |
| Clinician | Certification | 3-5 | |
| Technology Specialist | Bachelor's | 3-5 | Master's in a Computer Related Field |
| Substitute Teacher | Bachelor's | 3-5 | Certification |
| Special Ed. Staff | Bachelor's and Certification | 3-5 | Master's and/or Certification |
| Bookkeeper | Bachelor's | 1-5 | Master's in Accounting |

**Contribution to the KNOXVILLE CHARTER ACADEMY Mission**

KCA's each hired personnel regardless of his/her title will have a firm commitment to 1) supporting high-quality standards in education for the students, 2) be an individual and/or team-work participant toward the KCA goals, and 3) respect for all members of the KCA community.

**Hiring Process**

The Recruitment will start when candidates submit a cover letter that states their qualifications and their educational philosophy (if applicable), as well as a resume and names of three references.

**Teachers will be recruited using various job postings, including the local paper, NPO.net, Idealist.org, and Teach for America. KCA staff will post job descriptions to major universities/colleges for distribution through e-mail newsletters, bulletin boards, and other publication sources. Additionally, KCA will recruit at local and regional teacher job fairs. The principal may also consider the candidates from the following areas to expand the pool of qnalified applicants national and global teacher recruitment organizations, career changers from business, industry, and the military. Executive director/principal may also recruit specific individnals who come to his/her attention and who possess experience or expertise considered especially valuable to the school. KCA will strive to ensure that any non-compete clause, if any, is honored for local teachers hired from Knox County.**

KCA executive director/principal will select from this pool of applicants a list of candidates who meet the minimum requirements. ~~Executive director/principal may also recruit specific individuals who come to his/her attention and who possess experience or expertise considered especially valuable to the school.~~ KCA executive director/principal will call candidates and arrange an interview. Each candidate will be sent a copy of the application form. The first interview will consist of conversation and a question and answer exchange. General provisions of all contracts and benefits will be provided to the candidates. KCA executive director/principal shall use an interview score sheet for each candidate and follow a preset question format to ensure a standardized and fair process.

Upon selecting candidates for hiring, KCA executive director/principal shall present its recommendation to the KCA Governing Board for approval in a closed session meeting. The executive director/principal then shall offer the recommended candidate an employment contract.

Other personnel such as bookkeeper, media specialist, tech specialist, and classified employees will have working knowledge of their respective areas, and a certification/licensure and college diploma will be an extra credential for their hiring process.

**Evaluation of Staff**

The nature of KCA will permit teacher/staff evaluation to be both informal and formal. Informal evaluation of teachers will be ongoing during staff meetings, parent-teacher conferences, and daily interaction among students, teachers, and parents. The degree to which teachers are able to work compatibly towards KCA's mission with other staff, students, parents, administration, and school volunteers is the major element in the informal evaluation. A detailed list of formal responsibilities and the job description will be provided to teachers in KCA employee manual, which may be amended by KCA Governing Board from time to time in a manner consistent with the applicable laws and this charter.

Formal evaluation will be overseen by the executive director/principal or a designee on behalf of the executive director/principal and will be conducted twice per academic year. The Principal or the designee will spend ***at least two periods*** with the teacher in the class as a participant observer. The principal will write a brief summary of the observation period noting learning goals, activities, strengths, and a reflection on which teacher actions/attitudes might have enhanced the learning activities. Areas of interest in these observations will be planning and preparation, classroom environment, and instruction. The summaries on those observations will be completed and exchanged within one week of the observation, after which the teacher and Executive director/principal will meet to discuss them. Subsequent observations will build upon the objectives from each previous observation.

# Section 13 - Sponsoring Entity

***Identify the individuals and entities sponsoring the proposed public charter school, including their names and addresses.***

*Summarize each individual's and entity's relevant experience and qualifications. If you have not already done so under question 8, provide contact information and a resume or organizational description for each individual and entity. Briefly explain how these sponsors will help contribute to your school's mission.*

Iris Education Foundation, Inc.'s mission is to improve the quality of education in its communities and enhance educational opportunities for all students of Tennessee. Iris Education Foundation Inc.'s Governing Board is committed to the development and operation of a new public charter school in the central Knox County area in 2011. The goal in working with the Knox County Schools is to positively impact the current educational landscape. With its dedicated, strong, and promising team, we strongly believe that Knoxville Charter Academy will be a pioneering, cutting-edge charter school in Knoxville and excellence in education.

The followings list is our governing board as of September 30, 2010:

Mrs. Suzan Mertyurek
Job Title: Clinical Operational Bidding Consultant, PPD Inc.
Knoxville Charter Academy Responsibility: Board President
Contribution to Knoxville Charter Academy and Outstanding Experience: Management, Nonprofit Governance, Legal Issues, Human Resources
Address: 9501 Providence Way Apt. 138, Knoxville, TN 37931

Mrs. Lydia Pulsipher
Job Title: Professor of Geography, The University of Tennessee
Knoxville Charter Academy Responsibility: Vice President
Contribution to Knoxville Charter Academy and Outstanding Experience: Community Involvement, Management
Address: 4801 Westover Terrace Knoxville, TN 37914

Mr. Rashad Mahmudov
Job Title: Assistant Professor of Economics, Tusculum College
Knoxville Charter Academy Responsibility: Treasurer, Legal Issues, Human Resources
Contribution to Knoxville Charter Academy and Outstanding Experience: Finance

Address: 7721 Edwards Place Blvd. Corryton, TN 37721

Mrs. Leyla Achilova
Job Title: K-8 Educational Consultant
Knoxville Charter Academy Responsibility: Secretary
Contribution to Knoxville Charter Academy and Outstanding Experience: K-18 Education, Charter Schools, Parent, Service Learning
Address: 3100 Lake Brook Blvd.Apt #223 Knoxville, TN 37909

Mrs. Ege Sarisaltik
Job Title: Patient Relation, Billing and Coding Specialist
Knoxville Charter Academy Responsibility: Board Member
Contribution to Knoxville Charter Academy and Outstanding Experience: Finance, Community Involvement
Address: 3100 Lake Brook Blvd. Apt 134. Knoxville, TN 37909

# Section 14 - Managing Idle Funds, Purchasing and Travel Procedures

***Describe the procedures governing the deposit and investment of idle funds, purchasing procedures, and comprehensive travel regulations.***

*Detail the policies and processes regarding the deposit and investment of idle funds. Describe your school's purchasing procedures and identify who will have purchasing authority. (All contracts for goods and services in excess of five thousand dollars ($5,000) must be bid and approved by the governing body of each public charter school). Provide regulations on travel, including policies regarding student field trips and reimbursement of travel expenses.*

The Knoxville Charter Academy Board will search, analyze and select a financial institution to serve as the depositary for all Knoxville Charter Academy funds. This institution will be from one of the financial institutions approved by the Treasurer of the State of Tennessee and Knox County Board of Education to serve as a depository for public funds.

The Knoxville Charter Academy Board will adopt a purchasing policy which TSBA (Tennessee School Board Association) recommends for adoption by all public school districts in Tennessee. Purchasing authority shall reside with the executive director/principal of the school, subject to approval by Board for all contacts in excess of $5,000.00. In cases where purchases will exceed this amount, approval by governing board will be required. Knoxville Charter Academy governing board will also adopt a policy on reimbursement for travel expenses, student travel regulations and field trips. This policy will be parallel to Knox County Board of Education guidelines.

# Section 15 - School Management and Administrative Plan

***Provide a plan for the management and administration of the school.***

*Detail the management and administration plan for the school. Clearly describe and delineate the roles and responsibilities of the school's leader(s), the governing board, and other key personnel. If you have identified specific individuals who will play day-to-day leadership roles in the school, list them. For individuals you have not previously described under questions 8 or 13, provide information about their background and qualifications and attach their resumes.*

## Management

Knoxville Charter Academy will be governed by a governing board whose ultimate responsibility is to uphold the mission of Knoxville Charter Academy by providing for the well being of the institution in the present as well as the future. The Board protects the public interest and upholds the publics trust by applying the highest standards of service in governing the school according to its by-laws, and relevant state and federal statutes. It is the duty of the Governing Board to make plans, establish policies, and assess the performance of the school as a whole. The Board also bears ultimate responsibility for the school's finances and physical plant. The Board must also identify, select, work with, support and evaluate Knoxville Charter Academy Director, who is the professional educational leader of the school. The Board is also responsible to make ready Knoxville Charter Academy building before the academic year. In order to undertake successfully all these responsibilities, the Board will organize, manage, and assess itself in an efficient, business-like manner.




The executive director/principal shall handle the day-to-day operations of Knoxville Charter Academy. Knoxville Charter Academy will hire a principal holding Administrative Certification. Knoxville Charter Academy principal will fully comply with the State of Tennessee-Administrative Certification Requirements.

Initially, and while Knoxville Charter Academy is in its session, all employees will report directly to the executive director/principal. As the school grows in enrollment, teacher and staff may rise to various leadership levels, taking on supervisory roles that may include a reporting relationship between them and executive director/principal. All changes in administrative hierarchy shall first be formally approved by the governing The governing board shall first formally approve all changes in administrative hierarchy.

Administrative assistant supports the executive director/principal in his/her administrative duties. School secretary is responsible to greet parents, answer phones and other assigned front office duties.

Dean of students will be in charge of student discipline, clinic, cafeteria services as well as making transportation arrangement for field trips. The duties of the dean of academics will be

taking care of student records, student schedules, report cards, annual report and supervising school online services such as website and parent connect. Please also see **Appendix F** for details on job descriptions.

Knoxville Charter Academy staffing plans are projected based on the Elementary/ Middle School enrolled students. The tentative number of the Knoxville Charter Academy staff is given below:

| Position | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| *Principal* | 1 | 1 | 1 | 1 | 1 |
| *Dean of Academic:AP* | 1 | 1 | 1 | 1 | 1 |
| *Dean of Students:AP* | 1 | 1 | 1 | 1 | 1 |
| *Counselor* | 1 | 1 | 1 | 1 | 1 |
| *Teacher* | 10 | 12 | 14 | 16 | 18 |
| *Special Ed* | 1 | 1 | 1 | 1.5 | 2 |
| *Secretary* | 2 | 2 | 2 | 2 | 2 |
| *Custodian* | 1 | 1 | 1 | 1 | 1 |
| *Bookkeeper* | 1 | 1 | 1 | 1 | 1 |
| *Cafeteria Workers* | 1 | 1 | 1 | 2 | 2 |
| *Media Center Specialist* | 1 | 1 | 1 | 1 | 1 |
| *Social Worker* | 1 | 1 | 1 | 1 | 1 |
| *Network Administrator* | 1 | 1 | 1 | 1 | 1 |

Teachers' workload will be in accordance with the employments contract. Ideally, a teacher will have four-period class and one-period planning. However, scheduling might differ to better meet the students' needs.

# Section 16 - Proposed By-laws

***Provide a copy of the proposed by-laws of the governing body of the charter school.***

~~Knoxville Charter Academy will be governed by a Governing Board whose ultimate responsibility is to uphold the mission of Knoxville Charter Academy by providing for the well being of the institution in the present as well as the future. The board protects the public interest and upholds the publics trust by applying the highest standards of service in governing the school according to its by laws, and relevant state and federal statutes. It is the duty of the Governing Board to make plans, establish policies, and assess the performance of the school as a whole. The board also bears ultimate responsibility for the school's finances and physical plant. The board must also identify, select, work with, support and evaluate Knoxville Charter Academy executive director/principal who is the professional educational leader of the school. The board is also responsible to make ready Knoxville Charter Academy building before the academic year. In order to undertake successfully all these responsibilities, the board will organize, manage, and assess itself in an efficient, business like manner.~~

~~In general, the Governing Board will be responsible for:~~

- ~~The general policies of the school.~~
- ~~Approving and monitoring of the school's annual budget.~~
- ~~Receipt of funds for the operation of the School in accordance with the charter school laws.~~
- ~~Solicitation and receipt of grants and donations consistent with the mission of the school.~~
- ~~Hiring the Knoxville Charter Academy executive director/principal.~~
- ~~Approving the school's personnel policies and monitoring the implementation of these policies by the executive director/principal.~~
- ~~Any other responsibilities provided for in the Articles of Incorporation, Bylaws or this charter necessary to ensure the proper operation of the school.~~
- ~~Ensuring that the activities of the school are full in alignment with the mission of the school.~~



KCBOE07927

- Attending the meetings of the Governing Board.

There shall be five permanent members of the Knoxville Charter Academy Governing Board. Board members are nominated and elected on the basis of a firm commitment to the mission, goals and objectives of Knoxville Charter Academy, qualities of leadership, service, and expertise in a range of fields such as education, finance, human resources, legal issues, charter schools, administration and technology, which they bring to the school. They should unequivocally support the educational philosophy espoused in this proposal. Board members shall serve for terms of two or three years, or until their successors are elected. A board member will be removed by a majority vote of the board at any meeting. In order to be re-elected, he/she can be nominated by a board member similar to any other nominee; board members can nominate themselves as well.

No member represents a specific constituency. It is imperative that the Governing Board makes its decisions for the present and future welfare of Knoxville Charter Academy as a whole, rather than in response to personal priorities or the wishes of vocal factions. No member may speak for the board on any issue until the board in its entirety has decided that issue. Spokesperson is elected from the board members, and it is his/her responsibility to speak on behalf of the board and on its activities.

The decision-making process of the governing board will be through the board meetings. The attendance of the majority of board members is required in order to run a board business meeting. Notice of meetings of the Governing Board shall be mailed or delivered personally to each member at least 5 business days prior or the holding of such meeting, but shall not be required to state the purpose thereof.

The board shall give full and timely notice to the public of any regular meeting, special meeting, or executive session at which the adoption of any proposed policy or formal action shall occur. Dates of regular meetings of the board shall be provided in annual announcements and made available in printed form to the public. At a minimum, the board shall cause notice of regular and special meetings and work sessions to be posted at the designated public place no less than 24

~~hours prior to the meeting. This notice shall include the purpose of the meeting and, where possible, specific agenda information.~~

~~The Governing Board will also establish an advisory board that deems appropriate to support Knoxville Charter Academy activities, but without establishing memberships or additional directors.~~

~~A vacancy on the Governing Board may be caused by death, resignation, and removal from office or absence from three or more consecutive meetings of the Governing Board. If such absence is caused by reasons declared insufficient by a two thirds vote of the remaining members of the board, the board at its next regular or special meeting shall fill any such vacancy. A majority vote of all the remaining members of the board may fill any such vacancy.~~

~~Any individual member may be removed from office by the vote of a majority of the members present at a meeting of the Governing Board called for the purpose of removing members, if quorum is present.~~

~~At least one board member and volunteer parents may form committees. These committees report to full board for final approval before taking action. The board may appoint the committees by vote of the majority of governing board members. Standing Committees shall be:~~

- ~~Budget and Finance Committee~~
- ~~School Building Committee~~
- ~~Science Fairs Committee~~
- ~~Field Trip Committee~~
- ~~Governing/Advisory Board Nominating Committee~~

~~Governance policies will be in full compliance with all state and federal regulations. The Governing Board will manage the school and all actions taken must be approved by a majority vote of the board. The board will rely heavily on the executive director/principal to provide the day-to-day leadership necessary to implement the vision of the Knoxville Charter Academy.~~

~~Board members will not engage any business with school other than their responsibilities. They will make sure there is no conflict of interest between school and board members.~~

~~It is a conflict of interest for a board member to participate in any professional activity where the member's personal or financial considerations compromise or may compromise the member's judgment in that professional activity, or where such involvement may appear to provide the potential for the member's professional judgment to be compromised. No board member shall make, participate in making, or in any way attempt to use his or her official position to influence a Knoxville Charter Academy decision in which he or she knows or has reason to know that he or she has a direct or indirect personal or financial interest which is distinguishable from the financial interest of the members of the organization generally.~~

~~In order to avoid conflict of interest, the board and its members shall observe the following guidelines:~~

- ~~Members of the board will not provide recommendations for employment of any individual who is candidate for employment in the School.~~
- ~~Any board vote on the employment or promotion of a member of a board member's immediate family shall be conducted in public and separate from any other personnel matter. The vote on such action shall be recorded, and the board member whose family member is the subject of the vote shall not participate in the vote. As used in this policy, "immediate family" means a board member's spouse, child, stepchild, sibling, parent, grandparent, grandchild, aunt, uncle, niece, nephew or first cousin, or the spouse of the board member's parent, child, or sibling, or any relative living in the household of a board member.~~
- ~~Board members will abstain from deliberating or voting on any student discipline matter involving his/her child.~~
- ~~The board shall not transact business with any bank or financial institution in which a board member owns 30 percent or more of the stock or other ownership interest.~~
- ~~The board shall not do business with any business in which a board member and/or a member of his/her immediate family holds an ownership interest. This shall not apply to publicly traded corporations unless the board member and/or the members of the board~~

~~member's immediate family own ten percent or more of the stock of the corporation.~~

- ~~No board member shall be employed in any position in the school.~~
- ~~No board member shall accept a monetary fee or honorarium in excess of $100 for a speaking engagement, participation in a seminar, discussion panel or other activity that directly relates to the official duties of the board member or the Board member's office.~~

~~The governing board will meet its responsibility of assuring fiscal integrity by requiring that all expenditures be authorized by the annual budget adopted by the board. Except as otherwise specifically provided by the board decision, all checks, orders for the payment, drafts, and such other items of the school may be signed by the president, treasurer or Knoxville Charter Academy Executive director/principal. In providing for the solid financial oversight of Knoxville Charter Academy by the board, the *Treasurer* shall:~~

- ~~Keep adequate and correct accounts of the Knoxville Charter Academy's properties, receipts, and disbursements.~~
- ~~Review the bank statements each month and include a report on transactions and financial condition at each board meeting.~~
- ~~Make the books of account available at all times for inspection.~~
- ~~Disburse the school's funds as the board directs.~~
- ~~Deposit the Knoxville Charter Academy's monies and other valuables in the schools' name and to its credit, with the depositories the board designates.~~
- ~~Prepare any reports on financial issues required by an agreement on contracts and loans.~~

~~The *President* of the board shall preside at board meetings and shall perform all duties as may be prescribed by law or by action of the board. The duties of the *President* include the following:~~

- ~~To decide questions of order at board meetings;~~
- ~~To offer resolutions, make or second motions, discuss questions, and vote thereon to the same extent as other members;~~
- ~~To appoint or provide for the election of all committees of the board unless otherwise directed by the board and to serve as an ex-officio member of all such committees and advisory board;~~
- ~~To call special meetings of the board on the request of four or more board members~~

or the Executive director/principal;

- To execute an affidavit in compliance with the Open Meetings Act following any closed meeting of the board; and
- To sign official documents that requires the signature of the president's office.

The *Vice President* shall have the powers and duties of the President when the President is absent or disabled, and shall have such other powers and duties as the board may from time to time determine.

In the absence of both the *President and Vice President*, the attending members shall elect one of their members to preside. The duties and obligations of an *individual board member* may be enumerated as follows:

- To become familiar with the state school laws, regulations of the Tennessee Department of Education, School policies, rules and regulations;
- To have a general knowledge of educational aims and objectives of the school;
- To work harmoniously with other board members without trying either to dominate the board or neglect a share of the work;
- To vote and act in the board meetings impartially for the good of the school;
- To accept the will of the majority vote in all cases and give wholehearted support to the resulting policy;
- To represent the board and the school in the public in such a way as to promote both interest and support; and
- To refer complaints to the proper school authorities and to abstain from individual counsel and action.

The *Secretary* shall keep the minutes of the meetings of the board and shall see that all notices are given in accordance with the provisions of these by laws or as required by law. The Secretary shall also be the custodian of the statements, books, records, reports, certificates, and other documents of the Corporation and the seal of the Corporation, and shall see that the seal is affixed to all documents requiring such seal. The Secretary shall perform all duties and possess all authority incidents to the office of the Secretary, and shall perform such other duties and have such other authority as may be assigned by the board. Please see **Appendix E G** for details on **proposed** By-Laws.

# Section 17 - Assurance of Liability

***Include a statement of assurance of liability by the governing body of the charter school.***

Knoxville Charter Academy and Governing Body acknowledge, agree and warrant that Knox County Schools-Board of Education shall not be liable for any act or omission whatsoever of Sponsor, Charter School or Governing Body. In the event any person or entity shall seek to include Knox County Schools- Board of Education or hold Knox County Schools- Board of Education, as liable for any acts or omissions of Sponsor, or Charter School and/or Governing Body, each of Sponsor, Charter School or Governing Body shall indemnify and hold harmless Knox County Schools-Board of Education.

Governing Board statement is given below:

**As the authorized representative of the governing board, I hereby certify that the information submitted in this application for the Knoxville Charter Academy is true to the best of my knowledge and belief; and further I understand that, if awarded a charter, Knox County Schools shall not be liable for any act or omission whatsoever of sponsor, Knoxville Charter Academy and/or governing body. In the event any person or entity shall seek to include Knox County Schools or hold Knox County Schools liable for any acts or omissions of sponsor, or Knoxville Charter Academy and/or governing body of each sponsor, charter school and governing body shall indemnify and hold harmless Knox County Schools.**

**Suzan Mertyurek**

**Chairperson, Knoxville Charter Academy Board of Directors**

Also, see the Assurances Form in front of this charter school application.

# Section 18 - Insurance Coverage

***Detail the types and amounts of insurance coverage to be held either by the charter school or approved by the local board of education, including provisions for assuring that the insurance provider will notify the department of education within 10 days of the cancellation of any insurance it carries on the charter school.***

***Detail the types and amounts of insurance coverage. Provide contact information of the policy providers and an assurance from the providers that they will notify the department of education appropriately of any cancellations in policies.***

Knoxville Charter Academy will maintain insurance covering all of its operations. This insurance will include but not be limited to workers compensation the limits of which shall be in compliance with state law, employers' liability insurance to cover bodily injury by accident and bodily injury by disease for each employee, comprehensive general liability insurance. Knoxville Charter Academy principal, advisory board, governing board, and policy provider will help our school balance risk efficiently and effectively, enabling operation to survive and thrive in today's demanding business environment.

**Appendix ~~F~~ H** shows a quotation prepared for year 1 operations. The rates given in the quota will be increased based on the incremental growth in Knoxville Charter Academy. Any changes in our policy will be reported to Knox County Schools within 10 days.

<u>Contact Information of Policy Provider:</u>
William Knight Insurance Agency, Inc.
Contact: Christopher G. Knight, VP
1717 Winston Road
Knoxville, TN 37919-5543
Tel: (865) 670-2990, 1-866-839-8409
Fax: (865) 670-2880

# Section 19 - Transportation

***Describe the plan for transportation for the pupils attending the charter school. Charter schools are not required to provide transportation.***

*If the proposed charter school elects to provide transportation for its pupils, provide a detailed transportation plan including the types of vehicles that will be used, who will drive them, and what students will be eligible.*

Knoxville Charter Academy will not be providing a bus service for its students. However, **Knoxville Charter** Academy is considering providing transportation services in the future based on ~~parental requests~~ **needs of KCA families** and budget considerations.

Travel needs for field trips and educational tours will be contracted with the private travel agencies.

Knoxville Charter Academy is committed to ensuring that transportation is not an obstacle for any student within the local school administrative unit, and therefore, anticipates adhering to the plan below:

Knoxville Charter Academy aims to obtain a facility within easy access of public transportation to aid in the transportation of **middle school** students to and from the school. The school will present parents or guardians with carpooling options and maintain a list of participating parents. Knoxville Charter Academy may arrange a transportation service to serve students who do not have any other options of attending school.

# Section 20 – Financial Base

***Provide information regarding financial commitments from equity investors or debt sources for cash or similar liquid assets sufficient to demonstrate that the charter school will have liquid assets sufficiently available to operate the school on an ongoing and sound financial basis. In lieu of cash or similar liquid assets, an applicant may provide a financial bond issued by a company authorized to issue surety bonds in Tennessee.***

For the first year, Knoxville Charter Academy secured $150K startup funds from the three school community supporters for unexpected and/or emergency situations like unavailability of the start-up grant or shortages of Knoxville Charter Academy revenue. It will be used, as needed.

See **Appendix ~~G~~ I** for the Knoxville Charter Academy financial support letters.

# Section 21 – Facilities

***Describe the board's five-year plan for facilities and the progress (to date) in acquiring a high quality facility well in advance of school opening. If possible, provide local address of proposed facility for charter school. Describe the layout and footprint of the facility and how it is suited to meet the educational and practical needs of your student body. Include overall sq. footage of property and rationale for choosing this property. Include leasing and/or purchasing arrangements (terms of lease) of the proposed property as well as a detailed description of the organizational status and mission of the owner of the proposed facility property.***

Knoxville Charter Academy governing board has been working closely with a local real estate agency to secure a K-8 site with the best options. Currently, the governing board chose Renaissance Real Estate Group located at 120 Suburban Road. Renaissance Group has been tasked to find a school property in the central Knox County limits. Various building options and locations are under investigation. **The Knoxville Charter Academy governing board will make every effort to find a facility within reasonable distance for its target students.** Renaissance Real Estate Group working closely with the school governing body is currently searching facilities for lease, lease option to buy or sale that cost of occupancy of the facility will fit very well annual budget of the Knoxville Charter Academy.

The letter received from the Renaissance Real Estate Group is provided in **Appendix ~~H~~ J.** This Appendix also shows ~~three~~ **five** school options presented by the real estate agency.

# APPENDICES

# APPENDIX A: Operating Budget

App.2512

# CHARTER SCHOOL FIVE YEAR PLANNING BUDGET

Knoxville Charter Academy



| | ACCOUNT NO. | ESTIMATED REVENUES AND OTHER SOURCES EXPENDITURES (APPROPRIATIONS) AND OTHER USES | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | **ESTIMATED REVENUES AND OTHER SOURCES** | | | | | | 1 |
| 2 | 43000 | Charges for Current Services | 5,130 | 6,120 | 7,110 | 8,100 | 8,100 | 2 |
| 3 | 44000 | Other Local Revenues | - | - | - | - | - | 3 |
| 4 | 46500 | State Education Funds | - | - | - | - | - | 4 |
| 5 | 46800 | Other State Revenues | - | - | - | - | - | 5 |
| 6 | 47100 | Federal Funds Received Thru State | 282,456 | 318,544 | 204,632 | 90,720 | 90,720 | 6 |
| 7 | 47600 | Direct Federal Revenues | - | - | - | - | - | 7 |
| 8 | 49000 | Other Sources | 1,596,000 | 1,904,000 | 2,212,000 | 2,520,000 | 2,520,000 | 8 |
| 9 | | | | | | | | 9 |
| 10 | 14100 | **TOTAL ESTIMATED REVENUES & OTHER SOURCES** | 1,883,586 | 2,228,664 | 2,423,742 | 2,618,820 | 2,618,820 | 10 |
| 11 | | | | | | | | 11 |
| 12 | 30000 | Reserves and/or Fund Balances | - | - | - | - | - | 12 |
| 13 | | | | | | | | 13 |
| 14 | | **TOTAL AVAILABLE FUNDS** | 1,883,586 | 2,228,664 | 2,423,742 | 2,618,820 | 2,618,820 | 14 |
| 15 | | | | | | | | 15 |
| 16 | | | | | | | | 16 |
| 17 | | | | | | | | 17 |
| 18 | | | | | | | | 18 |
| 19 | | | | | | | | 19 |
| 20 | | | | | | | | 20 |
| 21 | | | | | | | | 21 |
| 22 | | | | | | | | 22 |
| 23 | | | | | | | | 23 |
| 24 | | | | | | | | 24 |
| 25 | | | | | | | | 25 |
| 26 | | | | | | | | 26 |
| 27 | | | | | | | | 27 |
| 28 | | | | | | | | 28 |
| 29 | | | | | | | | 29 |
| 30 | | | | | | | | 30 |
| 31 | | | | | | | | 31 |
| 32 | | | | | | | | 32 |
| 33 | | | | | | | | 33 |
| 34 | | | | | | | | 34 |
| 35 | | | | | | | | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

CHARTER SCHOOL FIVE YEAR PLANNING BUDGET

Knoxville Charter Academy

| | ACCOUNT NO. | ESTIMATED REVENUES AND OTHER SOURCES EXPENDITURES (APPROPRIATIONS) AND OTHER USES | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | **EXPENDITURES (APPROPRIATIONS)** | | | | | | 1 |
| 2 | | **Instruction** | | | | | | 2 |
| 3 | 71100 | Regular Instruction Program | 647,134 | 813,204 | 976,941 | 1,121,984 | 1,242,982 | 3 |
| 4 | 71150 | Alternative Instruction Program | - | - | - | - | - | 4 |
| 5 | 71200 | Special Education Program | 87,629 | 112,894 | 140,358 | 141,898 | 141,898 | 5 |
| 6 | 71300 | Vocational Education Program | - | - | - | - | - | 6 |
| 7 | 71400 | Student Body Education Program | - | - | - | - | - | 7 |
| 8 | | **Support Services** | | | | | | 8 |
| 9 | 72110 | Attendance | - | - | - | - | - | 9 |
| 10 | 72120 | Health Services | - | - | - | - | - | 10 |
| 11 | 72130 | Other Student Support | 98,104 | 103,051 | 112,556 | 114,624 | 116,751 | 11 |
| 12 | 72210 | Regular Instruction Program | 97,576 | 98,896 | 99,108 | 98,884 | 101,230 | 12 |
| 13 | 72215 | Alternative Instruction Program | - | - | - | - | - | 13 |
| 14 | 72220 | Special Education Program | 15,000 | 20,000 | 25,000 | 25,000 | 25,000 | 14 |
| 15 | 72230 | Vocational Education Program | - | - | - | - | - | 15 |
| 16 | 72310 | Board of Education | 49,500 | 56,000 | 63,500 | 63,500 | 63,500 | 16 |
| 17 | 72320 | Office of Superintendent | - | - | - | - | - | 17 |
| 18 | 72410 | Office of Principal | 252,564 | 300,311 | 384,095 | 391,441 | 398,837 | 18 |
| 19 | 72510 | Fiscal Services | - | - | - | - | - | 19 |
| 20 | 72610 | Operation of Plant | 320,371 | 351,554 | 402,259 | 437,984 | 438,730 | 20 |
| 21 | 72620 | Maintenance of Plant | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 21 |
| 22 | 72710 | Transportation | 13,680 | 16,320 | 18,960 | 21,600 | 21,600 | 22 |
| 23 | 72810 | Central and Other | - | - | - | - | - | 23 |
| 24 | | **Operation of Non-Instructional Services** | | | | | | 24 |
| 25 | 73100 | Food Service | 79,944 | 88,556 | 99,689 | 137,950 | 139,443 | 25 |
| 26 | 73300 | Community Services | - | - | - | - | - | 26 |
| 27 | 73400 | Early Childhood Education | - | - | - | - | - | 27 |
| 28 | 76100 | Regular Capital Outlay | - | - | - | - | - | 28 |
| 29 | 80000 | Education Debt Services | - | - | - | - | - | 29 |
| 30 | 91300 | Education Capital Projects | - | - | - | - | - | 30 |
| 31 | 99000 | Other Uses (Transfers) | [illegible] | - | - | - | - | 31 |
| 32 | | | | | | | | 32 |
| 33 | | **TOTAL EXPENDITURES (APPROPRIATIONS)** | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 33 |
| 34 | | *Check should be 0 | - | - | - | - | - | 34 |
| 35 | | | | | | | | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

App.2513

KCBOE07941

CHARTER SCHOOL FIVE YEAR PLANNING BUDGET

Knoxville Charter Academy

| | ACCOUNT NO. | ESTIMATED REVENUES | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | 43000 | Charges for Current Services | - | - | - | - | - | 1 |
| 2 | 43500 | Education Charges | - | - | - | - | - | 2 |
| 3 | 43511 | Tuition - Regular Day Students | - | - | - | - | - | 3 |
| 4 | 43513 | Tuition - Summer School | - | - | - | - | - | 4 |
| 5 | 43515 | Tuition - Other State Systems | - | - | - | - | - | 5 |
| 6 | 43516 | Tuition - Out of State Systems | - | - | - | - | - | 6 |
| 7 | 43517 | Tuition - Other | - | - | - | - | - | 7 |
| 8 | 43521 | Lunch Payments - Children | 5,130 | 6,120 | 7,110 | 8,100 | 8,100 | 8 |
| 9 | 43522 | Lunch Payments - Adults | - | - | - | - | - | 9 |
| 10 | 43523 | Income from Breakfast | - | - | - | - | - | 10 |
| 11 | 43524 | Special Milk Sales | - | - | - | - | - | 11 |
| 12 | 43525 | Ala Carte Sales | - | - | - | - | - | 12 |
| 13 | 43541 | Contract for Adm. Services With Other LEA's | - | - | - | - | - | 13 |
| 14 | 43542 | Contract for Inst. Services With Other LEA's | - | - | - | - | - | 14 |
| 15 | 43543 | Contract for Student Support Services with Other LEA's | - | - | - | - | - | 15 |
| 16 | 43544 | Contract for Instructional Staff Support with Other LEA's | - | - | - | - | - | 16 |
| 17 | 43545 | Contract for Operation & Maint. Services with Other LEA's | - | - | - | - | - | 17 |
| 18 | 43546 | Contract for Food Services with Other LEA's | - | - | - | - | - | 18 |
| 19 | 43547 | Contract for Non-Instructional Services with Other LEA's | - | - | - | - | - | 19 |
| 20 | 43551 | School Based Health (FFS) | - | - | - | - | - | 20 |
| 21 | 43570 | Receipts from Individual Schools | - | - | - | - | - | 21 |
| 22 | 43581 | Community Service Fees - Children (Day Care) | - | - | - | - | - | 22 |
| 23 | 43583 | TBI Criminal Background Fee | - | - | - | - | - | 23 |
| 24 | 43990 | Other Charges for Services | - | - | - | - | - | 28 |
| 25 | | | | | | | | 29 |
| 26 | 43000 | Total Charges for Current Services | 5,130 | 6,120 | 7,110 | 8,100 | 8,100 | 30 |
| 27 | | | | | | | | 31 |
| 28 | 44000 | Other Local Revenues | | | | | | 28 |
| 29 | 44100 | Recurring Items | | | | | | 29 |
| 30 | 44110 | Investment Income | - | - | - | - | - | 30 |
| 31 | 44120 | Lease/Rentals | - | - | - | - | - | 31 |
| 32 | 44130 | Sale of Materials & Supplies | - | - | - | - | - | 32 |
| 33 | 44170 | Miscellaneous Refunds | - | - | - | - | - | 33 |
| 34 | 44500 | Nonrecurring Items | | | | | | 34 |
| 35 | 44520 | Insurance Recovery | - | - | - | - | - | 35 |
| 36 | 44530 | Sale of Equipment | - | - | - | - | - | 36 |
| 37 | 44540 | Sale of Property | - | - | - | - | - | 37 |
| 38 | 44560 | Damages Recovered from Individuals | - | - | - | - | - | 38 |
| 39 | 44570 | Contributions & Gifts | - | - | - | - | - | 39 |
| 40 | 44990 | Other Local Revenue | - | - | - | - | - | 40 |
| 41 | | | | | | | | 41 |
| 42 | 44000 | Total Other Local Revenues | - | - | - | - | - | 42 |

## CHARTER SCHOOL FIVE YEAR PLANNING BUDGET

### Knoxville Charter Academy

| | ACCOUNT NO. | ESTIMATED REVENUES | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | 46000 | State of Tennessee | | | | | | 1 |
| 2 | 46500 | State Education Funds | | | | | | 2 |
| 3 | 46511 | Basic Education Program | - | - | - | - | - | 3 |
| 4 | 46515 | Early Childhood Education | - | - | - | - | - | 4 |
| 5 | 46520 | School Food Service | - | - | - | - | - | 5 |
| 6 | 46550 | Driver Education | - | - | - | - | - | 6 |
| 7 | 46590 | Other State Education Funds | - | - | - | - | - | 7 |
| 8 | 46610 | Career Ladder | - | - | - | - | - | 8 |
| 9 | 46612 | Career Ladder - Extended Contract | - | - | - | - | - | 9 |
| 10 | 46790 | Other Vocational | - | - | - | - | - | 10 |
| 11 | | | | | | | | 11 |
| 12 | 46500 | Total State Education Funds | - | - | - | - | - | 12 |
| 13 | | | | | | | | 13 |
| 14 | 46800 | Other State Revenues | | | | | | 14 |
| 15 | 46980 | Other State Grants | - | - | - | - | - | 15 |
| 16 | 46990 | Other State Revenues | - | - | - | - | - | 16 |
| 17 | | | | | | | | 17 |
| 18 | 46800 | Total Other State Revenues | - | - | - | - | - | 18 |
| 19 | | | | | | | | 19 |
| 20 | 47000 | Federal Government | | | | | | 20 |
| 21 | 47100 | Federal through State | | | | | | 21 |
| 22 | 47111 | USDA School Lunch Program | 41,040 | 48,960 | 56,880 | 64,800 | 64,800 | 22 |
| 23 | 47113 | Breakfast | 16,416 | 19,584 | 22,752 | 25,920 | 25,920 | 23 |
| 24 | 47114 | USDA - Other | - | - | - | - | - | 24 |
| 25 | 47131 | Vocational Education Basic Grants to States | - | - | - | - | - | 25 |
| 26 | 47139 | Other Vocational | - | - | - | - | - | 26 |
| 27 | 47141 | Title I - Grants to Local Education Agencies | - | - | - | - | - | 27 |
| 28 | 47142 | Title VI - Innovative Education Program Strategies | - | - | - | - | - | 28 |
| 29 | 47143 | Special Education Grants to the States - IDEA | - | - | - | - | - | 29 |
| 30 | 47145 | Special Education Preschool Grants | - | - | - | - | - | 30 |
| 31 | 47189 | Title II - Eisenhower Professional Development State Grants | - | - | - | - | - | 31 |
| 32 | 47590 | Other Federal Through State | 225,000 | 250,000 | 125,000 | - | - | 32 |
| 33 | | | | | | | | 33 |
| 34 | 47100 | Total Federal Through State | 282,456 | 318,544 | 204,632 | 90,720 | 90,720 | 34 |
| 35 | | | | | | | | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**

**Knoxville Charter Academy**

| | ACCOUNT NO. | ESTIMATED REVENUES | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | 1 |
| 2 | 47600 | Direct Federal Revenues | | | | | | 2 |
| 3 | 47640 | ROTC Reimbursement | - | - | - | - | - | 3 |
| 4 | 47650 | Energy Grant | - | - | - | - | - | 4 |
| 5 | 47990 | Other Direct Federal Revenues | - | - | - | - | - | 5 |
| 6 | | | | | | | | 6 |
| 7 | 47600 | Total Direct Federal Government | - | - | - | - | - | 7 |
| 8 | | | | | | | | 8 |
| 9 | 47000 | Total Federal Government | 282,456 | 318,544 | 204,632 | 90,720 | 90,720 | 9 |
| 10 | | | | | | | | 10 |
| 11 | 140000 | **TOTAL ESTIMATED REVENUES** | 287,586 | 324,664 | 211,742 | 98,820 | 98,820 | 11 |
| 12 | | | | | | | | 12 |
| 13 | 49000 | Other Sources | | | | | | 13 |
| 14 | 49100 | Bond Issued | - | - | - | - | - | 14 |
| 15 | 49200 | Note Issued | - | - | - | - | - | 15 |
| 16 | 49300 | Capitalized Leases Issued | - | - | - | - | - | 16 |
| 17 | 49400 | Refunding Debt Issued | - | - | - | - | - | 17 |
| 18 | 49500 | Other Loans Issued | - | - | - | - | - | 18 |
| 19 | 49800 | Transfers In (complete schedule below) * | 1,596,000 | 1,904,000 | 2,212,000 | 2,520,000 | 2,520,000 | 19 |
| 20 | 49810 | City General Fund Transfers (complete schedule below) | - | - | - | - | - | 20 |
| 21 | | | | | | | | 21 |
| 22 | 49000 | Total Other Sources | 1,596,000 | 1,904,000 | 2,212,000 | 2,520,000 | 2,520,000 | 22 |
| 23 | | | | | | | | 23 |
| 24 | | | | | | | | 24 |
| 25 | 14100 | **TOTAL ESTIMATED REVENUES AND OTHER SOURCES** | 1,883,586 | 2,228,664 | 2,423,742 | 2,618,820 | 2,618,820 | 25 |
| 26 | | | | | | | | 26 |
| 27 | | * Payments from LEA for Charter School support. | | | | | | 27 |
| 28 | | | | | | | | 28 |
| 29 | | | | | | | | 29 |
| 30 | | | | | | | | 30 |
| 31 | | | | | | | | 31 |
| 32 | | | | | | | | 32 |
| 33 | | | | | | | | 33 |
| 34 | | | | | | | | 34 |
| 35 | | | | | | | | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

App.2517



CHARTER SCHOOL FIVE YEAR PLANNING BUDGET

Knoxville Charter Academy

| ACCOUNT NO. | ESTIMATED REVENUES | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|

**SCHEDULE OF TRANSFERS**

| FUND # | PURPOSE | FROM FUND | TO FUND | AMOUNT |
|---|---|---|---|---|
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |

KCBOE07945

App.2518



## CHARTER SCHOOL FIVE YEAR PLANNING BUDGET

Knoxville Charter Academy

| | ACCOUNT NO. | RESERVES AND/OR FUND BALANCES BEGINNING-OF-YEAR | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | 34000 | **RESERVES AND/OR FUND BALANCE BEGINNING OF YEAR** | | | | | | 1 |
| 2 | | | | | | | | 2 |
| 3 | | LOCAL RESERVES | | | | | | 3 |
| 4 | 34210 | Reserved for Unemployment Compensation | - | - | - | - | - | 4 |
| 5 | 34230 | Reserved for Food Service | - | - | - | - | - | 5 |
| 6 | 34290 | Other Local Education Reserves | - | - | - | - | - | 6 |
| 7 | | | | | | | | 7 |
| 8 | | STATE RESERVES | | | | | | 8 |
| 9 | 34340 | Reserved for Driver Education | - | - | - | - | - | 9 |
| 10 | 34379 | Reserved for Career Ladder Extended Contract | - | - | - | - | - | 10 |
| 11 | 34380 | Reserved for Career Ladder Program | - | - | - | - | - | 11 |
| 12 | 34385 | Reserved for Early Childhood Education | - | - | - | - | - | 12 |
| 13 | 34386 | Reserved for Basic Education Program | - | - | - | - | - | 13 |
| 14 | 34390 | Other State Education Reserves | - | - | - | - | - | 14 |
| 15 | | | | | | | | 15 |
| 16 | | FEDERAL RESERVES | | | | | | 16 |
| 17 | 34410 | Reserved for Title I - Grants to Local Education Agencies | - | - | - | - | - | 17 |
| 18 | 34420 | Reserved for Title VI - Innovative Ed. Program Strategies | - | - | - | - | - | 18 |
| 19 | 34430 | Reserved for Special Education-Grants to States - IDEA | - | - | - | - | - | 19 |
| 20 | 34440 | Other Federal Reserves | - | - | - | - | - | 20 |
| 21 | | | | | | | | 21 |
| 22 | | DESIGNATED FUND BALANCE | | | | | | 22 |
| 23 | 35110 | Designated for Purpose #1 | - | - | - | - | - | 23 |
| 24 | 35120 | Designated for Purpose #2 | - | - | - | - | - | 24 |
| 25 | 35130 | Designated for Purpose #3 | - | - | - | - | - | 25 |
| 26 | 35140 | Designated for Purpose #4 | - | - | - | - | - | 26 |
| 27 | 35150 | Designated for Purpose #5 | - | - | - | - | - | 27 |
| 28 | | | | | | | | 28 |
| 29 | 39000 | Undesignated Fund Balance | - | - | - | - | - | 29 |
| 30 | | | | | | | | 30 |
| 31 | 30000 | **TOTAL RESERVES AND/OR FUND BALANCES END OF YEAR** | - | - | - | - | - | 31 |
| 32 | | | | | | | | 32 |
| 33 | | **TOTAL AVAILABLE FUNDS** | 1,883,586 | 2,228,664 | 2,423,742 | 2,618,820 | 2,618,820 | 33 |
| 34 | | | | | | | | 34 |
| 35 | | | | | | | | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

# CHARTER SCHOOL FIVE YEAR PLANNING BUDGET

## Knoxville Charter Academy

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | INSTRUCTION - 71000 | | | | | | 1 |
| 2 | | REGULAR INSTRUCTION PROGRAM (71100) | | | | | | 2 |
| 3 | 71100 116 | Teachers | 360,000 | 456,000 | 546,000 | 640,000 | 738,000 | 3 |
| 4 | 71100 117 | Career Ladder Program | - | - | - | - | - | 4 |
| 5 | 71100 127 | Career Ladder Extended Contracts | - | - | - | - | - | 5 |
| 6 | 71100 128 | Homebound Teachers | - | - | - | - | - | 6 |
| 7 | 71100 162 | Clerical Personnel | - | - | - | - | - | 7 |
| 8 | 71100 163 | Educational Assistants | - | - | - | - | - | 8 |
| 9 | 71100 189 | Other Salaries & Wages | - | - | - | - | - | 9 |
| 10 | 71100 195 | Certified Substitute Teachers | - | - | - | - | - | 10 |
| 11 | 71100 198 | Non-Certified Substitute Teachers | 6,000 | 7,200 | 8,400 | 9,600 | 10,800 | 11 |
| 12 | 71100 201 | Social Security | 22,320 | 28,272 | 33,852 | 39,680 | 45,756 | 12 |
| 13 | 71100 204 | State Retirement | 22,464 | 28,454 | 34,070 | 39,936 | 46,051 | 13 |
| 14 | 71100 206 | Life Insurance | 2,500 | 3,000 | 3,500 | 4,000 | 4,500 | 14 |
| 15 | 71100 207 | Medical Insurance | 30,000 | 36,000 | 42,000 | 48,000 | 54,000 | 15 |
| 16 | 71100 208 | Dental Insurance | 6,000 | 7,200 | 8,400 | 9,600 | 10,800 | 16 |
| 17 | 71100 210 | Unemployment Compensation | 2,430 | 2,916 | 3,402 | 3,888 | 4,374 | 17 |
| 18 | 71100 212 | Employer Medicare | 5,220 | 6,612 | 7,917 | 9,280 | 10,701 | 18 |
| 19 | 71100 299 | Other Fringe Benefits | - | - | - | - | - | 19 |
| 20 | 71100 311 | Contracts with Other School Systems | - | - | - | - | - | 20 |
| 21 | 71100 330 | Operating Lease Payments | 4,500 | 4,500 | 9,000 | 9,000 | 9,000 | 21 |
| 22 | 71100 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 22 |
| 23 | 71100 356 | Tuition | - | - | - | - | - | 23 |
| 24 | 71100 369 | Contracts for Substitute Teachers - Certified | - | - | - | - | - | 24 |
| 25 | 71100 370 | Contracts for Substitute Teachers - Non-Certified | - | - | - | - | - | 25 |
| 26 | 71100 399 | Other Contracted Services | - | - | - | - | - | 26 |
| 27 | 71100 429 | Instructional Supplies & Materials | 22,800 | 27,200 | 31,600 | 36,000 | 36,000 | 27 |
| 28 | 71100 449 | Textbooks | [redacted] | | | | | 28 |
| 29 | 71100 499 | Other Supplies & Materials | | | | | | 29 |
| 30 | 71100 535 | Fee Waivers | | - | - | - | - | 30 |
| 31 | 71100 599 | Other Charges | | - | - | - | - | 31 |
| 32 | 71100 722 | Regular Instruction Equipment | 37,500 | 56,250 | 75,000 | 75,000 | 75,000 | 32 |
| 33 | | | | | | | | 33 |
| 34 | | | | | | | | 34 |
| 35 | 71100 | TOTAL REGULAR INSTRUCTION PROGRAM | 647,134 | 813,204 | 976,941 | 1,121,984 | 1,242,982 | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

App.2519

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**

**Knoxville Charter Academy**

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | INSTRUCTION - 71000 | | | | | | 1 |
| 2 | | ALTERNATIVE INSTRUCTION PROGRAM (71150) | | | | | | 2 |
| 3 | 71150 116 | Teachers | - | - | - | - | - | 3 |
| 4 | 71150 117 | Career Ladder Program | - | - | - | - | - | 4 |
| 5 | 71150 127 | Career Ladder Extended Contracts | - | - | - | - | - | 5 |
| 6 | 71150 128 | Homebound Teachers | - | - | - | - | - | 6 |
| 7 | 71150 162 | Clerical Personnel | - | - | - | - | - | 7 |
| 8 | 71150 163 | Educational Assistants | - | - | - | - | - | 8 |
| 9 | 71150 189 | Other Salaries & Wages | - | - | - | - | - | 9 |
| 10 | 71150 195 | Certified Substitute Teachers | - | - | - | - | - | 10 |
| 11 | 71150 198 | Non-Certified Substitute Teachers | - | - | - | - | - | 11 |
| 12 | 71150 201 | Social Security | - | - | - | - | - | 12 |
| 13 | 71150 204 | State Retirement | - | - | - | - | - | 13 |
| 14 | 71150 206 | Life Insurance | - | - | - | - | - | 14 |
| 15 | 71150 207 | Medical Insurance | - | - | - | - | - | 15 |
| 16 | 71150 208 | Dental Insurance | - | - | - | - | - | 16 |
| 17 | 71150 210 | Unemployment Compensation | - | - | - | - | - | 17 |
| 18 | 71150 212 | Employer Medicare | - | - | - | - | - | 18 |
| 19 | 71150 299 | Other Fringe Benefits | - | - | - | - | - | 19 |
| 20 | 71150 311 | Contracts with Other School Systems | - | - | - | - | - | 20 |
| 21 | 71150 330 | Operating Lease Payments | - | - | - | - | - | 21 |
| 22 | 71150 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 22 |
| 23 | 71150 356 | Tuition | - | - | - | - | - | 23 |
| 24 | 71150 369 | Contracts for Substitute Teachers - Certified | - | - | - | - | - | 24 |
| 25 | 71150 370 | Contracts for Substitute Teachers - Non-Certified | - | - | - | - | - | 25 |
| 26 | 71150 399 | Other Contracted Services | - | - | - | - | - | 26 |
| 27 | 71150 429 | Instructional Supplies & Materials | - | - | - | - | - | 27 |
| 28 | 71150 449 | Textbooks | - | - | - | - | - | 28 |
| 29 | 71150 499 | Other Supplies & Materials | - | - | - | - | - | 29 |
| 30 | 71150 535 | Fee Waivers | - | - | - | - | - | 30 |
| 31 | 71150 599 | Other Charges | - | - | - | - | - | 31 |
| 32 | 71150 790 | Other Equipment | - | - | - | - | - | 32 |
| 33 | | | | | | | | 33 |
| 34 | | | | | | | | 34 |
| 35 | 71150 | TOTAL ALTERNATIVE INSTRUCTION PROGRAM | - | - | - | - | - | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**



**Knoxville Charter Academy**

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | INSTRUCTION - 71000 | | | | | | 1 |
| 2 | | SPECIAL EDUCATION PROGRAM (71200) | | | | | | 2 |
| 3 | 71200 116 | Teachers | 40,000 | 60,000 | 80,000 | 80,000 | 80,000 | 3 |
| 4 | 71200 117 | Career Ladder Program | - | - | - | - | - | 4 |
| 5 | 71200 127 | Career Ladder Extended Contracts | - | - | - | - | - | 5 |
| 6 | 71200 128 | Homebound Teachers | - | - | - | - | - | 6 |
| 7 | 71200 162 | Clerical Personnel | - | - | - | - | - | 7 |
| 8 | 71200 163 | Educational Assistants | - | - | - | - | - | 8 |
| 9 | 71200 189 | Other Salaries & Wages | - | - | - | - | - | 9 |
| 10 | 71200 195 | Certified Substitute Teachers | - | - | - | - | - | 10 |
| 11 | 71200 198 | Non-Certified Substitute Teachers | - | - | - | - | - | 11 |
| 12 | 71200 201 | Social Security | 2,480 | 3,720 | 4,960 | 4,960 | 4,960 | 12 |
| 13 | 71200 204 | State Retirement | 2,496 | 3,744 | 4,992 | 4,992 | 4,992 | 13 |
| 14 | 71200 206 | Life Insurance | 250 | 375 | 500 | 500 | 500 | 14 |
| 15 | 71200 207 | Medical Insurance | 3,000 | 4,500 | 6,000 | 6,000 | 6,000 | 15 |
| 16 | 71200 208 | Dental Insurance | 600 | 900 | 1,200 | 1,200 | 1,200 | 16 |
| 17 | 71200 210 | Unemployment Compensation | 243 | 365 | 486 | 486 | 486 | 17 |
| 18 | 71200 212 | Employer Medicare | 580 | 870 | 1,160 | 1,160 | 1,160 | 18 |
| 19 | 71200 299 | Other Fringe Benefits | - | - | - | - | - | 19 |
| 20 | 71200 310 | Contracts W/Other Public Agencies | - | - | - | - | - | 20 |
| 21 | 71200 311 | Contracts W/Other School Systems | - | - | - | - | - | 21 |
| 22 | 71200 312 | Contracts W/Private Agencies | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 22 |
| 23 | 71200 322 | Evaluation & Testing | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 23 |
| 24 | 71200 330 | Operating Lease Payments | - | - | - | - | - | 24 |
| 25 | 71200 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 25 |
| 26 | 71200 356 | Tuition | - | - | - | - | - | 26 |
| 27 | 71200 369 | Contracts for Substitute Teachers - Certified | - | - | - | - | - | 27 |
| 28 | 71200 370 | Contracts for Substitute Teachers - Non-Certified | - | - | - | - | - | 28 |
| 29 | 71200 399 | Other Contracted Services | - | - | - | - | - | 29 |
| 30 | 71200 429 | Instructional Supplies & Materials | 2,280 | 2,720 | 3,160 | 3,600 | 3,600 | 30 |
| 31 | 71200 449 | Textbooks | 5,700 | 5,700 | 7,900 | 9,000 | 9,000 | 31 |
| 32 | 71200 499 | Other Supplies & Materials | - | - | - | - | - | 32 |
| 33 | 71200 535 | Fee Waivers | - | - | - | - | - | 33 |
| 34 | 71200 599 | Other Charges | - | - | - | - | - | 34 |
| 35 | 71200 725 | Special Education Equipment | - | - | - | - | - | 35 |
| 36 | | | | | | | | 36 |
| 37 | 71200 | TOTAL SPECIAL EDUCATION PROGRAM | 87,629 | 112,894 | 140,358 | 141,898 | 141,898 | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

## CHARTER SCHOOL FIVE YEAR PLANNING BUDGET

Knoxville Charter Academy

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | INSTRUCTION - 71000 | | | | | | 1 |
| 2 | | VOCATIONAL EDUCATION PROGRAM (71300) | | | | | | 2 |
| 3 | 71300 116 | Teachers | - | - | - | - | - | 3 |
| 4 | 71300 117 | Career Ladder Program | - | - | - | - | - | 4 |
| 5 | 71300 127 | Career Ladder Extended Contracts | - | - | - | - | - | 5 |
| 6 | 71300 162 | Clerical Personnel | - | - | - | - | - | 6 |
| 7 | 71300 163 | Educational Assistants | - | - | - | - | - | 7 |
| 8 | 71300 189 | Other Salaries & Wages | - | - | - | - | - | 8 |
| 9 | 71300 195 | Certified Substitute Teachers | - | - | - | - | - | 9 |
| 10 | 71300 198 | Non-Certified Substitute Teachers | - | - | - | - | - | 10 |
| 11 | 71300 201 | Social Security | - | - | - | - | - | 11 |
| 12 | 71300 204 | State Retirement | - | - | - | - | - | 12 |
| 13 | 71300 206 | Life Insurance | - | - | - | - | - | 13 |
| 14 | 71300 207 | Medical Insurance | - | - | - | - | - | 14 |
| 15 | 71300 208 | Dental Insurance | - | - | - | - | - | 15 |
| 16 | 71300 210 | Unemployment Compensation | - | - | - | - | - | 16 |
| 17 | 71300 212 | Employer Medicare | - | - | - | - | - | 17 |
| 18 | 71300 299 | Other Fringe Benefits | - | - | - | - | - | 18 |
| 19 | 71300 311 | Contracts W/Other School Systems | - | - | - | - | - | 19 |
| 20 | 71300 330 | Operating Lease Payments | - | - | - | - | - | 20 |
| 21 | 71300 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 21 |
| 22 | 71300 356 | Tuition | - | - | - | - | - | 22 |
| 23 | 71300 369 | Contracts for Substitute Teachers - Certified | - | - | - | - | - | 23 |
| 24 | 71300 370 | Contracts for Substitute Teachers - Non-Certified | - | - | - | - | - | 24 |
| 25 | 71300 399 | Other Contracted Services | - | - | - | - | - | 25 |
| 26 | 71300 429 | Instructional Supplies & Materials | - | - | - | - | - | 26 |
| 27 | 71300 448 | T & I Construction Materials | - | - | - | - | - | 27 |
| 28 | 71300 449 | Textbooks | - | - | - | - | - | 28 |
| 29 | 71300 499 | Other Supplies & Materials | - | - | - | - | - | 29 |
| 30 | 71300 535 | Fee Waivers | - | - | - | - | - | 30 |
| 31 | 71300 599 | Other Charges | - | - | - | - | - | 31 |
| 32 | 71300 730 | Vocational Instruction Equipment | - | - | - | - | - | 32 |
| 33 | | | | | | | | 33 |
| 34 | | | | | | | | 34 |
| 35 | 71300 | TOTAL VOCATIONAL EDUCATION PROGRAM | - | - | - | - | - | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

App.2522

KCBOE07950

# CHARTER SCHOOL FIVE YEAR PLANNING BUDGET

Knoxville Charter Academy

| ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| | INSTRUCTION - 71000 | | | | | |
| | STUDENT BODY EDUCATION PROGRAM (71400) | | | | | |
| 71400 189 | Other Salaries & Wages | - | - | - | - | - |
| 71400 201 | Social Security | - | - | - | - | - |
| 71400 204 | State Retirement | - | - | - | - | - |
| 71400 206 | Life Insurance | - | - | - | - | - |
| 71400 207 | Medical Insurance | - | - | - | - | - |
| 71400 208 | Dental Insurance | - | - | - | - | - |
| 71400 210 | Unemployment Compensation | - | - | - | - | - |
| 71400 212 | Employer Medicare | - | - | - | - | - |
| 71400 299 | Other Fringe Benefits | - | - | - | - | - |
| 71400 399 | Other Contracted Services | - | - | - | - | - |
| 71400 429 | Instructional Supplies and Materials | - | - | - | - | - |
| 71400 449 | Textbooks | - | - | - | - | - |
| 71400 499 | Other Supplies & Materials | - | - | - | - | - |
| 71400 599 | Other Charges | - | - | - | - | - |
| 71400 790 | Other Equipment | - | - | - | - | - |
| 71400 | TOTAL STUDENT BODY EDUCATION PROGRAM | - | - | - | - | - |

## CHARTER SCHOOL FIVE YEAR PLANNING BUDGET

Knoxville Charter Academy

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | SUPPORT SERVICES - 72000 | | | | | | 1 |
| 2 | | STUDENTS (72100) | | | | | | 2 |
| 3 | | ATTENDANCE (72110) | | | | | | 3 |
| 4 | | | | | | | | 4 |
| 5 | 72110 105 | Supervisor/Director | - | - | - | - | - | 5 |
| 6 | 72110 117 | Career Ladder Program | - | - | - | - | - | 6 |
| 7 | 72110 127 | Career Ladder Extended Contracts | - | - | - | - | - | 7 |
| 8 | 72110 130 | Social Workers | - | - | - | - | - | 8 |
| 9 | 72110 162 | Clerical Personnel | - | - | - | - | - | 9 |
| 10 | 72110 189 | Other Salaries & Wages | - | - | - | - | - | 10 |
| 11 | 72110 201 | Social Security | - | - | - | - | - | 11 |
| 12 | 72110 204 | State Retirement | - | - | - | - | - | 12 |
| 13 | 72110 206 | Life Insurance | - | - | - | - | - | 13 |
| 14 | 72110 207 | Medical Insurance | - | - | - | - | - | 14 |
| 15 | 72110 208 | Dental Insurance | - | - | - | - | - | 15 |
| 16 | 72110 210 | Unemployment Compensation | - | - | - | - | - | 16 |
| 17 | 72110 212 | Employer Medicare | - | - | - | - | - | 17 |
| 18 | 72110 299 | Other Fringe Benefits | - | - | - | - | - | 18 |
| 19 | 72110 317 | Data Processing Services | - | - | - | - | - | 19 |
| 20 | 72110 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 20 |
| 21 | 72110 355 | Travel | - | - | - | - | - | 21 |
| 22 | 72110 399 | Other Contracted Services | - | - | - | - | - | 22 |
| 23 | 72110 499 | Other Supplies & Materials | - | - | - | - | - | 23 |
| 24 | 72110 524 | In-Service/Staff Development | - | - | - | - | - | 24 |
| 25 | 72110 599 | Other Charges | - | - | - | - | - | 25 |
| 26 | 72110 704 | Attendance Equipment | - | - | - | - | - | 26 |
| 27 | | | | | | | | 27 |
| 28 | | | | | | | | 28 |
| 29 | 72110 | TOTAL ATTENDANCE | - | - | - | - | - | 29 |
| 30 | | | | | | | | 30 |
| 31 | | | | | | | | 31 |
| 32 | | | | | | | | 32 |
| 33 | | | | | | | | 33 |
| 34 | | | | | | | | 34 |
| 35 | | | | | | | | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

## CHARTER SCHOOL FIVE YEAR PLANNING BUDGET

**Knoxville Charter Academy**

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | SUPPORT SERVICES - 72000 | | | | | | 1 |
| 2 | | STUDENTS (72100) | | | | | | 2 |
| 3 | | HEALTH SERVICES (72120) | | | | | | 3 |
| 4 | | | | | | | | 4 |
| 5 | 72120 131 | Medical Personnel | - | - | - | - | - | 5 |
| 6 | 72120 189 | Other Salaries & Wages | - | - | - | - | - | 6 |
| 7 | 72120 201 | Social Security | - | - | - | - | - | 7 |
| 8 | 72120 204 | State Retirement | - | - | - | - | - | 8 |
| 9 | 72120 206 | Life Insurance | - | - | - | - | - | 9 |
| 10 | 72120 207 | Medical Insurance | - | - | - | - | - | 10 |
| 11 | 72120 208 | Dental Insurance | - | - | - | - | - | 11 |
| 12 | 72120 210 | Unemployment Compensation | - | - | - | - | - | 12 |
| 13 | 72120 212 | Employer Medicare | - | - | - | - | - | 13 |
| 14 | 72120 299 | Other Fringe Benefits | - | - | - | - | - | 14 |
| 15 | 72120 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 15 |
| 16 | 72120 355 | Travel | - | - | - | - | - | 16 |
| 17 | 72120 399 | Other Contracted Services | - | - | - | - | - | 17 |
| 18 | 72120 413 | Drugs & Medical Supplies | - | - | - | - | - | 18 |
| 19 | 72120 499 | Other Supplies & Materials | - | - | - | - | - | 19 |
| 20 | 72120 524 | In-Service/Staff Development | - | - | - | - | - | 20 |
| 21 | 72120 599 | Other Charges | - | - | - | - | - | 21 |
| 22 | 72120 735 | Health Equipment | - | - | - | - | - | 22 |
| 23 | | | | | | | | 23 |
| 24 | | | | | | | | 24 |
| 25 | 72120 | TOTAL HEALTH SERVICES | - | - | - | - | - | 25 |
| 26 | | | | | | | | 26 |
| 27 | | | | | | | | 27 |
| 28 | | | | | | | | 28 |
| 29 | | | | | | | | 29 |
| 30 | | | | | | | | 30 |
| 31 | | | | | | | | 31 |
| 32 | | | | | | | | 32 |
| 33 | | | | | | | | 33 |
| 34 | | | | | | | | 34 |
| 35 | | | | | | | | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

App.2526



**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**

**Knoxville Charter Academy**

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | SUPPORT SERVICES - 72000 | | | | | | 1 |
| 2 | | STUDENTS (72100) | | | | | | 2 |
| 3 | | OTHER STUDENT SUPPORT (72130) | | | | | | 3 |
| 4 | 72130 117 | Career Ladder Program | - | - | - | - | - | 4 |
| 5 | 72130 123 | Guidance Personnel | 37,000 | 38,110 | 39,253 | 40,431 | 41,644 | 5 |
| 6 | 72130 124 | Psychological Personnel | - | - | - | - | - | 6 |
| 7 | 72130 127 | Career Ladder - Extended Contracts | - | - | - | - | - | 7 |
| 8 | 72130 130 | Social Workers | 20,000 | 20,600 | 21,218 | 21,855 | 22,510 | 8 |
| 9 | 72130 135 | Assessment Personnel | - | - | - | - | - | 9 |
| 10 | 72130 161 | Secretary(s) | - | - | - | - | - | 10 |
| 11 | 72130 162 | Clerical Personnel | - | - | - | - | - | 11 |
| 12 | 72130 164 | Attendants | - | - | - | - | - | 12 |
| 13 | 72130 170 | School Resource Officer | - | - | - | - | - | 13 |
| 14 | 72130 189 | Other Salaries & Wages | - | - | - | - | - | 14 |
| 15 | 72130 201 | Social Security | 3,534 | 3,640 | 3,749 | 3,862 | 3,978 | 15 |
| 16 | 72130 204 | State Retirement | 3,557 | 3,664 | 3,773 | 3,887 | 4,003 | 16 |
| 17 | 72130 206 | Life Insurance | 500 | 500 | 500 | 500 | 500 | 17 |
| 18 | 72130 207 | Medical Insurance | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 18 |
| 19 | 72130 208 | Dental Insurance | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 19 |
| 20 | 72130 210 | Unemployment Compensation | 486 | 486 | 486 | 486 | 486 | 20 |
| 21 | 72130 212 | Employer Medicare | 827 | 851 | 877 | 903 | 930 | 21 |
| 22 | 72130 299 | Other Fringe Benefits | - | - | - | - | - | 22 |
| 23 | 72130 309 | Contracts with Government Agencies | - | - | - | - | - | 23 |
| 24 | 72130 311 | Contracts with Other School Systems | - | - | - | - | - | 24 |
| 25 | 72130 322 | Evaluation & Testing | 10,000 | 12,500 | 15,000 | 15,000 | 15,000 | 25 |
| 26 | 72130 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 26 |
| 27 | 72130 355 | Travel | - | - | - | - | - | 27 |
| 28 | 72130 399 | Other Contracted Services | - | - | - | - | - | 28 |
| 29 | 72130 499 | Other Supplies & Materials | - | - | - | - | - | 29 |
| 30 | 72130 524 | In-Service/Staff Development | 7,500 | 12,500 | 17,500 | 17,500 | 17,500 | 30 |
| 31 | 72130 599 | Other Charges | - | - | - | - | - | 31 |
| 32 | 72130 790 | Other Equipment | 7,500 | 3,000 | 3,000 | 3,000 | 3,000 | 32 |
| 33 | | | | | | | | 33 |
| 34 | | | | | | | | 34 |
| 35 | 72130 | TOTAL OTHER STUDENT SUPPORT | 98,104 | 103,051 | 112,556 | 114,624 | 116,751 | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

## CHARTER SCHOOL FIVE YEAR PLANNING BUDGET



**Knoxville Charter Academy**

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | SUPPORT SERVICES - 72000 | | | | | | 1 |
| 2 | | INSTRUCTIONAL STAFF (72200) | | | | | | 2 |
| 3 | | REGULAR INSTRUCTION PROGRAM (72210) | | | | | | 3 |
| 4 | 72210 105 | Supervisor/Director | - | - | - | - | - | 4 |
| 5 | 72210 117 | Career Ladder Program | - | - | - | - | - | 5 |
| 6 | 72210 127 | Career Ladder Extended Contracts | - | - | - | - | - | 6 |
| 7 | 72210 129 | Librarian(s) | 24,000 | 24,720 | 25,462 | 26,225 | 27,012 | 7 |
| 8 | 72210 132 | Material Supervisor(s) | - | - | - | - | - | 8 |
| 9 | 72210 136 | Audiovisual Personnel | - | - | - | - | - | 9 |
| 10 | 72210 137 | Education Media Personnel | - | - | - | - | - | 10 |
| 11 | 72210 138 | Instructional Computer Personnel | 40,000 | 40,000 | 41,200 | 42,436 | 43,709 | 11 |
| 12 | 72210 161 | Secretary(s) | - | - | - | - | - | 12 |
| 13 | 72210 162 | Clerical Personnel | - | - | - | - | - | 13 |
| 14 | 72210 163 | Educational Assistants | - | - | - | - | - | 14 |
| 15 | 72210 189 | Other Salaries & Wages | - | - | - | - | - | 15 |
| 16 | 72210 195 | Certified Substitute Teachers | - | - | - | - | - | 16 |
| 17 | 72210 196 | In-Service Training | - | - | - | - | - | 17 |
| 18 | 72210 198 | Non-Certified Substitute Teachers | - | - | - | - | - | 18 |
| 19 | 72210 201 | Social Security | 3,968 | 4,013 | 4,133 | 4,257 | 4,385 | 19 |
| 20 | 72210 204 | State Retirement | 3,994 | 4,039 | 4,160 | 4,284 | 4,413 | 20 |
| 21 | 72210 206 | Life Insurance | 500 | 500 | 500 | 500 | 500 | 21 |
| 22 | 72210 207 | Medical Insurance | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 22 |
| 23 | 72210 208 | Dental Insurance | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 23 |
| 24 | 72210 210 | Unemployment Compensation | 486 | 486 | 486 | 486 | 486 | 24 |
| 25 | 72210 212 | Employer Medicare | 928 | 938 | 967 | 996 | 1,025 | 25 |
| 26 | 72210 299 | Other Fringe Benefits | - | - | - | - | - | 26 |
| 27 | 72210 308 | Consultants | - | - | - | - | - | 27 |
| 28 | 72210 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 28 |
| 29 | 72210 355 | Travel | - | - | - | - | - | 29 |
| 30 | 72210 369 | Contracts for Substitute Teachers - Certified | - | - | - | - | - | 30 |
| 31 | 72210 370 | Contracts for Substitute Teachers - Non-Certified | - | - | - | - | - | 31 |
| 32 | 72210 399 | Other Contracted Services | - | - | - | - | - | 32 |
| 33 | 72210 432 | Library Books/Media | 15,000 | 10,000 | 7,500 | 5,000 | 5,000 | 33 |
| 34 | 72210 437 | Periodicals | 500 | 500 | 500 | 500 | 500 | 34 |
| 35 | 72210 499 | Other Supplies & Materials | 1,000 | 1,500 | 2,000 | 2,000 | 2,000 | 35 |
| 36 | 72210 524 | In Service/Staff Development | - | 5,000 | 5,000 | 5,000 | 5,000 | 36 |
| 37 | 72210 599 | Other Charges | - | - | - | - | - | 37 |
| 38 | 72210 790 | Other Equipment | - | - | - | - | - | 38 |
| 39 | | | | | | | | 39 |
| 40 | 72210 | TOTAL REGULAR INSTRUCTION PROGRAM | 97,576 | 98,896 | 99,108 | 98,884 | 101,230 | 40 |

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**

**Knoxville Charter Academy**

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | SUPPORT SERVICES - 72000 | | | | | | 1 |
| 2 | | INSTRUCTIONAL STAFF (72200) | | | | | | 2 |
| 3 | | ALTERNATIVE INSTRUCTION PROGRAM (72215) | | | | | | 3 |
| 4 | | | | | | | | 4 |
| 5 | 72215 105 | Supervisor/Director | - | - | - | - | - | 5 |
| 6 | 72215 117 | Career Ladder Program | - | - | - | - | - | 6 |
| 7 | 72215 123 | Guidance Personnel | - | - | - | - | - | 7 |
| 8 | 72215 127 | Career Ladder Extended Contracts | - | - | - | - | - | 8 |
| 9 | 72215 129 | Librarian(s) | - | - | - | - | - | 9 |
| 10 | 72215 138 | Instructional Computer Personnel | - | - | - | - | - | 10 |
| 11 | 72215 161 | Secretary(s) | - | - | - | - | - | 11 |
| 12 | 72215 162 | Clerical Personnel | - | - | - | - | - | 12 |
| 13 | 72215 163 | Educational Assistants | - | - | - | - | - | 13 |
| 14 | 72215 189 | Other Salaries & Wages | - | - | - | - | - | 14 |
| 15 | 72215 196 | In-Service Training | - | - | - | - | - | 15 |
| 16 | 72215 201 | Social Security | - | - | - | - | - | 16 |
| 17 | 72215 204 | State Retirement | - | - | - | - | - | 17 |
| 18 | 72215 206 | Life Insurance | - | - | - | - | - | 18 |
| 19 | 72215 207 | Medical Insurance | - | - | - | - | - | 19 |
| 20 | 72215 208 | Dental Insurance | - | - | - | - | - | 20 |
| 21 | 72215 210 | Unemployment Compensation | - | - | - | - | - | 21 |
| 22 | 72215 212 | Employer Medicare | - | - | - | - | - | 22 |
| 23 | 72215 299 | Other Fringe Benefits | - | - | - | - | - | 23 |
| 24 | 72215 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 24 |
| 25 | 72215 355 | Travel | - | - | - | - | - | 25 |
| 26 | 72215 399 | Other Contracted Services | - | - | - | - | - | 26 |
| 27 | 72215 432 | Library Books/Media | - | - | - | - | - | 27 |
| 28 | 72215 499 | Other Supplies & Materials | - | - | - | - | - | 28 |
| 29 | 72215 524 | In Service/Staff Development | - | - | - | - | - | 29 |
| 30 | 72215 599 | Other Charges | - | - | - | - | - | 30 |
| 31 | 72215 790 | Other Equipment | - | - | - | - | - | 31 |
| 32 | | | | | | | | 32 |
| 33 | 72215 | TOTAL ALTERNATIVE INSTRUCTION PROGRAM | - | - | - | - | - | 33 |
| 34 | | | | | | | | 34 |
| 35 | | | | | | | | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

# CHARTER SCHOOL FIVE YEAR PLANNING BUDGET

**Knoxville Charter Academy**

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|---|
| 1 | | SUPPORT SERVICES - 72000 | | | | | |
| 2 | | INSTRUCTIONAL STAFF (72200) | | | | | |
| 3 | | SPECIAL EDUCATION PROGRAM (72220) | | | | | |
| 4 | | | | | | | |
| 5 | 72220 105 | Supervisor/Director | - | - | - | - | - |
| 6 | 72220 117 | Career Ladder Program | - | - | - | - | - |
| 7 | 72220 124 | Psychological Personnel | - | - | - | - | - |
| 8 | 72220 127 | Career Ladder Extended Contracts | - | - | - | - | - |
| 9 | 72220 135 | Assessment Personnel | - | - | - | - | - |
| 10 | 72220 161 | Secretary(s) | - | - | - | - | - |
| 11 | 72220 162 | Clerical Personnel | - | - | - | - | - |
| 12 | 72220 171 | Speech Pathologist | - | - | - | - | - |
| 13 | 72220 189 | Other Salaries & Wages | - | - | - | - | - |
| 14 | 72220 196 | In-Service Training | - | - | - | - | - |
| 15 | 72220 201 | Social Security | - | - | - | - | - |
| 16 | 72220 204 | State Retirement | - | - | - | - | - |
| 17 | 72220 206 | Life Insurance | - | - | - | - | - |
| 18 | 72220 207 | Medical Insurance | - | - | - | - | - |
| 19 | 72220 208 | Dental Insurance | - | - | - | - | - |
| 20 | 72220 210 | Unemployment Compensation | - | - | - | - | - |
| 21 | 72220 212 | Employer Medicare | - | - | - | - | - |
| 22 | 72220 299 | Other Fringe Benefits | - | - | - | - | - |
| 23 | 72220 308 | Consultants | - | - | - | - | - |
| 24 | 72220 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - |
| 25 | 72220 355 | Travel | - | - | - | - | - |
| 26 | 72220 399 | Other Contracted Services | 15,000 | 20,000 | 25,000 | 25,000 | 25,000 |
| 27 | 72220 499 | Other Supplies & Materials | - | - | - | - | - |
| 28 | 72220 524 | In Service/Staff Development | - | - | - | - | - |
| 29 | 72220 599 | Other Charges | - | - | - | - | - |
| 30 | 72220 790 | Other Equipment | - | - | - | - | - |
| 31 | | | | | | | |
| 32 | 72220 | TOTAL SPECIAL EDUCATION PROGRAM | 15,000 | 20,000 | 25,000 | 25,000 | 25,000 |
| 33 | | | | | | | |
| 34 | | | | | | | |
| 35 | | | | | | | |
| 36 | | | | | | | |
| 37 | | | | | | | |
| 38 | | | | | | | |
| 39 | | | | | | | |
| 40 | | | | | | | |

App.2529

KCBOE07957

App.2530

# CHARTER SCHOOL FIVE YEAR PLANNING BUDGET

## Knoxville Charter Academy

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | SUPPORT SERVICES - 72000 | | | | | | 1 |
| 2 | | INSTRUCTIONAL STAFF (72200) | | | | | | 2 |
| 3 | | VOCATIONAL EDUCATION PROGRAM (72230) | | | | | | 3 |
| 4 | | | | | | | | 4 |
| 5 | 72230 105 | Supervisor/Director | - | - | - | - | - | 5 |
| 6 | 72230 117 | Career Ladder Program | - | - | - | - | - | 6 |
| 7 | 72230 127 | Career Ladder Extended Contracts | - | - | - | - | - | 7 |
| 8 | 72230 138 | Instructional Computer Personnel | - | - | - | - | - | 8 |
| 9 | 72230 161 | Secretary(s) | - | - | - | - | - | 9 |
| 10 | 72230 162 | Clerical Personnel | - | - | - | - | - | 10 |
| 11 | 72230 189 | Other Salaries & Wages | - | - | - | - | - | 11 |
| 12 | 72230 196 | In-Service Training | - | - | - | - | - | 12 |
| 13 | 72230 201 | Social Security | - | - | - | - | - | 13 |
| 14 | 72230 204 | State Retirement | - | - | - | - | - | 14 |
| 15 | 72230 206 | Life Insurance | - | - | - | - | - | 15 |
| 16 | 72230 207 | Medical Insurance | - | - | - | - | - | 16 |
| 17 | 72230 208 | Dental Insurance | - | - | - | - | - | 17 |
| 18 | 72230 210 | Unemployment Compensation | - | - | - | - | - | 18 |
| 19 | 72230 212 | Employer Medicare | - | - | - | - | - | 19 |
| 20 | 72230 299 | Other Fringe Benefits | - | - | - | - | - | 20 |
| 21 | 72230 308 | Consultants | - | - | - | - | - | 21 |
| 22 | 72230 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 22 |
| 23 | 72230 355 | Travel | - | - | - | - | - | 23 |
| 24 | 72230 399 | Other Contracted Services | - | - | - | - | - | 24 |
| 25 | 72230 499 | Other Supplies & Materials | - | - | - | - | - | 25 |
| 26 | 72230 524 | In Service/Staff Development | - | - | - | - | - | 26 |
| 27 | 72230 599 | Other Charges | - | - | - | - | - | 27 |
| 28 | 72230 790 | Other Equipment | - | - | - | - | - | 28 |
| 29 | | | | | | | | 29 |
| 30 | 72230 | TOTAL VOCATIONAL EDUCATION PROGRAM | - | - | - | - | - | 30 |
| 31 | | | | | | | | 31 |
| 32 | | | | | | | | 32 |
| 33 | | | | | | | | 33 |
| 34 | | | | | | | | 34 |
| 35 | | | | | | | | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

App.2531



CHARTER SCHOOL FIVE YEAR PLANNING BUDGET

Knoxville Charter Academy

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | SUPPORT SERVICES - 72000 | | | | | | 1 |
| 2 | | GENERAL ADMINISTRATION (72300) | | | | | | 2 |
| 3 | | BOARD OF EDUCATION (72310) | | | | | | 3 |
| 4 | 72310 118 | Secretary to Board | - | - | - | - | - | 4 |
| 5 | 72310 189 | Other Salaries & Wages | - | - | - | - | - | 5 |
| 6 | 72310 191 | Board and Committee Member Fees | - | - | - | - | - | 6 |
| 7 | 72310 196 | In-Service Training | 3,000 | 2,000 | 2,000 | 2,000 | 2,000 | 7 |
| 8 | 72310 201 | Social Security | - | - | - | - | - | 8 |
| 9 | 72310 204 | State Retirement | - | - | - | - | - | 9 |
| 10 | 72310 206 | Life Insurance | - | - | - | - | - | 10 |
| 11 | 72310 207 | Medical Insurance | - | - | - | - | - | 11 |
| 12 | 72310 208 | Dental Insurance | - | - | - | - | - | 12 |
| 13 | 72310 210 | Unemployment Compensation | - | - | - | - | - | 13 |
| 14 | 72310 212 | Employer Medicare | - | - | - | - | - | 14 |
| 15 | 72310 299 | Other Fringe Benefits | - | - | - | - | - | 15 |
| 16 | 72310 305 | Audit Services | - | - | - | - | - | 16 |
| 17 | 72310 320 | Dues & Memberships | - | - | - | - | - | 17 |
| 18 | 72310 331 | Legal Services | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 18 |
| 19 | 72310 348 | Postal Charges | - | - | - | - | - | 19 |
| 20 | 72310 355 | Travel | - | - | - | - | - | 20 |
| 21 | 72310 367 | Maintenance & Repair Services - Records | - | - | - | - | - | 21 |
| 22 | 72310 399 | Other Contracted Services | - | - | - | - | - | 22 |
| 23 | 72310 499 | Other Supplies & Materials | - | - | - | - | - | 23 |
| 24 | 72310 505 | Judgments | - | - | - | - | - | 24 |
| 25 | 72310 506 | Liability Insurance | 15,000 | 20,000 | 25,000 | 25,000 | 25,000 | 25 |
| 26 | 72310 508 | Premium on Corporate Surety Bonds | - | - | - | - | - | 26 |
| 27 | 72310 513 | Worker's Compensation Insurance | 5,000 | 7,500 | 10,000 | 10,000 | 10,000 | 27 |
| 28 | 72310 524 | In Service/Staff Development | - | - | - | - | - | 28 |
| 29 | 72310 533 | Criminal Investigation of Applicants TBI | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 29 |
| 30 | 72310 534 | Refund to Applicant for Criminal Investigation | - | - | - | - | - | 30 |
| 31 | 72310 599 | Other Charges | - | - | - | - | - | 31 |
| 32 | | | | | | | | 32 |
| 33 | 72310 | TOTAL BOARD OF EDUCATION | 49,500 | 56,000 | 63,500 | 63,500 | 63,500 | 33 |
| 34 | | | | | | | | 34 |
| 35 | | | | | | | | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

KCBOE07959

App.2532

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**

**Knoxville Charter Academy**

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | SUPPORT SERVICES - 72000 | | | | | | 1 |
| 2 | | GENERAL ADMINISTRATION (72300) | | | | | | 2 |
| 3 | | OFFICE OF THE SUPERINTENDENT (72320) | | | | | | 3 |
| 4 | | | | | | | | 4 |
| 5 | 72320 101 | County Official/Administrative Officer | - | - | - | - | - | 5 |
| 6 | 72320 103 | Assistant(s) | - | - | - | - | - | 6 |
| 7 | 72320 117 | Career Ladder Program | - | - | - | - | - | 7 |
| 8 | 72320 161 | Secretary(s) | - | - | - | - | - | 8 |
| 9 | 72320 162 | Clerical Personnel | - | - | - | - | - | 9 |
| 10 | 72320 189 | Other Salaries & Wages | - | - | - | - | - | 10 |
| 11 | 72320 196 | In-Service Training | - | - | - | - | - | 11 |
| 12 | 72320 201 | Social Security | - | - | - | - | - | 12 |
| 13 | 72320 204 | State Retirement | - | - | - | - | - | 13 |
| 14 | 72320 206 | Life Insurance | - | - | - | - | - | 14 |
| 15 | 72320 207 | Medical Insurance | - | - | - | - | - | 15 |
| 16 | 72320 208 | Dental Insurance | - | - | - | - | - | 16 |
| 17 | 72320 210 | Unemployment Compensation | - | - | - | - | - | 17 |
| 18 | 72320 212 | Employer Medicare | - | - | - | - | - | 18 |
| 19 | 72320 299 | Other Fringe Benefits | - | - | - | - | - | 19 |
| 20 | 72320 307 | Communication | - | - | - | - | - | 20 |
| 21 | 72320 320 | Dues & Memberships | - | - | - | - | - | 21 |
| 22 | 72320 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 22 |
| 23 | 72320 348 | Postal Charges | - | - | - | - | - | 23 |
| 24 | 72320 355 | Travel | - | - | - | - | - | 24 |
| 25 | 72320 399 | Other Contracted Services | - | - | - | - | - | 25 |
| 26 | 72320 435 | Office Supplies | - | - | - | - | - | 26 |
| 27 | 72320 499 | Other Supplies & Materials | - | - | - | - | - | 27 |
| 28 | 72320 524 | In-Service/Staff Development | - | - | - | - | - | 28 |
| 29 | 72320 599 | Other Charges | - | - | - | - | - | 29 |
| 30 | 72320 701 | Administration Equipment | - | - | - | - | - | 30 |
| 31 | | | | | | | | 31 |
| 32 | 72320 | TOTAL OFFICE OF THE SUPERINTENDENT | - | - | - | - | - | 32 |
| 33 | | | | | | | | 33 |
| 34 | | | | | | | | 34 |
| 35 | | | | | | | | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

KCBOE07960

App.2533



## CHARTER SCHOOL FIVE YEAR PLANNING BUDGET

### Knoxville Charter Academy

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | SUPPORT SERVICES - 72000 | | | | | | 1 |
| 2 | | SCHOOL ADMINISTRATION (72400) | | | | | | 2 |
| 3 | | OFFICE OF THE PRINCIPAL (72410) | | | | | | 3 |
| 4 | | | | | | | | 4 |
| 5 | 72410 104 | Principal(s) | 70,000 | 75,000 | 80,000 | 85,000 | 90,000 | 5 |
| 6 | 72410 117 | Career Ladder Program | - | - | - | - | - | 6 |
| 7 | 72410 119 | Accountants/Bookkeepers | - | 36,000 | 36,000 | 36,000 | 36,000 | 7 |
| 8 | 72410 127 | Career Ladder Extended Contracts | - | - | - | - | - | 8 |
| 9 | 72410 139 | Assistant Principal(s) | 55,000 | 55,000 | 110,000 | 110,000 | 110,000 | 9 |
| 10 | 72410 161 | Secretary(s) | 48,000 | 49,440 | 50,923 | 52,451 | 54,024 | 10 |
| 11 | 72410 162 | Clerical Personnel | - | - | - | - | - | 11 |
| 12 | 72410 189 | Other Salaries & Wages | - | - | - | - | - | 12 |
| 13 | 72410 196 | In-Service Training | - | - | - | - | - | 13 |
| 14 | 72410 201 | Social Security | 10,726 | 11,125 | 14,937 | 15,342 | 15,749 | 14 |
| 15 | 72410 204 | State Retirement | 10,795 | 11,197 | 15,034 | 15,441 | 15,851 | 15 |
| 16 | 72410 206 | Life Insurance | 1,000 | 1,000 | 1,250 | 1,250 | 1,250 | 16 |
| 17 | 72410 207 | Medical Insurance | 12,000 | 12,000 | 15,000 | 15,000 | 15,000 | 17 |
| 18 | 72410 208 | Dental Insurance | 2,400 | 2,400 | 3,000 | 3,000 | 3,000 | 18 |
| 19 | 72410 210 | Unemployment Compensation | 972 | 972 | 1,215 | 1,215 | 1,215 | 19 |
| 20 | 72410 212 | Employer Medicare | 171 | 177 | 236 | 242 | 248 | 20 |
| 21 | 72410 299 | Other Fringe Benefits | - | - | - | - | - | 21 |
| 22 | 72410 307 | Communication | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 22 |
| 23 | 72410 317 | Data Processing Services | - | - | - | - | - | 23 |
| 24 | 72410 320 | Dues & Memberships | 1,500 | 2,000 | 2,500 | 2,500 | 2,500 | 24 |
| 25 | 72410 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 25 |
| 26 | 72410 348 | Postal Charges | 5,000 | 7,500 | 10,000 | 10,000 | 10,000 | 26 |
| 27 | 72410 355 | Travel | 3,500 | 5,000 | 7,500 | 7,500 | 7,500 | 27 |
| 28 | 72410 399 | Other Contracted Services | - | - | - | - | - | 28 |
| 29 | 72410 411 | Data Processing Supplies | - | - | - | - | - | 29 |
| 30 | 72410 435 | Office Supplies | 5,000 | 7,500 | 10,000 | 10,000 | 10,000 | 30 |
| 31 | 72410 499 | Other Supplies & Materials | - | - | - | - | - | 31 |
| 32 | 72410 524 | In Service/Staff Development | 7,500 | 10,000 | 12,500 | 12,500 | 12,500 | 32 |
| 33 | 72410 599 | Other Charges | - | - | - | - | - | 33 |
| 34 | 72410 701 | Administration Equipment | 10,000 | 5,000 | 5,000 | 5,000 | 5,000 | 34 |
| 35 | | | | | | | | 35 |
| 36 | 72410 | TOTAL OFFICE OF THE PRINCIPAL | 252,564 | 300,311 | 384,095 | 391,441 | 398,837 | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

App.2534



## CHARTER SCHOOL FIVE YEAR PLANNING BUDGET

### Knoxville Charter Academy

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | SUPPORT SERVICES - 72000 | | | | | | 1 |
| 2 | | BUSINESS ADMINISTRATION (72500) | | | | | | 2 |
| 3 | | FISCAL SERVICES (72510) | | | | | | 3 |
| 4 | | | | | | | | 4 |
| 5 | 72510 105 | Supervisor/Director | - | - | - | - | - | 5 |
| 6 | 72510 113 | Internal Audit Personnel | - | - | - | - | - | 6 |
| 7 | 72510 119 | Accountants/Bookkeepers | - | - | - | - | - | 7 |
| 8 | 72510 122 | Purchasing Personnel | - | - | - | - | - | 8 |
| 9 | 72510 161 | Secretary(s) | - | - | - | - | - | 9 |
| 10 | 72510 162 | Clerical Personnel | - | - | - | - | - | 10 |
| 11 | 72510 189 | Other Salaries & Wages | - | - | - | - | - | 11 |
| 12 | 72510 196 | In-Service Training | - | - | - | - | - | 12 |
| 13 | 72510 201 | Social Security | - | - | - | - | - | 13 |
| 14 | 72510 204 | State Retirement | - | - | - | - | - | 14 |
| 15 | 72510 206 | Life Insurance | - | - | - | - | - | 15 |
| 16 | 72510 207 | Medical Insurance | - | - | - | - | - | 16 |
| 17 | 72510 208 | Dental Insurance | - | - | - | - | - | 17 |
| 18 | 72510 210 | Unemployment Compensation | - | - | - | - | - | 18 |
| 19 | 72510 212 | Employer Medicare | - | - | - | - | - | 19 |
| 20 | 72510 299 | Other Fringe Benefits | - | - | - | - | - | 20 |
| 21 | 72510 317 | Data Processing Services | - | - | - | - | - | 21 |
| 22 | 72510 320 | Dues & Memberships | - | - | - | - | - | 22 |
| 23 | 72510 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 23 |
| 24 | 72510 355 | Travel | - | - | - | - | - | 24 |
| 25 | 72510 399 | Other Contracted Services | - | - | - | - | - | 25 |
| 26 | 72510 411 | Data Processing Supplies | - | - | - | - | - | 26 |
| 27 | 72510 435 | Office Supplies | - | - | - | - | - | 27 |
| 28 | 72510 499 | Other Supplies & Materials | - | - | - | - | - | 28 |
| 29 | 72510 524 | In-Service/Staff Development | - | - | - | - | - | 29 |
| 30 | 72510 599 | Other Charges | - | - | - | - | - | 30 |
| 31 | 72510 701 | Administration Equipment | - | - | - | - | - | 31 |
| 32 | | | | | | | | 32 |
| 33 | 72510 | TOTAL FISCAL SERVICES | - | - | - | - | - | 33 |
| 34 | | | | | | | | 34 |
| 35 | | | | | | | | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

KCBOE07962

CHARTER SCHOOL FIVE YEAR PLANNING BUDGET

Knoxville Charter Academy



| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | SUPPORT SERVICES - 72000 | | | | | | 1 |
| 2 | | OPERATION & MAINTENANCE OF PLANT (72600) | | | | | | 2 |
| 3 | | OPERATION OF PLANT (72610) | | | | | | 3 |
| 4 | | | | | | | | 4 |
| 5 | 72610 105 | Supervisor/Director | - | - | - | - | - | 5 |
| 6 | 72610 160 | Guards | - | - | - | - | - | 6 |
| 7 | 72610 161 | Secretary(s) | - | - | - | - | - | 7 |
| 8 | 72610 166 | Custodial Personnel | 20,000 | 20,600 | 21,218 | 21,855 | 22,510 | 8 |
| 9 | 72610 189 | Other Salaries & Wages | - | - | - | - | - | 9 |
| 10 | 72610 201 | Social Security | 1,240 | 1,277 | 1,316 | 1,355 | 1,396 | 10 |
| 11 | 72610 204 | State Retirement | 1,248 | 1,285 | 1,324 | 1,364 | 1,405 | 11 |
| 12 | 72610 206 | Life Insurance | 250 | 250 | 250 | 250 | 250 | 12 |
| 13 | 72610 207 | Medical Insurance | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 13 |
| 14 | 72610 208 | Dental Insurance | 600 | 600 | 600 | 600 | 600 | 14 |
| 15 | 72610 210 | Unemployment Compensation | 243 | 243 | 243 | 243 | 243 | 15 |
| 16 | 72610 212 | Employer Medicare | 290 | 299 | 308 | 317 | 326 | 16 |
| 17 | 72610 299 | Other Fringe Benefits | - | - | - | - | - | 17 |
| 18 | 72610 328 | Janitorial Services | 25,000 | 35,000 | 50,000 | 50,000 | 50,000 | 18 |
| 19 | 72610 329 | Laundry Service | - | - | - | - | - | 19 |
| 20 | 72610 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 20 |
| 21 | 72610 351 | Rentals | 200,000 | 220,000 | 250,000 | 280,000 | 280,000 | 21 |
| 22 | 72610 355 | Travel | - | - | - | - | - | 22 |
| 23 | 72610 359 | Disposal Fees | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 23 |
| 24 | 72610 399 | Other Contracted Services | - | - | - | - | - | 24 |
| 25 | 72610 407 | Coal | - | - | - | - | - | 25 |
| 26 | 72610 410 | Custodial Supplies | 5,000 | 3,000 | 3,000 | 3,000 | 3,000 | 26 |
| 27 | 72610 415 | Electricity | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 27 |
| 28 | 72610 423 | Fuel Oil | - | - | - | - | - | 28 |
| 29 | 72610 434 | Natural Gas | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 29 |
| 30 | 72610 454 | Water & Sewer | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 30 |
| 31 | 72610 499 | Other Supplies & Materials | | - | - | - | - | 31 |
| 32 | 72610 501 | Boiler Insurance | - | - | - | - | - | 32 |
| 33 | 72610 502 | Building & Content Insurance | 7,500 | 10,000 | 15,000 | 20,000 | 20,000 | 33 |
| 34 | 72610 524 | In-Service/Staff Development | - | - | - | - | - | 34 |
| 35 | 72610 599 | Other Charges | - | - | - | - | - | 35 |
| 36 | 72610 720 | Plant Operation Equipment | - | - | - | - | - | 36 |
| 37 | | | | | | | | 37 |
| 38 | 72610 | TOTAL OPERATION OF PLANT | 320,371 | 351,554 | 402,259 | 437,984 | 438,730 | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**

**Knoxville Charter Academy**

| ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| | SUPPORT SERVICES - 72000 | | | | | |
| | OPERATION & MAINTENANCE OF PLANT (72600) | | | | | |
| | MAINTENANCE OF PLANT (72620) | | | | | |
| 72620 105 | Supervisor/Director | - | - | - | - | - |
| 72620 161 | Secretary(s) | - | - | - | - | - |
| 72620 167 | Maintenance Personnel | - | - | - | - | - |
| 72620 189 | Other Salaries & Wages | - | - | - | - | - |
| 72620 201 | Social Security | - | - | - | - | - |
| 72620 204 | State Retirement | - | - | - | - | - |
| 72620 206 | Life Insurance | - | - | - | - | - |
| 72620 207 | Medical Insurance | - | - | - | - | - |
| 72620 208 | Dental Insurance | - | - | - | - | - |
| 72620 210 | Unemployment Compensation | - | - | - | - | - |
| 72620 212 | Employer Medicare | - | - | - | - | - |
| 72620 299 | Other Fringe Benefits | - | - | - | - | - |
| 72620 307 | Communication | - | - | - | - | - |
| 72620 329 | Laundry Service | - | - | - | - | - |
| 72620 335 | Maintenance & Repair Services - Building | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| 72620 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - |
| 72620 338 | Maintenance & Repair Services - Vehicles | - | - | - | - | - |
| 72620 355 | Travel | - | - | - | - | - |
| 72620 399 | Other Contracted Services | - | - | - | - | - |
| 72620 418 | Equipment & Machinery Parts | - | - | - | - | - |
| 72620 425 | Gasoline | - | - | - | - | - |
| 72620 426 | General Construction Materials | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| 72620 499 | Other Supplies & Materials | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| 72620 511 | Vehicle and Equipment Insurance | - | - | - | - | - |
| 72620 524 | In-Service/Staff Development | - | - | - | - | - |
| 72620 599 | Other Charges | - | - | - | - | - |
| 72620 701 | Administration Equipment | - | - | - | - | - |
| 72620 717 | Maintenance Equipment | - | - | - | - | - |
| 72620 | TOTAL MAINTENANCE OF PLANT | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 |

App.2536

KCBOE07964

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | SUPPORT SERVICES - 72000 | | | | | | 1 |
| 2 | | STUDENT TRANSPORTATION (72700) | | | | | | 2 |
| 3 | | TRANSPORTATION (72710) | | | | | | 3 |
| 4 | 72710 105 | Supervisor/Director | - | - | - | - | - | 4 |
| 5 | 72710 142 | Mechanic(s) | - | - | - | - | - | 5 |
| 6 | 72710 146 | Bus Drivers | - | - | - | - | - | 6 |
| 7 | 72710 162 | Clerical Personnel | - | - | - | - | - | 7 |
| 8 | 72710 189 | Other Salaries & Wages | - | - | - | - | - | 8 |
| 9 | 72710 196 | In-Service Training | - | - | - | - | - | 9 |
| 10 | 72710 201 | Social Security | - | - | - | - | - | 10 |
| 11 | 72710 204 | State Retirement | - | - | - | - | - | 11 |
| 12 | 72710 206 | Life Insurance | - | - | - | - | - | 12 |
| 13 | 72710 207 | Medical Insurance | - | - | - | - | - | 13 |
| 14 | 72710 208 | Dental Insurance | - | - | - | - | - | 14 |
| 15 | 72710 210 | Unemployment Compensation | - | - | - | - | - | 15 |
| 16 | 72710 212 | Employer Medicare | - | - | - | - | - | 16 |
| 17 | 72710 299 | Other Fringe Benefits | - | - | - | - | - | 17 |
| 18 | 72710 307 | Communication | - | - | - | - | - | 18 |
| 19 | 72710 311 | Contracts with Other School Systems | - | - | - | - | - | 19 |
| 20 | 72710 312 | Contracts with Private Agencies | - | - | - | - | - | 20 |
| 21 | 72710 313 | Contracts with Parents | - | - | - | - | - | 21 |
| 22 | 72710 314 | Contracts with Public Carriers | - | - | - | - | - | 22 |
| 23 | 72710 315 | Contracts with Vehicle Owners | - | - | - | - | - | 23 |
| 24 | 72710 329 | Laundry Service | - | - | - | - | - | 24 |
| 25 | 72710 338 | Maintenance & Repair Service-Vehicles | - | - | - | - | - | 25 |
| 26 | 72710 340 | Medical and Dental Services | - | - | - | - | - | 26 |
| 27 | 72710 351 | Rentals | - | - | - | - | - | 27 |
| 28 | 72710 355 | Travel | - | - | - | - | - | 28 |
| 29 | 72710 399 | Other Contracted Services | - | - | - | - | - | 29 |
| 30 | 72710 412 | Diesel Fuel | - | - | - | - | - | 30 |
| 31 | 72710 418 | Equipment & Machinery Parts | - | - | - | - | - | 31 |
| 32 | 72710 424 | Garage Supplies | - | - | - | - | - | 32 |
| 33 | 72710 425 | Gasoline | - | - | - | - | - | 33 |
| 34 | 72710 433 | Lubricants | - | - | - | - | - | 34 |
| 35 | 72710 450 | Tires & Tubes | - | - | - | - | - | 35 |
| 36 | 72710 453 | Vehicle Parts | - | - | - | - | - | 36 |
| 37 | 72710 499 | Other Supplies & Materials | - | - | - | - | - | 37 |
| 38 | 72710 511 | Vehicle & Equipment Insurance | - | - | - | - | - | 38 |
| 39 | 72710 524 | In-Service/Staff Development | - | - | - | - | - | 39 |
| 40 | 72710 599 | Other Charges | 13,680 | 16,320 | 18,960 | 21,600 | 21,600 | 40 |
| 41 | 72710 701 | Administration Equipment | - | - | - | - | - | 41 |
| 42 | 72710 729 | Transportation Equipment | - | - | - | - | - | 42 |
| 43 | 72710 | TOTAL TRANSPORTATION | 13,680 | 16,320 | 18,960 | 21,600 | 21,600 | 43 |

App.2538



## CHARTER SCHOOL FIVE YEAR PLANNING BUDGET

Knoxville Charter Academy

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | SUPPORT SERVICES - 72000 | | | | | | 1 |
| 2 | | OTHER SUPPORT SERVICES (72800) | | | | | | 2 |
| 3 | | CENTRAL AND OTHER (72810) | | | | | | 3 |
| 4 | | | | | | | | 4 |
| 5 | 72810 105 | Supervisor/Director | - | - | - | - | - | 5 |
| 6 | 72810 120 | Computer Programmer(s) | - | - | - | - | - | 6 |
| 7 | 72810 121 | Data Processing Personnel | - | - | - | - | - | 7 |
| 8 | 72810 162 | Clerical Personnel | - | - | - | - | - | 8 |
| 9 | 72810 189 | Other Salaries & Wages | - | - | - | - | - | 9 |
| 10 | 72810 196 | In-Service Training | - | - | - | - | - | 10 |
| 11 | 72810 201 | Social Security | - | - | - | - | - | 11 |
| 12 | 72810 204 | State Retirement | - | - | - | - | - | 12 |
| 13 | 72810 206 | Life Insurance | - | - | - | - | - | 13 |
| 14 | 72810 207 | Medical Insurance | - | - | - | - | - | 14 |
| 15 | 72810 208 | Dental Insurance | - | - | - | - | - | 15 |
| 16 | 72810 210 | Unemployment Compensation | - | - | - | - | - | 16 |
| 17 | 72810 212 | Employer Medicare | - | - | - | - | - | 17 |
| 18 | 72810 299 | Other Fringe Benefits | - | - | - | - | - | 18 |
| 19 | 72810 308 | Consultants | - | - | - | - | - | 19 |
| 20 | 72810 317 | Data Processing Services | - | - | - | - | - | 20 |
| 21 | 72810 330 | Operating Lease Payments | - | - | - | - | - | 21 |
| 22 | 72810 336 | Maintenance & Repair Service Equipment | - | - | - | - | - | 22 |
| 23 | 72810 355 | Travel | - | - | - | - | - | 23 |
| 24 | 72810 399 | Other Contracted Services | - | - | - | - | - | 24 |
| 25 | 72810 411 | Data Processing Supplies | - | - | - | - | - | 25 |
| 26 | 72810 435 | Office Supplies | - | - | - | - | - | 26 |
| 27 | 72810 499 | Other Supplies & Materials | - | - | - | - | - | 27 |
| 28 | 72810 524 | In Service/Staff Development | - | - | - | - | - | 28 |
| 29 | 72810 599 | Other Charges | - | - | - | - | - | 29 |
| 30 | 72810 701 | Administration Equipment | - | - | - | - | - | 30 |
| 31 | 72810 709 | Data Processing Equipment | - | - | - | - | - | 31 |
| 32 | 72810 790 | Other Equipment | - | - | - | - | - | 32 |
| 33 | | | | | | | | 33 |
| 34 | 72810 | TOTAL CENTRAL AND OTHER | - | - | - | - | - | 34 |
| 35 | | | | | | | | 35 |
| 36 | 72000 | TOTAL SUPPORT SERVICES EXPENDITURES | 881,795 | 981,132 | 1,140,478 | 1,188,033 | 1,200,648 | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

CHARTER SCHOOL FIVE YEAR PLANNING BUDGET

Knoxville Charter Academy



| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | OPERATION OF NON-INSTRUCTIONAL SERV. (73000) | | | | | | 1 |
| 2 | | FOOD SERVICE (73100) | | | | | | 2 |
| 3 | 73100 105 | Supervisor/Director | - | - | - | - | - | 3 |
| 4 | 73100 117 | Career Ladder Program | - | - | - | - | - | 4 |
| 5 | 73100 119 | Accountants/Bookkeepers | - | - | - | - | - | 5 |
| 6 | 73100 162 | Clerical Personnel | - | - | - | - | - | 6 |
| 7 | 73100 165 | Cafeteria Personnel | 20,000 | 20,600 | 21,218 | 43,709 | 45,020 | 7 |
| 8 | 73100 189 | Other Salaries & Wages | - | - | - | - | - | 8 |
| 9 | 73100 196 | In-Service Training | - | - | - | - | - | 9 |
| 10 | 73100 201 | Social Security | 1,240 | 1,277 | 1,316 | 2,710 | 2,791 | 10 |
| 11 | 73100 204 | State Retirement | 1,248 | 1,285 | 1,324 | 2,727 | 2,809 | 11 |
| 12 | 73100 206 | Life Insurance | 250 | 250 | 250 | 500 | 500 | 12 |
| 13 | 73100 207 | Medical Insurance | 3,000 | 3,000 | 3,000 | 6,000 | 6,000 | 13 |
| 14 | 73100 208 | Dental Insurance | 600 | 600 | 600 | 1,200 | 1,200 | 14 |
| 15 | 73100 210 | Unemployment Compensation | 243 | 243 | 243 | 486 | 486 | 15 |
| 16 | 73100 212 | Employer Medicare | 290 | 299 | 308 | 634 | 653 | 16 |
| 17 | 73100 299 | Other Fringe Benefits | - | - | - | - | - | 17 |
| 18 | 73100 307 | Communication | - | - | - | - | - | 18 |
| 19 | 73100 329 | Laundry Service | - | - | - | - | - | 19 |
| 20 | 73100 330 | Operating Lease Payments | - | - | - | - | - | 20 |
| 21 | 73100 336 | Maintenance & Repair Service Equipment | - | - | - | - | - | 21 |
| 22 | 73100 342 | Payments to Schools-Breakfast | - | - | - | - | - | 22 |
| 23 | 73100 343 | Payments to Schools-Lunch | - | - | - | - | - | 23 |
| 24 | 73100 344 | Payments to Schools-Other | - | - | - | - | - | 24 |
| 25 | 73100 345 | Payments to Schools-Other USDA | - | - | - | - | - | 25 |
| 26 | 73100 348 | Postal Charges | - | - | - | - | - | 26 |
| 27 | 73100 354 | Transportation - Other Than Students | - | - | - | - | - | 27 |
| 28 | 73100 355 | Travel | - | - | - | - | - | 28 |
| 29 | 73100 399 | Other Contracted Services | 44,323 | 52,877 | 61,430 | 69,984 | 69,984 | 29 |
| 30 | 73100 421 | Food Preparation Supplies | - | - | - | - | - | 30 |
| 31 | 73100 422 | Food Supplies | 3,750 | 5,625 | 7,500 | 7,500 | 7,500 | 31 |
| 32 | 73100 435 | Office Supplies | - | - | - | - | - | 32 |
| 33 | 73100 451 | Uniforms | - | - | - | - | - | 33 |
| 34 | 73100 452 | Utilities | - | - | - | - | - | 34 |
| 35 | 73100 499 | Other Supplies & Materials | - | - | - | - | - | 35 |
| 36 | 73100 524 | In Service/Staff Development | - | - | - | - | - | 36 |
| 37 | 73100 599 | Other Charges | - | - | - | - | - | 37 |
| 38 | 73100 710 | Food Service Equipment | 5,000 | 2,500 | 2,500 | 2,500 | 2,500 | 38 |
| 39 | | | | | | | | 39 |
| 40 | 73100 | TOTAL FOOD SERVICE | 79,944 | 88,556 | 99,689 | 137,950 | 139,443 | 40 |

App.2540

# CHARTER SCHOOL FIVE YEAR PLANNING BUDGET

## Knoxville Charter Academy

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | OPERATION OF NON-INSTRUCTIONAL SERV (73000) | | | | | | 1 |
| 2 | | COMMUNITY SERVICES (73300) | | | | | | 2 |
| 3 | | | | | | | | 3 |
| 4 | 73300 105 | Supervisor/Director | - | - | - | - | - | 4 |
| 5 | 73300 116 | Teachers | - | - | - | - | - | 5 |
| 6 | 73300 117 | Career Ladder Program | - | - | - | - | - | 6 |
| 7 | 73300 162 | Clerical Personnel | - | - | - | - | - | 7 |
| 8 | 73300 163 | Educational Assistant(s) | - | - | - | - | - | 8 |
| 9 | 73300 169 | Part time Personnel | - | - | - | - | - | 9 |
| 10 | 73300 189 | Other Salaries & Wages | - | - | - | - | - | 10 |
| 11 | 73300 195 | Certified Substitute Teachers | - | - | - | - | - | 11 |
| 12 | 73300 198 | Non-Certified Substitute Teachers | - | - | - | - | - | 12 |
| 13 | 73300 201 | Social Security | - | - | - | - | - | 13 |
| 14 | 73300 204 | State Retirement | - | - | - | - | - | 14 |
| 15 | 73300 206 | Life Insurance | - | - | - | - | - | 15 |
| 16 | 73300 207 | Medical Insurance | - | - | - | - | - | 16 |
| 17 | 73300 208 | Dental Insurance | - | - | - | - | - | 17 |
| 18 | 73300 210 | Unemployment Compensation | - | - | - | - | - | 18 |
| 19 | 73300 212 | Employer Medicare | - | - | - | - | - | 19 |
| 20 | 73300 299 | Other Fringe Benefits | - | - | - | - | - | 20 |
| 21 | 73300 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 21 |
| 22 | 73300 355 | Travel | - | - | - | - | - | 22 |
| 23 | 73300 369 | Contracts for Substitute Teachers - Certified | - | - | - | - | - | 23 |
| 24 | 73300 370 | Contracts for Substitute Teachers - Non-Certified | - | - | - | - | - | 24 |
| 25 | 73300 399 | Other Contracted Services | - | - | - | - | - | 25 |
| 26 | 73300 422 | Food Supplies | - | - | - | - | - | 26 |
| 27 | 73300 429 | Instructional Supplies & Materials | - | - | - | - | - | 27 |
| 28 | 73300 499 | Other Supplies & Materials | - | - | - | - | - | 28 |
| 29 | 73300 509 | Refunds | - | - | - | - | - | 29 |
| 30 | 73300 524 | In Service/Staff Development | - | - | - | - | - | 30 |
| 31 | 73300 599 | Other Charges | - | - | - | - | - | 31 |
| 32 | 73300 790 | Other Equipment | - | - | - | - | - | 32 |
| 33 | | | | | | | | 33 |
| 34 | 73300 | TOTAL COMMUNITY SERVICES | - | - | - | - | - | 34 |
| 35 | | | | | | | | 35 |
| 36 | | | | | | | | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

App.2541



## CHARTER SCHOOL FIVE YEAR PLANNING BUDGET

### Knoxville Charter Academy

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | OPERATION OF NON-INSTRUCTIONAL SERV (73000) | | | | | | 1 |
| 2 | | EARLY CHILDHOOD EDUCATION (73400) | | | | | | 2 |
| 3 | | | | | | | | 3 |
| 4 | 73400 105 | Supervisor/Director | - | - | - | - | - | 4 |
| 5 | 73400 116 | Teachers | - | - | - | - | - | 5 |
| 6 | 73400 117 | Career Ladder Program | - | - | - | - | - | 6 |
| 7 | 73400 162 | Clerical Personnel | - | - | - | - | - | 7 |
| 8 | 73400 163 | Educational Assistant(s) | - | - | - | - | - | 8 |
| 9 | 73400 189 | Other Salaries & Wages | - | - | - | - | - | 9 |
| 10 | 73400 195 | Certified Substitute Teachers | - | - | - | - | - | 10 |
| 11 | 73400 198 | Non-Certified Substitute Teachers | - | - | - | - | - | 11 |
| 12 | 73400 201 | Social Security | - | - | - | - | - | 12 |
| 13 | 73400 204 | State Retirement | - | - | - | - | - | 13 |
| 14 | 73400 206 | Life Insurance | - | - | - | - | - | 14 |
| 15 | 73400 207 | Medical Insurance | - | - | - | - | - | 15 |
| 16 | 73400 208 | Dental Insurance | - | - | - | - | - | 16 |
| 17 | 73400 210 | Unemployment Compensation | - | - | - | - | - | 17 |
| 18 | 73400 212 | Employer Medicare | - | - | - | - | - | 18 |
| 19 | 73400 299 | Other Fringe Benefits | - | - | - | - | - | 19 |
| 20 | 73400 310 | Contracts W/Other Public Agencies | - | - | - | - | - | 20 |
| 21 | 73400 311 | Contracts W/Other School Systems | - | - | - | - | - | 21 |
| 22 | 73400 312 | Contracts W/Private Agencies | - | - | - | - | - | 22 |
| 23 | 73400 336 | Maintenance & Repair Services - Equipment | - | - | - | - | - | 23 |
| 24 | 73400 355 | Travel | - | - | - | - | - | 24 |
| 25 | 73400 369 | Contracts for Substitute Teachers - Certified | - | - | - | - | - | 25 |
| 26 | 73400 370 | Contracts for Substitute Teachers - Non-Certified | - | - | - | - | - | 26 |
| 27 | 73400 399 | Other Contracted Services | - | - | - | - | - | 27 |
| 28 | 73400 422 | Food Supplies | - | - | - | - | - | 28 |
| 29 | 73400 429 | Instructional Supplies & Materials | - | - | - | - | - | 29 |
| 30 | 73400 499 | Other Supplies & Materials | - | - | - | - | - | 30 |
| 31 | 73400 509 | Refunds | - | - | - | - | - | 31 |
| 32 | 73400 524 | In Service/Staff Development | - | - | - | - | - | 32 |
| 33 | 73400 599 | Other Charges | - | - | - | - | - | 33 |
| 34 | 73400 790 | Other Equipment | - | - | - | - | - | 34 |
| 35 | | | | | | | | 35 |
| 36 | 73400 | TOTAL EARLY CHILDHOOD EDUCATION | - | - | - | - | - | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

CHARTER SCHOOL FIVE YEAR PLANNING BUDGET

Knoxville Charter Academy

| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | CAPITAL OUTLAY (76000) | | | | | | 1 |
| 2 | | REGULAR CAPITAL OUTLAY (76100) | | | | | | 2 |
| 3 | | | | | | | | 3 |
| 4 | 76100 189 | Other Salaries and Wages | - | - | - | - | - | 4 |
| 5 | 76100 201 | Social Security | - | - | - | - | - | 5 |
| 6 | 76100 204 | State Retirement | - | - | - | - | - | 6 |
| 7 | 76100 206 | Life Insurance | - | - | - | - | - | 7 |
| 8 | 76100 207 | Medical Insurance | - | - | - | - | - | 8 |
| 9 | 76100 208 | Dental Insurance | - | - | - | - | - | 9 |
| 10 | 76100 210 | Unemployment Compensation | - | - | - | - | - | 10 |
| 11 | 76100 212 | Employer Medicare | - | - | - | - | - | 11 |
| 12 | 76100 299 | Other Fringe Benefits | - | - | - | - | - | 12 |
| 13 | 76100 304 | Architects | - | - | - | - | - | 13 |
| 14 | 76100 308 | Consultants | - | - | - | - | - | 14 |
| 15 | 76100 321 | Engineering Services | - | - | - | - | - | 15 |
| 16 | 76100 331 | Legal Services | - | - | - | - | - | 16 |
| 17 | 76100 399 | Other Contracted Services | - | - | - | - | - | 17 |
| 18 | 76100 706 | Building Construction | - | - | - | - | - | 18 |
| 19 | 76100 707 | Building Improvements | - | - | - | - | - | 19 |
| 20 | 76100 715 | Land | - | - | - | - | - | 20 |
| 21 | 76100 724 | Site Development | - | - | - | - | - | 21 |
| 22 | 76100 799 | Other Capital Outlay | - | - | - | - | - | 22 |
| 23 | | | | | | | | 23 |
| 24 | 76100 | TOTAL REGULAR CAPITAL OUTLAY | - | - | - | - | - | 24 |
| 25 | | | | | | | | 25 |
| 26 | | DEBT SERVICE (80000) | | | | | | 26 |
| 27 | | EDUCATION DEBT SERVICE (80000) | | | | | | 27 |
| 28 | | PRINCIPAL (82130) | | | | | | 28 |
| 29 | 82130 601 | Principal on Bonds | - | - | - | - | - | 29 |
| 30 | 82130 602 | Principal on Notes | - | - | - | - | - | 30 |
| 31 | 82130 610 | Principal on Capitalized Leases | - | - | - | - | - | 31 |
| 32 | 82130 612 | Principal on Other Loans Payable | - | - | - | - | - | 32 |
| 33 | 82130 620 | Principal on Debt Service Contribution to Primary Government | - | - | - | - | - | 33 |
| 34 | | INTEREST (82230) | | | | - | - | 34 |
| 35 | 82230 603 | Interest on Bonds | - | - | - | - | - | 35 |
| 36 | 82230 604 | Interest on Notes | - | - | - | - | - | 36 |
| 37 | 82330 611 | Interest on Capitalized Leases | - | - | - | - | - | 37 |
| 38 | 82330 613 | Interest on Other Loans Payable | - | - | - | - | - | 38 |
| 39 | 82130 620 | Interest on Debt Service Contribution to Primary Government | - | - | - | - | - | 39 |
| 40 | | OTHER DEBT SERVICE (82330) | | | | | | 40 |
| 41 | 82330 699 | Other Debt Service | - | - | - | - | - | 41 |
| 42 | | | | | | | | 42 |
| 43 | 80000 | TOTAL EDUCATION DEBT SERVICE | - | - | - | - | - | 43 |

App.2542

**CHARTER SCHOOL FIVE YEAR PLANNING BUDGET**

**Knoxville Charter Academy**



| | ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|---|---|
| 1 | | CAPITAL PROJECTS (90000) | | | | | | 1 |
| 2 | | EDUCATION CAPITAL PROJECTS (91300) | | | | | | 2 |
| 3 | | | | | | | | 3 |
| 4 | 91300 189 | Other Salaries & Wages | - | - | - | - | - | 4 |
| 5 | 91300 201 | Social Security | - | - | - | - | - | 5 |
| 6 | 91300 204 | State Retirement | - | - | - | - | - | 6 |
| 7 | 91300 206 | Life Insurance | - | - | - | - | - | 7 |
| 8 | 91300 207 | Medical Insurance | - | - | - | - | - | 8 |
| 9 | 91300 208 | Dental Insurance | - | - | - | - | - | 9 |
| 10 | 91300 210 | Unemployment Compensation | - | - | - | - | - | 10 |
| 11 | 91300 212 | Employer Medicare | - | - | - | - | - | 11 |
| 12 | 91300 304 | Architects | - | - | - | - | - | 12 |
| 13 | 91300 308 | Consultants | - | - | - | - | - | 13 |
| 14 | 91300 321 | Engineering Services | - | - | - | - | - | 14 |
| 15 | 91300 325 | Fiscal Agent Charges | - | - | - | - | - | 15 |
| 16 | 91300 331 | Legal Services | - | - | - | - | - | 16 |
| 17 | 91300 399 | Other Contracted Services | - | - | - | - | - | 17 |
| 18 | 91300 701 | Administration Equipment | - | - | - | - | - | 18 |
| 19 | 91300 704 | Attendance Equipment | - | - | - | - | - | 19 |
| 20 | 91300 706 | Building Construction | - | - | - | - | - | 20 |
| 21 | 91300 707 | Building Improvements | - | - | - | - | - | 21 |
| 22 | 91300 709 | Data Processing Equipment | - | - | - | - | - | 22 |
| 23 | 91300 710 | Food Service Equipment | - | - | - | - | - | 23 |
| 24 | 91300 711 | Furniture & Fixtures | - | - | - | - | - | 24 |
| 25 | 91300 715 | Land | - | - | - | - | - | 25 |
| 26 | 91300 717 | Maintenance Equipment | - | - | - | - | - | 26 |
| 27 | 91300 720 | Plant Operation Equipment | - | - | - | - | - | 27 |
| 28 | 91300 722 | Regular Instruction Equipment | - | - | - | - | - | 28 |
| 29 | 91300 724 | Site Development | - | - | - | - | - | 29 |
| 30 | 91300 725 | Special Education Equipment | - | - | - | - | - | 30 |
| 31 | 91300 730 | Vocational Instr Equipment | - | - | - | - | - | 31 |
| 32 | 91300 735 | Health Equipment | - | - | - | - | - | 32 |
| 33 | 91300 790 | Other Equipment | - | - | - | - | - | 33 |
| 34 | 91300 799 | Other Capital Outlay | - | - | - | - | - | 34 |
| 35 | | | | | | | | 35 |
| 36 | 91300 | TOTAL EDUCATION CAPITAL PROJECTS | - | - | - | - | - | 36 |
| 37 | | | | | | | | 37 |
| 38 | | | | | | | | 38 |
| 39 | | | | | | | | 39 |
| 40 | | | | | | | | 40 |

## CHARTER SCHOOL FIVE YEAR PLANNING BUDGET

Knoxville Charter Academy

| ACCOUNT NO. | EXPENDITURES (APPROPRIATIONS) | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| | OTHER USES (99000) | | | | | |
| | TRANSFERS (99100) | | | | | |
| 99100 590 | Transfers Out (complete schedule below) | 187,084 | | | | |
| 99000 | TOTAL OTHER USES | 187,084 | - | - | - | - |
| 730000 | **GRAND TOTAL EXPENDITURES (APPROPRIATIONS)** | 1,883,586 | 1,995,786 | 2,357,466 | 2,589,865 | 2,724,971 |

**SCHEDULE OF TRANSFERS**

| FUND # | PURPOSE | FROM FUND | TO FUND | AMOUNT |
|---|---|---|---|---|
| 99100 590 | Undesignated Reserve | | | 187,084 |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |

App.2544

KCBOE07972

# APPENDIX B: Audit Proposal

A. Kay Honey
Certified Public Accountant
honeycpa@charter.net

September 27, 2010

Iris Foundation, Inc.

Knoxville, TN 37920

We appreciate the opportunity to provide this proposal for professional accounting services. By outsourcing many of your routine accounting functions, you and your staff will be able to focus on the things that you do best, such as providing education and care for our community's children.

**PROFESSIONAL BACKGROUND**

A. Kay Honey (Kay) is a Certified Public Accountant with over 20 years experience in public accounting. Prior to starting her own firm, Kay served as Client Service Executive of a local CPA firm and Tax Manager with a large regional accounting and consulting firm.

Kay is a member of the Tennessee Society of Certified Public Accountants and the American Institute of Certified Public Accountants. Kay has served on numerous boards and committees in the community including the Altrusa Club of Oak Ridge, the Oak Ridge Chamber of Commerce, YMCA Endowment Committee and the Knoxville Chapter of the Juvenile Diabetes Foundation, International. Additionally, Kay donates her time as an instructor for continuing education classes offered through Oak Ridge Institute for Continued Learning at Roane State Community College.

Kay graduated with high honors from The University of Tennessee with a B.S. degree in Business Administration and a concentration in accounting.

**FIRM'S MISSION**

The mission of A. Kay Honey, CPA is to enhance the financial position of its clients by providing financially sound and objective advice. The Firm serves the accounting and financial needs of non-profit organizations, businesses and individuals to enable them to realize their financial goals through increased profits from operations, increased return on investments, and minimizing federal and state taxes.

Phone: 865-769-3755 · Fax: 865-769-3731 · P.O. Box 30195 · Knoxville, TN 37930

**FIRMS'S CLIENTS**
The Firm provides services accounting outsourcing, financial statement preparation, income tax planning and tax return preparation to a range of clients including:

Non-profit organizations
Trusts, estates, and their beneficiaries
Privately-owned businesses
Individuals and investors
Professionals and their service organizations

**SERVICE SUMMARY**
To assist you in accomplishing your goals, we propose to provide the following services:

- Initial accounting set-up of QuickBooks Pro software including chart of accounts, accounts receivable, accounts payable, payroll and staff training time.
- Monthly accounting assistance including entering accounts payable and preparing checks for payment, calculation of bi-weekly payroll for direct deposit, calculation and electronic submission of payroll tax deposits, monthly bank reconciliation, and posting any necessary journal entries. Additionally, we understand that you may need assistance with the weekly accounts receivable management including entering payments and providing reports of outstanding receivables.
- Preparation of monthly financial statements.
- Payroll tax compliance including quarterly payroll tax reports, yearend payroll reports and Forms W-2s and 1099s.
- Preparation of Form 990, Return of Organization Exempt From Tax.

**BILLING RATES**
Our professional billing rates per hour are as follows:

| Professional Service Provider | Rate |
|---|---|
| Staff | $45 |
| Supervisor | $90 |
| Owner | $160 |

We will bill based on the time required at standard billing rates plus out-of-pocket expenses.

Thank you for allowing our firm to present this proposal to you. We will be happy to discuss the terms of this proposal in further detail, if necessary. We look forward to the opportunity to work with you.

Sincerely,

A. Kay Honey

A. Kay Honey, CPA

# APPENDIX C: Resumes of Board Members

# SUZAN MERTYUREK

9501 Providence Way Apt. 138 • Knoxville, TN 37931
PHONE (979) 571-3684
EMAIL suzanmert@yahoo.com

## EDUCATION

UNIVERSITY OF NORTH CAROLINA at WILMINGTON
CAMERON SCHOOL of BUSINESS
Master of Business Administration – December 2009

UNIVERSITY OF NORTH CAROLINA at CHAPEL HILL
KENAN-FLAGLER BUSINESS SCHOOL
Bachelor of Science in Business Administration, August 1998

## PROFESSIONAL EXPERIENCE

PHARMACEUTICAL PRODUCT DEVELOPMENT (PPD), INC. Wilmington, NC
August 2008 – present
**Clinical Operational Bidding Consultant**

- Develop multi-million dollar clinical budgets in collaboration with global clinical leads in response to Request for Proposals
- Serve as the clinical bidding expert for the Asian region (along with serving as the back-up bidder for Latin America)
- Analyze client budget grids for accurate allocation of funds

May 2005 – July 2008
Commercial Analyst II (**Associate Commercial Manager - July 2008)**

- Lead the development of multi-million dollar written proposals and budgets in response to Request for Proposals
- Lead global and domestic strategy calls to determine strategic business approach for accurate, persuasive and cost effective proposals
- Thoroughly analyze and calculate budgets to ensure accurate submissions
- Interact with senior management and various departments to produce precise and timely submissions
- Mentor and supervise work of assigned new employees

TEXAS A&M UNIVERSITY – OFFICE OF GRADUATE STUDIES College Station, TX
October 2002 – July 2004
**Marketing Coordinator**

- Led and coordinated marketing/graduate recruiting efforts in the Office of Graduate Studies for graduate programs at the University (included over 200 programs)
- Initiated and developed/wrote a new recruiting brochure for the University's graduate programs
- Initiated and led the development of a new web page for the Office of Graduate Studies
    - Co-hired and co-supervised the Webmaster
- Attended national and local graduate recruiting fairs
- Combined departmental marketing and recruiting efforts resulted in an increase of applications in targeted groups by 30% in second year

*(Continued on following page)*

FREUDENBERG NONWOVENS, NORTH AMERICA Durham, North Carolina
July 1999 – June 2002
**Market Analyst**

- Analyzed market and sales performances for North American territory and reported results to Director of Sales and Marketing, and Vice President for strategic planning
- Developed and implemented North American market analysis model that identified $16 million of previously unidentified market information
- Produced marketing and sales tools for General Managers and sales force, including product brochures and competitive pricing comparison charts
- Appointed as Team Leader for military segment in 2000

VIRGINIA INTERNATIONAL UNIVERSITY – TRUESTAR INC. Fairfax, Virginia
October 1998 - June 1999
**Marketing Associate**

- Developed recruiting ads and performed market research
- Participated in the organization of university's promotional and fund-raising events
- Assisted preparing and editing the university's catalog, proofread company published literature

## LANGUAGES & SKILLS

- Advanced knowledge of Microsoft Office Suite
- Working knowledge of German

## ACTIVITIES AND HONORS

- Completed Comprehensive Clinical Foundation Training Program - 2010
- Completed Clinical Processing Training – PPD, Inc. – 2005
- Director of Membership - The Society of Competitive Intelligence Professionals (S.C.I.P.), Research Triangle Park, North Carolina Chapter, 2001 - 2002
- Awarded First Place in Marketing Competition – North Carolina State Leadership Conference - 1998
- Awarded Third Place in Business Decision Making Competition – North Carolina State Leadership Conference - 1998
- Phi Beta Kappa Honor Society Member

## REFERENCES

Available upon request

# LYDIA MIHELIČ PULSIPHER

Department of Geography
University of Tennessee
Knoxville, TN 37996

**Education**

B.A. in History and Political Science, Macalester College, St. Paul, Minnesota, 1962.
M.A. in Latin American Area Studies, Tulane University, New Orleans, Louisiana, 1967.
Ph.D. in Geography Southern Illinois University, Carbondale, Illinois, 1977.
**Dissertation**: *The Cultural Landscape of Montserrat in the Seventeenth Century: The Environmental Effects of Early British Colonial Development in the Caribbean.*

**Employment**

- Visiting Professor, Department of Geography, Primorska Univerza, Koper/Capodistria, Slovenia, Fall, 2007.
- Professor, Department of Geography, The University of Tennessee, 1993-present (retired to Emeritus status, July, 2007); Associate Professor 1986-93; Assistant Professor 1980-86.
- Visiting Assistant Professor, Department of Geography, Dartmouth College, Hanover, New Hampshire 03755. Spring, 1980.

**Honors and Awards**

- Preston E James Eminent Latin Americanist Career Award, Conference of Latin Americanist Geographers, for work on the cultural and environmental geography of the Eastern Caribbean and Latin America, and public outreach through collaborations with the Smithsonian Institution and the Seeds of Change exhibit, January, 2009, presented in Nicaragua.
- National (US) Mentor of the Year award, National Council on Geographic Education (NCGE), 2005
- Elected to membership in Society of Women Geographers, 2005
- American Express/International Congress of Monuments and Sites (ICOMOS), 1992 recipient of First Place award for Research and Restoration of a Caribbean Historic Site: Galways Plantation, Montserrat, West Indies
- Interdisciplinary research at Galways archaeology site, Montserrat, West Indies (joint research with archaeologist Conrad M. Goodwin) featured in Seeds of Change, Columbus Quincentenary Exhibit, Smithsonian Museum of Natural History, Washington, D. C., 1991-1993.
- Phi Beta Kappa Award for Scholarly Achievement in the Social Sciences. Epsilon, University of Tennessee, 1984.
- Recipient of The University of Tennessee Women of Achievement Award for Outstanding Teaching, 1983.
- Elected to Phi Beta Kappa, Macalester College

**Current Research Interests**

- Long term cultural and historical geography/historical archaeology of the Eastern Caribbean. Human adaptation to Neo-tropics in the post-Columbian period; especially the analysis of field, archival, ethnographic, and archaeological evidence to study the human and political ecology and cultural landscapes of African-Caribbean people during and after the era of European colonialism.
- Co-director, with archaeologist Conrad M. Goodwin, of the interdisciplinary study of Galways, a Caribbean (Montserrat) sugar plantation, 1980-1997. This research was funded by Earthwatch (12 grants), Boston University, The Wenner Gren Foundation, The Skaags Foundation, National

App.2552



Endowment for the Humanities (NEH), the Smithsonian Institution, and numerous other donors. It was featured in The Smithsonian Museum of Natural History exhibition, Seeds of Change (October, 1991 to May, 1993) commemorating the global changes that ensued after Columbus' voyages of exploration. The Galways research site was destroyed by volcanism, December 26, 1997. Data analysis and writing of results continues. See publications list, below.

- The Little Bay Estate project, co-developed with Mary Beaudry and Conrad Goodwin, field research sessions in Dec/Jan, 2005/6; March, 2006; Dec/Jan., 2006/7; March 2007; application to NEH submitted November 2007 (pending).
- Caribbean and Central Europe modern self-sufficiency issues: the impact of tourism and other development strategies on modernizing societies: the allocation of space (and other resources) to local usage and to visitor or outside investor usage, the impact of development strategies on local food production and consumption, housing, economic integration, self-sufficiency ideologies, migration and remittances, personal multi-livelihood strategies, gender issues.
- Cultural biogeography (past and present): the global diffusion of food plants; food self-sufficiency issues; horticulture techniques of small plot cultivators; micro-geography and socio-geography of domestic space (esp. house yards, gardens, and gender issues).
- Historic maps and documents as sources of ethnographic, demographic, and resource management information and as reflections of values and perceptions.
- Feminist/post-modern, post-colonial theory in Geography; issues of national identity in the context of globalization.
- Writing geography for the public.

**Graduate Students who have specialized in Caribbean and Pacific island areas**

Victoria Berry, *The Origin of Medicinal Plants and Knowledge of Their Use, Montserrat, West Indies*. Graduated, December, 1999.

Michael Cornebise, *Constructing Enclave Tourism in Cuba: The Case of Varadero.* December, 2003.

Ella Christina Newton, *'Me Island Have Mighty Fine Jungle:' Contentions over the Cloud Forest of Montserrat*. Graduated, May 1999.

Carolyn Koroa, *Ó Bulavinaka: Space and Well-being in Rural Fiji.* Graduated, Spring, 1998.

Leah Manos, *Solid Waste Management in Montserrat, West Indies.* Graduated, December 1996.

Chris Schultz, *The Carriacou Hypothesis: Bottomless Stacked Pots, A Study in Pre-historic Amerindian Freshwater Procurement.* Graduated, May, 1996.

Thomasson, David, *The Social Ecology of Kitchen Gardens, Montserrat, West Indies*. Graduated, August, 1992.

**Publications and Reports (selected for Caribbean and related emphasis)**

*World Regional Geography: Global Patterns, Local lives*. New York: WH Freeman Publishers, 1st ed. 1999, 2nd ed., 2002, 3rd ed. January 2005; 4th ed. October, 2007. A college geography text, co-authored with geographer Alex Pulsipher (son) and anthropologist/archaeologist Conrad McCall Goodwin (husband). The textbook has been adopted in about 200 colleges and universities in the United States and is or has been used in Slovenia, Spain, Bangladesh, and Chile.

Lydia M. Pulsipher, “What can you make from a volcano?: An assessment of the use of volcanic materials on Montserrat in history and prehistory.” Chapter in Dan Hicks and Mary Beaudry (eds.) *Oxford Handbook of Material Culture Studies: Volcanoes, Rocks and other ‘Natural’ things (Ms No. 35),* forthcoming in 2009.

____________, “The Caribbean and Central Europe: Closer than you would think,” Caribbean Studies Newsletter, Volume 35, No. 1, Spring 2008, p. 19ff.

Palmira Brummett and Lydia Pulsipher, “Going Beyond Nation and the East-West Divide. Interactions: Regional Studies, Global Processes, and Historical Analysis. 28- March 3 Feb. 2001. Library of Congress, Washington D.C., 14 May 2007 <http://www.historycooperative.org/proceedings/interactions/brummett.html>.

Lindsey Holderfield and Lydia Pulsipher, “Decolonizing Caribbean Cruise Tourism” in *Cruise Tourism: Issues, Impacts, Cases,* edited by Ross Dowling. Oxfordshire, UK, CABI Publishing, 2006, pp 299-314.

Lydia M. Pulsipher “A Proposal for Knowledge-Based Tourism in Post-Volcano Montserrat, West Indies,” featured paper, June, 2003, Participatory Planning in the Caribbean, Center for the Study of Democracy, University of Westminster, East London, UK. http://www.planningcaribbean.org.uk/ (see *Five Selected Papers*)

________ “Fieldwork in the now lost landscapes of Montserrat,” in *Doing Fieldwork*, a special issue of The Geographical Review, American Geographical Society, January- April, 2001, Vol. 91, Nos. 1&2, pp 132-142.

________ with Conrad Goodwin “‘Getting the Essence of It’ Galways Plantation, Montserrat, West Indies,” in *Island Lives: Historical Archaeologies of the Caribbean,* edited by Paul Farnsworth, University of Alabama Press, August, 2001.

________ with Conrad Goodwin “Here where the old-time people be,” in Jay B. Haviser, ed. *African Sites Archaeology in the Caribbean.* Markus Wiener Publishers, Princeton, and Ian Randle Publishers, Kingston, 1999.

________ "For Whom Shall We Write, Which Voice Shall We Use, Which Story Shall We Tell?" in J.P. Jones, Heidi Nast, and Susan Roberts, editors, *Thresholds in Feminist Geography*, Rowman and Littlefield, 1997.

**RASHAD MAHMUDOV**

7721 Edwards Place Blvd
Corryton, TN 37721
(865) 228-3771
rmahmudo@utk.edu/rmahmudov@tusculum.edu

## EDUCATION

**Ph.D., Economics** (Expected), The University of Tennessee, USA, August 2011

Dissertation: "Effects of Monetary and Fiscal Policies in a Small Open Developing Economy with a Cash In Advance Constraint"

Fields: Macroeconomics, Monetary Economics, International Economics, Public Finance, Econometrics, Microeconomics

**M.S., Economics**, The University of Tennessee, USA, August 2005 (Completed all requirements of MS in August 2005, degree awarded in May 2009)

**B.A., Business Administration**, Bogazici University, Istanbul, Turkey, June 2003

## EXPERIENCE

**Assistant Professor of Economics,** Tusculum College, 2008- Present

**Economics Faculty**, University of Phoenix, 2009-Present

**Economics Faculty**, Devry University, 2009-Present

**Teaching Associate**, The University of Tennessee, USA, 2005 – 2009

**Teaching Assistant**, The University of Tennessee, USA, 2004 – 2005

**Leading Instructor**, FEM, Istanbul, Turkey, 2000-2003

**Instructor**, ANAFEM, Istanbul, 1998-2000

## RESEARCH INTERESTS

Monetary Theory, Macroeconomics, Time Series, Growth Theory, Taxation, Applied Econometrics

## TEACHING INTERESTS

Principles of Economics, Monetary Economics, Macroeconomics, International Trade & Finance, Managerial Economics, Public Finance, Microeconomics, Econometrics, Economic Development

## COURSES TAUGHT

Managerial Economics (Tusculum College), 2008-Present
Global Business (Tusculum College), 2008-Present
Principles of Finance (Tusculum College), 2009-Present
Intermediate Macroeconomics (The University of Tennessee), 2007-2009
Intermediate Microeconomics (The University of Tennessee), 2006-2007
Introduction to Economics (The University of Tennessee), 2005-2006

## FELLOWSHIPS AND AWARDS

J. Fred and Wilma A. Holly Fellowship, 2007-2008

## PROFESSIONAL AFFILIATIONS

American Economic Association
Eastern Economic Association
Southern Economic Association

* * *

*"...I must tell you that I have visited many, many classrooms during my 9 years at the Legislature... Your students...were the most prepared and had the best questions of any class I have ever spoken to."*

**Linda Lopez**
*Arizona Senator*
*Phoenix, AZ*

* * *

*"...Top teacher at Arizona's Top school... Her enthusiasm in teaching and genuine caring for her students can only be surpassed by her instructional talents and resourcefulness..."*

**Mr. F. Karatas**
**Principal**
*Sonoran Science Academy – Tucson*

* * *

# Leyla Achilova

3100 Lake Brook Blvd.Apt #223
Knoxville, TN 37909

## CERTIFIED SCHOOL TEACHER (K-8)

I offer my extensive expertise in rigorous teaching, strong & innovative academic background and team-work spirit in promoting excellence in public education.

## Recent Achievements

- ✓ Elected to Arizona Department of Education's Statewide Testing Committee (2010)
- ✓ Pima County State Superintendent's Special Award – Educator of the Month (12/2009)
- ✓ Teacher of the Year – 2009 (SSA-Tucson)
- ✓ Teacher of the Year – 2008 (2nd runner up) (SSA-Tucson)
- ✓ Nominated to Whitehouse National Teacher of the Year by SSA schools

## Core Expertise

- ✓ ELL coordination & supervision
- ✓ Classroom Management
- ✓ Curriculum Development
- ✓ Innovative teaching of Math & Science
- ✓ Standardized Test Preparation
- ✓ Learner Assessment
- ✓ Experiential Learning
- ✓ Special Needs Students/IEPs

## Experience

**SONORAN SCIENCE ACADEMY – TUCSON** *2004-2010*

5th Grade Teacher/Dean of Academics

Chair, Department of Mathematics and Sciences (K-5)

***Started as a full-time teacher in 2004. Currently, teaching 5th grade class; chairing the department of mathematics and sciences; leading school's academic team on school-wide assessments; responsible from overall elementary school academics by serving as assisting to the Principal on academic issues***

### *Key Contributions:*

- ✓ *100% proficiency results in State standardized tests for past 3 consecutive years (3rd highest proficiency in Arizona)*
- ✓ *Coordinating 21st Century Skills Infusion plan to the curriculum at elementary grade levels*
- ✓ *Facilitated to build school's science project program (8 our 10 science projects received awards at Southern Arizona Science and Engineering Fair – 2010*
- ✓ *K-5 ELL Coordination: responsibilities included indentifying, assessing, planning and writing individualized learning plans (ILLP) for English as a Second Language Learners.*
- ✓ *Selected as a model mathematics teacher and a program advisor by SAXON Math corporation*

## Education

M.A., Elementary Education, 2007 — Northern Arizona University — *Flagstaff, AZ*
B. S., Mass Communications, 2003 — Drexel University – *Philadelphia, PA*

## Certificates

Elementary Teacher Certificate (Arizona) – Kindergarten through 8th Grade (K-8)

# EGE SARISALTIK

3100 Lake Brook Blvd. Apt 134. Knoxville, TN 37909
PHONE (865) 771-5729
EMAIL Damlakaan@live.com

**EDUCATION:**

TENNESSEE TECHNOLOGY CENTER - Knoxville, TN
AAS in Medical Office Administration – May 2008

UNIVERSITY OF GAZI - Turkey
BA in Elementary Education – June 1991

**PROFESSIONAL EXPERIENCE:**

SHULTS PEDIATRICS
May 2008 – present
**Patient Relation**

- Checking in and checking out patients
- Scheduling patient appointments
- Billing and coding
- Follow up claims with insurance

HEARTZ and COMPANY
November 1996 – September 2006
**Sewing Machine Operator**

ADIYAMAN
October 1991 – June 1994
**Kindergarten Teacher**

**LANGUAGES AND SKILLS:**

- Eight years manufacturing experience
- Four years teaching experience
- Knowledgeable with HIPAA laws
- Computer literate in: Excel, Windows, Medisoft, Word, Office Hours

**ACTIVITIES AND HONORS:**

- Risk Management Seminar – 2010
- Risk Management Seminar – 2009
- OSHA – 2010
- National Billing and Coding Certification - 2008

# APPENDIX D: Student and Parent Handbook

# Student and Parent Handbook

of

Knoxville Charter Academy

2011 - 2012

**Student's Name ______________________ Grade ____ 1st Period Teacher __________**

**I/we, the parent(s)/guardian(s) of the above-named student, in consideration of the enrollment of my/our child in the Knoxville Charter Academy (KCA) do hereby agree to the following:**

- I will help the school to make learning a primary occupation for my child.
- I will send my child to school on time, healthy, clean and prepared to learn.
- I will ensure that my child is dressed according to the dress code of the academy.
- I will supervise my child's homework to ensure that all assignments are completed on schedule.
- I will keep the academy informed of a phone number and address where I can be reached during daytime hours.
- I will encourage my child to participate in the school-organized volunteer community activities since these kinds of activities are an important part of the learning experience.
- I will meet with my child's teacher and/or the administration as requested.
- I will take responsibility for the behavior of my child in the school.
- I understand that KCA is governed by a Board of Directors.
- I understand that the Governing Board has the authority to suspend, expel or withdraw the student from the academy if the student's behavior violates the Code of Conduct and/or the parent(s)/guardian(s) fails to take responsibility for the conduct of the student and/or fails to cooperate with the academy to help in correcting the student's behavior.
- I understand that it is my responsibility to stay informed of official announcements made through the KCA weekly newsletter and/or website.
- I understand that it is my responsibility to review, sign, and return my child's report cards issued by the school.
- I understand that this contract is an agreement with all other parents in the school to support the faculty, staff, and the volunteers as they work to help my child be a productive member of the community.

**PARENT(S)/GUARDIAN(S)**

I/We, the parent(s)/guardian(s) of the above-named student, have reviewed the KCA Student & Parent Handbook with my/our child. I/We have read and understand the Code of Conduct, Discipline Plan, and the Family Contract and agree to uphold its tenets. I/We agree to support KCA by volunteering at the school to the degree possible, communicating regularly with my/our child's teacher(s), and promoting positive educational practices at home with my/our child by providing ongoing supervision and guidance with homework and school related projects. I/We have received the KCA Contact Information Sheet that was supplied with my/our child's student agenda.

**Parent/Guardian Signature** ________________________________ **Date** _________

**Parent/Guardian Signature** ________________________________ **Date** _________

**STUDENT**

I have thoroughly reviewed and agree to abide by each of the policies, procedures and expectations outlined in the KCA Student & Parent Handbook. I have read and understand the Code of Conduct, Discipline Plan, and the Family Contract and agree to uphold its tenets. I understand that failure to do so may result in my expulsion.

**Student's Signature** ____________________________________ **Date** _________

( ***Directions:*** *Students are expected to read and discuss the KCA Student & Parent Handbook including the Code of Conduct, the Discipline Plan, and this document with their parents/guardians and indicate both understanding and acceptance of these by signing, dating, and* ***returning this completed contract to the student's 1st period teacher***)

Dear Parents and Students,

Welcome to the 2011-2012 school year at Knoxville Charter Academy! This new school year means a new beginning and new futures. The governing board is excited about this coming school year, and the staff at KCA is caring, competent, dedicated and willing to assist you. We are working very hard to provide the best possible learning climate for students.

We believe that education is a shared responsibility and that the successful operation of a school depends on the cooperation of everyone concerned: students, parents, and staff. The mission of the KCA is to create a partnership among the members of this triad. Each of us is responsible for doing our part to make our school a place where we can work and have fun together in harmony. KCA is a reflection of all of us. All of our policies are intended to provide a safe and orderly environment that will be conducive to learning. Our faculty and staff look forward to sharing their expertise in academics, special programs, and extracurricular activities. We encourage you to get to know your school, its programs, activities, and schedule. Become an active participant in our school. Get involved through classes, clubs, and activities. This handbook is an overview of our school's mission, guidelines, and services. It is an essential reference book describing what we expect and how we do things. Read it carefully, discuss it with your family, and let it act as a guide for your effective involvement in all parts of the school. It has been written to provide students and parents with the information that will make this year purposeful and rewarding in every aspect. When you are finished reviewing this handbook, please sign, date and return the Family Contract indicating your understanding and acceptance of its contents. Keep this handbook because you will use this information throughout the school year.

On behalf of the entire Knoxville Charter Academy staff and community, best wishes for a great 2011-2012 school year!

Sincerely,

Knoxville Charter Academy
Governing Board

# Academic Calendar

## 2011 – Fall Semester

| | |
|---|---|
| **AUGUST** | |
| August 8 (Monday) | First Day for Teachers – Inservice Day (In-School) |
| August 9 (Tuesday) | Administrative Day (Teacher Work Day) |
| August 10 (Wednesday) | System-wide Staff Development Day |
| August 11 (Thursday) | Inservice Day (In-School) |
| August 12 (Friday) | Administrative Day (Teacher Work Day) |
| August 15 (Monday) | First Day for Students (1/2 day for students) School Times |
| **SEPTEMBER** | |
| September 5 (Monday) | LABOR DAY – Holiday |
| September 19 (Monday) | Constitution Day (Students In School) |
| September 23 (Friday) | Staff Development Day – K-5 In-School/6-12 System-wide (Student Holiday) |
| **OCTOBER** | |
| October 12 (Wednesday) | End First 9-week Grading Period |
| October 13-14 (Thursday & Friday) | FALL BREAK |
| **NOVEMBER** | |
| November 8 (Tuesday) | Election Day (Students In School) |
| November 18 (Friday) | Civic Education Day (Students In School) |
| November 23-25 (Wednesday-Friday) | Thanksgiving Holidays |

| | |
|---|---|
| **DECEMBER** | |
| December 6-8 (Tuesday-Thursday) | AYP/EOC Tests |
| December 9 (Friday) | AYP/EOC Tests Make-up Day |
| December 22 (Thursday) | End Second 9-week Grading Period (1/2 day for students) |
| December 23 – January 5 (10 days) | WINTER HOLIDAYS |

**2012 – Spring Semester**

| | |
|---|---|
| **JANUARY** | |
| January 6 (Friday) | Administrative Day – First Day for Teachers (Teacher Work Day) (Student Holiday) |
| January 9 (Monday) | First Day for Students |
| January 16 (Monday) | Martin Luther King, Jr. Day – Holiday |

| | |
|---|---|
| **FEBRUARY** | |
| February 20 (Monday) | System-wide Staff Development Day (Student Holiday); President's Day |

| | |
|---|---|
| **MARCH** | |
| March 13 (Tuesday) | End First 9-week Grading Period (Third 9-week Grading Period) |
| March 16 (Friday) | Inservice Day (In-School) – Student Holiday |
| March 19-23 (Monday-Friday) | SPRING BREAK |

**APRIL**

| | |
|---|---|
| April 6 (Friday) | Good Friday – Holiday |
| April 9 (Monday) | Holiday |
| April 16-20 (Monday-Friday) | TCAP Testing Window |

---

**MAY**

| | |
|---|---|
| May 23 (Wednesday) | Last Day for Students (1/2 day for students)<br>End Second 9-week Grading Period (Fourth 9-week Grading Period) |
| May 24 (Thursday) | Inservice Day (In-School) |
| May 25 (Friday) | Administrative Day (Teacher Work Day) – Last Day for Teachers |

## CONDUCT INFORMATION

It is our belief that good discipline is one of the cornerstones of a good education, and that to ensure good discipline a close, cooperative relationship must exist between the home and the school. It is our goal to provide close communication with parents at the onset of discipline problems, so that together we can find alternatives for students and they can experience success in relationships at home and school.

Although there is not a required order to assignment of consequences, KCA uses a progressive discipline cycle or program should a student repeatedly be referred to the office. For this discipline program to be successful, students must make choices for themselves and be responsible for their own behavior as well as for their academic performance. Students who make poor choices cannot, and should not, place blame on the environment, parents, the school, and/or peers. While the school will help students develop good decision-making skills and incorporate preventive discipline procedures into the daily routines of the students, ultimately, the future is determined by each student's own actions. The procedures in the discipline program will be followed in a fair and consistent manner.

## RESPONSIBILITY FOR INDIVIDUAL ACTIONS OR CHOICES

It is expected that every individual will accept responsibility for his/her own actions, whether intentional or unintentional. Often harm caused to other persons or their possessions is unintentional, or the result of careless behavior. This, however, does not excuse or diminish the personal responsibility of the student (and/or his/her parent/guardian) to make appropriate restitution. When known and verified by an administrator, any harm caused to another will be reported to parents. Neither KCA, nor its employees, nor the Governing Board, assumes any liability for the intentional or unintentional harm caused by any student to another individual or his/her possessions.

KCA has as its goal to help every student fulfill his/her intellectual, social, physical and emotional potential. Everything in and about the school has been designed to create an orderly and distraction-free environment in which all students can learn effectively and pleasantly. To foster this kind of learning environment, the KCA administrators and teachers shall not allow inappropriate, distractive, or disorderly behaviors to occur during school, on school property, or at any school-sponsored activities. Students who continuously disregard the code of conduct may

be recommended to the Governing Board for expulsion.

Our ultimate goal is to develop in students a sense of responsibility and self-discipline. Firm but fair is the basis for this system wide discipline program. Guidelines are provided in order to foster mutual respect and cooperation within the school setting. KCA takes seriously its responsibility to educate its students in a safe and drug free school where they are free from fear of harm or intimidation. Weapons, drugs and gang activity will not be tolerated. Students, who violate KCA rules, or State laws related to these offenses, will be suspended or expelled from school. Violators will also be reported to police and may be arrested. These rules apply to all students at school or school-sponsored activities, including field trips and on buses, athletic fields, stadiums, parking lots, official school bus stops, and other sites used for school-sponsored activities.

STUDENTS' RIGHTS

- ☐ To feel safe in the school environment;
- ☐ To take full advantage of the learning opportunities;
- ☐ To work in an environment free from disruptions, and chaos:
- ☐ To express their opinions, ideas, thoughts, and concerns:
- ☐ To have a healthy environment that is smoke, alcohol, and drug free;
- ☐ To use school resources and facilities for self-betterment under appropriate supervision;
- ☐ To expect courtesy, fairness, and respect from all members of the community;
- ☐ To be informed of all expectations and responsibilities;
- ☐ To take part in a variety of school activities; and
- ☐ To have the right to due process;

STUDENTS' RESPONSIBILITIES

- ☐ To be caring and honest;
- ☐ To do his or her best to learn and master all he or she can;
- ☐ To respect school rules, regulations, and policies;
- ☐ To be sure that personal expression does not interfere with the rights of others;
- ☐ To follow state law and school policies concerning substance abuse;
- ☐ To respect and protect the personal and property rights of others and of the school;
- ☐ To treat all members of the community with full respect, fairness, and courtesy;
- ☐ To abide by all the expectations of the school and its community;
- ☐ To follow the prescribed guidelines for participation in school activities; and
- ☐ To adhere to due process procedures.

## CLASSIFICATIONS OF VIOLATIONS

Violations of the KCA Student Code of Conduct are grouped into four classes:

- **Minor Class I**
- **Intermediate Class II**
- **Major Class III**
- **Zero Tolerance Class IV**

Each classification is followed by a disciplinary procedure that is to be implemented by the principal/designee.

It is understood that when a violation of the Code occurs, the student's explanation shall be heard by the principal/designee before determining the classification of the violation. The principal or designee will review each case individually before assigning consequences.

Classroom teachers will address general classroom disruptions by taking appropriate in-class disciplinary actions. These include, but are not limited to, personal calls to parents, parent/teacher conferences, referral to a guidance counselor, etc. If such measures do not stop the disruption, a disciplinary referral is appropriate. (Failure to bring notebook, pencil, books, required materials and equipment to class, or failure to work in class, are not cause for disciplinary referrals.)

NOTE I: Repeated violations of the Student Code of Conduct in school and/or on the school bus will be considered willful disobedience and/or open defiance of authority resulting in possible suspension or expulsion from school and/or the school bus for the remainder of the school year or a specific period of time.

NOTE II: There shall be no type of hazing during any school sponsored event, club, organization, or class within the school or off campus. Hazing shall be defined as any action or situation for the purpose of initiation or admission into or affiliation with any organization

operating under the sanction of the school which recklessly or intentionally endangers a student's mental or physical health or safety. Acts of hazing shall be addressed and will result in the appropriate consequence being administered in accordance with the Code.

NOTE III: Federal and state laws grant individuals reasonable expectations of privacy and freedom from unreasonable search and seizure of property. Such guarantees are not unlimited and must be balanced by the school's responsibility to protect the health, safety and welfare of all students. Students may be subject to search of person or property if a reasonable suspicion exists that the student may have violated the Student Code of Conduct or state or federal law. Be advised that, upon reasonable suspicion, student lockers and other storage areas (including, but not limited to, motor vehicles, book bags, pocketbooks, notebooks, pockets, etc.) may be searched.

NOTE IV: Be advised that students will be held responsible for prohibited items in their personal control, such as items located in vehicles, book bags, clothing or items belonging to someone else.

NOTE V: Technology-based infractions may result in a suspension of network and/or Internet access. Alternative instructional materials may be provided.

NOTE VI: Bus riding is a privilege, which may be revoked. Misconduct by any student while riding a school bus represents a serious threat to the safety of all occupants of the bus as well as other motorists, pedestrians, and members of the community. Parents are urged to discuss with their children appropriate school bus conduct in order to ensure bus safety. All students who misbehave while riding the school bus will be disciplined according to the Student Code of Conduct.

A bus suspension is separate from a school suspension and applies only to the loss of bus riding privileges unless subject to other disciplinary actions, such as out-of-school suspension. Students are required to attend school. Bus suspension does not affect or excuse school attendance.

NOTE VII: A student may be required to obtain counseling and/or attend a recognized treatment program and show proof of completion of such counseling or program. Such offenses may include, but are not limited to, substance abuse, stalking, threats, intimidation, harassment, or acts motivated by hate or bias.

~~NOTE VIII: A senior student who commits a Class III or IV violation, described in the Student Code of Conduct, shall forfeit the right to participate in graduation exercises and other senior related activities until the student has successfully completed all assigned consequences and disciplinary actions.~~

NOTE IX: A student who willfully damages school property, a school bus, or bus equipment shall be properly disciplined. The parent(s) or legal guardian of a minor student (or the student, if he/she is an adult) shall reimburse the owner of the bus for restoration or for replacement of any damaged school property in accordance with the true value as determined by the appropriate administrative staff. Students who damage school property, a school bus or bus equipment shall be subject to disciplinary action according to the Student Code of Conduct.

NOTE X: The KCA School Board may expel a student from school based on grounds specified in the Student Code of Conduct. "Expulsion" means the removal of the right and obligation of a student to attend KCA, and for a period of time not to exceed the remainder of the term or one school year of attendance. Expulsions may be imposed with or without continuing educational services and shall be reported accordingly.

## MINOR OFFENSES

## CLASS I

1.1. Disruption in Class - Any conduct which is so disruptive as to interfere with the teacher's ability to communicate with the students in class and/or with the ability of other students to learn.

NOTE: Continuous/repeated disruptive behavior may constitute a Class II Offense (see 2.01).

1.2. Illegal Organization - Any participation in prohibited secret clubs or societies.

1.3. Disorder Outside of Class - A student must not bother other students outside of class or participate in disruptive conduct that interferes with maintaining order in areas subject to school authority or the failure to follow directions to cease such conduct.

NOTE: Continuous/repeated disruptive behavior may constitute a Class II Offense (see 2.01).

1.4. Tardiness - Reporting late to school or class (refer to individual school's tardy procedures).

1.5. Use of Abusive, Profane, or Obscene Language or Gestures - Must not use inappropriate language.

1.6. Nonconformity to the General Code of Appearance

1.7. Inappropriate Public Display of Affection

1.8. Unauthorized Absence from Class or School

1.9. Possession of Electronic Entertainment Devices - Such devices include, but are not limited to, IPODs, CD players, radios, DVD players, Gameboys, computers or other electronic games, handheld televisions, etc. This does not include ~~district~~ **school** approved electronic devices used for educational purposes.

1.10. Inappropriate Conduct or Disruption on School Bus - Any conduct or disruption on the school bus including, but are not limited to, the following: eating, drinking, or littering, failure to sit in assigned seat, improper boarding or departing in an orderly manner, failure to keep aisle and step wells clear, failure to utilize required safety equipment (e.g., seatbelts), failure to present bus permit/student ID if one has been issued and is requested.

**Disciplinary Actions**

**Minor Offenses - Class I**

**First Offense**

Disciplinary actions may include the use of in-school conferences and parental contact when warranted. Specific circumstances may warrant disciplinary action outlined under subsequent offenses.

**Subsequent Offenses**

Disciplinary actions may include the use of parental contact and/or any formal disciplinary action as described in this handbook.

**Disciplinary Actions**

**Minor Bus Code Offenses - Class I**

**First Bus Code Offense**

Commission of a Class I offense on a bus may result in the use of in-school conferences and parental contact when warranted. Specific circumstances may warrant disciplinary action outlined under subsequent offenses.

**Subsequent Bus Code Offenses**

Subsequent bus code violations may result in the suspension of bus privileges for one to three school days and/or the use of any formal disciplinary action as described in this handbook.

## INTERMEDIATE OFFENSES
## CLASS II

2.1. Failure to Follow Directions Relating to Safety and Order in Class, School, School-Sponsored Activities or on the School Bus - Any refusal to comply with lawful and reasonable directions of a school personnel, or to the maintenance of order while a student is under school jurisdiction.

NOTE: Any conduct which significantly disrupts all or portions of campus activities, (greater than one classroom) school sponsored events and school bus transportation may constitute a Class III offense .

2.2. Possession and/or Use of Tobacco Products, Matches, or Lighters

NOTE: It is illegal to possess or use tobacco products if under the age of 18. Tobacco products shall include, but not be limited to, cigarettes, cigars, pipe tobacco and all smokeless tobacco products, snuff and chewing tobacco.

2.3. Simple Battery Upon Students - Any actual and intentional pushing or striking of another student against the will of the other student.

2.4. Dispute - Lower level confrontations such as, mutual pushing and shoving or altercations which stop upon verbal command and are resolved without injury or need for physical restraint. (Out-of-school suspension shall not be a disciplinary action for a first offense of a dispute.)

2.5. Fighting (Mutual combat, mutual altercation) - When two or more persons mutually participate in physical violence that requires physical restraint and/or results in injury.

NOTE: Self defense is described as an action to block an attack by another person or to shield yourself from being hit by another person. Retaliating by hitting a person back is not self-defense and will be considered as fighting.

2.6. Vandalism - Any intentional and deliberate action resulting in injuries or damages by any means of less than $500 to public property, school property, or the real estate or personal property belonging to another including, but not limited to, the placement of graffiti thereon or other acts of vandalism.

NOTE: Damage to property valued at $500 or more constitutes a Class III Offense.

A student who willfully damages school property, a school bus, or bus equipment shall be properly disciplined. The parent(s) or legal guardian of a minor student (or the student, if he/she

is an adult) shall reimburse the owner of the bus for restoration or for replacement of any damaged property in accordance with the true value as determined by the appropriate administrative staff. Students who damage school property, a school bus or bus equipment shall be subject to disciplinary action according to the Student Code of Conduct.

2.7. Stealing or Use of Counterfeit Bills - Any intentional unlawful taking and/or carrying away of property valued at less than $500 belonging to, or in the lawful possession or custody of another, including, but not limited to, money, jewelry and personal items located in lockers, cars, book bags, clothing, or anywhere else on school property or the use of counterfeit money for procuring school items (i.e., lunch, fundraisers, uniforms, etc.)

NOTE: The taking of property valued at $500 or more constitutes a Class III.

2.8. Possession of Stolen Property (with the knowledge that it is stolen)

2.9. Threats of Extortion - Any verbal, written, or printed communication maliciously threatening any injury to the person, property, or reputation of another, with the intent to extort money or any pecuniary advantage whatsoever; or with intent to compel the person so threatened, or any other person, to do any act or refrain from doing any act against his/her will.

NOTE: Completion of the threat, either by the victim complying with the demands, or the carrying out of threats against the victim, constitutes a Class III Offense.

2.10. Trespassing - Willfully entering or remaining in any structure, conveyance, or school property without being authorized, licensed, or invited; or having been authorized, licensed, or invited, is warned by an authorized person to depart and refuses to do so. A student who has been suspended or expelled from school or school bus and returns to any school property without being authorized to do so is considered to be trespassing and is subject to arrest.

2.11. Possession of Fireworks, Firecrackers, Smoke Bombs, or Other Similar Items

2.12. Sexual Harassment - Any unwelcome sexual advances, requests for sexual favors, and/or other inappropriate verbal, written, electronic, or physical contact of a sexual nature when submitting to or rejecting the conduct affects or unreasonably interferes with the learning environment or creates an intimidating, hostile, or offensive educational environment. It includes, but is not limited to, sexually-oriented jokes, verbal/physical advances, touching, pinching, patting, sexually-oriented kidding, teasing, using language that has a double meaning and is sexually suggestive.

NOTE: Violation of 2.12 may be grounds for in school suspension, out-of-school suspension,

expulsion, or the imposition of other disciplinary action by the school, and may also result in criminal charges by State or local units of government. In addition, severe and/or repeated inappropriate or unwelcome conduct or speech that is sexual in nature may constitute a Class III offense.

2.13. Directing obscene, profane, or offensive language or gestures to a KCA employee -
Any behavior offensive to common propriety or decency directed to a KCA employee including, but not limited to, any verbal, written, electronic, or physical conduct such as threats, bullying, slurs, innuendos, or harassment, which has the purpose or the effect of creating an intimidating, hostile, or offensive educational environment.

2.14. Leaving school grounds or the site of any school activity without permission.

2.15. Simple assault on KCA employee - Any intentional threat by word or act to do violence to a KCA employee or agent, coupled with the apparent ability to do so, and the doing of some act, which creates fear in that person.

2.16. Multiple Class II Offenses - The commission of five (3) or more Class II offenses by secondary students or three (3) or more Class II offenses by an elementary student.

2.17. False Information - Students must always tell the truth. Intentionally providing false information to a School District employee or agent including giving false student information data and concealment of information directly relating to school business. This includes, but is not limited to, failure to provide correct name, correct phone number or other pertinent data, forgery of school notes, readmit slips, tardy slips, excuse blanks, report cards, hall passes, field trip forms, scholarship warnings, notes to or from parents/guardians, or any other related materials.
NOTE: A student is responsible for ensuring that parents receive any materials sent home by the school and for ensuring that school personnel receive any materials sent to school by the parent.

2.18. Possession of Firearm Facsimiles - Possession, sale, or discharge of any facsimile or toy-type replica of a firearm or other item resembling a firearm that is not included under Class III or IV offenses.

2.19. Refusal to Attend or Participate in Other Previously Assigned Discipline

2.20. Unauthorized Use of Instructional Technology

• Any attempt to access websites blocked by district policy, including the use of proxy services, software, or web sites.

• Students will not use computers without permission

• Any attempt, whether successful or not, to bypass computer or network security and control systems to gain access to e-mail, chat, bulletin boards, messaging, file sharing, or unauthorized web sites.

• Any attempt, whether successful or not, to access non-instructional district systems, such as student information systems or business systems.

• Any downloading or installation of unauthorized software or media including personal, copyrighted, shareware, or freeware.

• Any use of technology for personal gain, profit, or any illegal conduct, such as fraud, copyright infringement, pornography, hacking, cheating, or distributing viruses that result in minor disruptions.

• Students must not share personal information, logins, username or passwords with anyone.

• Students are responsible for any activity that occurs under their account.

• Any attempt, whether successful or not, to bypass a firewall, intrusion detection/prevention system or any security system designed to secure the network.

• Any attempt, whether successful or not, to use sniffing (unauthorized monitoring of network traffic/usage) or remote access technology to monitor the network or other users activity.

• Any use of any wired or wireless network (including third party internet service providers) with equipment brought from home. Example: The use of a home computer on the KCA network or accessing the internet from any device not owned by the school.

• Use of district equipment, network, or credentials to threaten employees, or cause a disruption to the educational program.

• Possessing published or electronic material that is designed to promote or encourage illegal behavior or that could threaten school safety, using the internet or websites at school to encourage illegal behavior, or threatening school safety.

• Use of school equipment, network ,network, or credentials to send or post electronic messages that are abusive, obscene, sexually oriented, threatening, harassing, damaging to another's reputation, or illegal.

NOTE: Violations, which constitute any major disruption of an educational or business process, may result in a Class III or IV Offense.

2.21. Gambling - Any participation in games of chance for money and/or other things of value

2.22. Use of Wireless Communication Devices - Wireless communication devices may be

brought to school, but must be out of sight and kept in an "off" mode while on the school property during regular school hours. Use of a wireless communication device may include the imposition of criminal penalties if the device is used in a criminal act. (Any student who chooses to bring a wireless communication device to school shall do so at his or her own risk.)

NOTE: Violation of the conditions in this paragraph will result in confiscation of the device by school officials, and may result in other disciplinary actions set forth in the Student Code of Conduct under Class II Offenses. The confiscated device will be returned to the student's parent/guardian only.

2.23. Failure to Adhere to Safety Considerations on School Bus - Failure to adhere to expected school bus safety considerations include but are not limited to, failure to remain seated, spitting out of the bus window, boarding or attempting to board a school bus other than the one to which the student is assigned, boarding or departing a school bus at a location other than assigned pick-up or drop-off bus stop without prior school administration permission, yelling out of the bus, making any gesture to others outside of the bus that may be considered offensive to decency or common propriety.

A student who boards or attempts to board a school bus other than the one to which the student is assigned or who boards or departs a school bus at a location other than assigned pick-up or drop-off bus stop without prior school administration permission is considered to be a 2.23 Code of Student Conduct offense and subject to formal disciplinary action.

2.24. Cheating And/Or Copying The Work of Others - Intentionally copying or using another's work to receive credit or improve grades. Examples would include, but are not limited to: plagiarizing, giving or receiving answers during testing.

2.25. Possession, and/or Use, Distribution of a Facsimile of a Drug, Alcohol, Tobacco Product or Any Substance with a Potential for Abuse.

2.26. Bullying/Harassment - Unwanted and repeated written, verbal, or physical behavior, including any threatening, insulting, or dehumanizing acts. Any act of violence, threat of violence, or harassment based on actual or perceived race, color, national origin, gender, disability, sexual orientation, religion, or other distinguishing characteristics of a student that is directed at one or more students; substantially interferes with educational opportunities or educational programs of the targeted student(s); or, adversely affects the ability of a student(s) to participate in or benefit from the schools' educational programs or activities by placing that

student(s) in reasonable fear of physical or emotional harm, or because the conduct as perceived by the student(s) is severe, pervasive or objectively offensive.

**Disciplinary Actions**

**Intermediate Offenses - Class II**

**First Offense**

Disciplinary actions may include the use of parental contact and/or any formal disciplinary action as described in this handbook, including, but not limited to suspension for one (1) to three (3) days. Specific circumstances may warrant disciplinary action as outlined under subsequent offenses.

**Disputes**: Out-of-school suspension shall not be a disciplinary action for a first offense of a dispute.

**Subsequent Offenses**

Disciplinary actions include the use of any formal disciplinary action deemed appropriate as described in this handbook, including, but not limited to suspension for one (1) to five (5) days.

NOTE: Court action does not dictate or govern school disciplinary action.

A student who has been suspended or expelled from school and returns to any KCA property without being authorized to do so is considered to be trespassing and is subject to arrest.

**Criminal Offenses**

Students who commit criminal offenses may be referred to the appropriate law enforcement agency, in addition to action taken by the school.

Missed work shall be made up for all absences, which includes suspension. It is the student's and/or parent's responsibility to request assignments during the suspension period. A day of make-up work shall be allowed for each day of absence. Each student shall receive full credit for such work.

**Disciplinary Actions**

**Intermediate Bus Code Offenses - Class II**

**First Bus Code Offense**

Commission of a Class II offense on a bus may result in the use of in-school conferences and parental contact when warranted. Specific circumstances may warrant disciplinary action outlined under subsequent offenses.

**Subsequent Bus Code Offenses**

Subsequent Class II bus code violations will result in:

2nd report - Suspension of bus privileges for up to 3 days

3rd report - Suspension of bus privileges for up to 5 days

4th report - Suspension of bus privileges for up to 10 days

5th report - Suspension of bus privileges for up to 15 days

NOTE: A student may be suspended or expelled from riding the bus at any point in the discipline process.

A student who has been suspended or expelled from the school bus that boards, rides, or attempts to ride a school bus, without being authorized to do so, is considered to be trespassing and is subject to arrest.

A bus suspension is separate from a school suspension and applies only to the loss of bus riding privileges unless subject to other disciplinary actions, such as out-of-school suspension. Students are required to attend school. Bus suspension does not affect or excuse school attendance.

## MAJOR OFFENSES

## CLASS III

3.1. Alcohol - Possession or use of alcoholic beverages, or being under the influence of alcoholic beverages.

NOTE: It is illegal to possess or use alcoholic beverages if under the age of 21.

3.2. Drugs - Unauthorized possession or use of drugs, drug paraphernalia, being under the influence of drugs, inhalants or any other substance with a potential for abuse, which might create a hazard to the user's health or the safety of another. This includes any substances used for a medical condition

NOTE: The possession or use of illicit drugs is illegal and harmful.

~~A senior student who commits a Class III or IV violation, described in the Student Code of Conduct, shall forfeit the right to participate in graduation exercises and other senior related activities until the student has successfully completed all assigned consequences and disciplinary actions.~~

3.3. Threat to Kill - Any premeditated and/or repeated threat, whether made verbally, in writing, electronically, or by conduct or action, to kill another person or do any act of violence which may cause death and creates fear in that person that such violence is a serious expression of an intent to cause a present or future harm.

3.4. Simple Battery or Assault Upon School District Employee or Agent - Any unlawful and intentional threat by word, touching, striking or throwing of an object at a School District employee or agent against his/her will.

3.5. Robbery/Extortion - A student must not get someone to do something or complete a threat to extort (see 2.09) or take money or other property from the person or custody of another by force, violence, or assault or putting another in fear of same.

3.6. Stealing - Any intentional unlawful taking and/or carrying away of property valued at $500 or more belonging to, or in the lawful possession or custody of another. This offense also includes the theft of credit cards, debit cards, checks, and school keys.

3.7. Burglary of School Property - Breaking, entering, or remaining in a dwelling, structure or conveyance without justification with the intent to commit an offense therein, unless the premises are at the time open to the public or the individual is licensed or invited to enter or.

3.8. Criminal Mischief/Vandalism - Any intentional and deliberate action resulting in damages of $500 or more to school district property, public property or the real or personal property of another not limited to the placement of graffiti thereon or other acts of vandalism.

3.9. Weapons - Possession of any object, which is used in a threatening manner, and is perceived by the individual being threatened as capable of inflicting physical harm.

3.10. Possession of Prohibited Substance or Objects - Possession of any blade (switchblade, razor, box cutter, exacto knife, steak or kitchen knife, sword, common pocket knife, etc.), metallic knuckles, martial arts weapons, syringes, BB guns, paint guns, air strike guns, electric or chemical weapons or devices including, but not limited to, mace, pepper spray, or any other object that may puncture, wound, or otherwise injure another person .

3.11. Lewd, Indecent, or Offensive Behavior - Any behavior offensive to common propriety or decency, including, but not limited to "mooning," offensive touching, indecent exposure, possession, distribution, or display of obscene or "hate" material, possession/display of electronic images or text, or similar behavior.

3.12. Sexual Harassment - Unwanted and repeated verbal or physical behavior with sexual connotations by an adult or student that is severe or pervasive enough to create an intimidating, hostile or offensive educational environment, cause discomfort or humiliation or unreasonably interfere with the individual's school performance or participation. An incident when one person demands a sexual favor from another under the threat of physical harm or adverse consequence.

3.13. Sexual Offenses - Law enforcement must be notified to investigate other sexual contact, including intercourse, without force or threat of force, or subjecting an individual to lewd, sexual gestures, or exposing private body parts in a lewd manner. (Law enforcement must be notified to investigate.)

3.14. Battery Upon Student Resulting in Bodily Harm - Any actual and intentional striking of another student against the will of the other student which causes bodily harm.

3.15. Inciting or Participating in Major Student Disorder - Disruptive behavior that poses a serious threat to the learning environment, health, safety, or welfare of others (disruption of all or significant portion of campus activities, school-sponsored events, and school bus transportation).

3.16. Unjustified Activation of a Fire Alarm System

3.17. Igniting Fireworks, Firecrackers, or Flammable Materials

3.18. Unjustified Activation of Bus Emergency Systems - Any unjustified activation of bus emergency doors, emergency windows, or other systems unless directed by the bus operator/attendant or other authorized school employee in an emergency or in the case of an evacuation drill.

3.19. Failure to Adhere to Safety Procedures on School Bus - Failure to adhere to expected school bus safety considerations which may or may not cause injury to persons or physical damage to property, including, but not limited to, placing head, arms, legs, or objects outside of the window or door of the bus, throwing objects, substances, or material in or out of the window or door of the bus, throwing objects at a bus, or any other act considered offensive to decency or common propriety.

3.20. Fighting on School Bus

3.21. Defamation of Character - A false communication either oral or written that is harmful or injurious to a staff member's reputation and/or exposes that person to contempt, scorn or ridicule and jeopardizes the staff member's employment with the District.

3.22. Stalking - Engaging in a pattern of behavior or activity that involves willful, malicious, and repeated following, harassing, or cyber stalking ~~of~~ .

3.23. Unauthorized Use of Instructional Technology - Abuse/Misuse of Technology to purposely access, create, produce or distribute pornography and subsequent misuse of technology following a 2.20 code of conduct violation.

3.24. Bullying/Harassment - Any unwanted and repeated written, verbal, or physical behavior, including threatening, insulting, or dehumanizing acts, by a student that is severe and pervasive and that creates an intimidating, hostile or offensive educational environment, cause discomfort or humiliation, or unreasonably interfere with the individual's school performance or participation. Severe and pervasive behavior will be determined by the building principal. Prohibited acts include an act of violence, threat of violence, or harassment based on actual or perceived race, color, national origin, gender, disability, sexual orientation, religion or other distinguishing characteristics of a student that is directed at one or more students; substantially interferes with educational opportunities or educational programs of the targeted student(s); or adversely affects the ability of a student(s) to participate in or benefit from the schools'

educational programs or activities by placing that student(s) in reasonable fear of emotional or physical harm, or because the conduct as perceived by the student(s) is objectively offensive.

3.25. Major Dispute or Altercation - The willful act of participating in a disruption involving physical contact, including gang-related activity or incidents with multiple participants in a major dispute or altercation as determined by the principal.

**Disciplinary Action**

**Major Offenses - Class III**

Commission of a Class III offense will necessitate a disciplinary conference with the principal/designee and the parent/guardian.

**First Offense**

The student will be suspended for a minimum of five (5) school days, but no more than ten (10) school days. The principal may, at his/her discretion, refer the student for consideration of placement at an alternative school.

NOTE: A student who has been suspended or expelled from school and returns to any KCA without being authorized to do so is considered to be trespassing and is subject to arrest. A student who is recommended for an alternative school will be processed for such assignment within the suspension period.

**Subsequent Offense**

The student will be suspended for ten (10) school days. The principal may, at his/her discretion, refer the student to an alternative school.

NOTE: A student who is recommended for an alternative school will be processed for such assignment within the suspension.

**Criminal Offenses**

Students who commit criminal offenses will be referred to the appropriate law enforcement

agency in addition to action taken by the school.

## Disciplinary Actions

### Major Bus Code Offenses - Class III

**First Bus Offense**

Commission of a Class III offense on a bus will result in the suspension of bus privileges for a minimum of twenty (20) school days.

NOTE: A student who has been suspended or expelled from the school bus that boards, rides, or attempts to ride a school bus, without being authorized to do so, is considered to be trespassing and is subject to arrest.

**Subsequent Bus Code Offenses**

Commission of a subsequent offense on the school bus will result in the suspension of bus privileges for a minimum of forty (40) school days.

If a student repeatedly displays inappropriate behavior on a bus, the student will be referred to the appropriate school administrator for possible revocation of bus privileges.

## ZERO TOLERANCE OFFENSES

## CLASS IV

The KCA school board has adopted zero tolerance policy with respect to the following offenses. Students who commit these offenses shall receive the most severe consequences, including possible expulsion.

NOTE: The highlighted (**) offenses carry the recommendation of expulsion for a period not to exceed the remainder of the school year and one additional year of attendance.

4.1. Alcohol - Any possession of an alcoholic beverage with the intent to sell, give away, or otherwise distribute to another person.

NOTE: It is illegal to possess or use alcoholic beverages if under the age of 21.

A senior student who commits a Class III or IV violation, described in the Student Code of Conduct, shall forfeit the right to participate in graduation exercises and other senior-related activities until the student has successfully completed all assigned consequences and disciplinary actions.

4.2. Drugs - Any possession of a drug with the intent to sell, or give away, or otherwise distribute to another person including any substance alleged to be a drug, regardless of its content.

NOTE: The possession or use of illicit drugs is illegal and harmful.

4.3. Arson - Any willful and malicious burning of any part of a building or its contents.

4.4. **Aggravated Battery Upon a School Employee - Intentionally causing bodily harm, disability, or permanent disfigurement to a school employee.

NOTE: Violence against any school personnel by a student is grounds for in-school suspension, out-of-school suspension, expulsion, or imposition of other disciplinary action by the school and may also result in criminal penalties being imposed.

4.5. **Armed Robbery - The taking of money or other property from the person or custody of another by use of a weapon, or putting another in fear of same.

4.6. **Possession of a Firearm - Possession, discharge, use, or sale of any firearm or destructive device on school property, school-sponsored transportation, or during a school-sponsored

activity. A firearm is any weapon (including a starter gun) which will, is designed to, or may readily be converted to expel a projectile by the action of an explosive; the frame or receiver of such a weapon; any firearm muffler or firearm silencer, any destructive device, or any machine gun. A "destructive device" means any bomb, grenade, mine, rocket, missile, pipe bomb, bullet, or similar device containing an explosive, incendiary, or poison gas and includes any frangible (breakable) container filled with an explosive, incendiary, explosive gas, or expanding gas, which is designed or so constructed as to explode by such filler and is capable of causing bodily harm or property damage.

NOTE: Any student who is determined to have brought a firearm to school, any school function, or on any school-sponsored transportation will be expelled, with or without continuing educational services, from the student's regular school for a period of not less than one (1) full year. (The expulsion requirement is subject to modification, on a case-by-case basis, as allowed by law.) A student who is determined to have brought a firearm to school will be referred for criminal prosecution.

4.7. **Use of a Deadly Weapon - Possession of any deadly weapon, other than a firearm, which is used in a threatening manner and is perceived by the individual being threatened as capable of inflicting physical harm.

NOTE: The possession of a firearm, knife, other type of weapon, or any item that can be used as a weapon by any student while the student is on school property or in attendance at a school function, is grounds for disciplinary action and may also result in criminal prosecution.

4.8. Use of a Prohibited Object or Substance - Use of any prohibited object or substance (see 3.10) to strike or to threaten in a manner, which is perceived by the individual being threatened as capable of inflicting physical harm.

4.9. Bomb Threats - Reporting to school employees, police, or fire officials the presence of a bomb on or near school property without a reasonable belief that a bomb is actually present.

4.10. **Explosives - Preparing, possession, or igniting on school property, explosives likely to cause serious bodily injury or property damage.

4.11. **Sexual Battery/Rape - Any sexual act directed against another person with force, violence, and/or against the person's will, including, but not limited to, sexual battery, attempted rape or rape.

4.12. **Aggravated Battery - Intentionally causing great bodily harm, disability, or permanent

disfigurement to another person.

4.13. Aggravated Stalking - Engaging in a pattern of behavior or activity that involves willful, malicious, and repeated following, harassing, or cyber stalking of another and making a credible threat with the intent to place that person in reasonable fear of death or bodily injury of the person, or the person's child, sibling, spouse, parent, or dependent.

4.14. Any Other Offense Which is Reasonably Likely to Cause Great Bodily Harm or Serious Disruption of the Educational Process

4.15. **Kidnapping/Abduction

4.16. **Homicide/Murder/Manslaughter

## Disciplinary Action

### Zero Tolerance Offenses - Class IV

Commission of a Class IV offense will necessitate a disciplinary conference with the principal/designee and a parent/guardian. The student will be suspended for ten (10) days, and will be referred to the governing board with expulsion recommendation.

NOTE: A student who has been suspended or expelled from school and returns to any KCA property without being authorized to do so is considered to be trespassing and is subject to arrest. Missed work shall be made up for all absences; which includes suspension. It is the student's and/or parent's responsibility to request assignments during the suspension period. A day of make-up work shall be allowed for each day of absence.

### Criminal Offenses

Students who commit criminal offenses will be referred to the appropriate law enforcement agency in addition to action taken by the school.

NOTE: Court action does not dictate or govern school disciplinary action.

### Zero Tolerance Bus Code Offenses - Class IV

Commission of a Class IV Offense on a school bus will result in revocation of bus privileges for one calendar year.

## SCHOOL BUS CODE

BUS RIDING IS A PRIVILEGE, WHICH MAY BE REVOKED.

Misconduct by any student while riding a school bus represents a serious threat to the safety of all occupants of the bus as well as other motorists, pedestrians, and members of the community. Parents are urged to discuss with their children appropriate school bus conduct in order to ensure bus safety. All students who misbehave while riding the school bus will be disciplined according to the Student Code of Conduct.

A bus suspension is separate from a school suspension and applies only to the loss of bus riding privileges unless subject to other disciplinary actions, such as out-of-school suspension. Students are required to attend school. Bus suspension does not affect or excuse school attendance.

**Responsibilities of Transported Students**

Students who commit Class I, II, III, or IV offenses while being transported on a school bus, or any other contracted mode of transportation will be disciplined according to the Student Code of Conduct.

Generally, students being transported have the following responsibilities:

- To enter the bus in an orderly manner
- To take their assigned seats as quickly as possible
- To remain seated in a forward-facing position
- To avoid making loud noises
- To keep voices at a low level
- To arrive at the bus stop 10 minutes prior to the scheduled pick up time

A student who boards or attempts to board a school bus other than the one to which the student is assigned or who boards or departs a school bus at a location other than assigned pick-up or drop-off bus stop without prior school administration permission is considered to be a 2.23 Code of Student Conduct offense and subject to formal disciplinary action.

**Safety Procedures for Students Being Transported:**

- Wait until the bus comes to a stop before attempting to get on or off

• Enter or leave the bus only at the front door after it has come to a stop, except in the case of an emergency as directed by the driver
• Keep all parts of the body and objects inside the bus windows at all times
• Leave the bus only with the consent of the driver
• Be silent when approaching or crossing railroad tracks
• Throw no object, paper, or other material in or out of the bus at any time
• Keep the aisle and step well clear at all times
• Do not tamper with door handles, windows, and other safety equipment at any time
• Do not use cellular phones, or electronic devices, including, but not limited to CD players, walkman type radios, DVD players, hand-held televisions, Gameboy type equipment, or other communication devices. Exception: Field trips in which the school administration approves the use of these devices or as a planned intervention for special needs students.

**School Bus Vandalism/Criminal Mischief**

Vandalism or criminal mischief that occurs on a school bus or other contracted mode of transportation shall not be tolerated, and shall be handled according to the Student Code of Conduct. Vandalism or criminal mischief shall include, but not be limited to, cutting, scratching, writing on, puncturing, ripping, breaking, or otherwise marring, defacing, or damaging any part of the bus. It is the student's responsibility to report any existing damages and to refrain from making the damage worse. Parents/guardians shall be responsible to the owner of the bus for restitution of any damages. If restitution is not received for bus damages, the student's riding privilege may be revoked.

**Large Objects on the School Bus**

Oversized objects, including, but not limited to, large band instruments or cases, school projects or athletic equipment which cannot be held in the seat, are prohibited, unless prior approval is obtained from the bus driver and the school administration.

**Food and Drinks on the School Bus**

Eating and/or drinking are prohibited on the bus.

## Disciplinary Action

### School Bus Offenses

Students who commit Class I, II, III, or IV offenses while being transported on a school bus or other contracted mode of transportation will be disciplined according to the Student Code of Conduct. In addition, inappropriate behavior on a school bus or other contracted mode of transportation may result in any or all of the following:

• Student conferences

• Parent/guardian conferences

• Bus suspension or revocation

If a student repeatedly displays inappropriate behavior on a bus, the student will be referred to the principle for possible revocation of bus privileges.

A bus suspension is separate from a school suspension and applies only to the loss of bus riding privileges unless subject to other disciplinary actions, such as out-of-school suspension. Students are required to attend school. Bus suspension does not affect or excuse school attendance. A student who willfully damages school property, a school bus, or bus equipment shall be properly disciplined. The parent(s) or legal guardian of a minor student (or the student if he/she is an adult) shall reimburse the owner of the bus for restoration or for replacement of any damaged property in accordance with the true value as determined by the appropriate administrative staff. Students who damage school property, a school bus or bus equipment shall be subject to disciplinary action according to the Student Code of Conduct.

# FORMAL DISCIPLINARY ACTIONS AND PROCEDURES

**Definitions Relating to Formal Disciplinary Actions**

The following are examples of formal disciplinary actions that may be used in KCA.

□ **Before/After School Detention** – Assignment to a designated area on campus at the beginning or end of the regular school day for a specified period of time.

□ **Behavioral Contracts** – A contract entered into between a teacher or administrator and a student and his/her parent/guardian in which all parties agree to certain actions in an attempt to modify a student's behavior. The contract shall also contain consequences for breaking the agreement.

□ **Cafeteria Suspension** – Denial of the privilege of eating meals in the cafeteria with other students for a specified period of time and assignment to another area in the school for meals.

□ **Class Suspension** – Denial of the privilege of attending an individual class for a specified period of time and assignment to another area in the school for the time that class meets.

□ **Class Isolation** – Denial of the privilege of talking to and/or interaction with other students for a specific time in a class period.

~~□ **Commission of Class III or Class IV Violations by Seniors** – A senior student who commits a Class III or IV violation, described in the Student Code of Conduct, shall forfeit the right to participate in graduation exercises and other senior-related activities until the student has successfully completed all assigned consequences and disciplinary actions.~~

□ **Expulsion** – Removal of the right and obligation of a student to attend KCA for a period of time not to exceed the remainder of the school year and one (1) additional year of attendance.

The KCA governing board may expel a student from school based on grounds specified in the Code of Student Conduct. "Expulsion" means the removal of the right and obligation of a student to attend KCA for a period of time not to exceed the remainder of the term or school year and one (1) additional year of attendance. Expulsions may be imposed with or without continuing educational services and shall be reported accordingly.

□ **In-School Suspension** – Assignment to a designated area within the school when a student is removed from the regular school program for a specified period of time.

□ **Network/Internet Suspension** – Certain technology-based infractions may result in a suspension of network and/or Internet access. Alternative instructional materials may be

provided.

☐ **Saturday Detention** – Assignment to a session at the school on Saturday for work assignments, academic work, or guidance.

☐ **School Board Hearing** – Hearing by the KCA School Board with the parent/guardian and school staff where staff and parent/guardian are given the opportunity to speak before the KCA Board (Available for Class IV Offenses only).

☐ **School Bus Suspension or Revocation** – Denial of the privilege of riding a school bus based on misconduct occurring while the student is being transported at public expense. Bus code violations may result in the suspension of bus privileges. A student may be suspended or dismissed from riding the bus at any point in the discipline process. A bus suspension is separate from a school suspension and applies only to the loss of bus riding privileges unless subject to other disciplinary actions, such as out-of-school suspension. Students are required to attend school. Bus suspension does not affect or excuse school attendance.

*NOTE:* A student who has been suspended or expelled from the school bus that boards, rides, or attempts to ride a school bus, without being authorized to do so, is considered to be trespassing and is subject to arrest.

☐ Suspension – Removal of students from their regular school program for a period not to exceed ten (10) days.

*NOTE*: A student who has been suspended or expelled from school and returns to any KCA property without being authorized to do so is considered to be trespassing and is subject to arrest.

# PROCEDURES FOR ADMINISTRATION
# OF
# FORMAL DISCIPLINARY ACTION

When a formal disciplinary action is required, the principal/designee will make every reasonable effort to contact the parent/guardian immediately. If telephone contact cannot be made, written notice will be sent home with the student, or placed in the U.S. Mail within 24 hours.

It is the responsibility of the student to notify and/or deliver to his/her parent/guardian all written communications from the school. Failure to do so may result in further disciplinary action.

When disciplinary action reaches the level of denial of educational participation, the following procedural steps shall be adhered to in order to protect the rights of the student.

**Suspension**

The student shall be given notice of the charges against him/her and shall be given the opportunity to present his/her explanation of the situation before any action is taken. When a suspension is necessary, the principal/designee will make every reasonable effort to contact the parent/guardian immediately. Written notice shall be sent to the parent/guardian via U. S. Mail within 24 hours, regarding the reason disciplinary action was taken. Generally, a notice and a conference should precede the student's suspension from school. However, if the immediate suspension of the student is justified because the student's presence endangers others, school property, or would seriously disrupt the orderly academic process, the mailed notice will follow as soon thereafter as is practical. The parent/guardian may request a conference with the principal/designee regarding the suspension.

Special Education students may be suspended for up to three (3) days at one time. In order to be suspended, a special education student must have an IEP that includes suspension as a disciplinary alternative. In an emergency situation, a student whose IEP does not include suspension may be suspended for up to three (3) days, provided an IEP meeting is scheduled within that period of time.

Students with Section 504 Plans may be suspended for up to three (3) days at one time. In order

to be suspended, students with Section 504 Plans must have a Behavior Management Plan that includes suspension as a disciplinary alternative. In an emergency situation, a student whose Behavior Management Plan does not include suspension may be suspended for up to three (3) days, provided a Section 504 Team meeting is scheduled within that period of time.

**Class IV Offenses**

The principal is initially responsible for determining that an offense has been committed. In investigating such incidents, the student will be given, in writing, the pending charges and an opportunity to admit or refute those charges. It should be noted that any statement the student makes might be used, with other documentation, to prove whether the student is guilty of the offense (s) charged.

The principal will review the above documentation with the parent/guardian. If, at the disciplinary conference, the principal concludes that extenuating circumstances exist, the student is eligible for admission back into school following the determination of appropriate disciplinary action to be taken.

In the absence of extenuating circumstances, the principal may, at his/her discretion, recommend an alternative school or other programs in cooperation with the school district. If this option is not available, KCA reserves the right to expel the student.

**Bus Revocation** - Bus riding is a privilege, which may be revoked. If a student repeatedly displays inappropriate behavior on a bus, the student may be referred to the appropriate school personnel for possible revocation of bus privileges. Commission of a Class IV Offense on a school bus will result in revocation of bus privileges.

**Expulsion** – Removal of the right and obligation of a student to attend KCA under conditions set by KCA governing board for a period of time not to exceed the remainder of the school year or one (1) year of attendance. KCA board may expel a student from the school based on grounds specified in the Student Code of Conduct.

## DISCIPLINARY DUE PROCESS

KCA discipline procedures will comply and be in accordance with the Knox County Schools disciplinary due process policies.

**Searches and Seizures**

The following procedures apply to the search of lockers, other areas of school property assigned or accessible to students for the holding or storage of property, packages and containers brought onto school property by students and visitors.

Lockers and other storage areas are the property of the KCA and are subject to search. The search will be conducted by the principal or his/her designee in the presence of an adult witness.

- There should be reasonable suspicion for school authorities to believe that the student(s) or visitor(s) possess(es) an item, the possession of which constitutes a crime or school rule violation. Reasonable suspicion is defined as circumstances based on statements or facts that would lead a person of ordinary care and prudence to believe and consciously entertain an honest and strong suspicion that a person or persons have done a specific act.
- If circumstances in a particular school dictate, either a general or random search of lockers or other school property accessible to students may be conducted.
- A notice will be posted at all schools that lockers and other storage areas, containers and packages brought into the school by students or visitors are subject to search for drugs, drug paraphernalia, weapons, or any property which is not properly in the possession of the student.

The following procedures apply to the search of students' or visitors' vehicles located or parked on school property.

- The search will be conducted by the school principal or his/her designee.
- There should be reasonable suspicion for school authorities to believe that the vehicle contains weapons, drugs or drug paraphernalia.
- If circumstances in a particular school dictate, either a general or random search of vehicles may be conducted.
- A notice will be posted at all schools indicating that vehicles located or parked on school property are subject to search.

The following procedures apply to the search of a student for items in the student's immediate

possession. The search will be conducted by the principal or his/her designee.

- There should be reasonable suspicion for school authorities to believe that the student possesses an item, the possession of which is a violation of school policy or is a weapon, drug, or drug paraphernalia.
- The following standards of reasonableness will be met:
    - The student is suspected of having violated school policy. The search will not be conducted solely to gather evidence to be used in a criminal prosecution.
    - The principal/designee will determine whether, under the circumstances, a search is reasonably necessary. If a search is necessary, it will be reasonably related to the grounds for the search; it will not be excessively intrusive in light of the student's age and sex, as well as the nature of the violation.
    - The search will yield evidence of a school policy violation or lead to disclosure of a weapon, drugs or drug paraphernalia.
    - The search is in pursuit of legitimate interests of the school in maintaining order, discipline, safety, supervision and education of students.
- The search will be conducted in private and in the presence of an adult witness. Situations where there is an immediate threat to the safety and welfare of students and staff, and in the school official's judgment the immediate control of the student and item(s) which are subject of the search is necessary, a search may be conducted in a non-private setting and without an adult witness, provided all of the requirements of reasonableness above are met.

The following procedures apply to item(s) discovered and/or seized in the course of searches conducted on school facilities.

- Any weapon or drug located by the principal or his/her designee will be *immediately* turned over to the appropriate law enforcement officials.
- Any item reasonably felt to necessitate criminal prosecution will be turned over to the appropriate law enforcement officials.
- School authorities may seize any item reasonably felt to be a threat to the safety of others or is used to disrupt or interfere with the educational process.

**NOTE:** State law permits school officials to make use of metal detectors or other devices, as

well as dogs trained to detect drugs or weapons, to assist in the discovery of weapons and drugs on school properties. Any contraband confiscated during searches or turned in to school staff such as knives, night sticks, gang related paraphernalia, etc. will be stored at the Principal's Office for 60 days, at which time unclaimed items will be discarded or destroyed.

**Suspensions**

The principal or designee will investigate a student's alleged misconduct and determine whether disciplinary action is necessary. If the principal witnesses or has knowledge of any serious student misconduct and the principal thinks that immediate removal of the student is necessary to restore order or to protect persons on the school grounds, the principal may suspend the student immediately for not more than two (2) days* (summary suspension). The principal is not required to conduct the investigation prior to a two (2) day summary suspension but should complete an investigation and determine further disciplinary action, if any, no later than the end of the school day following the two (2) day summary suspension. The summary suspension will not appear on the student record if the investigation clears the student from any wrongdoing.

A student found to have violated a rule of conduct may receive disciplinary action from the principal, including suspension from school for up to ten (10) days When a student is suspended, the principal will attempt to reach the student's parents, legal guardian, or legal custodian to inform them of the school's action and to request they come to the school for their child. If the parents are unable to come for their child, the student must remain on school property until the close of the school day. Parents should be provided written notice of the suspension.

A principal may determine when the removal of a student, parent, or visitor from schools grounds is necessary to restore order or to protect students or employees. Any person who has been suspended from school or asked to leave school property and fails or refuses to leave school grounds after being directed by the principal or designee may be charged with trespassing on school grounds and criminal charges may be filed. This also pertains to students returning to school grounds before serving suspension. Any student suspended or expelled from school cannot attend any school function or activities during the time of suspension or expulsion other than those of an alternative learning center to which that student is assigned. Further, students may not be on any school property other than their assigned alternative learning center during a suspension or expulsion. Violations may result in trespassing charges.

The principal must develop and implement a plan for assisting the student to improve his/her behavior once the student has been suspended for more than five (5) consecutive days10. Teachers are not required to accept work for credit which occurred during a suspension for up to ten (10) days.

When a principal seeks suspension of greater than ten (10) days or expulsion, the principal must give written notice to the student and the student's parents within twenty-four (24) hours of the alleged misconduct and refer the case to the department of Student Services. The notice will include the rule allegedly violated and a brief description of the conduct and evidence of conduct against the student, a statement that the alleged misconduct is of such serious nature that the matter is being referred to student services administrators, a statement that the student is entitled to a hearing before the suspension of greater than ten (10) days or expulsion is imposed and that the student (if 18 years of age or older) or parent must contact the central office personnel within five (5) days of the beginning of the suspension if the student wishes to request a hearing before a disciplinary committee. Written statements about the misconduct and the student's records are available at the school for examination by the student, the student's parents, and the student's representative. The notice will also include a description of hearing procedures and a statement that failure to contact the department of Student Services within five (5) days will constitute a waiver of the right to a hearing.

**Discipline Hearing**

Student Services may convene a hearing board within ten (10) days from the date the principal referred the case. The time line may be extended with the consent of the parents under extenuating circumstances as determined by the department of Student Services. This board will determine whether the student has violated a rule of serious misconduct and, if so, the penalty for such violation. Student Services will notify the parents by certified mail of the outcome and disposition, and will give notice that the student has the right to appeal the punishment of the office of Student Services or the disciplinary hearing board within five (5) days. Parent's failure to appear before the hearing board constitutes a waiver of the hearing.

The hearing may be attended only by the hearing board members, the Director of Schools or the Director's designee, the principal, the student, the parents, the student's representative, security personnel, if necessary, and others deemed appropriate by the department of Student Services.

The student may be excluded at the discretion of the hearing board, with the agreement of the student's parents or the student's representative acting on behalf of the parents, when the student's psychological or emotional problems are being discussed. No one may be present with the hearing board during deliberations.

If a student's parents or legal guardians leave prior to the hearing's conclusion, or if they become disruptive and must be asked to leave, the action will be subject to an automatic waiver of the hearing.

The student may speak in his/her own behalf and may be questioned on his/her testimony, but the student may choose not to testify and in such cases will not be threatened with punishment or later punished for refusal to testify. Students may present written documents or witness statements at least one day but no less than twenty-four (24) hours prior to the hearing for these documents to be considered. Statements and other written matter presented to the board will be kept on file in the department of Student Services. All hearings will be recorded.

**Probation**

Principal of KCA will have the right to place a student on a school-based probation without notification to the Office of Student Services. The Office of Student Services may also place students on probation as part of a due process hearing. Probation by the disciplinary coordinator will not exceed one (1) calendar year. The time and conditions of the probation will be clearly stated. The Office of Student Services will be responsible for notifying the student, his/her guardian and school administration of the probation and its terms. Probation will apply to summer school and after-school activities. School-based probation is separate and apart from probation issued by the Office of Student Services.

**Appeal of Hearing Board Decision**

The student may appeal the decision of the hearing board to the Director of Schools or the Director's designee provided the appeal is made within five (5) days from receipt of the decision by certified mail. The appeal may be by letter to the Director of Knox County Schools. The Director or designee will set a date for a review hearing within six (6) days and notify the student by certified mail of the time and place of the hearing. The appeal to the Director or designee will be solely on the record of the hearing before the hearing board, except for new evidence that has

come to light since the initial hearing and may affect the outcome of the appeal. The Director or designee may affirm, reverse, or modify the decision of the hearing board. The Director or designee will notify the student by certified mail of his/her decision within five (5) days.

If a student wishes to appeal the decision of the Director or designee, the student will make a written request to the Knox County Schools' Director or designee issues a decision. In compliance with TCA §49-6-3401, the Board of Education, based upon a review of the record, may grant or deny a request for a Board hearing and may affirm or overturn the decision of the hearing authority with or without a hearing before the Board; provided that the Board may not impose a more severe penalty than that imposed by the hearing authority without first providing an opportunity for a hearing before the board.

Should the Knox County Schools decide to hold a hearing, the Chairman of the Board will notify the student by certified mail of the date, place and time that such a hearing will be held within ten (10) days of receipt of the student's request. Should the Board decide to deny a request for a Board hearing, the Chairman of the Board in a timely fashion will notify the student by certified mail informing him/her of its action.

**Notice of Modification Request**

A request for modification of an expulsion order is a request for the Director to change the terms of the expulsion, including but not limited to the length of the expulsion or the school assignment. At any time after the conclusion or waiver of the appeals process, a parent and/or student may submit to the Director of Schools a written request for modification of the student's expulsion. The Director of Schools has the power to modify any expulsion on a case-by-case basis at any time after the completion of the appeals process11. The written request should include a statement of reasons supporting the modification. The Director will respond to the request with his/her decision within a reasonable time, which will not exceed twenty-one (21) days from receipt of the request. The Director is not required to provide an explanation of the decision. Any student who is subject to a suspension greater than ten (10) days or expulsion may be assigned to an alternative program, provided space is available, for a period not to exceed one year. In all student disciplinary actions, appeals and/or modifications must be requested by the parent or legal guardian unless the student is 18 years or older, in which case the student can act on his/her own behalf.

## DISCIPLINARY REWARD SYSTEM

Students at KCA are always expected to exhibit appropriate behavior. However, in an effort to encourage students to go beyond the expected behavior, students will be recognized for "doing good". Some examples are, but not limited to:

- Assisting someone in need.
- Volunteering to do an unwanted task.
- Cleaning up after others.
- Consistently having a cooperative spirit.
- Exceeding requirements on an assigned task or assignment.

**Citizenship Award**

Individual rewards will be planned for the end of each semester for KCA students. Those students who have not received any kind of disciplinary action during each semester will receive a ***Citizenship Award*** for excellence in behavior.

**Commendations**

A ***Commendation*** will be awarded to students who are observed exhibiting behavior **"above and beyond"** expected behavior. Any KCA employee who observes a student engaged in this type of exceptional behavior can issue a ***Commendation***. These ***Commendations*** will not be noted on a student's permanent discipline transcript. However, parents will be able to keep track of them.

**School – Wide Rewards**

A system of rewards to students who reach a documented level of behavior has been put in place to recognize those students for their achievement. Eligibility for participating in each of these rewards differs for each reward – some are based on receiving ***Commendations,*** others are based on good behavior. Some of the ***School-Wide Rewards*** will be, but are not limited to:

**Dress Down Days** – these will be scheduled for the 2nd Friday of each month. Eligibility for participating in these ***Dress Down Days*** is based on receiving no disciplinary events during the previous month AND having not received an in-school suspension (ISS) or out-of-school suspension (OSS) during the school year. Students participating must follow the KCA guidelines

listed under the section ***Dress Code.***

**Knight of Character** – this title will be awarded to the student who receives the most ***Commendations*** for each month in each grade level. The ***Knight of Character*** winners for more than three times during a semester would receive additional rewards (to be determined – specific to the student).

**School Dances** – these will be planned dances by grade level beginning with the 6th grade, then the 7th grade, and for each grade up to 12th. Eligibility for participating in these ***School Dances*** is only open to those students who have not received an in-school suspension (ISS) or out-of-school suspension (OSS) during the school year.

**Special Drawings & Prizes** – Students who receive ***Commendations*** will be eligible for a ***Special Drawing*** which will be held randomly but at least once per month. At the time of the drawing, whoever has received a ***Commendation*** up to that point (since the last drawing), will have the opportunity to have their name drawn for a ***Special Prize***. Whenever the ***Special Drawing*** is held, there may be more than one name drawn as a winner. After the drawing all the names will be removed and the process will start over – with new ***Commendations*** being placed in the box for the next ***Special Drawing***. Prizes will vary each time, and winning students will draw from a box of prizes to choose the prize they won.

**Wall of Character** – The ***Knights of Character*** winners for each month would have their pictures placed on this ***Wall of Character*** with a brief description of why they received their ***Commendations*** and what character trait(s) they exhibited.

## DRESS CODE

Students are expected to wear the KCA uniform at all times and to dress and groom themselves in such a way as to reflect neatness, cleanliness and safety. All students should dress appropriately so as not to disrupt or interfere with the educational program or the orderly operation of the school. The principal or other duly authorized school official shall determine whether any particular use of the school uniform is in violation of the spirit and/or the intent of this school uniform policy. Students and parents are expected to honor the uniform code in order that valuable school time is not spent examining student attire to determine appropriateness.

Students are not permitted to change out of their uniforms during or after school unless participating in P.E. or an after school activity that requires non uniform clothing.

Students who violate the uniform code will be allowed to call home for an appropriate change of clothing after obtaining administrator approval. Otherwise, the student will be isolated in the Intervention Room for the remainder of the school day. The student's parent will be notified of this violation. Inappropriate attire jeopardizes the instructional climate and therefore, will not be tolerated.

Guidelines for clarification are as follows:

**1) Uniforms must be worn properly at all times while at KCA:**

a) Students must be in complete uniform when they arrive at KCA. All shirts must be tucked in shorts, pants, or skirts. Belts must be worn with all pants and shorts. Uniforms are expected to remain intact and appropriately worn throughout the entire day at school.

b) Students must remain in full uniform until after they leave KCA. Shirts must remain tucked in even after school, until they leave the school campus.

c) Students who ride the bus must be in complete uniform when they get on the bus at the bus stop. Since students must be in complete uniform when they arrive, and they are not allowed to change clothes on the bus, they must already be in complete uniform as they get on the bus.

**2) Shoes:**

a) Shoes must be closed toed dress shoes, only solid black or solid brown in color, or athletic shoes in school colors – red, black or white only. Birkenstock Clogs (no covered heel) in a

brown or black color are also acceptable. No special designs or patterns (checkered, plaid, camouflage, etc.) or wild colors are permitted. Shoes must be worn at all times.

b) The emphasis regarding shoes is safety – for that reason, all shoelaces must be tied properly, all buckles fastened, all straps must be secured or velcroed – nothing may dangle or drag from the shoe. Slippers or thin soled shoes, flip-flops, or open-toed shoes are not permitted.

c) Boots, Uggs, and high-heeled shoes are not permitted - Heels on shoes may not be higher than one (1) inch. . Roller shoes, "wheelies" or shoes with wheels are not permitted.

**3) Pants or Shorts:**

a) Pants or shorts must be either medium dark khaki or black in color. All pants and shorts must have belt loops, and a belt must be worn through all the loops and fastened appropriately. Front pockets must be side seam pockets and back pockets must be sewn inside the pant or short – no outside pockets, patch pockets, nor are additional pockets permitted. Pants or shorts may not have rivets or brads, split seams at the bottom of the legs, nor flaps on the pockets. Material may not be suede or corduroy – it must be 100% cotton or a cotton/polyester blend that is wrinkle resistant.

b) Pants or shorts must be worn properly at the waist and not sag below the top of the hips. Pants or shorts may not be rolled up or folded up. Shorts must be at least fingertip length and not longer than the top of the knee when standing. Capri style pants are not acceptable. Pants or shorts must not fit too snuggly. Students wearing the top of their pants or shorts below their buttocks will be given an Office Referral Form for improper exposure.

c) Athletic shorts are not permitted. Athletic type shorts, such as those used for biking, are not permitted. Shorts must align with the tip of your middle finger when your arms are at your side and cannot be longer than the top of your knee when standing – no "long shorts" are permitted.

**4) Skirts or Skorts:**

a) Skirts or skorts must be either medium dark khaki or plaid #60 in color. All skirts and skorts must not be made of jean, suede or corduroy material. No splits are permitted in the skirt at all. Skirts and skorts must align with the tip of your middle finger when your arms are at your side. Skirts and skorts must not be rolled or folded at the waistband - students wearing their skirts or skorts too short will be given and Office Referral Form for improper exposure.

b) Pants, jeans, pajama bottoms or other apparel must not be worn under the skirt or skort. For modesty purposes, shorts may be worn under the skirts or skorts, however, long pants, jeans, pajama bottoms, or other apparel that shows below the skirt or skort must not be worn at any time.

**5) Top Options:**

a) Dress Shirts and blouses must be oxford cloth in white. Dress shirts and blouses may either be short sleeve or long sleeve and the KCA school initials on the pocket are optional. All shirts and blouses must be tucked in (able to see the belt/waistband) at all times to the short, pants, skirt, or skort the student is wearing.

b) Knit shirts must be a pique or jersey fabric in red, white, ash, or black and the heat pressed school logo is required. These knit shirts can be either short sleeve or long sleeve. All knit shirts must be tucked in (able to see the belt/waistband) at all times to the short, pants, skirt, or skort the student is wearing.

c) Turtleneck shirts must be either red or white, and the heat pressed school logo is required. These turtleneck shirts must be tucked in (able to see the belt/waistband) at all times to the short, pants, skirt, or skort the student is wearing. Turtleneck shirts may not be worn under the short sleeve knit shirts.

d) Spirit Wear shirts or sweatshirts are an ash color and have a screen printed Knight on the front. Spirit Wear is purchased through the school. The Spirit Wear shirt must be tucked in (able to see the belt/waistband) at all times to the short, pants, skirt, or skort the student is wearing.

e) Sweatshirts must be either red, or black and the heat pressed school logo is required. These sweatshirts are an economical alternative when students need to have additional warmth. When wearing a sweatshirt, the student must still be wearing another KCA shirt underneath the sweatshirt– the sweatshirt cannot be worn alone. Sweatshirts may notbe worn (tied) around the waist.

f) Vests & Sweaters must be black in color and the embroidered school logo is required. The vest is a pullover type sweater, and the sweater has a button down the front. Both the vest and sweater require that the student must still be wearing a KCA shirt underneath – the vest and sweaters cannot be worn alone. Sweaters may not be worn (tied) around the waist.

g) Polo Fleece is a black, half-zipper or full-zipper and the embroidered school logo is required.

The fleece requires that the student must still be wearing a KCA shirt underneath – the fleece cannot be worn alone. Fleeces may not be worn (tied) around the waist.

h) Jackets are black, fleece-lined windbreakers with a hood - the embroidered school logo is required. These jackets may be worn to school, but because of the hood they are not permitted to be worn in the school building – once in the building the jacket must be taken off and placed in their locker.

**6) Accessories:**

a) Belts must be leather, braided leather, or fabric in the solid colors of black, brown or khaki. Grommets, brads, or excessive ornamentation on the belt is not permitted. Belts are required to be worn properly with all pants or shorts – this means that the belt must go through all the belt loops on the pants, be properly fastened or buckled, and the "end" of the belt must not be allowed to hang down (it must also go through the loops if there is excess). The belt must also be tightened enough to prohibit the student's pants or shorts from sagging below the hips.

b) Socks, stockings, tights or hose may only be in school solid school colors of red, black, or white. Clear or skin-colored hose are also acceptable. Fishnet or other patterned stockings or hose are not permitted. Stockings, tights, or hose must cover the full length of the student's legs and feet –leg warmers are not permitted.

**7) Miscellaneous Guidelines:**

a) Clothing should be neat and clean.

b) Clothing may not be worn inside out or backwards.

c) Undergarments must not be exposed.

d) Hair, face, and body paint are inappropriate for school and not permitted.

e) P. E. uniforms are not permitted in the school building, except in P. E. classes.

f) Cosmetics and/or make-up should age appropriate, appropriate for school, and not attract undue attention.

g) Clothing with rips, tears, holes or frayed edges is considered inappropriate for school.

h) Jewelry and accessories should be appropriate for school and not attract undue attention or pose a safety risk.

i) Extreme hairstyles are not permitted (examples: Mohawk cuts, hair coloring other than

standard frosting or natural highlighting) and should not attract undue attention.

j) Hats, caps, curlers, headscarves, bandanas, doo-rags, picks, combs, sweatbands, chains, sunglasses, tennis skirts, gloves, arm warmers and coats are not to be worn during school hours. Head wraps for religious or cultural purposes may be permitted if approved in advance.

k) Clothing that is excessively revealing, such as short mini-skirts, short-shorts, tank tops, loosely fitting, low-cut blouses or halter tops, mesh shirts, or shirts exposing the midriff are not to be worn to school. Sleeveless shirts are not allowed. (Mainly applies to no uniform days at school)

l) All t-shirts must be in good taste (no suggestive wording or illustrations or advertisements for items which are illegal for middle school students - i.e., alcohol and tobacco products, etc.). (Mainly applies to non-uniform days at school)

m) "Henleys" or long sleeve shirts are not permitted to be worn under the school uniform at any time. If the student needs the extra warmth, long-sleeve uniform shirts are available – wearing a short sleeve uniform shirt with a long sleeve item of clothing underneath is not acceptable.

n) All outside coats and jackets or hooded apparel may not be worn inside the school building – this includes uniform jackets and/or windbreakers. All outside coats and jackets or hooded apparel must be put in the student's locker immediately upon entering the school building. The KCA uniform includes an optional sweatshirt or zippered fleece for those students who need to have additional layers to remain warm.

## HEALTH AND SAFETY

### Illness AND Injury

KCA will have part-time school clinic personnel or a first-aid-trained-professional available to discuss or assist with medical problems or concerns. Unless a student becomes ill, they must make an appointment in advance with school clinic personnel. If any of the school clinic personnel are not available, students should report to the secretary. If students do not inform the office and simply miss class, it is an unexcused absence.

## OVER-THE-COUNTER MEDICATIONS

Aspirin, Tylenol, and other patient over-the-counter drugs are not available through school. Should you wish for your child to have access to these medications, you must sign a waiver and leave a supply with the school clinician.

## MEDICATION POLICY

Medication should not be brought to school unless it is essential to the health of the student. If a student must take medicine at school, these procedures must be followed:

The medication to be administered by designated school personnel must be sent directly from the pharmacy or physician's office ***or*** brought to school by the student's parent/guardian. The school must receive a **Medication Administration Directions Form** signed by the student's physician and parent/guardian.

The following information must be printed clearly on the medication container:

- Student's Name
- Name of the medication
- Dosage
- Time the medication must be taken.

Bring in only the amount of medication that is needed for a school day. In the case of prolonged need, send in the amount for a clearly specified period such as one week or one month. Extra medication will not be sent home with a student. All medication will be kept in a secure location in the clinic.

## SELF-ADMINISTRATION OF MEDICATION

As a general rule, students are not allowed to carry any medication with them in school. However, students may carry and administer their medication **if both of the following conditions are met:**

- It is warranted by a potentially life-threatening condition and advised by their physician

**AND**

- A **Medication Self-Administration Form** is on file in the office signed by the student's parent, the physician, and the principal.

## GENERAL INFORMATION

### ANNOUNCEMENTS

Official announcements are provided on our website and in our weekly newsletter. As a common practice, announcements made by the administration, which affect the school community, are made through these two communication devices. KCA encourages parent(s)/guardian(s) to check our website on a regular (daily) basis. The Governing Board, Administration, Teachers and Staff at KCA are dedicated to keeping our community informed.

### BOOKBAGS, PENCIL BAGS, ROLLER BAGS and PURSES

Students may use book bags to transport only school materials to and from school. During the school day, however, KCA requires that all book bags remain in students' lockers. Roller bags are NOT ALLOWED to be used in the building. All book bags must be small enough to fit easily inside the locker.

Only handheld pencil bags are permitted – pencil bags worn on the back (or any bag worn on the back) must remain in students' lockers.

Only handheld purses are permitted – purses worn on the back must remain in student's lockers.

### CELL PHONES

Although students are permitted to bring cell phones to school, it is not encouraged. If a student brings a cell phone to school, it may not be used inside the school building. The cell phone must be turned off before entering the school building and immediately placed in the student's locker. The student may not carry the phone with them during school hours. Students not complying with these requirements will have their cell phone confiscated - the cell phone will only be returned directly to the parent/guardian.

### CLASSROOM OBSERVATIONS

KCA values the concept of parents as partners in education. Parent and community support and assistance are vital in all facets of the school program. Parents of currently enrolled students or prospective students may wish to observe the classroom setting or perhaps volunteer to serve as an instructional partner in the classroom. To minimize disruption of the classroom environment,

all classroom observations are limited to one per semester and must be scheduled in advance with the Assistant Principal.

**EMERGENCY DRILLS**

Regular emergency preparedness drills will be held throughout the school year so that students will be trained to act properly in an emergency. These drills will include fire, tornado, and other crisis emergency drills. A comprehensive emergency preparedness plan is on file in the office.

**LOCKERS**

Each student will be assigned a locker for his/her individual use at KCA. This locker is for storing books, coats, and personal items necessary for school. Students should not bring valuable items from home. KCA will not be liable for personal items you leave in your locker or bring to school with you. To keep your school items safe, we strongly advise you to keep your locker combination and space private. Do not trade lockers with another student. Do not let another student share your locker. It is your responsibility to see that your locker is kept locked and in order at all times. You should report any damage, vandalism or the inoperable condition of your locker to the office. If you do not report vandalism, damage or the inoperable condition of your locker, you will be held responsible for it. Please remember that your locker is school property and remains at all times under the control of the school. You, however, have full responsibility for the security of your locker and what is in it. Lockers must be kept neat at all times. School officials may make inspections. No item considered dangerous by the administration may be kept in the lockers and will be removed if found there. This includes glass or any other object that may be potentially dangerous. Students attending KCA should not expect privacy in regard to the contents of their lockers, desks, or other school property. Due to the small size KCA's lockers, book bags must be small enough to fit within the locker - extra large book bags are not advised.

**LOST and FOUND**

Personal items that are found should be turned in at the front office. Students should check with the front office secretary for lost articles. Unclaimed item will be donated to charity every month after students are informed about the deadlines to check lost and found items.

**MISSING ITEMS**

When an item is missing, students should report the missing item to the Assistant Principal. At that time, the student should complete a ***Missing Items Form*** which will permit the item to be returned to the owner should it be found or located. Should the owner finds the item themselves or it be returned directly to them, they should notify the Assistant Principal as soon as the item has been located.

**PARENT PARTICIPATION**

There are a number of opportunities at KCA for which a parent can volunteer. Among these are jobs as library assistants, cafeteria aides, clinic volunteers, room representatives, and instructional partners. Contact the office for more information.

**PAYMENT BY CHECK**

Parents may take care of monetary obligations by cash or check. Checks should be made payable to KCA. There will be $25 charge for any check returned to the school by the bank.

**PHYSICAL EDUCATION LOCKERS**

The PE department, on a rental basis, provides lockers and locks. Students are required to lock up all valuables in their own lockers. Lock combinations will be given only to the persons assigned to the locker. The PE staff or the school administration, without prior notice, may make routine locker checks. Every student must have a combination lock for his or her locker. Lockers are provided for the safekeeping of personal property and remain the property of the school. Gym lockers may be checked by school administrators on a random basis throughout the year without prior notice.

**RECORDING DEVICES – AUDIO or VIDEO**

KCA prohibits the use of audio or video recording equipment by anyone other than KCA staff or personnel on the KCA campus, within the school building, or at school sponsored events (on or off campus) without express written permission from the KCA Administration. Students found in violation will have their recording device confiscated, and formal disciplinary action will be taken. Parents or non-KCA personnel found in violation will immediately be required to leave -

if uncooperative, appropriate law enforcement authorities will be contacted to have them removed from the premises.

**STUDENT AGENDA / HALL PASSES**

Students must bring their agenda to school daily, and carry it with them to all of their classes. All students in the hall while classes are in session must carry their agenda with them. There is a section for hall passes at the bottom of each page. Teachers will issue hall passes to students who have justifiable reasons for leaving the room.

It is the student's responsibility to maintain their Student Agenda in the original condition as it was issued:

1. **The front and back cover must not be altered or removed -** The front cover and back cover must remain attached, and must not be altered, cut, or damaged in any way.

2. **Student & Parent Handbook may not be removed -** The Student & Parent Handbook section must remain intact as a part of the Agenda so that students and parents may reference the school information and rules at any time.

3. **Dated pages may not be removed -** Dated pages must remain in the Agenda for student, parent, and administrative reference to past assignments, phone permissions given, and/or hall passes issued.

Should a Student Agenda fail to meet these requirements, it will be confiscated and the student will be required to purchase another Student Agenda. A replacement cost of $5 will be required for lost or damaged agendas.

**STUDENT I.D. CARDS**

Student I.D. cards are issued to all students for security and identification purposes. Should the safety and security of our students be compromised in any way, a "LOCK DOWN" scenario would occur where outside law enforcement authorities may be required to enter and secure the building – all KCA staff and students must be able to show proper identification. All students must have their Student I.D. Card with them at all times and present it immediately when requested by school personnel or law enforcement authorities. Additionally, students need to present their Student I.D. Card in the Media Center in order to check out books or other reference materials A replacement cost of $5 will be required for lost or damaged cards. It is

recommended that all students maintain their Student I.D. Card in their wallet, purse or attached to a lanyard.

**TELEPHONE CALLS**

Students may not be called from class to talk on the telephone during school hours, nor are they allowed to make outgoing calls except in the most necessary circumstances. As part of an effort to teach responsibility, students are discouraged from calling home for forgotten items.

Students may not use any phone at school other than an office phone – classroom phones are prohibited from use by students at any time. The school does not have sufficient phone lines to accommodate student phone calls at the end of the school day. All arrangements regarding after school activities must be made before the student leaves home in the morning. Calls of an emergency nature, that may involve the interruption of a class to deliver a message to a child, must be directed to the principal or assistant principal for approval. Students must have written permission from an administrator stating a reason in order to use the office phones between 8:30 and 5:00. We ask that all students please come to school in the morning clearly knowing whether their parents expect them to ride the bus, or be picked up by car in the afternoon. We also ask that parents please know whether or not their children are planning to stay for an after-school activity.

**VIDEO OR AUDIO SURVEILLANCE**

KCA may use video or audio surveillance to monitor halls, classrooms and common areas, to ensure student and faculty safety. Additionally, this video or audio surveillance may be used for evidence in disciplinary situations, as well as remote viewing or monitoring of various school activities, school entrances and school parking areas.

**VISITORS TO THE BUILDING**

All visitors **must** first report to, and sign in at, the main office and wear a visitor's badge before going to other parts of the building.

[redacted]

**KCA Guidelines and Definitions for Highly Qualified Teacher Requirements are given below:**

**Academic Major: An academic major *in the core subject content area* that is verified on the college/university transcript meets the highly qualified requirement for middle and secondary teachers.**

**Advanced Certification or Credential: National Board Certification (NBC) by the National Board for Professional Teaching Standards is considered advanced certification. A secondary (7-12) teacher who has achieved NBC in the subject area is considered highly qualified. An elementary (K-6) teacher who has achieved NBC may verify "highly qualified" status by means of 100 points on the Professional Matrix.**

**Alternative Routes: Tennessee alternative routes include the Alternative A, Alternative C and Alternative E licenses. Teachers who are actively working on one of these alternative routes and making satisfactory progress meet the licensure requirement for being highly qualified. Teachers on alternative routes must also hold a bachelor's degree and satisfy the applicable subject content requirement to be considered highly qualified.**

**Arts: For the purposes of NCLB, music and visual arts represent the core academic subjects for the arts. A teacher in grades K-6 who teaches music or visual arts the major or minor portion of the day must meet the highly qualified requirement for music or art in the same manner as teachers in grades 7-12. A teacher in grades K-6 who teaches music or visual arts as a part of their basic curriculum responsibilities (self-contained) does not need to meet the subject specific requirement for the arts.**

**Coursework Equivalent of an Academic Major: For the purposes of NCLB, 24 semester hours of coursework (undergraduate and graduate level) in the core content area is the equivalent of an academic major. The 24 hours may include up to six semester hours of**

content methodology coursework. (Divide quarter hours by 1.5 to translate quarter hours to semester hours.)

Fully Licensed: A teacher who holds an apprentice, professional, out-of-state, or alternative license is considered fully licensed to teach in Tennessee. For a detailed description of these licenses, please see http://www.state.tn.us/education/lic_kind.htm.

Graduate Degree: A graduate degree *in the core content area* (not a degree in education or administration) satisfies the highly qnalified requirement for middle and secondary teachers.

Middle Grades: Middle grades are defined as grades 7 and 8 for the purposes of NCLB. Teachers of core academic subjects for grades 7-8 mnst meet the highly qnalified requirements for each core subject they teach.

New to the Profession: Teachers who are new to the profession are those teachers who were hired for the first time (with no prior teaching experience) in a Tennessee public school. A teacher who enters a Tennessee public school system with teaching experience from another public school system, an approved private school, or from another state is not considered new to the profession and therefore may meet the federal requirements nsing the options available to existing teachers.

Portable Highly Qualified Statns: The highly qualified statns is portable across Tennessee school systems. If a teacher achieves highly qualified statns in a core academic snbject area(s) in one school system, the highly qualified status carries over (for same content area) if the teacher transfers to another Tennessee public school system. The state will also accept the highly qnalified status for ont-of-state teachers (with docnmentation) seeking Tennessee licensure.

**Teachers Who do Not Meet Requirements for Highly Qualified Teachers**

**The following types of teachers do not meet the highly qualified requirements in NCLB:**

- **Teachers on permits for a core academic course**
- **Teachers on Interim Licenses (except out-of-state teachers who hold a full license from another state)**

**Additionally, unless the following types of teachers can demonstrate highly qualified status in the core area, the teacher may not meet the federal requirements of NCLB:**

- **Licensed teachers on waiver for a core academic course**
- **Licensed teachers teaching core academic subjects outside of their field of endorsement**

# TENNESSEE PLAN FOR IMPLEMENTING THE TEACHER AND PARAPROFESSIONAL QUALITY PROVISIONS OF THE NO CHILD LEFT BEHIND ACT OF 2001

**TENNESSEE STATE DEPARTMENT OF EDUCATION**

**LANA C. SEIVERS**
**COMMISSIONER**

**AUGUST 18, 2005 UPDATE**

Available online at **http://www.**tennessee.gov/education/mnclb.htm

# TENNESSEE PLAN FOR IMPLEMENTING THE TEACHER AND PARAPROFESSIONAL QUALITY PROVISIONS OF THE NO CHILD LEFT BEHIND ACT OF 2001

## Changes Since 01-14-2004 Approved Version

The following changes have been made in the state plan since the 1-14-04 approved plan was released. This version merely provides clarification or modification for some of the options of the previously approved guidelines. No new requirements are included. The changes have been highlighted in the plan. If an entire section has been modified or added, only the title of the section has been highlighted.

| Page No. | Change |
|---|---|
| 1 | Clarifies deadline for ALL teachers to demonstrate HQ status. |
| 2 | Changes National Board Certification for existing elementary teachers from a stand-alone option to 100 points on the Professional Matrix (as per Federal monitors). |
| 3 | Clarifies that ALL endorsement areas for core academic subjects will be HQ upon initial licensure due to required licensure exams (inc. middle grades & spec. ed.) |
| 4 | Indicates addition of Praxis exam 0146 – Middle School: Content Knowledge as a means of verifying HQ status in four core subject areas in grades 7 & 8. |
| 6 | Adds "National Board Certification" to the list of components of the Professional Matrix. |
| 7 | Clarifies that revised *Framework for Evaluation and Professional Growth* was approved by the SBE on June 18, 2004. |
| 9 | Adds a fourth option for Paraprofessionals and extends deadline for compliance to the same date as classroom teachers (as per Fed's). |
| 12 | Inserts Praxis exam 0146 – Middle School: Content Knowledge into list of exams for HQ status |
| 15 | Inserts Multidisciplinary Middle Grades test into list of science options. |
| 16 | Inserts Multidisciplinary Middle Grades test into list of social studies options. |
| 17 | Revises the list of business and marketing courses allowable for substitution for economics credit. |
| 21 | Adds National Board Certification to the Professional Matrix (as per Federal monitors). |
| | |
| | |

**Tennessee Plan for Implementing the Teacher and Paraprofessional Quality Provisions of the *No Child Left Behind Act* of 2001**
**August, 2003**

The federal No Child Left Behind (NCLB) Act of 2001 requires that all teachers teaching in core academic subject areas must be highly qualified no later than the end of the 2005-06 school year. The core academic subject areas are defined as English, reading or language arts, mathematics, science (biology, chemistry, earth science, physics, and physical science), foreign languages (French, German, Latin, and Spanish), civics and government, economics, arts (visual arts and music), history, and geography. While the federal statute provides a broad definition of the term *highly qualified* that applies to all public elementary or secondary teachers (must be fully licensed in the state with no licensure requirements waived), it specifically defines the requirements in relation to grade level (elementary, middle and secondary) and experience (new to the profession or existing teachers that are not new to the profession). For each grade level, the law requires that teachers demonstrate competency in the applicable subject areas and outlines multiple mechanisms for demonstrating their competency. This plan provides guidance in applying these requirements to Tennessee teachers.

One of the provisions of the NCLB Act is the qualifications of teachers and paraprofessionals with major emphasis on teacher quality as a factor in improving student achievement. The Tennessee plan for implementing the federal requirements outlined in the NCLB Act, presented herein, represents the state's on-going efforts to apply the federal requirements to Tennessee teachers. The State Department of Education (SDE) will continue to add clarification to the plan as needed as well as to pursue other options that will satisfy the requirements of NCLB beyond those outlined here. The Tennessee plan should be viewed as a working document that will be updated and refined as the state continues to implement the federal law.

## TEACHERS

### Timeline for Compliance

The highly qualified requirements of the NCLB Act apply to all public elementary and secondary teachers that teach core academic subjects. However, the timeline for implementation varies depending on the date of the teacher's employment and whether or not the teacher is working in a school or program that is supported by Title I funds.

- Teachers of core academic subjects newly hired after the first day of school in the 2002-03 school year to teach in a program supported by Title I funds (school-wide or targeted assistance), must meet the requirements upon employment.
- Teachers of core academic subjects hired after the first day of school in the 2002-03 school year to teach in a school or program that is NOT supported by Title I funds, must meet the requirements by the end of the 2005-06 school year.
- Teachers of core academic subjects hired before the first day of school in the 2002-03 school year, regardless of whether they teach in a program supported by Title I funds or not, must meet the requirements by the end of the 2005-06 school year. Therefore, all teachers of record of core academic subjects must document "highly qualified" status by the local opening day of the 2006-2007 school year.

The first day of school is defined as the first day that students reported based on the school system's calendar.

**Definitions for Highly Qualified Teacher Requirements**

Academic Major: An academic major *in the core subject content area* that is verified on the college/university transcript meets the highly qualified requirement for middle and secondary teachers.

Advanced Certification or Credential: National Board Certification (NBC) by the National Board for Professional Teaching Standards is considered advanced certification. A secondary (7-12) teacher who has achieved NBC in the subject area is considered highly qualified. An elementary (K-6) teacher who has achieved NBC may verify "highly qualified" status by means of 100 points on the Professional Matrix.

Alternative Routes: Tennessee alternative routes include the Alternative A, Alternative C and Alternative E licenses. Teachers who are actively working on one of these alternative routes and making satisfactory progress meet the licensure requirement for being highly qualified. Teachers on alternative routes must also hold a bachelor's degree and satisfy the applicable subject content requirement to be considered highly qualified.

Arts: For the purposes of NCLB, music and visual arts represent the core academic subjects for the arts. A teacher in grades K-6 who teaches music or visual arts the major or minor portion of the day must meet the highly qualified requirement for music or art in the same manner as teachers in grades 7-12. A teacher in grades K-6 who teaches music or visual arts as a part of their basic curriculum responsibilities (self-contained) does not need to meet the subject specific requirement for the arts.

Coursework Equivalent of an Academic Major: For the purposes of NCLB, 24 semester hours of coursework (undergraduate and graduate level) in the core content area is the equivalent of an academic major. The 24 hours may include **up to** six semester hours of content methodology coursework. (Divide quarter hours by 1.5 to translate quarter hours to semester hours.)

Fully Licensed: A teacher who holds an apprentice, professional, out-of-state, or alternative license is considered fully licensed to teach in Tennessee. For a detailed description of these licenses, go to http://www.state.tn.us/education/lic_kind.htm.

Graduate Degree: A graduate degree *in the core content area* (not a degree in education or administration) satisfies the highly qualified requirement for middle and secondary teachers.

Middle Grades: Middle grades are defined as grades 7 and 8 for the purposes of NCLB. Teachers of core academic subjects for grades 7-8 must meet the highly qualified requirements for each core subject they teach.

New to the Profession: Teachers who are new to the profession are those teachers who were hired for the first time (with no prior teaching experience) in a Tennessee public school. A teacher who enters a Tennessee public school system with teaching experience from another public school system, an approved private school, or from another state is not considered new to the profession and therefore may meet the federal requirements using the options available to existing teachers.

Portable Highly Qualified Status: The highly qualified status is portable across Tennessee school systems. If a teacher achieves highly qualified status in a core academic subject area(s) in

one school system, the highly qualified status carries over (for same content area) if the teacher transfers to another Tennessee public school system. The state will also accept the highly qualified status for out-of-state teachers (with documentation) seeking Tennessee licensure.

**Options for Meeting the Requirements**

The requirements for licensure and endorsement in Tennessee are separate from the federal requirements for highly qualified status in that it is currently possible to be licensed and not meet the highly qualified requirements of the NCLB Act. For example, a teacher who holds a K-8 license who teaches mathematics in grade 8 may not meet the highly qualified definition to teach 8th grade mathematics unless the teacher demonstrates subject area competency required for middle grades. It is further possible to be considered highly qualified in an area and not be endorsed to teach in the area. For example, a high school teacher licensed to teach biology who also teaches mathematics (but does not hold the mathematics endorsement) may be considered highly qualified to teach mathematics by federal standards if the teacher has taken 24 semester hours of college level mathematics courses. However, it is important to note that state law which governs what teachers may teach outside of their endorsement area remains in effect. Additionally, it should be noted that based on Tennessee teacher licensure requirements, as of September 1, 2005, all newly licensed teachers who are assigned to teach in their area(s) of endorsement will meet the NCLB highly qualified requirements.

The options for meeting the highly qualified requirements vary depending on whether the teacher is new to the profession or is an existing teacher who is not new to the profession. The options further vary based on the grade level being taught (elementary, middle, or secondary).

**Highly Qualified Elementary Teachers (K-6)**

For the purposes of NCLB, an elementary teacher must demonstrate subject knowledge and teaching skills in reading, writing, mathematics and other areas of the basic elementary school curriculum.

Elementary teachers in grades 4-6 who teach in a departmentalized setting, may meet the federal requirements as outlined below for all elementary teachers, or they may meet the subject specific requirements for the core subjects they teach in the same manner as 7-8 middle grades teachers.

A highly qualified elementary teacher (K-6) who is **new** to the profession is one who is fully licensed to teach in Tennessee (including the specified alternative routes) with no licensure requirements waived, holds at least a bachelor's degree, and has passed one of the NTE or Praxis teacher licensure tests designated on the test options list (see Appendix A) for the assigned teaching area.

A highly qualified **existing** elementary teacher (K-6) who is not new to the profession is one who is fully licensed to teach in Tennessee (including the specified alternative routes) with no licensure requirements waived, holds at least a bachelor's degree, and has:

- passed one of the NTE or Praxis teacher licensure tests designated on the test options list in Appendix A, or
- demonstrated competence in reading, writing, mathematics and other areas of basic elementary school curriculum via a highly objective uniform state standard of evaluation (HOUSSE). (See section on HOUSSE Options)

**Highly Qualified Middle (7-8) and Secondary Teachers (9-12)**

A highly qualified middle or secondary teacher (7-12) who is **new** to the profession is one who is fully licensed to teach in Tennessee (including the specified alternative routes) with no licensure requirements waived, holds at least a bachelor's degree, and has demonstrated competency in each core academic subject assigned to teach by having:

- passed one of the NTE or Praxis teacher licensure tests designated on the test options list in Appendix A, or
- an academic major in the core subject area, or
- the coursework equivalent of an academic major (24 semester hours), or
- a graduate degree in the core subject area.

A highly qualified **existing** middle or secondary teacher (7-12) who is not new to the profession is one who is fully licensed to teach in Tennessee (including the specified alternative routes) with no licensure requirements waived, holds at least a bachelor's degree and has demonstrated competency in each core academic subject assigned to teach by having:

- passed one of the NTE or Praxis teacher licensure tests designated on the test options list in Appendix A, or
- an academic major in the core subject area, or
- the coursework equivalent of an academic major (24 semester hours), or
- a graduate degree in the core subject area, or
- National Board Certification in the subject area, or
- demonstrated competence in all core academic subject areas via a highly objective uniform state standard of evaluation (HOUSSE). (See section on HOUSSE Option)

Science and Social Studies. Middle grades (7-8) and secondary teachers (9-12) who teach science and social studies courses should refer to Appendices B and C, respectively, for further guidance related to the test and major options available for meeting the highly qualified requirements in these core areas.

Middle Grades Subject-Specific Tests. Tennessee has completed the process to adopt four Praxis middle grades subject-specific tests for middle grades teachers (7-8) who choose to use the test option to meet the federal requirements. The tests and the respective minimum passing scores are listed below (Scores established by a panel of practitioners.). Information about these tests is available on the ETS web site at http://www.ets.org.

| Test Code | Test Name | Minimum Score |
|---|---|---|
| 0049 | Middle School English Language Arts | 145 |
| 0069 | Middle School Mathematics | 143 |
| 0439 | Middle School Science | 135 |
| 0089 | Middle School Social Studies | 140 |

**NOTE:** Effective September 1, 2005, middle grades teachers who have passed Praxis Exam **0146 – Middle School Content Knowledge** will be considered "highly qualified" in English/Language Arts, Mathematics, Science and Social Studies in Grades 7 and 8.

Substitute Core Courses. A secondary course that is offered as a substitute for a core academic course must be taught by a highly qualified teacher. A list of the applicable courses that may be substituted for a core academic course appears in Appendix D.

**HOUSSE Options**

The NCLB Act allows existing teachers (elementary and secondary) the option to demonstrate competency in all core academic subject areas via a highly objective uniform state standard of evaluation (HOUSSE). The state has completed development of the specific criteria for two HOUSSE options and is still developing the criteria for a third option that will meet the content requirement. The following describes each option and the status of the development efforts. (Projected date for presentation of this option to the schools = July, 2004.)

- **Professional Matrix**
  The Professional Matrix enables teachers to accumulate "points" for a variety of professional activities and accomplishments related to the content area and teaching skills as a means to achieve highly qualified status. Using a 100-point scale, teachers may earn points in the following general areas of professional endeavor in the content area:
  - National Board Certification
  - Experience in the specific content area
  - Positive evaluations
  - College coursework
  - Honors/awards/publications
  - Professional leadership
  - Staff/professional development

  The matrix includes recency requirements for some areas with maximum point limits for each of the above broad categories. See the Documents Section of this plan for a copy the Professional Matrix and detailed instructions for its completion.

  The Professional Matrix was approved by the SBE on August 22, 2003.

- **Teacher Effect Data**
  *Teacher effect* data which is a statistical means of estimating the teacher's impact (effect), or lack of impact on student achievement or learning, has been produced as a component of the Tennessee Value-Added Assessment System (TVAAS) since 1996. The analysis of teacher effect data uses three-year average gain comparisons: teacher vs. norm, teacher vs. state, and teacher vs. system as an estimated measure of the teacher's effect on student learning.

  The estimated average gain comparisons--teacher vs. norm, teacher vs. state, and teacher vs. system--are reported as *Above* the mean, *Below* the mean, or *Not Detectably Different (NDD)* from the mean. NDD comparison scores are within two (2) standard errors of the mean which provides a 95% level of statistical confidence.

  TVAAS teacher effect data is available for teachers in grades four (4) through eight (8) who teach reading, language, mathematics, science and/or social studies. At the high school level, teacher effect data is currently available for the Gateway exams in Algebra I, Biology and English I; and for end-of-course tests in English I and Math Foundations II. Teacher effect data will become available for the English II Gateway as well as additional end-of-course assessments as soon as the necessary number of years for generating these data is completed.

By state statute (TCA 49-1-606), teacher effect data is confidential. Therefore, if a teacher elects to use this option to achieve highly qualified status, the teacher must provide a copy of the report to the LEA for documentation and federal/state monitoring purposes. Otherwise the confidentiality of the data must be maintained. The appropriate school administrator(s) will assure the SDE that the teacher has met the criteria as outlined herein.

The following criteria for teacher effect data will determine highly qualified status:

- Most recent 3-year average gain comparison using the teacher vs. state.
- At the high school level (9-12), teacher effect reports are single year reports. Therefore, three consecutive single year reports are required in the same content area.
- The teacher vs. state gain comparison level must be NDD from the mean or Above the mean for the state.
- Teachers in self-contained classrooms (K-6) must score NDD or Above in all five subject areas to use this option. If the teacher scores Below the mean in any one subject area, teacher effect data may not be used for broad-field elementary highly qualified status.
- Elementary teachers in grades 4-6 who teach in a departmentalized setting, who choose to use this option, must score NDD or Above in all applicable subjects. In this instance, the teacher is highly qualified only in the specific subject area(s).
- Middle grades (7-8) and high school (9-12) teachers must meet NDD or Above in each applicable subject area. If the teacher scores Below the mean in any subject area, teacher effect data may not be used for highly qualified status in that subject area.
- A 3-year average gain comparison that meets the above criteria at one elementary grade, satisfies the highly qualified requirement for all elementary grades (K-6) in the same content areas. The same applies to the middle grades (7-8).

The Teacher Effect option was approved by the SBE on August 22, 2003.

- **Framework for Evaluation and Professional Growth**
  Language within the domains and various components of the Framework has been strengthened to direct more focus on the evaluation of the teacher's subject-matter knowledge in the content area as well as a more focused assessment of their teaching skills related to the content area. Additionally, the modified Framework addresses a teacher's efforts to remain current in the subject content area.

  The modified Framework became available in July, 2004. This component was incorporated into the state plan by approval of the SBE on June 18, 2004.

**Highly Qualified Requirements for Special Groups of Teachers**

Alternative School Teachers. Teachers in alternative schools, who are not the teacher of record for core academic subjects and serve in a facilitator capacity, do not need to meet the highly qualified requirements. Teachers in alternative schools who are the teacher of record for the core subject areas (make class and homework assignments, issue grades, etc.), must meet the highly qualified requirements in the same manner as other teachers of the core subject areas.

English as a Second Language (ESL) Teacher. An individual must hold a current teaching license and hold the ESL endorsement to teach ESL in Tennessee schools. In order to meet the requirements for the NCLB Act, a highly qualified ESL teacher is one who is fully licensed to teach in Tennessee, holds at least a bachelor's degree and has demonstrated competency by having:

- passed the Praxis ESL test designated on the test options list in Appendix A, or
- the coursework equivalent of an academic major for ESL (24 semester hours which can include up to six hours in a foreign language), or
- a master's degree in English, Education, Curriculum and Instruction, or Linguistics each of which must include an area of emphasis in teaching ESL or bilingual education, or
- National Board Certification in ESL or
- demonstrated competence for ESL and/or in all core academic subject areas via a highly objective uniform state standard of evaluation (HOUSSE). (See section on HOUSSE Option)

ESL teachers who teach core academic subjects at the middle school or secondary level as the teacher of record must meet the highly qualified requirements for each core academic subject they are assigned to teach.

Out-of-State Teacher Applicants. Out-of-state teacher applicants seeking a Tennessee teaching license must meet Tennessee licensure requirements. Tennessee will accept an out-of-state applicant's highly qualified status achieved in another state (with appropriate documentation). Out-of-state teachers who are fully licensed in another state, but who do not meet the requisite Tennessee licensure testing requirements, will be considered highly qualified for one year during which time they must pass the required test(s).

Special Education Teachers. While special education teachers who only provide consultative services are excluded from meeting the highly qualified requirements, current guidance indicates that special education teachers, who teach core academic subjects at the middle or secondary level, must meet the subject specific requirements. For those special education teachers who teach core academic subjects, the U.S. Department of Education is expected to issue guidance on how states can establish procedures for those teachers to demonstrate competency in the core content areas. The state will await further guidance and the reauthorization of the *Individuals with Disabilities Education Act (IDEA)* to define the specific requirements pertaining to special education teachers.

**Teachers Who do Not Meet Requirements for Highly Qualified Teachers**

The following types of teachers do not meet the highly qualified requirements in NCLB:

- Teachers on permits for a core academic course
- Teachers on Interim Licenses (except out-of-state teachers who hold a full license from another state)

Additionally, unless the following types of teachers can demonstrate highly qualified status in the core area, the teacher may not meet the federal requirements of NCLB:

- Licensed teachers on waiver for a core academic course
- Licensed teachers teaching core academic subjects outside of their field of endorsement

An overview of the teacher quality requirements as outlined in the NCLB Act appears in Appendix E.

## PARAPROFESSIONALS

The requirement that paraprofessionals be highly qualified applies only to instructional paraprofessionals who work in programs supported by Title I funds (school-wide or targeted assistance). However, all Title I paraprofessionals must, at a minimum, have a high school diploma or its recognized equivalent.

Paraprofessionals who provide instructional services must have done **one** of the following to meet the highly qualified requirements--

- completed two years of study at an institution of higher education; or
- obtained an associate's or higher degree; or
- passed a test that demonstrates knowledge of and the ability to assist in the instruction of reading, writing, and mathematics; or
- completed an assessment of content competence developed by the Local Education Agency (LEA) and approved by the State Department of Education.

**Timeline for Compliance**

➢ Instructional paraprofessionals newly hired after January 8, 2002 who work in programs supported by Title I funds (school-wide or targeted assistance), are required to meet these requirements upon employment.

➢ Instructional paraprofessionals who were hired on or before January 8, 2002 and who work in programs supported by Title I funds (school-wide or targeted assistance), must meet the requirements by the first local day of school year 2006-2007.

**Guidelines and Definitions for Highly Qualified Paraprofessional Requirements**

➢ The state equates 48 semester hours (excluding remedial courses), as the equivalent of two years of college. Developmental courses may count toward the 48 hours.

➢ The state does not require that the coursework or associate's degree be in any specific subject or field. The nature of the coursework or degree is left to the discretion of the school system. However, the coursework must have been obtained from an accredited institution of higher education.

➢ The SDE has collaborated with the Tennessee Board of Regents (TBR) in the development of an on-line associate's degree program for paraprofessionals. Information about the on-line degree is on the TBR web site at http://www.tn.regentsdegrees.org/.

➢ Tennessee has adopted the Praxis ParaPro Assessment as the statewide test for paraprofessionals. The ParaPro was developed by Educational Testing Service (ETS) to satisfy the test option for paraprofessionals. Information about this test is available on the ETS web site at http://www.ets.org/parapro. Local Education Agencies may develop (or purchase from a vendor) an assessment of content competence with the approval of the State Department of Education.

➢ The Tennessee passing score for the Praxis ParaPro Assessment is 456.

- All instructional paraprofessionals newly hired after January 8, 2002, who have not completed two years of college or do not hold an associate's degree or higher, must pass the ParaPro test or complete an assessment of content competence developed by the Local Education Agency (LEA) and approved by the State Department of Education prior to being hired in a Title I school or program.

- Paraprofessionals may take the ParaPro test in two different settings. They can register for the paper and pencil version with ETS, or school districts can order the on-line version for their paraprofessionals to take on site. The cost for either version of the test is $40 (no registration fee).

- A study guide for the ParaPro is available and can be ordered from the ETS web site above or by calling 800-537-3161. The cost of the study guide is $25.

- Aides that are working as translators or parent liaisons do not need to meet these requirements. However, all paraprofessionals, including translators and parent liaisons, must now have, at a minimum, earned a secondary school diploma or its recognized equivalent.

- The highly qualified status will be portable across school systems.

# APPENDIX A

**Test Options for Demonstrating Subject Area Competency to Meet Highly Qualified Requirements for NCLB**

Some currently licensed teachers may wish to demonstrate their subject matter competence by taking a test. If so, the following tests will serve to meet the highly qualified requirements of the NCLB Act.

Note that this list contains some tests that are no longer in existence as well as tests that are no longer valid for use in Tennessee. Therefore, Tennessee teachers may not take such tests presently to meet the requirements. However, teachers may use passing scores from any test on the list that was valid at the time the test was taken, even if the test was taken prior to the time that the state required the test for licensure in Tennessee.

**Where multiple tests are listed for a subject area, the test in bold is the required current test option when no other test has already been taken.** The applicable passing score(s) for each test is included in Appendix A (Part 2).

**See Appendix B and Appendix C for additional specific guidance regarding the science and social studies areas, respectively.**

***Passing any one test for the subject area (except when using the NTE Core Battery) will satisfy the highly qualified requirement.***

| Subject Area | Test Code | Test Title |
|---|---|---|
| Art K-12 | **0133** | **Art: Content Knowledge** |
| | 0130 | Art Education |
| Biology 7-12 | **0235** | **Biology: Content Knowledge** |
| | 0230 | Biology |
| | 0231 | Biology: Content Knowledge, Part 1 |
| Chemistry 7-12 | **0245** | **Chemistry: Content Knowledge** |
| | 0240 | Chemistry |
| | 0241 | Chemistry: Content Knowledge |
| Early Childhood Education PK-4* | **0014** | **Elementary Education: Content Knowledge** |
| | 0010 | Education in the Elementary School |
| | 0011 | Elementary Education: Curriculum, Instruction, & Assessment |
| | 0510 & 0500 | NTE Core Battery: General Knowledge **and** Communications Skills |
| Reading only | **0201 or** | **Reading Across Curriculum: Elementary OR** |
| | 0014 | Elementary Education: Content Knowledge |
| Earth Science 7-12 | **0571** | **Earth Science: Content Knowledge** |
| | 0570 | Earth/Space Science |
| | 0431 | General Science: Content Knowledge, Part 1 |
| Economics 7-12 | **0910** | **Economics** |
| | 0080 | Social Studies |
| Elementary Education K-6 | **0014** | **Elementary Education: Content Knowledge** |
| | 0010 | Education in the Elementary School |
| | 0011 | Elementary Education: Curriculum, Instruction, & Assessment |
| | 0146 | Middle School: Content Knowledge |
| | 0510 & 0500 | NTE Core Battery: General Knowledge **and** Communications Skills |
| Reading only | **0201** or | **Reading Across Curriculum: Elementary OR** |
| | 0014 | Elementary Education: Content Knowledge |
| English 7-12 | **0041** | **English Language, Literature, Composition: Content Knowledge** |
| | 0040 | English Language and Literature |
| English as a Second Language | 0360 | Teaching English as a Second Language |
| Geography 7-12 | **0920** | **Geography** |
| | 0080 | Social Studies |
| Government & Civics 7-12 | **0930** | **Government/Political Science** |
| | 0080 | Social Studies |
| History 7-12 | **0940** | **World and U.S. History** |
| | 0080 | Social Studies |

*NCLB applies to teachers in grades K-12. Early childhood teachers who teach only grade PK do not need to meet the requirements.

| Subject Area | Test Code | Test Title |
| --- | --- | --- |
| Languages: | | |
| French | **0173** | **French: Content Knowledge** |
| | 0170 | French |
| German | **0181** | **German: Content Knowledge** |
| | 0180 | German |
| Latin | 0600 | Latin |
| Spanish | **0191** | **Spanish: Content Knowledge** |
| | 0190 | Spanish |
| Mathematics 7-12 | **0061** | Mathematics: Content Knowledge |
| | 0060 | Mathematics |
| Middle Grades 7-8: | | |
| English/Lang Arts | 0049 | Middle School English Language Arts |
| Mathematics | 0069 | Middle School Mathematics |
| Science | **0439** | **Middle School Science** |
| | 0431 | General Science: Content Knowledge, Part 1 |
| | 0432 | General Science: Content Knowledge, Part 2 |
| Social Studies | **0089** | **Middle School Social Studies** |
| | 0080 | Social Studies |
| Multi-Disciplinary | **0146** | **Middle School: Content Knowledge** |
| Reading only | **0201 or** | **Reading Across Curriculum: Elementary OR** |
| | 0049 | Middle School English Language Arts |
| | | Note: The equivalent secondary subject specific test is also acceptable. See Appeudix B and Appendix C for additional guidance regarding the science and social studies areas, respectively. |
| Music K-12 | **0113** | **Music: Content Knowledge** |
| | 0110 | Music Education |
| Physical Science 7-12 | **0245** | **Chemistry: Content Knowledge** |
| | 0240 | Chemistry |
| | 0241 | Chemistry: Content Knowledge |
| | **0265** | **Physics: Content Knowledge** |
| | 0260 | Physics |
| | 0261 | Physics: Content Knowledge |
| | 0431 | General Science: Content Knowledge, Part 1 |
| | 0432 | General Science: Content Knowledge, Part 2 |
| Physics 7-12 | **0265** | **Physics: Content Knowledge** |
| | 0260 | Physics |
| | 0261 | Physics: Content Knowledge |

## APPENDIX A (PART 2)

### Applicable Test Scores for Demonstrating Subject Area Competency to Meet Highly Qualified Requirements for NCLB

The following test scores apply when the test option is used to meet the highly qualified requirements in NCLB. Refer to Appendix A to determine the test that satisfies the highly qualified requirement for the grade/core subject area being taught. Individuals seeking information about tests and score requirements for licensure and endorsement should refer to the guidelines at http://www.state.tn.us/education/lic_nte.htm.

The ***start date*** indicates the initial effective date of the passing score for the respective test in Tennessee. The ***end date*** indicates the last effective date for the score. Please note that some tests have more than one passing score. **Regardless of the start/end date for a test score, if a teacher took any test listed below, the test may be used for highly qualified status as long as a passing score was achieved.** The following guidelines should be used to determine the appropriate passing score.

- If the teacher took the test at any time during the listed start/end dates, the score in effect at the time applies. For example: Teacher A took test 0010 in March 1993. The applicable passing score for this teacher is 520.
- If the teacher took the test prior to the initial use of the test in TN, the earliest required score applies. For example: Teacher B took test 0010 in June 1985. The applicable passing score for this teacher is 490.
- If the teacher took the test after the test was no longer being used in TN (end date), the last required score applies. For example: Teacher C took test 0010 in Nov. 1998. The applicable passing score for this teacher is 520.
- If the teacher took the test during the period when no minimum (NM) score was required for licensure or endorsement, the initial score established for the test applies for highly qualified status. For example: The 0014 test was implemented with NM score during 9/1/01 – 8/31/03. The passing score of 140 becomes effective 9/1/03. Teacher D took 0014 in Sept. 2002. The applicable passing score for this teacher is 140.

**A list of the acceptable alternate test codes (with same test title) has been added.**

| Test Code | Alternate Code | Test Title | Start Date | End Date | Passing Score |
|---|---|---|---|---|---|
| 0010 | 01, 0001 | Education In The Elementary School | 9/1/1987 | 8/31/1992 | 490 |
| 0010 | | Education In The Elementary School | 9/1/1992 | 8/31/1998 | 520 |
| 0011 | | Elementary Education: Curriculum, Instruction, and Assessment | 9/1/1998 | current | 159 |
| 0014 | | Elementary Education: Content Knowledge | 9/1/2001 | current | 140 |
| 0040 | 04, 0004 | English Language and Literature | 9/1/1987 | 8/31/1992 | 480 |
| 0040 | | English Language and Literature | 9/1/1992 | 8/31/1995 | 510 |
| 0041 | | English Language, Literature, Composition: Content Knowledge | 9/1/1995 | current | 157 |
| 0049 | | Middle School English Language Arts | 8/22/2003 | current | 145 |
| 0060 | 06, 0006 | Mathematics | 9/1/1987 | 8/31/1991 | 520 |
| 0060 | | Mathematics | 9/1/1991 | 8/31/1995 | 540 |
| 0061 | | Mathematics: Content Knowledge | 9/1/1995 | current | 136 |
| 0069 | | Middle School Mathematics | 8/22/2003 | current | 143 |
| 0080 | 08, 0008 | Social Studies | 9/1/1987 | 8/31/1992 | 490 |
| 0080 | | Social Studies | 9/1/1992 | 8/31/1993 | 520 |
| 0089 | | Middle School Social Studies | 8/22/2003 | current | 140 |
| 0110 | 11 | Music Education | 9/1/1987 | 8/31/1998 | 480 |
| 0113 | | Music: Content Knowledge | 9/1/1998 | current | 150 |
| 0130 | 13, 0013 | Art Education | 9/1/1990 | 8/31/1998 | 530 |
| 0133 | | Art: Content Knowledge | 9/1/1998 | current | 150 |
| 0146 | | Middle School: Content Knowledge | 9/1/2000 | current | 150 |
| 0170 | 17, 0017 | French | 9/1/1987 | 8/31/1991 | 490 |
| 0170 | | French | 9/1/1991 | 8/31/1998 | 520 |
| 0173 | | French: Content Knowledge | 9/1/1998 | current | 160 |
| | | | | | |

| Test Code | Alternate Code | Test Title | Start Date | End Date | Passing Score |
|---|---|---|---|---|---|
| 0180 | 18, 0018 | German | 9/1/1987 | 8/31/1988 | 470 |
| 0181 | | German: Content Knowledge | 9/1/1998 | current | 139 |
| 0190 | 19, 0019 | Spanish | 9/1/1987 | 8/31/1992 | 480 |
| 0190 | | Spanish | 9/1/1992 | 8/31/1995 | 490 |
| 0191 | | Spanish: Content Knowledge | 9/1/1995 | current | 152 |
| 0201 | | Reading Across Curriculum: Elementary | 8/22/2003 | current | 153 |
| 0230 | 23, 0023 | Biology | 9/1/1989 | 8/31/1995 | 420 |
| 0231 | | Biology: Content Knowledge, Part 1 | 9/1/1995 | 8/31/2002 | 146 |
| 0235 | | Biology: Content Knowledge | 9/1/2002 | current | 148 |
| 0240 | 24, 0024 | Chemistry | 9/1/1987 | 8/31/1995 | 400 |
| 0241 | | Chemistry: Content Knowledge | 9/1/1995 | 8/31/2002 | 136 |
| 0245 | | Chemistry: Content Knowledge | 9/1/2002 | current | 152 |
| 0260 | 26, 0026 | Physics | 9/1/1987 | 8/31/1995 | 400 |
| 0261 | | Physics: Content Knowledge | 9/1/1995 | 8/31/2002 | 124 |
| 0265 | | Physics: Content Knowledge | 9/1/2002 | Current | 144 |
| 0360 | | Teaching English as a Second Language | 9/1/1999 | Current | 530 |
| 0431 | | General Science: Content Knowledge, Part 1 | 9/1/1995 | Current | 138 |
| 0432 | | General Science: Content Knowledge, Part 2 | 9/1/1995 | 12/28/2001 | 136 |
| 0439 | | Middle School Science | 8/22/2003 | current | 135 |
| 0500 | | NTE Core Battery: Communication Skills | 9/1/1984 | 8/31/1986 | 640 |
| 0500 | | NTE Core Battery: Communication Skills | 9/1/1986 | 8/31/1987 | 644 |
| 0500 | | NTE Core Battery: Communication Skills | 9/1/1987 | 8/31/1991 | 647 |
| 0500 | | NTE Core Battery: Communication Skills | 9/1/1991 | 4/13/1998 | 651 |
| 0510 | | NTE Core Battery: General Knowledge | 9/1/1984 | 8/31/1986 | 637 |
| 0510 | | NTE Core Battery: General Knowledge | 9/1/1986 | 8/31/1987 | 640 |
| 0510 | | NTE Core Battery: General Knowledge | 9/1/1987 | 8/31/1991 | 644 |
| 0510 | | NTE Core Battery: General Knowledge | 9/1/1991 | 4/13/1998 | 647 |
| 0570 | 57, 0057 | Earth/Space Science | 9/1/1990 | 8/31/1996 | 470 |
| 0570 | | Earth/Space Science | 9/1/1996 | 8/31/1998 | 520 |
| 0571 | | Earth Science: Content Knowledge | 9/1/1998 | 8/31/2002 | 144 |
| 0571 | | Earth Science: Content Knowledge | 9/1/2002 | current | 146 |
| 0600 | 60 | Latin | 9/1/1991 | current | 540 |
| 0910 | 91, 0091 | Economics | 9/1/1990 | current | 530 |
| 0920 | 92, 0092 | Geography | 9/1/1990 | current | 520 |
| 0930 | 93, 0093 | Government/Political Science | 9/1/1990 | current | 560 |
| 0940 | 94, 0094 | World and U.S. History | 9/1/1990 | current | 490 |

# APPENDIX B

## Science: Highly Qualified Guidance

The following sciences (and all related courses) are considered core academic subjects in Tennessee for purposes of NCLB: biology, chemistry, earth science, physics, and physical science. The state will consider individuals highly qualified for the purposes of meeting the content requirements of NCLB if they meet **one** of the following options:

1. **Test Option.**

   a. High School. Teachers are considered highly qualified to teach in grades 9-12 if they pass the NTE or Praxis examination in the subject(s) they teach. Teachers of physical science (and related courses) are considered highly qualified if they pass any one of the following NTE or Praxis examinations: chemistry, physics, or general science.

   b. Middle Grades. Science at the middle grades level has a broad-field emphasis in the areas of life, earth, and physical science. Teachers are considered highly qualified to teach any science in grades 7-8 if they pass any one of the following NTE or Praxis examinations: middle grades multi-disciplinary, middle grades science or secondary tests in general science, biology, chemistry, physics, or earth science.

   **Note**: Please refer to the detailed test list for the specific acceptable tests for all core subject areas.

2. **Major Option.**

   a. High School. Teachers of biology, chemistry, physics, and earth science (and all related courses for each area) are considered highly qualified if they have a major or have the equivalent of a major (24 hours) in the subject(s) they teach. Teachers of physical science (and related courses) are considered highly qualified if they have a major or the equivalent (24 hours) in physics or chemistry, or 24 hours combined in physics and chemistry.

   b. Middle Grades. Science at the middle grades level has a broad-field emphasis in the areas of life, earth, and physical science. Therefore, new teachers seeking to become highly qualified in middle grades sciences should focus their course taking on these areas. Teachers are considered highly qualified to teach any of the science areas in grades 7-8 if they have a major or the equivalent (24 hours) in biology, chemistry, physics, earth science or broad-field coverage in life, earth and physical science.

3. **Graduate Degree** in the core content area.

4. **Advanced Certification or Credential.** National Board Certification (NBC) in the content area, including broad-field.

5. **HOUSSE Option**. Teachers are considered highly qualified if they demonstrate competency in the core subject area based on a highly objective uniform state standard of evaluation (HOUSSE). The HOUSSE options are available only to existing teachers. See the section on HOUSSE Options.

**Note:** A course that a school system offers as a substitute for a core academic area must be taught by a highly qualified teacher (i.e. Biology for Technology may substitute for Biology). See Appendix D for guidance on Substitute Credit Courses.

# APPENDIX C

## Social Studies: Highly Qualified Guidance

The following social studies areas are considered core academic subjects for NCLB: history, geography, economics, and government and civics. The state will consider individuals highly qualified for purposes of meeting the content requirements of NCLB if they meet **one** of the following options:

1. **Test Option.**

   a. High School. Teachers are considered highly qualified to teach in grades 9-12 if they pass the NTE or Praxis examination in the subject(s) they are teaching: history, geography, government, and economics, or the broad-field social studies test (if previously taken).

   b. Middle Grades. Social studies at the middle grades level is focused on history and geography. Teachers are considered highly qualified to teach in grades 7-8 if they pass any one of the following NTE or Praxis examinations: middle grades multi-disciplinary, middle grades social studies or secondary tests in social studies, history, or geography.

   **Note**: Please refer to the detailed test list for the specific acceptable tests for all core subject areas.

2. **Major Option.** Teachers are considered highly qualified if they have a major or have the equivalent of a major (24 hours) in any **one** of the following:

   a) History
   b) Geography
   c) Government and Civics
   d) Economics
   e) Social studies, including any combination of courses in history, geography, economics, and government and civics (see minimum hour requirements below to teach a specific subject).

   **Note:** To utilize the broad-field social studies major ("e" above) for highly qualified status, teachers must have at least 18 hours in history to teach history, 9 hours in geography to teach geography, 9 hours in economics to teach economics, and 9 hours in government and civics to teach government and civics.

   a. High School. To be considered highly qualified to teach social studies, high school teachers must have the major or the equivalent of a major (24 hours) in the subject area, or have a broad-field social studies major and meet the minimum hour requirements to teach the specific core subject.

   b. Middle Grades. Social studies at the middle grades level is focused on history and geography. Therefore, new teachers seeking to become highly qualified in middle grades social studies should focus their course taking on history and geography. To be considered highly qualified to teach history or geography, middle grades teachers must have the major or the equivalent of a major (24 hours) in history, geography, or have a broad-field social studies major to teach social studies in either grade 7 or 8.

3. **Graduate Degree** in the core content area.

4. **Advanced Certification or Credential.** National Board Certification (NBC) in the core content area, including broad-field.

5. **HOUSSE Option.** Teachers are considered highly qualified if they demonstrate competency in the core subject matter based on a highly objective uniform state standard of evaluation (HOUSSE). The HOUSSE options are available only to existing teachers. See section on HOUSSE Options.

**Note:** A course that a school system offers as a substitute for a core academic area must be taught by a highly qualified teacher (i.e. Business Economics may substitute for Economics). See Appendix D for guidance on Substitute Credit Courses.

## Appendix D

### Substitute Credit Courses: Highly Qualified Guidance

The following courses may be offered either as an elective or as a substitute for a core academic course. A course that a system offers as a ***substitute for a core academic course*** must be taught by a highly qualified teacher in the core subject area. For example, if Applied Communications is offered as a substitute for English III, the teacher must be highly qualified to teach English. The teacher does not need to meet the highly qualified requirement if the substitute course listed below is only offered as an elective.

**Note:** So as not to impact those juniors and seniors currently in the pipeline, the requirement that teachers of substitute core academic courses be highly qualified does not take effect until the beginning of the 2004-05 school year. However, school systems should take this requirement into consideration now when hiring new teachers that may be assigned to teach a substitute credit course. The guidelines for scheduling credit courses that substitute for core academic areas will be included in the 2004-05 Correlation of Course Codes.

The column "Core Subject Area" represents the core academic subject area in which the teacher must meet the highly qualified requirement for the applicable substitute course.

| Subject Area | Substitute Course | Substitution Area | Core Subject Area |
|---|---|---|---|
| **English** | Applied Communications | English III or IV | English |
| **Mathematics** | Math for Technology II | Algebra I | Mathematics |
| **Science** | Agri-Science | Life Science | Biology |
| | Anatomy and Physiology | Science credit | Biology |
| | Biology for Technology | Biology | Biology |
| | Nutrition Science | Science credit | Biology or Chemistry |
| | Principles of Technology I | Science credit | Physical Science |
| | Principles of Technology II | Science credit or Physics if both I and II are taken | Physics |
| **Social Studies** | American Business/Legal Systems | Government | Government |
| | Business Economics | Economics | Economics |
| | Consumer Economics | Economics | Economics |
| | International Business and Marketing | Economics | Economics |
| | Virtual Enterprise | Economics | Economics |
| | Marketing<br>Marketing & Mangmt I- Principles<br>Financial Services Marketing<br>Entrepreneurship<br>Services Marketing<br>Retail Operations<br>Wholesale-Logistics Operations<br>International Business & Marketing | Economics | Economics |

## APPENDIX E

## OVERVIEW: NCLB REQUIREMENTS FOR HIGHLY QUALIFIED TEACHERS

### Highly Qualified New Teachers

<table>
<tr><td colspan="3">The term highly qualified teacher applies to any public elementary or secondary school teacher who is fully licensed to teach in the state and does not have any licensure requirements waived on an emergency, temporary, or provisional basis. Teachers <u>new to the profession</u>:</td></tr>
<tr><th>Elementary</th><th>Middle</th><th>Secondary</th></tr>
<tr><td rowspan="2">--at least a bachelors degree<br>AND<br>--pass a test that demonstrates subject knowledge & teaching skills in reading, writing, mathematics, and other areas of the basic elementary school curriculum</td><td>--at least a bachelors degree<br>AND<br>--demonstrates competency in each academic subject they teach</td><td>--at least a bachelors degree<br>AND<br>--demonstrates competency in each academic subject they teach</td></tr>
<tr><td colspan="2">Mechanisms for demonstrating competency in each core academic subject area:<br>--pass a test<br>--academic major<br>--graduate degree<br>--coursework equivalent to undergraduate academic major<br>--advanced certification or credential</td></tr>
</table>

### Highly Qualified Existing Teachers

<table>
<tr><td colspan="3">The term highly qualified teacher applies to any public elementary or secondary school teacher who is fully licensed to teach in the state and does not have any licensure requirements waived on an emergency, temporary, or provisional basis. Teachers <u>not new to the profession</u>:</td></tr>
<tr><th>Elementary</th><th>Middle</th><th>Secondary</th></tr>
<tr><td rowspan="2">--at least a bachelors degree<br>AND<br>--pass a test that demonstrates subject knowledge & teaching skills in reading, writing, mathematics, and other areas of the basic elementary school curriculum<br><br>OR</td><td>--at least a bachelors degree<br>AND<br>--demonstrates competency in each academic subject they teach</td><td>--at least a bachelors degree<br>AND<br>--demonstrates competency in each academic subject they teach</td></tr>
<tr><td colspan="2">Mechanisms for demonstrating competency:<br>--pass a test<br>--academic major<br>--graduate degree<br>--coursework equivalent to undergraduate academic major<br>--advanced certification or credential<br><br>OR</td></tr>
<tr><td colspan="3">--demonstrates competence in all academic subject areas via a highly objective uniform state standard of evaluation that:<br>➢ is based on both grade appropriate academic subject matter knowledge and teaching skills;<br>➢ is aligned with challenging State academic content and student academic achievement standards;<br>➢ provides objective, coherent information about the teacher's attainment of core content knowledge in the academic subject areas being taught;<br>➢ is applied uniformly to all teachers in the same subject area and grade level;<br>➢ takes into consideration, but not based primarily on, the time the teacher has taught the academic subject; and<br>➢ may involve multiple, objective measures of teacher competency.</td></tr>
</table>

# DOCUMENTS SECTION

This section contains forms and instructions to be used for documenting highly qualified status. The following documents are included:

- **Professional Matrix and Instructions** (HOUSSE option for existing teachers)
- **Assurance Page and Instructions** (Official state form required for documentation of teachers highly qualified status)

# PROFESSIONAL MATRIX

## HOUSSE OPTION FOR DETERMINING HIGHLY QUALIFIED TEACHERS

**Teacher Name** ______________________ **Content Area** ____________________ **Date** ______________

**Complete one professional matrix for each content area. Refer to State Plan for detailed description of the teacher quality requirements.**

| Content Indicator Code | Activity Which Demonstrates Content Knowledge Expertise | Sample Activities | Recency | Points Credit | Point Limit | Evidences | Points Accrued |
|---|---|---|---|---|---|---|---|
| | National Board Certification in assigned core teaching area | • Verification of being awarded Advanced Certification from the National Board for Professional Teaching Standards | N/A | 100 | 100 | | |
| 1 | Experience teaching in the specific <u>content</u> area | • Verification of teaching experience by LEA/LEAs | Within 10 yrs | 5 per yr | 40 | | |
| | | • <u>Content</u> instructor at IHE (Institution of Higher Education) | Within 10 yrs | 2 pts per sem hr | 12 | | |
| 2 | Positive evaluations | • Positive evaluation consistent with scoring at/above standards of Comprehensive Assessment, or meeting/exceeding expectations for Focused Assessment in the Framework for Evaluation and Professional Growth | Within 10 yrs | 10 per evaluation | 20 | | |
| | | • Career Ladder II<br>• Career Ladder III | N/A<br>N/A | 5<br>10 | 5<br>10 | | |
| 3 | College coursework | • <u>Content</u>/subject area<br>• Subject area pedagogy (methods)<br>• Reading/writing for K-12 teachers in all subjects<br>• Students with disabilities<br>• English Language Learners<br>• Students in poverty | N/A | 2 pts per sem hr | 40 | | |
| 4 | Honors/awards/ publications | • Each content article in regional, state, or national electronic or print journal | Within 10 yrs | 2 per article | 10 | | |

ED 5072

App.2641

| Content Indicator Code | Activity Which Demonstrates Content Knowledge Expertise | Sample Activities | Recency | Points Credit | Point Limit | Evidences | Points Accrued |
|---|---|---|---|---|---|---|---|
| 4 (cont.) | Honors/awards/ publications (cont.) | • Annual educational/professional awards including school, district, regional, state, national | Within 10 yrs | 2 per award | 10 | | |
| 5 | Professional leadership | • Trained mentor of new teachers | Within 10 yrs | 2 per yr | 30 | | |
| | | • Department/grade/team chair | | 2 per yr | | | |
| | | • SIP/SACS Committee Member | | 1 per yr | | | |
| | | • SIP/SACS Chair (in addition to membership above) or Board of Examiners Team Member | | 1 per year | | | |
| | | • Cooperating teacher for student teachers/interns | | 1 per sem | | | |
| | | • Curriculum/standards/assessment committees (including curriculum mapping) | | 2 per committee | | | |
| | | • Textbook adoption committee | | 2 per committee | | | |
| | | • Coordinator/facilitator/instructional coach | | 2 per year | | | |
| | | • Consultant to state or national initiatives (e.g., AP, ETS, Academic Decathlon, ACT) | | 2 per year | | | |
| 6 | Staff/professional development | • Participation in professional development pertaining to content area or addressing needs of NCLB | Within 10 yrs | 2 per six-hour event | 40 | | |
| | | • Presenter/facilitator of professional development pertaining to content area or addressing needs of NCLB | | 3 per six-hour event | | | |
| | | • Membership in regional, state, or national content-specific organization | | 1 per yr | | | |
| | | • Officer in content-specific professional organization | | 2 per yr | | | |
| | | • Attendance at conference of content-specific professional organization | | 1 per yr | | | |
| | | • Presentation at conference of content-specific organization | | 2 per yr | | | |
| TOTAL POINTS ACCRUED (At least 100 required for highly qualified status) | | | | | | | |

ED 5072

**Attach completed matrix to the Teacher Quality Assurance Page**



KCBOE08069

# Professional Matrix Instructions
## HOUSSE OPTION

For detailed information about the teacher quality requirements, refer to the Tennessee Plan for Implementing the Teacher and Paraprofessional Quality Provisions of the No Child Left Behind Act (NCLB) of 2001, available online at http://tennessee.gov/education/mnclb.htm. Teachers should read this plan prior to selecting any option to meet the federal requirements of NCLB.

The federal No Child Left Behind (NCLB) core academic subjects include: English, reading or language arts, mathematics, science (biology, chemistry, earth science, physics, and physical science), foreign languages (French, German, Latin, and Spanish), civics and government, economics, arts (visual arts and music), history, and geography. For an elementary teacher (K-6), the content area should be listed as "elementary" since NCLB requires elementary teachers to demonstrate competency in the broad elementary curriculum.

The Professional Matrix enables teachers to accumulate "points" for a variety of professional activities and accomplishments related to the content area and teaching skills as a means to achieve highly qualified status. **Teachers must accumulate 100 points** on the Matrix to achieve highly qualified status.

In addition to the documentation noted below for each indicator, building-level administrators may wish to consider other appropriate documentation. Participation in professional activities (including experience) from other states or LEAs may be considered with appropriate documentation.

In addressing the 10-year recency requirement, a year is defined as July 1 to June 30. Use the current school year at the time you complete the matrix as the base and count back 10 years to July 1 of the applicable school year. Include activities that occurred between July 1 ten years ago and June 30 of the current school year. For example, if you fill out the matrix during the 2003-2004 school year, you may include activities between July 1, 1993 and June 30, 2004.

**Content Indicator 1 – Experience in the specific content area**

- The teaching experience must be within the specific content area (irrespective of grade level) and may include out of state and/or other Local Education Agency (LEA) experience.
- Institution of Higher Education (IHE) instructional experience must be within the specific content area and may include out of state experience.

**Content Indicator 2 – Positive evaluations**

- Teachers may utilize previous positive evaluations in accordance with the scoring standards of the Comprehensive and Focused Assessment in the Framework for Evaluation and Professional Growth. The evaluation expectation is that the standard for a professionally licensed teacher has been met as defined on pages 40 and 86 respectively, of the Framework. The evaluation must be on file.

- If a teacher was evaluated using the State Model for Evaluation that preceded the Framework, the acceptable scoring standard is a rating of 3-5.

- Points are applicable for the highest level attained for Career Ladder Level II or III only.

**Content Indicator 3 – College coursework**

Official transcripts (attach) should be used to evaluate undergraduate and graduate level college coursework in the following (divide quarter hours by 1.5 to translate quarter hours to semester hours):

- Content/subject area
- Subject area pedagogy (methods)
- Reading/writing for K-12 teachers in all subjects
- Students with disabilities
- English Language Learners
- Students in poverty

- Technology integration which may include courses that focus on curricular uses of technology, problem-based learning with technology tools, etc.; excludes use of the internet, office software (WORD, EXCEL, etc.), communication tools (Outlook, GroupWise, etc.), programming or network design tools (Oracle, DB2, Access, HTML, Visual Studio, Front Page, etc.), etc.

**Content Indicator 4 – Honors/awards/publications**
- An article relating to the content area published in multiple sources may only be counted once (provide documentation).
- Awards may be counted more than once if awarded on more than one level. Levels include school, district, regional, state and national (provide documentation).

**Content Indicator 5 – Professional Leadership**
- Mentoring credit is awarded only to trained mentors who have served in a mentorship role. The mentor training must have been provided by the SDE or other state approved mentor training (attach copy of training certificate).
- Department, grade, or team chair assignment should be verified by building level administrator.
- SIP/SACS committee participation, including membership or chair, should be verified by building level administrator. Visiting SACS team membership is also acceptable. Board of Examiners' membership should be verified by building level administrator or by the State Department of Education, Office of Teacher Education and Accreditation.
- Cooperating teachers' supervision of student teachers/interns should be verified by building level administrator or Institution of Higher Education (IHE) coordinator.
- Instructional-based committee assignments (including textbook adoption, curriculum mapping, standards and assessments, Continuing Instructional Monitoring Plan (CIMP), etc.), should be verified by building level administrator and/or LEA administrator.
- Functions as a building-level coordinator, facilitator, or instructional coach should be verified by building level administrator.
- State or national consulting should be verified by the appropriate sponsoring agency.

**Content Indicator 6 – Staff/professional development**
- Professional development in the content area or related to the NCLB subgroups must be consistent with federal guidelines and in accordance with State Board of Education policy (www.state.tn.us/sbe). NCLB requires that professional development be ongoing and sustained. Such activities should be verified by building-level administrators.
- Presentation or facilitation of professional development is limited to a content area or pertaining to NCLB subgroups (Race/Ethnicity, Students with Disabilities, English Language Learners, and Economically Disadvantaged Students). Activity should be verified by building-level administrator.
- Membership and/or officer position is limited to content-specific organizations at the regional, state, or national level. These organizations may include Association of Supervision and Curriculum Development (ASCD), National Council of Teachers of Mathematics (NCTM), or Phi Delta Kappa (PDK), etc. It may not include sorority- or fraternity-type organizations (provide documentation).
- Conference attendance and/or presentation is limited to content-specific organizations (provide documentation).

# TEACHER QUALITY ASSURANCE PAGE

All elementary, middle and high school teachers of core academic subjects must demonstrate that they meet the federal requirements. See instructions on the back of this form.

Full Name as it appears on Tennessee teaching license (Last name, First name, and Middle name/initial)

Social Security Number

Current School System

School

License Endorsement Area(s) (List by codes)

Current Grade(s)/Subject(s) Taught

GENERAL OPTIONS

- Academic Major *(transcript attached)*
- Coursework Equivalent *(transcript attached)*
- Graduate Degree *(transcript attached)*
- National Board Certification *(copy attached)*
- NTE/PRAXIS Test *(documentation attached)*

HOUSSE OPTIONS (Existing teachers only)

- Professional Matrix *(attached)*
- Teacher Effect Data (documentation attached)
- Framework for Evaluation and Professional Growth *(option available after July, 2004)*

**Highly Qualified Content Area(s):** Only one option is required for each content area. The following indicates the content area(s) and the option(s) that I have chosen to demonstrate that I meet the highly qualified requirements:

| | | |
|---|---|---|
| Content Area: | Content Area: | Content Area: |
| Option: | Option: | Option: |

I hereby assure the Tennessee Department of Education that I hold a valid Tennessee teaching license. I understand that submission of this documentation demonstrates that I am a Highly Qualified Teacher in the above content area(s) under NCLB guidelines.

**Misrepresentation or falsification of information may result in removal of highly qualified status and could be grounds for dismissal as a teacher under TCA 49-5-511.**

Signature of Teacher

Date

**LEA Review Verification**

I assure the Tennessee Department of Education that I have reviewed the documentation of the above-named educator and recommend the highly qualified status.

Signature of LEA Representative examining documentation

Director of Schools' Signature

Title

Date

Date

ED-5067

**MAINTAIN THIS FORM AND DOCUMENTATION ON FILE AT THE LOCAL LEVEL**

# Teacher Quality Assurance Page Instructions

For detailed information about the teacher quality requirements, refer to the Tennessee Plan for Implementing the Teacher and Paraprofessional Quality Provisions of the No Child Left Behind Act (NCLB) of 2001, available online at http://tennessee.gov/education/mnclb.htm. **Teachers should read this plan <u>prior to</u> selecting any option to meet the federal requirements of NCLB.**

**HIGHLY QUALIFIED CONTENT AREA(S)**
For each content area in which a teacher wishes to demonstrate highly qualified status under NCLB, teachers must indicate the option used. **Teachers are not limited to the content area(s) they currently teach.**

The federal NCLB content areas are: English, reading or language arts, mathematics, science (biology, chemistry, earth science, physics, and physical science), foreign languages (French, German Latin, and Spanish), civics and government, economics, arts (visual arts and music), history, and geography.

For an elementary teacher (K-6) in a self-contained classroom, the content area should be listed as "elementary" since NCLB requires an elementary teacher to demonstrate competency in the broad elementary curriculum.

**OPTIONS**
For each content area, a teacher must choose one option to demonstrate highly qualified status. Only one option, either a general option or a HOUSSE (Highly Objective Uniform State Standard of Evaluation) option, is required for each content area. The HOUSSE options are available to existing teachers only. See options chart below.

**<u>General Options</u>:**

- **Academic Major**: For a teacher of grades 7-12, the undergraduate major must be in the core academic content area indicated. Attach transcript as evidence.
- **Coursework Equivalent**: For a teacher of grades 7-12, the 24 semester hours (undergraduate and graduate courses) must be in the core academic content area indicated and may include **<u>up to</u>** six hours of content methodology coursework. Attach transcript as evidence.
- **Graduate Degree**: For a teacher of grades 7-12, the graduate degree must be in the core academic content area indicated. Attach transcript as evidence.
- **National Board Certification (NBC)**: NBC must be at the grade level being taught (K-6) or in the core academic content area (7-12). Attach a copy of certificate.
- **NTE/PRAXIS Test**: Refer to Appendix A and Appendix A (Part 2) in the state plan for a list of the applicable tests and the passing scores being used for highly qualified status. Attach a copy of the documentation that identifies the appropriate test passed for the applicable content area. If a test has been validated by the SDE online search, a copy of the teacher certification information sheet from the website may be attached for documentation.

**<u>HOUSSE Options</u>:**
NCLB allows an existing teacher who is not new to the profession (hired before the first day of the 2002-03 school year), to demonstrate highly qualified status through a Highly Objective Uniform State Standard of Evaluation (HOUSSE).

- **Professional Matrix**: One hundred (100) points must be accumulated for professional activities and accomplishments. Attach a copy of the completed Matrix. (For Existing Elementary Teachers, National Board Certification may count as 100 points.)
- **Teacher Effect Data**: The most recent 3-year average gain comparison of the teacher vs. the state must be Not Detectably Different (NDD) or Above the state mean. A copy of the report should be attached for documentation.
- **Framework for Evaluation and Professional Growth**: This option was developed to include more of a content focus. The revised Framework was made available after July, 2004.

| Options | Elementary (K-6) | | Middle or HS (7-12) | |
|---|---|---|---|---|
| **General Options:** | **New** | **Existing** | **New** | **Existing** |
| Academic Major | | | √ | √ |
| Coursework Equivalent of Major | | | √ | √ |
| Graduate Degree | | | √ | √ |
| National Board Certification (NBC) | | | | √ |
| NTE/Praxis Test | √ | √ | √ | √ |
| **HOUSSE Options:** | | | | |
| Professional Matrix | | √ | | √ |
| Teacher Effect Data | | √ | | √ |
| **Framework for Evaluation & Professional Growth*** | | √ | | √ |

*This option was approved by SBE action in June 18, 2004.

**LEA REVIEW VERIFICATION**
The LEA Representative is the individual at the local level (school or central office) that has responsibility for determining teacher's highly qualified status.

App.2646

# APPENDIX [illegible] Description



KCBOE08074

## EXECUTIVE DIRECTOR

The Executive Director is a liaison between School Governing Board and School Principal. Executive Director will be a direct supervisor of the Principal and therefore will attend all Board meetings. The Executive Director help KCA Governing Board establish general policies of the school and monitor the implementation of these policies along with the KCA Charter guidelines by the Principal and/or duly constituted committees.

- The Executive Director help KCA Governing Board ensure that the activities of the school are in full alignment with the mission of the school.
- The Executive Director help KCA Governing Board solicit grants and donations consistent with the mission of the school.
- The Executive Director collaborates with Higher Educational institutions to establish great educational programs at KCA
- The Executive Director collaborates with other Tennessee public and charter schools to improve the education of the students within Knox County.
- The Executive Director's job descriptions are not limited to the items listed above. He/she works for KCA Governing Board at its pleasure and ready to undertake any responsibilities that KCA Governing Board may assign in the future.

# SCHOOL PRINCIPAL

School Principal shall operate as chief operating subordinates to the school board in orchestrating program and service delivery to students through teaching and auxiliary staff including the following duties:

**Supervisory Responsibilities:**

Supervise and evaluate the performance of staff assigned to campus including assistant principals (deans of students and academics), the business manager, teacher(s), counselor(s), librarian(s), instructional aides, clerical support staff, and custodians.

**Skills:**

- Knowledge of school law, finance, and curriculum.
- Able to manage personnel.
- Able to interpret policy, procedures, and data.
- Able to effectively develop and manage budget
- Exceptional organizational, communication, public relations, and interpersonal skills.

**Working Conditions:**

- Maintain emotional control under stress.
- Occasional district wide and statewide travel.
- Frequent prolonged and irregular hours.

**Responsibilities and Duties:**

***Management:***

- Monitor instructional and managerial processes to ensure that program activities are related to program outcomes and use findings to take corrective actions.
- Regularly consult the campus-level committee about planning, operation, supervision, and evaluation of campus education program. Include students and community representatives when appropriate.

***School or Organization Morale:***

- Provide instructional resources and materials to support teaching staff in accomplishing instructional goals.
- Foster collegiality and team building among staff members. Encourage their active enrolment in decision-making process.
- Provide for two way communications with the board and the Management Company, staff, students, parents, and community.
- Communicate and promote expectations for high-level performance to staff and students. Recognize excellences and achievement
- Ensure the effective and quick resolution of conflicts

***School or Organization Improvement***

- Build common vision for school improvement with staff. Direct planning activities and put programs in place with staff to ensure attainment of school's mission.

- Develop and set annual campus performance objectives for each of the Academic Excellence Indicators using the campus planning process and site-based decision making committee.
- Develop, maintain, and use information systems and records necessary to show campus progress on performance objectives addressing each Academic Excellence Indicator.

***Personnel Management:***

- Interview, select, and orient new staff. Approve all personnel assigned to campus.
- Define expectation for staff performance with regard to instructional strategies, classroom management, and communication with public.
- Observe employee performance, record observations and conduct evaluation conferences with staff:
- Work with campus-level planning and decision-making committees to plan professional development activities.

***Management of Fiscal, Administrative, Facilities Functions:***

- Comply with district policies and state and federal laws and regulations affecting the schools.
- Develop campus budgets based on documented programs needs, estimated enrollment, personal, and other fiscal needs. Keep programs within budget limit
- Maintain fiscal control. Accurately report fiscal information.
- Compile, maintain, and file all physical and computerized report, records, and other documents required including accurate and timely reports of maximum attendance to requisition textbook.
- Manage use of school facilities. Supervise maintenance of facilities to ensure a clean, orderly and safe campus.
- Direct and manage extra-curricular and intramural programs. Including management of multiple activity funds.

***Student Management:***

- Work with faculty and student to develop a student discipline management systems that results in positive student behavior and enhances the school climate.
- Ensure that school rules are uniformly observed and that student discipline is appropriate and equitable in accordance with Student code of Conduct and student handbook.
- Conduct conferences about student and school issues with parents, student, and teachers.

***School or Community Relations:***

- Demonstrate awareness of school and community needs and initiate activities to meet those needs.
- Use appropriate and effective techniques to encourage community and parent involvement.

# ASSISTANT PRINCIPALS

## (Dean of Academics and Dean of Students)

Assistant Principals, or Deans of Academics and Dean of Students, will assist principal in instructional program administration, human resources organizations, student activities and services.

**Skills:**

- Working knowledge of charter operations.
- Exceptional organizational, communication and interpersonal skills.
- Capable of coordinating charter support operations.

**Responsibilities and Dnties:**
Share supervisory duties for charter professional staff with charter principal. Oversee teachers, custodians, paraprofessionals, clerical personnel and others as assigned.

***Instructional Management***

- Assist in planning and assessing the educational programs.
- Encourage planning of innovative education programs, assist teachers in implementing such efforts when appropriate.
- Encourage the use of technology in the instructional process.

***Charter Atmosphere***

- Encourage a constructive, thoughtful climate for learning.
- Promote fairness of students and staff from all cultural backgrounds.
- Communicate with students and staff in an effective manner.

***Charter Improvement***

- Assist in organization of school improvement plan with staff, parents and community members.
- Help principal design, manage and implement information systems to manage and track progress on charter goals and academic excellence indicators.

***Personnel Management***

- Hold employee evaluation conferences based on records of performance evaluation.
- Assist principal in interviewing, selecting and orienting new charter employees.

***Administration and Fiscal/Facilities Management***

- Oversee charter operations in principal's absence.
- Assist in scheduling student activities by participating in the development of class schedules, teacher assignments and extracurricular activity schedules.
- Oversee student attendance records and assist the attendance clerk on truancy issues.

- Requisition supplies, textbooks and equipment; verify inventory; manage records; and confirm receipts for materials.
- Aid in safety drill practices and inspections.
- Manage support services including transportation, custodial and cafeteria.
- Abide by all federal and state laws that apply to charter schools and charter policy.

***Student Management***
- Provide for supervision of students during non-instructional hours.
- Help students develop positive behavior through a student discipline management system.
- Provide for uniform enforcement of school rules and oversee appropriate and reasonable student discipline.
- Hold parent/teacher/student conferences in regard to student and school issues.
- Demonstrate use of productive and efficient skills to raise community and parent involvement.

## COUNSELOR

Primary role and purpose of the counselor is to develop, implement, and assess a comprehensive guidance program for the charter including counseling services. Promote a guidance program that shows students how their personal growth and development can be maximized.

**Skills:**
- Working knowledge of counseling procedures, student appraisal and career development.
- Superior organizational, communication and interpersonal skills.
- Capable of instructing students and managing their behavior.

**Responsibilities and Duties:**

***Guidance***
- Communicate the guidance program to students and parents.
- Assist teachers to include guidance program with charter curriculum.
- Administer education programs and career awareness to individuals and student groups on an ongoing basis.
- Ensure individual and small group counseling needs are met.

***Consultation***
- Confer with individuals associated with students to enhance their work with students.
- Collaborate with charter personnel and community residents to obtain resources for students.

- Ensure special programs and services are utilized by students with an efficient referral process.

***Evaluation***

- Assist in devising and assessing a charter standardized testing program.
- Evaluate test and assessment results effectively.

***Program Management***

- Develop a comprehensive guidance/counseling program that meets the identified needs of the student.
- Plan and implement an ongoing assessment of the guidance program and make adaptations based on the results.
- Gather, manage and file all required hardcopy and computerized reports, records and other documents.

***Administration***

- Abide by policies established by federal and state law that apply to charter schools, Commission's Rules that apply to charter schools, and charter policy in guidance and counseling area.
- Abide by all charter routines and regulations.
- Ensure a positive and constructive relationship with supervisors.
- Communicate with colleagues, students and parents in an effective manner.

***Professional***

- Provide role model behavior that is professional, ethical and responsible.
- Partake in professional development to enhance skills related to job assignment.

**Job Related Conditions:**

- Maintain control in stressful situations.

# TEACHER(S)

The primary role and purpose of a teacher is to provide students with appropriate educational activities and experiences that will enable them to fulfill their potential for intellectual, emotional, physical and social growth. Teachers will help students develop the skills necessary to be a productive member of society.

**Skills:**

- Understanding of subjects assigned.
- Working knowledge of curriculum and instruction.
- Capable of instructing students and managing their behavior.
- Exceptional organizational, communication and interpersonal skills.

**Responsibilities and Duties:**

***Instructional Strategies***

- Design, write and use lesson plans that conform to the charters curriculum. Ensure written plans are available for review.
- Ensure lesson plans show modifications for differences in student learning styles.
- Teach instructional subjects according to guidelines established by Louisiana Department of Education, charter polices and administrative regulations.
- Implement appropriate instructional and learning strategies, activities, materials and equipment to ensure comprehension of learning styles and student needs.
- Design instructional activities by using data from student learning style assessments.
- Collaborate with special education teachers on student Individual Education Plans to ensure all modifications are met.
- Collaborate with staff to determine charter requirement for the instructional goals, objective and methods.
- Produce and oversee teacher aide and volunteer assignments.
- Employ technology practices to strengthen the instructional process.

***Growth and Development***

- Help students assess and enhance their study methods and habits.
- Produce formal and informal testing to evaluate student success.
- Coordinate and manage extracurricular duties as assigned. Sponsor outside activities approved by the charter principal.
- Serve as an example for students, support mission of charter.

***Classroom Management and Organization***

- Prepare classroom to enhance learning and to aid in physical, social and emotional development of students.
- Control student behavior in agreement with the student handbook.
- Ensure necessary and reasonable measures are taken to protect students, equipment, materials and facilities.

- Provide input on book, equipment and material selection.

***Communication***

- Establish communication rapport with parents, students, principals and teachers through conferences.
- Create and maintain a professional relationship with colleagues, students, parents and community members.
- Present information accurately through clear communication skills.

***Professional***

- Enrich job skills through professional development activities.

***Other***

- Keep up to date on and abide by state and charter regulations and policies for classroom teachers.
- Gather, manage and file all reports, records and other documents required.
- Be active in faculty meeting and assist in staff committees as necessary.

**Job Related Conditions:**

- Maintain control in stressful situations.
- Extended hours may be required.
- Some lifting may be required.

## SPECIAL EDUCATION TEACHER

The primary role and responsibility is to provide services to special education students with appropriate learning activities and experiences that will enable them to fulfill their potential for intellectual, emotional, physical and social growth. The Special Education teacher will develop student ability level instructional materials through modified curriculum and prepared lesson plans. Special Education teacher will conduct work in self-contained, team, departmental or itinerant capacity as necessary.

**Skills:**

- Complete knowledge of special needs of students in assigned area.
- Complete knowledge of Individual Education Plan Committee process and Individual Education Plan (IEP) goal setting process and implementation.
- Working knowledge of curriculum and instruction.

**Responsibilities and Duties:**

***Instructional Strategies***

- Work in conjunction with students, parents and other members of staff to develop IEPs through the IEP Committee process for each student assigned.

- Design, write and use instructional, therapeutic or skill development program for assigned students and ensure written plan is available for review.
- Ensure comprehension of learning styles and student needs are met through creation and implementation of appropriate instructional and learning strategies, activities, materials and equipment.
- Collaborate with classroom teacher on student IEP to ensure all modifications are met and help special education students in regular class when appropriate.
- Participate in IEP Committee meetings on an ongoing basis.
- Design instructional activities by using data from students learning styles assessment.
- Ensure IEP guidelines are met when presenting subject matter.
- Use an assortment of media and techniques to meet the needs and capabilities of each student assigned.
- Produce and oversee the teacher aide and volunteer assignments.
- Employ technology practices to strengthen the instructional process.

***Growth and Development***

- Produce formal and informal testing to evaluate student success.
- Oversee or ensure personal care, medical care and feedings of students as stated in IEP.
- Manage and care for all extracurricular duties as assigned. Sponsor outside activities approved by charter principal.
- Serve as an example for students; support mission of charter.

***Classroom Management***

- Prepare classroom to enhance learning and aid in the physical, social and emotional development of the students.
- Control student behavior and implement discipline plan. This includes handling crisis situations and physically restraining students as necessary according to IEP.
- Collaborate with the classroom teachers regarding student behavior management programs according to IEP.
- Collaborate with charter and outside resource people regarding education, social, medical and personal needs of student.
- Ensure necessary and reasonable measures are taken to protect students, equipment, materials and facilities.
- Provide input on books, equipment and material selection.

***Communication***

- Ensure good communication rapport with parents, students, principals and teachers through conferences.
- Create and maintain a professional relationship with colleagues, students, parents and community members.
- Present information accurately through clear communication skills.

***Other***

- Enrich job skills through professional development activities.
- Keep up to date and abide by federal, state and charter policies for special education teachers.
- Gather, manage and file all reports, records and other documents required.
- Be active in faculty meetings and assist in staff committees as required.

**Job Related Conditions:**

- Maintain control in stressful situations.
- Some lifting may be required.
- May be required to restrain students to control behavior.

## ADMINISTRATIVE ASSISTANT (SECRETARY)

Primary role and purpose of the administrative assistant (secretary) is to organize and maintain the normal work activities of the office of administration. Provide clerical duties to the principal, assistant principals, and other charter staff.

**Skills:**

- Exceptional keyboarding, word processing and file maintenance skills.
- Strong communication and interpersonal skills.
- Basic math skills.
- Knowledge of personal computer and software in order to compile spreadsheets and databases and do word processing.

**Responsibilities and Duties:**

***Records and Correspondence***

- Draft correspondence, forms, reports, etc., for the principal and other department staff members using a personal computer.
- Prepare data as needed when completing state and local reports.
- Organize and manage hardcopy and computerized departmental files.
- Manage student records as needed.

***Accounting***

- Attend to routine bookkeeping duties, including basic math operations, for the department.
- Assist with the completion of purchase orders and payment authorizations.
- Maintain personnel time records including leave requests and reports. Draft and submit information to the central office.

***Other***

- Answer incoming calls, take accurate messages and transfer to appropriate staff.
- Oversee appointment schedule and make travel arrangements for department staff.
- Receive, sort and deliver mail and other documents to department staff.
- Ensure confidentiality of information.

**Job Related Conditions:**

- Maintain control in stressful situations.
- Manage time with frequent interruptions.
- Extended computer time.

# CUSTODIAN

Primary role and purpose of school custodian is to oversee charter's maintenance and custodial operations. Maintain facilities so that full educational use may be made at all times. Ensure facilities provide an excellent working environment that is safe, clean, attractive and functional.

**Skills:**

- Working knowledge of basic principles of construction, school plant maintenance and custodial operations.
- Capable of managing maintenance department budget and personnel.
- Capable of coordinating district functions.
- Capable of interpreting policy, procedures and data.
- Capable of reading blueprints and schematics.
- Effective organizational, communication and interpersonal skills.

**Responsibilities and Duties:**

***Facility Maintenance***

- Supervise custodial, maintenance and repair, security and central warehouse operations of charter.
- Process work orders for repair and maintenance of charter facilities and grounds.
- Provide written working procedures for maintenance, repair, operations and security of all charter facilities and equipment.
- Organize plans and requirements for contracted repair work and locations improvement for submission to appropriate department for bids.

***Documentation and Law***

- Follow federal and state laws that apply to charter schools, Commissioner's Rules that apply to charter schools, and local charter policy in maintenance area.
- Gather, manage and file all reports, records and other documents required in maintenance area.
- Compile necessary information to process maintenance payroll.

***Finance and Inventory***

- Oversee maintenance budget and verify that programs are cost efficient and funds are managed accordingly.
- Record program needs in order to provide budget and cost estimates.
- Supervise inventory and stock control program for equipment and supplies.
- Write purchase orders and bids within charter budget and following charter policies.
- Replace and maintain an adequate inventory of supplies and parts.
- Approve and forward maintenance department invoices and purchase orders to accounting department.
- Propose disposal of obsolete equipment and acquire updated equipment as necessary.

***Personnel***

- Assign work to maintenance personnel and supervise job completion.
- Draft and revise maintenance department job descriptions.
- Assess effectiveness of employees' job performance.
- Employ, train, oversee and make sound recommendations about maintenance personnel placement, transfer, retention and dismissal.

***Safety***

- Implement safety standards that abide by federal, state, and insurance regulations and implement a safety prevention program.
- Keep all equipment in ideal operating condition.

***Other***

- Work as disaster duty personnel when needed.
- Participate in professional growth activities to keep informed of new methods in maintenance operations.
- Be available for after-hours emergencies.

**Supervisory Responsibilities:**
Oversee performance of craftsmen, head custodian, grounds foreman, warehouse supervisor, head security, and support staff assigned to maintenance department.

**Job Related Conditions:**

- Maintain control in stressful situations.
- Frequent travel required.
- Extend hours may be required.

## BUSINESS MANAGER (BOOKKEEPER)

The primary role and purpose of the bookkeeper (business manager) is to oversee and maintain the operation of all financial and business affairs of the charter including accounting, payroll, purchasing, and risk management and act as the chief financial adviser to the principal and the board. Business manager must have an understanding of school accounting principles.

**Skills:**

- Applicable knowledge of school finance, budgeting, accounting systems, and economics.
- Effective communication, public relations, and interpersonal skills.
- Knowledge of personal computers and software to compile spreadsheets, perform data analysis, and do word processing.
- Capable of interpreting policy, procedures, and data.
- Capable of managing budget and personnel.
- Capable of coordinating charter activities.

**Responsibilities and Duties:**

***Fiscal Management***

- Ensure that the principal is advised on the business affairs of the charter school.
- Analyze accounting practices, systems, and controls in all charter departments and advise on improvements in their structure, implementation, and maintenance.
- Manage a revolving auditing program for all funds and work with the charter's independent and internal auditors while conducting audits.
- Maintain accounting systems that comply with laws and regulations.
- Devise period cash flow analysis to determine cash available for investment and payment of bills.
- Manage charter investment portfolio.
- Supervise monthly bank settlement preparations for the operating, special revenue, debt service, construction, tax, cafeteria, and athletic accounts. Audit statements of vendor and payroll clearing accounts.
- Compile and enter all budget adjustments, additions, and deletions.
- Assess and authorize all purchase orders and check requests and manage budget by certifying availability of funds.
- Help with drafting of budget and assessing the long- and short-range objectives for the business operations of the charter.
- Oversee needs evaluation for the enhancement of the charter business operations.
- Collaborate with charter personnel to project student enrollments, staff needs, building and facilities needs, energy needs, capital equipment needs and other cost items for the charter and individual school improvement.
- Monitor the business office budget and see that programs are cost effective and funds are managed effectively.
- Act as charter leader to achieve cost-effective practices throughout the school.
- Confirm that business operations support the charter mission.

***Documentation and Law***

- Ensure policies established by federal and state law that apply to charter schools and local board policy in area of business operations is being followed.
- Manage all hardcopy and computerized reports, records, and other documents required.
- Compile and review monthly financial statements and budget reports.
- Draft comprehensive annual financial report.
- Compile semi-annual financial reports to LDE for submission.
- Draft quarterly and final reports for all federal funds.

***Inventory***

- Ensure accurate computerized inventory records of all of the charter's assets.
- Maintain and direct sales of surplus salvage equipment for disposal.
- Oversee maintenance of replacement cost-asset inventory for insurance purposes.
- Receive and register bids, calculate results and draft written recommendations.
- Oversee the drafting of bids and bid specifications.

***Personnel Management***

- Compile, check and revise business department job descriptions.

- Devise training options and/or improvement plans to maintain superior business operations.
- Assess job performance of employees to maintain effectiveness.
- Oversee personnel and make accurate recommendations in regards to assignments, retention, discipline, and dismissal.

*Community Affairs*

- Show knowledge of charter and community needs and implement programs to meet those needs.

**Supervisory Responsibilities:**
Supervise and assess the performance of the risk manager, purchasing manager, bookkeeper, accounts payable clerk, and payroll clerk.

**Job Related Conditions:**

- Maintain control in stressful situations.
- Travel may be required.
- Extended or irregular hours.

## CAFETERIA (FOOD) SERVICE WORKER(S)

Primary role and purpose of the food service worker is to oversee charter food service operations. Ensure that appropriate quantities of food are prepared and served. Abide by menu time constraints established by charter administration. Ensure health codes are met.

**Skills:**

- Working knowledge of methods, materials, equipment and appliances used in food preparation.
- Capable of managing personnel.
- Planning and organizational skills.
- Capable of understanding food preparation and safety instructions.
- Knowledge of kitchen equipment and food production procedures.
- Capable of operating large and small kitchen equipment and tools.
- Capable of performing basic arithmetic operations.

**Responsibilities and Duties:**

*Cafeteria Management*

- Compile and manage work schedules and production records.
- Oversee daily kitchen and cafeteria activities.
- Comply with serving schedules and prepare all food items according to menu guidelines defined by departmental policies and procedures.
- Collaborate with charter principal to see that temporary schedule changes and special serving requirements are met, and to handle personnel problems.

- Oversee and tutor employees at charter level, ensuring efficiency, morale and teamwork.

***Documentation and Law***

- Provide safe and high quality food and prepare according to policies, procedures and department requirements.
- Compile precise reports of daily and monthly financial, production and activity records.
- Manage accurate information for payroll reporting and forward to appropriate department.

***Safety***

- Provide safe and hazard-free environment for storing food.
- Produce and abide by standards of cleanliness, health and safety following health and safety codes and regulations.
- Keep a safe work environment.

***Inventory and Equipment***

- Guarantee that adequate food and supplies are maintained through daily orders and periodic inventories.
- Keep records on required equipment maintenance within campus food service department.
- Provide ongoing preventive maintenance and keep records of all equipment repairs needed.
- Advise replacement of equipment to meet department needs.
- Inventory equipment and supplies annually.

***Other***

- Help review, select and train cafeteria workers. Make sound recommendations about the assignment, discipline and retention of cafeteria workers.

**Supervisory Responsibilities:**

Oversee and assess food service workers assigned to charter cafeteria.

**Job Related Conditions:**

- Maintain control in stressful situations.

## MEDIA SPECIALIST (LIBRARIAN)

To carry out the mission of the program, the librarian performs the following separate but overlapping roles to link the information resources and services of the library media program to the information needs and interests of the school's students and staff.

**Responsibilities and Duties:**

- The librarian guides and directs all the activities related to the library program. Confident of the importance of the effective use of information to students' personal and economic success in their future lives, the librarian is an advocate for the library program and provides the knowledge, vision, and leadership to steer it creatively and energetically in the twenty-first century.
- Establishes library media center policy and procedures consistent with FSA mission statements.
- Establishes cooperatively with principal and the technology coordinator, the policies for use of electronic hardware and software within the library.
- Supervises and maintains all ongoing and daily functions of the school library media center including the use of electronic resources, software and hardware.
- Maintains circulation and usage records which provide detail for support of ongoing library programs.
- Supervises library facilities and is responsible for a proper learning environment which stimulates and reinforces the student's easy access to information.
- Makes recommendations for library media center budget expenditures and maintains accurate, up-to-date, records of all monetary transactions of book fairs.
- Initiates and submits to the proper administrative levels all proposals for improvement of library/media services.
- Communicates on a formal, regular basis with students and staff regarding ongoing library activities, collection additions, plans, etc.
- Utilizes the forum of a Library Committee to provide assistance and feedback in regard to service, programs and collection needs.
- Establishes and maintains cooperative relations with staff and students.
- Submits a monthly report to the principal which details standard library statistics with notes, commentary, reports, and recommendations.
- Librarian will perform any other duties not specifically defined above, as requested by the Principal, Assistant Principals.

## SOCIAL WORKER

Primary goal and purpose of social worker is to serve as the *link* between students' families and the school, working with parents, guardians, teachers, and other school officials to ensure that students reach their academic and personal potential.

**Qualifications**

Possession of a valid Tennessee credential/certificate authorizing pupil personnel services as a school social worker (K-8); Possession of a Masters degree in counseling or social work or related field such as Psychology. Evidence in-depth knowledge of special education programs, with in-depth experience working with individuals with exceptional needs.

**Responsibilities and Duties:**

- Assist students in dealing with stress or emotional problems.
- Work directly with children with disabilities and their families.
- Address problems, but not limited to, such as misbehavior, truancy, and drug and alcohol problems and advice teachers on how to cope with difficult students.
- Lead teacher workshops on topics like conflict resolution, student behaviors, etc.

Social workers should be emotionally mature, objective, and sensitive to people and their problems. They must be able to handle responsibility, work independently, and maintain good working relationships with clients and coworkers.

## NETWORK ADMINISTRATOR

Primary goal and purpose of school Network Administrator is to oversee all school Information Technology (IT) network. Most importantly, Network Administrator will manage all academic and administrative technology systems and support the integration of technology at all levels.

**Responsibilities and Duties:**

- Support and maintain the most appropriate and corresponding computer platforms including backups of network servers (e.g., Windows 2010 Server).
- Manage and support the school's network system for students, faculty and staff
- Manage and support the school's internet protocol and URL filtering system
- Manage and support the school's in-demand request/problems
- Configure and install new hardware including network equipment

- Manage and direct upgrade and/or repair of existing hardware
- Keep all school staff informed of operational aspects of the network
- Maintain an inventory of hardware and software
- Manage Email Server and other components of the email architecture
- Conduct preventive and corrective maintenance on computer and phone systems.
- Provide tape and/or disk backups of campus servers and databases nightly and regularly test these backups
- Regularly conduct recovery capability tests
- Maintain expertise in computer technology and provide suggested improvements and advancements to school's system
- Provide any assistance pertaining to any technology questions, including those that are not directly related to computer or phone systems.
- Work with school administration to advance school's Strategic Technology Plan (STP)
- In addition to network administration, responsibilities may include leading technology workshops to teaching faculty, staff and administration.

# APPENDIX ~~E~~ G: By-Laws

# BYLAWS
# OF
# THE GOVERNING BOARD OF IRIS EDUCATION FOUNDATION INC.

## ARTICLE I: NAME

The name of the nonprofit corporation is Iris Education Foundation Inc. (sometimes referred herein as "The Corporation").

The principal office of the Corporation is located in the City of Corryton, in Knox County, in the State of Tennessee. The street address of the registered office of the Corporation is 7721 Edwards Place Blvd. Corryton, TN 37721 and the registered agent at such address is Mr. Rashad Mahmudov.

## ARTICLE II: PURPOSE

The purpose of the Corporation is to apply for, establish, and govern a charter school under Tennessee Charter School Statutes and to pursue related educational endeavors.

## ARTICLE III: MEMBERSHIP

The corporation shall have no members.

## ARTICLE IV: BOARD OF DIRECTORS

Power:
The activities, affairs and business of the Corporation shall be conducted by or under the direction of the Board of Directors (referred to herein as the "Board").

Mission:
The mission of the Board is to make policy decisions regarding the operation of the Corporation and to provide it with oversight rather than day-today management of operations.

Number:
The number of persons constituting the Board of Directors who have voting authority shall be ~~five (5)~~ **seven (7)**.

Qualifications:
A person needs to be at least twenty-one (21) years old and in good standing to be qualified as a Director. Parents of the School's students can be and are encouraged to be nominated to the Board of Directors;

Election:
Election procedures to the Board of Directors are outlined as follows:

- Nominations may be made by any Board member;
- Vote to be taken publicly by show of hands;

- A nominee is declared a Director as long as he/she receives the votes of the majority of the Directors.

Tenure:
Directors shall serve for terms of two or three years, or until their successors are elected. A Director will be removed by a majority vote of the Board at any meeting. In order to be re-elected, he/she can be nominated by a Board member similar to any other nominee; Directors can nominate themselves as well.

Duties:
Board is committed to the education of all students appropriate to the best of their individual abilities; to a constant awareness of the concerns and desires of the community regarding the quality and performance of the School, with the Board assuming an educational leadership role; and to the employment of school personnel who, under the direction of the Executive director/principal, will see that the school maintains an outstanding position and will carry out the policies of the Board with imagination and dedication.

Additionally, the Board's specific policy and direction goals are:

To interpret the education needs and aspirations of the community through the formulation of policies which stimulate the learner and the learning process;
To manage the school in accordance with federal and state laws;
To provide leadership in school in order that the goals and objectives of the school can be effectively carried out;
To maintain two-way communication with the various persons served by the school in order to understand public attitudes and encourage community involvement with an understanding of the schools; and
To develop and provide the data appropriate for the management functions of planning, evaluating, organizing, controlling and executing.

The Board is responsible to the people and therefore should attempt to reflect the opinion of the community. However, Board members must look to the future more clearly than is required of the average citizen. The results of many of the decisions and actions of the Board will not be realized at once, but will set the course of education for future years. The Board should fearlessly support those educational philosophies and procedures needed to promote proper education for this community based upon the needs of the pupil population.

Elections:
At its regular January meeting each year, the Board shall organize and elect officers from among its own members. A President shall be elected to serve for a period of one year. A Vice President shall be elected to serve for a period of one year. The Secretary shall be elected to serve for a period of one year. The Treasurer shall be elected to serve for a period of one year. Vacancies occurring during the year may be filled by the Board at its discretion. The Spokesperson of the Board shall also be elected to serve for a period of one year.

The President shall preside over the election of the vice president, treasurer and secretary unless decided otherwise by a majority of the Board members.

Election procedures are as follows:

Nominations may be made by any Board member;

Vote to be taken publicly by show of hands;
If no candidate receives a majority of the votes, there will be a run-off vote between the two candidates who receive the greatest number of votes; and in case of a tie for second place, the run-off includes all second-place candidates.

Offices:
The *President* of the Board shall preside at Board meetings and shall perform all duties as may be prescribed by law or by action of the Board. The duties of the *President* include the following:

To decide questions of order at Board meetings;
To offer resolutions, make or second motions, discuss questions, and vote thereon to the same extent as other members;
To appoint or provide for the election of all committees of the Board unless otherwise directed by the Board and to serve as an ex-officio member of all such committees;
To call special meetings of the Board on the request of four or more Board members or the Executive director/principal;
To execute an affidavit in compliance with the Open Meetings Act following any closed meeting of the Board; and
To sign official documents that requires the signature of the president's office.

The *Vice President* shall have the powers and duties of the President when the President is absent or disabled, and shall have such other powers and duties as the Board may from time to time determine.

In the absence of both the *President and Vice President*, the attending members shall elect one of their members to preside.

The duties and obligations of an *individual Board member* may be enumerated as follows:

To become familiar with the state school laws, regulations of the Tennessee Department of Education, School policies, rules and regulations;
To have a general knowledge of educational aims and objectives of the school;
To work harmoniously with other Board members without trying either to dominate the Board or neglect a share of the work;
To vote and act in the Board meetings impartially for the good of the school;
To accept the will of the majority vote in all cases and give wholehearted support to the resulting policy;
To represent the Board and the school in the public in such a way as to promote both interest and support; and
To refer complaints to the proper school authorities and to abstain from individual counsel and action.

The *Secretary* shall keep the minutes of the meetings of the Board and shall see that all notices are given in accordance with the provisions of these by-laws or as required by law. The Secretary shall also be the custodian of the statements, books, records, reports, certificates, and other documents of the Corporation and the seal of the Corporation, and shall see that the seal is affixed to all documents requiring such seal. ~~The Secretary shall perform all duties and possess all authority incidents to the office of the Secretary, and shall perform such other duties and have such other authority as may be assigned by the Board.~~

The *Treasurer* is responsible to manage the funds, receipts, disbursements and securities of the Corporation. The treasurer shall perform such other duties and have such other authority as may be assigned or granted by the Board. The treasurer may be required to give a bond for the faithful performance of the duties of the office in such form and amount as the Board may determine.

The Board shall appoint the *Executive director/principal* by entering into a contract with a person to serve in that capacity. The contract shall specify the period of time for which the person is employed as Executive director/principal as well as his or her authority and duties. The Executive director/principal shall generally be responsible for the business and affairs of the Corporation and shall be authorized to hire and have control over its employees. In addition to the management of day-to-day operations of the Corporation, the Executive director/principal shall perform such other duties as are assigned by the Board. The Executive director/principal may be removed, with or without cause, by a majority vote of the Board.

Delegation of Powers:
The Board believes that the legislation of policies is the most important function of a school board and that the execution of the policies should be the function of the Executive director/principal. Delegation by the Board of its executive powers to the Executive director/principal provides freedom for the Executive director/principal to manage the school within the Board's policies, and frees the Board to devote its time to policy making and appraisal functions.

The Board holds the Executive director/principal responsible for carrying out its policies within established ~~guidelines~~ **policies** and for keeping the Board informed about school operations.

In an effort to keep the Board informed, the Executive director/principal will notify Board members as promptly as possible of any happenings of an emergency nature which occur in schools.

Meeting Procedures:
All meetings of the Board shall be open to the public, including the news media, except when permitted or required by law to be closed. Visual and sound recordings shall be permitted during open meetings.

Four members of the Board shall constitute a quorum for the transaction of business. The votes of a majority of the members present shall be necessary for the transaction of any business or the discharge of any duties of the Board.

The President of the Board shall preside at Board meetings and shall rule on questions of order. In the absence of the President, the Vice President shall preside. In the absence of both the President and Vice President, the attending members shall elect one of their numbers to preside.

Meetings of the Board shall be formal enough to allow for the orderly conduct of business but informal enough to encourage free discussion among Board members and to promote group thinking and action.

Meeting Schedule:
The Board annually shall adopt a schedule for the upcoming year stating the date, time and place of its regular meetings.

The meeting schedule shall be posted in a prominent place at the School's administration building and at any other locations where such scheduled meetings will be held. Electronic and other means of informing the public about the Board meetings shall be used where feasible. Any scheduled meeting may be canceled, postponed or adjourned.

Regular Meetings:
Unless otherwise specified in the schedule or changed in a manner allowed by law, the Board's regular meetings shall be held at 9:00 a.m. on the dates publicized by the Board. The schedule shall call for the meetings to be held at the School's administration building. The board's regular meetings are legislative in nature. This is where most of the Board's formal actions are taken.

Prior to any meeting of the Board, the Executive director/principal, in consultation with the Board President and Vice President, shall review a proposed agenda of the matters expected to be addressed at the meeting. Any member of the Board may suggest agenda items for regular meetings by submitting them to the Executive director/principal and/or Board President up to eight business days prior to the Board meeting. The agenda shall be posted at the meeting site and shall be made available to the public upon request. The agenda, together with the Executive director/principal's comments, backup materials, and other relevant information, shall be sent to Board members prior to the Board work sessions or other meeting.

The agenda shall be approved by the Board at the beginning of each meeting. Failure to include an item on the agenda shall not preclude the Board from considering and acting on such an item when it becomes necessary to do so during the course of a meeting. Items not included on the agenda may be brought up for discussion or action at the discretion of the President or the vote of a majority of the members present. Unless a Board member objects, the Board may take action in the form of a composite motion.

Within two business days after the adjournment of a meeting, the Executive director/principal shall make available to the public a summary of the subjects acted upon at the meeting and the names of the Board members present at the meeting.

The Secretary shall be responsible for preparing the minutes of each Board meeting.

The minutes shall, at a minimum, include the names of the Board members present at the meeting, a description of each motion or other proposal made, and a record of all votes. For roll-call votes or votes to close a meeting to the public, the name of each person voting for or against the proposal shall be recorded. For all other votes, it shall be presumed that the action taken was approved by each member in attendance unless the minutes reflect the names of any members voting against the proposal or abstaining. The minutes shall be submitted to the Board for approval at its next regular meeting. Once approved and signed by the Executive director/principal and Board President, Board minutes shall be available for public inspection upon request.

Board meetings are held to conduct the affairs and business of the Board in the presence of the public. The Board welcomes and encourages citizens to attend its meetings so that the public may become better acquainted with the operation and programs of the School and the Board.

The Board allows up to 30 minutes (or more, at the Board's discretion, when pressing issues arise) at the beginning of its board meeting work sessions and regular board meetings to allow residents and employees of the school an opportunity to address the Board.

The following ~~guidelines~~ **procedure** will govern speakers who address the Board:

Individuals may sign up by contacting the Executive director/principal's office no more than two weeks in advance and no later than noon of the day of the meeting or by placing their name on the sign-up sheet before the start of the meeting. No more than five speakers will be allowed to sign up in advance for any given meeting. The remaining slots will be reserved for speakers signing up at the meeting.

Each speaker will have a maximum of four minutes to speak.

When appearing before the Board, speakers must provide their names, home address, the group represented, if applicable, and whether they are an employee, a parent or have some other connection with the School.

Before addressing the Board, individuals are urged to seek a solution to their concerns through the proper staff and administrative channels.

Speakers may comment on issues scheduled for consideration at the Board meeting or other appropriate concerns pertinent to the operation of a school.

Speakers may provide the Board with written comments or other documentation relating to their topic.

Individuals and/or organizations who addressed the Board the previous month may be denied the opportunity to address the Board on the same topic the following month.

Speakers are expected to present their comments in a respectful and professional manner.

Profane, vulgar or defamatory comments will not be permitted.

Confidential student and personnel matters may not be discussed during audience to visitors, but may be submitted to the Board in writing.

Speakers will be scheduled on a first come, first served basis. Individuals will not be denied the opportunity to address the Board on the basis of their viewpoint.

The Board vests in its President, or presiding officer, the authority to terminate the remarks or any speaker who does not adhere to the above ~~guidelines~~ **procedure**.

All official records of the Board shall be kept and safeguard by the Executive director/principal as ex-officio. The Executive director/principal shall also be responsible for the safekeeping of all official papers, including, the official minutes of the Board, its written policies, financial records, titles, contracts, obligations and other documents that belong to the Board or pertain to its business.

Records deemed "public records" and made subject to public inspection by law shall be open for the inspection of any citizen desiring to examine them during hours when the office of the Executive director/principal is open.

As a public official, a school board member must not only do what is required by law, but because of the special trust, with which they are charged by the community, must observe the ethics of that public office.

The Board desiring to operate in the most ethical and conscientious manner possible adopts the following code of ethics to be followed by each member. Each school Board member will:

Give his/her first and greatest concern to the students of the school, without any distinction as to who they are or what their background may be.

Recognize that authority rests with the Board as a whole and make no personal promises or take any private action that might compromise the Board.

Work with fellow Board members in a spirit of harmony and cooperation in spite of differences of opinion.

Base his/her decisions upon all available facts, voting his/her convictions in every case unswayed by bias of any kind and upholding the majority decision of the Board.
Maintain confidentiality of privileged information.
Avoid being placed in a position of conflict of interest and refrain from using the Board member position for personal or partisan gain.
Confine board actions to policy making and evaluation and recognize that the Executive director/principal, not the Board, is responsible for the day-to-day administration of the schools.
Refer all complaints, comments and criticisms through the proper chain of command.
Support and protect school personnel in proper performance of their duties.
Vote on the interest of the system as a whole and not a particular segment thereof.
Communicate to other Board members and the Executive director/principal expressions of public reaction to Board policies and school programs.

Executive Sessions:
The Board may meet in executive session to consider student discipline appeals, real estate acquisitions, individual personnel matters, pending or potential litigation or any other matters that are required or permitted by law to be addressed in closed meetings.

A majority vote of a quorum present at an open meeting shall be required in order to close a meeting to the public. The specific reason for closure must be stated in the motion. Executive sessions will generally be held before or after the Board work sessions or regular meetings. The Board shall vote in public on any executive session item requiring official Board action. The minutes of the meeting shall reflect the names of the members present and the names of each Board member voting for closure. These portions of the minutes shall be made available to the public to the same extent as any other minutes.

When a meeting has been closed to the public, the Board President or other Board member presiding over the meeting shall execute a notarized affidavit stating under oath that the closed meeting was devoted to matters within the exceptions allowed by law and identifying the specific relevant exceptions. The affidavit shall be filed with the official minutes of the meeting.

Board Workshops:
The Board in consultation with the Executive director/principal may schedule workshops to study the topics of importance to the school and/or to plan for the future needs of the school. Workshops may be called by the President or by four members of the Board. Board workshops shall be open to the public unless an exception to the Open Meetings Act applies.

Special or Called Meetings:
Special meetings may be called by the Board President on the request of four or more Board members, or the Executive director/principal. Due notice of such meetings shall be given to the public and shall include at a minimum the posting of a written notice for at least 24 hours at the place of regular meetings and by the giving of written or oral notice at least 24 hours in advance at the front door and Parent Information Center. Board members will be given at least 24 hours' notice of the meeting and the topics to be addressed. Notice to Board members may be by telephone, e-mail, fax or some other means calculated to achieve notification.

Emergency Meetings:
When special circumstances occur and are so declared by the Board, the Board may meet on less

than 24 hours notice. Board members and the public shall be given as much notice of the meeting and subjects expected to be considered as is reasonable under the circumstances, including the posting of a written notice at the place of regular meetings. The minutes of the meeting shall reflect the reason for holding the meeting on the less than 24 hours notice and the nature of the notice given.

Telephone Conference Meetings:
Any special meeting or executive session of the Board may be conducted by speaker telephone conference, provided that all Board members participating in the meeting can hear and speak to each other simultaneously during the meeting. If the meeting is one that is required to be open to the public pursuant to the Open Meeting Act, the public shall be provided access to a location at which they are able to hear the comments and votes of the Board members and, if appropriate, to speak during the meeting. A Board member participating in a meeting by this means is deemed to be present in person at the meeting.

Conflict of Interest:
It is a conflict of interest for a Board member to participate in any professional activity where the member's personal or financial considerations compromise or may compromise the member's judgment in that professional activity, or where such involvement may appear to provide the potential for the member's professional judgment to be compromised. No Board member shall make, participate in making, or in any way attempt to use his or her official position to influence a Iris Education Foundation decision in which he or she knows or has reason to know that he or she has a direct or indirect financial interest which is distinguishable from the financial interest of the members of the organization generally.

In order to avoid conflict of interest, the Board and its members shall observe the following ~~guidelines~~ **procedure**:

Members of the Board will not provide recommendations for employment of any individual who is candidate for employment in the School.

Any Board vote on the employment or promotion of a member of a Board member's immediate family shall be conducted in public and separate from any other personnel matter. The vote on such action shall be recorded, and the Board member whose family member is the subject of the vote shall not participate in the vote. As used in this policy, "immediate family" means a Board member's spouse, child, stepchild, sibling, parent, grandparent, grandchild, aunt, uncle, niece, nephew or first cousin, or the spouse of the Board member's parent, child, or sibling, or any relative living in the household of a Board member.

Board members will abstain from deliberating or voting on any student discipline matter involving his/her child.

The Board shall not transact business with any bank or financial institution in which a Board member owns 30 percent or more of the stock or other ownership interest.

The Board shall not do business with any business in which a Board member and/or a member of his/her immediate family holds an ownership interest. This shall not apply to publicly traded corporations unless the Board member and/or the members of the board member's immediate family own ten percent or more of the stock of the corporation.

No Board member shall be employed in any position in the school.

No Board member shall accept a monetary fee or honorarium in excess of $101 for a speaking engagement, participation in a seminar, discussion panel or other activity that directly relates to the official duties of the Board member or the Board member's office.

## ARTICLE V: BUDGETING PROCESS

In the budget development process, the Board conducts pre-budgeting discussions with the Executive director/principal to establish informal understandings about perceived budget opportunities, challenges and/or restrictions, and provides guidance for budget development. The Executive director/principal prepares a draft budget for review by the Board. The Board gives careful study to the budget and holds public hearings to allow for public review and reaction prior to formal approval of the budget.

**ARTICLE VI: PARLIAMENTARY PROCEDURES**

School boards are similar to other small board because they work best when discussions are informal and not constrained by the need to adhere rigidly to formal procedures. Most school boards will work in a casual, unceremonious manner. When taking action on items on the agenda, the school board should have agreed upon procedures for handling motions and taking votes. These procedures should conform to the requirements specified in law and should conform to standards that are incorporated into a parliamentary guide such as Robert's Rules of Order, Newly Revised. This summary will focus on legal requirements mandated for school boards and suggested parliamentary procedure that school boards may follow in taking official action during meetings.

Definitions:

*Quorum* – Iris Education Foundation Board defines 'quorum for the school board' as a majority of board members. A quorum must be present in order for the school board to conduct business.

*Majority* - More than half of the school board members present representing a quorum. Except as noted below, every motion is to be determined by a majority vote of members present, representing a quorum.

*Questions* - By motion only.

*Proxy* - The authority to vote for another school board member. Proxy votes are not permitted.

*Unanimous consent* - Rather than voting on every issue, the chairperson can ask for "unanimous consent" on items that do not seem to be controversial. This can be done by saying, "Is there any objection to.....?" If there is no objection, the action can be taken. The board should keep meetings as informal as possible; however, when considering official action, board members shall follow these procedures:

The Board should keep meetings as informal as possible; however, when considering official action, school board members may follow these procedures:

1. Making a motion

Any school board member may make a motion, including the president.
A long motion should be written and given to the president, and
The school board member who makes a motion is not required to vote in favor of it.

2. Seconding a motion

Any school board member may second a motion, except the individual who made the motion.
A second merely implies that the motion should come before the school board for vote.
The school board member who seconded a motion is not required to vote in favor of it, and
If a motion does not receive a second, it fails. No vote is taken.

A second is not required for the motion to adjourn.

3. Debating a motion

The president states the motion to be debated.
Customarily, the person who makes the motion speaks first,
School board members should confine their remarks to pending question,
The president may participate in the debate, and
When the president determines that debate is ending he/she can ask, "Is there any objection to calling the question?" If there is no objection, proceed to a vote on the motion. If there is objection, the chairperson should take a vote on whether or not to end debate.

4. Voting on the motion

Before taking a vote, the president should repeat the motion,
School board members should vote with either a "yes," or "no," or "abstain,"
If a voice vote is inconclusive, the president should call for show of hands.
The president may participate in the vote,
If the school board is voting to go into executive session, the secretary must record the names of those school board members voting to go into executive session and the motion stating the reason that the school board is going into executive session,
Proxy voting may not be allowed,
Secret ballots may not be allowed, and,
The president states the results of the vote.

## ARTICLE VII: PROHIBITED ACTIVITIES

Iris Education Foundation Inc. shall comply with all prohibitions against substantial lobbying and involvement in political campaigns for public candidates, contained in Section 50l(c)(3) of the Internal Revenue Code of 1986, or the corresponding provisions of any later federal tax laws. No part of the net earnings of the Corporation shall inure to the benefit of or be distributable to, its Board members.

Notwithstanding any other provisions of these articles, the Corporation shall not carry on any other activities not permitted to be carried on by corporations exempt from federal income tax under Section 501(c)(3) of the Internal Revenue Code of 1986, or the corresponding provisions of any later federal tax laws.

## ARTICLE VIII: GENERAL PROVISIONS

Corporate Seal:

The corporate seal shall be in such form as shall be approved by the Board.

Fiscal Year:

The fiscal year of the Corporation will commence on July 1 of each year and conclude on June 30 of each year.

Amendments to By-laws:

These by-laws may be altered, amended, or repealed, or new by-laws adopted at any regular or special meeting upon a super (2/3) majority vote of the Board members.

Books and Records:
The Corporation shall keep correct and complete books and records of accounts and shall keep minutes of the proceedings of its Board.

Gender:
The masculine and feminine gender used in these by-laws shall include both the feminine and the masculine persons.

**ARTICLE IX: DISPOSAL OF ASSETS**

Upon the dissolution of the Corporation, the Board shall, after paying or making provision for the payment of all of the liabilities of the corporation, dispose of all of the assets of the Corporation as directed pursuant to Tennessee General Statutes.

The undersigned persons certify the foregoing by-laws have been adopted for the Corporation, in accordance with the requirements of the Tennessee Nonprofit Corporation Act.

*The purpose of this Policy of Iris Education Foundation Inc/Amended Bylaws of Iris Education Foundation Inc to give the Governing Board of said charter school procedures by which to govern themselves which are known by all Board members for a harmonious existence.*

# APPENDIX ~~F~~ H: Insurance Quote

WILLIAM KNIGHT INSURANCE AGENCY, INC.
1717 WINSTON ROAD, KNOXVILLE, TENNESSEE 37919-5543 (865) 670-2980 1-866-839-8409 FAX (865) 670-2880

9/28/2010

Susan Mertyurek, President
Knoxville Charter Academy
9501 Providence Way #138
Knoxville, TN 37931

Dear Susan:

This letter is to follow up what we have discussed and to let you know what we have put together to this point. The information contained herein is based on approximately 300 students and 20 faculty for a school with grades K-8. All information is based on what has been relayed to us at this time.

There are variable factors that are outstanding at this time including but not limited to building and contents limits, salaries, operating cost, and deductibles which will affect the final premium. These premiums are based on comparable school operations. All liability limits are based on $1,000,000 with deductibles that are yet to be determined.

Coverage for Business Interruption, Extra Expense, Contents, Boiler & Machinery, Crime, General Liability and Employee Benefits Liability
Annual Premium @ $13,500.

School Leaders Coverage based on approximately 300 students and 20 faculty
Annual Premium @ $6,000

Sexual Misconduct based on approximately 300 students and 20 faculty
Annual Premium @ $4,900

Please be advised that these numbers in no way bind coverage or can be considered an official quote of coverage. These estimates are loosely based on what the premiums would be given the information attained at this point.

Please let me know if you need any additional information or explanation of coverage.

Sincerely,

Christopher G. Knight, VP

# APPENDIX G I: Letter of Credit

# PROMISSORY NOTE

**Amount: $50,000.00** **Date: 09/01/2010**

*FOR VALUE RECEIVED, after date, without grace, in the manner, on the date or dates, and in the amounts herein specified, the undersigned, **Mr. Sabri Birdal** "maker" promises to pay to the order of **Knoxville Charter Academy** (dba IRIS FOUNDATION, INC., a Tennessee nonprofit corporation) (hereinafter called "Payee"), in writing, designate to the Maker, the principal sum of FIFTYTHOUSAND AND NO/100 DOLLARS ($50,000.00) in legal and lawful money of the United States of America, which shall be legal tender for public and private debts at the time of payment, with interest from the date hereof on the principal balance from time to time remaining unpaid prior to default or maturity, at the pre-default rate of five percent (5%) per annum.*

*This Note shall be due and payable upon demand after 09/01/2012. Maker herein reserves the right to prepay all or a portion of this Note without penalty.*

*If default be made in the payment of any installment of principal or interest under this Note and such default continues for a period of ten (10) days following written notice of such default, then the entire principal balance and accrued interest owing hereon shall at once become due and payable without notice, at the option of the holder of this Note. Failure to exercise this option shall not constitute a waiver of the right to exercise the same in the event of any subsequent default.*

*All past-due principal and, if permitted by applicable state or federal law, of interest shall bear interest at the highest non-usurious interest rate permitted by applicable state or federal law, or if no such maximum rate is established by applicable state or federal law, then at the rate eighteen percent (18%) per annum or the maximum rate allowable by law.*

*The makers, signers, sureties, guarantors, and endorsers of this Note severally waive demand, presentment, notice of dishonor, notice of intent to accelerate maturity hereof, notice of acceleration, diligence in collecting, grace, notice, and protest and agree to one or more extensions for any period or periods of time and partial payments, before or after maturity, without prejudice to the holder; and if this Note or any instrument collateral to it shall be collected by legal proceedings or through a probate or bankruptcy court, or shall be placed in the hands of an attorney for collection after default or maturity, the undersigned agrees to pay all costs of collection, including reasonable attorneys' fees.*

*All agreements between the Maker and the holder hereof, whether now existing or hereafter arising and whether written or oral, are hereby limited so that in no contingency, whether by reason of acceleration of the maturity hereof or otherwise, shall the interest paid or agreed to be paid to the holder hereof exceed the highest non-usurious interest rate permissible under applicable state or federal law (the "Maximum Rate"). If from any circumstance whatsoever interest would otherwise be payable to the holder hereof at a rate in excess of the Maximum Rate, then the interest payable to the holder hereof shall be reduced to the Maximum Rate, and if*

*from any circumstance the holder hereof shall ever receive anything of value deemed interest by applicable law which would exceed interest at the Maximum Rate, an amount equal to any excessive interest shall be applied to the reduction of the principal amount hereunder and not to the payment of interest, or if such excessive interest exceeds the unpaid balance of principal hereof, such excess shall be refunded to the undersigned. All interest paid or agreed to be paid to the holder hereof shall, to the extent permitted by applicable law, be amortized, prorated, allocated, and spread throughout the full period until payment in full of the principal of this Note (including the period of any renewal or extension hereof) so that the rate of interest hereon is uniform throughout the term hereof This paragraph shall control all agreements between the Maker and the holder hereof.*

*Any check, draft, money order, or other instrument given in payment of all or any portion of this Note may be accepted by the holder hereof and handled in collection in the customary manner, but the same shall not constitute payment hereunder or diminish any rights of the holder hereof except to the extent that actual cash proceeds of such instruments are unconditionally received by the holder and applied to this Note in the manner elsewhere herein provided.*

***THIS NOTE SHALL BE CONSTRUED AND ENFORCED UNDER AND IN ACCORDANCE WITH AND SHALL BE GOVERNED BY THE APPLICABLE LAWS OF THE STATE OF TENNESSEE AND THE UNITED STATES OF AMERICA.***

**NAME:** Sabri Birdal

**SIGNATURE:**

*"Maker"*

**NAME:** Knoxville Charter Academy

*"Payee"*

NOTARY 11/18/10

JASON BARTON STATE OF TENNESSEE NOTARY PUBLIC KNOX COUNTY

# PROMISSORY NOTE

**Amount: $50,000.00** **Date: 09/01/2010**

*FOR VALUE RECEIVED, after date, without grace, in the manner, on the date or dates, and in the amounts herein specified, the undersigned,* ***Mr. Omer Casurluk*** *"maker" promises to pay to the order of* ***Knoxville Charter Academy*** *(dba IRIS FOUNDATION, INC., a Tennessee nonprofit corporation) (hereinafter called "Payee"), in writing, designate to the Maker, the principal sum of FIFTYTHOUSAND AND NO/100 DOLLARS ($50,000.00) in legal and lawful money of the United States of America, which shall be legal tender for public and private debts at the time of payment, with interest from the date hereof on the principal balance from time to time remaining unpaid prior to default or maturity, at the pre-default rate of five percent (5%) per annum.*

*This Note shall be due and payable upon demand after 09/01/2012. Maker herein reserves the right to prepay all or a portion of this Note without penalty.*

*If default be made in the payment of any installment of principal or interest under this Note and such default continues for a period of ten (10) days following written notice of such default, then the entire principal balance and accrued interest owing hereon shall at once become due and payable without notice, at the option of the holder of this Note. Failure to exercise this option shall not constitute a waiver of the right to exercise the same in the event of any subsequent default.*

*All past-due principal and, if permitted by applicable state or federal law, of interest shall bear interest at the highest non-usurious interest rate permitted by applicable state or federal law, or if no such maximum rate is established by applicable state or federal law, then at the rate eighteen percent (18%) per annum or the maximum rate allowable by law.*

*The makers, signers, sureties, guarantors, and endorsers of this Note severally waive demand, presentment, notice of dishonor, notice of intent to accelerate maturity hereof, notice of acceleration, diligence in collecting, grace, notice, and protest and agree to one or more extensions for any period or periods of time and partial payments, before or after maturity, without prejudice to the holder; and if this Note or any instrument collateral to it shall be collected by legal proceedings or through a probate or bankruptcy court, or shall be placed in the hands of an attorney for collection after default or maturity, the undersigned agrees to pay all costs of collection, including reasonable attorneys' fees.*

*All agreements between the Maker and the holder hereof, whether now existing or hereafter arising and whether written or oral, are hereby limited so that in no contingency, whether by reason of acceleration of the maturity hereof or otherwise, shall the interest paid or agreed to be paid to the holder hereof exceed the highest non-usurious interest rate permissible under applicable state or federal law (the "Maximum Rate"). If from any circumstance whatsoever interest would otherwise be payable to the holder hereof at a rate in excess of the Maximum Rate, then the interest payable to the holder hereof shall be reduced to the Maximum Rate, and if*

*from any circumstance the holder hereof shall ever receive anything of value deemed interest by applicable law which would exceed interest at the Maximum Rate, an amount equal to any excessive interest shall be applied to the reduction of the principal amount hereunder and not to the payment of interest, or if such excessive interest exceeds the unpaid balance of principal hereof, such excess shall be refunded to the undersigned. All interest paid or agreed to be paid to the holder hereof shall, to the extent permitted by applicable law, be amortized, prorated, allocated, and spread throughout the full period until payment in full of the principal of this Note (including the period of any renewal or extension hereof) so that the rate of interest hereon is uniform throughout the term hereof This paragraph shall control all agreements between the Maker and the holder hereof.*

*Any check, draft, money order, or other instrument given in payment of all or any portion of this Note may be accepted by the holder hereof and handled in collection in the customary manner, but the same shall not constitute payment hereunder or diminish any rights of the holder hereof except to the extent that actual cash proceeds of such instruments are unconditionally received by the holder and applied to this Note in the manner elsewhere herein provided.*

***THIS NOTE SHALL BE CONSTRUED AND ENFORCED UNDER AND IN ACCORDANCE WITH AND SHALL BE GOVERNED BY THE APPLICABLE LAWS OF THE STATE OF TENNESSEE AND THE UNITED STATES OF AMERICA.***

**NAME:** Omer Casurluk

**SIGNATURE:**

*"Maker"*

**NAME:** Knoxville Charter Academy

*"Payee"*

9-6-2011

SANDRA K. COUCH
STATE OF TENNESSEE NOTARY PUBLIC
KNOX COUNTY

# PROMISSORY NOTE

**Amount: $50,000.00** **Date: 09/01/2010**

*FOR VALUE RECEIVED, after date, without grace, in the manner, on the date or dates, and in the amounts herein specified, the undersigned,* ***Dr. Ugur Mertyurek*** *"maker" promises to pay to the order of* ***Knoxville Charter Academy*** *(dba IRIS FOUNDATION, INC., a Tennessee nonprofit corporation) (hereinafter called "Payee"), in writing, designate to the Maker, the principal sum of FIFTYTHOUSAND AND NO/100 DOLLARS ($50,000.00) in legal and lawful money of the United States of America, which shall be legal tender for public and private debts at the time of payment, with interest from the date hereof on the principal balance from time to time remaining unpaid prior to default or maturity, at the pre-default rate of five percent (5%) per annum.*

*This Note shall be due and payable upon demand after 09/01/2012. Maker herein reserves the right to prepay all or a portion of this Note without penalty.*

*If default be made in the payment of any installment of principal or interest under this Note and such default continues for a period of ten (10) days following written notice of such default, then the entire principal balance and accrued interest owing hereon shall at once become due and payable without notice, at the option of the holder of this Note. Failure to exercise this option shall not constitute a waiver of the right to exercise the same in the event of any subsequent default.*

*All past-due principal and, if permitted by applicable state or federal law, of interest shall bear interest at the highest non-usurious interest rate permitted by applicable state or federal law, or if no such maximum rate is established by applicable state or federal law, then at the rate eighteen percent (18%) per annum or the maximum rate allowable by law.*

*The makers, signers, sureties, guarantors, and endorsers of this Note severally waive demand, presentment, notice of dishonor, notice of intent to accelerate maturity hereof, notice of acceleration, diligence in collecting, grace, notice, and protest and agree to one or more extensions for any period or periods of time and partial payments, before or after maturity, without prejudice to the holder; and if this Note or any instrument collateral to it shall be collected by legal proceedings or through a probate or bankruptcy court, or shall be placed in the hands of an attorney for collection after default or maturity, the undersigned agrees to pay all costs of collection, including reasonable attorneys' fees.*

*All agreements between the Maker and the holder hereof, whether now existing or hereafter arising and whether written or oral, are hereby limited so that in no contingency, whether by reason of acceleration of the maturity hereof or otherwise, shall the interest paid or agreed to be paid to the holder hereof exceed the highest non-usurious interest rate permissible under applicable state or federal law (the "Maximum Rate"). If from any circumstance whatsoever interest would otherwise be payable to the holder hereof at a rate in excess of the Maximum Rate, then the interest payable to the holder hereof shall be reduced to the Maximum Rate, and if*

*from any circumstance the holder hereof shall ever receive anything of value deemed interest by applicable law which would exceed interest at the Maximum Rate, an amount equal to any excessive interest shall be applied to the reduction of the principal amount hereunder and not to the payment of interest, or if such excessive interest exceeds the unpaid balance of principal hereof, such excess shall be refunded to the undersigned. All interest paid or agreed to be paid to the holder hereof shall, to the extent permitted by applicable law, be amortized, prorated, allocated, and spread throughout the full period until payment in full of the principal of this Note (including the period of any renewal or extension hereof) so that the rate of interest hereon is uniform throughout the term hereof This paragraph shall control all agreements between the Maker and the holder hereof.*

*Any check, draft, money order, or other instrument given in payment of all or any portion of this Note may be accepted by the holder hereof and handled in collection in the customary manner, but the same shall not constitute payment hereunder or diminish any rights of the holder hereof except to the extent that actual cash proceeds of such instruments are unconditionally received by the holder and applied to this Note in the manner elsewhere herein provided.*

***THIS NOTE SHALL BE CONSTRUED AND ENFORCED UNDER AND IN ACCORDANCE WITH AND SHALL BE GOVERNED BY THE APPLICABLE LAWS OF THE STATE OF TENNESSEE AND THE UNITED STATES OF AMERICA.***

**NAME:** Ugur Mertyurek

**SIGNATURE:**

*"Maker"*

**NAME:** Knoxville Charter Academy

*"Payee"*

# APPENDIX ~~H~~ J: Facility

ATTACHMENT B



OAKWOOD ELEMENTARY SCHOOL
1914 ADDITION

232 CHURCHWELL AVENUE
KNOXVILLE, TN 37917

RECOMMENDATIONS FOR LONG TERM, ADAPTIVE REUSE

**March 31,** 2010

# S-20

Approximate Site Acreage: 2 acres
Approximate Total Building Square Footage: 55,000 sq ft
55 Parking Spaces



# Broadway Square Shopping Center
## 4825 N. Broadway, Knoxville, TN 37918

| | |
|---|---|
| Listing ID: | 663382 |
| Property Type: | Retail-Commercial For Lease (also listed as Shopping Center) |
| Retail-Commercial Type: | Retail-Pad |
| Rental Rate: | $6 - 12 PSF (Annual) |
| Monthly Rent: | $825 - 15,000 |
| Lease Types: | Net Lease |
| Contiguous Space: | 825 - 30,000 SF |
| Total Available: | [redacted] |



## Property Overview

* Plus $1.22 nnn charges

30,000

4:09

567-

## Property Details

### General Information

| | | | |
|---|---|---|---|
| Listing Name: | Broadway Square Shopping Center | Retail-Commercial Type: | Retail-Pad, Other |

### Available Space

| | | | |
|---|---|---|---|
| Space Available SF: | 30,000 SF | Lease Rate: | $6 PSF (Annual) |
| Minimum Divisible SF: | 30,000 SF | Date Available: | 03/31/2009 |
| Maximum Contiguous SF: | 30,000 SF | Space Type: | Relet |

### Available Space

| | | | |
|---|---|---|---|
| Suite/Unit Number: | T | Lease Rate: | $12 PSF (Annual) |
| Space Available SF: | 1,264 SF | Date Available: | 02/23/2006 |
| Minimum Divisible SF: | 1,264 SF | Lease Type: | Net Lease |
| Maximum Contiguous SF: | 1,264 SF | Space Type: | Relet |

### Available Space

| | | | |
|---|---|---|---|
| Suite/Unit Number: | N | Maximum Contiguous SF: | 830 SF |
| Space Available SF: | 830 SF | Lease Rate: | $12 PSF (Annual) |
| Minimum Divisible SF: | 830 SF | Date Available: | 02/23/2006 |



The information presented herein is provided as is, without warranty of any kind. Neither Wood Properties Inc nor Catylist Real Estate Software, Inc. assume any liability for errors or omissions.

November 10, 2010 on Wood Properties Inc

Space Type: Relet

**Available Space**

| | | | |
|---|---|---|---|
| Suite/Unit Number: | L | Lease Rate: | $12 PSF (Annual) |
| Space Available SF: | 1,200 SF | Date Available: | 02/23/2006 |
| Minimum Divisible SF: | 1,200 SF | Lease Type: | Net Lease |
| Maximum Contiguous SF: | 1,200 SF | Space Type: | Relet |

**Available Space**

| | | | |
|---|---|---|---|
| Suite/Unit Number: | HH3 | Lease Rate: | $12 PSF (Annual) |
| Space Available SF: | 825 SF | Date Available: | 02/23/2006 |
| Minimum Divisible SF: | 825 SF | Space Type: | Relet |
| Maximum Contiguous SF: | 825 SF | | |

**Available Space**

| | | | |
|---|---|---|---|
| Suite/Unit Number: | 2605 | Lease Rate: | $12 PSF (Annual) |
| Space Available SF: | 5,600 SF | Date Available: | 09/01/2008 |
| Minimum Divisible SF: | 5,600 SF | Lease Type: | Net Lease |
| Maximum Contiguous SF: | 5,600 SF | Space Type: | Relet |

**Available Space**

| | | | |
|---|---|---|---|
| Suite/Unit Number: | 2605-D | Lease Rate: | $12 PSF (Annual) |
| Space Available SF: | 1,780 SF | Date Available: | 09/01/2008 |
| Minimum Divisible SF: | 1,780 SF | Space Type: | Relet |
| Maximum Contiguous SF: | 1,780 SF | | |

**Available Space**

| | | | |
|---|---|---|---|
| Suite/Unit Number: | Q | Lease Rate: | $12 PSF (Annual) |
| Space Available SF: | 1,192 SF | Date Available: | 09/01/2008 |
| Minimum Divisible SF: | 1,192 SF | Lease Type: | Net Lease |
| Maximum Contiguous SF: | 1,192 SF | Space Type: | Relet |

**Available Space**

| | | | |
|---|---|---|---|
| Suite/Unit Number: | R | Lease Rate: | $12 PSF (Annual) |
| Space Available SF: | 1,192 SF | Date Available: | 09/01/2008 |
| Minimum Divisible SF: | 1,192 SF | Lease Type: | Net Lease |
| Maximum Contiguous SF: | 1,192 SF | Space Type: | Relet |

**Available Space**

| | | | |
|---|---|---|---|
| Suite/Unit Number: | Sublease | Lease Rate: | $9.50 PSF (Annual) |
| Space Available SF: | 4,785 SF | Date Available: | 02/23/2009 |
| Minimum Divisible SF: | 4,785 SF | Space Type: | Sublet |
| Maximum Contiguous SF: | 4,785 SF | | |

**Area & Location**

Property Visibility: Good

**Building Related**

| | | | |
|---|---|---|---|
| Tenancy: | Multiple Tenants | Property Condition: | Good |

**Location**

| | | | |
|---|---|---|---|
| Address: | 4825 N. Broadway<br>Knoxville, TN 37918 | County:<br>MSA: | Knox<br>Knoxville |



The information presented herein is provided as is, without warranty of any kind. Neither Wood Properties Inc nor Catylist Real Estate Software, Inc. assume any liability for errors or omissions.

November 10, 2010 on Wood Properties Inc




## Property Images



Broadway Square Food City – Anchor

## Property Contacts



Bill Sutliffe
Wood Properties Inc
1600 Riverview Tower, 900 S. Gay St.
Knoxville, TN 37902
865-567-3984
bsutliffe@lawlerwood.com



The information presented herein is provided as is, without warranty of any kind. Neither Wood Properties Inc nor Catylist Real Estate Software, Inc. assume any liability for errors or omissions.

November 10, 2010 on Wood Properties Inc

# Chapman Commons–Food City Anchored

## 4512 Chapman Highway, Knoxville, TN 37920

| | |
|---|---|
| Listing ID: | 2110361 |
| Property Type: | Shopping Center For Lease |
| Retail Type: | Grocery-Anchored, Neighborhood Center |
| Rental Rate: | $7.50 - 17.65 PSF (Annual) |
| Monthly Rent: | $1,200 - 27,562.50 |
| Lease Types: | Modified Gross, NNN |
| Contiguous Space: | 1,190 - [redacted] |
| Total Available: | 60,290 SF |



## Property Overview

Aesthetically pleasing center with excellent visibility, access and market positioning! Traffic lights at both the north and south entrances. Join Food City, Rent-A-Center, CITI Financial and Acapulco Mexican Restaurant. Traffic count is 30,614 on Chapman Highway and 4,141 on Woodlawn Pike. Pylon signage for each of the four available suites.

## Property Details

### General Information

| | | | |
|---|---|---|---|
| Listing Name: | Chapman Commons–Food City Anchored | Building Name: | Chapman Commons |
| Tax ID Number/APN: | 123BB003 | Gross Building Area (GBA): | 77,606 SF |
| Retail Type: | Grocery-Anchored, Neighborhood Center | | |

### Available Space

| | | | |
|---|---|---|---|
| Suite/Unit Number: | 4506 | Lease Rate: | $9 PSF (Annual) |
| Space Available SF: | 1,600 SF | Date Available: | 06/25/2010 |
| Minimum Divisible SF: | 1,600 SF | Lease Type: | NNN |
| Maximum Contiguous SF: | 1,600 SF | Space Type: | Relet |
| Space Description: | Existing Super Video. Currently on month to month during liquidation sale. | Rent Escalators: | Step-Up Lease |
| | | Rent Escalators Description: | 3% annual |

### Available Space

| | | | |
|---|---|---|---|
| Suite/Unit Number: | 4536 | Lease Rate: | $9 PSF (Annual) |
| Space Available SF: | 4,200 SF | Date Available: | 06/25/2010 |
| Minimum Divisible SF: | 4,200 SF | Lease Type: | NNN |
| Maximum Contiguous SF: | 4,200 SF | Space Type: | Relet |
| Space Description: | Existing Super Video space. Tenant is currently month-month. Configuration: Excellent Frontage!! 60' X 70' | Rent Escalators Description: | 3% annual |

### Available Space

| | | | |
|---|---|---|---|
| Suite/Unit Number: | 4528 | Space Description: | Existing KARM space. Tenant is currently on mo-mo lease. Significant pylon signage is available for this space but is not currently being utilized by the tenant. |
| Space Available SF: | 9,200 SF | | |
| Minimum Divisible SF: | 9,200 SF | | |
| Maximum Contiguous SF: | 9,200 SF | | |
| Space Subcategory 1: | Grocery-Anchored | Lease Rate: | $8.50 PSF (Annual) |
| Space Subcategory 2: | Neighborhood Center | Date Available: | 06/25/2010 |



The information presented herein is provided as is, without warranty of any kind. Neither Wood Properties Inc nor Catylist Real Estate Software, Inc. assume any liability for errors or omissions.

November 10, 2010 on Wood Properties Inc

| | | | |
|---|---|---|---|
| Lease Type: | NNN | Rent Escalators Description: | 3% annual |
| Space Type: | Relet | | |

**Available Space**

| | | | |
|---|---|---|---|
| Suite/Unit Number: | 4580 | Lease Rate: | $7.50 PSF (Annual) |
| Space Available SF: | 44,100 SF | Date Available: | 06/25/2010 |
| Minimum Divisible SF: | 15,000 SF | Lease Type: | NNN |
| Maximum Contiguous SF: | 44,100 SF | Space Type: | Relet |
| Space Subcategory 1: | Grocery-Anchored | Parking Spaces: | 0 |
| Space Subcategory 2: | Neighborhood Center | Rent Escalators: | Step-Up Lease |
| Space Description: | Existing Food City space. Tenant is currently on mo-mo lease. Dimensions are: 287' frontage X 170' depth | Rent Escalators Description: | 3% annual |

**Available Space**

| | | | |
|---|---|---|---|
| Suite/Unit Number: | 4550 | Lease Rate: | $1,750 (Monthly) |
| Space Available SF: | 1,190 SF | Date Available: | 09/01/2010 |
| Minimum Divisible SF: | 1,190 SF | Lease Term (Months): | 36 Months |
| Maximum Contiguous SF: | 1,190 SF | Lease Type: | Modified Gross |
| Space Subcategory 1: | Neighborhood Center | Space Type: | Sublet |
| Space Subcategory 2: | Grocery-Anchored | Sublease Expiration Date: | 08/31/2013 |
| Space Description: | Operating Chepa's Mexican restaurant. Lease rate includes CAM and all restaurant furniture, fixtures and equipment. | Kitchen: | Yes |

**Area & Location**

| | | | |
|---|---|---|---|
| Retail Clientele: | General, Family, Business | Street Name: | Chapman |
| Property Located Between: | Woodlawn Pike and Fronda Lane | Feet of Frontage: | 1,150 |
| Side of Street: | Northeast | Vehicle Count: | 30,614 |
| Property Visibility: | Excellent | Area Description: | Very active retail market point. |

**Building Related**

| | | | |
|---|---|---|---|
| Tenancy: | Multiple Tenants | Parking Type: | Surface |
| Property Condition: | Good | | |

**Location**

| | | | |
|---|---|---|---|
| Address: | 4512 Chapman Highway<br>Knoxville, TN 37920 | County:<br>MSA: | Knox<br>Knoxville |






The information presented herein is provided as is, without warranty of any kind. Neither Wood Properties Inc nor Catylist Real Estate Software, Inc. assume any liability for errors or omissions.

Jim Holleman — (865) 450-8883 Ext: 212

Office Property For Lease

# 7005 Middlebrook Pike

7005 Middlebrook Pike, Knoxville, TN 37909



| | |
|---|---|
| Total Space Available: | **24,000 SF** |
| Rental Rate: | **$11 /SF/Year** |
| Property Type: | Office |
| Property Sub-type: | Office Building |
| Building Size: | 24,000 SF |
| Building Class: | B |
| Year Built: | 1990 |
| Lot Size: | 3.88 AC |
| Zoning Description: | Office -1 |

Last Verified 10/25/2010
Listing ID 16864103

## 1 Space Available

Display Rental Rate as Entered

| Space 1 | | |
|---|---|---|
| | Space Available: | **24,000 SF** |
| | Rental Rate: | **$11 /SF/Year** |
| | Space Type: | Office Building |
| | Lease Type: | NNN |
| | No. Parking Spaces: | 127 |
| | Pct. Procurement Fee: | 3.00% |

## Description

Single story flex building ideal for a call center or back office operation. Constructed of split face block and Dryvit. There is an existing backup generator and dual feed phone and data lines. Plenty of parking and vacant land for plenty more. Building can be expanded up to 39,000 SF.

Centrally located on an arterial road two miles from an I-40 interchange (Papermill Rd.)

### Map of 7005 Middlebrook Pike, Knoxville, TN 37909 (Knox County)




### Additional Photos



7005 Middlebrook Pike

Created 10/7/2010

Sam Tate, CCIM — (865) 777-3035

NAI Knoxville
Commercial Real Estate Services, Worldwide.

Shopping Center For Lease

# 34,377 SF Former Food Lion

7220 Oak Ridge Highway, Knoxville, TN 37931



| | |
|---|---|
| Total Space Available: | **34,377 SF** |
| Rental Rate: | **$4.75 /SF/Year** |
| Property Type: | Shopping Center |
| Property Sub-type: | Community Center |
| Gross Leasable Area: | 34,377 SF |

Last Verified 11/15/2010
Listing ID 13825163

## 1 Space Available

Display Rental Rate as Entered

| | | |
|---|---|---|
| 1st Floor | Space Available: | **34,377 SF** |
| | Rental Rate: | **$4.75 /SF/Year** |
| | Space Type: | Community Center |
| | Lease Type: | NNN |
| | Sublease: | Yes |

## Description

Former Food Lion Location for sublease.

Located in Karns area of Knoxville, TN.

**Map** of 7220 Oak Ridge Highway, Knoxville, TN 37931




**Additional Photos**


Store Front


34,377 SF Former Food Lion

Created 2/3/2003

# EXHIBIT 140

# Table of Contents
## Application with Narrative, Attachments & Appendices

**Section 1 Academics**
Page 4 General Information
Page 8 Signed Assurances
Page 9 Executive Summary (not more than 3 pages)
Page 12 1.1 School Mission and Vision
Page 21 1.2 Enrollment Summary
Page 31 1.3 Academic Focus and Plan
Page 66 1.4 Academic Performance Standards
1.5 and 1.6 Not Applicable, Not Included
Page 77 1.7 Assessments
Page 81 1.8 School Calendar and Schedule
Page 85 1.9 Special Populations and At-risk Students
Page 94 1.10 School Culture and Discipline
Page 103 1.11 Marketing, Recruitment & Enrollment
Page 107 1.12 Community Involvement and Parental Engagement
**Section 2 Operations**
Page 110 2.1 Governance
Page 121 2.2 Start-up Plan
Page 132 2.3 Facilities
Page 141 2.4 Personnel / Human Capital
Page 152 2.5 Professional Development
Page 157 2.6 Insurance
Page 159 2.7 Transportation
Page 161 2.8 Food Service
Page 163 2.9 Additional Operations
Page 166 2.11 Waivers
Page 173 2.12 Network Vision, Growth Plan, & Capacity
Page 174 2.13 Network Management
Page 176 2.14 Network Governance
Page 2.15 Personnel/Human Capital - Network-wide Staffing Projections
**Section 3 Finances**
Page 179 3.1 Planning and Budget Worksheet
Page 180 3.2 Budget Narrative
Page 186 3.3 Financial Plan (for existing operators required to complete Sections 3.1 and 3.2)
**Section 4 Portfolio Review/Performance Record**
Page 188 4.1 Past Performance

Note to reviewers: If viewing in hard copy format, refer to the tab labels to access the desired document. If viewing electronically, refer to the attachment name. The documents are listed and arranged in alphabetical order in the “Attachments” electronic file folder.

## Attachment Table of Contents


| | |
|---|---|
| Tab A | ATTACHMENT A: Annual School Academic Calendar |
| | ATTACHMENT A1: Daily School Schedule |
| Tab B | ATTACHMENT B: Student Handbook / School Forms |
| Tab C | ATTACHMENT C: Student Discipline Policy |
| Tab D | ATTACHMENT D: Student Enrollment Policy |
| Tab E | ATTACHMENT E: Pledged Support from Prospective Partners & Letters of Support/MOUs/Contracts |
| Tab F | ATTACHMENT F: Board Governance Documents |
| | F1. Articles of Incorporation |
| | Proof of non-profit and tax exempt status: |
| | F2.1 - Meeting minutes where the board approved application for tax exempt status |
| | F2.2 - Proof of form 1023 approval by the IRS |
| | F3. By-laws |
| | F4. Code of Ethics |
| | F5. Conflict of Interest Policy |
| | F6. Board member biogra[hies |
| | F7. Board policies |
| Tab G | ATTACHMENTS G & M: Combined School & Network Organizational Chart |
| Tab H | ATTACHMENT H: See Attachment Q |
| Tab I | ATTACHMENT I: Employee Manual/Personnel Policies |
| Tab J | ATTACHMENT J: Insurance Coverage Certificate |
| Tab K | ATTACHMENT K: CMO Agreement (NOT applicable for this application) |
| Tab L | ATTACHMENT L: See Attachment R |
| | ATTACHMENT M: is Grouped with Attachment G |
| Tab N | ATTACHMENT N: Budget Planning Worksheet - State* |
| Tab O | ATTACHMENT O: Budget Narrative |
| | O1: Year 1 Budget |
| | O3: Year 3 Budget |
| | O5: Year 5 Budget |
| Tab P | ATTACHMENT P: See narrative in section 3.3 |
| Tab Q | ATTACHMENT Q: Student Achievement/Growth Results (for existing operators) |
| Tab R | ATTACHMENT R: See the narrative section 4.1 (g). |
| | R1: Annual Report 2019 |
| | R2: Annual Report 2020 |
| Tab S | ATTACHMENT S: School Financials |

S1 - Audited Financials June 30, 2018
S2 - Audited Financial June 30, 2019
(Field work completed and audit in progress for SY 19-20)
S3 - Current P & L
S4 - Current Balance Sheet

Tab T ATTACHMENT T: Litigation Documents (for existing operators, if applicable)

*Apparently the provided template is for someone not familiar with the state chart of accounts numbers and categories. We found it to be much less realistic than our working budgets. We actually could not plan from the template because it was so unrealistic, therefore we made realistic budgets and included them as sub-parts of Attachment O.

## Appendices Table of Contents

Tab 1 Appendix 1 - Field Study Planner
Tab 2 Appendix 2 - Names of County Residents. These residents have stated that an elementary school with our proposed model would be of benefit to their families.
Tab 3 Appendix 3 - List of Community Partners and their Involvement
Tab 4 Appendix 4 - Litigation - Final Order of Dismissal
Tab 5 Appendix 5 - Requirements for Registering Kindergarteners
Tab 6 Appendix 6 - Hiring Processes
Tab 7 Appendix 7 - Transportation Training Certificate
Tab 8 Appendix 8 - Last Food Audit Completion Letter
Tab 9 Appendix 9 - Staffing by Position and Year - Table Format
Appendix 9.1 - Staffing by Position and Year - Excel Format
Tab 10 Appendix 10 - Financial Policies and Procedures
Tab 11 Appendix 11 - Sample Audit Questionnaires
Tab 12 Appendix 12 - Parent Surveys
12A - Survey Specific to our Model
12B - General Parent Surveys
Tab 13 Appendix 13- Statement Tenn. Code Ann. §49-13-107 (b)
Tab 14 Appendices 14 & 15 - Data from Atlanta Classical Charter School
(a public charter school using our proposed curriculum)
Tab 16 Appendix 16 - Sample RTI2 Meeting Minutes
Tab 17 Appendix 17 - Teacher Survey Results

**GENERAL INFORMATION**

Name of proposed school: **Ivy Academy's Skillern Elementary**

Projected year of school opening: **2022, and requesting prerogative to open in 2023 if necessary in order to start on the best foundation**

Charter authorizer for proposed school: **Hamilton County Board of Education**

Sponsor/Sponsoring Agency:**Tennessee Charters and Ivy Academy's Skillern Elementary**

The sponsor is a not-for-profit organization with 501(c)(3) status: Yes **X** No_ In Process **X**

Model or focus of proposed school: **Outdoor Classical Model**

Name of primary contact person (This person should serve as the contact for follow-up, interviews, and notices regarding this application): **Angie Markum**
**8520 Dayton Pike**
**Soddy-Daisy, TN 37379**

Mailing address: **Ivy Academy's Skillern Elementary**
**8520 Dayton Pike**
**Soddy-Daisy, TN 37379**
Primary Telephone: **(423)580-0264** Alternate Telephone: **(423)305-7494**
Email Address: amarkum@ivyacademychattanooga.com

Names, current employment, and roles of all people on school design team:

| Full Name | Current job Title and Employer | Contributions |
|---|---|---|
| Nikki Bender | Social studies teacher 6th and 7th, Ivy Academy Chattanooga, prior elementary experience level 5 elementary teacher | Goals and elementary scheduling |

| | | |
|---|---|---|
| Ansley Eichhorn | Director of Admissions, liaison for statewide environmental organizations (TEEA, NAAEE, Tremont), Office Manager, Ivy Academy Chattanooga | Marketing, recruiting, and enrollment |
| Faye Phar | Retired HCDE principal and PEF principal coach | Consult for input on elementary scheduling and professional development |
| Heidi Gaines | Veteran exceptional education teacher Ivy Academy Chattanooga 6th-12th, prior elementary experience level 5 teacher | Special populations |
| Laura Golden | Veteran elementary teacher Classical schools | Networking with Classical education schools and support organizations across the USA |
| Scott Grisar | Academics supervisor Ivy Academy Chattanooga, prior elementary experience level 5 elementary teacher | Scheduling, elementary input |
| Alicia Holbrook | School counselor Ivy Academy Chattanooga | Supporting research articles, proofreader, file specialist, wordsmith, editor |
| Jennifer Hooker | RTI and Campus Support Coordinator 6th-12th, human resources, Ivy Academy Chattanooga | Special populations, academic data |

| | | |
|---|---|---|
| Penny Leffew | Retired HCDE principal and PEF principal coach | Consult for formulating benchmarking, assessments, scheduling, groupings, professional development, elementary specific topics |
| Phillip Manseuto | Veteran exceptional education teacher 6th-12th, Ivy Academy Chattanooga, prior elementary experience level 5 teacher | Special populations |
| Angie Markum | Charter School Operator, Ivy Academy Chattanooga | General information, pedagogical methods, executive summary, school mission and vision, enrollment summary, academic focus and plan, academic performance standards, special populations and at-risk students, school culture and discipline, community involvement and parent engagement, existing academic plan, performance management, governance, startup plan, facilities, transportation, food service, additional operations, waivers, network vision and growth plan, and capacity, network management, network governance, personnel / human capital - network-wide staffing projections, planning and budget worksheet, budget narrative, budget, past performance |
| Darrell Meece | Professor UTC Department of Education | Pedagogical methods, academic focus and plan, academic performance, special populations, |

| | | |
|---|---|---|
| | | school climate and discipline, editor, wordsmith |
| Holly Slater | Executive Director Ivy Academy Chattanooga 6th-12th | Mission/vision, personnel/ human capital, personnel/human capital - staffing plans, hiring, management, and evaluation, planning and budget worksheet, budget narrative, budget, past performance, academic data, student discipline policy |
| Rachel Swafford-Cook | Assistant Academic Supervisor Ivy Academy Chattanooga | Document editor, assessments section, file specialist, editing, citation continuity |
| Missy Swope | Math teacher 7th, Ivy Academy Chattanooga, prior elementary experience level 5 elementary teacher | Goals and elementary scheduling |
| Phyllis Williams | Administrative Assistant Ivy Academy Chattanooga, prior HCDE English teacher 9th and 10th, private school K-12th principal | Document editor, student handbook/ school forms, wordsmith, editor |
| Sharon Wood | Math teacher 6th grade Ivy Academy Chattanooga, 6th-12th, prior elementary experience level 5 teacher | Elementary scheduling, attendance, PBRS |

Name of proposed school leader (if any): **CEO - Angela Markum for Startup**

______

Proposed school leader's current employment: **Ivy Academy Chattanooga**

______

City or geographic community: **District-wide bus service, main campus in Soddy-Daisy**
______

Does the proposed school intend to contract or partner with a charter management organization (CMO) or not-for-profit education service provider? Yes **No X**__________

If yes, identify the CMO or other partner organization: ____________________________

Does this applicant have charter school applications under consideration by any other authorizer(s)? Yes **No X**

| State | Authorizer | Proposed School Name | Application Due Date | Decision Date | Proposed opening year |
|---|---|---|---|---|---|
| TN | Hamilton County School Board | Ivy Academy's Skillern Elementary | February 1, 2021 | May 20, 2020 | Fall 2022 |

Indicate Applicant Type:

- ❏ New-Start Applicant
- ■ Existing TN Operator Proposing New Focus/Grade

**ASSURANCES**

As the authorized representative of the sponsor, I hereby certify that the information submitted in this application for a charter for [name of school] Ivy Academy's Killern Elementary is true to the best of my knowledge and belief, realizing that any misrepresentation could result in disqualification from the application process or revocation after award; and if awarded a charter, the school:

1. Will operate as a public, nonsectarian, non-religious public school, with control of instruction vested in the governing body of the school under the general supervision of the chartering authority and in compliance with the charter agreement and the Tennessee Public Charter Schools Act;
2. Will follow all federal, state, and local laws and regulations that pertain to the operation of a public school, unless waived according to T.C.A. § 49-13-105;
3. Will provide special education services for students as provided in Tennessee Code Annotated Title 49, Chapter 10, Part B of the Individuals with Disabilities Education Act; Title II of the Americans with Disabilities Act of 1990, and Section 504 of the Rehabilitation Act of 1973;
4. Will adhere to all provisions of federal law relating to students who are limited English proficient (LEP), including Title VI of the Civil Rights Act of 1964 and the Equal Educational Opportunities Act of 1974, that are applicable to it;
5. Will follow all federal and state laws and constitutional provisions prohibiting discrimination on the basis of disability, race, creed, color, national origin, religion, ancestry, or need for special education services;
6. Will utilize this application as a contract with the authorizer, if no other agreement is signed, pursuant to Tennessee Attorney General Opinion No. 10-45;
7. Will comply with all provisions of the Tennessee Public Charter Schools Act, including, but not limited to
   a. employing individuals to teach who hold a license to teach in a public school in Tennessee;
   b. complying with Open Meetings and Open Records laws (T.C.A. §§ 8-44-101 et seq.; 10-7-503, 504) (guidance is available from the Office of Open Records Counsel);
   c. not charging tuition, except for students transferring from another district to the school pursuant to the local board's out-of-district enrollment policy and T.C.A.§ 49-6-3003;
   d. following state financial (budgeting and audit) procedures and reporting requirements according to T.C.A. § 49-13-111, 120, and 127;
   e. requiring any member of the governing body, employee, officer, or other authorized person who receives funds, has access to funds, or has authority to make expenditures from funds, to give a surety bond in the form prescribed by T.C.A.§ 8-19-101; and
8. Will, at all times, maintain all necessary and appropriate insurance coverage.

Angela R Markum
**Signature**

Angela R. Markum
**Printed Name of Authorized Signer**

CEO Ivy's Skillern Elementary
**Title of Authorized Signer**

6

*What if education wasn't first and foremost about what we know, but about what we love?* **~James K.A. Smith**

**Executive Summary**

• **The proposed plan for the school:** Ivy Academy's Skillern Elementary School delivers the Tennessee State Standards through the Classical model of education in the outdoor immersive learning environment as a public charter school. We understand that learning must have purpose. It must have a heart and enable students and their families to connect the purpose for learning to more meaningful ambitions than just learning for learning's sake, just learning to do well on a test, or just to get a job. We believe that character development leads to strong academic success.That is why our mission is *to develop students' minds and civic virtues through a Classical, content rich curriculum that emphasizes the principle of service and takes place in an inclusive, immersive outdoor environment producing lifelong, successful citizens.*




We also teach students how to learn, along with the purpose for learning, not just what to learn. For example, we stress that we learn math for the purpose of training our minds how to think logically. We learn how to think logically so we can make good decisions for ourselves and as we relate to others. We do it outdoors so we have multiple concrete examples to draw from with which students can pleasantly, eagerly, and actively engage. In fact, the outdoor environment becomes a teacher in itself. The respected Riggs Institute explains what research has proven about the effectiveness of the Classical methods by using an analogy. They say that systematic numeracy and literacy instruction are akin to laying the code for a computer, where the student's brain is the computer. Once that code is laid, subsequent input has pathways to where it can be stored, accessed, and utilized. Similarly, our model and mission are based on the premise that everyone can learn, and there is process and purpose in learning.

The amenities of our "natural" classrooms surpass those of the best equipped brick and mortar classrooms. Who needs counting bears when you can actually pick up and count acorns, while seamlessly learning which kind of acorn comes from which kind of oak tree and the appropriate common and scientific (Greek or Latin) names for them? Kindergarten students can move around with limitations in an indoor classroom to find items that start with the "letter of the week," or they can explore along a trail to look for natural items that begin with the letter of the week while getting fresh air, exercise and putting all of their senses to work. Stepping outside your classroom door to a natural body of water and collecting macroinvertebrates in their habitat is better than a lab with samples of them. Students can watch a movie about wildlife, weather, or properties of water, but observing it personally in nature marks their minds forever. Active outdoor learning also releases "pent-up" student energy in a constructive way which otherwise could manifest as negative behaviors and patterns throughout their school years and beyond. Our educational processes shape students from the inside out, not pouring information in, but guiding students to receive information and process it synergistically among the disciplines. Ours is not an alternative method of having school; it is school as it is meant to be.

The natural outdoor classroom provides real world learning and experiences, bypassing many obstacles the indoor classroom creates for educators. We increase time spent on learning, and consequently our

effectiveness. Education does not end with K-12th or subsequent degrees. Possessing the tools of learning prepares our students for any need or task they face in their future workplaces, families and communities.

• **The geographic and population considerations of the school environment:** Our current campus is located inside the Soddy-Daisy city limits, only 17 minutes from the Olgiati Bridge in downtown Chattanooga. We provide transportation to and from centrally located bus stops county wide and will do the same for an elementary school. We are proposing a dual location campus for our elementary students because of the hesitancy of some parents, especially urban parents, to send students to what can be viewed as a remote location. We would like to increase the population of economically disadvantaged (ED) and minorities; therefore, the plans for one of the two locations for our elementary campus is Booker T. Washington State Park located in a lower median income, well populated residential area. The other proposed location is close to our current campus. We have two options for that location. We may set portable units on the land we are acquiring while we build our permanent facility, or use some of the additional classroom space offered by four area churches for our 6th-12th campus as needed. All are amenable to an agreement to be incubators for K-2nd grade classrooms. We would, of course, comply with Tennessee State Fire Marshal requirements in any of these prospective settings. By the time we have been incubated for three years either in portables or with community partners, we should have a facility built on the 30 acres of land we will own across the highway from our current location.

The outdoor model attracts families whose students are behind in school compared to their peers, and whose educational needs families believe are not being met by the traditional classroom setting. Or, families seek an outdoor school environment hoping that it will help curb the effects of their student's verified disability. We welcome all these students but must mention this phenomenon. Currently, only 22% of our 6th-12th grade students have individualized educational plans (IEPs). This is a historical low for our 6th-12th grades.

• **The challenges particular to those considerations:** The greatest challenge we have faced and that we anticipate facing with the elementary school is attracting a disproportionate number of students who are outside the norm of behavioral expectations within a standard sedentary classroom. When parents with students who have been diagnosed with ADHD as OHI on an IEP hear the words "outdoor education," many of them hope that this model may help their students, and it often does. At one point during the 2015 application window, our applicants for 6th grade were close to 50% IEP students. Our lottery system managed to yield a population just less than 50% for that incoming grade level that year. We welcome all students, but if we ever tip the scale of over 50% of students with IEPs, we are no longer a least restrictive environment but a therapeutic environment, which is not our model, nor is there a model for a therapeutic charter school in Tennessee. By recruiting four and five year olds who have not had negative experiences in traditional classrooms, we believe that students beginning school with our model will have a solid foundation for success that will support them throughout their education experience and endeavors. Learning will not be a struggle but a joy, and they will be eager learners because they received the tools for success early on. Fewer families will see the need for the support provided by IEP status.

We face state assessment challenges, both with implementation and scoring with the high number of students with IEPs. Traditionally, students with IEPs need more accommodations than we have physical resources to provide. A church within walking distance of our school has provided us space to have the required separate testing rooms for read aloud or extended time.

Students who come to us requiring ADD and ADHD medications are often able to discontinue or reduce

dosages of those medications after attending Ivy only a few months. Hopefully, getting these students into Ivy in lower grades, especially kindergarten, will eliminate or reduce their need for medications for ADD and ADHD and IEPs altogether, and circumvent the need for remediation in later grades. Most of all, however, we want students to experience the confidence that our Classical outdoor model provides.

Another challenge has been our lack of attracting families from urban settings (including a great number of minorities), who  are often hesitant to send their students to Ivy, where they will be primarily outdoors year round (within safe parameters), and which is located in a rural community that is predominantly white. Our 9th-12th model started with a 95% African American ED population, but that percentage has dropped over time. We believe the Booker T. Washington State Park campus near Highway 58 and near I-24, one of the major arteries around Chattanooga, will help attract urban students and increase our minority subgroup. BTWSP is a suburban outdoor space within the city limits, close to numerous apartment complexes, and in an area with a large population of minorities.

**• The applicant team's capacity to successfully open and operate a high quality school given the above considerations:** We recognize the value of this model despite the challenges. In 2012 on Tennessee's school success ratings listings, Ivy Academy was in the bottom 6% of the whole state. The current charter operator, executive director, special ed lead teacher, dean of high school and other key players were on the team that brought us out of the focus school range by using strategies that increased services to students, transformed the culture and supported family and community involvement. We increased our instructor to student ratio. All ELA and math classes have an educational assistant. All ELA and math classes are double blocked at the middle school level, and math is double blocked at the high school level. We were pulling students to work in skill determined groups before RTI was required. We work with community partners and manage our budget in such a way as to provide free summer school with free transportation. We have met each challenge with a response and the results have shown. Our percentage of students attaining Ready Graduate status is a metric of success. Our school leadership team has trained additional administration, and we are ready to expand and apply this same analysis and response to help more students while creating a more diverse feeder for our 6th-12th school. Yes, we feel equipped to extend our grade levels, overcome challenges, and successfully operate a high quality elementary school.

### 1.1 School Mission and Vision

In this section:

(a) Provide a mission statement for the proposed charter school. Note: The mission statement should indicate in measurable terms what the school intends to do, for whom, and to what degree. A school's mission statement provides the foundation for the entire application.

**Mission**

*The mission of Ivy Academy's Skillern Elementary School is to develop students' minds and civic virtues through a Classical, content rich curriculum that emphasizes the principle of service and takes place in an inclusive, immersive outdoor environment producing lifelong successful citizens.*

**For whom:** A socioeconomically diverse group of Hamilton County families with students in K-5th grade who make this their school of choice, particularly in the defined targeted regions noted in section 1.2 of this application.

**To what degree:** For elementary students, in measurable terms, this translates into exceeding the district and state average assessment scores in each state tested area, or 50% at or above grade level in English and math, whichever parameter is higher, contributing to Hamilton County Schools meeting their goals set forth in the Focus Five, and closing achievement gaps by raising the scores of students whose traditional trajectory would have ranked them lower.

This mission includes training the character and minds of K-5th grade children for success in such a way that it also prepares them to succeed in future educational and workplace learning as middle schoolers, high schoolers, and adults.

Our motto: **We are scholars. We are stewards. We are volunteers. We are Ivy.**
Our Character Pledge: **We will learn the true, do the good and love the beautiful.**

(b) Describe the vision of the proposed school and how it will help achieve the school's mission.

(c) Describe how the mission and vision of this school will meet the prescribed purposes for charter schools found in T.C.A. § 49-13-102.

(d) Describe how the mission and vision of this school addresses any priorities set forth by the chartering authority.

**Vision**

**Our Vision** is that the graduates of IASE are lifelong learners because they love to learn, are positive role models, and are virtuous citizens who thrive independently to make our county, state, nation and world a better place. By keeping this vision at the forefront of everything we do at IASE, we motivate our students with meaningful ambition enabling us to achieve the school's mission.

IASE provides the connection for successful academic achievement by utilizing the Classical educational model of brain training, which ensures greater student performance for best outcomes and proficiency on state assessments. Students around the nation in Classical schools typically score in the top 10-15% on nationally standardized tests, such as the Stanford Achievement Test[1]. The National Alliance for Public Charter Schools offers that the Classical model of education allows *"students to grow into the brilliant thinkers of tomorrow*." On their website they share the below graphic showing the success of Classical public charter Archimedean Conservatory School in Florida.




Data comes from US News and World Report and is based on *Florida Standards Assessment and Mathematics End of Course Exams.*

Within Tennessee, Nashville Classical Charter School provides an in-state example of success with the Classical model for public charter school students. Some of the most recent state assessment data are included in these tables where it is evident that these students out-scored the district and state average.

[1] Perrin, Christopher A. 2004. *An Introduction to Classical Education*. Camp Hill, PA: Classical Academic Press. 9781600510205.

**Percent of NCCS scholars scoring on track or mastered in ELA Grades 3rd-5th**

| Year | NCCS ELA | MNPS ELA | TN ELA |
|---|---|---|---|
| 2016-2017 | 67% | 25% | 34% |
| 2017-2018 | 49% | 27% | 35% |
| 2018-2019 | 50% | 27% | 35% |

**Percent of NCCS scholars scoring on track or mastered in Math Grades 3rd-5th**

| Year | NCCS Math | MNPS Math | TN Math |
|---|---|---|---|
| 2016-2017 | 55% | 29% | 38% |
| 2017-2018 | 55% | 28% | 40% |
| 2018-2019 | 65% | 33% | 45% |

When this achievement data is put in the context of Nashville Classical's scholar population, it becomes even more significant. For example, 82% of Nashville Classical's scholars are part of the state's "Super Subgroup," which includes Racial Minorities, English Language Learners, Students with Disabilities, and Economically Disadvantaged scholars. This number is almost identical to the district's "Super Subgroup" population and is significantly greater than the percentage of scholars in the "Super Subgroup" statewide.

**Percent on Track in ELA and Math with Super Subgroup**

| Data Group | % Super Subgroup | ELA | Math |
|---|---|---|---|
| **NCCS** | 81.9% | 50% | 65% |
| **MNPS** | 81.5% | 27% | 33% |
| **TN** | 59.4% | 35% | 45% |

Nationwide, the Classical education model is gaining with parents and educators alike. Many school systems have adopted Classical models for public charter schools. Poudre School District in Fort Collins, Colorado, chartered Ridgeview Classical Schools[2], a K-12th charter school. It is consistently ranked in *U.S. News and World Report's* list of our country's best schools, and has ranked as high as 103rd in the nation. Other networks of Classical public charter schools around the nation such as the Great Hearts Academies are meeting with academic superiority over standard public charter school students on CCSS assessments, as well as other nationally standardized tests. A chart showing comparative math and ELA

[2] Ridgeview Classical Schools. n.d. "Honors & Rankings." Ridgeview Classical Schools. https://www.ridgeviewclassical.com/honors-rankings.

performance using standard deviation over one school year from different educational models is published by the Alliance for Public Charter Schools, currently viewable on their website, and included below. The Classical model's results outranked every other model including STEM, Montessori and Project Based Learning themed schools.




We see academic deficiencies in our incoming 6th-12th students[3] that we believe could have been prevented if these students had received the benefit of Classical training and engagement through the outdoor learning environment. We have a vision for something better. Over the years, course pre-assessment data suggests that 76% of our 9th graders come to us **not** ready for algebra. This percentage significantly decreased once the students began feeding from our middle school. Once we added the middle school grades, the percentage of students entering our 6th grade not knowing their multiplication facts has varied from 65% to 36% according to course pre-assessment data. Understanding the multiplication process and being able to readily recall those facts are the foundation for learning the division process, which is the foundation for the capacity to understand factoring of polynomials, which is a foundational standard for higher maths. These are important building blocks that must be in place to earn that minimum composite score of 21 on the ACT. Much time and attention has to be given to remediate these deficiencies before subsequent standards can be mastered. From the examples shown by Classical model public charters currently in operation across the nation and in our own state,

[3] Ivy Academy "Math Data for Incoming Readiness Status of Students". 2020. https://docs.google.com/spreadsheets/d/1zBnfuutw9k1V9nkvJtXl4ZebYGvkCHwQsJ_VboCxsGk/edit?usp=sharing

seemingly these deficiencies could be lessened by that training. Although other outdoor charter schools are in development within our state, currently, we are the only one. We do not have similar data within our state showing its academic success providing the evidence behind why we see our vision as we do. But the success we have seen in our 6th-12th students testifies to us that it could have made a difference. We see ourselves as leaders in this area which is why we collect the data that we do surrounding this model[4]. The success with keeping students engaged through outdoor learning has been well documented from examples outside of our state. The summary of over a dozen studies outside of Tennessee examined in the research published in the *International Journal of Environmental Research and Public Health*[5] about outdoor education concluded that students particularly seem to benefit in terms of an improved academic performance in several subjects, and improved skills in transferring the knowledge gained to real life situations[6]. **Our vision** is that Hamilton County elementary students can have the type of academic preparation that is best for them **including** a Classical education foundation delivered within the outdoor learning setting.

Students get excited about attending an outdoor school in a way similar to how they get excited about attending recess. When a student wants to come to school, it is helpful to their education. Being present and having a willing attitude are precursors to improving learning and closing the achievement gap between high and low performing students. If a student is present and wants to be at his school, then these are positives for a good start. Our parent survey data reflects that over 90% of families attending our 6th-12th school report better attendance and better grades after attending Ivy Academy for more than one semester[7].

Research has demonstrated the ability of the natural environment to promote a desire to learn within the primary aged student[8]. Studies have also confirmed that additional academic benefits result from nature exposure. The following chart is part of the graphics showing what was discovered about outdoor learning for the K-12th student in the research article by Kuo, Barnes, and Jordan and published in the research journal *Frontiers in Psychology*[9].

---

[4] Ivy Academy. "Outdoor Learning Survey Results Presentation". 2019. https://docs.google.com/presentation/d/1NSAU5ah4gU6TLMXgHqGK8QkqKZ-bcggZVaAqRJH-ReQ/edit?usp=sharing

[5] Becker, Christoph et al. "Effects of Regular Classes in Outdoor Education Settings: A Systematic Review on Students' Learning, Social and Health Dimensions." International journal of environmental research and public health vol. 14,5 485. 5 May. 2017, doi:10.3390/ijerph14050485

[6] Fägerstam E., Samuelsson J. Learning arithmetic outdoors in junior high school—Influence on performance and self-regulating skills. Education. 2014;42:419–431. doi: 10.1080/03004279.2012.713374

[7] Ivy Academy. "Outdoor Learning Survey Results Presentation". 2019. Slides 7, 9. https://docs.google.com/presentation/d/1NSAU5ah4gU6TLMXgHqGK8QkqKZ-bcggZVaAqRJH-ReQ/edit?usp=sharing

[8] Dettweiler, Ulrich, Ali Ünlü, Gabriele Lauterbach, Christoph Becker, and Bernhard Gschrey. "Investigating the Motivational Behavior of Pupils during Outdoor Science Teaching within Self-determination Theory." Frontiers. January 23, 2015. https://www.frontiersin.org/articles/10.3389/fpsyg.2015.00125/full.

[9] Kuo, Ming et al. "Do Experiences With Nature Promote Learning? Converging Evidence of a Cause-and-Effect Relationship." Frontiers in psychology vol. 10 305. 19 Feb. 2019, doi:10.3389/fpsyg.2019.00305




One can see that the outdoor learning model is beneficial to any educational theme or program. It fits wonderfully with the Classical model because so much of the subjects in childhood literature are tied to the outdoors in some way. Until very recent modern history, most children and authors spent significantly more time outdoors than this electronic age. It is beneficial to acquaint the listeners and readers with the settings of the text that could otherwise be foreign to them. In this way, outdoor learning enhances childhood literature.

This outdoor learning model provides a needed option for parents whose students could otherwise fall into a category of being labeled with a deficiency because of the natural inclination towards exerting more energy than a standard indoor classroom usually accommodates. Consequently, toning down the physical activity takes time away from academics. Greater physical activity has been shown to increase children's educational attainment, and with this model physical activity is used to increase academic achievement[10].

**Our vision** for IASE is that Hamilton County students can benefit from these educational models like the students in other parts of our state and nation! Section 1.3 of our Academic Focus and Plan gives a clear description of how Outdoor Learning (OL) and the Classical Education (CE) synthesize to complement each. By applying both these research based methods our vision is that we create an atmosphere where students want to attend, and we provide them with proven learning methods for academic success.

### Specifics of T.C.A. § 49-13-102 Purposes not already Specifically Addressed

#### Parental Opportunity

[10] Harris, Frances. "Outdoor learning spaces: The case of forest school." 2017. https://www.researchgate.net/publication/318184346_Outdoor_learning_spaces_The_case_of_forest_school

We view the learner's parent to be the first teacher, school staff to be the second teacher, and the outdoor classroom to be the third teacher of our scholars. Therefore, we afford parents substantial, meaningful opportunities to participate in the education of their children. This includes our family engagement evenings where we serve a supper and provide tips on fostering a home environment that places value on education. For our current school, corporate sponsorships have funded this program. We have the standard parental opportunities for service hours, inventory of parent strengths to call upon as needed, PTO, and a staff member specifically assigned to parent communications.

### Professional Opportunities and Innovative Methods

The data available on outdoor learning and the Classical model both show that these are effective educational strategies. Our synthesis of the two allows for creativity and leadership within our county and state, and creates new professional opportunities for our staff. Many CE schools incorporate nature lessons and outdoor learning when they can. It is not foreign. We see OEL as a major component to making CE work for our student demographic. From our experience in working with students in the OEL setting, we see that it could help any method. We are respected and looked to as leaders within our state by educators seeking to increase their Standards based lessons in the outdoors. The potential leadership opportunities at the teacher level, lead teacher level, and school level for the synthesis of these models is great.

(e) Describe what the school will look like when it is achieving its mission.

### Success

When IA's SE is achieving its mission, the Classically trained minds of our scholars who have been engaged by the immersive outdoor learning environment, and their service projects to the community, will have created mental frameworks, work ethic and virtue that drives our scholars to academic excellence as reflected by a three or above on the Tennessee Report Card for our school, and equips them for future success.

We ensure that matriculating 5th grade students are fully prepared for the demands and opportunities of a rigorous secondary program. IASE provides a Classical, strategically sequenced, literature rich, logically founded, Standards driven education, solidified via the tool of immersive, inclusive outdoor learning. Our plan for recruiting minorities, providing district wide transportation, open enrollment, differentiated learning, and unique outdoor settings for learning perfectly aligns with Tennessee charter law, Hamilton County Schools' priorities, Tennessee State Standards, the demands of a post COVID-19 world, the demands of keeping students safe, and the ambitious academic goals we set for our students.

Academic success is measured using our state assessment system, the ACT core battery of tests and our own benchmark data. The personal development of our scholars is tied to our core values: integrity, respect, diligence and social and personal responsibility. Our pillars lead students toward those core values. Our pillars are scholarship, stewardship, volunteerism and student health. These pillars are foundational to our motto to learn what is true (be a good

scholar), do what is good (be a good steward), and love what is beautiful (volunteering to help others is beautiful).

Ultimately, **our vision** is to have happy, healthy, confident scholars matriculating to secondary school, then graduating high school fully prepared to be independently successful in their chosen endeavors.

(f) Describe the innovative or unique features of the proposed school or education model. How do these unique features align with the mission and vision of the school? How will these unique features foster student achievement and success?

**Descriptions of Unique Features:**
**The Classical model** is **unique** in that there is a constant communication to the learner embedded within the lesson treatments that there is a purpose for their learning *linked to a higher goal*. “We love learning and there is a reason why.” The purpose of Classical education, therefore, is to cultivate human excellence or virtue. “Learn the true. Do the good. Love the beautiful.” There is a focus on the history and literature that has produced advances in governments, societies, sciences, and the arts since the beginning of human history. This component of connecting learning to more powerful ideas and higher goals is embedded into all of our Tennessee teacher evaluation models, but comes with added effort when not following the Classical model. In the Classical model, children are taught that all learning is connected and relevant, that we live in a *uni*verse, not a *multi*verse. To the Classical mind, all knowledge is interrelated. Space and planetary science, for example, isn’t studied in isolation; it is learned along with the history of scientific discovery, which leads into man’s philosophical relationship with science and from there to the intricacies of medieval history. The reading of the Odyssey leads the student into the consideration of Greek history, the nature of heroism, the development of the epic, and man’s understanding of the universe. There is a grammar to the English language, but there is also a grammar to math and a grammar to science as well. “We must understand the basics of our world in order to build upon past societal successes and not fall prey to past societal failures.” Classifying their learning is part of where the term, *Classical model* comes from. A Classically trained student can purposefully express how what they have learned is classified, and how it relates to their world. It provides students with the tools that will enable them to become their own teachers throughout their lifetimes, to speak and write beautifully and convincingly, and why and how to be a good citizen.

**The Outdoor Learning model** is **unique** in that it naturally envelops our scholars in an atmosphere where they can see, feel, touch, hear and even sometimes taste examples of the Tennessee State Standards being communicated for the day by the teacher through the Classical method with our quality curriculum. It effortlessly incorporates movement into every class through movement to our outdoor classrooms and travel during class to view examples referenced within the lessons. The teacher has readily available a natural world full of examples and manipulatives awaiting the curious minds and hands of the learners. The physical benefits of fresh air, sunshine, vitamin D production, and freedom of movement cannot be matched within the indoor classroom.

A. Unique Curriculum and Setting. What is unique?

1. Curriculum, more cross curricular, historical and time tested than other common

treatments
2. Setting which emphasizes the standards within the curriculum
3. Learning environment which envelops the learner with examples
4. Extreme focus on literacy
5. Instructional design which spirals content in alignment to standards
6. School culture of service
7. Foundational and advanced mathematics approached as logic
8. The structure of mathematical thought and skills applies to all areas of study.
9. Applies the language of mathematics to all endeavors, including “practical” pursuits
10. Builds core knowledge in the physical and social sciences
11. Uniform, physical, interactive timeline on display in every classroom
12. Learning environment that changes naturally daily as part of seasonal change

B. Unique Focus on Literacy. A Classical curriculum succeeds in the 21st century because of its unique focus on literacy, which includes:

1. Balanced literacy blocks addressing acquisition, comprehension and writing
2. Curricula targeted to build specific literacy skills
3. Access to settings that emphasize context to the reader
4. Access to Great Books within small group settings
5. Individualized, computer based adaptive literacy instruction via IXL
6. Study of the Classical roots of the English language, providing systematic study and explosion of vocabulary
7. Use of Singapore Mathematics which is language based

C. Unique Instructional Design. We embody the Classical trivium of grammar, logic, and rhetoric, and apply distinctive instructional methods in all subjects and all classrooms. This unique, unified approach leads us to:

1. Take a structured, sequential approach to instruction and curriculum delivery using the outdoor setting as an additional teacher
2. Create consistency across all subjects and in all classrooms using the timelines, Logic (math) and literacy applications.
3. Enable diverse learners and support the learning of all subgroups by providing our learners with the tools and skills of learning

D. Unique School Culture. We build school culture around common, research based values and offer a highly interactive school environment, balancing the rigor of educational excellence with the joy that comes from a high level of engagement combined with service to the community. Rigor, joy, and service – celebrating hard work, celebrating learning, and celebrating serving our community are routine rituals and common language. Our pillars of scholarship, stewardship, volunteerism, and student health work hand in hand with this rigor and joy.

**How Unique Features Align with Mission, Vision, and Foster Achievement and Success**

The Classical model presented in an outdoor setting is the effective delivery strategy that makes our mission and vision come true. This is how we can best offer what students will love, and, therefore, attain success with. This comprehensive learning program for Tennessee State Standards improves the quality of life in a community, enabling our students to be happy, healthy, confident, scholars matriculating to secondary school, then graduating high school, fully

prepared to be independently successful in their chosen endeavors.

### 1.2 Enrollment Summary in This Section

(a) Describe the community from which the proposed school intends to draw students, including the demographic profile and school zones within the LEA.
(b) Provide a rationale for selecting the community where the proposed school will locate.
(c) Discuss the academic performance and enrollment trends of surrounding schools in that community.

#### Targeted Communities of Draw

We view the entirety of Hamilton County as our community. Currently, we provide bus service county wide with cluster stops. Our 6th-12th school is a district wide school of choice, and we plan for IASE to be as well.

When thinking of who might benefit the most from this model, and which parents might find transport to centralized bus stops challenging, we gave our attention to finding a more centralized location in the county than our current campus (in addition to hosting elementary students on our current campus).

Our educational programming is tied to natural outdoor space. Being adjacent to several acres of trails, a natural body of water, and shaded outdoor areas for meeting, provide needed “classroom essentials.” We have those amenities at our current campus and would like them at a secondary campus. When we began to think about targeting areas where students could benefit the most from a choice school, perhaps one that fits their learning style better than the standard brick and mortar classroom, we considered the locations of our community partners where we could have a host. Booker T. Washington State Park was a natural choice to consider because of its central location and amenities. It is in an area of close proximity, within 11 travel minutes of an opportunity zone school and several elementary schools where the parents could take advantage of this choice opportunity. Every community deserves educational choices simply because every student deserves to have his needs best met. Every campus and group of educators represents a different set of skills and resources to meet those needs.

Our current 6th-12th model draws students from all over the county, as can be seen in this chart. We run four buses with routes to centralized bus stops countywide.

The largest percentage of our current draw is the north river areas of Hixson and Middle Valley, the Soddy-Daisy area coming in second, and the East Ridge area coming in third. Those three areas make up just over two-thirds of our student population at 67.7%. We have kept this similar pattern for around three years. As indicated, the other one-third of the students are spread out fairly evenly in all areas of the county. The unlabeled slices are where fewer than three students attend from that area, and for practical viewing, there was no room to label that neighborhood.

Regardless of the location of the campus, we can target areas with bus stops to provide this choice opportunity to students who would thrive with active outdoor learning to achieve their maximum. What exactly is that maximum? That is hard to discern for middle and high school

with so many influencing factors. Even growth predictions do not accurately reflect what can be, or what could have been, when factoring in the newly introduced influencers of sex hormones,




being left alone without a parent more frequently, and adjustments of medications due to the onset of puberty. Sometimes it takes one to five years to re-engage a middle or high schooler who has disengaged in earlier grades due to loss of interest from too much inactivity. We strive for excellent test scores, but those are not an end all. Our graduation rate combined with our Ready Graduate status shows that our model is helping students. We scored double our annual measurable objective (AMO) on Ready Graduate status for 2019, and exceeded our AMO for 2020. Our parent responses show that they feel the outdoor setting and movement within the school day has made a significant, positive difference for their students, and many have said that it saved their student from being a dropout. The community input we have received is such that independent from state assessment measurements, parents want active outdoor education as a learning option. Why mention this information in the “target population” section?” Because state report cards sometimes do not reflect the true measure of a school, and we are about to present state report card data on the schools in our target region for the central campus. We do not want to insinuate that the staff or the students of these schools listed below are performing poorly or that our data is extremely higher in all areas. **We do want to communicate that from our experience with the outdoor model, we predict that some students attending these schools could have their trajectory changed by a model more suited to their needs.** Yes, data and the state report cards are paramount in our educational efforts, *but not used solely* in our analysis in determining the need for this model within any particular zone.

Booker T. Washington State Park is within this many miles/minutes of these elementary schools.

**Bess T. Shepherd** - 5.5 miles or 10 minutes










**Hardy - 6.2 miles or 11 minutes**




**2018-19 Success Rate**




**2018-19 Chronic absenteeism**




**Hillcres**t - 3.5 miles or 6 minutes




No data available for success rate. Hillcrest is being absorbed into another elementary zone; however, some of these students could certainly still benefit from IASE's model.




**Lakeside** - 1.8 miles or 4 minutes




---

For comparison, **Ivy Academy** 6th-12th 2020 subgroup population:




2020-2021 Attendance Rate

**95.5% August - December 2020**

## Current Student Body Demographics

| Grade Level | Total in Grade | Asian | Black or African American | Hispanic | American Indian | Native Hawaiian or other Pacific Islander | Two or More Races | White | Unclassified |
|---|---|---|---|---|---|---|---|---|---|
| 6 | 71<br>39 / 32 | 0<br>0 / 0 | 2<br>0 / 2 | 3<br>2 / 1 | 1<br>1 / 0 | 0<br>0 / 0 | 1<br>0 / 1 | 64<br>36 / 28 | 0<br>0 / 0 |
| 7 | 69<br>32 / 37 | 0<br>0 / 0 | 3<br>1 / 2 | 8<br>6 / 2 | 0<br>0 / 0 | 0<br>0 / 0 | 1<br>0 / 1 | 57<br>25 / 32 | 0<br>0 / 0 |
| 8 | 71<br>37 / 34 | 1<br>0 / 1 | 2<br>0 / 2 | 3<br>2 / 1 | 1<br>1 / 0 | 0<br>0 / 0 | 0<br>0 / 0 | 64<br>34 / 30 | 0<br>0 / 0 |
| 9 | 68<br>39 / 29 | 1<br>0 / 1 | 5<br>4 / 1 | 2<br>0 / 2 | 0<br>0 / 0 | 0<br>0 / 0 | 1<br>0 / 1 | 59<br>35 / 24 | 0<br>0 / 0 |
| 10 | 59<br>35 / 24 | 1<br>0 / 1 | 3<br>2 / 1 | 1<br>1 / 0 | 0<br>0 / 0 | 0<br>0 / 0 | 0<br>0 / 0 | 54<br>32 / 22 | 0<br>0 / 0 |
| 11 | 46<br>19 / 27 | 1<br>1 / 0 | 2<br>1 / 1 | 1<br>0 / 1 | 0<br>0 / 0 | 0<br>0 / 0 | 0<br>0 / 0 | 42<br>17 / 25 | 0<br>0 / 0 |
| 12 | 24<br>13 / 11 | 0<br>0 / 0 | 1<br>0 / 1 | 0<br>0 / 0 | 0<br>0 / 0 | 0<br>0 / 0 | 0<br>0 / 0 | 23<br>13 / 10 | 0<br>0 / 0 |
| Total | 408<br>214 / 194 | 4<br>1 / 3 | 18<br>8 / 10 | 18<br>11 / 7 | 2<br>2 / 0 | 0<br>0 / 0 | 3<br>0 / 3 | 363<br>192 / 171 | 0<br>0 / 0 |

---

We should note that some bus stops to service the students zoned for the above listed zoned schools would be within **two** minutes of the proposed Booker T. Washington site.

We also plan to have elementary students at our north campus to meet the needs of siblings of about 50% of our current students. The location of the north campus should not affect the elementary schools within our zone such as Allen, Daisy, or Soddy if the enrollment of IASE follows the same pattern as our current school. Although we welcome students from those zones, Hixson/Middle Valley is a bigger draw for us than the zone we are within, and the combined communities of East Ridge and Brainerd follow closely behind Hixson/Middle Valley.

**We see the north campus as the campus that would draw students from all over the district, and the central campus as the campus that would provide easier access to our active outdoor learning model by families who find transport to district wide, centralized bus stops more challenging.**

(d) Describe the specific population of students the proposed school intends to serve.

### Population

We currently serve a population with 30% students in poverty. The state report card does not accurately reflect Ivy Academy's number of students in poverty, so please do not go by that number. We want to increase our service to students in poverty *because these are the families who have fewer educational choice options*, and because it fulfills our mission of having a more diverse student body. That is the reasoning behind the development of a central campus in addition to our current campus. It would feed our schools with students who otherwise lack these unique educational options while increasing our socioeconomic diversity. Planned bus

stops for the central campus are close to concentrated areas of households on the direct certification list.

(e) Summarize what the proposed school would do more effectively than the schools that are now serving the targeted population.

### How Will We Be More Effective?

We will be more effective than the other school options available for some students due to our Classical model brain training and our active outdoor model that suits some students better than their current school setting. Some students just need something a little different than the standard model in order to thrive. Our community surveys[11] indicate that there is strong desire within the Hamilton County community for this model because families believe that it will be more effective for their students. Belief that something will work goes a long way in making something work effectively, just as unbelief in a method or model can affect negatively. Unless a physically active and metally regimented model is the model for the whole school, it is too outside the norm of instructional routines for teachers at traditionally educational model schools to offer those particular methods to meet the needs of students who require more activity and regimented brain training to thrive. The classroom supports put in place by the board and administration make all the difference in being able to offer this option to students.

(f) If you are an existing operator, describe any enrollment practices, processes, and policies that will differ from the existing school.

### Differences from Current Enrollment Practices

The biggest difference is that instead of surveying our families to determine the bus stops according to their needs, we will target areas with specific bus stops, advertise and make door to door visits to families to let them know that this option is available to them. In other words, we have a steady feed of families who come to us and value our programming very much. We look for ways to best serve them, and part of that is convenient transportation. These families value us to the point that they will drive to a district wide, centralized bus stop up to 10 or 15 minutes from their home. Now, we are looking to expand into communities where families want educational options but are not able to provide that transportation piece. Also, a past practice was to define a complete application as one that includes all requested academic and attendance records. That is no longer a practice at our current school, nor will it be in future schools.

(g) How the community for the proposed school is similar and/or different from the current community that you serve.

The explanation of similarities and differences between the proposed school community and our current school community was addressed well in segments a, b, and c of this section. At this

[11] Ivy Academy. "Ivy Elementary Petition (Responses)". 2019. https://docs.google.com/spreadsheets/d/1ka994Cxun7GpVeVv5iA7W8L6bLdxVrMrRh2La6-Un9w/edit?usp=sharing

time, we serve 30% of economically disadvantaged students, and we would like to double that percentage. We want to increase our service to student families in poverty because these are the students who have fewer educational options and often need the most varied options in order to succeed.

(h) Complete the enrollment summary and anticipated demographics charts below.

**Maximum Number of Students Per Year**

| Grade Level | Year 1 2022 | Year 2 2023 | Year 3 2024 | Year 4 2025 | Year 5 2026 | At Capacity |
|---|---|---|---|---|---|---|
| K | 64<br>32 K at central campus<br>32 K/1st at north campus | 64 | 64 | 64 | 64 | 64 |
| 1 | The above 64 includes some 1st graders. | 64 | 64 | 64 | 64 | 64 |
| 2 | X | The above 64 includes some 2nd from last year's first. | 64 | 64 | 64 | 64 |
| 3 | X | X | The above 64 includes some 3rd from last year's 2nd. | 72 | 72 | 72 |
| 4 | X | X | X | The above 72 includes some 4th from last year's 3rd. | 72 | 72 |
| 5 | X | X | X | X | The above 72 includes some 5th from last year's 4th. | 72 |
| **Totals** | 64 | 128 | 192 | 264 | 336 | 408 |

K-2nd classes have 16 students maximum, and three to five classes have 18 students maximum. There are four sections of students per grade level.

| Anticipated Demographics | % of Economically Disadvantaged Students | % of Students with Disabilities | % English Language Learner |
|---|---|---|---|
| | 60 | 20 | 5 |

### 1.3 Academic Focus and Plan

In this section:

(a) Describe the academic focus of the school. Tennessee law describes an academic focus as “a distinctive, thematic program such as math, science, arts, general academics, or an instructional program such as Montessori or Paideia.” (T.C.A. §49-13-104).

> ***What if education wasn’t first and foremost about what we know, but about what we love?***
> **~James K.A. Smith**

#### Academic Focus

Our **academic focus** reflects a unique synthesis of two research proven educational approaches: the Classical Education (CE) model and the Outdoor Environmental Learning (OEL) model. This innovative approach is significant because not only is each of the approaches grounded in research and theory as was noted in section 1.1 about the vision of the school, but the two complement each other in preparing elementary school students to become active learners and scholars who **love** learning. Further research based evidence for the efficacy of these models is included throughout this section. The interaction of the two models is greater than the sum of the parts. The combination of the two approaches allows for a developmentally appropriate context for elementary school age learners not only to acquire core knowledge but also to gain active experiential skills with which to apply the knowledge.

First, our academic focus follows a **Classical Education (CE) model**. This instructional model involves teaching Tennessee State Standards via the trivium and represents the content of core knowledge, or the “what” and some of the “how” in our approach. This Classical Education knowledge is taught through methods characteristic of the **Outdoor / Environmental Learning (OEL) model**. This is the “hook and how” of teaching in our approach. .

Classical education, from a research base, is most closely aligned with cognitivist learning theories. These theories postulate that children generate knowledge and meaning through sequential development of an individual’s cognitive abilities, such as the mental processes of recognizing, relating to prior knowledge, recalling, analyzing, reflecting, applying, creating, understanding, and evaluating. The cognitivists’ (e.g. Piaget, Bruner, Vygotsky) learning process is adoptive learning of techniques, procedures, organization, and structure to develop internal cognitive structure that strengthens synapses in the brain. The learner requires assistance to develop prior knowledge and integrate new knowledge. The purpose in education is to develop conceptual knowledge, techniques, procedures, and algorithmic problem solving using verbal/linguistic and logical/mathematical intelligences. The learner requires scaffolding to develop schema and adopt knowledge from both people and the environment. The educators’

role is pedagogical in that the instructor must develop conceptual knowledge by managing the content of learning activities. A Classical Education is more than simply a pattern of learning[12].

Outdoor Environmental Learning provides the operating room in which the Classical model can come alive to thrive and overcome things that could hinder in the normal indoor classroom. With properly trained instructors, the OEL can do everything from extend a student's attention span[13], de-escalate agitation, facilitate better health and subsequently fewer absences, to provide the setting to apply a concept. We present solidifying data and research supporting these claims. The OEL is far superior to the indoor learning environment for learners who are not opposed to being outdoors. Differentiated focus is the beauty of a choice school. Choose it if the focus works for your student. For most, this model can work wonders.

The academic plan incorporates supporting channels of instruction and learning such as community service projects (service learning), outdoor experiential learning, Socratic method, using primary source documents, and other commonly implemented educational treatments such as project/problem/product based learning (PBL). With these supporting techniques, experiences in outdoor settings are incorporated into lesson plans. These real world, active experiences provide hands on opportunities for students to construct knowledge.

For other sections of this application, we take each letter of the requested subsection, label and address it as separate paragraphs. However, for the Academic Focus and Plan, the topics are so intertwined that they are woven in and out of the explanatory paragraphs and could not be addressed from one totally exclusive from each other. For ease of reference for the reviewer, we have tried to embolden certain keywords throughout the narrative, so as you skim back and forth through the pages while rating the application with the rubric, you can see where a topic was addressed.

(b) Outline the academic plan of the proposed school. Include specific academic benchmarks.
(c) Describe the most important characteristics of the academic plan, including any specific educational philosophy, instructional methods, innovations.
(d) Describe current research supporting the academic plan and how the plan will drive academic improvement for all students and help close achievement gaps.
(e) Describe the curriculum and basic learning environment (e.g., classroom-based, independent study), including class size and structure for all divisions (elementary, secondary) to be served, and explain any differences among the divisions.
(f) Explain how the academic plan aligns with Tennessee's academic standards.
(g) Explain how the academic plan aligns with Tennessee's academic standards
(h) Blended learning

---

[12] Naples Classical Academy. "Approved Charter Application Naples Classical Academy, Florida Department of Education, Collier County", 11-12.
[13] Ivy Academy. "Outdoor Learning Survey Results Presentation", slide 13. 2019. https://docs.google.com/presentation/d/1NSAU5ah4gU6TLMXgHqGK8QkqKZ-bcggZVaAqRJH-ReQ/edit?usp=sharing

**“Excellence is an art won by training and habituation.” - Aristotle**

The most important characteristics of our academic plan are the CE methods with supporting quality curriculum, prescriptive data driven instruction for specific learning targets, immersive experiential outdoor environment, quality professional learning, team approach to learning (family, school, outdoor environment), and meeting the needs of all learners.

One **innovation** that we have implemented at our current campus and intend to do so at the new campuses as well, is outdoor learning space wi-fi capability. All our students can take Chromebooks to any of our outdoor learning spaces and access the internet for lessons and resources. Our current campus has approximately 10,000 square feet of covered outdoor learning spaces. We have a technology protocol which allows the use of Chromebooks in the covered outdoor spaces on rainy days. The first structure on the proposed north campus is a 3,000 square foot pavilion, for which the labor and materials are already donated, and the structure is already named. The proposed Booker T. Washington State Park campus already has several thousand square feet of covered outdoor learning spaces. In this age of **blended learning** with teachers sometimes monitoring both remote and on campus students, this tool is a necessity if we are to utilize the outdoor teaching environment as skillfully as possible. We worked with a local IT company to donate weatherproof wireless access points so that our internet coverage extends over the full nine acres of our current campus and a little beyond. We worked with the TN Department of Ed to receive a grant to provide the cabling and installation for the system. As soon as this charter is approved, we will again work with community partners to replicate this innovative amenity.

IASE’s scholars will be technologically literate without having excessive screen time. Children do not have to sit indoors at a desk in order to gain technological experiences necessary for success in the contemporary world. In contrast, children are better prepared to be technologically competent when they actively use technology in real world based projects. For this reason, IASE will incorporate technology in projects conducted in the outdoors. For example, students in the middle and high schools currently use iPads to record environmental information, such as water quality and wildlife observations, in the field. Ecology, biology, forestry are all STEM related fields. These types of hands on activities demonstrate actual real world use of technology. With our outdoor wi-fi accessible campuses, technology is more easily integrated into active rather than sedentary lessons.

We do not intend to use a **blended learning** model with students remote from campus except for times when coming to campus are prohibited such as with the pandemic, inclement weather days, or perhaps a homebound situation. We know from experience that students are best served in person.

Right now, we also know that the educational landscape is morphing regarding blended learning. Will the future require that blended learning as defined by some days at home and some days at school always be a part of school? Will Tennessee laws change requiring charters

authorized as regular “brick and mortar” schools to not be virtual also? We just don’t know yet. COVID-19 has changed so many things, and educators are still responding. We have learned from our experience of using blended learning over the past 10 months, but also know that now is not the time to formulate a new rigid plan. We have purposely developed blended learning in excellence. Our teachers have presented their best practices at PD’s. We also have teachers who are our building experts for certain remote learning tools. But there are too many unknowns to develop a new plan right now. It would be futile. Will herd immunity and availability of the vaccine make us return to “normal,” or is normal gone forever? This remains to be seen.

Both the district and state have reviewed in detail and approved our continuous learning plan (CLP)[14]. So staff members and stakeholders can easily reference different parts of the plan, our Academics Supervisor created this CLP Manual for easy access: https://docs.google.com/document/d/1xx9WJ5DEjIfLCsxxIBB6Gv-gUGoav5r2MR6Sn3I_wQ0/edit?usp=sharing We will continue implementing our CLP with fidelity, and with being a leader with innovations in this area such as was mentioned about campus wide outdoor wi-fi accessibility. We do not know the exact demands of the future, but we are prepared to meet them the best we can, and want our students on campus consistently more than we ever have before. Uniqueness in our model is tied to outdoor immersion for lessons, so we very much desire students to be on campus. We would ask you to refer to the CLP or the manual if you have any further questions about **blended, hybrid, or remote learning** beyond what has been explained in this section.

### Academic Plan

The main framework of our academic plan is the Tennessee State Standards being delivered via the CE trivium in the OEL setting through a time tested Classical curriculum. **Our curriculum** for the proposed school is a collection of excellent treatments with data supporting the efficacy of each piece individually, as well as their application as a group for the academic development of our scholars. This curriculum is characterized by a strong emphasis on language, content richness in all subjects, a strong core curriculum, and a focus upon the historical, literary, and scientific traditions of the United States and of Western civilization at large, along with global perspectives.

### Curriculum Specifics

The K-5th history and science portions are based on the Core Knowledge Sequence®, an original work of the Core Knowledge Foundation made available through licensing under a Creative Commons Attribution-Non-Commercial-ShareAlike 4.0 International License. This does not imply that the Core Knowledge Foundation endorses this work.

The K-3rd literacy portion is based on Core Knowledge in Language Arts, and Literacy Essentials, by Access Literacy, LLC for Kindergarten, and the Riggs Institute’s Writing and Spelling Road to Reading and Thinking as supplemented and modified by Access Literacy, LLC for grades one and up. The 3rd-5th grammar portion is based on the Well-Ordered Language

---

[14] Ivy Academy. “CLP 2020”. 2020. https://drive.google.com/drive/folders/1piiDbeKfCdOQNwdzBGXWeptZz7MDc7Hz?usp=sharing

series. This is a multi sensory, brain based approach for teaching phonics, spelling, reading, handwriting, and grammar. Covered in these programs are the 71 letter sound (phonogram) combinations used in the English language, beginning with the easiest sight to sound correspondences, and working towards those that are most complex. Syllabication is critical to a proper understanding of letter sound relationships, so the Riggs program teaches syllabication from the beginning of kindergarten. Alongside learning phonograms and implementing these into a potent spelling and vocabulary regimen, students using these programs will learn handwriting, including cursive handwriting. As students grasp the basics of English literacy, the program lays a foundation in basic grammar and composition. Scientific research supports this type of systematic instruction.

The K-5th mathematics portion is based on the Singapore Math series with a few supplemental sections to better align with Tennessee State Standards for best assessment performance. Internationally, the understanding gained by students trained with Singapore Math, their resulting assessment scores, and launch into STEM careers warrant its use even if some supplementation is needed for best alignment per grade level assessments. The Singapore series has students slightly ahead of our state standards. The Singapore Math program provides students with a strong conceptual foundation in basic mathematics. From the earliest grades, this program emphasizes concepts, mental math, and number sense while employing physical and graphical illustrations of underlying mathematical rules and phenomena. The program presents mathematical skill building and problem solving such that students have a better understanding of not simply when to use a particular equation, but why. Moving students on to higher levels of skills before they are ready is not an option, so the program will be employed at each student's ability level. Ability level groups will be determined at the beginning of each school year, and adjustments will be made on an as needed basis in order to best equip each student with the language of numeracy.

All other parts of the curriculum and related resources are the recommendation of veteran teachers and Classical Education leaders in public charter schools with proven results. Students who have used this curriculum collection in K-5th adjust well to secondary programs and perform well on the ACT and SAT, according to the founders of Atlanta Classical Academy serving grades K-12th.

### Alignment with Tennessee State Standards

Our lesson plan template supports the TN State Standards by having the teacher annotate each standard with the methods they will use to actively teach through the quality curriculum::

- When it fits on our classroom timeline
- Where on our maps it originated or is relevant
- What literature it is relevant to or can be connected to (other than from the curriculum for the week)
- How it will be addressed integrated with the outdoors
- Why it is important to learn
- How it ties to our community service project or other product

We will treat the CCSS alignment as qualifying as Tennessee State Standards alignment for the purposes of this application, since the published correlations address it that way as well. Any slight differences between CCSS and Tennessee State Standards can be individually addressed in any needed areas.

Core Knowledge History and Science Sequence
The Core Knowledge Sequence curriculum is aligned with the Common Core State Standards (CCSS), as represented by the Core Knowledge Foundation. Alignment charts are available for free on the Core Knowledge website. We have reviewed the minimal differences between the CCSS and the Tennessee State Standards, and will address those differences with supplemental curriculum material as needed. The Core Knowledge Sequence curriculum has been utilized by public charter schools across the nation resulting in successful performance on state assessments. For example, in the state of Florida, all public charters utilizing this collection of curriculum have achieved an "A" rating.

Singapore Math
The Singapore Math curriculum is aligned with the Common Core State Standards at each grade level. The alignment was completed by the Singapore Math Corporation, which offers specific texts and workbooks recommended for schools adopting the program. There are slight differences, and we will address those with supplemental material as needed.

English Language Arts
CKLA, Riggs Institute's The Writing & Spelling Road to Reading & Thinking
The Riggs Institute's English Language Arts curriculum, The Writing & Spelling Road to Reading & Thinking fully integrates the learning strands in the Common Core State Standards. We have reviewed the minimal differences between the CCSS and the TN Standards, and will address those slight differences with supplemental curriculum material as needed. The Rigg's Institute curriculum has been utilized in existing Classical model charter schools and aligns well with the standards, based on the evidence of state assessment results, such as the study from Oklahoma that we included in this application and Classical public charters in Florida. The Riggs Institute's explicit phonics program functions also in the area of grammar, syntax, composition, spelling and vocabulary. These skills are critical components of Tennessee Standards and will complement the Core Knowledge Sequence curriculum to offer a superior, literacy based reading and writing program.

IASE's educational philosophy and curricular approach will promote literacy and character excellence for all its students. The chosen curriculum focuses on the acquisition of specific skills and knowledge of certain disciplines following the Core Knowledge Sequence in grades K-5th. These components work well together and provide a comprehensive and organized approach to instruction that meets State standards and that can be modified to bring students of all learning abilities up to grade level. These programs, along with the recommended texts and materials, will ensure IASE students achieve the goals and expectations of Tennessee State Standards and obtain the knowledge and skills necessary for student success.

**Emphasized Academic Instructional Strategies**

• Explicit and Systematic Phonics Instruction - Through the direct teaching of letter sound relationships through a specified sequence, the foundation for literacy is established and provides students the ability to decode the printed word. Scientific research supports this method.

• Explicit English Grammar Instruction - Using tools such as the study of root words, students will be equipped to speak and write with a high degree of communicative competence. As students learn to identify parts of speech and seek to develop syntax, they are able to communicate more clearly on all levels. The more they learn about the English language and its structure, the more their ability to easily and fluently express more complex thoughts becomes evident.

• Data Determined Small Groups for practice and RTI time - Instructional supports and strategies are most effective through the use of flexible ability groupings in the core subjects of reading, writing and math. Ability groupings will allow IASE to tailor instructional techniques and class time to meet the needs of all types of learners. We will provide individualized supports for all learners while maintaining the same expectations of outcome. Students will be placed into ability groupings upon admission using initial assessments that indicate strengths and weaknesses. Using differentiated instructional strategies will enable teachers to optimize the learning of all students.

• Utilization of Primary Source Documents - Primary sources are materials that were created by those who participated in or witnessed the events of the past. They can include letters, reports, photographs, drawings, sound recordings, motion pictures, and artifacts, as well as books. Although sometimes life lessons (e.g., motives, ethics, and “cause and effect”) are not necessarily obvious or easy to define, primary sources can bring them to life. They reflect events and experiences that actually occurred and introduce students to the individuals who lived them.

• Teaching of Study Skills - Time management, organizing, memory techniques, note taking, and outlining will be emphasized throughout IASE and integrated throughout the curriculum to equip students for higher learning. Developing stamina for challenging and complex work is imperative for the promotion of a strong work ethic.

• The Socratic Method - The use of direct, intentional questions to guide students' understanding of problems and their solutions will be a fundamental part of instruction, particularly in literature and history courses.

• Immersive Environment - We use the natural world as a teacher every day. This requires supportive professional development since most education majors have not been trained in this area. That is why we have educators new to us start a week ahead of the regularly scheduled PD. We also offer additional camps and learning intensives when they can receive paid professional leave. Students learn and remember what they touch, hear, feel and see happening much more easily than what they only hear about or see pictures about.

• Related Projects - Sometimes projects intimidate teachers because they feel it takes time from learning, requires extra time to plan for, and extra resources. We make every effort to support projects and their connection to standards without burdening the teacher by offering a framework of suggestions per quarter and per grade level, and by providing the materials. Developing civic virtues necessarily means community service participation, and what better

way to do it than tie it into learning? These projects are not “the lesson” as is sometimes the emphasis with other PBL programs. From kindergarten forward, these projects and products can be very simple and reinforce the standards at hand. It can even involve problem solving. For example, in the August kindergarten project, we might introduce by saying, “How can we show our rangers that we appreciate them?” This resource is still being developed. The following is a kindergarten sample.

**Sample Kindergarten Service Projects/Products Supporting Standards**

| Month | Project or Product | Supports this Standard | Preparation or Materials Needed | Materials Located |
|---|---|---|---|---|
| August | **Bouquet of flowers** and thank you session with a ranger. K students will understand what the rangers do for us and will each choose something to thank a ranger for when we invite him to our class for a special visiting time | SS:<br>K.01 Describe familiar people, places, things and events within a student’s home, school, and community.<br>K.16 Explain the purpose of rules and laws. | Posters from CKSS showing law enforcement, flowers picked from our campus in allowable areas, discussions about what rangers, policemen, firemen, paramedics and other community helpers do. | Posters or pictures with your curriculum packet, or resourced online. Flowers obtained for free in our wildflower picking areas. |
| September | **Story Acted Out in front of a Special Guest**: While the teacher reads the story, students act out the Three Little Pigs according to their assigned roles. This will be a presentation to a community helper (maybe a school administrator) to thank her for her work. With the teacher asking students, they will respond to inform our guest about how this story came to be (authorship), and how we got the pictures for the story (illustrator). | K.RI.CS.6 With prompting and support, define the role of an author and illustrator in presenting the ideas or information in a text. | Three LIttle Pigs book | Classroom library |
| Oct/Nov | **Fall Fruits Poster Wreath & Song** - | K.PS1.1- Plan and conduct an | Poster board, markers tacky | Posters, markers, |

| | | | | |
|---|---|---|---|---|
| | gift to preschool. Students will gather fall fruits such as acorns, hickory nuts, pine cones and seed pods. They will categorize them into their group, then glue them in the quadrant for, acorn, hickory nut, pine cone, or seed pod. They give this to the preschool when they go to sing "I'm a Little Acorn." https://www.youtube.com/watch?v=Kbg63mxI1NY We leave informational brochures at the preschool for this recruiting event. | investigation to describe and classify different kinds of materials | glue, fall tree litter and field litter.   | tacky glue in the Materials Barn. Other items should be collected by students in allowable areas. |
| Dec | **Pine cone bird feeders** to give as gifts or donate to our campus for bird attraction. Discuss why as we head into winter that birds might appreciate some extra food. Relate to our last poster project, and to how humans have different needs due to weather and season changes. | K.ESS3.1 - Use a model to represent the relationship between the basic needs (shelter, food, water) of different plants and animals (including humans) and the places they live. | Bird seed, peanut butter, yarn, pine cones | Bird seed, yarn, and peanut butter in Materials Barn, collect pine cones in allowable areas |

This strategy helps students understand that knowledge about various subjects is interconnected.

**This academic model forms the needed foundation, while the outdoor setting provides a natural engagement piece which keeps the student connected at times when the appeal of structured learning wears thin.**

We have a **professional development** series explained in section 2.5 which is scheduled to begin in May after charter application approval, so teachers are confident about these curriculum choices and their implementation. Teachers must not just be on board with the synthesis of these models, they must be confident of the results. We know that excitement for and about learning is better caught than taught. Professional development sessions are duly noted in our launch plan table, and teachers know of this extra summer investment time before they sign contracts. Continued professional learning support is required throughout the school year.

### Current Research Supporting the Academic Plan

This CE method with its supportive curriculum and immersive OLE setting enhances children's learning as they mature. In the rest of this section we show research studies, numerous ongoing examples, and data supporting the superiority of assessment performance in CCSS states for public charters who use the Classical curriculum as we have proposed for IASE. Also presented is the effectiveness for outdoor learning upon increased academic performance along with better physical, social and emotional health is also clear with numerous supporting studies.

One example of the benefits gained by urban populations from the rigorous literacy-rich CE model was documented by Dr. Marva Collins (1936-2015). High expectations and the use of phonics were the key components she deemed necessary for the educational programs she developed. Dr. Collins argues that —"[t]he problem is that  some schools cannot strike a balance between ‘progressive‘ and ‘traditional teaching methods.‘  According to Dr. Collins, —If you teach the basics in a ‘classical‘ curriculum, you can still pay attention to a child‘s feelings and attitudes. Moreover, it is a mistake to assume that in order to  stimulate creativity and critical thinking you must rule out any learning by rote. Memorization is  the only way to teach such things as phonics, grammar, spelling, and multiplication[15]."

Dr. Collins' began working in Chicago public schools in 1961 where she saw the results of whole language literacy instruction. Through public and private advancements she made her own way to help urban students via a model requiring systematic phonics instruction and the reading of texts assumed way too challenging for the students by the school system. Her educational work was followed closely by many since it veered from traditional methods of the urban Chicago school system yet yielded such superior results. Studies showed that both the short-term and long-term benefits of the CE model upon her students led to them being successful community members. Collins' success attracted national attention. She and the Westside Preparatory School were profiled by 60 Minutes, Good Morning America, Time and Newsweek, and were the subject of a television movie, "The Marva Collins Story." Collins trained more than 100,000 teachers after her success of the Westside Preparatory School and traveled to Africa with the Young Presidents' Organization in order to spread her methodology to educators worldwide.

Her achievements prompted President Ronald Reagan to offer her the post of Secretary of Education, which she declined in order to continue the development of Westside Preparatory

---

[15] Collins, Marva and Tamarkin, Civia. *Marva Collins' Way: Returning to Excellence in Education.* NY. Penguin, 1982. p37.

School. In 2004, Pres. George W. Bush awarded Collins the prestigious National Humanities Medal[16].

After traveling, at the end of 1996, Collins returned to the Chicago Public Schools to supervise **three schools that had been placed on probation**. She specifically requested the schools with the worst academic records and lowest parental involvement, and in only half a year **improved the rating of two of the three schools by 85%** through the use of the Classical Education model[17].

These particular examples of the implementing the CE model in poorly performing schools demonstrate that this framework is particularly impactful for low resource, diverse student populations. IASE's vision is one of excellence, founded on the belief that educational excellence can occur within a school with a low income and a high minority, exceptional education, or English Language Learner population.

More recently, the NY Department of Education did a four year study producing three years of comparative data for 2007-2011 to report about public school students who were educated using the Core Knowledge language arts curriculum (noted as CKLA in the graphics below and included as part of the proposed curricular program for IASE) versus students who were not a part of an early literacy pilot program[18]. The comparative academic gains from fall to spring, and also from year to year are displayed in the charts below. The study accounted for student demographic differences when collecting their data for the WJ & TN tests by making sure all groups were of equal composure. All groups in this referenced data had minority students as the majority of the groups.

[16] "Marva Collins" *Encyclopedia Britannica*. 2020. https://www.britannica.com/biography/Marva-Collins.
[17] "Marva Collins" *The History Makers*. 2000. https://www.thehistorymakers.org/biography/marva-collins-40.
[18] Core Knowledge. "The NYC Core Knowledge Early Literacy Pilot K-2 Results". 2016. https://www.coreknowledge.org/wp-content/uploads/2016/12/CK-Early-Literacy-Pilot-3-12-121.pdf

| | *Woodcock-Johnson III* | | | | *TerraNova* | | |
|---|---|---|---|---|---|---|---|
| Test | *W-J Brief Reading* | | | | | | |
| | *W-J Letter Word Identification* (*Basic Reading Skills*) | *W-J Passage Comprehension* (*Oral Reading Comprehension*) | *W-J Word Attack* (*Decoding*) | *W-J Spelling of Sounds* (*Written Spelling*) | *TerraNova Reading* (*Oral Reading Comprehension, Vocabulary, Basic Reading, Decoding*) | *TerraNova Social Studies* | *TerraNova Science* |
| *Spring Scores at CKLA Schools Compared to* Comparison Schools | ✓ CKLA Significantly Greater Spring Scores | ✓ CKLA Significantly Greater Spring Scores | ✓ CKLA Significantly Greater Spring Scores | ✓ CKLA Significantly Greater Spring Scores | X No Significant Difference (But CK students had higher scores) | ✓ CKLA Significantly Greater Spring Scores | ✓ CKLA Significantly Greater Spring Scores |
| *Change in Fall to Spring Scores at CKLA Schools Compared to* Comparison Schools | ✓* CKLA Significantly Greater Fall to Spring Change | ✓ CKLA Greater Significantly Fall to Spring Change | ✓ CKLA Greater Significantly Fall to Spring Change | ✓ CK Greater Significantly Fall to Spring Change | Not Administered in Fall | Not Administered in Fall | Not Administered in Fall |

Department of Education
Dennis M. Walcott, Chancellor

*Note: All analyses control for student demographic characteristics.*
**Significant only at one-tailed level. Two-tailed p=.067*

13




Notice in the following chart how students introduced to the program later had greater gains, but students who had the benefit of the most years with the curriculum had the highest scores. This is indicative of not just a quality curriculum, but the superiority of the curriculum over what the students newer to the program had been using prior. That attribute shows evidence of **how the program can help close gaps**.




Another research example comes from Oklahoma where again the researchers compared student groups that were demographically matched with the majority being minority students. Core Knowledge students achieved "significant" or "highly significant" advantages on the ITBS in reading comprehension (57.6 vs. 53.1), reading vocabulary (58.8 vs. 54.7), language usage (62.0 vs. 56.3), math concepts (59.3 vs. 56.3), math computation (64.2 vs. 60.7), and social studies (60.4 vs. 56.0). It is significant that Core Knowledge students posted especially strong scores in reading vocabulary during both of the years examined. Vocabulary is a particularly important area, since it is the single best predictor of academic achievement, and an area in which the gap between ethnic and racial groups has proved to be especially difficult to overcome. In addition to the ITBS, The Oklahoma researchers also looked at students' performance on the Oklahoma Criterion-Referenced Tests (CRTs). Researchers chose to focus on reading and social studies, two areas where students had shown highly significant gains on the ITBS. Students were matched according to the seven variables, as before. The Core Knowledge students scored higher on all four of the reading objectives and all six of the history and geography objectives. In reading, Core Knowledge students averaged 26.65 correct answers out of a possible 36, or 76%, while non-Core Knowledge students averaged only 22.88 correct answers, or 63%. In history and geography, Core Knowledge students averaged 46.66 correct answers (70%), versus 40.64 (61%) for the control group. ***These last findings are interesting because they show that Core Knowledge can improve student performance, not only on norm-based tests like the ITBS but also on criterion-based tests like the Oklahoma CRTs — even when those tests are not based on the Core Knowledge curriculum.*** This finding might seem hard to accept at first. One might think that the best way to prepare students to meet state standards would be to discard all other standards, thus leaving

no distractions. But the Oklahoma results indicate that schools can actually improve students' performance on state tests by combining the Core Knowledge curriculum with their state standards[19].

**The data from Nashville Classical Charter School given in section 1.1 provided evidence of similar outcomes correlating with Tennessee State standards. We have evidence from public charter Atlanta Classical Academy testifying to the same. According to school leader Aaron Schepps, ACA makes no effort to align to state standards, yet utilizing this collection of curriculum with the CE methods they score better than the state and district average in every tested ELA grade level[20]. The graphic below displays Georgia Milestone Assessments in ELA from 2019 from ACA.**

## Atlanta Classical Academy

2019 Georgia Milestones Assessments

| | Percentage of Students Scoring At or Above Proficiency Levels in ELA | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Grade 3 | | | Grade 4 | | | Grade 5 | | |
| | 2017 | 2018 | 2019 | 2017 | 2018 | 2019 | 2017 | 2018 | 2019 |
| School | 61 | 54 | 65 | 65 | 75 | 46 | 60 | 65 | 74 |
| District | 31 | 32 | 37 | 35 | 35 | 36 | 33 | 36 | 39 |
| State | 36 | 37 | 42 | 42 | 41 | 42 | 38 | 41 | 45 |

School performed at/below both district and state | School outperformed either district and state | School outperformed both district and state

The collection of proposed curricula described for IASE **is currently being used at the public charter schools listed below with academic success.** This is not an uncommon curricular treatment, and it is one with respected results. Except for Texas, Florida, and Indiana, these are CCSS states as well, showing **success on criterion referenced state assessments** in addition to norm referenced nationally standardized tests. Included is all the academic data made available to us. We did not cherry pick. We included ALL data available to us from the schools we solicited who were using this curriculum collection. Trying to communicate with school leaders to secure assessment data during a time when most schools were closed due to the pandemic and when assessments have been irregular for the past two school years was challenging. We have included what we could gather. All the data gathered confirms the

[19] Core Knowledge. "How do we know this works?". 2004. https://www.coreknowledge.org/wp-content/uploads/2016/12/How-Do-We-Know-This-Works1.pdf
[20] Schepps, Aaron. Personal Interview. 2021.

effectiveness of this model and curriculum on state assessments.

Arkansas

- Northwest Arkansas Classical Academy (Bentonville, AR) **Data for this school are also displayed in the graphic at the end of this list.**
  Arkansas Department of Education Test Score Database

  **2016-2017 ACT Aspire grades 3 - 10, 100% English Readiness Benchmark in grades 6 and 9**

  **2016-2017 ITBS, 1st grade #2 in Arkansas (87th percentile nation)**

  **2nd grade #1 in Arkansas (91st percentile in nation)**

  **2015-2016 ACT Aspire grades 3-10, A Rating**

California

- Orange County Classical Academy (Orange, CA)Colorado **Data for this school are displayed in the graphic at the end of this list.**
- Golden View Classical Academy (Golden, CO)
- Ascent Classical Academy of Douglas County (Lone Tree, CO)
- Ascent Classical Academy of Northern Colorado (Fort Collins, CO)
- Liberty Tree Academy (Falcon, CO)

Florida

- Pineapple Cove Classical Academy of Palm Bay (Palm Bay, FL)
- St. Johns Classical Academy (Fleming Island, FL) **Data for this school are displayed in the graphic at the end of this list.**
- Pineapple Cove Classical Academy at West Melbourne (West Melbourne, FL) **Data for this school are displayed in the graphic at the end of this list.**
- Treasure Coast Classical Academy (Stuart, FL)
- Tallahassee Classical School (Tallahassee, FL)
- Jacksonville Classical Academy (Jacksonville, FL)
- Cornerstone Classical Academy (Jacksonville, FL)
- Mason Classical Academy (Naples, FL)**Data for this school are displayed in the graphic at the end of this list.**

Georgia

- Atlanta Classical Academy (Atlanta, GA) **Data for this school are also displayed in the graphic at the end of this list.**
  Detailed progress and performance data (45 pages long) are also included on ACA as **Appendix 14 & 15.**
- Savannah Classical Academy (Savannah, GA) **Data for this school are displayed in the graphic at the end of this list.**

Idaho

- Treasure Valley Classical Academy (Fruitland, ID)

Indiana

- Seven Oaks Classical School (Ellettsville, IN) **Data for this school are displayed in the graphic at the end of this list.**

Michigan

- Livingston Classical Academy (Whitmore Lake, MI) **Data for this school are displayed in the graphic at the end of this list.**
- Ivywood Classical Academy (Plymouth, MI) At first glance it might appear that these are projected data only. However, this is not the case.






Missouri
- Classical Academy de Lafayette (O'Fallon, MO)

Nevada
- Founders Classical Academy of Las Vegas (Las Vegas, NV) **Data for this school are displayed in the graphic at the end of this list.**

New Hampshire
- Windham Academy (Windham, NH)

New Mexico
- Estancia Valley Classical Academy (Edgewood, NM)
- Hozho Academy (Gallup, NM)

Ohio
- Northwest Ohio Classical Academy (Toledo, OH)

Texas
- Founders Classical Academy of Lewisville (Lewisville, TX) **Data for this school are displayed in the graphic at the end of this list.**
- Founders Classical Academy of Leander (Leander, TX)
- Founders Classical Academy of Flower Mound (Flower Mound, TX)
- Founders Classical Academy of Mesquite (Mesquite, TX) **Data for this school are displayed in the graphic at the end of this list.**
- Founders Classical Academy of Schertz (Schertz, TX) **Data for this school are also displayed in the graphic at the end of this list.**

## 2018-19 Texas Academic Performance Report

District Name: **TEXAS COLLEGE PREPARATORY ACADEMIE**

Campus Name: **FOUNDERS CLASSICAL ACADEMY**

Campus Number: **221801043**

2019 Accountability Rating: **A**

Distinction Designations:

**Academic Achievement in ELA/Reading**

**Academic Achievement in Social Studies**

**Top 25 Percent: Comparative Academic Growth**

**Postsecondary Readiness**

**This school is a Charter School.**

As indicated, many of the above listed schools' data are included in the below summary graphic of **state** assessment data from an association of CE model public charter schools from these different states. Notice how far above the average weighted state assessment score their weighted average score is. The weighted average score of the CE model association of public charter schools is represented by the dotted blue line, and the weighted average of the state is represented by the red dotted line.




These results show recent and significant data supporting the efficacy of the CE model and this curriculum collection in particular to support excellent results on state assessments.

### The Case for This Curriculum Supporting Growth in All Students and Closing Gaps

This robust type curriculum that is both literacy rich and focuses on a core knowledge is **well-suited for all students including the students coming from homes where they have not gotten context from day to day activities or conversation.** Unfortunately, the approach in the standard classroom has been to focus on "comprehension skills" like finding the main idea, making inferences or identifying text features like captions. The theory is that students who master these skills will be able to use them to acquire knowledge from their own reading later on, and to do well on high stakes standardized reading tests. As a result, the subjects that could build students' knowledge—social studies, science, the arts—have, over the last 20 years, been edged out to make more time for comprehension skill practice. But as cognitive scientists have discovered, the key factor in comprehension isn't skill; it's subject-specific knowledge and vocabulary. And so, for all its good intentions, the approach that now dominates public schools across America only further penalizes disadvantaged students[21].

[21] Hirsch, E.D. "Reading Comprehension Requires Knowledge - of Words and the World" *American Educator*. 2003.

Children from wealthier and better educated families are likely to pick up the background knowledge they need to understand a wide variety of texts at home. Their parents are better able to provide enriching experiences and engage them in conversations that involve sophisticated concepts and vocabulary. Such children start school better equipped to understand more complex books. Because knowledge tends to build on related knowledge, they're able to acquire more knowledge through their reading, allowing them to read even more complex books.

Meanwhile, their less advantaged peers fall farther behind every year. By high school, the gap between these two groups is great—as is the gap between what teenagers are assumed to know and what many actually do. At high schools serving low income populations, students may arrive unaware of the difference between a city and a state or a country and a continent, or confuse the American Civil War with the Civil Rights movement. That's because they have not been taught these things early enough. That is why it is critical that this curriculum which offers strategically sequenced vocabulary development along with related literacy emphasis in all subjects be a choice option for Hamilton County students at the elementary school level.

Researchers agree that the most critical stage at which to close the achievement gap is in the youngest grades. If left unaddressed, this gap steadily widens each year from kindergarten forward. Notably, vocabulary size in kindergarten predicts reading comprehension in middle elementary years, and orally tested vocabulary at the end of first grade predicts reading comprehension 10 years later[22]. To address this challenge, Classical Education with rich and intense focus on literacy development is a unique and needed option not currently available to many of the families we seek to serve. An additional strategic plan to address **gap closure** by IASE is to not let gaps get beyond kindergarten by infusing these students with the necessary stop gap literature/vocabulary to make that happen.

### Research Specific to Outdoor Learning Environment

The companion that enhances and propels the Classical model is outdoor environmental learning. This term OEL refers to the  In recent years, the research around outdoor, environmental, and nature based education has proliferated. Educators and parents are increasingly seeking opportunities for these types of educational experiences, and results from research suggest that this desire is well founded. The bureaucratic nature of indoor classroom public education sometimes can come across as stifling to ingenuity and creativity in students, and it does little for student motivation. Educators are looking for "hooks" or stimuli to stimulate learning, and many are finding this through outdoor experiences. For example, the state of Colorado has long been a leader in outdoor models. A study in the Rocky Mountains showed that the methods and strategies used in outdoor education are more effective at developing positive attitudes toward learning science than typical classroom experiences[23]. Experiential

---

[22] Cunningham, A.E. and K.E. Stanovich. "Early reading acquisition and its relation to reading experience and ability 10 years later." Developmental Psychology. 1997

[23] Rudolf, Daniel William. "Effect Of Outdoor Education Methods and Strategies on Student Engagement in Science: A Descriptive Study." University of Montana, July 2012, https://scholarworks.montana.edu/xmlui/bitstream/handle/1/2163/RudolfD0812.pdf?sequence=1.

collaborative learning in the outdoors fosters cognitive pathways that could take much longer to develop otherwise. **Outdoor movement causes newly gained knowledge to transfer from the short term memory to the scholar's long term memory, along with supporting physical health**[24]. This is a significant tool in this era where studies also show that there can be electrical interference in the brain from too much screen time which may interfere with transferring newly learned material from the short term to long term memory. Early data from a landmark National Institutes of Health (NIH) study that began in 2018 indicates that children who spent more than two hours a day on screen time activities scored lower on language and thinking tests, and some children with more than seven hours a day of screen time experienced thinning of the brain's cortex, the area of the brain related to critical thinking and reasoning. The growing human brain is constantly building neural connections while pruning away less-used ones, and digital media use plays an active role in that process, according to pediatrician Michael Rich of a Harvard study on brain development. Much of what happens on screen provides "impoverished" stimulation of the developing brain compared to reality, he says. Children need a diverse menu of online and offline experiences, including the chance to let their minds wander. Our Hamilton County students certainly deserve a chance to gain the benefits from this OEL approach, and avoid negatives from too much sedentary screen time.

Ivy Academy Chattanooga's 6th-12th school conducted parent surveys about outdoor learning and its effect upon precursors to success in academics. Each year we have managed to secure responses from over half our families. Results from these surveys overwhelmingly suggest that outdoor learning and physical movement within multiple classes improve student academics by improving their attitude and desire for attendance. Multiple years of data concerning student overall health and fitness, attendance, attitude about school, and student mood have been collected. Results document that fitness and attendance are better after attending outdoor classes for at least half a school year. Moreover, after attending outdoor classes for at least half a school year, students' parents reported that they had a more positive attitude about school and an overall elevated mood. These results demonstrate the important benefits of an outdoor education approach[25].

Movement during the school day regulates incoming sensory data. It increases blood flow which increases oxygen, which is essential for brain function. Research shows that voluntary exercise, as is experienced when walking on a trail to an outdoor classroom, **influences gene expression to improve memory and learning**. This type movement feeds neurotrophins to increase the number of connections between neurons. Studies show that increased neurogenesis increases cognition, better memory, and reduced likelihood of depression. Movement can also help special needs learners get out of counterproductive mental states. It

---

[24] Berman, Marc G, et al. "Interacting with Nature Improves Cognition and Affect for Individuals with Depression." Journal of Affective Disorders, U.S. National Library of Medicine, Nov. 2012, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3393816/;Schmidt-Kassow, Maren, et al. "Treadmill Walking during Vocabulary Encoding Improves Verbal Long-Term Memory." Behavioral and Brain Functions : BBF, BioMed Central, 12 July 2014, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4114134/

[25] Ivy Academy. "Outdoor Learning Survey Results" slides 7-14. 2019. https://docs.google.com/presentation/d/1NSAU5ah4gU6TLMXgHqGK8QkqKZ-bcggZVaAqRJH-ReQ/edit?usp=sharing

activates areas across the brain and helps trigger learning. Physical movement/exercise can positively affect our ability to remember[26].

Our state has unprecedented numbers of students for whom non academic issues are affecting academic outcomes. Our current cultural climate demands that we address the social emotional needs of students. Johann Hari's new book, Lost Connections: Uncovering the Real Causes of Depression—and the Unexpected Solutions, highlights the power of nature exposure in combating depression. Today's students must be ready to learn before they can learn. Students do not have the ability to simply compartmentalize social emotional and mental issues for the school day. We have never before seen the high number of students suffering from social emotional and mental issues as we have today in our public schools. The behaviors and resulting attention required from adults to treat these issues take time away from academic learning time. If we can increase positive mental attitude, while decreasing depression, we can increase learning time. In an analysis on outdoor learning and its influence on classroom motivation, Dettweiler, Lauterbach, Becker & Simon (2017) conclude by recommending the integration of experiential and immersive outdoor components into the student's school day. "It may not be possible to break down classroom walls and to replace them with trees, but providing students with hands-on opportunities to exercise autonomy while practicing that which is introduced in a classroom-based lesson may enhance learning and motivation. Implications for anxiety reduction and psycho-social implications warrant future investigation[27]."

By having class outdoors, we instantly remove education from a "laboratory or classroom type setting" into real world applications and problem solving. Although indoor classrooms do provide for some degree of integrated problem solving, because each day should be a problem solving adventure for any primary student, the outdoors take this to a whole new level. The added elements of precipitation, drought, temperature, humidity, uneven terrain, wildlife, wind, shade, insects, and sounds present opportunities for problem solving in a way advantageous to learning. In both traditional and outdoor settings students are confronted with obstacles. For example, in an indoor or outdoor setting, a student may have to figure out how to maneuver by another student with whom they do not get along yet. However, in an outdoor setting, there is no time to fixate on that part of the daily experience. The learner must move on to the next adventure and location at hand. This proves to lessen the focus on negative relational issues and focus more on the team attitude of conquering the situation at hand. "We are all on the same team to learn, to get to our outdoor learning space, to face and solve problems as we meet them, and to do our job for today, which is to become the best students we can be."

---

[26] Ascd. "Chapter 4. Movement and Learning." Movement and Learning, www.ascd.org/publications/books/104013/chapters/Movement-and-Learning.aspx.; Madan, Christopher R, and Anthony Singhal. "Using Actions to Enhance Memory: Effects of Enactment, Gestures, and Exercise on Human Memory." Frontiers in Psychology, Frontiers Media S.A., 19 Nov. 2012, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3536268/.

[27] Dettweiler, et al. "A Bayesian Mixed-Methods Analysis of Basic Psychological Needs Satisfaction through Outdoor Learning and Its Influence on Motivational Behavior in Science Class." Frontiers, Frontiers, 8 Dec. 2017, www.frontiersin.org/articles/10.3389/fpsyg.2017.02235/full.

Outdoor projects and activities allow children to actively participate and learn by doing. These projects and activities provide foundational experiences that help children to transform theoretical knowledge into practice. Through the practice of doing, the information becomes an experience to remember, and is then recorded in long-term memory. The information can then be retrieved to create solutions to problems the students encounter in daily life. Because the experience was hands on in the real world (like collecting acorns or hickory nuts as our sample lesson showed, instead of just getting counting bears out of a storage box), students are much more likely to record, retrieve and apply information than they are with information learned in traditional settings. Children, especially primary students in the grammar stage, can record information that stimulates all of their senses into their long term memory in outdoor learning environments. Having more sensory "hooks" allows for information to be more readily retrieved from longterm memory. The outdoors are far more effective at stimulating all the senses than an indoor classroom. This process is illustrated through a study of the effects of outdoor activities on the cognitive, motor, linguistic and social emotional development of preschool children. Thirty-five primary children living in disadvantageous districts in Izmir, Turkey, who were not able to attend school due to their location, were offered a ten week preschool education involving outdoor activities. The results demonstrated that outdoor activities improved cognitive, linguistic, social emotional and motor skills of preschool children[28].

There are sometimes added issues to address with OEL, but typically these can be used for teaching moments. Are students properly dressed for outdoor learning for the day? This requires an extra step and sometimes takes time to remedy. Generally, the OLE acts as a calming factor. However, things like flying insects, a sudden wind gust, or the sun being in a different location due to season changes can all cause class interruptions. But consider the learning that can take place with each of these examples mentioned. Insect characteristics and life cycles, how to identify that insect, properly pronounce or spell that insect's common or Latin (scientific) name, understanding weather system fronts, the earth's elliptical orbit pattern - all of these are Tennessee State Standards for some grade level, are related to these "interruptions" in some way, and a properly trained instructor will seize these as teachable moments. The benefits far outweigh the cost from our experience.

### Motivating Learners Is Key to Our Academic Plan

Most people educated in the United States within the past 50 years equate the term "grammar" with the mechanics of the English language. Elementary schools were once called "grammar schools," and there is a reason why. There is a "grammar" to math, a "grammar" to science, and a "grammar" to history, along with the grammar of the English language. Grammar provides the building blocks of core knowledge that children use to construct knowledge through application in real world settings. Establishing the grammar foundation of core knowledge in young learners is essential to developing **motivation** for the rest of their education. Once this grammar stage is fostered within the mind of a child age five to nine, the educational world becomes a

[28] Yıldırım, Günseli & Özyılmaz Akamca, Güzin. (2017). The effect of outdoor learning activities on the development of preschool children. South African Journal of Education. 37. 1-10, https://www.researchgate.net/publication/317364687_The_effect_of_outdoor_learning_activities_on_the_development_of_preschool_children.

place of relevance. They understand that we learn so we can know what impacts us, and how we can influence that. Learning becomes pertinent and desirable. Students engage in learning because they want to understand. How can they learn the true, do the good, and love what is beautiful if they do not have the vocabulary base to understand the same? On the other hand, there is no intrinsic motivation in a student to learn for the purpose of doing well on a standardized test - only the motivation extrinsic to the student applies. In our current society, with the focus on standardized testing, we have lost the motivation and love for learning in many students. The problems associated with that negative result are remedied with the CE model, and especially remedied with IASE's model, which puts action into learning at each stage with our OLE and service.

### Meeting the Needs of the Modern Learner Is Key to Our Academic Plan

Our culture has changed dramatically within the past 30 years. Our youth are more sedentary, experience more "screen time" and are less involved in the world around them. This has led to negative results such as the rise in childhood obesity, asthma, and diabetes. The social media connection also plays a negative role in many cases contributing to anxiety and depression in very young students. The average child's world was once filled with the activities of "chores," playing outdoors, friendly neighborhood games, and sports teams. That is no longer the case. Studies have shown consistently that U.S. students spend, on average, between seven and eight hours of screen time per day[29].

This poses serious educational and health threats. Students must be healthy enough to attend classes. Students must be present to learn best. Absenteeism rises in unhealthy bodies. Unfortunately, underserved students in poverty tend to have the most health problems from the lack of physical movement present within our current culture and the increased screen time as it is used as a babysitter. This is why the Classical model alone is not as effective as the proposed model for IASE which delivers the CE within the OLE. Our CE model focuses on active learning. In the absence of daily physical activity outside of school, which has been replaced with screen time; students must be active while at school. Humans cannot be healthy physically, mentally, or socially without healthy bodily movement. Outdoor activity in fresh air and sunshine is the best environment for increased health and mental wellness[30].

### Meeting the Needs of All Learners Is Key to Our Academic Plan

Meeting the needs of all modern learners includes meeting the needs of SWD. They thrive in our outdoor learning spaces at our current school. This is why over the past 10 years the average percentage of students with IEP's at our school is right at 25%. Yes, on average over ten years, one quarter of our student body holds IEP's. For select single years, that percentage has risen to over 30%. Why do families of students with IEP's flock to our school? Perhaps the standard model does not meet their needs. We accommodate as needed and there is no reason

---

[29] Welch, Ashley. "Health Experts Say Parents Need to Drastically Cut Kids' Screen Time." CBS News, CBS Interactive, 6 Aug. 2018, www.cbsnews.com/news/parents-need-to-drastically-cut-kids-screen-time-devices-american-heart-association/.

[30] Graham, Author Kelsey Graham Contributor Kelsey. "Get Out! 5 Benefits of Outdoor Exercise." ACE, www.acefitness.org/education-and-resources/lifestyle/blog/6360/get-out-5-benefits-of-outdoor-exercise.

to expect that a SWD who can attend a regular indoor classroom could not participate in an outdoor classroom. They should not be denied the health and academic benefits from outdoor learning. This model fits the needs of all children well, and we are proud of that. At the same time, we are not a therapeutic setting and must maintain our least restrictive environment definition by remaining a regular Tennessee diploma college and career preparatory school, or as proposed a regular education elementary school.

CE's thorough coverage of the truth of history automatically **builds honor for diverse people groups**. We do not want to rely only upon annual calendar topics such as Black History month in February, Hispanic Heritage month beginning mid September, or Native American Heritage month in November, although we emphasize those. There are stories of perseverance over persecution, resilience, inventions, and leadership when history over the span of human existence is emphasised. The character curriculum includes highlights from the life of W.E.B. Dubois as a positive role model who in "The Talented Tenth" published in 1903 predicted that racial advancement would be through the educational attainments of a few select men who achieved excellence through a rigorous Classical education. A Classical curriculum and disciplined commitment to scholarship can enable all students to cross the bridge of learning into the world of sustained high school success and beyond. We ensure all people groups feel represented and honored in our study, while emphasizing that the sky's the limit for all students, and the most important ladder to reach that sky is education.

### Preventing Inhibitors to Education Is Key to Our Academic Plan

Public schools in Tennessee have a large number of students on medication to control behaviors. The social emotional needs of our students are great. To some degree, this may be due to the fact that the educational methods they endure are too sedentary. Tennessee has one of the largest obesity populations in the nation. We have a large group of students who act out with negative social behaviors due to anxiety possibly resulting from pent-up energy that must be released in some way. If they do not engage in activities to release energy, negative words and negative social interactions may be the next route for students, especially for those who are immature and unskilled about how best to communicate. When the force behind social interaction is an expression of pent up energy, the communication comes out "like a rocket," which is usually not beneficial to school climate and culture[31]. The outdoor learning environment makes movement a natural part of every class. That movement can be what removes the force behind would be negative behaviors.

Physical movement is most beneficial when integrated as a part of the learning experience, rather than separated from learning through an isolated experience. The lack of physical movement during the school day has created an added burden for educators because of how it negatively influences student social emotional health, attendance, and behaviors. With movement through

[31] "Health Risks of an Inactive Lifestyle." MedlinePlus, U.S. National Library of Medicine, 9 Jan. 2020, medlineplus.gov/healthrisksofaninactivelifestyle.html.; Swartz, Ann M, et al. "Energy Expenditure of Interruptions to Sedentary Behavior." The International Journal of Behavioral Nutrition and Physical Activity, BioMed Central, 27 June 2011, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3141617/.; Panahi, Shirin, and Angelo Tremblay. "Sedentariness and Health: Is Sedentary Behavior More Than Just Physical Inactivity?" Frontiers in Public Health, Frontiers Media S.A., 10 Sept. 2018,https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6139309/

community service, learning projects and making learning products, in addition to movement to and from outdoor classrooms, we compensate for the negatives created by the combination of sedentary home life and excessive screen time at home and school. The results in our middle and high school are healthier students with better attendance, better attention spans, and kinder interactions[32]. We have experiential evidence of this outdoor model curbing these social emotional and behavioral learning inhibitors.

### Summary of Academic Focus and Plan

The stages of delivering the Classical trivium follow the natural physical development of the human brain, moving from labeling (grammar) to engaging with, analyzing, and asking questions about their newfound knowledge (logic), to eventually expressing and synthesizing grammar and logic in compelling applications (rhetoric). The quality curriculum and engaging OEL work together to solidify learning through providing not only engagement, but by actually providing the physical movement that can facilitate the brain to retain knowledge. This educational method specifically works in each stage of student growth to best develop knowledgeable, thinking, and articulate students by recognizing the phase of the students' physical brain maturation associated with their age, capitalizing upon what is happening with brain growth at that time, and providing a captivating "third teacher," the OEL.

IASE will apply this curriculum - unique instructional methods of the outdoor immersive environment - so the learner can utilize the grammar and logic they are learning, guiding them to the rhetoric stage. This unique framework leads us to take a structured, sequential approach to instruction and curriculum delivery, create consistency across all subjects and in all classrooms, **support the learning of diverse students, and close gaps**. With these effective strategies in place, it is important that we monitor performance closely in order to quickly respond to any academic need, or absence of precursor to learning which could inhibit receptiveness of quality instruction. This model can address all these needs. Therefore, we have a basic benchmarking framework to help inform any targeted focus. Consistency of the measurement tool is important, but so is a non rigid approach to measurement tools. Each school year is faced with new challenges and most likely new benchmarking programs. A best practice for schools is to analyze needs and options annually then move forward with the best the industry has to offer. We expect this initial framework to morph and improve with the variables presented each school year.

### Benchmarking:

### How We Define, Monitor, and Measure Progress and Define Targets for Improvement

Rigorous goals must be set and progress monitored in order to remedy any deficiencies that show initially per year and throughout the year, ensure upward momentum, and achieve success. As stated in section 1.1, our measure of academic success is achieving an overall 3 **or above** on the Tennessee State Report Card. Our unique model goes beyond strict academic

[32] Ivy Academy. "Outdoor Learning Survey Results" slides 9-14. 2019. https://docs.google.com/presentation/d/1NSAU5ah4gU6TLMXgHqGK8QkqKZ-bcggZVaAqRJH-ReQ/edit?usp=sharing

performance. It is also our goal to produce virtuous citizens in good health. Therefore, in addition to specific academic benchmarks, we monitor school specific benchmarks.

### Academic Benchmark Goals

| Grade | Case Benchmarking Assessments or current best formative and summative assessment tool | ACT Aspire | Fountas & Pinnell | State of TN Assessment |
|---|---|---|---|---|
| End of K | Quarterly informative assessments, end year with minimum of 75% standards mastery | | | |
| End of 1st | Quarterly informative assessments, end year with minimum of 75% standards mastery | | | |
| End of 2nd | Quarterly informative assessments, end year with minimum of 75% standards mastery | | | |
| End of 3rd | Quarterly informative assessments, end year with minimum of 75% standards mastery | At or above national average in a minimum of three ELA, math, reading, science, writing | P (or five letters) | At or above predicted, OR above district average |
| End of 4th | Quarterly informative assessments, end year with minimum of 75% standards mastery | At or above national average in a minimum of four ELA, math, reading, science, writing | S (or five letters) | At or above predicted, OR above district average |
| End of 5th | Quarterly informative assessments, end year with minimum of 75% standards mastery | At or above national average in minimum of four ELA, math, reading, science, writing | V (or five letters) | At or above predicted OR, above district average |

### School Specific Benchmarks

| Grade | Citizenship | Student Health | Model Specific Knowledge |
|---|---|---|---|
| End of K | Can recite the pledge to the flag (since it is said daily TCA § 49-6-1001) along with verbalizing what the words republic and indivisible mean | Understands that s/he should always reach out to an adult they feel is trustworthy if they ever feel in danger or lacking basic needs | Has a favorite story from the K reading list and can articulate a summary to listeners with eye contact |
| End of 1st | Has earned student recognition for kindness more than once throughout the school year | Understands that drinking enough water is important to maintaining a healthy body | Correctly reads aloud all Dolch site words |
| End of 2nd | Knows the song *America* from memory | Understands there is a correlation between a healthy body and the foods we eat | Can explain to a peer or adult the phases of the water cycle |
| End of 3rd | Know the preamble to and the first three amendments of the Constitution | Understands there is a correlation between a fit body and physical activity | Can point out dawn of man, time of ancient Egypt, beginning of current era(CE), time of European discovery of North America, and their birthdate on the classroom timeline |
| End of 4th | Has volunteered with off campus community service projects | Shows some personal responsibility when it comes to caring for him/herself in the area of cleanliness, food and drink choices, and activity choices | Demonstrates knowledge of multiplication facts through 12's |
| End of 5th | Satisfactory completion of capstone community service project | When asked by an adult about what helps make us healthy, the student will name a minimum of three of these components: enough water, healthy food, adequate exercise, limiting periods of sitting still, limiting screen time, limiting sugary foods, and getting sunshine. | |

Upon the first academic benchmark data point taken each fall, individual and subgroup scores are analyzed to identify any academic underperformance. Once it is determined that these scores are legitimate representations of student academic status and not an outlier resulting from some type of testing anomaly, we develop a plan for remediation which usually involves small groups, and may be addressed through RTI² groups. The plans for RTI² groups are

covered thoroughly in section 1.4. We have found that tailored scheduling allowing for extra time in small groups with a trained educational assistant is one of the best ways to build learner confidence, aid the classroom teacher with differentiation, and increase student academic performance. The details of state assessment preparation informed by this benchmarking are detailed in section 1.7.

This benchmarking framework is the starting point to define our focus for improvement. The CE actively engaged outdoor delivery of instruction **most benefits underserved children** who typically do not come from a literacy rich home environment where a broad vocabulary is in use or where supervised physical outdoor activity is commonly encouraged. The autonomy of a charter allows us to maximize the use of resources towards the academic needs of our population and the success imperative of our mission by having an immersive environment, maximizing literacy instruction, viewing math as a logic training, increasing instructional personnel, providing the study of classical languages to infuse vocabulary development, and creating a school culture where love of learning with civic virtue are embraced with joy, we lead to **closing gaps**, **remediating deficiencies**, **achieving high scores**, and ultimately our mission of producing successful citizens.

### Philosophy

Our philosophy is that all students benefit from a rigorous, content rich educational program that develops academic potential, career readiness, and personal character. Moreover, students benefit from opportunities to construct knowledge by actively using core knowledge in hands on, integrated projects conducted in the natural world. The school provides an environment that fosters academic excellence through the habit of thoroughness from interaction with nature, the willingness to work through service projects, and the perseverance to complete difficult tasks. Through a defined traditional and Classical curriculum delivered outdoors, students will be prepared to become active, responsible, independent members of their community.

### Basic Learning Environment

IASE’s students will learn language and literature, history, geography, government, math, the sciences, the related arts of music, and performing and visual arts in a coherent and orderly program that comes from the rudiments of basic literacy and math skills to higher orders of thought and expression being taught within the wondrous outdoor world. Students will be taught an organized sequence of skills and core knowledge through sound, time proven methods. They will read classic works of literature, study the fine arts, and learn first hand accounts of history through the study of primary source documents, including the Declaration of Independence and the Constitution. They will be introduced to ancient characters who display a lesson in difficult choices or a lesson in futility. Students will also receive rigorous training in the fundamentals and theories of math and science, including the scientific method and will benefit from Socratic instructional techniques and training in study skills that further foster learning and character development. Through the Socratic method, students will learn to ask important questions, setting them on the path to understanding themselves and their world, and encouraging them to act ethically and responsibly.

Our class size will be 16 or fewer for K-2nd, and 18 or fewer for 3rd-5th. We are committed to staying with this number because research and our experience show that smaller classes provide better service to students. We have also experienced that turning away families is a very hard thing to do, but are resolved to do better at it than we have been in the past. At our 6th-12th school, we are working to get our class size back down to 20 or fewer at the middle school level. Smaller classes are better for building usage and teacher scheduling than larger groups. Parents desperate for an educational option for their child that they "just know will work" are hard to say "no" to. As a result, too many times we have eased down that waiting list thinking that just one more will not overload us. We are determined to stay with our capacity numbers regardless of dire pleas.

Every two classes will share at minimum one trained full time educational assistant as you can see in our staffing and budget plan. Each class has an indoor classroom with the standard materials and wall charts. Outdoors, we also will have teaching aides such as an alphabet train, timeline, number line, lesson boxes, explore backpacks, water buckets, fish & butterfly nets, performance stage, reading roost (low to the ground safe tree house), and other intriguing learning tools and spaces. At our 6th-12th school, we applied for a grant which provides for nature backpack supplies, rubber boots and waders for all students to use for water exploration. We plan to do the same for the proposed K-5th school.

Each class has whole group and small group instruction daily. Individual instruction takes place as needed by pulling from the whole group or the small group by Ex Ed, ed assistant, or therapist. The structured learning takes place during school hours. Minimal homework can be introduced in the early years. After the student's love of learning takes over, then more involved homework can be a part of the weekly instructional plan. We do not have within our instructional plan to have long, time-consuming homework assignments multiple days per week. We do encourage family reading time and provide resources for family time to listen to quality literature. Sometimes adults within the home may not feel comfortable reading aloud to students, so we model reading time through use of recordings at our September PTO meeting. One of the beauties of using a Classical curriculum necessarily means that audio recordings for most recommended family reading are readily available as classics.

To best illustrate the basic learning environment, provided is the following narrative of a day in the life of a kindergarten class at IASE. We have labeled the day by the component of the trivium most dominating the lesson at the time. **We are making it explicitly clear how the CE model and the OEL model mesh together wonderfully, that they are both venues for delivery of the Tennessee State Standards, that it is a safe and inviting environment for teachers and students, and that this is a very planned and purposeful educational treatment**. The basis for what is taught are the Tennessee State Standards, which are listed by grade and number in this narrative. The curriculum resources are from the CE model and included as part of the curriculum collection we propose to use. That the outdoor learning environment is the setting through which all these are delivered, even on a rainy day…

**Stage One: Grammar**

As stated, in the CE model, grammar refers to the stage during which learners acquire the vocabulary of a discipline. A sample day from the grammar portion a kindergarten class may look like this:

The Social Studies standard of focus for this week is K.12 Identify the following state and national symbols: American flag, Tennessee flag, and the words of the Pledge of Allegiance. The teacher starts, “Before we head outdoors today, let’s say our Pledge to the American Flag. Caleb, you were our leader yesterday. Come pick from our stick bucket to see who will lead today. Do not worry, I will help anyone who gets chosen if you want me to. Okay, Caleb picked Sasha’s stick. Who can tell Sasha what two flags we have in our classroom, and which is which?” Students review which is the Tennessee and which is the American flag, then they have the student-led pledge to the flag. It is raining today, so the students gear up with their boots and rain jackets to head to one of the covered pavilions.

This week’s ELA standard from the Tennessee State ELA Standards is **K.FFL.PA.2.**
Demonstrate understanding of spoken words, syllables, and sounds (phonemes).
a. Recognize and begin to produce rhyming words.
b. Count, pronounce, blend, and segment syllables in spoken words.
c. Blend and segment onsets and rhymes of single syllable spoken words.
d. Isolate and pronounce the initial, medial vowel, and final sounds (phonemes) in two and three phoneme words (VC or CVC), excluding CVC words ending with /l/, /r/, or /x/.
e. Add or substitute individual sounds (phonemes) in simple, one-syllable words to make new words.

The teachers are always at the back of the line, so after the line leader is chosen and safety rules are reviewed, they strike out on the trail to a pavilion. The teacher claps out three claps. The students echo. The teacher says, “Pa - vil - ion,” and claps at the same time. He asks the students to pause along the trail in the rain, and then has the students echo the word and clap on each of the three syllables as well. For five year olds, walking and clapping at the same time can be too challenging. The teacher shouts “This pine is mine,” while touching a pine tree, and asks all the students to touch the pine as they circle back to travel by it again. They arrive at the pavilion, and the teacher asks if the students heard a rhyming pair of words on the way. Students respond. The teacher introduces the Latin name for the pine tree, and asks the students to repeat. “Does its Latin name sound kind of like its English name? Yes, it does! Does anyone know how we say ‘pine’ in a different language? (response time) We are under the pavilion. How many syllables does the word pavilion have?” After further verbal practice with syllables and phonemes underneath the shelter of the pavilion, they read The Myth of King Midas. They review the story’s main ideas, with the teacher making sure all scholars interact, then they go collect 10 acorns or 10 hickory nuts each.

### Stage Two: Logic

When students know the grammar of a subject, they can engage with logical questions about the subject. For our example today, students know what a set of 10 is, they know what a syllable is, they know the story of King Midas, and they know about rhyming words. The math cluster for

today from the TN State Mathematics Standards is: Know number names and the counting sequence. K.CC.A.3 The particular strand is: Write numbers from 0-20. Represent a number of objects with a written numeral 0-20.

The students return to the pavilion with their sets of 10. The teacher checks to ensure matching sets, and leads discussions about why some sets are not all acorns or not all hickory nuts. Students complete their sets if needed. "What are the different characteristics of hickory nuts and acorns?" (logic) The teacher cracks a hickory nut and has the students smell and taste it, then states, "Words have characteristics just like acorns and hickory nuts do, only instead of colors, shapes, tastes and smells, the words have syllables or consonants and vowels that make them unique, and determine what they mean. The Latin root word for this week is *ped*, which means foot. "How many syllables do most of our root words have? Just one! But how many feet do most humans have?" Students reply. This is a good opportunity to explain about disabilities and why some people use wheelchairs.

Then the teacher talks about words with the Latin root *ped*, and what they mean, such as pedal, peddler, centipede, or pedicure. They sound out the word and label each letter as a consonant or vowel. "This combination of consonants and a vowel is what makes *pe*' have its name and its meaning. Did King Midas have feet? Yes, that is how he walked from place to place and touched things as they turned to gold. Was the story of King Midas a true story, or a fiction story?" Students engage and interact with further teacher questions. These questions include repeated, planned checks for understanding that refer back to a previous text read aloud, and grow the logic foundation of students, even in the early elementary grades.

"Let's place our individual sets of 10 items inside the cups of my basket, and then we will do some wiggle tamers." The teacher plays the song *Singing in the Rain* on her iPhone while she leads students to do a mimic hike for about five minutes, then they return to the pavilion. "Now, I have a whole basket full of sets of 10 acorns or hickory nuts. If I were King Midas, what might I do with all those? (Students respond, moving toward the rhetoric stage.) Then I would be rich, right? Today, we cannot turn these to gold, but we can practice how to think smart with them. Everybody get with your buddy for today. I have some cards that I will give you. Each card tells you the number of items you should place on the card. I want you to place the correct number of acorns or hickory nuts on your card. You may not mix or match them yet. That will come later." The teacher monitors as students practice matching the number of items to the number on the cards, switching the cards up after sets of students correctly finish with 1 number and are ready to try for another. Then students make time for lunch.

#### Stage Three: Rhetoric

Even in kindergarten, we begin cultivating the seeds of higher order thinking, but only with what has been established with the grammar and logic stages. "Now that we are back from lunch, let's work some more with our 'how to think' lessons. We have learned how to count to 20. You have a set of 10 items, either acorns or hickory nuts. If you wanted 20 items, how could we do that?" The teacher leads the students in engagement with each other asking and answering

each other's questions. Once a plan is determined to attain sets of 20, they practice matching sets to numbers and numbers to sets.

The science standard for this week is: **K.ETS2:** Links Among Engineering, Technology, Science, and Society 1) Use appropriate tools (magnifying glass, rain gauge, basic balance scale) to make observations and answer testable scientific questions.

"Let's check our rain gauge now. Who would like to try to determine how much rain we have had today?" The scholars examine and give answers with teacher guidance and feedback. "Okay, that means we need to record this rainfall for today on our weather data board. Who wants to try to write a '1 inch' on our weather data board? Let's think about something else that we have handled today that has to do with plant life and science. Today, we picked up acorns and hickory nuts. Who knows what their purpose is?" Students engage with teacher guidance until answers are sufficient. "If these are actually seeds, and if this is called a hickory nut, what kind of tree do you think it might grow?" The same scenario is covered for the acorn. Students then examine a sprouting acorn with their magnifying glass.

"Let's get out our writing boards and practice. We just wrote '1 inch' on the weather board. Everyone should copy exactly the same letters on your board that I am writing on the big board up here. Today, we are practicing the letter 'M.' Those are such nice 'M's!

"Now, remember what we do at the end of every day. We are working on a wreath for the preschool. Those students do not get to go outside like we do, so every day we are adding a few more items to our wreath so we may share with them the beauty of the outdoors. Take your prettiest acorn and your prettiest hickory nut, come dip it in the tacky glue, and place it on the wreath. Yesterday we put pine cones on the wreath. Pine cones contain seeds like acorns and hickory nuts are seeds. What did we learn about pine tree seeds? Where are they located? We will give this wreath to the students right before Thanksgiving. Why do the students at the preschool not get to go outside in the woods like we do?" The teacher leads students through a discussion about birthdays, years, the difference between the world that preschoolers are in, that 80-year-olds grew up in, and the world we now have. The teacher points out the year on the classroom timeline. The students see where it is and talk about different things on the timeline that they already know about, then it is about time for dismissal.

(i) For existing operators only: describe any key academic plan features for the proposed school that will differ from the operator's original application, the rationale for implementing these different features, and any new resources they would require. If no key academic plan features will differ, please respond with N/A to this section.

Differing from our current 6th-12th school is the CE curriculum and method. We have presented the case that the CE model could remedy some of the academic deficiencies we see with incoming students in our secondary school, and that is the rationale for the difference.

### Common Misconceptions Dispelled

This list is included for two reasons. When people hear the terms Classical Model or Outdoor Education, they often have preconceived notions which are not true. Additionally, last year when the reviewers gave some initial feedback, we were surprised at some of those misconceptions, and have addressed them here as well.

- *Does the Classical model mesh well with Tennessee State Standards?* Yes, it does. This is evidenced by many examples nationwide. Moreover,in our own state, upon our most recent state assessment data Nashville Classical has one of the highest primary grades literacy rates of any school in our state, is a 2019 reward school, and not only boasts growth scores of three and four in ELA and math respectively, but also achievement success rates of 49.2% in ELA and 64.5% in math.
- *Doesn't having class at a state park pose security issues?* Not at all. Tennessee State Parks rangers are police academy graduates who are equipped with side arms and serve as law enforcement officers. There are Tennessee State Park ranger offices at both Ivy campuses. At Booker T. Washington State Park there is always at least one park ranger at large patrolling the park, as well as multiple rangers in the office. At our north campus, we have one armed school employee who patrols the campus. The ranger office at the north campus also provides office space to the rangers of the Cumberland Trail State Park. It is probable that students attending either Ivy campus will benefit from the presence of more trained and armed law enforcement and security officers than any other school in Hamilton County. Tennessee State Parks is enthusiastic about their partnership with us. As educators, we especially feel that during this time of unprecedented student learning loss due to the pandemic, it is essential to enlist the assistance of as many trained, caring, background-checked adults as we possibly can towards the education of our next generation. Most park rangers hold a degree in the natural sciences or history. As reputable state employees trained in law enforcement, they are both a valuable resource and role model for our students.
- *Will the students and staff at both the main campus and the satellite campus have robust administrative support?* Yes, they will. There is never a time when administration is not present. For the first three years the auxiliary administrative support cost is carried by our middle/high school. We utilize our director of development who has extensive charter school administrative experience and our core of highly effective retired principals for support whenever the main school leader is not at the particular site. This provides an experience even beyond what the school leader can offer.
- *Won't exceptional education students go wanting if there are not two full time special education teachers, one for each site that first year?* No, they will not. The special education teacher splits her days between the campuses, rotating mornings and afternoons. At least one of her highly trained assistants are at whichever location she is not. A detailed schedule of rendering services ensures the students are receiving better than the required minimum services. Itinerant teachers satisfactorily service students.
- *Does the Classical model appeal to underserved populations and students from homes where a tradition of completing high school or college is not represented in the family?* Yes, the engagement factor with active, outdoor learning, and time-tested methods for systematic phonics instruction keep scholars captivated resulting in high achievement.

- *Do our scholars learn to use technology?* Yes, they do. We limit screen time to less than average, and our screen time is laser focused. The immersion of lessons in the natural world and the integration of the outdoors into all subjects necessarily means we have a STEM theme woven throughout.
- *Is the technology inferior to what students have in other schools?* No, we plan to have iPads and Chromebooks and be one-to-one with student devices.
- *Do you spend all day every day outside?* No, we have an indoor classroom for each class. We strive to have a minimum of 50% of instruction time outdoors as weather permits. Our inclement weather outdoor instruction policy is if the wind chill is below freezing, we do not take students out for instruction. Students may still be taken out for limited time periods for physical movement. If the heat index is in the extreme caution range or higher, we do not take students out. If the air quality index is in the red range or worse, we do not take students out, and we limit their time outside if it is in the orange range.
- *Do you only read ancient texts?* No, we glean from the best of literature from all the ages, so we read recent writings, too.
- *If a student has a cold, do you still make him go outside?* Students are excused from outdoor instruction time if they have a doctor's note confirming that the indoor environment is better for their recovery, and they are allowed two parent notes per year for being excused from outdoor learning time for the same. In those cases, arrangements are made. Keep in mind that missing outdoor time is missing instruction time. Most of the time, the outdoor classrooms or travel to them do not pose any type of negative for onset or recovery of physical ailments as long as the student is dressed properly. We like to say that there is no bad weather, just poor preparation.
- *What about storms? Do you come inside during storms?* Yes, we shelter inside the building during storms. Administrators are trained to be alert by monitoring weather apps.
- *What about students who are on crutches or in wheelchairs?* At Booker T. Washington State Park and our home campus, many of the outdoor classrooms are easily accessible to students with ambulatory restrictions. We develop our campuses with accessibility for all in mind.
- *What about students with severe disabilities, how would that be handled in such a rigorous academic setting and arduous physical setting?* We have had students consider our 6th-12th school who are blind, use a wheelchair, need diapering, and/or severely intellectually disabled. We welcomed them and helped the families choose the best setting for their students. Some chose Ivy, and some did not. Our model already meets the learning needs of SWD so much better than the standard classroom according to parent testimonials, however, we are still willing to adapt any program to meet student needs. The key issue is making sure to have the best learning environment for the individual student.
- *Don't you think that these older methods will hold children back from learning as much as their peers who are focusing on the latest trends and technology?* Not at all. Technology changes with the wind and so do instructional methods within our state as professionals seek better approaches. The details of tech learned today are

obsolete tomorrow. The negative impact of eye muscle development from screen time is a block to fluid reading for many students. The more research that is published about electronics and their effect on physical and mental health, the less appealing it becomes to use that as a main tool of learning, especially in developing minds and bodies. The latest trend in education will change. What stays the same are the ways the human brain develops, intakes, stores, references, and utilizes knowledge. The methods and model we are proposing produced excellent results for centuries. In order for students to become critical thinkers who will be at peace with themselves, successful in their endeavors, and physically fit enough to avoid sedentary disease, they must have information in their brain (grammar), must be able to organize that information and label it for access (logic),must be able to resource and put it to use wisely (rhetoric), must be healthy enough not to have their daily lives and careers derailed by preventable disease (made less likely by movement, fresh air, sunshine), and must learn to see beyond themselves to help others (community service projects). Students must understand the purpose for learning in order to be motivated (civic virtues and PBL). Many times modern educational methods get the cart before the horse by asking students to be critical thinkers before they have the knowledge and mental “filing system” in place. Those methods lose sight of the fact that these are formative humans. To sequester primary students indoors and away from the natural world for most of their instructional day, and at the same time surround them with electronic media, yields an agitated company of students with pent up anxiety and relational issues. We see that manifested all too often in modern classrooms. IASE model does the opposite of indoor sequestration and the opposite of learning removed from the real world. With our model, learning is not in isolation of connections to higher purposes.

### 1.4 Academic Performance Standards

In this section:

(a) Describe the proposed charter school's annual and long-term academic achievement Goals, in measurable terms.
(b) Describe the process for setting, monitoring, and revising academic achievement goals.

**Measurable Academic Goal**
We have yearly goals for academic growth and achievement that go hand in hand. Annual and semi-annual meetings with district data personnel help inform appropriate annual goals along with Cognos data. For years we met with Dr. Kirk Kelly every fall, and now periodically consult with Shannon Moody to ensure that our annual goals are reasonable, ambitious, and in line with district and state expectations. We would like more district support in this area.

Our main academic goal is to annually exceed the state and district average of *on track* students in each state tested area. We service the same students as do they; therefore, requiring ourselves to do better than their average is a good place to start. As the school progresses, we would like to adjust this to be more specific to be a designated percentage of *on-track*. Initially, we will begin by setting our goal five points higher than the district's average from the previous year per grade level and tested area.

For students who have been with our program since kindergarten, we can monitor and remedy deficiencies to ensure attainment. As a school of choice, within our cohort annually will be students whose parents are looking for a different environment to be the remedy to their students not meeting with success in their former educational environment. Educators realize that often the environment is not the main cause of the absence of success. These students will apply here, and according to the number of open seats available, they will be enrolled here. We do not have a high turnover at our 6th-12th school, and do not expect a high turnover at IA's SE. We do, however, recognize that parents discover the best educational fit for their student by trial and error, and that families move for different reasons school year to school year. We anticipate our physically active model may attract a larger percentage of hyperactive students than the average school as well. **These factors ensure that we will have a population of students for whom the school wide *on-track* goal is ambitious**. We perceive that with our methods, though, we can achieve that measurable goal.

(c ) Describe the corrective action plans if the school falls below state, district and/or its own academic achievement goals.

**Unmet Expectations Warrant Immediate Corrective Action**
Corrective Action Trigger
If a time occurred when state or district academic achievement expectations were not met, school administration, along with the academic support committee on the board, would formulate an action plan with defined, timed deadlines to turn the situation around. The

governance section will speak more to this. We start with our current 6th-12th board for the board of this proposed school, four of whom are educators and two of whom hold doctorates in education. We are equipped to formulate any needed plan to address academic deficiencies. Progress of the school is communicated to the governing board quarterly by the CEO. If the school falls short of student academic achievement goals set forth by the school's stated goals or applicable standards in the charter agreement, or applicable Tennessee laws at the school-wide, classroom, grade level, any other measured sub-group, or individual student level, the school will perform an analysis of the root cause as set forth below.

Corrective Actions
The Academics Supervisor, with the support of the school's administrators, instructional staff, and counselors, would initiate the following corrective action based on the results of data analysis, to include:

1. Surveying instructional staff to see if they know of any known problem areas which have not been addressed
2. Improving instruction and feedback. Where are we falling short? Is our benchmarking assessment tool accurate?
3. Supplementing or better aligning the curriculum to tested content if needed
4. Revising scheduling
5. Further defining small groups and hiring additional personnel to provide more intense individualized instruction within those groups.

Corrective Action Responsibility
All school personnel are responsible for implementation of any needed corrective action plans. Day-to-day implementation of these actions will be the responsibility of the Academics Supervisor and the Dean of Student Supports. Progress will be communicated regularly to the Academics Supervisor and, as needed, to the board by the CEO. Ultimately, it is the CEO who has signed the charter agreement and is responsible for the corrective action.

### RTI² Response to Intervention and Instruction

(d) Describe the proposed school's approach to helping remediate students' academic underperformance, including plans for Response to Instruction and Intervention ( RTI² ) that aligns with Tennessee guidelines.

*Note* At the writing of this application, the special legislative session to address learning loss has bills redefining literacy approaches which include eliminating RTI² for reading which mainly has to do with the implementation of the new Literacy 360 curriculum ($100 million price tag). We are grateful to propose a charter that teaches systematic phonics instruction from the start, and will continue to do so because of its efficacy, regardless of state monies. We also plan to continue RTI² for reading even if the state drops the requirement, with liberty to adjust the number of minutes best according to the need.

The RTI² framework represents a continuum of intervention services in which general education and special populations work collaboratively to meet the needs of all students. Educators must provide high-quality, data-driven, differentiated instruction for all students every day. Solid, strong core instruction with fidelity, monitoring, and responsive adjustments is the basis for being able to even have a response to instruction and intervention. Strong positive culture in a

high expectations environment provides support for our RTI² program. All adults model the belief that all students can succeed in their chosen path in life. Students' learning environment is grounded in rigorous curriculum and high expectations for behavior and academic and career success and fosters the development of productive lifelong traits and habits, including setting and monitoring personal goals.**This RTI² culture supports our mission and vision statements as communicated in section 1.1.**




The Academics Supervisor at IASE will serve as the expert in house who will coordinate the ongoing training of IASE's teachers to interpret and improve student assessment results from the universal screener. He or she will attend trainings offered by the district, state, and other organizations in preparation for proper analysis and use of assessment data. The academics supervisor will regularly analyze student performance data and will meet with teachers to review data and create plans and strategies as needed to improve students at all levels of achievement. The Dean of Student Supports is responsible for scheduling the Easy CBM data points collection and making sure that all teachers carry out taking these data points.

We administer a nationally normed, skills-based universal screener as part of the universal screening process. A nationally normed skills-based universal screener is necessary because relying only on local performance could give a false impression of student proficiency. Universal screeners are not assessments in the traditional sense. They are brief, informative tools used to measure academic skills in six general areas (i.e., basic reading skills, reading fluency, reading comprehension, math calculation, math problem solving, and written expression).

Teachers, who are daily interacting with students and assessing their performance provide input identifying potential need for intervention, and are expected to proactively raise concerns so student performance deficits can be mitigated and remediation maximized. Is this an ability issue? Is this a lack of trying issue? Is this a lack of participation issue? Did the student come into the course undiagnosed but way below grade level? One data point cannot determine the answer to that last question or most questions. Responses to these questions determine the next line of action for a plan. The universal screener is “a” tool, but the teacher is the trained professional to alert the RTI² school-level team about deficiencies based upon a variety of data input.

The school level RTI² team will meet at least twice per quarter or every 4.55 weeks. Team members include the Academics Supervisor, MS or HS Dean, lead ELA teacher, lead mathematics teacher, classroom teacher, exceptional education teacher, educational assistant who services RTI² groups, and Dean of Student Supports. All meetings have agenda, notes, and sign-in sheets to document that the team is serving as it should to properly facilitate the program. A sample of RTI² team meeting notes from our current school is included in **Appendix 16**.

IASE also recognizes the importance of sharing assessment results with parents so they can be part of the team for remedying underperformance. This is the responsibility of the classroom teacher, who can request administrator support for parent meetings if s/he feels that the parents are not fully understanding the gravity of the academic situation of the student. Our first choice is to make sure that when possible the parents/guardians are onboard with the plans for bringing the student back up to grade level. We understand that in the absence of parental accountability, the school must substitute for the duty parents are not fulfilling. In those cases we step up to have conferences without parents, and in that case provide a staff member to be an advocate for the student at a conference. At our 6th-12th school, we often serve students in state custody who are residents of group homes. These students need the extra support which sometimes cannot be provided as extensively as needed from group home parents. We recognize the need to provide that extra support and are happy to provide it.
IASE’s RTI² framework integrates Tennessee Academic Standards, assessment, early intervention, and accountability for all students. This constant system of support enables students to persist on the path to readiness and is a key measure in ensuring that more and more students are able to ultimately develop the knowledge, skills, and abilities needed to be a positive member of society. If a student is below or approaching *on-track*, he will be placed in a research based intervention model small skills group to work on targeted standards during the focused skills time, with sizes being defined according to the state of TN RTI² model. These

student needs are addressed during the defined RTI² block. Students are not removed from other instructional time to fulfill the RTI² focused instructional time.

IASE's RTI² framework is a three-tier model that provides an ongoing process of instruction and interventions that allow students to make progress at all levels, particularly those students who are struggling or advancing. The RTI² model shows the ideal distribution of tiers in an RTI² system. It represents the goal of what an RTI² model will look like. When Tier I instruction is functioning well, it should meet the needs of 80-85% of the student population. Only 10-15% of the student population should need Tier II interventions and only 3-5% should need Tier III interventions. At our 6th-12th school, we have not had a year starting at this high of a percent for Tier I yet.




Solid Tier I instruction is the first method to keep students out of Tier II & III RTI². Determining needs for RTI² is based on multiple data points.

| Data Source | Description |
|---|---|
| **Universal Screeners** | Brief, informative tools used to measure academic skills (i.e., basic reading skills, reading fluency, reading comprehension, math calculation, math problem solving, and written expression). |
| **Survey Level Assessment** | A process of determining the most basic skill area deficit and which skill/instructional level a student has mastered. It is effective in determining appropriate, realistic goals for a student and helps identify the specific deficit in order to determine accurate rate of improvement and growth. |
| **Progress Montioring** | Progress monitoring is used to assess student's academic performance, to quantify a student's rate of improvement or responsiveness to instruction/ intervention and to evaluate the effectiveness of instruction/intervention. |
| **Diagnostic Assessment** | Often given at the beginning of the school year, this assessment allows teachers to know where each student is beginning in their understanding of the subject. |
| **Teacher Observations** | Teacher observations and notes can provide contextual information useful for making decisions about students. Informal observation ("kid watching") of students working alone, in groups, or during whole-group instruction can give valuable information about students' progress, understanding, strengths and challenges, cooperation, study habits, and attitude. |
| **Student Records Review** | These data can include grades, attendance, and behavioral patterns, and they can provide important supplementary information about student learning and individual needs. |

Small groups whether in Tier I, II, or III are focused on standards and skills based needs, per the previously mentioned data. We understand the difference between what happens in Tier I versus Tier II and III treatments.

| What do students need? How do you know? | | |
|---|---|---|
| Re-teaching | | Intervention |
| **Tier I - State Standards and Differentiated Instructional Practices**<br><br>Goal is to reteach standards to ANY and ALL students who are struggling with core concepts rather than specific skill deficits<br><br>**Standards Based Assessment:**<br>• Benchmark Assessment<br>• Summative Assessment<br>• Formative Assessment | VERSUS | **Tier II/III - Special Education Intervention**<br><br>Goal is to provide research based interventions aligned to specific skill deficit(s) as identified by universal screener.<br><br>**Standards Based Assessment:**<br>• Skill based universal screener aligned to area(s) of deficit<br>• Skill based Progress Monitoring specific to area(s) of deficit<br>• Ongoing skills assessment |

Groups are fluid according to determined and common needs. These groups adjust frequently as assessment and responses are consistently ongoing. **The specifics of group size, number of minutes of instruction in the groups weekly, and when the next data point will be taken are all defined in the Tennessee RTI² Manual. Maintaining fidelity to the manual guidelines is the responsibility of the school level RTI² team, the Dean of Student Supports, and ultimately the Academics Supervisor.**

During this skills focus time for Tier II and III, a minimum of two trained adults in the room will provide more individualized instruction and feedback. Or, an educational assistant may pull the focus group to another location. Our educational assistants are usually certified quality elementary teachers who did not find a full-time position for their first year out of college because that field has many more applicants than positions available. Their ambition to work at Ivy motivates them to work as ed assistants until a position opens here. We have hired multiple teachers from our ed assistant pool. **They are qualified and trained** to help move students from one level to the next. Working in small groups and gaining experience with remedying academic deficiencies is a professional skill new teachers benefit from honing. This is also the time we will utilize technology for laser focused practice in deficient skills. We will utilize IXL and other standards specific online programs that provide immediate feedback to students and reports that can be monitored by parents, teachers, and tutors.

Our goal is obviously to address and remedy deficiencies so students can move upwards in the tiers. As defined in the RTI², exceptional ed referrals come through the filter of RTI².

(e) Describe goals for student attendance and explain how the proposed school will ensure high rates of student attendance. Include plans for identifying and addressing chronic absenteeism.

### Attendance Goals

The weekly goal for student attendance in each classroom will be 94% and above. A competitive reward system provides positive incentives for students to have good attendance. In a non-COVID dominated world, a weekly school wide assembly will recognize the classroom with the highest percentage attendance. The data is presented in a bar graph that reveals the winner. The classroom proudly displays the attendance banner outside their classroom for the week. This gives students an incentive to attend school regularly. Monthly averages are compared, also, and the homeroom with the best attendance is given a special reward, such as mini smoothies at the end of the day in hot weather months, or hot chocolate at the end of the day in cold weather months. Since we are an outdoor school, this is an especially coveted treat.

We have an early warning system that defines who does what upon the occurrence of student absences. Even though the daily calling is done by our attendance clerk, which we find more effective than robo calling, we ask the homeroom teacher to be involved upon the first absence as well. By a teacher who has a relationship with the student reaching out, it creates another layer of accountability and prevents the student or their family from thinking that the absence was unnoticed, that the student was not missed, or that the loss of the school day was not important.

The new district attendance policy keeps more families out of truancy court, however, our data reflects that it allows families to avoid that ultimate accountability longer, and as a result our attendance is not as good as it was before the new policy was invoked. As a matter of fact, our attendance was much worse the first year of implementation. Therefore, we had to respond with additional layers for checking on students. There is nothing that quite carries the same weight of the threat of a parent having to go to truancy court, but repeated contacts with the emphasis placed on empowering students to succeed does have some influence upon parents putting forth more effort.

Our attendance clerk is responsible for daily attendance and absence data, and acts as our social worker since we are not allowed access to the district's social workers. This is a policy non-analogous with charters in other districts. The Deans of each school are responsible for checking attendance percentages monthly to ensure that any negative trends are addressed.

Students are called upon every absence. After three unexcused absences, the attendance clerk calls the home with a message conveying the importance of attendance and advising families that continued unexcused absences will result in a more progressive truancy intervention plan. Attached is a script that can be used for the call.

Pre Tier I: Upon any absence, the attendance clerk and the homeroom teacher call the home of the student to check on the student. The next part of the team approach to helping students and their families improve attendance includes the school's Dean meeting with the student and a classroom teacher with whom the student has a good relationship at the point of three unexcused absences. We have seen that going forward from there, if the absences were purely lackadaisical, the attention given through this meeting sometimes halts the unexcused absences.

Tier I: School board policy mandates that a five day letter is to be distributed by a school administrator or designee. This letter has been uploaded in power school. School administration should determine how best to get the letters distributed to the families involved which will include a date and time for a Tier I meeting with a school representative. At this meeting the attendance notification contract will be reviewed and signed.

Tier II: With continued unexcused absences, the family will receive a legal notice indicating that the student is in violation of the State Compulsory Attendance Law. A required meeting will be held with the School Social Worker/Truancy Officer for a needs assessment.

Tier III: If unexcused absences persist, a Community Attendance Review Board (CARB) will be set up and the family may go before this CARB. This meeting will include all parties involved in the prior intervention strategies and additional service providers such as, mental health, school nurse, Juvenile Court representative, DCS, etc.

When the above tiers have not corrected the attendance issues and unexcused absences continue will the student be referred to Juvenile Court.

(f) Explain how students will matriculate through the school (i.e., promotion/retention policies and graduation requirements).

### Promotion / Retention*

Students who rate as on track at the end of the school year in graded subjects are promoted to the next grade. It is the hope that IASE's $RTI^2$ would prohibit grade level underperformance by year's end in most cases. Statistically, there will be cases where we still have student underperformance at year's end. If a student rates as approaching or below being on track in two or more areas at the end of the school year, then they are required to have a remediation plan, which is more than likely summer school or other summer programming. Causes of underachievement will be examined. Sometimes a kindergartener or even a first grader can be very small physically, or behind developmentally in certain areas. Students are individuals, and deserve the best assessment of the best student cohort for their success. Light's Retention Scale will be used as a reference when considering retention. Retention should never be off the table as a possible solution to underachievement. **Retention should be applied only when the situation warrants it for best student success, with the long term trajectory of student success being taken into consideration along with the short term.** After operating a high school for over a decade, we know all too well that students who are held back end up turning the legal age of 18 before their senior year. Becoming an adult during senior year is common, and students realize there are only a few months of high school remaining. They tend to finish school with the rest of their peer group who are in the same boat. But, there are very few students who will not disenroll themselves from school once they become the legal age to do so in their junior year or younger, especially among the cohort of students who have been retained. They feel like they are an adult in a child's world, and the setting does not fit them, so they exit to bolt for the adult world. Therefore, we seek to remediate during the summers, and then promote, unless the exceptional need for retention has been verified as a team. That is why we

go to extreme efforts to remediate now and keep with their age cohort. It is either save the student's education now, or lessen the chances of saving it later.

Summer school and transportation are provided free of charge for our 6th-12th school, although we do ask for a minimal registration fee to help defer some of the cost. The thought of having to pay for something if a child is required to attend summer school is also a motivator for the family for that child to do well. If a family cannot pay the fee, we still allow the student to attend. For years 1-3, this proposed elementary school budget, we cannot work summer school into the budget without specific grants/sponsorships available at the time, so families will be asked to pay for summer school. If there are families who cannot pay for summer school, and we do not have sponsorships or grants, a remediation plan will be worked out with those students for the first few years.

We anticipate that at the elementary level, families would actually prefer their students to be required to attend summer school as a form of free childcare. To be proactive in preventing unnecessary summer school attendance, students will only be enrolled after staff recommendations and parent conferences.

We currently have elementary summer programming in the form of summer camps to prevent the "summer slide back." We will continue this programming. We use it now as a recruitment tool, but in the future, if the elementary charter is granted, it will be used more as a tool for preventing learning loss over the summer. This will help with preventing

It should be noted that at the writing of this application, the special legislative session to address learning loss has provided state funding for a more robust summer school and after school program than most Tennessee public schools have been able to offer in the past. Along with that support they have defined a requirement that if after school tutoring and summer school are both recommended, and the student does not participate, the student will be retained.

*The TN State legislature has just redefined retention for third and fourth grades. We will abide by this new policy which was written after the application.

(g) Provide the school's exit standards for students. These should clearly set forth what students in the last grade served will know and be able to do. Include graduation requirements.

### Exit Goals

Tennessee State Standards define mastery for 5th graders. Our promotion and retention policies define who will be promoted according to those standards. In addition to the Tennessee State Standards, IA's SE's 5th graders who have been at the school since kindergarten will have:

- Participated in over 12 service learning projects to the community
- Walked and/or explored over 250 miles on the trail (minimum half mile per half of the 180 school days per year per six years)

- Know their multiplication tables through the 15's
- Know 200 Greek and Latin root words
- Be able to place any country on a map of the world
- Have listened to or read over 100 respected, educational, age appropriate titles
- Collaborated and worked on projects with their classmates and community professionals over two dozen times.

For the students who transfer in and have not been with us since kindergarten, we adjust these school specific exit goals accordingly.

**1.5 and 1.6 are not applicable and are, therefore, not included.**

### 1.7 Assessments

Charter school students must take the same state mandated assessments as students in other public schools. Charter schools also administer additional interim assessments.
In this section:

(a) Identify the primary internal assessments the proposed school will use to assess individual student and sub-group learning needs and progress throughout the year. Explain how these internal assessments align with the school's chosen curriculum, performance goals, and state standards.

**Primary Internal Assessments**
Assessments included in our curriculum, along with teacher created assessments provide the main primary internal assessments for both formative and summative use. Since all lessons are aligned to state Standards, and each week the teacher turns in the lesson plan template with the details of covering those standards, the assessments will assess those covered standards. The lesson plan template graphically displays the integration of the CE and OEL for the delivery of the standard at hand. The assessment for that time period covers those standards. In the K-2nd years, IASE will use a Standards based reporting system that will illustrate the learning and needs of those students according to grade and age appropriate standards and milestones. In 3rd-5th, the school will use the blended model used by the upper school of standards based learning with traditional grade reporting (100 point scale). We believe that interim and formative assessments come in many forms to include, but not be limited to, teacher observations and conference records, assignments that encourage creativity in both the students and teachers and checklists for learning targets. We believe that in the early years' curriculum, allowing teachers the autonomy to determine the most appropriate method of formative data collection for their intended learning outcomes and individual student needs will result in the most timely, relevant feedback and interventions possible.

As a school, we will monitor grade level progress and ensure teacher and student accountability for learning through quarterly use of quantitative formative assessments as follows:

- Regular benchmarking assessment tools as defined in the benchmarking section are used to inform instruction, but not used in a course grade evaluatory way: formative but not summative.
- Teacher created assessments and assessments included with our curriculum are used to inform, but also used as summative assessments to provide ratings for PowerSchool and parent progress reports.
- In reading, students' foundation will be based on phonemic awareness and build upon those skills to become beginning readers. This will be assessed through phonics checklists as provided in our described curriculum, and as it becomes appropriate, reading conferences with the teacher.
- We will also periodically assess non-standards goals such as citizenship goals, civic virtues, nature based knowledge, and social/emotional goals using a holistic rubric that

will measure social language, peer interactions, adult interactions, nature interactions, behavior, and overall well being.

- Math benchmarks are recorded on classroom checklists for each grade level. Examples are:
  K - Fluently adds and subtracts numbers 1 - 5.
  1st grade - Demonstrates fluency of addition and subtraction facts for whole numbers less than 10.
  2nd grade - Can mentally find the sum and difference of numbers 1 - 20.
- End of year state assessments are used as summative data, and TDOE determines annually whether or not those scores are included in the students' PowerSchool grade calculations.

This information will then be shared with grade level team members and administrators in quarterly data reviews with more frequent reviews taking place as needed to best support the students and teacher(s).

(b) Identify the person(s), positions(s), and/or entities that will be responsible for and involved in the building testing coordination.

### Assessment Team and BTC

The Academics Supervisor and Dean of Student Supports along with the selected assessment team will be responsible for coordinating testing and locations. The DSS acts as the BTC.

(c) Explain how the school will collect and analyze student academic data, use data to inform and improve instruction, professional development and teacher evaluations..

### Monitoring

Teachers will create and build upon portfolios to document the learning of each student. Teachers will use the gradual release of responsibility model for the portfolios so that students will have some amount of choice as to what is included in their portfolio as they progress through the grade levels. The school's administrative team will plan a set of non-negotiable artifacts to be included, but allow flexibility for individual progress and goals. The portfolios will be passed along and built upon each successive year.

Cohort progress will be monitored through common and collaborative planning and assessment across grade levels and between the two elementary campuses. Grade level teams between the campuses will compare data on a monthly basis and submit a summary report to the administrative team.

Further monitoring of student subgroups such as Emotionally Disabled/Disturbed (EDD), English Language Learners (ELL), and Students with Disabilities (SWD) will be done in conjunction with the appropriate support team members. At the end of the year, the administrative team will meet with support team members and teachers to analyze subgroup data and plan for individual student or group support as needed for the coming year.

School wide progress monitoring will be collected quarterly or more frequently as needed. At the end of the year, the administrative team will create a summary of the year for planning, staffing, and analysis purposes that will then be used over the following summer to compare school based data with standardized testing data from the state of Tennessee to ensure the school remains on track with state goals and requirements.

### Tracking Data

We will have a data wall in the teacher "war room" where we will track benchmark assessments with blue, green, yellow, and red dots. Teachers will contribute their classroom data by content area to the data wall to create a visual representation of student progress to reference during data and planning meetings.

This graphic display allows teachers to easily see the volume of each category of below, approaching, on track or mastered, and how this volume changes from benchmark to benchmark. Teachers are asked to analyze for trends, and not just for their own students, but for others. In addition to understanding their own student and overall course needs, this helps us see how our instructional practices can support each other across all subject matter areas. For example, if the same students are doing well in science (a reading comprehension course) but not doing well in the reading course, we need to examine what is going on. Teachers can see how to support each other. One time after examining data in our current data room, all the teachers got together and came up with a "math application" in every course every day after they saw that the math scores were lower across the board.

This classroom data will be combined with data gathered by support staff for SWD and ELL where appropriate. Individual student data will be reported by the classroom teacher via progress reports every three weeks as per our district's schedule. The classroom and school data will be summarized on a quarterly basis by the Academic Supervisor and teacher assessment team into part of the quarterly academic presentation to school board members, parents, and other stakeholders.

(d) Explain the training and support that the school leadership and teachers will receive in analyzing, interpreting, and using performance data to improve instruction.

### Data Driven Instruction Training

Each summer our teachers attend data driven instruction professional developments, so they are accustomed to tracking and using this student data to inform instruction. Once predicted scores are available, we strive to "move" the student to the next level. For K-2nd, we will be dealing with mostly in class and teacher anecdotal data. For these grade levels, we will have teacher guidance meetings to help determine the best and most realistic goal for these students and move them toward it.

### Data Analysis Training

Each summer we hire consultants to do our own data driven instruction professional developments, or we attend PDs at other locations. We have utilized what the district offers,

Leader U put on by Professional Educators of Tennessee, and we reach out to other charter schools in the state to share best practices.

**Unusual Circumstances Creating New Assessment Program Need - Restoration of Trust**
*Note* The lack of consistency with state assessments results for several consecutive years resulting from either state level problems or the pandemic make it challenging to definitively discuss the usage and preparation for state assessments because there is an overarching need. Our students and our teachers will have to have instilled in them a new sense of faith in the system. With a startup elementary school, the student attitude will not be an issue, but staff attitude towards an accountability system which has let them down and which has been disabled by other means is not going to be easily restored. Any plans for emphasis on the importance of state assessments will need to come with great assurances and plenty of supports. Learning loss plays into this as well. How can an assessment system created to measure grade by grade progress be used to effectively measure students who have only had partial years of instruction? All this plays into the culture surrounding state assessments. If teachers feel like it is a pretend requirement for which students and teachers cannot be held accountable due to extenuating circumstances, it will not be taken seriously. The best laid plans will be ineffective if we do not address restoration of trust in the system.

**1.8 School Calendar and Schedule**
In this section:

(a) Provide the annual academic calendar for the school as Attachment A.

## Annual Academic Calendar

**Attachment A** is included and is a sample of next year's school calendar as approved by the Hamilton County School Board.

(b) Attach the proposed school's detailed daily schedule by grade. Include the number of instructional hours/minutes in a day for core subjects such as ELA, mathematics, science, and social studies.

There is no letter assigned in the above instructions, just the direction to "attach" the detailed daily schedule. We have assigned it the title **Attachment A1**. We have included a mini version of the daily schedule here, but realize it is a bit small for good reading.

## Daily Schedule

| Kindergarten | | First | | Second | |
|---|---|---|---|---|---|
| Prior to 8:20 | Arrival, greet, complete breakfast | Prior to 8:20 | Arrival, greet, complete breakfast | Prior to 8:20 | Arrival, greet, complete breakfast |
| 8:20-9:50 | Major ELA Block | 8:20-10:20 | Major ELA Block | 8:20-10:20 | ELA Block |
| 9:50-10:20 | Related Arts | 10:20-11:15 | Major Math Block | 10:20-11:05 | RTI - 45 minutes |
| 10:20-10:40 | Minor ELA Block | 11:15-11:45 | Recess | 11:05-11:30 | Lunch |
| 10:40-11:10 | Lunch | 11:45-12:10 | Lunch | 11:30-11:55 | Recess |
| 11:15-12:00 | RTI | 12:15-12:50 | Minor Math Block | 12:00-1:30 | Math Block |
| 12:00-12:30 | Recess | 12:50-1:20 | Related Arts | 1:30-2:00 | Related Arts |
| 12:30-2:00 | Math Block | 1:20-2:00 | Science/Social Studies | 2:00-2:45 | Science/Social Studies |
| 2:00-2:45 | Science/Social Studies | 2:00-2:45 | RTI | 2:45-3:00 | Prepare for dismissal |
| 2:45-3:00 | Prepare for Dismissal | 2:45-3:00 | Prepare for dismissal | | |

| Third | | Fourth | | Fifth | |
|---|---|---|---|---|---|
| Prior to 8:20 | Arrival, greet, complete breakfast | Prior to 8:20 | Arrival, greet, complete breakfast | Prior to 8:20 | Arrival, greet, complete breakfast |
| 8:20-10:30 | ELA Block | 8:20-9:10 | Minor ELA Block | 8:20-8:30 | Minor ELA Block |
| 10:30-11:15 | RTI | 9:10-9:40 | Related Arts | 8:30-9:00 | Related Arts |
| 11:15-11:45 | Lunch | 9:40-10:50 | Major ELA | 9:00-11:00 | ELA Block |
| 11:50-12:10 | Recess | 10:50-11:35 | RTI | 11:00-12:00 | Major Math Block |
| 12:15-1:45 | Math Block | 11:35-12:15 | Minor Math Block | 12:00-12:25 | Lunch |
| 1:45-2:10 | Science/Social Studies | 12:15-12:45 | Lunch | 12:25-12:50 | Recess |
| 2:10-2:40 | Related Arts | 12:45-1:05 | Recess | 12:50-1:20 | Minor Math Block |
| 2:40-2:50 | Science/Social Studies | 1:05-2:00 | Major Math Block | 1:20-1:45 | Science |
| 2:50-3:00 | Prepare for dismissal | 2:00-2:45 | Science/Social Studies | 1:45-2:10 | Social Studies |
| | | 2;45-3:00 | Prepare for dismissal | 2:10-2:55 | RTI |
| | | | | 2:55-3:00 | Prepare for dismissal |

(c) Explain why the academic calendar and schedule will be optimal for student learning. Summarize how you will plan time for tiered interventions, enrichment, tutoring, and other academic activities.

### Yearly Calendar

We use the same yearly calendar as our district. We have found that although there are advantages to tailoring a calendar to match the customized academic plan, our students have siblings on the district's calendar, and families do not like to vary from that, some flat out will not vary from it at all.

During the initial years of our 6th-12th school, we did not start until after Labor Day in order to combat the extreme temperatures in August. It was economically wise because the air conditioning cost is so high in August. This saved more than $1,000 annually. It also provided for fewer days when the weather is so hot that outdoor time is curtailed. But the benefits did not outweigh the liabilities. It extended the school year beyond the district's dismissal date in May. Families left on vacation after Hamilton County was out, but before we let out, and took our students with them. We tend to have fewer absences when we adhere to the district calendar. A calendar is only of academic benefit if students are present to receive instruction and participate in learning.

Student focus drives the daily schedule. The teachers will be using the students' apparent needs discerned from assessment data and observation to drive instruction. The Tennessee Department of Education defines how many minutes of instruction per day or per week are required for each category of student instruction, intervention, and active minutes. There may be times when teachers do not adhere to these times specifically due to the needs of the students, but you can see from our color coded daily schedule, that the requirements per minute have been met and ordered in such a way as to optimize the use of shared personnel and shared spaces for best student services. Often, social studies and science are fully integrated into

literacy, allowing some flexibility within the daily schedule. Active minutes are defined as recess for access to shared recreational spaces, but active minutes are incorporated into the students' day by using the outdoors too, and are tracked through fitbits as we do with our current campus. This also allows for some flexibility with the defined schedule. A sample of how active transit time is used for instruction between indoor and outdoor, and outdoor to other outdoor learning areas is illustrated in section 1.3.

### Schedule Supports Academic Advancement from Observations and Inquiry

Having the big outdoor world as a teacher brings up marvelous opportunities for inquiry based learning. The students will be engaged and curious. The teachers provide mini lessons about things students may encounter on the trail. That flexible time is needed and allows for exploratory learning. This opens the door for research and investigations of real world questions while still adhering to the state standard that is being taught. Our trained instructors can make this advantage work positively for academics.

### Tiered Interventions

One can see that each grade level has 45 minutes of RTI time daily. During this time, students are divided by tier groups and serviced by a minimum of two trained adults per 15-18 students servicing groups sized by the definition of Tier II and Tier III. This is also utilized as enrichment time for students not needing any Tier II or III intervention.

### Peer to Peer Help, Tutoring

Classes are paired for reading buddies. An upper grade student will be paired with a lower grade student. This gives students confidence in their own skills while helping emerging readers flourish. Tutoring hours can be offered immediately after school. As the budget allows, stipends can support this teacher time.

(d) Describe any proposed extracurricular or co-curricular activities or any other student-focussed programming the proposed school will offer, including when will they begin, how often will they occur, and how will they be funded.

### Extracurricular Activities

Student clubs take place during related arts period or special schedules during the school day once per month. Sports take place after school. Parents provide transportation for sports. If this prohibits participation, then the staff works with the family to find a solution. Sports and clubs are funded the way that they are generally funded at most schools. It is a combination of donations, fundraisers, boosters, and sponsorships. We have field studies as a co-curricular part of our programming. No student is ever denied access due to lack of funds. These learning experiences are also funded through a combination of donations, parent contributions, community and corporate sponsorships. These field studies take place during school and outside of school hours too. Auxiliary clubs may be offered after school.

(e) If Saturday school, summer school, or after school will be offered, describe the program(s). Explain the schedule and length of the program, including the number of

hours and weeks. Address the number of students and the methodology used to identify them. For identified students, is the program mandatory? What are the anticipated resource and staffing needs for these programs?

### Supplemental Academic Programs*

Field studies tied to the standards for the particular course are planned by a team of teachers using our field study planner included as **Appendix 1**. This requires listing the state standards addressed through the trip and how they will be assessed. These studies take place during school hours and outside of school hours. Transportation is provided from and back to the school. No student is ever denied access due to lack of funds.

### After School

Sports and event planning teams meet after school. Examples of sports are cross country and archery. Examples of event planning teams are committees for putting on a dance, bake sale for a parent event, or display for an academic night. Student participation is purposely solicited and monitored for these events. Students are already at the school, so only a ride home is needed. This is provided by the parent/guardian. In instances where lack of a ride home prohibits the student from participating, we ask that the student communicate about the issue. Then the community of teachers, other parents, and neighborhood resources will work together to provide transportation.

### Summer School

We budget for van service for summer school. It takes place from 9:00 to noon for four weeks, usually all in June. In the post COVID-19 world, we anticipate that summer school will be more intense. We are anticipating some state funding to support the expansion of this program to combate learning loss and will define it accordingly once we can judge the landscape of funding support versus the need at hand.

*The TN Legislature just redefined summer school after the writing of this application. We understand the changes will influence our plans.

### Saturday School

At this time, Saturday school is used as a consequence to get the parents on board with providing accountability to the student to be compliant with school rules. It is one thing for the student to suffer consequences from inappropriate behavior. It is totally another thing for the parent to have to get out of bed and drive the student to Saturday School at 8:00 A.M. on the weekend. This seems to motivate the parent to hold the student accountable to good behavior. Saturday School takes place from 8:00 A.M. to noon on select Saturdays throughout the school year. We do not anticipate utilizing Saturday school at the elementary level until we grow to include 3rd grade.

### 1.9 Special Populations and At-Risk Students

In this section:

(a) Describe the experience of the leadership team in working with special populations. What staff (by role and number), including support staff, does the proposed school plan to hire to address the needs of the special populations identified in subsections c - f?

#### Experience

Our current 6th-12th staff will assist in pre-opening preparation for special populations. Ivy has six faculty members certified in Exceptional Education and two faculty members certified in ESL. We have two doctors of education on our board one of whom specializes in inclusion, and two administrators with Exceptional Education certification. On our current staff we have a combined 48 years of special education experience. We have extensive experience in working with the district to ensure that every aspect of IDEA is fulfilled to SWD on our campus. We have also assisted the district in satisfying parents so that due process suits filed against the district were dropped by the plaintiff by offering the families a space for the student here at Ivy Academy's 6th-12th school. Our cooperation and reputation with Hamilton County families and the district towards fulfilling our legal and moral obligation to families of students in special populations is well established and extensive. Our team is well equipped and experienced to provide the oversight and input necessary to support the proper formation of a new exceptional department prior to year one of IASE.

(b) Describe the proposed school's plan to prepare for special populations. What adjustments will be made to the school's daily schedule to address the diverse needs of students?

#### Serving Special Needs

At Ivy Academy, acceptance of all students is a central value, and this will extend to the elementary school level at IA's SE. In serving students who have been identified as having disabilities or special needs under the law or whom we suspect may have such needs, we provide a Free and Appropriate Public Education (FAPE), and comply with all applicable state and federal statutes, including Title II of the Americans with Disabilities Act of 1990 (ADA), the Individuals with Disabilities Act (IDEA), and Section 504 of the Rehabilitation Act of 1974. We educate students with disabilities in the least restrictive environment (LRE) with their non disabled peers to the extent appropriate and allowed by each student's Individualized Education Plan (IEP). We do not have a self contained special education classroom that is separate from the classes attended by typically developing students, whether inside or outside. We do not discriminate in admission and enrollment practices against students having, or suspected of having, disabilities.

Currently at the 6th-12th school, in addition to serving students during their enrollment, we assist students in their transition plans after graduation. We are currently working with the federally funded Workforce Innovation and Opportunity Act (WIOA) Program to help a student

successfully make the shift from attending school every day to working every day. We assist Chattanooga State Technical Community College in making the best IDEA plan for students who graduate then attend at their campus.

We currently have only one EL student in our 6th-12th school. We have recruited at La Paz, Chattanooga Sports Ministries soccer games, and other Latina family frequented locations, but have yet to be successful in enrolling many of these families. We hope to gain the trust of these families and have a larger need for EL services in the future, and as we grow and have the need, as with other areas, we will make sure that we are prepared.

The Dean of Student Supports (DSS) is charged with coordinating and monitoring the school's services so special populations and special education programming and performance meets the needs of all learners and legal obligations. The DSS is certified in exceptional education. The DSS is responsible for identifying special populations of students within our student body by soliciting teacher input in addition to monitoring incoming records. Initially we are set with our staff model and budget to support one exceptional education teacher and one EL teacher for the first year of 64 incoming kindergartens. We are poised to monitor and respond with any needed adjustments. We increase staff year by year afterwards based on need. As we have made clear in previous sections, we feel the need for many IEP's can be avoided by providing adequate active learning programming in the primary years. One approach to meeting these needs of special populations is treating every student as being part of a special population by offering that active learning to all students from the get go.

As far as adjustments to daily schedules, our final daily schedule is formulated by examination of the needs of all student groups.

(c ) Describe the following related to SWD:

- Methods for identifying students with D and avoiding misidentification or over identification
- Specific instructional programs, practices, and strategies the proposed school will employ to provide a continuum of services, ensure students' access to the general education curriculum, and ensure academic success for SWD.
- Plans for monitoring and evaluating the progress of and success of students with disabilities, including coordination with the authorizer's monitoring and evaluation.

### SWD Identifying Properly

The DSS and exceptional education teacher work closely with the regular education teachers, parents, and other professionals within the service community to students in order to accurately discern if the student needs additional services, and what those services might be. Part of this process may be identifying what is manifesting to appear as a disability, but is actually deficiency which can be remedied another way.
Exceptional education teachers are trained in the protocol of referrals, and there are plenty of supports for objective assessments of students. We have an assessment guidance tool packet

which has been included as Appendix 14. It includes assessment guidance not just for SWD, but for language needs as well. A sample of one of those documents looks like this.

**"Struggling Student" Referral Process Form (Inclusion Teachers)**

Student ______________________ Date ______________

**Reason for Referral:** Behavioral Academic-Math/ Reading Medical Other

**6th Upshaw 7th Powell 8th Buntain 9th & 10th Mansueto 11th & 12th Gandy**

**Parent OR Teacher Referral**

- ❑ Sent PARENT packet home on (date): ______________
- ❑ Received packet back from parents
- ❑ Give Core TEACHERS the packet that apply to each subject
- ❑ Parent Contact- prior to referral
  - Which teacher_______________date: __________
  - Which teacher_______________date: __________
  - Which teacher_______________date: __________

Inclusion teacher will then meet with the team/teacher to determine what interventions have been utilized with the student.

Interventions by teachers include: (refer the teacher handouts)

- ❑ RTI tier 2- Math / Reading
- ❑ RTI tier 3- Math / Reading
- ❑ Learning Center referral
- ❑ Progress Monitoring testing- EasyCBM or other
- ❑ ______________________________
- ❑ ______________________________
- ❑ *No interventions* then the team and inclusion teacher will put interventions in place and call the parent to let the parent know what interventions have been put in place to assist student and to explain the Response To Intervention process (if appropriate).

Parent contact date:________________________________

*Interventions* that have been decided on:

1. ______________________________________
2. ______________________________________
3. ______________________________________
4. ______________________________________

- ❑ Team and inclusion teacher will reconvene after 4-6 weeks to assess if there has been improvement and determine if a **504 or Special Ed** referral needs to be started and *if so* the team leader will send home the Parent Input Form and the team will complete the remainder of the referral packet.
  Date to reconvene: ______________________________

If Special Ed referral, then packet will be forwarded to Lynn Penton for review.

If student enters school with a Psychological or an IEP:

- ❑ The psychological information or IEP will be forwarded from guidance to Lynn Penton who will review the psychological evaluation/ IEP and contact the appropriate inclusion teacher.
- ❑ The inclusion teacher will then contact the team to see what they are observing and then the Inclusion teacher will schedule a meeting with the parent, team and psychologist to determine if additional assessments are necessary.
- ❑ The inclusion teacher will then begin collecting progress monitoring data if the student is eligible as SLD or checklists if OHI due to ADD/ADHD or suspected Autism.

### SWD Programs, Practices, Strategies - Monitoring, Evaluating, Coordinating with District

The DSS schedules the commitment of qualified and, where appropriate, licensed personnel to compose the school's multidisciplinary teams. These teams conduct special education assessments, evaluations and services for these students. The DSS monitors all services that are provided to ensure they are in direct accordance with each student's IEP in an efficient and effective manner, including ensuring that any subsequent re-evaluations are performed and all

required special education and related services are provided and that all IEPs are appropriate to the specific students.

Logs of services are kept, with fidelity of the logs checked by the DSS and administration. Each Exceptional education teacher has a schedule of services which undergoes periodic reviews by random checks from the DSS and administration who are evaluators within the Project Coach System.

SWD monitoring via Easy CBM and other benchmarks guide teachers to gauge treatments for raising that student's academic performance with reminders that SWD are a subgroup for whom we are actively seeking to close the gap between regular education students.

We are total inclusion for 6th-12th grades and plan to be total inclusion for grades K-5th also. We achieve this by the strategic scheduling of the staff who render the services and strategic classroom arrangement.  At some points, limited pulling from the classroom for individuals or small groups is still necessary.

Data points are taken every two weeks using Easy CBM and teacher-created tools. Teacher created tools are especially helpful for monitoring student behavioral goals. We have extreme accountability for exceptional education teachers regarding monitoring. Exceptional education teachers must be caught up on all data points and entry into EASY IEP, or it is considered dereliction of duty and their pay is withheld until corrected. Yes, we are that serious about monitoring in order to best serve our students. We include this requirement as part of the exceptional education teacher contracts. We can only help students progress if we know exactly where they are at. Special ed teachers use the monitoring to inform their communications with the regular education teacher about what the next steps are to best help the student move forward. Amidst day to day demanding service schedules, it seems that sometimes exceptional education teachers can perceive making the time to take and enter data points as an "extra" thing to do. It is not an extra, but a key component to ensuring academic progress. Therefore we provide incentive to prioritize monitoring by placing this clause in the contract.

The DSS is tasked with monitoring and staying ahead of any "red stop signs" that could surface in EASY IEP. She makes sure we stay on track with the authorizer's legal obligations regarding exceptional education students.

With our growth model of 64 incoming kindergarteners each year, we anticipate the possibility of four students coming in with IEPs, and an additional six to eight being recognized within the school year. This would make our estimated special education population grow by 10 to 12 each year. We have one full time exceptional education teacher built into the budget from year one, and before year one will rely on the current 6th-12th DSS and exceptional education certified staff to ensure proper services are set up. The exceptional education teacher will split her time every day between the two campuses for the first year. Beyond the first year, there will be more than one exceptional education position.

(d) Describe the following related to EL in accordance with SBP 3.207

- Methods for identifying EL students and avoiding misidentifications
- Specific instructional programs, practices, and strategies the proposed school will employ to ensure academic success and equitable access to the core academic program for EL students
- Plans for ensuring individual learning plans (ILP's) are maintained and addressed
- Plans for monitoring and evaluating the progress and success of EL students, including exiting students from EL services

### EL Identification, Instructional Strategies, Plans, Monitoring Progress, Exit Strategies

Sharing best practices from schools with successes in this area and replicating their plans are how we have chosen to address this section since we do not currently have an extensive EL program in our existing school. Since Nashville Classical Charter School has a proven track record of success with a larger EL population, and since they also are a CE model public charter school with whom we will share common curriculum and instructional strategies, we have borrowed from their charter (with permission) the plan for serving EL students. Our plan is taken from their approved charter application.

We are aware of and will comply with all applicable federal laws related to the education of language minority students as stated under Title IV of the Civil Rights Act of 1964 and the Equal Education Opportunities Act of 1974. We follow the TN Board of Education ESL Program Policy (3.207), designed to set the minimum standards for TN school districts in providing services to non-English language backgrounds. English Language Learner (EL) students are provided with equal access to and full participation in school activities. EL students study the same content and are held to the same standards as other students. While all classes are taught in English, the level of English used for instruction, verbal and written, is modified as needed to facilitate EL students' acquisition of English. We eliminate or limit the separation of English Language Learners from the mainstream classroom, acknowledging the immersion method of language acquisition as the most expedited effective manner to educate EL students[33].

### Identification and Avoiding Misidentification

We use Home Language Surveys to screen all students annually for potential limited English proficiency. Collection of these surveys are the responsibility of the school counselor and is implemented by the registrar. If the home language is other than English, or the student's native language is other than English, an appropriate staff member or a hired interpreter conducts an informal interview in the student's native language and English. If the student speaks a language other than English and/or the student speaks little or no English, we administer the World Class Instructional Design and Assessment (WIDA). Results from these assessments are used to provide identification of and avoid misidentification of EL students, inform instruction, and ensure all students can access academic content and master performance and content standards. Teachers are responsible for observing each student throughout the class day with an eye toward detecting limited English proficiency. All teachers receive professional

---

[33] Arizona Department of Education. "The Effects of Bilingual Education Programs and Structured English Immersion Programs on Student Achievement: A Large Scale Comparison." July 2004.

development training in techniques for detecting whether a student has English language deficiencies and in communicating with students designated as EL students. Any student suspected of having limited English proficiency is tested to determine what level of services, if any, are necessary. Research-based Instructional Programs, Practices, and Strategies. The web page established by the federal Department of Education lists strategies proven to be highly effective for supporting EL students; we incorporate these strategies during language arts, math, science, and social studies instruction[34]:

- Screen and monitor progress. An effective program for LLs includes well developed assessments for identifying student needs. This corresponds with IASE's data-driven instruction. We assess student progress frequently and use results to drive overall instruction as well as identify students in need of individual intervention. The School Director and/or Dean of Academics oversee this process while working closely with the teaching staff.
- Provide reading intervention. Recognizing that ELs are often at risk for reading problems, the strongest programs respond quickly to the results of formative assessments by offering small group reading intervention for struggling readers that augments the core reading program. Each day there are at least two different opportunities for ELs to receive a small group reading intervention: the three literacy rotations and the final tutoring block.
- Teach vocabulary. One important component in language acquisition is vocabulary development. To read and understand grade-appropriate material, elementary students need to learn 3,000-4,000 new vocabulary words each year (70 new words per week[35]). In the most effective schools, students are taught vocabulary through formal instruction and learn words through use in language rich settings in and out of the classroom. We provide formal vocabulary instruction using essential word lists and words in context. Our structured vocabulary program features child-friendly definitions and cumulative assessments to ensure regular review of all words learned. For EL students, our focus on Greek and Latin roots enables them to make connections to their native language while building a framework to consider unfamiliar English words.
- Develop academic English. For ELs to have academic success, they must develop cognitive academic language proficiency (CALP), and not simply the basic interpersonal communication skills (BICS) of social language. CALP includes the content area vocabulary specific to academic subjects and the sophisticated use of language necessary to carry out higher-order academic tasks such as comparing, synthesizing, and inferring. We integrate vocabulary development into instruction in all subject areas not only English language arts—and include explicit scaffolding of higher order academic tasks. There is also research surrounding instruction in CALP to help both rural and urban students whose instilled language habits by age 5 are seemingly a hindrance to grammatically correct written English communications.
- Schedule peer learning. Students improve mastery of language through use. The DOE recommends that a minimum of 90 minutes a week should be dedicated to activities that

[34] US Dept. of Ed. "Guidance on English Learners." 2016. https://www.ed.gov/news/press-releases/us-department-education-releases-guidance-english-learners.
[35] Honig, Bill. *Teaching Our Children to Read.* Corwin Press, 2001.

allow students to work together on practice and extension of language skills. We implement a—turn and chat practice in which the class is given a question or prompt and instructed to discuss the topic with a partner. Although interactions are brief, lasting from 30 seconds to three minutes, when used frequently throughout the day, there is significant cumulative increase in authentic language practice.

- Assessing and Monitoring Progress and Success. Students identified as EL are assessed a minimum of annually to determine improvement in English proficiency and possibility for exiting from the program. Students scoring above the established cut-off point are designated as exited from the EL program. Those scoring below the cutoff point continue to be classified as EL. Evaluations are informed by performance on the WIDA and ongoing teacher observations with the consultation of the Dean of Academics and the School Director. Performance is be assessed in the following ways: (1) EL students are making strong academic progress as measured by instructor-developed assessments; (2) EL students are proficient in English in three years or less; (3) EL students are proficient in English/Language Arts as evidenced by proficiency on state and standardized exams; and (4) EL students are advancing from grade level to grade level, evidencing mastery of core subjects on par with native speaking students.

All LL students learn with all other students in the classroom for instructional time. Our direct instruction program is geared to all literacy learners, especially EL students. In addition, LL students have tutoring time RTI.

To determine the need for programmatic modifications, IASE evaluates the progressive growth of its EL students on standardized assessments and non-standardized assessments in comparison to that of non-EL students (subgroup performance and closing gaps). We track students longitudinally throughout their matriculation to determine if there is significant variation in the academic achievement of students who were once classified EL and non-LL students as measured by standardized assessments and non-standardized assessments.This responsibility is on the Academics Supervisor. IASE tracks the number of students who are declassified as EL and the number of instructional years it takes for this declassification to occur. The Board, first through its Academic Achievement Committee and then as an entire Board, will evaluate the efficacy of our EL program. The School Director will work with the leadership team and instructional staff, formally during the planning period of the summer and training period of summer staff orientation and ongoing through the year as part of weekly professional development and data analysis days, to implement and support any changes as needed to ensure the success of all students.

### Monitoring

At Ivy Academy, we use Home Language surveys to screen all new enrollees for potential limited English proficiency. If the home language is other than English, or the student's native language is other than English, appropriate staff or a hired interpreter will conduct an informal interview in the student's native language and English. If the student speaks a language other than English, or little to no English, we will administer the Comprehensive English Learner Assessment (CELLA). The results from these assessments will then be used to provide

identification of and avoid misidentification of ELL students, advise instruction, and ensure all students can access academic content and master performance and content standards. The teachers will be responsible for monitoring the students during the school day to look for any students with limited English proficiency.

All teachers will receive professional development training focused on techniques for detecting whether a student has English language deficiencies and how to communicate with students designated as ELL students. Any student that is suspected of having a limited English proficiency is tested to determine what level of services, if any, are needed. Every ELL student will learn with other students in the classroom during instructional time. Ivy will use a direct instructional program geared toward all literacy learners, especially ELL students. ELL students will also have opportunities for tutoring in a small group setting, homework tutors, and extended homework time based on their individual needs. If our ELL students are not making sufficient academic progress, we will modify our ELL programs as needed. The proficiency of all identified ELL students who will be receiving pull out services will be closely monitored in the spring semester of each year using the WIDA Access ELL Assessment to determine whether continued ELL services are needed.

(e) Describe the following related to at-risk students:

- Methods for identifying at-risk students through academic and behavioral processes, and
- How the proposed school will address the learning needs of at-risk students and monitor their progress. Specify the programs, strategies, and supports that will be provided.

### Under the Watchful Eye of Our Trained, Professional Educators

Teachers are the first line of defense when it comes to protecting our at-risk population of students. Teachers know to proactively address academic underperformance or negative behavioral patterns. If a student is struggling academically or behaviorally, the protocol is for a teacher/student conference, then teacher/student/parent conference with a remediation plan. School wide policy requires that any failing grade assessment at a marking period can only go on record if the mandatory parent meetings have happened and the remediation plan has been followed; otherwise the lowest assessment a course can yield is a D minus. We take on the responsibility of the grade if the definition of what the student needs to fulfill his responsibility to achieve a better grade has not been clearly defined, documented, and communicated to all involved parties.

The dean of each school is responsible for monitoring behavioral concerns which could put a student at risk. Multiple referrals require a behavioral intervention plan which is monitored by the dean or the exceptional education teacher if the student has an IEP.

Students with emotional trauma which affects attendance or grades are referred to the school counselor for regular check in sessions (or dean in the early years of the school) for sessions to encourage the student with support and monitor that things are going in the right direction, or get further support if they are not.

Given consistent implementation of the safety nets, some students may still be off track in one or more areas and become at risk. Starting at the first semester grading period, letters go home to the parents emphasizing the importance of getting those students on track. The sooner the realization is made, the more likely recovery will occur.

If a student comes to us already off track academically, or if a student's family does not hold him accountable for following the remediation and reassessment plan, or heed administrative letters emphasizing the importance of the team approach to getting the student on track, and he becomes "at-risk," then we go to the next level of support. We offer additional steps along the way. In addition to RTI² and tiered groups within the classroom, these steps include after school tutoring, point cards for daily behavior or assignment checks, and specific goals with rewards. These are set by the homeroom teacher, or, depending upon the designation of teacher duties, by the teacher of record for a particular subject, the exceptional education teacher, or counselor. If on track rating is not attained by the end of the school year, then we require the student to attend summer academic programming. So far, we have been able to offer this free of charge, and we provide transportation if needed. We started this policy back when we were a Title 1 school and participated in Expectation Graduation, a summer school program for high schoolers provided by federal Title funds. We once lost our Title 1 status due to having less than 50% of our students on the direct certification list for food stamps, we have been able to work this program into budget annually, and plan to do the same for IA's SE.

(f) Describe the following related to gifted students:

- Methods for identifying and meeting the needs of intellectually gifted students, including specific research-based instructional programs, practices, strategies, and opportunities the proposed school will employ or provide to enhance their abilities
- Plans for monitoring and evaluating the progress and success of the intellectually gifted students

Teachers and other instructional staff are trained to watch for key indicators of the intellectually gifted. We follow the same identification strategy for students determined to be intellectually gifted as we will with all students with exceptionalities. When teachers notice, they report to the exceptional education teacher or the DSS, and we follow protocol for assessment and referral. Intellectually gifted students require challenge and support to further develop their interests and capacities, and that these should be provided in a systematic and targeted manner. Annually, students may be identified by outlier scores on assessments. Teachers are encouraged to provide these students with more challenging assignments, which is different from just more assignments.

#### Schoolwide Support Plans for Our Special Populations

The DSS trains and supports instructional staff, ensures all special education reporting documents are in compliance with state and federal laws, and retains, monitors, and secures all confidential data. Until we have a larger population of exceptional education students in the K-5th school, we will have IA's SE exceptional education teachers do professional development as part of the 6th-12th staff when it comes to compliance.

Professional training and development of all staff involved with the education of students with disabilities includes the following: referral process to the DSS, development of a student's IEP, how to implement the IEP, evaluation of students' progress towards meeting IEP goals and objectives by the end of the IEP, meeting reporting requirements to parents, and discipline of students with disabilities. Our current model contracts with speech therapists, occupational therapists, vision teachers, counselors, etc. as required by IEPs, and as assessments for these services are suggested by regular education staff. We will extend these contracts to cover any needed services to elementary students, paid hourly out of each respective budget. Each year, the IEP team will develop a special education plan that demonstrates applicable staffing and comprehensive services access to serving our students with special needs.

**1.10 School Culture and Discipline**
In this section:
*Note* the subheadings in the outline for this section are all messed up in the application and go a,b,b,c,d,a. We just followed that same pattern for consistency of reference.

(a) Provide as **Attachment B** the Student Handbook and/or forms that will be provided to or required of students and families, including any "contracts" with students and parents.

(b) Describe the desired school culture or ethos of the proposed school and how it will promote a positive academic environment and reinforce the charter school's mission, goals, and objectives.

### A Community of Acceptance and Service

One of the overarching values that is stressed in our 6th-12th school, and that we know will be an integral part of our elementary school, is acceptance. As a school of choice, many of our students come to us after their parents have been disappointed in either the former school climate and culture, or in their student's reaction to that climate and culture. No one school can be a perfect fit for every student. However, a recurring comment from parents to our staff in the 6th-12th school is that their student feels at home and accepted at Ivy, regardless of how rejected they may have felt in their former educational setting. We do not view a student by his or her race, ability, disability, gender, sexual orientation, awkward looks, low self-esteem, economic status, homelessness, or newness to the area. Instead, we have managed to maintain a climate where each student is viewed as part of the Ivy family. Each student is now a scholar, a steward, and a volunteer. They learn the true, do the good, and love the beautiful. Establishing civic virtues within our student body by providing participation in community service project opportunities helps develop the individual's self esteem and sense of belonging to the group. Our students are so proud to be part of a community of service, and it shows.

(b) Explain how you will create, implement, and sustain this culture for students, teachers, administrators, and parents starting from the first day of school. Describe the plan for acculturating students who enter mid-year.

### Set the School Year through Welcoming Parents, and Make Easy Access to Information

Ivy staff conduct parent orientations at times and locations most convenient to parents, in order to set the foundation for expectations for both the parents and their students. In the past, for our grades 6th-12th school, we have held parent orientations at the Boys' and Girls' Clubs, the TN Aquarium, the public library, and other centrally located venues. Our orientations are thorough, with opportunity for questions. Our school website has all enrollment forms, uniform information, school calendar, bus stop information, board and staff contact information, and all other pertinent information. The more involved and informed parents are, the better the student academic outcomes. Student, parent, and staff handbooks are easily accessible online. We have hard copies of the handbooks available at the school for reference, also. We have maintained two or more parents on our governance board of directors (exceeding the state mandate) for the past four years in our 6th-12th school. Additional parents frequently attend our

board meetings. Keeping all information public open and transparent leads to best outcomes with parental climate. The expectation of our culture is clearly communicated in our handbook. Additionally, an active PTO holds regular meetings attended not only by parents but also by staff, teachers, and board members. This will extend to the parents in the elementary grades.

Currently, students or staff who enter mid year are given the same handbook and compacts as the students and staff who came at the start of the year. In addition, they are given a "buddy" to have someone to ask questions of as the needs arise. We will continue these practices at the elementary school level.

### Set the School Day

At IA's SE, *"We are Scholars! We are Stewards! We are Volunteers! We are Ivy!"* Every day after the Pledge of Allegiance, we will start out the academic day with this cheer as a reminder of why we are here, and what our priorities are. Foremost, academic scholarship is emphasized. It is the first thing in our cheer, and it is the first thing on our minds. A student may be a great athlete, take care of the planet, and give his time in service, but if his grades are not excellent or on the rise, there is a problem, and it is addressed and remedied. The school cheer sets the tone not only for academics, but for social emotional wellness. This tone affects interactions among peers and students to staff. A student who is a steward is going to be concerned with what is around her. If a student is a volunteer, he is going to be helpful to those around him. Shouting "We are Ivy" as a student body creates a team atmosphere, emphasizing togetherness, not differences, which can carry over into academics and projects.

Sometimes the deans of each school level come up with slogans for the year to support the vision. For example, one of those for the 2019-2020 school year was, "Be respectful, be responsible, be involved." This slogan was repeated daily in the schoolwide PA announcements.

### Schoolwide Expectations

Daily announcements will set expectations for students. Teachers may add their individual expectations, but these core expectations set a standard school climate and academic readiness. "Up, down, out, and away! This is how we start the day!" This stands for having your positive attitude **up**, yourself seated **down**, focused on the teacher and his announcements for the day, and your smile and your uniform **out** for the world to see. Personal electronics and other learning distractions must be put **away**.

### Encouragement for and Recognition of Being Good Examples of Fulfilling Expectations

In addition to the PBIS reward system, we also use our social media platforms to encourage students to fulfill our climate and culture expectations, and brag on students who are fulfilling the mission of the school and are living up to the set expectations for climate and culture. Purposeful effort is made by teachers to make sure every student can receive some type of recognition throughout the school year for positive behavior. These are examples of what may seem to be mundane efforts for things like good attendance or being on time, along with exceptional examples such as initiating a service project on their own. Below are a few

examples of past social media shoutouts that work to strengthen the team effort of fulfilling schoolwide climate and culture expectations.

Example of using social media platforms as encouragement to serve our community which supports our climate and culture:




Examples of shoutouts to students who are positive examples of fulfilling the communicated expectations:


ivy_academy
Ivy Student
Shout Out
8th Grade P.E.
Mr. Kiefer
Savannah Smalley
Asher Hayes
Jonah Smith
Consistently on time, regularly participated in morning stretching and calisthenics and turned in all 67 daily assignments




## Assurances and Consistent Support for Needs

We will have the "Help Bench" in each classroom, indoors and out. If students feel they need additional help but cannot use their words, they go to the bench at the help tree (if outside) and select a book to read until the teacher can get to them. This is only for help for which the student has no words. It builds security in primary students to know that if they know something is wrong, but they do not know how to say it, there is a place to go, and someone to help. This resource eliminates the fear of not knowing and having to ask. Teachers will oversee and prevent overuse of the Help Bench.

In addition to access to the Help Bench, we will incorporate all the state required online reporting for systems such as bullying and bus safety concerns. We will maintain a cumulative online document for recording DCS reports. We will maintain student anonymity on those documents by recording only the student's initials; if we need to reference the report number, only the reporter will recognize the initials matched with the date and description. Having the reporting numbers for the whole campus in one location provides an assurance to administration and all staff that we have documentation and witnesses for fulfilling our

responsibility to students and TN state law. An assured and confident staff builds a good school climate and culture.

We will (and do in our current 6th-12th school) network with multiple governmental resources for our ED students, in addition to having our own set of community partners who help with student clothing and field trip needs. No student is, or will be, denied access to any learning opportunity due to lack of funds. We are a fully free public education with some amazing opportunities. Having a student body that knows they are cared for and are provided for, whatever the need, contributes to a positive school climate and culture.

### Preemptive Feedback

Each student in lower grades will be assigned a positive role model mentor from among select 7th and 8th grade students who are in good standing behaviorally and academically. The mentors will visit the lower grade classrooms once per month during the first quarter, then quarterly after that. During these visits, the student mentors will go over guiding questions to help younger students set goals and stay on track. Mentors will help students learn how to write appropriate responses to the guiding questions in proper sentence format, which they give to the teacher upon exiting. Mentors will be trained to redirect questions as needed. The teacher will review any concerns recorded by the middle school mentors and give attention as needed. The following are example guiding questions:

- ❏ What is one thing new that you have learned in school since we last talked?
- ❏ How do you think that you are doing with your grades and assignments?
- ❏ Is there anything at school that you need extra help with?
- ❏ What is something that you did at school to help someone since we last spoke?
- ❏ Have you done a service project with your class? Explain to me what it was.
- ❏ What is your favorite _________________ ? (This question varies throughout the year but is always related to the outdoors, such as favorite tree, flower, weather, animal, etc.)
- ❏ What was your most favorite thing at school since we last talked?
- ❏ Is there any student in your class that you need help being friends with?

Thus, teachers will regularly receive feedback through these types of monthly school climate and culture checkpoint questions. This will allow teachers to more proactively preempt negative academic performance, negative student interactions, and students withdrawing inside the classroom or isolating themselves during project or play time.

In addition to Project Coach, we will build staff confidence and security with non-evaluative quarterly teacher self assessments and mid year reviews. We find that conversational, non-evaluative assessments contribute to a positive school climate and culture. We utilize mid year reviews for administration to communicate to staff about anything they see that could be helpful to their performance, but items not specifically on a Project Coach observation. This also gives staff an opportunity to express their need for support, as needed. When there is a safe atmosphere for transparent feedback between staff and administration, the staff culture and climate thrives.

In addition to the parent surveys distributed by Safe Supportive Schools, we give parent surveys to find out how our instructional methods are affecting their students' attitudes about school. This builds parent confidence that we are genuine in our efforts to listen to their input. Fostering this type of parental attitude is fundamental to their participation in their child's educational experience, which positively contributes to school climate and culture.

We will continue to hold communication with parents as an important value. Currently, even before parents have time to ask about what their students did at school for the day, we try to post "happenings of the day" on our social media platforms. We have one of the most popular school Facebook pages in the district with over 4,100 followers (not just "likes," but "followers"). Individual posts have reached over 10,000 people with shares. Social media can be hard to manage sometimes, but we consistently utilize it to promote a positive image of our school within the community. This builds school pride among our families, students and staff and nurtures a positive school climate and culture. It also reminds us of our responsibility to our school family and our community. People are watching what we do, and we can be a positive influence on and off campus. In today's world, social media is where negative feelings will likely appear if they are present. As such, we monitor and address any negative feelings toward the school posted on social media. Social media works both ways. It allows the school to put its best foot forward, and at the same time, provides a venue for public complaints and therefore valuable feedback..

We are responsive to all feedback, and as a school of choice recognize that customer service is part of the assignment.

(c) Explain how the school culture will embrace students with special needs, including students with disabilities, English Language Learners, and students at risk of academic failure.

### Inclusion

At times, our 6th-12th school has had over 30% of students with IEP's. We currently use five full time special ed certified staff to meet the needs of 100 IEP students among our enrollment of 410 students. We plan to continue this type of excellent ratio of staff-to-student services in our elementary school. This team has vast experience with embracing SWD. We hae calming areas prior to COVID-19, a 1:186 counselor to student ratio, a Spanish Phrase of the Week that the whole school learns together to make Spanish speaking students and their families know we care, wheelchair accessible outdoor classrooms, a pediatric changing table, and educational assistants in each second block of ELA and math for our at risk academic scholars. Servicing the needs of all students is routine and inclusive, so no students receiving special services ever feel singled out in a negative way.

(d) Provide the student discipline policy as **Attachment C**.

(a) These are included in the discipline policy, but we shall reiterate here.
Describe the philosophy for student discipline that supports your proposed

school's model, including

• Practices the school will use to promote good discipline, including both penalties for infractions and incentives for positive behavior;

### Positive Behavior Reward System

The PBIS program that we subscribe to at the middle and high school level provides a reward and recognition system for both staff and students, making our accepting and service culture systemic throughout the building. Being a good scholar, steward, volunteer, learning the true, doing the good, and loving the beautiful merits rewards. Teachers and other staff members give each other shoutouts and we cover these during our kickoff session for faculty meetings. Students are rewarded by teachers to earn points to spend at the PBIS store which is stocked with prizes donated by the community. The deans are responsible for implementing PBIS and securing rewards for the program.

We will extend current practices in our 6th-12th school regarding positive behavior rewards to the elementary school. School wide expectations are posted in the building. Character education is implemented in the weekly assemblies. Students are recognized for exhibiting the monthly character words. Students are given "Caught Being Good" (making good choices) tickets and rewarded with drawings for prizes. Students recite the Pledge of Allegiance and the Character Pledge each day. Students are given the opportunity at the meetings to recognize their peers. School wide incentives are given for students who have earned their way and displayed good character.

• If not included in the discipline policy, a list and definitions of the offenses for which students in the school must (where non-discretionary) and may (where discretionary) be suspended or expelled, respectively are available in the handbook, as are procedures for due process when a student is suspended or expelled as a result of a code of conduct violation, including a description of the appeal process that the school will employ for students facing expulsion.

### Consequential Behavioral Policy

We believe in disciplining children as needed, not punishing them. Discipline is instructional and develops quality character, our goal for our scholars. There are no problem children at Ivy, only behaviors that a child may need help to overcome. Appropriate consequences must result from inappropriate behaviors, or the inappropriate behavior will continue. The following are some examples of our consequences that are intended to curb undesirable behaviors in our current 6th-12th setting. We have a series of copy work essays for inappropriate behaviors not included on the district's disciplinary policy. For example, if a student uses inappropriate language that could be deemed offensive to others, that student is required to copy an essay with his own hand that describes respecting what others hear.

If a student is out of dress code, she copies the team player essay. Every student signs a student compact and agrees to wear IASE's dress code. If they willfully do not, then they copy

an essay that shows the desirable characteristics of being a team player, and truthfully describes a non-teamplayer. We have a clean clothes closet with a variety of sizes for students who come to school out of dress code due to the negligence of their guardian. If we run out of a size we need, we go to Walmart and buy more. But if the student purposely is out of dress code and not being a team player, he suffers the consequence of lost social interaction time at silent lunch to copy the essay. We strive to have consequences relevant to the infraction, rather than “three strikes, you are in ISS.” For example, if a student has defaced school property, he must clean it up. If a student has disrespected classmates, a retribution plan includes a class apology.

We follow the district’s disciplinary policy and acceptable code of behavior regarding suspensions. State law mandates when expulsions should occur, and we abide by it. Definitions and discretion are defined within the district’s policy. In our 6th-12th school, we have gone to great lengths and financial investment not to suspend or expel, unless required by law or county policy. Charter school students are not allowed to attend the district’s alternative school at Washington Hills. One year, with the help of a Hamilton County School Board member who secured a safe and cost free classroom for us in downtown Chattanooga, we even created our own alternative school and paid a certified staff member to monitor it so that students who had a controlled substance infraction would not fail for the school year due to being out of school on suspension. This arrangement also meant that the students would not be interacting with our student body on the bus or in the hallways.

- An explanation of how the school will protect the rights of students with disabilities in disciplinary actions and proceedings;

We follow federal law regarding SWD and disciplinary actions. All staff undergo professional development at the start of the year about how to handle disciplinary actions with SWD. We have refresher PD’s about this topic once per quarter.

- Job description for individuals responsible for carrying out the discipline policies which includes the job description and qualifications (at the administrative level);

We have a stratified administrative growth model. Eventually we may have one employee dedicated to only discipline policy implementation, but we hope that is not necessary! Our school deans are responsible for climate and culture. They participate in professional development annually which has included but is not limited to restorative discipline practices, incentive programs to improve climate, and our professional learning circles read at least one book on schoolwide and classroom approaches to discipline policy annually.

- Discuss parents will be informed of the school’s discipline policy.

The discipline policy is online, and a hard copy is at the school. When parents sign their parental compact to start the school year, they initial that they have read the disciplinary policy. Phone calls home at the time of any infraction also verbally reemphasize and refer to the policy by page and paragraph.

(f) Provide the student discipline policy as Attachment C, if not already included in Attachment B of the school handbook.

**1.11 Marketing, Recruitment, and Enrollment** (prior to school opening) In this section:

(a) Provide as Attachment D the school Enrollment Policy, which should include the following:
- Tentative dates for the application period and enrollment deadlines and procedures,including an explanation of how the school intends to receive and process application forms (considering the LEA's open enrollment and lottery schedule);
- Nondiscriminatory admission policies, pursuant to T.C.A. §49-13-107;
- Any proposed articulation plans or agreements, pursuant to T.C.A. §49-13-113;
- An explanation of the purpose of any pre-admission activities for students or parents;and
- Policies and procedures for student waitlists, withdrawals, re-enrollment, and transfers.

*Note* **We used to require completion of the application for enrollment to include parent provided attendance and PowerSchool records, not for filtering, but for staff planning and proper grade placement. It is hard to get parents to provide records after acceptance if their efforts were to just be accepted, and it is impossible to adjust class sizes without overcrowding or affecting funding when parents have misrepresented what grade their student will be in the following year. This is a very common occurrence. Additionally we try to fill staffing positions by February, and analysis of the need for exceptional education and behavioral staff can change greatly when parents try to deceive in order to, in their minds, decrease their child's chances of rejection. Sadly, many parents apply to schools of choice to avoid the accountability at their prior school whether that be due to truancy court or to academic accountability. We no longer only count completed applications in the lottery because people within the educational community perceived this as cherry picking or possibly filtering out the neediest families who might not persevere to obtain such records. Let our record be our testimony of nondiscrimination by the number of truant and behavioral students we receive annually, and the percentage of students we receive annually with IEP's while this policy was still in place. All of these statistics place us in the above average category with the numbers of students in those categories. We reiterate that policy is no longer in place, and we hope it does not lead to as many problems as we perceive that it will.**

(b) Describe how parents and other members of the community will be informed about the school.

**Information**

Parents and other members of the community will be informed about the school through Ivy Academy's social media accounts, with a specific campaign aligned with the recruitment calendar, a MailChimp email campaign (opt in available on the Ivy Academy website and at all recruitment events), advertisements targeted toward local school information, such as *Chatter*, Chattanooga Times Free Press, and City Scope Magazine's *Back to School and Education* issues, early childhood center and preschool visits, through community partner support, Ivy hosted information sessions, including the school's two annual Try Ivy Days, promotion of the website www.ivyelementary.com , and through strategic recruitment events planned throughout the county that fit the demographics optimal for introducing the school's environmental elementary programming.

(c) Describe your plan to recruit students in your pre-opening year, including the strategies,activities, events, and responsible parties. Include a timeline and plan for student recruitment/engagement and enrollment, with benchmarks that will indicate and demonstrate suitable recruitment and enrollment practices over time.

### Pre-opening Recruitment

Recruitment in pre-opening year will begin with a public announcement of Ivy Academy's elementary programming followed by an in depth information event about the program, enrollment process, and facility. All recruitment events and marketing will fall under the responsibility of the Admissions Director with help from the Recruitment Team and with guidance from the Executive Director and the Director of Development. Once interested in the programming, parents will be prompted to visit Ivy Academy for a personal introduction to the elementary school and its programming.

Spring 2021

- Public announcement made
- Recruitment Team begins visiting local elementary schools to observe best practices in recruitment and student phase in for early elementary.
- Ivy's annual Spring Try Ivy Day hosts an information session on elementary programming.
- Elementary "tours" with enrollment specialists begin for prospective families. Tours scheduled on demand through the school's main office.
- The Cumberland Trail Spring Festival at Ivy Academy will host an information booth devoted to Ivy Elementary information.

Recruitment prior to opening will be door to door visits in neighborhoods, neighborhood summer programs, Boys and Girls Clubs, youth and family development centers, and anywhere else that families with young students would frequent, along with paid television and social media advertising. After opening, we will continue our annual presence at particular functions. We routinely have booths at specific child friendly community events. Our partnership with Tennessee State Parks provides a natural pipeline for these activities. The annual Cumberland Trail Spring Festival draws over 400 families with school aged children. The End of Summer Celebration at Booker T. Washington State Park draws 1,000 - 2,000 elementary aged children (depending on weather) on a Friday in late July. It is important to reach out to all families, but it is vitally important to reach out to families that show their student is not resistant to being outdoors, or show the family is supportive of their student being outdoors, even if the student is not convinced of that liking yet. Since both these events are outdoors, we have hit a target audience. For our 6th-12th recruitment, we visit elementary and middle school special event nights to showcase schools of choice, or other special evening events where schools invite outside guests to share information, such as Thrasher Elementary's Earth Night.
We host at least two Try Ivy Days on Saturdays annually, spring and fall. These days are designed for the whole family to attend and sample what a day is like on the Ivy campus. Prospective families participate in a mini trail lesson, making a nature craft or other activity, tour our campuses, and have plenty of time for questions and answers. It is important for the student and the family to understand that Ivy students will be active outdoors in all types of reasonable conditions (and our uniform guidelines are geared to this model).

We invite the public to other events on our campus to participate in activities like our students participate in daily. These events are designed to make us a "user friendly" school, where people feel welcome, and where they or people they talk to would feel comfortable sending their students to school. Some of the favorites as expressed by community members are our family

fall foliage and butterfly hikes, and our family spring wildflower hikes. When we mention the word “family,” that means the group surrounding the student. Ivy Academy Chattanooga has enrolled students from the Tennessee Baptist Children’s home, foster homes, and foreign exchange students these past 10 years. We recognize that families may look different for different students. Because of this proactive mindfulness towards our students and the language we use to describe family events, there is a robust record of participation whether students are within their birth family, or not in their birth family but with those who provide for that environment. We offer incentives for our families to invite non-enrolled families to these hikes. We might offer a free uniform t-shirt to a student's family who brings a guest family, or a coupon for a free menu item from one of our community sponsor restaurants.

(d) Describe how students will be given an equal opportunity to attend the school. Specifically describe any plans for outreach to: families in poverty, academically low achieving students, students with disabilities, English learners, and other students at risk of academic failure. If your school has a specific area of focus, describe the plan to market that focus.

**Equal Access and Equal Opportunity**

We view the entirety of Hamilton County as our community. Currently, we provide bus service county wide. We are a district wide school of choice and plan for our elementary school to be as well. Ivy Academy enrolls students who live in all of Hamilton County. This county wide zone allows for students from every socio-economic area represented in Hamilton County to attend Ivy Academy and makes for a diverse school population and enriching school climate. The enrollment lottery system at Ivy Academy does not allow for discrimination of students who live in impoverished areas, are academically challenged, have disibilites, language barriers, or any other at risk factors. All students who apply are given the same opportunity to earn a seat to attend. We plan to provide access to the information about attending and enrolling in Ivy Academy to all areas of the county by visiting programs geared toward each demographic represented in our area. This includes making sure that families have the opportunity to access our application, have translators present when necessary, and are offered transportation to visit the school when needed. One benefit of already having a 6th - 12th school is that we have a high school world language department ready to network to give assistance with any non English speakers. Ivy Academy Elementary’s specific area of focus is environmental education, so we plan to meet with specific groups who target different demographics and use those partnerships to share information about the school with all aspects of the public.

When thinking of who might benefit the most from this model, and which parents might find transport to centralized bus stops challenging, we gave our attention to finding a more centralized location in the county than our current campus (in addition to hosting elementary students in the location of our current campus). We plan to target bus service to the zoned schools of Hardy, Hillcrest, Lakeside, and Shepherd elementary schools. To market in this region, we will canvass the area for preschools and summer care programs to deliver informational brochures, and invite families to our informational meetings.

### Organizations to Target

Ivy Academy currently maintains strong community partnerships with community organizations that have access to elementary aged students. These programs include the Tennessee Aquarium, Reflection Riding, Water Ways, Audubon Acres, and Tennessee State Parks. Each of these organizations hosts summer and school break programming geared toward elementary aged students and will help distribute information about the school and allow Ivy's recruitment team to participate in their community events to share information about elementary programming. Community partners with year round programming geared toward elementary aged students include Girls, Inc., the Chambliss Center, the Want To Foundation, the Community Foundation of Greater Chattanooga, the United Way, Booker T. Washington State Park, and Boys and Girls Club of Chattanooga. Ivy Academy plans to host strategic information sessions with each of these organizations to speak with their stakeholders about sending their students to Ivy Academy for elementary school.

In addition to community organizations, Ivy's Recruitment Team also plans to reach out to area preschools and head start programs to host information sessions specifically for parents at those schools starting as early as spring 2021.

(e) Describe student recruitment after the proposed school has opened. How does it differ from pre-opening recruitment? Note: for existing operators, please identify how this will differ from current enrollment strategies.

### Operational Recruitment

Once in operation, a large difference in recruiting strategies is the ability to offer shadow days where depending upon the age of the prospective students they will attend with or without a parent to experience what a partial school day is like at IASE. Before opening, that experience is hard to create. Additionally, we will have the sibling feeder pipeline that significantly reduces the burden of new family recruitment annually. We will maintain our outreaches to communities as before opening. A difference from a current enrollment strategy is that the clientele for next year's incoming kindergarten class are reachable in a different manner than students heading into middle or high school. We can appeal directly to the student when the student is ages 11 and up. Although school choice is a family decision, parents usually allow the student's input to weigh heavily in the decision. We cannot appeal directly to the student when the student is under age 5. For that age, the decision is basically totally the parents; however, we still make the environment as welcoming, fun, and as appealing as possible to the students. So the biggest difference is that our message is equally focused on student and parent appeal for our current school, but must be more focussed on parent contact and appeal for the proposed school.

## 1.12 Parent and Community Engagement and Support

### Parent and Community Engagement

We utilize electronic communications to keep in touch with our parents and community partners. We have one of the largest social media followings of any school in Hamilton County, with over 4,000 followers and unpaid post reaches averaging 9,000. With small ad fees of $20 or less, we can reach audiences of 20,000 or more. We also utilize an electronic messaging system called SchoolCast, which allows us to send out direct messages to phones and email addresses to those who have signed up. We consistently use these tools to inform and communicate in order to engage our parent and community base.

(a) What feedback regarding the startup of the proposed school has been provided by the community and how has this feedback been incorporated into the application?

We circulated an interest survey circulating to document families' desires to see Ivy Academy adding elementary programming. The form specifically asks if their family would benefit from Ivy having an elementary school. Over 700 residents from all over Hamilton County have filled out the form with their name, phone number, and address acknowledging that their family would benefit from having an Ivy elementary school. Since Ivy Academy expanded to middle school in 2015, we have been assessing the needs expressed by parents to provide our programming to elementary age students. Parents express the desire for siblings across the county to attend Ivy together, for students to start at Ivy without having to wait until middle school, and for parents to see their children thrive from the intersection of environmental education and Tennessee public education from an earlier age. Current Ivy Academy graduates enter the real world as hireable and qualified decision makers for the future of Tennessee and the planet. One can only imagine the impact in society when students are given the opportunity to attend Ivy Academy in all of K-12th.

Location of bus stop feedback is solicited and shows that we currently offer adequate free transportation access, but there is still room for expansion. Feedback regarding the OEL and CE models are overwhelmingly positive.

(b) How will you engage parents and community members from the time that the proposed school is approved through the school's opening?

We plan to engage parents and community members from approval until opening by continuing to lead Hamilton County in environmental education and expanding the conversation to include elementary aged students. Ivy Academy middle and high school already hosts many outreach programs that provide quality environmental education in elementary school classrooms and to area students. We plan to continue to offer those resources, some in Zoom fashion, to area teachers and the community once we open our elementary school doors in the hope that those programs will demonstrate the benefits of environmental education to students. As for Ivy Academy parents specifically, we plan to reach out to our Parent Teacher Organization to form an elementary committee with stakeholder parents and faculty to help design our acclimation, phase in, and elementary PTO structure with their help and buy in.

(c) Provide the following as **Attachment E**:

- Any documentation of pledged support from prospective partners;and

• Letters of support, memoranda of understanding, or contracts that indicate the proposed school is welcomed by the community in which the school intends to locate, is viewed as an attractive educational alternative, and reflects a community's needs and Interests.

Community Support included as **Attachment E**

Note: We are awaiting the return of the MOA from TDEC attorneys defining the usage of the Margaret Murray Washington Assembly Hall at Booker T. Washington State Park. Included is a letter of support from the park manager. Meetings with the park manager produced the parameters for the MOA last August 2020, but TDEC moves in slow and mysterious ways. It should be returned to us by February or March 2021 at latest. It was also unrealistic to ask them to put time into producing an MOA with only a "proposed" school, but we did it anyway because of one of the reviewer's requests from last cycle, and TDEC has chosen to cooperate.

### Community Involvement and Family Engagement

(d) Outline how the school will engage parents and community members in the life of the school (in addition to any proposed governance roles). Explain the plan for building family-school partnerships that strengthen support for learning and encourage parent involvement.

### Operational Engagement and Partnership Plan

We have learned best practices from our 6th-12th school experience and from networking with other charters regarding parent involvement, and plan to do the same for IA's SE. Included as **Appendix 3** is a list of our community partners and how they are engaged with the school. We ask for parents to list any of their skills, strengths, or available resources on our enrollment forms. An administrative assistant enters this information into a shared google doc. We reference that document when we need volunteer help or donations. We garner many skilled volunteer hours by having this list available for reference. Any time parents give to the school, they are more invested in the education of their students, and they take more ownership in the school. This is what we strive for, community ownership. Public education needs the involvement of caring, successful adults to catapult its momentum toward inspiring our students to succeed. We keep engagement at the forefront of our operations and assign one of our administrative assistants as the parent communicator so inquiries about volunteering or solicitations for volunteering have quick reply communications.

(e) Describe how parents will be informed and educated on all school policies and any commitments or volunteer opportunities the school will seek from, offer to, or required of, parents.

### School Family Communications

Part of our enrollment process is requiring parents to read, then affirm by signature that they have read the student and parent handbook. Within the student parent handbook, we have a parental compact which outlines expectations. Volunteer opportunities are broadcast through

our parent communication system, which at present is SchoolCast. This works well for us, and we plan to use it with IA's SE. As far as requirements of parents, they are held accountable to the Tennessee compulsory attendance laws. Differing from magnet or platform schools, Tennessee public charter schools cannot base any student services for a free and appropriate public education upon some form of required parental participation.

(f) If not already identified, describe any programs you will offer to parents and/or the community and how they may benefit students and support the school's mission and vision.

### Parent and Community Programs

In addition to our festivals and hikes, we have family fun nights and game nights where our counselor covers parenting skills that help students. Topics vary from how to use PowerSchool, to how to set tech boundaries for students. We serve a simple supper at these events, made possible by community partner sponsorships. We host weekend community programming for TN State Parks. Some of these programs are free, and some of them charge a small fee such as $2 to $10 per person. These events include making holiday natural wreaths, doggie day hikes, snorkeling in the North Chickamauga Creek, and edibles on the trail.

## 2.1 Governance

(a) Describe the composition and size of the governing board, and board committees. Explain how the proposed governance structure and composition will ensure there will be active and effective representation to key stakeholders and will ensure the proposed school will be an educational and operational success.

### Board Philosophy and Composition

The Board of IA's SE consists of no fewer than five and no more than 15 directors.The board firmly believes in and subscribes to a philosophy that they exist to guide policy and provide accountability as a means of protection for the school. The board exists so that the school can serve students by providing a unique learning experience where students can thrive. The board understands that the school organization is able to meet its mission best by empowering a strong chief executive officer with the autonomy to make decisions in pursuit of its mission, with appropriate accountability structures in place to ensure organizational safeguards, effectiveness and success.

The board will be ultimately responsible for the operation and activities of the school and will be governed in its operations and its actions by its corporate bylaws, included within Attachment F-3, which is consistent with the charter agreement, the Tennessee Secretary of State's Non-profit Guidebook, and in compliance with applicable laws.The primary function of the board is to execute its fiduciary duties without fail. Methods for executing its responsibilities include monitoring and creating school policies, providing financial oversight, and securing the best school leader for IA's SE. Another duty of the board is to provide an evaluative report to the chief executive officer for his or her professional development, growth, and ability to satisfy the board's task of executing the mission of the school. Additional details regarding specific powers and duties of the board are described below.

The founders of the school understand the value of contributions and involvement of a variety of key stakeholder groups in the governance process. Importantly, the board will comply with Tennessee Code Annotated § 49-13-104 (3), and include at least one parent representative, whose child is enrolled at the school, who will be appointed to the board of directors within six months of the opening of the school. In addition to the parent representative's voice and contributions, the board will regularly seek feedback from various stakeholders in a variety of ways, including surveys, family forums or meetings with central constituents of the school (including parents and community members) in developing and implementing policies and in providing overall governance for the school organization.

(b) Describe how the board will evaluate the success of the school, the school leader, and its own performance

### Evaluating the Success of the School

This graphic summarizes the big picture of how we view the success of the school. We have included it in many of our past annual reports to TDOE. Each domain has parameters to evaluate achievement. These are the domains of charter school ascendancy, sustainability, and success tied to overall school success.




### Evaluating the School Leader

A confident school leader is essential to a thriving school. This can only happen when communication is open, the school leader receives formative and summative input about performance, and the expectations are clear. The table below showing the basis for evaluating the school leader can have rubrics developed for more detailed feedback. For the purpose of this application, we have simplified the tool into categories and descriptions. (Some of this was adapted from Boston Preparatory Charter School Head of School evaluation rubric.)

**Basis for School Leader Evaluation Tool**

| Review Area | Responsibility | Quantification |
|---|---|---|
| Financials | Work with the board treasurer to develop and manage the annual operating budget. | • Budget is created in a timely manner and presented for the |

| | | |
|---|---|---|
| | | following fiscal year in June.<br>● Financials are presented to the board quarterly for review with questions welcomed.<br>● The school stays on budget throughout the year. |
| Auditing | Demonstrate financial viability to an independent auditor | ● Hire an independent governmental auditor.<br>● Successfully complete a clean annual audit with no material findings. |
| Donations | Work with the board to raise funds to meet operational and capital needs. | ● Determine fundraising goals.<br>● Create and execute a fundraising plan.<br>● Achieve fundraising goals determined to be the primary responsibility of staff in the development plan (foundations, minor individual donors). |
| Facility | Provide for the needs of IA's SE student stakeholders with a positive, clean, safe, energy efficient environment in which to learn. This includes outdoor learning areas and coordination with our Tennessee State Parks partners. | ● The school environment is reflective of the school motto and conducive to learning the Trivium. |
| Student Academic Growth Goals | All students take a grade level assessment screener in the fall before Labor Day to set individual student assessment goals for the year. Currently, we utilize Mastery Connect, also known as Case Benchmarking. | ● Every student will have a score and be rated as red, yellow, green or blue.<br>● Scores are disaggregated by racial/ ethnic/ language/ socioeconomic sub groups and goals set to close gaps. |
| Student Achievement | All grade appropriate students participate in the TN Ready Assessments. | ● Average student scores will surpass the district and state average scores in over 80% of tested areas. |

| | | |
|---|---|---|
| Student Academic Monitoring | All students repeat the fall testing in January and April to rate progress. | • Students are rated again, and growth is checked. If there is no growth, or there are lower scores, an advancement plan is formulated.<br>• Documentation of RTI² groups focus on specific skills. |
| Student Climate and Culture | Oversee the development of school culture and student adherence to the Student Code of Conduct | • Implement a data collection system to keep track of the number of disciplinary actions per grade level per time period.<br>• A clear decline can be seen by the end of the school year in the number of disciplinary infractions and suspensions. |
| Staff Climate and Culture | Provide for the instructional needs of the staff including professional development and feedback, excellent facilities and supplies, opportunity for merit pay, and venues for open communication | • The staff turnover will be less than 25% for the first year, and decrease beyond that year.<br>• All teachers have developed professional goals for each quarter in conjunction with the Director of Educational Services.<br>• Each teacher's classroom performance is evaluated by Project Coach.<br>• A merit bonus structure is clearly communicated<br>• Once yearly individual meetings for the explicit purpose of verbal communication about what administration can better do for staff |
| Educational Programming | Oversee the design and implementation of core academic programming, mentorship for motivation towards academic | • All teachers have a clear map for learning for the entire year which includes state standards, |

| | | |
|---|---|---|
| | success, service learning projects, and enrichment opportunities, and data to support our model's efficacy. | school specific benchmarks, service projects, learning projects, and physical movement data collection.<br>● There is a shared document for logging guest professional presenters and upper grade level mentors.<br>● Enrichment activities are scheduled and on the school calendar for each grade level and subgroup of interest.<br>● Yearly parents' surveys specific to IA's SE unique model are collected and data disaggregated. |
| Human Resources | Recruit, hire, and retain outstanding staff members | ● Start the 2021-2022 school year 100% staffed according to our staffing model<br>● Retain teachers for the entire school year.<br>● Teacher surveys indicative of positive feedback.<br>● Recruit and hire the following year's staff on or before each April. |
| Parents and Community | Oversee the implementation of yearly parent satisfaction survey | ● Provided by the district, in addition to our model-specific survey.<br>● Achieve 60% or higher return rate. |
| | Achieve high parental satisfaction | ● 87% or higher of parents report that they are satisfied or very satisfied with their child's academic and personal |
| | Achieve high parental presence on campus | ● Over 75% of parents will have been on campus to attend an event or volunteer. |

| | | |
|---|---|---|
| | Oversee the development of a PTO for parental involvement and input | • PTO with membership equivalent to 50% of (student number + staff number) |
| Organizational Health - Students | The school has a waiting list; student attendance is high. | • School waiting list exceeds 25% of the population per grade level<br>• Average monthly attendance exceeds 92% |
| Overall Organizational Health | The CEO works effectively with the board.<br>The CEO works efficiently, but does not burn out through overworking. | • The CEO attends all board meetings and presents information to the board in a timely manner, including providing financial access to the treasurer for reports and president academic data access for reports.<br>• The CEO takes a mandatory four weeks off campus annually for mental and physical health. |
| Authority Relationships | The CEO will maintain good relationships with key district personnel, state legislators including the chairman of the senate education committee, local municipal officials, and statewide educational support organizations (Tennessee Charter School Center, Professional Educators of Tennessee, SCORE, etc.) | • Evidence of attendance at state level meetings for a minimum of two organizations, evidence of meeting with state legislators a minimum of once annually, evidence of written feedback to legislators regarding current laws affecting students. |

### Evaluating Board Success

Using tools provided by Board on Track and other support organizations, we gauge the effectiveness of the board. The main checkpoints are has the board:

- Met its goals for the year?
- Positively contributed in a way to increase revenues?
- Been compliant with T.C.A § 49-13-111?
- Properly evaluated the CEO in a manner conducive to growth?
- Provided committee support for school sustainability and growth?
- Networked within the community as to accelerate positive relations and perceptions?

### Board Development

(c) How will the board develop over time? Explain plans for recruiting board members with identified skills and addressing board member attrition.

Directors serve three year terms, and at their prerogative may serve one additional term. Our Board Development Committee and chairperson are responsible for expansion and increasing capacity. Yearly goals are set for the number of members, skill sets, and ethnic diversity in our search for additional members. Key skills to maintain are financial, legal and parliamentary, philanthropic connections, and educational experience.

(d) Describe the training or orientation new board members will receive. What ongoing development will existing board members receive. Please note that T.C.A § 49-13-111requires annual board training, as certified by the TCSC and approved by the State Board of Education; documentation of this training must be provided to the authorizer.

New board members receive an orientation by the chair of the board development committee. This includes being given a board notebook of important to know items. New members undergo a minimum of six hours of training. Returning members undergo a minimum of 3 hours of training annually. Our board consistently fulfills the obligations of T.C.A § 49-13-111. The past two years we have had 100% of our board members fulfill the minimum required training time with others exceeding that mark. In addition to the Board On Track subscription, we also have local in-person trainers we call upon to further our board expertise.

(e) Describe the circumstances under which complaints will be brought to the board, and the process for addressing them?

### Complaints

Our board meetings are advertised online the entire school year, and parents may attend to voice concerns. We have a tab on our website under "About Us" exclusively for board information and includes board members' email addresses. If a parent's complaint cannot be satisfied by school administration, it is referred to the board president. Following are the steps by which a complaint would rise to the level of board of involvement (adapted from the process of City University Boys Prep in Memphis).

A. Step No. 1 - Direct Conversation

If a parent has a disagreement or misunderstanding with a teacher, the parent should address the concern to the teacher directly involved with the circumstance. The teacher will meet with the parent as soon as possible, no longer than four calendar days after the teacher has been notified of the concern (subject to change by mutual agreement).

B. Step No. 2 - Fact and Possible Resolution

If a parent or the teacher is not satisfied with the outcome of Step No. 1, or the parent or teacher is unwilling to meet independent of an administrator, a meeting with the teacher, a meeting with school administration and the parent will be arranged at a mutually convenient time, but in no case more than five calendar days after the meeting in Step No. 1. This step is to be informal and verbal. No further action will be taken beyond Step No. 2 unless the parent submits in writing a signed and dated statement of facts giving rise to the concern, including the name of the teacher involved and the remedy sought.

C. Step No. 3 - Formal Process
If a parent's concern is not resolved satisfactorily at either the first or second level, the parent should then refer their concern to the board president in writing. Another meeting will be arranged at the convenience of the parent and teacher, but no later than 10 calendar days after the meeting in Step No. 2 (subject to change by mutual agreement). The teacher has the right to be at all meetings with or without a representative as he/she so determines. The board president or his/her designee will supply written dispositions to all parties within five calendar days. Copies of the disposition will be filed for later review. The disposition may also be placed in the teacher's personnel file if deemed appropriate by the board president. The teacher and parent will be informed if the letter is to be placed in the personnel file.

D. Step No. 4 - Board Review
If either party is dissatisfied with the outcome of Step No. 3, the problem will be placed on the agenda of the next regularly scheduled board meeting. The meeting will be held in executive session with only the president, a minimum of two other board members and the persons involved.

E. Dispositions
Dispositions of all meetings will be rendered in writing within five school days of the meeting.

F. Repeat Concerns
If a parent believes there has been a repeat of the previous concern, they may go directly to Step 3.

### Current Composition

List all current and identified board members and their areas of focus or expertise in the following table.

| Board Members<br>Their Position<br>Their Employer or Business | Curriculum | Instruction | Assessment | Finance | Facilities | Business Management | Organization | Governance | Administration | Political/Policy | Legal | Fundraising | Marketing | Community Outreach |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meece, Dr. Darrell<br>Director/Chairman /Parent<br>UTC | | | | | | | | | | | | | | |
| Skates, Dr. Patti<br>Director/1st Vice President<br>Chatt Airport | | | | | | | | | | | | | | |
| Brown, Lisa<br>Interim Secretary<br>Homemaker | | | | | | | | | | | | | | |
| Miller, Ethan<br>Director/Treasurer<br>JHM Certified Public Accountants | | | | | | | | | | | | | | |
| Basham, Daniel<br>Director<br>Park Ranger<br>Booker T Washington State Park | | | | | | | | | | | | | | |
| Nunley, Catherine<br>Director<br>TVA, Retired | | | | | | | | | | | | | | |
| Prichard, Lee<br>Director<br>Edward Jones Financial | | | | | | | | | | | | | | |
| Webb, Jerry<br>Director<br>HCDE | | | | | | | | | | | | | | |
| Markum, Angie<br>Advisory<br>Ivy Academy Chattanooga | | | | | | | | | | | | | | |
| Slater, Holly<br>Advisory<br>Ivy Academy Chattanooga | | | | | | | | | | | | | | |
| Lepard, Don<br>Advisory<br>CEO, Global Green Lighting | | | | | | | | | | | | | | |

Included are the following governance documents as **Attachment F**:

**F1**. Articles of Incorporation

**F2.1 - F 2.3** Proof of Non-profit and Tax exempt Status

**F3. and F7.** By-laws

**F4.** Code of Ethics
**F5**. Conflict of Interest Policy
**F6.** Board Member Resumes (including references)
**F7.** Board Policies

**2.2 Startup Plan**

(a) Provide a detailed startup plan for the school, specifying tasks, timelines, and responsible individuals.

(b) Describe what you anticipate will be the challenges of starting a new school and how you expect to address these challenges. This plan should align with the Startup (Year 0) Budget in the Budget Workbook.

The biggest challenge is not knowing if there will be any CSP funds so that our new school will be supplied with some startup funds. It is extremely difficult to do a startup without a startup grant. Receipt of a grant determines not only how we formulate the budget, but how we apply our time during the planning year. We are working on corporate sponsorships, and we can easily qualify for a credit line using our donated property for collateral. Work applied to those options could be used elsewhere prior to opening if there will be federal block grant monies or state monies made available at the state level to new charter grantees.

The major action items that must be addressed prior to the opening of the school are in the following tables. There are six categories: Board and Entity Development, Financial Organization, Marketing, Advertising & Recruitment, Organizational Structure, Instructional, and Facilities.

The timeline and our working assumptions are based on our current beliefs and expectations, as well as on the experience of our advisors and consultants. As part of the development process for IASE, the startup team has attempted to identify the most significant action items and to provide reasonable timing estimates. We expect, however, that the process and timing of many of these items will need to be adjusted as the school evaluates and updates the working assumptions periodically. Upon receipt of a charter, IASE startup team will undertake a more specific and comprehensive action plan, detailing each action step, responsible party, and deadline.

As far as budget alignment, the current 6th-12th school's director of development will be fully paid from the established school's budget during year zero, but divide time to serve each school. Beyond year zero, the elementary school has its own separate budget with all revenues and expenditures defined and displayed. We have included a year zero flow chart so the delegation of duties is communicated clearly.

## Ivy Academy's Skillern Elementary Launch Timeline



BOARD AND ENTITY DEVELOPMENT – Main Manager BDC

| Timeframe | Task Description | Important Notes/Dates | Manager |
|---|---|---|---|
| Fall 2019 | Articles of incorporation | Complete | CEO |
| | Filing of 1023 | Complete | CEO/School Attorney |
| | Garner support and sponsorship of TN NP | Complete | CEO |
| | Register as TN corporation with TN Sec of State | Complete | CEO/school attorney |
| | Get commitment from current Ivy board members to serve as the launch board for the new school | Complete | CEO |
| | Create bylaws in accordance with respect to all jurisprudence | Complete | CEO/school attorney |
| Jan – June 2021 | Secure additional high capacity, diverse board members for the elementary school | Target minority involvement | All current Ivy board members |

| | | | |
|---|---|---|---|
| Dec. 2020 | Develop website | Basic with photos, about, informative text | CEO |
| Upon Charter Approval | Develop Google suite, domain name, add application to website. | Seeking professional input about unique Google Drive versus shared with current school. URL registered and paid for through 2023: www.ivyelementary.com | CEO, startup team |
| Feb – Mar 2021 | Develop entity logo and brand | Requested Ivy HS A/V to hold student competition for a logo | CEO, startup team, Ivy's A/V teacher |
| | | | |
| FINANCIAL ORGANIZATION – Main Manager CEO | | | |
| Timeframe | Task Description | Important Dates/Notes | Manager |
| Upon Approval of Charter | Secure additional funding cultivated through donations, business partners CSP grant, or First Horizon Bank | --Submit grants for new charter funding<br>--Identify other grant sources<br>--Organize fundraising events and solicit contributions from individual donors and businesses | Board, chief executive officer |
| | Adapt current financial P&P for elementary school | Compete | CEO |
| | Open new account in new school name | Planning to stay with First Horizon because of established relationships | CEO, board |
| | Accounting framework in place | Plan to utilize QuickBooks and JMW Auditors | CEO |
| | Develop effective school filing system | Utilize Google Drive and purchase locking file cabinets | CEO |

| | | | |
|---|---|---|---|
| | Add this school to the D & O policy until a separate board is established | | CEO |
| June 2021 | Submit budget for coming year | | CEO & board |
| May 2021 | Set up school Amazon, Walmart & PayPal accounts | | CEO's assistant |
| July 2021 | Apply for school cc | Do not use FHB | CEO or assistant |
| Summer 2021 | CEO and others receive training in QB | For initial years before a full-time bookkeeper is required | CEO, et al |
| August 2021 | Select benefits plan for staff | Bid concurrently with ACA yearly dates | |
| Jan 2022 | Select key vendors | Assure documentation of proper legal bid process | CEO |

| MARKETING, ADVERTISING, RECRUITMENT – Main Manager CEO's Assistant | | | |
|---|---|---|---|
| Timeframe | Task Description | Important Dates/notes | Manager |
| Jan 2021, and repeat Jan 2022 | Secure booth spots, community outreach events | At this time: Chattanooga Expo, Kidz Expo, and Booker T. Summer Bash | CEO's assistant |
| March – April 2021 | Order display items | Tablecloths, banner and frame | CEO's assistant |
| | Design brochures | | Board, startup team, Ivy's A/V teacher |
| | Create all forms and applications | Finalize by June 15 | CEO's assistant |

| | | | |
|---|---|---|---|
| July 2021 – July 2022 | Get brochures into areas where underserved populations frequent | Secure permissions to place brochures in Ham. Co. Health clinics, pediatrician offices, Boys & Girls Clubs, etc. | CEO's assistant |
| July 2021 | Train startup recruitment team, set calendar with individuals assigned to each event | | CEO's assistant |
| | Launch social media sites, post daily | Share all posts to Ivy's sites | CEO's assistant |
| August 2021 | Create shared Google Docs tracking prospects and confirmed students' information | | CEO's assistant |
| Sept – Dec 2021 | Request HS A/V classes create promotional videos for social media and TV | Utilize WRCB contacts and sponsorship, secure TV spots | CEO's assistant and A/V teacher |
| | | | |
| ORGANIZATIONAL STRUCTURE AND HR – Main Manager CEO | | | |
| Timeframe | Task Description | Important Dates/Notes | Manager |
| June – July 2021 | Publish instructional program showing alignment of TN State Standards to our mission and vision for each grade/subject level | Assist making the vision clear to all stakeholders | CEO and Principal |
| Oct - Nov 2021 | Complete chain of command flow charts for years 1, 2, 3 and 4 according to our growth model | Solicit consultant input | CEO and Principal |
| | Complete job descriptions for classified staff | | |

| | | | |
|---|---|---|---|
| | Update policies and handbooks | | CEO and Principal |
| | Choose communication program for automated texts/calls and group emails | Continue with SchoolCast? | Principal |
| | Contract year one staff | Make sure they give their current school plenty of notice | CEO and Principal |
| Dec 2021 – Jan 2022 | Approve uniform shirt design and order enough to give each student recruit one shirt upon enrollment | | Principal and CEO's assistant |
| | Decide upon an online uniform vendor | Ease for parents | Principal |
| Jan 2022 | Formulate initial bus routes schedules | Evolving until enrollment is completely set and we have addresses in hand | Principal |
| June 2022 | Order classroom furniture, technology, accessories | Reminder: legal bid process and board approval for any expenditure over $5,000 | CEO's assistant |
| | Order student classroom and office supplies | | CEO's assistant |
| | | | |
| INSTRUCTIONAL – Main Managers, CEO and Principal | | | |
| Timeframe | Task Description | Important Notes/Date | Manager |
| May 2020 and repeat in Feb 2021 | Register all committed staff for Classical Model summer PD's | The CEO does this for 2020. The principal does this for 2021. | CEO and Principal |

| | | | |
|---|---|---|---|
| | Define Summer PD schedule for 2020 and 2021 | Include environmental endorsements such as PLT, LNT, etc. | Principal |
| Dec 2021 – Feb 2022 | Get curriculum in place, communicate spiraled scope sequence K-5th | | Principal |
| | Secure interim assessments | | " |
| | Secure universal screener and data analysis plan | | " |
| | Determine instructional staff unit and lesson plan submission guidelines | | " |
| | Determine homework policy | | " |
| | Determine grading policy | | " |
| Feb 2022 – Mar 2022 | Define SWPBRS | | Principal |
| | Publish daily routines | | " |
| | Create agenda for parents, staff, student orientations | | " |
| | Secure community donors for SWPBRS prizes | | " |
| | Work with A/V Dept about poster design for universal school language for focus behaviors | | " |
| | | | |
| | | | |
| FACILITIES – Main Manager CEO | | | |

| Timeframe | Task Description | Important Dates/Notes | Manager |
|---|---|---|---|
| May 2019 | Meet with BTWSP manager about the prospect of a remote campus at BTWSP | Completed. Prospect confirmed. work out prior to Labor Day logistics | CEO |
| Oct – Nov 2019 | Meet with TDEC Commish in Nashville about the prospect of additional schools at state parks in addition to Cumberland Trail | Completed. Met with Deputy Commissioner, and several others; all are enthusiastic about the prospect | CEO |
| Nov 13, 2019 | Attend Zoning Board of Appeals hearing in support of /secure property donation for Ivy | Completed. We are the listed bond recipient for the mitigation plan and should receive the 30 acres in 2022. | CEO |
| August 2020 | Define components of MOA with TDEC for IASE usage of BTWSP | Completed, and sent to TDEC atty's via BTWSP, awaiting final document | CEO |
| Upon charter approval | Finalize MOA's with incubator organizations | TDEC and church, or Mr. Rich | CEO |
| | Schedule fire marshal inspection to determine whether anything would prohibit student occupancy and remedies if needed | Both locations DCOG - Completed BTWSP - awaiting park management | CEO |
| Upon execution of MOA's with incubators | Perform initial analysis for any additional safety plan, accessibility, traffic and internet capability needs | Both locations Completed October 2021 | CEO |
| May 2021 | Meet with SD Mayor regarding supporting infrastructure development | Completed. Road work is slated, should include ingress egress definitions for new school | CEO |

| | | | |
|---|---|---|---|
| Feb 2022 | Develop an arrival and dismissal plan | Traffic flow Completed October 2022 | CEO |
| | Check with local police/municipality about any traffic issues | School zone lights? Cross walks? | |
| | Security assessment by HCSO or local municipal law enforcement | Do we need additional controlled access? Adequate shelter in place/ escape plans? Where is the bivouac? Where is our Sequoyah disaster removal location? | |
| Mar 2022 | Define needed signage | Roadways, hallways, parking lots, indoor and outdoor classrooms and meeting spaces, trail signs | CEO |
| | June 2021 - Order signage | | |
| May 2022 | Create and publish emergency plans, including alternate parent pickup location | BTWSP Emergency Plan<br><br>DCOG Emergency Plan | CEO |
| | Create and test fire, intruder, tornado, plans | See above links | " |
| | Provide campus floor plans to local fire and police | Done through submission of FM plans by architect | " |
| June 2022 | Create move in plan | | CEO with team |
| | | | |

**2.3 Facilities**

(a) Describe the school's facility needs based on the educational program and projected enrollment, including: number of classrooms, square footage per classroom, classroom types,

common areas, overall square footage, and amenities. Discuss both short term and long term facility plans. Describe school facility needs, including: science labs, art room, computer labs, library/media center, performance/dance room, gymnasium and athletic facilities, auditorium, main office and satellite offices, workroom/copy room, supplies/storage, teacher work rooms, and other spaces.

### Need

Our facilities needs are atypical because we utilize outdoor space to a larger degree than typical schools. The past two school years, our 6th-12th location hosted on campus the Wauhatchie Forest Kindergarten Program, another non-profit. We observed that their only facility needs are restroom access and an area to shelter in place (coming indoors on only one occasion to shelter in place). Our model is not as extreme as theirs, but also differs from the standard classroom where going outdoors for learning is the exception and not the norm. Keep this in mind as we describe our needs. We are not going to list science lab space. We do real science outdoors. We are not going to list art room spaces. We do art outdoors. We will not list a gymnasium, as we get our exercise outdoors.

In the following table, **NC denotes north campus** (prospectively Daisy Church of God), and **CC denotes the centrally located campus** (prospectively the Margaret Murray Washington Assembly Hall at Booker T. Washington State Park). The centrally located campus will only host kindergarten and 1st grade. All 2nd, 3rd, 4th, and 5th graders will be on the north (and current) campus.

| Facility Needs | Year 1 K 2 classes each location | Year 2 K - 1 4 classes each location | Year 3 K-2 NC- classes each location | Year 4 K-3 NC - 10 classes CC - 6 classes | Year 5 K-4 NC - 14 classes CC- 6 classes |
|---|---|---|---|---|---|
| Classrooms | NC - 1 large area, probably current campus cafeteria, with breakout areas which can be screened classrooms<br><br>CC - 1 large area with breakout | NC - 2 large areas with 2 breakout areas<br><br>CC - 2 large areas with 2 breakout areas | NC - 2 portable classroom units, with additional breakout areas outdoors<br><br>CC - 2 large areas with 2 breakout | NC - 2 portable classroom units, with additional breakout areas, plus 2 permanent classrooms.<br><br>CC - 2 large areas with 2 breakout areas | NC - 2 portable classroom units with additional breakout areas and 4 permanent classrooms<br><br>CC - 2 large areas with 2 breakout areas |

| | | | | | |
|---|---|---|---|---|---|
| | areas which can be covered outdoor spaces | | areas | | |
| Administrative | NC - shared office space with current campus<br><br>CC - 1 office | NC - shared office space with current campus<br><br>CC - 1 large office to be shared | NC - shared office space with current campus<br><br>CC - 1 large office to be shared | NC - shared office space with current campus, plus 1 permanent office<br><br>CC - 1 large office to be shared | NC - permanent office<br><br>CC - 1 large office to be shared |
| Community Learning Spaces | 1 lunch room for each campus<br><br>NC - library space shared with current facility | 1 lunch room for each campus<br><br>NC - library space shared with current facility<br><br>Each campus will need a covered outdoor space where the whole student body can meet (4 classes at each location) | 1 lunch room for each campus<br><br>NC - library space shared with current facility<br><br>Each campus will need a covered outdoor space where the whole student body can meet (6 classes at each location) | 1 lunch room for each campus<br><br>NC - library space shared with current facility<br><br>Each campus will need a covered outdoor space where the whole student body can meet (10 classes at NC, 6 classes at CC) | 1 lunch room for each campus<br><br>NC - library space shared with current facility<br><br>Each campus will need a covered outdoor space where the whole student body can meet (14 classes at NC, 6 classes at CC) |
| Outdoor Learning Spaces | NC - 2 screened classrooms, or screened classroom and reader's roost<br><br>CC - multiple | NC - sharing 2 screened classrooms, and many outdoor classrooms that 1st graders are comfortable | NC - have 4 of their own screened classrooms, and many outdoor classrooms that 1st and 2nd graders | NC - have 6 screened classrooms, and many outdoor classrooms that 1st - 3rd graders are comfortable | NC - have 6 screened classrooms, and many outdoor classrooms that 1st - 4th graders are comfortable |

| | | | | | |
|---|---|---|---|---|---|
| | covered pavilions | with.<br><br>CC -multiple covered pavilions | are comfortable with.<br><br>CC -multiple covered pavilions | with, plus a pole barn.<br><br>CC - multiple covered pavilions | with, plus a pole barn.<br><br>CC - multiple covered pavilions |
| Storage Spaces | NC - weatherproof storage huts<br><br>CC - 1 closest in the rented space | NC - weatherproof storage huts<br><br>CC - 1 closet in the rented space, plus zippered rolling carts | NC - weatherproof storage huts and closets at the portables<br><br>CC - 1 closet in the rented space and zippered rolling carts | NC - weatherproof storage huts, closets at the portables and permanent classrooms<br><br>CC - 1 closet in the rented space and zippered rolling carts | NC - weatherproof storage huts, closets at the portables and permanent classrooms<br><br>CC - 1 closet in the rented space and zippered rolling carts |
| Teacher Work Spaces | Shared with current campus, plus FedEx acct. | Shared with current campus, plus FedEx acct. | Copier/ scanner in 1 portable, plus FedEx acct. | Copier/ scanner in 1 portable, plus FedEx acct. | Copier/ scanner in 1 portable, plus FedEx acct. |

(b) Explain how the above described facility needs tie to the related items in the proposed school's budget.

The price per month discussed with the park management and worked into our submitted MOA with TDEC is agreed to be $1,000 per month for the CC (Booker T. Washington site) by park management. This price was arrived at through conversations with the park manager.

Pricing for the NC will depend upon what works out. We have the prospect of housing in IA's TGP, the Daisy Church of God, and portable units while we construct. There will be no additional cost for the NC (sharing space on our current campus), but we have worked in a monthly cost once we begin to lease portable units or lease from DCOG. Utility costs were estimated from experience with utilities for portable units, and are included in the budget. Insurance costs for the contents and described spaces are also included in the budget.

(c) Describe the organization's capacity and experience in facilities acquisition and management, including managing build out and/or renovations, as applicable.

**Facilities Experience**

The startup CEO has networking experience to obtain portable classroom units that are state approved for student occupancy with appropriate green metal state stamps, along with managing the permitting and construction process for setting them. She also has experience in

successfully selling them when they are replaced by a permanent building and no longer needed. She has managed our last two campus expansion projects, which were multimillion dollar construction projects, one a retrofit and one a new construction. We have worked with federal borrowed money, state grant money, money from commercial lenders, and donated cash for construction, all of which have different accountability measures. All of which have been satisfied. She has communicated with TDOE and the state fire marshal's office about the protocol for getting church or state parks buildings approved for student occupancy, and submitted the MOA for consideration prior to charter application submission. As we have grown, our staff has developed experience in securing all that is needed in order to get a certificate of occupancy for Tennessee public school students, which is a much more stringent process than it is for commercial construction.

Our current facility has multiple academic buildings, out buildings, outdoor classrooms, pavilions, grounds features, agricultural areas, trails, and recreational areas, with about 23,000 square feet of heated space. We are currently constructing a 5,500 square foot assembly hall and cafeteria, with surrounding raised bed gardens sponsored by The Tennessee Department of Agriculture. We manage this facility satisfactorily and know how to anticipate added cost for growth for the proposed new school. We plan to continue these practices as we add the proposed school.

We have had multiple insurance and safety evaluations, and always rated well. Our most recent property insurance evaluation by Utica National Insurance gave us the best rate possible based upon the site visit. We maintain a good relationship with the local fire marshal and building inspector.

(d) Describe the process for identifying and securing a facility, including any brokers or real estate consultants you are employing to assist in finding a facility.

### Securing Facilities

We have been working on expanding our current campus for a couple of years now. Our current construction project will add the needed space to host the kindergarten classes until we can set some portables and then construct the elementary buildings which will eventually house them.

We plan to construct a new facility on 30 acres pledged to the school across the highway from our current campus. We are very familiar with this property because this was the location of the school its first five years. We have already paid for water lines, fire hydrants, and sewer lines there. This prospective build is only made possible by a generous donation from one of our community partners, Mr. Ned Rich of Custom Stone Handlers. We have researched different green building options, which are complicated by the additional requirements for housing Tennessee public school students. We have found one option that sets permanent pod classrooms as the school grows. We have already paid for the preliminary plans for a zero net energy classroom that captures rainwater and uses gray water for the sanitary sewer system. From our facilities' needs table above, you can see that we anticipate having at least two

permanent classrooms constructed by year four. Nr. Rich is aimable to allow us to set portable units or construct outdoor learning spaces on the property upon charter approval.

We began meeting with State Parks in spring 2019 and met with the Deputy Commissioner of TDEC November 2019 to talk about the prospect of additional campuses on or walking distance to state park property. We have met to define the MOA that would be mutually beneficial for both parties, and are awaiting the final draft from the TDEC attorneys. The planned location for the CC is Booker T. Washington State Park. The maximum classrooms needed at the CC location is just four, so the need is not great. However, the location provides an important recruitment tool, being close to the targeted community. This is one important reason why we are planning on setting a campus there. We would eventually like to build, or help with building, a small structure there that would serve as permanent classrooms. Such a project would involve a great deal of communication between Tennessee entities, but when the time comes, we are not afraid to approach the topic to see what we can accomplish for Tennessee students. We were the first high school in Tennessee to have a formal MOA with another state level Tennessee entity to develop the Tennessee State Parks Environmental Institute at Ivy Academy. That process took 18 months with conference calls monthly. We are experienced at the amount of communications required to achieve such agreements which is why we started this process early.

(e) Describe the plan for compliance with all Americans with Disabilities Act (ADA) requirements, all applicable city planning review procedures and all health and safety requirements per T.C.A. § 49-13-107. Include associated costs in budget details.

#### Facility ADA Compliance, Health and Safety

We have been through 3 major building projects in the past five years, and all are ADA compliant, in addition to having safety features beyond what is required.

We will abide by all laws governing the jurisdiction of our schools. Tennessee law, and the municipal permitting process for receiving a certificate of occupancy for Tennessee public school students takes care of this compliance plan. We are not considering any spaces where ADA compliance is not already in place. Anything we build would only be issued permits after ADA compliance was verified in the plans by the state fire marshal and all other governing authorities. You will notice in our Startup Timeline that we list fire marshal and building inspector walk throughs as a preliminary to considering any location.

Safety features at our current campus include classrooms at ground level with each having its own exterior door. We have an electric strike system so that perimeter doors stay locked at all times. We have structural, safe areas for seismic disruptions caused by a tornado, strong winds, or earthquakes. We are compliant with all required drills and maintain that log for documentation. We have an extensive video monitoring system which helps deter vandalism or other inappropriate activities. All our classrooms have been tested and found to not have unsafe levels of radon.

(f) Present a timeline with reasonable assumptions for facility selection, requisition, state fire marshal and health inspections, and occupation.

Timeline for Facility Selection

| Facilities Selection and Development Timeline | | | |
|---|---|---|---|
| **FACILITIES – Main Manager CEO** | | | |
| Time Frame | Task Description | Important Dates/Notes | Manager |
| May 2019 | Meet with Booker T. Washington State Park Manager about the prospect of a remote campus at BTWSP | Prospect confirmed. Work out prior to Labor Day logistics | CEO |
| Oct – Nov 2019 | Meet with TDEC Commissioner in Nashville about the prospect of additional schools at other state parks besides Cumberland Trail | Met with Deputy Commissioner, and several others, all are amiable, and excited about the prospect | CEO |
| Nov 13, 2019 | Attend Zoning Board of Appeals hearing in support of/secure property donation for Ivy | We are the listed bond recipient for the mitigation plan and should receive the 30 acres in 2022. | CEO |
| Upon Charter Approval | Finalize MOA with incubator organizations | TDEC, church, Mr. Rich of CSM | CEO |

| | | | |
|---|---|---|---|
| | Schedule Fire Marshal and Building Inspector to tour to make sure nothing is prohibitive to occupancy for school children, or other requirements | Both locations | CEO |
| Feb 2022 | Develop an arrival and dismissal plan | Traffic flow | CEO |
| | Check with local police/municipality about any traffic issues | School zone lights? Cross walks? | |
| Mar 2022 | Define all needed signage | Roadways, hallways, parking lots, classrooms, outdoor classrooms, trail signs | CEO |
| | June 2021 - Order the signage after revisiting the need and rechecking all areas. | | |
| May 2022 | Create and publish emergency plans including alternate parent pickup location | | CEO |
| | Create and test fire, intruder, tornado, plans | | “ |

| | | | |
|---|---|---|---|
| | Provide local fire and police with campus floor plans | | “ |
| June 2022 | Create move in plan | | CEO with team |

(g) Broadly describe a contingency plan, should your facility fall through.

Contingency Plans
Should the use of Booker T. Washington State Park not prove beneficial to both entities, we would look at churches in the area, vacant storefronts, Chattanooga State, or underutilized HCS buildings to get us started. We understand the additional requirements to make those options work, and do not have the perspective of turnkey options being available. We know retrofits, conversions, or upgrades to meet code are costly and take months to accomplish. So when we mention alternatives, it is from an informed perspective. We already have some limited contacts in the area from searching for a place to host our 6th-12th school’s Hwy. 58 bus stop annually.

The use of our current campus to get the north location started should not have any issues, but if it did, we have already spoken to a church in the area with adequate classroom space, a gymnasium, and a wooded area who is willing to lease space to us. It is ADA compliant, although the space might need some fire warning components installed, pending fire marshall inspection.

(h) List any properties you may have already identified as suitable to meet the school facility needs

This information has been presented throughout the above narrative of the application.

**2.4 Personnel/Human Capital**
(a) Describe the school's proposed leadership structure. Include a copy of the school's organizational chart at Year 1 and at full capacity and highlight the areas of this structure that relate directly to the school's vision and mission as **Attachment G**. The organizational chart should clearly delineate the roles and responsibilities of – and lines of authority and reporting among – the board, staff, any related bodies (such as advisory bodies or parent/educator councils), and any external organizations that will play a role in managing the school.

See **Attachments G** & **M**.

(b) Give a thorough description of the process and timeline for hiring the school leader, identifying the skills, qualifications and characteristics the applicant will seek in a leader. If the leader has already been identified, attach the leader's resume. Explain the responsibilities of the school leader, how the school leader will be supported and developed, and the state-approved administrator evaluation model that you will be using for this individual, as required by State Board Policy 5.201.

Our goal is to identify and get commitment from the leader by November 2021. We are still examining two routes, hiring a qualified applicant from within, and using networking within the system of charter schools, as assisted by TCSC and BES (previously Building Excellent Schools but rebranded as Build. Excel. Sustain). The leader at NCCS came through BES. The leader for IASE must be experienced in elementary school leadership, be familiar with and willing to complete additional professional development with our unique model, be an advocate for this model's efficacy for helping students academically and holistically. The responsibilities for this leader include managing and developing all instructional staff, overseeing all that has to do with students and families, and managing the school's image within the community. The business end of the school is handled by other staff, however, the school leader must have a clear understanding of how the finances of a charter school operate, and understand his or her role in cooperation with those operations. The school leader will bring with him or her experience regarding elementary education, and we will further develop this with our core of retired, very respected and highly effective principals from the district. As of this writing HCS retired principals Billie Jenno, Penny Leffew, Stacy Stewart, and Faye Farr have committed to help this proposed school. Methods, curriculum, programs and buildings change over the years. What does not change is the skill developed over time of knowing how to best help a younger administrator, teacher, or family of elementary students. It is important to emphasize the "how" of coaching as much as it is to emphasize the "what" of coaching. Oftentimes younger staff have newly gained knowledge and can benefit from how to effectively put that in practice. This seasoned coaching team has over a hundred years of experience in helping the next generation of educators develop. We will fully utilize their expertise. Ongoing annual professional developments for the CE and OEL at the national level through networking with other successful charters with these models is required. We will utilize Project Coach for the administrative evaluation model.

(c) Describe your strategy, plans, and timeline for recruiting and hiring additional key staff, including but not limited to operation staff, administrators, and teachers. Identify key selection criteria and any special considerations relevant to your school design. Provide previous student achievement data for the individuals responsible for academic programming (if available) as **Attachment H**.

See **Attachments G** & **M**. We have such a unique model, that we like to hire from within. Our outdoor learning environment attracts more applicants than we can possibly interview. We choose applicants with strong academic performance, strong teaching performance, willingness to learn the CE model if that is not already accomplished, and people with a passion to be outdoors. We usually, but not always, look for applicants who have an outdoor hobby or leadership interest such as hiking, birding, rock climbing, kayaking, trail running, sports or other outdoor connections that can be a hook for students' interest. Having an established outdoor hobby also shows the applicant will be comfortable in the outdoors, which is important for this model. At one point in time we had a bookkeeper who refused to step on the ground or grass. She would only walk on concrete or pavement. That did not work out well. People have to be comfortable being outside. What about applicants with disabilities which might prevent them from being active outdoors? If the applicant is restricted in outdoor movement but still shows potential for academic gain for students and our school, then there is no problem. We have now, will have for future campuses, and Booker T. Washington has many outdoor areas accessible to people with disabilities related to physical accessibility.

(d) How will your recruiting and hiring practices ensure that the composition of the leadership team and the staff reflects the diversity of the student body and surrounding community?

We have an online HR platform which advertises openings worldwide on a variety of popular job search websites. All minority applicants are given an interview, unless there is a blatant disqualifier on the resume. We receive way too many applicants to give interviews to all of the applicants, but all minority applicants are granted an interview, which means we have a greater chance of increasing the percentage of them on our staff. We network with our local community by asking our staff to reach out to certified teachers who qualify as being a minority to promote openings here, especially those with connections to personnel in priority zone schools. We purposely strive for having a staff and administration that reflects our student body.

(e) Indicate the state-approved evaluation model used for teachers, pursuant to State Board Policy 5.201. Describe the policies and procedures for evaluating staff, providing feedback, and celebrating excellence.

### Teacher Evaluation/Feedback, Support and Development

We utilize Project Coach for the teacher evaluation model. Within PC is a framework for addressing both professional improvement and professional development plans. PC requires there to be timely feedback for all observations. In addition to the formal PC evaluation model, we promote excellence on staff by having our staff lead professional development in the areas where they excel as leaders. We celebrate staff successes at the beginning of each faculty

meeting. We recognize special staff accomplishments annually such as teacher of the year and rookie of the year.

It is critical to the success of Ivy Academy and IASE that its teachers are supported and developed. This begins with administration's commitment to provide evaluation and feedback as they step into classrooms and observe "what is going on" with teachers as far as their planning and prep for classroom instruction, classroom management, delivery of instruction, monitoring, assessment, and follow up, as well as family and community interaction and professional responsibilities. These 6 domains are delineated in a rubric type system found within the *Project Coach* model. All teachers receive the required number of observations in these areas based on their licensure.

In addition to the "required" observations within the model, each teacher has frequent classroom visits by our core of retired principals, board members from all levels of admin (elementary, middle and high school) who provide non-evaluative feedback. Finally, every quarter, all staff and faculty are given a quarterly review where strengths and weaknesses are noted and goals set and reevaluated as needed for teachers to meet the next quarter.

Weekly faculty meetings also provide administration and peers opportunities to celebrate excellence among the faculty and staff. These moments are called "shout outs" and make everyone feel appreciated for the work they do.

In addition to vocal praise, teachers who excel with state testing are rewarded with monetary bonuses for their efforts. Also, all teachers are provided with monetary bonuses right before winter break showing the school's appreciation for their overall efforts.

Regarding teacher development, all teachers are given the opportunity at any point throughout the school year, and strongly encouraged throughout the summer, to attend and/or lead professional development. Teachers who attend and/or lead these learning sessions are provided stipends for their efforts.

(f) Describe how the proposed school intends to handle unsatisfactory leadership or teacher performance, including termination, as well as leadership/teacher changes.

**Coach Staff Up, or Consequently, Coach them Out**

Unsatisfactory performance is handled on an individual basis. Speaking in general terms, a staff member with consistent unsatisfactory mini observations, consistent unsatisfactory teacher performance on quarterly self assessments, or teachers scoring a two or below on teacher evaluations or state assessment scores for the previous year will be placed on a performance improvement plan or PIP. PIPs are loaded and tracked through the Project Coach system. PIPs are intense, intentional, focused collaborative plans for improving an area of weakness. Prescriptive remediation such as professional development, peer observations, research/reading, etc. are included in each PIP, and the teacher's progress toward goals is closely

monitored and discussed in frequent meetings. Failure to appropriately participate or failure to meet necessary goals of the PIP may result in teacher dismissal.

Additionally, when setting annual professional development goals, any areas where weaknesses may have shown the prior year can be targeted. This way they do not develop into causing an overall unsatisfactory performance. Any teacher who earns an LOE of 2 or lower automatically has his or her position advertised for the following school year. This is written into contracts so they know ahead of time about this qualification and can plan as needed. Leadership and teacher changes are met head on, maintaining the privacy of former employees while shifting focus to the task at hand of serving students in excellence.

(g) Outline the proposed salary ranges and employ benefits, as well as any incentive or reward structures that may be a part of the compensation system. Explain the school's proposed strategy for retaining high-performing teachers.

### Salaries and Benefits

**Salary Ranges**

Ivy Academy uses the Hamilton County Department of Education's certified teacher pay scale to stay competitive within our local district. Because administrative titles and roles/responsibilities are different at a charter school, administrative pay will remain competitive but based on individual role and experience.

**Employee Benefits**

*Health Insurance* Because we are a small business, employee health insurance may always be a struggle. Insurance plans for small businesses tend to have higher deductibles and higher copays for affordable monthly premiums due to having fewer employees on the plan. To stay competitive, Ivy Academy pays for 90% of individual employee plans and gives the employee a stipend that approximately covers the 10% the employee pays, so that the monthly premium is the lowest it can be. We also provide the Aflac Hospital Plan and Telemed free of charge to all employees on the IA health insurance. Our family monthly premiums are paid for completely by the employee, but are commensurate with HCDE's premiums for families. We offer dental, vision, life and many other supplemental policies through Aflac, Washington National, and MASA.

*Professional Liability* We provide every teacher with a membership and a professional liability plan through Professional Educators of Tennessee (PET). This is a fairly hefty expense for the school, but we feel it is a worthy investment in our staff.

*Performance Bonus Structure* We offer performance bonuses to teachers, counselors and administrators to motivate them and reward them for high achievement and meeting yearly school goals. Please see attachment called Performance Bonuses for the current structure. It is updated yearly to reflect the most current school goals.

*Stipends for Extra Duties, Coaching, Clubs, Professional Development* IA compensates employees for extra work time. Through yearly Title funding, we are able to give $50 a day summer professional development stipends and compensate teachers for leading after school enrichment clubs. Because we are committed to investment in our teachers and students, we are extremely generous when it comes to paying for professional development on and off campus, days off for professional development, and reimbursing for travel and meals. We also offer stipends to teachers who take on extra duties such as department head, Mastery Connect teacher leader, student apparel inventory, etc.

### Coaching Pay Structure as Sample:

| Athletic | Middle School | High School |
|---|---|---|
| Bowling(B&G combined)<br>• Head<br>• Assistant | | $500<br>$300 |
| Cheerleading Sponsor<br>• Head<br>• Assistant | $1000 combined HS and MS<br>$ 500 | |
| Track (B&G Combined)<br>• Head<br>• Assistant | $700<br>$400 | $700<br>$400 |
| Cross Country (B&G combined)<br>• Head<br>• Assistant | $700<br>$400 | $700<br>$400 |
| Golf Sponsor | $TBD | $TBD |
| Rock Climbing Sponsor | $500 (Free HP Membership)<br>$300 | $500 (Free HP Membership)<br>$300 |
| Archery Sponsor | $TBD | $TBD |
| Robotics Sponsor | $600 | $500 |
| Tennis Sponsor | $TBD | $TBD |
| Science Olympiad | $300 | $300 |

A teacher's total compensation shall not equal or exceed the salary of the administrator of the school. Nor shall the total extra-curricular supplement exceed $5,000.

*After successful season completion payment of the stipend will be included on the June 5 paycheck.

TBD amounts determined after more information provided on program commitments. We are open to other programs based on faculty and student interest.

### Strategies for Retaining High Performing Teachers

Teacher retention is a pronounced strength of IA. During the past four school years, we have had only 5% of total teachers leave for other opportunities in the teaching profession, and only 1 of those teachers went to another public school. In the past five school years, only 5% left due to family move or medical. Only two beginning teachers left in their first year, and that was in school year 2015/2016 and due to underperformance. We plan to continue to improve in this

area at IASE. There are many reasons teachers choose to work for and continue working for Ivy Academy. Also see Teacher Surveys as **Appendix 17**.

- Sunshine, exercise, and beautiful scenery/nature during the school day
- School values of environmental stewardship and civic virtues such as community service
- Emphasis on environmental curriculum and the outdoor learning model
- Emphasis on student and staff health
- Positive student and staff culture
- Small setting and close knit, family type atmosphere
- Easy and encouraging environment for field studies and professional development
- Simplicity in obtaining necessary instructional supplies
- Autonomy in many facets of curriculum and instruction
- Teachers feel valued like leaders, and feel that they have a voice
- Trail friendly dress code
- Staff are chosen and united based on strengths and common goals.
- Administrators that promote relationships, health, and family
- Previously explained health benefits, professional liability perks, performance bonuses, leave policies, etc.

(h) Explain whether the employees will be at will or whether the school will use employment contracts.

We will utilize annually renewable contracts. Being categorized as a non-profit in Tennessee comes with employer responsibility and liability regarding dismissal of employees. If we dismiss an employee for poor performance without documentation of coaching, our SUTA can go up. Therefore to protect the organization we utilize contracts and follow strict coaching guidelines. New contracts are offered to employees by May 15 for the following year. Nature and purpose can be explained by viewing an example of our contract below:

# Agreement Relative to Terms and Conditions of Employment at Ivy Academy

**The Goal**

The parties to this Agreement share a fundamental and abiding commitment to the education of the students at Ivy Academy. We recognize and greatly appreciate the extraordinary commitment of teachers, administrators and other employees that make up Ivy Academy. We work to create a system in which the staff can learn, grow, thrive and be healthy – with the support of one another. Our ultimate goal is enhanced student performance through optimum professional education and to prepare students for life as an adult.

Change requires intensive, carefully planned, and skillfully executed implementation. Strong, consistent leadership, school-wide communication and widespread training are needed to continue to transform the culture of Ivy so that all students learn effectively. To achieve real educational

improvement, the parties and the community will have to work collaboratively to achieve an atmosphere of trust, innovation, and mission-driven purpose.

**The Challenge**

Ivy Academy's students come to school from homes that are diverse in culture, language, and economic status. It is our **chosen** task to embrace all of these students and their families and to join with them in a community of learners. Everyone at Ivy Academy works to foster the success of all students in all classrooms and beyond the classroom. Our purpose will be to make the changes necessary to make success a reality by overcoming obstacles that may present themselves.

**The Importance of School Based Decision Making**

We believe that decision making is best when those closest to the classroom are involved. Each teacher has the best knowledge and is in the best position to craft appropriate and effective strategies to be successful at the primary task of the continuous improvement of student achievement. The school is where people make a difference in the daily life of each student. School based decision making brings people together who share the responsibility for needed changes and the corresponding accountability for results achieved.

**The Importance of Professional Development**

We believe in investing in those who deliver services to students. Professional development programs need to support teachers, site teams, and administrators in their efforts to deal with the challenges of education. In order to achieve our goal of success for all, professional development opportunities will be mandatory.

**The Importance of Accountability for Quality and Performance**

We utilize the TEAM model or the Project Coach model for teacher evaluations. We are committed to an accountability process that establishes a cycle of goal setting, action, assessment of results, initiating needed changes to improve performance and renewed planning. All actions are directed toward student growth and achievement in a supportive learning environment. Classroom and student accountability require a shared commitment.

- Teachers are accountable for the growth and progress of all students
- Students and families are accountable for their own effort, behavior and progress
- Directors must provide an environment and professional culture in which skilled teachers can accomplish their goals
- Administrators and staff work with teachers to support them in their improvement efforts

**The Importance of Family and Community Involvement**

Schools are most effective when they have the full support of involvement of families and community. Continued effort is needed to build communication and trust between schools and families so that all students learn successfully. The school-home connection enables families and teachers to become effective partners in developing, monitoring and stimulating the academic

growth of each student. Families/communities share a responsibility. Our Parents are urged to participate in their student's school.

**The Importance of Diversity**

We recognize that the diversity of Ivy Academy is one of its greatest assets in the education of our students to prepare them to participate in a diverse world. In recognition of the strength in our diversity, we renew our commitment to ensure a climate throughout the school that treats each student, parent, and employee with respect, dignity, and sensitivity to their unique needs and culture and to increasing the diversity of the schools workforce through attention to policies and practices that promote that goal. All Ivy Academy employees are committed to working together towards the elimination of diversity bias, particularly racism, intellectual bias, and cultural bias, as factors affecting student achievement and learning experiences.

**The Importance of Collaborative Working Relationships**

We are committed to working together to do what is best for students. We share the common goal of improved student achievement for all, preparation of the student for adult life for all, and are dedicated to working with mutual respect, clear and direct communication, a willingness to learn and a practice of checking out assumptions before reaching a conclusion. Developing and maintaining a collaborative relationship requires all parties to act as professional colleagues who share a common dedication to student achievement. The ultimate goal here is to create an environment where teachers can teach successfully.

**The Importance of Assessment of Site Processes**

Within the school improvement planning process, Ivy Academy sets goals, plans action steps, acts, evaluates, and adjusts---in order to improve student achievement. A critical step is the assessment step that includes the school community in discussing "What's working? What's not? Why? And how do we adjust?". While these steps refer to specific actions to improve student achievement, the same process is necessary for site-based management itself. "How are we making decisions? Is it wrong? Why or why not? How do we adjust? What decisions would better be made elsewhere or in another manner?". These self-assessment steps are the hallmark of a "learning organization" and a community of learners. Self-assessment and continuous improvement processes will exist in all aspects of the organization and all programs at Ivy Academy so that we are truly a community of learners.

**The Importance of PBL and Community Service**

Project /Problem/ Work based learning offers students development in inquisitiveness leading to critical thinking skills, workforce-valued collaboration, real life experiences and interaction with the business community. This is an important component of our educational plan at Ivy.

**The Reward**

The results desired from collaborative site-based management and improvement planning is to create a climate of success. In our school, the faculty, family members, administration, students, and

other community participants work together for school improvement, better student achievement, increased satisfaction among professionals, greater involvement by and with family members, and a stronger support from the community.

# Contract of Employment – Position of Teacher

This contract is entered into by and between________, a Teacher, and Ivy Academy, located at 8520 Dayton Pike, Soddy-Daisy, Tennessee 37379, County of Hamilton, State of Tennessee.

In consideration of a salary of $ _______, or more specifically $__________ per month for a term of 12 months, said Teacher agrees to well and faithfully perform the duties of **( Teacher)** and such other duties connected as may be assigned by the Administration or its duly authorized representative, such salary is payable in installments of $3,859.58 on (or by) the 5th day of each calendar month for a period of 12 consecutive months, the first payment to be made on (or by) the 5th day of September 2019.

IT IS FURTHER AGREED:

1. That said term shall commence on the 1st day of August, 2019, and shall expire on the 30th day of July 2020.
2. The teacher agrees to serve the school for the number of days in the official school calendar and to perform other duties assigned by the administrator; and to work cooperatively with the faculty and administration of the school, including overnight field trips not to exceed two per year and no more than three nights at a time. These hours beyond the regular work day do not constitute additional pay.
3. It is further mutually agreed that Administration shall offer the teacher a new contract of employment for the ensuing year on or before May 15th, 2020 unless Administration gives the Teacher written notice of its intention not to re-employ the teacher on or before May 15th, 2020.

4. That the teacher is allowed a total of 10 days of sick leave and three personal leave days per year – professional development days are available per approval. The maximum sick days that can be banked is 40. Personal leave days roll over to sick leave if not used. Any days beyond 40 can be banked for retirement credit only.

5. A teacher's work week is Mon, Tues, Wed, Thurs, Friday, 7:30– 3:00, with periodic bus duty generally requiring an additional 10 minutes prior, and 20 minutes after those hours. This is approximately a 37.5 hour on-campus work week.
6. That the amount equal to the pay for one day of service shall be deducted from the salary of said Teacher for each day of service not performed beyond the sick leave days accrued, and the three personal leave days per year.

7. Administration will secure group health, dental and vision plans. The company will provide 90% of the premium for the employee, and the employee to contribute 10% of the premium. The company will pay $500 to compensate for the 10% employee contribution once the employee has signed up for the company insurance. Dental and vision plans are 100% contributed by the Teacher. If spouse or dependent coverage is elected the teacher contributes 100% of the cost for spouse or dependents.
8. The school participates in Tennessee Consolidated Retirement System (TCRS) investment program and the newer hybrid program for teachers beginning in Tennessee after the 2014 school year, which the teacher is required to participate/invest in. Ivy Academy also funds this account on behalf of the teacher monthly according to state guidelines. Currently, the teacher has 5% deducted from his or salary, and the school contributes a set amount additionally to the TCRS system and/or hybrid Great West system as defined by the State of Tennessee annually.
9. Staff members are responsible for financial accountability for any charges they make for the school. All expenditures must be pre-approved. Staff members are given an allotted amount each year and that amount is pre-approved to be spent at their prerogative as long as it is spent on instructional items. Other expenditures may be made when pre approved. Staff members agree to have the amount of any outstanding receipts deducted from their check. An outstanding receipt is one in which the staff member obligated the school for an approved purchase, but no documentation was submitted to justify the expense for the standard accounting procedures required by local governmental audits.
10. The teacher may be suspended or discharged for good cause as shall be determined in the exclusive discretion of Administration and/or board. It is specifically understood that good cause for discharge shall include but not be limited to: Failure to follow school policies, leaving students unattended, inadequacy of teaching, misconduct, sexual harassment and discrimination, any and all convictions of felonies since his or her 18th birthday, neglect of duty, physical or mental incapacity, actions involving moral turpitude, violation of the terms of this agreement or Ivy Academy's policy, or any conduct tending to reflect discredit upon the school or tending to impair the teacher's usefulness in his or her capacity as a Teacher.
11. The teacher must notify the school of any changes that would influence a background check after the initial background check has been submitted for the personnel file within a 48 hour period or risk dismissal.
12. That if said teacher is lawfully discharged or is released by mutual agreement before the completion of said term, final settlement shall be made so the total amount which the Teacher shall received shall be an amount equal to the product of the number of days of served thus far in the month multiplied by the amount considered as pay for one day of service. Accrued summer pay is reserved exclusively for teachers completing the job through the last day of school.
13. That the teacher may resign upon thirty (30) days' notice in writing to Administration.
14. That said teacher shall attend, outside of regular school hours as established by the Administration, such professional meetings and field trips (some overnight) as might be called by school authorities for coordinating the work of the teacher at Ivy Academy.

15. That the teacher shall present our Executive Director/Human Resource manager with proof that he or she is properly certified to complete his or her teaching assignment and the teacher shall not accept, and Ivy Academy shall not be under any obligation to pay, any part of the annual salary until said qualifications and certification are submitted.
16. It is agreed that the conditions of this contract shall only be changed by mutual written agreement of the Teacher and Administration. This is the sole agreement between the parties and no other representations, be they oral or written, are binding between the parties. Tennessee law shall govern this agreement in its performance and interpretation.

This contract is subject to board approval and securing _____student enrollments. It is not binding until both those conditions shall be met.

This contract shall be without force and effort unless it is in the hands of Administration, bearing the signature of said Teacher and the Executive Director.

AGREED:

______________________________________________________________________

Signature of Teacher Date

AGREED:

______________________________________________________________________

Signature of Administrator Date

______________________________________________________________________

### Staff Handbook

(i) Include a copy of the school's employee manual and personnel policies as **Attachment I.**

### Staffing Chart by Year

The staffing chart by year is included in a year-by-year table format and the excel format and included as **Appendix 9** and **Appendix 9.1**

### 2.5 Professional Development

(a) Describe the expected number of days and hours for professional development throughout the school year and explain how the school's calendar, daily schedule, and staffing structure support this plan. Include time scheduled for collaborative planning and how such time will typically be used.

#### Amount of PD

We fulfill the same PD schedule as our district. Additionally, we begin earlier and fulfill more PD days than the district and more PD hours than the state required amount of PD annually. During the school year, once per every six weeks, we have grade level and/or vertical planning on what we call "Team Tuesdays." We pay for subs that day, and each defined team gets an hour and a half to plan while a sub engages their classes. This periodic **collaborative** professional development time **cultivates future leadership** because we purposefully define it as teacher-led with administration for guidance if needed as visitors. During these times they address common problems, common ways to address goals, and vertical as well as grade-level content collaboration. All IASE teachers will begin three days prior to the district PD days, and annually the new-to-IASE teachers begin two days prior to returning teachers, making their PD begin a full week prior to the district's. We cover specific outdoor learning policies, tips, and tools that teachers new to the outdoors need to know to ensure safety for all students and staff, and to ensure maximized learning while outdoors.

(b) Identify the person or position responsible for professional development.

#### PD Planning

The Principal of Academics/Academics Supervisor is the person responsible for creating and implementing the PD schedule once we are fully staffed. Until that time, it falls on the Director of Development or the Dean of Support Services. It is the expectation that he or she consult with the Director of Educational Services, other retired principals that we may have as consulting staff, and experienced teachers on staff in order to get a consensus that the PD best meets the needs of the staff for that year. The annual PD schedule is published for the entire year by the first day of PD in August, and has the added note "subject to change according to need."

(c) Describe the core components of your professional development plan and how those components will support effective implementation of the academic plan.

#### Core Components

The core components of our PD are:

1. Training in school wide expectations by thorough coverage of the staff handbook
2. Further developing climate, culture and effective classroom management for the success and safety of indoor and outdoor learning
3. Training in school wide methods of CE and OEL instructional strategies, along with training in the supportive curriculum

4. Further developing and supporting electronic or other specialty instructional methods and tools
5. Training lesson delivery and timely and constructive feedback for all learners

(d) Provide a schedule and overview of professional development that will take place prior to the school's opening. Be sure to address the areas of special education and English learners, including implementation of IEPs, discipline of students with disabilities, and communication with EL families. Explain the topics that may be included during the induction period and how teachers will be supported in delivering unique or challenging aspects of the chosen curriculum.

### Schedule and Overview

Using the core components as numbered above, this is the training that goes with each and is covered **prior to the first day**.

1) Expectations: Employees are given links and instructed to listen to the entire handbook before arrival at the first PD. Legal matters including those relating to appropriate servicing of **IEP**s, discipline of **SWD**, and accommodations for **EL, sub folders** and how to obtain **sub coverage**, leave protocol, are covered on handbook day. One full day is dedicated to making expectations for employees on the campus crystal clear.
2) Management & Culture: We provide a schoolwide positive behavior reward system, a general framework for uniform classroom management which can be tailored to suit a teacher's style, protocols for indoor and outdoor learning, and strict protocols for trail and outdoor **safety.** Coverage of all **emergency drills** take place on this day as well as the mini refresher for CPR and code blue procedures. The definitions of **bullying**, how to recognize it, what to do about it, how to report it are covered. Protocol for mandatory reporting for abuse or threat of suicide is reported. Making a welcoming environment **for all people groups** is emphasized. Two full days are spent on best practices for effective and safe management for a climate conducive to learning.
3) Curriculum and Setting: We spend three days minimum on Classical curriculum and outdoor immersive learning practices prior to the district's first day PD. You will notice that teachers new to the programs may have more PD days required. We also offer summer workshops annually. Conveniently, due to the pandemic, most of these are available online and do not require travel or physical presence of a guest presenter, although we have networked to provide some in person expertise. The curriculum and setting training includes the following:

<u>How to Use the Outdoors as Another Teacher</u>

Seasoned Ivy educators or Tennessee State Parks rangers do sample trail lessons for TN standards showing how to utilize the great outdoors for lesson manipulatives, examples of standards displayed, review, vocabulary, and whatever else presents itself for that day, so educators can learn to seize the teaching moment or, *Carpe doctrina tempore*.

<u>Riggs Training</u>

Consultants/trainers from Access Literacy may be used, and the school will develop in-house expertise in order to conduct internal training. Riggs support and instruction will also take place in school-wide and grade-specific training. Professional development opportunities may occur on-site or by attending local, state, and/or national conferences.

Core Knowledge Sequence Training
All staff and K-5th teachers will initially receive a minimum of five days of Core Knowledge professional development during the school's first year. All staff members will participate in the "Getting Started with the Sequence" program for Grades K-8th. Likewise, the school administrators and curriculum leaders will participate in Core Knowledge Coordinator and Leadership Institute workshops, which can be scheduled during the school's allotted professional development days throughout the school year, with the first three days occurring in July or August. Singapore Mathematics Training The school will provide ongoing training to build

Singapore Mathematics
Expertise is shared by staff who have taught from SM, to increase capacity and provide models that will utilize resources effectively. Singapore Math contains various elements which comprise the daily lessons (mental math, teacher directed, guided practice, activity, and independent practice) that align with their conceptual and skill building framework to teach math. This framework presents a logical sequence addressing what needs to be included in a lesson, how the lesson is introduced and presented, how it progresses from the concrete to the abstract, and how to differentiate for students

4) Supporting Instructional Strategies and Tools: These are ongoing throughout the year and include training in Socratic Seminar, Google Classroom, Canvas, or the latest electronic delivery platform, PowerSchool (each teacher is assigned an experienced "building buddy" who is on call for help with these electronic programs), community service involvement, character building, and other topics. Our teachers participate in the district's subject specific PD's when they are relevant. (Sometimes those PD's are about specific aspects of curriculum or programs we do not have access to.)
5) Effective Timely Feedback for All Learners: Our learning model makes the adjustments for efficient lesson delivery to all student subgroups. But none of our efforts matter if feedback is inferior. One session (usually up to a half day) prior to the first day of PD annually is spent going over expectations for feedback and examples of how to give feedback. Special consideration must be given to how and if **EL**, **SWD** and their families understand the feedback. Extra communication must be extended to these families.

**Additional Summer PD's**
June & July - Workshops for curriculum or outdoor immersive environment, Leader U in Nashville, CPR certification, Lifeguard certification, Wilderness First Responder certification
one week prior to the district's first day - New teachers report three days prior to the district's first day
Each summer, teachers will attend one Classical education model PD. Throughout the year, we host or send our teachers to outdoor learning PD's. We have hosted TEEA (Tennessee

Environmental Education Association events), and we send our teachers to the Great Smoky Mountains Institute at Tremont. On our Team Tuesdays, we plan collaboratively for PBL's. It can be seen in our Startup Plan that we have noted PD preparation for teachers beginning in the planning year. Prior to opening, we will focus on the summer Classical PD, and our own outdoor orientation PD in August.

Annually during the school year we do the required PD's for suicide prevention and bullying prevention.

(e) Describe the training that will be provided to all staff on the topics of anti-racism, unconscious bias, and/or culturally relevant pedagogies.

When we cover the #2 core component of our PD, Management and Climate & Culture, we address **making all people groups feel welcome in the classroom**. Our counselors provide empathy training with an exercise aimed to make each staff member understand what it might be like to be in the shoes of a person who is in any type of minority group. Also, recall from section 1.3 how celebrations of different cultures and/or ethnicities are included in the school calendar.

(f) Describe the plan to cultivate future leadership capacity.

### Cultivating Leadership

In our staffing plan and the personnel section, we highlight how we have had success by hiring leaders from within. One of the reasons for this is because of our unique model. Educators need to love our model and understand its power and efficacy before they can advance toward leadership positions. Our cultivation begins with teacher leadership opportunities for leading professional developments, or for areas such as building testing coordinator, PowerSchool trainer, MasteryConnect specialist, or other teacher leader positions. Once they meet with success in these positions, their schedules can perhaps be arranged with an extra planning period to train for a specific additional administrative duty. After a couple of years of success with this, further consideration is made for advancement.

(g) Explain plans for differentiating professional development for different groups of teachers, such as new versus experienced teachers.

### Differentiated PD

We include our experienced teachers in PD planning and encourage them to present the PD. This gives them the opportunity to grow professionally, and provides a more familiar peer to peer delivery to the new teachers, which we hope creates engagement at a deeper level for the newer teachers.

We have mentioned the PD that we hold three days before the district PD starts for people new to Ivy. In addition to this, we prescribe PD via online resources such as PD on Demand by Professional Educators of Tennessee, and other online resources.

If a teacher should be put on a PIP, we not only require watching the online PD, we also require either a written summary, or a verbal conversation with a Project Coach observer at the weekly check ins.

We participate in the district's subject specific PD's when allowed and when they are relevant.

(h) Explain how the school will provide orientation to teachers that are hired mid-year.

#### Mid-year Entry

Since our handbook is recorded in addition to the hard copy **Attachment I**, teachers can listen to it without taking admin time. This is the first step of PD at IASE. Employees must know, understand, and comply with the handbook. We make a special session for outdoor learning protocols in which the teacher must participate before he or she can take students outdoors. The specific curriculum trainings must be obtained through online resources such as Youtube until the summer trainings roll back around.

**2.6 Insurance**

Charter schools must have appropriate insurance coverage.

Applicants should check with their local districts to determine the necessary coverage amounts and if the local entity has additional insurance requirements.

(a) A list of the types of insurance coverage the school will secure, including a description of the 18 levels of coverage. Types of insurance should include workers' compensation, employer liability, insurance for the facility and its contents, professional liability (directors and officers and teachers), surety bonds pursuant to Tenn. Code Ann. §49-13-111 (n) and sexual abuse.

### Types of Insurance

Our educational package includes:

- Directors and Operators Policy
- Worker's Compensation
- Management Liability, Property and Equipment
    - Commercial Property Coverage
        - Building and Contents
    - Equipment Breakdown
    - Commercial and General Liability
    - Commercial Crime
        - Employee Theft
        - Forgery and Alteration
        - Computer and Funds Transfer Fraud
        - Sexual Misconduct
    - Commercial Auto
        - Hired Auto
        - Non-Owned Auto
    - Excess Liability
        - Educators Excess Liability
- Workplace Violence and Terrorism
- Low-impact Sports Coverage
  We utilize TSSAA insurance for TSSAA sports.

We also pay for membership in a professional organization for all our teachers, which gives them free phone legal consultation and $2 million in liability insurance.  These benefits are separate from our school policy, which covers them as well.

(b) A letter of required coverage (**Appendix 13**) from an insurance company stating they will provide the required coverage upon approval of the charter application. The letter should include provisions for assuring that the insurance provider will notify the department of education within ten (10) days of the cancellation of any insurance it carries on the charter

school, pursuant to Tenn. Code Ann. §49-13-107 (b) (19). Note: if the proposed school intends to have school athletics, additional liability coverage will be required.

Our current insurer is Scott Ferguson at McGriff Insurance. He is available for any questions at 423-648-7256 or Scott.Ferguson@McGriffInsurance.com
McGriff offered the insurance certificate included as **Attachment J.**

## 2.7 Transportation

(a) How will you transport the students to and from your school daily, if applicable?

### Mode of Transport

We utilize a bus vendor. The bid is put out a minimum of every three years to ensure the best safety and economic value. Record of safety is valued above economy. We have used three different bus services over the course of our current school's 12 year experience. We have been coached by the state's transportation supervisor about how to formulate bus vendor rubrics and vet in interviews. Currently, we have four buses that serve centralized stops throughout the district, serving approximately 60% of our students. The rest of our students' families provide transportation to the school.

(b) How will you transport students to any extracurricular or after-school activities,Saturday school, and/or field trips, where applicable. Also include budgetary assumptions and the impact of transportation on the overall budget.

### Beyond the School Day / Building Transport

We have a corporate account with Enterprise Rental Company, and rent eight passenger vans for most needs. We have a line item in our budget annually for van rental. We have staff drivers who are insured through our liability insurance package and have met all requirements laid out in the policy regarding staff drivers, which includes but is not limited to no traffic violations with students in vehicles, no speeding, at fault accidents, or reckless driving violations showing on an MVR for the past seven years, and no DUI's for the past 10 years. We also have a policy in place so that if a staff driver's qualification status changes, he must notify school administration upon first opportunity, but not more than 48 hours after the incident.

(c) If applicable, outline your proposed transportation plan as follows:

- Describe the plan for oversight of transportation operations (e.g., whether the school will provide its own transportation, contract out for transportation, request that a district provide transportation, or a combination thereof) and who on the school staff will provide this daily oversight;
- Describe how the school will transport students with special transportation needs and how that will impact your budget; and
- Describe how the school will ensure compliance with state and federal laws and regulations related to transportation services.
- Explain how you will ensure compliance with Tenn. Code Ann. §49-6-2116

### Transportation Compliance and Oversight

We plan to share a transportation supervisor for the first few years with our 6th-12th model, as each charter school is required to have a designated transportation supervisor. Our current TS attends the required annual trainings and holds the state certificate for student transportation management training.

Should we ever have special transportation needs, we will meet those needs like we do any other. We analyze the need and then meet it. This may require dipping into reserve funds or seeking sponsorships for the need. Some recent laws provide additional funding if the services of a special needs student exceed over 230% of the per pupil funding.

We keep abreast of new state transportation laws via alerts from TDOE's transportation director. We have an online reporting system for bus complaints as well as the reporting phone number on the back of the buses. We coordinate with the district who relays any complaint calls made on any of the buses in the vendor's fleet that services our school. We have a longstanding record of handling bus complaints according to §49-6-2116. This can be verified by district transportation personnel because of our interaction with them to appropriately report each case.

**2.8 Food Service**

Describe the school's proposed food service plan and include the following:

(a) A clear description of how the school will offer food service to the students, including how it will comply with applicable district, state, and federal guidelines and regulations;

### SNP Resource and Preparation

We plan to utilize our current school food vendor to supply catered meals. Laughing Sprouts won the bid for our SNP the last time it was put out to bid and we are in renewal year three with them. We just went through a procurement audit by the State of TN for our SNP program in December 2020, and there were no findings.

LS offers meals prepared fresh every day, and focuses on healthier resourcing such as local produce and meats. We have utilized three other food vendors across the years, and Laughing Sprouts has the best student response rate. Our food service personnel participate in annual trainings offered by the state regarding meal components and food safety. All our food handling staff are certified as ServSafe. We undergo unannounced health inspections like every other school cafeteria and generally score a 99 or 100. A recent inspection is included in the attachments.

We currently have a catering food service kitchen, but are in the process of a four phase construction of a cafeteria where in the future we will be able to prepare meals onsite.

(b) Include any plans to meet the needs of low-income students; and
How the school intends to collect free and reduced price lunch information from qualified families (including those schools that will participate in the Community EligibilityProvision).

### Student Food Needs

We participate in the Federal Free and Reduced lunch program, although we are not a CEP school. The F & R lunch application is a required part of our enrollment forms. We ask all families to fill out the information so that no families feel intimidated about filling out the application.

Our SNP Coordinator is trained about how to appropriately handle the F & R application process, and attends state trainings annually. We do self-audits annually, and undergo state audits every three years, or as the state can manage. We have had some findings on state SNP audits in the past, and worked to remedy those immediately. We have never had a year where our SNP program did not end in the red, but that is common, and despite our best efforts and suggestions from the state, we do not foresee a way to completely remedy a negative balance at year's end.

We strive to meet the breakfast and lunchtime nutritional needs of all students, not just students from households recognized as low income. When a paying student does not have the money to pay for a meal, we allow up to four meal charges maximum. They are then provided alternative, but equally nutritious, meals until the balance is paid. Our charge policy is in the student weekly announcements so that students know they can ask for food (discreetly) if they do not have money. We have found that is a better policy than allowing the student to charge without limit. Amassing a large bill for the family does not help the student or the school. This policy is only for families whose incomes prohibit their students from receiving free or reduced meals. We call home to see what is going on, and to encourage the family to apply for F & R lunch if financial circumstances have changed since the start of the school year.

(c) Describe how the food service vendor will be selected or, in the alternative how the proposed school will provide meals in-house.

Since the contract amount for vended meals is over $10,000, this process is defined by TCA §. All contracts for goods in excess of ten thousand dollars ($10,000) shall be bid and must be approved by the governing body of each public charter school (Tenn. Code “Compliance”, 49-13-111, e).

Beyond following TCA§, we interview as one would for any other food service position. We ask for sample meals to ensure our students will participate in the plan with enthusiasm, as much as one can get enthused about meals where the portions and ingredients must meet federal guidelines. We assess to make sure employees of the vendor display kid-friendly personalities.

**2.9 Additional Operations**

Describe the school's plan for supporting operational needs of the following:

(a) Technology:

- List the technology that will be required to meet the academic and operational needs of the school. Include any technology needed for classrooms, computer and science labs, library/media center, auditorium, main office, copy rooms, teacher work rooms, and other relevant spaces.

Describe how the school will ensure student access to the technology required for state mandated assessments; include infrastructure requirements and costs in the budget section.

### Technology Plan

Our current school is one to one with technology. We have formulated the budget of the proposed school to coincide with its growth model so that by the time we have grade levels that require state testing, we will be one to one or close enough to that so that shared computer sets exceed the requirement for state assessments. In our current school, we have had wireless access capabilities meeting the demand for all classrooms to be online simultaneously since 2011. We plan to continue meeting the technology needs of students and teachers in this capacity going forward. You will notice in our Timeline of the Startup plan in section 2.9 of this application, we have included securing internet capabilities in the facilities section as an action step early in the process.

We plan to purchase Chromebooks in bulk annually for student usage. After this year of having multiple grants for technology expenditures, we hope the following couple of years will provide similar funding. For staff usage, we plan to purchase Dell, HP, or Lenovo laptops. We have also secured the partnership with TVA to be able to receive their used laptop inventory. We plan to lease copier/scanner/fax machines. Our current school will donate two projectors to get the elementary school started with projection technology. As we grow into our own facility, the budget will support technology infrastructure as it has with our current campus.

(b) Student information management:

- Describe how the school will ensure compliance with the Family Education Rights and 19 Privacy Act (FERPA) and state regulations regarding student privacy and disclosure of student data and records.

### Records Management

The duties of the registrar are assigned to the receptionist for years zero, one, and two. Annual professional development includes FERPA training. All staff members sign a non-disclosure statement.

(c) School health and nursing services:

- Describe your plan for compliance with the Coordinated School Health Program,

including any plans to hire a School Nurse and a description of his/her role in the school

- Include who at the school will supervise the School Nurse and his/her role in ensuring compliance with health regulations.

### School Health Personnel

We have a nurse in our staffing and budget plan. He or she is supervised by the building level administrator. We do not have a medical director, so our nurse cannot "practice" but he or she could administer to first aid needs very knowledgeably. We would like to explore the possibility of being covered by the district's medical director, or help from the district to perhaps utilize a resource for this from the health department. Until that time, we have first aid trained staff for the need. Our receptionist will communicate with district personnel about any district wide coordinated services until the time when we have a dedicated nurse/ first aid person on staff. We currently work cooperatively with the district for all health screenings offered.

(d) Safety and security:

- Describe your plan for safety and security for students, staff, guests, and property. Identify the person or position responsible for school safety operations;
- What will be the process and timeline for creating a school crisis plan?

### Student and Visitor Safety and School Security

This responsibility shifts throughout our growth plan. It will eventually rest upon the Chief Business Officer. You can see in our Startup Plan (section 2.2) that safety plans are created before the school starts.Yearly PD opportunities provide for, and we require that all our staff have CPR and first aid training, carry CPR instructions on them, carry a radio on their person at all times, and carry a fanny pack first aid kit when heading out on the trail. We currently have two defibrillators on campus, and will make sure our new campuses do as well, even in the incubator stages. Not only do we require CPR training, We make sure that we have multiple certified CPR trained persons and multiple certified lifeguards on staff annually, and make provision for this in our staff development budget, state chart of accounts number 524.

For our current campus, we have undergone security assessments by Hamilton County Sheriff's Office, Hamilton County Emergency Management Systems, the NRA School Security Assessment service, and independent security professionals. Our last assessment done by Sgt. Mike Griffith of the Chattanooga Police Department on behalf of the NRA School Security came with a formal report that was over 30 pages long. It is available for reference if you would like. We have not included it due to length, but it gave a thorough assessment of our campus and rated us highly on safety and security. They gave additional suggestions for enhanced security, and we have just applied for district security grant dollars to complete those enhancements. You can see that security Assessment is part of our startup plan in section 2.2.

We abide by local municipalities' requirements for drills. There are more required within the city limits of Chattanooga than there are in unincorporated parts of our county, or the city of our current school. We keep the drill log by hand because we are not given access to the district's online log. You can see that we cover teacher training for drills in section 2.5.

(e) School Maintenance.

• Discuss the plan for school maintenance, including maintenance staff or plans to contract for maintenance services.

We have maintenance personnel in our staffing and budget plan from year one.

(f) Any additional operations as applicable.

- Since we are partners with another state organization, Tennessee State Parks, our interactions are defined by MOA's with TDEC and understandings relating to exchanging mutually beneficial resources. We share our facilities with them for community programming on weekends. These are fee-based programs where small fees cover the cost of supplies and materials for the day. We do not charge them for use of our facilities, and they do not charge us for use of state park land. They provide professionals for presenters in our classrooms relating to the standard at hand, and we provide AV training through our Environmental Audio and Visual CTE pathway so the rangers can develop expertise in making videos about their parks. The last training session in January 2021 had over 50 rangers participating. We house the home office of the Cumberland Trail State Park and provide that office space to them in exchange for ranger programming. Since we will use a building and not just land at Booker T. Washington, we do pay a monthly rental fee of $1,000 as defined in the MOA.

(g) If you intend to contract with specific educational service providers, such as a charter management organization (CMO), please detail:

Not Applicable

**1.10 is not applicable and is, therefore, not included.**

## 2.11 Waivers

Pursuant to T.C.A. § 49-13-105, a sponsor of a proposed charter school may apply to either the local education agency or to the Commissioner of Education for a waiver of any state board rule or statute that inhibits or hinders the proposed charter school's ability to meet its goals or comply with its mission statement.

Waivers may not be granted for requirements related to:
• Federal and state civil rights;
• Federal, state, and local health and safety;
• Federal and state public records;
• Immunizations;
• Possession of weapons on school grounds;
• Background checks and fingerprinting of personnel;
• Federal and state special education services;
• Student due process;
• Parental rights;
• Federal and state student assessment and accountability;
• Open meetings;
• At least the same equivalent time of instruction as required in regular public schools;
• Teacher evaluation; or
• Requirements in the charter school statute, T.C.A. 49 Chapter 13 or State Board of Education rules and regulations specific to charter schools.

| T.C.A. Citation | Description of Statute | Proposed replacement policy or practice | How this waiver will increase student achievement |
|---|---|---|---|
| T.C.A. 49-5-101(a) | Staffing requirements – licensed principal | Typically, charters recruit and interview all highly qualified candidates. It is not required that the school leader be licensed, just teachers, but the waiver must be asked for in the application. | We reserve the option of using non-principal-licensed personnel for administrative leadership at points during the school's existence. However, we do and will always keep at least one licenced principal on staff, and we have a core of retired principals on as part-time staff to coach or mentor any administrator. This will increase student achievement in more than one way. 1) Unlicensed personnel are generally less expensive which allows those gained dollars to be used for direct student services such as |

| | | | |
|---|---|---|---|
| | | | educational assistants which data shows increases student achievement. 2) Incorporating the use of decades of experience from retired principals to compensate brings a wealth of know-how, best practices, and patience at a level that could probably not be achieved by one person. |
| T.C.A. 49-5-401 | Hours and Benefits – Teacher Assignment | Charters sometimes utilize an extended schedule/calendar. Teachers usually receive additional compensation for additional hours. | In our 6th-12th school, by adding outdoor active learning to our daily educational routine we have been able to change the trajectory of students to increase their achievement as evidenced by parent testimonials and near 100% graduation rate for several years running. In order to properly train our teachers for outdoor learning and the Classical model's curriculum, we need to have additional professional development which means they come more than the 201 teacher days. This increases student achievement by the fidelity to methods it produces. |
| T.C.A. 49-6-304A(2) D | Hours and Benefits – School Term Vacations and Other Non-Instructional Days | If a charter operates on an extended calendar or extended school day (i.e. afternoon tutoring, related arts after regular school hours, etc.), they will ask for this waiver. | We have written our calendar and daily schedule to be the same as the district's, but we request this waiver in the event that there could be a temporary need for adjustment. This will increase student achievement in cases where there might be a global pandemic and we need to extend the school day or year for additional instruction. |

| | | | |
|---|---|---|---|
| T.C.A. 49-6-3004 | School Management/Operational Waivers – School Year Commencement | If a charter school uses extended calendar, they may start before the traditional schools or extend the school year after the traditional school year. | We begin our PD before the district. We request this waiver. Again, this would increase student achievement by teachers being more extensively prepared for our model. |
| T.C.A. 49-6-206 | Curriculum – Use of Unapproved Textbooks | This ensures a charter school can utilize the texts they believe will help their students achieve under their system regardless of whether they are on the approved list. Most charters consider this essential to their operations. | We propose to use the collection of curriculum as described in section 1.3. We request this waiver. It will increase student achievement by enabling us to support our model with the appropriate curriculum. |
| T.C.A. 0520-1-3-05 | Curriculum – Fine Arts | Unless it is a high school where fine arts credits are required, a charter school schedule may not have room for fine arts classes, or they may be offered in different ways. For instance, during Intercession, or extended summer classes. | We will always have fine arts, but we may not have a certified fine arts instructor the first few years of this school. We request the right to have a teacher of record who is not fine arts certified to direct students for their fine arts instruction until we can work up to this position.This will increase student achievement by ensuring that students always get the benefit of fine art instruction. |

| | | | |
|---|---|---|---|
| T.C.A. 49-3-306(a) | Compensation – Licensed personnel salaries | Most charter schools pay above the district average, or have some sort of bonus plan where teachers can earn more during the year. | We use the district's salary scale as a base, but pay signing bonuses, merit bonuses, and additional for high needs areas compensations in over and above the district's scale. We request this waiver and the right to not follow the district's salary scale. This will increase student achievement by making us competitive for high quality teachers in the hiring market. |
| T.C.A. 8-23-206(a) | Compensation – Longevity Pay | Again, most charters have different compensation pay than just step raises or years of service. | We frequently vary from the district regarding experience pay. We request the right to set our own compensation longevity pay. This will increase student achievement by making us competitive for high quality staff in the hiring market. |
| T.C.A. 49-5-5002-5010, 49-5-5206-5209, 49-5-5301,49-5-5304, 49-5-5401, 49-5-5405, 49-5-5406, 49-5-5501, 49-5-5504-5506 | Promotion and Evaluation – Career Ladder | Charters do not have to honor teachers who still collect the bonus unless they do not ask for this waiver. | We currently pay our career ladder employees. The district works with us for the state reimbursements. We want to continue with the same plan. Therefore, we do not ask for this waiver. We wish to continue to pay our employees their CL bonuses. This will increase student achievement by allowing us to retain our veteran teachers instead of them exiting to go where they could earn $1,000+ per year. |

| | | | |
|---|---|---|---|
| T.C.A. 49-5-5205 | Promotion and Evaluation – Third Year Apprentice Educators | Most charters outline performance expectations and guidelines in their offer letters or contracts, and these are usually one year agreements. They are not bound by usual state guidelines unless they do not ask for a waiver. | We have annual contracts. We request this waiver to utilize one year contracts even with practitioner and apprentice teachers. This will increase student achievement by allowing us to move along teachers who are not responding to coaching, and get better teaching for our students in the classroom. |
| T.C.A. 49-5-408-409 | Tenure – Evaluation Contracts and Employment Termination | Charters assess teachers based on performance and also their contracts. Tennessee is an "at-will" state and tenure does not apply unless this waiver is not asked for. | We do not have a tenure system and base contract renewal on performance. We request this waiver. This will increase student performance by allowing us to focus on students, instead of a staff member who has not responded to coaching. |
| T.C.A. 49-5-501-513 | Tenure – Tenure | Again, employment at a charter school is "at-will." Tenure does not apply unless the waiver is not asked for. This enhances the ability of a charter school to attract and retain highly qualified staff. | We request this waiver since we do not honor tenure. This will increase student performance by allowing us to focus on students instead of a staff member who has not responded to coaching. |

| | | | |
|---|---|---|---|
| T.C.A. 49-3-316 | School Management/Operational Waivers – Local Fiscal Accounting | Charter schools are required to set up accounting according to state law, but not required to use the same accounts or ways that a school system uses. They are also required to have an outside audit, which traditional LEA's are not. | We operate exactly according to the TCA, so we **do not need this waiver.** |
| T.C.A. 49-6-4012(b) | School Management/Operational Waivers – Formulation and Administration of Behavior and Discipline Codes | Charter schools must have a comprehensive behavior and discipline code but it does not have to mirror the LEA. | We request this waiver. We use our district's discipline code; however, in the past, we have gone above and beyond what is defined by the district in order to academically and behaviorally service some of our students in need of behavior modification. We are small and can seek out personalized options more so than a district with 40,000 students. This will increase student achievement by increasing the likelihood of their success. |
| T.C.A. 49-3-311 | Capital Outlay | This gives charter schools control of non-health and safety standards for school sites and allows the charter governing board rather than the LEA governing board to make decisions on capital expenditures. | We request this waiver. Our financial policies and procedures define our board as the authority for capital expenditures. This will increase student achievement by keeping the decision makers closer to the need, which will hopefully mean that they understand the need more than a board that is distanced. |

| State Board of Education Rule or Policy | Description of Rule or Policy | Proposed Replacement Rule, Policy, or Practice | Ivy Specific Notes |
|---|---|---|---|
| SBR 0520-1-3-07(2) | Staffing Requirements-Library Information Center Personnel | Charters typically do not have traditional libraries or media centers, but use public libraries for their needs. | We request this waiver. Our students will initially have access to our 6th - 12th library which has an extensive children's reader section. However, we will not have a licensed librarian to staff that library. This will increase student achievement by enabling students to still utilize a library, but not having to commit funds towards a librarian. |
| SBR 0520-1-3-05 | Curriculum – Health, Physical, and Wellness Education | Many times charters do not use standard health and wellness curriculum, and may have a staff member such as the Principal or Dean oversee the wellness and health curriculum. | We request this waiver. We utilize community helpers for a portion of our health and wellness curriculum. This increases student achievement by increasing student engagement with community helpers. |

**2.12 Network Vision, Growth Plan, & Capacity (for Existing Operators)**
In this section:

(a) Describe the network's strategic vision, desired impact, and five-year growth plan for developing new schools in Tennessee. Include the following information: proposed years of opening; number and types of schools; any pending applications; all currently targeted markets/communities and criteria for selecting them; and projected enrollments.

### Growth Vision

This is our second school. After achieving a record of success with a second school for a time period of at minimum three to five years, we will consider replicating this model on a larger scale. We have had a conversation with leaders at TDEC about the prospect of every state park having a partnering school.

(b) Provide evidence of organizational capacity to open and operate high quality schools in Tennessee and elsewhere in accordance with the overall growth plan. Outline specific timelines for building or deploying organizational capacity to support the proposed schools.

NA, because although we have a dream of a school at every state park, we are still at least one more record of success away from formulating any type of replication plan.

(c) If applicable, list any schools that were previously approved by this or another authorizer but which failed to open or did not open on time, and explain the reasons for the failure or delay.
NA

(d) Discuss the results of past replication efforts and lessons learned – including particular challenges or troubles encountered and how you have addressed them
NA.

(e) Discuss the greatest anticipated risks and challenges to achieving the organization's desired outcomes in Tennessee over the next five years and how the organization will meet these challenges and mitigate risks.

### Challenges and Risks

The challenges and risks are related to the unpredictable political climate and the resulting impacts upon charter schools' finances and ability for growth.

(h) Provide, as **Attachment L**, the organization's most recent annual report.

**2.13 Network Management (for Existing Operators)**
In this section:
(a) Identify the organization's leadership team and their specific roles and responsibilities.
(b) Provide, as Attachment M, the organization charts for
Year 1 network as a whole (including both network management and schools within the network),
Year 3 network as a whole and
Year 5 network as a whole.

Letters (a) and (b) are covered in **Attachments G & M**.

The network organization charts should clearly delineate the roles and responsibilities of – and lines of authority and reporting among – the governing board, staff, any related bodies (such as advisory bodies or parent/teacher councils), and any external organizations that will play a role in managing the schools. If the school intends to contract with a charter management organization clearly show the provider's role in the organizational structure of the school.

(c) Explain any shared or centralized support services the network organization will provide to schools in Tennessee. Describe the structure, specific services to be provided, the cost of those services, how costs will be allocated among schools, and specific service goals. How will the organization measure successful delivery of these services? (In the case of a governing board proposing to contract with a management organization, service goals should be outlined in the term sheet and draft contract). Using the table below, summarize school- and organization-level decision-making responsibilities as they relate to key functions

| Function | Network Decision-Making | School Decision-Making |
|---|---|---|
| Performance Goals | | X |
| Curriculum | | X |
| Professional Development | X | |
| Data Management and Interim Assessments | | X |
| Promotion Criteria | X | |
| Culture | | X |
| Budgeting, Finance, and Accounting | | X |
| Student Recruitment | X | |
| School Staff Recruiting and | X | |

| | | |
|---|---|---|
| Hiring | | |
| H/R Services (payroll, benefits, etc.) | **X** | |
| Development / Fundraising | **X** | |
| Community Relations | **X** | |
| I/T | **X** | |
| Facilities Management | **X** | |
| Vendor Management / Procurement | | **X** |
| Other operational services, if applicable | **X** | |

## 2.14 Network Governance (for Existing Operators)

(a) As applicable, describe the governance structure at the network level and how that relates to the individual school. Will each school/campus have an independent governing board, or will there be a single network level board governing multiple schools? The remaining questions in this section apply to a network-level board.

### Board Network Structure

We will begin as one board. We have a set of bylaws defined for each 501c3, and legally we can split to separate boards once our growth permits.

(b) Discuss the plan for satisfying the statutory requirement of either: having a parent from one of the network's Tennessee schools serve on the governing body, or having advisory councils at each school.

We seek out diversity of ethnicity, age, and socioeconomic status on our board. We have a dual initiation process for seeking out parent board members. We ask school staff what parents have demonstrated responsible and sound judgements regarding school topics, then ask them for suggestions about parent board members. We ask them to particularly keep in mind those parents whose perspective might not currently be represented on our board. We also ask our group of parents who of them may be interested, and provide a means for them to submit their names to the president of the board. This request currently comes through the Parent Teacher Organization. Once we receive input from these two groups, we hope that there are overlapping subgroups from which we can pursue parent board membership. We have never had so many names that a filtering process was needed.

For example, from 2015 - 2018 we had a minority single mother of two who was on our board as a parent representative. The board sought her out because we wanted her perspective represented on the board. She rotated off her three year term. Although we still have two parents of Ivy students on our board, we are soliciting staff for suggestions of minority parents for prospective board memberships.

(c ) Describe the size and composition (current and desired) for the board. Explain how the Proposed governance structure and composition will help ensure that there will be active and effective representation of key stakeholders.

(c) Describe the size and composition (current and desired) for the board. Explain how the proposed governance structure and composition will help ensure that there will be active and effective representation of key stakeholders.

The maximum size is 15, and minimum size is five. Current composition was displayed in our table in section 2.1. We want to increase the diversity of ethnicity. Steps towards that end

include asking parents of color to reach out to people of color they know within the community who would be willing to serve, and bring a skill and perspective to the board.

(d) Discuss the powers and duties of the governing board(s). Identify key skills, areas of expertise, and constituencies that will be represented on the governing board(s).

(e) Explain how this governance structure and composition will help ensure that
a) the school will be an educational and operational success; and
b) the board will evaluate the success of the school and leader.

**Composition, Duties, Powers, Structure**

Since we are just one school and a proposed school at this time, the descriptions of (d), (e)a and (e)b as covered in the school governance section stand as is. If there are any networking questions unanswered, please note and we will be glad to address at the in person interview about the application.

(f) Explain how the interests of individual schools will be balanced with network interests and how key stakeholders will be represented.

**Individual School Interests and Key Stakeholder Representation**

Representation was addressed in our school governance section. As far as one school not overshadowing the other, we are very conscious of board responsibilities to both schools, and of the schools' accountability to the board. Since these must both be fulfilled to comply with Tennessee law, we do not foresee a challenge in making sure that both schools' individual interests are served. We also know there is provision for two boards as we grow. We know that experience teaches us new things. We hope to learn from other charters within the state who have walked this path and learn as we progress how to overcome any challenges for one school's needs to overshadow the other, and how to balance the board service to both schools.

(g) Will the charter be held by the same existing non-profit board or will a new board be formed?
• If the existing board will also govern the new school:

o Include a copy of the by-laws and organizational chart, with emphasis on what changes, if any, will need to take place at the board level for it to be effective (i.e., add members, redistribute roles, responsibilities, etc.).

**We do not see any need for changes**

o Discuss any plans to transform the board's membership, mission, and by-laws to support the charter school expansion/replication plan. Describe the plan and timeline for completing the transition and orienting the board to its new duties. • If a new board will be formed:

**We made sure the bylaws reflect the new requirements about defining distribution of assets upon dissolution.**

o If a new board will be formed, describe how and when the board will be created and

what the relationship between the two boards will be. Please include biographies of new board members, roles and responsibilities needed to govern the proposed school, organizational chart, and governing board structure. If available, include the by-laws of the new governing board. Please indicate if the charter will ultimately be held by the existing non-profit or a different non-profit board board. If the latter, explain the transition.

After we gain charter approval, we hope to garner board members who have their focus more on elementary education. Once we have the maximum number of board members on our current board, we will split to form the new board. The separate non-profits both will have their own boards. This will allow for more specialized support. The by-laws of the new non-profit are included as **Attachment F3**.

**Note:** **2.15** is displayed in **Attachments G & M**

| **Schools** | **Year 1** | **Year 2** | **Year 3** | **Year 4** | **Year 5** |
|---|---|---|---|---|---|
| Number of Elementary Schools | 1 | 1 | 1 | 1 | 1 |
| Number of Middle/High Schools | 1 | 1 | 1 | 1 | 1 |
| Total Schools | 2 | 2 | 2 | 2 | 2 |
| Student Enrollment | 526 | 590 | 654 | 726 | 870 |

Back Office, Elementary/Secondary staff, are covered in our staffing **Appendix 9.**

**3.1 Planning and Budget Worksheet - Attachment N**

Public charter schools are required to operate under an annual budget on a July 1 – June 30 fiscal year. For purposes of this application, the proposed charter school must submit the Public Charter School Planning and Budget Worksheet which is provided on the department's website. Provide, as Attachment O, a detailed budget for the proposed school. The budget must include:
(a) All anticipated revenues and expenditures
(b) A back-office budget
(c) Financial implications of facilities plans
(d) Explicitly detail major assumptions including but not limited to:

- Student enrollment;
- All anticipated funding sources, including:
  - o Local, state, and federal per-pupil funding; eligibility levels; and annual increases;
  - o Other government resources;
  - o Private fundraising;
  - o eRate;
  - o Student fees;
- Compensation, including: salary table and number of staff by position; Yearly pay increases; and Pension contribution and other benefits
- Line items for each major expense and delineation of assumptions, including: Instructional materials and supplies; School equipment and furniture; Technology for student and instructional use; Professional development; Student assessments; Student information system; Special education services; Student activities; Contracted services at school (audit, I/T, PD, etc.); Rent and utilities; Office supplies and equipment; Technology for administrative use; Fundraising materials and resources (non-staff); School startup costs;
- Management fees and any other management compensation to the CMS or network (if applicable);
- Facility scenarios; and
- Capital, contingency, and insurance reserve funds.

Both the budget forms and narrative should specify the amount and sources of funds, property, or other resources expected to be available through banks, lending institutions, corporations, foundations, grants, etc. Note which are secured and which are anticipated, and include evidence of firm commitments, where applicable.

**3.2 Budget Narrative**
(included as **Attachment O**, also)
(**Attachments O, O1, O3, O5** show realistic budgets per year)

As **Attachment O**, present a budget narrative including detailed descriptions of budget assumptions, revenue, and expenditure projections reflecting proposed growth over time. In this section include:

(a) A plan for compliance with state and federal accounting and reporting requirements; How the proposed budget is adequate to ensure your proposed school model can be implemented fully and how it supports your theory of action concerning student achievement;

### Planning for Budget that Supports School Success

When formulating budgets for charter schools, one must think of cost per budget category per cohort or class. Students cannot be added "one at a time" for the purpose of additional funding if we run short on funds. Surprisingly, when a funding need surfaces, this a popular suggested solution by those who have not managed charter school transportation, facilities or staff. One more student over 16 in a kindergarten class breaks the pattern for success. So we plan carefully, and most of all network with our community partners for in kind donations to make services go farther than they ever could if we were only depending upon BEP for funding. Students come in serviceably sized groups ONLY. For example, each student requires a teacher of record, an educational assistant, one special education teacher per approximately 65 students, cost of one bus for transportation per approximately 60 elementary-sized students, food service personnel (because the cost for labor is rarely covered by the federally reimbursed meal price), seasoned administrators, facility costs, support personnel costs, curriculum and technology costs, communication costs, and operational overhead costs such as for liability insurance.We have planned for excellent service to our students with staffing, facilities, and curriculum when formulating our budget. That is how our budget supports student achievement.

### Compliance

We will contract for audit each year before June 30. This contract will be executed, submitted to the comptroller, uploaded, and verified on the CARS site.

(b) An explanation of student enrollment and BEP projections;

### Projections

We have formulated our budget according to our growth plan of 64 kindergarteners (16 per each of four classes) each year. We stayed with the BEP amount per student as of fall 2019 because we felt presumptuous to assume otherwise. Economies and tax revenues are unpredictable. We like to budget income conservatively and expenses liberally. This turns out best by year's end.

(c) An explanation of all anticipated funding sources, including grants, state, federal, and local per-pupil eligibility, other government resources, private fundraising, eRate, student fees, donations, etc.;

### Revenues

Our regular recurring revenue sources listed in the budget are BEP, capital outlay, IDEA, Title II, Charter School Facilities Grant, ERate reimbursement funding, and other local revenues. We have specific amounts per year for each of these categories in our budget. We have not included fundraisers or donations in our revenue. We will receive those and we will put them to use servicing students either through staffing, instructional materials, or facilities, but we plan our budget with the basics, not the extras.

This is our list of recurring revenues:

1. BEP
2. Capital outlay
3. Contributions & gifts
4. Title funds
5. IDEA
6. Reimbursements for student meals. This does not provide “income” *per se*, because it does not even fully cover the cost of the SNP, but it is in the income category and tied to the state chart of accounts #43521, and, therefore, should be mentioned in the revenue section.

(c) An explanation of all anticipated expenditures including salaries and benefits, yearly pay increases, instructional materials and supplies, equipment and furniture, technology for both student and instructional use, professional development, special education services, student activities and field trips, contracted services (ex. CMO, audit, payroll, IT, etc.), rent and utilities, office supplies and equipment, management fees, capital, contingency and insurance reserve funds;

### Expenditures

We have six main categories of expenditures in our working budget, which differs slightly from the budget template provided, but allows us to follow expenses more efficiently. We have these four categories and have listed some of the major subcategories:

1. Personnel
    a. Instructional, administrative, support staff
    b. Financial staff
    c. Payroll expenses
    d. Employee benefits
    e. Staff development
    f. Background and hiring
2. Office and Overhead
    a. Advertising
    b. Audit services

   c. Dues & Memberships
   d. Travel
   e. Postage
   f. Office supplies
   g. Liability insurance
   h. Other supplies and materials
3. Student Services
   a. Contracts with transportation vendors
   b. Evaluation and testing
   c. Medical supplies
   d. Food supplies
   e. Instructional supplies and materials
   f. Textbooks
   g. Field study expenses
4. Facilities
   a. Land & Building payments or rental
   b. Telephone and communications
   c. Janitorial Supplies
   d. Building maintenance and repairs
   e. Disposal fees
   f. Custodial supplies
   g. Electricity
   h. Gas
   i. Water & sewer
5. Debt Service
   a. Our goal is to have no debt service at our new school.
6. Capital Expenditures
   a. Building and land improvements
   b. Furniture and equipment

(d) The systems, processes, and policies by which the organization and school will manage accounting, purchasing, payroll, and audits. Include any draft policies on financial controls, etc.;

### Financial Policies and Procedures

A copy of our Financial P & P is provided as **Appendix 10.**

(e) How the school will provide an independent annual audit of organizational and school level financial and administrative operations;

### Audit

Our independent auditor does a thorough job of investigating through questionnaires about organizational processes and operations. That is all we have ever experienced. Our question might be, "How could a charter school not provide this information to its auditor?" Sample questionnaire attached as **Appendix 11.**

(f) Your team's individual and collective qualifications and capacity for implementing the financial plan successfully;

### Financial Management Qualifications

Under the current administration, there have never been any material findings on audits, and this tenure spans ten years. We take the job of handling taxpayer dollars very seriously. The same team who manages the finances now will be involved in the finances going forward. As growth allows, new people will be trained by the current financial managers to handle the finances in accordance with our defined policies and procedures. For the first two years of our current 6th-12th school, the financial operations were not in compliance with state requirements. In order for the school to go beyond its second year, swift corrective action had to take place. In 2011, the newly elected treasurer (who also was an auditor) of the board, along with the incoming administration worked to create financial policies and procedures including strict internal controls. Meticulous financial accountability has been an emphasis since that time, and will continue to be. We have faithful community partners who contribute time and in kind donations to our school. We wish that we had a record of multiple large cash donations, but we do not. The financial structure needed to support the growth we have seen over the past seven years is a result of stability built by strict adherence to a budget, policies, and procedures. We purpose to continue this attitude about finances going forward.

(f) The roles and responsibilities of the school's administration and governing board for school finances and distinguish between each;

School administration is responsible for the day to day management of funds, and responsible for offering access and transparency to the board treasurer. The financial managers are responsible for formulating and presenting a budget to the board for annual approval in June. They are also responsible for keeping spending within the budget.

The board treasurer is able to walk into the school accounting office at any time to view our bank statements and bookkeeping system. Only dual signatures of the board chair and treasurer can obligate the school for an amount over $5,000. No changes that would impact the budget for over $5,000 can be made until the board approves.

As a part of the board's fiduciary duties, they review a profit and loss and balance sheets quarterly, and ask any questions they please. The executive director or charter operator should be able to answer any financial questions that the board can ask. Occasionally, a question more on the auditor level may come up. When that is the case, they search out the answer and report either at the next board meeting or via email.

(g) Plans for outsourcing

### Outsourcing for Back Office

We utilize QuickBooks accounting systems and run our payroll through QB as entered by our bookkeeper. Our financial P & P only allows for payroll to be processed after a hard copy is

signed by the top financial manager as “pay as is.” We currently utilize a contracted bookkeeper, but as the school grows and that becomes a full time position, we will shift to an employee. This bookkeeper comes highly recommended by our auditor whose firm audits seven of the municipalities in Hamilton County and has for years. The process by which we choose an auditor is defined by TCA. We have utilized two auditors both of high reputation in the history of our school. Our current audit firm is well acquainted with governmental audits and has an established communication thread with the comptroller's office. We periodically rebid the audit for the purpose of best pricing and comparison of services. The bid process for the audit includes board and administration interviews. Our employee benefit packages are secured through the standard legal bid processes. There is a layer of security in using reputable providers who render services to multiple clients. We do not outsource fundraising.

(h) The school’s contingency plans to meet financial needs if anticipated revenues are not received or are lower than expected;

Since we budget for all services with basically the guaranteed revenue received if we have any students at all, we do not plan to be in a position where revenues are not received. We feel that borrowing money leads to not only a budget deficit, but to a staff deficit as well. We should not be operating if we are not sustainable.We do, however, have a $175K line of credit with First Horizon Bank for unforeseen sudden expenses. If the in kind donations or the anticipated cash donations fail to materialize, we would come up with another plan. Being resourceful and creative are required characteristics for operating a charter school in Tennessee.

(i) The Year 1 cash flow contingency, in the event that revenue projections are not met in advance of opening;

### Unmet Revenue Projections

If revenue projections such as the Charter School Facilities Grant funding are not received, we would focus even more effort into leveraging community partner support. If needed, we could have one more planning year. We have excellent relationships with our banks and can qualify for a business credit line at any time.

(k) How one or more high needs student with disabilities might affect the budget and your plan to meet student needs that might be more than anticipated; and

### High Cost Services for Students with Disabilities

Ivy Academy participated on the panel giving input for House Bill 1870 and Senate Bill 1901 during the 2018 Tennessee Legislative Session. These were the bills that became law which address the issue of high cost services to students with disabilities, and how to access the reserve funds at the state level for this need. This new law enabled charter schools, not just districts, to apply for these funds. We were solicited to participate in the discussion because of our disproportionately high percentage of SWD that we service annually.

We were able to influence some language of the final version of the bills to be more friendly to students with disabilities, and felt the final version of the bills would benefit students. Because of watching another local charter school walk through the process of trying to directly access these funds for required high cost services, we would like to note that our perception at this time is that the process to secure these funds is not adequate for charter schools. We would also like to note that in our opinion, the threshold to qualify to receive these reserve funds is too high. We feel that any charter school shouldering the cost to service a special needs student where that cost is anything above 200% of the per pupil funding should be able to access these reserve funds. Compared to districts, charter schools have a much smaller pool to draw from when reapportioning funds from one area of student services to another, and not just overall, but proportionally as well. This leaves four options that we know of for solutions to meeting this demand.

1. The per pupil funding received for other students can be used to service the high cost services.
2. Research and apply for grants to meet that specific need, if they exist at all.
3. Donations can be solicited for the specific cause.
4. Examining the need to see if there are any other options of less cost which will meet that need. We offer more on this in the paragraph below.

We have not had high costs associated with services for SWD that were in excess of 230%. We have had costs that were between 150% and 200% of the per pupil funding. These costs were associated with intense physical therapy for students with a diagnosis of cerebral palsy. We are thrilled to report that because of our model, we currently have two students with CP diagnosis whose PT costs were as mentioned above when coming to us, but have been able to drop PT all together. The therapist remarked that the daily walking over the uneven terrain of our trails offered much more to the students than she ever could through PT. The difference in the gait of these students between now and when they first came to us is astounding. This is an example of what we mean by the fourth option listed for solutions to high cost services. We understand that an alternative such as this may not always exist, but it is worth examining when presented with a high cost service situation.

1 Both the budget forms and narrative should specify the amount and sources of funds, property, or other resources expected to be available through banks, lending institutions, corporations, foundations, grants, etc. Note which are secured and which are anticipated, and include evidence of firm commitments, where applicable.

**3.3 Network Financial Plan - parts that are applicable - most covered in attachments**

(for Existing Operators Required to Complete Sections 3.1 and 3.2)

We do not include an **Attachment P**. Since each school is a separate EIN with separate governmental audits, we are keeping the finances separated. Any sharing of personnel would be done through separate partial payments from each school, or one school invoicing another if issues with tying TCRS to more than one school became an issue. We have shared employees with Chattanooga State Technical Community College before, and tying one employee to two schools in the TCRS system can be complicated or even prohibitive.

In this section:
(a) Describe the fiscal health of other schools in your network. Are any of the schools on fiscal probation or in bankruptcy?
(b) Explain how the organization will reach its fundraising goals over the next five years. Provide a development plan that includes staffing needs.

**Fiscal Health and Fundraising**

The fiscal health of our current school is robust. Our only debt is for our facility. The monthly mortgage payments cost less per square foot than it would to rent a comparable space. We have a balanced budget annually, and will continue this practice with any new schools added to our network.

Our current school focuses on one major fundraiser per year each spring. We have one planned for the fall for the new school which will compliment the spring event of our current school. Each spring our current school hosts a trail run and festival in conjunction with one of our community partners, The Cumberland Trail State Park. The event is called Running with Sasquatch and the Cumberland Trail Spring Festival. Rock/Creek, The Northface, and Kelly Subaru are annual sponsors. There are other sponsors who support the event on a one time or rotating basis. This event is a family friendly festival with food, crafts, wildlife exhibits, and guided hikes in addition to the trail run. The fall event will be a local food fair featuring kitchen decor and local cuisine.
(c) Provide, as **Attachment P**, a detailed budget for the network. You may reference school level budgets provided in Sections 3.1 and 3.2, as appropriate. Applicants must submit financial forms detailing:

**These budget details are referenced by state chart of accounts numbers. We will note which state chart of accounts numbers are associated with the cost of each specified cost or revenue in blue beside the description:**

- A back-office budget; - as line items 119, 161, 399, 533, 302. 305, 320, 348, 435, 506
- Financial implications of facilities plans; - as line items 351, 307, 335, 359, 410, 415
- All major assumptions including but not limited to:
  - o Student enrollment; - cell E5 in each budget
  - o All anticipated funding sources (at the network level), including: local, state, and federal per-pupil funding; eligibility levels; and annual increases; other government resources; private fundraising; eRate; student fees; - line items 3800, 43521, 44570, 4490, 47141, 47143

• Total employee compensation (network/CMO level), including the percentage of the total compensation allocated for the proposed school; - line items 116, 119, 123, 139, 161, 163, 195, 201, 204, 207, 210, 212, 399, 524, 533
• Management fees and any other management compensation to the CMO or network (if applicable); and
• Capital, contingency, and insurance reserve funds.

**4.1 Past Performance**

For applicants with only one school in their network, please mark not applicable where necessary. In this section:
(a) Describe your existing educational program and whether or not it is a success.

**Existing Program**
Our existing education program is effective in academics as evidenced by our academic data, and by our parent surveys. Parent surveys are appendices **12A** and **12B.** The past two years' parent data reflect that 92% of students' attitude about school has improved since attending Ivy Academy. Improved attitude about school goes a long way towards improved academics.

(b) Provide detailed student achievement and growth results for each school in the network as **Attachment Q**.

(c) Have the schools in the network demonstrated success in raising student achievement levels by meeting/exceeding state and national standards for most students?
**Attachment Q**

(d) If applicable, provide the graduation rates for each school in the network.
Graduation rate for **2018 97%**
**2019 92%**
**2020 100%**

(e) - (f) are **Not Applicable** since at present we are a single school and this information has been submitted in other sections, attachments or appendices.

(g) Provide the more recent performance report from your authorizer.
We have never been issued a report from our authorizer. We have included our annual reports to TDoE as **Attachments R1** and **R2**.

We examined the option of accreditation. We have not gone through that process yet. We will in the near future, and then can have reports from an accrediting organization. The only report we have is the Tennessee report card. Often our data is not completely accurate on that site which we attribute to not being able to manage inaccuracies in EIS. We have tried to remedy that problem, but have not been successful. The state advises us to get with our district, yet the district personnel under whose responsibility that falls made it clear that we cannot have access to EIS. We would appreciate some help to get this rectified.

(h) For all schools operating in TN, provide at **Attachment S** two years AFS, internal FS including balance sheets.

**Attachment S1** - Audited Financials June 30, 2018

**Attachment S2** - Audited Financial June 30, 2019
(Field work completed and audit in progress for SY 19-20)
**Attachment S3** - Current P & L
**Attachment S4** - Current Balance Sheet

Note about balance sheet: We must consistently store up funds for two reasons. One is that we only receive payments of revenue for ten months out of the year, but we have expenses 12 months out of the year. The other is that being a recipient of USDA ORD funds require us to have reserve funds which are defined by the loan agreement. USDA holds the mortgages on our facilities (our only debt which is secured by the real property) and as a recipient of the community improvement grant/loan the grantee agrees to set aside the specified amount. This is monitored by USDA. In efforts to not exceed the amount covered by FDIC in any one non-checking account, we have multiple savings accounts, which are discernable on the balance sheet.

(i) List any contracts with charter schools that have been terminated by either the organization or the school, including the reason(s) for such termination and whether the termination was for "material breach."

None

(j) List any and all charter revocations, non-renewals, shortened or conditional renewals, or withdrawals/non-openings of schools operated by the organization, and explain what caused these actions.

None

(k) Explain any performance deficiencies or compliance violations that have led to formal authorizer intervention with any school operated by the organization in the last three years and how such deficiencies or violations were resolved.

None

(l) Identify any current or past litigation, including arbitration proceedings, by school, that has involved the organization or any charter schools it operates. If applicable, provide in **Attachment T:**

(1) the demand,
(2) any response to the demand, and
(3) the results of the arbitration or litigation.

2011

1) Demand from the school for repayment of undocumented expenses by the bookkeeper.
2) Response: The founding director, Marie D., operated without proper internal controls, and the board did not execute its fiduciary duties in years one and two of the school while she was director. After the first year's audit, the auditor documented findings and

sent a letter to the board regarding lack of controls. The board failed to respond or remedy the deficiencies in that year. After the board elected the new executive director, A. M., she began an investigation which led to charges against the bookkeeper. As a result, the bookkeeper who was an employee of the school was charged with employee theft in excess of $10,000. This was a State of Tennessee versus the bookkeeper case, and her attorney was able to defer court dates again and again until the alleged offense was past the statute of limitations.

3) Litigation: The case was never adjudicated. We spoke with the State Attorney General's office twice to check on the process over the course of the first four years of waiting. They reported that the date for the case was deferred. The school's employee theft policy covered the losses for the school. For further information, you may contact the AG or Mrs. Markum.

2011

1) Demand by River Road Group for $20,000 from the school.
2) Response: The founding director, Marie D., and board had secured promotional services for the school from an organization called The River Road Group for a sum of $40,000. The organization had helped the school with one connection for a service project at Lula Lake, and that was the extent of services delivered, along with a list of entities "cultivated" about the school with whom RRG purported to have connected with the intent of raising funds for the school. Ms. D. and the board had paid RRG $20,000 towards the contract fulfillment, and then Ms. D. resigned. When the invoice came due for the balance of the contract, and the new executive director, A.M. read the contract, she refused to pay until the school received substantial deliverables for the cost. The school never saw deliverables. Consequently, the bill was not paid, so RRG sued the school.
3) Litigation: The case was adjudicated and the judge deliberated just five minutes before he ruled in favor of Ivy Academy. The RRG appealed the case, and because they appealed, Ivy Academy's Board filed countersuit asking for the refund of the $20,000 already paid, because with the only deliverable being one connection for a service project, that was an exorbitant cost. The RRG let this remain in the court system for five years, and finally dropped the suit in 2016. If a suit is dropped, then its countersuit is as well. As of June 17th, 2016 this matter was closed. Hamilton County Department of Education was kept abreast of the events in this case at the time. Any further needed information can be obtained from attorney Ed Schemel of Shemel Lecroy Shemel on McCallie Avenue.

2020

1) The school demands deliverables or a refund of $10,000 paid towards the contracted appliances.
2) During the construction project for additional academic space in 2017-2018, a vendor was paid for custom sized appliances in November 2018 at a cost of approximately $10,000. The appliances were not delivered. The school contacted the vendor, who repeatedly promised to deliver or refund the money over the course of the next 12

months. He brought a refund check to the school, which bounced upon deposit. The school turned the matter over to one of our attorneys who issued a demand letter. Again, the refund was promised but not delivered. The process of trying to solve the matter outside of court ended in early January 2020, and we filed suit to recover the school's payment from this vendor who has acknowledged never having delivered the appliances.

3) Litigation: The case was adjudicated February 10, 2020, and the judge levied a $20,000.00 judgement against the defendant, Mr. B to repay the school for its losses and court costs. Because we were a public school, the judge took particular offense to the defendant's actions and levied the maximum judgement amount allowable by law with his judgement. The defendant then filed bankruptcy in order to avoid paying the school. We followed the bankruptcy process, but there were no assets from which to draw $20,000.00 or even $10,000.00, so the school suffered an irrecoverable loss. Our attorney graciously did not charge for his services. Any further questions about this matter can be addressed to attorney Steve Duggins of Duggin Law Office on Standifer Gap Road, Chattanooga.

# End of Application Narrative

# 194 Pages

# EXHIBIT 141

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**NORTHERN DIVISION (KNOXVILLE)**

| | |
|---|---|
| THE WILBERFORCE ACADEMY OF KNOXVILLE, *Plaintiff*, | Case No. 3:25-cv-584-CEA-DCP |
| v. | District Judge Charles E. Atchley |
| KNOX COUNTY BOARD OF EDUCATION, et al., *Defendants*, | Magistrate Judge Debra C. Poplin |
| RICHARD COBLE, et al., *Intervenor-Defendants*, | |
| ADRIENNE CARROLL, et al., *Intervenor-Defendants*. | |

**DECLARATION OF ZACHARY WISHART**

I, Zachary Wishart, declare as follows:

1. I make this declaration in my individual capacity based on my personal knowledge and in my capacity as a corporate representative based on information known and reasonably available to the Wilberforce Academy of Knoxville. I am over the age of 18, of sound mind, and otherwise competent to sign this declaration. If called to testify about these matters at trial, I would do so.

2. I am the executive director of the Wilberforce Academy of Knoxville, the plaintiff in this litigation.

3. I am also the middle and high school principal at River's Edge Christian Academy, a private religious school in Knoxville.

4. Annual tuition as River's Edge is $6,700 for high school. Tuition is lower for earlier grades. For all grades, annual tuition is below the $7,530 scholarship awarded per student by Tennessee's Education Freedom Scholarship Program.

5. Thanks to the Education Freedom Scholarship Program, over 500 of River's Edge's 740 students attend this private Christian school for free.

6. On August 11, 2026, Governor Bill Lee appointed me to serve on Tennessee's Advisory Council for the Education of Students with Disabilities. The Council consults with the governor, the state commissioner of education, and the state department of education on how to better meet the needs of disabled students across the State.

7. Union Academy submitted its letter of intent on December 1, 2025, days after Wilberforce had already submitted its letter of intent and filed this lawsuit.

8. I first heard of Union Academy on the evening of April 28, 2026, after the Madison County Board of Education had approved its application. I had no knowledge of Union Academy when Wilberforce submitted its letter of intent or when it chose not to submit a futile application by the deadline of February 2, 2026.

9. The chair of the Madison County Board of Education solicited Union Academy's application. No member of the Knox County Board of Education has ever encouraged Wilberforce to submit a charter application. Instead, as I have previously explained, the Knox County Board of Education has responded to Wilberforce's efforts to open a charter school by reaffirming that it complies with the existing bans on religious charter schools. The approval of Union Academy gives Wilberforce no reason to believe that the Knox County Board of Education would give an application to open a religious charter school any, let alone equal, consideration.

10. The Madison County Board of Education approved Union Academy by waiving the statutory requirement that charter schools be nonsectarian and nonreligious. The Knox County Board of Education has repeatedly stated that it has no authority to grant such a waiver, and it voted down a resolution to ask the state commissioner of education to consider granting Wilberforce such a waiver. In addition, as I have previously testified, Wilberforce objects to approval by waiver. If Wilberforce proceeded under a waiver, it would periodically have to seek renewal of the waiver. At the point of renewal, state or county officials would have complete discretion to end Wilberforce's continued

existence. Wilberforce would struggle to persuade donors, families, and teachers to invest long-term in its school under this regime. And Wilberforce objects to the intrusive process of government officials making a value judgment of whether Wilberforce's religious mission is worth accommodating.

11. Additionally, on August 14, 2026, Wilberforce was forwarded an email from Elizabeth Fiveash, the CEO of the Tennessee Charter School Center, also dated August 14, 2026, from one of the original recipients. The Center has previously admitted that these emails go to its "board of directors and grant funders" and are authentic. See Doc.128 at 4. In the August 14 email, Fiveash provides the following update on Union Academy: "We also anticipate another lawsuit out of Jackson-Madison, which recently approved a religious charter school application from Union University." As I have previously testified, the threat of such litigation is a major reason why Wilberforce is here in this lawsuit trying to establish its constitutional rights in advance.

Good morning, partners,

I'm writing to share an update on the *Wilberforce vs. Knox County Board of Education* case.

Earlier this month, both sides submitted motions for summary judgment to the court. Additionally, TCSC submitted an amicus brief (attached) to the court to provide information on the TN charter school sector and concerns about downstream impacts.

We anticipate in November/ December the Judge taking one of the following actions:

- Issue summary judgment in favor of the charter school parents (this would be a favorable decision; however, we anticipate Wilberforce would immediately appeal);
- Issue summary judgment in favor of Wilberforce (it is unclear if an appeal would be filed on behalf of the charter school parents in order to keep the decision limited to just Tennessee); or
- Move forward with a bench trial that will begin in January (this would be a favorable decision)

We will be sure to provide an update as soon as we learn of a decision.

We also anticipate another lawsuit out of Jackson-Madison, which recently approved a religious charter school application from Union University. We are watching the situation closely and will provide updates when we have them.

Lastly, I want to share a new legal website from the National Alliance for Public Charter Schools. This contains information on federal and select state charter school cases, main facts and issues, as well as relevant upcoming dates.

Please let me know if you have any questions.

Thank you,
Elizabeth

12. Exhibit 67 to Wilberforce's post-discovery summary judgment papers is a true and correct copy of an email I received from Erik Twist of Arcadia Education Group on August 27, 2025.

13. Exhibit 68 is a true and correct copy of an email I received from Twist on August 27, 2025.

14. Exhibit 69 is a true and correct copy of an email I sent to Twist on September 12, 2025.

15. Exhibit 70 is a true and correct copy of an email I received from Twist on October 3, 2025.

16. Exhibit 71 is a true and correct copy of an email I received from Twist on October 21, 2025.

17. Exhibit 72 is a true and correct copy of an email I received from Twist on October 30, 2025.

18. Exhibit 73 is a true and correct copy of an email I received from Twist on November 5, 2025.

19. Exhibit 74 is a true and correct copy of an email I received from David Denton of Arcadia on November 7, 2025.

20. Exhibit 75 is a true and correct copy of Arcadia's charter application support proposal, which Denton sent to me on November 7, 2025, as an attachment to the email reproduced as Exhibit 74.

21. Exhibit 76 is a true and correct copy of an email I sent to Denton on November 19, 2025.

22. Exhibit 77 is a true and correct copy of an email I received from Denton on November 20, 2025.

23. Exhibit 78 is a true and correct copy of an email I sent to Denton on November 26, 2025.

24. Exhibit 79 is a true and correct copy of an email I received from Twist on December 3, 2025.

25. Exhibit 80 is a true and correct copy of an email I received from Joy Lambrecht of Arcadia on December 3, 2025.

26. Exhibit 81 is a true and correct copy of an email I received from Lambrecht on December 4, 2025.

27. Exhibit 82 is a true and correct copy of an email I received from Lambrecht on December 5, 2025.

28. Exhibit 83 is a true and correct copy of an email I received from Lambrecht on December 5, 2025.

29. Exhibit 84 is a true and correct copy of an email I sent to Lambrecht on December 9, 2025.

30. Exhibit 85 is a true and correct copy of an email I received from Lambrecht on December 9, 2025.

31. Exhibit 86 is a true and correct copy of an email I received from Lambrecht on December 9, 2025.

32. Exhibit 87 is a true and correct copy of an email I received from Lambrecht on December 9, 2025.

33. Exhibit 88 is a true and correct copy of an email I sent to Denton on December 11, 2025.

34. Exhibit 89 is a true and correct copy of an email I sent to Denton on December 12, 2025.

35. Exhibit 90 is a true and correct copy of an email I received from Twist on December 15, 2025.

36. Exhibit 91 is a true and correct copy of an email I received from Denton on December 19, 2025.

37. Exhibit 92 is a true and correct copy of an email I received from Denton on January 5, 2026.

38. Exhibit 93 is a true and correct copy of an email I sent to Denton on January 7, 2026.

39. Exhibit 94 is a true and correct copy of an email I received from Denton on January 10, 2026.

40. Exhibit 95 is a true and correct copy of an email I received from Denton on January 12, 2026.

41. Exhibit 96 is a true and correct copy of an email I sent to Denton on January 13, 2026.

42. Exhibit 97 is a true and correct copy of an email I received from Mary Kathryn Boucher of Arcadia on January 13, 2026.

43. Exhibit 98 is a true and correct copy of an email I received from Amy Frank of Arcadia on January 15, 2026.

44. Exhibit 99 is a true and correct copy of an email I sent to Denton on January 16, 2026.

45. Exhibit 100 is a true and correct copy of an email I received from Denton on January 16, 2026.

46. Exhibit 101 is a true and correct copy of an email I received from Denton on January 16, 2026.

47. Exhibit 102 is a true and correct copy of an email I received from Frank on January 16, 2026.

48. Exhibit 103 is a true and correct copy of an email I received from Frank on January 16, 2026.

49. Exhibit 104 is a true and correct copy of an email I received from Lambrecht on January 18, 2026.

50. Exhibit 105 is a true and correct copy of an email I sent to Denton on January 20, 2026.

51. Exhibit 106 is a true and correct copy of an email I received from Lambrecht on January 22, 2026.

52. Exhibit 107 is a true and correct copy of an email I sent to Lambrecht on January 22, 2026.

53. Exhibit 108 is a true and correct copy of an email I sent to Lambrecht on January 23, 2026.

54. Exhibit 109 is a true and correct copy of an email I sent to Lambrecht on January 29, 2026.

55. Exhibit 110 is a true and correct copy of an email I received from Lambrecht on January 29, 2026.

56. Exhibit 111 is a true and correct copy of an email I received from Lambrecht on January 29, 2026.

57. Exhibit 113 is a true and correct copy of an email I received from Wilberforce board member Parker Bartholomew on January 3, 2026.

58. Exhibit 114 is a true and correct PDF version of a spreadsheet Bartholomew sent me on January 3, 2026 as an attachment to the email reproduced as Exhibit 113.

59. Exhibit 115 is a true and correct copy of a letter I received from Governor Bill Lee on August 11, 2026.

60. Exhibit 125 is a true and correct copy of a page from River's Edge's website. I have personal knowledge of it as River's Edge's middle and high school principal.

61. Exhibit 130 is a true and correct copy of an email I received from the Knox County Chartering Authority email account on January 16, 2026.

Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2026.

Zach Wishart
Zachary Wishart