**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| THE WILBERFORCE ACADEMY OF KNOXVILLE,<br><br>*Plaintiff*,<br><br>v.<br><br>KNOX COUNTY BOARD OF EDUCATION, *et al.*,<br><br>*Defendants*. | ) | Case No. 3:25-cv-584<br><br>Judge Atchley<br><br>Magistrate Judge Poplin |

**JUDGMENT**

In accordance with the contemporaneously filed Memorandum Opinion and Order, Plaintiff's Post-Discovery Motion for Summary Judgment [Doc. 99] is **GRANTED IN PART** and **DENIED IN PART**, Defendant Knox County Board of Education's Amended Motion for Summary Judgment [Doc. 123] is **GRANTED IN PART** and **DENIED IN PART**, the Carroll Intervenors' Motion to Dismiss the Amended Complaint for Lack of Subject Matter Jurisdiction or For Summary Judgment on Plaintiff's Free Exercise Claims [Doc. 106] is **DENIED**, and the Coble Intervenor's Motion for Summary Judgment [Doc. 114] is **DENIED**. As resolution of these motions disposes of all remaining issues in this case, the Court enters final judgment. The Clerk is **DIRECTED** to close this file.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT**
*/s/ LeAnna Wilson*
LeAnna Wilson
CLERK OF COURT